AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| Maria Schneider and Pirate Monitor Ltd., et al., | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 20-cv-04423 |
| YouTube LLC, Google LLC and Alphabet Inc., | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

MARIA SCHNEIDER and PIRATE MONITOR LTD.

Date: 07/09/2020

/s/ Michael E. Klenov
*Attorney's signature*

Michael E. Klenov - 277028
*Printed name and bar number*

KOREIN TILLERY
505 North 7th Street, Suite 3600
St. Louis, MO 63101
*Address*

mklenov@koreintillery.com
*E-mail address*

(314) 241-4844
*Telephone number*

(314) 241-3525
*FAX number*