**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARIA SCHNEIDER and PIRATE MONITOR LTD., et al.,<br>　　　　　　　Plaintiff(s),<br>　　v.<br>YOUTUBE, LLC, GOOGLE LLC, and ALPHABET INC.,<br>　　　　　　　Defendant(s). | Case No: 5:20-cv-04423<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, Stephen M. Tillery, an active member in good standing of the bar of ILLINOIS, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: the PLAINTIFFS in the above-entitled action. My local co-counsel in this case is JOSHUA IRWIN SCHILLER, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| KOREIN TILLERY<br>505 No. 7th Street., Ste. 3600<br>St. Louis, MO 63101 | BOIES SCHILLER FLEXNER LLP<br>44 Montgomery St., 41st Floor<br>San Francisco, CA 94104 |
| MY TELEPHONE # OF RECORD:<br>(314) 241-4884 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 293-6800 |
| MY EMAIL ADDRESS OF RECORD:<br>stillery@koreintillery.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>jischiller@bsfllp.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 2834995.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 07/10/20　　　　　　　　　　　　　　　　　/s/ STEPHEN M. TILLERY
　　　　　　　　　　　　　　　　　　　　　　　　　　　　APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of STEPHEN M. TILLERY is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT/MAGISTRATE JUDGE

*PRO HAC VICE* APPLICATION & ORDER　　　　　　　　　　　　　　　　　　　　*October 2012*