UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARIA SCHNEIDER and PIRATE MONITOR LTD., et al.,
    Plaintiff(s),

v.

YOUTUBE, LLC, GOOGLE LLC, and ALPHABET INC.,
    Defendant(s).

Case No: 5:20-cv-04423

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, CAROL L. O'KEEFE, an active member in good standing of the bar of STATE OF NEW YORK, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: the PLAINTIFFS in the above-entitled action. My local co-counsel in this case is JOSHUA IRWIN SCHILLER, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

MY ADDRESS OF RECORD:
KOREIN TILLERY
505 No. 7th Street., Ste. 3600
St. Louis, MO 63101

LOCAL CO-COUNSEL'S ADDRESS OF RECORD:
BOIES SCHILLER FLEXNER LLP
44 Montgomery St., 41st Floor
San Francisco, CA 94104

MY TELEPHONE # OF RECORD:
(314) 241-4884

LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:
(415) 293-6800

MY EMAIL ADDRESS OF RECORD:
cokeefe@koreintillery.com

LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:
jischiller@bsfllp.com

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 2106169.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 07/08/20

/s/ CAROL L. O'KEEFE
APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of CAROL L. O'KEEFE is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: July 10, 2020

Judge Joseph C. Spero
UNITED STATES DISTRICT/MAGISTRATE JUDGE

*PRO HAC VICE* APPLICATION & ORDER

*October 2012*