# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA SCHNEIDER and PIRATE MONITOR LTD., et al., <br>　　　　　　Plaintiff(s), <br>　　v. <br>YOUTUBE, LLC, GOOGLE LLC, and ALPHABET INC., <br>　　　　　　Defendant(s). | Case No: 5:20-cv-04423 <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** <br>(CIVIL LOCAL RULE 11-3) |

I, **Stephen M. Tillery**, an active member in good standing of the bar of **ILLINOIS**, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: **the PLAINTIFFS** in the above-entitled action. My local co-counsel in this case is **JOSHUA IRWIN SCHILLER**, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| KOREIN TILLERY <br> 505 No. 7th Street., Ste. 3600 <br> St. Louis, MO 63101 | BOIES SCHILLER FLEXNER LLP <br> 44 Montgomery St., 41st Floor <br> San Francisco, CA 94104 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (314) 241-4884 | (415) 293-6800 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| stillery@koreintillery.com | jischiller@bsfllp.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: **2834995**.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 07/10/20　　　　　　　　　　　　　/s/ STEPHEN M. TILLERY
　　　　　　　　　　　　　　　　　　　　　　　　　　APPLICANT

---

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of **STEPHEN M. TILLERY** is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 7/13/2020

　　　　　　　　　　　　　　　UNITED STATES DISTRICT/MAGISTRATE JUDGE
　　　　　　　　　　　　　　　(Judge Joseph C. Spero)

*PRO HAC VICE* APPLICATION & ORDER　　　　　　　　　　　　　　　　*October 2012*