UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA SCHNEIDER, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>YOUTUBE, LLC, et al.,<br><br>    Defendants. | Case No.  20-cv-04423-JCS<br><br>**NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

The Clerk of this Court will now reassign this case to a United States District Judge because:

[X] One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge.

[ ] One or more of the parties has sought a type of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

**Important:** All hearing dates currently scheduled before Chief Magistrate Judge JOSEPH C. SPERO are vacated and should be re-noticed for hearing before the District Judge to whom this case is reassigned, but the re-noticing of the hearing does NOT affect the prior briefing schedule.

Dated: July 17, 2020

Susan Y. Soong
Clerk, United States District Court

By: _____
Karen Hom, Deputy Clerk to the
Honorable JOSEPH C. SPERO