**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>Joshua Irwin Schiller, Esq. \| SBN: 330653<br>BOIES SCHILLER FLEXNER LLP<br>44 Montgomery Street 41st Floor   San Francisco, CA 94104<br>TELEPHONE NO.: (415) 293-6800 \| FAX NO. (415) 293-6899 \| E-MAIL ADDRESS jischiller@bsfllp.com<br>ATTORNEY FOR *(Name)*: : | FOR COURT USE ONLY |
|---|---|

| USDC/SAN FRANCISCO/NORTHERN DISTRICT OF CA |
|---|
| STREET ADDRESS: 450 GOLDEN GATE |
| CITY AND ZIP CODE: SAN FRANCISCO, CA 94102 |
| BRANCH NAME: SAN FRANCISCO |

| PLAINTIFF/PETITIONER: MARIA SCHNEIDER, ET AL.<br>DEFENDANT/RESPONDENT: YOUTUBE, LLC, ET AL. | CASE NUMBER:<br>3:20-cv-04423-JCS |
|---|---|
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>Schneider et al. v. YouTube, LLC et al. |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☑ Summons
   b. ☑ Complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☑ Civil Case Cover Sheet
   e. ☐ Cross-Complaint
   f. ☑ other *(specify documents):* **See attached Document List**
3. a. Party served *(specify name of party as shown on documents served):*
   **Google LLC**

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
   **CSC-Lawyers Incorporating Service, Registered Agent by serving Kaitlyn Mannix - Authorized Agent**
   **Age: 41-45 | Weight: 181-200 Lbs | Hair: Auburn | Sex: Female | Height: 5'7 - 6'0 | Eyes: Brown | Race: Caucasian**
4. Address where the party was served: **2710 Gateway Oaks Dr Ste 150N**
   **Sacramento, CA 95833-3502**
5. I served the party *(check proper box)*
   a. ☑ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* **7/17/2020**   (2) at *(time):* **11:43 AM**
   b. ☐ **by substituted service.** On *(date):*  at *(time):*  I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b):*

      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.
      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.
      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date):*  from *(city):*   or ☐ a declaration of mailing is attached.
      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

# Nationwide Legal, LLC

859 Harrison Street, Suite A
San Francisco, CA 94107
Phone: (415) 351-0400   Fax: (415) 351-0407

Continued from Proof of Service

**CLIENT:** BOIES SCHILLER FLEXNER LLP
**CLIENT FILE #:** Schneider et al. v. Youtube, LLC et al.   **DATE:** July 17, 2020
**SUBJECT:** Google LLC
**SERVED:** Kaitlyn Mannix - LMS Work Flow Coordinator

```
Summons; Complaint; Civil Case Cover Sheet; Notice of Lawsuit &
Request to Waive Service of Summons; Waiver of Service of Summons(2
Copies along with 1 Prepaid Envelope); Notice of Assignment of Case
to US Magiststrate Judge; Brochure (Consenting to MJ Jurisdisction in
ND Cal); ECF Registration Information (N.D Cal) Standing Order For
All Judges of the Northern District of California; Mag. Judge Spero
Civil Standing Order; Mag. Judge J.C. Spero - Scheduling Notes; GAZ
Application for PHV Admission; GAZ Certificate of Good Standing 1.;
GAZ Certidicate of Good  Standing 2.; Proposed Summons; Judicial Case
Assignment; Order granting GAZ Admission PHV; Order setting Initial
Case Mgt. Conference & ADR Deadlines; Report on the filing of an
action re copyrights infringement; RZC Application for PHV Admission;
RZC Ex. A Certificate of Good standing; RPE Application for PHV
Admission; RPE Ex. A Certificate of Good Standing; RPE Ex. B
Certificate of Good Standing; CLO Application for PHV Admission; CLO
Ex. A Certificate of Good Standing; CLO Ex. B Certiciate of Good
Standing; MEK Notice of Appearance; SMT Application for PHV; SMT Ex.
A Certificate of Good Standing; SMT Ex. B Certificate of Good
Standing; Order Granting
R.Z. Cortazar to Appear PHV; Order Granting R.P Ewing to Appear PHV;
Order Granting C.L.O. Keefe to Appear PHV; Corporate Disclosure
Statement; Order Granting S.M. Tillery to Appear PHV;
```



| PETITIONER: MARIA SCHNEIDER, ET AL. | CASE NUMBER: |
|---|---|
| RESPONDENT: YOUTUBE, LLC, ET AL. | 3:20-cv-04423-JCS |

  c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*                                            (2) from *(city):*

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☐ **by other means** *(specify means of service and authorizing code section):*

     ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

  a. ☐ as an individual defendant.
  b. ☐ as the person sued under the fictitious name of *(specify):*
  c. ☐ as occupant.
  d. ☑ On behalf of **Google LLC**
     under the following Code of Civil Procedure section:

    ☐ 416.10 (corporation)                 ☐ 415.95 (business organization, form unknown)
    ☐ 416.20 (defunct corporation)         ☐ 416.60 (minor)
    ☐ 416.30 (joint stock company/association)  ☐ 416.70 (ward or conservatee)
    ☐ 416.40 (association or partnership)      ☐ 416.90 (authorized person)
    ☐ 416.50 (public entity)                    ☐ 415.46 (occupant)
                                             ☑ other: **Corporation Code 17061**

7. **Person who served papers**
  a. Name: **Alejandro Rubio - Nationwide Legal, LLC REG: 12-234648**
  b. Address: **859 Harrison Street, Suite A  San Francisco, CA 94107**
  c. Telephone number: **(415) 351-0400**
  d. **The fee** for service was: **$ .00**
  e. I am:
    (1) ☐ not a registered California process server.
    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☑ registered California process server:
       (i) ☐ owner    ☐ employee    ☑ independent contractor.
       (ii) Registration No.: **2017-40**
       (iii) County: **Sacramento**

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
    or
9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **7/17/2020**

**N** Nationwide Legal, LLC
859 Harrison Street, Suite A
San Francisco, CA 94107
(415) 351-0400
www.nationwideasap.com

                                               Alejandro Rubio              ▶ */s/ Alejandro Rubio*
               (NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)