DAVID H. KRAMER, SBN 168452
MAURA L. REES, SBN 191698
LAUREN GALLO WHITE, SBN 309075
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: dkramer@wsgr.com
Email: mrees@wsgr.com
Email: lwhite@wsgr.com

Attorneys for Defendants
YOUTUBE, LLC, GOOGLE LLC, and
ALPHABET INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA SCHNEIDER and PIRATE MONITOR LTD, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>YOUTUBE, LLC; GOOGLE LLC; and ALPHABET INC.,<br><br>Defendants. | CASE NO.: 3:20-cv-04423-JD<br><br>**NOTICE OF APPEARANCE OF DAVID H. KRAMER, MAURA L. REES, AND LAUREN GALLO WHITE FOR DEFENDANTS YOUTUBE, LLC, GOOGLE LLC, AND ALPHABET INC.**<br><br>Judge: Hon. James Donato |

1    TO THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD:

2    PLEASE TAKE NOTICE that the following counsel hereby enter their appearance as

3    counsel of record for Defendants YouTube, LLC, Google LLC, and Alphabet Inc.:

4        David H. Kramer
         Maura L. Rees
5        Lauren Gallo White
         WILSON SONSINI GOODRICH & ROSATI
6        Professional Corporation
         650 Page Mill Road
7        Palo Alto, CA 94304-1050
         Telephone:  (650) 493-9300
8        Facsimile:  (650) 565-5100
         Email:  dkramer@wsgr.com
9        Email:  mrees@wsgr.com
         Email:  lwhite@wsgr.com
10

11

12   Dated:  August 5, 2020                WILSON SONSINI GOODRICH & ROSATI
                                           Professional Corporation
13

14

15                                         By:    /s/ David H. Kramer
                                                  David H. Kramer
16                                                dkramer@wsgr.com

17                                         Attorneys for Defendants
                                           YOUTUBE, LLC, GOOGLE LLC, and
18                                         ALPHABET INC.

19

20

21

22

23

24

25

26

27

28