DAVID H. KRAMER, SBN 168452
MAURA L. REES, SBN 191698
LAUREN GALLO WHITE, SBN 309075
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: dkramer@wsgr.com
Email: mrees@wsgr.com
Email: lwhite@wsgr.com

Attorneys for Defendants
YOUTUBE, LLC, GOOGLE LLC, and
ALPHABET INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA SCHNEIDER and PIRATE MONITOR LTD, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>YOUTUBE, LLC; GOOGLE LLC; and ALPHABET INC.,<br><br>    Defendants. | CASE NO.: 3:20-cv-04423-JD<br><br>**DEFENDANTS' CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>Judge: Hon. James Donato |

CORPORATE DISCLOSURE STATEMENT AND
CERTIFICATION OF INTERESTED ENTITIES

CASE NO. 3:20-CV-04423-JD

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants YouTube, LLC, Google LLC, and Alphabet Inc. disclose the following:

1. Alphabet Inc. is a publicly traded company; no publicly traded company holds more than 10% of Alphabet Inc.'s stock.

2. Google LLC is a subsidiary of XXVI Holdings Inc., which is a subsidiary of Alphabet Inc.

3. YouTube, LLC is a subsidiary of Google LLC.

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. YouTube, LLC
2. Google LLC
3. XXVI Holdings Inc., Holding Company of Google LLC
4. Alphabet Inc., Holding Company of XXVI Holdings Inc.

Dated:  August 5, 2020

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:   /s/ David H. Kramer
      David H. Kramer

Attorneys for Defendants
YOUTUBE, LLC, GOOGLE LLC, and
ALPHABET INC.