| | |
|---|---|
| DAVID H. KRAMER, SBN 168452<br>MAURA L. REES, SBN 191698<br>LAUREN GALLO WHITE, SBN 309075<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone: (650) 493-9300<br>Facsimile: (650) 565-5100<br>Email: dkramer@wsgr.com<br>Email: mrees@wsgr.com<br>Email: lwhite@wsgr.com<br><br>Attorneys for Defendants<br>YOUTUBE, LLC, GOOGLE LLC, and<br>ALPHABET INC. | GEORGE A. ZELCS (*Pro Hac Vice*)<br>RANDALL P. EWING, JR. (*Pro Hac Vice*)<br>RYAN Z. CORTAZAR (*Pro Hac Vice*)<br>KOREIN TILLERY, LLC<br>205 North Michigan Avenue, Suite 1950<br>Chicago, IL 60601<br>Telephone: (312) 641-9750<br>Facsimile: (312) 641-9751<br>Email: gzelcs@koreintillery.com<br>Email: rewing@koreintillery.com<br>Email: rcortazar@koreintillery.com<br><br>STEPHEN M. TILLERY (*Pro Hac Vice*)<br>STEVEN M. BEREZNEY, SBN 329923<br>MICHAEL E. KLENOV, SBN 277028<br>CAROL O'KEEFE (*Pro Hac Vice*)<br>KOREIN TILLERY, LLC<br>505 North 7th Street, Suite 3600<br>St. Louis, MO 63101<br>Telephone: (314) 241-4844<br>Facsimile: (314) 241-3525<br>Email: stillery@koreintillery.com<br>Email: sberezney@koreintillery.com<br>Email: mklenov@koreintillery.com<br>Email: cokeefe@koreintillery.com<br><br>Attorneys for Plaintiffs<br>MARIA SCHNEIDER and PIRATE MONITOR LTD<br><br>[Additional counsel listed on the signature page] |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA SCHNEIDER and PIRATE MONITOR LTD, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>YOUTUBE, LLC; GOOGLE LLC; and ALPHABET INC.,<br><br>　　　　Defendants. | CASE NO.: 3:20-cv-04423-JD<br><br>**STIPULATION EXTENDING DEFENDANTS' TIME TO RESPOND TO COMPLAINT**<br><br>Judge: Hon. James Donato |

Pursuant to Civil Local Rule 6-1(a), Defendants YouTube, LLC, Google LLC, and Alphabet Inc. ("Defendants") and Plaintiffs Maria Schneider and Pirate Monitor LTD, by and through their undersigned counsel, hereby stipulate that the time for Defendants to answer or otherwise respond to the Complaint shall be extended from August 7, 2020 until September 21, 2020.  The parties have also stipulated to a similar extension for Plaintiffs to respond to any motion to dismiss which will be filed separately with the Court.  This extension does not alter the date of any event or any deadline already fixed by Court order.

| | | |
|---|---|---|
| 1 | Dated: August 5, 2020 | Respectfully submitted, |
| 2 | | |
| 3 | _____/s/ David H. Kramer_____<br>DAVID H. KRAMER, SBN 168452 | _____/s/ George A. Zelcs_____<br>GEORGE A. ZELCS (*Pro Hac Vice*) |

Dated: August 5, 2020

_____/s/ David H. Kramer_____
DAVID H. KRAMER, SBN 168452
MAURA L. REES, SBN 191698
LAUREN GALLO WHITE, SBN 309075
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: dkramer@wsgr.com
Email: mrees@wsgr.com
Email: lwhite@wsgr.com

Attorneys for Defendants
YOUTUBE, LLC, GOOGLE LLC, and
ALPHABET INC.

Respectfully submitted,

_____/s/ George A. Zelcs_____
GEORGE A. ZELCS (*Pro Hac Vice*)
RANDALL P. EWING, JR. (*Pro Hac Vice*)
RYAN Z. CORTAZAR (*Pro Hac Vice*)
KOREIN TILLERY, LLC
205 North Michigan Avenue, Suite 1950
Chicago, IL 60601
Telephone: (312) 641-9750
Facsimile: (312) 641-9751
Email: gzelcs@koreintillery.com
Email: rewing@koreintillery.com
Email: rcortazar@koreintillery.com

STEPHEN M. TILLERY (*Pro Hac Vice*)
STEVEN M. BEREZNEY, SBN 329923
MICHAEL E. KLENOV, SBN 277028
CAROL O'KEEFE (*Pro Hac Vice*)
KOREIN TILLERY, LLC
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525
Email: stillery@koreintillery.com
Email: sberezney@koreintillery.com
Email: mklenov@koreintillery.com
Email: cokeefe@koreintillery.com

JOSHUA IRWIN SCHILLER, SBN 330653
BOIES SCHILLER FLEXNER LLP
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293-6800
Facsimile: (415) 293-6899
Email: jischiller@bsfllp.com

PHILIP C. KOROLOGOS (*Pro Hac Vice*)
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards, 20th Floor
New York, NY 10001
Telephone: (212) 446-2300
Facsimile: (212) 446-2350
Email: pkorologos@bsfllp.com

Attorneys for Plaintiffs
MARIA SCHNEIDER and PIRATE
MONITOR LTD

**ATTORNEY ATTESTATION**

I, David H. Kramer, am the ECF User whose ID and password are being used to file this document. In compliance with N.D. Cal. Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the other Signatories.

By: /s/ David H. Kramer
David H. Kramer