George A. Zelcs *(pro hac vice)*
  gzelcs@koreintillery.com
Randall P. Ewing, Jr. *(pro hac vice)*
  rewing@koreintillery.com
Ryan Z. Cortazar *(pro hac vice)*
  rcortazar@koreintillery.com
**KOREIN TILLERY, LLC**
205 North Michigan, Suite 1950
Chicago, IL  60601
Telephone: (312) 641-9750
Facsimile: (312) 641-9751

Stephen M. Tillery *(pro hac vice)*
  stillery@koreintillery.com
Steven M. Berezney, CA Bar #329923
  sberezney@koreintillery.com
Carol O'Keefe *(pro hac vice)*
  cokeefe@koreintillery.com
**KOREIN TILLERY, LLC**
505 North 7th Street, Suite 3600
St. Louis, MO  63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

Joshua Irwin Schiller, CA Bar #330653
  jischiller@bsfllp.com
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery St., 41st Floor
San Francisco, CA  94104
Telephone:  (415) 293-6800
Facsimile: (415) 293-6899

Philip C. Korologos *(pro hac vice)*
  pkorologos@bsfllp.com
**BOIES SCHILLER FLEXNER LLP**
55 Hudson Yards, 20th Floor
New York, NY  10001
Telephone:  (212) 446-2300
Facsimile: (212) 446-2350

*Attorneys for Maria Schneider and Pirate Monitor, LTD*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| MARIA SCHNEIDER and PIRATE MONITOR LTD, individually and on behalf of all others similarly situated; <br><br> Plaintiffs, <br><br> vs. <br><br> YOUTUBE, LLC; GOOGLE LLC; and ALPHABET INC.; <br><br> Defendants. | CASE NO.  5:20-cv-4423 <br><br> **STIPULATION OF DISMISSAL** |

Pursuant to Fed. R. Civ. P. 41(a), Plaintiffs Maria Schneider and Pirate Monitor LTD and Defendants YouTube, LLC, Google LLC, and Alphabet Inc. hereby agree and stipulate to voluntarily dismiss Alphabet Inc. as a Defendant in this lawsuit.

Defendants YouTube, LLC, Google LLC, and Alphabet Inc. further stipulate that, as a condition of this dismissal, Defendants will produce otherwise discoverable information that is retained by, owned by, possessed by, or in the control of Alphabet Inc., and Defendants will not make any objections to any discovery served on the basis that it is retained by, owned by, possessed by, or in the control of Alphabet Inc.  Defendants do not by this stipulation waive the right to object to discovery on any other grounds.

Defendants further stipulate that dismissing Alphabet Inc. will not limit Plaintiffs from recovering otherwise recoverable damages for the conduct of Google LLC's predecessor, Google Inc.

 /s/ George A. Zelcs
George A. Zelcs
**KOREIN TILLERY, LLC**
205 North Michigan, Suite 1950
Chicago, IL  60601
Telephone: (312) 641-9750
Facsimile: (312) 641-9751


Joshua Irwin Schiller
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery St., 41st Floor
San Francisco, CA  94104
Phone: (415) 293-6800
Fax: (415) 293-6899


Philip C. Korologos
**BOIES SCHILLER FLEXNER LLP**
55 Hudson Yards, 20th Floor
New York, NY  10001
Phone: (212) 446-2300
Fax: (212) 446-2350

*Attorneys for Maria Schneider and Pirate Monitor LTD*

 /s/ Maura L. Reese
Maura L. Rees
**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

*Attorneys for YouTube, LLC, Google LLC, and Alphabet Inc.*

**ATTORNEY ATTESTATION**

I, George A. Zelcs, am the ECF user whose identification and password are being used to file this document. In compliance with Civil Local Rule 5-1, I hereby attest that Maura L. Reese, Attorney for YouTube, LLC, Google LLC, and Alphabet Inc. has given her consent to electronically sign this document

By: _/s/ George A. Zelcs_