1  George A. Zelcs *(pro hac vice)*
     gzelcs@koreintillery.com
2  Randall P. Ewing, Jr. *(pro hac vice)*
     rewing@koreintillery.com
3  Ryan Z. Cortazar *(pro hac vice)*
     rcortazar@koreintillery.com
4  **KOREIN TILLERY, LLC**
   205 North Michigan, Suite 1950
   Chicago, IL  60601
5  Telephone: (312) 641-9750
   Facsimile: (312) 641-9751
6
7  Stephen M. Tillery *(pro hac vice)*
     stillery@koreintillery.com
8  Steven M. Berezney, CA Bar #329923
     sberezney@koreintillery.com
9  Michael E. Klenov, CA Bar #277028
     mklenov@koreintillery.com
10 Carol O'Keefe *(pro hac vice)*
     cokeefe@koreintillery.com
11 **KOREIN TILLERY, LLC**
   505 North 7th Street, Suite 3600
   St. Louis, MO  63101
12 Telephone: (314) 241-4844
   Facsimile: (314) 241-3525
13

14 Joshua Irwin Schiller, CA Bar #330653      Philip C. Korologos *(pro hac vice)*
     jischiller@bsfllp.com                       pkorologos@bsfllp.com
   **BOIES SCHILLER FLEXNER LLP**              Joanna C. Wright *(pro hac vice)*
15 44 Montgomery St., 41st Floor                  jwright@bsfllp.com
   San Francisco, CA  94104                    **BOIES SCHILLER FLEXNER LLP**
16 Telephone:  (415) 293-6800                  55 Hudson Yards, 20th Floor
   Facsimile: (415) 293-6899                   New York, NY  10001
17                                             Telephone:  (212) 446-2300
   *Attorneys for Maria Schneider and*         Facsimile: (212) 446-2350
18 *Pirate Monitor, LTD*

19

20                          **UNITED STATES DISTRICT COURT**

21                **NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

22 | | |
|---|---|
| MARIA SCHNEIDER and PIRATE MONITOR LTD, individually and on behalf of all others similarly situated; | CASE NO. 5:20-cv-4423 |
| Plaintiffs, | **REVISED RULE 7.1 CORPORATE DISCLOSURE STATEMENT AND CIVIL L.R. 3-15 CERTIFICATION** |
| vs. | |
| YOUTUBE, LLC; GOOGLE LLC; and ALPHABET INC.; | |
| Defendants. | |

RULE 7.1 CORPORATE DISCLOSURE STATEMENT AND CIVIL L.R. 3-15 CERTIFICATION

1   Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Pirate Monitor LTD, by and through the undersigned counsel, certifies that Pirate Monitor LTD is a privately held company owned 100% by a single individual shareholder, Gabor Csupo, and identifies no parent corporations or publicly held corporations that own 10% or more of Pirate Monitor LTD's stock.

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties and the sole, 100% individual owner of Pirate Monitor LTD, there is no such interest to report.

Dated: September 30, 2020                                         Respectfully submitted,

/s/ Steven M. Berezney
George A. Zelcs *(pro hac vice)*
Randall P. Ewing, Jr. *(pro hac vice)*
Ryan Z. Cortazar *(pro hac vice)*
**KOREIN TILLERY, LLC**
205 North Michigan, Suite 1950
Chicago, IL  60601
Telephone: (312) 641-9750
Facsimile: (312) 641-9751

Stephen M. Tillery *(pro hac vice)*
Steven M. Berezney, CA Bar #329923
Michael E. Klenov, CA Bar #277028
Carol O'Keefe *(pro hac vice)*
**KOREIN TILLERY, LLC**
505 North 7th Street, Suite 3600
St. Louis, MO  63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

Joshua Irwin Schiller, CA Bar #330653
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery St., 41st Floor
San Francisco, CA  94104
Phone: (415) 293-6800
Fax: (415) 293-6899

Philip C. Korologos *(pro hac vice)*
Joanna C. Wright *(pro hac vice)*
**BOIES SCHILLER FLEXNER LLP**
55 Hudson Yards, 20th Floor
New York, NY  10001
Phone: (212) 446-2300

RULE 7.1 CORPORATE DISCLOSURE STATEMENT AND CIVIL L.R. 3-15 CERTIFICATION

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Fax: (212) 446-2350

*Attorneys for Maria Schneider and Pirate Monitor LTD*

RULE 7.1 CORPORATE DISCLOSURE STATEMENT AND CIVIL L.R. 3-15 CERTIFICATION