Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA SCHNEIDER and PIRATE MONITOR LTD, et. al., <br><br> Plaintiff(s), <br><br> v. <br><br> YOUTUBE LLC, GOOGLE LLC, and ALPHABET INC., <br><br> Defendant(s). | Case No: 3:20-cv-04423 <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** <br> (CIVIL LOCAL RULE 11-3) |

I, Philip Korologos, an active member in good standing of the bar of New York Supreme Court, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiffs Schneider et al. in the above-entitled action. My local co-counsel in this case is Joshua Irwin Schiller, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: <br> 55 Hudson Yards <br> New York, NY 10001 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: <br> 44 Montgomery Street, 41st Floor <br> San Francisco, CA 94104 |
|---|---|
| MY TELEPHONE # OF RECORD: <br> (212) 446-2300 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: <br> (415) 293-6800 |
| MY EMAIL ADDRESS OF RECORD: <br> pkorologos@bsfllp.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: <br> jischiller@bsfllp.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 2465847.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: September 30, 2020

/s/ Philip Korologos
APPLICANT

---

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Philip Korologos is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

UNITED STATES DISTRICT/MAGISTRATE JUDGE