UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA SCHNEIDER and PIRATE MONITOR LTD, individually and on behalf of all others similarly situated;<br><br>Plaintiffs,<br><br>vs.<br><br>YOUTUBE, LLC; GOOGLE LLC; and ALPHABET INC.;<br><br>Defendants. | Case Number: 5:20-cv-4423<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING PLAINTIFFS' TIME TO RESPOND TO DEFENDANTS' ANSWER AND COUNTERCLAIMS** |

Pursuant to N.D. Civ. L.R. 6-2 and the accompanying declaration of Joanna Wright, Plaintiffs Maria Schneider and Pirate Monitor Ltd. and Defendants YouTube, LLC and Google LLC, by and through their undersigned counsel, stipulate as follows:

WHEREAS, Defendants filed their Answer and Counterclaims in response to Plaintiffs' Complaint on September 21, 2020 (ECF No. 34);

WHEREAS, the Parties previously agreed as part of their stipulation to extend Defendants' time to respond to Plaintiffs' Complaint (ECF No. 30) that Plaintiffs' time to answer or otherwise respond to Defendants' Answer and Counterclaims would also be extended;

NOW THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE, through their respective counsel of record, that the time for Plaintiffs to answer or otherwise respond to Defendants' Answer and Counterclaims is extended from October 12, 2020 until November 20, 2020. The parties further stipulate and agree that if Plaintiffs file a motion in response to Defendants' Answer and Counterclaims, Defendants' time to respond to any such motion is

1  extended from December 4, 2020 to December 18, 2020, and that the time for Plaintiffs to file a
2  reply in support of any such motion is extended from December 28, 2020 until January 11, 2021.
3      IT IS SO STIPULATED.
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| Dated: October 1, 2020 | Respectfully submitted, |
| /s/ David H. Kramer | /s/ George A. Zelcs |
| DAVID H. KRAMER, SBN 168452 | GEORGE A. ZELCS (Pro Hac Vice) |
| MAURA L. REES, SBN 191698 | RANDALL P. EWING, JR. (Pro Hac Vice) |
| LAUREN GALLO WHITE, SBN 309075 | RYAN Z. CORTAZAR (Pro Hac Vice) |
| WILSON SONSINI GOODRICH & ROSATI | KOREIN TILLERY, LLC |
| Professional Corporation | 205 North Michigan Avenue, Suite 1950 |
| 650 Page Mill Road | Chicago, IL 60601 |
| Palo Alto, CA 94304-1050 | Telephone: (312) 641-9750 |
| Telephone: (650) 493-9300 | Email: gzelcs@koreintillery.com |
| Email: dkramer@wsgr.com | Email: rewing@koreintillery.com |
| Email: mrees@wsgr.com | Email: rcortazar@koreintillery.com |
| Email: lwhite@wsgr.com | |
| | STEPHEN M. TILLERY (Pro Hac Vice) |
| Attorneys for Defendants | STEVEN M. BEREZNEY, SBN 329923 |
| YOUTUBE, LLC and GOOGLE LLC | MICHAEL E. KLENOV, SBN 277028 |
| | CAROL O'KEEFE (Pro Hac Vice) |
| | KOREIN TILLERY, LLC |
| | 505 North 7th Street, Suite 3600 |
| | St. Louis, MO 63101 |
| | Telephone: (314) 241-4844 |
| | Email: stillery@koreintillery.com |
| | Email: sberezney@koreintillery.com |
| | Email: mklenov@koreintillery.com |
| | Email: cokeefe@koreintillery.com |
| | |
| | JOSHUA IRWIN SCHILLER, SBN 330653 |
| | BOIES SCHILLER FLEXNER LLP |
| | 44 Montgomery Street, 41st Floor |
| | San Francisco, CA 94104 |
| | Telephone: (415) 293-6800 |
| | Email: jischiller@bsfllp.com |
| | |
| | PHILIP C. KOROLOGOS (Pro Hac Vice) |
| | JOANNA WRIGHT (Pro Hac Vice) |
| | BOIES SCHILLER FLEXNER LLP |
| | 55 Hudson Yards, 20th Floor |
| | New York, NY 10001 |
| | Telephone: (212) 446-2300 |
| | Email: pkorologos@bsfllp.com |
| | Email: jwright@bsfllp.com |
| | |
| | Attorneys for Plaintiffs MARIA SCHNEIDER and PIRATE MONITOR LTD |

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____                    _____
                                            THE HONORABLE JAMES DONATO
                                            UNITED STATES DISTRICT JUDGE

1

## ATTORNEY ATTESTATION

I am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Extending Plaintiffs' Time to Respond to Defendants' Answer and Counterclaims. In compliance with N.D. Cal. Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of the document has been obtained from each of the other signatories.

By: /s/ Joanna Wright