UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA SCHNEIDER and PIRATE MONITOR LTD, individually and on behalf of all others similarly situated;<br><br>Plaintiffs,<br><br>vs.<br><br>YOUTUBE, LLC; GOOGLE LLC; and ALPHABET INC.;<br><br>Defendants. | Case Number: 5:20-cv-4423<br><br>**DECLARATION OF JOANNA WRIGHT IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER EXTENDING PLAINTIFFS' TIME TO RESPOND TO DEFENDANTS' ANSWER AND COUNTERCLAIMS** |

I, Joanna Wright, declare as follows:

1. I am an attorney admitted in the State of New York and a Partner at Boies Schiller Flexner LLP, attorneys for Plaintiffs Maria Schneider and Pirate Monitor Ltd. in the above-captioned matter.

2. On July 29, 2020, the Court granted me leave to appear *pro hac vice* in this matter. ECF No. 27.

3. I submit this declaration in support of the Parties' Stipulation Extending Plaintiffs' Time to Respond to Defendants' Answer and Counterclaims pursuant to Civil Local Rule 6-2.

4. Plaintiffs Maria Schneider and Pirate Monitor Ltd. and Defendants YouTube, LLC and Google LLC have agreed that the time for Plaintiffs to answer or otherwise respond to

1

Case 3:20-cv-04423-JD   Document 41-1   Filed 10/01/20   Page 2 of 2

Defendants' Answer and Counterclaims is extended from October 12, 2020 until November 20, 2020.

5. The parties have further agreed that if Plaintiffs file a motion in response to Defendants' Counterclaims, Defendants' time to respond to any such motion is extended from December 4, 2020 to December 18, 2020, and that the time for Plaintiffs to file a reply in support of any such motion is extended from December 28, 2020 until January 11, 2021.

6. The parties request the extensions as part of their agreement to extend Defendants' time to respond to Plaintiffs' Complaint.  ECF No. 30.

7. Other than the above-mentioned stipulation to extend Defendants' time to respond to Plaintiffs' Complaint, ECF No. 30, the parties have not requested any additional time modifications in this matter, whether by stipulation or Court order.

8. The requested extensions do not alter the date of any event or any deadline already fixed by Court order.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: October 1, 2020

/s/ Joanna Wright
Joanna Wright
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards, 20th Floor
New York, NY 10001
Telephone: (212) 446-2300
Email: jwright@bsfllp.com

2