George A. Zelcs *(pro hac vice)*
    gzelcs@koreintillery.com
Randall P. Ewing, Jr. *(pro hac vice)*
    rewing@koreintillery.com
Ryan Z. Cortazar *(pro hac vice)*
    rcortazar@koreintillery.com
**KOREIN TILLERY, LLC**
205 North Michigan, Suite 1950
Chicago, IL  60601
Telephone: (312) 641-9750
Facsimile: (312) 641-9751

Stephen M. Tillery *(pro hac vice)*
    stillery@koreintillery.com
Steven M. Berezney, CA Bar #329923
    sberezney@koreintillery.com
Carol O'Keefe *(pro hac vice)*
    cokeefe@koreintillery.com
**KOREIN TILLERY, LLC**
505 North 7th Street, Suite 3600
St. Louis, MO  63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

Joshua Irwin Schiller, CA Bar #330653
    jischiller@bsfllp.com
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery St., 41st Floor
San Francisco, CA  94104
Telephone:  (415) 293-6800
Facsimile: (415) 293-6899

Philip C. Korologos *(pro hac vice)*
    pkorologos@bsfllp.com
Joanna Wright
    jwright@bsfllp.com
**BOIES SCHILLER FLEXNER LLP**
55 Hudson Yards, 20th Floor
New York, NY  10001
Telephone:  (212) 446-2300
Facsimile: (212) 446-2350

*Attorneys for Maria Schneider and Pirate Monitor, LT*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| MARIA SCHNEIDER and PIRATE MONITOR LTD, individually and on behalf of all others similarly situated;<br><br>Plaintiffs,<br><br>vs.<br><br>YOUTUBE, LLC; GOOGLE LLC; and ALPHABET INC.;<br><br>Defendants.<br><br>YOUTUBE, LLC and GOOGLE LLC;<br><br>Counter-Plaintiffs,<br><br>v.<br><br>PIRATE MONITOR LTD,<br>Counter-Defendant. | CASE NO. 3:20-cv-04423-JD<br><br>**[PROPOSED] ORDER RE: COUNTER-DEFENDANT PIRATE MONITOR'S MOTION TO DISMISS COUNTERCLAIMS** |

**ORDER**

The motion by Counter-Defendant Pirate Monitor Ltd. to dismiss the Counterclaims of Counter-Plaintiffs YouTube, LLC, and Google LLC came on regularly for hearing on ???????, before the undersigned.

The Court, having considered all the papers and pleadings on file herein, and the oral argument of the parties, HEREBY ORDERS THAT:

Pirate Monitor's motion to dismiss is GRANTED for the reasons stated in its motion. Defendants' counterclaims against Pirate Monitor Ltd. are hereby dismissed.

IT IS SO ORDERED.

Dated: _____          _____
                                                                                                   Hon. James Donato
                                                                                                   UNITED STATES DISTRICT JUDGE