| | |
|---|---|
| DAVID H. KRAMER, State Bar No. 168452<br>MAURA L. REES, State Bar No. 191698<br>LAUREN GALLO WHITE, State Bar No. 309075<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone:  (650) 493-9300<br>Facsimile:  (650) 565-5100<br>Email: dkramer@wsgr.com<br>         mrees@wsgr.com<br>         lwhite@wsgr.com | BRIAN M. WILLEN (admitted *Pro Hac Vice*)<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>1301 Avenue of the Americas, 40th Floor<br>New York, NY 10019-6022<br>Telephone:  (212) 999-5800<br>Facsimile:   (212) 999-5801<br>Email:  bwillen@wsgr.com |

Attorneys for Defendants and Counterclaimants
YOUTUBE, LLC and GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA SCHNEIDER and PIRATE MONITOR LTD, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>    Defendants.<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>    Counterclaimants,<br><br>    v.<br><br>PIRATE MONITOR LTD,<br><br>    Counterclaim Defendant. | CASE NO.: 3:20-cv-04423-JD<br><br>**DECLARATION OF PAUL N. HAROLD IN SUPPORT OF YOUTUBE, LLC AND GOOGLE LLC'S OPPOSITION TO COUNTER-DEFENDANT PIRATE MONITOR'S MOTION TO DISMISS COUNTERCLAIMS**<br><br>Hearing Date: January 21, 2021<br>Time:  10:00 am<br>Location: Courtroom 11, 19th Floor<br>Judge:  Hon. James Donato |

DECLARATION OF PAUL N. HAROLD ISO YOUTUBE AND GOOGLE'S OPPOSITION TO COUNTER-DEFENDANT PIRATE MONITOR'S MOTION TO DISMISS

CASE NO. 3:20-cv-04423-JD

I, Paul N. Harold, declare as follows:

1. I am an attorney with the law firm Wilson Sonsini Goodrich & Rosati, attorneys for Defendants and Counterclaimants YouTube, LLC and Google LLC. I submit this declaration in support of their Opposition to Pirate Monitor's Motion to Dismiss. I am over the age of 18 and competent to make this declaration. I make each of the following statements based on my personal knowledge, and I could, if necessary, testify to the truth of each of them.

2. A true and correct copy of an excerpt of Defendants and Counterclaimants YouTube, LLC and Google LLC's Responses and Objections to Plaintiff and Counterclaim Defendant Pirate Monitor LTD's First Set of Interrogatories (Nos. 1-4) that contains YouTube, LLC and Google LLC's response to Interrogatory No. 2, served December 17, 2020, is attached as **Exhibit 1**.

I declare under penalty of perjury under the law of the United States that the foregoing is true and correct and that this declaration is executed the 18th day of December, 2020 in Washington, District of Columbia.

／s/ Paul N. Harold
Paul N. Harold

ATTORNEY ATTESTATION

I am the ECF User whose ID and password are being used to file this Declaration. In compliance with N.D. Cal. Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of the document has been obtained from the other signatory.

／s/ David H. Kramer
David H. Kramer

DECLARATION OF PAUL N. HAROLD ISO YOUTUBE AND GOOGLE'S OPPOSITION TO COUNTER-DEFENDANT PIRATE MONITOR'S MOTION TO DISMISS     -1-     CASE NO. 3:20-CV-04423-JD