# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Civil Minutes

Date: January 28, 2021 　　　　　　　　　　　　　　　　　　　Judge: Hon. James Donato

Time: 8 Minutes

Case No. **C- 20-04423-JD**
Case Name **Schneider et al v. YouTube, LLC et al**

Attorney(s) for Plaintiff(s): 　Joanna Wright/Randall Ewing
Attorney(s) for Defendant(s): 　David Kramer/Brian Willen

Deputy Clerk: Lisa R. Clark 　　　　　　　　　　　　　　Court Reporter: Ana Dub

### PROCEEDINGS

Motion to dismiss hearing -- Held (via Zoom webinar)
Case management conference -- Held (via Zoom webinar)

### NOTES AND ORDERS

YouTube will file amended counterclaims by February 19, 2021. The motion to dismiss is terminated without prejudice.

The parties will meet and confer about copyright disclosures and case scheduling. They will file by February 12, 2021, a joint statement designating their ADR option.