UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Maria Schneider and Pirate Monitor L<br><br>Plaintiff(s)<br>v.<br>YouTube, LLC and Google LLC<br>Defendant(s) | CASE No C 20-4423-JD<br><br>STIPULATION AND [PROPOSED]<br>ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

☐ **Mediation** (ADR L.R. 6)

☐ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)

☒ **Private ADR** (*specify process and provider*)
   The parties have exchanged proposed mediators and are conferring about selection of same.

The parties agree to hold the ADR session by:

☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR)*

☒ other requested deadline:  April 28, 2021

Date: 2/12/2021          Philip C. Korologos
                         Attorney for Plaintiff

Date: 2/12/2021          David H. Kramer
                         Attorney for Defendant

---

☐  IT IS SO ORDERED.
☐  IT IS SO ORDERED WITH THE FOLLOWING MODIFICATIONS:


DATE:                    _____
                         U.S. DISTRICT/MAGISTRATE JUDGE

---

*Important!* E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Early Settlement Conference with a Magistrate Judge" or "Stipulation & Proposed Order Selecting Private ADR."

Form ADR-Stip rev. 1-15-2019