UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Maria Schneider and Pirate Monitor L. | CASE No C 20-4423-JD

  Plaintiff(s)

v. | STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

YouTube, LLC and Google LLC

  Defendant(s)

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)
- ☐ **Mediation** (ADR L.R. 6)
- ☐ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)
- ☒ **Private ADR** (*specify process and provider*)
  The parties have exchanged proposed mediators and are conferring about selection of same.

The parties agree to hold the ADR session by:

- ☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR)*
- ☒ other requested deadline: April 28, 2021

Date: 2/12/2021

Philip C. Korologos
Attorney for Plaintiff

Date: 2/12/2021

David H. Kramer
Attorney for Defendant

☒ IT IS SO ORDERED.
☐ IT IS SO ORDERED WITH THE FOLLOWING MODIFICATIONS:

DATE: February 17, 2021

U.S. DISTRICT JUDGE

*[Seal: United States District Court, Northern District of California — Judge James Donato]*

*Important! E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Early Settlement Conference with a Magistrate Judge" or "Stipulation & Proposed Order Selecting Private ADR."*

Form ADR-Stip rev. 1-15-2019