AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| MARIA SCHNEIDER and PIRATE MONITOR LTD, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br>　　　　　　v.<br>YOUTUBE, LLC and GOOGLE LLC,<br><br>　　　　Defendants/Counterclaimants,<br>　　　　　　v.<br>PIRATE MONITOR LTD, PIRATE MONITOR LLC and GÁBOR CSUPÓ,<br><br>　　　　Counterclaim Defendants. | Civil Action No. 3:20-cv-04423-JD |

**AMENDED COUNTERCLAIMS**
**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

　　Pirate Monitor LLC
　　5277 Shoshone Avenue
　　Encino, CA 91316-2559

　　A lawsuit has been filed against you.

　　Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the counterclaimant an answer to the attached counterclaim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the counterclaimant's attorney, whose name and address are:

　　David H. Kramer
　　Wilson Sonsini Goodrich & Rosati, P.C.
　　650 Page Mill Road
　　Palo Alto, CA 94304

　　If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

　　　　　　　　　　　　　　　　　　　　　　　*CLERK OF COURT*
　　　　　　　　　　　　　　　　　　　　　　　*Susan Y. Soong*

Date: 2/22/2021　　　　　　　　　　　　　　　Thelma Nudo
　　　　　　　　　　　　　　　　　　　　　　　*Signature of Clerk or Deputy Clerk*

# AFFIDAVIT OF SERVICE

| Case:<br>3:20-CV-04423-JD | Court:<br>UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA | County: | Job:<br>5385657 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>MARIA SCHNEIDER AND PIRATE MONITOR LTD INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED | | Defendant / Respondent:<br>YOUTUBE, LLC AND GOOGLE LLC-- COUNTERCLAIM DEFENDANTS: PIRATE MONITOR LTD, PIRATE MONITOR LLC AND GABOR CSUPO | |
| Received by:<br>LEGAL PURSUIT INC. | | For:<br>WILSON, SONSINI, GOODRICH ET AL | |
| To be served upon:<br>GABOR CSUPO & PIRATE MONITOR LLC | | | |

I, TAMAR RAVID, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

Recipient Name / Address: PIRATE MONITOR LLC  Home: 5277 Shoshone Ave, Encino, CA 91316

Manner of Service: KIMBER WALDROP-OCCUPANT-Substitute Service - Abode, Feb 24, 2021, 6:39 pm PST

Documents: UNITED STATES DISTRICT COURT AMENDED SUMMONS IN A CIVIL ACTION, DEFEDNANTS AND COUNTERCLAIMANTS YOUTUBE, LLC AND GOOGLE LLC'S AMENDED COUNTERCLAIMS, GUIDE TO E-FILING NEW CIVIL CASES; ECF REGISTRATION FORM; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; STANDING ORDER FOR CIVIL CASES BEFORE JUDGE JAMES DONATO, NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS; WAIVER OF THE SERVICE OF SUMMONS, STANDING ORDER FOR CIVIL JURY TRIALS BEFORE JUDGE JAMES DONATO; STANDING ORDER FOR CRIMINAL CASES BEFORE JUDGE DONATO; , STANDING ORDER FOR E-DISCOVERY AND EMAIL DISCOVERY IN PATENT CASES BEFORE JUDGE JAMES DONATO; STANDING ORDER FOR CLAIM CONSTRUCTION IN PATENT CASES BEFORE JUDGE JAMES DONATO, STANDING ORDER FOR DISCOVERY IN CIVIL CASES BEFORE JUDGE DONATO; STANDING ORDER FOR ALL JUDGES OF THE NORTHEN DISTRICT OF CALIFORNIA-CONTENTS OF JOINT CASE MANAGMENT STATMENT

Additional Comments:

*Tamar Ravid*  02/26/2021

TAMAR RAVID Reg # 5967   Date

LEGAL PURSUIT INC.
22 W. St. John Street # B
SAN JOSE, CA 95113
408-288-4105