| | |
|---|---|
| George A. Zelcs *(pro hac vice)*<br>Randall P. Ewing, Jr. *(pro hac vice)*<br>Ryan Z. Cortazar *(pro hac vice)*<br>**KOREIN TILLERY, LLC**<br>205 North Michigan, Suite 1950<br>Chicago, IL  60601<br>Telephone: (312) 641-9750<br>Facsimile: (312) 641-9751<br>Email: gzelcs@koreintillery.com<br>Email: rewing@koreintillery.com<br>Email: rcortazar@koreintillery.com<br><br>Stephen M. Tillery *(pro hac vice)*<br>Steven M. Berezney, CA Bar #329923<br>Carol O'Keefe *(pro hac vice)*<br>**KOREIN TILLERY, LLC**<br>505 North 7th Street, Suite 3600<br>St. Louis, MO  63101<br>Telephone: (314) 241-4844<br>Facsimile: (314) 241-3525<br>Email: stillery@koreintillery.com<br>Email: sberezney@koreintillery.com<br>Email: cokeefe@koreintillery.com<br><br>Joshua Irwin Schiller, CA Bar #330653<br>**BOIES SCHILLER FLEXNER LLP**<br>44 Montgomery St., 41st Floor<br>San Francisco, CA  94104<br>Telephone:  (415) 293-6800<br>Facsimile: (415) 293-6899<br>Email: jischiller@bsfllp.com<br><br>Philip C. Korologos *(pro hac vice)*<br>Joanna Wright<br>**BOIES SCHILLER FLEXNER LLP**<br>55 Hudson Yards, 20th Floor<br>New York, NY  10001<br>Telephone:  (212) 446-2300<br>Facsimile: (212) 446-2350<br>Email: pkorologos@bsfllp.com<br>Email: jwright@bsfllp.com<br><br>*Attorneys for Plaintiffs Maria Schneider and Pirate Monitor LTD* | David H. Kramer, SBN 168452<br>Maura L. Rees, SBN 191698<br>Lauren Gallo White, SBN 309075<br>**WILSON SONSINI GOODRICH & ROSATI**<br>Professional Corporation<br>650 Page Mill Road<br>Palo Alto, CA 9434-1050<br>Telephone: (650) 43-9300<br>Facsimile: (650) 565-5100<br>Email: dkramer@wsgr.com<br>Email: mrees@wsgr.com<br>Email: lwhite@wsgr.com<br><br>Brian M. Willen<br>**WILSON SONSINI GOODRICH & ROSATI**<br>Professional Corporation<br>1301 Avenue of the Americas, 40th Floor<br>New York, NY  10019-6022<br>Telephone: (212) 999-5800<br>Facsimile: (212) 999-5801<br>Email: bwillen@wsgr.com<br><br>*Attorneys for Defendants YouTube, LLC and Google LLC* |

1

Pltf. Pirate Monitor LTD's FRCP 41(a)(1)(A)(ii) Voluntary Dismissal Pursuant to Stip.   5:20-cv-4423

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| MARIA SCHNEIDER and PIRATE MONITOR LTD, individually and on behalf of all others similarly situated;<br><br>Plaintiffs,<br><br>vs.<br><br>YOUTUBE, LLC and GOOGLE LLC;<br><br>Defendants.<br><br>YOUTUBE, LLC and GOOGLE LLC;<br><br>Counter-Plaintiffs,<br><br>v.<br><br>PIRATE MONITOR LTD, PIRATE MONITOR LLC, and GÁBOR CSUPÓ;<br><br>Counter-Defendants. | CASE NO. 5:20-cv-4423<br><br>**PLAINTIFF PIRATE MONITOR LTD'S VOLUNTARY DISMISSAL PURSUANT TO STIPULATION UNDER FRCP 41(a)(1)(A)(ii)** |

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Pirate Monitor LTD hereby dismisses this action with prejudice against Defendants YouTube, LLC and Google LLC. Voluntary dismissal without a Court order is proper because all parties have stipulated to this dismissal and signed below. No compensation was paid to Pirate Monitor LTD by Defendants in connection with this voluntary dismissal. All parties to this litigation shall bear their respective costs, attorneys' fees, and expenses related to the dismissed Pirate Monitor LTD claims. Plaintiff Maria Schneider's claims and Defendants' counterclaims remain.

Dated: March 8, 2021

Respectfully submitted,

/s/ Steven M. Berezney
George A. Zelcs
Randall P. Ewing, Jr.
Ryan Z. Cortazar
KOREIN TILLERY, LLC

205 North Michigan, Suite 1950
Chicago, IL 60601
Telephone: (312) 641-9750
Facsimile: (312) 641-9751
Email: gzelcs@koreintillery.com
Email: rewing@koreintillery.com
Email: rcortazar@koreintillery.com

Stephen M. Tillery
Steven M. Berezney, CA Bar #329923
Carol O'Keefe
KOREIN TILLERY, LLC
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525
Email: stillery@koreintillery.com
Email: sberezney@koreintillery.com
Email: cokeefe@koreintillery.com

Joshua Irwin Schiller, CA Bar #330653
BOIES SCHILLER FLEXNER LLP
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Phone: (415) 293-6800
Fax: (415) 293-6899
Email: jischiller@bsfllp.com

Philip C. Korologos
Joanna Wright
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards, 20th Floor
New York, NY 10001
Phone: (212) 446-2300
Fax: (212) 446-2350
Email: pkorologos@bsfllp.com
Email: jwright@bsfllp.com

*Attorneys for Plaintiffs Maria Schneider and Pirate Monitor LTD*

/s/ David H. Kramer
David H. Kramer, SBN 168452
Maura L. Rees, SBN 191698
Lauren Gallo White, SBN 309075
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050

Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: dkramer@wsgr.com
Email: mrees@wsgr.com
Email: lwhite@wsgr.com

Brian M. Willen
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, NY  10019-6022
Telephone: (212) 999-5800
Facsimile: (212) 999-5801
Email: bwillen@wsgr.com

*Attorneys for Defendants YouTube, LLC and Google LLC*

4

Pltf. Pirate Monitor LTD's FRCP 41(a)(1)(A)(ii) Voluntary Dismissal Pursuant to Stip.    5:20-cv-4423