# ATTACHMENT A

| Event | Agreed Dates | Disputed Dates |
|---|---|---|
| Commencement and completion of any ADR proceedings - 16-10(1) | Commencement: April 28, 2021<br><br>Completion: TBD in consultation with the mediator | |
| Deadline to file motions to amend pleadings | | **Plaintiff**: Within 30 days of a decision on Defendants' motion, unless the Court orders otherwise. Plaintiff contends that additional copyrighted works-in-suit need not be included in an amended complaint.<br><br>**Defendants**: May 14, 2021. Defendants contend that any copyrighted works-in-suit must be included in an amended complaint. |
| Close of fact discovery related to class certification only | September 17, 2021 | |
| Deadline for Plaintiff to file motion for class certification | July 15, 2021 | |
| Deadline for Plaintiff's final identification of alleged infringements | | **Plaintiff:** No deadline – as explained in Part 5 of the Case Management Statement, Plaintiffs are under no obligation to identify every alleged instance of infringement—nor could they as a practical matter—and therefore do not agree to a date certain to do so prior to the close of fact discovery.<br><br>**Defendants**: August 16, 2021 |

| Deadline for Defendants to file opposition to Plaintiff's motion for class certification | August 26, 2021 | |
|---|---|---|
| Deadline for Plaintiff to file reply in support of motion for class certification | September 23, 2021 | |
| Hearing on Plaintiff's motion for class certification | October 7, 2021 | |
| Close of fact discovery | December 8, 2021 | |
| Disclosure of proposed expert or other opinion witnesses | December 15, 2021 | |
| Opening expert reports due | January 20, 2022 | |
| Rebuttal expert reports due | February 25, 2022 | |
| Close of expert discovery | March 25, 2022 | |
| Deadline to move for summary judgment | April 14, 2022 | |
| Deadline to file opposition to motion for summary judgment | May 12, 2022 | |
| Deadline to file reply in support of motion for summary judgment | June 2, 2022 | |
| Hearing on motion(s) for summary judgment | June 16, 2022 | |

| | | | |
|---|---|---|---|
| Serving and filing briefs on all significant disputed issues of law, including procedural and evidentiary issues (motions *in limine*, Daubert motions) | August 15, 2022 | | |
| Counsel to meet and confer to prepare joint final pretrial conference statement and proposed order and coordinated submission of trial exhibits and other material | August 22, 2022 | | |
| Filing joint final pretrial conference statement and proposed order | September 12, 2022 | | |
| Serving and filing requested voir dire questions, jury instructions, and forms of verdict | September 12, 2022 | | |
| Final pretrial conference | September 19, 2022 | | |
| Lodging exhibits and other trial material, including copies of all exhibits to be offered and all schedules, summaries, diagrams and charts to be used at the trial other than for impeachment or rebuttal. Each proposed exhibit must be premarked for identification. Upon request, a party must make the original or the underlying documents of any exhibit available for inspection and copying | October 3, 2022 | | |

| | | |
|---|---|---|
| Serving and filing statements designating excerpts from depositions (specifying the witness and page and line references), from interrogatory answers and from responses to requests for admission to be offered at the trial other than for impeachment or rebuttal | October 3, 2022 | |
| Trial | October 17, 2022 | |