# EXHIBIT 1

George A. Zelcs (*pro hac vice*)
   gzelcs@koreintillery.com
Randall P. Ewing, Jr. (*pro hac vice*)
   rewing@koreintillery.com
Ryan Z. Cortazar (*pro hac vice*)
   rcortazar@koreintillery.com
**KOREIN TILLERY, LLC**
205 North Michigan, Suite 1950
Chicago, IL  60601
Telephone: (312) 641-9750
Facsimile: (312) 641-9751

Stephen M. Tillery (*pro hac vice*)
   stillery@koreintillery.com
Steven M. Berezney, CA Bar #329923
   sberezney@koreintillery.com
Michael E. Klenov, CA Bar #277028
   mklenov@koreintillery.com
Carol O'Keefe (*pro hac vice*)
   cokeefe@koreintillery.com
**KOREIN TILLERY, LLC**
505 North 7th Street, Suite 3600
St. Louis, MO  63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

Joshua Irwin Schiller, CA Bar #330653
   jischiller@bsfllp.com
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery St., 41st Floor
San Francisco, CA  94104
Telephone:  (415) 293-6800
Facsimile: (415) 293-6899

*Attorneys for Maria Schneider and
Pirate Monitor, LTD*

Philip C. Korologos (*pro hac vice*)
   pkorologos@bsfllp.com
Joanna C. Wright (*pro hac vice*)
   jwright@bsfllp.com
**BOIES SCHILLER FLEXNER LLP**
55 Hudson Yards, 20th Floor
New York, NY  10001
Telephone:  (212) 446-2300
Facsimile: (212) 446-2350

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| MARIA SCHNEIDER and PIRATE MONITOR LTD, individually and on behalf of all others similarly situated;<br><br>            Plaintiffs,<br><br>    vs.<br><br>YOUTUBE, LLC; GOOGLE LLC; and ALPHABET INC.;<br><br>           Defendants. | CASE NO. 5:20-cv-4423<br><br>**PLAINTIFF MARIA SCHNEIDER'S OBJECTIONS AND RESPONSES TO YOUTUBE AND GOOGLE'S FIRST SET OF INTERROGATORIES TO PLAINTIFF MARIA SCHNEIDER** |

5.      Maria Schneider objects to the Interrogatories to the extent they seek information that Defendants can obtain from sources that are more convenient, less burdensome, or less expensive.

6.      Maria Schneider objects to the Interrogatories to the extent they seek information protected by the attorney/client privilege, the work-product doctrine, Rule 408 of the Federal Rules of Evidence, any common interest privilege, joint defense agreement or any other applicable privilege.

7.      Maria Schneider further objects to the Interrogatories to the extent that they are vague and ambiguous, overly broad, unduly burdensome, lacking in particularity or unreasonable, or otherwise seek the discovery of information that is neither relevant to the claims or defenses of any party to this action nor reasonably calculated to lead to the discovery of admissible evidence

8.      Maria Schneider objects to the Interrogatories to the extent they are propounded for the improper purpose of annoying or harassing Maria Schneider.

Maria Schneider's responses are based solely on facts reasonably known to Maria Schneider at the time of responding to these Interrogatories.

Maria Schneider reserves the right to supplement, amend, or otherwise modify these responses.

## OBJECTIONS TO DEFINITIONS

Maria Schneider objects to the definition of "Works In Suit" to the extent it requires Schneider to assert that a copyright for a specific work has been infringed prior to discovery. Schneider will identify all works for which she holds registered copyrights.

## SPECIFIC OBJECTIONS AND RESPONSES

Maria Schneider reserves the right to amend or revise her Specific Objections and Responses, including after meeting and conferring with Defendants regarding any Request.

**INTERROGATORY NO. 1: Identify each Work In Suit by title, author, owner, date of creation and United States copyright registration number, if applicable.**

Plaintiff Maria Schneider identifies the following Works In Suit:

- "Wyrgly," authored and owned by Maria Schneider, 1989, PAu001628584
- "Evanescence," authored and owned by Maria Schneider, 1991, PAu001628588

