# EXHIBIT 3

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| MARIA SCHNEIDER and PIRATE MONITOR LTD, individually and on behalf of all others similarly situated;<br><br>Plaintiffs,<br><br>vs.<br><br>YOUTUBE, LLC; GOOGLE LLC; and ALPHABET INC.;<br><br>Defendants. | CASE NO.  5:20-cv-4423<br><br>**PLAINTIFF MARIA SCHNEIDER'S SUPPLEMENTAL RESPONSE TO DEFENDANTS' FIRST SET OF INTERROGATORIES** |

Pursuant to Federal Rules of Civil Procedure 26 and 33, Plaintiff Maria Schneider submits the following supplemental response to Defendants' First Set of Interrogatories to Plaintiff Maria Schneider, dated October 12, 2020, in the above-captioned action ("Action").

By submitting this Supplemental Response, Schneider does not intend to concede or waive any arguments regarding the scope, relevance, and timing of any discovery in the Action.

Schneider reserves the right to supplement, amend, or revise this Response, including based on any responses or objections submitted by Defendants to any of Schneider's discovery requests. Schneider also asserts that any discovery obligations should be mutual between parties, so that if any of Schneider's objections are overridden, Defendants should be subject to the same scope of discovery, including definitions and instructions for discovery compliance.

**INTERROGATORY NO. 2: For each Work in Suit, identify every URL (uniform resource locator) within the YouTube service at which You contend content infringing the copyright for the Work in Suit has appeared.**

Schneider maintains her objections to Interrogatory No. 2 to the extent that it imposes obligations in addition to those imposed by the Federal Rules of Civil Procedure, the Local Rules of this Court, and any court granting discovery in this case, or any discovery protocol agreed upon by the parties.

Schneider further objects to Interrogatory No. 2 to the extent that it requires her to identify all acts of infringement prior to the completion of discovery. The records that would enable Schneider to identify all specific acts of infringement are exclusively in the possession and control of YouTube and Google, including a database of videos and tools to identify acts of infringement, including, but not necessarily limited to, Content ID, or are more convenient, less burdensome, or less expensive for Defendants to obtain than Schneider. Schneider further objects to this Interrogatory because it is unduly burdensome for Schneider to identify all acts of infringement prior to other discovery.

Notwithstanding these objections, as of the date of this supplemental response Schneider has identified the following URLs that contained content infringing Schneider's Works in Suit for which she submitted takedown notices:

| Work(s) in Suit | URL |
| --- | --- |
| Concert in the Garden | http://www.youtube.com/watch?v=e04yCOqalv8 |
| Evanescence | http://www.youtube.com/watch?v=mRlj6wqzW74 |
| Choro Dançado | http://www.youtube.com/watch?v=M-DlDYGAExs |
| Last Season | http://www.youtube.com/watch?v=FQq7XkFC0Do |
| Journey Home | http://www.youtube.com/watch?v=ASN9OqlqIXU |
| Bulería, Soleá y Rumba | http://www.youtube.com/watch?v=YIwyHj2Cn_Q |
| Bulería, Soleá y Rumba | http://www.youtube.com/watch?v=NML2WgRpVRc |
| Choro Dançado | http://www.youtube.com/watch?v=I9jiYSUhcPQ |
| Pas de Deux | http://www.youtube.com/watch?v=I9jiYSUhcPQ |
| Pas de Deux | http://www.youtube.com/watch?v=i8UlsGKsZM4 |
| El Viento | http://www.youtube.com/watch?v=5oYGhrUETFc |
| El Viento | http://www.youtube.com/watch?v=fc8kek2xGUc |
| Green Piece | http://www.youtube.com/watch?v=i8BC-LH-IMg |
| Hang Gliding | http://www.youtube.com/watch?v=7jfjtKRDFQI |
| Lately | http://www.youtube.com/watch?v=htmgVKwSpMg |

| | | |
|---|---|---|
| 1 | Sea of Tranquility | http://www.youtube.com/watch?v=L0cMR-x8ufo |
| 2 | Gumba Blue | https://www.youtube.com/watch?v=Z9N68OSIqps |
| 3 | Journey Home | https://www.youtube.com/watch?v=RX6OLGPCsFc |
| 4 | Hang Gliding | http://www.youtube.com/watch?v=2_YT4SvCPeo |
| 5 | Hang Gliding | https://www.youtube.com/watch?v=wdIW_AoTi_4 |
| 6 | Choro Dançado | http://www.youtube.com/watch?v=2tJegYsmlqU |
| 7 | Concert in the Garden | http://www.youtube.com/watch?v=AlJ6K1x9WIw |
| 8 | Nocturne | http://www.youtube.com/watch?v=TPKsQoQdtB |
| 9 | Danca Illusoria | http://www.youtube.com/watch?v=bjuli8HHcYo |
| 10 | Coming About | http://www.youtube.com/watch?v=RiGKxmxq3Qk |
| 11 | Gush | https://www.youtube.com/watch?v=nSk8IMTU5TE |
| 12 | Gumba Blue | http://www.youtube.com/watch?v=Ft3wa0bMAmE |
| 13 | Wyrgly | http://www.youtube.com/watch?v=oZgAVwfcUY0 |
| 14-15 | Journey Home, Choro Dançado, Evanescence, and Hang Gliding | http://www.youtube.com/watch?v=MZM5ekpurvA |