**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| MARIA SCHNEIDER, individually and on behalf of all others similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>YOUTUBE, LLC; and GOOGLE LLC;<br><br>Defendants. | CASE NO. 3:20-cv-4423-JD<br><br>**DECLARATION OF DEMETRI BLAISDELL IN OPPOSITION TO DEFENDANTS' "ADMINISTRATIVE MOTION" TO SET CASE SCHEDULE** |
| YOUTUBE, LLC and GOOGLE LLC;<br><br>Counter-Plaintiffs,<br><br>v.<br><br>PIRATE MONITOR LTD., GÁBOR CSUPÓ, and PIRATE MONITOR LLC,<br><br>Counter-Defendants. | |

I, Demetri Blaisdell, declare:

1. I am an attorney at Boies Schiller Flexner LLP, co-counsel to Plaintiff and putative class representative Maria Schneider. I make this declaration in opposition to Defendants' "Administrative Motion" to Set Case Schedule filed on April 15, 2021. I have personal knowledge of the facts stated herein and, if called as a witness, I could and would competently testify thereto.

2. The parties engaged in discussions regarding case scheduling on multiple occasions as set forth in **Exhibit A**, which contains a true and accurate copy of the correspondence between the parties regarding case scheduling.

3. Contrary to Defendants' recitation of the discussions, the parties have actually reached agreement on the deadline to file motions to amend the pleadings twice.

4. On March 2, 2021, Plaintiff accepted Defendants' proposal of April 16 as the deadline to file motions to amend pleadings. *See* Ex. A at 7. From March 2 until April 13, the parties

continued to confer regarding other deadlines but the parties' agreement to April 16 remained in place.

5. Plaintiff would not agree, however, to Defendants' attempt to create by stipulation a procedure for raising disputes which are procedurally and substantively improper under the Federal and Local Rules. Although Plaintiff explained on several occasions (including April 1, April 7, and April 13, *see* Ex. A at 2–5) that there was no basis for the requested relief and, consequently, Plaintiff could not enter into a stipulation consenting to the filing of a motion it did not believe was authorized, Defendants continued to insist that Plaintiff stipulate to them bringing these motions in the case scheduling stipulation. *Id.*

6. On April 7, Plaintiff proposed that the parties stipulate to the agreed-upon deadlines, including the April 16 deadline to amend the Complaint, in a stipulation that included the dates the parties had agreed upon and not unrelated disputes that are governed by the Federal Rules.

7. On April 13, with the proposed deadline to amend pleadings approaching and Defendants still not having responded regarding the April 7 draft stipulation, Plaintiff followed up to reiterate its position that any such motion was not contemplated or authorized under the Federal Rules as "the relief Defendants are seeking is an order compelling Plaintiff to amend the complaint to contain certain information." Ex. A at 2. In an effort, however, to get a stipulation on file, Plaintiff offered to stipulate to a deadline to amend the complaint thirty days after any decision on Defendants' motion (the filing of which Plaintiff would not stipulate to) or to adhere to the April 16 deadline to amend the complaint if Defendants decided to forego their motion.

8. On April 14 at 12:28 am EDT, Defendants rejected this offer and proposed May 14 as a new deadline for motions to amend the pleadings.

9. On April 15 at 3:42 pm EDT, Plaintiff accepted this new date, responding as follows:

> We do not agree with your account of events below and do not waste time here correcting every mischaracterization. In an effort to be productive and progress this issue, we propose the following: the parties enter into the attached stipulation which reflects the agreed upon scheduling dates, including your proposed May 14 deadline to amend the pleadings.

2

Blaisdell Decl. in Opp'n to Defendants' "Administrative" Motion                               5:20-cv-4423

> You are free to pursue any and all motions you deem necessary but they have no place in a stipulation intended to reflect the positions the parties have agreed to. This seems the most productive path forward and we hope that you will consent to our filing the attached stipulation.
>
> Please confirm that you will agree to the attached stipulation and we will get it on file. Thanks.

Ex. A at 1.

      10.    Defendants responded at 10:21 pm EDT on Thursday, April 15, and filed the instant motion at approximately 10:45 pm EDT (*i.e.* about 25 minutes later), requiring Plaintiff to respond by Monday, April 19.

Executed this 19th day of April, 2021.

                        */s/ Demetri Blaisdell*

                        Demetri Blaisdell

## ATTESTATION

My user ID and password are being used in the electronic filing of this document and, in compliance with N.D. Cal. Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of the document has been obtained from each of the other Signatories.

                        */s/ Philip C. Korologos*

                        Philip C. Korologos