# EXHIBIT B

George A. Zelcs (*pro hac vice*)
  gzelcs@koreintillery.com
Randall P. Ewing, Jr. (*pro hac vice*)
  rewing@koreintillery.com
Ryan Z. Cortazar (*pro hac vice*)
  rcortazar@koreintillery.com
**KOREIN TILLERY, LLC**
205 North Michigan, Suite 1950
Chicago, IL  60601
Telephone: (312) 641-9750
Facsimile: (312) 641-9751

Stephen M. Tillery (*pro hac vice*)
  stillery@koreintillery.com
Steven M. Berezney, CA Bar #329923
  sberezney@koreintillery.com
Michael E. Klenov, CA Bar #277028
  mklenov@koreintillery.com
Carol O'Keefe (*pro hac vice*)
  cokeefe@koreintillery.com
**KOREIN TILLERY, LLC**
505 North 7th Street, Suite 3600
St. Louis, MO  63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

Joshua Irwin Schiller, CA Bar #330653
  jischiller@bsfllp.com
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery St., 41st Floor
San Francisco, CA  94104
Telephone:  (415) 293-6800
Facsimile: (415) 293-6899

*Attorneys for Maria Schneider and*
*Pirate Monitor, LTD*

Philip C. Korologos (*pro hac vice*)
  pkorologos@bsfllp.com
Joanna C. Wright (*pro hac vice*)
  jwright@bsfllp.com
**BOIES SCHILLER FLEXNER LLP**
55 Hudson Yards, 20th Floor
New York, NY  10001
Telephone:  (212) 446-2300
Facsimile: (212) 446-2350

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| MARIA SCHNEIDER and PIRATE MONITOR LTD, individually and on behalf of all others similarly situated;<br><br>Plaintiffs,<br><br>vs.<br><br>YOUTUBE, LLC; and GOOGLE LLC;<br><br>Defendants. | CASE NO. 5:20-cv-4423<br><br>**PLAINTIFF PIRATE MONITOR LTD'S OBJECTIONS AND RESPONSES TO YOUTUBE AND GOOGLE'S SECOND SET OF DOCUMENT REQUESTS TO PLAINTIFF AND COUNTERCLAIM DEFENDANT PIRATE MONITOR LTD** |

1    documents is not an admission that documents responsive to the Request exist and does not waive any

2    objections to the use of any discovery produced in response to the Request.

3    **DOCUMENT REQUEST NO. 51:**

4         All documents and communications relating to Intellectual Property LLC.

5    **OBJECTIONS AND RESPONSE:**  Pirate Monitor objects to Request No. 51 on the grounds that it

6    is overbroad, seeks irrelevant information that is not reasonably calculated to lead to the discovery of

7    admissible evidence, and is not proportional to the needs of the case, the amount in controversy, the

8    parties' relative access to relevant information, the parties' resources, and because the burden and

9    expense of the proposed discovery outweighs its likely benefit. Pirate Monitor states in accordance with

10   Rule 34(b)(2)(C) that it intends to withhold responsive documents on the basis of the objections stated

11   herein.

12   **DOCUMENT REQUEST NO. 52:**

13        All communications between You and Intellectual Property LLC concerning YouTube or

14   Google, any matter set forth in the complaint, or any matter related to the conduct of this litigation.

15   **OBJECTIONS AND RESPONSE:**  Pirate Monitor objects to Request No. 52 on the grounds that it

16   is overbroad, duplicative of Request No. 51, seeks irrelevant information that is not reasonably calculated

17   to lead to the discovery of admissible evidence, and is not proportional to the needs of the case, the

18   amount in controversy, the parties' relative access to relevant information, the parties' resources, and

19   because the burden and expense of the proposed discovery outweighs its likely benefit. Pirate Monitor

20   states in accordance with Rule 34(b)(2)(C) that it intends to withhold responsive documents on the basis

21   of the objections stated herein.

