George A. Zelcs (pro hac vice)
  gzelcs@koreintillery.com
Randall P. Ewing, Jr. (pro hac vice)
  rewing@koreintillery.com
Ryan Z. Cortazar (pro hac vice)
  rcortazar@koreintillery.com
KOREIN TILLERY, LLC
205 North Michigan, Suite 1950
Chicago, IL  60601
Telephone: (312) 641-9750
Facsimile: (312) 641-9751

Stephen M. Tillery (pro hac vice)
  stillery@koreintillery.com
Steven M. Berezney, CA Bar #329923
  sberezney@koreintillery.com
Carol O'Keefe (pro hac vice)
  cokeefe@koreintillery.com
KOREIN TILLERY, LLC
505 North 7th Street, Suite 3600
St. Louis, MO  63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

Joshua Irwin Schiller, CA Bar #330653
  jischiller@bsfllp.com
BOIES SCHILLER FLEXNER LLP
44 Montgomery St., 41st Floor
San Francisco, CA  94104
Telephone:     (415) 293-6800
Facsimile: (415) 293-6899

Philip C. Korologos (pro hac vice)
  pkorologos@bsfllp.com
Joanna Wright
  jwright@bsfllp.com
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards, 20th Floor
New York, NY 10001
Telephone: (212) 446-2300
Facsimile: (212) 446-2350

*Attorneys for Maria Schneider,
Pirate Monitor Ltd., and Gábor Csupó*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA SCHNEIDER, individually and on behalf of all others similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>YOUTUBE, LLC; and GOOGLE LLC;<br><br>Defendants.<br><hr>YOUTUBE, LLC and GOOGLE LLC;<br><br>Counter-Plaintiffs,<br><br>v.<br><br>PIRATE MONITOR LTD., GÁBOR CSUPÓ, and PIRATE MONITOR LLC,<br><br>Counter-Defendants. | CASE NO.  3:20-cv-4423-JD<br><br>**ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>JUDGE: Honorable James Donato |

**ADMINISTRATIVE MOTION TO FILE UNDER SEAL**

Pursuant to Civil Local Rules 79-5 and 7-11 and the Protective Order entered by the Court on December 16, 2020 ("Protective Order"), Plaintiff Maria Schneider hereby submits this Administrative Motion to File Under Seal. Pursuant to the Protective Order, "Civil Local Rule 79-5 sets forth the procedures that must be followed and the standards that will be applied when a Party seeks permission from the Court to file Material under seal." Protective Order, ¶ 1.

**I.   Plaintiff Conditionally Lodges Under Seal Her Letter Motion to Compel dated April 22, 2021, Which Includes References to Material Designated as Confidential by Defendants YouTube, LLC and Google LLC.**

Pursuant to Civil Local Rule 79-5(e), Plaintiff hereby notifies the Court that she has conditionally filed under seal a redacted version of her Letter Motion to Compel dated April 22, 2021, which contains or references information which has been designated Confidential by Defendants YouTube, LLC and Google LLC. Specifically, Plaintiff's Letter Motion to Compel quotes material that Defendants had redacted in Defendants and Counterclaimants YouTube, LLC and Google LLC's Confidential Version of Responses and Objections to Plaintiff Maria Schneider's First Set of Interrogatories, dated December 17, 2020. In addition, Plaintiff's Letter Motion to Compel quotes material from the November 5, 2020 Letter of Lauren Gallo White to Joanna Wright, which was designated Confidential.

This application is also based on the information set forth in the Declaration of Carol L. O'Keefe in Support of this Administrative Motion to File Under Seal, filed concurrently herewith.

Dated: April 22, 2021                      Respectfully submitted,

                                            /s/ Carol L. O'Keefe
                                            George A. Zelcs (pro hac vice)
                                            Randall P. Ewing, Jr. (pro hac vice)
                                            Ryan Z. Cortazar (pro hac vice)
                                            KOREIN TILLERY, LLC
                                            205 North Michigan, Suite 1950
                                            Chicago, IL 60601
                                            Telephone: (312) 641-9750
                                            Facsimile: (312) 641-9751

Stephen M. Tillery (pro hac vice)
Steven M. Berezney, CA Bar #329923
Carol O'Keefe (pro hac vice)
KOREIN TILLERY, LLC
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

Joshua Irwin Schiller, CA Bar #330653
BOIES SCHILLER FLEXNER LLP
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Phone: (415) 293-6800
Fax: (415) 293-6899

Philip C. Korologos (pro hac vice)
Joanna Wright
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards, 20th Floor
New York, NY 10001
Phone: (212) 446-2300
Fax: (212) 446-2350

*Attorneys for Maria Schneider,
Pirate Monitor Ltd., and Gábor Csupó*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was filed with the Court and electronically served through the CM-ECF system which will send a notification of such filing to all counsel of record.

DATED: April 22, 2021

/s/ Carol L. O'Keefe
KOREIN TILLERY, LLC
Carol L. O'Keefe (pro hac vice)
cokeefe@koreintillery.com
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525