**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| MARIA SCHNEIDER, individually and on behalf of all others similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>YOUTUBE, LLC; and GOOGLE LLC;<br><br>Defendants.<br><hr>YOUTUBE, LLC and GOOGLE LLC;<br><br>Counter-Plaintiffs,<br><br>v.<br><br>PIRATE MONITOR LTD., GÁBOR CSUPÓ, and PIRATE MONITOR LLC,<br>Counter-Defendants. | CASE NO.  3:20-cv-4423-JD<br><br>**OKEEFE DECLARATION IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

I, Carol L. O'Keefe, declare:

1. I am a partner in Korein Tillery, LLC, co-counsel to Plaintiff and putative class representative Maria Schneider. I make this declaration in support of Plaintiff's Administrative Motion to File Under Seal filed on April 22, 2021. I have personal knowledge of the facts stated herein and, if called as a witness, I could and would competently testify thereto.

2. Plaintiff has conditionally filed under seal her Letter Motion to Compel dated April 22, 2021, which contains or references information which has been designated Confidential by Defendants YouTube, LLC and Google LLC.

3. Plaintiff's Letter Motion to Compel quotes material that Defendants had redacted in Defendants and Counterclaimants YouTube, LLC and Google LLC's Confidential Version of Responses and Objections to Plaintiff Maria Schneider's First Set of Interrogatories, dated December

17, 2020. In addition, Plaintiff's Letter Motion to Compel quotes material from the November 5, 2020 Letter of Lauren Gallo White to Joanna Wright, which was designated Confidential.

4. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 22nd day of April, 2021.

                                      /s/ Carol L. O'Keefe
                                      Carol L. O'Keefe

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was filed with the Court and electronically served through the CM-ECF system which will send a notification of such filing to all counsel of record, including the Designating Parties.

DATED: April 22, 2021

/s/ Carol L. O'Keefe
KOREIN TILLERY, LLC
Carol L. O'Keefe (pro hac vice)
cokeefe@koreintillery.com
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525