# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA SCHNEIDER, individually and on behalf of all others similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>YOUTUBE, LLC; and GOOGLE LLC;<br><br>Defendants.<br>_____<br><br>YOUTUBE, LLC and GOOGLE LLC;<br><br>Counter-Plaintiffs,<br><br>v.<br><br>PIRATE MONITOR LTD., GÁBOR CSUPÓ, and PIRATE MONITOR LLC,<br>Counter-Defendants. | CASE NO. 3:20-cv-4423-JD<br><br>**[PROPOSED] ORDER** |

Having reviewed Plaintiff's Administrative Motion to File Under Seal and the Declaration of Carol L. O'Keefe in support thereof, the Court Orders that:

Plaintiff's Letter Motion to Compel dated April 22, 2021, shall remain filed conditionally under seal for ten (10) days after the date it was originally filed conditionally under seal, pursuant to the Protective Order in this case and Civil Local Rule 79-5(e).

DATED: _____          SO ORDERED

                                                                    _____
                                                                    Judge James Donato