1  George A. Zelcs (pro hac vice)
     gzelcs@koreintillery.com
2  Randall P. Ewing, Jr. (pro hac vice)
     rewing@koreintillery.com
3  Ryan Z. Cortazar (pro hac vice)
     rcortazar@koreintillery.com
4  KOREIN TILLERY, LLC
   205 North Michigan, Suite 1950
5  Chicago, IL  60601
   Telephone: (312) 641-9750
6  Facsimile: (312) 641-9751

7  Stephen M. Tillery (pro hac vice)
     stillery@koreintillery.com
8  Steven M. Berezney, CA Bar #329923
     sberezney@koreintillery.com
9  Carol O'Keefe (pro hac vice)
     cokeefe@koreintillery.com
10 KOREIN TILLERY, LLC
   505 North 7th Street, Suite 3600
11 St. Louis, MO  63101
   Telephone: (314) 241-4844
12 Facsimile: (314) 241-3525

13 Joshua Irwin Schiller, CA Bar #330653
     jischiller@bsfllp.com
14 BOIES SCHILLER FLEXNER LLP
   44 Montgomery St., 41st Floor
15 San Francisco, CA  94104
   Telephone:     (415) 293-6800
16 Facsimile: (415) 293-6899

17 Philip C. Korologos (pro hac vice)
     pkorologos@bsfllp.com
18 Joanna Wright
     jwright@bsfllp.com
19 BOIES SCHILLER FLEXNER LLP
   55 Hudson Yards, 20th Floor
20 New York, NY 10001
   Telephone: (212) 446-2300
21 Facsimile: (212) 446-2350

22 *Attorneys for Maria Schneider,
   Pirate Monitor Ltd., and Gábor Csupó*

23
24
25
26
27
28

Certificate of Service                                              3:20-cv-4423-JD

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| MARIA SCHNEIDER, individually and on behalf of all others similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>YOUTUBE, LLC; and GOOGLE LLC;<br><br>Defendants.<br><br>YOUTUBE, LLC and GOOGLE LLC;<br><br>Counter-Plaintiffs,<br><br>v.<br><br>PIRATE MONITOR LTD., GÁBOR CSUPÓ, and PIRATE MONITOR LLC,<br><br>Counter-Defendants. | CASE NO.  3:20-cv-4423-JD<br><br>**CERTIFICATE OF SERVICE**<br><br>JUDGE: Honorable James Donato |

**CERTIFICATE OF SERVICE**

1

Certificate of Service	3:20-cv-4423-JD

## CERTIFICATE OF SERVICE

I hereby certify that on this date I served Counsel of Record, including counsel for the Designating Parties, a true and correct copy of the following documents which were filed with the Court via e-mail.

- 76-1 OKeefe Declaration in Support of Plaintiff's Administrative Motion to Seal;
- 76-4 Unredacted Version of Plaintiff's Motion to Compel, which has been filed under Seal; and
- 76-4 Unredacted Version of Plaintiff's Motion to Compel, with Redacted Portions Highlighted.

.

DATED: April 22, 2021

/s/ Carol L. O'Keefe
KOREIN TILLERY, LLC
Carol L. O'Keefe (pro hac vice)
cokeefe@koreintillery.com
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525