UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA SCHNEIDER, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>  Defendants.<br><br>_____<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>  Counterclaimants,<br><br>  v.<br><br>PIRATE MONITOR LTD, PIRATE MONITOR LLC, and GÁBOR CSUPÓ,<br><br>  Counterclaim Defendants. | CASE NO.: 3:20-cv-04423-JD<br><br>**[PROPOSED] ORDER** |

Plaintiff Maria Schneider has filed an Administrative Motion to File Under Seal. Dkt. 76. Having considered that motion, all documents filed in support, and Defendants' Response, the Court hereby finds that the Administrative Motion is MOOT and directs Schneider to comply with the local rules and the Court's orders for future administrative motions to seal.

IT IS SO ORDERED.

DATED: _____

HONORABLE JAMES DONATO
UNITED STATES DISTRICT JUDGE