Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARIA SCHNEIDER, individually and on behalf of all others similarly situated,

                Plaintiff(s),

v.

YOUTUBE, LLC and GOOGLE LLC,

                Defendant(s).

Case No: 3:20-cv-04423

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Marc A. Wallenstein, an active member in good standing of the bar of the District of Columbia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: the PLAINTIFFS in the above-entitled action. My local co-counsel in this case is Joshua Irwin Schiller, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

MY ADDRESS OF RECORD:
Korein Tillery LLC
205 North Michigan Avenue, Suite 1950
Chicago, IL 60601

MY TELEPHONE # OF RECORD:
(312) 641-9750

MY EMAIL ADDRESS OF RECORD:
mwallenstein@koreintillery.com

LOCAL CO-COUNSEL'S ADDRESS OF RECORD:
Boies Schiller Flexner LLP
44 Montgomery Street, 41st Floor
San Francisco, CA 94104

LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:
(415) 293-6800

LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:
jischiller@bsfllp.com

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 989074.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 06/07/21

                                                     /s/ Marc A. Wallenstein
                                                          APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Marc A. Wallenstein is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

                                    UNITED STATES DISTRICT/MAGISTRATE JUDGE