Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA SCHNEIDER, individually and on behalf of all others similarly situated,<br><br>                       Plaintiff(s),<br><br>   v.<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>                       Defendant(s). | Case No: 3:20-cv-04423<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

    I, __Marc A. Wallenstein__, an active member in good standing of the bar of __the District of Columbia__, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: __the PLAINTIFFS__ in the above-entitled action. My local co-counsel in this case is __Joshua Irwin Schiller__, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My Address of Record: | Local Co-Counsel's Address of Record: |
|---|---|
| Korein Tillery LLC<br>205 North Michigan Avenue, Suite 1950<br>Chicago, IL 60601 | Boies Schiller Flexner LLP<br>44 Montgomery Street, 41st Floor<br>San Francisco, CA 94104 |
| My Telephone # of Record: | Local Co-Counsel's Telephone # of Record: |
| (312) 641-9750 | (415) 293-6800 |
| My Email Address of Record: | Local Co-Counsel's Email Address of Record: |
| mwallenstein@koreintillery.com | jischiller@bsfllp.com |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: __989074__.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

    *I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 06/07/21                                                                    /s/ Marc A. Wallenstein
                                                                                                  APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

    IT IS HEREBY ORDERED THAT the application of __Marc A. Wallenstein__ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 6/8/2021

                                                                         UNITED STATES DISTRICT JUDGE