**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| MARIA SCHNEIDER, individually and on behalf of all others similarly situated;<br><br>Plaintiff,<br><br>v.<br><br>YOUTUBE, LLC; and GOOGLE LLC;<br><br>Defendants. | CASE NO.  3:20-cv-4423-JD<br><br>**KOROLOGOS DECLARATION REGARDING COURT-ORDERED MEET AND CONFER** |
| YOUTUBE, LLC and GOOGLE LLC;<br><br>Counter-Plaintiffs,<br><br>v.<br><br>PIRATE MONITOR LTD., GÁBOR CSUPÓ, and PIRATE MONITOR LLC,<br><br>Counter-Defendants. | |

I, Phil Korologos, declare:

1. I am a partner at Boies Schiller Flexner LLP, co-counsel to Plaintiff and putative class representative Maria Schneider.  I make this declaration to attest to my participation in a meet and confer about discovery issues pursuant to the Court's order of May 27, 2021.  Dkt. No. 82.

2. I attest that on June 11, June 16, and June 18, 2021, I met and conferred about the discovery issues identified in the Court's May 27, 2021 Order with counsel for Defendants in person via remote access video for a total of more than four hours. These discussions are ongoing.

Executed this 21st day of June, 2021.

*/s/ Phil Korologos*

Phil Korologos