1  DAVID H. KRAMER, State Bar No. 168452
   MAURA L. REES, State Bar No. 191698
2  LAUREN GALLO WHITE, State Bar No. 309075
3  WILSON SONSINI GOODRICH & ROSATI
4  Professional Corporation
5  650 Page Mill Road
   Palo Alto, CA 94304-1050
6  Telephone: (650) 493-9300
   Facsimile: (650) 565-5100
7  Email: dkramer@wsgr.com
              mrees@wsgr.com
8             lwhite@wsgr.com

   BRIAN M. WILLEN (admitted *Pro Hac Vice*)
   WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
   1301 Avenue of the Americas, 40th Floor
   New York, NY 10019-6022
   Telephone: (212) 999-5800
   Facsimile: (212) 999-5801
   Email: bwillen@wsgr.com

9  Attorneys for Defendants and Counterclaimants
10 YOUTUBE, LLC and GOOGLE LLC

11                    UNITED STATES DISTRICT COURT

12                  NORTHERN DISTRICT OF CALIFORNIA

13                       SAN FRANCISCO DIVISION

| | |
|---|---|
| 14  MARIA SCHNEIDER, individually and on behalf of all others similarly situated, | CASE NO.:  3:20-cv-04423-JD |
| 15                Plaintiffs, | **DECLARATION OF DAVID H. KRAMER CERTIFYING COMPLIANCE WITH THE COURT'S MAY 27, 2021 ORDER [DKT NO. 82]** |
| 16  v. | |
| 17  YOUTUBE, LLC and GOOGLE LLC, | Judge: Hon. James Donato |
| 18                Defendants. | |
| 19 | |
| 20  YOUTUBE, LLC and GOOGLE LLC, | |
| 21                Counterclaimants, | |
| 22  v. | |
| 23  PIRATE MONITOR LTD, PIRATE MONITOR LLC, and GÁBOR CSUPÓ, | |
| 24 | |
| 25                Counterclaim Defendants. | |
| 26 | |

27

28

1    I, David H. Kramer declare as follows:

2    1.    I am a partner with the law firm Wilson Sonsini Goodrich & Rosati, and lead

3    counsel for Defendants and Counterclaimants YouTube, LLC and Google LLC in this matter. I

4    submit this declaration pursuant to the Court's May 27, 2021 Order concerning the parties'

5    discovery disputes (Dkt No. 82) ("May 27 Order").  I make each of the following statements

6    based on my personal knowledge, and I could testify to the truth of each of them.

7    2.    Pursuant to the May 27, 2021 Order, counsel for the parties held a meet and

8    confer session via video conference on June 11, 2021, lasting nearly two hours.  Lead counsel for

9    the parties, joined by other members of their respective teams, raised and negotiated over various

10   options for the resolution of the parties' discovery disputes.

11   3.    The focus of this first call were disputes relating to YouTube's Content ID tool

12   and DMCA takedown notices (*see* Dkt. Nos. 70, 75).  We also spent time during that conference

13   discussing the parties' prior agreement regarding a case schedule for this matter (*see* Dkt. Nos.

14   72, 73).  And we discussed a proposed amended complaint that Plaintiff Maria Schneider's

15   counsel provided us on May 24, 2021, which proposes to add new named plaintiffs.

16   4.    The parties, through lead counsel, re-convened on June 16, 2021 for

17   approximately two hours and continued and expanded our prior discussions, also addressing

18   Plaintiff's discovery demand for certain document retention policies.  *See* Dkt. Nos. 70, 75.

19   5.    On June 18, 2021, the parties, through lead counsel, met and conferred for over an

20   hour more regarding the outstanding disputes, including those relating to Pirate Monitor's

21   document production (*see* Dkt. Nos. 74, 81) and Plaintiff's requests for copyright management

22   information (*see* Dkt. No. 80).

23   6.    The tone on each of these conferences was professional and the parties explored

24   various avenues for compromise.  We have scheduled additional time for further discussions

25   between lead counsel this week.

26   7.    In accordance with the above, I hereby certify compliance with the May 27, 2021

27   Order.

28

DECLARATION OF DAVID H. KRAMER                    -1-              CASE NO. 3:20-CV-04423-JD
CERTIFYING COMPLIANCE WITH THE COURT'S
MAY 27, 2021 ORDER [DKT NO. 82]

1      I declare under penalty of perjury under the law of the United States that the foregoing is

2  true and correct and that this declaration is executed the 21st day of June, 2021 in Palo Alto,

3  California.

4

5                         By: */s/ David H. Kramer*

6                            DAVID H. KRAMER
                               dkramer@wsgr.com

7                            Attorneys for Defendants and Counterclaimants

8                            YOUTUBE, LLC and GOOGLE LLC

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF DAVID H. KRAMER
CERTIFYING COMPLIANCE WITH THE COURT'S     -2-
MAY 27, 2021 ORDER [DKT NO. 82]                              CASE NO. 3:20-cv-04423-JD