UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA SCHNEIDER, individually and on behalf of all others similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>YOUTUBE, LLC and GOOGLE LLC;<br><br>Defendants.<br><hr>YOUTUBE, LLC and GOOGLE LLC;<br><br>Counter-Plaintiffs,<br><br>v.<br><br>PIRATE MONITOR LTD,<br>Counter-Defendant. | **CASE NO. 3:20-cv-04423-JD**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF MARIA SCHNEIDER'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** |

**[PROPOSED] ORDER**

The Court, having reviewed Plaintiff Maria Schneider's motion for leave to file an amended complaint pursuant to Federal Rule of Civil Procedure 15(a)(2), and for good cause shown, GRANTS the motion and ORDERS as follows:

Plaintiffs' Counsel shall publicly file the proposed first amended complaint attached to the declaration of Attorney Randall P. Ewing, Jr., (ECF No. 87-3), within two business days of this order.

Pursuant to Federal Rule of Civil Procedure 15(a)(3), Defendants shall respond to the first amended complaint within 14 days of Plaintiffs' filing.

**IT IS SO ORDERED.**

Dated: _____                    By: _____
                                      The Honorable James Donato
                                      United States District Judge