| | |
|---|---|
| George A. Zelcs (*pro hac vice*)<br>  gzelcs@koreintillery.com<br>Randall P. Ewing, Jr. (*pro hac vice*)<br>  rewing@koreintillery.com<br>Ryan Z. Cortazar (pro hac vice)<br>  rcortazar@koreintillery.com<br>**KOREIN TILLERY, LLC**<br>205 North Michigan, Suite 1950<br>Chicago, IL  60601<br>Tel.: (312) 641-9750 / Fax: (312) 641-9751 | Joshua Irwin Schiller, CA Bar #330653<br>  jischiller@bsfllp.com<br>**BOIES SCHILLER FLEXNER LLP**<br>44 Montgomery St., 41st Floor<br>San Francisco, CA  94104<br>Tel.: (415) 293-6800 / Fax: (415) 293-6899 |
| Stephen M. Tillery (*pro hac vice*)<br>  stillery@koreintillery.com<br>Steven M. Berezney, CA Bar #329923<br>  sberezney@koreintillery.com<br>Carol O'Keefe (*pro hac vice*)<br>  cokeefe@koreintillery.com<br>**KOREIN TILLERY, LLC**<br>505 North 7th Street, Suite 3600<br>St. Louis, MO  63101<br>Tel.: (314) 241-4844 / Fax: (314) 241-3525 | Philip C. Korologos (*pro hac vice*)<br>  pkorologos@bsfllp.com<br>Joanna Wright (*pro hac vice*)<br>  jwright@bsfllp.com<br>Demetri Blaisdell *(pro hac vice forthcoming)*<br>  dblaisdell@bsfllp.com<br>**BOIES SCHILLER FLEXNER LLP**<br>55 Hudson Yards, 20th Floor<br>New York, NY  10001<br>Tel.: (212) 446-2300 / Fax: (212) 446-2350 |

*Attorneys for Maria Schneider, Uniglobe Entertainment, LLC, and AST Publishing Ltd.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| MARIA SCHNEIDER, individually and on behalf of all others similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>YOUTUBE, LLC and GOOGLE LLC;<br><br>Defendants.<br>───────────────────────<br>YOUTUBE, LLC and GOOGLE LLC;<br><br>Counter-Plaintiffs,<br><br>v.<br><br>PIRATE MONITOR LTD,<br>Counter-Defendant. | **CASE NO. 3:20-cv-04423-JD**<br><br>**DECLARATION OF RANDALL P. EWING, JR. IN SUPPORT OF PLAINTIFF MARIA SCHNEIDER'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**<br><br>**Date:**     August 12, 2021<br>**Time:**     10:00 a.m.<br>**Courtroom:**  11 |

## DECLARATION OF ATTORNEY

I, Randall P. Ewing, Jr., hereby declares as follows:

1. I am a partner in the law firm of Korein Tillery LLC, counsel of record for Plaintiffs Maria Schneider, Uniglobe Entertainment, LLC, and AST Publishing Ltd. I am an attorney duly licensed to practice law before all courts in Illinois and Florida, and was admitted *pro hac vice* in this matter on July 10, 2020. I make this declaration on my own personal knowledge, and if called as a witness to testify, I could and would testify competently to the following facts.

2. I make this declaration in support of Plaintiff Maria Schneider's motion for leave to file an amended complaint pursuant to Federal Rule of Civil Procedure 15(a)(2), adding as plaintiffs and putative class representatives Uniglobe Entertainment, LLC, and AST Publishing Ltd.

3. Attached hereto as Exhibit A is a true and correct copy of the proposed first amended complaint.

4. Attached hereto as Exhibit B is a redlined copy of the proposed first amended complaint, which shows all changes made therein except formatting changes.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on this 2nd day of July, 2021, in Fort Lauderdale, Florida.

*/s/* Randall P. Ewing, Jr.
**ATTORNEY**