UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA SCHNEIDER, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>  Defendants.<br> | CASE NO.:  3:20-cv-04423-JD<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE FOR PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINTAND RELATED BRIEFING DEADLINES**<br><br>Judge:  Hon. James Donato |
| YOUTUBE, LLC and GOOGLE LLC,<br><br>  Counterclaimants,<br><br>  v.<br><br>PIRATE MONITOR LTD, PIRATE MONITOR LLC, and GÁBOR CSUPÓ,<br><br>  Counterclaim Defendants. | |

Pursuant to L.R. 6-2 and the accompanying declaration of David H. Kramer, Defendants and Counterclaimants YouTube, LLC and Google LLC ("collectively, "Defendants") and Plaintiff Maria Schneider, by and through their undersigned counsel, stipulate as follows:

WHEREAS, Plaintiff filed her Motion for Leave to File Amended Complaint on July 2, 2021 ("Motion") (ECF No. 87);

WHEREAS, Plaintiff selected a hearing date for the Motion of August 12, 2021;

WHEREAS, Defendants have requested and Plaintiff consents to a continuance of the August 12, 2021 hearing date to August 26, 2021;

WHEREAS, the parties have agreed to an extension of Defendants' deadline to respond to the Motion to July 23, 2021 and an extension of Plaintiff's deadline to file a reply to August 6, 2021.

THE PARTIES HEREBY STIPULATE AND AGREE, subject to the Court's approval, to the following:

1. Continuance of the August 12, 2021 hearing date for the Motion to August 26, 2021;
2. Extension of Defendants' deadline to respond to the Motion to July 23, 2021; and
3. Extension of Plaintiff's deadline to file a reply to August 6, 2021.

**IT IS SO STIPULATED,** through Counsel of Record.

Dated: July 15, 2021

 */s David H. Kramer*
David H. Kramer
Maura L. Rees
Lauren Gallo White
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: dkramer@wsgr.com
　　　　mrees@wsgr.com
　　　　lwhite@wsgr.com

Brian M. Willen
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

|   |   |   |
|---|---|---|
| 1 |  | 1301 Avenue of the Americas, 40th Floor |
| 2 |  | New York, NY 10019-6022 |
|   |  | Telephone:  (212) 999-5800 |
| 3 |  | Facsimile:   (212) 999-5801 |
|   |  | Email:  bwillen@wsgr.com |
| 4 |  |   |
|   |  | Attorneys for Defendants and Counterclaimants |
| 5 |  | YOUTUBE, LLC and GOOGLE LLC |

6  Dated:  July 15, 2021                    */s/ Philip C. Korologos*

George A. Zelcs
Randall P. Ewing, Jr.
Ryan Z. Cortazar
KOREIN TILLERY, LLC
205 North Michigan, Suite 1950
Chicago, IL 60601
Telephone:  (312) 641-9750
Facsimile:  (312) 641-9751
Email:  gzelcs@koreintillery.com
          rewing@koreintillery.com
          rcortazar@koreintillery.com

Stephen M. Tillery
Steven M. Berezney
Michael E. Klenov
Carol O'Keefe
KOREIN TILLERY, LLC
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525
Email:  stillery@koreintillery.com
          sberezney@koreintillery.com
          mklenov@koreintillery.com
          cokeefe@koreintillery.com

Joshua Irwin Schiller
BOIES SCHILLER FLEXNER LLP
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone:  (415) 293-6800
Facsimile:  (415) 293-6899
Email:  jischiller@bsfllp.com

Philip C. Korologos
Joanna C. Wright
Demetri B. Blaisdell
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards, 20th Floor
New York, NY 10001
Telephone: (212) 446-2300
Facsimile: (212) 446-2350
Email:  pkorologos@bsfllp.com
          jwright@bsfllp.com

STIPULATION AND [PROPOSED] ORDER           -2-                    CASE NO. 3:20-CV-04423-JD

dblaisdell@bsfllp.com

Attorneys for Maria Schneider,
Pirate Monitor, Ltd., and Gábor Csupó

### SIGNATURE ATTESTATION

I, David H. Kramer, hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing of this e-filed document.

By: */s/ David H. Kramer*

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated:

 Honorable Judge James Donato
 United States District Court Judge