DAVID H. KRAMER, State Bar No. 168452
MAURA L. REES, State Bar No. 191698
LAUREN GALLO WHITE, State Bar No. 309075
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: dkramer@wsgr.com
  mrees@wsgr.com
  lwhite@wsgr.com

BRIAN M. WILLEN (admitted *Pro Hac Vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, NY 10019-6022
Telephone: (212) 999-5800
Facsimile: (212) 999-5801
Email: bwillen@wsgr.com

Attorneys for Defendants and Counterclaimants
YOUTUBE, LLC and GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA SCHNEIDER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>Defendants.<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>Counterclaimants,<br><br>v.<br><br>PIRATE MONITOR LTD, PIRATE MONITOR LLC, and GÁBOR CSUPÓ,<br><br>Counterclaim Defendants. | CASE NO.: 3:20-cv-04423-JD<br><br>**DECLARATION OF DAVID H. KRAMER IN SUPPORT OF JOINT STIPULATION TO CONTINUE HEARING DATE FOR PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT AND RELATED BRIEFING DEADLINES** |

I, David H. Kramer, declare as follows pursuant to 28 U.S.C. § 1746:

1. I am an attorney at Wilson Sonsini Goodrich & Rosati, counsel to Defendants YouTube, LLC & Google, LLC ("Defendants"). Pursuant to L-R 6-2, I submit this declaration in support of the parties' joint stipulation to continue the hearing date for Plaintiff's Motion for Leave to File Amended Complaint ("Motion") and to extend related briefing deadlines. I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently thereto if called upon to do so.

2. As explained in the Stipulation, Plaintiff filed her Motion on July 2, 2021 ("Motion") (ECF No. 87). Plaintiff selected a hearing date of August 12, 2021.

3. Defendants' counsel has an unavoidable conflict on August 12 due to depositions scheduled in another matter. After conferring via email, Plaintiff consented to Defendants' request to continue the August 12, 2021 hearing date to August 26, 2021. The parties also agreed to extend Defendants' deadline to respond to the Motion to July 23, 2021 and to extend Plaintiff's deadline to file a reply to August 6, 2021.

4. The parties previously agreed to extend the time to respond to the Complaint (ECF No. 30) and the time to respond to Defendants' Answer and Counterclaims (ECF No. 41).

5. This joint request will not affect any dates set in this case.

I declare under penalty of perjury under the law of the United States that the foregoing is true and correct and that this declaration is executed the 15th day of July, 2021 in Palo Alto, California.

By: _____*/s/ David H. Kramer*_____
　　　　David H. Kramer

Attorneys for Defendants and Counterclaimants
YOUTUBE, LLC and GOOGLE LLC