DAVID H. KRAMER, State Bar No. 168452
MAURA L. REES, State Bar No. 191698
LAUREN GALLO WHITE, State Bar No. 309075
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: dkramer@wsgr.com
      mrees@wsgr.com
      lwhite@wsgr.com

BRIAN M. WILLEN (admitted *Pro Hac Vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, NY 10019-6022
Telephone: (212) 999-5800
Facsimile: (212) 999-5801
Email: bwillen@wsgr.com

Attorneys for Defendants and Counterclaimants
YOUTUBE, LLC and GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA SCHNEIDER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>Defendants.<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>Counterclaimants,<br><br>v.<br><br>PIRATE MONITOR LTD, PIRATE MONITOR LLC, and GÁBOR CSUPÓ,<br><br>Counterclaim Defendants. | CASE NO.: 3:20-cv-04423-JD<br><br>**DECLARATION OF MAURA L. REES IN SUPPORT OF YOUTUBE, LLC AND GOOGLE LLC'S OPPOSITION TO PLAINTIFF MARIA SCHNEIDER'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**<br><br>Hearing Date: August 12, 2021<br><br>Time: 10:00 am<br><br>Before: Hon. James Donato |

I, Maura Rees, declare as follows:

1. I am duly admitted to practice law in the State of California and am a partner with the law firm Wilson Sonsini Goodrich & Rosati, P.C., attorneys for Defendants and Counterclaimants YouTube, LLC and Google LLC (collectively, "YouTube"). I submit this declaration in support of YouTube's Opposition to Plaintiff Maria Schneider's ("Schneider") Motion For Leave To File First Amended Complaint. I am over the age of 18 and competent to make this declaration. I make each of the following statements based on my personal knowledge, and I could, if necessary, testify to the truth of each of them.

2. I have served as one of the lead attorneys for defendants in this case from its inception. I have participated in a host of conversations with counsel for Schneider and former plaintiff, Pirate Monitor Ltd. in connection with this case, and specifically communicated with them about this motion.

<u>YouTube's Efforts to Set a Case Schedule</u>

3. Beginning in October 2020, the parties' counsel engaged in concerted efforts, including several lengthy phone calls, to agree on a case schedule. Through those efforts, the parties reached agreement on deadlines for most case management events. A sticking point in our discussions, however, was that Plaintiffs' counsel would not agree to a deadline to identify the full universe of copyrighted works that Plaintiffs were asserting in the case. They likewise would not agree to a deadline, prior to the discovery cut-off, for a final identification of the videos on YouTube that Plaintiffs alleged infringed the copyrighted works that Plaintiffs had put at issue.

4. Because the parties reached an impasse on the issue of these deadlines, on April 15, 2021, YouTube moved the Court to enter a case schedule that included all dates agreed upon by the parties, as well as additional deadlines to fix the universe of works at issue, and to require identification of alleged infringements. In her opposition to the motion, while continuing to contest the setting of the deadlines YouTube sought, Schneider stated that she had agreed to "all

1  such requisite dates" necessary for a case schedule, including a "deadline of May 14" 2021 for

2  amending pleadings. Dkt. 73 at 1.

3          <u>The Timing of Plaintiff's Motion for Leave to Amend</u>:

4          5.      In an email dated Friday, April 30, 2021, Schneider informed YouTube that she

5  intended to move for leave to amend her complaint on Tuesday, May 4, unless YouTube

6  consented to the amendment. Schneider did not provide a proposed amended complaint or

7  describe the proposed amendments. After YouTube requested a copy of the proposed

8  amendments, on May 4th, Schneider informed YouTube that she would not be filing the motion

9  for leave that day as planned. Attached hereto as **Exhibit 1**, is a true and correct copy of the

10 email communications beginning on April 30, 2021, between Schneider's counsel and

11 YouTube's counsel.

12         6.      In an email dated May 24, 2021, Schneider for the first time shared a copy of a

13 proposed amended complaint, stating that she intended to move for leave to file it the next day

14 and requesting YouTube's consent by 5 p.m. on May 25. After additional communications

15 between the parties, Schneider stated that she would wait until June 2 to file her motion. In a

16 June 2 email, YouTube offered its consent to certain proposed amendments but not the addition

17 of proposed new named plaintiffs and their claims. Schneider did not file her motion for leave on

18 June 2. Instead, on June 4th, she said she wanted to add the issue of her proposed amendments to

19 the agenda of discovery motions over which the Court had ordered the parties to meet and confer

20 Dkt. 82. Attached hereto as **Exhibit 2**, is a true and correct copy of the email communications

21 beginning on May 24, 2021, between Schneider's counsel and YouTube's counsel.

22         7.      Between June 11 and June 25, the parties met and conferred per the Court's Order

23 (Dkt. 82), as well as regarding Schneider's proposed amended complaint. During those

24 discussions, Schneider took the position that there was no governing case schedule and that her

25 prior agreements on case deadlines were rescinded. Schneider also would not agree that the

26 proposed amended complaint would be her final amendment. She maintained that each new

27

28

DECLARATION OF MAURA L. REES ISO
YOUTUBE OPP. TO MTN FOR LEAVE TO AMEND   -2-                                           CASE NO. 3:20-CV-04423-JD

1  proposed plaintiff would get its own set of interrogatories and would be able to seek
2  individualized discovery.

3      8.     In addition, during those discussions, YouTube's counsel asked when and how
4  Schneider learned of the parties she proposed to add as plaintiffs, and when those parties learned
5  of the case. Beyond representing that Schneider's counsel had learned of the proposed new
6  plaintiffs at least a couple of months earlier, or words to that effect, Schneider's counsel claimed
7  that the information sought was protected by attorney-client or work product privilege.

8      9.     Attached hereto as **Exhibit 3**, is a true and correct copy of a screenshot of a
9  "Tweet" from February 17, 2021 on Twitter by Uniglobe Entertainment, one of the plaintiffs
10 Schneider has proposed adding to the amended complaint.

11      10.     In an email dated July 1, 2021, YouTube informed Schneider's counsel that it
12 would oppose Schneider's motion for leave to amend.

13      I declare under penalty of perjury under the law of the State of California and the United
14 States that the foregoing is true and correct.

15      Executed the 19th day of July, 2021 in Mountain View, California.

                                                         */s/ Maura L. Rees*
                                                          Maura L. Rees

### ATTORNEY ATTESTATION

I am the ECF User whose ID and password are being used to file this Declaration. In compliance with N.D. Cal. Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of the document has been obtained from the other signatory.

                                                          */s/ David H. Kramer*
                                                          David H. Kramer