# EXHIBIT 1

| | |
|---|---|
| **From:** | Rees, Maura |
| **Sent:** | Tuesday, May 18, 2021 11:41 PM |
| **To:** | Demetri Blaisdell; WSGR - schneidervyoutube |
| **Cc:** | KTYouTube; BSFYouTube |
| **Subject:** | RE: Schneider v. YouTube, Case No. 20-cv-04423 (N.D. Cal.) |

Demetri,

Based on your email two weeks ago, we understood that Plaintiff intends to amend the complaint and will send the proposed amendment to Defendants to seek consent for filing.  However, since then, we have not seen a proposed amendment from Plaintiff, and it is now past the May 14 date for motions to amend that Plaintiff agreed to in the April 19 opposition to YouTube's administrative motion to set a case schedule.  Please let us know whether plaintiff still intends to seek to amend the complaint and, if so, when we can expect to receive the proposed amendment.  Defendants have been devoting significant time and effort to this litigation based on Ms. Schneider's claims as framed in the current complaint, including discovery directed to those claims, so Defendants would be significantly prejudiced by further delay by Plaintiff in raising new proposed amendments.

Best regards,

Maura


Maura L. Rees
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304
Direct dial: 650.320.4780

**From:** Demetri Blaisdell <DBlaisdell@BSFLLP.com>
**Sent:** Tuesday, May 4, 2021 6:12 PM
**To:** Rees, Maura <MRees@wsgr.com>; WSGR - schneidervyoutube <schneidervyoutube@wsgr.com>
**Cc:** KTYouTube <KTYouTube@KoreinTillery.com>; BSFYouTube <BSFYouTube@bsfllp.com>
**Subject:** RE: Schneider v. YouTube, Case No. 20-cv-04423 (N.D. Cal.)

[External]
Maura,

We will not be filing the motion to amend today.  We plan to share the amendments we intend to make with Defendants to get your consent.

Best,
Demetri

**From:** Rees, Maura <MRees@wsgr.com>
**Sent:** Monday, May 3, 2021 4:37 PM
**To:** Demetri Blaisdell <DBlaisdell@BSFLLP.com>; WSGR - schneidervyoutube <schneidervyoutube@wsgr.com>
**Cc:** KTYouTube <KTYouTube@KoreinTillery.com>; BSFYouTube <BSFYouTube@bsfllp.com>
**Subject:** RE: Schneider v. YouTube, Case No. 20-cv-04423 (N.D. Cal.)

1

**CAUTION**: **External email. Please do not respond to or click on links/attachments unless you recognize the sender.**

---

Demetri,

Thanks for your email, which we received late Friday night, seeking consent by Tuesday about filing a proposed amended complaint.  Unfortunately, you didn't provide us with a copy of what you propose to file, which is necessary for us to determine whether we can consent.

Please send us a copy of the proposed amended complaint that you will be submitting to the court so we can understand the nature of the amendments.  As you know from our numerous discussions of the issue, defendants may be amenable to plaintiff Maria Schneider making certain amendments to include specific identification of the allegedly infringed copyrighted works in suit and URLs of videos on YouTube that allegedly infringe those works (while reserving all objections).  Without seeing the proposed amendment, however, we simply do not know what you have in mind.  Once you send it to us and we have time to consult with our client about it, we will get back to you.


Best regards,
Maura

Maura L. Rees
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304
Direct dial: 650.320.4780

---

**From:** Demetri Blaisdell <DBlaisdell@BSFLLP.com>
**Sent:** Friday, April 30, 2021 7:08 PM
**To:** WSGR - schneidervyoutube <schneidervyoutube@wsgr.com>
**Cc:** KTYouTube <KTYouTube@KoreinTillery.com>; BSFYouTube <BSFYouTube@bsfllp.com>
**Subject:** Schneider v. YouTube, Case No. 20-cv-04423 (N.D. Cal.)

[External]
Counsel,

Plaintiff intends to move the Court for leave to amend her complaint on Tuesday, May 4, unless Defendants will agree to consent to the amendment.  Please advise us as soon as possible and, in any event by Tuesday at 3 pm Eastern, whether Defendants will agree to consent to Plaintiff's amendment.  Thanks.


Best,
Demetri

**Demetri Brumis Blaisdell**
Associate
_____

BOIES SCHILLER FLEXNER LLP
55 Hudson Yards
New York, NY 10001
(t) +1 212 446 2331
(m) +1 510 501 6601
dblaisdell@bsfllp.com
www.bsfllp.com

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]

This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient.  Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited.  If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]