# EXHIBIT 2

| | |
|---|---|
| **From:** | Demetri Blaisdell <DBlaisdell@BSFLLP.com> |
| **Sent:** | Friday, June 4, 2021 9:08 PM |
| **To:** | Rees, Maura; WSGR - schneidervyoutube |
| **Cc:** | BSFYouTube; KTYouTube |
| **Subject:** | RE: Schneider v. YouTube, Case No. 20-cv-04423 (N.D. Cal.) |

[External]
Maura,

Thank you for your email.  Unfortunately, Defendants' compromise would not achieve one of the primary purposes of the amendment, to add two new putative class representatives, and also seeks significant concessions, including an agreement by Ms. Schneider to forfeit valid claims based on works registered since July 2, 2020, in exchange for the Plaintiff exercising her rights under Rule 15 to amend her pleading.  We also note that the court has never set a deadline for amendments and that from May 4 to the present we have communicated with you about our plans to amend; kept you updated throughout this process; provided you a redline showing the proposed amendments; and afforded you a week and a half to review the amendments.

To provide an additional opportunity for you to elaborate on your objections and for us to reach an agreement on this matter, we've included Plaintiff's proposed amended complaint on the agenda for our meet and confer next week.  We hope we are able to resolve this dispute and get the complaint on file as soon as possible.

Best,
Demetri

**From:** Rees, Maura <MRees@wsgr.com>
**Sent:** Wednesday, June 2, 2021 12:18 AM
**To:** Demetri Blaisdell <DBlaisdell@BSFLLP.com>; WSGR - schneidervyoutube <schneidervyoutube@wsgr.com>
**Cc:** BSFYouTube <BSFYouTube@bsfllp.com>; KTYouTube <KTYouTube@KoreinTillery.com>
**Subject:** RE: Schneider v. YouTube, Case No. 20-cv-04423 (N.D. Cal.)

**CAUTION: External email. Please do not respond to or click on links/attachments unless you recognize the sender.**

Demetri,

     We have reviewed Plaintiff's proposed amended complaint and discussed with our clients.  Although it is past the May 14, 2021 agreed deadline for motions to amend, in the interest of compromise, Defendants would consent to limited amendments that would not introduce undue prejudice at this time.  Defendants have previously requested that Plaintiff Schneider amend her complaint to include a final, definitive identification of works in suit.  Accordingly, we would consent to an amendment that adds only the copyrighted works of Plaintiff Schneider listed in Footnote 7 that were registered with the US Copyright Office before July 2, 2020, on the condition that Plaintiff agrees that no further amendments to Ms. Schneider's works in suit will be made.  We would also consent to the amendments striking allegations referencing Pirate Monitor as a plaintiff and Alphabet as a defendant, per the prior agreed dismissals of those parties.  Defendants further reserve all rights to challenge deficiencies in an amended complaint, including all grounds for motions to dismiss for failure to state a claim.

  Defendants do not consent to the remaining proposed amendments, including without limitation the addition of new named plaintiffs and their new alleged works in suit. Such amendments would be prejudicial to Defendants for numerous reasons, including because these additional plaintiffs would seek to commence discovery anew as to their previously-undisclosed claims after nearly a year of litigation.

  Please let us know whether Plaintiff will agree to modify the proposed amended complaint to conform to the limited amendments described above.

Best regards,
Maura

---

**From:** Demetri Blaisdell <DBlaisdell@BSFLLP.com>
**Sent:** Wednesday, May 26, 2021 5:11 PM
**To:** Rees, Maura <MRees@wsgr.com>; WSGR - schneidervyoutube <schneidervyoutube@wsgr.com>
**Cc:** BSFYouTube <BSFYouTube@bsfllp.com>; KTYouTube <KTYouTube@KoreinTillery.com>
**Subject:** RE: Schneider v. YouTube, Case No. 20-cv-04423 (N.D. Cal.)

[External]
Maura,

Thanks for your email.

While its premise is not accurate, and we continue to be concerned by the impacts Defendants' various delays are having on discovery and the case generally, we are willing to await filing our motion to amend until Wednesday of next week (6/2), COB Eastern, to see if we can reach agreement on Defendants consenting to our amendment.

