# EXHIBIT 3

Explore

Settings

**Tweet**

**Uniglobe Entertainment | Film Studio**
@UniglobeEnt

.@YouTube We are at several million PIRATED views of r films #5Weddings & others. U dont fix it. Even worse, you won't let us upload our own films while OUR copyright is freely infringed. This class action suit against #Google & #Alphabet frm @KoreinTillery & @bsfllp is crucial!!

11:04 PM · Feb 17, 2021 · Twitter for iPhone

**2** Retweets **2** Likes

Search Twitter

**New to Twitter?**

Sign up now to get your own pers

Sign up

**Relevant people**

**Uniglobe Entertai**
@UniglobeEnt
Internationally Dive Company w/ Focus Relevant Movies. #/ #5Weddings #1aMi #AmericanizingShe #AmericanDream

**YouTube**
@YouTube
Like and subscribe.

**Korein Tillery LLC**
@KoreinTillery
Korein Tillery is an i boutique with office Chicago. We repres high-stakes and co

**What's happening**

Awards · 3 hours ago
**Mj Rodriguez makes Emmy history as first trans persor nominated in a lead acting category**
Trending with Emmy, MJ Rodrigu

Trending in United States
**#TECHNOTWT_OUT**

Trending in United States
**Poki**
3,542 Tweets

COVID-19 · LIVE
**COVID-19: News and upda Virginia**

GQ Magazine · 4 hours ag
**Jason Sudeikis Is Having O Hell Of A Year**

Show more

Terms of Service Privacy Policy
Ads info More ··· © 2021 Twit

**Don't miss what's happening**
People on Twitter are the first to know.

Log in S

