## Exhibit A – Plaintiffs' Proposed Case Schedule

| Event | Plaintiffs' Proposed Date |
|---|---|
| Plaintiffs to file first amended complaint, which will identify all copyrighted works | 5 days after Court's entry of scheduling order which will include identification of copyrighted works; preliminary list of infringements to be done per dates below, first as discovery based on plaintiff's position at time of disclosure, with final list following Defendants' use of Content ID to identify "matches" for copyrighted works with such final list to be deemed incorporated into the Complaint at that time. |
| Plaintiffs to identify preliminary list of infringements of copyrighted works (alleged infringements identified without Content ID) | 14 days after Court's entry of scheduling order |
| Plaintiffs to serve Rule 26 initial disclosures for new parties. | 30 days after filing of amended complaint |
| Defendants' answer or motion to dismiss | 21 days after filing of amended complaint |
| Plaintiffs' opposition to motion to dismiss amended complaint, if any | 28 days after motion to dismiss, if any |
| Defendants' reply brief in support of motion to dismiss, if any. | 14 days after deadline for Plaintiffs' opposition to the motion to dismiss |
| Plaintiffs identify final combined list of alleged infringements for purposes of this case, which infringements are deemed to be amended into the operative complaint | The later of January 21, 2022 or 60 days after Defendants disclose all Content ID matches for the copyrighted works contained in the amended complaint |
| Deadline for substantial completion of rolling document productions | March 4, 2022 |
| Deadline for motion for class certification/opening class cert expert reports due | July 21, 2022 |
| Opposition to class certification/rebuttal class cert expert reports due | August 25, 2022 |
| Deadline for deposing Defendants' class cert experts/close of fact discovery for class certification only | September 22, 2022 |
| Deadline for reply in support of motion for class certification | September 29, 2022 |

| Event | Plaintiffs' Proposed Date |
|---|---|
| Hearing on motion for class certification | October 13, 2022 or first Thursday at least 14 days after previous event (or per Court's availability) |
| Close of fact discovery | Later of January 9, 2023 or 60 days following class certification decision |
| Disclosure of proposed expert or other opinion witnesses | Later of January 16, 2023 or 7 days following previous event |
| Opening merits expert reports due | Same as previous event |
| Rebuttal merits expert reports due | Later of February 20, 2023 or 35 days following previous event |
| Close of merits expert discovery | Later of March 20, 2023 or 28 days following previous event |
| Deadline to move for summary judgment | Later of April 10, 2023 or 21 days following previous event |
| Opposition to motions for summary judgment | Later of May 8, 2023 or 28 days following previous event |
| Reply in support of motions for summary judgment | Later of May 30, 2023 or 21 days following previous event |
| Hearing on motions for summary judgment | Later of June 15, 2023 or first Thursday at least 14 days after previous event (or per Court's availability) |
| Serving and filing briefs on all significant disputed issues of law, including procedural and evidentiary issues (motions *in limine*, Daubert motions) | Later of August 14, 2023 or 30 days following decision on motion(s) for summary judgment |
| Counsel to meet and confer to prepare joint final pretrial conference statement and proposed order and coordinated submission of trial exhibits and other material | Later of August 21, 2023 or 7 days following previous event |
| Filing joint final pretrial conference statement and proposed order, serving and filing requested voir dire questions, jury instructions, and forms of verdict | Later of September 5, 2023 or 14 days following previous event |
| Final pretrial conference | Later of September 14, 2023 or first Thursday at least 7 days following previous event (or per Court's availability) |

| Event | Plaintiffs' Proposed Date |
|---|---|
| Lodging exhibits and other trial material, including copies of all exhibits to be offered and all schedules, summaries, diagrams and charts to be used at the trial other than for impeachment or rebuttal. Each proposed exhibit must be premarked for identification. Upon request, a party must make the original or the underlying documents of any exhibit available for inspection and copying | Later of September 21, 2023 or 7 days following previous event |
| Serving and filing statements designating excerpts from depositions (specifying the witness and page and line references), from interrogatory answers and from responses to requests for admission to be offered at the trial other than for impeachment or rebuttal | Later of September 21, 2023 or 7 days following final pretrial conference |
| Trial | Later of October 12, 2023 or 21 days following final pretrial conference |