**Defendants' September 2021 Schedule Proposal**

| Event | Date |
|---|---|
| Deadline to file amended pleadings | Plaintiff Schneider and Proposed Plaintiffs AST and Uniglobe shall file the amended complaint within 5 days of the Court's order entering this schedule, which shall include a final identification of all works in suit and preliminary identification by URL of all allegedly infringing videos known to Plaintiffs as of this date |
| Deadline for new plaintiffs to serve Rule 26 initial disclosures | 10 days after filing of amended complaint |
| Deadline for defendants' response to amended complaint | 28 days after filing of amended complaint |
| Deadline for Plaintiffs to serve final identification by URL of any additional videos that they allege infringe the pleaded works in suit in this action, which infringements are deemed to be amended into the operative complaint | January 21, 2022 |
| Deadline for Plaintiffs to file motion for class certification | January 27, 2022 |
| Deadline for Defendants to file opposition to Plaintiffs' motion for class certification | March 10, 2022 |
| Deadline for Plaintiffs to file reply in support of motion for class certification | March 31, 2022 |
| Hearing on Plaintiffs' motion for class certification | TBD based on Court's availability |
| Close of fact discovery | July 22, 2022 |
| Disclosure of proposed expert or other opinion witnesses | July 29, 2022 |
| Opening expert reports due | August 12, 2022 |
| Rebuttal expert reports due | September 16, 2022 |
| Close of expert discovery | October 14, 2022 |
| Deadline to move for summary judgment | November 11, 2022 |
| Deadline to file opposition to motion for summary judgment | December 16, 2022 |

-2-

| | |
|---|---|
| Deadline to file reply in support of motion for summary judgment | January 19, 2023 |
| Hearing on motion(s) for summary judgment | TBD based on Court's availability |
| Serving and filing briefs on all significant disputed issues of law, including procedural and evidentiary issues (motions *in limine*, Daubert motions) | April 10, 2023 |
| Counsel to meet and confer to prepare joint final pretrial conference statement and proposed order and coordinated submission of trial exhibits and other material | April 17, 2023 |
| Filing joint final pretrial conference statement and proposed order | May 1, 2023 |
| Serving and filing requested voir dire questions, jury instructions, and forms of verdict | May 1, 2023 |
| Final pretrial conference | May 8, 2023 |
| Lodging exhibits and other trial material, including copies of all exhibits to be offered and all schedules, summaries, diagrams and charts to be used at the trial other than for impeachment or rebuttal. Each proposed exhibit must be premarked for identification. Upon request, a party must make the original or the underlying documents of any exhibit available for inspection and copying | May 15, 2023 |
| Serving and filing statements designating excerpts from depositions (specifying the witness and page and line | May 15, 2023 |

| | |
|---|---|
| references), from interrogatory answers and from responses to requests for admission to be offered at the trial other than for impeachment or rebuttal | |
| Trial | May 29, 2023 |