# EXHIBIT A

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARIA SCHNEIDER and PIRATE MONITOR LTD, individually and on behalf of all others similarly situated; | ) ) ) ) | Case Number: 3:20-cv-04423-JD |
| | ) | **PLAINTIFFS' FIRST SET OF REQUESTS** |
| Plaintiffs, | ) ) | **FOR THE PRODUCTION OF DOCUMENTS TO DEFENDANTS** |
| | ) | **YOUTUBE, LLC AND GOOGLE LLC** |
| vs. | ) | |
| | ) | |
| YOUTUBE, LLC; GOOGLE LLC; and ALPHABET INC.; | ) ) ) | |
| | ) | |
| Defendants. | ) ) | |

16      Pursuant to Federal Rules of Civil Procedure 26 and 34, Plaintiffs Maria Schneider and

17   Pirate Monitor LTD ("Pirate Monitor"), by their attorneys Boies Schiller Flexner LLP and

18   Korein Tillery, LLC, request that Defendants, YouTube, LLC ("YouTube") and Google LLC

19   ("Google") respond to the following document requests (the "Requests") within thirty days of

20   service and produce responsive documents, and afterwards supplement such production as may

21   become necessary to comply with the requirements of Rule 26(e) of the Federal Rules of Civil

22   Procedure.

### **DEFINITIONS**

23

24      1.      The words and phrases used in these Requests shall have the meanings ascribed

25   to them under the Federal Rules of Civil Procedure, unless otherwise stated.  All definitions

26   herein include both the singular and plural.

27      2.      "And" and "Or" shall be construed either disjunctively or conjunctively as

28   necessary to bring within the scope of the discovery request all responses that might otherwise

28.    "Performance Rights Organizations" means any organization that collects royalties on behalf of copyright owners and includes but is not limited to Broadcast Music, Inc. ("BMI"), the American Society of Composers, Authors, and Publishers ("ASCAP"), the Society of European Stage Authors and Composers ("SESAC"), and the American Music Rights Association ("AMRA").

29.    "Plaintiffs" means Schneider and Pirate Monitor.

30.    "Red Flag Knowledge" means Your subjective awareness of facts that would have made copyright infringement objectively obvious to a reasonable person.

31.    "Removed Takedown Notice Video" means a video posted to Your platform that was removed, deleted, or no longer displayed because of a Takedown Notice.

32.    "Removed Takedown Notice Video Re-upload" means a video that is substantively identical to a Removed Takedown Notice Video or contains the portion or aspect of the removed Takedown Notice Video that was the target of a Successful Takedown Notice.

33.    "Repeat Infringer" has the meaning it has under 17 U.S.C. § 512(i).

34.    "Response to Counterclaims" means Plaintiff Pirate Monitor's Rule 12 motion and/or responsive pleading filed in response to Defendants' Counterclaims.

35.    "Schneider" means Plaintiff Maria Schneider and all agents, representatives, accountants, investigators, consultants, attorneys, attorneys-in-fact, advisors, and any other Person acting on her behalf.

36.    "Schneider Infringing Videos" means any video uploaded to Your platform that uses any of the Schneider Works in whole or in part, either by reproducing them or performing them.

37.    "Schneider Works" means any works to which Schneider holds or has held since January 1, 2005 exclusive copyrights, Including the works identified in Paragraph 60 of the Complaint.

38.    "Tags" are descriptive keywords Users add to a video to help viewers find content.

39.    "Takedown Notice" means a request submitted via Your online platform, by email, or in any other way that seeks to have content of any kind removed, deleted, or no longer displayed

because the content contains copyrighted material that has been posted or is being displayed without a license or permission.

40.     "User" means a user of Your YouTube platform.

41.     "Successful Takedown Notice" means a Takedown Notice that resulted in a Removed Takedown Notice Video or that You otherwise determined set forth a meritorious claim that copyrighted material has been posted or is being displayed without a license or permission.

42.     "Successful Takedown Notice Video" means any video uploaded to Your platform subsequent to the date that a Successful Takedown Notice was submitted that used the work or works that were the subject of a Successful Takedown Notice in whole or in part, either by reproducing them or performing them.

43.     The terms "You," "Your," and "Yourself" mean Defendants YouTube and Google and all present and former subsidiaries, predecessors, parents, successors, affiliates, segments, divisions, and all present or former owners, officers, directors, managers, limited partners, general partners, agents, representatives, accountants, investigators, consultants, attorneys, attorneys-in-fact, predecessors or successors in interest, employees, trustees, advisors, and any other Person acting on its behalf.

44.     "YouTube Partner Program" means the program launched in 2007 that uses AdSense to monetize content posted by Users.

**REQUEST NO. 27**

All Documents Concerning Takedown Notices You have received Concerning videos posted to Your platform, Including:

    a) The Takedown Notice submitted;

    b) Any changes to the Takedown Notice;

    c) Any Communications Concerning the Takedown Notice, Including with the issuer of the Takedown Notice and with any targets of the Takedown Notice;

    d) The disposition of the Takedown Notice, Including whether a Copyright Strike was issued, whether the video that was the subject of the Takedown Notice was removed, and any changes to the allocation of revenue associated with the video that was the subject of the Takedown Notice.

**REQUEST NO. 28**

All databases Concerning Takedown Notices and Documents sufficient to show all fields in any databases Concerning Takedown Notices, Including a description of the nature of each field.

**REQUEST NO. 29**

All Removed Takedown Notice Videos.

**REQUEST NO. 30**

Documents sufficient to show the following information for all Removed Takedown Notice Videos:

    a. The date(s) uploaded, the number of copies made, the date each copy was made, the location of each copy;

    b. the metadata included with each video (Including before and after each video was uploaded) and whether that metadata was supplied by the User or You;

    c. the number of views, the number of downloads, the number of likes, the number of Users who subscribed to the channel of the User that posted the video from the page containing the video;