# EXHIBIT B

1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6
7   MARIA SCHNEIDER, individually and on          )   Case Number: 3:20-cv-04423-JD
    behalf of all others similarly situated;      )
8                                                  )   **PLAINTIFF'S AND COUNTERCLAIM**
        Plaintiff,                                 )   **DEFENDANTS' SECOND SET OF**
9                                                  )   **REQUESTS FOR THE PRODUCTION OF**
        vs.                                        )   **DOCUMENTS TO DEFENDANTS**
10                                                 )   **YOUTUBE, LLC AND GOOGLE LLC**
11   YOUTUBE, LLC and GOOGLE LLC;                  )
                                                   )
12       Defendants.                               )
                                                   )
13                                                 )
14   YOUTUBE, LLC and GOOGLE LLC;                  )
                                                   )
15   Counter-Plaintiffs,                           )
                                                   )
16   v.                                            )
                                                   )
17   PIRATE MONITOR LTD., GÁBOR CSUPÓ,             )
     and PIRATE MONITOR LLC,                       )
18                                                 )
     Counter-Defendants.                           )
19                                                 )
20
21
22       Pursuant to Federal Rules of Civil Procedure 26 and 34, Plaintiff Maria Schneider and

23   Counterclaim Defendants Pirate Monitor Ltd. and Gábor Csupó, by their attorneys Boies Schiller

24   Flexner LLP and Korein Tillery, LLC, request that Defendants, YouTube, LLC and Google LLC

25   respond to the following document requests (the "Requests") within thirty days of service and

26   produce responsive documents, and afterwards supplement such production as may become

27   necessary to comply with the requirements of Rule 26(e) of the Federal Rules of Civil Procedure.

28

## REQUESTS FOR PRODUCTION

**REQUEST NO. 78**

Documents sufficient to Identify or production of one or more databases or their contents containing the following: all videos posted to the YouTube platform that have been identified as "Video Matches," the work used to create the ID File that matched to the video, the owner of the work used to create the ID File, the Content ID Participant that submitted the work, the user that posted each video, the channel where such video was posted, and whether each video was blocked, monetized or tracked.

**REQUEST NO. 79**

Documents sufficient to show every part of the Content ID System's user experience, including the pages or screens that show the processes for applying for access to the Content ID System, uploading copyrighted works as Reference Files, reviewing Video Matches and applying Policies, including Monetizing, Blocking, or Tracking Video Matches, manually submitting Content ID claims, and managing Disputes, as well as Documents sufficient to show how each page or screen of the Content ID System's user experience interacts with each other page or screen.

**REQUEST NO. 80**

Documents sufficient to show all standard or template communications with Content ID Participants.

**REQUEST NO. 81**

All Documents Concerning your accommodation, failure to accommodate, interference, or non-interference with Digital Fingerprinting Technology other than Content ID.

**REQUEST NO. 82**

All Documents Concerning Your evaluation of whether any technology or technical measure constitutes a Standard Technical Measure.  The time period for this Request is from January 1, 2005 to the present.