United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARIA SCHNEIDER,

        Plaintiff,

    v.

YOUTUBE, LLC, et al.,

        Defendants.

Case No.  20-cv-04423-JD

**SCHEDULING ORDER**

      The Court sets the following case management deadlines pursuant to Federal Rule of Civil

Procedure 16 and Civil Local Rule 16-10.  The parties are advised to review and comply with the

Court's Standing Order for Civil Cases, Standing Order for Discovery in Civil Cases, and

Standing Order for Civil Jury Trials.

| Event | Deadline |
|---|---|
| Last day to file first amended complaint identifying all copyrighted works | November 22, 2021 |
| Last day for plaintiffs to provide a preliminary list of infringements | November 29, 2021 |
| Last day for defendants to respond to first amended complaint | December 13, 2021 |
| Last day for plaintiffs to serve Rule 26 initial disclosures for new parties | December 22, 2021 |
| Last day to file opposition to motion to dismiss, if any | January 10, 2021 |
| Last day to file reply in support of motion to dismiss, if any | January 24, 2022 |
| Last day for plaintiffs to identify final list of infringements | February 25, 2022 |

United States District Court
Northern District of California

1

| Event | Deadline |
|---|---|
| Fact discovery cut-off | July 5, 2022 |
| Expert disclosures | July 18, 2022 |
| Rebuttal expert disclosures | August 8, 2022 |
| Expert discovery cut-off | August 17, 2022 |
| Last day to file motion for class certification | September 1, 2022 |
| Last day to file opposition to class certification | September 29, 2022 |
| Last day to file reply in support of class certification | October 13, 2022 |
| Last day to file dispositive and *Daubert* motions | January 19, 2023 |
| Pretrial conference | July 20, 2023, at 1:30 p.m. |
| Jury Trial | August 21, 2023, at 9:00 a.m. |

All dates set by the Court should be regarded as firm.  Counsel may not modify these dates by stipulation without leave of court.  Requests for continuances are disfavored, and scheduling conflicts that are created subsequent to the date of this order by any party, counsel or party-controlled expert or witness will not be considered good cause for a continuance.  Sanctions may issue for a failure to follow a scheduling or other pretrial order.  *See* Fed. R. Civ. P. 16(f)(1)(C).

**IT IS SO ORDERED.**

Dated:  November 16, 2021

_____
JAMES DONATO
United States District Judge

2