# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC and AST PUBLISHING LTD., individually and on behalf of all others similarly situated;<br><br>Plaintiffs,<br><br>vs.<br><br>YOUTUBE, LLC; and GOOGLE LLC;<br><br>Defendants.<br><br>YOUTUBE, LLC and GOOGLE LLC;<br><br>Counter-Plaintiffs,<br><br>vs.<br><br>PIRATE MONITOR LTD., GÁBOR CSUPÓ, and PIRATE MONITOR LLC,<br><br>Counter-Defendants. | CASE NO. 3:20-cv-4423-JD<br><br>**BEREZNEY DECLARATION IN SUPPORT OF MOTION TO SEVER**<br><br>DATE: February 3, 2022<br>TIME: 10:00 a.m.<br>COURTROOM: 11<br>JUDGE: Honorable James Donato |

I, Steven M. Berezney, declare:

1. I am a partner in Korein Tillery, LLC, co-counsel to Plaintiffs and putative class representatives Maria Schneider, Uniglobe Entertainment, LLC, and AST Publishing LTD., as well as co-counsel for Counter-Defendants Pirate Monitor Ltd. and Gábor Csupó. I make this declaration in support of Plaintiffs' Motion to Sever YouTube, LLC, and Google LLC's claims against Pirate Monitor Ltd., Gábor Csupó, and Pirate Monitor LLC. I make this declaration on my own personal knowledge, and if called as a witness to testify, I could and would testify competently to the following facts.

2. Plaintiffs' Memorandum in Support of the Motion to Sever describes and cites Counter-Plaintiffs' Response to Pirate Monitor Ltd.'s Interrogatory No. 5, dated November 1, 2021, which was designated as Confidential under the Protective Order. A true and accurate copy of Counter-Plaintiffs'

Response to Pirate Monitor Ltd.'s Interrogatory No. 5 is attached to Plaintiffs' Memorandum in Support of the Motion to Sever as Exhibit 1.

3. On December 2, 2021, I asked Counter-Plaintiffs' counsel by email whether they would consent to the public filing of Counter-Plaintiffs' Response to Pirate Monitor Ltd.'s Interrogatory No. 5. On December 3, 2021, Counter-Plaintiffs' counsel consented by email.

4. I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 3rd day of December, 2021.

Dated: December 3, 2021                    Respectfully submitted,

                                           /s/ Steven M. Berezney

                                           Steven M. Berezney