UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC and AST PUBLISHING LTD., individually and on behalf of all others similarly situated;<br><br>Plaintiffs,<br><br>vs.<br><br>YOUTUBE, LLC; and GOOGLE LLC;<br><br>Defendants.<br><br>YOUTUBE, LLC and GOOGLE LLC;<br><br>Counter-Plaintiffs,<br><br>vs.<br><br>PIRATE MONITOR LTD., GÁBOR CSUPÓ, and PIRATE MONITOR LLC,<br><br>Counter-Defendants. | CASE NO. 3:20-cv-4423-JD<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO BRIEF MOTION TO SEVER**<br><br>DATE: February 3, 2022<br>TIME: 10:00 a.m.<br>COURTROOM: 11<br>JUDGE: Honorable James Donato |

Pursuant to N.D. Civ. L.R. 6-2 and the accompanying declaration of Steven M. Berezney, Plaintiffs Maria Schneider, Uniglobe Entertainment, LLC, and AST Publishing L., Counter-Defendants Pirate Monitor Ltd. and Gábor Csupó, and Defendants and Counter-Plaintiffs YouTube, LLC, and Google LLC, by and through their undersigned counsel, stipulate as follows:

WHEREAS, Plaintiffs filed their Motion to Sever on December 3, 2021 (ECF No. 100);

WHEREAS, the default briefing schedule under Fed. R. Civ. P. 6 and N.D. Civ. L.R. 7-3 would require the parties to prepare and file their opposition and reply briefs during the upcoming holiday season;

WHEREAS, the parties have agreed to afford one another extensions of time to brief this motion as a matter of professional courtesy;

NOW THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE, through their respective counsel of record, that the time for Defendants file their brief in opposition to the

motion to sever is extended from December 17, 2021, to January 6, 2022, the time for Plaintiffs to file any reply in support of their motion to sever is extended from December 24, 2021, to January 20, 2022, and the hearing date is set for February 3, 2022, to afford the Court two weeks with the parties' full briefing.

      IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | Dated: December 8, 2021 | Respectfully submitted, |
| 2 | /s/ Maura L. Rees_____ | /s/ Steven M. Berezney_____ |
| 3 | DAVID H. KRAMER, SBN 168452 | STEVEN M. BEREZNEY, SBN 329923 |
|   | MAURA L. REES, SBN 191698 | STEPHEN M. TILLERY (Pro Hac Vice) |
| 4 | LAUREN GALLO WHITE, SBN 309075 | MICHAEL E. KLENOV, SBN 277028 |
| 5 | WILSON SONSINI GOODRICH & ROSATI | CAROL O'KEEFE (Pro Hac Vice) KOREIN TILLERY, LLC |
| 6 | Professional Corporation | 505 North 7th Street, Suite 3600 |
| 7 | 650 Page Mill Road | St. Louis, MO 63101 |
|   | Palo Alto, CA 94304-1050 | Telephone: (314) 241-4844 |
| 8 | Telephone: (650) 493-9300 | Email: stillery@koreintillery.com |
| 9 | Email: dkramer@wsgr.com | Email: sberezney@koreintillery.com |
|   | Email: mrees@wsgr.com | Email: mklenov@koreintillery.com |
| 10 | Email: lwhite@wsgr.com | Email: cokeefe@koreintillery.com |
| 11 | | |
|    | Attorneys for Defendants and Counter- | GEORGE A. ZELCS (Pro Hac Vice) |
| 12 | Plaintiffs YOUTUBE, LLC, and GOOGLE | RANDALL P. EWING, JR. (Pro Hac Vice) |
|    | LLC | RYAN Z. CORTAZAR (Pro Hac Vice) |
| 13 | | KOREIN TILLERY, LLC |
| 14 | | 205 North Michigan Avenue, Suite 1950 |
|    | | Chicago, IL 60601 |
| 15 | | Telephone: (312) 641-9750 |
| 16 | | Email: gzelcs@koreintillery.com |
|    | | Email: rewing@koreintillery.com |
| 17 | | Email: rcortazar@koreintillery.com |
| 18 | | |
|    | | JOSHUA IRWIN SCHILLER, SBN 330653 |
| 19 | | BOIES SCHILLER FLEXNER LLP |
| 20 | | 44 Montgomery Street, 41st Floor |
|    | | San Francisco, CA 94104 |
| 21 | | Telephone: (415) 293-6800 |
| 22 | | Email: jischiller@bsfllp.com |
|    | | PHILIP C. KOROLOGOS (Pro Hac Vice) |
| 23 | | JOANNA WRIGHT (Pro Hac Vice) |
| 24 | | BOIES SCHILLER FLEXNER LLP |
|    | | 55 Hudson Yards, 20th Floor |
| 25 | | New York, NY 10001 |
| 26 | | Telephone: (212) 446-2300 |
|    | | Email: pkorologos@bsfllp.com |
| 27 | | Email: jwright@bsfllp.com |
| 28 | | |

3

Stipulation and Proposed Order Extending Time to Brief Motion to Sever               3:20-cv-4423

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Attorneys for Plaintiffs MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING LTD., and Counter-Defendants PIRATE MONITOR LTD. and GÁBOR CSUPÓ

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____                              _____
                                                                                    THE HONORABLE JAMES DONATO
                                                                                    UNITED STATES DISTRICT JUDGE

1

<u>ATTORNEY ATTESTATION</u>

I, Steven M. Berezney, hereby attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing of this e-filed document.

By: <u>/s/ Steven M. Berezney</u>