UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC and AST PUBLISHING LTD., individually and on behalf of all others similarly situated;<br><br>Plaintiffs,<br><br>vs.<br><br>YOUTUBE, LLC; and GOOGLE LLC;<br><br>Defendants.<br><br>YOUTUBE, LLC and GOOGLE LLC;<br><br>Counter-Plaintiffs,<br><br>vs.<br><br>PIRATE MONITOR LTD., GÁBOR CSUPÓ, and PIRATE MONITOR LLC,<br><br>Counter-Defendants. | CASE NO. 3:20-cv-4423-JD<br><br>**BEREZNEY DECLARATION IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO BRIEF MOTION TO SEVER**<br><br>DATE: February 3, 2022<br>TIME: 10:00 a.m.<br>COURTROOM: 11<br>JUDGE: Honorable James Donato |

I, Steven M. Berezney, declare:

1. I am a partner in Korein Tillery, LLC, co-counsel to Plaintiffs and putative class representatives Maria Schneider, Uniglobe Entertainment, LLC, and AST Publishing Ltd., as well as co-counsel for Counter-Defendants Pirate Monitor Ltd. and Gábor Csupó.

2. I submit this declaration in support of the Parties' Stipulation and Proposed Order Extending Time to Brief Motion to Sever pursuant to Civil Local Rule 6-2.

3. The parties have agreed, subject to the Court's approval, to extend the deadline for Defendants file their brief in opposition to the motion to sever from December 17, 2021, to January 6, 2022.

4.       The parties have further agreed, subject to the Court's approval, to extend the deadline for Plaintiffs to file any reply in support of their motion to sever from December 24, 2021, to January 20, 2022.

5.       The parties have further agreed, subject to the Court's approval, to set the hearing date on the motion to sever for February 3, 2022, to afford the Court two weeks with the parties' full briefing.

6.       The parties request these extensions to avoid the need to prepare and file briefs during the upcoming holiday season and have agreed to these extensions as a matter of professional courtesy.

7.       The parties have previously filed stipulations to extend Defendants' time to respond to Plaintiffs' Complaint, ECF No. 30, to extend Plaintiffs' time to respond to Defendants' Answer and Counterclaims, ECF No. 41, and to continue the hearing date for Plaintiff's Motion for Leave to File Amended Complaint and related deadlines, ECF No. 88.

8.       The requested extensions do not alter the date of any event or any deadline already fixed by Court order.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 8th day of December, 2021.

Dated: December 8, 2021                    Respectfully submitted,

                                           /s/ Steven M. Berezney
                                           Steven M. Berezney