| | |
|---|---|
| DAVID H. KRAMER, SBN 168452<br>MAURA L. REES, SBN 191698<br>LAUREN GALLO WHITE, SBN 309075<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone: (650) 493-9300<br>Facsimile: (650) 565-5100<br>Email: dkramer@wsgr.com<br>        mrees@wsgr.com<br>        lwhite@wsgr.com | BRIAN M. WILLEN (admitted *Pro Hac Vice*)<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>1301 Avenue of the Americas, 40th Floor<br>New York, NY 10019-6022<br>Telephone: (212) 999-5800<br>Facsimile: (212) 999-5801<br>Email: bwillen@wsgr.com |

Attorneys for Defendants and Counterclaimants
YOUTUBE, LLC and GOOGLE LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING LTD., individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>    Defendants.<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>    Counterclaimants,<br><br>    v.<br><br>PIRATE MONITOR LTD, PIRATE MONITOR LLC, and GÁBOR CSUPÓ,<br><br>    Counterclaim Defendants. | CASE NO.: 3:20-cv-04423-JD<br><br>**DECLARATION OF PAUL N. HAROLD IN SUPPORT OF YOUTUBE, LLC AND GOOGLE LLC'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**<br><br>Hearing Date: March 10, 2022<br>Time: 10:00 am<br>Location: Courtroom 11, 19th Floor<br>Judge: Hon. James Donato |

I, Paul N. Harold, declare as follows:

1. I am an attorney at Wilson, Sonsini, Goodrich & Rosati, counsel to Defendants, am over the age of 18 and competent to make this declaration. I make each of the following statements based on my personal knowledge, and I could, if necessary, testify to the truth of each of them.

2. Attached as Exhibit 1 are true and correct copies of the online copyright records from the U.S. Copyright Office's Official Public Catalog reflecting the registrations of the following copyrighted works asserted by Plaintiff Maria Schneider in this action: (1) *Aires de Lando*; (2) *A Potter's Song*; (3) *Arbiters of Evolution*; (4) *A World Lost*; (5) *Bluebird*; (6) *Braided Together*; (7) *Carlos Drummond de Andrada Stories (5 songs for soprano and chamber orchestra)*; (8) *Cerulean Skies*; (9) *CQ CQ, Is Anybody There?*; (10) *Data Lords*; (11) *Don't Be Evil*; (11) *Home*; (12) *Lembrança*; (14) *Look Up*; (15) *Nimbus*; (16) *Rich's Piece*; (17) *Sanzenin*; (18) *Sky Blue*; (19) *Sputnik*; (20) *Stone Song*; (21) *String Quartet No. 1*; (22) *The Monarch and the Milkweed*; (23) *The Pretty Road*; (24) *The Sun Waited for Me*; (25) *The Thompson Fields*; (26) *Walking by Flashlight (instrumental big band arrangement)*; (27) *Willow Lake*; (28) *Winter Morning Walks (9 songs for soprano, string orchestra, and jazz trio)*. The dates on these registrations indicate that these 28 works were registered after this action was instituted on July 2, 2020.

3. The Court's Scheduling Order in this matter (Dkt. 98) required Plaintiffs to "provide a preliminary list of infringements" by November 29, 2021. Attached as Exhibit 2 is a true and correct copy of Plaintiffs' preliminary list of alleged infringements dated November 29, 2021.

4. Attached as Exhibit 3 is a true and correct copy of an excerpt of Plaintiff Maria Schneider's First Amended Responses and Objections to Defendants' First and Second Set of Interrogatories dated March 8, 2021 that contains Schneider's response to Defendants' Interrogatory No. 2. In that response, Schneider identified 47 allegedly infringing videos on the YouTube service that were not identified in her preliminary list of alleged infringements (Ex. 2) or in the First Amended Complaint.

5.      Attached as Exhibit 4 is a true and correct copy of the online copyright record from the U.S. Copyright Office's Official Public Catalog reflecting the registration of a screenplay titled *Americanizing Shelley* on behalf of copyright claimant "Namrata S. Gujral-Cooper."

6.      Attached as Exhibit 5 is a true and correct copy of the online copyright record (V3537D764) from the U.S. Copyright Office's Official Public Catalog reflecting that a security agreement between Americanizing Shelley, LLC and Directors Guild of America, Inc. was recorded with the Copyright Office in March 2006 relating to the motion picture *Americanizing Shelley*. A search for a copyright registration for the work returned no such copyright registration.

7.      Attached as Exhibit 6 is a true and correct copy of the online copyright record from the U.S. Copyright Office's Official Public Catalog reflecting the registration of a motion picture titled *1 a Minute* on behalf of copyright claimant "Namrata Singh Gujral-Cooper d/b/a UniGlobe Entertainment."

8.      A search of the U.S. Copyright Office's Official Public Catalog for a motion picture copyright registration for *Americanizing Shelley* returns only the registration for the screenplay and unrelated entries. A search of the U.S. Copyright Office's Official Public Catalog for a motion picture copyright registration for *5 Weddings* returns only the registration for the screenplay and a recorded security agreement. Attached as Exhibit 7 is a true and correct copy of those search results.

9.      Attached as Exhibit 8 is a true and correct copy of the online copyright record (V9943D159) from the U.S. Copyright Office's Official Public Catalog reflecting that a security agreement between Uniglobe Entertainment, LLC and Screen Actors Guild-American Federation of Television and Radio Artists was recorded with the Copyright Office in October 2016 relating to the motion picture *5 Weddings*. A search for a copyright registration for the work returned no such copyright registration.

10.     A search of the U.S. Copyright Office's Official Public Catalog does not appear to return any registrations for the following works asserted by Uniglobe and AST Publishing: the

1  Hindi-language version of *5 Weddings*; *Selfmama: Life Hacks for a Working Mother*, *Nutty
2  Buddha*, *My Children*, *Children's Book*, *The Life of Wonderful People and Animals: Short
3  Stories About All Sorts of Different Things*, *Pelagia and the Red Rooster*, *Zuleikha Opens Her
4  Eyes*, *History of the Russian State*, and *Spy Novel*.  Attached as Exhibit 9 is a true and correct
5  copy of the search result for a search for "5 Weddings" and "AST Publishing."
6       I declare under penalty of perjury under the law of the State of California and the United
7  States that the foregoing is true and correct and that this declaration is executed the 13th day of
8  December, 2021 in Washington, District of Columbia.

                                                                              /s/ *Paul N. Harold*
                                                                              Paul N. Harold

**ATTORNEY ATTESTATION**

I, David H. Kramer, am the ECF User whose ID and password are being used to file this document. In compliance with N.D. Cal. Civil L.R. 5-1(h)(3), I hereby attest that the concurrence in the filing of this document has been obtained from the signatory.

                                                                              /s/ *David H. Kramer*
                                                                              David H. Kramer