# Exhibit 1



The Library has opened access to the reading rooms by appointment only. More.
The Jefferson Building has reopened to visitors via timed, ticketed entry. More.
The U.S. Copyright Office Catalog will not be available between 7:00pm and
7:30pm EST on Tuesday, December 7 due to routine maintenance. We apologize for
any inconvenience to our users.

| Help | Search | History | Titles | Start Over |

---

# Public Catalog

 Copyright Catalog (1978 to present)
Search Request: Builder = (maria schneider)[ in Name Claimant  ]
Search Results: Displaying 2 of 119 entries



---

| Labeled View |

*Aires de Lando.*

**Type of Work:** Music
**Registration Number / Date:** PA0002270528 / 2020-11-17
**Application Title:** Aires de Lando.
**Title:** Aires de Lando.
**Description:** Electronic file (eService)
**Copyright Claimant:** Maria Schneider. Address: 50 West 72nd St #510, New York, NY, 10023, United States.
**Date of Creation:** 2006
**Date of Publication:** 2007-07-01
**Nation of First Publication:** United States
**Authorship on Application:** Maria Schneider; Domicile: United States; Citizenship: United States. Authorship: Musical Work (with or without lyrics).
**Copyright Note:** Regarding basis for registration: A work may be registered with the Single Application only if the following requirements have been met: 1) The registration covers one work; 2) The work must be created by one individual; 3) All of the material contained within the work must be created by the same individual; 4) The author and the owner of the work must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire.
**Names:** Schneider, Maria



| Save, Print and Email (**Help Page**) |
| Select Download Format  Full Record ▼   Format for Print/Save |
| Enter your email address:   Email |

---

---



**The Library has opened access to the reading rooms by appointment only. More.**
**The Jefferson Building has reopened to visitors via timed, ticketed entry. More.**
**The U.S. Copyright Office Catalog will not be available between 7:00pm and**
**7:30pm EST on Tuesday, December 7 due to routine maintenance. We apologize for**
**any inconvenience to our users.**

| Help | Search | History | Titles | Start Over |
|------|--------|---------|--------|------------|

---

# Public Catalog

 Copyright Catalog (1978 to present)
Search Request: Builder = (maria schneider)[ in Name Claimant  ]
Search Results: Displaying 69 of 119 entries



---

Labeled View

*A Potter's Song.*

|  |  |
|---|---|
| **Type of Work:** | Music |
| **Registration Number / Date:** | PA0002270550 / 2020-11-17 |
| **Application Title:** | A Potter's Song. |
| **Title:** | A Potter's Song. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Maria Schneider. Address: 50 West 72nd St #510, New York, NY, 10023, United States. |
| **Date of Creation:** | 2013 |
| **Date of Publication:** | 2015-06-02 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Maria Schneider; Domicile: United States; Citizenship: United States. Authorship: Musical Work (with or without lyrics) |
| **Copyright Note:** | Regarding basis for registration: A work may be registered with the Single Application only if the following requirements have been met: 1) The registration covers one work; 2) The work must be created by one individual; 3) All of the material contained within the work must be created by the same individual; 4) The author and the owner of the work must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire. |
| **Names:** | Schneider, Maria |





| Save, Print and Email (**Help Page**) | | |
|---|---|---|
| Select Download Format | Full Record ▾ | Format for Print/Save |
| Enter your email address: | | Email |

---

Help   Search   History   Titles   Start Over

---



The Library has opened access to the reading rooms by appointment only. More.
The Jefferson Building has reopened to visitors via timed, ticketed entry. More.
The U.S. Copyright Office Catalog will not be available between 7:00pm and
7:30pm EST on Tuesday, December 7 due to routine maintenance. We apologize for
any inconvenience to our users.

| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Builder = (maria schneider)[ in Name Claimant ]
Search Results: Displaying 7 of 119 entries



Labeled View

*Arbiters of Evolution.*

|  |  |
|---|---|
| **Type of Work:** | Music |
| **Registration Number / Date:** | PA0002270513 / 2020-11-17 |
| **Application Title:** | Arbiters of Evolution. |
| **Title:** | Arbiters of Evolution. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Maria Schneider. Address: 50 West 72nd St #510, New York, NY, 10023, United States. |
| **Date of Creation:** | 2012 |
| **Date of Publication:** | 2015-06-02 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Maria Schneider; Domicile: United States; Citizenship: United States. Authorship: Musical Work (with or without lyrics) |
| **Copyright Note:** | Regarding basis for registration: A work may be registered with the Single Application only if the following requirements have been met: 1) The registration covers one work; 2) The work must be created by one individual; 3) All of the material contained within the work must be created by the same individual; 4) The author and the owner of the work must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire. |
| **Names:** | Schneider, Maria |



| **Save, Print and Email (Help Page)** |
| Select Download Format Full Record ▾   Format for Print/Save |
| Enter your email address: _____   Email |

Help | Search | History | Titles | Start Over



The Library has opened access to the reading rooms by appointment only. More.
The Jefferson Building has reopened to visitors via timed, ticketed entry. More.
The U.S. Copyright Office Catalog will not be available between 7:00pm and
7:30pm EST on Tuesday, December 7 due to routine maintenance. We apologize for
any inconvenience to our users.

| Help | Search | History | Titles | Start Over |
|------|--------|---------|--------|-----------|

---

# Public Catalog

 Copyright Catalog (1978 to present)
Search Request: Builder = (maria schneider)[ in Name Claimant  ]
Search Results: Displaying 117 of 119 entries



