# Exhibit 2

ATTACHMENT A

AST Publishing Ltd.

1. https://www.youtube.com/watch?v=F8JnyUM3rTA
2. https://www.youtube.com/watch?v=Dkk3im7Adug
3. https://www.youtube.com/watch?v=LCeJiHSPNtI
4. https://www.youtube.com/watch?v=o878yndaHqY
5. https://www.youtube.com/watch?v=EtpGEiQfZwU
6. https://www.youtube.com/watch?v=1_P6wB-l1S8
7. https://www.youtube.com/watch?v=BLmihMyUFig
8. https://www.youtube.com/watch?v=CVTbPBUNNbY
9. https://www.youtube.com/watch?v=f2Ren3Rvm2k
10. https://www.youtube.com/watch?v=fICXqknsmLw
11. https://www.youtube.com/watch?v=FyQsS7DOPio
12. https://www.youtube.com/watch?v=G2ohmx4-fn8
13. https://www.youtube.com/watch?v=j0Iz81gckOA
14. https://www.youtube.com/watch?v=JdJtCI43NIw
15. https://www.youtube.com/watch?v=nIWBd1aWkO8
16. https://www.youtube.com/watch?v=pXOhkAvCz3w
17. https://www.youtube.com/watch?v=Qz1TS_N_D0E
18. https://www.youtube.com/watch?v=RRb2KSZoxp0
19. https://www.youtube.com/watch?v=vjN5pmpBblg
20. https://www.youtube.com/watch?v=ZbIuMr3n8oM
21. https://www.youtube.com/watch?v=2XJl1AP_vg8
22. https://www.youtube.com/watch?v=7LFHLHjyt4w
23. https://www.youtube.com/watch?v=hjl3Wd_nslg
24. https://www.youtube.com/watch?v=iOQzgWY8ye4
25. https://www.youtube.com/watch?v=TMJcIsphe9U
26. https://www.youtube.com/watch?v=uC8HMU40sjg
27. https://www.youtube.com/watch?v=x7Rb2H3Ow8w
28. https://www.youtube.com/watch?v=msJslyYoqIc
29. https://www.youtube.com/watch?v=OeCBn65F0LM
30. https://www.youtube.com/watch?v=FubxlOZE59s
31. https://www.youtube.com/watch?v=LAE9A2mEgjQ
32. https://www.youtube.com/watch?v=NzJ1hnFbWV8
33. https://www.youtube.com/watch?v=T-rm0HawLU4
34. https://www.youtube.com/watch?v=eYz5lG2fwD8
35. https://www.youtube.com/watch?v=0s2YAGC9QfE
36. https://www.youtube.com/watch?v=6sXPe9H9B6Q

37. https://www.youtube.com/watch?v=o-2VuEzq3mE
38. https://www.youtube.com/watch?v=5GhwQLkWeEk
39. https://www.youtube.com/watch?v=B-ofBbFd1dA
40. https://www.youtube.com/watch?v=_dLfMtSQaOA
41. https://www.youtube.com/watch?v=7niKMT8Ebzo
42. https://www.youtube.com/watch?v=PVR_Vh183YQ
43. https://www.youtube.com/watch?v=31RE4aCalqk
44. https://www.youtube.com/watch?v=NVrwV0lv-Ao
45. https://www.youtube.com/watch?v=dVJBnoMsaFU
46. https://www.youtube.com/watch?v=Rsy_Nt_RIA4
47. https://www.youtube.com/watch?v=ij-Sig0gLvM
48. https://www.youtube.com/watch?v=zqUY-1EPoHQ
49. https://www.youtube.com/watch?v=lskMLDPaSW8
50. https://www.youtube.com/watch?v=1msrqAnySo0
51. https://www.youtube.com/watch?v=LoE42FIyj_k
52. https://www.youtube.com/watch?v=b64kzcWDyMQ
53. https://www.youtube.com/watch?v=XADInsjCzoA
54. https://www.youtube.com/watch?v=XZi7xGavCQM
55. https://www.youtube.com/watch?v=2p0XwoMhD8w
56. https://www.youtube.com/watch?v=qTY7kZ8IJr8
57. https://www.youtube.com/watch?v=33XpsthqLh4
58. https://www.youtube.com/watch?v=35smRhWalRw
59. https://www.youtube.com/watch?v=6lobmEWKguY
60. https://www.youtube.com/watch?v=d8Kz7XgcnCE
61. https://www.youtube.com/watch?v=gkYeLPuyGDo
62. https://www.youtube.com/watch?v=GoKF13r7qmE
63. https://www.youtube.com/watch?v=kao2UyhpoFM
64. https://www.youtube.com/watch?v=KdJKA9fgypo
65. https://www.youtube.com/watch?v=KU6DnOzl-Wg
66. https://www.youtube.com/watch?v=KWxEjYfxoAM
67. https://www.youtube.com/watch?v=mFLyGEC-ngs
68. https://www.youtube.com/watch?v=pq_Hqvo4Axo
69. https://www.youtube.com/watch?v=rC601GLgrz8
70. https://www.youtube.com/watch?v=SJMcZCMqVHk
71. https://www.youtube.com/watch?v=TqEjXl073e8
72. https://www.youtube.com/watch?v=tvLepq93Ark
73. https://www.youtube.com/watch?v=Wm69143Kbks
74. https://www.youtube.com/watch?v=XXH7Q8WC5mI
75. https://www.youtube.com/watch?v=sIAqpHuMGC8
76. https://www.youtube.com/watch?v=bL28DPwwRMw
77. https://www.youtube.com/watch?v=UyqFMGjejp8
78. https://www.youtube.com/watch?v=xnq-0HWxOGg
79. https://www.youtube.com/watch?v=gDKB4WxsZRA

