# Exhibit 3

George A. Zelcs *(pro hac vice)*
  gzelcs@koreintillery.com
Randall P. Ewing, Jr. *(pro hac vice)*
  rewing@koreintillery.com
Ryan Z. Cortazar *(pro hac vice)*
  rcortazar@koreintillery.com
**KOREIN TILLERY, LLC**
205 North Michigan, Suite 1950
Chicago, IL  60601
Telephone: (312) 641-9750
Facsimile: (312) 641-9751

Stephen M. Tillery *(pro hac vice)*
  stillery@koreintillery.com
Steven M. Berezney, CA Bar #329923
  sberezney@koreintillery.com
Carol O'Keefe *(pro hac vice)*
  cokeefe@koreintillery.com
**KOREIN TILLERY, LLC**
505 North 7th Street, Suite 3600
St. Louis, MO  63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

Joshua Irwin Schiller, CA Bar #330653
  jischiller@bsfllp.com
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery St., 41st Floor
San Francisco, CA  94104
Telephone:  (415) 293-6800
Facsimile: (415) 293-6899

Philip C. Korologos *(pro hac vice)*
  pkorologos@bsfllp.com
Joanna Wright *(pro hac vice)*
  jwright@bsfllp.com *(pro hac vice)*
**BOIES SCHILLER FLEXNER LLP**
55 Hudson Yards, 20th Floor
New York, NY  10001
Telephone:  (212) 446-2300
Facsimile: (212) 446-2350

*Attorneys for Maria Schneider and
Pirate Monitor, LTD*

---

1

SCHNEIDER'S AMENDED RESPONSES & OBJECTIONS TO DEFENDANTS' FIRST & SECOND SET OF INTERROGATORIES
5:20-cv-4423

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| MARIA SCHNEIDER and PIRATE MONITOR LTD, individually and on behalf of all others similarly situated;<br><br>Plaintiffs,<br><br>vs.<br><br>YOUTUBE, LLC; and GOOGLE LLC;<br><br>Defendants. | CASE NO. 5:20-cv-4423<br><br>**PLAINTIFF MARIA SCHNEIDER'S FIRST AMENDED RESPONSES AND OBJECTIONS TO DEFENDANTS' FIRST AND SECOND SET OF INTERROGATORIES** |

Pursuant to Federal Rules of Civil Procedure 26 and 33, Plaintiff Maria Schneider submits the following first amended responses and objections to Defendants YouTube, LLC ("YouTube") and Google LLC ("Google") (collectively "Defendants") First and Second Set of Interrogatories to Plaintiff Maria Schneider, dated October 12, 2020 and November 5, 2020, respectively (the "Requests"), in the above-captioned action (the "Action").

By submitting these Responses, Schneider does not concede or waive any arguments regarding the scope, relevance, and timing of any discovery in the Action.

Schneider reserves the right to amend or revise these Responses, including based on any responses or objections submitted by Defendants to any of Schneider's discovery requests. Schneider also asserts that any discovery obligations should be mutual between parties, so that if any of her objections are overridden, Defendants should be subject to the same scope of discovery, including definitions and instructions for discovery compliance.

**GENERAL OBJECTIONS**

1. Schneider objects to the Interrogatories to the extent they impose obligations in addition to those imposed by the Federal Rules of Civil Procedure, the Local Rules of this Court, any court governing discovery in this case, or any discovery protocol agreed upon by the parties.

- "The Thompson Fields," authored and owned by Maria Schneider, 2009, PA0002270505
- "Home," authored and owned by Maria Schneider, 2012, PA0002270508
- "Nimbus," authored and owned by Maria Schneider, 2009, PA0002270507
- "A Potter's Song," authored and owned by Maria Schneider, 2013, PA0002270550
- "Lembrança," authored and owned by Maria Schneider, 2010, PA0002270579
- "A World Lost," authored and owned by Maria Schneider, 2019, PA0002270502
- "Don't Be Evil," authored and owned by Maria Schneider, 2017, PA0002270496
- "CQ CQ, Is Anybody There?," authored and owned by Maria Schneider, 2019, PA0002270585
- "Sputnik," authored and owned by Maria Schneider, 2018, PA0002270478
- "Data Lords," authored and owned by Maria Schneider, 2016, PA0002270498
- "Sanzenin," authored and owned by Maria Schneider, 2017, PA0002270484
- "Stone Song," authored and owned by Maria Schneider, 2019, PA0002270298
- "Look Up," authored and owned by Maria Schneider, 2019, PA0002270493
- "Braided Together," authored and owned by Maria Schneider, 2015, PA0002273985
- "Bluebird," authored and owned by Maria Schneider, 2016, PA0002270501
- "The Sun Waited for Me," authored and owned by Maria Schneider, 2016, PA0002273989
- "String Quartet No. 1," authored and owned by Maria Schneider, 2010, PAu004057365
- "Willow Lake," authored and owned by Maria Schneider, 2008, PA0002270525

**INTERROGATORY NO. 2**: For each Work in Suit, identify every URL (uniform resource locator) within the YouTube service at which You contend content infringing the copyright for the Work in Suit has appeared.

