# Exhibit 4



**The Library has opened access to the reading rooms by appointment only. More.**
**The Jefferson Building has reopened to visitors via timed, ticketed entry. More.**

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = Americanizing Shelley
Search Results: Displaying 2 of 4 entries



*Americanizing Shelley.*

| | |
|---:|:---|
| **Type of Work:** | Dramatic Work and Music; or Choreography |
| **Registration Number / Date:** | PA0001200892 / 2003-11-18 |
| **Title:** | Americanizing Shelley. |
| **Description:** | 116 p. |
| **Notes:** | Screenplay. |
| **Copyright Claimant:** | Namrata S. Gujral-Cooper, 1968- (J. C. Walter, pseud.) |
| **Date of Creation:** | 2003 |
| **Date of Publication:** | 2003-06-15 |
| **Names:** | Gujral-Cooper, Namrata S., 1968- |
| | Walter, J. C., pseud. |
| | Cooper, Namrata S. Gujral |



**Save, Print and Email (Help Page)**
Select Download Format [Full Record]   [Format for Print/Save]
Enter your email address: [_____]  [Email]

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page