# Exhibit 5



**The Library has opened access to the reading rooms by appointment only. More.**
**The Jefferson Building has reopened to visitors via timed, ticketed entry. More.**



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = Americanizing Shelley
Search Results: Displaying 3 of 4 entries



*Americanizing Shelley :*

| | |
|---:|:---|
| **Type of Work:** | Recorded Document |
| **Document Number:** | V3537D764 |
| **Date of Recordation:** | 2006-03-27 |
| **Entire Copyright Document:** | V3537 D764 P1-22 |
| **Date of Execution:** | as of 13Oct05 |
| **Title:** | Americanizing Shelley : motion picture. |
| **Notes:** | Security agreement. |
| **Party 1:** | Americanizing Shelley, LLC. |
| **Party 2:** | Directors Guild of America, Inc. |
| **Names:** | Americanizing Shelley, LLC. |
| | Directors Guild of America, Inc. |



Help  Search  History  Titles  Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page