# Exhibit 6



**The Library has opened access to the reading rooms by appointment only. More.**
**The Jefferson Building has reopened to visitors via timed, ticketed entry. More.**

Help | Search | History | Titles | Start Over

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = 1 a minute
Search Results: Displaying 1 of 2 entries

previous  next



*1 a Minute .*

| | |
|---:|:---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0001745252 / 2010-09-03 |
| **Application Title:** | 1 a Minute . |
| **Title:** | 1 a Minute . |
| **Description:** | Videodisc (DVD) |
| **Copyright Claimant:** | Namrata Singh Gujral-Cooper, 1968- d.b.a. UniGlobe Entertainment. Address: 3124 Jolley Dr., Burbank, CA, 91504, United States. |
| **Date of Creation:** | 2008 |
| **Date of Publication:** | 2008-10-06 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Namrata Singh Gujral-Cooper, 1968- d.b.a. UniGlobe Entertainment; Domicile: United States; Citizenship: United States. Authorship: Entire motion picture. |
| **Rights and Permissions:** | Joe Cooper, UniGlobe Entertainment, 3124 Jolley Dr., Burbank, CA, 91504, United States, (181) 855-9971 x1, team@uniglobeentertainment.com |
| **Copyright Note:** | C.O. correspondence. |
| **Names:** | Gujral-Cooper, Namrata Singh, 1968-<br>UniGlobe Entertainment |

previous  next



| **Save, Print and Email (Help Page)** |
|:---:|
| Select Download Format [Full Record ▾]  [Format for Print/Save] |
| Enter your email address: [          ]  [Email] |

Help | Search | History | Titles | Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page