# Exhibit 7



**The Library has opened access to the reading rooms by appointment only. More. The Jefferson Building has reopened to visitors via timed, ticketed entry. More.**



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = americanizing shelley
Search Results: Displaying 1 through 4 of 4 entries.



Resort results by: [ ▾ ]    Set Search Limits

| # | Title < | Full Title | Copyright Number | Date |
|---|---------|------------|------------------|------|
| ☐ [ 1 ] | Americanizing Shelley. | Americanizing Shelley. | V3578D279 | 2009 |
| ☐ [ 2 ] | Americanizing Shelley. | Americanizing Shelley. | PA0001200892 | 2003 |
| ☐ [ 3 ] | Americanizing Shelley : motion picture. | Americanizing Shelley : motion picture. | V3537D764 | 2006 |
| ☐ [ 4 ] | Americanizing Shelley soundtrack | Dancing in the clouds ; American girl ; American babe. | SR0000403736 | 2007 |

Resort results by: [ ▾ ]    Set Search Limits

Clear Selected   Retain Selected



**Save, Print and Email (Help Page)**

| Records | Select Format: Full Record ▾  Format for Print/Save |
|---------|------------------------------------------------------|
| ○ All on Page<br>◉ Selected On Page<br>○ Selected all Pages | Enter your email address: [_____]  Email |

Search for: [americanizing shelley]   Search by: [Title (omit initial article A, An, The, El, La, Das etc.) ▾]   Item type: [None ▾]

[25 records per page ▾]   Submit   Reset

Help | Search | History | Titles | Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page |
Library of Congress Home Page

Copyright
United States Copyright Office

The Library has opened access to the reading rooms by appointment only. More. The Jefferson Building has reopened to visitors via timed, ticketed entry. More.

Help | Search | History | Titles | Start Over

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = 5 weddings
Search Results: Displaying 1 through 2 of 2 entries.

previous next

Resort results by:

Set Search Limits

| # | Title < | Full Title | Copyright Number | Date |
|---|---|---|---|---|
| [ 1 ] | 5 Weddings. | 5 Weddings. | PAu003824737 | 2016 |
| [ 2 ] | 5 Weddings; motion picture. | 5 Weddings; motion picture. | V9943D159 | 2016 |

Resort results by:

Set Search Limits

Clear Selected Retain Selected
previous next

| Save, Print and Email (Help Page) | |
|---|---|
| Records | Select Format: Full Record Format for Print/Save |
| All on Page<br>Selected On Page<br>Selected all Pages | Enter your email address: Email |

Search for: 5 weddings Search by: Title (omit initial article A, An, The, El, La, Das etc.) Item type: None
25 records per page Submit Reset

Help Search History Titles Start Over

