# Exhibit 8



The Library has opened access to the reading rooms by appointment only. **More**.
The Jefferson Building has reopened to visitors via timed, ticketed entry. **More**.

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = 5 weddings
Search Results: Displaying 2 of 2 entries



**5 Weddings;**

| | |
|---:|:---|
| **Type of Work:** | Recorded Document |
| **Document Number:** | V9943D159 |
| **Date of Recordation:** | 2016-10-25 |
| **Entire Copyright Document:** | V9943 D159 P1-22 |
| **Date of Execution:** | as of 24Sep16 |
| **Date of Certification:** | 10/21/2016 |
| **Title:** | 5 Weddings; motion picture. |
| **Notes:** | Security agreement. |
| **Party 1:** | Uniglobe Entertainment, LLC |
| **Party 2:** | Screen Actors Guild-American Federation of Television and Radio Artists |
| **Names:** | Uniglobe Entertainment, LLC |
| | Screen Actors Guild-American Federation of Television and Radio Artists |



| **Save, Print and Email (Help Page)** |
|:---:|
| Select Download Format [Full Record ▼]   [Format for Print/Save] |
| Enter your email address: _____   [Email] |

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page