# Exhibit 9



The Library has opened access to the reading rooms by appointment only. **More**.
The Jefferson Building has reopened to visitors via timed, ticketed entry. **More**.



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Builder = (" 5 weddings ")[in Keyword Anywhere] OR (" AST Publishing ")[in Keyword Anywhere]
Search Results: Displaying 1 through 2 of 2 entries.



**Resort results by:** [ ▼ ]        **Set Search Limits**

| # | Full Title | Copyright Number | Date |
|---|---|---|---|
| ☐ [ 1 ] | 5 Weddings. | PAu003824737 | 2016 |
| ☐ [ 2 ] | 5 Weddings; motion picture. | V9943D159 | 2016 |

**Resort results by:** [ ▼ ]        **Set Search Limits**





| **Save, Print and Email (Help Page)** |||
|---|---|---|
| **Records** | Select Format: [Full Record ▼] [Format for Print/Save] ||
| ○ All on Page  ● Selected On Page  ○ Selected all Pages | Enter your email address: [_____] | [Email] |

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |  Copyright Office Home Page  |  Library of Congress Home Page