1
2
3
4
5
6

7                           UNITED STATES DISTRICT COURT

8                          NORTHERN DISTRICT OF CALIFORNIA

9                                SAN FRANCISCO DIVISION

10

| | |
|---|---|
| MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING LTD., individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>    Defendants.<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>    Counterclaimants,<br><br>  v.<br><br>PIRATE MONITOR LTD, PIRATE MONITOR LLC, and GÁBOR CSUPÓ,<br><br>    Counterclaim Defendants. | CASE NO.: 3:20-cv-04423-JD<br><br>**[PROPOSED] ORDER RE: DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>Hearing Date: March 10, 2022<br>Time: 10:00 am<br>Location: Courtroom 11, 19th Floor<br>Judge: Hon. James Donato |

[PROPOSED] ORDER

The Court, having reviewed Defendants YouTube, LLC and Google LLC's motion to dismiss Plaintiffs' First Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6), and for good cause shown, GRANTS the motion as follows:

1. **CAUSES OF ACTION I, II, III, and IV** are dismissed with prejudice as to any unidentified copyrighted works for failure to state a claim.

2. **CAUSES OF ACTION I, II, III, and IV** are dismissed for failure to allege at least representative infringements for each work.

3. **CAUSES OF ACTION I, II, III, and IV** are dismissed as to Uniglobe Entertainment, LLC's claims based on *Americanizing Shelley*, *1 a Minute*, and the Hindi-language translation of *5 Weddings*, and as to AST Publishing LTD.'s claims for failure to adequately allege ownership of copyrights.

4. **CAUSES OF ACTION I, II, III and IV** are dismissed as follows:

Plaintiff Schneider's claims as to the 75 works set forth at footnote 7 to the Amended Complaint for failure to allege pre-suit registration;

Uniglobe Entertainment, LLC's claims as to the motion picture copyrights for *Americanizing Shelley* and *5 Weddings* are dismissed for failure to allege pre-suit registration;

All Plaintiffs' claims as to unnamed works are dismissed for failure to allege pre-suit registration;

Uniglobe Entertainment, LLC's and AST Publishing LTD's claims for statutory damages and attorneys' fees for infringement of unregistered non-U.S. works, including Uniglobe's claims based on the Hindi-language version of *5 Weddings*, and AST Publishing LTD's claims based on *Selfmama: Life Hacks for a Working Mother*, *Nutty Buddha*, *My Children*, *Children's Book*, *The Life of Wonderful People and Animals: Short Stories About All Sorts of Different Things*, *Pelagia and the Red Rooster*, *Zuleikha Opens Her Eyes*, *History of the Russian State*, and *Spy Novel* are dismissed with prejudice for failure to allege pre-suit registration;

**CAUSE OF ACTION V** is dismissed as follows:

1  Maria Schneider's, Uniglobe Entertainment, LLC's, and AST Publishing LTD.'s claims
2 are dismissed for failure to adequately plead scienter.
3  IT IS SO ORDERED.

THE HONORABLE JAMES DONATO
United States District Court Judge