DAVID H. KRAMER, SBN168452
MAURA L. REES, SBN 191698
LAUREN GALLO WHITE, SBN 309075
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: dkramer@wsgr.com
       mrees@wsgr.com
       lwhite@wsgr.com

BRIAN M. WILLEN (admitted *Pro Hac Vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, NY 10019-6022
Telephone: (212) 999-5800
Facsimile: (212) 999-5801
Email: bwillen@wsgr.com

Attorneys for Defendants and Counterclaimants
YOUTUBE, LLC and GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING, LTD., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>Defendants.<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>Counterclaimants,<br><br>v.<br><br>PIRATE MONITOR LTD, PIRATE MONITOR LLC, and GÁBOR CSUPÓ,<br><br>Counterclaim Defendants. | CASE NO.: 3:20-cv-04423-JD<br><br>**DECLARATION OF MAURA L. REES IN SUPPORT OF DEFENDANTS AND COUNTERCLAIMANTS YOUTUBE, LLC AND GOOGLE LLC'S OPPOSITION TO MOTION TO SEVER**<br><br>Date Noticed: February 3, 2022<br>Time Noticed: 10:00 am<br>Courtroom: 11<br>Judge: Hon. James Donato |

I, Maura L. Rees, declare as follows:

1. I am an attorney at Wilson Sonsini Goodrich & Rosati, P.C., counsel to Defendants, am over the age of 18 and competent to make this declaration. I make each of the following statements based on my personal knowledge, and I could, if necessary, testify to the truth of each of them.

2. Pirate Monitor's requests for production of documents, which it served jointly with Plaintiff Maria Schneider, number in the hundreds, inclusive of subparts. The joint discovery requests encompass requests for "Documents sufficient to show . . . information Concerning each Person that sought but was not granted access to the Content ID System" (RFP No. 16), "All Documents Concerning determinations of access to the Content ID System" (RFP No. 17), and "All Documents Concerning Takedown Notices You have received Concerning videos posted to Your platform" (RFP No. 27). Even after Pirate Monitor dismissed its affirmative claims with prejudice, Pirate Monitor and Plaintiffs have twice served joint requests for production, first in May 2021, and again in September 2021, both styled as requests from Plaintiffs *and* Counterclaim Defendants. They have jointly demanded *inter alia*, documents that show "every part of the Content ID System's user experience" (RFP No. 79), standard and template communications between YouTube and Content ID participants (RFP No. 80), all documents concerning YouTube's accommodation or failure to accommodate any "Digital Fingerprinting Technology" other than Content ID (RFP No. 81), all documents concerning YouTube's Recommended Videos (RFP No. 102), and all documents concerning YouTube Search (RFP No. 103).

3. In a discovery letter from August 2021, Plaintiffs claimed that a particular request had a "dual relevance … both to the adequacy of Defendants' efforts to prevent copyright infringement which bears on the DMCA Safe Harbors defense and to Defendants' claimed damages sought through the Counterclaims."

4. In August 2021, the Court ordered the parties to jointly submit a proposed case schedule. Dkt. No. 92. At no point during the parties' discussions in response to the Court's order did Plaintiffs suggest that the counterclaims should be severed or proceed on a different schedule.

I declare under penalty of perjury under the law of the State of California and the United States that the foregoing is true and correct, and that this declaration is executed the 6th day of January, 2022 in Palo Alto, California.

/s/ *Maura L. Rees*
Maura L. Rees