| | |
|---|---|
| George A. Zelcs (*pro hac vice*)<br>  gzelcs@koreintillery.com<br>Randall P. Ewing, Jr. (*pro hac vice*)<br>  rewing@koreintillery.com<br>Ryan Z. Cortazar (pro hac vice)<br>  rcortazar@koreintillery.com<br>**KOREIN TILLERY, LLC**<br>205 North Michigan, Suite 1950<br>Chicago, IL 60601<br>Tel.: (312) 641-9750 / Fax: (312) 641-9751 | Joshua Irwin Schiller, CA Bar #330653<br>  jischiller@bsfllp.com<br>**BOIES SCHILLER FLEXNER LLP**<br>44 Montgomery St., 41st Floor<br>San Francisco, CA 94104<br>Tel.: (415) 293-6800 / Fax: (415) 293-6899 |
| Stephen M. Tillery (*pro hac vice*)<br>  stillery@koreintillery.com<br>Steven M. Berezney, CA Bar #329923<br>  sberezney@koreintillery.com<br>Carol O'Keefe (*pro hac vice*)<br>  cokeefe@koreintillery.com<br>**KOREIN TILLERY, LLC**<br>505 North 7th Street, Suite 3600<br>St. Louis, MO 63101<br>Tel.: (314) 241-4844 / Fax: (314) 241-3525 | Philip Korologos (*pro hac vice*)<br>  pkorologos@bsfllp.com<br>Joanna Wright (*pro hac vice*)<br>  jwright@bsfllp.com<br>Demetri Blaisdell *(pro hac vice pending)*<br>  dblaisdell@bsfllp.com<br>**BOIES SCHILLER FLEXNER LLP**<br>55 Hudson Yards, 20th Floor<br>New York, NY 10001<br>Tel.: (212) 446-2300 / Fax: (212) 446-2350 |

*Attorneys for Plaintiffs Maria Schneider, Uniglobe Entertainment, LLC, and AST Publishing Ltd.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING LTD., individually and on behalf of all others similarly situated;<br><br>Plaintiffs,<br><br>vs.<br><br>YOUTUBE, LLC; and GOOGLE LLC;<br><br>Defendants. | CASE NO. 3:20-cv-4423-JD<br><br>**DECLARATION OF DEMETRI BLAISDELL IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS** |

I, Demetri Blaisdell, declare:

1. I am an attorney at Boies Schiller Flexner LLP, co-counsel to Plaintiffs and putative class representatives. I make this declaration in opposition to Defendants' Motion to Dismiss filed on December 13, 2021 (Dkt. 103). I have personal knowledge of the facts stated herein and, if called as a witness, I could and would competently testify thereto.

2.       Attached hereto as **Exhibit A** is a true and correct copy of Plaintiff Maria Schneider's Supplemental Responses to Defendants' First Set of Interrogatories, dated December 9, 2020.

3.       Attached hereto as **Exhibit B** is a true and correct copy of Plaintiff Maria Schneider's First Amended Responses and Objections to Defendants' First and Second Set of Interrogatories, dated March 8, 2021.

4.       Attached hereto as **Exhibit C** is a true and correct copy of a letter from Maura L. Rees to Randall P. Ewing, dated December 17, 2021.

5.       Attached hereto as **Exhibit D** is a true and correct copy of a letter from Randall P. Ewing to Maura L. Rees, dated December 31, 2021.

6.       Attached hereto as **Exhibit E** is a true and correct copy of Plaintiff Maria Schneider's Objections and Responses to Defendants' First Set of Interrogatories, dated November 11, 2020.

7.       Attached hereto as **Exhibit F** is a true and correct copy of a letter from Eli B. Richlin to Demetri Blaisdell, dated August 20, 2021.

8.       Attached hereto as **Exhibit G** is a true and correct copy of the online copyright record from the U.S. Copyright Office's Official Public Catalog reflecting the registration of *5 Weddings*.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed this 10th day of January, 2022.

                                        /s/ Demetri Blaisdell_____
                                        Demetri Blaisdell

|   |   |
|---|---|
| 1 | ATTESTATION |
| 2 | My user ID and password are being used in the electronic filing of this document and, in |
| 3 | compliance with N.D. Cal. Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of the |
| 4 | document has been obtained from each of the other Signatories. |
| 5 | /s/ Philip Korologos |
| 6 | Philip Korologos |