# EXHIBIT E

George A. Zelcs *(pro hac vice)*
  gzelcs@koreintillery.com
Randall P. Ewing, Jr. *(pro hac vice)*
  rewing@koreintillery.com
Ryan Z. Cortazar *(pro hac vice)*
  rcortazar@koreintillery.com
**KOREIN TILLERY, LLC**
205 North Michigan, Suite 1950
Chicago, IL  60601
Telephone: (312) 641-9750
Facsimile: (312) 641-9751

Stephen M. Tillery *(pro hac vice)*
  stillery@koreintillery.com
Steven M. Berezney, CA Bar #329923
  sberezney@koreintillery.com
Michael E. Klenov, CA Bar #277028
  mklenov@koreintillery.com
Carol O'Keefe *(pro hac vice)*
  cokeefe@koreintillery.com
**KOREIN TILLERY, LLC**
505 North 7th Street, Suite 3600
St. Louis, MO  63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

Joshua Irwin Schiller, CA Bar #330653
  jischiller@bsfllp.com
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery St., 41st Floor
San Francisco, CA  94104
Telephone:  (415) 293-6800
Facsimile: (415) 293-6899

*Attorneys for Maria Schneider and
Pirate Monitor, LTD*

Philip C. Korologos *(pro hac vice)*
  pkorologos@bsfllp.com
Joanna C. Wright *(pro hac vice)*
  jwright@bsfllp.com
**BOIES SCHILLER FLEXNER LLP**
55 Hudson Yards, 20th Floor
New York, NY  10001
Telephone:  (212) 446-2300
Facsimile: (212) 446-2350

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| MARIA SCHNEIDER and PIRATE MONITOR LTD, individually and on behalf of all others similarly situated; <br><br> Plaintiffs, <br><br> vs. <br><br> YOUTUBE, LLC; GOOGLE LLC; and ALPHABET INC.; <br><br> Defendants. | CASE NO. 5:20-cv-4423 <br><br> **PLAINTIFF MARIA SCHNEIDER'S OBJECTIONS AND RESPONSES TO YOUTUBE AND GOOGLE'S FIRST SET OF INTERROGATORIES TO PLAINTIFF MARIA SCHNEIDER** |

MARIA SCHNEIDER'S OBJECTIONS & RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

1

CASE NO. 5:20-CV-4423

1    Pursuant to Federal Rules of Civil Procedure 26 and 33, Plaintiff Maria Schneider submits

2    the following responses and objections to Defendants YouTube, LLC ("YouTube") and Google LLC

3    ("Google") (collectively "Defendants") First Set of Interrogatories to Plaintiff Maria Schneider,

4    dated October 12, 2020 (the "Requests"), in the above-captioned action (the "Action").

5    By submitting these Responses, Maria Schneider does not intend to concede or waive any

6    arguments regarding the scope, relevance, and timing of any discovery in the Action.

7    Maria Schneider reserves the right to amend or revise these Responses, including based on

8    any responses or objections submitted by Defendants to any of Maria Schneider's discovery

9    requests. Maria Schneider also asserts that any discovery obligations should be mutual between

10   parties, so that if any of Maria Schneider's objections are overridden, Defendants should be subject

11   to the same scope of discovery, including definitions and instructions for discovery compliance.

12                                   **GENERAL OBJECTIONS**

13   1.    Maria Schneider objects to the Interrogatories to the extent they impose obligations

14   in addition to those imposed by the Federal Rules of Civil Procedure, the Local Rules of this Court,

15   any court governing discovery in this case, or any discovery protocol agreed upon by the parties.

16   2.    Maria Schneider objects to the Interrogatories, and to each Definition and specific

17   Request contained therein, insofar as they seek information not in Maria Schneider's possession,

18   custody, or control.  Maria Schneider further objects to the Requests to the extent they seek

19   documents and information that Maria Schneider does not have the practical ability to obtain or which

20   would be unreasonably burdensome to identify or to obtain.

21   3.    Maria Schneider objects to the extent the Interrogatories seek information or that is

22   already in Defendants' possession, is equally accessible to Defendants, or is readily accessible to

23   Defendants.

24   4.    Maria Schneider further objects to the Interrogatories to the extent that the burden of

25   deriving an answer from other sources of discovery will be substantially the same for Defendants as

26   it is for Maria Schneider.

27

28   MARIA SCHNEIDER'S OBJECTIONS &             2              CASE NO. 5:20-CV-4423
     RESPONSES TO DEFENDANTS'
     FIRST SET OF INTERROGATORIES

1    5.    Maria Schneider objects to the Interrogatories to the extent they seek information that

2 Defendants can obtain from sources that are more convenient, less burdensome, or less expensive.

3    6.    Maria Schneider objects to the Interrogatories to the extent they seek information

4 protected by the attorney/client privilege, the work-product doctrine, Rule 408 of the Federal Rules

5 of Evidence, any common interest privilege, joint defense agreement or any other applicable privilege.

