**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING LTD., individually and on behalf of all others similarly situated;<br><br>Plaintiffs,<br><br>vs.<br><br>YOUTUBE, LLC; and GOOGLE LLC;<br><br>Defendants. | CASE NO. 3:20-cv-4423-JD<br><br>**[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO DISMISS** |

The Court, having considered the motion of Defendants YouTube, LLC, and Google LLC to dismiss the First Amended Complaint, and having considered all papers filed in connection with this motion, hereby rules as follows:

Defendants' Motion to Dismiss is **DENIED**.

**IT IS SO ORDERED.**

Date: _____

**HONORABLE JAMES DONATO**

United States District Judge