George A. Zelcs (*pro hac vice*)
   gzelcs@koreintillery.com
Randall P. Ewing, Jr. (*pro hac vice*)
   rewing@koreintillery.com
Ryan Z. Cortazar (*pro hac vice*)
   rcortazar@koreintillery.com
**KOREIN TILLERY, LLC**
205 North Michigan, Suite 1950
Chicago, IL  60601
Telephone: (312) 641-9750
Facsimile: (312) 641-9751

Stephen M. Tillery (*pro hac vice*)
   stillery@koreintillery.com
Steven M. Berezney, CA Bar #329923
   sberezney@koreintillery.com
Michael E. Klenov, CA Bar #277028
   mklenov@koreintillery.com
Carol O'Keefe (*pro hac vice*)
   cokeefe@koreintillery.com
**KOREIN TILLERY, LLC**
505 North 7th Street, Suite 3600
St. Louis, MO  63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

Joshua Irwin Schiller, CA Bar #330653
   jischiller@bsfllp.com
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery St., 41st Floor
San Francisco, CA  94104
Telephone:  (415) 293-6800
Facsimile: (415) 293-6899

*Attorneys for AST Publishing Ltd.*

Philip C. Korologos (*pro hac vice*)
   pkorologos@bsfllp.com
Joanna C. Wright (*pro hac vice*)
   jwright@bsfllp.com
**BOIES SCHILLER FLEXNER LLP**
55 Hudson Yards, 20th Floor
New York, NY  10001
Telephone:  (212) 446-2300
Facsimile: (212) 446-2350

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING LTD., individually and on behalf of all others similarly situated;<br><br>                Plaintiffs,<br><br>        vs.<br><br>YOUTUBE, LLC; and GOOGLE LLC;<br><br>                Defendants. | CASE NO. 3:20-cv-4423<br><br>**AST PUBLISHING LTD.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

RULE 7.1 CORPORATE DISCLOSURE STATEMENT

1  Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff AST Publishing Ltd., by and
2  through the undersigned counsel, certifies that AST Publishing Ltd. is a privately held company
3  owned by M.R.K. Allliance S.A., Pasilo Investments Ltd., Promirex Corp., Pavel Grishkov,
4  Alexander Boguslavskiy, and Tatyana Gorskaya.

Dated: January 18, 2022

Respectfully submitted,

/s/ Randall P. Ewing, Jr.

George A. Zelcs *(pro hac vice)*
Randall P. Ewing, Jr. *(pro hac vice)*
Ryan Z. Cortazar *(pro hac vice)*
**KOREIN TILLERY, LLC**
205 North Michigan, Suite 1950
Chicago, IL  60601
Telephone: (312) 641-9750
Facsimile: (312) 641-9751

Stephen M. Tillery *(pro hac vice)*
Steven M. Berezney, CA Bar #329923
Michael E. Klenov, CA Bar #277028
Carol O'Keefe *(pro hac vice)*
**KOREIN TILLERY, LLC**
505 North 7th Street, Suite 3600
St. Louis, MO  63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

Joshua Irwin Schiller, CA Bar #330653
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery St., 41st Floor
San Francisco, CA  94104
Phone: (415) 293-6800
Fax: (415) 293-6899

Philip C. Korologos *(pro hac vice)*

**BOIES SCHILLER FLEXNER LLP**
55 Hudson Yards, 20th Floor
New York, NY 10001
Joanna Wright *(pro hac vice)*
Phone: (212) 446-2300
Fax: (212) 446-2350

*Attorneys for AST Publishing Ltd.*

RULE 7.1 CORPORATE DISCLOSURE STATEMENT