| | |
|---|---|
| DAVID H. KRAMER, SBN168452<br>MAURA L. REES, SBN 191698<br>LAUREN GALLO WHITE, SBN 309075<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone: (650) 493-9300<br>Facsimile: (650) 565-5100<br>Email: dkramer@wsgr.com<br>        mrees@wsgr.com<br>        lwhite@wsgr.com | BRIAN M. WILLEN (admitted *Pro Hac Vice*)<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>1301 Avenue of the Americas, 40th Floor<br>New York, NY 10019-6022<br>Telephone: (212) 999-5800<br>Facsimile: (212) 999-5801<br>Email: bwillen@wsgr.com |

Attorneys for Defendants and Counterclaimants
YOUTUBE, LLC and GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING, LTD., individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>        Defendants.<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>        Counterclaimants,<br><br>    v.<br><br>PIRATE MONITOR LTD, PIRATE MONITOR LLC, and GÁBOR CSUPÓ,<br><br>        Counterclaim Defendants. | CASE NO.: 3:20-cv-04423-JD<br><br>**DECLARATION OF PAUL N. HAROLD IN SUPPORT OF DEFENDANTS AND COUNTERCLAIMANTS YOUTUBE, LLC AND GOOGLE LLC'S REPLY IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>Hearing Date: March 10, 2022<br>Time: 10:00 am<br>Courtroom: 11<br>Judge: Hon. James Donato |

I, Paul N. Harold, declare as follows:

1. I am an attorney at Wilson Sonsini Goodrich & Rosati, P.C., counsel to Defendants, am over the age of 18 and competent to make this declaration. I make each of the following statements based on my personal knowledge, and I could, if necessary, testify to the truth of each of them.

2. On Friday, January 14, 2022, Plaintiffs served an amended preliminary list of infringements. At Defendants' request, Plaintiffs amended their initial list to include the names of works that allegedly appear at the listed URLs. A true and correct copy of that amended preliminary list of infringements is attached as Ex. 10.

3. Plaintiffs' list does not include any alleged infringements for 33 works named in the First Amended Complaint, including 1 A Minute, asserted by Uniglobe, and the following Schneider works: (1) A World Lost; (2) Braided Together; (3) CQ CQ, Is Anybody There?; (4) Data Lords; (5) Dissolution; (6) Divided by two; (7) Don't Be Evil; (8) Espino; (9) Evelyn; (10) Finding flight; (11) Free Fall; (12) Lembrança; (13) Look Up; (14) Nimbus; (15) Now and then; (16) One for Tad; (17) Prairie Dance; (18) Recapitulation; (19) Returning; (20) Samba Solstice; (21) Sanzenin; (22) Sputnik; (23) String Quartet No. 1; (24) Stone Song; (25) The blasphemy; (26) The Sun Waited for Me; (27) The willow; (28) This 'n That; (29) Tranquilidade; (30) Vikings Anthem; (31) Waxwing; (32) Willow Lake.

4. Plaintiffs' list also includes alleged infringements for two Schneider works not identified in the First Amended Complaint, *My Ideal* and *Waltz for Toots*. *Compare* Ex. 10 at 7, 10; Ex. 11 at 12, 18, *with* Dkt. 99 ¶ 60 n.7.

5. Also on Friday, January 14, 2022, Plaintiff Maria Schneider served Supplemental Objections and Responses to YouTube and Google's Second and Sixth Interrogatories. Schneider's response to Interrogatory No. 2 identifies "URLs for which Schneider presently contends that content infringing Schneider's Works in Suit has appeared." A true and correct copy of Schneider's supplemental response to Interrogatory No. 2 is attached as Ex. 11.

I declare under penalty of perjury under the law of the State of California and the United States that the foregoing is true and correct, and that this declaration is executed the 24th day of January, 2022 in Washington, District of Columbia.

/s/ *Paul N. Harold*
Paul N. Harold

**ATTORNEY ATTESTATION**

I, David H. Kramer, am the ECF User whose ID and password are being used to file this document. In compliance with N.D. Cal. Civil L.R. 5-1(i)(3), I hereby attest that the concurrence in the filing of this document has been obtained from the signatory.

/s/ *David H. Kramer*
David H. Kramer