# Exhibit 10

ATTACHMENT A

AST Publishing Ltd.

| | | |
|---|---|---|
| 1. | https://www.youtube.com/watch?v=F8JnyUM3rTA | My Children |
| 2. | https://www.youtube.com/watch?v=Dkk3im7Adug | Zuleikha Opens Her Eyes |
| 3. | https://www.youtube.com/watch?v=LCeJiHSPNtI | My Children |
| 4. | https://www.youtube.com/watch?v=o878yndaHqY | Zuleikha Opens Her Eyes |
| 5. | https://www.youtube.com/watch?v=EtpGEiQfZwU | Zuleikha Opens Her Eyes |
| 6. | https://www.youtube.com/watch?v=1_P6wB-l1S8 | Zuleikha Opens Her Eyes |
| 7. | https://www.youtube.com/watch?v=BLmihMyUFig | History of the Russian State |
| 8. | https://www.youtube.com/watch?v=CVTbPBUNNbY | Zuleikha Opens Her Eyes |
| 9. | https://www.youtube.com/watch?v=f2Ren3Rvm2k | Zuleikha Opens Her Eyes |
| 10. | https://www.youtube.com/watch?v=fICXqknsmLw | My Children |
| 11. | https://www.youtube.com/watch?v=FyQsS7DOPio | History of the Russian State |
| 12. | https://www.youtube.com/watch?v=G2ohmx4-fn8 | My Children |
| 13. | https://www.youtube.com/watch?v=j0Iz81gckOA | Zuleikha Opens Her Eyes |
| 14. | https://www.youtube.com/watch?v=JdJtCl43NIw | My Children |
| 15. | https://www.youtube.com/watch?v=nIWBd1aWkO8 | My Children |
| 16. | https://www.youtube.com/watch?v=pXOhkAvCz3w | My Children |
| 17. | https://www.youtube.com/watch?v=Qz1TS_N_D0E | My Children |
| 18. | https://www.youtube.com/watch?v=RRb2KSZoxp0 | My Children |
| 19. | https://www.youtube.com/watch?v=vjN5pmpBblg | My Children |
| 20. | https://www.youtube.com/watch?v=ZbIuMr3n8oM | Nutty Buddha |
| 21. | https://www.youtube.com/watch?v=2XJl1AP_vg8 | Pelagia and the Red Rooster |
| 22. | https://www.youtube.com/watch?v=7LFHLHjyt4w | Pelagia and the Red Rooster |
| 23. | https://www.youtube.com/watch?v=hjl3Wd_nslg | Spy Novel |
| 24. | https://www.youtube.com/watch?v=iOQzgWY8ye4 | The Life of Wonderful People and Animals: Short Stories About All Sorts of Different Things |
| 25. | https://www.youtube.com/watch?v=TMJcIsphe9U | Pelagia and the Red Rooster |
| 26. | https://www.youtube.com/watch?v=uC8HMU40sjg | Children's Book |
| 27. | https://www.youtube.com/watch?v=x7Rb2H3Ow8w | Pelagia and the Red Rooster |
| 28. | https://www.youtube.com/watch?v=msJslyYoqIc | Zuleikha Opens Her Eyes |
| 29. | https://www.youtube.com/watch?v=OeCBn65F0LM | Zuleikha Opens Her Eyes |
| 30. | https://www.youtube.com/watch?v=FubxlOZE59s | History of the Russian State |
| 31. | https://www.youtube.com/watch?v=LAE9A2mEgjQ | History of the Russian State |
| 32. | https://www.youtube.com/watch?v=NzJ1hnFbWV8 | History of the Russian State |
| 33. | https://www.youtube.com/watch?v=T-rm0HawLU4 | History of the Russian State |

| | | |
|---|---|---|
| 34. | https://www.youtube.com/watch?v=eYz5lG2fwD8 | History of the Russian State |
| 35. | https://www.youtube.com/watch?v=0s2YAGC9QfE | History of the Russian State |
| 36. | https://www.youtube.com/watch?v=6sXPe9H9B6Q | History of the Russian State |
| 37. | https://www.youtube.com/watch?v=o-2VuEzq3mE | History of the Russian State |
| 38. | https://www.youtube.com/watch?v=5GhwQLkWeEk | Nutty Buddha |
| 39. | https://www.youtube.com/watch?v=B-ofBbFd1dA | Nutty Buddha |
| 40. | https://www.youtube.com/watch?v=_dLfMtSQaOA | Nutty Buddha |
| 41. | https://www.youtube.com/watch?v=7niKMT8Ebzo | Nutty Buddha |
| 42. | https://www.youtube.com/watch?v=PVR_Vh183YQ | Nutty Buddha |
| 43. | https://www.youtube.com/watch?v=31RE4aCalqk | #Selfmama. Life Hacks For a Working Mom |
| 44. | https://www.youtube.com/watch?v=NVrwV0lv-Ao | #Selfmama. Life Hacks For a Working Mom |
| 45. | https://www.youtube.com/watch?v=dVJBnoMsaFU | #Selfmama. Life Hacks For a Working Mom |
| 46. | https://www.youtube.com/watch?v=Rsy_Nt_RIA4 | #Selfmama. Life Hacks For a Working Mom |
| 47. | https://www.youtube.com/watch?v=ij-Sig0gLvM | #Selfmama. Life Hacks For a Working Mom |
| 48. | https://www.youtube.com/watch?v=zqUY-1EPoHQ | #Selfmama. Life Hacks For a Working Mom |
| 49. | https://www.youtube.com/watch?v=lskMLDPaSW8 | Nutty Buddha |
| 50. | https://www.youtube.com/watch?v=1msrqAnySo0 | Nutty Buddha |
| 51. | https://www.youtube.com/watch?v=LoE42FIyj_k | Nutty Buddha |
| 52. | https://www.youtube.com/watch?v=b64kzcWDyMQ | Nutty Buddha |
| 53. | https://www.youtube.com/watch?v=XADInsjCzoA | Nutty Buddha |
| 54. | https://www.youtube.com/watch?v=XZi7xGavCQM | Nutty Buddha |
| 55. | https://www.youtube.com/watch?v=2p0XwoMhD8w | Nutty Buddha |
| 56. | https://www.youtube.com/watch?v=qTY7kZ8IJr8 | Nutty Buddha |
| 57. | https://www.youtube.com/watch?v=33XpsthqLh4 | Zuleikha Opens Her Eyes |
| 58. | https://www.youtube.com/watch?v=35smRhWalRw | Zuleikha Opens Her Eyes |
| 59. | https://www.youtube.com/watch?v=6lobmEWKguY | Zuleikha Opens Her Eyes |
| 60. | https://www.youtube.com/watch?v=d8Kz7XgcnCE | Zuleikha Opens Her Eyes |
| 61. | https://www.youtube.com/watch?v=gkYeLPuyGDo | Zuleikha Opens Her Eyes |
| 62. | https://www.youtube.com/watch?v=GoKF13r7qmE | Zuleikha Opens Her Eyes |
| 63. | https://www.youtube.com/watch?v=kao2UyhpoFM | Zuleikha Opens Her Eyes |
| 64. | https://www.youtube.com/watch?v=KdJKA9fgypo | Zuleikha Opens Her Eyes |
| 65. | https://www.youtube.com/watch?v=KU6DnOzl-Wg | Zuleikha Opens Her Eyes |
| 66. | https://www.youtube.com/watch?v=KWxEjYfxoAM | Zuleikha Opens Her Eyes |
| 67. | https://www.youtube.com/watch?v=mFLyGEC-ngs | Zuleikha Opens Her Eyes |
| 68. | https://www.youtube.com/watch?v=pq_Hqvo4Axo | Zuleikha Opens Her Eyes |
| 69. | https://www.youtube.com/watch?v=rC601GLgrz8 | Zuleikha Opens Her Eyes |
| 70. | https://www.youtube.com/watch?v=SJMcZCMqVHk | Zuleikha Opens Her Eyes |

