Exhibit 11

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING LTD., individually and on behalf of all others similarly situated;<br><br>Plaintiffs,<br><br>vs.<br><br>YOUTUBE, LLC; GOOGLE LLC; and ALPHABET INC.;<br><br>Defendants. | CASE NO. 3:20-cv-4423-JD<br><br>**PLAINTIFF MARIA SCHNEIDER'S SUPPLEMENTAL OBJECTIONS AND RESPONSES TO YOUTUBE AND GOOGLE'S SECOND AND SIXTH INTERROGATORIES TO PLAINTIFF MARIA SCHNEIDER** |

5.     Schneider objects to the Interrogatories to the extent they seek information that Defendants can obtain from sources that are more convenient, less burdensome, or less expensive.

6.     Schneider objects to the Interrogatories to the extent they seek information protected by the attorney/client privilege, the work-product doctrine, Rule 408 of the Federal Rules of Evidence, any common interest privilege, joint defense agreement or any other applicable privilege.

7.     Schneider further objects to the Interrogatories to the extent that they are vague and ambiguous, overly broad, unduly burdensome, lacking in particularity or unreasonable, or otherwise seek the discovery of information that is neither relevant to the claims or defenses of any party to this action nor reasonably calculated to lead to the discovery of admissible evidence

8.     Schneider objects to the Interrogatories to the extent they are propounded for the improper purpose of annoying or harassing her.

Schneider's responses are based solely on facts reasonably known to her at the time of responding to these Interrogatories. Schneider reserves the right to supplement, amend, or otherwise modify these responses.

## OBJECTIONS TO DEFINITIONS

Schneider objects to the definition of "Works In Suit" to the extent it requires her to assert that a copyright for a specific work has been infringed before the close of discovery. Schneider responds for all works for which she holds copyrights.

## SPECIFIC OBJECTIONS AND RESPONSES

**INTERROGATORY NO. 2: For each Work In Suit, identify every URL (uniform resource locator) within the YouTube service at which You contend content infringing the copyright for the Work in Suit has appeared.**

**OBJECTIONS AND RESPONSE**: Schneider maintains her objections to Interrogatory No. 2 to the extent that it imposes obligations in addition to those imposed by the Federal Rules of Civil Procedure, the Local Rules of this Court, and any court granting discovery in this case, or any discovery protocol agreed upon by the parties.

Schneider further objects to Interrogatory No. 2 to the extent that it requires her to identify all acts of infringement prior to the completion of discovery. The records that would enable Schneider to identify all specific acts of infringement are exclusively in the possession and control of YouTube and Google, including a database of videos and tools to identify acts of infringement, including, but not necessarily limited to, Content ID, or are more convenient, less burdensome, or less expensive for Defendants to obtain than Schneider. Schneider further objects to this Interrogatory because it is unduly burdensome for Schneider to identify all acts of infringement prior to other discovery.

Subject to and without waiving these objections, as of the date of this supplemental response Schneider has identified the following URLs for which Schneider presently contends that content infringing Schneider's Works in Suit has appeared:

| Work(s) in Suit | URL |
| --- | --- |
| Concert in the Garden | http://www.youtube.com/watch?v=e04yCOqalv8 |
| Evanescence | http://www.youtube.com/watch?v=mRlj6wqzW74 |
| Choro Dançado (First Movement of Three Romances) | http://www.youtube.com/watch?v=M-DlDYGAExs |
| Last Season | http://www.youtube.com/watch?v=FQq7XkFC0Do |
| Journey Home | http://www.youtube.com/watch?v=ASN9OqlqIXU |
| Bulería, Soleá y Rumba | http://www.youtube.com/watch?v=YIwyHj2Cn_Q |
| Bulería, Soleá y Rumba | http://www.youtube.com/watch?v=NML2WgRpVRc |
| Choro Dançado (First Movement of Three Romances) | http://www.youtube.com/watch?v=I9jiYSUhcPQ |
| Pas de Deux (Second Movement of Three Romances) | http://www.youtube.com/watch?v=I9jiYSUhcPQ |
| Pas de Deux (Second Movement of Three Romances) | http://www.youtube.com/watch?v=i8UlsGKsZM4 |
| Dance, You Monster, To My Soft Song | https://www.youtube.com/watch?v=nbp43Xm7H1U |
| El Viento | http://www.youtube.com/watch?v=5oYGhrUETFc |
| El Viento | http://www.youtube.com/watch?v=fc8kek2xGUc |

