| | |
|---|---|
| George A. Zelcs (*pro hac vice*) | Joshua Irwin Schiller, CA Bar #330653 |
| gzelcs@koreintillery.com | jischiller@bsfllp.com |
| Randall P. Ewing, Jr. (*pro hac vice*) | **BOIES SCHILLER FLEXNER LLP** |
| rewing@koreintillery.com | 44 Montgomery St., 41st Floor |
| Ryan Z. Cortazar (*pro hac vice*) | San Francisco, CA 94104 |
| rcortazar@koreintillery.com | Tel.: (415) 293-6800 / Fax: (415) 293-6899 |
| **KOREIN TILLERY, LLC** | |
| 205 North Michigan, Suite 1950 | |
| Chicago, IL 60601 | |
| Tel.: (312) 641-9750 / Fax: (312) 641-9751 | |
| | |
| Stephen M. Tillery (*pro hac vice*) | Philip Korologos (*pro hac vice*) |
| stillery@koreintillery.com | pkorologos@bsfllp.com |
| Steven M. Berezney, CA Bar #329923 | Joanna Wright (*pro hac vice*) |
| sberezney@koreintillery.com | jwright@bsfllp.com |
| Carol O'Keefe (*pro hac vice*) | Demetri Blaisdell (*pro hac vice*) |
| cokeefe@koreintillery.com | dblaisdell@bsfllp.com |
| **KOREIN TILLERY, LLC** | **BOIES SCHILLER FLEXNER LLP** |
| 505 North 7th Street, Suite 3600 | 55 Hudson Yards, 20th Floor |
| St. Louis, MO 63101 | New York, NY 10001 |
| Tel.: (314) 241-4844 / Fax: (314) 241-3525 | Tel.: (212) 446-2300 / Fax: (212) 446-2350 |

*Attorneys for Plaintiffs Maria Schneider, Uniglobe Entertainment, LLC, and AST Publishing Ltd.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC and AST PUBLISHING LTD., individually and on behalf of all others similarly situated; <br><br> Plaintiffs, <br><br> v. <br><br> YOUTUBE, LLC; and GOOGLE LLC; <br><br> Defendants. | CASE NO.  3:20-cv-4423-JD <br><br> **KOROLOGOS DECLARATION REGARDING COURT-ORDERED MEET AND CONFER** |
| YOUTUBE, LLC and GOOGLE LLC; <br><br> Counter-Plaintiffs, <br><br> v. <br><br> PIRATE MONITOR LTD., GÁBOR CSUPÓ, and PIRATE MONITOR LLC, <br><br> Counter-Defendants. | |

1

Korologos Decl. Regarding Court-Ordered Meet and Confer                                                3:20-cv-4423-JD

I, Phil Korologos, declare:

1. I am a partner at Boies Schiller Flexner LLP, co-counsel to Plaintiffs and putative class representatives Maria Schneider, Uniglobe Entertainment, LLC, and AST Publishing Ltd. I make this declaration to attest to my participation in a meet and confer about discovery issues pursuant to the Court's Order of February 3, 2022. Dkt. No. 117.

2. I attest that on February 10, 15, 16, and 17, 2022, I met and conferred about the discovery issues identified in the Court's February 3, 2022 Order with counsel for Defendants in person via remote access video for a total of four hours. The parties have made some progress and hope to make further progress following the provision of certain expected information and documents defendants have agreed to provide in the coming days.

I declare under penalty of perjury of the United States of America that the foregoing is true and correct.

Executed this 22nd day of February, 2022 at New York, New York.

*/s/ Phil Korologos*

Phil Korologos