DAVID H. KRAMER, SBN168452
MAURA L. REES, SBN 191698
LAUREN GALLO WHITE, SBN 309075
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: dkramer@wsgr.com
       mrees@wsgr.com
       lwhite@wsgr.com

BRIAN M. WILLEN (admitted *Pro Hac Vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, NY 10019-6022
Telephone: (212) 999-5800
Facsimile: (212) 999-5801
Email: bwillen@wsgr.com

Attorneys for Defendants and Counterclaimants
YOUTUBE, LLC and GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING, LTD., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>Defendants. | CASE NO.: 3:20-cv-04423-JD<br><br>**DECLARATION OF DAVID H. KRAMER CERTIFYING COMPLIANCE WITH THE COURT'S FEBRUARY 3, 2022 ORDER [DKT NO. 117]**<br><br>Judge: Hon. James Donato |
| YOUTUBE, LLC and GOOGLE LLC,<br><br>Counterclaimants,<br><br>v.<br><br>PIRATE MONITOR LTD, PIRATE MONITOR LLC, and GÁBOR CSUPÓ,<br><br>Counterclaim Defendants. | |

Declaration of David H. Kramer
Certifying Compliance

Case No. 3:20-cv-04423-JD

I, David H. Kramer, declare as follows:

1. I am a partner with the law firm Wilson Sonsini Goodrich & Rosati, and lead counsel for Defendants and Counterclaimants YouTube, LLC and Google LLC in this matter. I submit this declaration pursuant to the Court's February 3, 2022 Discovery Order. Dkt. No. 117 (the "February 3 Order"). I make each of the following statements based on my personal knowledge, and I could testify to the truth of each of them.

2. The February 3 Order was directed to a discovery dispute over Plaintiffs' demand that YouTube produce the entirety of databases regarding DMCA takedown notices and Content ID claims that YouTube received. Dkt. No. 97. The February 3 Order directed lead counsel for the parties to meet and confer over the dispute. Pursuant to the February 3 Order, lead counsel for the parties held four different meet and confer sessions via video conference on February 10, 2022; February 15, 2022; February 16, 2022; and February 17, 2022. Each session lasted approximately one hour. Lead counsel for the parties raised and negotiated over various options for the resolution of the dispute. Dkt. Nos. 95, 97.

3. We made progress regarding YouTube's offer to produce database schemas and sample data pursuant to the agreement the parties had negotiated prior to Plaintiffs' filing of their Motion to Compel. Dkt. No. 95. We also discussed strategies whereby Plaintiffs could narrow their requests using Defendants' schemas and sample data to inform that process. Finally, we conferred regarding our disagreements regarding Plaintiffs' theories of relevance for the databases, and the feasibility of sampling, anonymization and pseudonymization to address privacy concerns.

4. The tone of each of these conferences was cordial and the parties charted a path forward. We have agreed to schedule additional discussions once Plaintiffs have time to review Defendants' upcoming production.

5. In accordance with the above, I certify compliance with the February 3 Order.

1     I declare under penalty of perjury under the law of the United States that the foregoing is
2 true and correct and that this declaration is executed the 22nd day of February 2022 in Palo Alto,
3 California.

                                                      By:  */s/ David H. Kramer*
                                                          David H. Kramer

                                                  Attorneys for Defendants and Counterclaimants
                                                  YOUTUBE, LLC and GOOGLE LLC