# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Civil Minutes

Date: March 10, 2022

Judge: Hon. James Donato

Time: 33 Minutes

Case No.    **3:20-cv-04423-JD**
Case Name   **Schneider et al v. YouTube, LLC et al**

Attorney(s) for Plaintiff(s):   Phillip Korologos/Josh Schiller/George A. Zeles/Randall P. Ewing, Jr.
Attorney(s) for Defendant(s):   Maura L. Rees/David Kramer/Lauren G White

Court Recorder: 10:32:12 - 11:05:12

Deputy Clerk: Lisa Clark

## PROCEEDINGS

Motion Hearing -- Held

## NOTES AND ORDERS

The motion to sever, Dkt. No. 100, is denied.

The Court hears argument on the motion to dismiss, Dkt. No. 103, and takes the motion under submission.

The parties will file by March 18, 2022, a joint statement confirming the protocol for the Content ID process for videos with 100 or more views, including cost-sharing with plaintiffs for a rolling production of results. The parties will meet and confer about the registration status of the works identified to date by plaintiffs, and should be prepared to discuss their results at a status conference set for April 28, 2022, at 10:00 a.m. in Courtroom 11.