| | |
|---|---|
| 1 | George A. Zelcs *(pro hac vice)* |
| | gzelcs@koreintillery.com |
| 2 | Randall P. Ewing, Jr. *(pro hac vice)* |
| | rewing@koreintillery.com |
| 3 | Ryan Z. Cortazar *(pro hac vice)* |
| | rcortazar@koreintillery.com |
| 4 | David W. Walchak, CA Bar #323422 |
| | dwalchak@koreintillery.com |
| 5 | **KOREIN TILLERY, LLC** |
| | 205 North Michigan, Suite 1950 |
| 6 | Chicago, IL  60601 |
| | Telephone: (312) 641-9750 |
| 7 | Facsimile: (312) 641-9751 |
| 8 | Stephen M. Tillery (*pro hac vice*) |
| | stillery@koreintillery.com |
| 9 | Steven M. Berezney, CA Bar #329923 |
| | sberezney@koreintillery.com |
| 10 | Michael E. Klenov, CA Bar #277028 |
| | mklenov@koreintillery.com |
| 11 | Carol O'Keefe *(pro hac vice)* |
| | cokeefe@koreintillery.com |
| 12 | **KOREIN TILLERY, LLC** |
| | 505 North 7th Street, Suite 3600 |
| 13 | St. Louis, MO  63101 |
| | Telephone: (314) 241-4844 |
| 14 | Facsimile: (314) 241-3525 |
| 15 | Joshua Irwin Schiller, CA Bar #330653 |
| | jischiller@bsfllp.com |
| 16 | **BOIES SCHILLER FLEXNER LLP** |
| | 44 Montgomery St., 41st Floor |
| 17 | San Francisco, CA  94104 |
| | Telephone: (415) 293-6800 |
| 18 | Facsimile: (415) 293-6899 |
| 19 | Philip C. Korologos *(pro hac vice)* |
| | pkorologos@bsfllp.com |
| 20 | Joanna C. Wright *(pro hac vice)* |
| | jwright@bsfllp.com |
| 21 | Demetri Blaisdell (*pro hac vice*) |
| 22 | dblaisdell@bsfllp.com |
| | **BOIES SCHILLER FLEXNER LLP** |
| 23 | 55 Hudson Yards, 20th Floor |
| | New York, NY  10001 |
| 24 | Telephone: (212) 446-2300 |
| | Facsimile: (212) 446-2350 |
| 25 | |
| | *Attorneys for Plaintiffs Maria Schneider,* |
| 26 | *Uniglobe Entertainment, LLC, and* |
| | *AST Publishing Ltd.* |
| 27 | |
| 28 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING LTD., individually and on behalf of all others similarly situated;<br><br>　　　　Plaintiff,<br><br>vs.<br><br>YOUTUBE, LLC; and GOOGLE LLC;<br><br>　　　　Defendants.<br><br>YOUTUBE, LLC and GOOGLE LLC;<br><br>　　　　Counter-Plaintiffs,<br><br>vs.<br><br>GÁBOR CSUPÓ, PIRATE MONITOR LTD., LLC, and PIRATE MONITOR LLC,<br><br>　　　　Counter-Defendants. | CASE NO. 3:20-cv-4423-JD<br><br>**NOTICE OF APPEARANCE OF DAVID W. WALCHAK FOR PLAINTIFFS MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC AND AST PUBLISHING LTD.**<br><br>JUDGE: Honorable James Donato |

TO THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the following counsel hereby enters his appearance as counsel of record for Plaintiffs Maria Schneider, Uniglobe Entertainment, LLC, and AST Publishing Ltd.:

David W. Walchak
KOREIN TILLERY, LLC
205 North Michigan, Suite 1950
Chicago, IL 60601
Telephone: (312) 641-9750
Facsimile: (312) 641-9751
dwalchak@koreintillery.com

| | |
|---|---|
| Dated: March 17, 2022 | Respectfully submitted, |
| | /s/ David W. Walchak |
| | David W. Walchak, CA Bar #323422 |
| | KOREIN TILLERY, LLC |
| | 205 North Michigan, Suite 1950 |
| | Chicago, IL 60601 |
| | Telephone: (312) 641-9750 |
| | Facsimile: (312) 641-9751 |

George A. Zelcs (*pro hac vice*)
Randall P. Ewing, Jr. (*pro hac vice*)
Ryan Z. Cortazar (*pro hac vice*)
KOREIN TILLERY, LLC
205 North Michigan, Suite 1950
Chicago, IL 60601
Telephone: (312) 641-9750
Facsimile: (312) 641-9751

Stephen M. Tillery (*pro hac vice*)
Steven M. Berezney, CA Bar #329923
Carol O'Keefe (*pro hac vice*)
KOREIN TILLERY, LLC
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

Joshua Irwin Schiller, CA Bar #330653
BOIES SCHILLER FLEXNER LLP
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Phone: (415) 293-6800
Fax: (415) 293-6899

Philip C. Korologos (*pro hac vice*)
Joanna Wright (*pro hac vice*)
Demetri Blaisdell (*pro hac vice*)
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards, 20th Floor
New York, NY 10001
Phone: (212) 446-2300
Fax: (212) 446-2350

|  |  |
|---|---|
| 1 | |
| 2 | *Attorneys for Plaintiffs Maria Schneider, Uniglobe Entertainment, LLC, and AST Publishing Ltd.* |