

March 18, 2022

**VIA ECF**

The Honorable James Donato
United States District Judge
San Francisco Courthouse, Courtroom 11, 19th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

*Schneider v. YouTube*—Case No. 3:20-cv-04423 (N.D. Cal.)

Dear Judge Donato,

    I write on behalf of Plaintiffs and Defendants to update the Court on an issue addressed before Your Honor at last week's conference.

    On March 9, 2022, the parties executed an agreement setting out a protocol for operating YouTube's content identification and management system ("Content ID") in an effort to identify videos on YouTube, if any, that match copyrighted works that Plaintiffs have put at issue in their Amended Complaint. Plaintiffs provided YouTube with the reference files for the works required for the operation of the system on March 9, 2022.

    Per the Court's direction on March 10, 2022, YouTube will run the reference files against videos with a YouTube view count of 100 or higher. Plaintiffs will reimburse YouTube for the additional costs associated with YouTube providing Plaintiffs with a list of Video Matches, as specified in the parties' agreement, on a rolling basis roughly every two weeks until the process is complete. YouTube will deliver to Plaintiffs an invoice of such costs no later than 14 days after the conclusion of the process.

Respectfully submitted,

*/s/ Philip C. Korologos*

Philip C. Korologos

*Counsel for Plaintiffs Maria Schneider, Uniglobe Entertainment, LLC, AST Publishing, and Counterclaim Defendant Pirate Monitor LTD*

cc: All counsel via ECF