# EXHIBIT A

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA SCHNEIDER and PIRATE MONITOR LTD, individually and on behalf of all others similarly situated;<br><br>Plaintiffs,<br><br>vs.<br><br>YOUTUBE, LLC; GOOGLE LLC; and ALPHABET INC.;<br><br>Defendants. | Case Number: 3:20-cv-04423-JD<br><br>**PLAINTIFFS' FIRST SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS TO DEFENDANTS YOUTUBE, LLC AND GOOGLE LLC** |

Pursuant to Federal Rules of Civil Procedure 26 and 34, Plaintiffs Maria Schneider and Pirate Monitor LTD ("Pirate Monitor"), by their attorneys Boies Schiller Flexner LLP and Korein Tillery, LLC, request that Defendants, YouTube, LLC ("YouTube") and Google LLC ("Google") respond to the following document requests (the "Requests") within thirty days of service and produce responsive documents, and afterwards supplement such production as may become necessary to comply with the requirements of Rule 26(e) of the Federal Rules of Civil Procedure.

**DEFINITIONS**

1. The words and phrases used in these Requests shall have the meanings ascribed to them under the Federal Rules of Civil Procedure, unless otherwise stated. All definitions herein include both the singular and plural.

2. "And" and "Or" shall be construed either disjunctively or conjunctively as necessary to bring within the scope of the discovery request all responses that might otherwise

be construed to be outside of its scope.

3. "Account Monetization Program" means any program by which Users receive compensation on YouTube, Including the YouTube Partner Program.

4. "Answer" means the Defendants' answer filed on September 21, 2020.

5. "AutoPlay Feature" means Your system that queues subsequent videos to play sequentially, Including the system described in Paragraph 37 of the Complaint.

6. "CMI Video" means a video containing CMI at the time the User initiated the upload of the video to Your platform.

7. "Communication" means the transmittal of information (in the form of facts, ideas, inquiries or otherwise).

8. "Complaint" means the complaint filed by Plaintiffs against Defendants on July 2, 2020.

9. "Concerning" means relating to, referring to, describing, evidencing or constituting.

10. "Content ID System" means Your copyright management tool described throughout the Complaint, Including at Paragraphs 2, 8, 9, 10, and 12.

11. "Copyright Management Information" or "CMI" has the meaning it has under 17 U.S.C. § 1202.

12. "Copyright Strike" means the strike issued by You to a User following a Takedown Notice.

13. "Counterclaims" means the counterclaims filed by Defendants Google and YouTube on September 21, 2020.

14. "Document" is defined to be synonymous in meaning and equal in scope to the usage of the term "documents or electronically stored information" in Federal Rule of Civil Procedure 34(a)(1)(A) and includes Communications. A draft or non-identical copy is a separate Document within the meaning of this term.

15. "Fair Use" has the meaning it has under 17 U.S.C. § 107.

16. "ID3 Tags" means the metadata container used in conjunction with audio files,

    e) The number of times the Successful Takedown Notice Videos have been added to a queue and, separately, the number of times such videos were viewed by a User after being added to a queue;

    f) The number of times the Unsuccessful Takedown Notice Videos have been added to a queue and, separately, the number of times such videos were viewed by a User after being added to a queue;

    g) The number of times videos subject to the Account Monetization Program were added to a queue and, separately, the number of times such videos were viewed by a User after being added to a queue; and

    h) The number of times videos not subject to the Account Monetization Program were added to a queue and, separately, the number of times such videos were viewed by a User after being added to a queue.

**REQUEST NO. 44**

All Documents describing the Autoplay Feature, Including changes to how the AutoPlay Feature works and implementation of the AutoPlay Feature.

**REQUEST NO. 45**

All Documents Concerning the following issues related to the AutoPlay Feature:

    a) Changes to any policies or procedures applicable to the AutoPlay Feature, Including the reasons for such changes;

    b) Any tools, features, or settings available to users with access to the Content ID System that affect any function of the AutoPlay Feature;

    c) Any tools, features, or settings available to users in the Account Monetization Program or YouTube Partner Program that affect any function of the AutoPlay Feature;

    d) The effect if any of Your receipt of a Takedown Notice on any function of the AutoPlay Feature.

**REQUEST NO. 77**

All Documents Concerning any insurance policies relevant to this action, Including the policy through IMI Assurance Inc. identified in Your Initial Disclosures.

DATED:    New York, New York
          October 28, 2020

By:     */s/ Joshua Irwin Schiller*

George A. Zelcs *(pro hac vice)*
Randall P. Ewing, Jr. *(pro hac vice)*
Ryan Z. Cortazar *(pro hac vice)*
**KOREIN TILLERY, LLC**
205 North Michigan, Suite 1950
Chicago, IL  60601
Telephone: (312) 641-9750
Facsimile: (312) 641-9751

Stephen M. Tillery (*pro hac vice*)
Steven M. Berezney, CA Bar #329923
Michael E. Klenov, CA Bar #277028
Carol O'Keefe *(pro hac vice)*
**KOREIN TILLERY, LLC**
505 North 7th Street, Suite 3600
St. Louis, MO  63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

Joshua Irwin Schiller, CA Bar #330653
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery St., 41st Floor
San Francisco, CA  94104
Phone: (415) 293-6800
Fax: (415) 293-6899

Philip C. Korologos *(pro hac vice)*
Joanna C. Wright *(pro hac vice)*
**BOIES SCHILLER FLEXNER LLP**
55 Hudson Yards, 20th Floor
New York, NY  10001
Phone: (212) 446-2300
Fax: (212) 446-2350

*Attorneys for Maria Schneider and
Pirate Monitor LTD*

**CERTIFICATE OF SERVICE**

I hereby certify that the following counsel of record were served by email on October 28, 2020:

>DAVID H. KRAMER
>dkramer@wsgr.com
>MAURA L. REES
>mrees@wsgr.com
>LAUREN GALLO WHITE
>lwhite@wsgr.com
>WILSON SONSINI GOODRICH & ROSATI
>Professional Corporation
>650 Page Mill Road
>Palo Alto, CA 94304-1050
>Telephone: (650) 493-9300
>Facsimile:  (650) 565-5100
>
>*Attorneys for Defendants and Counterclaimants*
>YOUTUBE, LLC and GOOGLE LLC

>>*/s/ Demetri Blaisdell*
>>Demetri Blaisdell