# EXHIBIT A

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING LTD., individually and on behalf of all others similarly situated;

              Plaintiff,

vs.

YOUTUBE, LLC; and GOOGLE LLC;

              Defendants.

---

YOUTUBE, LLC and GOOGLE LLC;

              Counter-Plaintiffs,

vs.

GÁBOR CSUPÓ, PIRATE MONITOR LTD., LLC, and PIRATE MONITOR LLC,

              Counter-Defendants.

CASE NO. 3:20-cv-4423

**PLAINTIFF AST PUBLISHING LTD.'S, RESPONSES AND OBJECTIONS TO YOUTUBE AND GOOGLE'S FIRST SET OF DOCUMENT REQUESTS**

Pursuant to Federal Rules of Civil Procedure 26 and 34, Plaintiff AST Publishing Ltd. ("Plaintiff" or "AST") submits the following responses and objections to Defendants YouTube, LLC's ("YouTube") and Google LLC's ("Google") (collectively "Defendants") First Set of Document Requests to AST, dated November 24, 2021 (the "Requests"), in the above-captioned action (the "Action").

By these Responses, AST does not intend to, and does not, (1) waive any objection as to the admissibility of evidence or the competency of, relevancy of, materiality of, or privilege attaching to any information disclosed in these responses, or (2) waive the right to object to other discovery requests or undertakings involving or reflecting the subject matter of the Requests or these Responses. These Responses do not constitute, nor should they be construed as, admissions with respect to the relevancy or admissibility of any evidence or document identified herein or the truth or accuracy of

AST Publishing Ltd.'s Responses & Objections    2    Case No. 3:20-cv-4423
to Defendants' First Set of
Document Requests

1  proportionate to the needs of the case and will produce responsive, non-privileged documents, if any,

2  related to the Works in Suit. AST states in accordance with Rule 34(b)(2)(C) that it has not completed

3  its review and analysis of available or relevant documents responsive to Request No. 8, but that it

4  currently believes that responsive documents will be withheld on the basis of the objections contained

5  herein.

6  **DOCUMENT REQUEST NO. 9:**

7  All documents and communications concerning any and all methods (including software or

8  computer programs) to prevent, detect, or remove uploads of Your copyrighted material to any

9  website or to prevent re-loading of copyrighted material after such material has been removed from

10  any website.

11  **OBJECTIONS AND RESPONSE:** AST objects to Request No. 9 as vague and ambiguous because

12  it fails to define "methods," "copyrighted material," and "re-loading," and because it does not specify

13  the time period that applies to the Request, whether the methods are those employed, created, or used

14  by AST, or the websites that are covered by this Request. AST further objects that this request is

15  overbroad and not relevant to any party's claim or defense to the extent it applies to works that are

16  not Works in Suit. AST is willing to meet and confer with Defendants about a more properly-tailored

17  and narrowed request.

18  **DOCUMENT REQUEST NO. 10:**

19  All documents and communications concerning the presence of Your copyrighted content on

20  any website that is not owned or operated by You.

21  **OBJECTIONS AND RESPONSE:** AST objects to Request No. 10 as vague and ambiguous

22  because it fails to define "copyrighted content" and "presence" and because it fails to specify the time

23  period that applies to the Request. AST also objects on the grounds that it is overbroad and seeks

24  information that is not relevant to any party's claim or defense, including because it applies to works

25  that are not Works in Suit. AST is willing to meet and confer with Defendants about a more properly-

26  tailored and narrowed request.

27

28

Works in Suit and YouTube. AST states in accordance with Rule 34(b)(2)(C) that it has not completed its review and analysis of available or relevant documents responsive to Request No. 36, but that it currently believes that responsive documents will be withheld on the basis of the objections contained herein.

**DOCUMENT REQUEST NO. 37:**

All documents and communications concerning technical measures that are used by copyright owners, including but not limited to You, to identify or protect content posted on websites.

