UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date:  April 28, 2022                                      Judge:  Hon. James Donato

Time:  31 minutes

Case No.       **3:20-cv-04423-JD**
Case Name    **Schneider et al v. YouTube, LLC et al**

Attorney(s) for Plaintiff(s):     Philip Korologos/Gorge Zelcs
Attorney(s) for Defendant(s):  Maura Rees/David Kramer

Court Reporter: Belle Ball

Deputy Clerk:  Lisa Clark

### PROCEEDINGS

Status Conference -- Held

### NOTES AND ORDERS

A further status conference is set for June 2, 2022, at 10:00 a.m. in Courtroom 11.  The parties are directed to file by May 26, 2022, an agenda for the Court to consider at the conference.

1