

May 26, 2022

**VIA ECF**
The Honorable James Donato
United States District Judge
San Francisco Courthouse, Courtroom 11, 19th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

*Schneider v. YouTube, LLC et al.*, Case No. 3:20-cv-04423 (N.D. Cal.)

Dear Judge Donato:

     I write on behalf of the parties in this matter to set forth the issues that Defendants' counsel, Mr. Kramer, and I have discussed since the last conference. The parties continue to discuss these issues and we will update the Court on the parties' progress in this regard when we appear before Your Honor at the conference on June 2, 2022.

1. Plaintiffs' Motion to Compel documents related to Autoplay;

2. Defendants' Motion to Compel documents from Plaintiff AST;

3. Fields and Field Descriptions for Defendants' Content ID and Takedown Notice databases;

4. Plaintiffs' privilege assertion over searches for alleged infringements;

5. Production of documents by Plaintiffs relating to Counterclaim Defendant Pirate Monitor;

6. Production of documents by Defendants relating to Fair Use.

7. Plaintiffs' works in suit and alleged infringements.

8. Production of policy related documents by Defendants related to their copyright management team.

9. Deposition scheduling and location; and

10. Timing and method of presenting class certification and DMCA issues to the Court.

                                          Respectfully,

                                          ____/s/ Philip Korologos____

                                          Philip Korologos

Copy to all counsel via ECF