UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING, LTD., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>Defendants. | CASE NO.: 3:20-cv-04423-JD<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE JUNE 2, 2022 STATUS CONFERENCE TO JUNE 9, 2022**<br><br>Judge: Hon. James Donato |
| YOUTUBE, LLC and GOOGLE LLC,<br><br>Counterclaimants,<br><br>v.<br><br>PIRATE MONITOR LTD, PIRATE MONITOR LLC, and GÁBOR CSUPÓ,<br><br>Counterclaim Defendants. | |

1  Pursuant to the Civil Local Rules of this District, Defendants and Counterclaimants YouTube, LLC and Google LLC (collectively, "Defendants") and Plaintiffs Maria Schneider, Uniglobe Entertainment, LLC, and AST Publishing, LTD (collectively, "Plaintiffs") (together, the "Parties"), by and through their undersigned counsel, stipulate as follows:

WHEREAS, a status conference is scheduled in this action for June 2, 2022, at 10:00 a.m. (ECF No. 131);

WHEREAS, lead counsel for Defendants is testing positive for COVID-19 and remains symptomatic;

WHEREAS, in light of COVID-related health concerns, subject to the Court's approval, the parties have agreed to continue the June 2, 2022 status conference until June 9, 2022;

WHEREAS, in the interim, the Parties will continue to meet and confer in good faith regarding the issues that they identified in their May 26, 2022 Letter (ECF No. 132).

THERERFORE, THE PARTIES HEREBY STIPULATE AND AGREE, subject to the Court's approval, that the June 2, 2022 status conference should be continued to June 9, 2022 at 10:00 a.m.

**IT IS SO STIPULATED,** through Counsel of Record.

Dated: May 31, 2022

　　　　　　　　/s David H. Kramer　　　　　　
David H. Kramer
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: dkramer@wsgr.com

Attorneys for Defendants and Counterclaimants
YOUTUBE, LLC and GOOGLE LLC

Dated: May 31, 2022

　　　　　　　　/s/ Philip C. Korologos　　　　　　
Philip C. Korologos
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards, 20th Floor
New York, NY 10001
Telephone: (212) 446-2300
Facsimile: (212) 446-2350
Email: pkorologos@bsfllp.com

Attorneys for MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING, LTD.

**SIGNATURE ATTESTATION**

I, David H. Kramer, hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing of this e-filed document.

By: _____/s/ David H. Kramer_____

**[PROPOSED]**

**ORDER**

PURSUANT TO STIPULATION, and good cause appearing, the June 2, 2022 status conference is HEREBY CONTINUED to June 9, 2022, at 10:00 a.m. in Courtroom 11.

**IT IS SO ORDERED**

Dated: _____

                                        Honorable Judge James Donato
                                        United States District Court Judge