| | |
|---|---|
| George A. Zelcs (pro hac vice) | Joshua Irwin Schiller, CA Bar #330653 |
| Randall P. Ewing, Jr. (pro hac vice) | BOIES SCHILLER FLEXNER LLP |
| Ryan Z. Cortazar (pro hac vice) | 44 Montgomery St., 41st Floor |
| KOREIN TILLERY, LLC | San Francisco, CA 94104 |
| 205 North Michigan, Suite 1950 | Phone: (415) 293-6800 |
| Chicago, IL 60601 | |
| Telephone: (312) 641-9750 | Philip Korologos (pro hac vice) |
| | Joanna Wright (pro hac vice) |
| Stephen M. Tillery (pro hac vice) | Demetri Blaisdell (pro hac vice) |
| Steven M. Berezney, CA Bar #329923 | BOIES SCHILLER FLEXNER LLP |
| Carol O'Keefe (pro hac vice) | 55 Hudson Yards, 20th Floor |
| KOREIN TILLERY, LLC | New York, NY 10001 |
| 505 North 7th Street, Suite 3600 | Phone: (212) 446-2300 |
| St. Louis, MO 63101 | |
| Telephone: (314) 241-4844 | *Attorneys for Plaintiffs* |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING, LTD., individually and on behalf of all others similarly situated, individually and on behalf of all others similarly situated, | Case Number: 3:20-cv-04423-JD |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO SCHEDULE A CASE MANAGEMENT CONFERENCE PURSUANT TO L.R. 7-11** |
| vs. | |
| YOUTUBE, LLC and GOOGLE LLC, | |
| Defendants. | |
| YOUTUBE, LLC and GOOGLE LLC, | |
| Counterclaimants, | |
| vs. | |
| PIRATE MONITOR LTD, | |
| Counterclaim Defendant. | |

-2-

1   Having considered the administrative motion of Plaintiffs Maria Schneider, Uniglobe
2   Entertainment, LLC, and AST Publishing, Ltd. to schedule a case management conference prior
3   to the close of discovery on July 5, 2022:
4   Plaintiffs' Motion is **GRANTED** and a case management conference is scheduled for
5   June __, 2022 at 10:00 am PT.
6   **IT IS SO ORDERED.**

Date: _____   _____
**HONORABLE JAMES DONATO**
United States District Judge