1  DAVID H. KRAMER, SBN 168452
   MAURA L. REES, SBN 191698
2  LAUREN GALLO WHITE, SBN 309075
   WILSON SONSINI GOODRICH & ROSATI
3  Professional Corporation
   650 Page Mill Road
4  Palo Alto, CA 94304-1050
   Telephone: (650) 493-9300
5  Facsimile: (650) 565-5100
   Email: dkramer@wsgr.com
6         mrees@wsgr.com
          lwhite@wsgr.com
7
   Attorneys for Defendants and Counterclaimants
8  YOUTUBE, LLC and GOOGLE LLC

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12

13  MARIA SCHNEIDER, et al.,         )   CASE NO.: 3:20-cv-04423-JD
                                     )
14            Plaintiffs,            )   **DEFENDANTS YOUTUBE, LLC AND**
                                     )   **GOOGLE LLC'S RESPONSE TO**
15      v.                           )   **PLAINTIFFS' ADMINISTRATIVE**
                                     )   **MOTION TO SCHEDULE A CASE**
16                                   )   **MANAGEMENT CONFERENCE**
    YOUTUBE, LLC, et al.,            )
17                                   )
              Defendants.            )
18                                   )
                                     )
19                                   )
    YOUTUBE, LLC and GOOGLE LLC,     )
20                                   )
              Counterclaimants,      )
21                                   )
        v.                           )
22                                   )
                                     )
23  PIRATE MONITOR LTD, PIRATE       )
    MONITOR LLC, and GÁBOR CSUPÓ,    )
24                                   )
              Counterclaim Defendants.)
25                                   )
                                     )
26

27

28

1     Defendants appreciate the Court's accommodation of the parties' request to reschedule the status conference in this case previously set for June 2.  *See* Dkt. Nos. 133, 134.  Defendants will be available for the conference as reset by the Court on July 7, or at such other time as the Court deems appropriate.  As Defendants' counsel explained to Plaintiffs' counsel, Defendants take no position on Plaintiffs' request to hold the conference earlier than July 7 because the Court has already considered the parties' joint request to reschedule for June 9 (Dkt. No. 133), and chose to reschedule the conference as it did (Dkt No. 134).

    Regardless of when any further status conference takes place, Defendants will continue to confer and make progress with Plaintiffs on outstanding issues.  We look forward to meeting again with the Court at its convenience.

Dated:  June 6, 2022

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation


By:   */s/ David H. Kramer*
       David H. Kramer

Attorneys for Defendants and Counterclaimants
YOUTUBE, LLC and GOOGLE LLC