# EXHIBIT A

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA SCHNEIDER and PIRATE MONITOR LTD, individually and on behalf of all others similarly situated;<br><br>Plaintiffs,<br><br>vs.<br><br>YOUTUBE, LLC; GOOGLE LLC; and ALPHABET INC.;<br><br>Defendants. | Case Number: 3:20-cv-04423-JD<br><br>**PLAINTIFFS' FIRST SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS TO DEFENDANTS YOUTUBE, LLC AND GOOGLE LLC** |

Pursuant to Federal Rules of Civil Procedure 26 and 34, Plaintiffs Maria Schneider and Pirate Monitor LTD ("Pirate Monitor"), by their attorneys Boies Schiller Flexner LLP and Korein Tillery, LLC, request that Defendants, YouTube, LLC ("YouTube") and Google LLC ("Google") respond to the following document requests (the "Requests") within thirty days of service and produce responsive documents, and afterwards supplement such production as may become necessary to comply with the requirements of Rule 26(e) of the Federal Rules of Civil Procedure.

**DEFINITIONS**

1. The words and phrases used in these Requests shall have the meanings ascribed to them under the Federal Rules of Civil Procedure, unless otherwise stated. All definitions herein include both the singular and plural.

2. "And" and "Or" shall be construed either disjunctively or conjunctively as necessary to bring within the scope of the discovery request all responses that might otherwise

be construed to be outside of its scope.

3. "Account Monetization Program" means any program by which Users receive compensation on YouTube, Including the YouTube Partner Program.

4. "Answer" means the Defendants' answer filed on September 21, 2020.

5. "AutoPlay Feature" means Your system that queues subsequent videos to play sequentially, Including the system described in Paragraph 37 of the Complaint.

6. "CMI Video" means a video containing CMI at the time the User initiated the upload of the video to Your platform.

7. "Communication" means the transmittal of information (in the form of facts, ideas, inquiries or otherwise).

8. "Complaint" means the complaint filed by Plaintiffs against Defendants on July 2, 2020.

9. "Concerning" means relating to, referring to, describing, evidencing or constituting.

10. "Content ID System" means Your copyright management tool described throughout the Complaint, Including at Paragraphs 2, 8, 9, 10, and 12.

11. "Copyright Management Information" or "CMI" has the meaning it has under 17 U.S.C. § 1202.

12. "Copyright Strike" means the strike issued by You to a User following a Takedown Notice.

13. "Counterclaims" means the counterclaims filed by Defendants Google and YouTube on September 21, 2020.

14. "Document" is defined to be synonymous in meaning and equal in scope to the usage of the term "documents or electronically stored information" in Federal Rule of Civil Procedure 34(a)(1)(A) and includes Communications. A draft or non-identical copy is a separate Document within the meaning of this term.

15. "Fair Use" has the meaning it has under 17 U.S.C. § 107.

16. "ID3 Tags" means the metadata container used in conjunction with audio files,

infringement; Fair Use; Takedown Notices; the Content ID System; the Account Monetization Program; the YouTube Partner Program; the Account Monetization Program; the AutoPlay Feature; Repeat Infringers; and Copyright Management Information.

**REQUEST NO. 62**

All Documents produced by You or to You in response to any subpoena Concerning any of the alleged facts in the Complaint, the Answer, and Counterclaims, the Response to Counterclaims, or any statement of fact contained in any other document filed in this Lawsuit, Including Concerning the following topics: enforcement of copyright infringement; Fair Use; Takedown Notices; the Content ID System; the Account Monetization Program; the YouTube Partner Program; the Account Monetization Program; the AutoPlay Feature; Repeat Infringers; and Copyright Management Information.

**REQUEST NO. 63**

All Documents Concerning the damages Defendants have requested in the Counterclaims.

**REQUEST NO. 64**

All Communications with any media or social media outlet You have had Concerning the Complaint or any of the alleged facts in the Complaint, the Answer, and Counterclaims, the Response to Counterclaims, or any statement of fact contained in any other document filed in this Lawsuit, Including Concerning the following topics: enforcement of copyright infringement; Fair Use; Takedown Notices; the Content ID System; the Account Monetization Program; the YouTube Partner Program; the Account Monetization Program; the AutoPlay Feature; Repeat Infringers; and Copyright Management Information.

