**WILSON SONSINI**

Wilson Sonsini Goodrich & Rosati
Professional Corporation

650 Page Mill Road
Palo Alto, California 94304-1050

O: 650.493.9300
F: 650.493.6811

June 21, 2022

<u>Via CM/ECF</u>

The Honorable James Donato
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

  Re: *Schneider et al. v. YouTube, LLC et al.*, Case No. 3:20-cv-04423-JD

Your Honor:

  When the parties were last before the Court on April 22, 2022, the Court directed the parties to file a joint report regarding outstanding issues and made plain there were to be "no more letter [briefs]" Hr'g Tr. at 8:6. Defendants have followed that instruction. Plaintiffs, by contrast, filed three discovery letter briefs in the past ten days. Defendants have refrained from filing their own briefs, and from responding to Plaintiffs' in view of the Court's oral instruction and its Standing Order requiring permission from the Court to respond. We will continue to seek a cooperative resolution of our many issues with Plaintiffs' discovery responses in advance of the July 7th status conference scheduled in this matter.

            Respectfully submitted,

            WILSON SONSINI GOODRICH & ROSATI
            Professional Corporation

              /s/ *David H. Kramer*

            David H. Kramer
            *Counsel for Defendants*