George A. Zelcs (pro hac vice)
Randall P. Ewing, Jr. (pro hac vice)
Ryan Z. Cortazar (pro hac vice)
KOREIN TILLERY, LLC
205 North Michigan, Suite 1950
Chicago, IL 60601
Telephone: (312) 641-9750

Stephen M. Tillery (pro hac vice)
Steven M. Berezney, CA Bar #329923
Carol O'Keefe (pro hac vice)
KOREIN TILLERY, LLC
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844

Joshua Irwin Schiller, CA Bar #330653
BOIES SCHILLER FLEXNER LLP
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Phone: (415) 293-6800

Philip Korologos (pro hac vice)
Joanna Wright (pro hac vice)
Demetri Blaisdell (pro hac vice)
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards, 20th Floor
New York, NY 10001
Phone: (212) 446-2300

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING, LTD., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>Defendants.<br><br>_____<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>Counterclaimants,<br><br>vs.<br><br>PIRATE MONITOR LTD,<br><br>Counterclaim Defendant. | Case Number: 3:20-cv-04423-JD<br><br>**DECLARATION OF DEMETRI BLAISDELL IN SUPPORT OF PLAINTIFFS' MOTION TO MODIFY CASE SCHEDULE** |

I, Demetri Blaisdell, declare as follows:

1. I am an attorney at Boies Schiller Flexner LLP, co-counsel to Plaintiff and putative class representatives Maria Schneider, Uniglobe Entertainment, LLC, and AST Publishing, Ltd. I make this declaration in support of Plaintiffs' Motion to Modify the Case Schedule, filed on June 21, 2022. I have knowledge of the facts stated herein from my personal knowledge or from information received directly from participants in the events addressed herein and, if called as a witness, I could and would competently testify thereto.

2. Along with other counsel for Plaintiffs, I was involved in drafting Plaintiffs' discovery requests and have reviewed Defendants' responses and objections thereto. I have also participated in several telephonic meet-and-confers with counsel for Defendants and have participated in drafting, signing, or receiving dozens of discovery letters regarding Plaintiffs' discovery requests and Defendants' responses thereto. I have also been informed relatively contemporaneously of meet and confer discussions between Plaintiffs and Defendants by other of counsel for Plaintiffs.

3. Plaintiffs have proposed search terms and/or custodians for several categories or relevant documents, including, *e.g.*, documents regarding fair use, the amount of infringing content on YouTube, duties imposed on YouTube by 17 U.S.C. § 1202 related to copyright management information. Defendants rejected each of these proposals, made no counterproposal, and have not engaged in discussions regarding search terms or custodians for any of these categories of documents. For each of these categories of documents, it does not appear from Defendants' productions to date that they have searched the custodial files of relevant custodians using search terms.

4. Plaintiffs have also suggested using custodial searches and requested meet-and-confers regarding search terms and custodians for several categories of relevant documents, including, *e.g.*, documents regarding revenues from Content ID for videos containing copyrighted material, and Defendants' Copyright Match program; Defendants' Autoplay feature. Defendants rejected each of these proposals, made no search protocol counterproposal, and have not engaged in discussions regarding search terms or custodians for any of these categories of documents. For

each of these categories of documents, it does not appear from Defendants' productions to date that they have searched the custodial files of relevant custodians using search terms.

5. Along with other counsel for Plaintiffs, I have reviewed and am generally familiar with Defendants' productions in this case and have conducted searches of Defendants' production in Plaintiffs' document review database.

6. To date, Defendants have produced a total of approximately 14,144 documents, which include only approximately 300 internal communications.

7. Defendants' amended initial disclosures served on June 9, 2022, identify nine witnesses from YouTube, LLC, Google LLC, or their law firm that Defendants intend to rely on at trial. Defendants have produced custodial documents from just two of these nine individuals, Kevin Zhu and Alex Holz. Three of the nine witnesses were disclosed for the first time in Defendants' amended initial disclosures. To date, Defendants have produced two unique documents that reference one of those potential witnesses and zero documents that reference the other two.

8. Plaintiffs are currently pursuing the depositions of nine YouTube personnel: (1) Amy Wu; (2) Kevin Zhu; (3) Julian Bill; (4) Joanne Suk; (5) Cristos Goodrow; (6) Christopher Ting; (7) Bradley Froehle; (8) David Rosenstein; and (9) Pierce Stacy. Plaintiffs are pursuing a Rule 30(b)(6) deposition of YouTube covering 10 topics.

9. I understand from conversations with counsel for Plaintiffs that, on more than one call between Phil Korologos for Plaintiffs and David Kramer for Defendants that Defendants asserted the position that Plaintiffs had noticed nineteen depositions.

10. Defendants have thus far insisted on virtual depositions for the depositions of five YouTube personnel. Defendants have rejected virtual depositions offered for four individuals that are Plaintiffs or associated with Plaintiff entities.

Executed this 21st day of June, 2022.

/s/ *Demetri Blaisdell*

Demetri Blaisdell

Blaisdell Decl. ISO Plaintiffs' Motion to Modify Case Schedule      3:20-cv-4423-JD

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ATTESTATION

My user ID and password are being used in the electronic filing of this document and, in compliance with N.D. Cal. Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of the document has been obtained from each of the other Signatories.

/s/ *Philip Korologos*

Philip Korologos