George A. Zelcs (pro hac vice)
Randall P. Ewing, Jr. (pro hac vice)
Ryan Z. Cortazar (pro hac vice)
KOREIN TILLERY, LLC
205 North Michigan, Suite 1950
Chicago, IL 60601
Telephone: (312) 641-9750

Stephen M. Tillery (pro hac vice)
Steven M. Berezney, CA Bar #329923
Carol O'Keefe (pro hac vice)
KOREIN TILLERY, LLC
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844

Joshua Irwin Schiller, CA Bar #330653
BOIES SCHILLER FLEXNER LLP
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Phone: (415) 293-6800

Philip Korologos (pro hac vice)
Joanna Wright (pro hac vice)
Demetri Blaisdell (pro hac vice)
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards, 20th Floor
New York, NY 10001
Phone: (212) 446-2300

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING, LTD., individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> YOUTUBE, LLC and GOOGLE LLC, <br><br> Defendants. <br><br>———————————————<br><br> YOUTUBE, LLC and GOOGLE LLC, <br><br> Counterclaimants, <br><br> vs. <br><br> PIRATE MONITOR LTD, <br><br> Counterclaim Defendant. | Case Number: 3:20-cv-04423-JD <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO MODIFY CASE SCHEDULE** |

Having considered the motion of Plaintiffs Maria Schneider, Uniglobe Entertainment, LLC, and AST Publishing, Ltd. to modify the case schedule:

Plaintiffs' Motion is **GRANTED** and the Court sets the following case management deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10.

| Event | Current Deadline | New Deadline |
|---|---|---|
| Fact discovery cut-off | July 5, 2022 | August 19, 2022 |
| Status conference | July 7, 2022, at 10:00 a.m. | July 7, 2022, at 10:00 a.m. |
| Expert disclosures | July 18, 2022 | September 1, 2022 |
| Rebuttal expert disclosures | August 8, 2022 | September 22, 2022 |
| Expert discovery cut-off | August 17, 2022 | October 3, 2022 |
| Last day to file motion for class certification | September 1, 2022 | October 18, 2022 |
| Last day to file opposition to class certification | September 29, 2022 | November 15, 2022 |
| Last day to file reply in support of class certification | October 13, 2022 | November 29, 2022 |
| Last day to file dispositive and *Daubert* motions | January 19, 2023 | January 19, 2023 |
| Pretrial conference | July 20, 2023, at 1:30 p.m. | July 20, 2023, at 1:30 p.m. |
| Jury Trial | August 21, 2023, at 9:00 a.m. | August 21, 2023, at 9:00 a.m. |

**IT IS SO ORDERED.**

Date: _____          _____

**HONORABLE JAMES DONATO**

United States District Judge

[Proposed] Order Granting Plaintiffs' Motion to Modify Case Schedule          3:20-cv-4423-JD