1
2
3
4
5
6
7    UNITED STATES DISTRICT COURT
8    NORTHERN DISTRICT OF CALIFORNIA
9    SAN FRANCISCO DIVISION
10

| | |
|---|---|
| 11  MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING LTD., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>Defendants.<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>Counterclaimants,<br><br>v.<br><br>PIRATE MONITOR LTD, PIRATE MONITOR LLC, and GÁBOR CSUPÓ,<br><br>Counterclaim Defendants. | CASE NO.: 3:20-cv-04423-JD<br><br>**[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION TO MODIFY CASE SCHEDULE**<br><br>Judge: Hon. James Donato |

[PROPOSED] ORDER                                          CASE NO.: 3:20-CV-04423-JD

[PROPOSED] ORDER

The Court having reviewed Plaintiffs' Motion to Modify Case Schedule and Defendants' Opposition, the Court having considered the Motion and having found good cause, hereby DENIES the Motion.

IT IS SO ORDERED.

_____
THE HONORABLE JAMES DONATO
United States District Court Judge