# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Civil Minutes

Date: July 7, 2022                                                          Judge: Hon. James Donato

Time: 58 Minutes

Case No.        **3:20-cv-04423-JD**
Case Name       **Schneider et al v. YouTube, LLC et al**

Attorney(s) for Plaintiff(s):   Philip Korologos/George Zelcs/Randall Ewing/Carol O'Keefe
Attorney(s) for Defendant(s):   Maura Rees/David Kramer/Lauren Gallo White

Court Reporter: Ana Dub

Deputy Clerk: Lisa Clark

## PROCEEDINGS

Status conference -- Held

## NOTES AND ORDERS

For Dkt. No. 140 re Autoplay documents, YouTube will produce the linked documents from the Autoplay algorithm descriptions in Plaintiff's Exhibit 131. YouTube will also produce Autoplay policies and procedures, and changes to the policies and procedures. For this and all the following entries, the production period is 2015 to the date of the filing of the complaint.

For Dkt. No. 142 re fair use documents, YouTube will produce documents stating its policies and procedures for handling claims of fair use. YouTube will list in a privilege log responsive documents withheld from production on a privilege claim. For documents re the automated fair use filter, YouTube represents that no such automation exists. For documents re the frequency of fair use claims, YouTube will produce documents to the extent that it intends to raise the frequency of claims as an issue for class certification or other proceedings. YouTube is advised that an inadequate production may bar a defense or argument based on frequency.

For Dkt. No. 144 re copyright management policies and procedures, YouTube will produce the knowledge base documents related to those policies and procedures, subject to the same privilege procedure discussed for Dkt. No. 142.

For Dkt. No. 147 re repeat infringer policy, the request for the takedown notices is denied as disproportionately burdensome and overbroad. The parties will meet and confer by July 14, 2022, about a modest and focused subset of documents to be produced on this issue.

For Dkt. No. 149 re outstanding discovery requests, the request is untimely and so denied.

Plaintiffs are directed to advise YouTube by July 15, 2022, whether all responsive documents have been produced.

YouTube may seek discovery from AST until August 8, 2022. YouTube may take an additional 3 hour deposition of the Uniglobe witness. YouTube's request for documents re plaintiffs' searches and identifications of alleged infringement is untimely and so denied.

YouTube's request for a Pirate Monitor deposition is denied. If plaintiffs intend to call the witness at trial, YouTube will be allowed to depose him before he or she testifies in court.

For plaintiffs' motion to modify the case schedule, Dkt. No. 146, fact discovery is closed and will not be extended. The Court will enter an amended scheduling order extending the dates for expert discovery and class certification briefing.