| | |
|---|---|
| DAVID H. KRAMER, SBN 168452 | BRIAN M. WILLEN (admitted *Pro Hac Vice*) |
| MAURA L. REES, SBN 191698 | WILSON SONSINI GOODRICH & ROSATI |
| LAUREN GALLO WHITE, SBN 309075 | Professional Corporation |
| WILSON SONSINI GOODRICH & ROSATI | 1301 Avenue of the Americas, 40th Floor |
| Professional Corporation | New York, NY 10019-6022 |
| 650 Page Mill Road | Telephone: (212) 999-5800 |
| Palo Alto, CA 94304-1050 | Facsimile: (212) 999-5801 |
| Telephone: (650) 493-9300 | Email: bwillen@wsgr.com |
| Facsimile: (650) 565-5100 | |
| Email: dkramer@wsgr.com | |
| mrees@wsgr.com | |
| lwhite@wsgr.com | |

Attorneys for Defendants and Counterclaimants
YOUTUBE, LLC and GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING LTD., individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> YOUTUBE, LLC and GOOGLE LLC, <br><br> Defendants <br><br><br> YOUTUBE, LLC and GOOGLE LLC, <br><br> Counterclaimants, <br><br> v. <br><br> PIRATE MONITOR LTD, PIRATE MONITOR LLC, and GÁBOR CSUPÓ, <br><br> Counterclaim Defendants. | CASE NO.: 3:20-cv-04423-JD <br><br> **DECLARATION OF JOANNE SUK IN SUPPORT OF YOUTUBE, LLC AND GOOGLE LLC'S ADMINISTRATIVE MOTION TO SEAL AND TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

I, Joanne Suk, declare as follows:

1. I am currently Director, Music Publishing Business Development for Defendant Google LLC and its subsidiary YouTube, LLC ("YouTube"). I am familiar with YouTube's practices regarding licensing of musical works. I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would testify competently to them.

2. Pursuant to Local Rule 79-5(c)(2), I submit this Declaration in Support of Defendants' Administrative Motion to File Under Seal. YouTube has requested to seal certain sensitive information contained in Exhibit 1 to the Declaration of Joanne Suk in Support of YouTube, LLC and Google LLC's Motion for Summary Judgment as to Plaintiff Maria Schneider ("Suk Declaration"). Where applicable, the information proposed to be sealed is attached to this declaration in redacted form. YouTube's redactions are specific and tailored in the interest of public access while safeguarding YouTube's trade secrets.

3. Exhibit 1 to the Suk Declaration is the Publishing License Agreement, a license agreement between Google and 'A' Side Music LLC d/b/a Modern Works Music Publishing (the "Publishing License Agreement" or "PLA"). The PLA contains the royalty terms whereby Google compensates Modern Works Music Publishing for the licensed use of works owned or controlled by Modern Works Music Publishing on YouTube's service. The portions of the PLA that YouTube seeks to seal describe the royalties, how they are calculated, how they are paid and other payment terms with specificity.

4. This information contained in the PLA is confidential and competitively sensitive royalty and payment and related information. YouTube takes measures to ensure this information is not made publicly available. These terms reflect confidential economic and operational aspects of YouTube's business. Additionally, YouTube's ability to effectively negotiate licenses with partners across the music industry is critical to the success of its business. To foster trust with licensors and potential licensors, and thereby preserve the ability of YouTube and its licensors to continue successfully negotiating license agreements, YouTube must be able to assure the confidentiality of the royalty and payment terms of its license agreements. Public disclosure of the

royalty and payment terms would damage YouTube's standing with its existing licensors, and prejudice its ability to negotiate future license agreements, causing substantial competitive harm to its business.

5. The following portions of Exhibit 1 to the Suk Declaration, the PLA should be redacted for the reasons set out below:

| PLA | Basis for Sealing |
| --- | --- |
| Portions of pages 3 and 4, § 3(b), (c), (d), (e), (f), (g) and (h); Portions of pages 9 to 13, sections of Exhibit A; Pages 14 to 16, Exhibit B; portions of pages 17, 18 and 19, Exhibit C | These materials reflect the royalty and payment terms and calculations according to which YouTube will, *inter alia*, make payments to the licensor, terms under which YouTube will not make payments to the licensor, terms under which YouTube will retain revenue, and reports Google will provide to the licensor as a condition of the license agreement.<br><br>Public disclosure of the royalty and payment terms could damage YouTube's standing with its existing licensors and prejudice its ability to negotiate future license agreements. It would also improperly allow YouTube competitors to benefit from the knowledge of YouTube's negotiation of these royalties to price their own products causing or threatening competitive harm to YouTube's business. |

6. Additionally, pursuant to the designations of Plaintiff Maria Schneider and non-party Modern Works Music Publishing, YouTube submits under seal Exhibits 8, 9, 13, 14, 16, and 20 to the Declaration of Paul N. Harold in Support of YouTube, LLC and Google LLC's Motion for Summary Judgment as to Plaintiff Maria Schneider and redacted portions of the Motion for Summary Judgment that quote those documents.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 26th day of August 2022 at Los Angeles, California.

/s/ Joanne Suk
Joanne Suk

**ATTORNEY ATTESTATION**

I, David H. Kramer, am the ECF User whose ID and password are being used to file this document. In compliance with N.D. Cal. Civil L.R. 5-1(i)(3), I hereby attest that the concurrence in the filing of this document has been obtained from the signatory.

/s/ David H. Kramer