UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING LTD., individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>    Defendants<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>    Counterclaimants,<br><br>    v.<br><br>PIRATE MONITOR LTD, PIRATE MONITOR LLC, and GÁBOR CSUPÓ,<br><br>    Counterclaim Defendants. | CASE NO.: 3:20-cv-04423-JD<br><br>**[PROPOSED] ORDER GRANTING YOUTUBE, LLC AND GOOGLE LLC'S ADMINISTRATIVE MOTION TO SEAL AND TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

Pursuant to Civil Local Rules 7-11 and 79-5(d)-(e), and in compliance with this Court's Standing Order for Civil Cases ¶¶ 25-31, and after consideration of Defendants YouTube, LLC and Google LLC's ("YouTube's) Administrative Motion to Seal and the Declaration of Joanne Suk ("Suk Decl.") in Support of Defendants' Administrative Motion to Seal, the following portions of Exhibit 1 ("PLA") to the Declaration of Joanne Suk in Support of YouTube, LLC and Google LLC's Motion for Summary Judgment as to Plaintiff Maria Schneider shall remain under seal:

| Document | Portion(s) Sought To Be Sealed | Reasons for Sealing |
|---|---|---|
| PLA, Exhibit 1 to the Declaration of Joanne Suk in Support of YouTube, LLC and Google LLC's Motion for Summary Judgment as to Plaintiff Maria Schneider | Portions of pages 3 and 4, § 3(b), (c), (d), (e), (f), (g) and (h); portions of pages 9 to 13, sections of Exhibit A; pages 14 to 16, Exhibit B; portions of pages 17, 18 and 19, Exhibit C | These materials reflect the royalty and payment terms and calculations (including minimum payments and rate changes) according to which YouTube will, *inter alia*, make payments to the licensor, terms under which YouTube will not make payments to the licensor, terms under which YouTube will retain revenue, and reports Google will provide to the licensor as a condition of the license agreement. This is "sensitive information… [related to] pricing terms, royalty rates, [and] minimum payment terms" (*Open Text S.A. v. Box, Inc.*, No. 13-CV-04910-JD, 2014 WL 7368594, at *3 *et seq* (N.D. Cal. Dec. 26, 2014) (Donato, J.)) and "plainly falls within the definition of trade secrets." *In re Elec. Arts, Inc.*, 298 F. App'x 568, 569 (9th Cir. 2008); Suk Decl. ¶¶ 3-5.<br><br>Disclosure of such terms has |

| | | limited public utility, but would negatively impact YouTube's relationships with existing licensors who have similar terms in their contracts which they expect to remain confidential, thereby undermining trust in business relationships and causing substantial competitive harm to YouTube's business. *See Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 598 (1978). |
|---|---|---|

**IT IS SO ORDERED.**

Dated:_____            _____
                                                  HONORABLE JAMES DONATO
                                                  UNITED STATES DISTRICT JUDGE