| | |
|---|---|
| DAVID H. KRAMER, SBN 168452<br>MAURA L. REES, SBN 191698<br>LAUREN GALLO WHITE, SBN 309075<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone: (650) 493-9300<br>Facsimile: (650) 565-5100<br>Email: dkramer@wsgr.com<br>       mrees@wsgr.com<br>       lwhite@wsgr.com | BRIAN M. WILLEN (admitted *Pro Hac Vice*)<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>1301 Avenue of the Americas, 40th Floor<br>New York, NY 10019-6022<br>Telephone: (212) 999-5800<br>Facsimile: (212) 999-5801<br>Email: bwillen@wsgr.com |

Attorneys for Defendants and Counterclaimants
YOUTUBE, LLC and GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING LTD., individually and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br><br>        v.<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>                Defendants<br>_____<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>                Counterclaimants,<br><br>        v.<br><br>PIRATE MONITOR LTD, PIRATE MONITOR LLC, and GÁBOR CSUPÓ,<br><br>                Counterclaim Defendants. | CASE NO.: 3:20-cv-04423-JD<br><br>**CERTIFICATE OF SERVICE** |

CERTIFICATE OF SERVICE                                                            CASE NO. 3:20-cv-04423-JD

I, Deborah Grubbs, declare:

I am employed in Santa Clara County, State of California. I am over the age of 18 years and not a party to the within action. My business address is Wilson Sonsini Goodrich & Rosati, 650 Page Mill Road, Palo Alto, California 94304-1050.

On this date, I served:

**1. YOUTUBE, LLC AND GOOGLE LLC'S ADMINISTRATIVE MOTION TO SEAL AND TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**

**2. DECLARATION OF JOANNE SUK IN SUPPORT OF YOUTUBE, LLC AND GOOGLE LLC'S ADMINISTRATIVE MOTION TO SEAL AND TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**

**3. [PROPOSED] ORDER GRANTING YOUTUBE, LLC AND GOOGLE LLC'S ADMINISTRATIVE MOTION TO SEAL AND TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**

**4. CONFIDENTIAL VERSION OF EXHIBIT 9 TO THE DECLARATION OF PAUL N. HAROLD**

☒ By forwarding the document(s) by electronic transmission on this date to the Internet email address listed below:

"A" Side Music LLC d/b/a Modern Works Music Publishing
c/o Dan Coleman
Email: dan.coleman@modernworkspub.com

I am readily familiar with Wilson Sonsini Goodrich & Rosati's practice for collection and processing of documents for delivery according to instructions indicated above. In the ordinary course of business, documents would be handled accordingly.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct. Executed at Palo Alto, California on August 26, 2022.

_____
Deborah Grubbs

CERTIFICATE OF SERVICE    -1-    CASE NO. 3:20-CV-04423-JD