UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING LTD., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>Defendants<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>Counterclaimants,<br><br>v.<br><br>PIRATE MONITOR LTD, PIRATE MONITOR LLC, and GÁBOR CSUPÓ,<br><br>Counterclaim Defendants. | CASE NO.: 3:20-cv-04423-JD<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT YOUTUBE, LLC AND GOOGLE LLC'S MOTION FOR SUMMARY JUDGMENT AS TO PLAINTIFF MARIA SCHNEIDER**<br><br>Date:  October 13, 2022<br>Time:  10:00 am<br>Courtroom:  11<br>Judge:  Hon. James Donato |

[PROPOSED] ORDER

The Court, having reviewed Defendants YouTube, LLC and Google LLC's (collectively, "YouTube") Motion for Summary Judgment pursuant to Federal Rule of Civil Procedure 56(a), and for good cause shown, GRANTS the motion as follows:

\_\_\_\_\_ Judgment shall be entered in favor of YouTube and against Plaintiff Maria Schneider ("Schneider") with respect to her claims for copyright infringement, **CAUSES OF ACTION I, II, III, and IV**:

  \_\_\_\_\_ for the alleged infringements in the attached chart, where the "PLA License Defense" column shows "Yes," based on the license in the Publishing License Agreement.

  \_\_\_\_\_ for the alleged infringements in the attached chart, where the "TOS License Defense" column shows "Yes," based on the license in the YouTube Terms of Service.

  \_\_\_\_\_ for the alleged infringements in the attached chart, where the "Copyright SOL Defense, Actual Knowledge" column shows "Yes," under the statute of limitations based on Schneider's actual knowledge of the alleged infringements more than three years before she sued.

  \_\_\_\_\_ for the alleged infringements in the attached chart, where the "Copyright SOL Defense, Constructive Knowledge" column shows "Yes," under the statute of limitations based on Schneider's constructive knowledge of the alleged infringements more than three years before she sued.

  \_\_\_\_\_ for the alleged infringements in the attached chart, where the "TOS SOL Defense, Actual Knowledge" column shows "Yes," under the limitations period in the Terms of Service based on Schneider's actual knowledge of the alleged infringements more than one year before she sued.

  \_\_\_\_\_ for the alleged infringements in the attached chart, where the "TOS SOL Defense, Constructive Knowledge" column shows "Yes," under the limitations period in the Terms of Service based on Schneider's constructive knowledge of the alleged infringements more than one year before she sued.

  \_\_\_\_\_ for the following Works-in-Suit because Schneider has failed to allege any infringement of those works: (1) *A World Lost*; (2) *CQ CQ, Is Anybody There?*; (3) *Dissolution*; (4) *Divided by two*; (5) *Espino*; (6) *Evelyn*; (7) *Finding flight*; (8) *Free fall*;

(9) *Lembrança*; (10) *Nimbus*; (11) *Now and then*; (12) *One for Tad*; (13) *Prairie dance*; (14) *Recapitulation*; (15) *Returning*; (16) *Samba solstice*; (17) *Sanzenin*; (18) *Stone Song*; (19) *String Quartet No. 1*; (20) *The blasphemy*; (21) *The Sun Waited for Me*; (22) *The willow*; (23) *This 'n that*; (24) *Tranquilidade*; (25) *VIKINGS ANTHEM*; (26) *Waxwing*; and (27) *Willow Lake*.

____   Judgment shall be entered in favor of YouTube and against Schneider with respect to her claim for copyright management information removal, **CAUSE OF ACTION V**.

IT IS SO ORDERED.

_____
THE HONORABLE JAMES DONATO
United States District Court Judge

| Alleged Infringement URL | PLA License Defense | TOS License Defense | Copyright SOL Defense, Actual Knowledge | Copyright SOL Defense, Constructive Knowledge | TOS SOL Defense, Actual Knowledge | TOS SOL Defense, Constructive Knowledge |
|---|---|---|---|---|---|---|
| 1. https://www.youtube.com/watch?v=jxg8bkMVs80 | Yes | Yes | No | No | Yes | Yes |
| 2. https://www.youtube.com/watch?v=lMf9TEERK6I | Yes | Yes | No | No | No | No |
| 3. https://www.youtube.com/watch?v=FSG_OyJFtMU | Yes | No | No | Yes | No | Yes |
| 4. https://www.youtube.com/watch?v=0GijvVT8E44 | Yes | No | Yes | Yes | Yes | Yes |
| 5. https://www.youtube.com/watch?v=nQeQ85rtV9M | Yes | Yes | No | No | No | Yes |
| 6. https://www.youtube.com/watch?v=UHXxuBs0WaA | Yes | Yes | No | Yes | No | Yes |
| 7. https://www.youtube.com/watch?v=uj4a4Ux8zu4 | Yes | Yes | No | Yes | No | Yes |
| 8. https://www.youtube.com/watch?v=wVD3i_Mz50Q | Yes | Yes | No | No | Yes | Yes |
| 9. https://www.youtube.com/watch?v=-5a3Y8OWrqo | Yes | No | No | Yes | No | Yes |
| 10. https://www.youtube.com/watch?v=cH3X7gQ5zWs | Yes | No | No | Yes | No | Yes |
| 11. https://www.youtube.com/watch?v=sR-58-9Oxwg | Yes | No | No | No | No | Yes |
| 12. https://www.youtube.com/watch?v=CjoYXMyCt8U | Yes | No | No | Yes | No | Yes |
| 13. https://www.youtube.com/watch?v=-4yl6Ov8_F0 | Yes | No | No | Yes | No | Yes |
| 14. https://www.youtube.com/watch?v=fODO9S9lglQ | Yes | No | No | No | No | Yes |
| 15. https://www.youtube.com/watch?v=IKWevLYtAyk | Yes | No | No | Yes | No | Yes |
| 16. https://www.youtube.com/watch?v=iSqAT5APmp4 | Yes | No | No | Yes | No | Yes |
| 17. https://www.youtube.com/watch?v=IxFH6IVEvNQ | Yes | No | No | Yes | No | Yes |
| 18. https://www.youtube.com/watch?v=JWDKANMITSs | Yes | No | No | No | No | Yes |
| 19. https://www.youtube.com/watch?v=M7siWzTxA14 | Yes | No | No | No | No | Yes |
| 20. https://www.youtube.com/watch?v=n7CnP_OvIMc | Yes | No | No | No | No | Yes |
| 21. https://www.youtube.com/watch?v=q9IfSdwK370 | Yes | No | No | No | No | Yes |
| 22. https://www.youtube.com/watch?v=RL5621vqvFo | Yes | No | No | Yes | No | Yes |
| 23. https://www.youtube.com/watch?v=UMoWHeT4HMw | Yes | No | No | Yes | No | Yes |
| 24. https://www.youtube.com/watch?v=VzfiwjiOYUw | Yes | No | No | Yes | No | Yes |
| 25. https://www.youtube.com/watch?v=yLdk7XCx_70 | Yes | No | No | Yes | No | Yes |
| 26. https://www.youtube.com/watch?v=YPqHpp5wxeQ | Yes | No | No | Yes | No | Yes |
| 27. https://www.youtube.com/watch?v=_BDD2aBzsk8 | Yes | No | No | No | No | Yes |
| 28. https://www.youtube.com/watch?v=iRGzg-ojYYg | Yes | No | No | No | No | No |
| 29. https://www.youtube.com/watch?v=SAHrFipBeIk | Yes | No | No | Yes | No | Yes |
| 30. https://www.youtube.com/watch?v=e9PupT0kZdM | Yes | Yes | No | Yes | No | Yes |
| 31. https://www.youtube.com/watch?v=GZii89KY_j4 | Yes | Yes | No | No | No | No |

