| | |
|---|---|
| DAVID H. KRAMER, SBN 168452 | BRIAN M. WILLEN (admitted *Pro Hac Vice*) |
| MAURA L. REES, SBN 191698 | WILSON SONSINI GOODRICH & ROSATI |
| LAUREN GALLO WHITE, SBN 309075 | Professional Corporation |
| WILSON SONSINI GOODRICH & ROSATI | 1301 Avenue of the Americas, 40th Floor |
| Professional Corporation | New York, NY 10019-6022 |
| 650 Page Mill Road | Telephone: (212) 999-5800 |
| Palo Alto, CA 94304-1050 | Facsimile: (212) 999-5801 |
| Telephone: (650) 493-9300 | Email: bwillen@wsgr.com |
| Facsimile: (650) 565-5100 | |
| Email: dkramer@wsgr.com | |
| mrees@wsgr.com | |
| lwhite@wsgr.com | |

Attorneys for Defendants and Counterclaimants
YOUTUBE, LLC and GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING LTD., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>Defendants<br><br>―――――――――――――――<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>Counterclaimants,<br><br>v.<br><br>PIRATE MONITOR LTD, PIRATE MONITOR LLC, and GÁBOR CSUPÓ,<br><br>Counterclaim Defendants. | CASE NO.: 3:20-cv-04423-JD<br><br>**DECLARATION OF JOANNE SUK IN SUPPORT OF YOUTUBE, LLC AND GOOGLE LLC'S MOTION FOR SUMMARY JUDGMENT AS TO PLAINTIFF MARIA SCHNEIDER**<br><br>Date: October 13, 2022<br>Time: 10:00 am<br>Courtroom: 11<br>Judge: Hon. James Donato |

I, Joanne Suk, declare as follows:

1. I am currently Director, Music Publishing Business Development for Defendant Google LLC and its subsidiary YouTube, LLC (collectively "YouTube"). I am familiar with YouTube's practices regarding licensing of musical works. I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would testify competently to them.

2. Videos that appear on YouTube may include music in various forms, such as music videos or tracks uploaded by copyright owners, user-uploaded video footage of someone playing an instrument or singing, or a homemade video of a non-musical event with a commercial sound recording used as background music. These uses of music can implicate copyrights for two distinct works: the musical work, which is the underlying composition of musical notes and sometimes accompanying lyrics, and the sound recording, which is a particular rendition of a musical work fixed in a phonorecord. Licensing of musical works created by songwriters is generally administered by music publishers, who enter into arrangements with songwriters to own or license musical works on their behalf. Licensing of sound recordings is typically handled by record labels, who enter into arrangements with performing artists to own sound recordings or license them on artists' behalf.

3. YouTube devotes substantial resources to ensuring that copyrighted material appearing on its service is there with the authorization of copyright holders. YouTube has a long history of entering into direct licenses with the music industry, including with all of the major record labels (UMG, Sony, Warner Music Group) for licenses covering sound recordings, and all of the major music publishers (Sony, Warner Chappell, and UMPG) for licenses covering musical works. YouTube typically enters into broad licenses for musical works with music publishers allowing use of their entire catalogs of musical works on YouTube, which typically include works by hundreds or thousands of individual songwriters. These licenses generally cover various rights, including the rights to reproduce, distribute, and make derivative works. I have personally been involved in licensing negotiations with a host of music publishers since I joined YouTube in 2016. YouTube currently has license agreements with hundreds of music

1 | publishers, including the three major publishers as well as many independent publishers, such as
2 | "A" Side Music LLC d/b/a Modern Works Music Publishing ("Modern Works").

4. Attached as **Exhibit 1** is a true and correct copy of the 2014 Publishing License Agreement ("PLA") between Google and Modern Works. The PLA is a full catalog license that includes all compositions "owned or controlled" by Modern Works. Ex. 1, at 11. That is, Modern Works licensed Google and its affiliates to use any musical work that Modern Works had the right to license. Under the PLA, Modern Works granted Google a "license[] to (i) Store, Reformat, make On-Demand Streams of, make Conditional Downloads of, and Display Publisher Compositions . . . and to make available Publisher Compositions on and through the Google Services and Embedded YouTube Video Players;" and to "(ii) reproduce, distribute, and prepare derivative works (including synchronization rights) based upon the Publisher Compositions," in exchange for royalty payments from Google. Ex, 1, § 2(a). As reflected in the PLA, Modern Works represented and warranted that it had "full power and authority to enter into the [PLA]," that it possessed "all rights, authorizations, and licenses" required for it to perform its obligations, and that YouTube's use of musical works owned or controlled by Modern Works "does not infringe any third party right, including rights arising from contracts between [Modern Works] and third parties[]." Ex. 1, § 6. The PLA automatically renews every three months after an initial term of four years, and to my knowledge it is still in force today. *See* Ex. 1, § 10(a).

5. YouTube has entered into licenses with performing rights organizations ("PROs") including the American Society of Composers, Authors, and Publishers ("ASCAP") and Broadcast Music Inc. ("BMI"), entities that issue blanket public performance licenses for all works of their members.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 26th day of August 2022, at Los Angeles, California.

*/s/ Joanne Suk*
Joanne Suk

DECLARATION OF JOANNE SUK ISO YOUTUBE, LLC AND GOOGLE LLC'S MOTION FOR SUMMARY JUDGMENT AS TO PLAINTIFF MARIA SCHNEIDER — -2- — CASE NO. 3:20-CV-04423-JD

**ATTORNEY ATTESTATION**

I, David H. Kramer, am the ECF User whose ID and password are being used to file this document. In compliance with N.D. Cal. Civil L.R. 5-1(i)(3), I hereby attest that the concurrence in the filing of this document has been obtained from the signatory.

/s/ David H. Kramer