# Exhibit B

# to the Declaration of Dan Coleman



Dan Coleman <dan.coleman@modernworkspub.com>

# Re: Maria Schneider letter
1 message

**Dan Coleman** <dan.coleman@modernworkspub.com>  Mon, Aug 1, 2016 at 11:15 AM
To: ███████████████ @modernworkspub.com>

hi ███████,

Maria has asked us not to monetize anything of hers on YT. Yes, she knows we have a deal with them.

It is "regular publishing revenue" in that we are paid based on our control of the underlying compositional copyright.

Dan

--

Dan Coleman
Managing Partner
**MODERN WORKS MUSIC PUBLISHING**
Soundrights Music (ASCAP) | Grow Your Own Music (BMI) | Boplicity Music (SESAC)
212.459.2996
dan.coleman@modernworkspub.com
http://modernworksmusicpublishing.com
Like Us On Facebook
Follow Us On Twitter

This email is confidential. If you feel you have received this email in error, please contact us. Dan Coleman does not give legal or tax advice.

> On Monday, Aug 01, 2016 at 10:29 AM, ███████████████ @modernworkspub.com> wrote:
> Hey Dan,
>
> Since we act as one of the "third parties" that she speaks about in this essay, does she know how we handle Content ID and YouTube?
>
> Do we even really have an official policy? We basically treat it like regular publishing revenue, correct? That would make us another middle man in that process, but at a lower admin fee than the 20% - 50% that she mentions in the article, and if she wanted us to choose block, then we would, right?
>
> > On Mon, Aug 1, 2016 at 3:38 PM, Dan Coleman <dan.coleman@modernworkspub.com> wrote:
> > Hi ███████,
> >
> > Could you add a link to this article to our social media please?
> >
> > https://musictechpolicy.com/2016/07/31/guest-post-by-schneidermaria-content-id-is-still-just-piracy-in-disguise-an-open-letter-to-rightsholders-and-a-music-industry-ready-to-renegotiate-with-a-monster/
> >
> > Dan
> >
> > --
> >
> > Dan Coleman