Exhibit C

to the Declaration of Dan Coleman



Dan Coleman <dan.coleman@modernworkspub.com>

## Re: Maria Schneider letter
1 message

**Dan Coleman** <dan.coleman@modernworkspub.com>   Fri, May 27, 2016 at 1:55 PM
To: ▮▮▮▮▮▮▮▮▮@modernworkspub.com>
Cc: ▮▮▮▮▮@modernworkspub.com

The block policy is the way to go. Thank you!
--

Dan Coleman
Managing Partner
**MODERN WORKS MUSIC PUBLISHING**
Soundrights Music (ASCAP) | Grow Your Own Music (BMI) | Boplicity Music (SESAC)
212.459.2996
dan.coleman@modernworkspub.com
http://modernworksmusicpublishing.com
Like Us On Facebook
Follow Us On Twitter

This email is confidential. If you feel you have received this email in error, please contact us. Dan Coleman does not give legal or tax advice.

> On Friday, May 27, 2016 at 1:07 PM, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
> <▮▮▮▮▮@modernworkspub.com> wrote:
> Hi Dan,
>
> I've updated Maria's songs in YT's claim database. There are 10 titles that we supplied to YT in 2013 and 2014. Luckily for Maria and us, the songs existed but had not yet been attached to any videos. Again, I assume this is due to her or ArtistShare's aggressive policing of the site.
>
> I have updated the 'policy' on each song to 'block.' This means that if a user uploads a video and Content ID automatically matches the video to one of these songs, the video will be blocked by us. I think this is a good way to proceed but if you or Maria prefer that we remove ourselves from the equation entirely, then I can ask YT to delete the songs. I've pasted a list below.

On May 26, 2016, at 19:09, Dan Coleman <dan.coleman@modernworkspub.com> wrote:

hi ▮

Maria told me that she prefers that we do not monetize her compositions on YT.

Dan
--

Dan Coleman
Managing Partner
MODERN WORKS MUSIC PUBLISHING
Soundrights Music (ASCAP) | Grow Your Own Music (BMI) | Boplicity Music (SESAC)
212.459.2996
dan.coleman@modernworkspub.com
http://modernworksmusicpublishing.com
Like Us On Facebook
Follow Us On Twitter

This email is confidential. If you feel you have received this email in error, please contact us. Dan Coleman does not give legal or tax advice.

On Thursday, May 26, 2016 at 1:21 PM, ▇▇▇▇ @modernworkspub.com <▇▇▇▇@modernworkspub.com> wrote:

Hi Dan,

On a related topic, has Maria ever asked us to exclude her compositions from our YouTube deal?

I took a look at content ID, and we have delivered about an album's worth of her titles to them, but zero of them have been attached to any videos. Perhaps that's because she's fiercely policing YT and removing content.

At any rate, if she doesn't ever want us to license her compositions I can remove the 'assets' so that we don't monetize.

▇▇▇▇

> On May 26, 2016, at 9:56, Dan Coleman <dan.coleman@modernworkspub.com> wrote:
>
> ▇▇▇▇
>
> Maria Schneider wrote a great piece about YouTube, attached here.
>
> ▇▇▇▇ Maria is scheduled to speak with the NYTimes on this topic and wanted to discuss some content ID issues with me. I will try to loop you into the call, since your experience will be invaluable.
>
> Dan
>
> --
> Dan Coleman
> Managing Partner
> MODERN WORKS MUSIC PUBLISHING
> Soundrights Music (ASCAP) | Grow Your Own Music (BMI) | Boplicity Music (SESAC)
> 212.459.2996
> dan.coleman@modernworkspub.com
> http://modernworksmusicpublishing.com
> Like Us On Facebook
> Follow Us On Twitter
>
> This email is confidential. If you feel you have received this email in error, please contact us. Dan Coleman does not give legal or tax advice.
> .
> <youtube-_pushers-of-piracy_-by-maria-schneider.pdf>