Exhibit D

to the Declaration of Dan Coleman

# Client Royalty Summary

Payee: Maria Schneider, Inc. (117).

cc:

Company: ArtistShare Music Publishing LLC
PO Box 120365
Nashville TN 37212-0365

In Account with: Maria Schneider, Inc. (117)

Half-Yearly for period 11/15/2015 to 5/15/2016

**BALANCE BROUGHT FORWARD**

INCOME TYPE

- Broadcast Mechanical
- Mechanical
- Performance
- Sync

TERRITORY

- Australia
- Austria
- Belgium
- Brazil
- Bulgaria
- Canada
- Chile
- Czech Republic
- Denmark
- Estonia
- France
- Germany
- Hong Kong
- Hungary
- Italy
- Japan
- Norway
- Poland
- Romania
- Slovenia
- South Africa
- South Korea

| | |
|---|---|
| Spain | ███ |
| Sweden | ███ |
| Switzerland | ███ |
| UK | ███ |
| USA | ███ |
| **SOURCE OF INCOME** | |
| Amazon (Music Reports) | ███ |
| Apple Computer, Inc. (CMRRA) | ███ |
| Apple iTunes (CMRRA) | ███ |
| Apple, Inc. (HFA) | ███ |
| APRA - AMCOS (Australia) | ███ |
| ASCAP | ███ |
| Canadian Broadcasting Corp (CMRRA) | ███ |
| CASH (Hong Kong) | ███ |
| CPCC (CMRRA) | ███ |
| Deezer (Music Reports) | ███ |
| Drum Corps International | ███ |
| EAU (ASCAP) | ███ |
| GEMA (Germany) | ███ |
| Google Play/YouTube (RightsFlow, Inc.) | 1.49 |
| Hip Digital (CMRRA) | ███ |
| JASRAC (Japan) | ███ |
| KODA (ASCAP) | ███ |
| KOMCA (ASCAP) | ███ |
| MCPS-PRS (UK) | ███ |
| Midwest Tape (Music Reports) | ███ |
| MUSICAUTOR (ASCAP) | ███ |
| MusixMatch (HFA) | ███ |
| NCB (Scandinavia) | ███ |
| PRS (ASCAP) | ███ |
| Rhapsody International (HFA) | ███ |
| SABAM (ASCAP) | ███ |
| SACEM (France) | ███ |
| SAMRO (Africa) | ███ |
| SCD (ASCAP) | ███ |
| SDRM (France) | ███ |
| SGAE (Spain) | ███ |
| SIAE (Italy) | ███ |
| Slacker (Music Reports) | ███ |
| Slacker, Inc. (HFA) | ███ |
| SOCAN (ASCAP) | ███ |
| Sony Music Entertainment (HFA) | ███ |
| Sony Music Entertainment Canada, Inc. (CMRRA) | ███ |
| Sony Music USA (DIRECT) | ███ |
| Spotify (CMRRA) | ███ |
| Spotify (HFA) | ███ |
| STIM (Sweden) | ███ |
| UBC (Brazil) | ███ |
| Universal Australia | ███ |
| Universal Music Canada Inc. (CMRRA) | ███ |
| YouTube | 0.47 |

# Royalty Statement

Payee: Maria Schneider, Inc. (117).

