# Exhibit 3

# to the Declaration of Paul N. Harold

---
Message
---

**From:** John Barker [jbarker@clearboxrights.com]
**on behalf of** John Barker <jbarker@clearboxrights.com> [jbarker@clearboxrights.com]
**Sent:** 3/15/2019 11:12:25 AM
**To:** Maria Schneider [mariaschneider@me.com]
**Subject:** RE: AMLC Follow up FOR ALL


Yes, I agree. You would be listed as a writer, although I think technically you would qualify as a publisher, even with Modern Works administering.

**John Barker**
**President/CEO**



P.O. Box 1547
Brentwood, TN 37024
Tel. 615 630-7500
jbarker@clearboxrights.com
www.clearboxglobal.com



---

**From:** Maria Schneider <mariaschneider@me.com>
**Sent:** Thursday, March 14, 2019 9:35 PM
**To:** John Barker <jbarker@clearboxrights.com>
**Subject:** Re: AMLC Follow up FOR ALL

John, I didn't understand the column about pub admin. I own my works, but they are administered by ModernWorks (Dan Coleman)... you put me on the board as you wish, but I see myself as a composer — not reeeally a publisher... even if I own my work.
m.


> On Mar 14, 2019, at 10:00 PM, John Barker <jbarker@clearboxrights.com> wrote:
>
> All,
>
> Great call earlier today. Thanks for most of you who were able to be a part.
>
> As promised, here is a follow up email. This covers 4 very important items. Please look through all. We need an immediate response on the first 3 (please). Because we have so many new members, we need to make sure we have all information accurate and together.
>
> 1. **BOARD / COMMITTEE INTEREST**: Attached is an Excel sheet showing board/committee members, Please verify or insert whether you are a copyright owner, songwriter, etc. in the appropriate columns following your name. Also on the spreadsheet is a column for each board, committee, or support committee position. Please insert which of these (can be more than one) you believe you could best contribute to. You can email me directly to tell me the committee, or fill in the blanks on the spreadsheet and turn it back to me. We already have this for many, but since we've added more names, please do this one last time. (I may have marks by some of your names already). (I need this no later than end of day tomorrow, Friday 3/15).

SCHNEIDER_0000003439

2. **BRAGGING BIO:** As mentioned earlier today, and per an email sent to most by Joerg prior to today, we need a statement from all, bragging a bit about yourself, as if you were speaking to the Register of Copyrights, telling her why you would be good on this board/committee, per your background, accomplishments, passions, etc. THIS WILL BE A PART OF THE APPLICATION. (We need this no later than end of day tomorrow, Friday 3/15).

3. **PROPOSAL/ASSIGNMENTS**: Attached is a Word document of the entire Proposal outline showing all questions/requests which need to be included in the submission due one week from today. I've inserted names by many of the 9 areas for those of you who have sent your interest to me. For those who have not, please review the list and let me know which areas you would like to participate in. Now, the assignment: We need to have drafts of the final version ready and available to review this coming Monday during our board call. Please send directly to me, and I will coordinate. DETAILED DRAFT OF FINAL WORDING ARE DUE MONDAY, 3/18, by 10AM Eastern.

4. **ENDORSEMENT LETTER**: Last, attached are the Endorsement Letter I had sent yesterday. Many of you did not get them, so they are attached again. Please do you best to get as many signatures from writers and owners or organizations as possible. I will need these no later than end of day Tuesday, 3/19. Scan are fine. You may also email these to people and simply get an acknowledgement from them of their approval. Or you can send them to our website to fill out the online form.www.songrights.net

That's it for now. This is a critical week, and while all items are important, #1 and #4 are critical to be chosen.

Please let me know if you have any questions.

**John Barker**
**President/CEO**
<image001.jpg>
P.O. Box 1547
Brentwood, TN 37024
Tel. 615 630-7500
jbarker@clearboxrights.com
www.clearboxglobal.com
<image003.png>  <image005.png>  <image007.jpg>  <image009.png>

<AMLC Members-Board-Committees 3-14-19.xlsx><AMLC March 21 Submission Plan 3-7-19.docx><AMLC Endorsement Letter - I.docx><AMLC Endorsement Letter - WE.docx>