# Exhibit 4

# to the Declaration of Paul N. Harold

Message

| | |
|---|---|
| **From:** | Maria Schneider [mariaschneider@me.com] |
| on behalf of | Maria Schneider <mariaschneider@me.com> [mariaschneider@me.com] |
| **Sent:** | 9/9/2020 4:25:36 PM |
| **To:** | s.mosenkis@ascap.com; jonas@musiclaw.com |
| **CC:** | Mike Epstein [michael@epsteinco.com]; Maria Schneider [mariaschneider@me.com] |
| **Subject:** | Streaming guidance for concert presenters |

Dear Sam and Jonas,

My publishing administrator, Dan Coleman of Modern Works recommended you both when I inquired about streaming rights issues for both performing artists and songwriters in the age of Covid.

My agent, Mike Epstein is conducting industry webinars these days, mostly attended by presenters. The last one had 250 live viewers. That audience is growing as the webinars are being archived for wider reach. Across the board, presenters are asking for some clarity and guidance on the streaming of concerts and the various rights that need to be cleared for live/on-demand, etc. I know, it's complex.

I hope you'll both be willing to participate considering the immense need on the part of songwriters and performers. We badly need that our interests are out in front on these issues. If presenters are literally begging for help, I think that's certainly something to jump on. This will surely be widely watched.

Mike's phone number is 781-708-5128 if you wish to speak to him in person.

Warm regards,
Maria Schneider
_____
CDs, downloads, scores, Maria's open letters, and ArtistShare participant login all available at:

www.mariaschneider.com
Order our brand new Data Lords here.

SCHNEIDER_0000055596