Exhibit 5

to the Declaration of Paul N. Harold

Message
_____

**From:**          Adam Tully [adam.aside@gmail.com]
**on behalf of**   Adam Tully <adam.tully@modernworkspub.com> [adam.tully@modernworkspub.com]
**Sent:**          5/2/2014 8:24:37 PM
**To:**            MARIA SCHNEIDER [mariaschneider@mac.com]
**Subject:**       Re: Choro re-orchestration


Hi Maria,

Sounds good.  I'll get back to you about the ASCAP question.

Adam

On Apr 29, 2014, at 7:44 AM, MARIA SCHNEIDER <mariaschneider@mac.com> wrote:

> I didn't ask for anything... just told him there would be something... $150 is fine.  We should put
something that he has to inform me of performances... should it be reregistered and named... as it's a
bigger group?... for ASCAP I mean...
> ...I'll introduce you.
> Thnak you!
> Maria
>
> On Apr 28, 2014, at 3:55 PM, Adam Tully <adam.tully@modernworkspub.com> wrote:
>
>> Hi Maria,
>>
>> We should do a license here to protect your rights.  Based on what I can see from the email the
initial use would simply be to print parts for his students for their performance at the competition.
>>
>> If that's the case we would want to give him a license to create the arrangement and distribute it to
his students, but no further and certainly not for sale.  The arrangement would be a work for hire and
would be owned by MSF music - Joel would not have the right to list himself as a writer or arranger in
ASCAP.
>>
>> Have you discussed price with Joel?  Normally we would ask for a nominal fee of say $150.
>>
>> If all of these sounds good, please introduce me to Joel via email and I'll wrap things up for you.
>>
>> Thanks,
>>
>> Adam
>>
>>
>> On Sun, Apr 27, 2014 at 8:12 PM, MARIA SCHNEIDER <mariaschneider@mac.com> wrote:
>> This guy did an arrangement of my piece Choro Dancado.  It's for wind ensemble.  Is there something we
need to do licensewise?  And does it need a new title?  Or Choro Dancado for Wind Ensemble... how do we
do this?
>> Thank you,
>> Maria Schneider
>>
>> Begin forwarded message:
>>
>>> From: Nagel Joel <JNagel@cr.k12.ia.us>
>>> Subject: RE: Choro re-orchestration
>>> Date: April 23, 2014 at 3:16:47 PM EDT
>>> To: 'MARIA SCHNEIDER' <mariaschneider@mac.com>
>>>
>>> Hello Maria,
>>>
>>> Just wanted to check in with you about the Choro Dançado band arrangement. I finished the arrangement
and we passed it out to the kids a few weeks ago. They have really enjoyed working on and listening to
your music! I was wondering if you were able to put a contract together yet? I just want to make sure we
are following your wishes through this whole process.
>>>
>>> I have attached a score of the arrangement. Even since this edition, I have adjusted a few things.
Came to my senses and decided to use an actual pandeiro, not a tambourine as notated in the score.
>>>
>>> I was also hoping to ask you one favor. Would you give us a little personal insight to this piece? I
was hoping to share your thoughts and reflections of this work with our students as they prepare to
perform it.
>>>
>>> What was your musical or emotional inspiration to write Choro Dançado?

