Exhibit 6

to the Declaration of Paul N. Harold

Message

| | |
|---|---|
| **From**: | MARIA SCHNEIDER [mariaschneider@me.com] |
| on behalf of | MARIA SCHNEIDER <mariaschneider@me.com> [mariaschneider@me.com] |
| **Sent**: | 2/13/2019 7:25:12 PM |
| **To**: | Jenny Johnson [jenny.johnson@modernworkspub.com] |
| **Subject**: | Re: mech question |

Thank you! Maria

Sent from my iPhone

On Feb 13, 2019, at 1:47 PM, Jenny Johnson <jenny.johnson@modernworkspub.com> wrote:

> Hi Maria,
>
> Yes! Please send them my way and I'll take care of it.
>
> Hope all is well with you!
>
> Best,
> Jenny
> --
> Jenny Johnson
> Senior Director, Copyright & Royalties
> MODERN WORKS MUSIC PUBLISHING
> Soundrights Music (ASCAP), Grow Your Own Music (BMI), Boplicity Music (SESAC)
> 615.280.0088 (p)
> jenny.johnson@modernworkspub.com
> http://modernworksmusicpublishing.com
>
>> On Feb 13, 2019, at 11:47 AM, Maria Schneider <mariaschneider@me.com> wrote:
>>
>> Jenny, are you there person to send someone too who wants a mechanical license for recording my music on CD?
>> Maria
>
> As a formality, no rights are licensed until receipt and acknowledgement of associated fee(s). Modern Works and its affiliated persons do not give legal or tax advice.