Exhibit 7

to the Declaration of Paul N. Harold



GOOG-SCHNDR-00037924