Exhibit 12

to the Declaration of Paul N. Harold

George A. Zelcs *(pro hac vice)*
   gzelcs@koreintillery.com
Randall P. Ewing, Jr. *(pro hac vice)*
   rewing@koreintillery.com
Ryan Z. Cortazar *(pro hac vice)*
   rcortazar@koreintillery.com
**KOREIN TILLERY, LLC**
205 North Michigan, Suite 1950
Chicago, IL  60601
Telephone: (312) 641-9750
Facsimile: (312) 641-9751

Stephen M. Tillery (*pro hac vice*)
   stillery@koreintillery.com
Steven M. Berezney, CA Bar #329923
   sberezney@koreintillery.com
Michael E. Klenov, CA Bar #277028
   mklenov@koreintillery.com
Carol O'Keefe *(pro hac vice)*
   cokeefe@koreintillery.com
**KOREIN TILLERY, LLC**
505 North 7th Street, Suite 3600
St. Louis, MO  63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

Joshua Irwin Schiller, CA Bar #330653
   jischiller@bsfllp.com
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery St., 41st Floor
San Francisco, CA  94104
Telephone:  (415) 293-6800
Facsimile: (415) 293-6899

Philip C. Korologos *(pro hac vice)*
   pkorologos@bsfllp.com
Joanna C. Wright *(pro hac vice)*
   jwright@bsfllp.com
**BOIES SCHILLER FLEXNER LLP**
55 Hudson Yards, 20th Floor
New York, NY  10001
Telephone:  (212) 446-2300
Facsimile: (212) 446-2350

*Attorneys for Maria Schneider*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA SCHNEIDER; UNIGLOBE ENTERTAINMENT, LLC; and AST PUBLISHING LTD., individually and on behalf of all others similarly situated;<br><br>       Plaintiffs,<br><br>     vs.<br><br>YOUTUBE, LLC, and GOOGLE LLC,<br><br>      Defendants. | CASE NO. 3:20-cv-4423<br><br>**PLAINTIFF MARIA SCHNEIDER'S SECOND AMENDED OBJECTIONS AND RESPONSE TO YOUTUBE AND GOOGLE'S SIXTH INTERROGATORY** |

1     Pursuant to Federal Rules of Civil Procedure 26 and 33, Plaintiff Maria Schneider submits the

2 following second amended objections and response to Defendants YouTube, LLC ("YouTube") and

3 Google LLC's ("Google") (collectively "Defendants") Sixth Interrogatory to Plaintiff Maria Schneider,

4 dated November 5, 2020, (the "Request"), in the above-captioned action (the "Action").

5     By submitting this Response, Schneider does not concede or waive any arguments regarding the

6 scope, relevance, and timing of any discovery in the Action.

7     Schneider reserves the right to amend or revise this Response, including based on any responses

8 or objections submitted by Defendants to any of Schneider's discovery requests. Schneider also asserts

9 that any discovery obligations should be mutual between parties, so that if any of her objections are

10 overridden, Defendants should be subject to the same scope of discovery, including definitions and

11 instructions for discovery compliance.

12                              **GENERAL OBJECTIONS**

13     1.     Schneider objects to the Interrogatory to the extent it imposes obligations in addition

14 to those imposed by the Federal Rules of Civil Procedure, the Local Rules of this Court, any court

15 governing discovery in this case, or any discovery protocol agreed upon by the parties.

16     2.     Schneider objects to the Interrogatory, and to each Definition and specific Request

17 contained therein, insofar as they seek information not in her possession, custody, or control.

18 Schneider further objects to the Interrogatory to the extent it seeks documents and information that

19 she does not have the practical ability to obtain or which would be unreasonably burdensome to

20 identify or to obtain.

21     3.     Schneider objects to the extent the Interrogatory seeks information that is already in

22 Defendants' possession, is equally accessible to Defendants, or is readily accessible to Defendants.

23     4.     Schneider further objects to the Interrogatory to the extent that the burden of deriving

24 an answer from other sources of discovery will be substantially the same for Defendants as it is for

25 her.

26

27

5.      Schneider objects to the Interrogatory to the extent it seeks information that Defendants can obtain from sources that are more convenient, less burdensome, or less expensive.

6.      Schneider objects to the Interrogatory to the extent it seeks information protected by the attorney/client privilege, the work product doctrine, Rule 408 of the Federal Rules of Evidence, any common interest privilege, joint defense agreement or any other applicable privilege.

