Exhibit 13

to the Declaration of Paul N. Harold

Entire Document Filed Under Seal