# Exhibit 15

# to the Declaration of Paul N. Harold

Message

**From:** Marie Le Claire [meemer40@gmail.com]
**on behalf of** Marie Le Claire <meemer40@gmail.com> [meemer40@gmail.com]
**Sent:** 2/18/2021 11:20:59 PM
**To:** Maria Schneider [mariaschneider@mac.com]
**CC:** Zachary Bornheimer [z@chary.me]
**Subject:** Re: deleted YouTube videos

It was probably me. I don't remember doing it, but there is one that says Jack 2019 holiday concert.. that would be my jack. These all surely would have been unlisted videos we were sending people to check out.. probably guys in the band or something or maybe they were things I was editing that I was showing you you for notes. I must have been cleaning out my account and thought I was deleting these from my channel. When you have access to multiple YouTube channels, it's really easy to think you're in another account.

On Feb 18, 2021, at 6:15 PM, Maria Schneider <mariaschneider@mac.com> wrote:

Did either of you remove these?

Begin forwarded message:

**From:** "Ewing Jr., Randall" <REwing@KoreinTillery.com>
**Subject: deleted YouTube videos**
**Date:** February 18, 2021 at 5:41:17 PM EST
**To:** 'Maria Schneider' <mariaschneider@me.com>
**Cc:** Mark Righter <mark.righter@nyu.edu>, "Zelcs, George" <GZelcs@KoreinTillery.com>

# Redacted

| External Video ID | Title |
| --- | --- |
| 6KdL1-aiMgo | Sanzenin 11 19 19 |
| 9EO1NHYPmao | Giant Steps |
| CLzWJQ8VYPU | jack 2019 holiday concert |
| Cbm5poxFYrs | Look up 11 19 19 |
| E1Ux6BTJ-eE | CQCQ 11 19 19 mix |
| IMG69JjIM4Q | Data Lords 11 19 19 mix |
| N68iX5TvHR8 | Sputnik 11 19 19 mix |
| PrVSRqywp0g | Potter's Song premiere |

| | |
|---|---|
| VrnQfpsvwn8 | bluebird 11 25 19 |
| ZU-J2ClH-lc | A Potter's Song jazz stand 12-1-13 Se... |
| cn33OSB0H4g | Gary Versace and Maria Potter's Song s... |
| cxKVqbWKyts | Potter's Song Rehearsal letterbox |
| djQJ3MEUvxE | Stone Song 11 19 19 mix |
| x9y684zVl4I | World Lost 11 19 19 |

Randall Ewing Jr.
**Korein Tillery, LLC**
205 North Michigan Avenue
Suite 1950
Chicago, IL 60601
312-641-9750

----------------------------
This message is from a law firm and may contain privileged or confidential information for the sole use of the intended recipient(s). If you believe that you have received this email in error, please notify the sender immediately and delete it from your system. If you have received this email in error, you do not have permission to forward, print, copy or distribute or use the information in this message.
----------------------------

SCHNEIDER_0000178805