Exhibit 17

to the Declaration of Paul N. Harold

Message

**From:** Alice DeLuca [adeluca@massaudubon.org]
**on behalf of** Alice DeLuca <adeluca@massaudubon.org> [adeluca@massaudubon.org]
**Sent:** 12/5/2008 1:38:57 PM
**To:** Maria Schneider [mariaschneider@mac.com]
**Subject:** RE: Cerulean Skies

Hi Maria -

Hope you had a nice holiday week.  I am glad you liked the t-shirt and the little bag - It is from Dublin.

Thank you for your offer to donate, beyond the fabulously generous donation of your music.  You will be among the first to see our Bird-a-thon inspirational video, and thank you for your permission to use the Cerluean Skies on YouTube.  We are going to give each of our fundraisers the opportunity to fundraise with a personal web page this year, so maybe there will be some good publicity for your music there.

Our address is:

Bird-a-thon
Mass Audubon
208 South Great Road
Lincoln, MA 01773

All the best, this holiday season,
Alice


-----Original Message-----
From: Maria Schneider [mailto:mariaschneider@mac.com]
Sent: Thu 12/4/2008 3:52 PM
To: Alice DeLuca
Subject: Re: Cerulean Skies

Hi Alice,

Thank you for the note.  Sorry this response is so late.  We were playing for a week and I got very behind.  Thank you for the extra t-shirt and the lovely little white woven bag you gave me!  Very sweet.  Of course you can do this on YouTube.  It's wonderful.  Can't wait to see it when it's done.  Tell me what address to send my donation to.  I'm more than happy to contribute, t-shirt or no t-shirt.  But that's such a great one... I gotta say!

Be well!
Best, Maria



Participate in the Maria Schneider Orchestra recording, Sky Blue, by visiting www.mariaschneider.com


On Nov 24, 2008, at 10:53 AM, Alice DeLuca wrote:

> Hi Maria - and Happy Thanksgiving!
>
> I purchased a copy of the SkyBlue album from your ArtistShare site
> to send to my son who will be helping to put the Bird-a-thon slides
> to your music with me over the Christmas break.  We are really
> looking forward to doing that.
>
> If we gain permission from all the photographers to use their
> photos for a YouTube show of our Bird-a-thon motivational show
> using Cerulean Skies, would you be amenable to having the music on
> the YouTube venue (as opposed to just having the slide show shared
> among our Bird-a-thoners directly?)  We are going to have the
> capacity this year for each Bird-a-thon team member to have their

```
> own promotional and fundraising webpage.
>
> I am mailing you a second Bird-a-thon shirt.  Normally we do not
> give out extras, so we will take you up on your kind offer to send
> a donation.
>
> All the best, and thanks,
>
> Alice DeLuca
> On behalf of Bird-a-thon
>
> From: Maria Schneider [mailto:mariaschneider@mac.com]
> Sent: Wednesday, September 17, 2008 3:37 PM
> To: Alice DeLuca
> Subject: Re: Cerulean Skies
>
> Hi Alice,
>
> I am so thrilled with everything you guys sent me!!!  What a fun
> package to open.  Laura's letter was just lovely.  I feel so proud
> and happy that the music will contribute to what you are doing.
> And, I'm so happy for the membership, and wow, the T-shirt... I
> LOVE this t-shirt!  OK, I don't want to step over a line here,
> but... (and I'm happy to send a check!!!!) ...but can I get a
> second one?  I promise I will wear it a lot!  I love it... the
> color is perfect... it's just beautiful with all the bird names,
> and that V-neck.  I know it sounds crazy, but it's hard to get a
> good t-shirt.  The jazz festivals are forever giving out
> horrendously designed t-shirts that I end up giving away, and this
> one I'm in love with, but I don't want to be greedy -- but I know I
> will wear it out and be so sad when it's gone.  I put it on here
> and my assistants were gaga over it.  Can you sense my
> embarrassment at asking this question?
>
> So thank you for the package.  And I just forwarded your email to
> Ted.  Please thank Laura for me for that most beautiful letter, and
> I will definitely try to visit you all at some point.  I am doing a
> clinic in Boston next year -- I'm not sure when, but I'd love to at
> very least say hello.
>
> All best, and many thanks!
> Maria
>
> Participate in the 2007 Maria Schneider Orchestra recording, Sky
> Blue, by visiting www.mariaschneider.com
>
>
> On Sep 11, 2008, at 12:15 PM, Alice DeLuca wrote:
>
>
> Maria -
>
> Thank you for the crediting information. It looks just right.
>
> It would be very interesting to chat with your agent, Ted Kurland.
> In fact, Mass Audubon's Director of Campaign and Major Gifts,
> Sondra Madison and I would love the opportunity to meet with him in
> person.  If he has time on his calendar, it would be our pleasure
> to treat him to lunch to discuss the possibility of a concert.
>
> We will contact him within the next ten days to see if we can find
> a time that is mutually convenient.
>
> It is an absolutely beautiful day, here in Lincoln.
>
> All the best, and thanks,
>
> Alice
> adeluca@massaudubon.org
> 781.259.2122
> 208 South Great Road
> Lincoln, MA 01773
>
> Help Protect the Nature of Massachusetts - Join Mass Audubon today!
>
> www.massaudubon.org
>
```

