Exhibit 21

to the Declaration of Paul N. Harold

1

2   UNITED STATES DISTRICT COURT

3   NORTHERN DISTRICT OF CALIFORNIA

4   SAN FRANCISCO DIVISION

5   ----------------------------------x

6   MARIA SCHNEIDER, UNIGLOBE
    ENTERTAINMENT, LLC and AST

7   PUBLISHING LTD., individually and
    on behalf of all others similarly

8   situated,

9                        Plaintiffs,

10  -against-          Case No. 3:20-cv-4423

11  YOUTUBE, LLC; and GOOGLE LLC,

12                     Defendants.

13  ----------------------------------x

14

15      REMOTE VIDEOTAPED DEPOSITION OF
               MARIA SCHNEIDER

16           New York, New York
              June 14, 2022

17

18

19  Reported By:

20  ERIC J. FINZ

21

22

23

24

25

                                    Page 1

```
 1              MARIA SCHNEIDER
 2         Q.    Why do you have an official      11:42:17
 3    page on YouTube?                            11:42:19
 4         A.    Because I put up videos as       11:42:21
 5    trailers for projects to steer people to    11:42:26
 6    buy my music on my website.                 11:42:30
 7         Q.    Who besides you has access to    11:42:35
 8    this YouTube account, if anyone?            11:42:37
 9         A.    I'm sorry?                        11:42:38
10         Q.    Who besides you has access to    11:42:39
11    log in to this YouTube account, if          11:42:41
12    anyone?                                      11:42:43
13         A.    Marie Le Claire.                  11:42:44
14         Q.    And this YouTube account          11:42:49
15    allows you to upload videos and share        11:42:51
16    them with other people for free.  Right?     11:42:54
17         A.    It does.                          11:42:56
18         Q.    And YouTube pays for the          11:42:56
19    bandwidth and the computing resources        11:42:58
20    necessary to stream these videos?            11:43:01
21         A.    It does.                          11:43:02
22         Q.    In creating this YouTube          11:43:03
23    account, you agreed to YouTube's terms of    11:43:05
24    service; right?                              11:43:07
25         A.    I don't recall the terms of       11:43:08
```

Page 77

| | | |
|---|---|---|
| 1 | MARIA SCHNEIDER | |
| 2 | service.  But, yes. | 11:43:11 |
| 3 | Q.   Is it your understanding that | 11:43:14 |
| 4 | YouTube requires users to agree to a | 11:43:15 |
| 5 | terms of service when they create an | 11:43:18 |
| 6 | account? | 11:43:20 |
| 7 | A.   Yes. | 11:43:20 |
| 8 | MS. REES:  Can we have tab 23. | 11:43:21 |
| 9 | This is Exhibit 16.  I'm also | 11:43:27 |
| 10 | going to introduce at the same time | 11:43:37 |
| 11 | Exhibit 17, which will be a blown | 11:43:39 |
| 12 | up version of this because it | 11:43:41 |
| 13 | printed out very small, because I | 11:43:43 |
| 14 | find it very hard to read.  So 16 | 11:43:45 |
| 15 | and 17. | 11:43:47 |
| 16 | (Schneider Exhibit 16 for | 11:43:49 |
| 17 | identification, document headed | 11:43:49 |
| 18 | "Terms of service," production | 11:43:49 |
| 19 | numbers GOOG-SCHNDR 34933.) | 11:43:49 |
| 20 | (Schneider Exhibit 17 for | 11:43:49 |
| 21 | identification, document headed | 11:43:49 |
| 22 | "Terms of service.") | 11:44:20 |
| 23 | MS. REES:  Exhibit 17 is the | 11:44:20 |
| 24 | same document, it's just printed | 11:44:22 |
| 25 | out larger. | 11:44:23 |

