Exhibit 22

to the Declaration of Paul N. Harold

```
 1                  UNITED STATES DISTRICT COURT
 2                 NORTHERN DISTRICT OF CALIFORNIA
 3                     SAN FRANCISCO DIVISION
 4
 5      MARIA SCHNEIDER, UNIGLOBE   )
        ENTERTAINMENT, LLC, and     )
 6      AST PUBLISHING LTD.,        )
        individually and on         )
 7      behalf of all others        )
        similarly situated,         )
 8                                  )
                    Plaintiffs,     )
 9                                  )
                vs.                 )   No.  3:20-cv-4423
10                                  )
        YOUTUBE, LLC; and GOOGLE    )
11      LLC,                        )
                                    )
12                  Defendants.     )
        ------------------------    )
13
14
15                      June 23, 2022
16                      9:28 a.m.
17
18          Deposition of MARIE LE CLAIRE, held at
19      the offices of Wilson Sonsini Goodrich &
20      Rosati, 1301 Avenue of the Americas, New York,
21      New York, pursuant to subpoena, before
22      Laurie A. Collins, a Registered Professional
23      Reporter and Notary Public of the State of New
24      York.
25
```

Page 1

1      Q.    And when did you start working with
2   Ms. Schneider?
3      A.    Maybe a month or so after that, maybe a
4   little longer.
5      Q.    So you started working with                09:52:17
6   Ms. Schneider around 2008?
7      A.    I believe so, something around then,
8   yeah.  I believe it was 2008.
9      Q.    And when you first started working with
10  Ms. Schneider, what were you doing?                 09:52:40
11     A.    Her initial interest in hiring me was
12  to help document the making of her projects for
13  her Web site for ArtistShare, but she wound up
14  hiring me to do assistant work for her as well.
15     Q.    And did your job responsibilities or       09:53:04
16  the scope of your work for Ms. Schneider change
17  between when you first started working with her in
18  2008 and when you stopped doing freelance work in
19  November 2021?
20     A.    Yes.                                       09:53:25
21     Q.    How did they change?
22     A.    Over time my responsibilities grew
23  quite a bit as I learned more about the business
24  and about her music and how she does things.  So
25  the more experience I gained, the more              09:53:44

Page 20

```
 1    responsibility I was given.
 2              So that is when I started taking -- I
 3    started taking on her road managing, which is what
 4    the advancing work is part of.  That's what a road
 5    manager does, as well as traveling with Maria's        09:53:58
 6    band.
 7         Q.   What other tasks did you perform for
 8    Ms. Schneider between 2008 and November 2021?
 9         A.   Probably too many to name, really.  I
10    mean, you know, everything from day-to-day things     09:54:20
11    like going to the post office and picking up dry
12    cleaning to responding to e-mails coming in
13    through the Web site to dealing with, you know,
14    just general everyday business, you know, whatever
15    she would need; in addition to, like I said, the      09:54:45
16    advancing work and road managing and of course
17    doing YouTube takedown notices, which I'm guessing
18    what you're, you know -- it was a number of tasks.
19         Q.   Are there any written agreements
20    between you and Ms. Schneider setting out the         09:55:09
21    terms of your working relationship?
22         A.   No.
23         Q.   Other than sending or doing YouTube
24    takedown notices, did you perform any other tasks
25    for Ms. Schneider related to YouTube?                 09:55:44
```

Page 21

```
1          A.   Yeah, well, I generally -- during the
2     time I was working for Maria, I would upload any
3     videos we needed to upload to YouTube.  Anything
4     that was needed, really, you know, whatever was
5     needed to be done, you know.                            09:56:21
6          Q.   What needed to be done for
7     Ms. Schneider related to YouTube?
8          A.   Anything from, like I said, uploading
9     videos that we were either making public or using
10    to send examples of music to guys in the band to        09:56:39
11    doing takedown notices to applying for Content ID.
12    That's generally what I would do.
13         Q.   Were those tasks that Ms. Schneider
14    asked you to do?
15         A.   Yes.                                          09:57:05
16         Q.   Did you, as part of your work for
17    Ms. Schneider, search YouTube for videos
18    containing her works?
19         A.   Yes, sometimes.
20         Q.   Did Ms. Schneider ask you to search           09:57:30
21    YouTube for videos containing her works?
22         A.   Yes.
23         Q.   When you say "sometimes," how often did
24    you search YouTube for videos containing
25    Ms. Schneider's work?                                   09:57:44
```

