Exhibit 23

to the Declaration of Paul N. Harold

```
 1                     UNITED STATES DISTRICT COURT
                       NORTHERN DISTRICT OF CALIFORNIA
 2                         SAN FRANCISCO DIVISION
 3
         MARIA SCHNEIDER, UNIGLOBE
 4       ENTERTAINMENT, LLC, and AST
         PUBLISHING, LTD., individually
 5       and on behalf of all other
         similarly situated,               Case No.
 6                                          3:20-cv-4423
                      Plaintiffs,
 7
         vs.
 8
         YOUTUBE, LLC; and GOOGLE, LLC,
 9
                      Defendants.
10       _____/
11
         VIDEOTAPED
12       DEPOSITION OF:      ZACHARY BORNHEIMER
13       DATE:               June 21, 2022
14       TIME:               9:22 a.m. to 4:56 p.m.
15       PLACE:              Zuckerman Spaeder, LLP
                             101 East Kennedy Boulevard
16                           Second Floor
                             Tampa, Florida
17
         PURSUANT TO:        Notice by counsel for Defendants
18                           for purposes of discovery, use at
                             trial or such other purposes as
19                           are permitted under the Federal
                             Rules of Civil Procedure
20
         REPORTED BY:        Aaron T. Perkins, RMR, CRR, CRC
21                           Notary Public, State of
                             Florida at Large
22
                             Pages 1 to 278
23
24
25
                                                            Page 1
```

1   work, have you performed for Ms. Schneider?
2   　　A.　I have done associate producer work. I have
3   done DMCA takedowns for her. I have done amalgamation
4   of piracy research. I have done some technical advisory
5   stuff for her. And I think that sums it all up.
6   　　Q.　So since May 2017, while working for
7   Ms. Schneider, you've done copy work, associate producer
8   work, DMCA takedowns, an amalgamation of piracy research
9   and technical advisory stuff?
10   　　A.　I would say so.
11   　　Q.　Anything else?
12   　　A.　I don't think so, no.
13   　　Q.　Were you paid for this work that you've done
14   for Ms. Schneider?
15   　　A.　Yes.
16   　　Q.　Was there ever an employment agreement between
17   you and Ms. Schneider in writing?
18   　　A.　No. It was a contractor thing, contractor
19   basis, freelance basis.
20   　　Q.　So there was no employment contract in writing
21   between you and Ms. Schneider?
22   　　A.　That's correct.
23   　　Q.　How much were you paid by Ms. Schneider?
24   　　A.　Several thousands of dollars over the past few
25   years.

Page 29

```
 1                MR. KRAMER:  That was Exhibit 6.
 2              (Bornheimer Exhibit No. 6 was marked for
 3          identification.)
 4     BY MR. HAROLD:
 5          Q.   Mr. Bornheimer, I'm showing you what's been
 6     marked as Bornheimer Exhibit 6.  It's an e-mail chain
 7     with a top e-mail dated March 24th, 2017.  It was
 8     produced in this litigation with the Bates number
 9     BORNHEIMER 1360.
10               Do you recognize this document?
11          A.   I do.
12          Q.   Is this an e-mail exchange between you and
13     Ms. Schneider?
14          A.   Yes.
15          Q.   And this relates to sending DMCA takedowns for
16     Google Search?
17          A.   Essentially.
18          Q.   Now, is this e-mail, is this about when you
19     began sending takedowns on Ms. Schneider's behalf?
20          A.   Yes.
21          Q.   Were you sending takedowns on Ms. Schneider's
22     behalf before this e-mail exchange?
23          A.   No.
24          Q.   And you have been sending takedowns on her
25     behalf ever since?
```

Page 97

1     A.    Yes, on and off.
2     Q.    Now, how did you monitor Google Search for
3  instances of Ms. Schneider's works?
4     A.    I would search for them.  I would use what's
5  colloquially known as Google-Fu to find pirated stuff.
6     Q.    What's Google-Fu?
7     A.    It's a -- it's skills and actually searching
8  for things using kind of knowledge of how Google has
9  evolved over the years to actually find relevant
10 material quickly and effectively, using keywords, meta
11 keywords, like the site colon thing, file type, colon,
12 stuff like that.
13    Q.    Did you keep a record of the search queries?
14    A.    I did.  They're in that same spreadsheet.
15    Q.    So the spreadsheet contains the record of
16 every search query you used?
17    A.    Yes.
18    Q.    Was it easy to craft the search queries?
19    A.    I'm not really sure how to answer that
20 question.
21    Q.    How long did it take you to craft the search
22 queries that you used?
23    A.    Not very long.
24    Q.    "Not very long" as in a few minutes?
25    A.    Yeah, a few minutes.

Page 98

```
1         Q.   And would you use the same search queries over
2    and over or different search queries each time?
3         A.   Different.
4         Q.   How would the search queries differ?
5         A.   I would start with kind of a template, since
6    my plan was to automate as much as possible and see if
7    there were ways of tracking these things down.  So I
8    tried to create different templates.  So I would -- for
9    example, I would change the name of the song I was
10   looking for, the name of the album I was looking for,
11   those things would change.
12            And then once I didn't find much fruit, you
13   know, time versus energy, I'm trying to get rid of --
14   you know, the 80/20 rule kicking in, I'm trying to get
15   rid of 80 percent of it and then we can later dig in for
16   the rest.
17            I would -- I would make the changes, get rid
18   of 80 percent of it or so, however, you know, I can get
19   rid of the majority of it, move on to the next query, do
20   the same, and rinse and repeat.
21        Q.   About how many different search queries did
22   you use?
23        A.   I don't remember.
24        Q.   More than 100?
25        A.   I don't remember.
```

