Exhibit 24

to the Declaration of Paul N. Harold

# Harold, Paul

| | |
|---|---|
| **From:** | Cortazar, Ryan <RCortazar@KoreinTillery.com> |
| **Sent:** | Friday, December 18, 2020 2:35 PM |
| **To:** | WSGR - schneidervyoutube |
| **Cc:** | KTYouTube; BSFYouTube |
| **Subject:** | Schneider v. YouTube—Amended Response |
| **Attachments:** | 2020-12-18 Pirate Monitor Amended Response to First Interrogatory.pdf |

[External]
Counsel,

We have discovered there is an error in our Interrogatory responses and the same error also appears in the complaint. We wanted to let you know before you file your Opposition brief to the Motion to Dismiss today. Under the circumstances, we will agree to a reasonable extension to the deadline to file your Opposition brief following receipt of our amended interrogatory responses.

1

1  George A. Zelcs *(pro hac vice)*
     gzelcs@koreintillery.com
2  Randall P. Ewing, Jr. *(pro hac vice)*
     rewing@koreintillery.com
3  Ryan Z. Cortazar *(pro hac vice)*
     rcortazar@koreintillery.com
4  **KOREIN TILLERY, LLC**
   205 North Michigan, Suite 1950
5  Chicago, IL  60601
   Telephone: (312) 641-9750
6  Facsimile: (312) 641-9751

7  Stephen M. Tillery *(pro hac vice)*
     stillery@koreintillery.com
8  Steven M. Berezney, CA Bar #329923
     sberezney@koreintillery.com
9  Michael E. Klenov, CA Bar #277028
     mklenov@koreintillery.com
10 Carol O'Keefe *(pro hac vice)*
     cokeefe@koreintillery.com
11 **KOREIN TILLERY, LLC**
   505 North 7th Street, Suite 3600
12 St. Louis, MO  63101
   Telephone: (314) 241-4844
13 Facsimile: (314) 241-3525

14 Joshua Irwin Schiller, CA Bar #330653       Philip C. Korologos *(pro hac vice)*
     jischiller@bsfllp.com                        pkorologos@bsfllp.com
15 **BOIES SCHILLER FLEXNER LLP**              Joanna C. Wright *(pro hac vice)*
   44 Montgomery St., 41st Floor                  jwright@bsfllp.com
16 San Francisco, CA  94104                    **BOIES SCHILLER FLEXNER LLP**
   Telephone:  (415) 293-6800                  55 Hudson Yards, 20th Floor
17 Facsimile: (415) 293-6899                   New York, NY  10001
                                               Telephone:  (212) 446-2300
18 *Attorneys for Maria Schneider and*         Facsimile: (212) 446-2350
   *Pirate Monitor, LTD*

19

20                    **UNITED STATES DISTRICT COURT**

21              **NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

22 MARIA SCHNEIDER and PIRATE                  CASE NO. 5:20-cv-4423
   MONITOR LTD, individually and on behalf of
23 all others similarly situated;              **PLAINTIFF PIRATE MONITOR LTD'S**
                                               **AMENDED RESPONSE AND**
24              Plaintiffs,                    **OBJECTIONS TO YOUTUBE AND**
                                               **GOOGLE'S INTERROGATORY NO. 1**
25      vs.

26 YOUTUBE, LLC; GOOGLE LLC; and
   ALPHABET INC.;
27
                Defendants.
28
   Pirate Monitor Ltd's Amended              1              Case No. 5:20-cv-4423
   Response & Objections to Defendants'
   Interrogatory No. 1

1	Pursuant to Federal Rules of Civil Procedure 26 and 33, Plaintiff Pirate Monitor Ltd. submits
2	the following amended response and objections to Defendants YouTube, LLC ("YouTube") and
3	Google LLC ("Google") (collectively "Defendants") Interrogatory No. 1 to Plaintiff Pirate Monitor
4	Ltd., contained in Defendants' First Set of Interrogatories dated October 12, 2020.

5	By submitting this amended response, Pirate Monitor Ltd. does not intend to concede or
6	waive any arguments regarding the scope, relevance, and timing of any discovery in the lawsuit.

7	Pirate Monitor Ltd. reserves the right to supplement, amend or revise this response,
8	including based on any responses or objections submitted by Defendants to any of Pirate Monitor
9	Ltd.'s discovery requests. Pirate Monitor Ltd. also asserts that any discovery obligations should be
10	mutual between parties, so that if any of Pirate Monitor Ltd. objections are overridden, Defendants
11	should be subject to the same scope of discovery, including definitions and instructions for discovery
12	compliance.

**GENERAL OBJECTIONS**

1. Pirate Monitor objects to the Interrogatories to the extent they impose obligations in addition to those imposed by the Federal Rules of Civil Procedure, the Local Rules of this Court, any court governing discovery in this case, or any discovery protocol agreed upon by the parties.

2. Pirate Monitor objects to the Interrogatories, and to each Definition and specific Request contained therein, insofar as they seek information not in Pirate Monitor's possession, custody, or control. Pirate Monitor further objects to the Requests to the extent they seek documents and information that Pirate Monitor does not have the practical ability to obtain or which would be unreasonably burdensome to identify or to obtain.

