CASE NO. 3:20-CV-04423-JD

DECLARATION OF DAN COLEMAN (NON-PARTY)
ISO DEFENDANTS' ADMIN. MOTION TO FILE UNDER SEAL

ENCLOSURES:

1) ORIGINAL
2) CHAMBERS COPY
3) EXTRA COPY
4) SASE



RECEIVED
AUG 3 1 2022
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

DAN COLEMAN, PRESIDENT
MODERN WORKS MUSIC PUBLISHING
PO BOX 609
TUCSON AZ 85702-0609
212.459.2996
DAN.COLEMAN@MODERNWORKSPUB.COM