

**FROM:** DAN COLEMAN, PO BOX 609, TUCSON AZ 85702, PHONE 212 459 2996

**TO:** CLERK'S OFFICE, US DISTRICT COURT, 450 GOLDEN GATE AVE FL 16, SAN FRANCISCO CA 94102, PHONE 415 522-2000

RECEIVED AUG 31 2022 CLERK, U.S. DISTRICT COURT NORTH DISTRICT CALIFORNIA

PO ZIP Code: 85711
Scheduled Delivery Date: 08/30/22
Postage: $26.95
Date Accepted: 08/29/22
Scheduled Delivery Time: 6PM
Time Accepted: 1:25 PM
Weight: 3.8 oz
Acceptance Employee Initials: BO14KD
Total Postage & Fees: $26.95

U.S. POSTAGE $26.95
CPU
EXFL 0007
Orig: 85711
Dest: 94102 6W
08/29/22
R230 3S101430
2000052405 02

EJ 323 604 135 US

PRIORITY MAIL EXPRESS
FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT





**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE



RECEIVED
AUG 31 2022
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA



PS10001000006    EP13F May 2020
OD: 12 1/2 x 9 1/2

**GUARANTEED* ▪ TRACKED ▪ INSURED**

For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 20 lbs.