**CASE NO. 3:20-CV-04423-JD**

**DECLARATION OF DAN COLEMAN (NON-PARTY)**
**ISO DEFENDANTS' ADMIN. MOTION TO FILE UNDER SEAL**

ENCLOSURES:

1) ORIGINAL
2) CHAMBERS COPY
3) EXTRA COPY
4) SASE



RECEIVED

AUG 3 1 2022

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

DAN COLEMAN, PRESIDENT
MODERN WORKS MUSIC PUBLISHING
PO BOX 609
TUCSON AZ 85702-0609
212.459.2996
DAN.COLEMAN@MODERNWORKSPUB.COM