



# UNITED STATES POSTAL SERVICE® | PRIORITY MAIL EXPRESS®



EMS

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE

RECEIVED
AUG 31 2022
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA



PS10001000006

EP13F May 2020
OD: 12 1/2 x 9 1/2

**GUARANTEED* ▪ TRACKED ▪ INSURED**

For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 20 lbs.