George A. Zelcs *(pro hac vice)*
  gzelcs@koreintillery.com
Randall P. Ewing, Jr. *(pro hac vice)*
  rewing@koreintillery.com
Marc A. Wallenstein *(pro hac vice)*
  mwallenstein@koreintillery.com
Ryan Z. Cortazar *(pro hac vice)*
  rcortazar@koreintillery.com
**KOREIN TILLERY, LLC**
205 North Michigan, Suite 1950
Chicago, IL  60601
Telephone: (312) 641-9750
Facsimile: (312) 641-9751

Stephen M. Tillery (*pro hac vice*)
  stillery@koreintillery.com
Steven M. Berezney, CA Bar #329923
  sberezney@koreintillery.com
Michael E. Klenov, CA Bar #277028
  mklenov@koreintillery.com
Carol O'Keefe *(pro hac vice)*
  cokeefe@koreintillery.com
**KOREIN TILLERY, LLC**
505 North 7th Street, Suite 3600
St. Louis, MO  63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

Joshua Irwin Schiller, CA Bar #330653
  jischiller@bsfllp.com
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery St., 41st Floor
San Francisco, CA  94104
Telephone: (415) 293-6800
Facsimile: (415) 293-6899

Philip C. Korologos *(pro hac vice)*
  pkorologos@bsfllp.com
Joanna C. Wright *(pro hac vice)*
  jwright@bsfllp.com
Demetri Blaisdell (*pro hac vice*)
  dblaisdell@bsfllp.com
**BOIES SCHILLER FLEXNER LLP**
55 Hudson Yards, 20th Floor
New York, NY  10001
Telephone: (212) 446-2300
Facsimile: (212) 446-2350

*Attorneys for Plaintiffs Maria Schneider,
Uniglobe Entertainment, LLC, and
AST Publishing Ltd. and Counter-Defendants Pirate
Monitor Ltd. and Gábor Csupó*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING LTD., individually and on behalf of all others similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>YOUTUBE, LLC; and GOOGLE LLC;<br><br>Defendants. | CASE NO. 3:20-cv-4423-JD<br><br>**PLAINTIFF MARIA SCHNEIDER'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Judge: Hon. James Donato |
| YOUTUBE, LLC and GOOGLE LLC;<br><br>Counter-Plaintiffs,<br><br>vs.<br><br>GÁBOR CSUPÓ, PIRATE MONITOR LTD., LLC, and PIRATE MONITOR LLC,<br><br>Counter-Defendants. | |

Pursuant to Civil Local Rules 7-11 and 79-5(f), and this Court's Standing Order for Civil Cases before Honorable Judge James Donato ¶¶ 25-31, Plaintiff Maria Schneider respectfully submits this administrative motion to consider whether certain materials included with or referenced in Ms. Schneider's Opposition to Defendants' Motion for Summary Judgment as to Maria Schneider should be filed under seal.  Specifically, the consideration is whether (1) documents that Defendants YouTube, LLC and Google LLC have designated as Confidential or Highly Confidential – Attorney's Eyes Only under the Stipulated Protective Order (ECF No. 45) should be sealed; and (2) whether documents that non-party Modern Works Music Publishing ("Modern Works") has designated as Confidential should be sealed.  Plaintiff Schneider does not seek to file any of her own materials under seal.

### I. Plaintiff Schneider Seeks Consideration of Whether Information that Defendants Designated as Confidential and/or Attorney's Eyes Only Should Be Sealed

Pursuant to the Stipulated Protective Order entered in this case (ECF No. 45), Defendants designated as "Confidential" and/or "Highly Confidential - Attorney's Eyes Only" the documents submitted as Exhibits 5, 6, 8, 12, 13, 35, 36, and 38 to the Declaration of Demetri Blaisdell in Support of Plaintiff Maria Schneider's Opposition to Defendants' Motion for Summary Judgment as to Maria Schneider ("Blaisdell Declaration").  Ms. Schneider has submitted these documents provisionally under seal in accordance with the provisions of the Stipulated Protective Order and Civil Local Rule 79-5(f).  Plaintiff has redacted portions of the Opposition to the Motion for Summary Judgment that quote from those documents pursuant to Civil Local Rules 79-5(e) and (f).

### II. Plaintiff Schneider Seeks Consideration of Whether Information that Modern Works Publishing Designated as Confidential and/or Attorney's Eyes Only Should Be Sealed

Pursuant to the Stipulated Protective Order entered in this case (ECF No. 45), non-party Modern Works Publishing has designated as "Confidential" the documents submitted as Exhibits 14 through 34 to the Blaisdell Declaration.  Plaintiff Schneider has submitted these documents provisionally under seal in accordance with the provisions of the Stipulated Protective Order and Civil Local Rule 79-5(f).[1]  Plaintiff has redacted portions of the Opposition to the Motion for Summary Judgment that quote from those documents pursuant to Civil Local Rules 79-5(e) and (f).[2]

---

[1] Although Plaintiffs produced some of these documents and consent to their public filing, they are filing them under seal to avoid revealing material designated as "Confidential" by a non-party before the non-party has an opportunity to seek their continued sealing.

[2] Plaintiff Schneider adopts Plaintiffs' position in their Opposition to Defendants' Administrative Motion to Seal and to Consider Whether Another Party's Material Should Be Sealed (ECF Nos. 163, 166) that only redactions to pricing information or trade secret information are appropriate. Plaintiffs will meet and confer with Defendants and Modern Works in the coming days to attempt to resolve any disputes concerning final redactions.

For the foregoing reasons, Plaintiff Schneider respectfully requests that the Court grant her Administrative Motion to Consider Whether Another Party's Material Should Be Sealed.

Dated: September 9, 2022

                                                      Respectfully submitted,

/s/ *Philip C. Korologos*
George A. Zelcs (*pro hac vice*)
Randall P. Ewing, Jr. (*pro hac vice*)
Marc A. Wallenstein *(pro hac vice)*
Ryan Z. Cortazar (*pro hac vice*)
KOREIN TILLERY, LLC
205 North Michigan, Suite 1950
Chicago, IL 60601
Telephone: (312) 641-9750
Facsimile: (312) 641-9751

Stephen M. Tillery (*pro hac vice*)
Steven M. Berezney, CA Bar #329923
Carol O'Keefe (*pro hac vice*)
KOREIN TILLERY, LLC
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

Joshua Irwin Schiller, CA Bar #330653
BOIES SCHILLER FLEXNER LLP
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Phone: (415) 293-6800
Fax: (415) 293-6899

Philip C. Korologos (*pro hac vice*)
Joanna Wright (*pro hac vice*)
Demetri Blaisdell (*pro hac vice*)
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards, 20th Floor
New York, NY 10001
Phone: (212) 446-2300
Fax: (212) 446-2350

*Attorneys for Plaintiffs Maria Schneider, Uniglobe Entertainment, LLC, and AST Publishing Ltd. and Counter-Defendants Pirate Monitor Ltd. and Gábor Csupó*