# EXHIBIT 1

```
 1
 2   UNITED STATES DISTRICT COURT
 3   NORTHERN DISTRICT OF CALIFORNIA
 4   SAN FRANCISCO DIVISION
 5   ------------------------------------x
 6   MARIA SCHNEIDER, UNIGLOBE
     ENTERTAINMENT, LLC and AST
 7   PUBLISHING LTD., individually and
     on behalf of all others similarly
 8   situated,
 9                          Plaintiffs,
10   -against-         Case No. 3:20-cv-4423
11   YOUTUBE, LLC; and GOOGLE LLC,
12                          Defendants.
13   ------------------------------------x
14
15       REMOTE VIDEOTAPED DEPOSITION OF
                 MARIA SCHNEIDER
16             New York, New York
                 June 14, 2022
17
18
19   Reported By:
20   ERIC J. FINZ
21
22
23
24
25
```

Page 1

## Page 90

```
 1              MARIA SCHNEIDER
 2        MS. REES: For a moment, yes.      11:59:29
 3        MR. ZELCS: Just put it up          11:59:30
 4    there.                                 11:59:31
 5        THE WITNESS: Okay.                 11:59:32
 6        MR. ZELCS: Thank you.              11:59:33
 7     A. Could you say again, I'm           11:59:34
 8    sorry?                                 11:59:35
 9     Q. Are you aware that the YouTube    11:59:35
10    partner program is a program that allows 11:59:38
11    a YouTube user to monetize videos      11:59:40
12    uploaded to their YouTube channel?     11:59:43
13     A. I know that that's -- I don't     11:59:46
14    know the name of the program, but I know 11:59:49
15    that you can monetize videos uploaded to 11:59:51
16    a YouTube channel.                     11:59:54
17     Q. And you joined that program in    11:59:55
18    or about 2013, with this YouTube channel 11:59:57
19    that's reflected in Exhibit 15?       12:00:01
20     A. I think Marie investigated        12:00:02
21    about it early on. So she -- I don't  12:00:06
22    know if she -- what she did.          12:00:09
23     Q. Do you know whether you earned    12:00:48
24    any payments from YouTube for monetizing 12:00:53
25    videos on this Maria Schneider official 12:00:59
```

## Page 91

```
 1              MARIA SCHNEIDER
 2    page channel?                          12:01:03
 3     A. I don't believe we ever           12:01:03
 4    monetized anything.                    12:01:05
 5        MS. REES: Could we see tab       12:01:12
 6    24.                                    12:01:16
 7        19.                                12:01:25
 8        (Schneider Exhibit 19 for         12:01:25
 9    identification, email dated March      12:01:25
10    13, 2014, production numbers           12:01:25
11    SCHNEIDER 125656.)                     12:02:29
12        THE WITNESS: Okay.                12:02:29
13  BY MS. REES:                             12:02:29
14     Q. Do you recognize Exhibit 19?      12:02:30
15     A. I don't recall this.              12:02:32
16     Q. Is this an email between you      12:02:35
17    and Marie Le Claire?                   12:02:37
18     A. It is.                            12:02:38
19     Q. What were you referring to        12:02:39
20    when you asked Marie Le Claire "How long 12:02:51
21    did we have that on the YouTube would you 12:02:54
22    say?"                                  12:02:56
23     A. I don't know. I don't know if    12:02:58
24    she tested something on YouTube. I     12:02:59
25    really don't recall.                   12:03:05
```

## Page 92

```
 1              MARIA SCHNEIDER
 2     Q. You say, "But if it was close    12:03:15
 3    to a year and it was 19 cents and we had 12:03:18
 4    close to 20,000 views, I think then maybe 12:03:21
 5    I would."                              12:03:25
 6        What were the 20,000 views       12:03:26
 7    that you are referring to there?       12:03:28
 8     A. I have no idea. I don't          12:03:30
 9    recall this at all.                    12:03:31
10     Q. In Marie Le Claire's response    12:03:38
11    to you, she says, "Apparently they owe 12:03:40
12    you 23.86 that we will receive once we 12:03:43
13    get this PIN number in the mail."      12:03:46
14        Is that referring to YouTube    12:03:51
15    owing you 23.86 in royalties?          12:03:53
16     A. I have no idea.                  12:03:56
17     Q. You have no recollection of      12:04:01
18    using the YouTube partner program to   12:04:02
19    monetize one of your videos for which you 12:04:04
20    received 23.86 in royalties. That's your 12:04:07
21    testimony?                             12:04:10
22     A. I don't recall that.             12:04:10
23        MS. REES: Exhibit 20.            12:04:26
24        (Schneider Exhibit 20 for        12:04:27
25    identification, Plaintiff Maria        12:04:27
```

