# EXHIBIT 2

```
 1                 UNITED STATES DISTRICT COURT
                 NORTHERN DISTRICT OF CALIFORNIA
 2                     SAN FRANCISCO DIVISION
 3
        MARIA SCHNEIDER, UNIGLOBE
 4      ENTERTAINMENT, LLC, and AST
        PUBLISHING, LTD., individually
 5      and on behalf of all other
        similarly situated,              Case No.
 6                                        3:20-cv-4423
                     Plaintiffs,
 7
        vs.
 8
        YOUTUBE, LLC; and GOOGLE, LLC,
 9
                     Defendants.
10      _____/
11
        VIDEOTAPED
12      DEPOSITION OF:     ZACHARY BORNHEIMER
13      DATE:              June 21, 2022
14      TIME:              9:22 a.m. to 4:56 p.m.
15      PLACE:             Zuckerman Spaeder, LLP
                           101 East Kennedy Boulevard
16                         Second Floor
                           Tampa, Florida
17
        PURSUANT TO:       Notice by counsel for Defendants
18                         for purposes of discovery, use at
                           trial or such other purposes as
19                         are permitted under the Federal
                           Rules of Civil Procedure
20
        REPORTED BY:       Aaron T. Perkins, RMR, CRR, CRC
21                         Notary Public, State of
                           Florida at Large
22
                           Pages 1 to 278
23
24
25
                                                        Page 1
```

**Page 222**

1  of recording, things like that.
2      Q.  And did you assist her with doing -- with
3  inputting that metadata?
4      A.  We didn't do it that way, but, yes, I did.
5      Q.  What do you mean when you say "We didn't do it
6  that way"?
7      A.  We just put a link to the website.  We ended
8  up putting a link to the website in the comments of the
9  metadata, in the description -- in that comment field.
10     Q.  Have you ever used metadata associated with a
11 particular file to locate infringement in
12 Ms. Schneider's work?
13     A.  I'm not really sure how to answer that
14 question.  Can you rephrase it?
15     Q.  Sure.
16         So say you have a particular file format and
17 there's a metadata field for composer and you wanted to
18 search -- or you were interested in searching for files
19 that had a particular value in the metadata field for
20 composers, say Maria Schneider.  Have you ever searched
21 for files containing a particular value in the metadata
22 fields?
23     A.  Yes.
24         THE REPORTER:  I'm sorry, a particular?
25         MR. HAROLD:  Value.

**Page 223**

1          THE WITNESS:  Yes, I have.
2  BY MR. HAROLD:
3      Q.  Have you ever done that for Ms. Schneider?
4      A.  Yes.
5      Q.  What metadata fields have you searched for
6  Ms. Schneider?
7      A.  Title, composer, album, album artist, track
8  number, ISRC, genre and combinations therein.
9      Q.  Any other metadata fields that you've searched
10 for, for Ms. Schneider?
11     A.  Not that I can recall.
12     Q.  How did you conduct these searches of metadata
13 fields for Ms. Schneider?
14     A.  Various search engines, just searching for
15 those parallel fields, to search composer,
16 Maria Schneider song title, the song title, and file
17 type, MP3.
18     Q.  Which search engines permit you to search,
19 say, the metadata field for composer?
20     A.  Google for one, at least that's how I found
21 some.  Bing, I believe, also does, also how I found some
22 things.
23     Q.  YouTube?
24     A.  No.
25     Q.  Have you ever searched YouTube for metadata

**Page 224**

1  fields for Ms. Schneider?
2      A.  Technically, I think I have, but, again,
3  looking up an -- I mean, if the -- if the answer to your
4  question is if me searching, like, Maria Schneider on
5  YouTube is looking up metadata on YouTube, then the
6  answer would be yes; otherwise, it would be no.
7      Q.  So I'm a little bit -- so when you say, If the
8  answer is searching Maria Schneider on YouTube, is
9  looking at metadata on YouTube, then the answer would be
10 yes; otherwise, it would be no, have you ever searched
11 on YouTube for values in the composer metadata field?
12     A.  No.
13     Q.  Have you ever searched on YouTube for values
14 in the title "Metadata" field?
15     A.  Yes.
16     Q.  So YouTube has a functionality that allows you
17 to search for title "Metadata"?
18     A.  No.
19     Q.  I'm confused as to how you searched on YouTube
20 for values in the title "Metadata" field?
21     A.  You can't search the file metadata.  You can
22 search the YouTube title of the video, which is
23 different and distinct from the video metadata.
24     Q.  Okay.  So have you ever searched the file
25 metadata for infringements of Ms. Schneider's work on

