# EXHIBIT 4

```
 1                UNITED STATES DISTRICT COURT
 2               NORTHERN DISTRICT OF CALIFORNIA
 3                   SAN FRANCISCO DIVISION
 4
 5    MARIA SCHNEIDER, UNIGLOBE  )
      ENTERTAINMENT, LLC, and    )
 6    AST PUBLISHING LTD.,       )
      individually and on        )
 7    behalf of all others       )
      similarly situated,        )
 8                               )
                 Plaintiffs,     )
 9                               )
              vs.                )  No.  3:20-cv-4423
10                               )
      YOUTUBE, LLC; and GOOGLE   )
11    LLC,                       )
                                 )
12               Defendants.     )
      -------------------------  )
13
14
15                      June 23, 2022
16                      9:28 a.m.
17
18         Deposition of MARIE LE CLAIRE, held at
19     the offices of Wilson Sonsini Goodrich &
20     Rosati, 1301 Avenue of the Americas, New York,
21     New York, pursuant to subpoena, before
22     Laurie A. Collins, a Registered Professional
23     Reporter and Notary Public of the State of New
24     York.
25
```

Page 1

| | |
|---|---|
| 1  recording for archival purposes and then someone<br>2  at the venue then watched the video?<br>3     MR. ZELCS: Objection, form.<br>4     A. I think that would be pretty extreme<br>5  to -- it seems to me it would be unreasonable to    03:13:19<br>6  believe that somebody who's actively recording a<br>7  performance wouldn't see it even if it was just<br>8  while they were recording it.<br>9     Q. So using the recording would be<br>10 permitted under the terms of the contract?    03:13:42<br>11    MR. ZELCS: Objection, form.<br>12    A. It's sort of splitting hairs. I can't<br>13 say it's something that we -- that I've ever<br>14 discussed in great detail.<br>15    Q. Apart from these provisions that permit  03:13:59<br>16 recordings to be made for archival purposes, do<br>17 the contracts at the venues that you negotiate as<br>18 a booking agent also include provisions that<br>19 permit the venue to use short clips of<br>20 Ms. Schneider's work to promote her concerts?    03:14:15<br>21    A. There are probably some contracts that<br>22 request permission to use short clips.<br>23    Q. Are there any contracts that you've<br>24 been involved in negotiating for Ms. Schneider<br>25 that give permission to venues to use short clips  03:14:36<br>Page 186 | 1  to secure the rights; is that right?<br>2     A. Yes.<br>3     Q. So in April 2014 Ms. Schneider didn't<br>4  have the rights to sell the score to Love Theme<br>5  From Spartacus; is that right?    03:16:54<br>6     A. Yes.<br>7     Q. Then you go on to say in this e-mail:<br>8  Maria, laughing, said I can send you the score and<br>9  that to make it up to her you can buy one at some<br>10 point that we do offer. Deal? Please see the    03:17:05<br>11 score attached. It looks like there's a file<br>12 attached to the e-mail: Spartacus - score<br>13 08-28-07; is that right?<br>14    A. Yes.<br>15    Q. So did you have the rights to send this  03:17:18<br>16 person a copy of the score to Love Theme From<br>17 Spartacus?<br>18    A. I believe so, because we weren't<br>19 selling it to him. It was Maria's arrangement.<br>20    Q. So you thought you could give the score  03:17:31<br>21 away --<br>22    A. Yes.<br>23    Q. -- but not sell the score?<br>24    A. I would imagine that's what I thought,<br>25 because Maria asked me to send it to him.    03:17:43<br>Page 188 |
| 1  of her works?<br>2     A. Perhaps, but I couldn't recall any<br>3  particular one.<br>4        (Le Claire Exhibit 17, e-mails, Bates-<br>5        stamped SCHNEIDER_83884, marked for<br>6        identification.)<br>7     Q. Ms. Le Claire, you've just been shown<br>8  Le Claire Exhibit 17. It's an e-mail dated April<br>9  17th, 2014 -- or e-mail chain. The Bates number<br>10 SCHNEIDER_83884.    03:15:38<br>11    Did -- who wrote The Love Theme from<br>12 Spartacus?<br>13    A. I can't remember, and I should know.<br>14    Q. Did Ms. Schneider write The Love Theme<br>15 From Spartacus?    03:16:17<br>16    A. No.<br>17    Q. Did she own the copyright for Love<br>18 Theme from Spartacus?<br>19    A. No.<br>20    Q. Now, this person wrote to I guess    03:16:23<br>21 Ms. Schneider, but you ended up responding from<br>22 Ms. Schneider's account; is that right?<br>23    A. Yes.<br>24    Q. And you say, This is Maria's assistant<br>25 Marie. We don't sell that because we weren't able  03:16:39<br>Page 187 | 1     Q. Now, why would it have been okay for<br>2  you to give the score away but not sell it?<br>3     A. I don't know. Maria asked me to send<br>4  it to him, so I did.<br>5     Q. Did you have the right or permission    03:17:59<br>6  from the owner of Love Theme From Spartacus to<br>7  make copies of the score?<br>8     A. You would have to ask Maria.<br>9     Q. Did you ask Maria whether she had the<br>10 right to make copies of the score for Love Theme   03:18:13<br>11 From Spartacus?<br>12    A. I don't remember.<br>13    Q. You did know that you didn't have the<br>14 right to sell the score; is that right?<br>15    A. Yes.    03:18:27<br>16    Q. But you didn't know whether you had the<br>17 right to give it away; is that right?<br>18    A. That's right.<br>19    Q. So elsewhere on the first page of<br>20 Le Claire Exhibit 17 you wrote, She was joking,    03:18:47<br>21 especially if you already buy her scores. She's<br>22 happy to share it. She takes licensing and<br>23 copyright seriously.<br>24        Were you being sarcastic?<br>25    A. I don't think so.    03:19:05<br>Page 189 |

