# EXHIBIT 11

Schneider, et al. v. YouTube, et al.: Plaintiffs' July 5, 2022
Supplemental List of Infringements

## AST Publishing Ltd.

| # | URL | Work |
|---|---|---|
| 1. | https://www.youtube.com/watch?v=FxH3A8SwtYc | History of the Russian State |
| 2. | https://www.youtube.com/watch?v=N9X8MF2L19M | History of the Russian State |
| 3. | https://www.youtube.com/watch?v=b_6AGIfUSsc | History of the Russian State |
| 4. | https://www.youtube.com/watch?v=WCWXmdD7pe4 | Spy Novel |
| 5. | https://www.youtube.com/watch?v=Oev5rjzA3nA | History of the Russian State |
| 6. | https://www.youtube.com/watch?v=A6H48sc9KY0 | History of the Russian State |
| 7. | https://www.youtube.com/watch?v=HJwbMjULWL8 | History of the Russian State |
| 8. | https://www.youtube.com/watch?v=cbf8bbDYG_c | History of the Russian State |
| 9. | https://www.youtube.com/watch?v=cidr2l51Cqw | History of the Russian State |
| 10. | https://www.youtube.com/watch?v=_uUbyAGVO4w | History of the Russian State |
| 11. | https://www.youtube.com/watch?v=Z8wZiO9BI7Y | History of the Russian State |
| 12. | https://www.youtube.com/watch?v=NfbsA6wgagk | History of the Russian State |
| 13. | https://www.youtube.com/watch?v=raQIwgABdmg | History of the Russian State |
| 14. | https://www.youtube.com/watch?v=8vZAIOrpCog | History of the Russian State |
| 15. | https://www.youtube.com/watch?v=p9Mtf68sxmw | History of the Russian State |
| 16. | https://www.youtube.com/watch?v=P-2at-vRJPA | History of the Russian State |
| 17. | https://www.youtube.com/watch?v=WehNG7SmOxU | History of the Russian State |
| 18. | https://www.youtube.com/watch?v=LQyzm99UsCo | History of the Russian State |
| 19. | https://www.youtube.com/watch?v=4E7byWg2XAE | History of the Russian State |
| 20. | https://www.youtube.com/watch?v=EGaA79rYosM | History of the Russian State |
| 21. | https://www.youtube.com/watch?v=Zepquy64Rtc | History of the Russian State |
| 22. | https://www.youtube.com/watch?v=TuWQZ-_HZBY | History of the Russian State |
| 23. | https://www.youtube.com/watch?v=n6EcjV4vYAs | Nutty Buddha |
| 24. | https://www.youtube.com/watch?v=NJkX5JeESqQ | Nutty Buddha |
| 25. | https://www.youtube.com/watch?v=qqGvr_8Qf7I | Nutty Buddha |
| 26. | https://www.youtube.com/watch?v=9-QkoQgV84s | Nutty Buddha |
| 27. | https://www.youtube.com/watch?v=RmnySFXhCp0 | Nutty Buddha |

| | |
|---|---|
| 28. https://www.youtube.com/watch?v=5JVujLta4nc | History of the Russian State |
| 29. https://www.youtube.com/watch?v=MjB6EvFZm1Q | History of the Russian State |
| 30. https://www.youtube.com/watch?v=3Lu9akouAPU | History of the Russian State |
| 31. https://www.youtube.com/watch?v=QusToj_FoT0 | History of the Russian State |
| 32. https://www.youtube.com/watch?v=Ha7nASeWTgs | History of the Russian State |
| 33. https://www.youtube.com/watch?v=hw0bLqmpNgQ | History of the Russian State |
| 34. https://www.youtube.com/watch?v=vEN7CWVAYxk | History of the Russian State |
| 35. https://www.youtube.com/watch?v=Wvo8Il37sqA | History of the Russian State |
| 36. https://www.youtube.com/watch?v=XXXvB-5TxcU | History of the Russian State |
| 37. https://www.youtube.com/watch?v=4YPvt6uGnIw | History of the Russian State |
| 38. https://www.youtube.com/watch?v=uIdL2iG2xs4 | History of the Russian State |
| 39. https://www.youtube.com/watch?v=pnZIlpNKBD0 | History of the Russian State |
| 40. https://www.youtube.com/watch?v=MVxbFnwQnBs | History of the Russian State |
| 41. https://www.youtube.com/watch?v=P1ik6LiQrQU | History of the Russian State |
| 42. https://www.youtube.com/watch?v=e0x_SiMRBNw | The Life of Wonderful People and Animals: Short Stories About All Sorts of Different Things |
| 43. https://www.youtube.com/watch?v=NPFnjaxBWuM | My Children |
| 44. https://www.youtube.com/watch?v=sBy7Y0kOW4c | My Children |
| 45. https://www.youtube.com/watch?v=fou6zOpbPa0 | Pelagia and the Red Rooster |
| 46. https://www.youtube.com/watch?v=uRwrncPVNJ4 | Zuleikha Opens Her Eyes |
| 47. https://www.youtube.com/watch?v=U-uVAtFktoY | Zuleikha Opens Her Eyes |
| 48. https://www.youtube.com/watch?v=kpR8vQYdfnk | Pelagia and the Red Rooster |
| 49. https://www.youtube.com/watch?v=01niFuC9alU | Zuleikha Opens Her Eyes |
| 50. https://www.youtube.com/watch?v=AvFGf2A7b3w | Zuleikha Opens Her Eyes |
| 51. https://www.youtube.com/watch?v=VFpMMYTpE3w | History of the Russian State |
| 52. https://www.youtube.com/watch?v=JL83Ovh-Y0c | History of the Russian State |
| 53. https://www.youtube.com/watch?v=2hzKU0XtMMc | History of the Russian State |
| 54. https://www.youtube.com/watch?v=s7YGJ6TdRZI | History of the Russian State |
| 55. https://www.youtube.com/watch?v=ocs3fQwOJnA | History of the Russian State |
| 56. https://www.youtube.com/watch?v=LdOur-FVg80 | My Children |

