# EXHIBIT 39

# Use the Copyright Match Tool

The Copyright Match Tool can automatically identify videos that are matches or potential matches of other videos on YouTube. Once a match has been identified, you can review it in YouTube Studio and choose which action you'd like to take.



How to use the Copyright Match Tool

## How it works

The Copyright Match Tool is available to any YouTube user who's submitted a valid copyright removal request. Once your removal request is approved, the Copyright Match Tool starts scanning YouTube uploads for potential matches to the videos reported in your removal request. Then, you can review these potential matches and decide what action to take.

For partners in the YouTube Partner Program (YPP), or any channel that's filled out this form and shown a need for an advanced rights management tool, the Copyright Match Tool scans for full reuploads of your videos on other YouTube channels. The tool scans videos uploaded after yours, so it's important you're the first one to upload the content to YouTube.

> Misuse of the Copyright Match Tool may result in loss of feature access or termination of your YouTube account or partnership. Misuse includes intentional or repeated abuse of the copyright removal request process or attempted probing or reverse engineering of the match system.

## Review and take action on matches

Before you review your matches, keep in mind that just because we've found a matching video **doesn't mean it's infringing on your copyright**. It's your responsibility to review each match and consider whether fair use, fair dealing, or a similar copyright exception applies.

To review and take action on matches of your videos:

1. Sign in to YouTube Studio     .
2. From the left menu, select **Copyright** Ⓒ.
3. Click the **Matches** tab.
4. Review the matching videos. You can select a filter ⇌ to find videos by number of views (**Total views**) or channels by number of subscribers (**Subscribers**).
5. Check the box next to the video you want to take action on. Choose an action to take:
   - **ARCHIVE**: This option removes the match from your **Matches** tab. The matching video itself isn't deleted or affected. Archived matches show up in your **Archive** tab.
   - **REQUEST REMOVAL**: This option opens our removal request webform so you can submit a removal request for the matching video. After submitting, you can track your removal requests in your **Removal Requests** tab.
   - **CONTACT CHANNEL**: This option lets you send a pre-written email to the uploader of the matching video. You can find past emails you've sent in your **Messages** tab.

To review and take action on potential matches of your videos:

1. Sign in to YouTube Studio     .
2. From the left menu, select **Copyright** ©.
3. Click the **Removal Requests** tab.
4. In the **Find matches** column, you can find potential matches that weren't eligible to be automatically prevented from reupload because they weren't copies.
5. Click a row. The row expands to show more details about the video.
6. Click **VIEW MATCHES**. The **Matches** tab opens and is filtered to show the potential matches.
7. Check the box next to the video you want to take action on. Choose an action to take:
   - **ARCHIVE**: This option removes the match from your **Matches** tab. The matching video itself isn't deleted or affected. Archived matches show up in your **Archive** tab.
   - **REQUEST REMOVAL**: This option opens our removal request webform so you can submit a removal request for the matching video. After submitting, you can view the videos you requested the removal of in your **Removal Requests** tab.
   - **CONTACT CHANNEL**: This option lets you send a pre-written email to the uploader of the matching video. You can find past emails you've sent in your **Messages** tab.

Check your **Matches** tab often to stay updated on new matches the Copyright Match Tool has found. You'll also get bell notifications 🔔 on your channel page to let you know when matches are found.

## FAQs

What happens if I don't want to do anything with a match?

I found a video on YouTube that matches my content but wasn't in my Matches tab. Why wasn't it caught?

Why aren't all of my videos eligible for matching?

I'm a musician. Can I use this tool to find uploads of my songs?

Why don't you take down my matching videos automatically?

I've requested removal of several videos on a channel. Why hasn't it been terminated?

Can I report an entire channel?

How can I get access to the Copyright Match Tool?