George A. Zelcs (pro hac vice)
Randall P. Ewing, Jr. (pro hac vice)
Ryan Z. Cortazar (pro hac vice)
KOREIN TILLERY, LLC
205 North Michigan, Suite 1950
Chicago, IL 60601
Telephone: (312) 641-9750

Stephen M. Tillery (pro hac vice)
Steven M. Berezney, CA Bar #329923
Carol O'Keefe (pro hac vice)
KOREIN TILLERY, LLC
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844

Joshua Irwin Schiller, CA Bar #330653
BOIES SCHILLER FLEXNER LLP
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Phone: (415) 293-6800

Philip Korologos (pro hac vice)
Joanna Wright (pro hac vice)
Demetri Blaisdell (pro hac vice)
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards, 20th Floor
New York, NY 10001
Phone: (212) 446-2300

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING, LTD., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>Defendants.<br><br>―――――――――――――――<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>Counterclaimants,<br><br>vs.<br><br>PIRATE MONITOR LTD,<br><br>Counterclaim Defendant. | Case Number: 3:20-cv-04423-JD<br><br>**DECLARATION OF DEMETRI BLAISDELL IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

I, Demetri Blaisdell, declare as follows:

1. I am an attorney at Boies Schiller Flexner LLP, co-counsel to Plaintiffs and putative class representatives Maria Schneider, Uniglobe Entertainment, LLC, and AST Publishing, Ltd. I make this declaration in support of Plaintiff Maria Schneider's Opposition to Defendants' Motion for Summary Judgment as to Plaintiff Maria Schneider filed on August 26, 2022. I have knowledge of the facts stated herein from my personal knowledge or from information received directly from participants in the events addressed herein and, if called as a witness, I could and would competently testify thereto.

2. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts of the June 14, 2022 deposition of Maria Schneider.

3. Attached hereto as **Exhibit 2** is a true and correct copy of excerpts of the June 21, 2022 deposition of Zachary Bornheimer.

4. This paragraph intentionally omitted.

5. Attached hereto as **Exhibit 4** is a true and correct copy of excerpts of the June 23, 2022 deposition of Marie LeClaire.

6. Attached hereto as **Exhibit 5** is a true and correct copy of excerpts of the December 17, 2020 Defendants' Response to Plaintiff Maria Schneider's Interrogatory No. 5.

7. Attached hereto as **Exhibit 6** is a true and correct copy of excerpts of Defendants' Response to Plaintiff Maria Schneider's Interrogatory No. 5 dated December 17, 2020.

8. Attached hereto as **Exhibit 7** is a true and correct copy of excerpts of Plaintiff Maria Schneider's Amended Reponses & Objections to Interrogatory Nos. 1–9 dated March 8, 2021.

9. Attached hereto as **Exhibit 8** is a true and correct copy of excerpts of Defendants' Responses to Plaintiff Maria Schneider's Requests for Admission (Nos. 71 and 72) dated July 5, 2022.

10. Attached hereto as **Exhibit 9** is a true and correct copy of excerpts of the Plaintiff Maria Schneider's Second Amended Responses and Objections dated September 9, 2022.

11. Attached hereto as **Exhibit 10** is a true and correct copy of Plaintiffs' list of infringing works dated February 25, 2022.

12.     Attached hereto as **Exhibit 11** is a true and correct copy of Plaintiffs' supplemental list of infringing works dated July 5, 2022.

13.     Attached hereto as **Exhibit 12** is a true and correct copy of an undated "Sound Recording and Audiovisual Content License" bearing production number GOOG-SCHNDR-00020258.

14.     Attached hereto as **Exhibit 13** is a true and correct copy of an excerpt of a 135-page internal YouTube document entitled "Content ID: Essentials" bearing production number GOOG-SCHNDR-00000924.

15.     Attached hereto as **Exhibit 14** is a true and correct copy of a document authored by Ms. Schneider entitled "Open Letter to YouTube, 'Pushers' of Piracy" bearing production number MODWORKS00000017.

16.     Attached hereto as **Exhibit 15** is a true and correct copy of an email dated February 14, 2014, from Mr. Coleman to Ms. Schneider and Mr. Truesdell bearing production number SCHNEIDER_0000177301.

17.     Attached hereto as **Exhibit 16** is a true and correct copy of an email dated July 22, 2014, from Mr. Coleman to Ms. Schneider and Mr. Truesdell bearing production number SCHNEIDER_0000159476.

18.     Attached hereto as **Exhibit 17** is a true and correct copy of an email dated January 29, 2010, from Mr. Coleman to Ms. Schneider bearing SCHNEIDER_ 0000143444.

19.     Attached hereto as **Exhibit 18** is a true and correct copy of an undated royalty statement bearing production number SCHNEIDER_0000025804.

20.     Attached hereto as **Exhibit 19** is a true and correct copy of a royalty statement for the period of May 15, 2014 to November 15, 2014, bearing production number SCHNEIDER_0000043634

21.     Attached hereto as **Exhibit 20** is a true and correct copy of a royalty statement for the period of November 15, 2014 to May 15, 2015, bearing production number SCHNEIDER_0000043599.

22. Attached hereto as **Exhibit 21** is a true and correct copy of a royalty statement for the period May 15, 2015 to November 15, 2015, bearing production number SCHNEIDER_0000043561.

23. Attached hereto as **Exhibit 22** is a true and correct copy of a royalty statement for the period November, 2015 to May 15, 2016, bearing production number MODWORKS00001429.

24. Attached hereto as **Exhibit 23** is a true and correct copy of an email dated May 26, 2016, from Mr. Coleman to MWP or AMP personnel bearing production number MODWORKS00000016

25. Attached hereto as **Exhibit 24** is a true and correct copy of an email dated May 27, 2016 from Mr. Coleman to Mr. Donnelly, bearing production number MODWORKS00000038.

