# EXHIBIT 1

```
 1
 2   UNITED STATES DISTRICT COURT
 3   NORTHERN DISTRICT OF CALIFORNIA
 4   SAN FRANCISCO DIVISION
 5   ------------------------------------x
 6   MARIA SCHNEIDER, UNIGLOBE
     ENTERTAINMENT, LLC and AST
 7   PUBLISHING LTD., individually and
     on behalf of all others similarly
 8   situated,
 9                          Plaintiffs,
10   -against-         Case No. 3:20-cv-4423
11   YOUTUBE, LLC; and GOOGLE LLC,
12                          Defendants.
13   ------------------------------------x
14
15       REMOTE VIDEOTAPED DEPOSITION OF
                 MARIA SCHNEIDER
16            New York, New York
                June 14, 2022
17
18
19   Reported By:
20   ERIC J. FINZ
21
22
23
24
25
```

Page 1

**Page 90**

```
1                MARIA SCHNEIDER
2       MS. REES:  For a moment, yes.      11:59:29
3       MR. ZELCS:  Just put it up         11:59:30
4   there.                                 11:59:31
5       THE WITNESS:  Okay.                11:59:32
6       MR. ZELCS:  Thank you.             11:59:33
7   A.  Could you say again, I'm           11:59:34
8   sorry?                                 11:59:35
9   Q.  Are you aware that the YouTube     11:59:35
10  partner program is a program that allows 11:59:38
11  a YouTube user to monetize videos      11:59:40
12  uploaded to their YouTube channel?     11:59:43
13  A.  I know that that's -- I don't      11:59:46
14  know the name of the program, but I know 11:59:49
15  that you can monetize videos uploaded to 11:59:51
16  a YouTube channel.                     11:59:54
17  Q.  And you joined that program in     11:59:55
18  or about 2013, with this YouTube channel 11:59:57
19  that's reflected in Exhibit 15?        12:00:01
20  A.  I think Marie investigated         12:00:02
21  about it early on.  So she -- I don't  12:00:06
22  know if she -- what she did.           12:00:09
23  Q.  Do you know whether you earned     12:00:48
24  any payments from YouTube for monetizing 12:00:53
25  videos on this Maria Schneider official 12:00:59
```

**Page 91**

```
1                MARIA SCHNEIDER
2   page channel?                          12:01:03
3   A.  I don't believe we ever            12:01:03
4   monetized anything.                    12:01:05
5       MS. REES:  Could we see tab        12:01:12
6   24.                                    12:01:16
7   19.                                    12:01:25
8       (Schneider Exhibit 19 for          12:01:25
9   identification, email dated March      12:01:25
10  13, 2014, production numbers           12:01:25
11  SCHNEIDER 125656.)                     12:02:29
12      THE WITNESS:  Okay.                12:02:29
13  BY MS. REES:                           12:02:29
14  Q.  Do you recognize Exhibit 19?       12:02:30
15  A.  I don't recall this.               12:02:32
16  Q.  Is this an email between you       12:02:35
17  and Marie Le Claire?                   12:02:37
18  A.  It is.                             12:02:38
19  Q.  What were you referring to         12:02:39
20  when you asked Marie Le Claire "How long 12:02:51
21  did we have that on the YouTube would you 12:02:54
22  say?"                                  12:02:56
23  A.  I don't know.  I don't know if     12:02:58
24  she tested something on YouTube.  I    12:02:59
25  really don't recall.                   12:03:05
```

**Page 92**

```
1                MARIA SCHNEIDER
2   Q.  You say, "But if it was close      12:03:15
3   to a year and it was 19 cents and we had 12:03:18
4   close to 20,000 views, I think then maybe 12:03:21
5   I would."                              12:03:25
6       What were the 20,000 views         12:03:26
7   that you are referring to there?       12:03:28
8   A.  I have no idea.  I don't           12:03:30
9   recall this at all.                    12:03:31
10  Q.  In Marie Le Claire's response      12:03:38
11  to you, she says, "Apparently they owe  12:03:40
12  you 23.86 that we will receive once we 12:03:43
13  get this PIN number in the mail."      12:03:46
14      Is that referring to YouTube       12:03:51
15  owing you 23.86 in royalties?          12:03:53
16  A.  I have no idea.                    12:03:56
17  Q.  You have no recollection of        12:04:01
18  using the YouTube partner program to   12:04:02
19  monetize one of your videos for which you 12:04:04
20  received 23.86 in royalties.  That's your 12:04:07
21  testimony?                             12:04:10
22  A.  I don't recall that.               12:04:10
23      MS. REES:  Exhibit 20.             12:04:26
24      (Schneider Exhibit 20 for          12:04:27
25  identification, Plaintiff Maria        12:04:27
```

**Page 93**

```
1                MARIA SCHNEIDER
2   Schneider's first amended responses    12:04:27
3   and objections to defendants' first    12:04:27
4   and second set of interrogatories.)    12:05:02
5   BY MS. REES:                           12:05:02
6   Q.  Do you recognize Exhibit 20 as     12:05:03
7   plaintiff Maria Schneider's first amended 12:05:05
8   responses and objections to defendants' 12:05:07
9   first and second set of interrogatories? 12:05:10
10  A.  I read that that is what this      12:05:12
