# EXHIBIT 2

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING, LTD., individually and on behalf of all other similarly situated,

Case No. 3:20-cv-4423

Plaintiffs,

vs.

YOUTUBE, LLC; and GOOGLE, LLC,

Defendants.
______________________________________/

VIDEOTAPED DEPOSITION OF: ZACHARY BORNHEIMER

DATE: June 21, 2022

TIME: 9:22 a.m. to 4:56 p.m.

PLACE: Zuckerman Spaeder, LLP
101 East Kennedy Boulevard
Second Floor
Tampa, Florida

PURSUANT TO: Notice by counsel for Defendants for purposes of discovery, use at trial or such other purposes as are permitted under the Federal Rules of Civil Procedure

REPORTED BY: Aaron T. Perkins, RMR, CRR, CRC
Notary Public, State of Florida at Large

Pages 1 to 278

of recording, things like that.
Q. And did you assist her with doing -- with inputting that metadata?
A. We didn't do it that way, but, yes, I did.
Q. What do you mean when you say "We didn't do it that way"?
A. We just put a link to the website. We ended up putting a link to the website in the comments of the metadata, in the description -- in that comment field.
Q. Have you ever used metadata associated with a particular file to locate infringement in Ms. Schneider's work?
A. I'm not really sure how to answer that question. Can you rephrase it?
Q. Sure.
So say you have a particular file format and there's a metadata field for composer and you wanted to search -- or you were interested in searching for files that had a particular value in the metadata field for composers, say Maria Schneider. Have you ever searched for files containing a particular value in the metadata fields?
A. Yes.
THE REPORTER: I'm sorry, a particular?
MR. HAROLD: Value.



THE WITNESS: Yes, I have.
BY MR. HAROLD:
Q. Have you ever done that for Ms. Schneider?
A. Yes.
Q. What metadata fields have you searched for Ms. Schneider?
A. Title, composer, album, album artist, track number, ISRC, genre and combinations therein.
Q. Any other metadata fields that you've searched for, for Ms. Schneider?
A. Not that I can recall.
Q. How did you conduct these searches of metadata fields for Ms. Schneider?
A. Various search engines, just searching for those parallel fields, to search composer, Maria Schneider song title, the song title, and file type, MP3.
Q. Which search engines permit you to search, say, the metadata field for composer?
A. Google for one, at least that's how I found some. Bing, I believe, also does, also how I found some things.
Q. YouTube?
A. No.
Q. Have you ever searched YouTube for metadata



fields for Ms. Schneider?
A. Technically, I think I have, but, again, looking up an -- I mean, if the -- if the answer to your question is if me searching, like, Maria Schneider on YouTube is looking up metadata on YouTube, then the answer would be yes; otherwise, it would be no.
Q. So I'm a little bit -- so when you say, If the answer is searching Maria Schneider on YouTube, is looking at metadata on YouTube, then the answer would be yes; otherwise, it would be no, have you ever searched on YouTube for values in the composer metadata field?
A. No.
Q. Have you ever searched on YouTube for values in the title "Metadata" field?
A. Yes.
Q. So YouTube has a functionality that allows you to search for title "Metadata"?
A. No.
Q. I'm confused as to how you searched on YouTube for values in the title "Metadata" field?
A. You can't search the file metadata. You can search the YouTube title of the video, which is different and distinct from the video metadata.
Q. Okay. So have you ever searched the file metadata for infringements of Ms. Schneider's work on



YouTube?
A. No.
Q. And that would mean, for instance, that you haven't conducted a search on YouTube for file metadata about title, composer, album, album artist, track number, ISRC, genre, or any other file metadata?
A. I don't have the ability to search a video file's metadata on YouTube using YouTube's search functionality.
Q. And so you've never searched video file metadata on YouTube?
A. I have never searched video file metadata for files hosted on YouTube. I'm able to take a title track from the MP3, input it into a YouTube search, and that's as close as I can get.
Q. So, for instance, you could take the title of, say, "The Pretty Road" and type that into YouTube's search bar and it will return results?
A. Yes.
Q. But you haven't ever specifically searched the file, video file metadata for title for videos that have "The Pretty Road" in them?
A. That's correct.
Q. Why not?
A. I don't think it's possible.

Q. Have you tried?
A. Yes.
Q. What did you do to try?
A. Use similar search queries as I would on Google.
Q. And what are those search queries?
A. File type, MOV, title, colon, quote, The Pretty Road, end quote, something like that.
Q. And when you've done those searches on YouTube, what results have you gotten?
A. Nothing of consequence. I don't remember what I would have a gotten, but nothing of consequence, though.
Q. When did you do those searches?
A. I believe in 2018.
Q. Have you tried since 2018 to search YouTube for video file metadata values?
A. No.
Q. Why not?
A. I didn't think there was a point.
Q. Has Ms. Schneider ever asked you to search YouTube for video file metadata values?
A. I don't remember.
Q. Has Ms. Schneider ever asked you to search Google for the video file metadata values?



A. I don't remember.
Q. Has Ms. Schneider ever asked you to search any online website for video file metadata values?
A. I don't remember.
(Bornheimer Exhibit No. 24 was marked for identification.)
BY MR. HAROLD:
Q. Mr. Bornheimer, I'm showing you what's been marked as Bornheimer Exhibit 24. It's an e-mail dated March 2nd, 2017, with a Bates number SCHNEIDER 83437.
Do you recognize this document?
A. Yes.
Q. What is it?
A. It's a document I sent to Maria. It's outlining what I think about fingerprinting software and kind of how the YouTube process binds you as a creator into uploading works to YouTube.
Q. What's the fingerprinting software that you're referencing in this e-mail?
A. General fingerprinting software.
Q. Such as?
A. You could say the audio fingerprinting software like the Gracenote APIs, Content ID systems. There's other fingerprinting systems, like Audible Magic and other -- those are the audio ones, but I'm talking



about fingerprinting software as a whole. And a lot of the fingerprinting software does not have names.
Q. When you said "standard technical measure," what were you referring to?
A. I don't remember.
Q. Was this something that you drafted for Ms. Schneider to use?
A. I don't remember.
Q. Why did you think fingerprinting software is a standard technical measure?
MR. ZELCS: Objection. Form.
THE WITNESS: In this case, fingerprinting software is a widely used technology for video platforms, audio platforms, and other types of content platforms as a whole for people to be able to recognize components of plagiarism, copyright infringement, and piracy, and so because of its widespread nature, call it the standard technical measure.
BY MR. HAROLD:
Q. Did you have any other reason for concluding that fingerprinting software is a standard technical measure?
A. I don't remember.
Q. In this e-mail you write: "I uploaded the



video with my ISRC codes, and then they were stripped by YouTube's automated procedure, thereby preventing anyone and anything outside of YouTube from tracking plays on my music such as SoundScan or ASCAP."
Do you see that?
A. I do.
Q. Is the reason that you include ISCR codes in videos that contain your works to enable you to track plays of those videos for the purposes of collecting royalties?
A. In part, yes.
Q. Are there any other reasons that you include ISRC codes in videos that contain your works?
A. Organizational.
Q. Other than collecting royalties and organizational purposes, are there any other reasons that you include ISRC codes in videos that contain your works?
A. I don't think so.
Q. How did you determine that YouTube had -- YouTube's automated procedure had stripped the ISRC codes from your uploaded video?
A. I did an experiment to validate that, and that was the conclusion of the experiment.
Q. What was the experiment?