# EXHIBIT 4

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3                 SAN FRANCISCO DIVISION
 4
 5    MARIA SCHNEIDER, UNIGLOBE   )
      ENTERTAINMENT, LLC, and     )
 6    AST PUBLISHING LTD.,        )
      individually and on         )
 7    behalf of all others        )
      similarly situated,         )
 8                                )
                 Plaintiffs,      )
 9                                )
               vs.                )  No.  3:20-cv-4423
10                                )
      YOUTUBE, LLC; and GOOGLE    )
11    LLC,                        )
                                  )
12               Defendants.      )
      --------------------------  )
13
14
15                    June 23, 2022
16                    9:28 a.m.
17
18         Deposition of MARIE LE CLAIRE, held at
19    the offices of Wilson Sonsini Goodrich &
20    Rosati, 1301 Avenue of the Americas, New York,
21    New York, pursuant to subpoena, before
22    Laurie A. Collins, a Registered Professional
23    Reporter and Notary Public of the State of New
24    York.
25
                                              Page 1
```

**Page 186**

1 recording for archival purposes and then someone
2 at the venue then watched the video?
3       MR. ZELCS: Objection, form.
4    A.  I think that would be pretty extreme
5 to -- it seems to me it would be unreasonable to    03:13:19
6 believe that somebody who's actively recording a
7 performance wouldn't see it even if it was just
8 while they were recording it.
9    Q.  So using the recording would be
10 permitted under the terms of the contract?    03:13:42
11       MR. ZELCS: Objection, form.
12    A.  It's sort of splitting hairs. I can't
13 say it's something that we -- that I've ever
14 discussed in great detail.
15    Q.  Apart from these provisions that permit    03:13:59
16 recordings to be made for archival purposes, do
17 the contracts at the venues that you negotiate as
18 a booking agent also include provisions that
19 permit the venue to use short clips of
20 Ms. Schneider's work to promote her concerts?    03:14:15
21    A.  There are probably some contracts that
22 request permission to use short clips.
23    Q.  Are there any contracts that you've
24 been involved in negotiating for Ms. Schneider
25 that give permission to venues to use short clips    03:14:36

**Page 187**

1 of her works?
2    A.  Perhaps, but I couldn't recall any
3 particular one.
4       (Le Claire Exhibit 17, e-mails, Bates-
5       stamped SCHNEIDER_83884, marked for
6       identification.)
7    Q.  Ms. Le Claire, you've just been shown
8 Le Claire Exhibit 17. It's an e-mail dated April
9 17th, 2014 -- or e-mail chain. The Bates number
10 SCHNEIDER_83884.    03:15:38
11       Did -- who wrote The Love Theme from
12 Spartacus?
13    A.  I can't remember, and I should know.
14    Q.  Did Ms. Schneider write The Love Theme
15 From Spartacus?    03:16:17
16    A.  No.
17    Q.  Did she own the copyright for Love
18 Theme from Spartacus?
19    A.  No.
20    Q.  Now, this person wrote to I guess    03:16:23
21 Ms. Schneider, but you ended up responding from
22 Ms. Schneider's account; is that right?
23    A.  Yes.
24    Q.  And you say, This is Maria's assistant
25 Marie. We don't sell that because we weren't able    03:16:39

**Page 188**

1 to secure the rights; is that right?
2    A.  Yes.
3    Q.  So in April 2014 Ms. Schneider didn't
4 have the rights to sell the score to Love Theme
5 From Spartacus; is that right?    03:16:54
6    A.  Yes.
7    Q.  Then you go on to say in this e-mail:
8 Maria, laughing, said I can send you the score and
9 that to make it up to her you can buy one at some
10 point that we do offer. Deal? Please see the    03:17:05
11 score attached. It looks like there's a file
12 attached to the e-mail: Spartacus - score
13 08-28-07; is that right?
14    A.  Yes.
15    Q.  So did you have the rights to send this    03:17:18
16 person a copy of the score to Love Theme From
17 Spartacus?
18    A.  I believe so, because we weren't
19 selling it to him. It was Maria's arrangement.
20    Q.  So you thought you could give the score    03:17:31
21 away --
22    A.  Yes.
23    Q.  -- but not sell the score?
24    A.  I would imagine that's what I thought,
25 because Maria asked me to send it to him.    03:17:43

**Page 189**

1    Q.  Now, why would it have been okay for
2 you to give the score away but not sell it?
3    A.  I don't know. Maria asked me to send
4 it to him, so I did.
5    Q.  Did you have the right or permission    03:17:59
6 from the owner of Love Theme From Spartacus to
7 make copies of the score?
8    A.  You would have to ask Maria.
9    Q.  Did you ask Maria whether she had the
10 right to make copies of the score for Love Theme    03:18:13
11 From Spartacus?
12    A.  I don't remember.
13    Q.  You did know that you didn't have the
14 right to sell the score; is that right?
15    A.  Yes.    03:18:27
16    Q.  But you didn't know whether you had the
17 right to give it away; is that right?
