# EXHIBIT 7

George A. Zelcs *(pro hac vice)*
  gzelcs@koreintillery.com
Randall P. Ewing, Jr. *(pro hac vice)*
  rewing@koreintillery.com
Ryan Z. Cortazar *(pro hac vice)*
  rcortazar@koreintillery.com
**KOREIN TILLERY, LLC**
205 North Michigan, Suite 1950
Chicago, IL  60601
Telephone: (312) 641-9750
Facsimile: (312) 641-9751

Stephen M. Tillery *(pro hac vice)*
  stillery@koreintillery.com
Steven M. Berezney, CA Bar #329923
  sberezney@koreintillery.com
Carol O'Keefe *(pro hac vice)*
  cokeefe@koreintillery.com
**KOREIN TILLERY, LLC**
505 North 7th Street, Suite 3600
St. Louis, MO  63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

Joshua Irwin Schiller, CA Bar #330653
  jischiller@bsfllp.com
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery St., 41st Floor
San Francisco, CA  94104
Telephone:  (415) 293-6800
Facsimile: (415) 293-6899

Philip C. Korologos *(pro hac vice)*
  pkorologos@bsfllp.com
Joanna Wright *(pro hac vice)*
  jwright@bsfllp.com *(pro hac vice)*
**BOIES SCHILLER FLEXNER LLP**
55 Hudson Yards, 20th Floor
New York, NY  10001
Telephone:  (212) 446-2300
Facsimile: (212) 446-2350

*Attorneys for Maria Schneider and
Pirate Monitor, LTD*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

MARIA SCHNEIDER and PIRATE MONITOR LTD, individually and on behalf of all others similarly situated;

      Plaintiffs,

      vs.

YOUTUBE, LLC; and GOOGLE LLC;

      Defendants.

CASE NO.  5:20-cv-4423

**PLAINTIFF MARIA SCHNEIDER'S FIRST AMENDED RESPONSES AND OBJECTIONS TO DEFENDANTS' FIRST AND SECOND SET OF INTERROGATORIES**

Pursuant to Federal Rules of Civil Procedure 26 and 33, Plaintiff Maria Schneider submits the following first amended responses and objections to Defendants YouTube, LLC ("YouTube") and Google LLC ("Google") (collectively "Defendants") First and Second Set of Interrogatories to Plaintiff Maria Schneider, dated October 12, 2020 and November 5, 2020, respectively (the "Requests"), in the above-captioned action (the "Action").

By submitting these Responses, Schneider does not concede or waive any arguments regarding the scope, relevance, and timing of any discovery in the Action.

Schneider reserves the right to amend or revise these Responses, including based on any responses or objections submitted by Defendants to any of Schneider's discovery requests. Schneider also asserts that any discovery obligations should be mutual between parties, so that if any of her objections are overridden, Defendants should be subject to the same scope of discovery, including definitions and instructions for discovery compliance.

## **GENERAL OBJECTIONS**

1.      Schneider objects to the Interrogatories to the extent they impose obligations in addition to those imposed by the Federal Rules of Civil Procedure, the Local Rules of this Court, any court governing discovery in this case, or any discovery protocol agreed upon by the parties.

2.      Schneider objects to the Interrogatories, and to each Definition and specific Request contained therein, insofar as they seek information not in her possession, custody, or control. Schneider further objects to the Requests to the extent they seek documents and information that she does not have the practical ability to obtain or which would be unreasonably burdensome to identify or to obtain.

3.      Schneider objects to the extent the Interrogatories seek information that is already in Defendants' possession, is equally accessible to Defendants, or is readily accessible to Defendants.

4.      Schneider further objects to the Interrogatories to the extent that the burden of deriving an answer from other sources of discovery will be substantially the same for Defendants as it is for her.

5.      Schneider objects to the Interrogatories to the extent they seek information that Defendants can obtain from sources that are more convenient, less burdensome, or less expensive.

6.      Schneider objects to the Interrogatories to the extent they seek information protected by the attorney/client privilege, the work-product doctrine, Rule 408 of the Federal Rules of Evidence, any common interest privilege, joint defense agreement or any other applicable privilege.

7.      Schneider further objects to the Interrogatories to the extent that they are vague and ambiguous, overly broad, unduly burdensome, lacking in particularity or unreasonable, or otherwise seek the discovery of information that is neither relevant to the claims or defenses of any party to this action nor reasonably calculated to lead to the discovery of admissible evidence

8.      Schneider objects to the Interrogatories to the extent they are propounded for the improper purpose of annoying or harassing her.

Schneider's responses are based solely on facts reasonably known to her at the time of responding to these Interrogatories. Schneider reserves the right to supplement, amend, or otherwise modify these responses.

---

3

SCHNEIDER'S AMENDED RESPONSES & OBJECTIONS TO DEFENDANTS' FIRST & SECOND SET OF INTERROGATORIES
5:20-cv-4423

## OBJECTIONS TO DEFINITIONS

Schneider objects to the definition of "Works In Suit" to the extent it requires her to assert that a copyright for a specific work has been infringed prior to discovery. Schneider responds for all works for which she holds copyrights.

