# EXHIBIT 9

George A. Zelcs *(pro hac vice)*
  gzelcs@koreintillery.com
Randall P. Ewing, Jr. *(pro hac vice)*
  rewing@koreintillery.com
Ryan Z. Cortazar *(pro hac vice)*
  rcortazar@koreintillery.com
**KOREIN TILLERY, LLC**
205 North Michigan, Suite 1950
Chicago, IL  60601
Telephone: (312) 641-9750
Facsimile: (312) 641-9751

Stephen M. Tillery *(pro hac vice)*
  stillery@koreintillery.com
Steven M. Berezney, CA Bar #329923
  sberezney@koreintillery.com
Michael E. Klenov, CA Bar #277028
  mklenov@koreintillery.com
Carol O'Keefe *(pro hac vice)*
  cokeefe@koreintillery.com
**KOREIN TILLERY, LLC**
505 North 7th Street, Suite 3600
St. Louis, MO  63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

Joshua Irwin Schiller, CA Bar #330653
  jischiller@bsfllp.com
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery St., 41st Floor
San Francisco, CA  94104
Telephone:  (415) 293-6800
Facsimile: (415) 293-6899

Philip C. Korologos *(pro hac vice)*
  pkorologos@bsfllp.com
Joanna C. Wright *(pro hac vice)*
  jwright@bsfllp.com
Demetri Blaisdell *(pro hac vice)*
  dblaisdell@bsfllp.com
**BOIES SCHILLER FLEXNER LLP**
55 Hudson Yards, 20th Floor
New York, NY  10001
Telephone:  (212) 446-2300
Facsimile: (212) 446-2350


*Attorneys for Maria Schneider*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING LTD., individually and on behalf of all others similarly situated; <br><br>         Plaintiffs, <br><br>         vs. <br><br> YOUTUBE, LLC, and GOOGLE LLC; <br><br>         Defendants. | CASE NO. 3:20-cv-4423-JD <br><br> **PLAINTIFF MARIA SCHNEIDER'S AMENDED OBJECTIONS AND RESPONSES TO YOUTUBE AND GOOGLE'S INTERROGATORIES 1-9 TO PLAINTIFF MARIA SCHNEIDER** |

1    Pursuant to Federal Rules of Civil Procedure 26 and 33, Plaintiff Maria Schneider submits the
2  following amended responses and objections to Defendants' YouTube, LLC ("YouTube") and
3  Google LLC's ("Google") (collectively "Defendants") First through Ninth Interrogatories to Plaintiff
4  Maria Schneider, dated October 12, 2020, and November 5, 2020 (the "Requests"), in the above-
5  captioned action (the "Action").

6    By submitting these Responses, Schneider does not concede or waive any arguments regarding
7  the scope, relevance, and timing of any discovery in the Action.

8    Schneider reserves the right to amend or revise these Responses, including based on any
9  responses or objections submitted by Defendants to any of Schneider's discovery requests. Schneider
10 also asserts that any discovery obligations should be mutual between the parties, so that if any of her
11 objections are overridden, Defendants should be subject to the same scope of discovery, including
12 definitions and instructions for discovery compliance.

13                                  **GENERAL OBJECTIONS**

14    1.    Schneider objects to the Interrogatories to the extent they impose obligations in
15 addition to those imposed by the Federal Rules of Civil Procedure, the Local Rules of this Court, any
16 court governing discovery in this case, or any discovery protocol agreed upon by the parties.

17    2.    Schneider objects to the Interrogatories, and to each Definition and specific Request
18 contained therein, insofar as they seek information not in her possession, custody, or control.
19 Schneider further objects to the Requests to the extent they seek documents and information that she
20 does not have the practical ability to obtain or which would be unreasonably burdensome to identify
21 or to obtain.

22    3.    Schneider objects to the extent the Interrogatories seek information that is already in
23 Defendants' possession, is equally accessible to Defendants, or is readily accessible to Defendants.

24    4.    Schneider further objects to the Interrogatories to the extent that the burden of
25 deriving an answer from other sources of discovery will be substantially the same for Defendants as
26 it is for her.

27

28

5. Schneider objects to the Interrogatories to the extent they seek information that Defendants can obtain from sources that are more convenient, less burdensome, or less expensive.

6. Schneider objects to the Interrogatories to the extent they seek information protected by the attorney/client privilege, the work-product doctrine, Rule 408 of the Federal Rules of Evidence, any common interest privilege, joint defense agreement or any other applicable privilege.

7. Schneider further objects to the Interrogatories to the extent that they are vague and ambiguous, overly broad, unduly burdensome, lacking in particularity or unreasonable, or otherwise seek the discovery of information that is neither relevant to the claims or defenses of any party to this action nor reasonably calculated to lead to the discovery of admissible evidence.

