# EXHIBIT 40

**HOME**   **APPLICATIONS**   **ABOUT**                                                                                   **MANAGERS**

**FAQ's**   **RESOURCES**

# About

## What is an ISRC?

The ISRC (International Standard Recording Code) is the international identification system for sound recordings and music video recordings. Each ISRC is a unique and permanent identifier for a specific recording, independent of the format on which it appears (CD, audio file, etc.) or the rights holders involved. Only one ISRC should be issued to a track, and an ISRC can never represent more than one unique recording.

ISRCs are widely used in digital commerce by download sites and collecting societies. An ISRC can also be permanently encoded into a product as its digital fingerprint. Encoded ISRCs provide the means to automatically identify recordings for royalty payments.

**NEXT PAGE**
Benefits

SKIP TO:
What is ISRC? | Benefits | Obtaining Code | Constructing Code
Video Recording | Assignment Guidelines | About the Agency



## LOG INTO YOUR ACCOUNT

(For returning holders)

User: [         ]
Pass: [         ]
Forgot Password?

[submit]

## NEED HELP

Visit our FAQ's where most questions are answered.

If you need to contact us we'll get back
to you in at most 48 business hours.

Contact ISRC   Privacy Policy

Copyright © 2022 Recording Industry Association of America, Inc.