**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING LTD., individually and on behalf of all others similarly situated;<br><br>Plaintiffs,<br><br>vs.<br><br>YOUTUBE, LLC; and GOOGLE LLC;<br><br>Defendants.<br><hr>YOUTUBE, LLC and GOOGLE LLC;<br><br>Counter-Plaintiffs,<br><br>v.<br><br>PIRATE MONITOR LTD., GÁBOR CSUPÓ, and PIRATE MONITOR LLC,<br><br>Counter-Defendants. | CASE NO.  3:20-cv-4423-JD<br><br>**[PROPOSED] ORDER DENYING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AS TO PLAINTIFF MARIA SCHNEIDER**<br><br>Date: October 13, 2022<br>Time: 10:00 am<br>Courtroom: 11<br>Judge: Hon. James Donato |

The Court, having considered Defendants YouTube, LLC, and Google LLC's motion for summary judgment as to plaintiff Maria Schneider, and having considered all papers filed in connection with this motion, hereby rules as follows:

Defendants' Motion for Summary Judgment as to Plaintiff Maria Schneider is DENIED.

**IT IS SO ORDERED**.

Date: _____  _____
THE HONORABLE JAMES DONATO
United States District Judge