| | |
|---|---|
| DAVID H. KRAMER, SBN 168452<br>MAURA L. REES, SBN 191698<br>LAUREN GALLO WHITE, SBN 309075<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone:  (650) 493-9300<br>Facsimile:   (650) 565-5100<br>Email:        dkramer@wsgr.com<br>                    mrees@wsgr.com<br>                    lwhite@wsgr.com | BRIAN M. WILLEN (admitted *Pro Hac Vice*)<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>1301 Avenue of the Americas, 40th Floor<br>New York, NY 10019-6022<br>Telephone:  (212) 999-5800<br>Facsimile:   (212) 999-5801<br>Email:        bwillen@wsgr.com |

Attorneys for Defendants and Counterclaimants
YOUTUBE, LLC and GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING LTD., individually and on behalf of all others similarly situated,<br><br>   Plaintiffs,<br><br>v.<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>   Defendants<br><br>_____<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>   Counterclaimants,<br><br>v.<br><br>PIRATE MONITOR LTD, PIRATE MONITOR LLC, and GÁBOR CSUPÓ,<br><br>   Counterclaim Defendants.<br>_____ | CASE NO.: 3:20-cv-04423-JD<br><br>**DECLARATION OF THIERRY FOUCU IN SUPPORT OF YOUTUBE, LLC AND GOOGLE LLC'S REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AS TO PLAINTIFF MARIA SCHNEIDER**<br><br>Date:           October 13, 2022<br>Time:           10:00 am<br>Courtroom:  11<br>Judge:         Hon. James Donato |

I, Thierry Foucu, declare as follows:

1. I am currently a Tech Lead Manager for Defendant Google LLC and its subsidiary YouTube, LLC (collectively "YouTube"). I am familiar with YouTube's practices regarding the processing of videos uploaded by users to the YouTube service. I make each of the following statements based on my personal knowledge, and I could, if necessary, testify to the truth of each of them.

2. As explained in YouTube's March 8, 2022 response to Schneider's First Interrogatory (*see* Harold Ex. 18 at 4-7), in the vast majority of cases, videos uploaded to the service are automatically transcoded. Transcoding is a widely-used process of taking encoded audio and video data and converting it into an encoding scheme that is compatible with a service's computer systems. Defendants' transcoding process uses FFmpeg, a multimedia framework used by other leading video streaming services. Transcoding can convert videos into different standards and into various resolutions within each standard. After a video has been transcoded, the transcoded version is generally accessible to viewers on YouTube via video streaming.

3. As YouTube further explained in the same interrogatory response, the automated transcoding process does not examine the uploaded file for the existence of embedded file metadata and does not make any determination about whether the file contains embedded metadata or whether any such metadata might or might not constitute copyright management information ("CMI"). The transcoded version of uploaded videos does not include embedded metadata associated with the original uploaded file (whether or not any of that metadata may include CMI), because it is a known vector for potentially malicious material, may unwittingly include the user's private or personally identifying information, and may not be accurate or reliable. However, the transcoded version does include all of the original audio-visual material contained in the original video file. That includes any audio-visual material that might constitute CMI, such as visual watermarks or other identifying information. Such material remains audible or visible as part of the transcoded video that is accessible through the YouTube service. Even without the transcoding process, any metadata that is not perceptible from the audio-visual material itself, would not, in any event, be accessible to YouTube users because users of the

1  service "stream" files rather than downloading them, meaning the users do not obtain a copy of the
2  file, and thus cannot search it for embedded metadata.

3      4.    The term "metadata" can be used to refer to several distinct types of data.  The term
4  "metadata" can be used to describe the sort of annotative embedded metadata that I refer to above,
5  which consists of optional fields, including "compatible_brands," "handler_name," "kywd,"
6  "language," "geolocation," and "CLFN," and which can be manually altered without affecting the
7  file's properties.

8      5.    The term can also refer to first-party metadata, which YouTube invites creators and
9  partners to populate when uploading videos to YouTube or submitting assets to Content ID.  As
10 part of the video-upload process, the user uploading the video may enter data about the video into
11 text fields provided by YouTube that are used to identify and describe the video.  Those fields
12 include title, description, and user-specified keywords known as "tags."  This first-party or user-
13 supplied metadata is generally visible to and searchable by YouTube users.  Partners submitting
14 assets to Content ID can also provide various forms of firsty-party metadata, including
15 International Standard Recording Codes ("ISRCs").