- "Gumba blue," authored and owned by Maria Schneider, 1984, PAu001275028
- "Some circles," authored and owned by Maria Schneider, 1992, PAu001628581
- "Green piece," authored and owned by Maria Schneider, 1987, PAu001628590
- "Gush," authored and owned by Maria Schneider, 1992, PAu001803810
- "My lament," authored and owned by Maria Schneider, 1990, PAu001734757
- "Dance, you monster, to my soft song," authored and owned by Maria Schneider, 1991, PAu001628585
- "Last season," authored and owned by Maria Schneider, 1985, PAu001628586
- "El viento," authored and owned by Maria Schneider, 1994, PAu001952212
- "Scenes from childhood," authored and owned by Maria Schneider, 1995, PA0001213212
- "Waxwing," authored and owned by Maria Schneider, 1993, PAu001917961
- "Lately," authored and owned by Maria Schneider, 1988, PAu001275027
- "The willow," authored and owned by Maria Schneider, 1990, PAu001628587
- "Bird count," authored and owned by Maria Schneider, 1985, PAu001628589
- "Hang gliding," authored and owned by Maria Schneider, 1999, PA0001213206
- "Nocturne," authored and owned by Maria Schneider, 1999, PA0001213211
- "Allegresse," authored and owned by Maria Schneider, 1997, PA0001213207
- "Dissolution," authored and owned by Maria Schneider, 1998, PA0001213208
- "Journey home," authored and owned by Maria Schneider, 1999, PA0001213209
- "Sea of Tranquility," authored and owned by Maria Schneider, 1999, PA0001213210
- "Concert in the garden," authored and owned by Maria Schneider, 2004, SR0000356519
- "Three romances," authored and owned by Maria Schneider, 2001, PAu002834604
- "Buleria , solea y rumba," authored and owned by Maria Schneider, 2004, PA0001234652
- "Divided by two," authored and owned by Maria Schneider, 1994, PAu001856405
- "Now and then," authored and owned by Maria Schneider, 1984, PAu001628583
- "In a pinch," authored and owned by Maria Schneider, 1990, PAu001628582

1. - "This 'n that," authored and owned by Maria Schneider, 1991, PAu001561822
2. - "Coot stew," authored and owned by Maria Schneider, 1990, PAu001561821
3. - "Swing street," authored and owned by Maria Schneider, 1990, PAu001561820
4. - "Baytrail shuffle," authored and owned by Maria Schneider, 1985, PAu001561819
5. - "City sunrise," authored and owned by Maria Schneider, 1991, PAu001561818
6. - "Samba solstice," authored and owned by Maria Schneider, 1985, PAu001058776
7. - "One for Tad," authored and owned by Maria Schneider, 1984, PAu001058775
8. - "Espino," authored and owned by Maria Schneider, 1985, PAu001058774
9. - "The grail," authored and owned by Maria Schneider, 1993, PAu001858957
10. - "Free fall," authored and owned by Maria Schneider, 1993, PAu001858918
11. - "Smooth talk," authored and owned by Maria Schneider, 1984, PA0000470172
12. - "Prairie dance," authored and owned by Maria Schneider, 1989, PA0000470171
13. - "Anthem," authored and owned by Maria Schneider, 1999, PAu002791175
14. - "Finding flight," authored and owned by Maria Schneider, 1997, PAu002791174
15. - "Evelyn," authored and owned by Maria Schneider, 2002, PAu002791173
16. - "Tranquilidade," authored and owned by Maria Schneider, 1997, PAu002791171
17. - "Recapitulation," authored and owned by Maria Schneider, 1996, PAu002169603
18. - "Returning," authored and owned by Maria Schneider, 1997, PAu002169602
19. - "Tork's café," authored and owned by Maria Schneider, 1996, PAu002169601
20. - "Alchemy," authored and owned by Maria Schneider, 1993, PAu001859397
21. - "The blasphemy," authored and owned by Maria Schneider, 1993, PAu001858967
22. - "SUE (OR IN A SEASON OF CRIME)," authored by David Bowie and Maria Schneider, owned by MSF Music, Jones/Tintoretto Entertainment Co. LLC, and Sherlock Holmes Music LTD., 2014, PA0002050446
23. - VIKINGS ANTHEM, Maria Schneider, Maria Schneider, 2018, SRu001327179

**INTERROGATORY NO. 2:** For each Work In Suit, identify every URL (uniform resource locator) within the YouTube service at which You contend content infringing the copyright for the Work in Suit has appeared.

Maria Schneider objects to Interrogatory No. 2 to the extent it requires Schneider to identify specific acts of infringement prior to the completion of discovery. The records that would enable Schneider to identify all specific acts of infringement are exclusively in the possession and control of YouTube and Google, including a database of videos and tools to identify acts of infringement, including, but not necessarily limited to, Content ID, or are more convenient, less burdensome, or less expensive for Defendants to obtain than for Schneider to obtain. Schneider further objects to this Interrogatory because it would be unduly burdensome for Schneider to identify all acts of infringement prior to other discovery.