22   **DOCUMENT REQUEST NO. 53:**

23        All documents and communications relating to Pex.

24   **OBJECTIONS AND RESPONSE:**  Pirate Monitor objects to Request No. 53 on the grounds that it

25   is overbroad, seeks irrelevant information that is not reasonably calculated to lead to the discovery of

26   admissible evidence, and is not proportional to the needs of the case, the amount in controversy, the

27

28

parties' relative access to relevant information, the parties' resources, and because the burden and expense of the proposed discovery outweighs its likely benefit. Pirate Monitor states in accordance with Rule 34(b)(2)(C) that it intends to withhold responsive documents on the basis of the objections stated herein.

**DOCUMENT REQUEST NO. 54:**

All communications between You and Pex concerning YouTube or Google, any matter set forth in the complaint, or any matter related to the conduct of this litigation.

**OBJECTIONS AND RESPONSE:**  Pirate Monitor objects to Request No. 54 on the grounds that it is overbroad, duplicative of Request No. 53, seeks irrelevant information that is not reasonably calculated to lead to the discovery of admissible evidence, and is not proportional to the needs of the case, the amount in controversy, the parties' relative access to relevant information, the parties' resources, and because the burden and expense of the proposed discovery outweighs its likely benefit. Pirate Monitor states in accordance with Rule 34(b)(2)(C) that it intends to withhold responsive documents on the basis of the objections stated herein.

**DOCUMENT REQUEST NO. 55:**

All documents and communications relating to Pirate Monitor LLC.

**OBJECTIONS AND RESPONSE:**  Pirate Monitor objects to Request No. 55 on the grounds that it is overbroad, seeks irrelevant information that is not reasonably calculated to lead to the discovery of admissible evidence, and is not proportional to the needs of the case, the amount in controversy, the parties' relative access to relevant information, the parties' resources, and because the burden and expense of the proposed discovery outweighs its likely benefit. Pirate Monitor states in accordance with Rule 34(b)(2)(C) that it intends to withhold responsive documents on the basis of the objections stated herein.

**DOCUMENT REQUEST NO. 56:**

All communications between You and Pirate Monitor LLC concerning YouTube or Google, any matter set forth in the complaint, or any matter related to the conduct of this litigation.

**OBJECTIONS AND RESPONSE:** Pirate Monitor objects to Request No. 56 on the grounds that it is overbroad, duplicative of Request No. 55, seeks irrelevant information that is not reasonably calculated to lead to the discovery of admissible evidence, and is not proportional to the needs of the case, the amount in controversy, the parties' relative access to relevant information, the parties' resources, and because the burden and expense of the proposed discovery outweighs its likely benefit. Pirate Monitor states in accordance with Rule 34(b)(2)(C) that it intends to withhold responsive documents on the basis of the objections stated herein.

**DOCUMENT REQUEST NO. 57:**

All documents and communications relating to Sarfraz Arshad Khan.

**OBJECTIONS AND RESPONSE:** Pirate Monitor objects to Request No. 57 on the grounds that it is overbroad, seeks irrelevant information that is not reasonably calculated to lead to the discovery of admissible evidence, and is not proportional to the needs of the case, the amount in controversy, the parties' relative access to relevant information, the parties' resources, and because the burden and expense of the proposed discovery outweighs its likely benefit. Pirate Monitor states in accordance with Rule 34(b)(2)(C) that it intends to withhold responsive documents on the basis of the objections stated herein.

**DOCUMENT REQUEST NO. 58:**

All communications between You and Sarfraz Arshad Khan concerning YouTube or Google, any matter set forth in the complaint, or any matter related to the conduct of this litigation.

**OBJECTIONS AND RESPONSE:** Pirate Monitor objects to Request No. 58 on the grounds that it is overbroad, duplicative of Request No. 57, seeks irrelevant information that is not reasonably calculated to lead to the discovery of admissible evidence, and is not proportional to the needs of the case, the amount in controversy, the parties' relative access to relevant information, the parties' resources, and because the burden and expense of the proposed discovery outweighs its likely benefit. Pirate Monitor states in accordance with Rule 34(b)(2)(C) that it intends to withhold responsive documents on the basis of the objections stated herein.