Best,
Demetri

---

**From:** Rees, Maura <MRees@wsgr.com>
**Sent:** Wednesday, May 26, 2021 2:30 PM
**To:** Demetri Blaisdell <DBlaisdell@BSFLLP.com>; WSGR - schneidervyoutube <schneidervyoutube@wsgr.com>
**Cc:** BSFYouTube <BSFYouTube@bsfllp.com>; KTYouTube <KTYouTube@KoreinTillery.com>
**Subject:** RE: Schneider v. YouTube, Case No. 20-cv-04423 (N.D. Cal.)

**CAUTION: External email. Please do not respond to or click on links/attachments unless you recognize the sender.**

---

Demetri,

Given that Plaintiff was prepared to file a motion to amend at least as of April 30, we don't see why Plaintiff waited to provide the draft amendment to Defendants until weeks later, after we already informed Plaintiff that Defendants need to have a reasonable amount of time to respond to any request for consent. In light of the new plaintiffs and infringement claims, and the upcoming holiday weekend, as well as the need to confer with our clients, we would need at least a few more days to review the proposed amendments, and we do not anticipate being able to provide a substantive response today.

Best regards,
Maura

**From:** Demetri Blaisdell <DBlaisdell@BSFLLP.com>
**Sent:** Tuesday, May 25, 2021 7:08 PM
**To:** Rees, Maura <MRees@wsgr.com>; WSGR - schneidervyoutube <schneidervyoutube@wsgr.com>
**Cc:** BSFYouTube <BSFYouTube@bsfllp.com>; KTYouTube <KTYouTube@KoreinTillery.com>
**Subject:** RE: Schneider v. YouTube, Case No. 20-cv-04423 (N.D. Cal.)

[External]
Maura,

Will Defendants be able to provide a final answer by COB tomorrow? If not, we intend to file. Thanks.

Best,
Demetri

**From:** Rees, Maura <MRees@wsgr.com>
**Sent:** Tuesday, May 25, 2021 3:01 PM
**To:** Demetri Blaisdell <DBlaisdell@BSFLLP.com>; WSGR - schneidervyoutube <schneidervyoutube@wsgr.com>
**Cc:** BSFYouTube <BSFYouTube@bsfllp.com>; KTYouTube <KTYouTube@KoreinTillery.com>
**Subject:** RE: Schneider v. YouTube, Case No. 20-cv-04423 (N.D. Cal.)

**CAUTION: External email. Please do not respond to or click on links/attachments unless you recognize the sender.**

Demetri,

Thanks for your email and for sending the proposed amended complaint. We will review the proposed amendment, but it is not reasonable for Plaintiff to give Defendants one day of notice in advance of filing a motion to amend and to seek consent within that time frame, when the proposed amendments add new plaintiffs and new claims of infringement that Defendants have never seen before. Plaintiff first informed Defendants of their intention to amend on April 30 but did not provide a copy of the proposed amendment. As I explained in my email dated May 3, 2021, Defendants need time to review any proposed amendments and confer with our client before we can respond regarding consent. Nevertheless, instead of promptly providing the proposed amendment, Plaintiff then waited another three weeks before sending it to Defendants, and now demands an immediate response. This does not provide an adequate opportunity for review, and therefore we cannot provide a substantive response by today.

Best regards,
Maura

**From:** Demetri Blaisdell <DBlaisdell@BSFLLP.com>
**Sent:** Monday, May 24, 2021 11:25 AM
**To:** WSGR - schneidervyoutube <schneidervyoutube@wsgr.com>
**Cc:** BSFYouTube <BSFYouTube@bsfllp.com>; KTYouTube <KTYouTube@KoreinTillery.com>
**Subject:** Schneider v. YouTube, Case No. 20-cv-04423 (N.D. Cal.)

[External]
Counsel,

Plaintiff intends to move the Court for leave to amend her complaint tomorrow, May 25, unless Defendants will agree to consent to the amendment. Attached is a copy of the proposed amended complaint in redline against the current

3

complaint.  Please advise us as soon as possible and, in any event by tomorrow at 5 pm Eastern, whether Defendants will agree to consent to Plaintiff's amendment.  Thanks.

Best,
Demetri

**Demetri Brumis Blaisdell**
Associate

BOIES SCHILLER FLEXNER LLP
55 Hudson Yards
New York, NY 10001
(t) +1 212 446 2331
(m) +1 510 501 6601
dblaisdell@bsfllp.com
www.bsfllp.com

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]

This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient.  Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited.  If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]