---

Labeled View

***A World Lost.***

**Type of Work:** Music
**Registration Number / Date:** PA0002270502 / 2020-11-17
**Application Title:** A World Lost.
**Title:** A World Lost.
**Description:** Electronic file (eService)
**Copyright Claimant:** Maria Schneider. Address: 50 West 72nd St #510, New York, NY, 10023, United States.
**Date of Creation:** 2019
**Date of Publication:** 2020-01-01
**Nation of First Publication:** United States
**Authorship on Application:** Maria Schneider; Domicile: United States; Citizenship: United States. Authorship: Musical Work (with or without lyrics)
**Copyright Note:** Regarding basis for registration: A work may be registered with the Single Application only if the following requirements have been met: 1) The registration covers one work; 2) The work must be created by one individual; 3) All of the material contained within the work must be created by the same individual; 4) The author and the owner of the work must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire.
**Names:** Schneider, Maria



| Save, Print and Email (**Help Page**) | | |
|---|---|---|
| Select Download Format | Full Record | Format for Print/Save |
| Enter your email address: | | Email |

---

Help  |  Search  |  History  |  Titles  |  Start Over



United States Copyright Office

The Library has opened access to the reading rooms by appointment only. More.
The Jefferson Building has reopened to visitors via timed, ticketed entry. More.
The U.S. Copyright Office Catalog will not be available between 7:00pm and
7:30pm EST on Tuesday, December 7 due to routine maintenance. We apologize for
any inconvenience to our users.

| Help | Search | History | Titles | Start Over |

---

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Builder = (maria schneider)[ in Name Claimant ]
Search Results: Displaying 12 of 119 entries



---

Labeled View

***Bluebird.***

|  |  |
|---|---|
| **Type of Work:** | Music |
| **Registration Number / Date:** | PA0002270501 / 2020-11-17 |
| **Application Title:** | Bluebird. |
| **Title:** | Bluebird. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Maria Schneider. Address: 50 West 72nd St #510, New York, 10023, United States. |
| **Date of Creation:** | 2016 |
| **Date of Publication:** | 2020-01-01 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Maria Schneider; Domicile: United States; Citizenship: United States. Authorship: Musical Work (with or without lyrics). |
| **Copyright Note:** | Regarding basis for registration: A work may be registered with the Single Application only if the following requirements have been met: 1) The registration covers one work; 2) The work must be created by one individual; 3) All of the material contained within the work must be created by the same individual; 4) The author and the owner of the work must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire. |
| **Names:** | Schneider, Maria |



| Save, Print and Email (**Help Page**) |
|---|
| Select Download Format [Full Record ▾]  [Format for Print/Save] |
| Enter your email address: [                    ]  [Email] |

---

Help   Search   History   Titles   Start Over

---

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |  Copyright Office Home Page  |  Library of Congress Home Page



The Library has opened access to the reading rooms by appointment only. **More**.
The Jefferson Building has reopened to visitors via timed, ticketed entry. **More**.
The U.S. Copyright Office Catalog will not be available between 7:00pm and
7:30pm EST on Tuesday, December 7 due to routine maintenance. We apologize for
any inconvenience to our users.

| Help | Search | History | Titles | Start Over |
| --- | --- | --- | --- | --- |

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Builder = (maria schneider)[ in Name Claimant  ]
Search Results: Displaying 13 of 119 entries



Labeled View

*Braided Together.*

**Type of Work:** Music
**Registration Number / Date:** PA0002273985 / 2020-11-17
**Application Title:** Braided Together.
**Title:** Braided Together.
**Description:** Electronic file (eService)
**Copyright Claimant:** Maria Schneider. Address: 50 West 72nd St #510, New York, NY, 10023, United States.
**Date of Creation:** 2015
**Date of Publication:** 2020-01-01
**Nation of First Publication:** United States
**Authorship on Application:** Maria Schneider; Domicile: United States; Citizenship: United States. Authorship: musical arrangement.
**Pre-existing Material:** music.
**Basis of Claim:** musical arrangement.
**Copyright Note:** C.O. correspondence.
**Names:** Schneider, Maria



| Save, Print and Email (**Help Page**) | |
| --- | --- |
| Select Download Format  Full Record ▾ | Format for Print/Save |
| Enter your email address: | Email |

Help  |  Search  |  History  |  Titles  |  Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |  Copyright Office Home Page  |  Library of Congress Home Page



The Library has opened access to the reading rooms by appointment only. **More**.
The Jefferson Building has reopened to visitors via timed, ticketed entry. **More**.
The U.S. Copyright Office Catalog will not be available between 7:00pm and
7:30pm EST on Tuesday, December 7 due to routine maintenance. We apologize for
any inconvenience to our users.

| Help | Search | History | Titles | Start Over |
|------|--------|---------|--------|------------|

---

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Builder = (maria schneider)[ in Name Claimant  ]
Search Results: Displaying 16 of 119 entries



---

Labeled View

---

### Carlos Drummond de Andrade Stories (5 songs for soprano and chamber orchestra)

**Type of Work:** Music
**Registration Number / Date:** PA0002270977 / 2020-11-17
**Application Title:** Carlos Drummond de Andrade Stories (5 songs for soprano and chamber orchestra)
**Title:** Carlos Drummond de Andrade Stories (5 songs for soprano and chamber orchestra)
**Description:** Electronic file (eService)
**Copyright Claimant:** Maria Schneider. Address: 50 West 72nd St #510, New York, NY, 10023, United States.
**Date of Creation:** 2008
**Date of Publication:** 2013-02-25
**Nation of First Publication:** United States
**Authorship on Application:** Maria Schneider; Domicile: United States; Citizenship: United States. Authorship: music.
**Pre-existing Material:** lyrics.
**Basis of Claim:** music.
**Names:** Schneider, Maria



---

| Save, Print and Email (**Help Page**) |
|---|
| Select Download Format  Full Record ▾   Format for Print/Save |
| Enter your email address: _____  Email |

---

Help   Search   History   Titles   Start Over

---



The Library has opened access to the reading rooms by appointment only. **More**.
The Jefferson Building has reopened to visitors via timed, ticketed entry. **More**.
The U.S. Copyright Office Catalog will not be available between 7:00pm and
7:30pm EST on Tuesday, December 7 due to routine maintenance. We apologize for
any inconvenience to our users.