80. https://www.youtube.com/watch?v=vd5i2vGhnT8
81. https://www.youtube.com/watch?v=DQMpI47Ghaw
82. https://www.youtube.com/watch?v=Nb4vt4vL8f0
83. https://www.youtube.com/watch?v=E1kvzMGZkIw
84. https://www.youtube.com/watch?v=d5nyF8yIAsk
85. https://www.youtube.com/watch?v=Ds4NAqcB1cY
86. https://www.youtube.com/watch?v=_ZX78_3Ye44
87. https://www.youtube.com/watch?v=TaCVz7wGwQY
88. https://www.youtube.com/watch?v=M1tNkX-4HMM
89. https://www.youtube.com/watch?v=QUB6h8S8GTw
90. https://www.youtube.com/watch?v=cbONp7eg1s0
91. https://www.youtube.com/watch?v=t8ViX9BHntI
92. https://www.youtube.com/watch?v=T4QgipiiMac
93. https://www.youtube.com/watch?v=6CLQ5jNxask
94. https://www.youtube.com/watch?v=bKJ7-GCuq10
95. https://www.youtube.com/watch?v=XCdu4m6rS0Y
96. https://www.youtube.com/watch?v=IbmXmZcMJa4
97. https://www.youtube.com/watch?v=sXtnmw6N7AI
98. https://www.youtube.com/watch?v=nuTEfCbTamk
99. https://www.youtube.com/watch?v=L8TbuZZAEs4
100. https://www.youtube.com/watch?v=KKkVxct5Vv0
101. https://www.youtube.com/watch?v=Au7rAzGko-4
102. https://www.youtube.com/watch?v=Q10PDhVM3FE
103. https://www.youtube.com/watch?v=lAiGZTrbFO8
104. https://www.youtube.com/watch?v=TmKHoVN2Uqo
105. https://www.youtube.com/watch?v=YvJA7Vehyok
106. https://www.youtube.com/watch?v=o4fiwAVZyYk

## Maria Schneider

1. https://www.youtube.com/watch?v=jxg8bkMVs80
2. https://www.youtube.com/watch?v=lMf9TEERK6I
3. https://www.youtube.com/watch?v=FSG_OyJFtMU
4. https://www.youtube.com/watch?v=0GijvVT8E44
5. https://www.youtube.com/watch?v=nQeQ85rtV9M
6. https://www.youtube.com/watch?v=UHXxuBs0WaA
7. https://www.youtube.com/watch?v=uj4a4Ux8zu4
8. https://www.youtube.com/watch?v=wVD3i_Mz50Q
9. https://www.youtube.com/watch?v=-5a3Y8OWrqo
10. https://www.youtube.com/watch?v=cH3X7gQ5zWs

11. https://www.youtube.com/watch?v=sR-58-9Oxwg
12. https://www.youtube.com/watch?v=CjoYXMyCt8U
13. https://www.youtube.com/watch?v=-4yl6Ov8_F0
14. https://www.youtube.com/watch?v=fODO9S9lglQ
15. https://www.youtube.com/watch?v=IKWevLYtAyk
16. https://www.youtube.com/watch?v=iSqAT5APmp4
17. https://www.youtube.com/watch?v=IxFH6IVEvNQ
18. https://www.youtube.com/watch?v=JWDKANMITSs
19. https://www.youtube.com/watch?v=M7siWzTxA14
20. https://www.youtube.com/watch?v=n7CnP_OvlMc
21. https://www.youtube.com/watch?v=q9IfSdwK370
22. https://www.youtube.com/watch?v=RL5621vqvFo
23. https://www.youtube.com/watch?v=UMoWHeT4HMw
24. https://www.youtube.com/watch?v=VzfiwjiOYUw
25. https://www.youtube.com/watch?v=yLdk7XCx_70
26. https://www.youtube.com/watch?v=YPqHpp5wxeQ
27. https://www.youtube.com/watch?v=_BDD2aBzsk8
28. https://www.youtube.com/watch?v=iRGzg-ojYYg
29. https://www.youtube.com/watch?v=SAHrFipBeIk
30. https://www.youtube.com/watch?v=e9PupT0kZdM
31. https://www.youtube.com/watch?v=GZii89KY_j4
32. https://www.youtube.com/watch?v=KCT92cxPINM
33. https://www.youtube.com/watch?v=pkXY3453QwQ
34. https://www.youtube.com/watch?v=WY-sorw_Vjo
35. https://www.youtube.com/watch?v=9yb0F850Hpc
36. https://www.youtube.com/watch?v=YA_SZ1aduWc
37. https://www.youtube.com/watch?v=zIcCXKKqP74
38. https://www.youtube.com/watch?v=0UgcuTp_6jI
39. https://www.youtube.com/watch?v=8zev6y1HAmI
40. https://www.youtube.com/watch?v=jwzEtZ-sAi8
41. https://www.youtube.com/watch?v=YlCWsv4aLUw
42. https://www.youtube.com/watch?v=_SGfAHecnD8
43. https://www.youtube.com/watch?v=030Lk1mx6Bg
44. https://www.youtube.com/watch?v=3c8w1uHS16s
45. https://www.youtube.com/watch?v=5frCejRhNgU
46. https://www.youtube.com/watch?v=79fq5NLGlJU
47. https://www.youtube.com/watch?v=8fMy9xHsTIA
48. https://www.youtube.com/watch?v=8SZA1uXQkIg
49. https://www.youtube.com/watch?v=aMrTrzB6g9o
50. https://www.youtube.com/watch?v=aWfIyLG-o2c
51. https://www.youtube.com/watch?v=CsFd-3Ug-70
52. https://www.youtube.com/watch?v=dTBSLAorDR4
53. https://www.youtube.com/watch?v=gvGoetSAdvM