**OBJECTIONS AND RESPONSE**: Schneider maintains her objections to Interrogatory No. 2 to the extent that it imposes obligations in addition to those imposed by the Federal Rules of Civil Procedure, the Local Rules of this Court, and any court granting discovery in this case, or any discovery protocol agreed upon by the parties.

Schneider further objects to Interrogatory No. 2 to the extent that it requires her to identify all acts of infringement prior to the completion of discovery. The records that would enable Schneider to identify all specific acts of infringement are exclusively in the possession and control of YouTube and Google, including a database of videos and tools to identify acts of infringement, including, but not necessarily limited to, Content ID, or are more convenient, less burdensome, or less expensive for Defendants to obtain than Schneider. Schneider further objects to this Interrogatory because it is unduly burdensome for Schneider to identify all acts of infringement prior to other discovery.

Notwithstanding these objections, as of the date of this supplemental response Schneider has identified the following URLs for which Schneider presently contends that content infringing Schneider's Works in Suit has appeared:

| Work(s) in Suit | URL |
| --- | --- |
| Concert in the Garden | http://www.youtube.com/watch?v=e04yCOqalv8 |
| Evanescence | http://www.youtube.com/watch?v=mRlj6wqzW74 |
| Choro Dançado (First Movement of Three Romances) | http://www.youtube.com/watch?v=M-DlDYGAExs |
| Last Season | http://www.youtube.com/watch?v=FQq7XkFC0Do |
| Journey Home | http://www.youtube.com/watch?v=ASN9OqlqIXU |
| Bulería, Soleá y Rumba | http://www.youtube.com/watch?v=YIwyHj2Cn_Q |
| Bulería, Soleá y Rumba | http://www.youtube.com/watch?v=NML2WgRpVRc |
| Choro Dançado (First Movement of Three Romances) | http://www.youtube.com/watch?v=I9jiYSUhcPQ |
| Pas de Deux (Second Movement of Three Romances) | http://www.youtube.com/watch?v=I9jiYSUhcPQ |
| Pas de Deux (Second Movement of Three Romances) | http://www.youtube.com/watch?v=i8UlsGKsZM4 |

| | | |
|---|---|---|
| 1 | Dance, you monster, to my soft song | https://www.youtube.com/watch?v=nbp43Xm7H1U |
| 2 | El Viento | http://www.youtube.com/watch?v=5oYGhrUETFc |
| 3 | El Viento | http://www.youtube.com/watch?v=fc8kek2xGUc |
| 4 | Green Piece | http://www.youtube.com/watch?v=i8BC-LH-IMg |
| 5 | Green Piece | https://www.youtube.com/watch?v=pJToOM-kkH0 |
| 6 | Gumba Blue | https://www.youtube.com/watch?v=h53bJkTiEAk |
| 7 | Hang Gliding | http://www.youtube.com/watch?v=7jfjtKRDFQI |
| 8 | Hang Gliding | https://www.youtube.com/watch?v=TIUAdc1ksYM |
| 9 | Lately | http://www.youtube.com/watch?v=htmgVKwSpMg |
| 10 | Sea of Tranquility | http://www.youtube.com/watch?v=L0cMR-x8ufo |
| 11 | Gumba Blue | https://www.youtube.com/watch?v=Z9N68OSIqps |
| 12 | Journey Home | https://www.youtube.com/watch?v=RX6OLGPCsFc |
| 13 | Journey Home | https://www.youtube.com/watch?v=CiHIu-6hyXc |
| 14 | Hang Gliding | http://www.youtube.com/watch?v=2_YT4SvCPeo |
| 15 | Hang Gliding | https://www.youtube.com/watch?v=wdIW_AoTi_4 |
| 16 | Choro Dançado (First Movement of Three Romances) | http://www.youtube.com/watch?v=2tJegYsmlqU |
| 18 | Concert in the Garden | http://www.youtube.com/watch?v=AlJ6K1x9WIw |
| 19 | Nocturne | http://www.youtube.com/watch?v=TPKsQoQdtB |
| 20 | Dança Illusoria (Third Movement of Three Romances) | http://www.youtube.com/watch?v=bjuli8HHcYo |
| 22 | Coming About (Third Movement of Scenes from Childhood) | http://www.youtube.com/watch?v=RiGKxmxq3Qk |
| 24 | Gush | https://www.youtube.com/watch?v=nSk8IMTU5TE |
| 25 | Gumba Blue | http://www.youtube.com/watch?v=Ft3wa0bMAmE |