6    7.    Maria Schneider further objects to the Interrogatories to the extent that they are vague

7 and ambiguous, overly broad, unduly burdensome, lacking in particularity or unreasonable, or

8 otherwise seek the discovery of information that is neither relevant to the claims or defenses of any

9 party to this action nor reasonably calculated to lead to the discovery of admissible evidence

10    8.    Maria Schneider objects to the Interrogatories to the extent they are propounded for

11 the improper purpose of annoying or harassing Maria Schneider.

12 Maria Schneider's responses are based solely on facts reasonably known to Maria Schneider at the

13 time of responding to these Interrogatories.

14 Maria Schneider reserves the right to supplement, amend, or otherwise modify these responses.

15                          **OBJECTIONS TO DEFINITIONS**

16    Maria Schneider objects to the definition of "Works In Suit" to the extent it requires

17 Schneider to assert that a copyright for a specific work has been infringed prior to discovery.

18 Schneider will identify all works for which she holds registered copyrights.

19                          **SPECIFIC OBJECTIONS AND RESPONSES**

20    Maria Schneider reserves the right to amend or revise her Specific Objections and Responses,

21 including after meeting and conferring with Defendants regarding any Request.

22 **INTERROGATORY NO. 1: Identify each Work In Suit by title, author, owner, date of creation**

23 **and United States copyright registration number, if applicable.**

24 Plaintiff Maria Schneider identifies the following Works In Suit:

25    • "Wyrgly," authored and owned by Maria Schneider, 1989, PAu001628584

26    • "Evanescence," authored and owned by Maria Schneider, 1991, PAu001628588

27

1   • "Gumba blue," authored and owned by Maria Schneider, 1984, PAu001275028

2   • "Some circles," authored and owned by Maria Schneider, 1992, PAu001628581

3   • "Green piece," authored and owned by Maria Schneider, 1987, PAu001628590

4   • "Gush," authored and owned by Maria Schneider, 1992, PAu001803810

5   • "My lament," authored and owned by Maria Schneider, 1990, PAu001734757

6   • "Dance, you monster, to my soft song," authored and owned by Maria Schneider, 1991,

7     PAu001628585

8   • "Last season," authored and owned by Maria Schneider, 1985, PAu001628586

9   • "El viento," authored and owned by Maria Schneider, 1994, PAu001952212

10  • "Scenes from childhood," authored and owned by Maria Schneider, 1995, PA0001213212

11  • "Waxwing," authored and owned by Maria Schneider, 1993, PAu001917961

12  • "Lately," authored and owned by Maria Schneider, 1988, PAu001275027

13  • "The willow," authored and owned by Maria Schneider, 1990, PAu001628587

14  • "Bird count," authored and owned by Maria Schneider,  1985, PAu001628589

15  • "Hang gliding," authored and owned by Maria Schneider, 1999, PA0001213206

16  • "Nocturne," authored and owned by Maria Schneider, 1999, PA0001213211

17  • "Allegresse," authored and owned by Maria Schneider, 1997, PA0001213207

18  • "Dissolution," authored and owned by Maria Schneider, 1998, PA0001213208

19  • "Journey home," authored and owned by Maria Schneider, 1999, PA0001213209

20  • "Sea of Tranquility," authored and owned by Maria Schneider, 1999, PA0001213210

21  • "Concert in the garden," authored and owned by Maria Schneider, 2004, SR0000356519

22  • "Three romances," authored and owned by Maria Schneider, 2001, PAu002834604

23  • "Buleria , solea y rumba," authored and owned by Maria Schneider, 2004, PA0001234652

24  • "Divided by two," authored and owned by Maria Schneider, 1994, PAu001856405

25  • "Now and then," authored and owned by Maria Schneider, 1984, PAu001628583

26  • "In a pinch," authored and owned by Maria Schneider, 1990, PAu001628582

27

1  • "This 'n that," authored and owned by Maria Schneider, 1991, PAu001561822

2  • "Coot stew," authored and owned by Maria Schneider, 1990, PAu001561821

3  • "Swing street," authored and owned by Maria Schneider, 1990, PAu001561820

4  • "Baytrail shuffle," authored and owned by Maria Schneider, 1985, PAu001561819

5  • "City sunrise," authored and owned by Maria Schneider, 1991, PAu001561818

6  • "Samba solstice," authored and owned by Maria Schneider, 1985, PAu001058776

7  • "One for Tad," authored and owned by Maria Schneider, 1984, PAu001058775

8  • "Espino," authored and owned by Maria Schneider, 1985, PAu001058774

9  • "The grail," authored and owned by Maria Schneider, 1993, PAu001858957

10  • "Free fall," authored and owned by Maria Schneider, 1993, PAu001858918

11  • "Smooth talk," authored and owned by Maria Schneider, 1984, PA0000470172

12  • "Prairie dance," authored and owned by Maria Schneider, 1989, PA0000470171

13  • "Anthem," authored and owned by Maria Schneider, 1999, PAu002791175

14  • "Finding flight," authored and owned by Maria Schneider, 1997, PAu002791174