| | | |
|---|---|---|
| 71. | https://www.youtube.com/watch?v=TqEjXl073e8 | Zuleikha Opens Her Eyes |
| 72. | https://www.youtube.com/watch?v=tvLepq93Ark | Zuleikha Opens Her Eyes |
| 73. | https://www.youtube.com/watch?v=Wm69143Kbks | Zuleikha Opens Her Eyes |
| 74. | https://www.youtube.com/watch?v=XXH7Q8WC5mI | Zuleikha Opens Her Eyes |
| 75. | https://www.youtube.com/watch?v=sIAqpHuMGC8 | History of the Russian State |
| 76. | https://www.youtube.com/watch?v=bL28DPwwRMw | History of the Russian State |
| 77. | https://www.youtube.com/watch?v=UyqFMGjejp8 | History of the Russian State |
| 78. | https://www.youtube.com/watch?v=xnq-0HWxOGg | History of the Russian State |
| 79. | https://www.youtube.com/watch?v=gDKB4WxsZRA | History of the Russian State |
| 80. | https://www.youtube.com/watch?v=vd5i2vGhnT8 | History of the Russian State |
| 81. | https://www.youtube.com/watch?v=DQMpI47Ghaw | History of the Russian State |
| 82. | https://www.youtube.com/watch?v=Nb4vt4vL8f0 | History of the Russian State |
| 83. | https://www.youtube.com/watch?v=E1kvzMGZkIw | History of the Russian State |
| 84. | https://www.youtube.com/watch?v=d5nyF8yIAsk | Children's Book |
| 85. | https://www.youtube.com/watch?v=Ds4NAqcB1cY | Children's Book |
| 86. | https://www.youtube.com/watch?v=_ZX78_3Ye44 | Children's Book |
| 87. | https://www.youtube.com/watch?v=TaCVz7wGwQY | History of the Russian State |
| 88. | https://www.youtube.com/watch?v=M1tNkX-4HMM | History of the Russian State |
| 89. | https://www.youtube.com/watch?v=QUB6h8S8GTw | My Children |
| 90. | https://www.youtube.com/watch?v=cbONp7eg1s0 | My Children |
| 91. | https://www.youtube.com/watch?v=t8ViX9BHntI | Nutty Buddha |
| 92. | https://www.youtube.com/watch?v=T4QgipiiMac | Nutty Buddha |
| 93. | https://www.youtube.com/watch?v=6CLQ5jNxask | Pelagia and the Red Rooster |
| 94. | https://www.youtube.com/watch?v=bKJ7-GCuq10 | Pelagia and the Red Rooster |
| 95. | https://www.youtube.com/watch?v=XCdu4m6rS0Y | Zuleikha Opens Her Eyes |
| 96. | https://www.youtube.com/watch?v=IbmXmZcMJa4 | Zuleikha Opens Her Eyes |
| 97. | https://www.youtube.com/watch?v=sXtnmw6N7AI | Zuleikha Opens Her Eyes |
| 98. | https://www.youtube.com/watch?v=nuTEfCbTamk | Zuleikha Opens Her Eyes |
| 99. | https://www.youtube.com/watch?v=L8TbuZZAEs4 | Zuleikha Opens Her Eyes |
| 100. | https://www.youtube.com/watch?v=KKkVxct5Vv0 | Zuleikha Opens Her Eyes |
| 101. | https://www.youtube.com/watch?v=Au7rAzGko-4 | Zuleikha Opens Her Eyes |
| 102. | https://www.youtube.com/watch?v=Q10PDhVM3FE | Zuleikha Opens Her Eyes |
| 103. | https://www.youtube.com/watch?v=lAiGZTrbFO8 | Zuleikha Opens Her Eyes |
| 104. | https://www.youtube.com/watch?v=TmKHoVN2Uqo | Zuleikha Opens Her Eyes |
| 105. | https://www.youtube.com/watch?v=YvJA7Vehyok | Zuleikha Opens Her Eyes |
| 106. | https://www.youtube.com/watch?v=o4fiwAVZyYk | Zuleikha Opens Her Eyes |

## Maria Schneider

| # | URL | Title |
|---|---|---|
| 1. | https://www.youtube.com/watch?v=jxg8bkMVs80 | A Potter's Song |
| 2. | https://www.youtube.com/watch?v=lMf9TEERK6I | A Potter's Song |
| 3. | https://www.youtube.com/watch?v=FSG_OyJFtMU | Alchemy |
| 4. | https://www.youtube.com/watch?v=0GijvVT8E44 | Allegresse, Scenes from Childhood – Bombshelter Beast, Scenes from Childhood - Coming About, Scenes from Childhood - Night Watchman, Sky Blue, Three Romances - Danca Ilusoria |
| 5. | https://www.youtube.com/watch?v=nQeQ85rtV9M | Allegresse |
| 6. | https://www.youtube.com/watch?v=UHXxuBs0WaA | Allegresse |
| 7. | https://www.youtube.com/watch?v=uj4a4Ux8zu4 | Allegresse |
| 8. | https://www.youtube.com/watch?v=wVD3i_Mz50Q | Allegresse |
| 9. | https://www.youtube.com/watch?v=-5a3Y8OWrqo | Anthem |
| 10. | https://www.youtube.com/watch?v=cH3X7gQ5zWs | Anthem |
| 11. | https://www.youtube.com/watch?v=sR-58-9Oxwg | Arbiters of Evolution |
| 12. | https://www.youtube.com/watch?v=CjoYXMyCt8U | Baytrail Shuffle |
| 13. | https://www.youtube.com/watch?v=-4yl6Ov8_F0 | Bird Count |
| 14. | https://www.youtube.com/watch?v=fODO9S9lglQ | Bird Count |
| 15. | https://www.youtube.com/watch?v=IKWevLYtAyk | Bird Count |
| 16. | https://www.youtube.com/watch?v=iSqAT5APmp4 | Bird Count |
| 17. | https://www.youtube.com/watch?v=IxFH6IVEvNQ | Bird Count |
| 18. | https://www.youtube.com/watch?v=JWDKANMITSs | Bird Count |
| 19. | https://www.youtube.com/watch?v=M7siWzTxA14 | Bird Count |
| 20. | https://www.youtube.com/watch?v=n7CnP_OvIMc | Bird Count |
| 21. | https://www.youtube.com/watch?v=q9IfSdwK370 | Bird Count |
| 22. | https://www.youtube.com/watch?v=RL5621vqvFo | Bird Count |
| 23. | https://www.youtube.com/watch?v=UMoWHeT4HMw | Bird Count |
| 24. | https://www.youtube.com/watch?v=VzfiwjiOYUw | Bird Count |
| 25. | https://www.youtube.com/watch?v=yLdk7XCx_70 | Bird Count |
| 26. | https://www.youtube.com/watch?v=YPqHpp5wxeQ | Bird Count |
| 27. | https://www.youtube.com/watch?v=_BDD2aBzsk8 | Buleria, Solea y Rumba |
| 28. | https://www.youtube.com/watch?v=iRGzg-ojYYg | Buleria, Solea y Rumba |
| 29. | https://www.youtube.com/watch?v=SAHrFipBeIk | Buleria, Solea y Rumba |
| 30. | https://www.youtube.com/watch?v=e9PupT0kZdM | Cerulean Skies |
| 31. | https://www.youtube.com/watch?v=GZii89KY_j4 | Cerulean Skies |
| 32. | https://www.youtube.com/watch?v=KCT92cxPINM | Cerulean Skies |
| 33. | https://www.youtube.com/watch?v=pkXY3453QwQ | Cerulean Skies |
| 34. | https://www.youtube.com/watch?v=WY-sorw_Vjo | Cerulean Skies |
| 35. | https://www.youtube.com/watch?v=9yb0F850Hpc | City Sunrise |