| | |
|---|---|
| Green Piece | http://www.youtube.com/watch?v=i8BC-LH-IMg |
| Green Piece | https://www.youtube.com/watch?v=pJToOM-kkH0 |
| Gumba Blue | https://www.youtube.com/watch?v=h53bJkTiEAk |
| Hang Gliding | http://www.youtube.com/watch?v=7jfjtKRDFQI |
| Hang Gliding | https://www.youtube.com/watch?v=TIUAdc1ksYM |
| Lately | http://www.youtube.com/watch?v=htmgVKwSpMg |
| Sea of Tranquility | http://www.youtube.com/watch?v=L0cMR-x8ufo |
| Gumba Blue | https://www.youtube.com/watch?v=Z9N68OSIqps |
| Journey Home | https://www.youtube.com/watch?v=RX6OLGPCsFc |
| Journey Home | https://www.youtube.com/watch?v=CiHIu-6hyXc |
| Hang Gliding | http://www.youtube.com/watch?v=2_YT4SvCPeo |
| Hang Gliding | https://www.youtube.com/watch?v=wdIW_AoTi_4 |
| Choro Dançado (First Movement of Three Romances) | http://www.youtube.com/watch?v=2tJegYsmlqU |
| Concert in the Garden | http://www.youtube.com/watch?v=AlJ6K1x9WIw |
| Nocturne | http://www.youtube.com/watch?v=TPKsQoQdtB |
| Dança Ilusoria (Third Movement of Three Romances) | http://www.youtube.com/watch?v=bjuli8HHcYo |
| Coming About (Third Movement of Scenes from Childhood) | http://www.youtube.com/watch?v=RiGKxmxq3Qk |
| Gush | https://www.youtube.com/watch?v=nSk8IMTU5TE |
| Gumba Blue | http://www.youtube.com/watch?v=Ft3wa0bMAmE |
| Wyrgly | http://www.youtube.com/watch?v=oZgAVwfcUY0 |
| Wyrgly | https://www.youtube.com/watch?v=zjKng4A35y8 |
| Journey Home, Choro Dançado (First Movement of Three Romances), Evanescence, and Hang Gliding | http://www.youtube.com/watch?v=MZM5ekpurvA |
| Sky Blue | http://www.youtube.com/watch?v=NJy_RXOgsts |
| The Pretty Road | http://www.youtube.com/watch?v=AH3obBV5sEw |
| The Pretty Road | http://www.youtube.com/watch?v=T-p1kPrYN_8 |

| | |
|---|---|
| The Pretty Road | http://www.youtube.com/watch?v=EAJPUC0mgJ8 |
| Cerulean Skies | http://www.youtube.com/watch?v=n6U7zQLKe04 |
| Cerulean Skies | http://www.youtube.com/watch?v=JERfM3g0FnM |
| Cerulean Skies | http://www.youtube.com/watch?v=wmAzXaz_UaY |
| Aires de Lando | http://www.youtube.com/watch?v=CVelapFHllP0 |
| Arbiters of Evolution | https://www.youtube.com/watch?v=C3FD5pG3RMc |
| The Thompson Fields | https://www.youtube.com/watch?v=Z8cdqri2-r8 |
| The Thompson Fields | http://www.youtube.com/watch?v=EaY_KMBoJ3g |
| Walking by Flashlight | http://www.youtube.com/watch?v=o4rYUveHBZM |
| The Thompson Fields | http://www.youtube.com/watch?v=jPEFzfWrXHg |
| Walking by Flashlight | http://www.youtube.com/watch?v=P470eEhealc |
| Arbiters of Evolution | http://www.youtube.com/watch?v=C3FD5pG3RMc |
| Walking by Flashlight | http://www.youtube.com/watch?v=lICbkKWrf-I |
| A Potter's Song | https://www.youtube.com/watch?v=jxg8bkMVs80 |
| A Potter's Song | https://www.youtube.com/watch?v=lMf9TEERK6I |
| Alchemy | https://www.youtube.com/watch?v=FSG_OyJFtMU |
| Allegresse | https://www.youtube.com/watch?v=0GijvVT8E44 |
| Allegresse | https://www.youtube.com/watch?v=nQeQ85rtV9M |
| Allegresse | https://www.youtube.com/watch?v=UHXxuBs0WaA |
| Allegresse | https://www.youtube.com/watch?v=uj4a4Ux8zu4 |
| Allegresse | https://www.youtube.com/watch?v=-VV3QuF8Ajw |
| Allegresse | https://www.youtube.com/watch?v=wVD3i_Mz50Q |
| Anthem | https://www.youtube.com/watch?v=-5a3Y8OWrqo |
| Anthem | https://www.youtube.com/watch?v=cH3X7gQ5zWs |
| Arbiters of Evolution | https://www.youtube.com/watch?v=sR-58-9Oxwg |
| Baytrail Shuffle | https://www.youtube.com/watch?v=CjoYXMyCt8U |
| Bird Count | https://www.youtube.com/watch?v=-4yl6Ov8_F0 |
| Bird Count | https://www.youtube.com/watch?v=fODO9S9lglQ |
| Bird Count | https://www.youtube.com/watch?v=IKWevLYtAyk |
| Bird Count | https://www.youtube.com/watch?v=iSqAT5APmp4 |