**OBJECTIONS AND RESPONSE:** AST objects to Request No. 37 as vague and ambiguous because it fails to define "technical measures," "protect," and "content," and because it fails to specify the time period that applies to the Request. AST is willing to meet and confer with Defendants about a more properly-tailored and narrowed request.

**DOCUMENT REQUEST NO. 38:**

All documents and communications concerning each DMCA "takedown notice" that You have contemplated sending or have sent, whether directly or via a third party, pursuant to 17 U.S.C § 512(c)(3).

**OBJECTIONS AND RESPONSE:** AST objects to Request No. 38 because it purports to impose a burden on AST to provide documents or information already in Defendants' possession, custody, or control. AST further objects to this request as overbroad and not relevant to any party's claim or defense because it is not limited to the Works in Suit and is not limited to YouTube. AST further objects to this request as vague with respect to "contemplated." AST further objects to the definition of "You" as overbroad and burdensome and because it makes this Request seek information that is not relevant to any party's claim or defense.

Subject to and without waiving this objection, the General Objections, or the Objections to Definitions and Instructions, in response to Request No. 38, AST will perform a reasonable search proportionate to the needs of the case and will produce responsive, non-privileged documents, if any, relating to "takedown notices" sent to YouTube for the Works in Suit. AST states in accordance with Rule 34(b)(2)(C) that it has not completed its review and analysis of available or relevant documents

AST Publishing Ltd.'s Responses & Objections        22        Case No. 3:20-cv-4423
to Defendants' First Set of
Document Requests

of available or relevant documents responsive to Request No. 43, but that it currently believes that responsive documents will be withheld on the basis of the objections contained herein.

**DOCUMENT REQUEST NO. 44:**

All communications with third parties concerning YouTube or this lawsuit.

**OBJECTIONS AND RESPONSE:** AST objects to Request No. 44 on the grounds that it is overbroad, potentially seeks privileged information, and seeks information that is not relevant to any party's claim or defense. AST further objects to Request No. 44 because it fails to specify the time period that applies to the Request and which entity or person communicated with any third parties.

**DOCUMENT REQUEST NO. 45:**

All communications between You and any member of the purported plaintiff class concerning YouTube or Google, any matter set forth in the complaint, Your representation of the purported class, and/or any matter related to the conduct of this litigation.

**OBJECTIONS AND RESPONSE:** AST objects to Request No. 45 because it potentially seeks information covered by privilege(s), including the attorney-client and attorney work product privileges. AST also objects on the grounds that it is overbroad and seeks information that is not relevant to any party's claim or defense. AST further objects to the definition of "You" and "Your" as overbroad and burdensome and because it makes this Request seek information that is not relevant to any party's claim or defense.

**DOCUMENT REQUEST NO. 46:**

All documents and communications concerning Your participation as a plaintiff in this action, including but not limited to all communications between You and any other person or entity concerning this lawsuit.

**OBJECTIONS AND RESPONSE:** AST objects to Request No. 46 on the grounds that it is vague, overbroad, potentially seeks privileged information, and seeks information that is not relevant to any party's claim or defense. AST further objects to the definition of "You" and "Your" as overbroad and burdensome and because it makes this Request seek information that is not relevant to any party's claim or defense.

**DOCUMENT REQUEST NO. 47:**

All documents and communications concerning the actual, promised, or expected receipt by You of anything of monetary value from any person or entity in connection with this lawsuit.

**OBJECTIONS AND RESPONSE:** AST objects to Request No. 47 on the grounds that it potentially seeks privileged information and seeks information that is not relevant to any party's claim or defense. AST further objects to the definition of "You" as overbroad and burdensome and because it makes this Request seek information that is not relevant to any party's claim or defense.

**DOCUMENT REQUEST NO. 48:**

All documents and communications concerning any written or oral agreement between You and any person regarding the payment of the attorneys' fees, costs, or expenses of this litigation.

**OBJECTIONS AND RESPONSE:** AST objects to Request No. 48 on the grounds that it potentially seeks privileged information and seeks information that is not relevant to any party's claim or defense.