**REQUEST NO. 65**

All Documents Concerning Your participation in any matter or proceeding Concerning copyright infringement by or involving Your Users.

**REQUEST NO. 66**

All Documents Concerning the following issues related to Fair Use:

    a) Policies and procedures applicable to Fair Use, Including any changes to those policies and procedures;

  b) Any instances in which You have paid or reimbursed all or some of the defense costs in a lawsuit or other proceeding Concerning Fair Use;

  c) Any efforts to create a filter for rejecting false or inadequate claims of Fair Use;

  d) Discussion of Users who have invoked Fair Use in response to an allegation of copyright infringement;

  e) Your efforts to inform Users of Your policies and procedures applicable to Fair Use.

**REQUEST NO. 67**

Documents sufficient to show the following information Concerning Fair Use for each month since the Content ID System was launched:

  a) The total number of Users who have invoked Fair Use in response to an allegation of copyright infringement;

  b) The number of videos for which a User has invoked Fair Use in response to an allegation of copyright infringement;

  c) Your determination about how many claims by Users who have invoked Fair Use meet the applicable criteria for Fair Use;

  d) The total number of videos removed from Your platform posted by Users who have invoked Fair Use;

  e) The total number of Copyright Strikes issued to Users who have invoked Fair Use.

**REQUEST NO. 68**

All Documents Concerning Your negotiations with any Performance Rights Organization, Including the contracts between you and any Performance Rights Organization and Documents Concerning the Content ID System, how revenue is shared with copyright holders, and Copyright Management Information.

**REQUEST NO. 69**

All Document or data retention policies applying to or Concerning the following:

  a) Takedown Notices;

  b) The Content ID System;

**REQUEST NO. 77**

All Documents Concerning any insurance policies relevant to this action, Including the policy through IMI Assurance Inc. identified in Your Initial Disclosures.

DATED:   New York, New York
         October 28, 2020

By:   /s/ Joshua Irwin Schiller

George A. Zelcs (pro hac vice)
Randall P. Ewing, Jr. (pro hac vice)
Ryan Z. Cortazar (pro hac vice)
**KOREIN TILLERY, LLC**
205 North Michigan, Suite 1950
Chicago, IL  60601
Telephone: (312) 641-9750
Facsimile: (312) 641-9751

Stephen M. Tillery (pro hac vice)
Steven M. Berezney, CA Bar #329923
Michael E. Klenov, CA Bar #277028
Carol O'Keefe (pro hac vice)
**KOREIN TILLERY, LLC**
505 North 7th Street, Suite 3600
St. Louis, MO  63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

Joshua Irwin Schiller, CA Bar #330653
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery St., 41st Floor
San Francisco, CA  94104
Phone: (415) 293-6800
Fax: (415) 293-6899

Philip C. Korologos (pro hac vice)
Joanna C. Wright (pro hac vice)
**BOIES SCHILLER FLEXNER LLP**
55 Hudson Yards, 20th Floor
New York, NY  10001
Phone: (212) 446-2300
Fax: (212) 446-2350

*Attorneys for Maria Schneider and
Pirate Monitor LTD*

## CERTIFICATE OF SERVICE

I hereby certify that the following counsel of record were served by email on October 28, 2020:

>DAVID H. KRAMER
>dkramer@wsgr.com
>MAURA L. REES
>mrees@wsgr.com
>LAUREN GALLO WHITE
>lwhite@wsgr.com
>WILSON SONSINI GOODRICH & ROSATI
>Professional Corporation
>650 Page Mill Road
>Palo Alto, CA 94304-1050
>Telephone: (650) 493-9300
>Facsimile:  (650) 565-5100
>
>*Attorneys for Defendants and Counterclaimants*
>YOUTUBE, LLC and GOOGLE LLC

                                                     */s/ Demetri Blaisdell*             
                                                          Demetri Blaisdell