| Alleged Infringement URL | PLA License Defense | TOS License Defense | Copyright SOL Defense, Actual Knowledge | Copyright SOL Defense, Constructive Knowledge | TOS SOL Defense, Actual Knowledge | TOS SOL Defense, Constructive Knowledge |
|---|---|---|---|---|---|---|
| 32. https://www.youtube.com/watch?v=KCT92cxPINM | Yes | Yes | No | No | Yes | Yes |
| 33. https://www.youtube.com/watch?v=pkXY3453QwQ | Yes | Yes | No | Yes | No | Yes |
| 34. https://www.youtube.com/watch?v=WY-sorw_Vjo | Yes | Yes | No | Yes | No | Yes |
| 35. https://www.youtube.com/watch?v=9yb0F850Hpc | Yes | No | No | Yes | No | Yes |
| 36. https://www.youtube.com/watch?v=YA_SZ1aduWc | Yes | No | No | Yes | No | Yes |
| 37. https://www.youtube.com/watch?v=zIcCXKKqP74 | Yes | No | No | Yes | No | Yes |
| 38. https://www.youtube.com/watch?v=0UgcuTp_6jI | Yes | No | Yes | Yes | Yes | Yes |
| 39. https://www.youtube.com/watch?v=8zev6y1HAmI | Yes | No | No | No | No | Yes |
| 40. https://www.youtube.com/watch?v=jwzEtZ-sAi8 | Yes | No | No | No | No | Yes |
| 41. https://www.youtube.com/watch?v=YlCWsv4aLUw | Yes | No | No | No | No | Yes |
| 42. https://www.youtube.com/watch?v=_SGfAHecnD8 | Yes | Yes | No | No | No | No |
| 43. https://www.youtube.com/watch?v=030Lk1mx6Bg | Yes | Yes | No | No | No | Yes |
| 44. https://www.youtube.com/watch?v=3c8w1uHS16s | Yes | Yes | No | No | No | Yes |
| 45. https://www.youtube.com/watch?v=5frCejRhNgU | Yes | Yes | No | No | No | Yes |
| 46. https://www.youtube.com/watch?v=79fq5NLGlJU | Yes | Yes | No | Yes | No | Yes |
| 47. https://www.youtube.com/watch?v=8fMy9xHsTIA | Yes | Yes | No | Yes | No | Yes |
| 48. https://www.youtube.com/watch?v=8SZA1uXQkIg | Yes | Yes | No | Yes | No | Yes |
| 49. https://www.youtube.com/watch?v=aMrTrzB6g9o | Yes | Yes | No | Yes | No | Yes |
| 50. https://www.youtube.com/watch?v=aWfIyLG-o2c | Yes | Yes | No | Yes | No | Yes |
| 51. https://www.youtube.com/watch?v=CsFd-3Ug-70 | Yes | Yes | No | Yes | Yes | Yes |
| 52. https://www.youtube.com/watch?v=dTBSLAorDR4 | Yes | Yes | No | Yes | No | Yes |
| 53. https://www.youtube.com/watch?v=gvGoetSAdvM | Yes | Yes | No | No | Yes | Yes |
| 54. https://www.youtube.com/watch?v=h8MSExWnPKE | Yes | Yes | No | Yes | No | Yes |
| 55. https://www.youtube.com/watch?v=IHn5If05-0s | Yes | Yes | No | No | No | Yes |
| 56. https://www.youtube.com/watch?v=iLUjozjowyA | Yes | Yes | No | Yes | Yes | Yes |
| 57. https://www.youtube.com/watch?v=lJBj95Yj5MM | Yes | Yes | No | Yes | No | Yes |
| 58. https://www.youtube.com/watch?v=nbp43Xm7H1U | Yes | Yes | No | No | No | No |
| 59. https://www.youtube.com/watch?v=ORzMQkYho-o | Yes | Yes | No | No | No | Yes |
| 60. https://www.youtube.com/watch?v=S1Kj4AZAamw | Yes | Yes | No | No | No | No |
| 61. https://www.youtube.com/watch?v=TLM5LJH6og0 | Yes | Yes | No | Yes | No | Yes |
| 62. https://www.youtube.com/watch?v=v8ewhUYPnTM | Yes | Yes | No | No | No | No |