Company: ArtistShare Music Publishing LLC
PO Box 120365
Nashville TN 37212-0365

Half-Yearly for period 11/15/2015 to 5/15/2016

| Source / Income Type | Period From | Period To | Units | Catalog | Territory | Amount Payable | Share | Contractual Rate | Amount Due |
|---|---|---|---|---|---|---|---|---|---|
| **GUSH (Schneider)** | | | | | | | | | |
| Performance | 01/2013 | 03/2015 | | | Bulgaria | | | | |
| SABAM (ASCAP) | | | | | | | | | |
| Performance | 01/2014 | 12/2014 | | | Belgium | | | | |
| **HANG GLIDING (Schneider)** | | | | | | | | | |
| Apple, Inc. (HFA) | | | | | | | | | |
| Mechanical | 07/2015 | 09/2015 | 59 | USCGJ1507592 | USA | | | | |
| APRA - AMCOS (Australia) | | | | | | | | | |
| Mechanical | 03/2015 | 03/2015 | 1 | | Australia | | | | |
| Mechanical | 03/2015 | 03/2015 | 7 | 63757939320 | Australia | | | | |
| Canadian Broadcasting Corp (CMRRA) | | | | | | | | | |
| Mechanical | 10/2013 | 12/2013 | 3 | Pmt:2013 | Canada | | | | |
| M S F MUSIC | | | | | | | | | |
| CPCC (CMRRA) | | | | | | | | | |
| Mechanical | 10/2015 | 12/2015 | 2 | Airplay:2007_16 | Canada | | | | |
| M S F MUSIC | | | | | | | | | |
| Mechanical | 10/2015 | 12/2015 | 21 | Sales:2001_21 | Canada | | | | |
| M S F MUSIC | | | | | | | | | |
| Google Play/YouTube (RightsFlow, Inc.) | | | | | | | | | |
| Mechanical | 01/2016 | 01/2016 | 140 | | USA | 0.24 | | | |
| Mechanical | 02/2016 | 02/2016 | 168 | | USA | 0.13 | | | |
| Mechanical | 03/2016 | 03/2016 | 31 | | USA | 0.03 | | | |
| Mechanical | 10/2015 | 10/2015 | 255 | | USA | 0.35 | | | |
| Mechanical | 11/2015 | 11/2015 | 56 | | USA | 0.04 | | | |
| Mechanical | 12/2015 | 12/2015 | 109 | | USA | 0.09 | | | |
| Slacker (Music Reports) | | | | | | | | | |
| Mechanical | 03/2008 | 03/2016 | 465 | | USA | | | | |
| Mechanical | 12/2008 | 12/2015 | 456 | | USA | | | | |
| Slacker, Inc. (HFA) | | | | | | | | | |
| Mechanical | 02/2013 | 02/2013 | 10 | | USA | | | | |
| YouTube | | | | | | | | | |
| Mechanical | 03/2016 | 03/2016 | 222 | | USA | 0.09 | | | |
| ASCAP | | | | | | | | | |
| Performance | 01/2016 | 03/2016 | | | USA | | | | |
| GEMA (Germany) | | | | | | | | | |
| Performance | 01/2015 | 06/2015 | 12 | | Germany | | | | |
| Performance | 01/2015 | 06/2015 | | GENERAL PERF | Switzerland | | | | |
| SACEM (France) | | | | | | | | | |

# Royalty Statement

Payee: Maria Schneider, Inc. (117).