SCHNEIDER_0000043126

>>>
>>> I looked up a translation of the title, but got some mixed results. Do you have a translation you think of for the title?
>>>
>>> I often think of visuals, or imagine a silent movie that could be playing with the music I listen to. Do you have any images or associate a story with Choro Dançado that I could share with our students?
>>>
>>> Lastly, I'm embarrassed to ask this, but how do you pronounce Choro Dançado? (Core-oh or Chore-oh)
>>>
>>> Thank you again for allowing us this opportunity to perform your music with our concert band. I know it will be a wonderful musical experience for the students.
>>>
>>> Thank you,
>>> Joel Nagel
>>>
>>> From: Nagel Joel
>>> Sent: Thursday, February 13, 2014 11:55 AM
>>> To: 'MARIA SCHNEIDER'
>>> Subject: RE: Choro re-orchestration
>>>
>>> Maria,
>>>
>>> Thank you very much! We are happy to follow any contract terms you have. (Internet, publication, etc.). A Finale score would be very helpful. Thank you for offering that.
>>>
>>> I saw the Bluecoats at a DCI show when they performed Sky Blue, and I agree that it was stunning. I hope we can perform Choro Dançado to the same effect.
>>>
>>> Our students have really enjoyed performing some of your music in jazz band. I know they will be excited to perform a piece of yours in wind ensemble.
>>>
>>> Thanks again,
>>> Joel Nagel
>>>
>>> From: MARIA SCHNEIDER [mailto:mariaschneider@mac.com]
>>> Sent: Thursday, February 13, 2014 10:54 AM
>>> To: Nagel Joel
>>> Subject:
>>>
>>> Dear Joel and Jim,
>>> This is really exciting. I would love to have you do this. I just want to be able to put together a little contract. I don't want it to be able to be streamed or delivered in any kind of way on the Internet or any unknown way.  And also, as you said to put something about the publishing part in writing.
>>> I could give you a finale score that would make your job a lot easier I would think.
>>> I'm flattered that you would ask. I'll be very curious how it turns out. Years ago, the Bluecoats did a drum and bugle version of Sky Blue.  It was absolutely stunning with the field marching and all. I cried when I heard/saw it.  Ha, I don't mean to raise the bar!!!! :-)
>>> Very best to you,
>>> Maria
>>>
>>>
>>> MariaBegin forwarded message:
>>>
>>> From: Nagel Joel <JNagel@cr.k12.ia.us>
>>> Subject: Permission for composition adaptation
>>> Date: February 12, 2014 at 12:30:09 PM EST
>>> To: "'musicinquiries@mariaschneider.com'" <musicinquiries@mariaschneider.com>
>>>
>>> Hello,
>>>
>>> My name is Joel Nagel and I am a band director at George Washington High School in Cedar Rapids, Iowa. Our school's wind ensemble has been invited to be one of the featured bands this May at the annual Iowa Bandmaster's Association (IBA) Conference. An honor which we are very excited to accept. We are planning an hour long concert that we hope will feature a unique and diverse set of music. In fact we are hoping to program some music that was not originally composed for concert band.
>>>
>>> One piece my co-worker, Jim Miller, the director of the wind ensemble, would like to perform is Maria's Choro Dançado. Obviously, for a concert band to perform this work, certain orchestration changes would need to be made. I am writing to ask permission to re-orchestrate Choro Dançado. This adaptation would be used one time specifically for this IBA Conference performance, and we would not publish the work at any time. My intent is to change as little as possible from the original, while making it an accessible piece for a wind ensemble.
>>>
>>> I would be the arranger for this piece, and on a personal note, it would be a tremendous honor to re-orchestrate one of Maria's works, and a bit of a moment of coming full circle for me. I first met Maria when I was a high school student in the Iowa All-State jazz band that she directed at the 2001 IBA Conference. Her work with that band is what inspired me to begin composing and arranging music. I also

SCHNEIDER_0000043127

had the privilege to work with Maria when she was a week-long composer in residence at the University of
Northern Iowa in April of 2008. Maria's works have continually inspired me, and it would be an honor to
share her music with our students at Washington High School in this new adaptation.
>>>
>>> Please let me know if you need any further information for your decision. Thank you for your
consideration.
>>>
>>> Regards,
>>> Joel Nagel and Jim Miller
>>> Band Directors
>>> Washington High School, Cedar Rapids, Iowa
>>
>>
>>
>>
>>
>>
>> --
>> Adam Tully
>> Director of Administration / Latin & Special Markets A&R
>> MODERN WORKS MUSIC PUBLISHING
>> (formerly "A" Side Music)
>> Soundrights Music (ASCAP) | Grow Your Own Music (BMI)
>> 646.494.7131646.494.7131646.494.7131646.494.7131 (p)
>> 212.656.1767 (f)
>> adam.tully@modernworkspub.com
>> http://modernworksmusicpublishing.com
>>
>> puede enviar su mensaje en español
>>
>> This email is confidential. If you feel you have received this email in error, please contact us.
>> Call
>> Send SMS
>> Add to Skype
>> You'll need Skype CreditFree via Skype
>> Call
>> Send SMS
>> Add to Skype
>> You'll need Skype CreditFree via Skype
>

SCHNEIDER_0000043128