7.      Schneider further objects to the Interrogatory to the extent that it is vague and ambiguous, overly broad, unduly burdensome, lacking in particularity or unreasonable, or otherwise seeks the discovery of information that is neither relevant to the claims or defenses of any party to this action nor reasonably calculated to lead to the discovery of admissible evidence.

8.      Schneider objects to the Interrogatory to the extent it is propounded for the improper purpose of annoying or harassing her.

Schneider's response is based solely on facts reasonably known to her at the time of responding to this Interrogatory. Schneider reserves the right to supplement, amend, or otherwise modify these responses.

**SPECIFIC OBJECTIONS AND RESPONSE**

**INTERROGATORY NO. 6:** Describe in detail the circumstances under which You first became aware of each alleged infringement identified in Your response to Interrogatory No. 2, including but not limited to the date and the manner in which the alleged infringement came to Your attention.

**OBJECTIONS AND RESPONSE:** Schneider objects that this Interrogatory is unduly burdensome, seeks irrelevant information, and calls for information protected by privileges. Subject to and without waiving those objections, Schneider responds that she became aware of the following videos identified in her list of infringements on or shortly before the following dates:

| Video ID | Date |
|---|---|
| jxg8bkMVs80 | May 14, 2019 |
| 0GijvVT8E44 | December 9, 2015 |
| wVD3i_Mz50Q | March 3, 2018 |

| | |
|---|---|
| KCT92cxPINM | March 6, 2018 |
| 0UgcuTp_6jI | November 12, 2008 |
| CsFd-3Ug-70 | April 5, 2018 |
| gvGoetSAdvM | October 3, 2018 |
| iLUjozjowyA | April 5, 2018 |
| 6H1EI2ivOQY | November 21, 2017 |
| mYC8eqZl4pY | April 5, 2018 |
| s34Oj_za7ZU | September 21, 2012 |
| 7H1Yddt2gbU | April 5, 2018 |
| GmCPHZiqZ_4 | November 16, 2009 |
| o51Yk6n6aIw | June 7, 2012 |
| bj34mMJKXNE | April 5, 2018 |
| h53bJkTiEAk | March 6, 2018 |
| i8qDiJpnYLk | March 18, 2010 |
| 2jKJNdGJpOA | April 5, 2018 |
| dhxeIKZqskg | October 14, 2020 |
| iduI_77k25Y | November 21, 2017 |
| JNbjrkRcWfU | April 4, 2014 |
| njbsZ2sevIs | March 10, 2013 |
| ZXlaXbI0Eqg | August 31, 2017 |
| UDbfm95WcUk | January 24, 2013 |
| J84Rqbebgv8 | November 21, 2017 |
| uapafgmFBvg | April 5, 2018 |
| qlhJWE0Okgs | November 21, 2017 |
| xU3h-zYCLkU | October 7, 2016 |
| uia54xZZSJY | December 8, 2014 |
| tYPU7t-hfKo | February 5, 2017 |
| dSFaHPfONcI | September 9, 2015 |
| Z9N68OSIqps | March 4, 2016 |
| 2_YT4SvCPeo | March 16, 2016 |
| wdIW_AoTi_4 | March 4, 2016 |
| AlJ6K1x9WIw | July 28, 2015 |
| bjuli8HHcYo | May 6, 2015 |
| RiGKxmxq3Qk | May 6, 2015 |
| nSk8IMTU5TE | January 26, 2016 |
| C3FD5pG3RMc | January 13, 2016 |
| Z8cdqri2-r8 | January 11, 2016 |
| EaY_KMBoJ3g | September 9, 2015 |
| jPEFzfWrXHg | March 24, 2017 |
| P470eEhealc | November 12, 2015 |
| k7BWXiMYJdE | March 2, 2017 |
| MZM5ekpurvA | March 11, 2014 |
| s486ogPgw8w | November 16, 2009 |
| WGOgXhqUOv0 | April 5, 2018 |
| 0h32JZX-6mM | April 5, 2018 |