SCHNEIDER_0000124249

```
> 
> 
> From: Maria Schneider [mailto:mariaschneider@mac.com]
> Sent: Wednesday, September 10, 2008 8:58 PM
> To: Alice DeLuca
> Subject: Re: Cerulean Skies
> 
> Hi Alice,
> 
> How about something like this?
> _____
> Cerulean Skies - composed by Maria Schneider
>                           performed by Maria Schneider Orchestra
> from Sky Blue copyright (c) 2007 Maria Schneider/MSF Music/ASCAP
> Available at www.mariaschneider
> Bookings: tedkurland.com
> _____
> My agent, Ted Kurland, who is based in Boston said he'd like to
> talk to someone there about possibility having the band doing a
> concert at one of your outdoor venues.  I don't know about these
> venues he's talking about, but he mentioned Wellfleet on Cape Cod.
> So I just thought I'd mention that.  Sounds like a fun idea...
> although it's a lot of people in my group, so these things are
> never easy... that's an understatement!  Anyway, he thought I
> should have the booking info on there in case someone would want to
> do such a thing.
> 
> Wonderful to hear about all the Cerulean sightings.  Did you hear
> about the one we had in Manhattan last fall?  Right on the street,
> for a whole day, flitting back and forth through small trees on the
> street.  It was something else!  Beautiful... I watched it for the
> longest time.  I felt like he was rewarding me for writing a piece
> in his name.
> 
> If you have another idea about info on the CD, it's fine.  I'm not
> particularly picky about all of this -- or let's say, I'm open to
> just about anything.
> 
> Thanks much,
> Maria
> 
> 
> 
> 
> 
> 
> Participate in the 2007 Maria Schneider Orchestra recording, Sky
> Blue, by visiting www.mariaschneider.com
> 
> 
> 
> On Sep 2, 2008, at 1:06 PM, Alice DeLuca wrote:
> 
> 
> Hi Maria -
> 
> Glad you are on board with this fun project, and I am really
> looking forward to putting slides with the music!
> 
> Regular mail is fine - I will start work on the slide show in the
> next few weeks.  The slide show is put together using photos
> provided by the birders, (and the technological expertise of
> various family members.)
> 
> I have contacted our marketing department to find out what details
> they would like to have for crediting and will keep you informed.
> To get started on the crediting process from your end, please let
> me know how you would personally like the credit to read on the CD?
> Last year (the first year we did this slide show), we made the last
> slide all about the music.
> 
> Thanks again!  We are going to have a beautiful slide show this
> year, and to have music from a bird-enthusiast such as yourself
> just makes it even better!
```

```
> By the way, at the 2008 Bird-a-thon, 11 different teams saw real
> live Cerulean Warblers during Bird-a-thon!
>
> Alice DeLuca
> On behalf of Bird-a-thon
>
>
>
> From: Maria Schneider [mailto:mariaschneider@mac.com]
> Sent: Tuesday, September 02, 2008 10:41 AM
> To: Ryan Truesdell; Alice DeLuca
> Cc: Ted Kurland; Dan Coleman
> Subject: Re: Cerulean Skies
>
>
> Dear Alice,
> It made me so happy to read this email.  I'd be honored if you used
> it!  Thank you so much for asking.
> The only other thing I'd ask which is probably something you'd do
> anyway, is to have the music be credited at the end on the DVD
> slide show if that's possible, or on the DVD... we can discuss
> that.  Maybe you did it in the past.
> Because Cerulean Skies was written specifically inspired by
> warblers, I'd think that would be the most appropriate piece, but
> I'll have my assistant mail you my other CDs as well, with some
> ideas of music that might be of interest for such things.
> Thank you... it's really really a big privilege to have my music
> used in such a way.
> Just let me know quickly you need the music?  Would you like it Fed-
> Exed or is regular mail OK?
> Sincerely,
> Maria Schneider
>
>
>
> -----Original Message-----
> From: Alice DeLuca [mailto:adeluca@massaudubon.org]
> Sent: Thursday, August 21, 2008 1:22 PM
> To: ryan@mariaschneider.com
> Subject: Cerulean Skies
>
>
> Dear Ms. Schneider -
>
> I am the logistics coordinator of the Mass Audubon annual Bird-a-
> thon.  I am
> just now listening to NPR's noontime show Here and Now, and your
> Cerulean
> Skies piece and talk of birding caught my attention.
>
> I am hoping that you might be willing to either give us permission
> to use
> the Cerulean Skies recording for a project or to make a pro bono
> short piece
> of music, 3 minutes or so, specifically for the Mass Audubon Bird-a-
> thon.
>
> The Mass Audubon Bird-a-thon last year involved nearly 700 birders,
> all
> across the state of Massachusetts, looking for the full range of  bird
> diversity that they could find within 24 hours on a single day in
> May during
> the warbler migration.  Our most productive teams usually find over
> 230
> species in the 24 hour span, and the 24 teams together raise over
> $140,000
> for bird conservation and projects at our sanctuaries.
> http://www.massaudubon.org/news/index.php?id=1012&type=news
>
> I will shortly be putting together a slide show of highlights from
> the prior
> year's Bird-a-thon including happy team photos, photos of birds
> seen during
> the event, a few landscapes at dawn and dusk, anything that conveys
> the
> beauty and enjoyment of the birding experience, and we share this
> slide show
```

SCHNEIDER_0000124251

```
> with the team leaders at the kick-off luncheon in March.  For the
> second
> year, we will be providing each team leader with a CD of the slide
> show to
> take back and share with their teams, and we will need background
> music -
> last year a few local musicians got together and played an old-time
> fiddle
> tune for this purpose.
>
> It would be great if this year we could use Cerulean Skies or other
> music by
> Maria Schneider. We could mention your work in our publications,
> and on our
> website and talk up the piece with our teams, etc. And, of course
> we could
> offer you an official Bird-a-thon t-shirt!
>
> What do you think - does this sound like something that would be
> interesting
> to you?
>
> Sincerely, and with respect,
> Alice DeLuca
> Research and Systems Analyst
> Mass Audubon
> adeluca@massaudubon.org
>
>
>
>
>
```