Page 78

```
 1                    MARIA SCHNEIDER
 2         Q.    What is Exhibit 21?              12:11:08
 3         A.    This is a conversation, these    12:11:11
 4    people performed a couple of my works and   12:11:15
 5    really wanted to be able to share the       12:11:17
 6    students' performance.  And I granted       12:11:19
 7    them permission for a short period.         12:11:21
 8         Q.    And is this the authorization    12:11:23
 9    to the Royal Academy of Music that is       12:11:26
10    referenced in your responses to --         12:11:30
11         A.    Yes.                             12:11:33
12         Q.    -- interrogatory 4 and          12:11:33
13    interrogatory 8?                            12:11:36
14         A.    I'm sorry, I should let you      12:11:36
15    finish.                                     12:11:38
16              Yes, it is.                       12:11:39
17              MS. REES:  Exhibit 22.            12:11:54
18              (Schneider Exhibit 22 for         12:11:54
19         identification, email dated October    12:11:54
20         22, 2012, production numbers           12:11:54
21         SCHNEIDER 176477 through SCHNEIDER     12:11:54
22         176478.)                               12:12:52
23              THE WITNESS:  Yes.                12:12:52
24    BY MS. REES:                                12:12:53
25         Q.    Do you recognize Exhibit 22?     12:12:54
```

Page 96

```
 1                    MARIA SCHNEIDER
 2         A.    I don't recall it.          12:12:55
 3         Q.    Is this an email exchange   12:12:56
 4    between you and John Ayala?            12:12:57
 5         A.    Yes.  Yes, it is.           12:13:01
 6         Q.    And in the email from       12:13:03
 7    Mr. Ayala he requests your permission to  12:13:06
 8    post our performance on YouTube.  Is that  12:13:10
 9    correct?                               12:13:12
10         A.    Yes.                        12:13:12
11         Q.    And you responded, "That's  12:13:13
12    totally fine.  I truly appreciate you  12:13:16
13    asking and playing the music."  Is that  12:13:18
14    right?                                 12:13:22
15         A.    That's right.               12:13:22
16         Q.    So you authorized this video  12:13:22
17    to be available on YouTube.  Right?    12:13:24
18         A.    Apparently I did.  This is in  12:13:26
19    2012.                                  12:13:29
20         Q.    But this video isn't listed in  12:13:34
21    your responses to interrogatory 4 and  12:13:37
22    interrogatory 8; is it?                12:13:39
23         A.    I don't recall.             12:13:43
24         Q.    Well, if we look back at    12:13:44
25    Exhibit 20.  In response to interrogatory  12:13:46
```

Page 97

```
 1                    MARIA SCHNEIDER
 2   No. 4 and interrogatory No. 8, you only      12:13:56
 3   listed two occasions on which you            12:14:02
 4   authorized any person to copy, display,      12:14:05
 5   distribute or publicly perform works in      12:14:09
 6   suit on YouTube, which were Royal Academy    12:14:11
 7   of Music and Elmhurst College?               12:14:15
 8        A.   Yes.                               12:14:18
 9        Q.   So this one reflected in           12:14:18
10   Exhibit 22 is not listed in your             12:14:20
11   interrogatory response; is it?               12:14:22
12        A.   Yes, apparently I forgot this      12:14:23
13   one.                                         12:14:25
14             MS. REES:  Exhibit 23.             12:14:50
15             (Schneider Exhibit 23 for          12:14:51
16        identification, email dated             12:14:51
17        December 5, 2008, production            12:14:51
18        numbers SCHNEIDER 124248 through        12:14:51
19        SCHNEIDER 124252.)                      12:17:48
20   BY MS. REES:                                 12:17:48
21        Q.   Do you recognize Exhibit 23?       12:17:48
22        A.   I vaguely recall this, this        12:17:49
23   exchange of using some of my music for a     12:17:53
24   Bird-a-thon Mass Audubon video.  Back in,    12:17:57
25   let's see, 2008.                             12:18:05
```

Page 98

```
 1                    MARIA SCHNEIDER
 2        Q.    At the bottom of the first         12:18:07
 3   page, Alice DeLuca asks you, "Would you       12:18:09
 4   be amenable to having the music on the        12:18:14
 5   YouTube venue, as opposed to just having      12:18:17
 6   the slide show shared among our               12:18:19
 7   Bird-a-thoners directly?"                     12:18:21
 8             And in the responsive email         12:18:24
 9   you said, "Of course you can do this on       12:18:25
10   YouTube."  Right?                             12:18:28
11        A.    Yes.                               12:18:29
12        Q.    So this is another video that      12:18:30
13   you authorized to appear on YouTube?          12:18:31
14        A.    Yes.   This is a video to raise    12:18:33
15   money for birds, which is my biggest          12:18:36
16   interest.                                     12:18:39
17        Q.    You also didn't identify this      12:18:43
18   video in your responses to interrogatory      12:18:45
19   No. 4 and interrogatory No. 8, which          12:18:47
20   asked you to identify videos that you had     12:18:49
21   authorized to appear on YouTube?              12:18:51
22        A.    I guess I missed this one.         12:18:53
23   This is from 2008.                            12:18:55
24             MS. REES:  Tab 29.                  12:19:01
25             Exhibit 24.                         12:19:06
```