Page 22

```
 1         A.   There wasn't any set schedule.  It
 2   would depend on how busy I was with other things.
 3   You know, it was basically when I had time to do
 4   it.
 5         Q.   And was that you think monthly?  less      09:58:05
 6   frequently than monthly?
 7         A.   It depends on -- it depends on what was
 8   going on at the time.  If I was really busy with
 9   another project, then it would take a back seat
10   for a while.  Then when I was -- I had free time    09:58:23
11   again, I would pick it up.  Like I said, it wasn't
12   like a scheduled thing.
13         Q.   The searches of YouTube for videos
14   containing Ms. Schneider's work was just an
15   ongoing thing that you did when you had time as     09:58:39
16   your priorities allowed?
17         A.   Yes.
18         Q.   During what period of time of your work
19   for Ms. Schneider were you performing searches of
20   YouTube for videos containing Ms. Schneider's       09:59:32
21   work?
22         A.   I don't know the exact time period.
23         Q.   Do you recall when you began
24   researching YouTube for videos containing
25   Ms. Schneider's work?                               09:59:45
```

Page 23

1    A.    I don't remember exactly when that was.

2    Q.    Was it more than ten years ago?

3    A.    Probably not.

4    Q.    Why do you say "probably not"?

5    A.    I mean, I could be wrong, but it just        10:00:02
6    seems like a long time ago.  And I feel -- if I'm
7    thinking of the last 15 years, I would say, if I
8    had to chop up those 15 years, it was probably not
9    at the very beginning, you know.  But I don't
10   recall the exact years when I was working on it.    10:00:20

11   Q.    Other than uploading videos to YouTube,
12   doing takedown notices, applying for Content ID,
13   and searching YouTube for videos containing
14   Ms. Schneider's works, have you performed any
15   other tasks for Ms. Schneider related to YouTube?  10:01:10

16   A.    I mean maybe -- I suppose maybe
17   answering questions that Maria had about how
18   different aspects of YouTube worked.  I'm not sure
19   exactly, you know, any -- what additional -- what
20   else there would have been.                         10:01:50

21   Q.    So sitting here right now you don't
22   recall anything other than those tasks?

23   A.    I mean, I could be forgetting
24   something, but -- there was probably -- I suppose
25   from time to time if Maria had questions about     10:02:15

Page 24

```
 1      things I would then look on YouTube to sort of
 2      read up on the topic and figure out -- like, for
 3      instance, when we applied for Content ID, just
 4      reading up on it, trying to figure out what the
 5      requirements were, that sort of thing, just like    10:02:31
 6      learning about how it worked, you know, since I
 7      was the one handling it.
 8              Yeah, I mean, that's all I can really
 9      think of at the moment.
10         Q.   Who else did work for Ms. Schneider         10:02:56
11      related to YouTube?
12         A.   Zachary Bornheimer.  I'm probably
13      saying his name wrong.
14         Q.   Anyone else?
15         A.   I don't think so.                           10:03:14
16         Q.   Do you know Ryan Truesdell?
17         A.   Yes.
18         Q.   Did he do work for Ms. Schneider
19      related to YouTube?
20         A.   Not that I know of.  I don't believe        10:03:23
21      so.
22         Q.   Who is Zachary Bornheimer?
23         A.   He was -- he is someone that Maria met
24      when she was working at a school; I forget which
25      one, but I believe he was a student there at the    10:03:41
```