1        Q.   Do you recall any of the specific search
2    queries you used?
3        A.   No.
4        Q.   Now, say sitting right here you wanted to find
5    instances of "Don't Be Evil."  What search query would
6    you come up?
7        A.   "Don't Be Evil," full song; "Don't Be Evil"
8    YouTube, fair use, YouTube; "Don't Be Evil" Maria
9    Schneider, SoundCloud; "Don't Be Evil," Maria Schneider;
10   "Don't Be Evil, Data Lords," full album, things like
11   that.
12       Q.   And so it would be similar for other titles of
13   Ms. Schneider's?
14       A.   Yes.  And, of course, they would vary
15   depending on the context.
16       Q.   What do you mean "they would vary depending on
17   the context"?
18       A.   If I'm looking for live performances, I'll
19   change what I'm looking for.  If I'm looking for videos,
20   I'll change it.  If I'm looking for torrent, I will add
21   torrent to the end, for example, or I will look for a
22   file type of dot-torrent or I'll look up, you know, what
23   are common torrent sites and I will use their search
24   engines.
25       Q.   Were you focusing on particular contexts or

Page 100

```
 1      saying if you want -- if you like this song, or look at
 2      the personnel on MariaSchneider.com, back slash, and
 3      then the page on her website that corresponds to that
 4      recording.  And composer.
 5          Q.   And you embedded this metadata in MP3 files;
 6      is that right?
 7          A.   That's correct.
 8          Q.   Did you embed metadata in any other types of
 9      files?
10          A.   Yes.
11          Q.   What other types of files?
12          A.   FLAC files, WAV files, and I think that's it.
13      I think that's all.
14          Q.   So nothing other than MP3 files, FLAC files
15      and WAV files?
16          A.   I believe so.
17          Q.   Those are all audio files, right?
18          A.   That's correct.
19          Q.   Have you ever embedded any metadata in a video
20      file containing Ms. Schneider's works?
21          A.   I don't think so.
22          Q.   Why did you embed metadata in the MP3 files,
23      FLAC files, and WAV files?
24          A.   Reason one was so that way people who
25      downloaded those files got all the information about it
```

```
 1    fields for Ms. Schneider?
 2         A.   Technically, I think I have, but, again,
 3    looking up an -- I mean, if the -- if the answer to your
 4    question is if me searching, like, Maria Schneider on
 5    YouTube is looking up metadata on YouTube, then the
 6    answer would be yes; otherwise, it would be no.
 7         Q.   So I'm a little bit -- so when you say, If the
 8    answer is searching Maria Schneider on YouTube, is
 9    looking at metadata on YouTube, then the answer would be
10    yes; otherwise, it would be no, have you ever searched
11    on YouTube for values in the composer metadata field?
12         A.   No.
13         Q.   Have you ever searched on YouTube for values
14    in the title "Metadata" field?
15         A.   Yes.
16         Q.   So YouTube has a functionality that allows you
17    to search for title "Metadata"?
18         A.   No.
19         Q.   I'm confused as to how you searched on YouTube
20    for values in the title "Metadata" field?
21         A.   You can't search the file metadata.  You can
22    search the YouTube title of the video, which is
23    different and distinct from the video metadata.
24         Q.   Okay.  So have you ever searched the file
25    metadata for infringements of Ms. Schneider's work on
```

Page 224

```
 1      YouTube?
 2          A.   No.
 3          Q.   And that would mean, for instance, that you
 4      haven't conducted a search on YouTube for file metadata
 5      about title, composer, album, album artist, track
 6      number, ISRC, genre, or any other file metadata?
 7          A.   I don't have the ability to search a video
 8      file's metadata on YouTube using YouTube's search
 9      functionality.
10          Q.   And so you've never searched video file
11      metadata on YouTube?
12          A.   I have never searched video file metadata for
13      files hosted on YouTube.  I'm able to take a title track
14      from the MP3, input it into a YouTube search, and that's
15      as close as I can get.
16          Q.   So, for instance, you could take the title of,
17      say, "The Pretty Road" and type that into YouTube's
18      search bar and it will return results?
19          A.   Yes.
20          Q.   But you haven't ever specifically searched the
21      file, video file metadata for title for videos that have
22      "The Pretty Road" in them?
23          A.   That's correct.
24          Q.   Why not?
25          A.   I don't think it's possible.
```

Page 225

```
 1            Q.   Have you tried?
 2            A.   Yes.
 3            Q.   What did you do to try?
 4            A.   Use similar search queries as I would on
 5       Google.
 6            Q.   And what are those search queries?
 7            A.   File type, MOV, title, colon, quote, The
 8       Pretty Road, end quote, something like that.
 9            Q.   And when you've done those searches on
10       YouTube, what results have you gotten?
11            A.   Nothing of consequence.  I don't remember what
12       I would have a gotten, but nothing of consequence,
13       though.
14            Q.   When did you do those searches?
15            A.   I believe in 2018.
16            Q.   Have you tried since 2018 to search YouTube
17       for video file metadata values?
18            A.   No.
19            Q.   Why not?
20            A.   I didn't think there was a point.
21            Q.   Has Ms. Schneider ever asked you to search
22       YouTube for video file metadata values?
23            A.   I don't remember.
24            Q.   Has Ms. Schneider ever asked you to search
25       Google for the video file metadata values?
```

Page 226