3. Pirate Monitor objects to the extent the Interrogatories seek information or that is already in Defendants' possession, is equally accessible to Defendants, or is readily accessible to Defendants.

4. Pirate Monitor further objects to the Interrogatories to the extent that the burden of deriving an answer from other sources of discovery will be substantially the same for Defendants as it is for Pirate Monitor.

5. Pirate Monitor objects to the Interrogatories to the extent they seek information that Defendants can obtain from sources that are more convenient, less burdensome, or less expensive.

6. Pirate Monitor objects to the Interrogatories to the extent they seek information protected by the attorney/client privilege, the work-product doctrine, Rule 408 of the Federal Rules of Evidence, any common interest privilege, joint defense agreement or any other applicable privilege.

7. Pirate Monitor further objects to the Interrogatories to the extent that they are vague and ambiguous, overly broad, unduly burdensome, lacking in particularity or unreasonable, or otherwise seek the discovery of information that is neither relevant to the claims or defenses of any party to this action nor reasonably calculated to lead to the discovery of admissible evidence

8. Pirate Monitor objects to the Interrogatories to the extent they are propounded for the improper purpose of annoying or harassing Pirate Monitor.

Pirate Monitor's responses are based solely on facts reasonably known to Pirate Monitor at the time of responding to these Interrogatories. Pirate Monitor reserves the right to supplement, amend, or otherwise modify these responses.

## OBJECTIONS TO DEFINITIONS

Pirate Monitor Ltd. objects to the definition of "Works In Suit" to the extent it requires Pirate Monitor Ltd. to assert that a copyright for a specific work has been infringed prior to discovery. Pirate Monitor Ltd. will identify all works for which it holds copyrights.

## SPECIFIC OBJECTIONS AND RESPONSES

Pirate Monitor Ltd. reserves the right to amend or revise its Specific Objections and Responses, including after meeting and conferring with Defendants regarding any Request.

**INTERROGATORY NO. 1: Identify each Work In Suit by title, author, owner, date of creation and United States copyright registration number, if applicable.**

1  Plaintiff Pirate Monitor Ltd. identifies the following Works In Suit:

2  - *Zimmer Feri 2*, authored by Megafilm Kft, owned by Pirate Monitor, 2010

3  - *Immigrants – Jóska menni Amerika*, authored by Klasky Csupo Inc. and Megafilm Kft, owned by
4    Pirate Monitor Ltd., 2008, PA0002228928

5  - *Vakvaganyok*, authored by Megafilm Kft, owned by Pirate Monitor, 2001

## VERIFICATION

Gabor Csupo has read the foregoing responses to Defendants' Interrogatories, and the answers contained therein are true to the best of his knowledge, information, and belief.

Signed: _____

Date: 12/18/2020

| | |
|---|---|
| Dated: December 18, 2020 | Respectfully submitted, |
| | /s/ Ryan Z. Cortazar |
| | George A. Zelcs *(pro hac vice)* |
| | Randall P. Ewing, Jr. *(pro hac vice)* |
| | Ryan Z. Cortazar *(pro hac vice)* |
| | **KOREIN TILLERY, LLC** |
| | 205 North Michigan, Suite 1950 |
| | Chicago, IL  60601 |
| | Telephone: (312) 641-9750 |
| | Facsimile: (312) 641-9751 |
| | |
| | Stephen M. Tillery *(pro hac vice)* |
| | Steven M. Berezney, CA Bar #329923 |
| | Michael E. Klenov, CA Bar #277028 |
| | Carol O'Keefe *(pro hac vice)* |
| | **KOREIN TILLERY, LLC** |
| | 505 North 7th Street, Suite 3600 |
| | St. Louis, MO  63101 |
| | Telephone: (314) 241-4844 |
| | Facsimile: (314) 241-3525 |
| | |
| | Joshua Irwin Schiller, CA Bar #330653 |
| | **BOIES SCHILLER FLEXNER LLP** |
| | 44 Montgomery St., 41st Floor |
| | San Francisco, CA  94104 |
| | Phone: (415) 293-6800 |
| | Fax: (415) 293-6899 |
| | |
| | Philip C. Korologos *(pro hac vice)* |
| | Joanna C. Wright *(pro hac vice)* |
| | **BOIES SCHILLER FLEXNER LLP** |
| | 55 Hudson Yards, 20th Floor |
| | New York, NY  10001 |
| | Phone: (212) 446-2300 |
| | Fax: (212) 446-2350 |
| | |
| | *Attorneys for Maria Schneider and Pirate Monitor LTD* |

## CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2020, I caused the foregoing Plaintiff Pirate Monitor LTD's Amended Response & Objections to YouTube's and Google's Interrogatory No. 1 to Plaintiff Pirate Monitor LTD to be served on all opposing counsel of record by email at the addresses listed below:

Schneidervyoutube@wsgr.com

                                                        /s/ Ryan Z. Cortazar