## Page 93

```
 1              MARIA SCHNEIDER
 2    Schneider's first amended responses    12:04:27
 3    and objections to defendants' first    12:04:27
 4    and second set of interrogatories.)    12:05:02
 5  BY MS. REES:                             12:05:02
 6     Q. Do you recognize Exhibit 20 as   12:05:03
 7    plaintiff Maria Schneider's first amended 12:05:05
 8    responses and objections to defendants' 12:05:07
 9    first and second set of interrogatories? 12:05:10
10     A. I read that that is what this   12:05:12
11    is called, yes.                        12:05:16
12     Q. If you turn to page 23 of this  12:05:18
13    document. Under the heading            12:05:24
14    "Verification." Is that your signature 12:05:28
15    on this page?                          12:05:31
16     A. I don't see page numbers here.  12:05:32
17        MR. ZELCS: They're kind of in   12:05:36
18    the middle of the header at the        12:05:37
19    bottom.                                12:05:42
20        THE WITNESS: Oh, okay.           12:05:42
21     A. Yes.                              12:05:43
22     Q. And you verified under oath     12:05:44
23    that the responses reflected in this   12:05:47
24    document are true. Right?              12:05:50
25     A. Yes, true to the best of my     12:05:54
```

24 (Pages 90 - 93)

```
                    MARIA SCHNEIDER
 1
 2    A.   I don't recall asking him why.      14:20:46
 3   I just was trying to understand what it   14:20:50
 4   was.                                      14:20:54
 5         MS. REES:  Could we have tab        14:21:04
 6   33.                                       14:21:06
 7         Exhibit 30.                         14:21:11
 8         (Schneider Exhibit 30 for           14:21:12
 9   identification, document headed           14:21:12
10   "Publishing license agreement,"           14:21:12
11   production numbers SCHNEIDER              14:21:12
12   000009607 through SCHNEIDER               14:21:12
13   000009625.)                               14:21:30
14         MS. REES:  Exhibit 30 is a          14:21:30
15   document bearing the Bates number         14:21:31
16   SCHNEIDER 000009607.                      14:21:34
17  BY MS. REES:                               14:21:50
18    Q.   Do you recognize Exhibit 30?        14:21:51
19    A.   No, I don't recall this             14:21:53
20   exactly.  No, I don't.  I don't think     14:21:59
21   I've -- I don't know that I've seen this. 14:22:04
22   I don't think so.                         14:22:10
23         Should I read this whole            14:22:24
24   thing?                                    14:22:25
25    Q.   No.  In fact, I'm going to          14:22:26
                                                 Page 142
```

```
                    MARIA SCHNEIDER
 1
 2   have you look at another exhibit first, I  14:22:28
 3   think.                                     14:22:30
 4         MS. REES:  Exhibit 31.               14:22:59
 5         (Schneider Exhibit 31 for            14:23:01
 6   identification, email dated                14:23:01
 7   September 15, 2020, production             14:23:01
 8   numbers SCHNEIDER 0000009606.)             14:23:25
 9         THE WITNESS:  Is there               14:23:26
10   something missing on here?                 14:23:27
11         MS. REES:  So Exhibit 31 is a        14:23:30
12   document with the Bates number             14:23:32
13   SCHNEIDER 0000009606.                      14:23:33
14  BY MS. REES:                                14:23:38
15    Q.   Do you recognize Exhibit 31?         14:23:39
16    A.   No.                                  14:23:40
17    Q.   Do you recognize this as an          14:23:43
18   email from Dan Coleman to you?             14:23:44
19    A.   Yes.                                 14:23:46
20    Q.   And the subject is "AGMT."  Do       14:23:49
21   you understand that to be an abbreviation  14:23:53
22   for an agreement?                          14:23:55
23    A.   It looks like.                       14:23:56
24    Q.   Is the document that's               14:23:56
25   produced or that was marked as Exhibit     14:23:58
                                                  Page 143
```

```
                    MARIA SCHNEIDER
 1
 2   30, was that the attachment that you       14:24:02
 3   received to this email?                    14:24:04
 4    A.   I don't -- I don't know.  It         14:24:06
 5   could have been, but I don't know for      14:24:07
 6   sure.  Does it, you know, have it          14:24:08
 7   attached in some way to show that?         14:24:13
 8    Q.   I think it may be, but I'm           14:24:17
 9   asking you as the recipient of the email.  14:24:19
10    A.   I don't know that without            14:24:22
11   seeing my actual email, I wouldn't know    14:24:22
12   that.  But, you know.                      14:24:25
13    Q.   Do you recall Dan Coleman            14:24:27
14   sending you a copy of the Modern           14:24:29
15   Works/Google publishing license agreement  14:24:33
16   in September of 2020?                      14:24:38
17    A.   I don't recall it.  I'm not          14:24:39
18   saying it's impossible, I just don't       14:24:41
19   recall it.                                 14:24:43
20    Q.   Can we go back to Exhibit 30,        14:25:09
21   the publishing license agreement.          14:25:11
22    A.   Yes.                                 14:25:16
23    Q.   Do you understand this to be         14:25:16
24   an agreement pursuant to which Modern      14:25:23
25   Works licensed Google to compositions      14:25:26
                                                  Page 144
```

```
                    MARIA SCHNEIDER
 1
 2   that it controls?                          14:25:29
 3         MR. ZELCS:  Can we go off the        14:25:32
 4   record just a second?                      14:25:33
 5         MS. REES:  Sure.                     14:25:35
 6         THE VIDEOGRAPHER:  The time is       14:25:36
 7   approximately 2:26, we are going           14:25:37
 8   off the record.                            14:25:39
 9         (Discussion off the record.)         14:25:39
10         THE VIDEOGRAPHER:  The time is       14:26:19
11   approximately 2:27, we're back on          14:26:26
12   the record.                                14:26:28
13  BY MS. REES:                                14:26:29
14    Q.   Do you understand Exhibit 30         14:26:30
15   to be an agreement pursuant to which       14:26:31
16   Modern Works licensed Google to the        14:26:33
17   compositions it controls?                  14:26:35
18         MR. ZELCS:  Objection; form.         14:26:36
19    A.   I am reading on the top here,        14:26:38
20   that it says it's an agreement between A   14:26:43
21   Side, Modern Works and Google.  I think I  14:26:53
22   looked and I don't think it's signed by    14:26:57
23   Google.  I think it's only signed by Dan   14:27:00
24   Coleman.  I swear I just saw that.         14:27:04
25         Yeah, it's signed by Dan.  I         14:27:10
                                                  Page 145
```