**Page 225**

1  YouTube?
2      A.  No.
3      Q.  And that would mean, for instance, that you
4  haven't conducted a search on YouTube for file metadata
5  about title, composer, album, album artist, track
6  number, ISRC, genre, or any other file metadata?
7      A.  I don't have the ability to search a video
8  file's metadata on YouTube using YouTube's search
9  functionality.
10     Q.  And so you've never searched video file
11 metadata on YouTube?
12     A.  I have never searched video file metadata for
13 files hosted on YouTube.  I'm able to take a title track
14 from the MP3, input it into a YouTube search, and that's
15 as close as I can get.
16     Q.  So, for instance, you could take the title of,
17 say, "The Pretty Road" and type that into YouTube's
18 search bar and it will return results?
19     A.  Yes.
20     Q.  But you haven't ever specifically searched the
21 file, video file metadata for title for videos that have
22 "The Pretty Road" in them?
23     A.  That's correct.
24     Q.  Why not?
25     A.  I don't think it's possible.

**Page 226**

1  Q. Have you tried?
2  A. Yes.
3  Q. What did you do to try?
4  A. Use similar search queries as I would on
5  Google.
6  Q. And what are those search queries?
7  A. File type, MOV, title, colon, quote, The
8  Pretty Road, end quote, something like that.
9  Q. And when you've done those searches on
10 YouTube, what results have you gotten?
11 A. Nothing of consequence. I don't remember what
12 I would have a gotten, but nothing of consequence,
13 though.
14 Q. When did you do those searches?
15 A. I believe in 2018.
16 Q. Have you tried since 2018 to search YouTube
17 for video file metadata values?
18 A. No.
19 Q. Why not?
20 A. I didn't think there was a point.
21 Q. Has Ms. Schneider ever asked you to search
22 YouTube for video file metadata values?
23 A. I don't remember.
24 Q. Has Ms. Schneider ever asked you to search
25 Google for the video file metadata values?

**Page 227**

1  A. I don't remember.
2  Q. Has Ms. Schneider ever asked you to search any
3  online website for video file metadata values?
4  A. I don't remember.
5     (Bornheimer Exhibit No. 24 was marked for
6     identification.)
7  BY MR. HAROLD:
8  Q. Mr. Bornheimer, I'm showing you what's been
9  marked as Bornheimer Exhibit 24. It's an e-mail dated
10 March 2nd, 2017, with a Bates number SCHNEIDER 83437.
11    Do you recognize this document?
12 A. Yes.
13 Q. What is it?
14 A. It's a document I sent to Maria. It's
15 outlining what I think about fingerprinting software and
16 kind of how the YouTube process binds you as a creator
17 into uploading works to YouTube.
18 Q. What's the fingerprinting software that you're
19 referencing in this e-mail?
20 A. General fingerprinting software.
21 Q. Such as?
22 A. You could say the audio fingerprinting
23 software like the Gracenote APIs, Content ID systems.
24 There's other fingerprinting systems, like Audible Magic
25 and other -- those are the audio ones, but I'm talking

**Page 228**

1  about fingerprinting software as a whole. And a lot of
2  the fingerprinting software does not have names.
3  Q. When you said "standard technical measure,"
4  what were you referring to?
5  A. I don't remember.
6  Q. Was this something that you drafted for
7  Ms. Schneider to use?
8  A. I don't remember.
9  Q. Why did you think fingerprinting software is a
10 standard technical measure?
11    MR. ZELCS: Objection. Form.
12    THE WITNESS: In this case, fingerprinting
13    software is a widely used technology for video
14    platforms, audio platforms, and other types of
15    content platforms as a whole for people to be
16    able to recognize components of plagiarism,
17    copyright infringement, and piracy, and so
18    because of its widespread nature, call it the
19    standard technical measure.
20 BY MR. HAROLD:
21 Q. Did you have any other reason for concluding
22 that fingerprinting software is a standard technical
23 measure?
24 A. I don't remember.
25 Q. In this e-mail you write: "I uploaded the

**Page 229**

1  video with my ISRC codes, and then they were stripped by
2  YouTube's automated procedure, thereby preventing anyone
3  and anything outside of YouTube from tracking plays on
4  my music such as SoundScan or ASCAP."
5     Do you see that?
6  A. I do.
7  Q. Is the reason that you include ISCR codes in
8  videos that contain your works to enable you to track
9  plays of those videos for the purposes of collecting
10 royalties?
11 A. In part, yes.
12 Q. Are there any other reasons that you include
13 ISRC codes in videos that contain your works?
14 A. Organizational.
15 Q. Other than collecting royalties and
16 organizational purposes, are there any other reasons
17 that you include ISRC codes in videos that contain your
18 works?
19 A. I don't think so.
20 Q. How did you determine that YouTube had --
21 YouTube's automated procedure had stripped the ISRC
22 codes from your uploaded video?
23 A. I did an experiment to validate that, and that
24 was the conclusion of the experiment.
25 Q. What was the experiment?