48 (Pages 186 - 189)

```
 1    Q.  What did you mean when you said, She
 2  takes licensing and copyright seriously?
 3    A.  I mean exactly that.  That's why she
 4  wouldn't have sold it to him.  But beyond that I
 5  don't remember.                    03:19:26
 6    Q.  So she takes licensing and copyright
 7  seriously, but you don't know whether you had the
 8  license to make a copy of the score and give it
 9  away for free?
10    A.  No.  It wasn't my call.        03:19:40
11    Q.  Do you know what metadata is?
12    A.  I have very, very limited knowledge
13  about what that is.
14    Q.  Have you ever edited the metadata of a
15  file?                               03:20:20
16    A.  No.
17    Q.  Have you ever inspected the metadata of
18  a file?
19    A.  No.
20    Q.  Have you ever used metadata to locate  03:20:25
21  videos containing Ms. Schneider's work?
22    A.  No.
23    Q.  Have you ever attempted to use metadata
24  to locate videos containing Ms. Schneider's work?
25    A.  No.                           03:20:41
                                              Page 190
```

```
 1    Q.  You're a videographer; right?
 2    A.  I was.
 3    Q.  And when you were preparing videos,
 4  editing them, making them into nice polished
 5  productions, would you ever edit the metadata of a  03:20:57
 6  file?
 7    A.  I wouldn't know how to.  I don't know
 8  how to.
 9    Q.  So you don't know what metadata is
10  associated with the videos that you personally   03:21:05
11  uploaded to YouTube?
12    A.  No, because I couldn't -- I couldn't
13  give you an accurate description of what it even
14  is, really.
15    Q.  When you uploaded videos to YouTube,   03:21:16
16  did you make any attempt to put information
17  identifying the artists or the title of the song
18  or any copyright-related information into the
19  metadata?
20    A.  I don't know how to do that.       03:21:36
21    Q.  Did Ms. Schneider ever ask you to do
22  that?
23    A.  I don't believe so.
24    Q.  Have you ever heard of Uniglobe
25  Entertainment, LLC?                          03:22:35
                                              Page 191
```

```
 1    A.  No.
 2    Q.  Have you ever heard of Naomi Cooper?
 3    A.  No.
 4    Q.  Have you ever heard of Namrata Singh
 5  Gujral Cooper?                          03:22:45
 6    A.  No.
 7    Q.  Have you ever heard of Pirate Monitor?
 8    A.  No.
 9    Q.  Have you ever heard of Gábor Csupó?
10    A.  No.                            03:22:58
11    Q.  Have you ever heard of AST Publishing
12  Ltd.?
13    A.  No.
14    Q.  Have you ever heard of IP, LLC?
15    A.  No.                            03:23:10
16    Q.  How did you first learn about this
17  lawsuit?
18    A.  At some point Maria called me to tell
19  me that it was happening and that I was going to
20  be contacted by George because it was likely that   03:23:35
21  I was going to have to provide documents and
22  files.
23    Q.  And by "George," did that refer to
24  Mr. Zelcs?
25    A.  Yes.                           03:23:58
                                              Page 192
```

```
 1    Q.  Did you provide documents and files to
 2  Ms. Schneider?
 3    A.  No.
 4    Q.  Did Ms. Schneider ever ask you to
 5  provide her or her counsel with documents or      03:24:10
 6  files?
 7    A.  I don't believe Maria asked me to send
 8  her files after the fact, not that I can remember.
 9    Q.  Did Ms. Schneider ask you to send her
10  files before the fact?                    03:24:31
11    A.  Not that I can remember.
12    Q.  Did anyone contact you about providing
13  documents and files to Ms. Schneider?
14    A.  Sending files to Maria?
15    Q.  Yes.                           03:24:48
16    A.  Not that I can recall.  I mean, not
17  outside her just -- you know, it's quite possible
18  she sent me an e-mail and asked, Can you send me a
19  file of something, and me not knowing, but...
20    Q.  So you're saying that she may have   03:25:10
21  asked you for documents since the lawsuit was
22  filed but you're not aware of any instance in
23  which she specifically said, Hey, can you give me
24  this document for the lawsuit?
25    A.  No, I can't -- no.  I mean, it's not   03:25:22
                                              Page 193
```

49 (Pages 190 - 193)