| | | |
|---|---|---|
| 57. | https://www.youtube.com/watch?v=zx6lmkKmnDA | The Life of Wonderful People and Animals: Short Stories About All Sorts of Different Things |
| 58. | https://www.youtube.com/watch?v=AjVzJVlv0Uk | My Children |
| 59. | https://www.youtube.com/watch?v=QHBe48tT2B0 | History of the Russian State |
| 60. | https://www.youtube.com/watch?v=FokEg0SgHXY | Zuleikha Opens Her Eyes |
| 61. | https://www.youtube.com/watch?v=GTW8TCJsT94 | Zuleikha Opens Her Eyes |
| 62. | https://www.youtube.com/watch?v=pABugqKqk_4 | Zuleikha Opens Her Eyes |
| 63. | https://www.youtube.com/watch?v=yR1fCaGgxAw | Zuleikha Opens Her Eyes |
| 64. | https://www.youtube.com/watch?v=AJEC-fP515U | Spy Novel |

## Maria Schneider

| | | |
|---|---|---|
| 1. | https://www.youtube.com/watch?v=G408BbIZAUI | Last Season |
| 2. | https://www.youtube.com/watch?v=tcmDGVX6dOM | Wyrgly |
| 3. | https://www.youtube.com/watch?v=fkf6RpaZt6k | Evanescence |
| 4. | https://www.youtube.com/watch?v=JACyjqqvn8I | Wyrgly |
| 5. | https://www.youtube.com/watch?v=_oEV6ZItxSY | Gumba Blue |
| 6. | https://www.youtube.com/watch?v=M0gj_-GRWoo | Dance, You Monster, To My Soft Song |
| 7. | https://www.youtube.com/watch?v=Fz9jtARJMBw | Scenes from Childhood - Coming About |
| 8. | https://www.youtube.com/watch?v=sIe-9YkRcOs | Evanescence |

## Uniglobe Entertainment, LLC

| | | |
|---|---|---|
| 1. | https://www.youtube.com/watch?v=-Ow4FEB-3aM | 5 Weddings |
| 2. | https://www.youtube.com/watch?v=0tLbUnHpIV0 | 5 Weddings |
| 3. | https://www.youtube.com/watch?v=oLb9-g7mKh4 | 5 Weddings |

| | | |
|---|---|---|
| 4. | https://www.youtube.com/watch?v=pakVUFL96hk | 5 Weddings |
| 5. | https://www.youtube.com/watch?v=LHE8Jgq_Ma8 | 5 Weddings |
| 6. | https://www.youtube.com/watch?v=io4A9AhLW2E | 5 Weddings |
| 7. | https://www.youtube.com/watch?v=ylom5Nvyb-8 | 5 Weddings |
| 8. | https://www.youtube.com/watch?v=rUEtw5VOnl0 | 5 Weddings |
| 9. | https://www.youtube.com/watch?v=3iLMPMXiHTU | 5 Weddings |
| 10. | https://www.youtube.com/watch?v=oTy4clZpvGg | 5 Weddings |
| 11. | https://www.youtube.com/watch?v=rRYMfDqMJGo | 5 Weddings |
| 12. | https://www.youtube.com/watch?v=iRq-vhvdDyY | 5 Weddings |
| 13. | https://www.youtube.com/watch?v=j-5XlwKtUKU | Americanizing Shelley |
| 14. | https://www.youtube.com/watch?v=3yrNrFtdLxM | 5 Weddings |
| 15. | https://www.youtube.com/watch?v=2yZyoQd_JiM | Americanizing Shelley |