26. Attached hereto as **Exhibit 25** is a true and correct copy of an email dated July 25, 2016 from Mr. Coleman to Ms. Schneider, bearing production number MODWORKS00000143

27. Attached hereto as **Exhibit 26** is a true and correct copy of an email dated August 1, 2016 from Ms. Schneider to herself, copying Mr. Coleman, bearing production number MODWORKS00000135.

28. Attached hereto as **Exhibit 27** is a true and correct copy of an email dated October 14, 2016, from Mr. Coleman to Ms. Schneider bearing production number MODWORKS00000107.

29. Attached hereto as **Exhibit 28** is a true and correct copy of a royalty statement for the period May 15, 2016 to November 15, 2016, bearing production number SCHNEIDER_0000003257 .

30. Attached hereto as **Exhibit 29** is a true and correct copy of a royalty statement for the period November 15, 2016 to May 15, 2017, bearing production number SCHNEIDER_0000048323 .

31. Attached hereto as **Exhibit 30** is a true and correct copy of a royalty statement for the period May 15, 2017 to November 15, 2017, bearing production number SCHNEIDER_0000043248.

32. Attached hereto as **Exhibit 31** is a true and correct copy of a royalty statement for the period May 15, 2018 to November 15, 2018, bearing production number MODWORKS00001022.

33. Attached hereto as **Exhibit 32** is a true and correct copy of a royalty statement for the period November 15, 2018 to May 15, 2019, bearing production number MODWORKS00000900.

34. Attached hereto as **Exhibit 33** is a true and correct copy of an email dated June 26, 2016, from Mr. Coleman to Ms. Schneider bearing production number MODWORKS00000007.

35. Attached hereto as **Exhibit 34** is and correct copy of a royalty statement for the period May 15, 2019 to November 15, 2019, bearing production number MODWORKS00000959.

36. Attached hereto as **Exhibit 35** is a true and correct copy of an internal YouTube webpage dated May 28, 2020, entitled "Life of a content ID claim" bearing production number GOOG-SCHNDR-00053908.

37. Attached hereto as **Exhibit 36** is a true and correct copy of a Content Licensing Agreement dated September 15, 2020, bearing production number GOOG-SCHNDR-00020659.

38. Attached hereto as **Exhibit 37** is a true and correct copy of YouTube's publicly available Copyright Transparency Report for the second half of 2021.

39. Attached hereto as **Exhibit 38** is a true and correct copy of an expert report dated September 1, 2022, authored by Paul Jessop and submitted on behalf of Plaintiffs in the above-captioned action.

40. Attached hereto as **Exhibit 39** is a true and correct copy of a publicly-available page titled "Use the Copyright Match Tool," available on the YouTube website at the URL https://support.google.com/youtube/answer/7648743 as it appeared on September 9, 2022.

41. Attached hereto as **Exhibit 40** is a true and correct copy of a publicly-available webpage titled "What is an ISRC?" available at http://usisrc.org/about/index.html.

42. The list of works in the copy of the email attached to the Coleman Declaration as **Exhibit C** (Dkt. 164-9 at 3) is illegible. The list of works appears in a May 27, 2016 email from Mr. Coleman to Mr. Donnelly earlier in the thread, produced by non-party MWP as

Blaisdell Decl. in Opposition to Defs.' Mot. for Summary Judgment       3:20-cv-4423-JD
-5-

MODWORKS00000038 (Blaisdell Decl. **Exhibit 24**). *See* ¶ 25, above. That email contains a list of 10 works: (1) Alchemy; (2) Cry to the Stars; (3) Hang Gliding; (4) Among the Clouds; (5) The Blasphemy; (6) Sky Blue; (7) The Grail; (8) Danca Ilusoria; (9) Song For A Willow; and (10) Anthem. The email states that the works were "supplied to YT in 2013 and 2014" and the list appears to show that all but two of the works (Danca Ilusoria and Song For A Willow) were provided to YouTube before MWP entered into the PLA on April 30, 2014.

43. I have reviewed the Client Royalty Summaries from AMP reflecting royalty payments to Ms. Schneider, attached hereto as Blaisdell Decl. **Exhibits 18-22, 28-32, and 34**. These statements cover the period from May 15, 2014 to May 15, 2020. These summaries appear to reflect payments from Google or YouTube, sometimes denoted as "Google Play (DIRECT)" or "YouTube (DIRECT)," associated with some of Ms. Schneider's works. The payments associated with works at issue for this entire period total approximately $18.53, as shown in this chart.

|      | Work at Issue   | Total Payments (5/15/2014 - 5/15/2020) |
|------|-----------------|----------------------------------------|
| 1.   | Hang Gliding    | $10.41                                 |
| 2.   | Sky Blue        | $2.81                                  |
| 3.   | Journey Home    | $1.31                                  |
| 4.   | Three Romances  | $0.95                                  |
| 5.   | Night Watchmen  | $0.08                                  |
| 6.   | Alchemy         | $0.01                                  |
| 7.   | The Blasphemy   | $0.01                                  |
| 8.   | The Grail       | $0.01                                  |
| 9.   | Rich's Piece    | $1.13                                  |
| 10.  | My Lament       | $1.81                                  |
|      | **Total**       | **$18.53**                             |

Executed this 9th day of September, 2022.

                                                         /s/ *Demetri Blaisdell*_____

                                                         Demetri Blaisdell

## ATTESTATION

My user ID and password are being used in the electronic filing of this document and, in compliance with N.D. Cal. Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of the document has been obtained from each of the other Signatories.

                                                         /s/ *Philip Korologos*_____

                                                         Philip Korologos