11  is called, yes.                        12:05:16
12  Q.  If you turn to page 23 of this     12:05:18
13  document.  Under the heading           12:05:24
14  "Verification."  Is that your signature 12:05:28
15  on this page?                          12:05:31
16  A.  I don't see page numbers here.     12:05:32
17      MR. ZELCS:  They're kind of in     12:05:36
18  the middle of the header at the        12:05:37
19  bottom.                                12:05:42
20      THE WITNESS:  Oh, okay.            12:05:42
21  A.  Yes.                               12:05:43
22  Q.  And you verified under oath        12:05:44
23  that the responses reflected in this   12:05:47
24  document are true.  Right?             12:05:50
25  A.  Yes, true to the best of my        12:05:54
```

24 (Pages 90 - 93)

```
                MARIA SCHNEIDER
 2    A.  I don't recall asking him why.     14:20:46
 3  I just was trying to understand what it   14:20:50
 4  was.                                      14:20:54
 5        MS. REES:  Could we have tab        14:21:04
 6  33.                                       14:21:06
 7        Exhibit 30.                         14:21:11
 8        (Schneider Exhibit 30 for           14:21:12
 9  identification, document headed           14:21:12
10  "Publishing license agreement,"           14:21:12
11  production numbers SCHNEIDER              14:21:12
12  000009607 through SCHNEIDER               14:21:12
13  000009625.)                               14:21:30
14        MS. REES:  Exhibit 30 is a          14:21:30
15  document bearing the Bates number         14:21:31
16  SCHNEIDER 000009607.                      14:21:34
17  BY MS. REES:                              14:21:50
18    Q.  Do you recognize Exhibit 30?        14:21:51
19    A.  No, I don't recall this             14:21:53
20  exactly.  No, I don't.  I don't think     14:21:59
21  I've -- I don't know that I've seen this. 14:22:04
22  I don't think so.                         14:22:10
23        Should I read this whole            14:22:24
24  thing?                                    14:22:25
25    Q.  No.  In fact, I'm going to          14:22:26
                                              Page 142
```

```
                MARIA SCHNEIDER
 2  have you look at another exhibit first, I  14:22:28
 3  think.                                     14:22:30
 4        MS. REES:  Exhibit 31.               14:22:59
 5        (Schneider Exhibit 31 for            14:23:01
 6  identification, email dated                14:23:01
 7  September 15, 2020, production             14:23:01
 8  numbers SCHNEIDER 0000009606.)             14:23:25
 9        THE WITNESS:  Is there               14:23:26
10  something missing on here?                 14:23:27
11        MS. REES:  So Exhibit 31 is a        14:23:30
12  document with the Bates number             14:23:32
13  SCHNEIDER 0000009606.                      14:23:33
14  BY MS. REES:                               14:23:38
15    Q.  Do you recognize Exhibit 31?         14:23:39
16    A.  No.                                  14:23:40
17    Q.  Do you recognize this as an          14:23:43
18  email from Dan Coleman to you?             14:23:44
19    A.  Yes.                                 14:23:46
20    Q.  And the subject is "AGMT."  Do       14:23:49
21  you understand that to be an abbreviation  14:23:53
22  for an agreement?                          14:23:55
23    A.  It looks like.                       14:23:56
24    Q.  Is the document that's               14:23:56
25  produced or that was marked as Exhibit     14:23:58
                                               Page 143
```

```
                MARIA SCHNEIDER
 2  30, was that the attachment that you     14:24:02
 3  received to this email?                   14:24:04
 4    A.  I don't -- I don't know.  It        14:24:06
 5  could have been, but I don't know for     14:24:07
 6  sure.  Does it, you know, have it         14:24:08
 7  attached in some way to show that?        14:24:13
 8    Q.  I think it may be, but I'm          14:24:17
 9  asking you as the recipient of the email. 14:24:19
10    A.  I don't know that without           14:24:22
11  seeing my actual email, I wouldn't know   14:24:22
12  that.  But, you know.                     14:24:25
13    Q.  Do you recall Dan Coleman           14:24:27
14  sending you a copy of the Modern          14:24:29
15  Works/Google publishing license agreement 14:24:33
16  in September of 2020?                     14:24:38
17    A.  I don't recall it.  I'm not         14:24:39
18  saying it's impossible, I just don't      14:24:41
19  recall it.                                14:24:43
20    Q.  Can we go back to Exhibit 30,       14:25:09
21  the publishing license agreement.         14:25:11
22    A.  Yes.                                14:25:16
23    Q.  Do you understand this to be       14:25:16
24  an agreement pursuant to which Modern    14:25:23
25  Works licensed Google to compositions    14:25:26
                                             Page 144
```

```
                MARIA SCHNEIDER
 2  that it controls?                         14:25:29