18    A.  That's right.
19    Q.  So elsewhere on the first page of
20 Le Claire Exhibit 17 you wrote, She was joking,    03:18:47
21 especially if you already buy her scores. She's
22 happy to share it. She takes licensing and
23 copyright seriously.
24       Were you being sarcastic?
25    A.  I don't think so.    03:19:05

48 (Pages 186 - 189)

| | | | |
|---|---|---|---|
| 1 | Q. What did you mean when you said, She | 1 | A. No. |
| 2 | takes licensing and copyright seriously? | 2 | Q. Have you ever heard of Naomi Cooper? |
| 3 | A. I mean exactly that. That's why she | 3 | A. No. |
| 4 | wouldn't have sold it to him. But beyond that I | 4 | Q. Have you ever heard of Namrata Singh |
| 5 | don't remember.         03:19:26 | 5 | Gujral Cooper?         03:22:45 |
| 6 | Q. So she takes licensing and copyright | 6 | A. No. |
| 7 | seriously, but you don't know whether you had the | 7 | Q. Have you ever heard of Pirate Monitor? |
| 8 | license to make a copy of the score and give it | 8 | A. No. |
| 9 | away for free? | 9 | Q. Have you ever heard of Gábor Csupó? |
| 10 | A. No. It wasn't my call.       03:19:40 | 10 | A. No.         03:22:58 |
| 11 | Q. Do you know what metadata is? | 11 | Q. Have you ever heard of AST Publishing |
| 12 | A. I have very, very limited knowledge | 12 | Ltd.? |
| 13 | about what that is. | 13 | A. No. |
| 14 | Q. Have you ever edited the metadata of a | 14 | Q. Have you ever heard of IP, LLC? |
| 15 | file?         03:20:20 | 15 | A. No.         03:23:10 |
| 16 | A. No. | 16 | Q. How did you first learn about this |
| 17 | Q. Have you ever inspected the metadata of | 17 | lawsuit? |
| 18 | a file? | 18 | A. At some point Maria called me to tell |
| 19 | A. No. | 19 | me that it was happening and that I was going to |
| 20 | Q. Have you ever used metadata to locate   03:20:25 | 20 | be contacted by George because it was likely that   03:23:35 |
| 21 | videos containing Ms. Schneider's work? | 21 | I was going to have to provide documents and |
| 22 | A. No. | 22 | files. |
| 23 | Q. Have you ever attempted to use metadata | 23 | Q. And by "George," did that refer to |
| 24 | to locate videos containing Ms. Schneider's work? | 24 | Mr. Zelcs? |
| 25 | A. No.         03:20:41 | 25 | A. Yes.         03:23:58 |
| | Page 190 | | Page 192 |
| 1 | Q. You're a videographer; right? | 1 | Q. Did you provide documents and files to |
| 2 | A. I was. | 2 | Ms. Schneider? |
| 3 | Q. And when you were preparing videos, | 3 | A. No. |
| 4 | editing them, making them into nice polished | 4 | Q. Did Ms. Schneider ever ask you to |
| 5 | productions, would you ever edit the metadata of a  03:20:57 | 5 | provide her or her counsel with documents or       03:24:10 |
| 6 | file? | 6 | files? |
| 7 | A. I wouldn't know how to. I don't know | 7 | A. I don't believe Maria asked me to send |
| 8 | how to. | 8 | her files after the fact, not that I can remember. |
| 9 | Q. So you don't know what metadata is | 9 | Q. Did Ms. Schneider ask you to send her |
| 10 | associated with the videos that you personally   03:21:05 | 10 | files before the fact?         03:24:31 |
| 11 | uploaded to YouTube? | 11 | A. Not that I can remember. |
| 12 | A. No, because I couldn't -- I couldn't | 12 | Q. Did anyone contact you about providing |
| 13 | give you an accurate description of what it even | 13 | documents and files to Ms. Schneider? |
| 14 | is, really. | 14 | A. Sending files to Maria? |
| 15 | Q. When you uploaded videos to YouTube,   03:21:16 | 15 | Q. Yes.         03:24:48 |
| 16 | did you make any attempt to put information | 16 | A. Not that I can recall. I mean, not |
| 17 | identifying the artists or the title of the song | 17 | outside her just -- you know, it's quite possible |
| 18 | or any copyright-related information into the | 18 | she sent me an e-mail and asked, Can you send me a |
| 19 | metadata? | 19 | file of something, and me not knowing, but... |
| 20 | A. I don't know how to do that.       03:21:36 | 20 | Q. So you're saying that she may have       03:25:10 |
| 21 | Q. Did Ms. Schneider ever ask you to do | 21 | asked you for documents since the lawsuit was |
| 22 | that? | 22 | filed but you're not aware of any instance in |
| 23 | A. I don't believe so. | 23 | which she specifically said, Hey, can you give me |
| 24 | Q. Have you ever heard of Uniglobe | 24 | this document for the lawsuit? |
| 25 | Entertainment, LLC?         03:22:35 | 25 | A. No, I can't -- no. I mean, it's not   03:25:22 |
| | Page 191 | | Page 193 |

49 (Pages 190 - 193)