### SPECIFIC OBJECTIONS AND RESPONSES

**INTERROGATORY NO. 1: Identify each Work In Suit by title, author, owner, date of creation and United States copyright registration number, if applicable.**

**OBJECTIONS AND RESPONSE:**  Plaintiff Maria Schneider identifies the following Works In Suit:

- "Wyrgly," authored and owned by Maria Schneider, 1989, PAu001628584
- "Evanescence," authored and owned by Maria Schneider, 1991, PAu001628588
- "Gumba blue," authored and owned by Maria Schneider, 1984, PAu001275028
- "Some circles," authored and owned by Maria Schneider, 1992, PAu001628581
- "Green piece," authored and owned by Maria Schneider, 1987, PAu001628590
- "Gush," authored and owned by Maria Schneider, 1992, PAu001803810
- "My lament," authored and owned by Maria Schneider, 1990, PAu001734757
- "Dance, you monster, to my soft song," authored and owned by Maria Schneider, 1991, PAu001628585
- "Last season," authored and owned by Maria Schneider, 1985, PAu001628586
- "El viento," authored and owned by Maria Schneider, 1994, PAu001952212
- "Scenes from childhood," authored and owned by Maria Schneider, 1995, PA0001213212
- "Waxwing," authored and owned by Maria Schneider, 1993, PAu001917961
- "Lately," authored and owned by Maria Schneider, 1988, PAu001275027
- "The willow," authored and owned by Maria Schneider, 1990, PAu001628587
- "Bird count," authored and owned by Maria Schneider,  1985, PAu001628589
- "Hang gliding," authored and owned by Maria Schneider, 1999, PA0001213206

1    • "Nocturne," authored and owned by Maria Schneider, 1999, PA0001213211

2    • "Allegresse," authored and owned by Maria Schneider, 1997, PA0001213207

3    • "Dissolution," authored and owned by Maria Schneider, 1998, PA0001213208

4    • "Journey home," authored and owned by Maria Schneider, 1999, PA0001213209

5    • "Sea of Tranquility," authored and owned by Maria Schneider, 1999, PA0001213210

6    • "Concert in the garden," authored and owned by Maria Schneider, 2004, SR000356519

7    • "Three romances," authored and owned by Maria Schneider, 2001, PAu002834604

8    • "Buleria , solea y rumba," authored and owned by Maria Schneider, 2004, PA0001234652

9    • "Divided by two," authored and owned by Maria Schneider, 1994, PAu001856405

10   • "Now and then," authored and owned by Maria Schneider, 1984, PAu001628583

11   • "In a pinch," authored and owned by Maria Schneider, 1990, PAu001628582

12   • "This 'n that," authored and owned by Maria Schneider, 1991, PAu001561822

13   • "Coot stew," authored and owned by Maria Schneider, 1990, PAu001561821

14   • "Swing street," authored and owned by Maria Schneider, 1990, PAu001561820

15   • "Baytrail shuffle," authored and owned by Maria Schneider, 1985, PAu001561819

16   • "City sunrise," authored and owned by Maria Schneider, 1991, PAu001561818

17   • "Samba solstice," authored and owned by Maria Schneider, 1985, PAu001058776

18   • "One for Tad," authored and owned by Maria Schneider, 1984, PAu001058775

19   • "Espino," authored and owned by Maria Schneider, 1985, PAu001058774

20   • "The grail," authored and owned by Maria Schneider, 1993, PAu001858957

21   • "Free fall," authored and owned by Maria Schneider, 1993, PAu001858918

22   • "Smooth talk," authored and owned by Maria Schneider, 1984, PA0000470172

23   • "Prairie dance," authored and owned by Maria Schneider, 1989, PA0000470171

24   • "Anthem," authored and owned by Maria Schneider, 1999, PAu002791175

25   • "Finding flight," authored and owned by Maria Schneider, 1997, PAu002791174

26

27

28

- "Evelyn," authored and owned by Maria Schneider, 2002, PAu002791173
- "Tranquilidade," authored and owned by Maria Schneider, 1997, PAu002791171
- "Recapitulation," authored and owned by Maria Schneider, 1996, PAu002169603
- "Returning," authored and owned by Maria Schneider, 1997, PAu002169602
- "Tork's café," authored and owned by Maria Schneider, 1996, PAu002169601
- "Alchemy," authored and owned by Maria Schneider, 1993, PAu001859397
- "The blasphemy," authored and owned by Maria Schneider, 1993, PAu001858967
- "SUE (OR IN A SEASON OF CRIME)," authored by David Bowie and Maria Schneider, owned by MSF Music, Jones/Tintoretto Entertainment Co. LLC, and Sherlock Holmes Music LTD., 2014, PA0002050446
- VIKINGS ANTHEM, Maria Schneider, Maria Schneider, 2018, SRu001327179
- "Sky Blue," authored and owned by Maria Schneider, 2004, PA0002270516
- "The Pretty Road," authored and owned by Maria Schneider, 2006, PA0002270589
- "Cerulean Skies," authored and owned by Maria Schneider, 2006, PA0002270520
- "Aires de Lando," authored and owned by Maria Schneider, 2006, PA0002270528
- "Rich's Piece," authored and owned by Maria Schneider, 2005, PA0002270518
- "Winter Morning Walks (9 songs for soprano, string orchestra, and jazz trio)," authored and owned by Maria Schneider, 2013, PA0002270978
- "Carlos Drummond de Andrade Stories (5 songs for soprano and chamber orchestra)," authored and owned by Maria Schneider, 2008, PA0002270977
- "Walking by Flashlight (instrumental big band arrangement)," authored and owned by Maria Schneider, 2013, PA0002273988
- "The Monarch and the Milkweed," authored and owned by Maria Schneider, 2014, PA0002270570
- "Arbiters of Evolution," authored and owned by Maria Schneider, 2012, PA0002270513