8. Schneider objects to the Interrogatories to the extent they are propounded for the improper purpose of annoying or harassing her.

Schneider's responses are based solely on facts reasonably known to her at the time of responding to these Interrogatories. Schneider reserves the right to supplement, amend, or otherwise modify these responses.

## SPECIFIC OBJECTIONS AND RESPONSES

**INTERROGATORY NO. 1:** **Identify each Work In Suit by title, author, owner, date of creation and United States copyright registration number, if applicable.**

**OBJECTIONS AND RESPONSE:** Plaintiff Maria Schneider identifies the following Works In Suit with respect to her infringement claims:

- "Wyrgly," authored and owned by Maria Schneider, 1989, PAu001628584
- "Evanescence," authored and owned by Maria Schneider, 1991, PAu001628588
- "Gumba blue," authored and owned by Maria Schneider, 1984, PAu001275028
- "Some circles," authored and owned by Maria Schneider, 1992, PAu001628581
- "Green piece," authored and owned by Maria Schneider, 1987, PAu001628590
- "Gush," authored and owned by Maria Schneider, 1992, PAu001803810

1  • "My lament," authored and owned by Maria Schneider, 1990, PAu001734757

2  • "Dance you monster to my soft song," authored and owned by Maria Schneider, 1991,

3  PAu001628585

4  • "Last season," authored and owned by Maria Schneider, 1985, PAu001628586

5  • "El viento," authored and owned by Maria Schneider, 1994, PAu001952212

6  • "Scenes from childhood," authored and owned by Maria Schneider, 1995, PA0001213212

7  • "Waxwing," authored and owned by Maria Schneider, 1993, PAu001917961

8  • "Lately," authored and owned by Maria Schneider, 1988, PAu001275027

9  • "The willow," authored and owned by Maria Schneider, 1990, PAu001628587

10  • "Bird count," authored and owned by Maria Schneider, 1985, PAu001628589

11  • "Hang gliding," authored and owned by Maria Schneider, 1999, PA0001213206

12  • "Nocturne," authored and owned by Maria Schneider, 1999, PA0001213211

13  • "Allegresse," authored and owned by Maria Schneider, 1997, PA0001213207

14  • "Dissolution," authored and owned by Maria Schneider, 1998, PA0001213208

15  • "Journey home," authored and owned by Maria Schneider, 1999, PA0001213209

16  • "Sea of Tranquility," authored and owned by Maria Schneider, 1999, PA0001213210

17  • "Concert in the garden," authored and owned by Maria Schneider, 2004, SR0000356519

18  • "Three romances," authored and owned by Maria Schneider, 2001, PAu002834604

19  • "Buleria, solea y rumba," authored and owned by Maria Schneider, 2004, PA0001234652

20  • "Divided by two," authored and owned by Maria Schneider, 1994, PAu001856405

21  • "In a pinch," authored and owned by Maria Schneider, 1990, PAu001628582

22  • "This 'n that," authored and owned by Maria Schneider, 1991, PAu001561822

23  • "Coot stew," authored and owned by Maria Schneider, 1990, PAu001561821

24  • "Swing street," authored and owned by Maria Schneider, 1990, PAu001561820

25  • "Baytrail shuffle," authored and owned by Maria Schneider, 1985, PAu001561819

26  • "City sunrise," authored and owned by Maria Schneider, 1991, PAu001561818

27

• "Samba solstice," authored and owned by Maria Schneider, 1985, PAu001058776

• "Smooth talk," authored and owned by Maria Schneider, 1984, PA0000470172

• "Prairie dance," authored and owned by Maria Schneider, 1989, PA0000470171

• "Anthem," authored and owned by Maria Schneider, 1999, PAu002791175

• "Finding flight," authored and owned by Maria Schneider, 1997, PAu002791174

• "Tranquilidade," authored and owned by Maria Schneider, 1997, PAu002791171

• "Recapitulation," authored and owned by Maria Schneider, 1996, PAu002169603

• "Returning," authored and owned by Maria Schneider, 1997, PAu002169602

• "Tork's café," authored and owned by Maria Schneider, 1996, PAu002169601

• "SUE (OR IN A SEASON OF CRIME)," co-authored by David Bowie, Maria Schneider, Paul Bateman, and Bob Bharma, owned by MSF Music, Jones/Tintoretto Entertainment Co. LLC, and Sherlock Holmes Music LTD., 2014, PA0002050446

• "The grail," composition co-authored and co-owned by Maria Schneider with Nora York, 1993, PAu001858957

• "Alchemy," composition co-authored and co-owned by Maria Schneider with Nora York, 1993, PAu001859397

**INTERROGATORY NO. 2: For each Work In Suit, identify every URL (uniform resource locator) within the YouTube service at which You contend content infringing the copyright for the Work in Suit has appeared.**

**OBJECTIONS AND RESPONSE:**

The URLs for which Schneider contends that content infringing her works at issue have appeared are set forth in Schneider's November 29, 2021, February 25, 2022, and July 5, 2022 Lists of Infringement, including any amendments of those Lists.