16     6.    The term "metadata" can also be used to describe inalienable video file properties
17 that are part of the actual video bitstream or file container and that are necessary for a video file to
18 be opened, viewed, or transcoded.  These properties include things like frame rate, resolution, and
19 timestamp.  While it is necessary to open and view this "container' or "bitstream" data for
20 purposes of transcoding a video, it is not necessary to open or view the separate optional,
21 annotative embedded metadata described above, which users may supply or have added to their
22 files without their knowledge (such as "CLFN" metadata).  The latter plays no role in the
23 transcoding process and actually exists in a separate location within a given file.

24     7.    Exhibit 1 reflects certain embedded metadata extracted from user-uploaded videos.
25 Plaintiff claims that 9 videos appear to have contained data relating to their works in the CLFN
26 metadata field at the time of upload.  *See* Declaration of Maria Schneider ¶¶ 56-59.  To the best of
27 my knowledge, the CLFN metadata field is not defined in the international standard specifications,
28 such as those of International Telecommunication Union (ITU) or the International Organization

for Standardization (ISO), and is not regularly used to contain copyright related information. The CLFN metadata field is an open-string field and can be edited to any value by anyone with control of the file. Like other embedded file metadata, the CLFN metadata would not have been generally available to, visible, or searchable by viewers on YouTube even had it been included in the transcoded versions of the uploaded videos.

8. Exhibits 2 and 3 reflect the publicly viewable titles and descriptions for the same 9 videos with associated CLFN metadata. As these exhibits show, the information contained in the CLFN metadata fields was entered by the uploading users into the videos' public titles, descriptions, or tags. For example, the CLFN metadata for the video with a video ID of "g1d73vwTWcc" was "My Lament – Hart House Jazz Ensemble." Ex. 1 at GOOG-SCHNDR-00049069. The publicly viewable title for the corresponding video was "My Lament – Hart House Jazz Ensemble (Comp. Maria Schneider)." Ex. 2 at GOOG-SCHNDR-00042885; Ex. 3 at GOOG-SCHNDR-00050654. The publicly viewable description for the corresponding video stated, among other things, that "My Lament is a composition and arrangement by Maria Schneider." Ex. 2 at GOOG-SCHNDR-00042885. This information in the title and description would have been visible to viewers and searchable on the YouTube service. *See* Ex. 3 at GOOG-SCHNDR-00050654. The CLFN metadata and public titles for each of the 9 videos are provided in the chart below:

| Video ID | "CLFN" Value | Video Title |
|---|---|---|
| g1d73vwTWcc | My Lament - Hart House Jazz Ensemble | **My Lament - Hart House Jazz Ensemble** (Comp. Maria Schneider) |
| k09S8ZdeuCg | My Lament | Tim Acke & Quintessence Big Band: **My Lament** by Maria Schneider |
| TCryn53_DKI | 6.Bombshelter Beast | Scenes from childhood : part1 : **Bombshelter Beast** / Maria Schneider - 6 Floor Jazz Orchestra |
| vsTiByu-ArU | 5.Sky Blue | **Sky Blue** / Maria Schneider - 6 Floor Jazz Orchestra |
| BBPiMzlGxRU | 2.Choro dancado | **Choro dançado** / Maria Schneider - 6 Floor Jazz Orchestra |
| aOXIpwzAO9Q | Wyrgly | Mi Recital de Grado Pt 6 **Wyrgly** Maria Schneider |

| Video ID | "CLFN" Value | Video Title |
|---|---|---|
| -VV3QuF8Ajw | 20190510 Allegresse | **Allegresse** - Gretsch Electric Guitar Ensemble |
| GZii89KY_j4 | 9.Cerulean Skies | **Cerulean Skies** / Maria Schneider - 6 Floor Jazz Orchestra |
| jxg8bkMVs80 | A Potter\'s Song | **A Potter's Song** - Maria Schneider - Frost SJB |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.  Executed this 16th day of September 2022, at San Jose, California.

*/s/ Thierry Foucu*
Thierry Foucu

### ATTORNEY ATTESTATION

I, David H. Kramer, am the ECF User whose ID and password are being used to file this document. In compliance with N.D. Cal. Civil L.R. 5-1(i)(3), I hereby attest that the concurrence in the filing of this document has been obtained from the signatory.

*/s/ David H. Kramer*