**DOCUMENT REQUEST NO. 59:**

All documents and communications relating to Zoltan Buzas.

**OBJECTIONS AND RESPONSE:**  Pirate Monitor objects to Request No. 59 on the grounds that it is overbroad, seeks irrelevant information that is not reasonably calculated to lead to the discovery of admissible evidence, and is not proportional to the needs of the case, the amount in controversy, the parties' relative access to relevant information, the parties' resources, and because the burden and expense of the proposed discovery outweighs its likely benefit. Pirate Monitor states in accordance with Rule 34(b)(2)(C) that it intends to withhold responsive documents on the basis of the objections stated herein.

**DOCUMENT REQUEST NO. 60:**

All communications between You and Zoltan Buzas concerning YouTube or Google, any matter set forth in the complaint, or any matter related to the conduct of this litigation.

**OBJECTIONS AND RESPONSE:**  Pirate Monitor objects to Request No. 60 on the grounds that it is overbroad, duplicative of Request No. 59, seeks irrelevant information that is not reasonably calculated to lead to the discovery of admissible evidence, and is not proportional to the needs of the case, the amount in controversy, the parties' relative access to relevant information, the parties' resources, and because the burden and expense of the proposed discovery outweighs its likely benefit. Pirate Monitor states in accordance with Rule 34(b)(2)(C) that it intends to withhold responsive documents on the basis of the objections stated herein.

**DOCUMENT REQUEST NO. 61:**

All documents and communications concerning Ransom Nova.

**OBJECTIONS AND RESPONSE:** Pirate Monitor objects to Request No. 61 on the grounds that it is overbroad, seeks irrelevant information that is not reasonably calculated to lead to the discovery of admissible evidence, and is not proportional to the needs of the case, the amount in controversy, the parties' relative access to relevant information, the parties' resources, and because the burden and expense of the proposed discovery outweighs its likely benefit. Pirate Monitor states in accordance with

1  Rule 34(b)(2)(C) that it intends to withhold responsive documents on the basis of the objections stated

2  herein.

3  **DOCUMENT REQUEST NO. 62:**

4       All documents and communications concerning YouTube accounts created or used by

5  Ransom Nova.

6  **OBJECTIONS AND RESPONSE:** Pirate Monitor objects to Request No. 62 on the grounds that it

7  is overbroad, duplicative of Request No. 61, seeks irrelevant information that is not reasonably calculated

8  to lead to the discovery of admissible evidence, and is not proportional to the needs of the case, the

9  amount in controversy, the parties' relative access to relevant information, the parties' resources, and

10 because the burden and expense of the proposed discovery outweighs its likely benefit. Pirate Monitor

11 states in accordance with Rule 34(b)(2)(C) that it intends to withhold responsive documents on the basis

12 of the objections stated herein.

13 **DOCUMENT REQUEST NO. 63:**

14      All documents concerning Your selection of works to be included as Works in Suit.

15 **OBJECTIONS AND RESPONSE:** Pirate Monitor objects to Request No. 63 on the grounds that it

16 is overbroad, seeks irrelevant information that is not reasonably calculated to lead to the discovery of

17 admissible evidence, and is not proportional to the needs of the case, the amount in controversy, the

18 parties' relative access to relevant information, the parties' resources, and because the burden and

19 expense of the proposed discovery outweighs its likely benefit. Pirate Monitor states in accordance with

20 Rule 34(b)(2)(C) that it intends to withhold responsive documents on the basis of the objections stated

21 herein.

22

23 Dated: February 12, 2021                    Respectfully submitted,

24

25                                             /s/ Steven M. Berezney
                                               George A. Zelcs *(pro hac vice)*

26                                             Randall P. Ewing, Jr. *(pro hac vice)*
                                               Ryan Z. Cortazar *(pro hac vice)*

27