| Help | Search | History | Titles | Start Over |

---

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Builder = (maria schneider)[ in Name Claimant ]
Search Results: Displaying 17 of 119 entries



---

Labeled View

*Cerulean Skies.*

|  |  |
|---|---|
| **Type of Work:** | Music |
| **Registration Number / Date:** | PA0002270520 / 2020-11-17 |
| **Application Title:** | Cerulean Skies. |
| **Title:** | Cerulean Skies. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Maria Schneider. Address: 50 West 72nd St #510, New York, NY, 10023, United States. |
| **Date of Creation:** | 2006 |
| **Date of Publication:** | 2007-07-01 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Maria Schneider; Domicile: United States; Citizenship: United States. Authorship: Musical Work (with or without lyrics). |
| **Copyright Note:** | Regarding basis for registration: A work may be registered with the Single Application only if the following requirements have been met: 1) The registration covers one work; 2) The work must be created by one individual; 3) All of the material contained within the work must be created by the same individual; 4) The author and the owner of the work must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire. |
| **Names:** | Schneider, Maria |



| Save, Print and Email (**Help Page**) |
|---|
| Select Download Format [Full Record ▾]  [Format for Print/Save] |
| Enter your email address: [                    ] [Email] |

---

Help  |  Search  |  History  |  Titles  |  Start Over



The Library has opened access to the reading rooms by appointment only. **More**.
The Jefferson Building has reopened to visitors via timed, ticketed entry. **More**.
The U.S. Copyright Office Catalog will not be available between 7:00pm and
7:30pm EST on Tuesday, December 7 due to routine maintenance. We apologize for
any inconvenience to our users.

| Help | Search | History | Titles | Start Over |
|------|--------|---------|--------|------------|

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Builder = (maria schneider)[ in Name Claimant ]
Search Results: Displaying 22 of 119 entries



---

Labeled View

***CQ CQ, Is Anybody There?***

|  |  |
|--|--|
| **Type of Work:** | Music |
| **Registration Number / Date:** | PA0002270585 / 2020-11-17 |
| **Application Title:** | CQ CQ, Is Anybody There? |
| **Title:** | CQ CQ, Is Anybody There? |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Maria Schneider. Address: 50 West 72nd St #510, New York, NY, 10023, United States. |
| **Date of Creation:** | 2019 |
| **Date of Publication:** | 2020-01-01 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Maria Schneider; Domicile: United States; Citizenship: United States. Authorship: Musical Work (with or without lyrics) |
| **Copyright Note:** | Regarding basis for registration: A work may be registered with the Single Application only if the following requirements have been met: 1) The registration covers one work; 2) The work must be created by one individual; 3) All of the material contained within the work must be created by the same individual; 4) The author and the owner of the work must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire. |
| **Names:** | Schneider, Maria |



| Save, Print and Email (**Help Page**) |
|---|
| Select Download Format [Full Record ▾]   [Format for Print/Save] |
| Enter your email address: [                ]   [Email] |

---

Help | Search | History | Titles | Start Over



**The Library has opened access to the reading rooms by appointment only. More.**
**The Jefferson Building has reopened to visitors via timed, ticketed entry. More.**
**The U.S. Copyright Office Catalog will not be available between 7:00pm and**
**7:30pm EST on Tuesday, December 7 due to routine maintenance. We apologize for**
**any inconvenience to our users.**

| Help | Search | History | Titles | Start Over |

---

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Builder = (maria schneider)[ in Name Claimant ]
Search Results: Displaying 25 of 119 entries



---

Labeled View

*Data Lords.*

|  |  |
|---|---|
| **Type of Work:** | Music |
| **Registration Number / Date:** | PA0002270498 / 2020-11-17 |
| **Application Title:** | Data Lords. |
| **Title:** | Data Lords. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Maria Schneider. Address: 50 West 72nd St #510, New York, NY, 10023, United States. |
| **Date of Creation:** | 2016 |
| **Date of Publication:** | 2020-01-01 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Maria Schneider; Domicile: United States; Citizenship: United States. Authorship: Musical Work (with or without lyrics) |
| **Copyright Note:** | Regarding basis for registration: A work may be registered with the Single Application only if the following requirements have been met: 1) The registration covers one work; 2) The work must be created by one individual; 3) All of the material contained within the work must be created by the same individual; 4) The author and the owner of the work must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire. |
| **Names:** | Schneider, Maria |



| Save, Print and Email (**Help Page**) |
|---|
| Select Download Format Full Record ▾  Format for Print/Save |
| Enter your email address: _____ Email |

---

Help  |  Search  |  History  |  Titles  |  Start Over

---



The Library has opened access to the reading rooms by appointment only. More.
The Jefferson Building has reopened to visitors via timed, ticketed entry. More.
The U.S. Copyright Office Catalog will not be available between 7:00pm and
7:30pm EST on Tuesday, December 7 due to routine maintenance. We apologize for
any inconvenience to our users.

| Help | Search | History | Titles | Start Over |

---

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Builder = (maria schneider)[ in Name Claimant ]
Search Results: Displaying 29 of 119 entries



---

Labeled View

### *Don't Be Evil.*

|  |  |
|---|---|
| **Type of Work:** | Music |
| **Registration Number / Date:** | PA0002270496 / 2020-11-17 |
| **Application Title:** | Don't Be Evil. |
| **Title:** | Don't Be Evil. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Maria Schneider. Address: 50 West 72nd St #510, New York, NY, 10023, United States. |
| **Date of Creation:** | 2017 |
| **Date of Publication:** | 2020-01-01 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Maria Schneider; Domicile: United States; Citizenship: United States. Authorship: Musical Work (with or without lyrics). |
| **Copyright Note:** | Regarding basis for registration: A work may be registered with the Single Application only if the following requirements have been met: 1) The registration covers one work; 2) The work must be created by one individual; 3) All of the material contained within the work must be created by the same individual; 4) The author and the owner of the work must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire. |
| **Names:** | Schneider, Maria |