54. https://www.youtube.com/watch?v=h8MSExWnPKE
55. https://www.youtube.com/watch?v=IHn5If05-0s
56. https://www.youtube.com/watch?v=iLUjozjowyA
57. https://www.youtube.com/watch?v=lJBj95Yj5MM
58. https://www.youtube.com/watch?v=nbp43Xm7H1U
59. https://www.youtube.com/watch?v=ORzMQkYho-o
60. https://www.youtube.com/watch?v=S1Kj4AZAamw
61. https://www.youtube.com/watch?v=TLM5LJH6og0
62. https://www.youtube.com/watch?v=v8ewhUYPnTM
63. https://www.youtube.com/watch?v=WkPfTjucN9Q
64. https://www.youtube.com/watch?v=aqmDcOAUbfM
65. https://www.youtube.com/watch?v=6H1EI2ivOQY
66. https://www.youtube.com/watch?v=mYC8eqZl4pY
67. https://www.youtube.com/watch?v=NIrGXnXPNH0
68. https://www.youtube.com/watch?v=s34Oj_za7ZU
69. https://www.youtube.com/watch?v=YkF5s-AtQf0
70. https://www.youtube.com/watch?v=7H1Yddt2gbU
71. https://www.youtube.com/watch?v=AjmbD0f7YLU
72. https://www.youtube.com/watch?v=GmCPHZiqZ_4
73. https://www.youtube.com/watch?v=gv_kLThZUOc
74. https://www.youtube.com/watch?v=i8KHucjr4K0
75. https://www.youtube.com/watch?v=mUdwiI1Z9Lc
76. https://www.youtube.com/watch?v=o51Yk6n6aIw
77. https://www.youtube.com/watch?v=pJToOM-kkH0
78. https://www.youtube.com/watch?v=sECNlywWBSg
79. https://www.youtube.com/watch?v=Y-fZtwJHG-4
80. https://www.youtube.com/watch?v=yWBRIu0mxPk
81. https://www.youtube.com/watch?v=_ayLOO4wZuM
82. https://www.youtube.com/watch?v=0MlnqV-_phA
83. https://www.youtube.com/watch?v=4icLu3ocQGs
84. https://www.youtube.com/watch?v=5J9WIsiePXs
85. https://www.youtube.com/watch?v=bj34mMJKXNE
86. https://www.youtube.com/watch?v=fpmbjtKJO_o
87. https://www.youtube.com/watch?v=h53bJkTiEAk
88. https://www.youtube.com/watch?v=hObvnnYGdPE
89. https://www.youtube.com/watch?v=VEHnMxYIU4Y
90. https://www.youtube.com/watch?v=YB72IE_6Hvs
91. https://www.youtube.com/watch?v=i8qDiJpnYLk
92. https://www.youtube.com/watch?v=rj6eOPIb_tE
93. https://www.youtube.com/watch?v=1HOXysb3Qis
94. https://www.youtube.com/watch?v=2jKJNdGJpOA
95. https://www.youtube.com/watch?v=7ZWuOSwb-mg
96. https://www.youtube.com/watch?v=8PSMTRdQMg4