| | | |
|---|---|---|
| 1 | Wyrgly | http://www.youtube.com/watch?v=oZgAVwfcUY0 |
| 2 | Wyrgly | https://www.youtube.com/watch?v=zjKng4A35y8 |
| 3 | Journey Home, Choro Dançado (First Movement of Three Romances), Evanescence, and Hang Gliding | http://www.youtube.com/watch?v=MZM5ekpurvA |
| 7 | Sky Blue | http://www.youtube.com/watch?v=NJy_RXOgsts |
| 8 | The Pretty Road | http://www.youtube.com/watch?v=AH3obBV5sEw |
| 9 | The Pretty Road | http://www.youtube.com/watch?v=T-p1kPrYN_8 |
| 10 | The Pretty Road | http://www.youtube.com/watch?v=EAJPUC0mgJ8 |
| 11 | Cerulean Skies | http://www.youtube.com/watch?v=n6U7zQLKe04 |
| 12 | Cerulean Skies | http://www.youtube.com/watch?v=JERfM3g0FnM |
| 13 | Cerulean Skies | http://www.youtube.com/watch?v=wmAzXaz_UaY |
| 14 | Aires de Lando | http://www.youtube.com/watch?v=CVelapFHlP0 |
| 15 | Arbiters of Evolution | https://www.youtube.com/watch?v=C3FD5pG3RMc |
| 16 | The Thompson Fields | https://www.youtube.com/watch?v=Z8cdqri2-r8 |
| 17 | The Thompson Fields | http://www.youtube.com/watch?v=EaY_KMBoJ3g |
| 18 | Walking by Flashlight | http://www.youtube.com/watch?v=o4rYUveHBZM |
| 19 | The Thompson Fields | http://www.youtube.com/watch?v=jPEFzfWrXHg |
| 20 | Walking by Flashlight | http://www.youtube.com/watch?v=P470eEhealc |
| 21 | Arbiters of Evolution | http://www.youtube.com/watch?v=C3FD5pG3RMc |
| 22 | Walking by Flashlight | http://www.youtube.com/watch?v=lICbkKWrf-I |

**VERIFICATION**

Maria Schneider has read the foregoing responses to Defendants' Interrogatories and states that the answers contained therein are true to the best of her knowledge, information, and belief.

Signed: /s/ Maria Schneider

Dated: 3/08/2021

| | |
|---|---|
| Dated: March 8, 2021 | Respectfully submitted, |
| | |
| | /s/ Randall P. Ewing, Jr. |
| | George A. Zelcs *(pro hac vice)* |
| | Randall P. Ewing, Jr. *(pro hac vice)* |
| | Ryan Z. Cortazar *(pro hac vice)* |
| | **KOREIN TILLERY, LLC** |
| | 205 North Michigan, Suite 1950 |
| | Chicago, IL  60601 |
| | Telephone: (312) 641-9750 |
| | Facsimile: (312) 641-9751 |
| | |
| | Stephen M. Tillery (*pro hac vice*) |
| | Steven M. Berezney, CA Bar #329923 |
| | Michael E. Klenov, CA Bar #277028 |
| | Carol O'Keefe *(pro hac vice)* |
| | **KOREIN TILLERY, LLC** |
| | 505 North 7th Street, Suite 3600 |
| | St. Louis, MO  63101 |
| | Telephone: (314) 241-4844 |
| | Facsimile: (314) 241-3525 |
| | |
| | Joshua Irwin Schiller, CA Bar #330653 |
| | **BOIES SCHILLER FLEXNER LLP** |
| | 44 Montgomery St., 41st Floor |
| | San Francisco, CA  94104 |
| | Phone: (415) 293-6800 |
| | Fax: (415) 293-6899 |
| | |
| | Philip C. Korologos *(pro hac vice)* |
| | Joanna C. Wright *(pro hac vice)* |
| | **BOIES SCHILLER FLEXNER LLP** |
| | 55 Hudson Yards, 20th Floor |
| | New York, NY  10001 |
| | Phone: (212) 446-2300 |
| | Fax: (212) 446-2350 |
| | |
| | *Attorneys for Maria Schneider and Pirate Monitor LTD* |