15  • "Evelyn," authored and owned by Maria Schneider, 2002, PAu002791173

16  • "Tranquilidade," authored and owned by Maria Schneider, 1997, PAu002791171

17  • "Recapitulation," authored and owned by Maria Schneider, 1996, PAu002169603

18  • "Returning," authored and owned by Maria Schneider, 1997, PAu002169602

19  • "Tork's café," authored and owned by Maria Schneider, 1996, PAu002169601

20  • "Alchemy," authored and owned by Maria Schneider, 1993, PAu001859397

21  • "The blasphemy," authored and owned by Maria Schneider, 1993, PAu001858967

22  • "SUE (OR IN A SEASON OF CRIME)," authored by David Bowie and Maria Schneider,

23   owned by MSF Music, Jones/Tintoretto Entertainment Co. LLC, and Sherlock Holmes Music

24   LTD., 2014, PA0002050446

25  • VIKINGS ANTHEM, Maria Schneider, Maria Schneider, 2018, SRu001327179

26

27

1    **INTERROGATORY NO. 2: For each Work In Suit, identify every URL (uniform resource**

2    **locator) within the YouTube service at which You contend content infringing the copyright for**

3    **the Work in Suit has appeared.**

4        Maria Schneider objects to Interrogatory No. 2 to the extent it requires Schneider to identify

5    specific acts of infringement prior to the completion of discovery. The records that would enable

6    Schneider to identify all specific acts of infringement are exclusively in the possession and control of

7    YouTube and Google, including a database of videos and tools to identify acts of infringement,

8    including, but not necessarily limited to, Content ID, or are more convenient, less burdensome, or

9    less expensive for Defendants to obtain than for Schneider to obtain. Schneider further objects to

10    this Interrogatory because it would be unduly burdensome for Schneider to identify all acts of

11    infringement prior to other discovery.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MARIA SCHNEIDER'S OBJECTIONS            6             CASE NO. 5:20-CV-4423
RESPONSES TO DEFENDANTS'
FIRST SET OF INTERROGATORIES

**VERIFICATION**

Maria Schneider has read the foregoing responses to Plaintiff's Interrogatories, and the answers contained therein are true to the best of her knowledge, information, and belief.

Signed: *Maria Schneider*

Dated: 11/11/20

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1   Dated: November 11, 2020                    Respectfully submitted,

2
                                                /s/ Steven M. Berezney
3                                               George A. Zelcs *(pro hac vice)*
                                                Randall P. Ewing, Jr. *(pro hac vice)*
4                                               Ryan Z. Cortazar *(pro hac vice)*
                                                **KOREIN TILLERY, LLC**
5                                               205 North Michigan, Suite 1950
                                                Chicago, IL  60601
6                                               Telephone: (312) 641-9750
                                                Facsimile: (312) 641-9751
7

8                                               Stephen M. Tillery (*pro hac vice*)
                                                Steven M. Berezney, CA Bar #329923
9                                               Michael E. Klenov, CA Bar #277028
                                                Carol O'Keefe *(pro hac vice)*
10                                              **KOREIN TILLERY, LLC**
                                                505 North 7th Street, Suite 3600
11                                              St. Louis, MO  63101
                                                Telephone: (314) 241-4844
12                                              Facsimile: (314) 241-3525

13
                                                Joshua Irwin Schiller, CA Bar #330653
14                                              **BOIES SCHILLER FLEXNER LLP**
                                                44 Montgomery St., 41st Floor
15                                              San Francisco, CA  94104
                                                Phone: (415) 293-6800
16                                              Fax: (415) 293-6899

17
                                                Philip C. Korologos *(pro hac vice)*
18                                              Joanna C. Wright *(pro hac vice)*
                                                **BOIES SCHILLER FLEXNER LLP**
19                                              55 Hudson Yards, 20th Floor
                                                New York, NY  10001
20                                              Phone: (212) 446-2300
                                                Fax: (212) 446-2350
21

22                                              *Attorneys for Maria Schneider and*
                                                *Pirate Monitor LTD*
23

24

25

26

27
    MARIA SCHNEIDER'S OBJECTIONS &           8                    CASE NO. 5:20-CV-4423
28  RESPONSES TO DEFENDANTS'
    FIRST SET OF INTERROGATORIES

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on November 11, 2020, I caused the foregoing Plaintiff Maria Schneider's Objections and Responses to YOUTUBE and GOOGLE'S First Set of Interrogatories to Plaintiff Maria Schneider to be served on all opposing counsel of record by email at the addresses listed below:

Schneidervyoutube@wsgr.com

_/s/ Steven M. Berezney_____

MARIA SCHNEIDER'S OBJECTIONS &               9                CASE NO. 5:20-CV-4423
RESPONSES TO DEFENDANTS'
FIRST SET OF INTERROGATORIES