| | | |
|---|---|---|
| 36. | https://www.youtube.com/watch?v=YA_SZ1aduWc | City Sunrise |
| 37. | https://www.youtube.com/watch?v=zIcCXKKqP74 | City Sunrise |
| 38. | https://www.youtube.com/watch?v=0UgcuTp_6jI | Coot Stew |
| 39. | https://www.youtube.com/watch?v=8zev6y1HAmI | Coot Stew |
| 40. | https://www.youtube.com/watch?v=jwzEtZ-sAi8 | Coot Stew |
| 41. | https://www.youtube.com/watch?v=YlCWsv4aLUw | Coot Stew |
| 42. | https://www.youtube.com/watch?v=_SGfAHecnD8 | Dance, You Monster, To My Soft Song |
| 43. | https://www.youtube.com/watch?v=030Lk1mx6Bg | Dance, You Monster, To My Soft Song |
| 44. | https://www.youtube.com/watch?v=3c8w1uHS16s | Dance, You Monster, To My Soft Song |
| 45. | https://www.youtube.com/watch?v=5frCejRhNgU | Dance, You Monster, To My Soft Song |
| 46. | https://www.youtube.com/watch?v=79fq5NLGlJU | Dance, You Monster, To My Soft Song |
| 47. | https://www.youtube.com/watch?v=8fMy9xHsTIA | Dance, You Monster, To My Soft Song |
| 48. | https://www.youtube.com/watch?v=8SZA1uXQkIg | Dance, You Monster, To My Soft Song |
| 49. | https://www.youtube.com/watch?v=aMrTrzB6g9o | Dance, You Monster, To My Soft Song |
| 50. | https://www.youtube.com/watch?v=aWfIyLG-o2c | Dance, You Monster, To My Soft Song |
| 51. | https://www.youtube.com/watch?v=CsFd-3Ug-70 | Dance, You Monster, To My Soft Song |
| 52. | https://www.youtube.com/watch?v=dTBSLAorDR4 | Dance, You Monster, To My Soft Song |
| 53. | https://www.youtube.com/watch?v=gvGoetSAdvM | Dance, You Monster, To My Soft Song |
| 54. | https://www.youtube.com/watch?v=h8MSExWnPKE | Dance, You Monster, To My Soft Song |
| 55. | https://www.youtube.com/watch?v=IHn5If05-0s | Dance, You Monster, To My Soft Song |
| 56. | https://www.youtube.com/watch?v=iLUjozjowyA | Dance, You Monster, To My Soft Song |
| 57. | https://www.youtube.com/watch?v=lJBj95Yj5MM | Dance, You Monster, To My Soft Song |
| 58. | https://www.youtube.com/watch?v=nbp43Xm7H1U | Dance, You Monster, To My Soft Song |
| 59. | https://www.youtube.com/watch?v=ORzMQkYho-o | Dance, You Monster, To My Soft Song |
| 60. | https://www.youtube.com/watch?v=S1Kj4AZAamw | Dance, You Monster, To My Soft Song |
| 61. | https://www.youtube.com/watch?v=TLM5LJH6og0 | Dance, You Monster, To My Soft Song |
| 62. | https://www.youtube.com/watch?v=v8ewhUYPnTM | Dance, You Monster, To My Soft Song |
| 63. | https://www.youtube.com/watch?v=WkPfTjucN9Q | Dance, You Monster, To My Soft Song |
| 64. | https://www.youtube.com/watch?v=aqmDcOAUbfM | El Viento |
| 65. | https://www.youtube.com/watch?v=6H1EI2ivOQY | Evanescence, Hang Gliding, Journey Home,  Three Romances - Choro Dancado |
| 66. | https://www.youtube.com/watch?v=mYC8eqZl4pY | Evanescence |
| 67. | https://www.youtube.com/watch?v=NIrGXnXPNH0 | Evanescence |
| 68. | https://www.youtube.com/watch?v=s34Oj_za7ZU | Evanescence |
| 69. | https://www.youtube.com/watch?v=YkF5s-AtQf0 | Evanescence |
| 70. | https://www.youtube.com/watch?v=7H1Yddt2gbU | Green Piece |
| 71. | https://www.youtube.com/watch?v=AjmbD0f7YLU | Green Piece |
| 72. | https://www.youtube.com/watch?v=GmCPHZiqZ_4 | Green Piece |
| 73. | https://www.youtube.com/watch?v=gv_kLThZUOc | Green Piece |
| 74. | https://www.youtube.com/watch?v=i8KHucjr4K0 | Green Piece |
| 75. | https://www.youtube.com/watch?v=mUdwiI1Z9Lc | Green Piece |

5

| | | |
|---|---|---|
| 76. | https://www.youtube.com/watch?v=o51Yk6n6aIw | Green Piece |
| 77. | https://www.youtube.com/watch?v=pJToOM-kkH0 | Green Piece |
| 78. | https://www.youtube.com/watch?v=sECNlywWBSg | Green Piece, Last Season |
| 79. | https://www.youtube.com/watch?v=Y-fZtwJHG-4 | Green Piece |
| 80. | https://www.youtube.com/watch?v=yWBRIu0mxPk | Green Piece |
| 81. | https://www.youtube.com/watch?v=_ayLOO4wZuM | Gumba Blue |
| 82. | https://www.youtube.com/watch?v=0MlnqV-_phA | Gumba Blue |
| 83. | https://www.youtube.com/watch?v=4icLu3ocQGs | Gumba Blue |
| 84. | https://www.youtube.com/watch?v=5J9WIsiePXs | Gumba Blue |
| 85. | https://www.youtube.com/watch?v=bj34mMJKXNE | Gumba Blue |
| 86. | https://www.youtube.com/watch?v=fpmbjtKJO_o | Gumba Blue |
| 87. | https://www.youtube.com/watch?v=h53bJkTiEAk | Gumba Blue |
| 88. | https://www.youtube.com/watch?v=hObvnnYGdPE | Gumba Blue |
| 89. | https://www.youtube.com/watch?v=VEHnMxYIU4Y | Gumba Blue |
| 90. | https://www.youtube.com/watch?v=YB72IE_6Hvs | Gumba Blue |
| 91. | https://www.youtube.com/watch?v=i8qDiJpnYLk | Gush |
| 92. | https://www.youtube.com/watch?v=rj6eOPIb_tE | Gush |
| 93. | https://www.youtube.com/watch?v=1HOXysb3Qis | Hang Gliding |
| 94. | https://www.youtube.com/watch?v=2jKJNdGJpOA | Hang Gliding |
| 95. | https://www.youtube.com/watch?v=7ZWuOSwb-mg | Hang Gliding |
| 96. | https://www.youtube.com/watch?v=8PSMTRdQMg4 | Hang Gliding |
| 97. | https://www.youtube.com/watch?v=aMwhevPdpoM | Hang Gliding |
| 98. | https://www.youtube.com/watch?v=BRv4M84WFCo | Hang Gliding |
| 99. | https://www.youtube.com/watch?v=d38FWexVIHk | Hang Gliding |
| 100. | https://www.youtube.com/watch?v=dhxeIKZqskg | Hang Gliding |
| 101. | https://www.youtube.com/watch?v=dxv5uH1i1A4 | Hang Gliding |
| 102. | https://www.youtube.com/watch?v=FjV1k4f4UzM | Hang Gliding |
| 103. | https://www.youtube.com/watch?v=HrJjJukZoRU | Hang Gliding |
| 104. | https://www.youtube.com/watch?v=iduI_77k25Y | Hang Gliding |
| 105. | https://www.youtube.com/watch?v=JNbjrkRcWfU | Hang Gliding |
| 106. | https://www.youtube.com/watch?v=N9S7OLW0Tzw | Hang Gliding |
| 107. | https://www.youtube.-com/watch?v=-NiutCd87HU | Hang Gliding |
| 108. | https://www.youtube.com/watch?v=njbsZ2sevIs | Hang Gliding |
| 109. | https://www.youtube.com/watch?v=NoKFS5MwUZQ | Hang Gliding |
| 110. | https://www.youtube.com/watch?v=qNtRvI8aeas | Hang Gliding |
| 111. | https://www.youtube.com/watch?v=t8paG3E0dsU | Hang Gliding |
| 112. | https://www.youtube.com/watch?v=TIUAdc1ksYM | Hang Gliding |
| 113. | https://www.youtube.com/watch?v=U_WTMCz-ejM | Hang Gliding |
| 114. | https://www.youtube.com/watch?v=VcmuaXJfBuM | Hang Gliding |
| 115. | https://www.youtube.com/watch?v=XiPyoyGEclY | Hang Gliding |
| 116. | https://www.youtube.com/watch?v=ZXlaXbI0Eqg | Hang Gliding |