| | | |
|---|---|---|
| 1 | Bird Count | https://www.youtube.com/watch?v=IxFH6IVEvNQ |
| | Bird Count | https://www.youtube.com/watch?v=JWDKANMITSs |
| 2 | Bird Count | https://www.youtube.com/watch?v=M7siWzTxA14 |
| 3 | Bird Count | https://www.youtube.com/watch?v=n7CnP_OvIMc |
| 4 | Bird Count | https://www.youtube.com/watch?v=q9IfSdwK370 |
| 5 | Bird Count | https://www.youtube.com/watch?v=RL5621vqvFo |
| 6 | Bird Count | https://www.youtube.com/watch?v=UMoWHeT4HMw |
| 7 | Bird Count | https://www.youtube.com/watch?v=VzfiwjiOYUw |
| 8 | Bird Count | https://www.youtube.com/watch?v=yLdk7XCx_70 |
| 9 | Bird Count | https://www.youtube.com/watch?v=YPqHpp5wxeQ |
| | Buleria, Solea y Rumba | https://www.youtube.com/watch?v=_BDD2aBzsk8 |
| 10 | Buleria, Solea y Rumba | https://www.youtube.com/watch?v=iRGzg-ojYYg |
| 11 | Buleria, Solea y Rumba | https://www.youtube.com/watch?v=NML2WgRpVRc |
| 12 | Buleria, Solea y Rumba | https://www.youtube.com/watch?v=SAHrFipBeIk |
| 13 | Buleria, Solea y Rumba | https://www.youtube.com/watch?v=YIwyHj2Cn_Q |
| 14 | Cerulean Skies | https://www.youtube.com/watch?v=e9PupT0kZdM |
| 15 | Cerulean Skies | https://www.youtube.com/watch?v=GZii89KY_j4 |
| 16 | Cerulean Skies | https://www.youtube.com/watch?v=KCT92cxPINM |
| | Cerulean Skies | https://www.youtube.com/watch?v=pkXY3453QwQ |
| 17 | Cerulean Skies | https://www.youtube.com/watch?v=WY-sorw_Vjo |
| 18 | City Sunrise | https://www.youtube.com/watch?v=9yb0F850Hpc |
| 19 | City Sunrise | https://www.youtube.com/watch?v=YA_SZ1aduWc |
| 20 | City Sunrise | https://www.youtube.com/watch?v=zIcCXKKqP74 |
| 21 | Coot Stew | https://www.youtube.com/watch?v=0UgcuTp_6jI |
| 22 | Coot Stew | https://www.youtube.com/watch?v=8zev6y1HAmI |
| 23 | Coot Stew | https://www.youtube.com/watch?v=jwzEtZ-sAi8 |
| | Coot Stew | https://www.youtube.com/watch?v=YlCWsv4aLUw |
| 24 | Dance, You Monster, To My Soft Song | https://www.youtube.com/watch?v=_SGfAHecnD8 |
| 25 | Dance, You Monster, To My Soft Song | https://www.youtube.com/watch?v=030Lk1mx6Bg |
| 26 | Dance, You Monster, To My Soft Song | https://www.youtube.com/watch?v=3c8w1uHS16s |

| | |
|---|---|
| 1 | Dance, You Monster, To My Soft Song | https://www.youtube.com/watch?v=5frCejRhNgU |
| 2 | Dance, You Monster, To My Soft Song | https://www.youtube.com/watch?v=79fq5NLGlJU |
| 3 | Dance, You Monster, To My Soft Song | https://www.youtube.com/watch?v=8fMy9xHsTIA |
| 4 | Dance, You Monster, To My Soft Song | https://www.youtube.com/watch?v=8SZA1uXQkIg |
| 5 | Dance, You Monster, To My Soft Song | https://www.youtube.com/watch?v=aMrTrzB6g9o |
| 6 | Dance, You Monster, To My Soft Song | https://www.youtube.com/watch?v=aWfIyLG-o2c |
| 7 | Dance, You Monster, To My Soft Song | https://www.youtube.com/watch?v=CsFd-3Ug-70 |
| 8 | Dance, You Monster, To My Soft Song | https://www.youtube.com/watch?v=dTBSLAorDR4 |
| 9 | Dance, You Monster, To My Soft Song | https://www.youtube.com/watch?v=gvGoetSAdvM |
| 10 | Dance, You Monster, To My Soft Song | https://www.youtube.com/watch?v=h8MSExWnPKE |
| 11 | Dance, You Monster, To My Soft Song | https://www.youtube.com/watch?v=IHn5If05-0s |
| 12 | Dance, You Monster, To My Soft Song | https://www.youtube.com/watch?v=iLUjozjowyA |
| 13 | Dance, You Monster, To My Soft Song | https://www.youtube.com/watch?v=lJBj95Yj5MM |
| 14 | Dance, You Monster, To My Soft Song | https://www.youtube.com/watch?v=ORzMQkYho-o |
| 15 | Dance, You Monster, To My Soft Song | https://www.youtube.com/watch?v=S1Kj4AZAamw |
| | Dance, You Monster, To My Soft Song | https://www.youtube.com/watch?v=TLM5LJH6og0 |
| 16 | Dance, You Monster, To My Soft Song | https://www.youtube.com/watch?v=v8ewhUYPnTM |
| 17 | Dance, You Monster, To My Soft Song | https://www.youtube.com/watch?v=WkPfTjucN9Q |
| 18 | El Viento | https://www.youtube.com/watch?v=aqmDcOAUbfM |
| 19 | Evanescence | https://www.youtube.com/watch?v=6H1EI2ivOQY |
| 20 | Evanescence | https://www.youtube.com/watch?v=mYC8eqZl4pY |
| 21 | Evanescence | https://www.youtube.com/watch?v=NIrGXnXPNH0 |
| 22 | Evanescence | https://www.youtube.com/watch?v=s34Oj_za7ZU |
| 23 | Evanescence | https://www.youtube.com/watch?v=YkF5s-AtQf0 |
| 24 | Green Piece | https://www.youtube.com/watch?v=7H1Yddt2gbU |
| 25 | Green Piece | https://www.youtube.com/watch?v=AjmbD0f7YLU |
| 26 | Green Piece | https://www.youtube.com/watch?v=f7XoyThF9cs |
| | Green Piece | https://www.youtube.com/watch?v=GmCPHZiqZ_4 |
| | Green Piece | https://www.youtube.com/watch?v=gv_kLThZUOc |
| | Green Piece | https://www.youtube.com/watch?v=i8KHucjr4K0 |