**DOCUMENT REQUEST NO. 49:**

All documents and communications concerning the date or dates on which You first communicated with each of Your counsel of record regarding the matters at issue in this lawsuit.

**OBJECTIONS AND RESPONSE:** AST objects to Request No. 49 on the grounds that it seeks privileged information and seeks information that is not relevant to any party's claim or defense.

**DOCUMENT REQUEST NO. 50:**

All documents and communications concerning Your decision to seek to be named as a plaintiff in this lawsuit.

**OBJECTIONS AND RESPONSE:** AST objects to Request No. 50 on the grounds that it seeks privileged information and seeks information that is not relevant to any party's claim or defense.

**DOCUMENT REQUEST NO. 51:**

All documents concerning use of any YouTube Copyright Protection Service system to identify, claim, block, or monetize Your copyrighted works by You, your affiliates, or any other person.

AST Publishing Ltd.'s Responses & Objections    26    Case No. 3:20-cv-4423
to Defendants' First Set of
Document Requests

1    All documents and communications between You and AZAPI regarding YouTube or this

2  lawsuit.

3  **OBJECTIONS AND RESPONSE:** AST objects to Request No. 54 on the grounds that it is

4  overbroad, seeks privileged information, and seeks information that is not relevant to any party's claim

5  or defense. AST further objects to the definition of "You" as overbroad and burdensome and because

6  it makes this Request seek information that is not relevant to any party's claim or defense.

7    Subject to and without waiving these objections, the General Objections, or the Objections to

8  Definitions and Instructions, in response to Request No. 54, AST will perform a reasonable search

9  for documents and will produce responsive, non-privileged documents, if any, related to the Works

10  in Suit, copyrights or infringement of copyrights, and YouTube. AST states in accordance with Rule

11  34(b)(2)(C) that it has not completed its review and analysis of available or relevant documents

12  responsive to Request No. 54, but that it currently believes that responsive documents will be withheld

13  on the basis of the objections contained herein.

14  **DOCUMENT REQUEST NO. 55:**

15    All documents concerning Your selection of works to be included as Works in Suit.

16  **OBJECTIONS AND RESPONSE:** AST objects to Request No. 55 on the grounds that it is vague

17  and overbroad, seeks information that is not relevant to any party's claim or defense, and potentially

18  seeks information protected by privilege, including attorney-client privilege and the work product

19  doctrine. AST further objects to the definition of "Your" as overbroad and burdensome and because

20  it makes this Request seek information that is not relevant to any party's claim or defense.

21

22    Dated: December 27, 2021                    Respectfully submitted,

23                                                /s/ Randall P. Ewing, Jr.
                                                 George A. Zelcs (*pro hac vice*)
24                                               Randall P. Ewing, Jr. (*pro hac vice*)
                                                 Ryan Z. Cortazar (*pro hac vice*)
25                                               KOREIN TILLERY, LLC
                                                 205 North Michigan, Suite 1950
26                                               Chicago, IL 60601
                                                 Telephone: (312) 641-9750
27                                               Facsimile: (312) 641-9751

28

Stephen M. Tillery (*pro hac vice*)
Steven M. Berezney, CA Bar #329923
Carol O'Keefe (*pro hac vice*)
KOREIN TILLERY, LLC
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

Joshua Irwin Schiller, CA Bar #330653
BOIES SCHILLER FLEXNER LLP
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Phone: (415) 293-6800
Fax: (415) 293-6899

Philip C. Korologos (*pro hac vice*)
Joanna Wright (*pro hac vice*)
Demetri Blaisdell (*pro hac vice forthcoming*)
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards, 20th Floor
New York, NY 10001
Phone: (212) 446-2300
Fax: (212) 446-2350

*Attorneys for Plaintiffs Maria Schneider,*
*Uniglobe Entertainment, LLC, and*
*AST Publishing Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2021, I caused the foregoing to be served on all opposing counsel of record by email at the  addresses listed below:

Schneidervyoutube@wsgr.com

_/s/ Steven M. Berezney_____