| Alleged Infringement URL | PLA License Defense | TOS License Defense | Copyright SOL Defense, Actual Knowledge | Copyright SOL Defense, Constructive Knowledge | TOS SOL Defense, Actual Knowledge | TOS SOL Defense, Constructive Knowledge |
|---|---|---|---|---|---|---|
| 63. https://www.youtube.com/watch?v=WkPfTjucN9Q | Yes | Yes | No | Yes | No | Yes |
| 64. https://www.youtube.com/watch?v=aqmDcOAUbfM | Yes | No | No | Yes | No | Yes |
| 65. https://www.youtube.com/watch?v=6H1EI2ivOQY | Yes | No | No | Yes | Yes | Yes |
| 66. https://www.youtube.com/watch?v=mYC8eqZl4pY | Yes | No | No | Yes | Yes | Yes |
| 67. https://www.youtube.com/watch?v=NIrGXnXPNH0 | Yes | No | No | Yes | No | Yes |
| 68. https://www.youtube.com/watch?v=s34Oj_za7ZU | Yes | No | Yes | Yes | Yes | Yes |
| 69. https://www.youtube.com/watch?v=YkF5s-AtQf0 | Yes | No | No | Yes | No | Yes |
| 70. https://www.youtube.com/watch?v=7H1Yddt2gbU | Yes | No | No | Yes | Yes | Yes |
| 71. https://www.youtube.com/watch?v=AjmbD0f7YLU | Yes | No | No | Yes | No | Yes |
| 72. https://www.youtube.com/watch?v=GmCPHZiqZ_4 | Yes | No | Yes | Yes | Yes | Yes |
| 73. https://www.youtube.com/watch?v=gv_kLThZUOc | Yes | No | No | Yes | No | Yes |
| 74. https://www.youtube.com/watch?v=i8KHucjr4K0 | Yes | No | No | Yes | No | Yes |
| 75. https://www.youtube.com/watch?v=mUdwiI1Z9Lc | Yes | No | No | Yes | No | Yes |
| 76. https://www.youtube.com/watch?v=o51Yk6n6aIw | Yes | No | Yes | Yes | Yes | Yes |
| 77. https://www.youtube.com/watch?v=pJToOM-kkH0 | Yes | No | No | No | No | Yes |
| 78. https://www.youtube.com/watch?v=sECNlywWBSg | Yes | No | No | Yes | No | Yes |
| 79. https://www.youtube.com/watch?v=Y-fZtwJHG-4 | Yes | No | No | Yes | No | Yes |
| 80. https://www.youtube.com/watch?v=yWBRIu0mxPk | Yes | No | No | Yes | No | Yes |
| 81. https://www.youtube.com/watch?v=_ayLOO4wZuM | Yes | No | No | Yes | No | Yes |
| 82. https://www.youtube.com/watch?v=0MlnqV-_phA | Yes | No | No | Yes | No | Yes |
| 83. https://www.youtube.com/watch?v=4icLu3ocQGs | Yes | No | No | No | No | Yes |
| 84. https://www.youtube.com/watch?v=5J9WIsiePXs | Yes | No | No | No | No | No |
| 85. https://www.youtube.com/watch?v=bj34mMJKXNE | Yes | No | No | Yes | Yes | Yes |
| 86. https://www.youtube.com/watch?v=fpmbjtKJO_o | Yes | No | No | Yes | No | Yes |
| 87. https://www.youtube.com/watch?v=h53bJkTiEAk | Yes | No | No | No | Yes | Yes |
| 88. https://www.youtube.com/watch?v=hObvnnYGdPE | Yes | No | No | Yes | No | Yes |
| 89. https://www.youtube.com/watch?v=VEHnMxYIU4Y | Yes | No | No | Yes | No | Yes |
| 90. https://www.youtube.com/watch?v=YB72IE_6Hvs | Yes | No | No | Yes | No | Yes |
| 91. https://www.youtube.com/watch?v=i8qDiJpnYLk | Yes | No | Yes | Yes | Yes | Yes |
| 92. https://www.youtube.com/watch?v=rj6eOPIb_tE | Yes | No | No | Yes | No | Yes |
| 93. https://www.youtube.com/watch?v=1HOXysb3Qis | Yes | Yes | No | Yes | No | Yes |

| Alleged Infringement URL | PLA License Defense | TOS License Defense | Copyright SOL Defense, Actual Knowledge | Copyright SOL Defense, Constructive Knowledge | TOS SOL Defense, Actual Knowledge | TOS SOL Defense, Constructive Knowledge |
|---|---|---|---|---|---|---|
| 94. https://www.youtube.com/watch?v=2jKJNdGJpOA | Yes | Yes | No | Yes | Yes | Yes |
| 95. https://www.youtube.com/watch?v=7ZWuOSwb-mg | Yes | Yes | No | No | No | No |
| 96. https://www.youtube.com/watch?v=8PSMTRdQMg4 | Yes | Yes | No | Yes | No | Yes |
| 97. https://www.youtube.com/watch?v=aMwhevPdpoM | Yes | Yes | No | Yes | No | Yes |
| 98. https://www.youtube.com/watch?v=BRv4M84WFCo | Yes | Yes | No | Yes | No | Yes |
| 99. https://www.youtube.com/watch?v=d38FWexVIHk | Yes | Yes | No | No | No | No |
| 100. https://www.youtube.com/watch?v=dhxeIKZqskg | Yes | Yes | No | No | No | No |
| 101. https://www.youtube.com/watch?v=dxv5uH1i1A4 | Yes | Yes | No | Yes | No | Yes |
| 102. https://www.youtube.com/watch?v=FjV1k4f4UzM | Yes | Yes | No | No | No | Yes |
| 103. https://www.youtube.com/watch?v=HrJjJukZoRU | Yes | Yes | No | Yes | No | Yes |
| 104. https://www.youtube.com/watch?v=iduI_77k25Y | Yes | Yes | No | Yes | Yes | Yes |
| 105. https://www.youtube.com/watch?v=JNbjrkRcWfU | Yes | Yes | Yes | Yes | Yes | Yes |
| 106. https://www.youtube.com/watch?v=N9S7OLW0Tzw | Yes | Yes | No | Yes | No | Yes |
| 107. https://www.youtube.com/watch?v=-NiutCd87HU | Yes | Yes | No | Yes | No | Yes |
| 108. https://www.youtube.com/watch?v=njbsZ2sevIs | Yes | Yes | Yes | Yes | Yes | Yes |
| 109. https://www.youtube.com/watch?v=NoKFS5MwUZQ | Yes | Yes | No | Yes | No | Yes |
| 110. https://www.youtube.com/watch?v=qNtRvI8aeas | Yes | Yes | No | Yes | No | Yes |
| 111. https://www.youtube.com/watch?v=t8paG3E0dsU | Yes | Yes | No | Yes | No | Yes |
| 112. https://www.youtube.com/watch?v=TIUAdc1ksYM | Yes | Yes | No | No | No | Yes |
| 113. https://www.youtube.com/watch?v=U_WTMCz-ejM | Yes | Yes | No | Yes | No | Yes |
| 114. https://www.youtube.com/watch?v=VcmuaXJfBuM | Yes | Yes | No | Yes | No | Yes |
| 115. https://www.youtube.com/watch?v=XiPyoyGEclY | Yes | Yes | No | Yes | No | Yes |
| 116. https://www.youtube.com/watch?v=ZXlaXbI0Eqg | Yes | Yes | No | Yes | Yes | Yes |
| 117. https://www.youtube.com/watch?v=iADcRHk9kr8 | Yes | No | No | No | No | Yes |
| 118. https://www.youtube.com/watch?v=U4O0cGrTGy0 | Yes | No | No | No | No | Yes |
| 119. https://www.youtube.com/watch?v=UDbfm95WcUk | Yes | No | Yes | Yes | Yes | Yes |
| 120. https://www.youtube.com/watch?v=CiHIu-6hyXc | Yes | No | No | No | No | Yes |
| 121. https://www.youtube.com/watch?v=J84Rqbebgv8 | Yes | No | No | Yes | Yes | Yes |
| 122. https://www.youtube.com/watch?v=JWMQo8Qx8a8 | Yes | No | No | Yes | No | Yes |
| 123. https://www.youtube.com/watch?v=lPkpTRqJRVQ | Yes | No | No | No | No | Yes |
| 124. https://www.youtube.com/watch?v=NaM-9uAmxIY | Yes | No | No | Yes | No | Yes |