Company: ArtistShare Music Publishing LLC
PO Box 120365
Nashville TN 37212-0365

Half-Yearly for period 11/15/2015 to 5/15/2016

| Source / Income Type | Period From | Period To | Units | Catalog | Territory | Amount Payable | Share | Contractual Rate | Amount Due |
|---|---|---|---|---|---|---|---|---|---|
| **I SAW A DUST DEVIL THIS MORNING (Schneider/Kooser)** | | | | | | | | | |
| **JOURNEY HOME (Schneider)** | | | | | | | | | |
| Apple Computer, Inc. (CMRRA) | | | | | | | | | |
| Mechanical | 10/2015 | 12/2015 | 1 | T0710651845 | Canada | | | | |
| M S F MUSIC | | | | | | | | | |
| APRA - AMCOS (Australia) | | | | | | | | | |
| Mechanical | 03/2015 | 03/2015 | 7 | 63757939320 | Australia | | | | |
| CPCC (CMRRA) | | | | | | | | | |
| Mechanical | 10/2015 | 12/2015 | 1 | Airplay:2004_22 | Canada | | | | |
| M S F MUSIC | | | | | | | | | |
| Mechanical | 10/2015 | 12/2015 | 21 | Sales:2001_21 | Canada | | | | |
| M S F MUSIC | | | | | | | | | |
| GEMA (Germany) | | | | | | | | | |
| Mechanical | 01/2015 | 06/2015 | 2 | JAZZ | Czech Republic | | | | |
| Google Play/YouTube (RightsFlow, Inc.) | | | | | | | | | |
| Mechanical | 01/2016 | 01/2016 | 62 | | USA | 0.08 | | | |
| Mechanical | 02/2016 | 02/2016 | 66 | | USA | 0.04 | | | |
| Mechanical | 10/2015 | 10/2015 | 152 | | USA | 0.10 | | | |
| Mechanical | 11/2015 | 11/2015 | 40 | | USA | 0.03 | | | |
| Mechanical | 12/2015 | 12/2015 | 46 | | USA | 0.04 | | | |
| JASRAC (Japan) | | | | | | | | | |
| Mechanical | 01/2015 | 06/2015 | 665 | YBCD 2014A | Japan | | | | |
| Slacker (Music Reports) | | | | | | | | | |
| Mechanical | 03/2008 | 03/2016 | 106 | | USA | | | | |
| Mechanical | 12/2008 | 12/2015 | 66 | | USA | | | | |
| Slacker, Inc. (HFA) | | | | | | | | | |
| Mechanical | 02/2013 | 02/2013 | 9 | | USA | | | | |
| YouTube | | | | | | | | | |
| Mechanical | 03/2016 | 03/2016 | 48 | | USA | | | | |
| APRA - AMCOS (Australia) | | | | | | | | | |
| Performance | 07/2014 | 09/2014 | | | Australia | | | | |
| Performance | 07/2014 | 12/2014 | | | Australia | | | | |
| GEMA (Germany) | | | | | | | | | |
| Performance | 01/2015 | 06/2015 | | | Czech Republic | | | | |
| Performance | 01/2015 | 06/2015 | | | Romania | | | | |
| YouTube | | | | | | | | | |
| Sync | 01/2016 | 01/2016 | 31 | | USA | 0.01 | | | |
| Sync | 02/2016 | 02/2016 | 33 | | USA | 0.02 | | | |

# Royalty Statement

Payee: Maria Schneider, Inc. (117).