| | |
|---|---|
| 33vXhTXfNEs | August 17, 2018 |
| XrKR5T8MPQQ | April 5, 2018 |
| ZfNjWC-J9dQ | October 3, 2018 |
| jUmxA2x8V_E | October 3, 2018 |
| 6_meisQfQRM | March 10, 2013 |
| F_pBEtaI1c0 | April 5, 2018 |
| z0J0PKKBWGI | July 5, 2017 |
| 2_6R2_ym0lU | April 5, 2018 |
| 2qhVGVAEkRk | April 5, 2018 |
| XiMEiJihyFg | October 3, 2018 |
| 67_ah73gu5w | October 5, 2017 |
| jD-vgLXihXE | October 20, 2015 |
| SaygoLgAe4Y | October 11, 2016 |
| QeuWiDIDEC8 | April 5, 2018 |
| 2GcpEgKR7pk | April 26, 2017 |
| 38cSEMHyIWM | April 26, 2017 |
| o7is3iGyF8Q | March 18, 2011 |
| unu5RGsToeI | March 10, 2013 |
| 4jQEbX0PJ0E | October 6, 2017 |
| 4tzCZ5jHMtA | April 5, 2018 |
| gOi2s3gX584 | November 21, 2017 |
| OjovWaymKk0 | October 6, 2017 |
| OQbUmCasz2s | February 16, 2012 |
| ZffGvuvWwBk | September 19, 2016 |
| JnvZ5YqCmkA | December 10, 2007 |
| 1EEkdOrB_Ko | February 18, 2018 |
| w4LrrKTMfN0 | June 22, 2020 |
| EtA6n9JpzLA | September 11, 2012 |
| G12e3KguIM8 | March 6, 2018 |
| JEHlGQrBoQk | October 6, 2017 |
| OvJO2dyroow | August 15, 2018 |
| pFnVIQVf5rA | April 5, 2018 |
| sP_RyLdK2uE | April 5, 2018 |
| -VV3QuF8Ajw | May 14, 2020 |
| Hcc054DjdLY | November 15, 2010 |
| O28Y6pwbA-Q | June 16, 2019 |
| OSab1Crbf_U | October 14, 2020 |
| yH7JUS8TY1M | November 21, 2016 |
| 3eA2lvKjIxw | November 15, 2010 |
| La9ElPIumhQ | December 12, 2013 |
| 8KKwsPvf1rE | December 12, 2013 |
| qDg8ZmbESmE | April 11, 2011 |
| 2wUkhTsAC0M | November 15, 2010 |
| VX3G65NVu1g | June 18, 2019 |
| e04yCOqalv8 | March 4, 2013 |

| | |
|---|---|
| mRlj6wqzW74 | March 1, 2013 |
| FQq7XkFC0Do | March 1, 2013 |
| ASN9OqlqIXU | March 10, 2014 |
| YIwyHj2Cn_Q | March 10, 2014 |
| NML2WgRpVRc | March 10, 2014 |
| I9jiYSUhcPQ | March 10, 2014 |
| i8UlsGKsZM4 | March 10, 2014 |
| 5oYGhrUETFc | March 10, 2014 |
| fc8kek2xGUc | March 10, 2014 |
| i8BC-LH-IMg | March 10, 2014 |
| 7jfjtKRDFQI | March 1, 2013 |
| htmgVKwSpMg | March 10, 2013 |
| L0cMR-x8ufo | May 4, 2013 |
| RX6OLGPCsFc | March 12, 2014 |
| 2tJegYsmlqU | March 12, 2014 |
| Ft3wa0bMAmE | March 11, 2014 |
| oZgAVwfcUY0 | March 31, 2017 |
| NJy_RXOgsts | March 1, 2013 |
| AH3obBV5sEw | March 1, 2013 |
| EAJPUC0mgJ8 | March 11, 2014 |
| n6U7zQLKe04 | March 1, 2013 |
| JERfM3g0FnM | March 1, 2013 |
| wmAzXaz_UaY | January 24, 2019 |
| CVelapFHlP0 | March 1, 2013 |
| o4rYUveHBZM | August 19, 2013 |
| lICbkKWrf-I | January 3, 2018 |
| mp3jyAIpXQM | December 12, 2013 |
| Fc7KMjwkILU | April 5, 2018 |
| FYyKploAjGA | February 26, 2018 |
| noOCWwfe44E | February 26, 2018 |
| 6UZdlk5mIwc | February 26, 2018 |
| 2Rl1MhhpbyM | February 26, 2018 |
| M-DlDYGAExs | March 1, 2013 |
| TIUAdc1ksYM | February 28, 2020 |
| BRv4M84WFCo | February 28, 2020 |
| VWxY2Suh5QY | February 28, 2020 |
| dxv5uH1i1A4 | February 28, 2020 |
| qNtRvI8aeas | February 28, 2020 |
| HrJjJukZoRU | February 28, 2020 |
| aMwhevPdpoM | February 28, 2020 |
| 1HOXysb3Qis | February 28, 2020 |
| bWzNqEHLww8 | February 28, 2020 |
| Hxe1Km0vo5g | February 28, 2020 |
| yiu1NcalCMs | February 28, 2020 |
| 5z3qs6qNAg4 | February 28, 2020 |