Page 99

```
 1              MARIA SCHNEIDER
 2              (Schneider Exhibit 24 for        12:19:07
 3         identification, email dated          12:19:07
 4         November 27, 2020, production        12:19:07
 5         numbers SCHNEIDER 115125.)           12:19:57
 6    BY MS. REES:                              12:19:57
 7         Q.    Do you recognize Exhibit 24?   12:19:58
 8         A.    Yes.                           12:19:59
 9         Q.    What is Exhibit 24?            12:20:00
10         A.    This was a video that we made  12:20:01
11    after the -- let's see.  I think -- when  12:20:09
12    did COVID start?                          12:20:16
13         Q.    2020.                          12:20:18
14         A.    Yes.  At the end of the year,  12:20:19
15    this was our COVID video that we made     12:20:22
16    with the band when the Jazz Standard      12:20:26
17    closed.                                   12:20:29
18         Q.    And this was a video that      12:20:31
19    Marie Le Claire uploaded to YouTube?      12:20:35
20         A.    Yes.  She uploaded it to       12:20:40
21    YouTube, yes.                             12:20:45
22         Q.    She did that with your         12:20:47
23    permission?                               12:20:48
24         A.    Yes.                           12:20:49
25         Q.    Did that video include         12:20:50
```

Page 100

```
 1                    MARIA SCHNEIDER
 2     performances of any of your copyrighted    12:20:53
 3     works?                                     12:20:57
 4          A.    Yes.                            12:20:57
 5          Q.    Do you recall which ones?       12:20:58
 6          A.    I can recall two of them,       12:21:01
 7     probably, that there were samples of       12:21:07
 8     various things in there.  Things from my   12:21:10
 9     latest album.                              12:21:18
10          Q.    And then was this YouTube       12:21:21
11     video also embedded on Facebook?           12:21:23
12          A.    I believe that the Jazz         12:21:28
13     Standard did it on Facebook, on their      12:21:34
14     Facebook channel.                          12:21:37
15          Q.    So this is another video that   12:21:43
16     you authorized to be uploaded to YouTube   12:21:45
17     that's not listed in your responses to     12:21:46
18     interrogatory No. 4 and interrogatory      12:21:48
19     No. 8?                                     12:21:50
20          A.    Yeah, these are works that      12:21:50
21     were on my latest album that came out      12:21:56
22     that year, 2020.                           12:21:58
23                MS. REES:  Can we look at tab   12:22:18
24          30.                                   12:22:20
25                25.                             12:22:27
```

Page 101

```
 1                    MARIA SCHNEIDER

 2         A.    Yes.                        12:26:41

 3         Q.    What was wonderful?         12:26:42

 4         A.    We had people that -- from all   12:26:44

 5    over the world that were so devastated   12:26:46

 6    that the Jazz Standard closed, and people   12:26:48

 7    that had come to hear the band year after   12:26:51

 8    year.  And it was also a year in which,   12:26:53

 9    you know, we were going to go around and   12:26:58

10    advertise through concerts the Data Lords   12:27:02

11    project.  So it was nice that we were   12:27:06

12    able to reach an audience after COVID.   12:27:09

13         Q.    And is that why you authorized   12:27:13

14    the upload of this video to YouTube?   12:27:16

15         A.    Yes.                        12:27:19

16         Q.    And you didn't have to pay   12:27:20

17    anything to YouTube for that, right, it   12:27:28

18    was free?                              12:27:30

19         A.    Yes, it was.               12:27:30

20         Q.    So this Jazz Standard      12:27:31

21    Thanksgiving 2020 video, do you recall   12:27:39

22    that it included a clip from the show   12:27:41

23    Mister Rogers' Neighborhood?           12:27:44

24         A.    Yes.                        12:27:46

25         Q.    Did anybody clear the rights   12:27:46
```