Page 25

```
 1      takedown notices from a channel?
 2          A.   Yeah.  You have to be -- in order to --
 3      I believe in order to do any kind of takedown
 4      notice you have to be logged into an account, you
 5      know, into your YouTube channel.                        11:47:35
 6          Q.   You sent a takedown notice from any
 7      account, any channel; right?
 8          A.   Well, yeah, I believe so.  I mean, as
 9      long as you're logged into an account, you can
10      file a takedown notice.                                 11:47:56
11          Q.   Okay.  So other than yourself,
12      Ms. Schneider, and Mr. Bornheimer, are you aware
13      of anyone else that has ever had access to this
14      channel?
15          A.   Not that I can think of.                       11:48:15
16          Q.   Now, this channel allowed Ms. Schneider
17      to upload videos for free; right?
18          A.   Yes.
19          Q.   And this channel allowed Ms. Schneider
20      to share videos with others for free; is that          11:48:34
21      right?
22          A.   Yes.
23          Q.   And this channel allowed Ms. Schneider
24      to embed videos hosted on YouTube and other Web
25      sites, including her own Web site; is that right?      11:48:48
```

Page 85

```
 1            A.    Yes.
 2            Q.    And YouTube paid the cost of hosting
 3     and streaming those videos; right?
 4            A.    Yes.
 5            Q.    And Ms. Schneider didn't pay anything      11:49:00
 6     for the cost of hosting and streaming these videos
 7     to anyone Ms. Schneider wanted to share them with;
 8     is that right?
 9            A.    That's right.
10            Q.    Have you ever uploaded to YouTube a        11:49:16
11     video containing any of Ms. Schneider's
12     compositions?
13            A.    I wasn't sure if you were done.
14                  Yes.
15            Q.    How many would you say?  How many          11:49:32
16     videos containing Ms. Schneider's compositions
17     have you uploaded to YouTube?
18            A.    I have -- I don't know.  You mean in
19     general, not just public videos?
20            Q.    In general.                                11:49:50
21            A.    Probably -- I would say maybe dozens.
22            Q.    Every time you uploaded a video to
23     YouTube containing Ms. Schneider's compositions,
24     you had permission from Ms. Schneider to do that?
25            A.    Yes.                                       11:50:05
```

```
 1          Q.   Did you ever see how much traffic was
 2    generated?
 3          A.   No.
 4          Q.   Do you have any sense of how much
 5    traffic the video generated?                    11:55:48
 6          A.   No.
 7          Q.   Do you know whether it rounded up any
 8    participants?
 9          A.   No.
10          Q.   Was it your idea to upload the video to  11:56:15
11    YouTube?
12          A.   I believe so.
13          Q.   Why did you think uploading the video
14    to YouTube was a good idea?
15          A.   Because it's just another way to get    11:56:28
16    more people to learn about the project.
17          Q.   Do you recall which project this was
18    associated with?
19          A.   I'm not sure.
20          Q.   What other Web sites have you embedded  11:57:16
21    Ms. Schneider's YouTube videos on?
22          A.   Maria's Web site and Facebook.  I
23    believe that's it.
24          Q.   And when you say "Maria's Web site,"
25    what Web site is that?                           11:57:32
```

Page 90

```
 1      owed Ms. Schneider?
 2           A.    Yes.
 3           Q.    And you say in this e-mail that YouTube
 4      owed Ms. Schneider $23.86; is that right?
 5           A.    That's what it says.                      01:24:45
 6           Q.    Why did YouTube owe Ms. Schneider
 7      $23.86?
 8           A.    I don't remember.
 9           Q.    Were these royalties owed to
10      Ms. Schneider by YouTube?                            01:24:58
11           A.    I would -- I would guess so, but I
12      don't -- I don't -- I don't know what other reason
13      there would be.  But I don't -- I don't remember.
14           Q.    What had Ms. Schneider done that would
15      have warranted YouTube paying her $23.86?            01:25:19
16           A.    I would imagine the only thing that
17      could have been the case would be if we had
18      monetized something.
19           Q.    So do you recall now whether
20      Ms. Schneider ever monetized a video on YouTube      01:25:44
21      containing her works?
22                 MR. ZELCS:  Objection, form.
23           A.    I don't remember.  If we did, I
24      couldn't tell you even what video it was or
25      anything.                                            01:25:55
```