37 (Pages 142 - 145)

## Page 146

    MARIA SCHNEIDER

1
2  don't see it signed by Google.           14:27:13
3     Q.  Did you ask Dan about that,       14:27:15
4  why it only had Dan's signature on it?   14:27:17
5        MR. ZELCS:  Objection; form.       14:27:19
6     A.  I don't know that -- I don't      14:27:21
7  think I've seen this document.  I don't  14:27:23
8  recall seeing this.                      14:27:24
9     Q.  So it's your testimony that       14:27:25
10 you've never even looked at the          14:27:28
11 publishing license agreement between     14:27:29
12 Modern Works Music Publishing and YouTube 14:27:31
13 before today?                            14:27:34
14       MR. ZELCS:  Objection; form.       14:27:35
15    A.  It's my testimony that this       14:27:36
16 happened in 2014, I did not know about   14:27:39
17 it.  I learned about an agreement the    14:27:42
18 summer of 2020.  And beyond that, I don't 14:27:47
19 recall knowing the specifics of their    14:27:53
20 agreement.                               14:27:55
21    Q.  Did you ask Dan Coleman about     14:27:57
22 the specifics of the agreement?          14:27:59
23    A.  No.  We spoke about it.  And I    14:28:03
24 just -- I don't recall beyond that.      14:28:08
25    Q.  You understand that it's          14:28:11

## Page 147

    MARIA SCHNEIDER

1
2  YouTube's position that it has a license  14:28:17
3  to all of your compositions under this    14:28:19
4  agreement.  Is that right?                14:28:22
5     A.  Dan Coleman does not have the     14:28:24
6  rights to all my works.  Only --         14:28:27
7  everything is with my permission, case by 14:28:32
8  case, piece by piece.  That is my        14:28:37
9  agreement with Dan Coleman.              14:28:41
10       So I do not see myself being a     14:28:43
11 part of this.                            14:28:45
12    Q.  So for that reason you've         14:28:46
13 never reviewed it before today?          14:28:48
14    A.  I don't know that I had it.       14:28:49
15       MR. ZELCS:  Please don't           14:28:51
16    answer until she finishes her         14:28:53
17    question so that if I have an         14:28:55
18    objection I can state it.             14:28:56
19       THE WITNESS:  Okay.                14:28:58
20       MR. ZELCS:  Could I get the        14:28:58
21    question back before we started to    14:29:00
22    get an answer.                        14:29:02
23       (Record read as requested.)        14:29:09
24 BY MS. REES:                             14:29:21
25    Q.  Your testimony is that you        14:29:22