 3        MR. ZELCS:  Can we go off the       14:25:32
 4  record just a second?                     14:25:33
 5        MS. REES:  Sure.                    14:25:35
 6        THE VIDEOGRAPHER:  The time is      14:25:36
 7  approximately 2:26, we are going          14:25:37
 8  off the record.                           14:25:39
 9        (Discussion off the record.)        14:25:39
10        THE VIDEOGRAPHER:  The time is      14:26:19
11  approximately 2:27, we're back on         14:26:26
12  the record.                               14:26:28
13  BY MS. REES:                              14:26:29
14    Q.  Do you understand Exhibit 30        14:26:30
15  to be an agreement pursuant to which      14:26:31
16  Modern Works licensed Google to the       14:26:33
17  compositions it controls?                 14:26:35
18        MR. ZELCS:  Objection; form.        14:26:36
19    A.  I am reading on the top here,       14:26:38
20  that it says it's an agreement between A  14:26:43
21  Side, Modern Works and Google.  I think I 14:26:53
22  looked and I don't think it's signed by   14:26:57
23  Google.  I think it's only signed by Dan  14:27:00
24  Coleman.  I swear I just saw that.        14:27:04
25        Yeah, it's signed by Dan.  I        14:27:10
                                              Page 145
```

37 (Pages 142 - 145)

```
                    MARIA SCHNEIDER
 1
 2   don't see it signed by Google.            14:27:13
 3      Q.  Did you ask Dan about that,        14:27:15
 4   why it only had Dan's signature on it?    14:27:17
 5         MR. ZELCS:  Objection; form.        14:27:19
 6      A.  I don't know that -- I don't       14:27:21
 7   think I've seen this document.  I don't   14:27:23
 8   recall seeing this.                       14:27:24
 9      Q.  So it's your testimony that        14:27:25
10   you've never even looked at the           14:27:28
11   publishing license agreement between      14:27:29
12   Modern Works Music Publishing and YouTube 14:27:31
13   before today?                             14:27:34
14         MR. ZELCS:  Objection; form.        14:27:35
15      A.  It's my testimony that this        14:27:36
16   happened in 2014, I did not know about    14:27:39
17   it.  I learned about an agreement the     14:27:42
18   summer of 2020.  And beyond that, I don't 14:27:47
19   recall knowing the specifics of their     14:27:53
20   agreement.                                14:27:55
21      Q.  Did you ask Dan Coleman about      14:27:57
22   the specifics of the agreement?           14:27:59
23      A.  No.  We spoke about it.  And I     14:28:03
24   just -- I don't recall beyond that.       14:28:08
25      Q.  You understand that it's           14:28:11
                                                  Page 146
```

```
                    MARIA SCHNEIDER
 1
 2   YouTube's position that it has a license  14:28:17
 3   to all of your compositions under this    14:28:19
 4   agreement.  Is that right?                14:28:22
 5      A.  Dan Coleman does not have the      14:28:24
 6   rights to all my works.  Only --          14:28:27
 7   everything is with my permission, case by 14:28:32
 8   case, piece by piece.  That is my         14:28:37
 9   agreement with Dan Coleman.               14:28:41
10         So I do not see myself being a      14:28:43
11   part of this.                             14:28:45
12      Q.  So for that reason you've          14:28:46
13   never reviewed it before today?           14:28:48
14      A.  I don't know that I had it.        14:28:49
15         MR. ZELCS:  Please don't            14:28:51
16      answer until she finishes her          14:28:53
17      question so that if I have an          14:28:55
18      objection I can state it.              14:28:56
19         THE WITNESS:  Okay.                 14:28:58
20         MR. ZELCS:  Could I get the         14:28:58
21      question back before we started to     14:29:00
22      get an answer.                         14:29:02
23         (Record read as requested.)         14:29:09
24   BY MS. REES:                              14:29:21
25      Q.  Your testimony is that you         14:29:22
                                                  Page 147
```

```
                    MARIA SCHNEIDER
 1
 2   don't know whether you had this agreement 14:29:24
 3   in your possession before today?          14:29:26
 4         MR. ZELCS:  Objection; form.        14:29:29
 5      A.  All I can say is, I don't          14:29:32
 6   recall reading this document, getting     14:29:36
 7   this document.  That's all I can tell     14:29:38
 8   you.                                      14:29:43
 9      Q.  Have you reviewed YouTube's        14:29:43
10   answer to your complaint?                 14:29:46
11      A.  I would imagine I might have       14:29:51
12   seen it at some point, but I don't recall 14:29:55
13   it.                                       14:29:58
14      Q.  Do you have an understanding       14:30:00
15   that it's YouTube's position that it's    14:30:03
16   licensed to all your compositions under   14:30:10
17   this publishing licensing agreement?      14:30:11