- "The Thompson Fields," authored and owned by Maria Schneider, 2009, PA0002270505
- "Home," authored and owned by Maria Schneider, 2012, PA0002270508
- "Nimbus," authored and owned by Maria Schneider, 2009, PA0002270507
- "A Potter's Song," authored and owned by Maria Schneider, 2013, PA0002270550
- "Lembrança," authored and owned by Maria Schneider, 2010, PA0002270579
- "A World Lost," authored and owned by Maria Schneider, 2019, PA0002270502
- "Don't Be Evil," authored and owned by Maria Schneider, 2017, PA0002270496
- "CQ CQ, Is Anybody There?," authored and owned by Maria Schneider, 2019, PA0002270585
- "Sputnik," authored and owned by Maria Schneider, 2018, PA0002270478
- "Data Lords," authored and owned by Maria Schneider, 2016, PA0002270498
- "Sanzenin," authored and owned by Maria Schneider, 2017, PA0002270484
- "Stone Song," authored and owned by Maria Schneider, 2019, PA0002270298
- "Look Up," authored and owned by Maria Schneider, 2019, PA0002270493
- "Braided Together," authored and owned by Maria Schneider, 2015, PA0002273985
- "Bluebird," authored and owned by Maria Schneider, 2016, PA0002270501
- "The Sun Waited for Me," authored and owned by Maria Schneider, 2016, PA0002273989
- "String Quartet No. 1," authored and owned by Maria Schneider, 2010, PAu004057365
- "Willow Lake," authored and owned by Maria Schneider, 2008, PA0002270525

**INTERROGATORY NO. 2: For each Work in Suit, identify every URL (uniform resource locator) within the YouTube service at which You contend content infringing the copyright for the Work in Suit has appeared.**

**OBJECTIONS AND RESPONSE:** Schneider maintains her objections to Interrogatory No. 2 to the extent that it imposes obligations in addition to those imposed by the Federal Rules of Civil Procedure, the Local Rules of this Court, and any court granting discovery in this case, or any discovery protocol agreed upon by the parties.

Schneider further objects to Interrogatory No. 2 to the extent that it requires her to identify all acts of infringement prior to the completion of discovery. The records that would enable Schneider to identify all specific acts of infringement are exclusively in the possession and control of YouTube and Google, including a database of videos and tools to identify acts of infringement, including, but not necessarily limited to, Content ID, or are more convenient, less burdensome, or less expensive for Defendants to obtain than Schneider. Schneider further objects to this Interrogatory because it is unduly burdensome for Schneider to identify all acts of infringement prior to other discovery.

Notwithstanding these objections, as of the date of this supplemental response Schneider has identified the following URLs for which Schneider presently contends that content infringing Schneider's Works in Suit has appeared:

| Work(s) in Suit | URL |
|---|---|
| Concert in the Garden | http://www.youtube.com/watch?v=e04yCOqalv8 |
| Evanescence | http://www.youtube.com/watch?v=mRlj6wqzW74 |
| Choro Dançado (First Movement of Three Romances) | http://www.youtube.com/watch?v=M-DlDYGAExs |
| Last Season | http://www.youtube.com/watch?v=FQq7XkFC0Do |
| Journey Home | http://www.youtube.com/watch?v=ASN9OqlqIXU |
| Bulería, Soleá y Rumba | http://www.youtube.com/watch?v=YIwyHj2Cn_Q |
| Bulería, Soleá y Rumba | http://www.youtube.com/watch?v=NML2WgRpVRc |
| Choro Dançado (First Movement of Three Romances) | http://www.youtube.com/watch?v=I9jiYSUhcPQ |
| Pas de Deux (Second Movement of Three Romances) | http://www.youtube.com/watch?v=I9jiYSUhcPQ |
| Pas de Deux (Second Movement of Three Romances) | http://www.youtube.com/watch?v=i8UlsGKsZM4 |