**INTERROGATORY NO. 3: For each Work In Suit, describe in detail the basis for Your claim of copyright ownership, including an identification of all evidence upon which You base Your claim of ownership.**

1   **OBJECTIONS AND RESPONSE:** Schneider is a registered copyright owner for every Work in

2   Suit identified in Interrogatory No. 1 with the exception of SUE (OR IN A SEASON OF CRIME).

3   For all Works in Suit, Schneider will prove ownership through the certificates of registration issued by

4   the U.S. Copyright Office. For SUE (OR IN A SEASON OF CRIME), Schneider will additionally

5   prove ownership through an assignment of legal rights to her from the registered owner.

6   **INTERROGATORY NO. 4: For each Work In Suit, identify by date, person, and agreement**

7   **every occasion on which any other person has been licensed or authorized to copy, display,**

8   **distribute, or publicly perform the work (or otherwise exercise any of the rights under Section**

9   **106 of the Copyright Act with respect to the work).**

10   **OBJECTIONS AND RESPONSE:** Schneider objects that this Interrogatory is overbroad and

11   seeks information irrelevant to the claims and defenses in this lawsuit.

12       Subject to and without waiving these objections, Schneider is not aware of having licensed or

13   authorized any person to copy, display, distribute, or publicly perform the Works in Suit on YouTube,

14   except for:

15   1) authorizing on October 11, 2020, the display of a performance by the Royal Academy of Music of

16   "Dance you monster to my soft song" and "Choro Dançado" to be publicly available for one month

17   only and then unlisted for an additional six months;

18   2) authorizing on April 26, 2019, the display of a performance by Elmhurst College of a unique

19   arrangement of "Allegresse" for guitar ensemble to be publicly available;

20   3) authorizing on October 22, 2012, the display of a performance by the Fresno Jazz Composers

21   Orchestra of "Last Season"; and

22   4) authorizing on October 6, 2012, the display of a performance of "Evanescence" by the Colours

23   Jazz Orchestra to be unlisted.

24   **INTERROGATORY NO. 5: For each Work In Suit, identify every person or entity who has**

25   **ever been authorized to grant licenses to any of the rights set forth in Section 106 of the**

26   **Copyright Act (e.g., any music publisher, agent, performing rights organization, collection**

27

1  society, clearinghouse, or publishing administrator).

2  **OBJECTIONS AND RESPONSE:** Schneider objects that Interrogatory No. 5 is overbroad and

3  seeks information irrelevant to the claims and defenses in this lawsuit.

4  　　　　Subject to and without waiving these objections, the General Objections, or the Objections to

5  Definitions, for the Works in Suit Schneider has authorized ASCAP to grant certain public performance

6  rights. Schneider has retained ArtistShare Music Publishing as a publishing administrator that is

7  contractually bound to seek and obtain her express written authorization separately for each and every

8  such license granted.

9  **INTERROGATORY NO. 6: Describe in detail the circumstances under which You first**

10 **became aware of each alleged infringement identified in Your response to Interrogatory No.**

11 **2, including but not limited to the date and the manner in which the alleged infringement**

12 **came to Your attention.**

13 **OBJECTIONS AND RESPONSE:** Schneider objects that this Interrogatory is unduly burdensome,

14 seeks irrelevant information, and calls for information protected by privileges. Subject to and without

15 waiving those objections, Schneider responds that she became aware of the following videos identified

16 in her list of infringements on or shortly before the following dates:

17

18
| Video ID | Date |
| --- | --- |
| jxg8bkMVs80 | May 14, 2019 |
| 0GijvVT8E44 | December 9, 2015 |
| wVD3i_Mz50Q | October 3, 2018 |
| KCT92cxPINM | March 6, 2018 |
| 0UgcuTp_6jI | November 12, 2008 |
| CsFd-3Ug-70 | April 5, 2018 |
| gvGoetSAdvM | October 3, 2018 |
| iLUjozjowyA | April 5, 2018 |
| 6H1EI2ivOQY | November 20, 2017 |
| mYC8eqZl4pY | April 5, 2018 |
| s34Oj_za7ZU | September 21, 2012 |
| 7H1Yddt2gbU | April 5, 2018 |
| GmCPHZiqZ_4 | November 16, 2009 |
| o51Yk6n6aIw | June 7, 2012 |
| bj34mMJKXNE | April 5, 2018 |