---

| Save, Print and Email (**Help Page**) |
|---|
| Select Download Format  Full Record ▾   Format for Print/Save |
| Enter your email address: _____   Email |

---

---



United States Copyright Office

**The Library has opened access to the reading rooms by appointment only. More.**
**The Jefferson Building has reopened to visitors via timed, ticketed entry. More.**
**The U.S. Copyright Office Catalog will not be available between 7:00pm and**
**7:30pm EST on Tuesday, December 7 due to routine maintenance. We apologize for**
**any inconvenience to our users.**

| Help | Search | History | Titles | Start Over |
|------|--------|---------|--------|------------|

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Builder = (maria schneider)[ in Name Claimant  ]
Search Results: Displaying 50 of 119 entries



Labeled View

*Home.*

|  |  |
|---|---|
| **Type of Work:** | Music |
| **Registration Number / Date:** | PA0002270508 / 2020-11-17 |
| **Application Title:** | Home. |
| **Title:** | Home. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Maria Schneider. Address: 50 West 72nd St #510, New York, NY, 10023, United States. |
| **Date of Creation:** | 2012 |
| **Date of Publication:** | 2015-06-02 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Maria Schneider; Domicile: United States; Citizenship: United States. Authorship: Musical Work (with or without lyrics) |
| **Copyright Note:** | Regarding basis for registration: A work may be registered with the Single Application only if the following requirements have been met: 1) The registration covers one work; 2) The work must be created by one individual; 3) All of the material contained within the work must be created by the same individual; 4) The author and the owner of the work must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire. |
| **Names:** | Schneider, Maria |



| Save, Print and Email (**Help Page**) |
|---|
| Select Download Format [Full Record ▾]  [Format for Print/Save] |
| Enter your email address: [                    ]  [Email] |

Help  |  Search  |  History  |  Titles  |  Start Over



**The Library has opened access to the reading rooms by appointment only. More.
The Jefferson Building has reopened to visitors via timed, ticketed entry. More.
The U.S. Copyright Office Catalog will not be available between 7:00pm and
7:30pm EST on Tuesday, December 7 due to routine maintenance. We apologize for
any inconvenience to our users.**

| Help | Search | History | Titles | Start Over |

---

# Public Catalog

 Copyright Catalog (1978 to present)
Search Request: Builder = (maria schneider)[ in Name Claimant ]
Search Results: Displaying 57 of 119 entries



---

Labeled View

*Lembranca.*

| | |
|---|---|
| **Type of Work:** | Music |
| **Registration Number / Date:** | PA0002270579 / 2020-11-17 |
| **Application Title:** | Lembranca. |
| **Title:** | Lembranca. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Maria Schneider. Address: 50 West 72nd St #510, New York, NY, 10023, United States. |
| **Date of Creation:** | 2010 |
| **Date of Publication:** | 2015-06-02 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Maria Schneider; Domicile: United States; Citizenship: United States. Authorship: Musical Work (with or without lyrics) |
| **Copyright Note:** | Regarding basis for registration: A work may be registered with the Single Application only if the following requirements have been met: 1) The registration covers one work; 2) The work must be created by one individual; 3) All of the material contained within the work must be created by the same individual; 4) The author and the owner of the work must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire. |
| **Names:** | Schneider, Maria |



| Save, Print and Email (**Help Page**) |
|---|
| Select Download Format [Full Record ▾]  [Format for Print/Save] |
| Enter your email address: [              ]  [Email] |

---

Help | Search | History | Titles | Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page



The Library has opened access to the reading rooms by appointment only. **More**.
The Jefferson Building has reopened to visitors via timed, ticketed entry. **More**.
The U.S. Copyright Office Catalog will not be available between 7:00pm and
7:30pm EST on Tuesday, December 7 due to routine maintenance. We apologize for
any inconvenience to our users.

| Help | Search | History | Titles | Start Over |
|------|--------|---------|--------|------------|

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Builder = (maria schneider)[ in Name Claimant ]
Search Results: Displaying 58 of 119 entries



Labeled View

*Look Up.*

**Type of Work:** Music
**Registration Number / Date:** PA0002270493 / 2020-11-17
**Application Title:** Look Up.
**Title:** Look Up.
**Description:** Electronic file (eService)
**Copyright Claimant:** Maria Schneider. Address: 50 West 72nd St #510, New York, NY, 10023, United States.
**Date of Creation:** 2019
**Date of Publication:** 2020-01-01
**Nation of First Publication:** United States
**Authorship on Application:** Maria Schneider; Domicile: United States; Citizenship: United States. Authorship: Musical Work (with or without lyrics)
**Copyright Note:** Regarding basis for registration: A work may be registered with the Single Application only if the following requirements have been met: 1) The registration covers one work; 2) The work must be created by one individual; 3) All of the material contained within the work must be created by the same individual; 4) The author and the owner of the work must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire.
**Names:** Schneider, Maria



| Save, Print and Email (**Help Page**) | | |
|---|---|---|
| Select Download Format | Full Record ▾ | Format for Print/Save |
| Enter your email address: | | Email |

Help | Search | History | Titles | Start Over



**The Library has opened access to the reading rooms by appointment only. More.**
**The Jefferson Building has reopened to visitors via timed, ticketed entry. More.**
**The U.S. Copyright Office Catalog will not be available between 7:00pm and**
**7:30pm EST on Tuesday, December 7 due to routine maintenance. We apologize for**
**any inconvenience to our users.**

| Help | Search | History | Titles | Start Over |
|------|--------|---------|--------|------------|

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Builder = (maria schneider)[ in Name Claimant ]
Search Results: Displaying 64 of 119 entries