97. https://www.youtube.com/watch?v=aMwhevPdpoM
98. https://www.youtube.com/watch?v=BRv4M84WFCo
99. https://www.youtube.com/watch?v=d38FWexVIHk
100. https://www.youtube.com/watch?v=dhxeIKZqskg
101. https://www.youtube.com/watch?v=dxv5uH1i1A4
102. https://www.youtube.com/watch?v=FjV1k4f4UzM
103. https://www.youtube.com/watch?v=HrJjJukZoRU
104. https://www.youtube.com/watch?v=iduI_77k25Y
105. https://www.youtube.com/watch?v=JNbjrkRcWfU
106. https://www.youtube.com/watch?v=N9S7OLW0Tzw
107. https://www.youtube.com/watch?v=-NiutCd87HU
108. https://www.youtube.com/watch?v=njbsZ2sevIs
109. https://www.youtube.com/watch?v=NoKFS5MwUZQ
110. https://www.youtube.com/watch?v=qNtRvI8aeas
111. https://www.youtube.com/watch?v=t8paG3E0dsU
112. https://www.youtube.com/watch?v=TIUAdc1ksYM
113. https://www.youtube.com/watch?v=U_WTMCz-ejM
114. https://www.youtube.com/watch?v=VcmuaXJfBuM
115. https://www.youtube.com/watch?v=XiPyoyGEclY
116. https://www.youtube.com/watch?v=ZXlaXbI0Eqg
117. https://www.youtube.com/watch?v=iADcRHk9kr8
118. https://www.youtube.com/watch?v=U4O0cGrTGy0
119. https://www.youtube.com/watch?v=UDbfm95WcUk
120. https://www.youtube.com/watch?v=CiHIu-6hyXc
121. https://www.youtube.com/watch?v=J84Rqbebgv8
122. https://www.youtube.com/watch?v=JWMQo8Qx8a8
123. https://www.youtube.com/watch?v=lPkpTRqJRVQ
124. https://www.youtube.com/watch?v=NaM-9uAmxIY
125. https://www.youtube.com/watch?v=7re5xbgoDgU
126. https://www.youtube.com/watch?v=9k3f38sWzUI
127. https://www.youtube.com/watch?v=iaVlsqSPF-o
128. https://www.youtube.com/watch?v=Kxf9FCn0jUU
129. https://www.youtube.com/watch?v=N9gyv6Wr-ls
130. https://www.youtube.com/watch?v=QfhzwrFrZ5M
131. https://www.youtube.com/watch?v=SVqj0QJqSFA
132. https://www.youtube.com/watch?v=uapafgmFBvg
133. https://www.youtube.com/watch?v=CeZE2e1_qHg
134. https://www.youtube.com/watch?v=qlhJWE0Okgs
135. https://www.youtube.com/watch?v=xU3h-zYCLkU
136. https://www.youtube.com/watch?v=2VgVIqCVVgQ
137. https://www.youtube.com/watch?v=f_8PFUposOU
138. https://www.youtube.com/watch?v=FYT6NSZRz0Q
139. https://www.youtube.com/watch?v=g1d73vwTWcc

140. https://www.youtube.com/watch?v=GV_AyY72oPs
141. https://www.youtube.com/watch?v=iUi0gxQL1C0
142. https://www.youtube.com/watch?v=k09S8ZdeuCg
143. https://www.youtube.com/watch?v=MfPoPwyfnd4
144. https://www.youtube.com/watch?v=qulI3eEjrgo
145. https://www.youtube.com/watch?v=s486ogPgw8w
146. https://www.youtube.com/watch?v=TDLniVjIdJ8
147. https://www.youtube.com/watch?v=WGOgXhqUOv0
148. https://www.youtube.com/watch?v=0h32JZX-6mM
149. https://www.youtube.com/watch?v=zXs2is9L_vU
150. https://www.youtube.com/watch?v=33vXhTXfNEs
151. https://www.youtube.com/watch?v=AFKVhjfB1B0
152. https://www.youtube.com/watch?v=TCryn53_DKI
153. https://www.youtube.com/watch?v=gxabL31wWCw
154. https://www.youtube.com/watch?v=J5PoSikRfS0
155. https://www.youtube.com/watch?v=XrKR5T8MPQQ
156. https://www.youtube.com/watch?v=ZfNjWC-J9dQ
157. https://www.youtube.com/watch?v=DtGzhsHyXj8
158. https://www.youtube.com/watch?v=jUmxA2x8V_E
159. https://www.youtube.com/watch?v=lbZxZlahStA
160. https://www.youtube.com/watch?v=jhb_lJ3Spu4
161. https://www.youtube.com/watch?v=3Ys_hXvxiuE
162. https://www.youtube.com/watch?v=6_meisQfQRM
163. https://www.youtube.com/watch?v=F_pBEtaI1c0
164. https://www.youtube.com/watch?v=FDeEkNhUpjo
165. https://www.youtube.com/watch?v=KvWMDjp9Ybo
166. https://www.youtube.com/watch?v=vsTiByu-ArU
167. https://www.youtube.com/watch?v=XDF3BwZYu-4
168. https://www.youtube.com/watch?v=xwpz4wAnEwo
169. https://www.youtube.com/watch?v=z0J0PKKBWGI
170. https://www.youtube.com/watch?v=2_6R2_ym0lU
171. https://www.youtube.com/watch?v=2qhVGVAEkRk
172. https://www.youtube.com/watch?v=iBLAvt3l8ho
173. https://www.youtube.com/watch?v=mCcVbuqBK1Q
174. https://www.youtube.com/watch?v=quTyHp4xIvc
175. https://www.youtube.com/watch?v=t2-frNBx_zE
176. https://www.youtube.com/watch?v=t3acqkK1GBI
177. https://www.youtube.com/watch?v=TriQvMz-O8A
178. https://www.youtube.com/watch?v=XiMEiJihyFg
179. https://www.youtube.com/watch?v=_2oua7NKfGg
180. https://www.youtube.com/watch?v=1VdoNmXLkAI
181. https://www.youtube.com/watch?v=25Et0RP6gRo
182. https://www.youtube.com/watch?v=2v9x2XfOgaM