| | | |
|---|---|---|
| 117. | https://www.youtube.com/watch?v=iADcRHk9kr8 | Home |
| 118. | https://www.youtube.com/watch?v=U4O0cGrTGy0 | Home |
| 119. | https://www.youtube.com/watch?v=UDbfm95WcUk | In a Pinch |
| 120. | https://www.youtube.com/watch?v=CiHIu-6hyXc | Journey Home |
| 121. | https://www.youtube.com/watch?v=J84Rqbebgv8 | Journey Home |
| 122. | https://www.youtube.com/watch?v=JWMQo8Qx8a8 | Journey Home |
| 123. | https://www.youtube.com/watch?v=lPkpTRqJRVQ | Journey Home |
| 124. | https://www.youtube.com/watch?v=NaM-9uAmxIY | Journey Home |
| 125. | https://www.youtube.com/watch?v=7re5xbgoDgU | Last Season |
| 126. | https://www.youtube.com/watch?v=9k3f38sWzUI | Last Season |
| 127. | https://www.youtube.com/watch?v=iaVlsqSPF-o | Last Season |
| 128. | https://www.youtube.com/watch?v=Kxf9FCn0jUU | Last Season |
| 129. | https://www.youtube.com/watch?v=N9gyv6Wr-ls | Last Season |
| 130. | https://www.youtube.com/watch?v=QfhzwrFrZ5M | Last Season |
| 131. | https://www.youtube.com/watch?v=SVqj0QJqSFA | Last Season |
| 132. | https://www.youtube.com/watch?v=uapafgmFBvg | Last Season |
| 133. | https://www.youtube.com/watch?v=CeZE2e1_qHg | Lately |
| 134. | https://www.youtube.com/watch?v=qlhJWE0Okgs | My Ideal |
| 135. | https://www.youtube.com/watch?v=xU3h-zYCLkU | My Ideal |
| 136. | https://www.youtube.com/watch?v=2VgVIqCVVgQ | My Lament |
| 137. | https://www.youtube.com/watch?v=f_8PFUposOU | My Lament |
| 138. | https://www.youtube.com/watch?v=FYT6NSZRz0Q | My Lament |
| 139. | https://www.youtube.com/watch?v=g1d73vwTWcc | My Lament |
| 140. | https://www.youtube.com/watch?v=GV_AyY72oPs | My Lament |
| 141. | https://www.youtube.com/watch?v=iUi0gxQL1C0 | My Lament |
| 142. | https://www.youtube.com/watch?v=k09S8ZdeuCg | My Lament |
| 143. | https://www.youtube.com/watch?v=MfPoPwyfnd4 | My Lament |
| 144. | https://www.youtube.com/watch?v=qulI3eEjrgo | My Lament |
| 145. | https://www.youtube.com/watch?v=s486ogPgw8w | My Lament |
| 146. | https://www.youtube.com/watch?v=TDLniVjIdJ8 | My Lament |
| 147. | https://www.youtube.com/watch?v=WGOgXhqUOv0 | Prairie Dance |
| 148. | https://www.youtube.com/watch?v=0h32JZX-6mM | Rich's Piece |
| 149. | https://www.youtube.com/watch?v=zXs2is9L_vU | Rich's Piece |
| 150. | https://www.youtube.com/watch?v=33vXhTXfNEs | Scenes from Childhood - Bombshelter Beast |
| 151. | https://www.youtube.com/watch?v=AFKVhjfB1B0 | Scenes from Childhood - Bombshelter Beast |
| 152. | https://www.youtube.com/watch?v=TCryn53_DKI | Scenes from Childhood - Bombshelter Beast |
| 153. | https://www.youtube.com/watch?v=gxabL31wWCw | Scenes from Childhood - Coming About |
| 154. | https://www.youtube.com/watch?v=J5PoSikRfS0 | Scenes from Childhood - Coming About |
| 155. | https://www.youtube.com/watch?v=XrKR5T8MPQQ | Scenes from Childhood - Coming About |

| | | |
|---|---|---|
| 156. | https://www.youtube.com/watch?v=ZfNjWC-J9dQ | Scenes from Childhood - Coming About |
| 157. | https://www.youtube.com/watch?v=DtGzhsHyXj8 | Scenes from Childhood – Night Watchman |
| 158. | https://www.youtube.com/watch?v=jUmxA2x8V_E | Scenes from Childhood - Night Watchman |
| 159. | https://www.youtube.com/watch?v=lbZxZlahStA | Scenes from Childhood - Night Watchman |
| 160. | https://www.youtube.com/watch?v=jhb_lJ3Spu4 | Sea of Tranquility |
| 161. | https://www.youtube.com/watch?v=3Ys_hXvxiuE | Sky Blue |
| 162. | https://www.youtube.com/watch?v=6_meisQfQRM | Sky Blue |
| 163. | https://www.youtube.com/watch?v=F_pBEtaI1c0 | Sky Blue |
| 164. | https://www.youtube.com/watch?v=FDeEkNhUpjo | Sky Blue |
| 165. | https://www.youtube.com/watch?v=KvWMDjp9Ybo | Sky Blue |
| 166. | https://www.youtube.com/watch?v=vsTiByu-ArU | Sky Blue |
| 167. | https://www.youtube.com/watch?v=XDF3BwZYu-4 | Sky Blue |
| 168. | https://www.youtube.com/watch?v=xwpz4wAnEwo | Sky Blue |
| 169. | https://www.youtube.com/watch?v=z0J0PKKBWGI | Sky Blue |
| 170. | https://www.youtube.com/watch?v=2_6R2_ym0lU | Smooth Talk |
| 171. | https://www.youtube.com/watch?v=2ghVGVAEkRk | Smooth Talk |
| 172. | https://www.youtube.com/watch?v=iBLAvt3l8ho | Smooth Talk |
| 173. | https://www.youtube.com/watch?v=mCcVbuqBK1Q | Smooth Talk |
| 174. | https://www.youtube.com/watch?v=quTyHp4xIvc | Smooth Talk |
| 175. | https://www.youtube.com/watch?v=t2-frNBx_zE | Smooth Talk |
| 176. | https://www.youtube.com/watch?v=t3acqkK1GBI | Smooth Talk |
| 177. | https://www.youtube.com/watch?v=TriQvMz-O8A | Smooth Talk |
| 178. | https://www.youtube.com/watch?v=XiMEiJihyFg | Some Circles |
| 179. | https://www.youtube.com/watch?v=_2oua7NKfGg | Sue (or In a Season of Crime) |
| 180. | https://www.youtube.com/watch?v=1VdoNmXLkAI | Sue (or In a Season of Crime) |
| 181. | https://www.youtube.com/watch?v=25Et0RP6gRo | Sue (or In a Season of Crime) |
| 182. | https://www.youtube.com/watch?v=2v9x2XfOgaM | Sue (or In a Season of Crime) |
| 183. | https://www.youtube.com/watch?v=4HrLqsZsP58 | Sue (or In a Season of Crime) |
| 184. | https://www.youtube.com/watch?v=4twPe-UVCHc | Sue (or In a Season of Crime) |
| 185. | https://www.youtube.com/watch?v=5fodh5Ta_28 | Sue (or In a Season of Crime) |
| 186. | https://www.youtube.com/watch?v=67_ah73gu5w | Sue (or In a Season of Crime) |
| 187. | https://www.youtube.com/watch?v=6uqz9NsI3xs | Sue (or In a Season of Crime) |
| 188. | https://www.youtube.com/watch?v=AP5SsoIyX9c | Sue (or In a Season of Crime) |
| 189. | https://www.youtube.com/watch?v=B6j678cirAY | Sue (or In a Season of Crime) |
| 190. | https://www.youtube.com/watch?v=Cb0GNvj5nyc | Sue (or In a Season of Crime) |
| 191. | https://www.youtube.com/watch?v=cISctWSdJas | Sue (or In a Season of Crime) |
| 192. | https://www.youtube.com/watch?v=D86p4q--QeI | Sue (or In a Season of Crime) |
| 193. | https://www.youtube.com/watch?v=fxirdWpMThw | Sue (or In a Season of Crime) |
| 194. | https://www.youtube.com/watch?v=GLASVeg6pIc | Sue (or In a Season of Crime) |