| | |
|---|---|
| Green Piece | https://www.youtube.com/watch?v=mUdwiI1Z9Lc |
| Green Piece | https://www.youtube.com/watch?v=o51Yk6n6aIw |
| Green Piece | https://www.youtube.com/watch?v=sECNlywWBSg |
| Green Piece | https://www.youtube.com/watch?v=Y-fZtwJHG-4 |
| Green Piece | https://www.youtube.com/watch?v=yWBRIu0mxPk |
| Gumba Blue | https://www.youtube.com/watch?v=_ayLOO4wZuM |
| Gumba Blue | https://www.youtube.com/watch?v=0MlnqV-_phA |
| Gumba Blue | https://www.youtube.com/watch?v=4icLu3ocQGs |
| Gumba Blue | https://www.youtube.com/watch?v=5J9WIsiePXs |
| Gumba Blue | https://www.youtube.com/watch?v=bj34mMJKXNE |
| Gumba Blue | https://www.youtube.com/watch?v=fpmbjtKJO_o |
| Gumba Blue | https://www.youtube.com/watch?v=hObvnnYGdPE |
| Gumba Blue | https://www.youtube.com/watch?v=VEHnMxYIU4Y |
| Gumba Blue | https://www.youtube.com/watch?v=YB72IE_6Hvs |
| Gush | https://www.youtube.com/watch?v=i8qDiJpnYLk |
| Gush | https://www.youtube.com/watch?v=jYDwvSjoB9c |
| Gush | https://www.youtube.com/watch?v=rj6eOPIb_tE |
| Hang Gliding | https://www.youtube.com/watch?v=6H1EI2ivOQY |
| Hang Gliding | https://www.youtube.com/watch?v=1HOXysb3Qis |
| Hang Gliding | https://www.youtube.com/watch?v=2_YT4SvCPeo |
| Hang Gliding | https://www.youtube.com/watch?v=2jKJNdGJpOA |
| Hang Gliding | https://www.youtube.com/watch?v=7jfjtKRDFQI |
| Hang Gliding | https://www.youtube.com/watch?v=7ZWuOSwb-mg |
| Hang Gliding | https://www.youtube.com/watch?v=8PSMTRdQMg4 |
| Hang Gliding | https://www.youtube.com/watch?v=aMwhevPdpoM |
| Hang Gliding | https://www.youtube.com/watch?v=BRv4M84WFCo |
| Hang Gliding | https://www.youtube.com/watch?v=d38FWexVIHk |
| Hang Gliding | https://www.youtube.com/watch?v=dhxeIKZqskg |
| Hang Gliding | https://www.youtube.com/watch?v=dxv5uH1i1A4 |
| Hang Gliding | https://www.youtube.com/watch?v=FjV1k4f4UzM |

| | |
|---|---|
| Hang Gliding | https://www.youtube.com/watch?v=Hcc054DjdLY |
| Hang Gliding | https://www.youtube.com/watch?v=HrJjJukZoRU |
| Hang Gliding | https://www.youtube.com/watch?v=iduI_77k25Y |
| Hang Gliding | https://www.youtube.com/watch?v=JNbjrkRcWfU |
| Hang Gliding | https://www.youtube.com/watch?v=N9S7OLW0Tzw |
| Hang Gliding | https://www.youtube.com/watch?v=-NiutCd87HU |
| Hang Gliding | https://www.youtube.com/watch?v=njbsZ2sevIs |
| Hang Gliding | https://www.youtube.com/watch?v=NoKFS5MwUZQ |
| Hang Gliding | https://www.youtube.com/watch?v=O28Y6pwbA-Q |
| Hang Gliding | https://www.youtube.com/watch?v=OSab1Crbf_U |
| Hang Gliding | https://www.youtube.com/watch?v=qNtRvI8aeas |
| Hang Gliding | https://www.youtube.com/watch?v=t8paG3E0dsU |
| Hang Gliding | https://www.youtube.com/watch?v=TIUAdc1ksYM |
| Hang Gliding | https://www.youtube.com/watch?v=U_WTMCz-ejM |
| Hang Gliding | https://www.youtube.com/watch?v=VcmuaXJfBuM |
| Hang Gliding | https://www.youtube.com/watch?v=VWxY2Suh5QY |
| Hang Gliding | https://www.youtube.com/watch?v=wdIW_AoTi_4 |
| Hang Gliding | https://www.youtube.com/watch?v=XiPyoyGEclY |
| Hang Gliding | https://www.youtube.com/watch?v=ZXlaXbI0Eqg |
| Home | https://www.youtube.com/watch?v=iADcRHk9kr8 |
| Home | https://www.youtube.com/watch?v=U4O0cGrTGy0 |
| In a Pinch | https://www.youtube.com/watch?v=UDbfm95WcUk |
| Journey Home | https://www.youtube.com/watch?v=6H1EI2ivOQY |
| Journey Home | https://www.youtube.com/watch?v=J84Rqbebgv8 |
| Journey Home | https://www.youtube.com/watch?v=JWMQo8Qx8a8 |
| Journey Home | https://www.youtube.com/watch?v=lPkpTRqJRVQ |
| Journey Home | https://www.youtube.com/watch?v=NaM-9uAmxIY |
| Journey Home | https://www.youtube.com/watch?v=zIrDYcrxaqo |
| Last Season | https://www.youtube.com/watch?v=7re5xbgoDgU |
| Last Season | https://www.youtube.com/watch?v=9k3f38sWzUI |