| Alleged Infringement URL | PLA License Defense | TOS License Defense | Copyright SOL Defense, Actual Knowledge | Copyright SOL Defense, Constructive Knowledge | TOS SOL Defense, Actual Knowledge | TOS SOL Defense, Constructive Knowledge |
|---|---|---|---|---|---|---|
| 125. https://www.youtube.com/watch?v=7re5xbgoDgU | Yes | Yes | No | Yes | No | Yes |
| 126. https://www.youtube.com/watch?v=9k3f38sWzUI | Yes | Yes | No | No | No | No |
| 127. https://www.youtube.com/watch?v=iaVlsqSPF-o | Yes | Yes | No | Yes | No | Yes |
| 128. https://www.youtube.com/watch?v=Kxf9FCn0jUU | Yes | Yes | No | No | No | Yes |
| 129. https://www.youtube.com/watch?v=N9gyv6Wr-ls | Yes | Yes | No | Yes | No | Yes |
| 130. https://www.youtube.com/watch?v=QfhzwrFrZ5M | Yes | Yes | No | Yes | No | Yes |
| 131. https://www.youtube.com/watch?v=SVqj0QJqSFA | Yes | Yes | No | Yes | No | Yes |
| 132. https://www.youtube.com/watch?v=uapafgmFBvg | Yes | Yes | No | Yes | Yes | Yes |
| 133. https://www.youtube.com/watch?v=CeZE2e1_qHg | Yes | No | No | Yes | No | Yes |
| 134. https://www.youtube.com/watch?v=2VgVIqCVVgQ | Yes | No | No | Yes | No | Yes |
| 135. https://www.youtube.com/watch?v=f_8PFUposOU | Yes | No | No | No | No | No |
| 136. https://www.youtube.com/watch?v=FYT6NSZRz0Q | Yes | No | No | Yes | No | Yes |
| 137. https://www.youtube.com/watch?v=g1d73vwTWcc | Yes | No | No | No | No | No |
| 138. https://www.youtube.com/watch?v=GV_AyY72oPs | Yes | No | No | Yes | No | Yes |
| 139. https://www.youtube.com/watch?v=iUi0gxQL1C0 | Yes | No | No | Yes | No | Yes |
| 140. https://www.youtube.com/watch?v=k09S8ZdeuCg | Yes | No | No | No | No | No |
| 141. https://www.youtube.com/watch?v=MfPoPwyfnd4 | Yes | No | No | Yes | No | Yes |
| 142. https://www.youtube.com/watch?v=qulI3eEjrgo | Yes | No | No | Yes | No | Yes |
| 143. https://www.youtube.com/watch?v=s486ogPgw8w | Yes | No | Yes | Yes | Yes | Yes |
| 144. https://www.youtube.com/watch?v=TDLniVjIdJ8 | Yes | No | No | Yes | No | Yes |
| 145. https://www.youtube.com/watch?v=WGOgXhqUOv0 | Yes | No | No | Yes | Yes | Yes |
| 146. https://www.youtube.com/watch?v=0h32JZX-6mM | Yes | No | No | Yes | Yes | Yes |
| 147. https://www.youtube.com/watch?v=zXs2is9L_vU | Yes | No | No | Yes | No | Yes |
| 148. https://www.youtube.com/watch?v=33vXhTXfNEs | Yes | No | No | No | Yes | Yes |
| 149. https://www.youtube.com/watch?v=AFKVhjfB1B0 | Yes | No | No | No | No | Yes |
| 150. https://www.youtube.com/watch?v=TCryn53_DKI | Yes | No | No | No | No | No |
| 151. https://www.youtube.com/watch?v=gxabL31wWCw | Yes | No | No | Yes | No | Yes |
| 152. https://www.youtube.com/watch?v=J5PoSikRfS0 | Yes | No | No | Yes | No | Yes |
| 153. https://www.youtube.com/watch?v=XrKR5T8MPQQ | Yes | No | No | Yes | Yes | Yes |
| 154. https://www.youtube.com/watch?v=ZfNjWC-J9dQ | Yes | No | No | No | Yes | Yes |
| 155. https://www.youtube.com/watch?v=DtGzhsHyXj8 | Yes | No | No | No | No | Yes |

| Alleged Infringement URL | PLA License Defense | TOS License Defense | Copyright SOL Defense, Actual Knowledge | Copyright SOL Defense, Constructive Knowledge | TOS SOL Defense, Actual Knowledge | TOS SOL Defense, Constructive Knowledge |
|---|---|---|---|---|---|---|
| 156. https://www.youtube.com/watch?v=jUmxA2x8V_E | Yes | No | No | No | Yes | Yes |
| 157. https://www.youtube.com/watch?v=lbZxZlahStA | Yes | No | No | No | No | Yes |
| 158. https://www.youtube.com/watch?v=jhb_lJ3Spu4 | Yes | No | No | Yes | No | Yes |
| 159. https://www.youtube.com/watch?v=3Ys_hXvxiuE | Yes | No | No | Yes | No | Yes |
| 160. https://www.youtube.com/watch?v=6_meisQfQRM | Yes | No | Yes | Yes | Yes | Yes |
| 161. https://www.youtube.com/watch?v=F_pBEtaI1c0 | Yes | No | No | Yes | Yes | Yes |
| 162. https://www.youtube.com/watch?v=FDeEkNhUpjo | Yes | No | No | Yes | No | Yes |
| 163. https://www.youtube.com/watch?v=KvWMDjp9Ybo | Yes | No | No | Yes | No | Yes |
| 164. https://www.youtube.com/watch?v=vsTiByu-ArU | Yes | No | No | No | No | No |
| 165. https://www.youtube.com/watch?v=XDF3BwZYu-4 | Yes | No | No | Yes | No | Yes |
| 166. https://www.youtube.com/watch?v=xwpz4wAnEwo | Yes | No | No | Yes | No | Yes |
| 167. https://www.youtube.com/watch?v=z0J0PKKBWGI | Yes | No | No | No | Yes | Yes |
| 168. https://www.youtube.com/watch?v=2_6R2_ym0lU | Yes | No | No | Yes | Yes | Yes |
| 169. https://www.youtube.com/watch?v=2qhVGVAEkRk | Yes | No | No | Yes | Yes | Yes |
| 170. https://www.youtube.com/watch?v=iBLAvt3l8ho | Yes | No | No | Yes | No | Yes |
| 171. https://www.youtube.com/watch?v=mCcVbuqBK1Q | Yes | No | No | Yes | No | Yes |
| 172. https://www.youtube.com/watch?v=quTyHp4xIvc | Yes | No | No | Yes | No | Yes |
| 173. https://www.youtube.com/watch?v=t2-frNBx_zE | Yes | No | No | Yes | No | Yes |
| 174. https://www.youtube.com/watch?v=t3acqkK1GBI | Yes | No | No | Yes | No | Yes |
| 175. https://www.youtube.com/watch?v=TriQvMz-O8A | Yes | No | No | No | No | Yes |
| 176. https://www.youtube.com/watch?v=XiMEiJihyFg | Yes | No | No | No | Yes | Yes |
| 177. https://www.youtube.com/watch?v=_2oua7NKfGg | Yes | No | No | No | No | Yes |
| 178. https://www.youtube.com/watch?v=1VdoNmXLkAI | Yes | No | No | Yes | No | Yes |
| 179. https://www.youtube.com/watch?v=25Et0RP6gRo | Yes | No | No | Yes | No | Yes |
| 180. https://www.youtube.com/watch?v=2v9x2XfOgaM | Yes | No | No | Yes | No | Yes |
| 181. https://www.youtube.com/watch?v=4HrLqsZsP58 | Yes | No | No | No | No | Yes |
| 182. https://www.youtube.com/watch?v=4twPe-UVCHc | Yes | No | No | Yes | No | Yes |
| 183. https://www.youtube.com/watch?v=5fodh5Ta_28 | Yes | No | No | No | No | No |
| 184. https://www.youtube.com/watch?v=67_ah73gu5w | Yes | No | No | Yes | Yes | Yes |
| 185. https://www.youtube.com/watch?v=6uqz9NsI3xs | Yes | No | No | Yes | No | Yes |
| 186. https://www.youtube.com/watch?v=AP5SsoIyX9c | Yes | No | No | Yes | No | Yes |