Company: ArtistShare Music Publishing LLC
PO Box 120365
Nashville TN 37212-0365

Half-Yearly for period 11/15/2015 to 5/15/2016

| Source / Income Type | Period From | To | Units | Catalog | Territory | Amount Payable | Share | Contractual Rate | Amount Due |
|---|---|---|---|---|---|---|---|---|---|
| **MY LAMENT (Schneider)** | | | | | | | | | |
| SIAE (Italy) | | | | | | | | | |
| Performance | 01/2014 | 06/2014 | | | Italy | | | | |
| CASH (Hong Kong) | | | | | | | | | |
| Sync | 01/2013 | 12/2013 | 1 | | Hong Kong | | | | |
| **MY WIFE AND I WALK THE COLD ROAD (Schneider/Kooser)** | | | | | | | | | |
| JASRAC (Japan) | | | | | | | | | |
| Broadcast Mechanical | 01/2015 | 06/2015 | | | Japan | | | | |
| APRA - AMCOS (Australia) | | | | | | | | | |
| Mechanical | 03/2015 | 03/2015 | 16 | | Australia | | | | |
| Mechanical | 03/2015 | 03/2015 | 4 | 616892000000 | Australia | | | | |
| Mechanical | 12/2014 | 12/2014 | 11 | 616892000000 | Australia | | | | |
| Mechanical | 12/2014 | 12/2014 | 1 | 72753 | Australia | | | | |
| Mechanical | 12/2014 | 12/2014 | 1 | 73651 | Australia | | | | |
| Mechanical | 03/2015 | 03/2015 | 1 | 74637 | Australia | | | | |
| Mechanical | 12/2014 | 12/2014 | 2 | UNKNOWN | Australia | | | | |
| GEMA (Germany) | | | | | | | | | |
| Mechanical | 01/2015 | 06/2015 | | | Germany | | | | |
| Mechanical | 01/2015 | 06/2015 | 1 | ITUNES SARL | Germany | | | | |
| Mechanical | 01/2015 | 06/2015 | 1 | ITUNES SARL | Slovenia | | | | |
| MCPS-PRS (UK) | | | | | | | | | |
| Mechanical | 01/2014 | 12/2014 | 1 | ITUNES | UK | | | | |
| SGAE (Spain) | | | | | | | | | |
| Mechanical | 01/2015 | 06/2015 | | | Spain | | | | |
| Mechanical | 01/2015 | 06/2015 | 3 | | Spain | | | | |
| APRA - AMCOS (Australia) | | | | | | | | | |
| Performance | 07/2014 | 09/2014 | | | Australia | | | | |
| Performance | 07/2014 | 12/2014 | | | Australia | | | | |
| JASRAC (Japan) | | | | | | | | | |
| Performance | 01/2015 | 06/2015 | | | Japan | | | | |
| **NIGHT WATCHMEN (Schneider)** | | | | | | | | | |
| Google Play/YouTube (RightsFlow, Inc.) | | | | | | | | | |
| Mechanical | 02/2016 | 02/2016 | 5 | 602547152985 | USA | 0.01 | | | |
| Mechanical | 11/2015 | 11/2015 | 5 | 645347034822 | USA | 0.01 | | | |
| Mechanical | 11/2015 | 11/2015 | 4 | 885150806852 | USA | 0.01 | | | |
| Mechanical | 03/2016 | 03/2016 | 9 | 887396944022 | USA | 0.01 | | | |
| Mechanical | 10/2015 | 10/2015 | 9 | 887396944022 | USA | 0.01 | | | |

# Royalty Statement

Payee: Maria Schneider, Inc. (117).

Company: ArtistShare Music Publishing LLC
PO Box 120365
Nashville TN 37212-0365

Half-Yearly for period 11/15/2015 to 5/15/2016

| Source / Income Type | Period From | Period To | Units | Catalog | Territory | Amount Payable | Share | Contractual Rate | Amount Due |
|---|---|---|---|---|---|---|---|---|---|
| **PERFECTLY STILL THIS SOLSTICE MORNING (Schneider/Kooser)** | | | | | | | | | |
| Mechanical | 01/2014 | 12/2014 | 1 | ITUNES | UK | | | | |
| **SGAE (Spain)** | | | | | | | | | |
| Mechanical | 01/2015 | 06/2015 | | | Spain | | | | |
| Mechanical | 01/2015 | 06/2015 | 3 | | Spain | | | | |
| **Universal Australia** | | | | | | | | | |
| Mechanical | 03/2015 | 03/2015 | 1415 | 4822218 | Australia | | | | |
| **APRA - AMCOS (Australia)** | | | | | | | | | |
| Performance | 07/2014 | 09/2014 | | | Australia | | | | |
| Performance | 07/2014 | 12/2014 | | | Australia | | | | |
| **GEMA (Germany)** | | | | | | | | | |
| Performance | 01/2015 | 06/2015 | | | Czech Republic | | | | |
| Performance | 01/2015 | 06/2015 | | | Slovenia | | | | |
| **JASRAC (Japan)** | | | | | | | | | |
| Performance | 01/2015 | 06/2015 | | | Japan | | | | |
| **MCPS-PRS (UK)** | | | | | | | | | |
| Performance | 12/2006 | 12/2014 | | | UK | | | | |
| | | | | | | | | | |
| **PRAIRIE DANCE (Schneider)** | | | | | | | | | |
| **ASCAP** | | | | | | | | | |
| Performance | 01/2016 | 03/2016 | | | USA | | | | |
| | | | | | | | | | |
| **PROLOGUE (Schneider)** | | | | | | | | | |
| **Google Play/YouTube (RightsFlow, Inc.)** | | | | | | | | | |
| Mechanical | 01/2016 | 01/2016 | 9 | | USA | 0.01 | | | |
| Mechanical | 02/2016 | 02/2016 | 9 | | USA | 0.01 | | | |
| Mechanical | 03/2016 | 03/2016 | 12 | | USA | 0.02 | | | |
| Mechanical | 10/2015 | 10/2015 | 17 | | USA | 0.02 | | | |
| Mechanical | 12/2015 | 12/2015 | 8 | | USA | 0.01 | | | |
| | | | | | | | | | |
| **QUADRILLE (Schneider/Strand)** | | | | | | | | | |
| **JASRAC (Japan)** | | | | | | | | | |
| Broadcast Mechanical | 01/2015 | 06/2015 | | | Japan | | | | |
| Performance | 01/2015 | 06/2015 | | | Japan | | | | |