| f7XoyThF9cs | February 28, 2020 |
| 9ZZf2_XX4Lk | February 28, 2020 |
| gxabL31wWCw | February 28, 2020 |
| V1km88MConA | February 28, 2020 |

For all videos that Schneider became aware of prior to February 28, 2020, Schneider or her agents identified the above videos by conducting searches for unauthorized copies of her work on YouTube using her name and/or the titles of the Works in Suit or by being alerted to the video by a third party. In those instances in which Schneider sent a takedown notice, Schneider became aware of the video on or shortly before the day the takedown notices were sent.

Schneider further responds that information about the circumstances in which she became aware of infringements identified in response to Interrogatory No. 2 on or after February 2020 are to at least some extent protected by the work product doctrine and attorney-client privilege. Subject to and without waiving this objection, Schneider responds that her litigation counsel used services provided by Pex on a few of her works in February 2020. Schneider reviewed the results and identified some potential infringement on February 28, 2020, as set forth above.

Schneider further responds that her litigation counsel used YouTube's search function to identify potential infringements based on her name and/or the titles of the Works in Suit from February 16, 2021, to August 12, 2021. Schneider's litigation counsel spent approximately 28 hours searching YouTube and compiling the list of potential infringements from February 16, 2021, to August 12, 2021. Schneider's litigation counsel sent those results to her on August 18, 2021. To the extent Schneider was not previously aware of a video as set forth above, Schneider became aware of the remaining infringements included on her November 29, 2021 list of preliminary infringements on or shortly after August 18, 2021.

Schneider further responds that for infringements identified on the list of infringements for the first time on February 25, 2022, Schneider's litigation counsel spent approximately 4 hours using YouTube's search function to search for Schneider's name and/or the titles of the Works in Suit. For these searches, Schneider's litigation counsel filtered results by upload date. Schneider became aware of any infringements she was not previously aware of on or shortly after February 23, 2022.

Dated: June 10, 2022

Respectfully submitted,

/s/ Randall P. Ewing, Jr.
George A. Zelcs (*pro hac vice*)
Randall P. Ewing, Jr. (*pro hac vice*)
Ryan Z. Cortazar (*pro hac vice*)
**KOREIN TILLERY, LLC**
205 North Michigan, Suite 1950
Chicago, IL  60601
Telephone: (312) 641-9750
Facsimile: (312) 641-9751

Stephen M. Tillery (*pro hac vice*)
Steven M. Berezney, CA Bar #329923
Michael E. Klenov, CA Bar #277028
Carol O'Keefe (*pro hac vice*)
**KOREIN TILLERY, LLC**
505 North 7th Street, Suite 3600
St. Louis, MO  63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

Joshua Irwin Schiller, CA Bar #330653
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery St., 41st Floor
San Francisco, CA  94104
Phone: (415) 293-6800
Fax: (415) 293-6899

Philip C. Korologos (*pro hac vice*)
Joanna C. Wright (*pro hac vice*)
**BOIES SCHILLER FLEXNER LLP**
55 Hudson Yards, 20th Floor
New York, NY  10001
Phone: (212) 446-2300
Fax: (212) 446-2350

*Attorneys for Maria Schneider*

**VERIFICATION**

Maria Schneider has read the foregoing response to Plaintiff's Interrogatories, and the answers contained therein are true to the best of her knowledge, information, and belief.

Signed: _Maria Schneider_

Dated: 6/10/2022

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 10, 2022, I caused the foregoing Plaintiff Maria Schneider's Second Amended Objections and Response to YOUTUBE and GOOGLE'S Sixth Interrogatory to Plaintiff Maria Schneider to be served on all opposing counsel of record by email at the addresses listed below:

Schneidervyoutube@wsgr.com

/s/ Randall P. Ewing, Jr.