Page 104

```
 1              MARIA SCHNEIDER
 2    copyright permission to use that.        13:31:48
 3    Correct?                                 13:31:50
 4        A.    Correct.                       13:31:50
 5        Q.    But you haven't done that so   13:31:50
 6    far; have you?                           13:31:52
 7        A.    No, no.  I've talked about it. 13:31:53
 8    And I will do it.                        13:31:55
 9        Q.    Okay.  But that was almost two 13:31:57
10    years ago that the video was posted?     13:31:58
11        A.    Yeah.  The infringement didn't 13:32:01
12    come to my attention until relatively    13:32:04
13    recently.  That, through my attorneys.   13:32:07
14    And I didn't think of it.                13:32:12
15        Q.    Okay.  You are a member of     13:32:15
16    ASCAP; right?                            13:32:18
17        A.    I am.                          13:32:19
18        Q.    What is ASCAP?                 13:32:20
19        A.    ASCAP is a performing rights   13:32:21
20    society.                                 13:32:23
21        Q.    And what does ASCAP do as a    13:32:27
22    performing rights society?               13:32:29
23        A.    They collect royalties, as I   13:32:30
24    understand it, on my behalf, for         13:32:35
25    performances, public performances of my  13:32:37
```

Page 108

```
 1              MARIA SCHNEIDER
 2    works.                                 13:32:40
 3         Q.    When did you become a member 13:32:43
 4    of ASCAP?                              13:32:45
 5         A.    I don't recall the year I   13:32:47
 6    joined ASCAP.  But I know it was either 13:32:52
 7    in the late '80s or early '90s.  I     13:32:55
 8    believe it was the late '80s.          13:33:00
 9         Q.    And ASCAP licenses the public 13:33:05
10    performance right for your compositions. 13:33:11
11    Is that right?                         13:33:14
12         A.    I don't know the definition of 13:33:16
13    that, what you just said.  I don't know 13:33:18
14    if that's -- if that's accurate.  They 13:33:20
15    collect royalties on my behalf.        13:33:24
16         Q.    But they collect royalties on 13:33:27
17    your behalf under be a license that you 13:33:31
18    granted to ASCAP and that ASCAP grants to 13:33:33
19    third parties.  Right?                 13:33:36
20         A.    I don't know specifically what 13:33:37
21    that term means.  So I'd have to see the 13:33:42
22    contract to just agree with you on that. 13:33:47
23         Q.    Do you have a contract with  13:33:51
24    ASCAP?                                 13:33:52
25         A.    I presume I do, starting in  13:33:55
```

Page 109

```
 1               MARIA SCHNEIDER
 2        A.    I -- I suppose.  I don't        13:37:38
 3   know -- I don't know what -- understand    13:37:42
 4   the legalese of what it is.  But yes,      13:37:44
 5   they can perform them.                     13:37:47
 6        Q.    And you're aware that YouTube   13:37:49
 7   is an ASCAP licensee; right?               13:37:52
 8        A.    Yes, I am.                       13:37:54
 9        Q.    Do you understand public        13:37:55
10   performances of your compositions on       13:38:03
11   YouTube to be licensed because YouTube is  13:38:06
12   an ASCAP licensee?                         13:38:09
13             MR. ZELCS:  Objection; form.     13:38:11
14        A.    What I know is that I'm not     13:38:14
15   being paid for my works from YouTube       13:38:15
16   through ASCAP.  Because I'm not in         13:38:20
17   Content ID.  That's the only way you can   13:38:25
18   be identified.                             13:38:33
19        Q.    Okay.  Putting aside whether    13:38:36
20   or not you're being paid, do you           13:38:38
21   understand that public performances of     13:38:39
22   your compositions on YouTube are licensed  13:38:41
23   because YouTube is an ASCAP licensee?      13:38:43
24             MR. ZELCS:  Objection; form,     13:38:45
25         asked and answered.                  13:38:48
```

Page 113

```
 1                    MARIA SCHNEIDER
 2      with my discretion.                      14:03:15
 3           Q.    And those exclusive rights     14:03:18
 4      included to license the performance and  14:03:24
 5      use of the compositions, to execute in   14:03:26
 6      the publisher's name any licenses and    14:03:29
 7      agreements affecting the compositions,   14:03:31
 8      including, but not limited to, licenses  14:03:34
 9      for mechanical reproduction, public      14:03:37
10      performance, synchronization uses, the   14:03:39
11      use of compositions in connection with   14:03:43
12      merchandising activities, and all        14:03:46
13      so-called digital or new media uses of   14:03:49
14      the compositions."  Is that correct?     14:03:53
15           A.    Yes, that's what I'm reading   14:03:55
16      here.                                     14:03:56
17           Q.    Is this administration         14:03:56
18      agreement still in effect or have you    14:04:02
19      terminated it?                            14:04:03
20           A.    It's still in effect, unless   14:04:04
21      we did an amended agreement, which I     14:04:08
22      don't recall.  I don't recall doing that. 14:04:12
23           Q.    And the date of this           14:04:15
24      agreement, if you look at the very first 14:04:17
25      page in the first paragraph, it says it's 14:04:19
```