Page 123

```
 1        A.    Dan Coleman works with ArtistShare
 2   doing publishing work.
 3        Q.    Is he Ms. Schneider's publisher?
 4        A.    He works with ArtistShare in
 5   collecting -- in dealing with publishing, and          01:40:54
 6   Maria -- yeah, Maria uses him in conjunction with
 7   ArtistShare.
 8        Q.    Did you know that Ms. Schneider's
 9   publisher had put some of her works into Content
10   ID?                                                    01:41:10
11        A.    I did not.
12        Q.    Have you ever heard that
13   Ms. Schneider's publisher put some of her works in
14   Content ID?
15             MR. ZELCS:  Let me just give you a           01:41:20
16        caution.  Don't answer that question if it's
17        based upon conversations that you had with
18        counsel.  Otherwise go ahead.
19        A.    No.
20        Q.    Did you have any discussions with           01:41:47
21   Ms. Schneider about whether she could gain access
22   to Content ID through a third party?
23        A.    At some point we became aware that
24   there are -- there are some companies that provide
25   a service that you can then pay to have them act      01:42:05
```

Page 134

```
 1       on your behalf and enter your works through

 2       Content ID.

 3            Q.    When did you become aware of those

 4       companies that provide that service?

 5            A.    I don't know exactly when that was.        01:42:24

 6            Q.    Was it before this lawsuit was filed?

 7            A.    Yes.

 8            Q.    And this was something that

 9       Ms. Schneider was aware of?

10            A.    Yes.                                        01:42:37

11            Q.    How did Ms. Schneider become aware that

12       these companies offered the service of putting

13       peoples' works into Content ID?

14            A.    I'm not sure exactly.

15            Q.    How did you become aware that these        01:42:50

16       companies offered the service of putting people's

17       works into Content ID?

18            A.    I don't remember exactly.  I don't

19       remember.

20            Q.    What companies offer this service?         01:43:05

21            A.    I couldn't -- I couldn't even name one

22       of them.  I don't remember.

23            Q.    Did you ever discuss with Ms. Schneider

24       the possibility of using one of these companies to

25       put her works in Content ID?                          01:43:20
```

```
 1        A.    We discussed that they exist, but I
 2   don't think we ever discussed the possibility of
 3   using one of them.
 4        Q.    Why not?
 5              MR. ZELCS:  Objection, form.              01:43:32
 6        A.    I can't really answer for Maria.  I
 7   don't know.
 8        Q.    You didn't suggest that she use one of
 9   these services to put her works in Content ID?
10        A.    No.                                      01:43:42
11        Q.    But you knew she really wanted access
12   to Content ID; is that right?
13              MR. ZELCS:  Objection, form.
14        A.    I believe she wanted access to Content
15   ID, and I think we both agreed that it should be   01:43:53
16   available to anyone and not have to use a third-
17   party service that you have to pay for in order to
18   get it.
19        Q.    Do you recall how much these companies
20   charge to put people's works in Content ID?         01:44:06
21        A.    No.
22        Q.    Why do you think it would be
23   unreasonable to have to pay for access to Content
24   ID?
25        A.    Because if you're trying to use it as a  01:44:44
```