## Page 148

    MARIA SCHNEIDER

1
2  don't know whether you had this agreement 14:29:24
3  in your possession before today?         14:29:26
4        MR. ZELCS:  Objection; form.       14:29:29
5     A.  All I can say is, I don't         14:29:32
6  recall reading this document, getting    14:29:36
7  this document.  That's all I can tell    14:29:38
8  you.                                     14:29:43
9     Q.  Have you reviewed YouTube's       14:29:43
10 answer to your complaint?                14:29:46
11    A.  I would imagine I might have      14:29:51
12 seen it at some point, but I don't recall 14:29:55
13 it.                                      14:29:58
14    Q.  Do you have an understanding      14:30:00
15 that it's YouTube's position that it's   14:30:03
16 licensed to all your compositions under  14:30:10
17 this publishing licensing agreement?     14:30:11
18       MR. ZELCS:  Objection; form.       14:30:15
19    A.  Can you ask the question          14:30:16
20 again?                                   14:30:17
21    Q.  Do you have an understanding      14:30:17
22 that it's YouTube's position that YouTube 14:30:18
23 is licensed to all your compositions     14:30:21
24 under this publishing license agreement? 14:30:22
25    A.  I don't -- I can't possibly       14:30:27

## Page 149

    MARIA SCHNEIDER

1
2  know what YouTube understands.  I know   14:30:28
3  what I understand.  And what I understand 14:30:31
4  is the contract I have with Dan Coleman. 14:30:32
5     Q.  You've been informed of the      14:30:35
6  positions that YouTube's taking in this  14:30:37
7  case; haven't you?  In your role as a    14:30:40
8  putative class representative.           14:30:45
9     A.  Yes.  But that's what YouTube    14:30:47
10 is stating.  That is not my -- I don't   14:30:48
11 understand YouTube's position.           14:30:53
12    Q.  Well, when you heard YouTube's    14:30:58
13 position, did you review the publishing  14:31:01
14 license agreement to determine whether   14:31:02
15 you agreed with it or not?               14:31:04
16       MR. ZELCS:  Objection; form.       14:31:05
17    A.  I've already said I don't         14:31:11
18 recall seeing this.  But the fact that   14:31:12
19 Dan Coleman -- my works are not included 14:31:13
20 in Dan Coleman's right to control.  I    14:31:17
21 control my works.  Your creative control, 14:31:21
22 number 7, that's my creative control.    14:31:25
23       So this document here, it's        14:31:32
24 not -- I'm not included in this.         14:31:40
25    Q.  What is your basis for saying     14:32:08

38 (Pages 146 - 149)

### Page 150

```
 1                MARIA SCHNEIDER
 2   that you are not included in this         14:32:10
 3   publishing license agreement?             14:32:11
 4         MR. ZELCS:  Objection; form.        14:32:13
 5      A.   Control and ownership of my       14:32:19
 6   work is very important.  And I made sure  14:32:20
 7   that my contract with Dan Coleman         14:32:27
 8   administering my work, knew that my       14:32:33
 9   creative control and my choices were what 14:32:36
10   overrode everything.                      14:32:41
11      Q.   But Dan Coleman thought that      14:32:45
12   your works were included in this          14:32:47
13   publishing license agreement with         14:32:48
14   YouTube; right?                           14:32:50
15         MR. ZELCS:  Objection; form.        14:32:50
16      A.   Dan Coleman is very aware that    14:32:54
17   -- the terms of our contract.  He's very  14:33:03
18   aware of the terms of our contract.       14:33:06
19      Q.   And nevertheless he thought       14:33:07
20   that your works were included in this     14:33:08
21   publishing license agreement.  Right?     14:33:10
22      A.   I can't speak for Dan Coleman     14:33:12
23   what he or somebody that works there,     14:33:13
24   what they did.  I can't speak for that.   14:33:16
25      Q.   Do you understand that Modern     14:33:18
```

### Page 151

```
 1                MARIA SCHNEIDER
 2   Works Music Publishing had the right to   14:33:24
 3   use Content ID under this publishing      14:33:25
 4   license agreement?                        14:33:30
 5         MR. ZELCS:  Objection; form.        14:33:31
 6      A.   I learned of that the summer      14:33:35
 7   of 2020.                                  14:33:37
 8      Q.   When in -- when you say the       14:33:38
 9   summer of 2020, what's the date you have  14:33:40
10   in mind?                                  14:33:42
11      A.   I don't know the exact date.      14:33:42
12   Whenever, after this came to my attention 14:33:44
13   from Dan or somebody, I can't even        14:33:46
14   remember how I found out.  But it was     14:33:50
15   after the lawsuit was filed.              14:33:53
16      Q.   Modern Works submitted a          14:33:55
17   number of your compositions into Content  14:33:59
18   ID in 2014, after it signed this          14:34:02
19   agreement.  Right?                        14:34:03
20         MS. REES:  Objection; form.         14:34:05
21      A.   I'm not sure which -- what        14:34:07
22   they did, but they did it without my      14:34:09
23   permission.  If they did it, they did it  14:34:11
24   without my permission.                    14:34:13
25      Q.   Under this publishing license     14:34:19
```