18         MR. ZELCS:  Objection; form.        14:30:15
19      A.  Can you ask the question           14:30:16
20   again?                                    14:30:17
21      Q.  Do you have an understanding       14:30:17
22   that it's YouTube's position that YouTube 14:30:18
23   is licensed to all your compositions      14:30:21
24   under this publishing license agreement?  14:30:22
25      A.  I don't -- I can't possibly        14:30:27
                                                  Page 148
```

```
                    MARIA SCHNEIDER
 1
 2   know what YouTube understands.  I know    14:30:28
 3   what I understand.  And what I understand 14:30:31
 4   is the contract I have with Dan Coleman.  14:30:32
 5      Q.  You've been informed of the        14:30:35
 6   positions that YouTube's taking in this   14:30:37
 7   case; haven't you?  In your role as a     14:30:40
 8   putative class representative.            14:30:45
 9      A.  Yes.  But that's what YouTube      14:30:47
10   is stating.  That is not my -- I don't    14:30:48
11   understand YouTube's position.            14:30:53
12      Q.  Well, when you heard YouTube's     14:30:58
13   position, did you review the publishing   14:31:01
14   license agreement to determine whether    14:31:02
15   you agreed with it or not?                14:31:04
16         MR. ZELCS:  Objection; form.        14:31:05
17      A.  I've already said I don't          14:31:11
18   recall seeing this.  But the fact that    14:31:12
19   Dan Coleman -- my works are not included  14:31:13
20   in Dan Coleman's right to control.  I     14:31:17
21   control my works.  Your creative control, 14:31:21
22   number 7, that's my creative control.     14:31:25
23         So this document here, it's         14:31:32
24   not -- I'm not included in this.          14:31:40
25      Q.  What is your basis for saying      14:32:08
                                                  Page 149
```

38 (Pages 146 - 149)

```
                        MARIA SCHNEIDER
 1                                                                  1                        MARIA SCHNEIDER
 2   that you are not included in this          14:32:10            2   agreement, Modern Works had the ability    14:34:21
 3   publishing license agreement?              14:32:11            3   to submit all of your compositions into    14:34:23
 4         MR. ZELCS:  Objection; form.         14:32:13            4   Content ID in order to find matches of     14:34:26
 5      A.   Control and ownership of my        14:32:19            5   videos that matched your works.  Right?    14:34:29
 6   work is very important.  And I made sure   14:32:20            6      A.   I don't know because I don't       14:34:34
 7   that my contract with Dan Coleman          14:32:27            7   know what about they had and for what      14:34:36
 8   administering my work, knew that my        14:32:33            8   use.  And he didn't speak to me about      14:34:40
 9   creative control and my choices were what  14:32:36            9   that.  So I really don't know.             14:34:42
10   overrode everything.                       14:32:41           10      Q.   Did you ever ask Dan Coleman        14:34:46
11      Q.   But Dan Coleman thought that       14:32:45           11   if he could use Content ID on your         14:34:48
12   your works were included in this           14:32:47           12   behalf?                                    14:34:51
13   publishing license agreement with          14:32:48           13      A.   Many years ago, I asked him        14:34:52
14   YouTube; right?                            14:32:50           14   when I was writing some article, if there  14:34:58
15         MR. ZELCS:  Objection; form.         14:32:50           15   was a way to exclusively do blocks.  And   14:35:00
16      A.   Dan Coleman is very aware that     14:32:54           16   I don't know who he worked with at that    14:35:08
17   -- the terms of our contract.  He's very   14:33:03           17   time, if it was TuneCore or AdRev.  And    14:35:10
18   aware of the terms of our contract.        14:33:06           18   he said no.  And other people said no.     14:35:16
19      Q.   And nevertheless he thought        14:33:07           19      Q.   When Modern Works first put         14:35:27
20   that your works were included in this      14:33:08           20   your compositions into Content ID in       14:35:30
21   publishing license agreement.  Right?      14:33:10           21   2014, it set the policy to monetize.       14:35:34
22      A.   I can't speak for Dan Coleman      14:33:12           22   Right?                                     14:35:39
23   what he or somebody that works there,      14:33:13           23         MR. ZELCS:  Objection; form.         14:35:39
24   what they did.  I can't speak for that.    14:33:16           24      A.   I don't know what they did.  I     14:35:41
25      Q.   Do you understand that Modern      14:33:18           25   wasn't privy to that conversation or       14:35:43