SCHNEIDER'S AMENDED RESPONSES & OBJECTIONS TO DEFENDANTS' FIRST & SECOND SET OF INTERROGATORIES
5:20-cv-4423

| | | |
|---|---|---|
| 1 | Dance, you monster, to my soft song | https://www.youtube.com/watch?v=nbp43Xm7H1U |
| 2 | El Viento | http://www.youtube.com/watch?v=5oYGhrUETFc |
| 3 | El Viento | http://www.youtube.com/watch?v=fc8kek2xGUc |
| 4 | Green Piece | http://www.youtube.com/watch?v=i8BC-LH-IMg |
| 5 | Green Piece | https://www.youtube.com/watch?v=pJToOM-kkH0 |
| 6 | Gumba Blue | https://www.youtube.com/watch?v=h53bJkTiEAk |
| 7 | Hang Gliding | http://www.youtube.com/watch?v=7jfjtKRDFQI |
| 8 | Hang Gliding | https://www.youtube.com/watch?v=TIUAdc1ksYM |
| 9 | Lately | http://www.youtube.com/watch?v=htmgVKwSpMg |
| 10 | Sea of Tranquility | http://www.youtube.com/watch?v=L0cMR-x8ufo |
| 11 | Gumba Blue | https://www.youtube.com/watch?v=Z9N68OSIqps |
| 12 | Journey Home | https://www.youtube.com/watch?v=RX6OLGPCsFc |
| 13 | Journey Home | https://www.youtube.com/watch?v=CiHIu-6hyXc |
| 14 | Hang Gliding | http://www.youtube.com/watch?v=2_YT4SvCPeo |
| 15 | Hang Gliding | https://www.youtube.com/watch?v=wdIW_AoTi_4 |
| 16 17 | Choro Dançado (First Movement of Three Romances) | http://www.youtube.com/watch?v=2tJegYsmlqU |
| 18 | Concert in the Garden | http://www.youtube.com/watch?v=AlJ6K1x9WIw |
| 19 | Nocturne | http://www.youtube.com/watch?v=TPKsQoQdtB |
| 20 21 | Dança Illusoria (Third Movement of Three Romances) | http://www.youtube.com/watch?v=bjuli8HHcYo |
| 22 23 | Coming About (Third Movement of Scenes from Childhood) | http://www.youtube.com/watch?v=RiGKxmxq3Qk |
| 24 | Gush | https://www.youtube.com/watch?v=nSk8IMTU5TE |
| 25 | Gumba Blue | http://www.youtube.com/watch?v=Ft3wa0bMAmE |

26

27

28

| | |
|---|---|
| Wyrgly | http://www.youtube.com/watch?v=oZgAVwfcUY0 |
| Wyrgly | https://www.youtube.com/watch?v=zjKng4A35y8 |
| Journey Home, Choro Dançado (First Movement of Three Romances), Evanescence, and Hang Gliding | http://www.youtube.com/watch?v=MZM5ekpurvA |
| Sky Blue | http://www.youtube.com/watch?v=NJy_RXOgsts |
| The Pretty Road | http://www.youtube.com/watch?v=AH3obBV5sEw |
| The Pretty Road | http://www.youtube.com/watch?v=T-p1kPrYN_8 |
| The Pretty Road | http://www.youtube.com/watch?v=EAJPUC0mgJ8 |
| Cerulean Skies | http://www.youtube.com/watch?v=n6U7zQLKe04 |
| Cerulean Skies | http://www.youtube.com/watch?v=JERfM3g0FnM |
| Cerulean Skies | http://www.youtube.com/watch?v=wmAzXaz_UaY |
| Aires de Lando | http://www.youtube.com/watch?v=CVelapFHllP0 |
| Arbiters of Evolution | https://www.youtube.com/watch?v=C3FD5pG3RMc |
| The Thompson Fields | https://www.youtube.com/watch?v=Z8cdqri2-r8 |
| The Thompson Fields | http://www.youtube.com/watch?v=EaY_KMBoJ3g |
| Walking by Flashlight | http://www.youtube.com/watch?v=o4rYUveHBZM |
| The Thompson Fields | http://www.youtube.com/watch?v=jPEFzfWrXHg |
| Walking by Flashlight | http://www.youtube.com/watch?v=P470eEhealc |
| Arbiters of Evolution | http://www.youtube.com/watch?v=C3FD5pG3RMc |
| Walking by Flashlight | http://www.youtube.com/watch?v=lICbkKWrf-I |

1  **INTERROGATORY NO. 3: For each Work In Suit, describe in detail the basis for Your claim**

2  **of copyright ownership, including an identification of all evidence upon which You base Your**

3  **claim of ownership.**

4  **OBJECTIONS AND RESPONSE:** Schneider is the registered copyright owner for every Work in

5  Suit identified in Interrogatory No. 1 with the exception of SUE (OR IN A SEASON OF CRIME).

6  For all Works in Suit, Schneider will prove ownership through the certificates of registration issued by

7  the U.S. Copyright Office. For SUE (OR IN A SEASON OF CRIME), Schneider will additionally

8  prove ownership through an assignment of legal rights to her from the registered owner.

9  **INTERROGATORY NO. 4: For each Work In Suit, identify by date, person, and agreement**

10  **every occasion on which any other person has been licensed or authorized to copy, display,**

11  **distribute, or publicly perform the work (or otherwise exercise any of the rights under Section**

12  **106 of the Copyright Act with respect to the work).**

13  **OBJECTIONS AND RESPONSE:** Schneider objects that this interrogatory is overbroad and seeks

14  information irrelevant to the claims and defenses in this lawsuit.