27

| | |
|---|---|
| h53bJkTiEAk | March 6, 2018 |
| i8qDiJpnYLk | March 18, 2010 |
| 2jKJNdGJpOA | April 5, 2018 |
| dhxeIKZqskg | October 14, 2020 |
| iduI_77k25Y | November 21, 2017 |
| JNbjrkRcWfU | February 4, 2014 |
| njbsZ2sevIs | March 10, 2013 |
| ZXlaXbI0Eqg | December 15, 2016 |
| UDbfm95WcUk | January 24, 2013 |
| J84Rqbebgv8 | November 21, 2017 |
| uapafgmFBvg | April 5, 2018 |
| qlhJWE0Okgs | October 7, 2016 |
| xU3h-zYCLkU | October 7, 2016 |
| uia54xZZSJY | October 12, 2014 |
| tYPU7t-hfKo | February 5, 2017 |
| dSFaHPfONcI | September 8, 2015 |
| Z9N68OSIqps | March 4, 2016 |
| 2_YT4SvCPeo | February 26, 2016 |
| wdIW_AoTi_4 | March 4, 2016 |
| AlJ6K1x9WIw | July 28, 2015 |
| bjuli8HHcYo | June 2, 2014 |
| RiGKxmxq3Qk | May 6, 2015 |
| nSk8IMTU5TE | January 26, 2016 |
| C3FD5pG3RMc | January 13, 2016 |
| Z8cdqri2-r8 | January 11, 2016 |
| EaY_KMBoJ3g | September 8, 2015 |
| jPEFzfWrXHg | March 24, 2017 |
| P470eEhealc | November 13, 2015 |
| k7BWXiMYJdE | February 27, 2017 |
| MZM5ekpurvA | March 11, 2014 |
| s486ogPgw8w | November 16, 2009 |
| WGOgXhqUOv0 | April 5, 2018 |
| 0h32JZX-6mM | April 5, 2018 |
| 33vXhTXfNEs | August 17, 2018 |
| XrKR5T8MPQQ | April 5, 2018 |
| ZfNjWC-J9dQ | October 3, 2018 |
| jUmxA2x8V_E | October 3, 2018 |
| 6_meisQfQRM | March 10, 2013 |
| F_pBEtaI1c0 | April 5, 2018 |
| z0J0PKKBWGI | July 5, 2017 |
| 2_6R2_ym0lU | April 5, 2018 |
| 2qhVGVAEkRk | April 5, 2018 |
| XiMEiJihyFg | October 3, 2018 |
| 67_ah73gu5w | October 5, 2017 |
| jD-vgLXihXE | October 20, 2015 |
| SaygoLgAe4Y | October 11, 2016 |

| | |
|---|---|
| QeuWiDIDEC8 | April 5, 2018 |
| 2GcpEgKR7pk | April 26, 2017 |
| 38cSEMHyIWM | April 26, 2017 |
| o7is3iGyF8Q | November 15, 2010 |
| unu5RGsToeI | March 10, 2013 |
| 4jQEbX0PJ0E | October 6, 2017 |
| 4tzCZ5jHMtA | April 5, 2018 |
| gOi2s3gX584 | November 21, 2017 |
| OjovWaymKk0 | October 6, 2017 |
| OQbUmCasz2s | February 16, 2012 |
| ZffGvuvWwBk | September 19, 2016 |
| JnvZ5YqCmkA | December 11, 2007 |
| 1EEkdOrB_Ko | February 18, 2016 |
| w4LrrKTMfN0 | June 22, 2020 |
| EtA6n9JpzLA | September 11, 2012 |
| G12e3KguIM8 | March 6, 2018 |
| JEHlGQrBoQk | October 6, 2017 |
| OvJO2dyroow | August 15, 2018 |
| pFnVIQVf5rA | April 5, 2018 |
| sP_RyLdK2uE | April 5, 2018 |
| -VV3QuF8Ajw | May 9, 2020 |
| Hcc054DjdLY | November 15, 2010 |
| O28Y6pwbA-Q | June 16, 2019 |
| OSab1Crbf_U | October 14, 2020 |
| yH7JUS8TY1M | November 21, 2016 |
| 3eA2lvKjIxw | November 15, 2010 |
| La9ElPIumhQ | December 12, 2013 |
| 8KKwsPvf1rE | December 12, 2013 |
| qDg8ZmbESmE | April 11, 2011 |
| 2wUkhTsAC0M | November 15, 2010 |
| VX3G65NVu1g | June 18, 2019 |
| e04yCOqalv8 | March 1, 2013 |
| mRlj6wqzW74 | March 1, 2013 |
| FQq7XkFC0Do | March 1, 2013 |
| ASN9OqlqIXU | March 10, 2014 |
| YIwyHj2Cn_Q | March 10, 2014 |
| NML2WgRpVRc | March 10, 2014 |
| I9jiYSUhcPQ | March 10, 2014 |
| i8UlsGKsZM4 | March 10, 2014 |
| 5oYGhrUETFc | March 10, 2014 |
| fc8kek2xGUc | March 10, 2014 |
| i8BC-LH-IMg | December 7, 2010 |
| 7jfjtKRDFQI | March 1, 2013 |
| htmgVKwSpMg | March 10, 2013 |
| L0cMR-x8ufo | May 5, 2013 |
| RX6OLGPCsFc | August 18, 2007 |