Labeled View

*Nimbus.*

| | |
|---|---|
| **Type of Work:** | Music |
| **Registration Number / Date:** | PA0002270507 / 2020-11-17 |
| **Application Title:** | Nimbus. |
| **Title:** | Nimbus. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Maria Schneider. Address: 50 West 72nd St #510, New York, NY, 10023, United States. |
| **Date of Creation:** | 2009 |
| **Date of Publication:** | 2015-06-02 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Maria Schneider; Domicile: United States; Citizenship: United States. Authorship: Musical Work (with or without lyrics) |
| **Copyright Note:** | Regarding basis for registration: A work may be registered with the Single Application only if the following requirements have been met: 1) The registration covers one work; 2) The work must be created by one individual; 3) All of the material contained within the work must be created by the same individual; 4) The author and the owner of the work must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire. |
| **Names:** | Schneider, Maria |



| Save, Print and Email (**Help Page**) | | |
|---|---|---|
| Select Download Format | Full Record ▾ | Format for Print/Save |
| Enter your email address: | | Email |

Help | Search | History | Titles | Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page



**The Library has opened access to the reading rooms by appointment only. More.**
**The Jefferson Building has reopened to visitors via timed, ticketed entry. More.**
**The U.S. Copyright Office Catalog will not be available between 7:00pm and**
**7:30pm EST on Tuesday, December 7 due to routine maintenance. We apologize for**
**any inconvenience to our users.**

| Help | Search | History | Titles | Start Over |
|------|--------|---------|--------|------------|

---

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Builder = (maria schneider)[ in Name Claimant ]
Search Results: Displaying 74 of 119 entries



---

Labeled View

*Rich's Piece.*

|  |  |
|--|--|
| **Type of Work:** | Music |
| **Registration Number / Date:** | PA0002270518 / 2020-11-17 |
| **Application Title:** | Rich's Piece. |
| **Title:** | Rich's Piece. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Maria Schneider. Address: 50 West 72nd St #510, New York, NY, 10023, United States. |
| **Date of Creation:** | 2005 |
| **Date of Publication:** | 2007-07-01 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Maria Schneider; Domicile: United States; Citizenship: United States. Authorship: Musical Work (with or without lyrics) |
| **Copyright Note:** | Regarding basis for registration: A work may be registered with the Single Application only if the following requirements have been met: 1) The registration covers one work; 2) The work must be created by one individual; 3) All of the material contained within the work must be created by the same individual; 4) The author and the owner of the work must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire. |
| **Names:** | Schneider, Maria |



| Save, Print and Email (**Help Page**) |
|---|
| Select Download Format [Full Record ▾]   [Format for Print/Save] |
| Enter your email address: [                    ]   [Email] |

---

Help | Search | History | Titles | Start Over

---



United States Copyright Office

The Library has opened access to the reading rooms by appointment only. **More**.
The Jefferson Building has reopened to visitors via timed, ticketed entry. **More**.
The U.S. Copyright Office Catalog will not be available between 7:00pm and
7:30pm EST on Tuesday, December 7 due to routine maintenance. We apologize for
any inconvenience to our users.

| Help | Search | History | Titles | Start Over |
|------|--------|---------|--------|------------|

---

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Builder = (maria schneider)[ in Name Claimant  ]
Search Results: Displaying 77 of 119 entries



---

Labeled View

### *Sanzenin.*

|                                |                                                                 |
|--------------------------------|-----------------------------------------------------------------|
| **Type of Work:** | Music |
| **Registration Number / Date:** | PA0002270484 / 2020-11-17 |
| **Application Title:** | Sanzenin. |
| **Title:** | Sanzenin. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Maria Schneider. Address: 50 West 72nd St #510, New York, IN, 10023, United States. |
| **Date of Creation:** | 2017 |
| **Date of Publication:** | 2020-01-01 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Maria Schneider; Domicile: United States; Citizenship: United States. Authorship: Musical Work (with or without lyrics) |
| **Copyright Note:** | Regarding basis for registration: A work may be registered with the Single Application only if the following requirements have been met: 1) The registration covers one work; 2) The work must be created by one individual; 3) All of the material contained within the work must be created by the same individual; 4) The author and the owner of the work must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire. |
| **Names:** | Schneider, Maria |



| **Save, Print and Email (Help Page)** | |
|---|---|
| Select Download Format  Full Record ▾ | Format for Print/Save |
| Enter your email address: | Email |

---

Help | Search | History | Titles | Start Over

---



The Library has opened access to the reading rooms by appointment only. More.
The Jefferson Building has reopened to visitors via timed, ticketed entry. More.
The U.S. Copyright Office Catalog will not be available between 7:00pm and
7:30pm EST on Tuesday, December 7 due to routine maintenance. We apologize for
any inconvenience to our users.

| Help | Search | History | Titles | Start Over |

---

# Public Catalog

 Copyright Catalog (1978 to present)
Search Request: Builder = (maria schneider)[ in Name Claimant ]
Search Results: Displaying 83 of 119 entries



---

Labeled View

*Sky Blue.*

**Type of Work:** Music
**Registration Number / Date:** PA0002270516 / 2020-11-17
**Application Title:** Sky Blue.
**Title:** Sky Blue.
**Description:** Electronic file (eService)
**Copyright Claimant:** Maria Schneider. Address: 50 West 72nd St #510, New York, NY, 10023, United States.
**Date of Creation:** 2004
**Date of Publication:** 2007-07-01
**Nation of First Publication:** United States
**Authorship on Application:** Maria Schneider; Domicile: United States; Citizenship: United States. Authorship: Musical Work (with or without lyrics)
**Copyright Note:** Regarding basis for registration: A work may be registered with the Single Application only if the following requirements have been met: 1) The registration covers one work; 2) The work must be created by one individual; 3) All of the material contained within the work must be created by the same individual; 4) The author and the owner of the work must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire.
**Names:** Schneider, Maria



| **Save, Print and Email (Help Page)** | | |
|---|---|---|
| Select Download Format | Full Record ⌄ | Format for Print/Save |
| Enter your email address: | | Email |