183. https://www.youtube.com/watch?v=4HrLqsZsP58
184. https://www.youtube.com/watch?v=4twPe-UVCHc
185. https://www.youtube.com/watch?v=5fodh5Ta_28
186. https://www.youtube.com/watch?v=67_ah73gu5w
187. https://www.youtube.com/watch?v=6uqz9NsI3xs
188. https://www.youtube.com/watch?v=AP5SsoIyX9c
189. https://www.youtube.com/watch?v=B6j678cirAY
190. https://www.youtube.com/watch?v=Cb0GNvj5nyc
191. https://www.youtube.com/watch?v=cISctWSdJas
192. https://www.youtube.com/watch?v=D86p4q--QeI
193. https://www.youtube.com/watch?v=fxirdWpMThw
194. https://www.youtube.com/watch?v=GLASVeg6pIc
195. https://www.youtube.com/watch?v=HnLmJyk7Bx4
196. https://www.youtube.com/watch?v=hRTnFPqlHuk
197. https://www.youtube.com/watch?v=IMa7Gr4Ld0o
198. https://www.youtube.com/watch?v=jD-vgLXihXE
199. https://www.youtube.com/watch?v=nUu_09qw1qc
200. https://www.youtube.com/watch?v=p-AnkfK7RWw
201. https://www.youtube.com/watch?v=qju2iRvyZXQ
202. https://www.youtube.com/watch?v=SaygoLgAe4Y
203. https://www.youtube.com/watch?v=uia54xZZSJY
204. https://www.youtube.com/watch?v=VZxUYgbFzpA
205. https://www.youtube.com/watch?v=woro0S6ROBw
206. https://www.youtube.com/watch?v=y5kqSWyhsfw
207. https://www.youtube.com/watch?v=QeuWiDIDEC8
208. https://www.youtube.com/watch?v=pptZGOshusY
209. https://www.youtube.com/watch?v=N_6g6aR9JiQ
210. https://www.youtube.com/watch?v=2GcpEgKR7pk
211. https://www.youtube.com/watch?v=38cSEMHyIWM
212. https://www.youtube.com/watch?v=4Buslj1AsNg
213. https://www.youtube.com/watch?v=55-Mnur8hcQ
214. https://www.youtube.com/watch?v=9tKujw5RmIo
215. https://www.youtube.com/watch?v=i5KJqXZzTuQ
216. https://www.youtube.com/watch?v=o7is3iGyF8Q
217. https://www.youtube.com/watch?v=tDqHVuO7r_U
218. https://www.youtube.com/watch?v=unu5RGsToeI
219. https://www.youtube.com/watch?v=WTTY5d9yi3U
220. https://www.youtube.com/watch?v=XZnXIqso7fU
221. https://www.youtube.com/watch?v=zPuwf3rGuVM
222. https://www.youtube.com/watch?v=38BhcPm0Kj4
223. https://www.youtube.com/watch?v=O77kEGL_5Ag
224. https://www.youtube.com/watch?v=rG3Jvg0T-6I
225. https://www.youtube.com/watch?v=TjOJhSziHYU

226. https://www.youtube.com/watch?v=WLePiLr63do
227. https://www.youtube.com/watch?v=4jQEbX0PJ0E
228. https://www.youtube.com/watch?v=4tzCZ5jHMtA
229. https://www.youtube.com/watch?v=5z3qs6qNAg4
230. https://www.youtube.com/watch?v=BBPiMzlGxRU
231. https://www.youtube.com/watch?v=bWzNqEHLww8
232. https://www.youtube.com/watch?v=gOi2s3gX584
233. https://www.youtube.com/watch?v=Hxe1Km0vo5g
234. https://www.youtube.com/watch?v=IGDGYxTfEMk
235. https://www.youtube.com/watch?v=K37Ek9WJPGY
236. https://www.youtube.com/watch?v=npB1ayZJbHg
237. https://www.youtube.com/watch?v=o_LKmI01p3Y
238. https://www.youtube.com/watch?v=OjovWaymKk0
239. https://www.youtube.com/watch?v=OQbUmCasz2s
240. https://www.youtube.com/watch?v=psVsKCONJSA
241. https://www.youtube.com/watch?v=uFP3TMiRi58
242. https://www.youtube.com/watch?v=U-ifGyDrtuE
243. https://www.youtube.com/watch?v=yiu1NcalCMs
244. https://www.youtube.com/watch?v=ZffGvuvWwBk
245. https://www.youtube.com/watch?v=532OX4c1he8
246. https://www.youtube.com/watch?v=Ebck2BssRx0
247. https://www.youtube.com/watch?v=JnvZ5YqCmkA
248. https://www.youtube.com/watch?v=0R-9t73KfiM
249. https://www.youtube.com/watch?v=WhbQ7JYy6Tc
250. https://www.youtube.com/watch?v=trDIrMJIqV4
251. https://www.youtube.com/watch?v=1EEkdOrB_Ko
252. https://www.youtube.com/watch?v=AMSGBeNFRk0
253. https://www.youtube.com/watch?v=qRQ-1Ze0KbU
254. https://www.youtube.com/watch?v=tYPU7t-hfKo
255. https://www.youtube.com/watch?v=a1c5b3qt7YM
256. https://www.youtube.com/watch?v=O6Mq8ai6zdo
257. https://www.youtube.com/watch?v=w4LrrKTMfN0
258. https://www.youtube.com/watch?v=_2UqFk6mjvs
259. https://www.youtube.com/watch?v=0zEMThwa9-c
260. https://www.youtube.com/watch?v=7S-13Kkfu0k
261. https://www.youtube.com/watch?v=aOXIpwzAO9Q
262. https://www.youtube.com/watch?v=EpmJwSU0VsI
263. https://www.youtube.com/watch?v=EtA6n9JpzLA
264. https://www.youtube.com/watch?v=Fdsytt_obpU
265. https://www.youtube.com/watch?v=fxrSAv3JRNM
266. https://www.youtube.com/watch?v=G12e3KguIM8
267. https://www.youtube.com/watch?v=iRxT0gwW1FM
268. https://www.youtube.com/watch?v=IzDMxODgna0