| | | |
|---|---|---|
| 195. | https://www.youtube.com/watch?v=HnLmJyk7Bx4 | Sue (or In a Season of Crime) |
| 196. | https://www.youtube.com/watch?v=hRTnFPqlHuk | Sue (or In a Season of Crime) |
| 197. | https://www.youtube.com/watch?v=IMa7Gr4Ld0o | Sue (or In a Season of Crime) |
| 198. | https://www.youtube.com/watch?v=jD-vgLXihXE | Sue (or In a Season of Crime) |
| 199. | https://www.youtube.com/watch?v=nUu_09qw1qc | Sue (or In a Season of Crime) |
| 200. | https://www.youtube.com/watch?v=p-AnkfK7RWw | Sue (or In a Season of Crime) |
| 201. | https://www.youtube.com/watch?v=qju2iRvyZXQ | Sue (or In a Season of Crime) |
| 202. | https://www.youtube.com/watch?v=SaygoLgAe4Y | Sue (or In a Season of Crime) |
| 203. | https://www.youtube.com/watch?v=uia54xZZSJY | Sue (or In a Season of Crime) |
| 204. | https://www.youtube.com/watch?v=VZxUYgbFzpA | Sue (or In a Season of Crime) |
| 205. | https://www.youtube.com/watch?v=woro0S6ROBw | Sue (or In a Season of Crime) |
| 206. | https://www.youtube.com/watch?v=y5kqSWyhsfw | Sue (or In a Season of Crime) |
| 207. | https://www.youtube.com/watch?v=QeuWiDIDEC8 | Swing Street |
| 208. | https://www.youtube.com/watch?v=pptZGOshusY | The Grail |
| 209. | https://www.youtube.com/watch?v=N_6g6aR9JiQ | The Monarch and the Milkweed |
| 210. | https://www.youtube.com/watch?v=2GcpEgKR7pk | The Pretty Road |
| 211. | https://www.youtube.com/watch?v=38cSEMHyIWM | The Pretty Road |
| 212. | https://www.youtube.com/watch?v=4Buslj1AsNg | The Pretty Road |
| 213. | https://www.youtube.com/watch?v=55-Mnur8hcQ | The Pretty Road |
| 214. | https://www.youtube.com/watch?v=9tKujw5RmIo | The Pretty Road |
| 215. | https://www.youtube.com/watch?v=i5KJqXZzTuQ | The Pretty Road |
| 216. | https://www.youtube.com/watch?v=o7is3iGyF8Q | The Pretty Road |
| 217. | https://www.youtube.com/watch?v=tDqHVuO7r_U | The Pretty Road |
| 218. | https://www.youtube.com/watch?v=unu5RGsToeI | The Pretty Road |
| 219. | https://www.youtube.com/watch?v=WTTY5d9yi3U | The Pretty Road |
| 220. | https://www.youtube.com/watch?v=XZnXIqso7fU | The Pretty Road |
| 221. | https://www.youtube.com/watch?v=zPuwf3rGuVM | The Pretty Road |
| 222. | https://www.youtube.com/watch?v=38BhcPm0Kj4 | The Thompson Fields |
| 223. | https://www.youtube.com/watch?v=O77kEGL_5Ag | The Thompson Fields |
| 224. | https://www.youtube.com/watch?v=rG3Jvg0T-6I | The Thompson Fields |
| 225. | https://www.youtube.com/watch?v=TjOJhSziHYU | The Thompson Fields |
| 226. | https://www.youtube.com/watch?v=WLePiLr63do | The Thompson Fields |
| 227. | https://www.youtube.com/watch?v=4jQEbX0PJ0E | Three Romances - Choro Dancado |
| 228. | https://www.youtube.com/watch?v=4tzCZ5jHMtA | Three Romances - Choro Dancado |
| 229. | https://www.youtube.com/watch?v=5z3qs6qNAg4 | Three Romances - Choro Dancado |
| 230. | https://www.youtube.com/watch?v=BBPiMzlGxRU | Three Romances - Choro Dancado |
| 231. | https://www.youtube.com/watch?v=bWzNqEHLww8 | Three Romances - Choro Dancado |
| 232. | https://www.youtube.com/watch?v=gOi2s3gX584 | Three Romances - Choro Dancado |
| 233. | https://www.youtube.com/watch?v=Hxe1Km0vo5g | Three Romances - Choro Dancado |
| 234. | https://www.youtube.com/watch?v=IGDGYxTfEMk | Three Romances - Choro Dancado |
| 235. | https://www.youtube.com/watch?v=K37Ek9WJPGY | Three Romances - Choro Dancado |