| | |
|---|---|
| Last Season | https://www.youtube.com/watch?v=iaVlsqSPF-o |
| Last Season | https://www.youtube.com/watch?v=Kxf9FCn0jUU |
| Last Season | https://www.youtube.com/watch?v=N9gyv6Wr-ls |
| Last Season | https://www.youtube.com/watch?v=QfhzwrFrZ5M |
| Last Season | https://www.youtube.com/watch?v=sECNlywWBSg |
| Last Season | https://www.youtube.com/watch?v=SVqj0QJqSFA |
| Last Season | https://www.youtube.com/watch?v=uapafgmFBvg |
| Lately | https://www.youtube.com/watch?v=CeZE2e1_qHg |
| My Ideal | https://www.youtube.com/watch?v=qlhJWE0Okgs |
| My Ideal | https://www.youtube.com/watch?v=xU3h-zYCLkU |
| My Lament | https://www.youtube.com/watch?v=2VgVIqCVVgQ |
| My Lament | https://www.youtube.com/watch?v=f_8PFUposOU |
| My Lament | https://www.youtube.com/watch?v=FYT6NSZRz0Q |
| My Lament | https://www.youtube.com/watch?v=g1d73vwTWcc |
| My Lament | https://www.youtube.com/watch?v=GV_AyY72oPs |
| My Lament | https://www.youtube.com/watch?v=iUi0gxQL1C0 |
| My Lament | https://www.youtube.com/watch?v=k09S8ZdeuCg |
| My Lament | https://www.youtube.com/watch?v=MfPoPwyfnd4 |
| My Lament | https://www.youtube.com/watch?v=qulI3eEjrgo |
| My Lament | https://www.youtube.com/watch?v=s486ogPgw8w |
| My Lament | https://www.youtube.com/watch?v=TDLniVjIdJ8 |
| My Lament | https://www.youtube.com/watch?v=yH7JUS8TY1M |
| Prairie Dance | https://www.youtube.com/watch?v=WGOgXhqUOv0 |
| Rich's Piece | https://www.youtube.com/watch?v=0h32JZX-6mM |
| Rich's Piece | https://www.youtube.com/watch?v=zXs2is9L_vU |
| Bombshelter Beast (First Movement of Scenes from Childhood | https://www.youtube.com/watch?v=33vXhTXfNEs |
| Bombshelter Beast (First Movement of Scenes from Childhood | https://www.youtube.com/watch?v=AFKVhjfB1B0 |
| Bombshelter Beast (First Movement of | https://www.youtube.com/watch?v=TCryn53_DKI |

| | |
|---|---|
| Scenes from Childhood | |
| Bombshelter Beast (First Movement of Scenes from Childhood | https://www.youtube.com/watch?v=0GijvVT8E44 |
| Coming About (Third Movement of Scenes from Childhood) | https://www.youtube.com/watch?v=0GijvVT8E44 |
| Coming About (Third Movement of Scenes from Childhood) | https://www.youtube.com/watch?v=9ZZf2_XX4Lk |
| Coming About (Third Movement of Scenes from Childhood) | https://www.youtube.com/watch?v=gxabL31wWCw |
| Coming About (Third Movement of Scenes from Childhood) | https://www.youtube.com/watch?v=J5PoSikRfS0 |
| Coming About (Third Movement of Scenes from Childhood) | https://www.youtube.com/watch?v=V1km88MConA |
| Coming About (Third Movement of Scenes from Childhood) | https://www.youtube.com/watch?v=XrKR5T8MPQQ |
| Coming About (Third Movement of Scenes from Childhood) | https://www.youtube.com/watch?v=ZfNjWC-J9dQ |
| Night Watchman (Second Movement of Scenes from Childhood | https://www.youtube.com/watch?v=0GijvVT8E44 |
| Night Watchman (Second Movement of Scenes from Childhood | https://www.youtube.com/watch?v=jUmxA2x8V_E |
| Night Watchman (Second Movement of Scenes from Childhood | https://www.youtube.com/watch?v=lbZxZlahStA |
| Night Watchman (Second Movement of Scenes from Childhood | https://www.youtube.com/watch?v=DtGzhsHyXj8 |
| Sea of Tranquility | https://www.youtube.com/watch?v=7m6E03fTdW8 |
| Sea of Tranquility | https://www.youtube.com/watch?v=jhb_lJ3Spu4 |
| Sky Blue | https://www.youtube.com/watch?v=0GijvVT8E44 |
| Sky Blue | https://www.youtube.com/watch?v=3eA2lvKjIxw |
| Sky Blue | https://www.youtube.com/watch?v=3Ys_hXvxiuE |
| Sky Blue | https://www.youtube.com/watch?v=6_meisQfQRM |