| Alleged Infringement URL | PLA License Defense | TOS License Defense | Copyright SOL Defense, Actual Knowledge | Copyright SOL Defense, Constructive Knowledge | TOS SOL Defense, Actual Knowledge | TOS SOL Defense, Constructive Knowledge |
|---|---|---|---|---|---|---|
| 187. https://www.youtube.com/watch?v=B6j678cirAY | Yes | No | No | Yes | No | Yes |
| 188. https://www.youtube.com/watch?v=Cb0GNvj5nyc | Yes | No | No | Yes | No | Yes |
| 189. https://www.youtube.com/watch?v=cISctWSdJas | Yes | No | No | Yes | No | Yes |
| 190. https://www.youtube.com/watch?v=D86p4q--QeI | Yes | No | No | No | No | Yes |
| 191. https://www.youtube.com/watch?v=fxirdWpMThw | Yes | No | No | Yes | No | Yes |
| 192. https://www.youtube.com/watch?v=GLASVeg6pIc | Yes | No | No | Yes | No | Yes |
| 193. https://www.youtube.com/watch?v=HnLmJyk7Bx4 | Yes | No | No | Yes | No | Yes |
| 194. https://www.youtube.com/watch?v=hRTnFPqlHuk | Yes | No | No | Yes | No | Yes |
| 195. https://www.youtube.com/watch?v=IMa7Gr4Ld0o | Yes | No | No | Yes | No | Yes |
| 196. https://www.youtube.com/watch?v=jD-vgLXihXE | Yes | No | Yes | Yes | Yes | Yes |
| 197. https://www.youtube.com/watch?v=nUu_09qw1qc | Yes | No | No | No | No | No |
| 198. https://www.youtube.com/watch?v=p-AnkfK7RWw | Yes | No | No | No | No | No |
| 199. https://www.youtube.com/watch?v=qju2iRvyZXQ | Yes | No | No | No | No | Yes |
| 200. https://www.youtube.com/watch?v=SaygoLgAe4Y | Yes | No | Yes | Yes | Yes | Yes |
| 201. https://www.youtube.com/watch?v=uia54xZZSJY | Yes | No | Yes | Yes | Yes | Yes |
| 202. https://www.youtube.com/watch?v=VZxUYgbFzpA | Yes | No | No | Yes | No | Yes |
| 203. https://www.youtube.com/watch?v=woro0S6ROBw | Yes | No | No | No | No | Yes |
| 204. https://www.youtube.com/watch?v=y5kqSWyhsfw | Yes | No | No | Yes | No | Yes |
| 205. https://www.youtube.com/watch?v=QeuWiDIDEC8 | Yes | No | No | Yes | Yes | Yes |
| 206. https://www.youtube.com/watch?v=pptZGOshusY | Yes | No | No | Yes | No | Yes |
| 207. https://www.youtube.com/watch?v=N_6g6aR9JiQ | Yes | No | No | No | No | No |
| 208. https://www.youtube.com/watch?v=2GcpEgKR7pk | Yes | No | Yes | Yes | Yes | Yes |
| 209. https://www.youtube.com/watch?v=38cSEMHyIWM | Yes | No | Yes | Yes | Yes | Yes |
| 210. https://www.youtube.com/watch?v=4Buslj1AsNg | Yes | No | No | Yes | No | Yes |
| 211. https://www.youtube.com/watch?v=55-Mnur8hcQ | Yes | No | No | Yes | No | Yes |
| 212. https://www.youtube.com/watch?v=9tKujw5RmIo | Yes | No | No | Yes | No | Yes |
| 213. https://www.youtube.com/watch?v=i5KJqXZzTuQ | Yes | No | No | No | No | No |
| 214. https://www.youtube.com/watch?v=o7is3iGyF8Q | Yes | No | Yes | Yes | Yes | Yes |
| 215. https://www.youtube.com/watch?v=tDqHVuO7r_U | Yes | No | No | Yes | No | Yes |
| 216. https://www.youtube.com/watch?v=unu5RGsToeI | Yes | No | Yes | Yes | Yes | Yes |
| 217. https://www.youtube.com/watch?v=WTTY5d9yi3U | Yes | No | No | Yes | No | Yes |