# Royalty Statement

Payee: Maria Schneider, Inc. (117).



Company: ArtistShare Music Publishing LLC
PO Box 120365
Nashville TN 37212-0365

Half-Yearly for period 11/15/2015 to 5/15/2016

| Source / Income Type | Period From | To | Units | Catalog | Territory | Amount Payable | Share | Contractual Rate | Amount Due |
|---|---|---|---|---|---|---|---|---|---|
| **THREE ROMANCES (Schneider)** | | | | | | | | | |
| Performance | 01/2016 | 03/2016 | | | USA | | | | |
| GEMA (Germany) | | | | | | | | | |
| Performance | 01/2015 | 06/2015 | 4 | | Germany | | | | |
| Performance | 01/2015 | 06/2015 | | GENERAL PERF | Switzerland | | | | |
| Performance | 01/2015 | 06/2015 | | RADIO PERF | Switzerland | | | | |
| JASRAC (Japan) | | | | | | | | | |
| Performance | 01/2015 | 06/2015 | | | Japan | | | | |
| SABAM (ASCAP) | | | | | | | | | |
| Performance | 01/2014 | 12/2014 | | | Belgium | | | | |
| SIAE (Italy) | | | | | | | | | |
| Performance | 01/2014 | 06/2014 | | | Italy | | | | |
| **THREE ROMANCES (Schneider)** | | | | | | | | | |
| JASRAC (Japan) | | | | | | | | | |
| Broadcast Mechanical | 01/2015 | 06/2015 | | | Japan | | | | |
| APRA - AMCOS (Australia) | | | | | | | | | |
| Mechanical | 03/2015 | 03/2015 | 3 | | Australia | | | | |
| Mechanical | 03/2015 | 03/2015 | 1 | 25024894503 | Australia | | | | |
| Mechanical | 12/2014 | 12/2014 | 2 | 25024894503 | Australia | | | | |
| Mechanical | 03/2015 | 03/2015 | 1 | 76023 | Australia | | | | |
| CPCC (CMRRA) | | | | | | | | | |
| Mechanical | 10/2015 | 12/2015 | 1 | Airplay:2005_18 | Canada | | | | |
| M S F MUSIC | | | | | | | | | |
| Mechanical | 10/2015 | 12/2015 | 1 | Airplay:2006_18 | Canada | | | | |
| M S F MUSIC | | | | | | | | | |
| Mechanical | 10/2015 | 12/2015 | 1 | Airplay:2007_16 | Canada | | | | |
| M S F MUSIC | | | | | | | | | |
| GEMA (Germany) | | | | | | | | | |
| Mechanical | 01/2015 | 06/2015 | 4 | JAZZ | Czech Republic | | | | |
| YouTube | | | | | | | | | |
| Mechanical | 03/2016 | 03/2016 | 11 | | USA | 0.01 | | | |
| APRA - AMCOS (Australia) | | | | | | | | | |
| Performance | 07/2014 | 12/2014 | | | Australia | | | | |
| GEMA (Germany) | | | | | | | | | |
| Performance | 01/2015 | 06/2015 | | | Czech Republic | | | | |
| JASRAC (Japan) | | | | | | | | | |
| Performance | 01/2015 | 06/2015 | | | Japan | | | | |
| SABAM (ASCAP) | | | | | | | | | |
| Performance | 01/2014 | 12/2014 | | | Belgium | | | | |