Veritext Legal Solutions
866 299-5127

```
 1                  MARIA SCHNEIDER

 2    dated as of 1 January 2008.            14:04:21

 3         A.    Okay.                       14:04:24

 4         Q.    Do you understand that to be 14:04:25

 5    the date that this agreement went into 14:04:26

 6    effect?                               14:04:29

 7         A.    That sounds about right.     14:04:29

 8         Q.    Have you been working with Dan 14:04:32

 9    Coleman as your publishing administrator 14:04:34

10    since 2008?                           14:04:36

11         A.    I have.                     14:04:37

12         Q.    Do you consider Dan Coleman to 14:04:38

13    be an honest person?                  14:04:40

14         A.    I always presumed that Dan is 14:04:42

15    honest.  I don't know.  You never know 14:04:49

16    about people.  But I always presume him 14:04:50

17    to be honest.                         14:04:54

18         Q.    Has he been helpful when     14:04:55

19    you've raised questions or concerns with 14:04:57

20    him?                                  14:04:58

21         A.    Yes, I always felt he was    14:04:59

22    helpful to me over the years in issues of 14:05:02

23    licensing and various things.         14:05:09

24         Q.    And has Dan Coleman provided  14:05:11

25    you with assistance with respect to    14:05:14
```

Page 131

```
 1                    MARIA SCHNEIDER
 2         A.    I do not know what YouTube        16:30:41
 3    allows and doesn't allow.                    16:30:45
 4         Q.    You don't know whether YouTube    16:30:48
 5    allows people to use third-party software    16:30:52
 6    to download videos from YouTube?             16:30:55
 7         A.    I mean, I don't know what         16:30:59
 8    YouTube -- I can't speak to this.  This      16:31:01
 9    isn't my area of expertise, I'm sorry.       16:31:04
10         Q.    Okay.  So if I ask you, do you    16:31:06
11    use embedded file metadata to prevent or     16:31:17
12    detect copyright infringement on internet    16:31:22
13    sites, do you know whether you do that?      16:31:25
14         A.    I don't know what tools can be    16:31:29
15    used out there to find metadata.  But I      16:31:34
16    know that metadata is considered the most    16:31:38
17    important tool for creators to get paid.     16:31:42
18    It's everything.  Copyright management       16:31:47
19    information is the international, it          16:31:50
20    gives the opportunity for the                16:31:55
21    international standard, the ISRC codes,       16:31:56
22    to identify that recorded work.  There       16:31:59
23    are ISWC codes that identify your song in    16:32:03
24    ASCAP.                                        16:32:08
25              So it's very important            16:32:09
```

Page 210

|    | MARIA SCHNEIDER | |
|----|----------------------------------------------|----------|
| 1  | MARIA SCHNEIDER | |
| 2  | ISRC codes are, yes, are something that I | 16:37:20 |
| 3  | maintain.  But there's also, you know, an | 16:37:23 |
| 4  | international database of these that | 16:37:27 |
| 5  | immediately identify a recorded work. | 16:37:30 |
| 6  | Q.    Do you have any information | 16:37:38 |
| 7  | about how often it's the case that ISWC | 16:37:40 |
| 8  | or ISRC codes reflected in this | 16:37:44 |
| 9  | interrogatory response are in the | 16:37:48 |
| 10 | embedded file metadata of videos uploaded | 16:37:56 |
| 11 | to YouTube? | 16:37:59 |
| 12 | A.    I don't know.  But I know on | 16:38:00 |
| 13 | every recorded work of mine that would be | 16:38:02 |
| 14 | put on YouTube, there would be an ISRC | 16:38:06 |
| 15 | code.  There would be CMI on those. | 16:38:10 |
| 16 | That's put in by the engineer when they | 16:38:15 |
| 17 | make -- they give you the files, when you | 16:38:17 |
| 18 | get -- when you master a recording. | 16:38:21 |
| 19 | Q.    Those are in a sound recording | 16:38:24 |
| 20 | file, though, not in a video file? | 16:38:26 |
| 21 | A.    Sound recording, yes. | 16:38:29 |
| 22 | Q.    We looked at earlier, I don't | 16:38:30 |
| 23 | have the number in front of me, an | 16:38:44 |
| 24 | exhibit that showed the videos that you | 16:38:45 |
| 25 | uploaded to your Maria Schneider official | 16:38:48 |