Page 136

```
 1        Q.   What did you mean when you said, She
 2   takes licensing and copyright seriously?
 3        A.   I mean exactly that.  That's why she
 4   wouldn't have sold it to him.  But beyond that I
 5   don't remember.                                      03:19:26
 6        Q.   So she takes licensing and copyright
 7   seriously, but you don't know whether you had the
 8   license to make a copy of the score and give it
 9   away for free?
10        A.   No.  It wasn't my call.                    03:19:40
11        Q.   Do you know what metadata is?
12        A.   I have very, very limited knowledge
13   about what that is.
14        Q.   Have you ever edited the metadata of a
15   file?                                                03:20:20
16        A.   No.
17        Q.   Have you ever inspected the metadata of
18   a file?
19        A.   No.
20        Q.   Have you ever used metadata to locate      03:20:25
21   videos containing Ms. Schneider's work?
22        A.   No.
23        Q.   Have you ever attempted to use metadata
24   to locate videos containing Ms. Schneider's work?
25        A.   No.                                        03:20:41
```

Page 190

```
 1          Q.    You're a videographer; right?
 2          A.    I was.
 3          Q.    And when you were preparing videos,
 4    editing them, making them into nice polished
 5    productions, would you ever edit the metadata of a    03:20:57
 6    file?
 7          A.    I wouldn't know how to.  I don't know
 8    how to.
 9          Q.    So you don't know what metadata is
10    associated with the videos that you personally        03:21:05
11    uploaded to YouTube?
12          A.    No, because I couldn't -- I couldn't
13    give you an accurate description of what it even
14    is, really.
15          Q.    When you uploaded videos to YouTube,      03:21:16
16    did you make any attempt to put information
17    identifying the artists or the title of the song
18    or any copyright-related information into the
19    metadata?
20          A.    I don't know how to do that.              03:21:36
21          Q.    Did Ms. Schneider ever ask you to do
22    that?
23          A.    I don't believe so.
24          Q.    Have you ever heard of Uniglobe
25    Entertainment, LLC?                                   03:22:35
```

Page 191

```
 1         A.    Not specifically.
 2         Q.    Now, Jack 2019 Holiday Concert, that's
 3   I'm guessing a personal video of yours?
 4         A.    Yes.
 5         Q.    And why did you delete that one?           03:57:26
 6         A.    Because I had only uploaded it to share
 7   it with my family, and then I decided to take it
 8   down.
 9         Q.    And what led to you deciding to take it
10   down?                                                  03:57:44
11         A.    I don't remember.
12         Q.    Was it an unlisted video?
13         A.    I believe so.
14         Q.    So why would you think you deleted
15   these other videos if you don't remember doing it?    03:57:59
16         A.    Because I remember Maria asking about
17   it when she sent this e-mail and me realizing, Oh,
18   crap, maybe I did delete those.  And then I sort
19   of vaguely remembered clearly out some old
20   unlisted videos from what I thought were uploaded     03:58:20
21   to my YouTube account.
22         Q.    Are these videos that contained
23   Ms. Schneider's works?
24         A.    Yes.
25         Q.    So the first one, Sanzenin 11 19 19,      03:58:33
```

```
 1        that's a video with her work Sanzenin in it?
 2             A.    Yes.
 3             Q.    Same for Giant Steps, it's her
 4        performance of Giant Steps; right?  She didn't
 5        write Giant Steps?                                    03:58:48
 6             A.    Right.
 7             Q.    Look Up, CQ CQ, Data Lords, Sputnik,
 8        Potter's Song, Bluebird, Potter's Song, Potter's
 9        Song, Potter's Song, Stone Song, A World Lost, all
10        those are Ms. Schneider's works?                      03:59:05
11             A.    Yes.
12             Q.    And these are all videos that have
13        Ms. Schneider's work in them?
14             A.    Yes.
15             Q.    And had you uploaded these videos to       03:59:12
16        YouTube?
17             A.    Yes.
18             Q.    And you uploaded them with
19        Ms. Schneider's permission?
20             A.    Yes.                                       03:59:20
21             Q.    Then you deleted them in February -- I
22        guess before February 2021?
23             A.    Yes.
24             Q.    Why would you have been cleaning up
25        your YouTube channel?                                 03:59:31
```

Page 218