### Page 152

```
 1                MARIA SCHNEIDER
 2   agreement, Modern Works had the ability   14:34:21
 3   to submit all of your compositions into   14:34:23
 4   Content ID in order to find matches of    14:34:26
 5   videos that matched your works.  Right?   14:34:29
 6      A.   I don't know because I don't      14:34:34
 7   know what about they had and for what     14:34:36
 8   use.  And he didn't speak to me about     14:34:40
 9   that.  So I really don't know.            14:34:42
10      Q.   Did you ever ask Dan Coleman      14:34:46
11   if he could use Content ID on your        14:34:48
12   behalf?                                   14:34:51
13      A.   Many years ago, I asked him       14:34:52
14   when I was writing some article, if there 14:34:58
15   was a way to exclusively do blocks.  And  14:35:00
16   I don't know who he worked with at that   14:35:08
17   time, if it was TuneCore or AdRev.  And   14:35:10
18   he said no.  And other people said no.    14:35:16
19      Q.   When Modern Works first put       14:35:27
20   your compositions into Content ID in      14:35:30
21   2014, it set the policy to monetize.      14:35:34
22   Right?                                    14:35:39
23         MR. ZELCS:  Objection; form.        14:35:39
24      A.   I don't know what they did.  I    14:35:41
25   wasn't privy to that conversation or      14:35:43
```