                                         Page 150                                                            Page 152

 1                        MARIA SCHNEIDER                           1                        MARIA SCHNEIDER
 2   Works Music Publishing had the right to    14:33:24            2   action.                                    14:35:46
 3   use Content ID under this publishing       14:33:25            3      Q.   Well, you received royalties       14:35:47
 4   license agreement?                         14:33:30            4   from Modern Works for monetizing those     14:35:49
 5         MR. ZELCS:  Objection; form.         14:33:31            5   songs on YouTube; didn't you?              14:35:53
 6      A.   I learned of that the summer       14:33:35            6         MR. ZELCS:  Objection; form.         14:35:55
 7   of 2020.                                   14:33:37            7      A.   I actually don't know what         14:35:56
 8      Q.   When in -- when you say the        14:33:38            8   I've received and what it was for.         14:35:58
 9   summer of 2020, what's the date you have   14:33:40            9         MS. REES:  32.                       14:36:12
10   in mind?                                   14:33:42           10            (Schneider Exhibit 32 for
11      A.   I don't know the exact date.       14:33:42           11            identification, document headed
12   Whenever, after this came to my attention  14:33:44           12            "Client royalty summary,"
13   from Dan or somebody, I can't even         14:33:46           13            production numbers SCHNEIDER
14   remember how I found out.  But it was      14:33:50           14            0000043561 through SCHNEIDER
15   after the lawsuit was filed.               14:33:53           15            0000043597.)                      14:36:34
16      Q.   Modern Works submitted a           14:33:55           16         MS. REES:  Exhibit 32 is a           14:36:34
17   number of your compositions into Content   14:33:59           17   document with the Bates number             14:36:35
18   ID in 2014, after it signed this           14:34:02           18   SCHNEIDER 0000043561.                      14:36:37
19   agreement.  Right?                         14:34:03           19   BY MS. REES:                               14:36:42
20         MS. REES:  Objection; form.          14:34:05           20      Q.   Do you recognize Exhibit 32?       14:36:42
21      A.   I'm not sure which -- what         14:34:07           21      A.   Well, not specifically, but I      14:36:46
22   they did, but they did it without my       14:34:09           22   can see that it is the second half of      14:36:49
23   permission.  If they did it, they did it   14:34:11           23   2015 royalty report.                       14:36:58
24   without my permission.                     14:34:13           24      Q.   This is a royalty report that      14:37:05
25      Q.   Under this publishing license      14:34:19           25   was provided to you from Dan Coleman,      14:37:06
                                         Page 151                                                            Page 153
```

```
                    MARIA SCHNEIDER
 1
 2   from Modern Works. Is that right?         14:37:08
 3      A.   Yes.                              14:37:10
 4      Q.   So if you look at the page        14:37:10
 5   where the Bates number ends in 575. In    14:37:17
 6   the bottom right corner of the document.  14:37:23
 7   It's 43575.                               14:37:25
 8           Do you see that page?             14:37:29
 9      A.   Yes, I do.                        14:37:30
10      Q.   The top of the page, there is    14:37:31
11   a heading that says "Hang Gliding,        14:37:33
12   Schneider." And then below that, a       14:37:36
13   couple of entries down, it says          14:37:39
14   "YouTube." And then below that it has    14:37:42
15   four entries that say "sync." And then   14:37:44
16   amount payable and amount due.            14:37:49
17           Do you recognize this as          14:37:52
18   royalties that Modern Works paid to you  14:37:56
19   from monetizing your works on YouTube?   14:37:59
20      A.   I don't -- I don't know          14:38:02
21   specifically, but it appears to be that. 14:38:06
22           Now, in retrospect, knowing      14:38:09
23   everything that I know now and that we   14:38:12
24   are discussing here today, I make that   14:38:15
25   connection.                              14:38:17
                                                Page 154
```

```
                    MARIA SCHNEIDER
 1
 2      Q.   Do you know what a sync          14:38:17
 3   license is, when it says sync on this    14:38:19
 4   royalty statement?                       14:38:23
 5      A.   A sync license is when music     14:38:23
 6   is affixed to a video. It is a license   14:38:28
 7   for that.                                14:38:36
 8      Q.   But it's your testimony that     14:38:41
 9   in 2015, the time period this royalty    14:38:42
10   report covers, you were unaware that     14:38:48