15  Subject to and without waiving these objections, Schneider is not aware of having licensed or

16  authorized any person to copy, display, distribute, or publicly perform the Works in Suit on YouTube,

17  except for:

18  1) authorizing the display of a performance by the Royal Academy of Music of "Dance, you monster,

19  to my soft song" and "Choro Dançado" to be publicly available for one month only and then unlisted

20  for an additional six months; and

21  2) authorizing on April 26, 2019, the display of a performance by Elmhurst College of an arrangement

22  of "Allegresse" to be publicly available.

23  **INTERROGATORY NO. 5: For each Work In Suit, identify every person or entity who has**

24  **ever been authorized to grant licenses to any of the rights set forth in Section 106 of the**

25

26

27

28

| | 11 | |
|---|---|---|

Copyright Act (*e.g.*, any music publisher, agent, performing rights organization, collection society, clearinghouse, or publishing administrator).

**OBJECTIONS AND RESPONSE**:  Schneider objects that Interrogatory No. 5 is overbroad and seeks information irrelevant to the claims and defenses in this lawsuit.

Subject to and without waiving these objections, the General Objections, or the Objections to Definitions, for the Works in Suit Schneider has authorized ASCAP to grant certain public performance rights. Schneider has retained ArtistShare Music Publishing as a publishing administrator that is contractually bound to seek and obtain her express written authorization separately for each and every such license granted.

**INTERROGATORY NO. 6**: Describe in detail the circumstances under which You first became aware of each alleged infringement identified in Your response to Interrogatory No. 2, including but not limited to the date and the manner in which the alleged infringement came to Your attention.

**OBJECTIONS AND RESPONSE**:  Schneider, acting alone or through her agents, identified the infringements in Interrogatory No. 2 by conducting searches for unauthorized copies of her work on YouTube. Schneider became aware of the alleged infringements identified in Interrogatory No. 2 on or shortly before the following dates:

| Work(s) in Suit | URL | Date |
|---|---|---|
| Concert in the Garden | http://www.youtube.com/watch?v=e04yCOqalv8 | 3/4/2013 |
| Cerulean Skies | http://www.youtube.com/watch?v=JERfM3g0FnM | 3/4/2013 |
| Cerulean Skies | http://www.youtube.com/watch?v=n6U7zQLKe04 | 3/4/2013 |
| Cerulean Skies | http://www.youtube.com/watch?v=wmAzXaz_UaY | 1/24/2019 |
| Sky Blue | http://www.youtube.com/watch?v=NJy_RXOgsts | 3/4/2013 |
| Evanescence | http://www.youtube.com/watch?v=mRlj6wqzW74 | 3/4/2013 |

| | | |
|---|---|---|
| Choro Dançado (First Movement of Three Romances) | http://www.youtube.com/watch?v=M-DlDYGAExs | 3/4/2013 |
| The Pretty Road | http://www.youtube.com/watch?v=AH3obBV5sEw | 3/4/2013 |
| Cerulean Skies | http://www.youtube.com/watch?v=n6U7zQLKe04 | 3/4/2013 |
| Last Season | http://www.youtube.com/watch?v=FQq7XkFC0Do | 3/4/2013 |
| Aires de Lando | http://www.youtube.com/watch?v=CVelapFHlP0 | 3/4/2013 |
| Journey Home | http://www.youtube.com/watch?v=ASN9OqlqIXU | 3/10/2014 |
| Bulería, Soleá y Rumba | http://www.youtube.com/watch?v=YIwyHj2Cn_Q | 3/10/2014 |
| Bulería, Soleá y Rumba | http://www.youtube.com/watch?v=NML2WgRpVRc | 3/10/2014 |
| Choro Dançado (First Movement of Three Romances) | http://www.youtube.com/watch?v=I9jiYSUhcPQ | 3/10/2014 |
| Pas de Deux (Second Movement of Three Romances) | http://www.youtube.com/watch?v=I9jiYSUhcPQ | 3/10/2014 |
| Pas de Deux (Second Movement of Three Romances) | http://www.youtube.com/watch?v=i8UlsGKsZM4 | 3/10/2014 |
| The Pretty Road | http://www.youtube.com/watch?v=T-p1kPrYN_8 | 3/10/2014 |
| The Pretty Road | http://www.youtube.com/watch?v=AH3obBV5sEw | 3/4/2013 |
| The Pretty Road | http://www.youtube.com/watch?v=EAJPUC0mgJ8 | 3/10/2014 |
| El Viento | http://www.youtube.com/watch?v=5oYGhrUETFc | 3/10/2014 |