| | |
|---|---|
| 2tJegYsmlqU | August 18, 2007 |
| Ft3wa0bMAmE | March 11, 2014 |
| oZgAVwfcUY0 | March 31, 2017 |
| NJy_RXOgsts | March 1, 2013 |
| AH3obBV5sEw | March 1, 2013 |
| EAJPUC0mgJ8 | March 11, 2014 |
| n6U7zQLKe04 | March 1, 2013 |
| JERfM3g0FnM | March 1, 2013 |
| wmAzXaz_UaY | January 24, 2019 |
| CVelapFHlP0 | March 1, 2013 |
| o4rYUveHBZM | August 19, 2013 |
| lICbkKWrf-I | January 3, 2018 |
| mp3jyAIpXQM | December 12, 2013 |
| Fc7KMjwkILU | April 5, 2018 |
| FYyKploAjGA | February 26, 2018 |
| noOCWwfe44E | February 26, 2018 |
| 6UZdlk5mIwc | February 26, 2018 |
| 2Rl1MhhpbyM | February 26, 2018 |
| M-DlDYGAExs | March 1, 2013 |
| TIUAdc1ksYM | February 28, 2020 |
| BRv4M84WFCo | February 28, 2020 |
| VWxY2Suh5QY | February 28, 2020 |
| dxv5uH1i1A4 | February 28, 2020 |
| qNtRvI8aeas | February 28, 2020 |
| HrJjJukZoRU | February 28, 2020 |
| aMwhevPdpoM | February 28, 2020 |
| 1HOXysb3Qis | February 28, 2020 |
| bWzNqEHLww8 | February 28, 2020 |
| Hxe1Km0vo5g | February 28, 2020 |
| yiu1NcalCMs | February 28, 2020 |
| 5z3qs6qNAg4 | February 28, 2020 |
| f7XoyThF9cs | February 28, 2020 |
| 9ZZf2_XX4Lk | February 28, 2020 |
| gxabL31wWCw | February 28, 2020 |
| V1km88MConA | February 28, 2020 |

For all videos that Schneider became aware of prior to February 28, 2020, Schneider or her agents identified the above videos by conducting searches for unauthorized copies of her work on YouTube and/or Google using her name and/or the titles of the Works in Suit or by being alerted to the video by a third party. In those instances in which Schneider sent a takedown notice, Schneider became aware of the video on or shortly before the day the takedown notices were sent.

1      Schneider further responds that information about the circumstances in which she became

2 aware of infringements identified in response to Interrogatory No. 2 on or after February 2020 are to

3 at least some extent protected by the work-product doctrine and attorney-client privilege. Subject to

4 and without waiving this objection, Schneider responds that her litigation counsel used services

5 provided by Pex on a few of her works in February 2020. Schneider reviewed the results and identified

6 some potential infringements on February 28, 2020, as set forth above.

7      Schneider further responds that her litigation counsel used YouTube's search function to

8 identify potential infringements based on her name and/or the titles of the Works in Suit from February

9 16, 2021, to August 12, 2021. Schneider's litigation counsel spent approximately 28 hours searching

10 YouTube and compiling the list of potential infringements from February 16, 2021, to August 12, 2021.

11 Schneider's litigation counsel sent those results to her on August 18, 2021. To the extent Schneider was

12 not previously aware of a video as set forth above, Schneider became aware of the remaining

13 infringements included on her November 29, 2021 list of preliminary infringements on or shortly after

14 August 18, 2021.

15      Schneider further responds that for infringements identified on the list of infringements for the

16 first time on February 25, 2022, Schneider's litigation counsel spent approximately 4 hours using

17 YouTube's search function to search for Schneider's name and/or the titles of the Works in Suit. For

18 these searches, Schneider's litigation counsel filtered results by upload date. Schneider became aware of

19 any infringements she was not previously aware of on or shortly after February 23, 2022.