---

Help | Search | History | Titles | Start Over

---



**The Library has opened access to the reading rooms by appointment only. More.**
**The Jefferson Building has reopened to visitors via timed, ticketed entry. More.**
**The U.S. Copyright Office Catalog will not be available between 7:00pm and**
**7:30pm EST on Tuesday, December 7 due to routine maintenance. We apologize for**
**any inconvenience to our users.**

| Help | Search | History | Titles | Start Over |
|------|--------|---------|--------|------------|

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Builder = (maria schneider)[ in Name Claimant ]
Search Results: Displaying 88 of 119 entries



Labeled View

*Sputnik.*

| | |
|---|---|
| **Type of Work:** | Music |
| **Registration Number / Date:** | PA0002270478 / 2020-11-17 |
| **Application Title:** | Sputnik. |
| **Title:** | Sputnik. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Maria Schneider. Address: 50 West 72nd St #510, New York, NY, 10023, United States. |
| **Date of Creation:** | 2018 |
| **Date of Publication:** | 2020-01-01 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Maria Schneider; Domicile: United States; Citizenship: United States. Authorship: Musical Work (with or without lyrics) |
| **Copyright Note:** | Regarding basis for registration: A work may be registered with the Single Application only if the following requirements have been met: 1) The registration covers one work; 2) The work must be created by one individual; 3) All of the material contained within the work must be created by the same individual; 4) The author and the owner of the work must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire. |
| **Names:** | Schneider, Maria |



| Save, Print and Email (**Help Page**) | | |
|---|---|---|
| Select Download Format | Full Record ▾ | Format for Print/Save |
| Enter your email address: | | Email |

Help  Search  History  Titles  Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |  Copyright Office Home Page  |  Library of Congress Home Page



The Library has opened access to the reading rooms by appointment only. **More**.
The Jefferson Building has reopened to visitors via timed, ticketed entry. **More**.
The U.S. Copyright Office Catalog will not be available between 7:00pm and
7:30pm EST on Tuesday, December 7 due to routine maintenance. We apologize for
any inconvenience to our users.

| Help | Search | History | Titles | Start Over |
|------|--------|---------|--------|------------|

---

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Builder = (maria schneider)[ in Name Claimant ]
Search Results: Displaying 89 of 119 entries

◄ previous     next ►

---

Labeled View

### *Stone Song.*

|  |  |
|--|--|
| **Type of Work:** | Music |
| **Registration Number / Date:** | PA0002270298 / 2020-11-17 |
| **Application Title:** | Stone Song. |
| **Title:** | Stone Song. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Maria Schneider. Address: 50 West 72nd St #510, New York, NY, 10023, United States. |
| **Date of Creation:** | 2019 |
| **Date of Publication:** | 2020-01-01 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Maria Schneider; Domicile: United States; Citizenship: United States. Authorship: Musical Work (with or without lyrics) |
| **Copyright Note:** | Regarding basis for registration: A work may be registered with the Single Application only if the following requirements have been met: 1) The registration covers one work; 2) The work must be created by one individual; 3) All of the material contained within the work must be created by the same individual; 4) The author and the owner of the work must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire. |
| **Names:** | Schneider, Maria |

◄ previous     next ►

---

| **Save, Print and Email (Help Page)** |
|---|
| Select Download Format  Full Record ▾   Format for Print/Save |
| Enter your email address:  _____   Email |

---

Help  |  Search  |  History  |  Titles  |  Start Over

---



The Library has opened access to the reading rooms by appointment only. More.
The Jefferson Building has reopened to visitors via timed, ticketed entry. More.
The U.S. Copyright Office Catalog will not be available between 7:00pm and
7:30pm EST on Tuesday, December 7 due to routine maintenance. We apologize for
any inconvenience to our users.

| Help | Search | History | Titles | Start Over |
|------|--------|---------|--------|------------|

---

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Builder = (maria schneider)[ in Name Claimant  ]
Search Results: Displaying 90 of 119 entries



---

Labeled View

### *String Quartet No. 1.*

|                         |                                                                                                                                                                                                                                                                                                     |
|-------------------------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| **Type of Work:**       | Music                                                                                                                                                                                                                                                                                               |
| **Registration Number / Date:** | PAu004057365 / 2020-11-17                                                                                                                                                                                                                                                                  |
| **Application Title:**  | String Quartet No. 1.                                                                                                                                                                                                                                                                              |
| **Title:**              | String Quartet No. 1.                                                                                                                                                                                                                                                                              |
| **Description:**        | Electronic file (eService)                                                                                                                                                                                                                                                                         |
| **Copyright Claimant:** | Maria Schneider. Address: 50 West 72nd St #510, New York, NY, 10023, United States.                                                                                                                                                                                                               |
| **Date of Creation:**   | 2010                                                                                                                                                                                                                                                                                               |
| **Authorship on Application:** | Maria Schneider; Domicile: United States; Citizenship: United States. Authorship: Musical Work (with or without lyrics)                                                                                                                                                                     |
| **Copyright Note:**     | Regarding basis for registration: A work may be registered with the Single Application only if the following requirements have been met: 1) The registration covers one work; 2) The work must be created by one individual; 3) All of the material contained within the work must be created by the same individual; 4) The author and the owner of the work must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire. |
| **Names:**              | Schneider, Maria                                                                                                                                                                                                                                                                                  |



---

| Save, Print and Email (Help Page) |
|---|
| Select Download Format   Full Record ▾   Format for Print/Save |
| Enter your email address: [                    ]   Email |

---

Help    Search    History    Titles    Start Over

---

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |  Copyright Office Home Page  |  Library of Congress Home Page