269. https://www.youtube.com/watch?v=JEHlGQrBoQk
270. https://www.youtube.com/watch?v=JPasUzKkp2E
271. https://www.youtube.com/watch?v=kccYhY-OTXM
272. https://www.youtube.com/watch?v=o_xc_ycxi0M
273. https://www.youtube.com/watch?v=oArWYN0zX4M
274. https://www.youtube.com/watch?v=OvJO2dyroow
275. https://www.youtube.com/watch?v=pFnVIQVf5rA
276. https://www.youtube.com/watch?v=sP_RyLdK2uE
277. https://www.youtube.com/watch?v=TXeBgcbZqFA
278. https://www.youtube.com/watch?v=VzDpxQIjJ6A
279. https://www.youtube.com/watch?v=ZgSlFkdISL4
280. https://www.youtube.com/watch?v=zjKng4A35y8
281. https://www.youtube.com/watch?v=ZKrgshAOxvo
282. https://www.youtube.com/watch?v=-VV3QuF8Ajw
283. https://www.youtube.com/watch?v=f7XoyThF9cs
284. https://www.youtube.com/watch?v=jYDwvSjoB9c
285. https://www.youtube.com/watch?v=2x_nXDQv-t4
286. https://www.youtube.com/watch?v=Hcc054DjdLY
287. https://www.youtube.com/watch?v=O28Y6pwbA-Q
288. https://www.youtube.com/watch?v=OSab1Crbf_U
289. https://www.youtube.com/watch?v=VWxY2Suh5QY
290. https://www.youtube.com/watch?v=zIrDYcrxaqo
291. https://www.youtube.com/watch?v=yH7JUS8TY1M
292. https://www.youtube.com/watch?v=9ZZf2_XX4Lk
293. https://www.youtube.com/watch?v=V1km88MConA
294. https://www.youtube.com/watch?v=7m6E03fTdW8
295. https://www.youtube.com/watch?v=3eA2lvKjIxw
296. https://www.youtube.com/watch?v=9XNvAuxKteY
297. https://www.youtube.com/watch?v=eE5-7xbKQ-Y
298. https://www.youtube.com/watch?v=La9ElPIumhQ
299. https://www.youtube.com/watch?v=QxzukFO9U3I
300. https://www.youtube.com/watch?v=31dLG9GfJ-c
301. https://www.youtube.com/watch?v=BPAvQ5jG7M0
302. https://www.youtube.com/watch?v=Gp0iEfxztCU
303. https://www.youtube.com/watch?v=8KKwsPvf1rE
304. https://www.youtube.com/watch?v=dSFaHPfONcI
305. https://www.youtube.com/watch?v=qDg8ZmbESmE
306. https://www.youtube.com/watch?v=-1tu8dI_y_4
307. https://www.youtube.com/watch?v=bs51YXRbzyw
308. https://www.youtube.com/watch?v=GrH2QuK5y1c
309. https://www.youtube.com/watch?v=0vK_cW477N0
310. https://www.youtube.com/watch?v=2wUkhTsAC0M
311. https://www.youtube.com/watch?v=DvcZVunjd9M
312. https://www.youtube.com/watch?v=VX3G65NVu1g

Uniglobe Entertainment, LLC

1. https://www.youtube.com/watch?v=ndnf4uazkMc
2. https://www.youtube.com/watch?v=xQeQIAOmljI
3. https://www.youtube.com/watch?v=9rlTLrrs45I
4. https://www.youtube.com/watch?v=0WsA_bFZLO4
5. https://www.youtube.com/watch?v=tTuz9adnJnc
6. https://www.youtube.com/watch?v=G4pdGR8_Wak
7. https://www.youtube.com/watch?v=EbdBkfVWoyQ
8. https://www.youtube.com/watch?v=XYmVVIRAexE
9. https://www.youtube.com/watch?v=GZGFjHFasm0
10. https://www.youtube.com/watch?v=9a6CVS_E4g4
11. https://www.youtube.com/watch?v=P-LG7yQvJgw
12. https://www.youtube.com/watch?v=s72M75ERAsw
13. https://www.youtube.com/watch?v=MN5sdy2-9gw
14. https://www.youtube.com/watch?v=tAd9eNlofow
15. https://www.youtube.com/watch?v=j_d8aMfGLpU
16. https://www.youtube.com/watch?v=XWS_9m1Q9zs
17. https://www.youtube.com/watch?v=rQ30pij0aTI
18. https://www.youtube.com/watch?v=tUXokpUDowo
19. https://www.youtube.com/watch?v=2khBi6eF_Ug
20. https://www.youtube.com/watch?v=v7DimtzJJfU
21. https://www.youtube.com/watch?v=T4EVgNJPzSs
22. https://www.youtube.com/watch?v=4VDRBBaAHBA
23. https://www.youtube.com/watch?v=CHk7CXt18Qk
24. https://www.youtube.com/watch?v=CTsgYx5jzLE
25. https://www.youtube.com/watch?v=JXPnx9ecRB8
26. https://www.youtube.com/watch?v=eZsFcEZKFnY
27. https://www.youtube.com/watch?v=gYoO4kvPXb8
28. https://www.youtube.com/watch?v=hBw1CZuhaI8
29. https://www.youtube.com/watch?v=oDPRNnKOvMU
30. https://www.youtube.com/watch?v=vrR1SHFuaCU
31. https://www.youtube.com/watch?v=z1ZRXMhdiso
32. https://www.youtube.com/watch?v=1QKR4BAnryw
33. https://www.youtube.com/watch?v=LhbV4q_7rZc
34. https://www.youtube.com/watch?v=lTjsYzthw2w
35. https://www.youtube.com/watch?v=93k3t0ucRcc
36. https://www.youtube.com/watch?v=MWhApYbq-Ws
37. https://www.youtube.com/watch?v=oALeGrzzWyM
38. https://www.youtube.com/watch?v=AqYVJVtBEmE
39. https://www.youtube.com/watch?v=Z6uHMoQDBUY