| | | |
|---|---|---|
| 236. | https://www.youtube.com/watch?v=npB1ayZJbHg | Three Romances - Choro Dancado |
| 237. | https://www.youtube.com/watch?v=o_LKmI01p3Y | Three Romances - Choro Dancado |
| 238. | https://www.youtube.com/watch?v=OjovWaymKk0 | Three Romances - Choro Dancado |
| 239. | https://www.youtube.com/watch?v=OQbUmCasz2s | Three Romances - Choro Dancado |
| 240. | https://www.youtube.com/watch?v=psVsKCONJSA | Three Romances - Choro Dancado |
| 241. | https://www.youtube.com/watch?v=uFP3TMiRi58 | Three Romances - Choro Dancado |
| 242. | https://www.youtube.com/watch?v=U-ifGyDrtuE | Three Romances - Choro Dancado |
| 243. | https://www.youtube.com/watch?v=yiu1NcalCMs | Three Romances - Choro Dancado |
| 244. | https://www.youtube.com/watch?v=ZffGvuvWwBk | Three Romances - Choro Dancado |
| 245. | https://www.youtube.com/watch?v=532OX4c1he8 | Three Romances - Danca Ilusoria |
| 246. | https://www.youtube.com/watch?v=Ebck2BssRx0 | Three Romances - Danca Ilusoria |
| 247. | https://www.youtube.com/watch?v=JnvZ5YqCmkA | Three Romances - Danca Ilusoria |
| 248. | https://www.youtube.com/watch?v=0R-9t73KfiM | Three Romances - Pas de Deux |
| 249. | https://www.youtube.com/watch?v=WhbQ7JYy6Tc | Three Romances - Pas de Deux |
| 250. | https://www.youtube.com/watch?v=trDIrMJIqV4 | Tork's Café |
| 251. | https://www.youtube.com/watch?v=1EEkdOrB_Ko | Walking by Flashlight |
| 252. | https://www.youtube.com/watch?v=AMSGBeNFRk0 | Walking by Flashlight |
| 253. | https://www.youtube.com/watch?v=qRQ-1Ze0KbU | Walking by Flashlight |
| 254. | https://www.youtube.com/watch?v=tYPU7t-hfKo | Walking by Flashlight |
| 255. | https://www.youtube.com/watch?v=a1c5b3qt7YM | Waltz for Toots |
| 256. | https://www.youtube.com/watch?v=O6Mq8ai6zdo | Waltz for Toots |
| 257. | https://www.youtube.com/watch?v=w4LrrKTMfN0 | Winter Morning Walks (full song cycle) |
| 258. | https://www.youtube.com/watch?v=_2UqFk6mjvs | Wyrgly |
| 259. | https://www.youtube.com/watch?v=0zEMThwa9-c | Wyrgly |
| 260. | https://www.youtube.com/watch?v=7S-13Kkfu0k | Wyrgly |
| 261. | https://www.youtube.com/watch?v=aOXIpwzAO9Q | Wyrgly |
| 262. | https://www.youtube.com/watch?v=EpmJwSU0VsI | Wyrgly |
| 263. | https://www.youtube.com/watch?v=EtA6n9JpzLA | Wyrgly |
| 264. | https://www.youtube.com/watch?v=Fdsytt_obpU | Wyrgly |
| 265. | https://www.youtube.com/watch?v=fxrSAv3JRNM | Wyrgly |
| 266. | https://www.youtube.com/watch?v=G12e3KguIM8 | Wyrgly |
| 267. | https://www.youtube.com/watch?v=iRxT0gwW1FM | Wyrgly |
| 268. | https://www.youtube.com/watch?v=IzDMxODgna0 | Wyrgly |
| 269. | https://www.youtube.com/watch?v=JEHlGQrBoQk | Wyrgly |
| 270. | https://www.youtube.com/watch?v=JPasUzKkp2E | Wyrgly |
| 271. | https://www.youtube.com/watch?v=kccYhY-OTXM | Wyrgly |
| 272. | https://www.youtube.com/watch?v=o_xc_ycxi0M | Wyrgly |
| 273. | https://www.youtube.com/watch?v=oArWYN0zX4M | Wyrgly |
| 274. | https://www.youtube.com/watch?v=OvJO2dyroow | Wyrgly |
| 275. | https://www.youtube.com/watch?v=pFnVIQVf5rA | Wyrgly |
| 276. | https://www.youtube.com/watch?v=sP_RyLdK2uE | Wyrgly |

| | | |
|---|---|---|
| 277. | https://www.youtube.com/watch?v=TXeBgcbZqFA | Wyrgly |
| 278. | https://www.youtube.com/watch?v=VzDpxQIjJ6A | Wyrgly |
| 279. | https://www.youtube.com/watch?v=ZgSlFkdISL4 | Wyrgly |
| 280. | https://www.youtube.com/watch?v=zjKng4A35y8 | Wyrgly |
| 281. | https://www.youtube.com/watch?v=ZKrgshAOxvo | Wyrgly |
| 282. | https://www.youtube.com/watch?v=-VV3QuF8Ajw | Allegresse |
| 283. | https://www.youtube.com/watch?v=f7XoyThF9cs | Green Piece |
| 284. | https://www.youtube.com/watch?v=jYDwvSjoB9c | Gush |
| 285. | https://www.youtube.com/watch?v=2x_nXDQv-t4 | Three Romances - Choro Dancado |
| 286. | https://www.youtube.com/watch?v=Hcc054DjdLY | Hang Gliding |
| 287. | https://www.youtube.com/watch?v=O28Y6pwbA-Q | Hang Gliding |
| 288. | https://www.youtube.com/watch?v=OSab1Crbf_U | Hang Gliding |
| 289. | https://www.youtube.com/watch?v=VWxY2Suh5QY | Hang Gliding |
| 290. | https://www.youtube.com/watch?v=zIrDYcrxaqo | Journey Home |
| 291. | https://www.youtube.com/watch?v=yH7JUS8TY1M | My Lament |
| 292. | https://www.youtube.com/watch?v=9ZZf2_XX4Lk | Scenes from Childhood - Coming About |
| 293. | https://www.youtube.com/watch?v=V1km88MConA | Scenes from Childhood - Coming About |
| 294. | https://www.youtube.com/watch?v=7m6E03fTdW8 | Sea of Tranquility |
| 295. | https://www.youtube.com/watch?v=3eA2lvKjIxw | Sky Blue |
| 296. | https://www.youtube.com/watch?v=9XNvAuxKteY | Sky Blue |
| 297. | https://www.youtube.com/watch?v=eE5-7xbKQ-Y | Sky Blue |
| 298. | https://www.youtube.com/watch?v=La9ElPIumhQ | Sky Blue |
| 299. | https://www.youtube.com/watch?v=QxzukFO9U3I | Sky Blue |
| 300. | https://www.youtube.com/watch?v=31dLG9GfJ-c | Sue (or In a Season of Crime) |
| 301. | https://www.youtube.com/watch?v=BPAvQ5jG7M0 | Sue (or In a Season of Crime) |
| 302. | https://www.youtube.com/watch?v=Gp0iEfxztCU | Sue (or In a Season of Crime) |
| 303. | https://www.youtube.com/watch?v=8KKwsPvf1rE | The Pretty Road |
| 304. | https://www.youtube.com/watch?v=dSFaHPfONcI | The Pretty Road |
| 305. | https://www.youtube.com/watch?v=qDg8ZmbESmE | The Pretty Road |
| 306. | https://www.youtube.com/watch?v=-1tu8dI_y_4 | Three Romances - Choro Dancado |
| 307. | https://www.youtube.com/watch?v=bs51YXRbzyw | Three Romances - Choro Dancado |
| 308. | https://www.youtube.com/watch?v=GrH2QuK5y1c | Three Romances - Choro Dancado |
| 309. | https://www.youtube.com/watch?v=0vK_cW477N0 | Three Romances - Danca Ilusoria |
| 310. | https://www.youtube.com/watch?v=2wUkhTsAC0M | Three Romances - Danca Ilusoria |
| 311. | https://www.youtube.com/watch?v=DvcZVunjd9M | Walking by Flashlight |
| 312. | https://www.youtube.com/watch?v=VX3G65NVu1g | Walking by Flashlight |