| | | |
|---|---|---|
| 1 | Sky Blue | https://www.youtube.com/watch?v=9XNvAuxKteY |
| 2 | Sky Blue | https://www.youtube.com/watch?v=eE5-7xbKQ-Y |
| 3 | Sky Blue | https://www.youtube.com/watch?v=F_pBEtaI1c0 |
| | Sky Blue | https://www.youtube.com/watch?v=FDeEkNhUpjo |
| 4 | Sky Blue | https://www.youtube.com/watch?v=KvWMDjp9Ybo |
| 5 | Sky Blue | https://www.youtube.com/watch?v=La9ElPIumhQ |
| 6 | Sky Blue | https://www.youtube.com/watch?v=QxzukFO9U3I |
| 7 | Sky Blue | https://www.youtube.com/watch?v=vsTiByu-ArU |
| 8 | Sky Blue | https://www.youtube.com/watch?v=XDF3BwZYu-4 |
| 9 | Sky Blue | https://www.youtube.com/watch?v=xwpz4wAnEwo |
| | Sky Blue | https://www.youtube.com/watch?v=z0J0PKKBWGI |
| 10 | Smooth Talk | https://www.youtube.com/watch?v=2_6R2_ym0lU |
| 11 | Smooth Talk | https://www.youtube.com/watch?v=2qhVGVAEkRk |
| 12 | Smooth Talk | https://www.youtube.com/watch?v=iBLAvt3l8ho |
| 13 | Smooth Talk | https://www.youtube.com/watch?v=mCcVbuqBK1Q |
| 14 | Smooth Talk | https://www.youtube.com/watch?v=quTyHp4xIvc |
| 15 | Smooth Talk | https://www.youtube.com/watch?v=t2-frNBx_zE |
| | Smooth Talk | https://www.youtube.com/watch?v=t3acqkK1GBI |
| 16 | Smooth Talk | https://www.youtube.com/watch?v=TriQvMz-O8A |
| 17 | Some Circles | https://www.youtube.com/watch?v=XiMEiJihyFg |
| 18 | Sue (or In a Season of Crime) | https://www.youtube.com/watch?v=_2oua7NKfGg |
| 19 | Sue (or In a Season of Crime) | https://www.youtube.com/watch?v=1VdoNmXLkAI |
| 20 | Sue (or In a Season of Crime) | https://www.youtube.com/watch?v=25Et0RP6gRo |
| 21 | Sue (or In a Season of Crime) | https://www.youtube.com/watch?v=2v9x2XfOgaM |
| | Sue (or In a Season of Crime) | https://www.youtube.com/watch?v=31dLG9GfJ-c |
| 22 | Sue (or In a Season of Crime) | https://www.youtube.com/watch?v=4HrLqsZsP58 |
| 23 | Sue (or In a Season of Crime) | https://www.youtube.com/watch?v=4twPe-UVCHc |
| 24 | Sue (or In a Season of Crime) | https://www.youtube.com/watch?v=5fodh5Ta_28 |
| 25 | Sue (or In a Season of Crime) | https://www.youtube.com/watch?v=67_ah73gu5w |
| 26 | Sue (or In a Season of Crime) | https://www.youtube.com/watch?v=6uqz9NsI3xs |

| | |
|---|---|
| Sue (or In a Season of Crime) | https://www.youtube.com/watch?v=AP5SsoIyX9c |
| Sue (or In a Season of Crime) | https://www.youtube.com/watch?v=B6j678cirAY |
| Sue (or In a Season of Crime) | https://www.youtube.com/watch?v=BPAvQ5jG7M0 |
| Sue (or In a Season of Crime) | https://www.youtube.com/watch?v=Cb0GNvj5nyc |
| Sue (or In a Season of Crime) | https://www.youtube.com/watch?v=cISctWSdJas |
| Sue (or In a Season of Crime) | https://www.youtube.com/watch?v=D86p4q--QeI |
| Sue (or In a Season of Crime) | https://www.youtube.com/watch?v=fxirdWpMThw |
| Sue (or In a Season of Crime) | https://www.youtube.com/watch?v=GLASVeg6pIc |
| Sue (or In a Season of Crime) | https://www.youtube.com/watch?v=Gp0iEfxztCU |
| Sue (or In a Season of Crime) | https://www.youtube.com/watch?v=HnLmJyk7Bx4 |
| Sue (or In a Season of Crime) | https://www.youtube.com/watch?v=hRTnFPqlHuk |
| Sue (or In a Season of Crime) | https://www.youtube.com/watch?v=IMa7Gr4Ld0o |
| Sue (or In a Season of Crime) | https://www.youtube.com/watch?v=jD-vgLXihXE |
| Sue (or In a Season of Crime) | https://www.youtube.com/watch?v=nUu_09qw1qc |
| Sue (or In a Season of Crime) | https://www.youtube.com/watch?v=p-AnkfK7RWw |
| Sue (or In a Season of Crime) | https://www.youtube.com/watch?v=qju2iRvyZXQ |
| Sue (or In a Season of Crime) | https://www.youtube.com/watch?v=SaygoLgAe4Y |
| Sue (or In a Season of Crime) | https://www.youtube.com/watch?v=uia54xZZSJY |
| Sue (or In a Season of Crime) | https://www.youtube.com/watch?v=VZxUYgbFzpA |
| Sue (or In a Season of Crime) | https://www.youtube.com/watch?v=woro0S6ROBw |
| Sue (or In a Season of Crime) | https://www.youtube.com/watch?v=y5kqSWyhsfw |
| Swing Street | https://www.youtube.com/watch?v=QeuWiDIDEC8 |
| The Grail | https://www.youtube.com/watch?v=pptZGOshusY |
| The Monarch and the Milkweed | https://www.youtube.com/watch?v=N_6g6aR9JiQ |
| The Pretty Road | https://www.youtube.com/watch?v=2GcpEgKR7pk |
| The Pretty Road | https://www.youtube.com/watch?v=38cSEMHyIWM |
| The Pretty Road | https://www.youtube.com/watch?v=4Buslj1AsNg |
| The Pretty Road | https://www.youtube.com/watch?v=55-Mnur8hcQ |
| The Pretty Road | https://www.youtube.com/watch?v=8KKwsPvf1rE |
| The Pretty Road | https://www.youtube.com/watch?v=9tKujw5RmIo |