| Alleged Infringement URL | PLA License Defense | TOS License Defense | Copyright SOL Defense, Actual Knowledge | Copyright SOL Defense, Constructive Knowledge | TOS SOL Defense, Actual Knowledge | TOS SOL Defense, Constructive Knowledge |
|---|---|---|---|---|---|---|
| 218. https://www.youtube.com/watch?v=XZnXIqso7fU | Yes | No | No | Yes | No | Yes |
| 219. https://www.youtube.com/watch?v=zPuwf3rGuVM | Yes | No | No | Yes | No | Yes |
| 220. https://www.youtube.com/watch?v=38BhcPm0Kj4 | Yes | No | No | No | No | No |
| 221. https://www.youtube.com/watch?v=O77kEGL_5Ag | Yes | No | No | No | No | Yes |
| 222. https://www.youtube.com/watch?v=rG3Jvg0T-6I | Yes | No | No | No | No | Yes |
| 223. https://www.youtube.com/watch?v=TjOJhSziHYU | Yes | No | No | No | No | Yes |
| 224. https://www.youtube.com/watch?v=WLePiLr63do | Yes | No | No | No | No | Yes |
| 225. https://www.youtube.com/watch?v=4jQEbX0PJ0E | Yes | Yes | No | Yes | Yes | Yes |
| 226. https://www.youtube.com/watch?v=4tzCZ5jHMtA | Yes | Yes | No | Yes | Yes | Yes |
| 227. https://www.youtube.com/watch?v=5z3qs6qNAg4 | Yes | Yes | No | Yes | No | Yes |
| 228. https://www.youtube.com/watch?v=BBPiMzlGxRU | Yes | Yes | No | No | No | No |
| 229. https://www.youtube.com/watch?v=bWzNqEHLww8 | Yes | Yes | No | Yes | No | Yes |
| 230. https://www.youtube.com/watch?v=gOi2s3gX584 | Yes | Yes | No | Yes | Yes | Yes |
| 231. https://www.youtube.com/watch?v=Hxe1Km0vo5g | Yes | Yes | No | Yes | No | Yes |
| 232. https://www.youtube.com/watch?v=IGDGYxTfEMk | Yes | Yes | No | Yes | No | Yes |
| 233. https://www.youtube.com/watch?v=K37Ek9WJPGY | Yes | Yes | No | Yes | No | Yes |
| 234. https://www.youtube.com/watch?v=npB1ayZJbHg | Yes | Yes | No | Yes | No | Yes |
| 235. https://www.youtube.com/watch?v=o_LKmI01p3Y | Yes | Yes | No | Yes | No | Yes |
| 236. https://www.youtube.com/watch?v=OjovWaymKk0 | Yes | Yes | No | Yes | Yes | Yes |
| 237. https://www.youtube.com/watch?v=OQbUmCasz2s | Yes | Yes | Yes | Yes | Yes | Yes |
| 238. https://www.youtube.com/watch?v=psVsKCONJSA | Yes | Yes | No | Yes | No | Yes |
| 239. https://www.youtube.com/watch?v=uFP3TMiRi58 | Yes | Yes | No | No | No | Yes |
| 240. https://www.youtube.com/watch?v=U-ifGyDrtuE | Yes | Yes | No | Yes | No | Yes |
| 241. https://www.youtube.com/watch?v=yiu1NcalCMs | Yes | Yes | No | Yes | No | Yes |
| 242. https://www.youtube.com/watch?v=ZffGvuvWwBk | Yes | Yes | Yes | Yes | Yes | Yes |
| 243. https://www.youtube.com/watch?v=532OX4c1he8 | Yes | No | No | Yes | No | Yes |
| 244. https://www.youtube.com/watch?v=Ebck2BssRx0 | Yes | No | No | Yes | No | Yes |
| 245. https://www.youtube.com/watch?v=JnvZ5YqCmkA | Yes | No | Yes | Yes | Yes | Yes |
| 246. https://www.youtube.com/watch?v=0R-9t73KfiM | Yes | No | No | No | No | No |
| 247. https://www.youtube.com/watch?v=WhbQ7JYy6Tc | Yes | No | No | Yes | No | Yes |
| 248. https://www.youtube.com/watch?v=trDIrMJIqV4 | Yes | No | No | Yes | No | Yes |

| Alleged Infringement URL | PLA License Defense | TOS License Defense | Copyright SOL Defense, Actual Knowledge | Copyright SOL Defense, Constructive Knowledge | TOS SOL Defense, Actual Knowledge | TOS SOL Defense, Constructive Knowledge |
|---|---|---|---|---|---|---|
| 249. https://www.youtube.com/watch?v=1EEkdOrB_Ko | Yes | No | No | Yes | Yes | Yes |
| 250. https://www.youtube.com/watch?v=AMSGBeNFRk0 | Yes | No | No | No | No | No |
| 251. https://www.youtube.com/watch?v=qRQ-1Ze0KbU | Yes | No | No | Yes | No | Yes |
| 252. https://www.youtube.com/watch?v=tYPU7t-hfKo | Yes | No | Yes | Yes | Yes | Yes |
| 253. https://www.youtube.com/watch?v=w4LrrKTMfN0 | Yes | No | No | No | No | No |
| 254. https://www.youtube.com/watch?v=_2UqFk6mjvs | Yes | No | No | Yes | No | Yes |
| 255. https://www.youtube.com/watch?v=0zEMThwa9-c | Yes | No | No | Yes | No | Yes |
| 256. https://www.youtube.com/watch?v=7S-13Kkfu0k | Yes | No | No | No | No | Yes |
| 257. https://www.youtube.com/watch?v=aOXIpwzAO9Q | Yes | No | No | No | No | No |
| 258. https://www.youtube.com/watch?v=EpmJwSU0VsI | Yes | No | No | Yes | No | Yes |
| 259. https://www.youtube.com/watch?v=EtA6n9JpzLA | Yes | No | Yes | Yes | Yes | Yes |
| 260. https://www.youtube.com/watch?v=Fdsytt_obpU | Yes | No | No | Yes | No | Yes |
| 261. https://www.youtube.com/watch?v=fxrSAv3JRNM | Yes | No | No | No | No | No |
| 262. https://www.youtube.com/watch?v=G12e3KguIM8 | Yes | No | No | No | Yes | Yes |
| 263. https://www.youtube.com/watch?v=iRxT0gwW1FM | Yes | No | No | Yes | No | Yes |
| 264. https://www.youtube.com/watch?v=IzDMxODgna0 | Yes | No | No | Yes | No | Yes |
| 265. https://www.youtube.com/watch?v=JEHlGQrBoQk | Yes | No | No | Yes | Yes | Yes |
| 266. https://www.youtube.com/watch?v=JPasUzKkp2E | Yes | No | No | Yes | No | Yes |
| 267. https://www.youtube.com/watch?v=kccYhY-OTXM | Yes | No | No | Yes | No | Yes |
| 268. https://www.youtube.com/watch?v=o_xc_ycxi0M | Yes | No | No | Yes | No | Yes |
| 269. https://www.youtube.com/watch?v=oArWYN0zX4M | Yes | No | No | Yes | No | Yes |
| 270. https://www.youtube.com/watch?v=OvJO2dyroow | Yes | No | No | No | Yes | Yes |
| 271. https://www.youtube.com/watch?v=pFnVIQVf5rA | Yes | No | No | No | Yes | Yes |
| 272. https://www.youtube.com/watch?v=sP_RyLdK2uE | Yes | No | No | Yes | Yes | Yes |
| 273. https://www.youtube.com/watch?v=TXeBgcbZqFA | Yes | No | No | Yes | No | Yes |
| 274. https://www.youtube.com/watch?v=VzDpxQIjJ6A | Yes | No | No | No | No | Yes |
| 275. https://www.youtube.com/watch?v=ZgSlFkdISL4 | Yes | No | No | No | No | Yes |
| 276. https://www.youtube.com/watch?v=zjKng4A35y8 | Yes | No | No | No | No | Yes |
| 277. https://www.youtube.com/watch?v=ZKrgshAOxvo | Yes | No | No | No | No | Yes |
| 278. https://www.youtube.com/watch?v=-VV3QuF8Ajw | Yes | Yes | No | No | No | No |
| 279. https://www.youtube.com/watch?v=f7XoyThF9cs | Yes | No | No | Yes | No | Yes |