# Royalty Statement

Payee: Maria Schneider, Inc. (117).



Company: ArtistShare Music Publishing LLC
PO Box 120365
Nashville TN 37212-0365

Half-Yearly for period 11/15/2015 to 5/15/2016

| Source Income Type | Period From | To | Units | Catalog | Territory | Amount Payable | Share | Contractual Rate | Amount Due |
|---|---|---|---|---|---|---|---|---|---|
| **THREE ROMANCES (Schneider)** | | | | | | | | | |
| YouTube | | | | | | | | | |
| Sync | 01/2016 | 01/2016 | 14 | | USA | 0.02 | | | |
| Sync | 11/2015 | 11/2015 | 10 | | USA | 0.03 | | | |
| **THREE ROMANCES (Schneider)** | | | | | | | | | |
| JASRAC (Japan) | | | | | | | | | |
| Broadcast Mechanical | 01/2015 | 06/2015 | | | Japan | | | | |
| CPCC (CMRRA) | | | | | | | | | |
| Mechanical | 07/2015 | 09/2015 | 1 | Airplay:2009_07 | Canada | | | | |
| M S F MUSIC | | | | | | | | | |
| GEMA (Germany) | | | | | | | | | |
| Mechanical | 01/2015 | 06/2015 | 2 | JAZZ | Czech Republic | | | | |
| APRA - AMCOS (Australia) | | | | | | | | | |
| Performance | 07/2014 | 12/2014 | | | Australia | | | | |
| GEMA (Germany) | | | | | | | | | |
| Performance | 01/2015 | 06/2015 | | | Czech Republic | | | | |
| JASRAC (Japan) | | | | | | | | | |
| Performance | 01/2015 | 06/2015 | | | Japan | | | | |
| SABAM (ASCAP) | | | | | | | | | |
| Performance | 01/2014 | 12/2014 | | | Belgium | | | | |
| **WALKING BY FLASHLIGHT (Schneider/Kooser)** | | | | | | | | | |
| JASRAC (Japan) | | | | | | | | | |
| Broadcast Mechanical | 01/2015 | 06/2015 | | | Japan | | | | |
| Apple Computer, Inc. (CMRRA) | | | | | | | | | |
| Mechanical | 10/2015 | 12/2015 | 68 | T9063446377 | Canada | | | | |
| MSF MUSIC | | | | | | | | | |
| Apple, Inc. (HFA) | | | | | | | | | |
| Mechanical | 07/2015 | 09/2015 | 45 | USDBV1500021 | USA | | | | |
| APRA - AMCOS (Australia) | | | | | | | | | |
| Mechanical | 03/2015 | 03/2015 | 62 | | Australia | | | | |
| Mechanical | 03/2015 | 03/2015 | 4 | 616892000000 | Australia | | | | |
| Mechanical | 12/2014 | 12/2014 | 11 | 616892000000 | Australia | | | | |
| Mechanical | 12/2014 | 12/2014 | 7 | 71894 | Australia | | | | |
| Mechanical | 03/2015 | 03/2015 | 2 | 75140 | Australia | | | | |
| Mechanical | 03/2015 | 03/2015 | 1 | 76023 | Australia | | | | |
| Mechanical | 03/2015 | 03/2015 | | UNKNOWN | Australia | | | | |