Page 214

```
 1                    MARIA SCHNEIDER
 2    YouTube page.  Do you recall that?          16:38:50
 3         A.    The three videos, yes.           16:38:52
 4         Q.    Well, three videos currently     16:38:53
 5    on the page, but then there was a longer    16:38:55
 6    list of deleted videos that are no longer   16:38:58
 7    on the page.                                16:39:01
 8         A.    Yeah, they were mostly, except   16:39:01
 9    for the Jazz Standard one, I think they     16:39:03
10    were all, what do you call, unlisted,       16:39:05
11    private, whatever they call it.             16:39:08
12         Q.    Did you ensure that there were   16:39:10
13    ISRC codes in the embedded file metadata    16:39:14
14    of those videos before you uploaded them?   16:39:17
15         A.    There were only short            16:39:20
16    snippets.  Those videos had short           16:39:23
17    snippets of music in them.  And I don't     16:39:26
18    know what Marie Le Claire put on them,      16:39:29
19    she was the videographer.                   16:39:32
20         Q.    And is it the same answer for    16:39:33
21    ISWC codes, do you know whether there       16:39:35
22    were ISWC codes in the embedded file        16:39:37
23    metadata for those videos that you          16:39:41
24    uploaded to or Marie Le Claire uploaded     16:39:43
25    to your official YouTube channel?           16:39:48
```

Page 215

```
 1                    MARIA SCHNEIDER
 2     are kind of two issues going on.  The one    16:57:02
 3     with YouTube is a bit of a sneaky gotcha     16:57:05
 4     because YouTube isn't really a download      16:57:09
 5     site.  But the thought that they take in     16:57:12
 6     all this music without metadata or go out    16:57:14
 7     of their way to wipe the metadata is         16:57:17
 8     wrong, even if it's because the storage      16:57:19
 9     can't handle it, whatever."                  16:57:22
10             Do you see that?                     16:57:24
11         A.    Mm-hmm, I do.                      16:57:24
12         Q.    So when you say it's a bit of      16:57:25
13     a sneaky gotcha because YouTube isn't        16:57:29
14     really a download site, you're referring     16:57:31
15     to the fact that you can't view embedded     16:57:33
16     metadata on a streaming site, it would       16:57:38
17     have to be a download site for that to       16:57:40
18     make sense.  Right?                          16:57:43
19             MR. ZELCS:  Objection; form.         16:57:44
20         A.    I don't recall what I meant.       16:57:46
21     But I've come to understand that this        16:57:49
22     issue is far more than a sneaky gotcha.      16:57:52
23     This gets to the heart of how musicians      16:57:57
24     are recognized, identified, paid.  And       16:58:01
25     it's at the heart of respecting ownership    16:58:07
```

Page 224

```
 1                  MARIA SCHNEIDER
 2    of works.  And creating a society that      16:58:12
 3    respects ownership instead of having        16:58:15
 4    everything be a free-for-all with no        16:58:18
 5    identification.                             16:58:20
 6         Q.    And it's your belief that        16:58:25
 7    YouTube is a free-for-all with no           16:58:26
 8    identification?                             16:58:28
 9         A.    It is for many people.  Yeah.    16:58:30
10    Unless you succumb to YouTube's terms and   16:58:37
11    licensing and succumb to YouTube's way of   16:58:41
12    identifying works through Content ID.       16:58:46
13    And accept the deal with YouTube.  Then,    16:58:49
14    then you can get your work identified and   16:58:55
15    then you can get your rightful ASCAP        16:58:58
16    royalty.                                    16:59:01
17              But for the rest, forget it.      16:59:02
18         Q.    What do you mean here when you   16:59:15
19    say, even if it's because their storage     16:59:16
20    can't handle it?                            16:59:19
21         A.    Hmm.  I had asked somebody, I    16:59:21
22    can't even remember who, maybe it was       16:59:30
23    Zachary, why do you suppose they would do   16:59:33
24    that.  And he said well, you know,          16:59:36
25    maybe -- maybe it's information on the      16:59:40
```

Page 225