### Page 153

```
 1                MARIA SCHNEIDER
 2   action.                                   14:35:46
 3      Q.   Well, you received royalties      14:35:47
 4   from Modern Works for monetizing those    14:35:49
 5   songs on YouTube; didn't you?             14:35:53
 6         MR. ZELCS:  Objection; form.        14:35:55
 7      A.   I actually don't know what        14:35:56
 8   I've received and what it was for.        14:35:58
 9         MS. REES:  32.                      14:36:12
10         (Schneider Exhibit 32 for
11          identification, document headed
12          "Client royalty summary,"
13          production numbers SCHNEIDER
14          0000043561 through SCHNEIDER
15          0000043597.)                       14:36:34
16         MS. REES:  Exhibit 32 is a          14:36:34
17   document with the Bates number            14:36:35
18   SCHNEIDER 0000043561.                     14:36:37
19   BY MS. REES:                              14:36:42
20      Q.   Do you recognize Exhibit 32?      14:36:42
21      A.   Well, not specifically, but I     14:36:46
22   can see that it is the second half of     14:36:49
23   2015 royalty report.                      14:36:58
24      Q.   This is a royalty report that     14:37:05
25   was provided to you from Dan Coleman,     14:37:06
```

```
                    MARIA SCHNEIDER
 1
 2   from Modern Works. Is that right?        14:37:08
 3      A.   Yes.                             14:37:10
 4      Q.   So if you look at the page       14:37:10
 5   where the Bates number ends in 575. In   14:37:17
 6   the bottom right corner of the document. 14:37:23
 7   It's 43575.                              14:37:25
 8           Do you see that page?            14:37:29
 9      A.   Yes, I do.                       14:37:30
10      Q.   The top of the page, there is    14:37:31
11   a heading that says "Hang Gliding,       14:37:33
12   Schneider." And then below that, a       14:37:36
13   couple of entries down, it says          14:37:39
14   "YouTube." And then below that it has    14:37:42
15   four entries that say "sync." And then   14:37:44
16   amount payable and amount due.           14:37:49
17           Do you recognize this as         14:37:52
18   royalties that Modern Works paid to you  14:37:56
19   from monetizing your works on YouTube?   14:37:59
20      A.   I don't -- I don't know          14:38:02
21   specifically, but it appears to be that. 14:38:06
22           Now, in retrospect, knowing      14:38:09
23   everything that I know now and that we   14:38:12
24   are discussing here today, I make that   14:38:15
25   connection.                              14:38:17
                                                  Page 154
```

```
                    MARIA SCHNEIDER
 1
 2      Q.   Do you know what a sync          14:38:17
 3   license is, when it says sync on this    14:38:19
 4   royalty statement?                       14:38:23
 5      A.   A sync license is when music     14:38:23
 6   is affixed to a video. It is a license   14:38:28
 7   for that.                                14:38:36
 8      Q.   But it's your testimony that     14:38:41
 9   in 2015, the time period this royalty    14:38:42
10   report covers, you were unaware that     14:38:48
11   Modern Works was monetizing your         14:38:54
12   compositions on YouTube?                 14:38:59
13      A.   Yes.                             14:39:00
14      Q.   If you look at -- go back to     14:39:10
15   the front, the second page of the        14:39:13
16   document, with Bates number 43562. There 14:39:15
17   is a, it looks like there is a list of --14:39:19
18   under source of income. There is a       14:39:27
19   number of entries. And the bottom entry  14:39:28
20   is YouTube.                              14:39:31
21      A.   Mm-hmm.                          14:39:34
22      Q.   Do you understand that to        14:39:36
23   reflect royalties that were paid to you  14:39:37
24   by YouTube through the Modern Works      14:39:40
25   license?                                 14:39:43
                                                  Page 155
```

```
                    MARIA SCHNEIDER
 1
 2      A.   Now, if you look back at this.   14:39:45
 3   But if I was just looking at this page,  14:39:48
 4   you wouldn't know necessarily what those 14:39:51
 5   royalties are for.                       14:39:55
 6      Q.   Did you have any concern when    14:39:56
 7   you saw this royalty statement that you  14:39:57
 8   were getting royalties from YouTube?     14:39:59
 9      A.   I did not notice it. This is     14:40:02
10   a very long royalty statement. And       14:40:05
11   generally, the things that pay           14:40:12
12   significant amounts that are concerts,   14:40:16
13   various things, that's what I'm scanning 14:40:18
14   for, was my concert at the Vienna Concert 14:40:21
15   House paid for, where I would make       14:40:27
16   several hundred dollars.                 14:40:30
17           So these are very long. And      14:40:31
18   with super tiny numbers. And it's,       14:40:36
19   honestly, quite indecipherable.          14:40:41
20      Q.   So you were writing white        14:40:48
21   papers and comments to the Copyright     14:40:53
22   Office about how evil YouTube is, and it 14:40:55
23   never jumped out at you that you were    14:41:00
24   getting royalties from YouTube on your   14:41:02
25   royalty statements from Modern Works?    14:41:09
                                                  Page 156
```

```
                    MARIA SCHNEIDER
 1
 2           MR. ZELCS: Objection; form.      14:41:10
 3      A.   53 cents at the bottom of a      14:41:11
 4   list for a payout that was, I don't know, 14:41:13
 5   I presume several thousand dollars,      14:41:15
 6   didn't jump out at me.                   14:41:17
 7      Q.   Well, you made comments in       14:41:19
 8   other forums about your belief that the  14:41:23
 9   royalties that YouTube pays are very     14:41:25
10   small, right? That was your              14:41:28
11   understanding about royalty payments from 14:41:29
12   YouTube.                                 14:41:32
13      A.   I'd have to see what the other   14:41:32
14   forums are and what I said, to properly  14:41:34
15   comment.                                 14:41:40
16      Q.   You don't recall ever making     14:41:40
17   comments publicly about the fact that    14:41:42
18   YouTube doesn't pay very much in         14:41:43
19   royalties?                               14:41:45
20      A.   I would say I and just about     14:41:46
21   every musician on the planet makes that  14:41:49
22   comment.                                 14:41:51
23      Q.   So for this 53 cents in          14:41:52
24   royalties that's on your royalty report, 14:42:03
25   do you know how many views of your videos 14:42:05
                                                  Page 157
```