11   Modern Works was monetizing your         14:38:54
12   compositions on YouTube?                 14:38:59
13      A.   Yes.                             14:39:00
14      Q.   If you look at -- go back to     14:39:10
15   the front, the second page of the        14:39:13
16   document, with Bates number 43562. There 14:39:15
17   is a, it looks like there is a list of -- 14:39:19
18   under source of income. There is a       14:39:27
19   number of entries. And the bottom entry  14:39:28
20   is YouTube.                              14:39:31
21      A.   Mm-hmm.                          14:39:34
22      Q.   Do you understand that to        14:39:36
23   reflect royalties that were paid to you  14:39:37
24   by YouTube through the Modern Works      14:39:40
25   license?                                 14:39:43
                                                Page 155
```

```
                    MARIA SCHNEIDER
 1
 2      A.   Now, if you look back at this.   14:39:45
 3   But if I was just looking at this page,  14:39:48
 4   you wouldn't know necessarily what those 14:39:51
 5   royalties are for.                       14:39:55
 6      Q.   Did you have any concern when    14:39:56
 7   you saw this royalty statement that you  14:39:57
 8   were getting royalties from YouTube?     14:39:59
 9      A.   I did not notice it. This is    14:40:02
10   a very long royalty statement. And       14:40:05
11   generally, the things that pay           14:40:12
12   significant amounts that are concerts,   14:40:16
13   various things, that's what I'm scanning 14:40:18
14   for, was my concert at the Vienna Concert 14:40:21
15   House paid for, where I would make       14:40:27
16   several hundred dollars.                 14:40:30
17           So these are very long. And     14:40:31
18   with super tiny numbers. And it's,       14:40:36
19   honestly, quite indecipherable.          14:40:41
20      Q.   So you were writing white        14:40:48
21   papers and comments to the Copyright     14:40:53
22   Office about how evil YouTube is, and it 14:40:55
23   never jumped out at you that you were    14:41:00
24   getting royalties from YouTube on your   14:41:02
25   royalty statements from Modern Works?    14:41:09
                                                Page 156
```

```
                    MARIA SCHNEIDER
 1
 2           MR. ZELCS: Objection; form.     14:41:10
 3      A.   53 cents at the bottom of a     14:41:11
 4   list for a payout that was, I don't know, 14:41:13
 5   I presume several thousand dollars,     14:41:15
 6   didn't jump out at me.                  14:41:17
 7      Q.   Well, you made comments in      14:41:19
 8   other forums about your belief that the 14:41:23
 9   royalties that YouTube pays are very    14:41:25
10   small, right? That was your            14:41:28
11   understanding about royalty payments from 14:41:29
12   YouTube.                                14:41:32
13      A.   I'd have to see what the other 14:41:32
14   forums are and what I said, to properly 14:41:34
15   comment.                                14:41:40
16      Q.   You don't recall ever making    14:41:40
17   comments publicly about the fact that   14:41:42
18   YouTube doesn't pay very much in        14:41:43
19   royalties?                              14:41:45
20      A.   I would say I and just about    14:41:46
21   every musician on the planet makes that 14:41:49
22   comment.                                14:41:51
23      Q.   So for this 53 cents in         14:41:52
24   royalties that's on your royalty report, 14:42:03
25   do you know how many views of your videos 14:42:05
                                                Page 157
```

```
                    MARIA SCHNEIDER
 1                                                          1               MARIA SCHNEIDER
 2      A.   I do not know what YouTube        16:30:41     2    response --                            16:34:23
 3   allows and doesn't allow.                 16:30:45     3        A.   I thought you said 16.        16:34:23
 4      Q.   You don't know whether YouTube    16:30:48     4        Q.   -- the response to the        16:34:25
 5   allows people to use third-party software 16:30:52     5    interrogatory is.                      16:34:26
 6   to download videos from YouTube?          16:30:55     6        A.   Okay.                         16:34:26
 7      A.   I mean, I don't know what         16:30:59     7        Q.   And right before the chart it 16:34:32
 8   YouTube -- I can't speak to this.  This   16:31:01     8    says, "Schneider has identified the    16:34:33
 9   isn't my area of expertise, I'm sorry.    16:31:04     9    following international standard musical 16:34:36
10      Q.   Okay.  So if I ask you, do you    16:31:06    10    word codes and international standard  16:34:38
11   use embedded file metadata to prevent or  16:31:17    11    recording codes associated with her    16:34:41
12   detect copyright infringement on internet 16:31:22    12    works."                                16:34:46
13   sites, do you know whether you do that?   16:31:25    13         Do you see that?                  16:34:46