13

| | | | |
|---|---|---|---|
| 1 | El Viento | http://www.youtube.com/watch?v=fc8kek2xGUc | 3/10/2014 |
| 2 | Green Piece | http://www.youtube.com/watch?v=i8BC-LH-IMg | 3/10/2014 |
| 3 | Hang Gliding | http://www.youtube.com/watch?v=7jfjtKRDFQI | 3/4/2013 |
| 4 | Lately | http://www.youtube.com/watch?v=htmgVKwSpMg | 3/11/2013 |
| 5 | Sea of Tranquility | http://www.youtube.com/watch?v=L0cMR-x8ufo | 5/7/2013 |
| 6 | Gumba Blue | https://www.youtube.com/watch?v=Z9N68OSIqps | 3/4/2016 |
| 7 | Journey Home | https://www.youtube.com/watch?v=RX6OLGPCsFc | 03/12/2014 |
| 8 | Hang Gliding | http://www.youtube.com/watch?v=2_YT4SvCPeo | 03/29/2016 |
| 9 | Hang Gliding | https://www.youtube.com/watch?v=wdIW_AoTi_4 | 3/4/2016 |
| 10 11 12 | Choro Dançado (First Movement of Three Romances) | http://www.youtube.com/watch?v=2tJegYsmlqU | 3/12/2014 |
| 13 14 | Concert in the Garden | http://www.youtube.com/watch?v=AlJ6K1x9WIw | 7/28/2015 |
| 15 | Nocturne | http://www.youtube.com/watch?v=TPKsQoQdtB | 8/14/2014 |
| 16 17 18 | Dança Illusoria (Third Movement of Three Romances) | http://www.youtube.com/watch?v=bjuli8HHcYo | 5/6/2015 |
| 19 20 21 | Coming About (Third Movement of Scenes from Childhood) | http://www.youtube.com/watch?v=RiGKxmxq3Qk | 5/6/2015 |
| 22 | Gumba Blue | http://www.youtube.com/watch?v=Ft3wa0bMAmE | 03/10/2014 |
| 23 | Wyrgly | http://www.youtube.com/watch?v=oZgAVwfcUY0 | 3/31/2017 |
| 24 | Gush | https://www.youtube.com/watch?v=nSk8IMTU5TE | 1/26/2016 |

25

26

27

28

| Journey Home, Choro Dançado (First Movement of Three Romances), Evanescence, and Hang Gliding | http://www.youtube.com/watch?v=MZM5ekpurvA | 3/10/2014 |
|---|---|---|
| Arbiters of Evolution | https://www.youtube.com/watch?v=C3FD5pG3RMc | 1/15/2016 |
| The Thompson Fields | https://www.youtube.com/watch?v=Z8cdqri2-r8 | 1/11/2016 |
| The Thompson Fields | http://www.youtube.com/watch?v=EaY_KMBoJ3g | 9/9/2015 |
| Walking by Flashlight | http://www.youtube.com/watch?v=o4rYUveHBZM | 8/9/2013 |
| The Thompson Fields | http://www.youtube.com/watch?v=jPEFzfWrXHg | 3/24/2017 |
| Walking by Flashlight | http://www.youtube.com/watch?v=P470eEhealc | 11/12/2015 |
| Arbiters of Evolution | http://www.youtube.com/watch?v=C3FD5pG3RMc | 1/14/2016 |
| Walking by Flashlight | http://www.youtube.com/watch?v=lICbkKWrf-I | 1/3/2018 |

Schneider objects that with respect to the below URLs, Interrogatory No. 6 calls for attorney-client communication and/or information protected by the work product doctrine with respect to the "manner" in which the infringements came to Schneider's attention. Schneider became aware of alleged infringements at the following URLs on or shortly before the following dates:

| Work(s) in Suit | URL | Date |
|---|---|---|
| Dance, you monster, to my soft song | https://www.youtube.com/watch?v=nbp43Xm7H1U | 02/22/2021 |
| Green Piece | https://www.youtube.com/watch?v=pJToOM-kkH0 | 02/22/2021 |
| Gumba Blue | https://www.youtube.com/watch?v=h53bJkTiEAk | 03/6/2018 |
| Hang Gliding | https://www.youtube.com/watch?v=TIUAdc1ksYM | 02/28/2020 |
| Journey Home | https://www.youtube.com/watch?v=CiHIu-6hyXc | 02/22/2021 |

| Wyrgly | https://www.youtube.com/watch?v=zjKng4A35y8 | 02/22/2021 |

**INTERROGATORY NO. 7**: Describe in detail each occasion on which each Work In Suit has been uploaded by You or with Your authorization to a website for online listening, purchase, distribution, or viewing, including but not limited to the name of the website, the location (URL) of the uploaded content, the identity of uploader, and the date of the upload.

**OBJECTIONS AND RESPONSE**:  Schneider objects that Interrogatory No. 7 is overbroad and seeks information irrelevant to the claims and defenses in this lawsuit. Schneider further objects that the term "online listening" is vague and can encompass any number of activities.

**INTERROGATORY NO. 8**: Describe in detail each occasion on which each Work In Suit was uploaded in whole or in part to the YouTube service by You or with Your authorization, including identification of the URL of the uploaded video, the identity of the uploader, the date of each such authorized upload, and (if applicable) the date the uploaded video was removed from YouTube.

**OBJECTIONS AND RESPONSE**:  Schneider is not aware of any occasion on which she uploaded or authorized the upload of any of her Works in Suit to YouTube, except for:

 1) authorizing on October 11, 2020, the display of a performance by the Royal Academy of Music of "Dance, you monster, to my soft song" and "Choro Dançado" to be publicly available for one month only and then unlisted for an additional six months; and

2) authorizing on April 26, 2019, the display of a performance by Elmhurst College of an arrangement of "Allegresse" to be publicly available.