20      For videos on Schneider's July 5, 2022 supplemental list of infringements, Schneider discovered

21 those videos as a result of Content ID matches provided by Defendants. Schneider's counsel viewed

22 each Content ID result provided by Defendants and determined that the videos on Schneider's July 5,

23 2022 supplemental list of infringements contained Schneider's copyrighted works without

24 authorization.

25 **INTERROGATORY NO. 7: Describe in detail each occasion on which each Work In Suit**

26 **has been uploaded by You or with Your authorization to a website for online listening,**

27

28

1  purchase, distribution, or viewing, including but not limited to the name of the website, the

2  location (URL) of the uploaded content, the identity of uploader, and the date of the upload.

3  **OBJECTIONS AND RESPONSE:** Schneider objects that Interrogatory No. 7 is overbroad and

4  seeks information irrelevant to the claims and defenses in this lawsuit. Schneider further objects that

5  the term "online listening" is vague and can encompass any number of activities.

6  **INTERROGATORY NO. 8:** Describe in detail each occasion on which each Work In Suit

7  was uploaded in whole or in part to the YouTube service by You or with Your authorization,

8  including identification of the URL of the uploaded video, the identity of the uploader, the

9  date of each such authorized upload, and (if applicable) the date the uploaded video was

10  removed from YouTube.

11  **OBJECTIONS AND RESPONSE:**  Schneider is not aware of any occasion on which she uploaded

12  any of her Works in Suit to YouTube for public viewing. Schneider is not aware of any occasion on

13  which she authorized the upload of any of her Works in Suit to YouTube except for:

14  1) authorizing on October 11, 2020, the display of a performance by the Royal Academy of Music of

15  "Dance you monster to my soft song" and "Choro Dançado" to be publicly available for one month

16  only and then unlisted for an additional six months;

17  2) authorizing on April 26, 2019, the display of a performance by Elmhurst College of a unique

18  arrangement of "Allegresse" for guitar ensemble to be publicly available;

19  3) authorizing on October 22, 2012, the display of a performance by the Fresno Jazz Composers

20  Orchestra of "Last Season"; and

21  4) authorizing on October 6, 2012, the display of a performance of "Evanescence" by the Colours

22  Jazz Orchestra to be unlisted.

23  **INTERROGATORY NO. 9:** Describe in detail each alleged violation of Section 1202 of the

24  Copyright Act that you contend Defendants committed regarding your Works in Suit,

25  including for each alleged violation, the specific Work In Suit on which CMI appeared, the

26

27

28

specific CMI that Defendants allegedly removed, and the URL of the YouTube video displaying the content without the alleged CMI.

**OBJECTIONS AND RESPONSE:** Schneider has identified the following International Standard Musical Word Codes (ISWCs) and International Standard Recording Codes (ISRCs) associated with her works at issue. Schneider contends based on information produced by Defendants in discovery that has been in their possession since the violations occurred that Defendants violated Section 1202 of the Copyright Act for each video on her November 29, 2021, February 25, 2022, and July 5, 2022, lists of infringements that contains her sound recording of works in suit appearing in the chart below. For each such infringing video, the ISRC code identified below was removed by YouTube or by a third-party with YouTube's actual or constructive knowledge in violation of Section 1202.

| Work in Suit | ISWC | ISRC |
|---|---|---|
| Wyrgly (1989) | T0702071406 | USDBV0521941 |
| Evanescence (1991) | T0700525376 | USDBV0521942 |
| Gumba blue (1984) | T0700692109 | USDBV0521943 |
| Some Circles (1992) | T0701707234 | HKI191528311<br>USDBV0521944 |
| Green Piece (1987) | T0700687837 | USDBV0521945 |
| Gush (1992) | T0700692110 | USDBV0521946 |
| My lament (1990) | T0701175054 | USDBV0521947 |
| Dance you monster to my soft song (1991) | T0700452909 | USDBV0521941 |
| Last Season (1985) | T0701038165 | USDBV0521949<br>USDBV0505545 |
| El Viento (1994) | T0701965685 | USDBV0800048 |
| Scenes from Childhood (1995) | T0709270643 | HKI191528301<br>HKI191528302<br>HKI191528303<br>USDBV0800050<br>USDBV0800051 |