**The Library has opened access to the reading rooms by appointment only. More.**
**The Jefferson Building has reopened to visitors via timed, ticketed entry. More.**
**The U.S. Copyright Office Catalog will not be available between 7:00pm and**
**7:30pm EST on Tuesday, December 7 due to routine maintenance. We apologize for**
**any inconvenience to our users.**

| Help | Search | History | Titles | Start Over |
|------|--------|---------|--------|------------|

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Builder = (maria schneider)[ in Name Claimant ]
Search Results: Displaying 62 of 119 entries



Labeled View

*The Monarch and the Milkweed.*

|  |  |
|--|--|
| **Type of Work:** | Music |
| **Registration Number / Date:** | PA0002270570 / 2020-11-17 |
| **Application Title:** | The Monarch and the Milkweed. |
| **Title:** | The Monarch and the Milkweed. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Maria Schneider. Address: 50 West 72nd St #510, New York, NY, 10023, United States. |
| **Date of Creation:** | 2014 |
| **Date of Publication:** | 2015-06-02 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Maria Schneider; Domicile: United States; Citizenship: United States. Authorship: Musical Work (with or without lyrics) |
| **Copyright Note:** | Regarding basis for registration: A work may be registered with the Single Application only if the following requirements have been met: 1) The registration covers one work; 2) The work must be created by one individual; 3) All of the material contained within the work must be created by the same individual; 4) The author and the owner of the work must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire. |
| **Names:** | Schneider, Maria |



| Save, Print and Email (**Help Page**) |
|---|
| Select Download Format [Full Record ▾] [Format for Print/Save] |
| Enter your email address: [          ] [Email] |



**The Library has opened access to the reading rooms by appointment only. More.
The Jefferson Building has reopened to visitors via timed, ticketed entry. More.
The U.S. Copyright Office Catalog will not be available between 7:00pm and
7:30pm EST on Tuesday, December 7 due to routine maintenance. We apologize for
any inconvenience to our users.**

| Help | Search | History | Titles | Start Over |
|------|--------|---------|--------|------------|

---

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Builder = (maria schneider)[ in Name Claimant ]
Search Results: Displaying 71 of 119 entries



---

Labeled View

*The Pretty Road.*

|  |  |
|---|---|
| **Type of Work:** | Music |
| **Registration Number / Date:** | PA0002270589 / 2020-11-17 |
| **Application Title:** | The Pretty Road. |
| **Title:** | The Pretty Road. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Maria Schneider. Address: 50 West 72nd St #510, New York, NY, 10023, United States. |
| **Date of Creation:** | 2006 |
| **Date of Publication:** | 2007-07-01 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Maria Schneider; Domicile: United States; Citizenship: United States. Authorship: Musical Work (with or without lyrics) |
| **Copyright Note:** | Regarding basis for registration: A work may be registered with the Single Application only if the following requirements have been met: 1) The registration covers one work; 2) The work must be created by one individual; 3) All of the material contained within the work must be created by the same individual; 4) The author and the owner of the work must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire. |
| **Names:** | Schneider, Maria |



---

| Save, Print and Email (**Help Page**) |
|---|
| Select Download Format [Full Record ▾]   [Format for Print/Save] |
| Enter your email address: [          ]   [Email] |

---



**The Library has opened access to the reading rooms by appointment only. More.**
**The Jefferson Building has reopened to visitors via timed, ticketed entry. More.**
**The U.S. Copyright Office Catalog will not be available between 7:00pm and**
**7:30pm EST on Tuesday, December 7 due to routine maintenance. We apologize for**
**any inconvenience to our users.**

| Help | Search | History | Titles | Start Over |
|------|--------|---------|--------|-----------|

---

# Public Catalog

 Copyright Catalog (1978 to present)
Search Request: Builder = (maria schneider)[ in Name Claimant  ]
Search Results: Displaying 91 of 119 entries



---

Labeled View

*The Sun Waited for Me.*

|  |  |
|---|---|
| **Type of Work:** | Music |
| **Registration Number / Date:** | PA0002273989 / 2020-11-17 |
| **Application Title:** | The Sun Waited for Me. |
| **Title:** | The Sun Waited for Me. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Maria Schneider. Address: 50 West 72nd St #510, New York, NY, 10023, United States. |
| **Date of Creation:** | 2016 |
| **Date of Publication:** | 2020-01-01 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Maria Schneider; Domicile: United States; Citizenship: United States. Authorship: musical arrangement. |
| **Pre-existing Material:** | music. |
| **Basis of Claim:** | musical arrangement. |
| **Copyright Note:** | C.O. correspondence. |
| **Names:** | Schneider, Maria |



| Save, Print and Email (**Help Page**) |
|---|
| Select Download Format  Full Record ▾   Format for Print/Save |
| Enter your email address: [            ]  Email |

---



**The Library has opened access to the reading rooms by appointment only. More.**
**The Jefferson Building has reopened to visitors via timed, ticketed entry. More.**
**The U.S. Copyright Office Catalog will not be available between 7:00pm and**
**7:30pm EST on Tuesday, December 7 due to routine maintenance. We apologize for**
**any inconvenience to our users.**

| Help | Search | History | Titles | Start Over |
|------|--------|---------|--------|------------|

# Public Catalog

 Copyright Catalog (1978 to present)

Search Request: Builder = (maria schneider)[ in Name Claimant ]