40. https://www.youtube.com/watch?v=qqLkprJAbS0
41. https://www.youtube.com/watch?v=6sxpn9Fkask
42. https://www.youtube.com/watch?v=gIMD4lDOqZo
43. https://www.youtube.com/watch?v=Q8GtDJHRrT0
44. https://www.youtube.com/watch?v=WueYfxt7pyE
45. https://www.youtube.com/watch?v=B-rXUIOvqGQ
46. https://www.youtube.com/watch?v=6YRVFCgkO4Q
47. https://www.youtube.com/watch?v=GcQXh2Vitj4
48. https://www.youtube.com/watch?v=TcyRstsn4Yc
49. https://www.youtube.com/watch?v=uzJmxe5-JLM
50. https://www.youtube.com/watch?v=I4zDTeVAFhQ
51. https://www.youtube.com/watch?v=Bp0uDowHfeU
52. https://www.youtube.com/watch?v=ytexvuWvepg
53. https://www.youtube.com/watch?v=kACIRWOWyos
54. https://www.youtube.com/watch?v=fdV22iNAuec
55. https://www.youtube.com/watch?v=RDClE8d7syc
56. https://www.youtube.com/watch?v=A-rlPjn9pUk
57. https://www.youtube.com/watch?v=w-HJMv_Rq9A
58. https://www.youtube.com/watch?v=FOA0B1HZSbM
59. https://www.youtube.com/watch?v=3ZxmoYJNuhU
60. https://www.youtube.com/watch?v=BXxcVepqpB4
61. https://www.youtube.com/watch?v=Lp0x4_i5D9E
62. https://www.youtube.com/watch?v=oIqgCz27Uj8
63. https://www.youtube.com/watch?v=d-WLjvFFsmc
64. https://www.youtube.com/watch?v=MxuGM1VIb78
65. https://www.youtube.com/watch?v=LYaqRxoTnCU
66. https://www.youtube.com/watch?v=XDQW9NJbsBY
67. https://www.youtube.com/watch?v=dWA5YLpPWps
68. https://www.youtube.com/watch?v=e0qH3HheDOQ
69. https://www.youtube.com/watch?v=kSqyW1id1BY
70. https://www.youtube.com/watch?v=TSZYjt13aK0
71. https://www.youtube.com/watch?v=kMYGXoz-nqM
72. https://www.youtube.com/watch?v=wuhLfQMg73E
73. https://www.youtube.com/watch?v=J2C52oL0_VQ
74. https://www.youtube.com/watch?v=syOC1jb4Zkg
75. https://www.youtube.com/watch?v=Tbo_ehNC8Dc
76. https://www.youtube.com/watch?v=Oy5pIXGaCqA
77. https://www.youtube.com/watch?v=jfWXu8M4LN4
78. https://www.youtube.com/watch?v=rvc_Wgtrlqw
79. https://www.youtube.com/watch?v=wXVW0aRrQb0
80. https://www.youtube.com/watch?v=0gftlOVKlJ0
81. https://www.youtube.com/watch?v=qG7SWm3fkbY
82. https://www.youtube.com/watch?v=LnFeC79Bj1s