Uniglobe Entertainment, LLC

| | | |
|---|---|---|
| 1. | https://www.youtube.com/watch?v=ndnf4uazkMc | 5 Weddings |
| 2. | https://www.youtube.com/watch?v=xQeQIAOmljI | 5 Weddings |
| 3. | https://www.youtube.com/watch?v=9rlTLrrs45I | 5 Weddings |
| 4. | https://www.youtube.com/watch?v=0WsA_bFZLO4 | 5 Weddings |
| 5. | https://www.youtube.com/watch?v=tTuz9adnJnc | 5 Weddings |
| 6. | https://www.youtube.com/watch?v=G4pdGR8_Wak | 5 Weddings |
| 7. | https://www.youtube.com/watch?v=EbdBkfVWoyQ | 5 Weddings |
| 8. | https://www.youtube.com/watch?v=XYmVVIRAexE | 5 Weddings |
| 9. | https://www.youtube.com/watch?v=GZGFjHFasm0 | 5 Weddings |
| 10. | https://www.youtube.com/watch?v=9a6CVS_E4g4 | 5 Weddings |
| 11. | https://www.youtube.com/watch?v=P-LG7yQvJgw | 5 Weddings |
| 12. | https://www.youtube.com/watch?v=s72M75ERAsw | 5 Weddings |
| 13. | https://www.youtube.com/watch?v=MN5sdy2-9gw | 5 Weddings |
| 14. | https://www.youtube.com/watch?v=tAd9eNlofow | 5 Weddings |
| 15. | https://www.youtube.com/watch?v=j_d8aMfGLpU | 5 Weddings |
| 16. | https://www.youtube.com/watch?v=XWS_9m1Q9zs | 5 Weddings |
| 17. | https://www.youtube.com/watch?v=rQ30pij0aTI | 5 Weddings |
| 18. | https://www.youtube.com/watch?v=tUXokpUDowo | 5 Weddings |
| 19. | https://www.youtube.com/watch?v=2khBi6eF_Ug | 5 Weddings |
| 20. | https://www.youtube.com/watch?v=v7DimtzJJfU | 5 Weddings |
| 21. | https://www.youtube.com/watch?v=T4EVgNJPzSs | 5 Weddings |
| 22. | https://www.youtube.com/watch?v=4VDRBBaAHBA | 5 Weddings |
| 23. | https://www.youtube.com/watch?v=CHk7CXt18Qk | 5 Weddings |
| 24. | https://www.youtube.com/watch?v=CTsgYx5jzLE | 5 Weddings |
| 25. | https://www.youtube.com/watch?v=JXPnx9ecRB8 | 5 Weddings |
| 26. | https://www.youtube.com/watch?v=eZsFcEZKFnY | 5 Weddings |
| 27. | https://www.youtube.com/watch?v=gYoO4kvPXb8 | 5 Weddings |
| 28. | https://www.youtube.com/watch?v=hBw1CZuhaI8 | 5 Weddings |
| 29. | https://www.youtube.com/watch?v=oDPRNnKOvMU | 5 Weddings |
| 30. | https://www.youtube.com/watch?v=vrR1SHFuaCU | 5 Weddings |
| 31. | https://www.youtube.com/watch?v=z1ZRXMhdiso | 5 Weddings |
| 32. | https://www.youtube.com/watch?v=1QKR4BAnryw | 5 Weddings |
| 33. | https://www.youtube.com/watch?v=LhbV4q_7rZc | 5 Weddings |
| 34. | https://www.youtube.com/watch?v=lTjsYzthw2w | 5 Weddings |
| 35. | https://www.youtube.com/watch?v=93k3t0ucRcc | 5 Weddings |
| 36. | https://www.youtube.com/watch?v=MWhApYbq-Ws | 5 Weddings |
| 37. | https://www.youtube.com/watch?v=oALeGrzzWyM | 5 Weddings |
| 38. | https://www.youtube.com/watch?v=AqYVJVtBEmE | 5 Weddings |
| 39. | https://www.youtube.com/watch?v=Z6uHMoQDBUY | 5 Weddings |

| | | |
|---|---|---|
| 40. | https://www.youtube.com/watch?v=qqLkprJAbS0 | 5 Weddings |
| 41. | https://www.youtube.com/watch?v=6sxpn9Fkask | 5 Weddings |
| 42. | https://www.youtube.com/watch?v=gIMD4lDOqZo | 5 Weddings |
| 43. | https://www.youtube.com/watch?v=Q8GtDJHRrT0 | 5 Weddings |
| 44. | https://www.youtube.com/watch?v=WueYfxt7pyE | 5 Weddings |
| 45. | https://www.youtube.com/watch?v=B-rXUIOvqGQ | 5 Weddings |
| 46. | https://www.youtube.com/watch?v=6YRVFCgkO4Q | 5 Weddings |
| 47. | https://www.youtube.com/watch?v=GcQXh2Vitj4 | 5 Weddings |
| 48. | https://www.youtube.com/watch?v=TcyRstsn4Yc | 5 Weddings |
| 49. | https://www.youtube.com/watch?v=uzJmxe5-JLM | 5 Weddings |
| 50. | https://www.youtube.com/watch?v=I4zDTeVAFhQ | 5 Weddings |
| 51. | https://www.youtube.com/watch?v=Bp0uDowHfeU | 5 Weddings |
| 52. | https://www.youtube.com/watch?v=ytexvuWvepg | 5 Weddings |
| 53. | https://www.youtube.com/watch?v=kACIRWOWyos | 5 Weddings |
| 54. | https://www.youtube.com/watch?v=fdV22iNAuec | 5 Weddings |
| 55. | https://www.youtube.com/watch?v=RDClE8d7syc | 5 Weddings |
| 56. | https://www.youtube.com/watch?v=A-rlPjn9pUk | 5 Weddings |
| 57. | https://www.youtube.com/watch?v=w-HJMv_Rq9A | 5 Weddings |
| 58. | https://www.youtube.com/watch?v=FOA0B1HZSbM | 5 Weddings |
| 59. | https://www.youtube.com/watch?v=3ZxmoYJNuhU | 5 Weddings |
| 60. | https://www.youtube.com/watch?v=BXxcVepqpB4 | 5 Weddings |
| 61. | https://www.youtube.com/watch?v=Lp0x4_i5D9E | 5 Weddings |
| 62. | https://www.youtube.com/watch?v=oIqgCz27Uj8 | 5 Weddings |
| 63. | https://www.youtube.com/watch?v=d-WLjvFFsmc | 5 Weddings |
| 64. | https://www.youtube.com/watch?v=MxuGM1VIb78 | 5 Weddings |
| 65. | https://www.youtube.com/watch?v=LYaqRxoTnCU | 5 Weddings |
| 66. | https://www.youtube.com/watch?v=XDQW9NJbsBY | 5 Weddings |
| 67. | https://www.youtube.com/watch?v=dWA5YLpPWps | 5 Weddings |
| 68. | https://www.youtube.com/watch?v=e0qH3HheDOQ | 5 Weddings |
| 69. | https://www.youtube.com/watch?v=kSqyW1id1BY | 5 Weddings |
| 70. | https://www.youtube.com/watch?v=TSZYjt13aK0 | 5 Weddings |
| 71. | https://www.youtube.com/watch?v=kMYGXoz-nqM | 5 Weddings |
| 72. | https://www.youtube.com/watch?v=wuhLfQMg73E | 5 Weddings |
| 73. | https://www.youtube.com/watch?v=J2C52oL0_VQ | 5 Weddings |
| 74. | https://www.youtube.com/watch?v=syOC1jb4Zkg | 5 Weddings |
| 75. | https://www.youtube.com/watch?v=Tbo_ehNC8Dc | 5 Weddings |
| 76. | https://www.youtube.com/watch?v=Oy5pIXGaCqA | 5 Weddings |
| 77. | https://www.youtube.com/watch?v=jfWXu8M4LN4 | 5 Weddings |
| 78. | https://www.youtube.com/watch?v=rvc_Wgtrlqw | 5 Weddings |
| 79. | https://www.youtube.com/watch?v=wXVW0aRrQb0 | 5 Weddings |
| 80. | https://www.youtube.com/watch?v=0gftlOVKlJ0 | 5 Weddings |