| | | |
|---|---|---|
| 1 | The Pretty Road | https://www.youtube.com/watch?v=dSFaHPfONcI |
| 2 | The Pretty Road | https://www.youtube.com/watch?v=i5KJqXZzTuQ |
| 3 | The Pretty Road | https://www.youtube.com/watch?v=o7is3iGyF8Q |
| 4 | The Pretty Road | https://www.youtube.com/watch?v=qDg8ZmbESmE |
| 5 | The Pretty Road | https://www.youtube.com/watch?v=tDqHVuO7r_U |
| 6 | The Pretty Road | https://www.youtube.com/watch?v=unu5RGsTocI |
| 7 | The Pretty Road | https://www.youtube.com/watch?v=WTTY5d9yi3U |
| 8 | The Pretty Road | https://www.youtube.com/watch?v=XZnXIqso7fU |
| 9 | The Pretty Road | https://www.youtube.com/watch?v=zPuwf3rGuVM |
| 10 | The Thompson Fields | https://www.youtube.com/watch?v=38BhcPm0Kj4 |
| 11 | The Thompson Fields | https://www.youtube.com/watch?v=O77kEGL_5Ag |
| 12 | The Thompson Fields | https://www.youtube.com/watch?v=rG3Jvg0T-6I |
| 13 | The Thompson Fields | https://www.youtube.com/watch?v=TjOJhSziHYU |
| 14 | The Thompson Fields | https://www.youtube.com/watch?v=WLePiLr63do |
| 15 | Choro Dançado (First Movement of Three Romances) | https://www.youtube.com/watch?v=-1tu8dI_y_4 |
| 16 | Choro Dançado (First Movement of Three Romances) | https://www.youtube.com/watch?v=2x_nXDQv-t4 |
| 17 | Choro Dançado (First Movement of Three Romances) | https://www.youtube.com/watch?v=4jQEbX0PJ0E |
| 18 | Choro Dançado (First Movement of Three Romances) | https://www.youtube.com/watch?v=4tzCZ5jHMtA |
| 19 | Choro Dançado (First Movement of Three Romances) | https://www.youtube.com/watch?v=5z3qs6qNAg4 |
| 20 | Choro Dançado (First Movement of Three Romances) | https://www.youtube.com/watch?v=6H1EI2ivOQY |
| 21 | Choro Dançado (First Movement of Three Romances) | https://www.youtube.com/watch?v=BBPiMzlGxRU |
| 22 | Choro Dançado (First Movement of Three Romances) | https://www.youtube.com/watch?v=bs51YXRbzyw |
| 23 | Choro Dançado (First Movement of | https://www.youtube.com/watch?v=bWzNqEHLww8 |

| | |
|---|---|
| Three Romances) | |
| Choro Dançado (First Movement of Three Romances) | https://www.youtube.com/watch?v=gOi2s3gX584 |
| Choro Dançado (First Movement of Three Romances) | https://www.youtube.com/watch?v=GrH2QuK5y1c |
| Choro Dançado (First Movement of Three Romances) | https://www.youtube.com/watch?v=Hxe1Km0vo5g |
| Choro Dançado (First Movement of Three Romances) | https://www.youtube.com/watch?v=IGDGYxTfEMk |
| Choro Dançado (First Movement of Three Romances) | https://www.youtube.com/watch?v=K37Ek9WJPGY |
| Choro Dançado (First Movement of Three Romances) | https://www.youtube.com/watch?v=npB1ayZJbHg |
| Choro Dançado (First Movement of Three Romances) | https://www.youtube.com/watch?v=o_LKmI01p3Y |
| Choro Dançado (First Movement of Three Romances) | https://www.youtube.com/watch?v=OjovWaymKk0 |
| Choro Dançado (First Movement of Three Romances) | https://www.youtube.com/watch?v=OQbUmCasz2s |
| Choro Dançado (First Movement of Three Romances) | https://www.youtube.com/watch?v=psVsKCONJSA |
| Choro Dançado (First Movement of Three Romances) | https://www.youtube.com/watch?v=uFP3TMiRi58 |
| Choro Dançado (First Movement of Three Romances) | https://www.youtube.com/watch?v=U-ifGyDrtuE |
| Choro Dançado (First Movement of Three Romances) | https://www.youtube.com/watch?v=yiu1NcalCMs |
| Choro Dançado (First Movement of Three Romances) | https://www.youtube.com/watch?v=ZffGvuvWwBk |
| Dança Ilusoria (Third Movement of Three Romances) | https://www.youtube.com/watch?v=0GijvVT8E44 |

| | |
|---|---|
| Dança Ilusoria (Third Movement of Three Romances) | https://www.youtube.com/watch?v=0vK_cW477N0 |
| Dança Ilusoria (Third Movement of Three Romances) | https://www.youtube.com/watch?v=2wUkhTsAC0M |
| Dança Ilusoria (Third Movement of Three Romances) | https://www.youtube.com/watch?v=532OX4c1he8 |
| Dança Ilusoria (Third Movement of Three Romances) | https://www.youtube.com/watch?v=Ebck2BssRx0 |
| Dança Ilusoria (Third Movement of Three Romances) | https://www.youtube.com/watch?v=JnvZ5YqCmkA |
| Pas de Deux (Second Movement of Three Romances) | https://www.youtube.com/watch?v=0R-9t73KfiM |
| Pas de Deux (Second Movement of Three Romances) | https://www.youtube.com/watch?v=WhbQ7JYy6Tc |
| Tork's Café | https://www.youtube.com/watch?v=trDIrMJIqV4 |
| Walking by Flashlight | https://www.youtube.com/watch?v=1EEkdOrB_Ko |
| Walking by Flashlight | https://www.youtube.com/watch?v=AMSGBeNFRk0 |
| Walking by Flashlight | https://www.youtube.com/watch?v=DvcZVunjd9M |
| Walking by Flashlight | https://www.youtube.com/watch?v=qRQ-1Ze0KbU |
| Walking by Flashlight | https://www.youtube.com/watch?v=tYPU7t-hfKo |
| Walking by Flashlight | https://www.youtube.com/watch?v=VX3G65NVu1g |
| Waltz for Toots | https://www.youtube.com/watch?v=a1c5b3qt7YM |
| Waltz for Toots | https://www.youtube.com/watch?v=O6Mq8ai6zdo |
| Winter Morning Walks (full song cycle) | https://www.youtube.com/watch?v=w4LrrKTMfN0 |
| Wyrgly | https://www.youtube.com/watch?v=_2UqFk6mjvs |
| Wyrgly | https://www.youtube.com/watch?v=0zEMThwa9-c |
| Wyrgly | https://www.youtube.com/watch?v=7S-13Kkfu0k |
| Wyrgly | https://www.youtube.com/watch?v=aOXIpwzAO9Q |
| Wyrgly | https://www.youtube.com/watch?v=EpmJwSU0VsI |
| Wyrgly | https://www.youtube.com/watch?v=EtA6n9JpzLA |
| Wyrgly | https://www.youtube.com/watch?v=Fdsytt_obpU |