| Alleged Infringement URL | PLA License Defense | TOS License Defense | Copyright SOL Defense, Actual Knowledge | Copyright SOL Defense, Constructive Knowledge | TOS SOL Defense, Actual Knowledge | TOS SOL Defense, Constructive Knowledge |
|---|---|---|---|---|---|---|
| 280. https://www.youtube.com/watch?v=jYDwvSjoB9c | Yes | No | No | Yes | No | Yes |
| 281. https://www.youtube.com/watch?v=2x_nXDQv-t4 | Yes | Yes | No | Yes | No | Yes |
| 282. https://www.youtube.com/watch?v=Hcc054DjdLY | Yes | Yes | Yes | Yes | Yes | Yes |
| 283. https://www.youtube.com/watch?v=O28Y6pwbA-Q | Yes | Yes | No | Yes | Yes | Yes |
| 284. https://www.youtube.com/watch?v=OSab1Crbf_U | Yes | Yes | No | Yes | No | Yes |
| 285. https://www.youtube.com/watch?v=VWxY2Suh5QY | Yes | Yes | No | Yes | No | Yes |
| 286. https://www.youtube.com/watch?v=zIrDYcrxaqo | Yes | No | No | Yes | No | Yes |
| 287. https://www.youtube.com/watch?v=yH7JUS8TY1M | Yes | No | Yes | Yes | Yes | Yes |
| 288. https://www.youtube.com/watch?v=9ZZf2_XX4Lk | Yes | No | No | Yes | No | Yes |
| 289. https://www.youtube.com/watch?v=V1km88MConA | Yes | No | No | Yes | No | Yes |
| 290. https://www.youtube.com/watch?v=7m6E03fTdW8 | Yes | No | No | No | No | No |
| 291. https://www.youtube.com/watch?v=3eA2lvKjIxw | Yes | No | Yes | Yes | Yes | Yes |
| 292. https://www.youtube.com/watch?v=9XNvAuxKteY | Yes | No | No | Yes | No | Yes |
| 293. https://www.youtube.com/watch?v=eE5-7xbKQ-Y | Yes | No | No | No | No | No |
| 294. https://www.youtube.com/watch?v=La9ElPIumhQ | Yes | No | Yes | Yes | Yes | Yes |
| 295. https://www.youtube.com/watch?v=QxzukFO9U3I | Yes | No | No | Yes | No | Yes |
| 296. https://www.youtube.com/watch?v=31dLG9GfJ-c | Yes | No | No | Yes | No | Yes |
| 297. https://www.youtube.com/watch?v=BPAvQ5jG7M0 | Yes | No | No | No | No | Yes |
| 298. https://www.youtube.com/watch?v=Gp0iEfxztCU | Yes | No | No | No | No | No |
| 299. https://www.youtube.com/watch?v=8KKwsPvf1rE | Yes | No | Yes | Yes | Yes | Yes |
| 300. https://www.youtube.com/watch?v=dSFaHPfONcI | Yes | No | Yes | Yes | Yes | Yes |
| 301. https://www.youtube.com/watch?v=qDg8ZmbESmE | Yes | No | Yes | Yes | Yes | Yes |
| 302. https://www.youtube.com/watch?v=-1tu8dI_y_4 | Yes | Yes | No | No | No | No |
| 303. https://www.youtube.com/watch?v=bs51YXRbzyw | Yes | Yes | No | Yes | No | Yes |
| 304. https://www.youtube.com/watch?v=GrH2QuK5y1c | Yes | Yes | No | No | No | Yes |
| 305. https://www.youtube.com/watch?v=0vK_cW477N0 | Yes | No | No | Yes | No | Yes |
| 306. https://www.youtube.com/watch?v=2wUkhTsAC0M | Yes | No | Yes | Yes | Yes | Yes |
| 307. https://www.youtube.com/watch?v=DvcZVunjd9M | Yes | No | No | No | No | No |
| 308. https://www.youtube.com/watch?v=VX3G65NVu1g | Yes | No | No | No | Yes | Yes |
| 309. http://www.youtube.com/watch?v=e04yCOqalv8 | No | No | Yes | Yes | Yes | Yes |
| 310. http://www.youtube.com/watch?v=mRlj6wqzW74 | Yes | No | Yes | Yes | Yes | Yes |

| Alleged Infringement URL | PLA License Defense | TOS License Defense | Copyright SOL Defense, Actual Knowledge | Copyright SOL Defense, Constructive Knowledge | TOS SOL Defense, Actual Knowledge | TOS SOL Defense, Constructive Knowledge |
|---|---|---|---|---|---|---|
| 311. http://www.youtube.com/watch?v=M-DlDYGAExs | Yes | Yes | Yes | Yes | Yes | Yes |
| 312. http://www.youtube.com/watch?v=FQq7XkFC0Do | Yes | Yes | Yes | Yes | Yes | Yes |
| 313. http://www.youtube.com/watch?v=ASN9OqlqIXU | Yes | No | Yes | Yes | Yes | Yes |
| 314. http://www.youtube.com/watch?v=YIwyHj2Cn_Q | Yes | No | Yes | Yes | Yes | Yes |
| 315. http://www.youtube.com/watch?v=NML2WgRpVRc | Yes | No | Yes | Yes | Yes | Yes |
| 316. http://www.youtube.com/watch?v=I9jiYSUhcPQ | Yes | No | Yes | Yes | Yes | Yes |
| 317. http://www.youtube.com/watch?v=i8UlsGKsZM4 | Yes | No | Yes | Yes | Yes | Yes |
| 318. http://www.youtube.com/watch?v=5oYGhrUETFc | Yes | No | Yes | Yes | Yes | Yes |
| 319. http://www.youtube.com/watch?v=fc8kek2xGUc | Yes | No | Yes | Yes | Yes | Yes |
| 320. http://www.youtube.com/watch?v=i8BC-LH-IMg | Yes | No | Yes | Yes | Yes | Yes |
| 321. http://www.youtube.com/watch?v=7jfjtKRDFQI | Yes | Yes | Yes | Yes | Yes | Yes |
| 322. http://www.youtube.com/watch?v=htmgVKwSpMg | Yes | No | Yes | Yes | Yes | Yes |
| 323. http://www.youtube.com/watch?v=L0cMR-x8ufo | Yes | No | Yes | Yes | Yes | Yes |
| 324. https://www.youtube.com/watch?v=Z9N68OSIqps | Yes | No | Yes | Yes | Yes | Yes |
| 325. https://www.youtube.com/watch?v=RX6OLGPCsFc | Yes | No | Yes | Yes | Yes | Yes |
| 326. http://www.youtube.com/watch?v=2_YT4SvCPeo | Yes | Yes | Yes | Yes | Yes | Yes |
| 327. https://www.youtube.com/watch?v=wdIW_AoTi_4 | Yes | Yes | Yes | Yes | Yes | Yes |
| 328. http://www.youtube.com/watch?v=2tJegYsmlqU | Yes | Yes | Yes | Yes | Yes | Yes |
| 329. http://www.youtube.com/watch?v=AlJ6K1x9WIw | No | No | Yes | Yes | Yes | Yes |
| 330. http://www.youtube.com/watch?v=TPKsQoQdtB | Yes | No | No | No | No | No |
| 331. http://www.youtube.com/watch?v=bjuli8HHcYo | Yes | No | Yes | Yes | Yes | Yes |
| 332. http://www.youtube.com/watch?v=RiGKxmxq3Qk | Yes | No | Yes | Yes | Yes | Yes |
| 333. https://www.youtube.com/watch?v=nSk8IMTU5TE | Yes | No | Yes | Yes | Yes | Yes |
| 334. http://www.youtube.com/watch?v=Ft3wa0bMAmE | Yes | No | Yes | Yes | Yes | Yes |
| 335. http://www.youtube.com/watch?v=oZgAVwfcUY0 | Yes | No | Yes | Yes | Yes | Yes |
| 336. http://www.youtube.com/watch?v=MZM5ekpurvA | Yes | No | Yes | Yes | Yes | Yes |
| 337. http://www.youtube.com/watch?v=NJy_RXOgsts | Yes | No | Yes | Yes | Yes | Yes |
| 338. http://www.youtube.com/watch?v=AH3obBV5sEw | Yes | No | Yes | Yes | Yes | Yes |
| 339. http://www.youtube.com/watch?v=T-p1kPrYN_8 | Yes | No | Yes | Yes | Yes | Yes |
| 340. http://www.youtube.com/watch?v=EAJPUC0mgJ8 | Yes | No | Yes | Yes | Yes | Yes |
| 341. http://www.youtube.com/watch?v=n6U7zQLKe04 | Yes | Yes | Yes | Yes | Yes | Yes |