40 (Pages 154 - 157)

```
                    MARIA SCHNEIDER
 1
 2      A.  I do not know what YouTube         16:30:41
 3   allows and doesn't allow.                 16:30:45
 4      Q.  You don't know whether YouTube     16:30:48
 5   allows people to use third-party software 16:30:52
 6   to download videos from YouTube?          16:30:55
 7      A.  I mean, I don't know what          16:30:59
 8   YouTube -- I can't speak to this.  This   16:31:01
 9   isn't my area of expertise, I'm sorry.    16:31:04
10      Q.  Okay.  So if I ask you, do you     16:31:06
11   use embedded file metadata to prevent or  16:31:17
12   detect copyright infringement on internet 16:31:22
13   sites, do you know whether you do that?   16:31:25
14      A.  I don't know what tools can be     16:31:29
15   used out there to find metadata.  But I   16:31:34
16   know that metadata is considered the most 16:31:38
17   important tool for creators to get paid.  16:31:42
18   It's everything.  Copyright management    16:31:47
19   information is the international, it      16:31:50
20   gives the opportunity for the             16:31:55
21   international standard, the ISRC codes,   16:31:56
22   to identify that recorded work.  There    16:31:59
23   are ISWC codes that identify your song in 16:32:03
24   ASCAP.                                    16:32:08
25          So it's very important             16:32:09
                                              Page 210
```

```
                    MARIA SCHNEIDER
 1
 2   information in managing the use of your   16:32:12
 3   work.                                     16:32:16
 4      Q.  Why don't we look at your          16:32:18
 5   interrogatory response on that.  So that  16:32:21
 6   would be Exhibit 20, I believe, in your   16:32:24
 7   pile of exhibits.                         16:32:26
 8          THE WITNESS:  Which one am I       16:32:44
 9      looking for?                           16:32:45
10          MR. ZELCS:  20.                    16:32:48
11          THE WITNESS:  My gosh.  Was        16:32:49
12      that early or late?                    16:32:50
13      Q.  I'm going to ask you to look       16:33:07
14   at page 16, interrogatory No. 9.          16:33:08
15          And starting on page 17 is         16:33:59
16   your response to interrogatory No. 9.  It 16:34:01
17   says, "Schneider has identified the       16:34:03
18   following international standard musical  16:34:06
19   word codes, ISWCs."                       16:34:08
20      A.  Wait.  I think I must be on        16:34:11
21   the wrong form.                           16:34:13
22          MR. ZELCS:  Exhibit 20.            16:34:15
23      Q.  Page 17.                           16:34:16
24      A.  This is 20.  What page, 16?        16:34:18
25      Q.  Page 17 is where your              16:34:21
                                              Page 211
```

```
                    MARIA SCHNEIDER
 1
 2   response --                               16:34:23
 3      A.  I thought you said 16.             16:34:23
 4      Q.  -- the response to the             16:34:25
 5   interrogatory is.                         16:34:26
 6      A.  Okay.                              16:34:26
 7      Q.  And right before the chart it      16:34:32
 8   says, "Schneider has identified the       16:34:33
 9   following international standard musical  16:34:36
10   word codes and international standard     16:34:38
11   recording codes associated with her       16:34:41
12   works."                                   16:34:46
13          Do you see that?                   16:34:46
14      A.  Mm-hmm.  I have.  I see that.      16:34:46
15      Q.  Okay.  Does this interrogatory     16:34:48
16   response list all of the ISWC and ISRC    16:34:54
17   codes that you're aware of associated     16:34:58
18   with your musical works?                  16:35:02
19      A.  Oh, gosh, I can't answer that      16:35:06
20   without really spending time with this.   16:35:11
21      Q.  Well, when you answered this       16:35:14
22   interrogatory, did you make an effort to  16:35:16
23   comprehensively include all of the ISWC   16:35:17
24   and ISRC --                               16:35:21
25      A.  Let me see what this is.  I        16:35:24
                                              Page 212
```

```
                    MARIA SCHNEIDER
 1
 2   don't know if these are ISRC codes.  It   16:35:35
 3   looks like -- oh, there is ISWC, okay.    16:35:40
 4   Thank you.                                16:35:44
 5          So ISWC is for the song.  And      16:36:00
 6   then the ISRC codes for the things that   16:36:04
 7   were recorded.  There were a couple by a  16:36:09
 8   woman that I collaborated with who died.  16:36:14
 9   And I don't have access to those.         16:36:18
10      Q.  But is it your belief that         16:36:23
11   this interrogatory response                16:36:25
12   comprehensively listed all of the ISWC    16:36:27
13   codes and ISRC codes that you're aware of 16:36:31
14   associated with your copyrighted works?   16:36:34
15      A.  I think it's the works that        16:36:37
16   were in suit.  If I understand that.  To  16:36:40
17   my best -- I mean, let's see, what does   16:36:44
18   it say here.  Associated with her works   16:36:46
19   in suit.  So yes.                         16:36:52
20      Q.  And are these ISWC and ISRC        16:37:01
21   codes something that you personally       16:37:07
22   maintain?  Do you have this information   16:37:09
23   in a database somewhere?                  16:37:11
24      A.  ISWC codes are on the ASCAP        16:37:13
25   website for anybody in the public to see. 16:37:17
                                              Page 213
```