14      A.   I don't know what tools can be    16:31:29    14        A.   Mm-hmm.  I have.  I see that. 16:34:46
15   used out there to find metadata.  But I   16:31:34    15        Q.   Okay.  Does this interrogatory 16:34:48
16   know that metadata is considered the most 16:31:38    16    response list all of the ISWC and ISRC 16:34:54
17   important tool for creators to get paid.  16:31:42    17    codes that you're aware of associated  16:34:58
18   It's everything.  Copyright management    16:31:47    18    with your musical works?               16:35:02
19   information is the international, it      16:31:50    19        A.   Oh, gosh, I can't answer that 16:35:06
20   gives the opportunity for the             16:31:55    20    without really spending time with this. 16:35:11
21   international standard, the ISRC codes,   16:31:56    21        Q.   Well, when you answered this  16:35:14
22   to identify that recorded work.  There    16:31:59    22    interrogatory, did you make an effort to 16:35:16
23   are ISWC codes that identify your song in 16:32:03    23    comprehensively include all of the ISWC 16:35:17
24   ASCAP.                                    16:32:08    24    and ISRC --                            16:35:21
25         So it's very important             16:32:09    25        A.   Let me see what this is.  I   16:35:24
                                          Page 210                                                  Page 212

 1               MARIA SCHNEIDER                            1               MARIA SCHNEIDER
 2   information in managing the use of your   16:32:12     2    don't know if these are ISRC codes.  It 16:35:35
 3   work.                                     16:32:16     3    looks like -- oh, there is ISWC, okay. 16:35:40
 4      Q.   Why don't we look at your         16:32:18     4    Thank you.                             16:35:44
 5   interrogatory response on that.  So that  16:32:21     5         So ISWC is for the song.  And    16:36:00
 6   would be Exhibit 20, I believe, in your   16:32:24     6    then the ISRC codes for the things that 16:36:04
 7   pile of exhibits.                         16:32:26     7    were recorded.  There were a couple by a 16:36:09
 8         THE WITNESS:  Which one am I        16:32:44     8    woman that I collaborated with who died. 16:36:14
 9     looking for?                            16:32:45     9    And I don't have access to those.      16:36:18
10         MR. ZELCS:  20.                     16:32:48    10        Q.   But is it your belief that    16:36:23
11         THE WITNESS:  My gosh.  Was         16:32:49    11    this interrogatory response            16:36:25
12     that early or late?                     16:32:50    12    comprehensively listed all of the ISWC 16:36:27
13      Q.   I'm going to ask you to look      16:33:07    13    codes and ISRC codes that you're aware of 16:36:31
14   at page 16, interrogatory No. 9.          16:33:08    14    associated with your copyrighted works? 16:36:34
15         And starting on page 17 is         16:33:59    15        A.   I think it's the works that   16:36:37
16   your response to interrogatory No. 9.  It 16:34:01    16    were in suit.  If I understand that.  To 16:36:40
17   says, "Schneider has identified the       16:34:03    17    my best -- I mean, let's see, what does 16:36:44
18   following international standard musical  16:34:06    18    it say here.  Associated with her works 16:36:46
19   word codes, ISWCs."                       16:34:08    19    in suit.  So yes.                      16:36:52
20      A.   Wait.  I think I must be on       16:34:11    20        Q.   And are these ISWC and ISRC   16:37:01
21   the wrong form.                           16:34:13    21    codes something that you personally    16:37:07
22         MR. ZELCS:  Exhibit 20.             16:34:15    22    maintain?  Do you have this information 16:37:09
23      Q.   Page 17.                          16:34:16    23    in a database somewhere?               16:37:11
24      A.   This is 20.  What page, 16?       16:34:18    24        A.   ISWC codes are on the ASCAP   16:37:13
25      Q.   Page 17 is where your             16:34:21    25    website for anybody in the public to see. 16:37:17
                                          Page 211                                                  Page 213
```

54 (Pages 210 - 213)

```
                                    MARIA SCHNEIDER
 1        MARIA SCHNEIDER                          1        MARIA SCHNEIDER
 2   ISRC codes are, yes, are something that I  16:37:20    2      A.   I don't think there would have  16:39:50
 3   maintain.  But there's also, you know, an  16:37:23    3   been ISWC codes.                         16:39:51
 4   international database of these that       16:37:27    4      Q.   Do you remember earlier we saw   16:40:04
 5   immediately identify a recorded work.      16:37:30    5   an exhibit where you gave permission to  16:40:07
 6      Q.   Do you have any information        16:37:38    6   Royal Academy of Music to put a video of 16:40:08