**INTERROGATORY NO. 9**: Describe in detail each alleged violation of Section 1202 of the Copyright Act that you contend Defendants committed regarding your Works in Suit, including for each alleged violation, the specific Work In Suit on which CMI appeared, the specific CMI that Defendants allegedly removed, and the URL of the YouTube video displaying the content without the alleged CMI.

| | 16 | |

**OBJECTIONS AND RESPONSE:**  Schneider objects to Interrogatory No. 9 because it asks Schneider to identify specific violations of Section 1202 prior to the completion of discovery. The information necessary to identify violations of Section 1202 is entirely in Defendants' possession and control, including all information related to metadata attached to or removed from videos of Schneider's Works in Suit. Schneider further objects that it would be unduly burdensome to identify all instances of her Works in Suit uploaded to YouTube that have had CMI removed prior to the close of discovery.

Subject to and without waiving these objections, the General Objections, or the Objections to Definitions, Schneider has identified the following International Standard Musical Word Codes (ISWCs) and International Standard Recording Codes (ISRCs) associated with her Works in Suit.

| Work in Suit | ISWC | ISRC |
|---|---|---|
| Wyrgly (1989) | T-070.207.140-6 | USDBV0521941 |
| Evanescence (1991) | T-070.052.537-6 | USDBV0521942 |
| Gumba blue (1984) | T-070.069.210-9 | |
| Some Circles (1992) | T-070.170.723-4 HKI191528311 | HKI191528311 USDBV0521944 |
| Green Piece (1987) | T-070.068.783-7 | USDBV0521945 |
| Gush (1992) | T-070.069.211-0 | USDBV0521946 |
| My lament (1990) | T-070.117.505-4 | USDBV0521947 |
| Dance, you monster, to my soft song (1991) | T-070.045.290-9 | USDBV0521948 |
| Last Season (1985) | T-070.103.816-5 | USDBV0521949 |
| El Viento (1994) | T-070.196.568-5 | USDBV0800048 |

| | | |
|---|---|---|
| Scenes from Childhood (1995) | T-070.927.064-3 | HKI191528301 |
| | T0702584222 | HKI191528302 |
| | | HKI191528303 |
| | | USDBV0800050 |
| | | USDBV0800051 |
| | | USDBV0800052 |
| Waxwing(1993) | T-070.207.799-3 | USDBV0800054 |
| Lately (1988) | T-070.104.133-9 | |
| The Willow (1990) | T-070.207.112-2 | USDBV0505542 |
| Bird Count (1985) | T-070.018.841-5 | USDBV0505549 |
| Hang Gliding (1999) | T-071.063.355-8 | USQX91001088 |
| | | USDBV0422941 |
| Nocturne (1999) | T-071.186.305-6 | USDBV0422942 |
| Allegresse (1997) | T-071.056.878-7 | HKI191528304 |
| | | USDBV0422943 |
| Dissolution (1998) | Preferred: T-901.548.758-8 | HKI191528305 |
| | Archived: T-902.929.142-7 | USDBV0422944 |
| Journey Home (1999) | T-071.065.184-5 | USDBV0422945 |
| Sea of Tranquility (1999) | T-071.189.158-5 | USDBV0422946 |
| Concert in the Garden (2004) | T-072.610.974-5 | USDBV0400641 |
| Three Romances (2001) | T-072.702.661-0 | |
| Choro Dançado (2001) | T0715106776 | USDBV0400642 |
| | T9028532607 | |
| Pas de Deux (2001) | T-071.511.855-0 | USDBV0400643 |
| Dança Illusoria (2001) | T-902.869.611-9 | USDBV0400644 |

| | | | |
|---|---|---|---|
| 1 | Buleria, solea y rumba (2004) | T-072.599.782-9 | USDBV0400645 |
| 2 | Divided by two (1994) | T-072.764.674-3 | |
| 3 | Now and Then (1984) | T-070.155.915-0 | |
| 4 | In a pinch (1990) | T-070.086.707-7 | |
| 5 | This 'n That (1991) | T-070.188.537-1 | |
| 6 | Coot Stew (1990) | T-070.032.976-5 | |
| 7 | Swing Street (1990) | T-070.276.787-0 | |
| 8 | Baytrail Shuffle (1985) | T-070.018.273-5 | |
| 9 | City Sunrise (1991) | T-910.693.606-5 | |
| 10 | The Grail (1993) | T-901.549.075-2 | |
| 11 | Free fall (1993) | T-901.538.395-6 | |
| 12 | Smooth Talk (1984) | T-070.169.458-7 | |
| 13 | Prairie Dance (1989) | T-070.121.432-5 | |
| 14 | Anthem (1999) | T-901.540.126-0 | |
| 15 | Finding Flight (1997) | T-072.629.435-4 | |
| 16 | Tranquilidade (1997) | T-902.908.068-0 | |
| 17 | Recapitulation (1996) | T-902.875.974-2 | |
| 18 | Returning (1997) | T-901.547.918-2 | |
| 19 | Tork's Café (1996) | T-071.190.652-3 | |
| 20 | Alchemy (1993) | T-902.919.431-8 | |
| 21 | The blasphemy (1993) | T-901.535.745-6 | |
| 22 | The Pretty Road | T-072.711.532-3 | USDBV0700150 |
| 23 | Aires de Lando | T-072.598.674-2 | USDBV0700151 |
| 24 | Cerulean Skies | T-072.951.607-7 | USDBV0700153 |
| 25 | Sky Blue | T-072.689.872-1 | USDBV0700154 |