| | | USDBV0800052 |
|---|---|---|
| Bombshelter Beast (1995) | T0709270643 | USDBV0800050 |
| Night Watchman (1995) | T0709270643 | USDBV0800051 |
| Coming About (1995) | T0709270643 | USDBV0800052 |
| Waxwing(1993) | T0702077993 | USDBV0800054 |
| Lately (1988) | T0701041339 | USDBV0505541 |
| The Willow (1990) | T0702071122 | USDBV0505542 |
| Bird Count (1985) | T0700188415 | USDBV0505549 |
| Hang Gliding (1999) | T0710633558 | USQX91001088 <br> USDBV0422941 |
| Nocturne (1999) | T0711863056 | USDBV0422942 |
| Allegresse (1997) | T0710568787 | HKI191528304 <br> USDBV0422943 |
| Dissolution (1998) | Preferred: T9015487588 <br> Archived: T-902.929.142-7 | HKI191528305 <br> USDBV0422944 |
| Journey Home (1999) | T0710651845 | USDBV0422945 |
| Sea of Tranquility (1999) | T0711891585 | USDBV0422946 |
| Concert in the Garden (2004) | T0726109745 | USDBV0400641 |
| Three Romances (2001) | T0727026610 | USDBV0400642 <br> USDBV0400643 <br> USDBV0400644 |
| Choro Dançado (2001) | T9028532607 | USDBV0400642 |
| Pas de Deux (2001) | T0715118550 | USDBV0400643 |
| Dança Ilusoria (2001) | T9028696119 | USDBV0400644 |
| Buleria, solea y rumba (2004) | T0725997829 | USDBV0400645 |
| Divided by two (1994) | T0727646743 | USHM80989434 |
| Anthem (1999) | T9015401260 | NLB150100471 |
| Tork's Café (1996) | T0711906523 | USDBV0700154 |

| | | |
|---|---|---|
| SUE (OR IN A SEASON OF CRIME)- David Bowie and Schneider (2014) | Preferred: T-915.650.197-2<br>Archived: T9162250251 | USRF31500004 |
| Sky Blue (2004) | T0726898721 | USDBV0700154 |
| The Pretty Road (2006) | T0727115323 | USDBV0700150 |
| Cerulean Skies (2006) | T0729516077 | USDBV0700153 |
| Aires de Lando (2006) | T0725986742 | USDBV0700151 |
| Rich's Piece (2005) | T0729531467 | USDBV0700152 |
| Winter Morning Walks (2013) | Full Orchestra: T9063482644<br>Piano and Vocal: T3111015824 | USDBV1301969<br>USDBV1301970<br>USDBV1301971<br>USDBV1301972<br>USDBV1301973<br>USDBV1301974<br>USDBV1301975<br>USDBV1301976<br>USDBV1301977 |
| Perfectly Still This Solstice Morning (2013) (Winter Morning Walks) | Full Orchestra: T9063482644<br>Piano and Vocal: T3111029013 | USDBV1301969 |
| When I Switched On a Light (2013) (Winter Morning Walks) | Full Orchestra: T9063482644<br>Piano and Vocal: T3111015766 | USDBV1301970 |
| Walking by Flashlight (2013) (Winter Morning Walks) | Full Orchestra: T9063482644<br>Piano and Vocal: T3111029262 | USDBV1301971 |
| I Saw a Dust Devil This Morning (2013) (Winter Morning Walks) | Full Orchestra: T9063482644<br>Piano and Vocal: T3111015675 | USDBV1301972 |
| My Wife and I Walk the Cold Road (2013) (Winter Morning Walks) | Full Orchestra: T9063482644<br>Piano and Vocal: T3111029206 | USDBV1301973 |

| | | | |
|---|---|---|---|
| 1 2 | All Night, in Gusty Winds (2013) (Winter Morning Walks) | Full Orchestra: T9063482644 Piano and Vocal: T3111015653 | USDBV1301974 |
| 3 4 | Our Finch Feeder (2013) (Winter Morning Walks) | Full Orchestra: T9063482644 Piano and Vocal: T3111029115 | USDBV1301975 |
| 5 6 7 | Spring, the Sky Rippled with Geese (2013) (Winter Morning Walks) | Full Orchestra: T9063482644 Piano and Vocal: T3111015608 | USDBV1301976 |
| 8 9 | How Important It Must Be (2013) (Winter Morning Walks) | Full Orchestra: T9063482644 Piano and Vocal: T3111029068 | USDBV1301977 |
| 10 11 12 | Carlos Drummond de Andrade Stories (2008) – Five Movements | T9048788789 | USDBV1301978 |
| 13 | Walking by Flashlight (2013) | T3111029091 | USDBV1500021 |
| 14 15 | The Monarch and the Milkweed (2014) | T9160489689 | USDBV1500022 |
| 16 | Arbiters of Evolution (2012) | T9135992380 | USDBV1500023 |
| 17 | The Thompson Fields (2009) | T9032638021 | USDBV1500024 |
| 18 | Home (2012) | T9127092313 | USDBV1500025 |
| 19 | Nimbus (2009) | T9032641160 | USDBV1500026 |
| 20 | A Potter's Song (2013) | T9135953252 | USDBV1500027 |
| 21 | Lembranca (2010) | T9050240272 | USDBV1500028 |
| 22 | A World Lost (2019) | T9280797968 | USDBV2011133 |
| 23 | Don't Be Evil (2017) | T9229890113 | USDBV2011134 |
| 24 25 | CQ CQ, Is Anybody There? (2019) | T9297802847 | USDBV2011135 |
| 26 27 | Sputnik (2018) | T9273452667 | USDBV2011136 |