Search Results: Displaying 97 of 119 entries



Labeled View

*The Thompson Fields.*

| | |
|---|---|
| **Type of Work:** | Music |
| **Registration Number / Date:** | PA0002270505 / 2020-11-17 |
| **Application Title:** | The Thompson Fields. |
| **Title:** | The Thompson Fields. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Maria Schneider. Address: 50 West 72nd St #510, New York, NY, 10023, United States. |
| **Date of Creation:** | 2009 |
| **Date of Publication:** | 2015-06-02 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Maria Schneider; Domicile: United States; Citizenship: United States. Authorship: Musical Work (with or without lyrics) |
| **Copyright Note:** | Regarding basis for registration: A work may be registered with the Single Application only if the following requirements have been met: 1) The registration covers one work; 2) The work must be created by one individual; 3) All of the material contained within the work must be created by the same individual; 4) The author and the owner of the work must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire. |
| **Names:** | Schneider, Maria |



| Save, Print and Email (**Help Page**) |
|---|
| Select Download Format [Full Record ▾]  [Format for Print/Save] |
| Enter your email address: [                    ]  [Email] |



**The Library has opened access to the reading rooms by appointment only. More.**
**The Jefferson Building has reopened to visitors via timed, ticketed entry. More.**
**The U.S. Copyright Office Catalog will not be available between 7:00pm and**
**7:30pm EST on Tuesday, December 7 due to routine maintenance. We apologize for**
**any inconvenience to our users.**

| Help | Search | History | Titles | Start Over |
|------|--------|---------|--------|------------|

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Builder = (maria schneider)[ in Name Claimant  ]
Search Results: Displaying 109 of 119 entries



---

**Labeled View**

### *Walking by Flashlight (instrumental big band arrangement)*

|                                |                                                                                                            |
|-------------------------------:|------------------------------------------------------------------------------------------------------------|
|              **Type of Work:** | Music                                                                                                      |
|  **Registration Number / Date:** | PA0002273988 / 2020-11-17                                                                                |
|          **Application Title:** | Walking by Flashlight (instrumental big band arrangement)                                                  |
|                      **Title:** | Walking by Flashlight (instrumental big band arrangement)                                                  |
|                **Description:** | Electronic file (eService)                                                                                 |
|          **Copyright Claimant:** | Maria Schneider. Address: 50 West 72nd St #510, New York, NY, 10023, United States.                       |
|             **Date of Creation:** | 2013                                                                                                      |
|          **Date of Publication:** | 2015-06-02                                                                                                |
|     **Nation of First Publication:** | United States                                                                                          |
|    **Authorship on Application:** | Maria Schneider; Domicile: United States; Citizenship: United States. Authorship: musical arrangement.   |
|         **Pre-existing Material:** | music.                                                                                                  |
|               **Basis of Claim:** | musical arrangement.                                                                                     |
|              **Copyright Note:** | C.O. correspondence.                                                                                      |
|                      **Names:** | Schneider, Maria                                                                                           |



| **Save, Print and Email (Help Page)** |
|---|
| Select Download Format [Full Record ▾]  [Format for Print/Save] |
| Enter your email address: [_____]  [Email] |

---

Help | Search | History | Titles | Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office
Home Page | Library of Congress Home Page



The Library has opened access to the reading rooms by appointment only. **More**.
The Jefferson Building has reopened to visitors via timed, ticketed entry. **More**.
The U.S. Copyright Office Catalog will not be available between 7:00pm and
7:30pm EST on Tuesday, December 7 due to routine maintenance. We apologize for
any inconvenience to our users.

| Help | Search | History | Titles | Start Over |

---

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Builder = (maria schneider)[ in Name Claimant ]
Search Results: Displaying 115 of 119 entries



---

Labeled View

*Willow Lake.*

**Type of Work:** Music
**Registration Number / Date:** PA0002270525 / 2020-11-17
**Application Title:** Willow Lake.
**Title:** Willow Lake.
**Description:** Electronic file (eService)
**Copyright Claimant:** Maria Schneider. Address: 50 West 72nd St #510, New York, NY, 10023, United States.
**Date of Creation:** 2008
**Date of Publication:** 2008-08-20
**Nation of First Publication:** United States
**Authorship on Application:** Maria Schneider; Domicile: United States; Citizenship: United States. Authorship: Musical Work (with or without lyrics)
**Copyright Note:** Regarding basis for registration: A work may be registered with the Single Application only if the following requirements have been met: 1) The registration covers one work; 2) The work must be created by one individual; 3) All of the material contained within the work must be created by the same individual; 4) The author and the owner of the work must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire.
**Names:** Schneider, Maria



| Save, Print and Email (**Help Page**) | | |
| Select Download Format | Full Record | Format for Print/Save |
| Enter your email address: | | Email |

---

Help | Search | History | Titles | Start Over

---



The Library has opened access to the reading rooms by appointment only. More.
The Jefferson Building has reopened to visitors via timed, ticketed entry. More.
The U.S. Copyright Office Catalog will not be available between 7:00pm and
7:30pm EST on Tuesday, December 7 due to routine maintenance. We apologize for
any inconvenience to our users.

| Help | Search | History | Titles | Start Over |
|------|--------|---------|--------|------------|

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Builder = (maria schneider)[ in Name Claimant  ]
Search Results: Displaying 116 of 119 entries



Labeled View

***Winter Morning Walks (9 songs for soprano, string orchestra, and jazz trio)***

| | |
|---|---|
| **Type of Work:** | Music |
| **Registration Number / Date:** | PA0002270978 / 2020-11-17 |
| **Application Title:** | Winter Morning Walks (9 songs for soprano, string orchestra, and jazz trio) |
| **Title:** | Winter Morning Walks (9 songs for soprano, string orchestra, and jazz trio) |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Maria Schneider. Address: 50 West 72nd St #510, New York, NY, 10023, United States. |
| **Date of Creation:** | 2013 |
| **Date of Publication:** | 2015-06-02 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Maria Schneider; Domicile: United States; Citizenship: United States. Authorship: music. |
| **Pre-existing Material:** | lyrics. |
| **Basis of Claim:** | music. |
| **Names:** | Schneider, Maria |



| Save, Print and Email (Help Page) |
|---|
| Select Download Format  Full Record ▾   Format for Print/Save |
| Enter your email address: [                    ]  Email |

Help   Search   History   Titles   Start Over