83. https://www.youtube.com/watch?v=gJkR4bMBusQ
84. https://www.youtube.com/watch?v=32ndTa1ayjM
85. https://www.youtube.com/watch?v=qnH5Yhv2eF8
86. https://www.youtube.com/watch?v=hJrud5AzEFc
87. https://www.youtube.com/watch?v=SOdfCcN7Dq0
88. https://www.youtube.com/watch?v=U5SM5EVUuRA
89. https://www.youtube.com/watch?v=oMCD2RHLiBE
90. https://www.youtube.com/watch?v=Hrr0rwe9G3w
91. https://www.youtube.com/watch?v=hwlagGDDpRM
92. https://www.youtube.com/watch?v=ZSMIRn6GRD0
93. https://www.youtube.com/watch?v=x1v6lDWe1vM
94. https://www.youtube.com/watch?v=b-cBFyifxyc
95. https://www.youtube.com/watch?v=LGxUeTMR34U
96. https://www.youtube.com/watch?v=Cb1v7EkCFEc
97. https://www.youtube.com/watch?v=l7jmPPl4qyA
98. https://www.youtube.com/watch?v=aik4jM9eaY4
99. https://www.youtube.com/watch?v=VHeQVjyW_I
100. https://www.youtube.com/watch?v=p19Ae3hwAec
101. https://www.youtube.com/watch?v=ACGcIKzs7ug
102. https://www.youtube.com/watch?v=IFIbUFI_vGc
103. https://www.youtube.com/watch?v=shkrzacGaDs
104. https://www.youtube.com/watch?v=KS9N7SBksGo
105. https://www.youtube.com/watch?v=F5lwMz1UidI
106. https://www.youtube.com/watch?v=vtMuFUvZIKQ
107. https://www.youtube.com/watch?v=cD7Viy3-CEY
108. https://www.youtube.com/watch?v=PTTZnwpVfz4
109. https://www.youtube.com/watch?v=94eQcOGqoNM
110. https://www.youtube.com/watch?v=g5tiRP4bNFM
111. https://www.youtube.com/watch?v=dPPAqTXNCxc
112. https://www.youtube.com/watch?v=GcKMGxPNuTQ
113. https://www.youtube.com/watch?v=r7M0RmCdduY
114. https://www.youtube.com/watch?v=avTTfVjSmnc
115. https://www.youtube.com/watch?v=rhCUB4_uYPE
116. https://www.youtube.com/watch?v=kcwfoLeT7ew
117. https://www.youtube.com/watch?v=BLtb2l_8AcU
118. https://www.youtube.com/watch?v=dX3XtRaJaeQ
119. https://www.youtube.com/watch?v=WOKr8T11loM
120. https://www.youtube.com/watch?v=jqIvOZbNdLg
121. https://www.youtube.com/watch?v=Wgl8JS78KeA
122. https://www.youtube.com/watch?v=jtx2h_n6190
123. https://www.youtube.com/watch?v=M08Luko8qOY
124. https://www.youtube.com/watch?v=UySr1ParwZQ
125. https://www.youtube.com/watch?v=_MFM4O1mVhI

126. https://www.youtube.com/watch?v=nU1Uiuou8YU
127. https://www.youtube.com/watch?v=rHRl1KwFD-U
128. https://www.youtube.com/watch?v=nmVqnyfatDc
129. https://www.youtube.com/watch?v=6AAFWzIG-bU
130. https://www.youtube.com/watch?v=cqk6blF2BbQ
131. https://www.youtube.com/watch?v=eCypwSPjTTM
132. https://www.youtube.com/watch?v=pzrf9aKkt4c
133. https://www.youtube.com/watch?v=PESDkngpq28
134. https://www.youtube.com/watch?v=5BwcXqK59T4
135. https://www.youtube.com/watch?v=4O4HbOk67ew
136. https://www.youtube.com/watch?v=MdvKsrhUZjk
137. https://www.youtube.com/watch?v=neTjKw5I5NY
138. https://www.youtube.com/watch?v=Da5pche-VRU
139. https://www.youtube.com/watch?v=GahnH3SEL4Y
140. https://www.youtube.com/watch?v=5jo856X3xrc
141. https://www.youtube.com/watch?v=Q9i_M85aq8o
142. https://www.youtube.com/watch?v=0kp4-jQ-eAI
143. https://www.youtube.com/watch?v=LwwzyKYsUvg
144. https://www.youtube.com/watch?v=3UqGmLF0EK4
145. https://www.youtube.com/watch?v=XOa49qklHxg
146. https://www.youtube.com/watch?v=0DJ_kmmTsak
147. https://www.youtube.com/watch?v=PtKuQ97e1BA
148. https://www.youtube.com/watch?v=y528NN6C3eg
149. https://www.youtube.com/watch?v=co0rhNhuM9A
150. https://www.youtube.com/watch?v=EMxlJuW6dps
151. https://www.youtube.com/watch?v=7o5UhhW_2XM
152. https://www.youtube.com/watch?v=7Oy7RKzE0TU
153. https://www.youtube.com/watch?v=YXWFYPk11GM
154. https://www.youtube.com/watch?v=gEjglbGEvEE
155. https://www.youtube.com/watch?v=CRVl4Yk43Uc
156. https://www.youtube.com/watch?v=wsFG-0Vty_w
157. https://www.youtube.com/watch?v=O61nlXAOJRU
158. https://www.youtube.com/watch?v=g7TeGRwEhts
159. https://www.youtube.com/watch?v=NAN9enJCRTs
160. https://www.youtube.com/watch?v=n8u_eLJJEVw
161. https://www.youtube.com/watch?v=eE_zrpIc7KY
162. https://www.youtube.com/watch?v=S-hj8jdzN4c
163. https://www.youtube.com/watch?v=SZ3RrZ8ajzs
164. https://www.youtube.com/watch?v=duZfOBQzqqE
165. https://www.youtube.com/watch?v=o7Djt_6Bn9U
166. https://www.youtube.com/watch?v=sAafKlSWhms
167. https://www.youtube.com/watch?v=xVBYSZbghh0
168. https://www.youtube.com/watch?v=zxlXKaZIOXc

169. https://www.youtube.com/watch?v=MkTiKEZyZ-U
170. https://www.youtube.com/watch?v=v220SddNuZk
171. https://www.youtube.com/watch?v=c6g7dDRfPNg
172. https://www.youtube.com/watch?v=RypcZRESN6g
173. https://www.youtube.com/watch?v=nYAitmKpI-0
174. https://www.youtube.com/watch?v=xLPjBYEPXL8
175. https://www.youtube.com/watch?v=SKfFmNLjs5E