| | | |
|---|---|---|
| 81. | https://www.youtube.com/watch?v=qG7SWm3fkbY | 5 Weddings |
| 82. | https://www.youtube.com/watch?v=LnFeC79Bj1s | 5 Weddings |
| 83. | https://www.youtube.com/watch?v=gJkR4bMBusQ | 5 Weddings |
| 84. | https://www.youtube.com/watch?v=32ndTa1ayjM | 5 Weddings |
| 85. | https://www.youtube.com/watch?v=qnH5Yhv2eF8 | 5 Weddings |
| 86. | https://www.youtube.com/watch?v=hJrud5AzEFc | 5 Weddings |
| 87. | https://www.youtube.com/watch?v=SOdfCcN7Dq0 | 5 Weddings |
| 88. | https://www.youtube.com/watch?v=U5SM5EVUuRA | 5 Weddings |
| 89. | https://www.youtube.com/watch?v=oMCD2RHLiBE | 5 Weddings |
| 90. | https://www.youtube.com/watch?v=Hrr0rwe9G3w | 5 Weddings |
| 91. | https://www.youtube.com/watch?v=hwlagGDDpRM | 5 Weddings |
| 92. | https://www.youtube.com/watch?v=ZSMIRn6GRD0 | 5 Weddings |
| 93. | https://www.youtube.com/watch?v=x1v6lDWe1vM | 5 Weddings |
| 94. | https://www.youtube.com/watch?v=b-cBFyifxyc | 5 Weddings |
| 95. | https://www.youtube.com/watch?v=LGxUeTMR34U | 5 Weddings |
| 96. | https://www.youtube.com/watch?v=Cb1v7EkCFEc | 5 Weddings |
| 97. | https://www.youtube.com/watch?v=l7jmPPl4qyA | 5 Weddings |
| 98. | https://www.youtube.com/watch?v=aik4jM9eaY4 | 5 Weddings |
| 99. | https://www.youtube.com/watch?v=VHeQVjyW_I | 5 Weddings |
| 100. | https://www.youtube.com/watch?v=p19Ae3hwAec | 5 Weddings |
| 101. | https://www.youtube.com/watch?v=ACGcIKzs7ug | 5 Weddings |
| 102. | https://www.youtube.com/watch?v=IFIbUFI_vGc | 5 Weddings |
| 103. | https://www.youtube.com/watch?v=shkrzacGaDs | 5 Weddings |
| 104. | https://www.youtube.com/watch?v=KS9N7SBksGo | 5 Weddings |
| 105. | https://www.youtube.com/watch?v=F5lwMz1UidI | 5 Weddings |
| 106. | https://www.youtube.com/watch?v=vtMuFUvZIKQ | 5 Weddings |
| 107. | https://www.youtube.com/watch?v=cD7Viy3-CEY | 5 Weddings |
| 108. | https://www.youtube.com/watch?v=PTTZnwpVfz4 | 5 Weddings |
| 109. | https://www.youtube.com/watch?v=94eQcOGqoNM | 5 Weddings |
| 110. | https://www.youtube.com/watch?v=g5tiRP4bNFM | 5 Weddings |
| 111. | https://www.youtube.com/watch?v=dPPAqTXNCxc | 5 Weddings |
| 112. | https://www.youtube.com/watch?v=GcKMGxPNuTQ | 5 Weddings |
| 113. | https://www.youtube.com/watch?v=r7M0RmCdduY | 5 Weddings |
| 114. | https://www.youtube.com/watch?v=avTTfVjSmnc | 5 Weddings |
| 115. | https://www.youtube.com/watch?v=rhCUB4_uYPE | 5 Weddings |
| 116. | https://www.youtube.com/watch?v=kcwfoLeT7ew | 5 Weddings |
| 117. | https://www.youtube.com/watch?v=BLtb2l_8AcU | 5 Weddings |
| 118. | https://www.youtube.com/watch?v=dX3XtRaJaeQ | 5 Weddings |
| 119. | https://www.youtube.com/watch?v=WOKr8T11loM | 5 Weddings |
| 120. | https://www.youtube.com/watch?v=jqIvOZbNdLg | 5 Weddings |
| 121. | https://www.youtube.com/watch?v=Wgl8JS78KeA | 5 Weddings |

| | | |
|---|---|---|
| 122. | https://www.youtube.com/watch?v=jtx2h_n6190 | 5 Weddings |
| 123. | https://www.youtube.com/watch?v=M08Luko8qOY | 5 Weddings |
| 124. | https://www.youtube.com/watch?v=UySr1ParwZQ | 5 Weddings |
| 125. | https://www.youtube.com/watch?v=_MFM4O1mVhI | 5 Weddings |
| 126. | https://www.youtube.com/watch?v=nU1Uiuou8YU | 5 Weddings |
| 127. | https://www.youtube.com/watch?v=rHRl1KwFD-U | 5 Weddings |
| 128. | https://www.youtube.com/watch?v=nmVqnyfatDc | 5 Weddings |
| 129. | https://www.youtube.com/watch?v=6AAFWzIG-bU | 5 Weddings |
| 130. | https://www.youtube.com/watch?v=cqk6blF2BbQ | 5 Weddings |
| 131. | https://www.youtube.com/watch?v=eCypwSPjTTM | 5 Weddings |
| 132. | https://www.youtube.com/watch?v=pzrf9aKkt4c | 5 Weddings |
| 133. | https://www.youtube.com/watch?v=PESDkngpq28 | 5 Weddings |
| 134. | https://www.youtube.com/watch?v=5BwcXqK59T4 | 5 Weddings |
| 135. | https://www.youtube.com/watch?v=4O4HbOk67ew | 5 Weddings |
| 136. | https://www.youtube.com/watch?v=MdvKsrhUZjk | 5 Weddings |
| 137. | https://www.youtube.com/watch?v=neTjKw5I5NY | 5 Weddings |
| 138. | https://www.youtube.com/watch?v=Da5pche-VRU | 5 Weddings |
| 139. | https://www.youtube.com/watch?v=GahnH3SEL4Y | 5 Weddings |
| 140. | https://www.youtube.com/watch?v=5jo856X3xrc | 5 Weddings |
| 141. | https://www.youtube.com/watch?v=Q9i_M85aq8o | 5 Weddings |
| 142. | https://www.youtube.com/watch?v=0kp4-jQ-eAI | 5 Weddings |
| 143. | https://www.youtube.com/watch?v=LwwzyKYsUvg | 5 Weddings |
| 144. | https://www.youtube.com/watch?v=3UqGmLF0EK4 | 5 Weddings |
| 145. | https://www.youtube.com/watch?v=XOa49qklHxg | 5 Weddings |
| 146. | https://www.youtube.com/watch?v=0DJ_kmmTsak | 5 Weddings |
| 147. | https://www.youtube.com/watch?v=PtKuQ97e1BA | 5 Weddings |
| 148. | https://www.youtube.com/watch?v=y528NN6C3eg | 5 Weddings |
| 149. | https://www.youtube.com/watch?v=co0rhNhuM9A | 5 Weddings |
| 150. | https://www.youtube.com/watch?v=EMxlJuW6dps | 5 Weddings |
| 151. | https://www.youtube.com/watch?v=7o5UhhW_2XM | 5 Weddings |
| 152. | https://www.youtube.com/watch?v=7Oy7RKzE0TU | 5 Weddings |
| 153. | https://www.youtube.com/watch?v=YXWFYPk11GM | 5 Weddings |
| 154. | https://www.youtube.com/watch?v=gEjglbGEvEE | 5 Weddings |
| 155. | https://www.youtube.com/watch?v=CRVl4Yk43Uc | 5 Weddings |
| 156. | https://www.youtube.com/watch?v=wsFG-0Vty_w | Americanizing Shelley |
| 157. | https://www.youtube.com/watch?v=O61nlXAOJRU | Americanizing Shelley |
| 158. | https://www.youtube.com/watch?v=g7TeGRwEhts | Americanizing Shelley |
| 159. | https://www.youtube.com/watch?v=NAN9enJCRTs | Americanizing Shelley |
| 160. | https://www.youtube.com/watch?v=n8u_eLJJEVw | Americanizing Shelley |
| 161. | https://www.youtube.com/watch?v=eE_zrpIc7KY | Americanizing Shelley |
| 162. | https://www.youtube.com/watch?v=zxlXKaZIOXc | 5 Weddings |

| 163. | https://www.youtube.com/watch?v=c6g7dDRfPNg | 5 Weddings |
| 164. | https://www.youtube.com/watch?v=RypcZRESN6g | 5 Weddings |
| 165. | https://www.youtube.com/watch?v=nYAitmKpI-0 | 5 Weddings |
| 166. | https://www.youtube.com/watch?v=xLPjBYEPXL8 | 5 Weddings |
| 167. | https://www.youtube.com/watch?v=SKfFmNLjs5E | 5 Weddings |