| | |
|---|---|
| Wyrgly | https://www.youtube.com/watch?v=fxrSAv3JRNM |
| Wyrgly | https://www.youtube.com/watch?v=G12e3KguIM8 |
| Wyrgly | https://www.youtube.com/watch?v=iRxT0gwW1FM |
| Wyrgly | https://www.youtube.com/watch?v=IzDMxODgna0 |
| Wyrgly | https://www.youtube.com/watch?v=JEHlGQrBoQk |
| Wyrgly | https://www.youtube.com/watch?v=JPasUzKkp2E |
| Wyrgly | https://www.youtube.com/watch?v=kccYhY-OTXM |
| Wyrgly | https://www.youtube.com/watch?v=o_xc_ycxi0M |
| Wyrgly | https://www.youtube.com/watch?v=oArWYN0zX4M |
| Wyrgly | https://www.youtube.com/watch?v=OvJO2dyroow |
| Wyrgly | https://www.youtube.com/watch?v=pFnVIQVf5rA |
| Wyrgly | https://www.youtube.com/watch?v=sP_RyLdK2uE |
| Wyrgly | https://www.youtube.com/watch?v=TXeBgcbZqFA |
| Wyrgly | https://www.youtube.com/watch?v=VzDpxQIjJ6A |
| Wyrgly | https://www.youtube.com/watch?v=ZgSlFkdISL4 |
| Wyrgly | https://www.youtube.com/watch?v=ZKrgshAOxvo |

**INTERROGATORY NO. 6:** Describe in detail the circumstances under which You first became aware of each alleged infringement identified in Your response to Interrogatory No. 2, including but not limited to the date and the manner in which the alleged infringement came to Your attention.

**OBJECTIONS AND RESPONSE:** Schneider objects to Interrogatory No. 6 as unduly burdensome, harassing, and as calling for attorney-client communication and/or information protected by the work product doctrine with respect to the "manner" in which the infringements came to Schneider's attention.

Subject to and without waiving these objections, Schneider, acting alone or through her agents, identified the infringements in Interrogatory No. 2 by conducting searches for unauthorized copies of her work on YouTube. For URLs identified in Interrogatory No. 2 for which Schneider submitted

1

2 **VERIFICATION**

3 Maria Schneider has read the foregoing responses to Plaintiff's Interrogatories, and the

4 answers contained therein are true to the best of her knowledge, information, and belief.

5

6 Signed: _Maria Schneider_

7

8 Dated: _1/14/22_

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

MARIA SCHNEIDER'S SUPPLEMENTAL                                    CASE NO. 3:20-CV-4423
28 OBJECTIONS & RESPONSES TO DEFENDANTS'
SECOND AND SIXTH INTERROGATORIES

Dated: January 14, 2022                    Respectfully submitted,

                                           /s/ Randall P. Ewing, Jr.
                                           George A. Zelcs (pro hac vice)
                                           Randall P. Ewing, Jr. (pro hac vice)
                                           Ryan Z. Cortazar (pro hac vice)
                                           **KOREIN TILLERY, LLC**
                                           205 North Michigan, Suite 1950
                                           Chicago, IL  60601
                                           Telephone: (312) 641-9750
                                           Facsimile: (312) 641-9751

                                           Stephen M. Tillery (pro hac vice)
                                           Steven M. Berezney, CA Bar #329923
                                           Michael E. Klenov, CA Bar #277028
                                           Carol O'Keefe (pro hac vice)
                                           **KOREIN TILLERY, LLC**
                                           505 North 7th Street, Suite 3600
                                           St. Louis, MO  63101
                                           Telephone: (314) 241-4844
                                           Facsimile: (314) 241-3525

                                           Joshua Irwin Schiller, CA Bar #330653
                                           **BOIES SCHILLER FLEXNER LLP**
                                           44 Montgomery St., 41st Floor
                                           San Francisco, CA  94104
                                           Phone: (415) 293-6800
                                           Fax: (415) 293-6899

                                           Philip C. Korologos (pro hac vice)
                                           Joanna C. Wright (pro hac vice)
                                           Demetri Blaisdell (pro hac vice)
                                           **BOIES SCHILLER FLEXNER LLP**
                                           55 Hudson Yards, 20th Floor
                                           New York, NY  10001
                                           Phone: (212) 446-2300
                                           Fax: (212) 446-2350

                                           *Attorneys for Plaintiffs Maria Schneider,*
                                           *Uniglobe Entertainment, LLC, and*
                                           *AST Publishing Ltd.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 14, 2022, I caused the foregoing Plaintiff Maria Schneider's Objections and Responses to YOUTUBE and GOOGLE'S Second and Sixth Interrogatories to Plaintiff Maria Schneider to be served on all opposing counsel of record by email at the addresses listed below:

Schneidervyoutube@wsgr.com

                                           _/s/ Randall P. Ewing, Jr._