| Alleged Infringement URL | PLA License Defense | TOS License Defense | Copyright SOL Defense, Actual Knowledge | Copyright SOL Defense, Constructive Knowledge | TOS SOL Defense, Actual Knowledge | TOS SOL Defense, Constructive Knowledge |
|---|---|---|---|---|---|---|
| 342. http://www.youtube.com/watch?v=JERfM3g0FnM | Yes | Yes | Yes | Yes | Yes | Yes |
| 343. http://www.youtube.com/watch?v=wmAzXaz_UaY | Yes | Yes | No | No | Yes | Yes |
| 344. http://www.youtube.com/watch?v=CVelapFHlP0 | Yes | No | Yes | Yes | Yes | Yes |
| 345. https://www.youtube.com/watch?v=C3FD5pG3RMc | Yes | No | Yes | Yes | Yes | Yes |
| 346. https://www.youtube.com/watch?v=Z8cdqri2-r8 | Yes | No | Yes | Yes | Yes | Yes |
| 347. http://www.youtube.com/watch?v=EaY_KMBoJ3g | Yes | No | Yes | Yes | Yes | Yes |
| 348. http://www.youtube.com/watch?v=o4rYUveHBZM | Yes | No | Yes | Yes | Yes | Yes |
| 349. http://www.youtube.com/watch?v=jPEFzfWrXHg | Yes | No | Yes | Yes | Yes | Yes |
| 350. http://www.youtube.com/watch?v=P470eEhealc | Yes | No | Yes | Yes | Yes | Yes |
| 351. http://www.youtube.com/watch?v=lICbkKWrf-I | Yes | No | No | No | Yes | Yes |
| 352. https://www.youtube.com/watch?v=mp3jyAIpXQM | Yes | Yes | Yes | Yes | Yes | Yes |
| 353. https://www.youtube.com/watch?v=sbG16CKO-pg | Yes | Yes | No | Yes | No | Yes |
| 354. https://www.youtube.com/watch?v=lu1Fc-QHRCE | Yes | No | No | Yes | No | Yes |
| 355. https://www.youtube.com/watch?v=3VCTGDzX3NA | Yes | No | No | Yes | No | Yes |
| 356. https://www.youtube.com/watch?v=Nz34XjhDz1s | Yes | Yes | No | Yes | No | Yes |
| 357. https://www.youtube.com/watch?v=WEshwjP8Ufs | Yes | No | No | Yes | No | Yes |
| 358. https://www.youtube.com/watch?v=Fc7KMjwkILU | Yes | No | No | Yes | Yes | Yes |
| 359. https://www.youtube.com/watch?v=-OJhKtRElVo | Yes | No | No | No | No | Yes |
| 360. https://www.youtube.com/watch?v=AtLA61JEgZM | Yes | No | No | No | No | No |
| 361. https://www.youtube.com/watch?v=W1nLFgAJPvo | Yes | No | No | No | No | No |
| 362. https://www.youtube.com/watch?v=ma5knwpEeoM | Yes | Yes | No | No | No | No |
| 363. https://www.youtube.com/watch?v=ACexzWlPmSo | Yes | No | No | No | No | No |
| 364. https://www.youtube.com/watch?v=7jLKBpjSfn8 | Yes | No | No | No | No | No |
| 365. https://www.youtube.com/watch?v=3AaULOxaclo | Yes | Yes | No | No | No | No |
| 366. https://www.youtube.com/watch?v=nSqEquabd3w | Yes | No | No | No | No | No |
| 367. https://www.youtube.com/watch?v=3bLI5RHSudc | Yes | Yes | No | No | No | No |
| 368. https://www.youtube.com/watch?v=3dLbL_N04Vo | Yes | Yes | No | No | No | No |
| 369. https://www.youtube.com/watch?v=ZPrZ4Z1YDeA | Yes | Yes | No | No | No | No |
| 370. https://www.youtube.com/watch?v=3PiISnUqj3s | Yes | No | No | No | No | No |
| 371. https://www.youtube.com/watch?v=kehRDLo-_P4 | Yes | Yes | No | No | No | No |
| 372. https://www.youtube.com/watch?v=BHZjjhok-UM | Yes | No | No | No | No | No |

| Alleged Infringement URL | PLA License Defense | TOS License Defense | Copyright SOL Defense, Actual Knowledge | Copyright SOL Defense, Constructive Knowledge | TOS SOL Defense, Actual Knowledge | TOS SOL Defense, Constructive Knowledge |
|---|---|---|---|---|---|---|
| 373. https://www.youtube.com/watch?v=ooZkHLf07ng | Yes | No | No | No | No | No |
| 374. https://www.youtube.com/watch?v=yYNU0hn6PkM | Yes | No | No | No | No | No |
| 375. https://www.youtube.com/watch?v=fkJ98A8gJ7k | Yes | No | No | No | No | No |
| 376. https://www.youtube.com/watch?v=CMNM8QgiMGA | Yes | Yes | No | No | No | No |
| 377. https://www.youtube.com/watch?v=FYyKploAjGA | Yes | Yes | No | No | Yes | Yes |
| 378. https://www.youtube.com/watch?v=noOCWwfe44E | Yes | No | No | No | Yes | Yes |
| 379. https://www.youtube.com/watch?v=6UZdlk5mIwc | Yes | Yes | No | No | Yes | Yes |
| 380. https://www.youtube.com/watch?v=2Rl1MhhpbyM | Yes | No | No | No | Yes | Yes |
| 381. https://www.youtube.com/watch?v=k7BWXiMYJdE | Yes | Yes | Yes | Yes | Yes | Yes |
| **Total Number of Alleged Infringements Subject to the Defense** | 379 | 114 | 73 | 261 | 121 | 328 |