54 (Pages 210 - 213)

```
                  MARIA SCHNEIDER
 1
 2   ISRC codes are, yes, are something that I    16:37:20
 3   maintain.  But there's also, you know, an    16:37:23
 4   international database of these that         16:37:27
 5   immediately identify a recorded work.        16:37:30
 6       Q.   Do you have any information         16:37:38
 7   about how often it's the case that ISWC      16:37:40
 8   or ISRC codes reflected in this              16:37:44
 9   interrogatory response are in the            16:37:48
10   embedded file metadata of videos uploaded    16:37:56
11   to YouTube?                                  16:37:59
12       A.   I don't know.  But I know on        16:38:00
13   every recorded work of mine that would be    16:38:02
14   put on YouTube, there would be an ISRC       16:38:06
15   code.  There would be CMI on those.          16:38:10
16   That's put in by the engineer when they      16:38:15
17   make -- they give you the files, when you    16:38:17
18   get -- when you master a recording.          16:38:21
19       Q.   Those are in a sound recording      16:38:24
20   file, though, not in a video file?           16:38:26
21       A.   Sound recording, yes.               16:38:29
22       Q.   We looked at earlier, I don't       16:38:30
23   have the number in front of me, an           16:38:44
24   exhibit that showed the videos that you      16:38:45
25   uploaded to your Maria Schneider official    16:38:48
                                                  Page 214
```

```
                  MARIA SCHNEIDER
 1
 2   YouTube page.  Do you recall that?           16:38:50
 3       A.   The three videos, yes.              16:38:52
 4       Q.   Well, three videos currently        16:38:53
 5   on the page, but then there was a longer     16:38:55
 6   list of deleted videos that are no longer    16:38:58
 7   on the page.                                 16:39:01
 8       A.   Yeah, they were mostly, except      16:39:01
 9   for the Jazz Standard one, I think they      16:39:03
10   were all, what do you call, unlisted,        16:39:05
11   private, whatever they call it.              16:39:08
12       Q.   Did you ensure that there were      16:39:10
13   ISRC codes in the embedded file metadata     16:39:14
14   of those videos before you uploaded them?    16:39:17
15       A.   There were only short               16:39:20
16   snippets.  Those videos had short            16:39:23
17   snippets of music in them.  And I don't      16:39:26
18   know what Marie Le Claire put on them,       16:39:29
19   she was the videographer.                    16:39:32
20       Q.   And is it the same answer for       16:39:33
21   ISWC codes, do you know whether there        16:39:35
22   were ISWC codes in the embedded file         16:39:37
23   metadata for those videos that you           16:39:41
24   uploaded to or Marie Le Claire uploaded      16:39:43
25   to your official YouTube channel?            16:39:48
                                                  Page 215
```

```
                  MARIA SCHNEIDER
 1
 2       A.   I don't think there would have      16:39:50
 3   been ISWC codes.                             16:39:51
 4       Q.   Do you remember earlier we saw      16:40:04
 5   an exhibit where you gave permission to      16:40:07
 6   Royal Academy of Music to put a video of     16:40:08
 7   a performance of one of your works on        16:40:11
 8   YouTube?                                     16:40:13
 9       A.   Mm-hmm.                             16:40:13
10       Q.   Do you know whether the Royal       16:40:14
11   Academy of Music put embedded file           16:40:17
12   metadata in those videos reflecting ISRC     16:40:19
13   or ISWC codes associated with your           16:40:23
14   compositions?                                16:40:26
15       A.   I do not know.                      16:40:27
16       Q.   Did you ask them to do that?        16:40:29
17       A.   I did not.                          16:40:30
18            MS. REES:  Exhibit 44.              16:40:57
19            (Schneider Exhibit 44 for           16:40:58
20   identification, email dated April            16:40:58
21   10, 2020, production numbers                 16:40:58
22   SCHNEIDER 0000124202 through                 16:40:58
23   SCHNEIDER 0000124203.)                       16:41:28
24            MS. REES:  Exhibit 44 is a          16:41:28
25   document with Bates numbers                  16:41:30
                                                  Page 216
```

```
                  MARIA SCHNEIDER
 1
 2   SCHNEIDER 0000124202.                        16:41:32
 3   BY MS. REES:                                 16:42:16
 4       Q.   Do you recognize Exhibit 44?        16:42:16
 5       A.   I do.                               16:42:18
 6       Q.   This is an email between you        16:42:19
 7   and Christopher D'Amico.                     16:42:21
 8       A.   Yes.                                16:42:24
 9       Q.   Who is Christopher D'Amico?         16:42:25
10       A.   Well, I don't know him.  And I      16:42:27
11   think I referenced this earlier.  He's       16:42:31
12   somebody from ASCAP.                         16:42:34
13       Q.   So you have a question to him       16:42:48
14   at the bottom of the page.  You say, "Do     16:42:53
15   most major record labels put the ISWC        16:42:57
16   code in the metadata of downloads and        16:43:00
17   CDs?  I'm guessing a lot of independent      16:43:03
18   artists don't because they don't know        16:43:05
19   better."                                     16:43:07
20            Do you see that?                    16:43:08
21       A.   That's correct.                     16:43:08
22       Q.   Are you talking -- when you         16:43:09
23   say in the metadata of downloads and CDs,    16:43:11
24   are you talking about embedded file          16:43:14
25   metadata?                                    16:43:17
                                                  Page 217
```

55 (Pages 214 - 217)