 7   about how often it's the case that ISWC    16:37:40    7   a performance of one of your works on    16:40:11
 8   or ISRC codes reflected in this            16:37:44    8   YouTube?                                 16:40:13
 9   interrogatory response are in the          16:37:48    9      A.   Mm-hmm.                          16:40:13
10   embedded file metadata of videos uploaded  16:37:56   10      Q.   Do you know whether the Royal    16:40:14
11   to YouTube?                                16:37:59   11   Academy of Music put embedded file       16:40:17
12      A.   I don't know.  But I know on       16:38:00   12   metadata in those videos reflecting ISRC 16:40:19
13   every recorded work of mine that would be  16:38:02   13   or ISWC codes associated with your       16:40:23
14   put on YouTube, there would be an ISRC     16:38:06   14   compositions?                            16:40:26
15   code.  There would be CMI on those.        16:38:10   15      A.   I do not know.                   16:40:27
16   That's put in by the engineer when they    16:38:15   16      Q.   Did you ask them to do that?     16:40:29
17   make -- they give you the files, when you  16:38:17   17      A.   I did not.                       16:40:30
18   get -- when you master a recording.        16:38:21   18           MS. REES:  Exhibit 44.           16:40:57
19      Q.   Those are in a sound recording     16:38:24   19           (Schneider Exhibit 44 for        16:40:58
20   file, though, not in a video file?         16:38:26   20   identification, email dated April        16:40:58
21      A.   Sound recording, yes.              16:38:29   21   10, 2020, production numbers             16:40:58
22      Q.   We looked at earlier, I don't      16:38:30   22   SCHNEIDER 0000124202 through             16:40:58
23   have the number in front of me, an         16:38:44   23   SCHNEIDER 0000124203.)                   16:41:28
24   exhibit that showed the videos that you    16:38:45   24           MS. REES:  Exhibit 44 is a       16:41:28
25   uploaded to your Maria Schneider official  16:38:48   25   document with Bates numbers              16:41:30
                                        Page 214                                                 Page 216
 1        MARIA SCHNEIDER                          1        MARIA SCHNEIDER
 2   YouTube page.  Do you recall that?         16:38:50    2   SCHNEIDER 0000124202.                    16:41:32
 3      A.   The three videos, yes.             16:38:52    3   BY MS. REES:                             16:42:16
 4      Q.   Well, three videos currently       16:38:53    4      Q.   Do you recognize Exhibit 44?     16:42:16
 5   on the page, but then there was a longer   16:38:55    5      A.   I do.                            16:42:18
 6   list of deleted videos that are no longer  16:38:58    6      Q.   This is an email between you     16:42:19
 7   on the page.                               16:39:01    7   and Christopher D'Amico.                 16:42:21
 8      A.   Yeah, they were mostly, except     16:39:01    8      A.   Yes.                             16:42:24
 9   for the Jazz Standard one, I think they    16:39:03    9      Q.   Who is Christopher D'Amico?      16:42:25
10   were all, what do you call, unlisted,      16:39:05   10      A.   Well, I don't know him.  And I   16:42:27
11   private, whatever they call it.            16:39:08   11   think I referenced this earlier.  He's   16:42:31
12      Q.   Did you ensure that there were     16:39:10   12   somebody from ASCAP.                     16:42:34
13   ISRC codes in the embedded file metadata   16:39:14   13      Q.   So you have a question to him    16:42:48
14   of those videos before you uploaded them?  16:39:17   14   at the bottom of the page.  You say, "Do 16:42:53
15      A.   There were only short              16:39:20   15   most major record labels put the ISWC    16:42:57
16   snippets.  Those videos had short          16:39:23   16   code in the metadata of downloads and    16:43:00
17   snippets of music in them.  And I don't    16:39:26   17   CDs?  I'm guessing a lot of independent  16:43:03
18   know what Marie Le Claire put on them,     16:39:29   18   artists don't because they don't know    16:43:05
19   she was the videographer.                  16:39:32   19   better."                                 16:43:07
20      Q.   And is it the same answer for      16:39:33   20           Do you see that?                 16:43:08
21   ISWC codes, do you know whether there      16:39:35   21      A.   That's correct.                  16:43:08
22   were ISWC codes in the embedded file       16:39:37   22      Q.   Are you talking -- when you      16:43:09
23   metadata for those videos that you         16:39:41   23   say in the metadata of downloads and CDs, 16:43:11
24   uploaded to or Marie Le Claire uploaded    16:39:43   24   are you talking about embedded file      16:43:14
25   to your official YouTube channel?          16:39:48   25   metadata?                                16:43:17
                                        Page 215                                                 Page 217
```

55 (Pages 214 - 217)