26

27 19

SCHNEIDER'S AMENDED RESPONSES & OBJECTIONS TO DEFENDANTS' FIRST & SECOND SET OF INTERROGATORIES
5:20-cv-4423

28

| | | |
|---|---|---|
| Rich's Piece | T-072.953.146-7 | USDBV0700152 |
| Winter Morning Walks (9 songs for soprano, string orchestra, and jazz trio) | T-906.348.264-4 | USDBV1301969-77 |
| Carlos Drummond de Andrade Stories (5 songs for soprano and chamber orchestra) | T-904.878.878-9 | USDBV1301978-82 |
| Walking by Flashlight (instrumental big band arrangement) | T-906.344.637-7 | USDBV1500021 |
| The Monarch and the Milkweed | T-916.048.968-9 | USDBV1500022 |
| Arbiters of Evolution | T-913.599.238-0 | USDBV1500023 |
| The Thompson Fields | T-903.263.802-1 | USDBV1500024 |
| Home | T-912.709.231-3 | USDBV1500025 |
| Nimbus | T-903.264.116-0 | USDBV1500026 |
| A Potter's Song | T-913.595.325-2 | USDBV1500027 |
| Lembranca | T-905.024.027-2 | USDBV1500028 |
| A World Lost | T-928.079.796-8 | CD WAV 44.1: USDBV2011100 Download MP3: USDBV2011133 |
| Don't Be Evil | T-922.989.011-3 | CD WAV 44.1: USDBV2011101 |

| | | Download MP3: |
| | | USDBV2011134 |
| CQ CQ, Is Anybody There? | T-929.780.286-9 | CD WAV 44.1: |
| | | USDBV2011102 |
| | | Download MP3: |
| | | USDBV2011134 |
| Sputnik | T-927.345.266-7 | CD WAV 44.1: |
| | | USDBV2011103 |
| | | Download MP3: |
| | | USDBV2011136 |
| Data Lords | T-919.419.996-7 | CD WAV 44.1: |
| | | USDBV2011104 |
| | | Download MP3: |
| | | USDBV2011137 |
| Sanzenin | T-922.989.008-8 | CD WAV 44.1: |
| | | USDBV2011105 |
| | | Download MP3: |
| | | USDBV2011138 |
| Stone Song | T-927.345.237-2 | CD WAV 44.1: |
| | | USDBV2011106 |
| | | Download MP3: |
| | | USDBV2011139 |
| Look Up | T-929.780.293-8 | CD WAV 44.1: |
| | | USDBV2011107 |

| | | Download MP3: USDBV2011140 |
|---|---|---|
| Braided Together | T-929.780.329-3 | CD WAV 44.1: USDBV2011108 Download MP3: USDBV2011141 |
| Bluebird | T-919.419.997-8 | CD WAV 44.1: USDBV2011109 Download MP3: USDBV2011142 |
| The Sun Waited for Me | T-929.780.319-1 | CD WAV 44.1: USDBV2011110 Download MP3: USDBV2011143 |
| String Quartet No. 1 | T-903.523.822-3 | |
| Willow Lake | T-902.855.444-1 | |
| SUE (OR IN A SEASON OF CRIME)- David Bowie and Schneider (2014) | Preferred: T-915.650.197-2 Archived: T-916.225.025-1 | |

22

**VERIFICATION**

Maria Schneider has read the foregoing responses to Defendants' Interrogatories and states that the answers contained therein are true to the best of her knowledge, information, and belief.


Signed: /s/ Maria Schneider


Dated: 3/08/2021

SCHNEIDER'S AMENDED RESPONSES & OBJECTIONS TO DEFENDANTS' FIRST & SECOND SET OF INTERROGATORIES
5:20-cv-4423

Dated: March 8, 2021

Respectfully submitted,

/s/ Randall P. Ewing, Jr.
George A. Zelcs (*pro hac vice*)
Randall P. Ewing, Jr. (*pro hac vice*)
Ryan Z. Cortazar (*pro hac vice*)
**KOREIN TILLERY, LLC**
205 North Michigan, Suite 1950
Chicago, IL  60601
Telephone: (312) 641-9750
Facsimile: (312) 641-9751

Stephen M. Tillery (*pro hac vice*)
Steven M. Berezney, CA Bar #329923
Michael E. Klenov, CA Bar #277028
Carol O'Keefe (*pro hac vice*)
**KOREIN TILLERY, LLC**
505 North 7th Street, Suite 3600
St. Louis, MO  63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

Joshua Irwin Schiller, CA Bar #330653
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery St., 41st Floor
San Francisco, CA  94104
Phone: (415) 293-6800
Fax: (415) 293-6899

Philip C. Korologos (*pro hac vice*)
Joanna C. Wright (*pro hac vice*)
**BOIES SCHILLER FLEXNER LLP**
55 Hudson Yards, 20th Floor
New York, NY  10001
Phone: (212) 446-2300
Fax: (212) 446-2350

*Attorneys for Maria Schneider and
Pirate Monitor LTD*

---