28

| | | |
|---|---|---|
| Data Lords (2019) | T9194199967 | USDBV2011137 |
| Sanzenin (2017) | T9229890088 | USDBV2011138 |
| Stone Song (2019) | T9273452372 | USDBV2011139 |
| Look Up (2019) | T9297802938 | USDBV2011140 |
| Braided Together (2015) | T9297803293 | USDBV2011141 |
| Bluebird (2016) | T9194199978 | USDBV2011142 |
| The Sun Waited for Me (2016) | T9297803191 | USDBV2011143 |
| Alchemy (1993) | T9029194318 | US4W40800001 |
| The blasphemy (1993) | T9015357456 | US4W40800008 |
| The Grail (1993) | T9015490752 | US4W40800012 |

Schneider further contends that YouTube violated Section 1202 of the Copyright Act with respect to the following YouTube video IDs by removing CFLN metadata that identified the title of the work: '-VV3QuF8Ajw (Allegresse); GZii89KY_j4 (Cerulean Skies); BBPiMzlGxRU (Three Romances - Choro Dancado); TCryn53_DKI (Scenes from Childhood - Bombshelter Beast; g1d73vwTWcc (My Lament); aOXIpwzAO9Q (Wyrgly); jxg8bkMVs80 (A Potter's Song); k09S8ZdeuCg (My Lament); and vsTiByu-ArU (Sky Blue).

1
2                              **VERIFICATION**
3    Maria Schneider has read the foregoing responses to Defendants' Interrogatories, and
4    the answers  contained therein are true to the best of her knowledge, information, and
5    belief.
6
7                          Signed: _____
8
9                          Dated: _____
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28   MARIA SCHNEIDER'S AMENDED                    19              CASE NO. 3:20-CV-4423-JD
     OBJECTIONS & RESPONSES TO DEFENDANTS' INTERROGATORIES 1-9

1    Dated: September 9, 2022                    Respectfully submitted,

2                                                /s/ Randall P. Ewing, Jr.
3                                                George A. Zelcs (pro hac vice)
                                                 Randall P. Ewing, Jr. (pro hac vice)
4                                                Ryan Z. Cortazar (pro hac vice)
                                                 **KOREIN TILLERY, LLC**
5                                                205 North Michigan, Suite 1950
6                                                Chicago, IL  60601
                                                 Telephone: (312) 641-9750
7                                                Facsimile: (312) 641-9751

8                                                Stephen M. Tillery (pro hac vice)
                                                 Steven M. Berezney, CA Bar #329923
9                                                Michael E. Klenov, CA Bar #277028
10                                               Carol O'Keefe (pro hac vice)
                                                 **KOREIN TILLERY, LLC**
11                                               505 North 7th Street, Suite 3600
                                                 St. Louis, MO  63101
12                                               Telephone: (314) 241-4844
                                                 Facsimile: (314) 241-3525
13

14                                               Joshua Irwin Schiller, CA Bar #330653
                                                 **BOIES SCHILLER FLEXNER LLP**
15                                               44 Montgomery St., 41st Floor
                                                 San Francisco, CA  94104
16                                               Phone: (415) 293-6800
                                                 Fax: (415) 293-6899
17

18                                               Philip C. Korologos (pro hac vice)
                                                 Joanna C. Wright (pro hac vice)
19                                               Demetri Blaisdell (pro hac vice)
                                                 **BOIES SCHILLER FLEXNER LLP**
20                                               55 Hudson Yards, 20th Floor
                                                 New York, NY  10001
21                                               Phone: (212) 446-2300
                                                 Fax: (212) 446-2350
22

23                                               *Attorneys for Maria Schneider*

24

25

26

27

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 9, 2022, I caused the foregoing Plaintiff Maria Schneider's Amended Objections and Responses to YOUTUBE's and GOOGLE'S Interrogatories 1-9 to Plaintiff Maria Schneider to be served on all opposing counsel of record by  email at the addresses listed below:

Schneidervyoutube@wsgr.com

                                        /s/ Randall P. Ewing, Jr.