# EXHIBIT 1

to the Declaration of Thierry Foucu

```
info {
  video_codec_id: CODEC_ID_H264
  video_stream_codec_tag: 828601953
  num_video_streams: 1
  video_bitrate: 15049833
  video_width: 1920
  video_height: 1080
  video_fps: 23.976023976023978
  video_pixel_aspect_ratio: 1
  video_frame_size: 0
  video_has_b_frames: true
  audio_codec_id: CODEC_ID_AAC
  audio_stream_codec_tag: 1630826605
  audio_bitrate: 129963
  audio_sample_rate: 48000
  audio_channels: 2
  audio_frame_size: 1024
  av_length: 645.102791
  file_name: "(redacted)"
  file_size: 1224862777
  video_number_of_frames: 15467
  is_asf: false
  container_type: "QuickTime / MOV"
  num_audio_streams: 1
  file_header_fingerprint: 11898226034489212429
  videostreaminfo_version: 309673209
  container_id: CONTAINER_ID_MOV
  video_clip_info {
    metadata {
      key: "major_brand"
      value: "mp42"
    }
    metadata {
      key: "minor_version"
      value: "1"
    }
    metadata {
      key: "compatible_brands"
      value: "mp41mp42isom"
    }
    metadata {
      key: "creation_time"
      value: "2020-05-08T16:54:21.000000Z"
    }
    metadata {
      key: "clfn"
      value: "20190510 Allegresse"
    }
    metadata {
      key: "kywd"
      value: "5-11-19"
    }
  }
  file_type: 24
  audio_number_of_frames: 30240
  audio_sample_size: 16
  pix_fmt: PIX_FMT_YUV420P
  av_distance: 346870
  file_magic: "ISO Media, MPEG v4 system, version 2"
  parsed_by_ffmpeg: true
  audio_length: 645.102791
  video_length: 645.102791
  average_video_fps: 23.976024627685547
  audio_start_timestamp: 0
  audio_end_timestamp: 645098
  video_start_timestamp: 0
  video_end_timestamp: 645061
  video_has_non_zero_start_edit_list: true
  profile: PROFILE_AVC_HIGH
  level: 40
  display_width: 1920
```

GOOG-SCHNDR-00048066

```
display_height: 1080
video_has_leading_moov_atom: true
video_number_of_invisible_frames: 0
audio_stream {
   stream_index: 0
   codec_id: CODEC_ID_AAC
   stream_codec_tag: 1630826605
   bitrate: 129963
   sample_rate: 48000
   channels: 2
   frame_size: 1024
   sample_size: 16
   start_timestamp: 0
   end_timestamp: 645098
   number_of_frames: 30240
   length: 645.102791
   clock_discontinuity_us: 0
   metadata {
      key: "creation_time"
      value: "2020-05-08T16:54:21.000000Z"
   }
   metadata {
      key: "handler_name"
      value: "Core Media Audio"
   }
   channel_position: CHANNEL_FRONT_LEFT
   channel_position: CHANNEL_FRONT_RIGHT
   language: "eng"
   profile: PROFILE_AAC_LOW
   decode_offset: 718182
}
video_stream {
   stream_index: 1
   codec_id: CODEC_ID_H264
   stream_codec_tag: 828601953
   profile: PROFILE_AVC_HIGH
   level: 40
   bitrate: 15049833
   width: 1920
   height: 1080
   display_width: 1920
   display_height: 1080
   fps: 23.976023976023978
   average_fps: 23.976024627685547
   pixel_aspect_ratio: 1
   frame_size: 0
   has_b_frames: true
   pix_fmt: PIX_FMT_YUV420P
   start_timestamp: 0
   end_timestamp: 645061
   number_of_frames: 15467
   number_of_invisible_frames: 0
   length: 645.102791
   clock_discontinuity_us: 0
   metadata {
      key: "creation_time"
      value: "2020-05-08T16:54:21.000000Z"
   }
   metadata {
      key: "language"
      value: "und"
   }
   metadata {
      key: "handler_name"
      value: "Core Media Video"
   }
   metadata {
      key: "max_number_of_decoder_frame_buffers_needed"
      value: "4"
   }
   metadata {
```

CONFIDENTIAL

GOOG-SCHNDR-00048067

```
            key: "min_number_of_decoder_frame_buffers_needed"
            value: "4"
        }
        metadata {
            key: "max_number_of_decoder_frame_buffers_needed"
            value: "4"
        }
        metadata {
            key: "min_number_of_decoder_frame_buffers_needed"
            value: "4"
        }
        min_fps: 23.976023976023978
        max_fps: 23.976023976023978
        rational_fps {
            numerator: 24000
            denominator: 1001
        }
        gop_size {
            mean: 28.070780399274046
            min: 1
            max: 30
        }
        closed_gop_size {
            mean: 28.070780399274046
            min: 1
            max: 30
        }
        color_info {
            primaries: COLOR_PRIMARIES_BT709
            transfer_characteristics: COLOR_TRANSFER_CHARACTERISTICS_BT709
            matrix_coefficients: COLOR_MATRIX_COEFFICIENTS_BT709
            range: COLOR_RANGE_MPEG
        }
        codec_fourcc: "avc1"
        sei_message {
            payloadtype: 5
            cumulative_size: 16
            count: 1
        }
        user_data_unregistered {
            uuid: "b9edb930-5d21-4b71-8371-2c10a314bb29"
            payload: ""
            count: 1
        }
        decode_offset: 811296
        codec_string: "avc1.640028"
    }
    num_timedtext_streams: 0
    partial_file: false
    num_data_streams: 0
    num_image_streams: 0
    build_label: "2020-05-03-03_RC00@309673209"
}
partial_file: false
```

GOOG-SCHNDR-00048068

```
info {
    video_codec_id: CODEC_ID_H264
    video_stream_codec_tag: 828601953
    num_video_streams: 1
    video_bitrate: 20012125
    video_width: 1920
    video_height: 1080
    video_fps: 29.970029970029969
    video_pixel_aspect_ratio: 1
    video_frame_size: 0
    audio_codec_id: CODEC_ID_AAC
    audio_stream_codec_tag: 1630826605
    audio_bitrate: 130051
    audio_sample_rate: 48000
    audio_channels: 2
    audio_frame_size: 1024
    av_length: 1321.230541
    file_name: "(redacted)"
    file_size: 3327565157
    video_number_of_frames: 39596
    is_asf: false
    container_type: "QuickTime / MOV"
    num_audio_streams: 1
    file_header_fingerprint: 15709078321239140349
    videostreaminfo_version: 294117397
    container_id: CONTAINER_ID_MOV
    video_clip_info {
        metadata {
            key: "major_brand"
            value: "mp42"
        }
        metadata {
            key: "minor_version"
            value: "1"
        }
        metadata {
            key: "compatible_brands"
            value: "isommp41mp42"
        }
        metadata {
            key: "creation_time"
            value: "2020-02-17T13:21:22.000000Z"
        }
        metadata {
            key: "clfn"
            value: "9.Cerulean Skies"
        }
        metadata {
            key: "kywd"
            value: "iMovie"
        }
    }
    file_type: 24
    audio_number_of_frames: 61933
    audio_sample_size: 16
    pix_fmt: PIX_FMT_YUV420P
    av_distance: 363962
    file_magic: "ISO Media, MPEG v4 system, version 2"
    parsed_by_ffmpeg: true
    audio_length: 1321.230541
    video_length: 1321.186532
    average_video_fps: 29.970029830932617
    audio_start_timestamp: -44
    audio_end_timestamp: 1321172
    video_start_timestamp: 0
    video_end_timestamp: 1321153
    video_has_non_zero_start_edit_list: true
    profile: PROFILE_AVC_HIGH
    level: 40
    display_width: 1920
    display_height: 1080
```

GOOG-SCHNDR-00048460

```
video_has_leading_moov_atom: true
video_number_of_invisible_frames: 0
audio_stream {
  stream_index: 0
  codec_id: CODEC_ID_AAC
  stream_codec_tag: 1630826605
  bitrate: 130051
  sample_rate: 48000
  channels: 2
  frame_size: 1024
  sample_size: 16
  start_timestamp: -44
  end_timestamp: 1321172
  number_of_frames: 61933
  length: 1321.230541
  clock_discontinuity_us: 0
  metadata {
    key: "creation_time"
    value: "2020-02-17T13:21:22.000000Z"
  }
  metadata {
    key: "handler_name"
    value: "Core Media Audio"
  }
  channel_position: CHANNEL_FRONT_LEFT
  channel_position: CHANNEL_FRONT_RIGHT
  language: "jpn"
  profile: PROFILE_AAC_LOW
  decode_offset: 1034311
}
video_stream {
  stream_index: 1
  codec_id: CODEC_ID_H264
  stream_codec_tag: 828601953
  profile: PROFILE_AVC_HIGH
  level: 40
  bitrate: 20012125
  width: 1920
  height: 1080
  display_width: 1920
  display_height: 1080
  fps: 29.970029970029969
  average_fps: 29.970029830932617
  pixel_aspect_ratio: 1
  frame_size: 0
  pix_fmt: PIX_FMT_YUV420P
  start_timestamp: 0
  end_timestamp: 1321153
  number_of_frames: 39596
  number_of_invisible_frames: 0
  length: 1321.186532
  clock_discontinuity_us: 0
  metadata {
    key: "creation_time"
    value: "2020-02-17T13:21:22.000000Z"
  }
  metadata {
    key: "language"
    value: "und"
  }
  metadata {
    key: "handler_name"
    value: "Core Media Video"
  }
  metadata {
    key: "max_number_of_decoder_frame_buffers_needed"
    value: "2"
  }
  metadata {
    key: "min_number_of_decoder_frame_buffers_needed"
    value: "2"
```

GOOG-SCHNDR-00048461

```
          }
          metadata {
            key: "max_number_of_decoder_frame_buffers_needed"
            value: "2"
          }
          metadata {
            key: "min_number_of_decoder_frame_buffers_needed"
            value: "2"
          }
          min_fps: 29.970029970029969
          max_fps: 29.970029970029969
          rational_fps {
            numerator: 30000
            denominator: 1001
          }
          gop_size {
            mean: 29.996969696969696
            min: 26
            max: 30
          }
          closed_gop_size {
            mean: 29.996969696969696
            min: 26
            max: 30
          }
          color_info {
            primaries: COLOR_PRIMARIES_BT709
            transfer_characteristics: COLOR_TRANSFER_CHARACTERISTICS_BT709
            matrix_coefficients: COLOR_MATRIX_COEFFICIENTS_BT709
            range: COLOR_RANGE_MPEG
          }
          codec_fourcc: "avc1"
          sei_message {
            payloadtype: 5
            cumulative_size: 16
            count: 1
          }
          user_data_unregistered {
            uuid: "b9edb930-5d21-4b71-8371-2c10a314bb29"
            payload: ""
            count: 1
          }
          decode_offset: 1079194
          codec_string: "avc1.640028"
        }
        num_timedtext_streams: 0
        partial_file: false
        num_data_streams: 0
        num_image_streams: 0
        build_label: "2020-02-09-02_RC00@294117397"
      }
      partial_file: false
```

GOOG-SCHNDR-00048462

```
info {
  video_codec_id: CODEC_ID_H264
  video_stream_codec_tag: 828601953
  num_video_streams: 1
  video_bitrate: 20191096
  video_width: 1920
  video_height: 1080
  video_fps: 29.970029970029969
  video_pixel_aspect_ratio: 1
  video_frame_size: 0
  audio_codec_id: CODEC_ID_AAC
  audio_stream_codec_tag: 1630826605
  audio_bitrate: 130280
  audio_sample_rate: 48000
  audio_channels: 2
  audio_frame_size: 1024
  av_length: 588.898937
  file_name: "(redacted)"
  file_size: 1496642449
  video_number_of_frames: 17648
  is_asf: false
  container_type: "QuickTime / MOV"
  num_audio_streams: 1
  file_header_fingerprint: 1037101632081162058
  videostreaminfo_version: 294117397
  container_id: CONTAINER_ID_MOV
  video_clip_info {
    metadata {
      key: "major_brand"
      value: "mp42"
    }
    metadata {
      key: "minor_version"
      value: "1"
    }
    metadata {
      key: "compatible_brands"
      value: "isommp41mp42"
    }
    metadata {
      key: "creation_time"
      value: "2020-02-17T14:20:28.000000Z"
    }
    metadata {
      key: "clfn"
      value: "2.Choro dancado"
    }
    metadata {
      key: "kywd"
      value: "iMovie"
    }
  }
  file_type: 24
  audio_number_of_frames: 27605
  audio_sample_size: 16
  pix_fmt: PIX_FMT_YUV420P
  av_distance: 371326
  file_magic: "ISO Media, MPEG v4 system, version 2"
  parsed_by_ffmpeg: true
  audio_length: 588.898937
  video_length: 588.854932
  average_video_fps: 29.970029830932617
  audio_start_timestamp: -44
  audio_end_timestamp: 588841
  video_start_timestamp: 0
  video_end_timestamp: 588821
  video_has_non_zero_start_edit_list: true
  profile: PROFILE_AVC_HIGH
  level: 40
  display_width: 1920
  display_height: 1080
```

CONFIDENTIAL

GOOG-SCHNDR-00048484

```
video_has_leading_moov_atom: true
video_number_of_invisible_frames: 0
audio_stream {
  stream_index: 0
  codec_id: CODEC_ID_AAC
  stream_codec_tag: 1630826605
  bitrate: 130280
  sample_rate: 48000
  channels: 2
  frame_size: 1024
  sample_size: 16
  start_timestamp: -44
  end_timestamp: 588841
  number_of_frames: 27605
  length: 588.898937
  clock_discontinuity_us: 0
  metadata {
    key: "creation_time"
    value: "2020-02-17T14:20:28.000000Z"
  }
  metadata {
    key: "handler_name"
    value: "Core Media Audio"
  }
  channel_position: CHANNEL_FRONT_LEFT
  channel_position: CHANNEL_FRONT_RIGHT
  language: "jpn"
  profile: PROFILE_AAC_LOW
  decode_offset: 764681
}
video_stream {
  stream_index: 1
  codec_id: CODEC_ID_H264
  stream_codec_tag: 828601953
  profile: PROFILE_AVC_HIGH
  level: 40
  bitrate: 20191096
  width: 1920
  height: 1080
  display_width: 1920
  display_height: 1080
  fps: 29.970029970029969
  average_fps: 29.970029830932617
  pixel_aspect_ratio: 1
  frame_size: 0
  pix_fmt: PIX_FMT_YUV420P
  start_timestamp: 0
  end_timestamp: 588821
  number_of_frames: 17648
  number_of_invisible_frames: 0
  length: 588.854932
  clock_discontinuity_us: 0
  metadata {
    key: "creation_time"
    value: "2020-02-17T14:20:28.000000Z"
  }
  metadata {
    key: "language"
    value: "und"
  }
  metadata {
    key: "handler_name"
    value: "Core Media Video"
  }
  metadata {
    key: "max_number_of_decoder_frame_buffers_needed"
    value: "2"
  }
  metadata {
    key: "min_number_of_decoder_frame_buffers_needed"
    value: "2"
```

GOOG-SCHNDR-00048485

```
        }
        metadata {
          key: "max_number_of_decoder_frame_buffers_needed"
          value: "2"
        }
        metadata {
          key: "min_number_of_decoder_frame_buffers_needed"
          value: "2"
        }
        min_fps: 29.970029970029969
        max_fps: 29.970029970029969
        rational_fps {
          numerator: 30000
          denominator: 1001
        }
        gop_size {
          mean: 29.962648556876061
          min: 8
          max: 30
        }
        closed_gop_size {
          mean: 29.962648556876061
          min: 8
          max: 30
        }
        color_info {
          primaries: COLOR_PRIMARIES_BT709
          transfer_characteristics: COLOR_TRANSFER_CHARACTERISTICS_BT709
          matrix_coefficients: COLOR_MATRIX_COEFFICIENTS_BT709
          range: COLOR_RANGE_MPEG
        }
        codec_fourcc: "avc1"
        sei_message {
          payloadtype: 5
          cumulative_size: 16
          count: 1
        }
        user_data_unregistered {
          uuid: "b9edb930-5d21-4b71-8371-2c10a314bb29"
          payload: ""
          count: 1
        }
        decode_offset: 809606
        codec_string: "avc1.640028"
      }
      num_timedtext_streams: 0
      partial_file: false
      num_data_streams: 0
      num_image_streams: 0
      build_label: "2020-02-09-02_RC00@294117397"
    }
    partial_file: false
```

```
info {
  video_codec_id: CODEC_ID_H264
  video_stream_codec_tag: 828601953
  num_video_streams: 1
  video_bitrate: 19946061
  video_width: 1920
  video_height: 1080
  video_fps: 29.970029970029969
  video_pixel_aspect_ratio: 1
  video_frame_size: 0
  audio_codec_id: CODEC_ID_AAC
  audio_stream_codec_tag: 1630826605
  audio_bitrate: 130026
  audio_sample_rate: 48000
  audio_channels: 2
  audio_frame_size: 1024
  av_length: 651.995291
  file_name: "(redacted)"
  file_size: 1636893592
  video_number_of_frames: 19539
  is_asf: false
  container_type: "QuickTime / MOV"
  num_audio_streams: 1
  file_header_fingerprint: 11596207180254830394
  videostreaminfo_version: 294117397
  container_id: CONTAINER_ID_MOV
  video_clip_info {
    metadata {
      key: "major_brand"
      value: "mp42"
    }
    metadata {
      key: "minor_version"
      value: "1"
    }
    metadata {
      key: "compatible_brands"
      value: "isommp41mp42"
    }
    metadata {
      key: "creation_time"
      value: "2020-02-17T13:10:39.000000Z"
    }
    metadata {
      key: "clfn"
      value: "6.Bombshelter Beast"
    }
    metadata {
      key: "kywd"
      value: "iMovie"
    }
  }
  file_type: 24
  audio_number_of_frames: 30563
  audio_sample_size: 16
  pix_fmt: PIX_FMT_YUV420P
  av_distance: 395795
  file_magic: "ISO Media, MPEG v4 system, version 2"
  parsed_by_ffmpeg: true
  audio_length: 651.995291
  video_length: 651.951299
  average_video_fps: 29.970029830932617
  audio_start_timestamp: -44
  audio_end_timestamp: 651945
  video_start_timestamp: 0
  video_end_timestamp: 651917
  video_has_non_zero_start_edit_list: true
  profile: PROFILE_AVC_HIGH
  level: 40
  display_width: 1920
  display_height: 1080
```

GOOG-SCHNDR-00048870

```
video_has_leading_moov_atom: true
video_number_of_invisible_frames: 0
audio_stream {
  stream_index: 0
  codec_id: CODEC_ID_AAC
  stream_codec_tag: 1630826605
  bitrate: 130026
  sample_rate: 48000
  channels: 2
  frame_size: 1024
  sample_size: 16
  start_timestamp: -44
  end_timestamp: 651945
  number_of_frames: 30563
  length: 651.995291
  clock_discontinuity_us: 0
  metadata {
    key: "creation_time"
    value: "2020-02-17T13:10:39.000000Z"
  }
  metadata {
    key: "handler_name"
    value: "Core Media Audio"
  }
  channel_position: CHANNEL_FRONT_LEFT
  channel_position: CHANNEL_FRONT_RIGHT
  language: "jpn"
  profile: PROFILE_AAC_LOW
  decode_offset: 730760
}
video_stream {
  stream_index: 1
  codec_id: CODEC_ID_H264
  stream_codec_tag: 828601953
  profile: PROFILE_AVC_HIGH
  level: 40
  bitrate: 19946061
  width: 1920
  height: 1080
  display_width: 1920
  display_height: 1080
  fps: 29.970029970029969
  average_fps: 29.970029830932617
  pixel_aspect_ratio: 1
  frame_size: 0
  pix_fmt: PIX_FMT_YUV420P
  start_timestamp: 0
  end_timestamp: 651917
  number_of_frames: 19539
  number_of_invisible_frames: 0
  length: 651.951299
  clock_discontinuity_us: 0
  metadata {
    key: "creation_time"
    value: "2020-02-17T13:10:39.000000Z"
  }
  metadata {
    key: "language"
    value: "und"
  }
  metadata {
    key: "handler_name"
    value: "Core Media Video"
  }
  metadata {
    key: "max_number_of_decoder_frame_buffers_needed"
    value: "2"
  }
  metadata {
    key: "min_number_of_decoder_frame_buffers_needed"
    value: "2"
```

GOOG-SCHNDR-00048871

```
    }
    metadata {
      key: "max_number_of_decoder_frame_buffers_needed"
      value: "2"
    }
    metadata {
      key: "min_number_of_decoder_frame_buffers_needed"
      value: "2"
    }
    min_fps: 29.970029970029969
    max_fps: 29.970029970029969
    rational_fps {
      numerator: 30000
      denominator: 1001
    }
    gop_size {
      mean: 29.967791411042946
      min: 9
      max: 30
    }
    closed_gop_size {
      mean: 29.967791411042946
      min: 9
      max: 30
    }
    color_info {
      primaries: COLOR_PRIMARIES_BT709
      transfer_characteristics: COLOR_TRANSFER_CHARACTERISTICS_BT709
      matrix_coefficients: COLOR_MATRIX_COEFFICIENTS_BT709
      range: COLOR_RANGE_MPEG
    }
    codec_fourcc: "avc1"
    sei_message {
      payloadtype: 5
      cumulative_size: 16
      count: 1
    }
    user_data_unregistered {
      uuid: "b9edb930-5d21-4b71-8371-2c10a314bb29"
      payload: ""
      count: 1
    }
    decode_offset: 773881
    codec_string: "avc1.640028"
  }
  num_timedtext_streams: 0
  partial_file: false
  num_data_streams: 0
  num_image_streams: 0
  build_label: "2020-02-09-02_RC00@294117397"
}
partial_file: false
```

GOOG-SCHNDR-00048872

```
info {
  video_codec_id: CODEC_ID_H264
  video_stream_codec_tag: 828601953
  num_video_streams: 1
  video_bitrate: 20078950
  video_width: 1920
  video_height: 1080
  video_fps: 29.970029970029969
  video_pixel_aspect_ratio: 1
  video_frame_size: 0
  audio_codec_id: CODEC_ID_AAC
  audio_stream_codec_tag: 1630826605
  audio_bitrate: 110052
  audio_sample_rate: 48000
  audio_channels: 2
  audio_frame_size: 1024
  av_length: 305.972332
  file_name: "(redacted)"
  file_size: 772683593
  video_number_of_frames: 9170
  is_asf: false
  container_type: "QuickTime / MOV"
  num_audio_streams: 1
  file_header_fingerprint: 4412779071866993550
  videostreaminfo_version: 284480508
  container_id: CONTAINER_ID_MOV
  video_clip_info {
    metadata {
      key: "major_brand"
      value: "mp42"
    }
    metadata {
      key: "minor_version"
      value: "1"
    }
    metadata {
      key: "compatible_brands"
      value: "mp41mp42isom"
    }
    metadata {
      key: "creation_time"
      value: "2019-12-16T23:49:55.000000Z"
    }
    metadata {
      key: "clfn"
      value: "My Lament - Hart House Jazz Ensemble"
    }
  }
  file_type: 24
  audio_number_of_frames: 14343
  audio_sample_size: 16
  pix_fmt: PIX_FMT_YUV420P
  av_distance: 163644
  file_magic: "ISO Media, MPEG v4 system, version 2"
  parsed_by_ffmpeg: true
  audio_length: 305.972332
  video_length: 305.972332
  average_video_fps: 29.970029830932617
  audio_start_timestamp: 0
  audio_end_timestamp: 305962
  video_start_timestamp: 0
  video_end_timestamp: 305938
  profile: PROFILE_AVC_HIGH
  level: 40
  display_width: 1920
  display_height: 1080
  video_has_leading_moov_atom: true
  video_number_of_invisible_frames: 0
  audio_stream {
    stream_index: 0
    codec_id: CODEC_ID_AAC
```

GOOG-SCHNDR-00049069

```
stream_codec_tag: 1630826605
bitrate: 110052
sample_rate: 48000
channels: 2
frame_size: 1024
sample_size: 16
start_timestamp: 0
end_timestamp: 305962
number_of_frames: 14343
length: 305.972332
clock_discontinuity_us: 0
metadata {
   key: "creation_time"
   value: "2019-12-16T23:49:55.000000Z"
}
metadata {
   key: "handler_name"
   value: "Core Media Audio"
}
channel_position: CHANNEL_FRONT_LEFT
channel_position: CHANNEL_FRONT_RIGHT
language: "eng"
profile: PROFILE_AAC_LOW
decode_offset: 439737
}
video_stream {
   stream_index: 1
   codec_id: CODEC_ID_H264
   stream_codec_tag: 828601953
   profile: PROFILE_AVC_HIGH
   level: 40
   bitrate: 20078950
   width: 1920
   height: 1080
   display_width: 1920
   display_height: 1080
   fps: 29.970029970029969
   average_fps: 29.970029830932617
   pixel_aspect_ratio: 1
   frame_size: 0
   pix_fmt: PIX_FMT_YUV420P
   start_timestamp: 0
   end_timestamp: 305938
   number_of_frames: 9170
   number_of_invisible_frames: 0
   length: 305.972332
   clock_discontinuity_us: 0
   metadata {
      key: "creation_time"
      value: "2019-12-16T23:49:55.000000Z"
   }
   metadata {
      key: "language"
      value: "und"
   }
   metadata {
      key: "handler_name"
      value: "Core Media Video"
   }
   metadata {
      key: "max_number_of_decoder_frame_buffers_needed"
      value: "2"
   }
   metadata {
      key: "min_number_of_decoder_frame_buffers_needed"
      value: "2"
   }
   metadata {
      key: "max_number_of_decoder_frame_buffers_needed"
      value: "2"
   }
```

GOOG-SCHNDR-00049070

```
        metadata {
          key: "min_number_of_decoder_frame_buffers_needed"
          value: "2"
        }
        min_fps: 29.970029970029969
        max_fps: 29.970029970029969
        rational_fps {
          numerator: 30000
          denominator: 1001
        }
        gop_size {
          mean: 29.967320261437909
          min: 20
          max: 30
        }
        closed_gop_size {
          mean: 29.967320261437909
          min: 20
          max: 30
        }
        color_info {
          primaries: COLOR_PRIMARIES_BT709
          transfer_characteristics: COLOR_TRANSFER_CHARACTERISTICS_BT709
          matrix_coefficients: COLOR_MATRIX_COEFFICIENTS_BT709
          range: COLOR_RANGE_MPEG
        }
        codec_fourcc: "avc1"
        sei_message {
          payloadtype: 5
          cumulative_size: 16
          count: 1
        }
        user_data_unregistered {
          uuid: "b9edb930-5d21-4b71-8371-2c10a314bb29"
          payload: ""
          count: 1
        }
        decode_offset: 440913
        codec_string: "avc1.640028"
      }
      num_timedtext_streams: 0
      partial_file: false
      num_data_streams: 0
      num_image_streams: 0
      build_label: "2019-12-08-03_RC00@284480508"
    }
    partial_file: false
```

GOOG-SCHNDR-00049071

```
info {
  video_codec_id: CODEC_ID_H264
  video_stream_codec_tag: 828601953
  num_video_streams: 1
  video_bitrate: 14425122
  video_width: 1920
  video_height: 1080
  video_fps: 29.970029970029969
  video_pixel_aspect_ratio: 1
  video_frame_size: 0
  audio_codec_id: CODEC_ID_AAC
  audio_stream_codec_tag: 1630826605
  audio_bitrate: 125372
  audio_sample_rate: 48000
  audio_channels: 2
  audio_frame_size: 1024
  av_length: 533.043124
  file_name: "(redacted)"
  file_size: 969989118
  video_number_of_frames: 15974
  is_asf: false
  container_type: "QuickTime / MOV"
  num_audio_streams: 1
  file_header_fingerprint: 13365566997749878387
  videostreaminfo_version: 338962809
  container_id: CONTAINER_ID_MOV
  video_clip_info {
    metadata {
      key: "major_brand"
      value: "mp42"
    }
    metadata {
      key: "minor_version"
      value: "1"
    }
    metadata {
      key: "compatible_brands"
      value: "isommp41mp42"
    }
    metadata {
      key: "creation_time"
      value: "2020-10-25T12:50:29.000000Z"
    }
    metadata {
      key: "clfn"
      value: "Wyrgly"
    }
    metadata {
      key: "kywd"
      value: "iMovie"
    }
  }
  file_type: 24
  audio_number_of_frames: 24987
  audio_sample_size: 16
  pix_fmt: PIX_FMT_YUV420P
  av_distance: 317774
  file_magic: "ISO Media, MPEG v4 system, version 2"
  parsed_by_ffmpeg: true
  audio_length: 533.043124
  video_length: 532.999132
  average_video_fps: 29.970029830932617
  audio_start_timestamp: -44
  audio_end_timestamp: 532990
  video_start_timestamp: 0
  video_end_timestamp: 532965
  video_has_non_zero_start_edit_list: true
  profile: PROFILE_AVC_HIGH
  level: 40
  display_width: 1920
  display_height: 1080
```

```
video_has_leading_moov_atom: true
video_number_of_invisible_frames: 0
audio_stream {
    stream_index: 0
    codec_id: CODEC_ID_AAC
    stream_codec_tag: 1630826605
    bitrate: 125372
    sample_rate: 48000
    channels: 2
    frame_size: 1024
    sample_size: 16
    start_timestamp: -44
    end_timestamp: 532990
    number_of_frames: 24987
    length: 533.043124
    clock_discontinuity_us: 0
    metadata {
        key: "creation_time"
        value: "2020-10-25T12:50:29.000000Z"
    }
    metadata {
        key: "handler_name"
        value: "Core Media Audio"
    }
    channel_position: CHANNEL_FRONT_LEFT
    channel_position: CHANNEL_FRONT_RIGHT
    language: "spa"
    profile: PROFILE_AAC_LOW
    decode_offset: 503696
}
video_stream {
    stream_index: 1
    codec_id: CODEC_ID_H264
    stream_codec_tag: 828601953
    profile: PROFILE_AVC_HIGH
    level: 40
    bitrate: 14425122
    width: 1920
    height: 1080
    display_width: 1920
    display_height: 1080
    fps: 29.970029970029969
    average_fps: 29.970029830932617
    pixel_aspect_ratio: 1
    frame_size: 0
    pix_fmt: PIX_FMT_YUV420P
    start_timestamp: 0
    end_timestamp: 532965
    number_of_frames: 15974
    number_of_invisible_frames: 0
    length: 532.999132
    clock_discontinuity_us: 0
    metadata {
        key: "creation_time"
        value: "2020-10-25T12:50:29.000000Z"
    }
    metadata {
        key: "language"
        value: "und"
    }
    metadata {
        key: "handler_name"
        value: "Core Media Video"
    }
    metadata {
        key: "max_number_of_decoder_frame_buffers_needed"
        value: "2"
    }
    metadata {
        key: "min_number_of_decoder_frame_buffers_needed"
        value: "2"
```

GOOG-SCHNDR-00049095

```
        }
        metadata {
          key: "max_number_of_decoder_frame_buffers_needed"
          value: "2"
        }
        metadata {
          key: "min_number_of_decoder_frame_buffers_needed"
          value: "2"
        }
        min_fps: 29.970029970029969
        max_fps: 29.970029970029969
        rational_fps {
          numerator: 30000
          denominator: 1001
        }
        gop_size {
          mean: 29.96998123827392
          min: 14
          max: 30
        }
        closed_gop_size {
          mean: 29.96998123827392
          min: 14
          max: 30
        }
        color_info {
          primaries: COLOR_PRIMARIES_BT709
          transfer_characteristics: COLOR_TRANSFER_CHARACTERISTICS_BT709
          matrix_coefficients: COLOR_MATRIX_COEFFICIENTS_BT709
          range: COLOR_RANGE_MPEG
        }
        codec_fourcc: "avc1"
        sei_message {
          payloadtype: 5
          cumulative_size: 16
          count: 1
        }
        user_data_unregistered {
          uuid: "b9edb930-5d21-4b71-8371-2c10a314bb29"
          payload: ""
          count: 1
        }
        decode_offset: 821515
        codec_string: "avc1.640028"
      }
      num_timedtext_streams: 0
      partial_file: false
      num_data_streams: 0
      num_image_streams: 0
      build_label: "2020-10-25-03_RC00@338962809"
    }
    partial_file: false
```

GOOG-SCHNDR-00049096

```
info {
  video_codec_id: CODEC_ID_H264
  video_stream_codec_tag: 828601953
  num_video_streams: 1
  video_bitrate: 15168017
  video_width: 1920
  video_height: 1080
  video_fps: 29.970029970029969
  video_pixel_aspect_ratio: 1
  video_frame_size: 0
  audio_codec_id: CODEC_ID_AAC
  audio_stream_codec_tag: 1630826605
  audio_bitrate: 123218
  audio_sample_rate: 48000
  audio_channels: 2
  audio_frame_size: 1024
  av_length: 325.591937
  file_name: "(redacted)"
  file_size: 622803823
  video_number_of_frames: 9758
  is_asf: false
  container_type: "QuickTime / MOV"
  num_audio_streams: 1
  file_header_fingerprint: 11680672586894710451
  videostreaminfo_version: 243882909
  container_id: CONTAINER_ID_MOV
  video_clip_info {
    metadata {
      key: "major_brand"
      value: "mp42"
    }
    metadata {
      key: "minor_version"
      value: "1"
    }
    metadata {
      key: "compatible_brands"
      value: "mp41mp42isom"
    }
    metadata {
      key: "creation_time"
      value: "2019-04-23T17:01:53.000000Z"
    }
    metadata {
      key: "clfn"
      value: "A Potter\'s Song"
    }
    metadata {
      key: "kywd"
      value: "iMovie"
    }
  }
  file_type: 24
  audio_number_of_frames: 15263
  audio_sample_size: 16
  pix_fmt: PIX_FMT_YUV420P
  av_distance: 212114
  file_magic: "ISO Media, MPEG v4 system, version 2"
  parsed_by_ffmpeg: true
  audio_length: 325.591937
  video_length: 325.591932
  average_video_fps: 29.970029830932617
  audio_start_timestamp: 0
  audio_end_timestamp: 325589
  video_start_timestamp: 0
  video_end_timestamp: 325558
  profile: PROFILE_AVC_HIGH
  level: 40
  display_width: 1920
  display_height: 1080
  video_has_leading_moov_atom: true
```

GOOG-SCHNDR-00049274

```
video_number_of_invisible_frames: 0
audio_stream {
   stream_index: 0
   codec_id: CODEC_ID_AAC
   stream_codec_tag: 1630826605
   bitrate: 123218
   sample_rate: 48000
   channels: 2
   frame_size: 1024
   sample_size: 16
   start_timestamp: 0
   end_timestamp: 325589
   number_of_frames: 15263
   length: 325.591937
   clock_discontinuity_us: 0
   metadata {
      key: "creation_time"
      value: "2019-04-23T17:01:53.000000Z"
   }
   metadata {
      key: "handler_name"
      value: "Core Media Audio"
   }
   channel_position: CHANNEL_FRONT_LEFT
   channel_position: CHANNEL_FRONT_RIGHT
   language: "eng"
   profile: PROFILE_AAC_LOW
   decode_offset: 402670
}
video_stream {
   stream_index: 1
   codec_id: CODEC_ID_H264
   stream_codec_tag: 828601953
   profile: PROFILE_AVC_HIGH
   level: 40
   bitrate: 15168017
   width: 1920
   height: 1080
   display_width: 1920
   display_height: 1080
   fps: 29.970029970029969
   average_fps: 29.970029830932617
   pixel_aspect_ratio: 1
   frame_size: 0
   pix_fmt: PIX_FMT_YUV420P
   start_timestamp: 0
   end_timestamp: 325558
   number_of_frames: 9758
   number_of_invisible_frames: 0
   length: 325.591932
   clock_discontinuity_us: 0
   metadata {
      key: "creation_time"
      value: "2019-04-23T17:01:53.000000Z"
   }
   metadata {
      key: "language"
      value: "und"
   }
   metadata {
      key: "handler_name"
      value: "Core Media Video"
   }
   metadata {
      key: "max_number_of_decoder_frame_buffers_needed"
      value: "2"
   }
   metadata {
      key: "min_number_of_decoder_frame_buffers_needed"
      value: "2"
   }
```

GOOG-SCHNDR-00049275

```
      metadata {
        key: "max_number_of_decoder_frame_buffers_needed"
        value: "2"
      }
      metadata {
        key: "min_number_of_decoder_frame_buffers_needed"
        value: "2"
      }
      min_fps: 29.970029970029969
      max_fps: 29.970029970029969
      rational_fps {
        numerator: 30000
        denominator: 1001
      }
      gop_size {
        mean: 29.932515337423315
        min: 8
        max: 30
      }
      closed_gop_size {
        mean: 29.932515337423315
        min: 8
        max: 30
      }
      color_info {
        primaries: COLOR_PRIMARIES_BT709
        transfer_characteristics: COLOR_TRANSFER_CHARACTERISTICS_BT709
        matrix_coefficients: COLOR_MATRIX_COEFFICIENTS_BT709
        range: COLOR_RANGE_MPEG
      }
      codec_fourcc: "avc1"
      sei_message {
        payloadtype: 5
        cumulative_size: 16
        count: 1
      }
      user_data_unregistered {
        uuid: "b9edb930-5d21-4b71-8371-2c10a314bb29"
        payload: ""
        count: 1
      }
      decode_offset: 403846
    }
    num_timedtext_streams: 0
    partial_file: false
    num_data_streams: 0
    num_image_streams: 0
    build_label: "2019-04-16-02_RC00@243882909"
  }
partial_file: false
```

GOOG-SCHNDR-00049276

```
info {
  video_codec_id: CODEC_ID_H264
  video_stream_codec_tag: 828601953
  num_video_streams: 1
  video_bitrate: 11044697
  video_width: 1280
  video_height: 720
  video_fps: 25
  video_pixel_aspect_ratio: 1
  video_frame_size: 0
  audio_codec_id: CODEC_ID_AAC
  audio_stream_codec_tag: 1630826605
  audio_bitrate: 129932
  audio_sample_rate: 48000
  audio_channels: 2
  audio_frame_size: 1024
  av_length: 269.844
  file_name: "(redacted)"
  file_size: 377166409
  video_number_of_frames: 6745
  is_asf: false
  container_type: "QuickTime / MOV"
  num_audio_streams: 1
  file_header_fingerprint: 2610565639822182720
  videostreaminfo_version: 342531449
  container_id: CONTAINER_ID_MOV
  video_clip_info {
    metadata {
      key: "major_brand"
      value: "mp42"
    }
    metadata {
      key: "minor_version"
      value: "1"
    }
    metadata {
      key: "compatible_brands"
      value: "isommp41mp42"
    }
    metadata {
      key: "creation_time"
      value: "2020-11-20T13:29:52.000000Z"
    }
    metadata {
      key: "clfn"
      value: "My Lament"
    }
    metadata {
      key: "kywd"
      value: "iMovie"
    }
  }
  file_type: 24
  audio_number_of_frames: 12649
  audio_sample_size: 16
  pix_fmt: PIX_FMT_YUV420P
  av_distance: 130696
  file_magic: "ISO Media, MPEG v4 system, version 2"
  parsed_by_ffmpeg: true
  audio_length: 269.844
  video_length: 269.8
  average_video_fps: 25
  audio_start_timestamp: -44
  audio_end_timestamp: 269780
  video_start_timestamp: 0
  video_end_timestamp: 269760
  video_has_non_zero_start_edit_list: true
  profile: PROFILE_AVC_HIGH
  level: 31
  display_width: 1280
  display_height: 720
```

GOOG-SCHNDR-00049329

```
video_has_leading_moov_atom: true
video_number_of_invisible_frames: 0
audio_stream {
  stream_index: 0
  codec_id: CODEC_ID_AAC
  stream_codec_tag: 1630826605
  bitrate: 129932
  sample_rate: 48000
  channels: 2
  frame_size: 1024
  sample_size: 16
  start_timestamp: -44
  end_timestamp: 269780
  number_of_frames: 12649
  length: 269.844
  clock_discontinuity_us: 0
  metadata {
    key: "creation_time"
    value: "2020-11-20T13:29:52.000000Z"
  }
  metadata {
    key: "handler_name"
    value: "Core Media Audio"
  }
  channel_position: CHANNEL_FRONT_LEFT
  channel_position: CHANNEL_FRONT_RIGHT
  language: "nld"
  profile: PROFILE_AAC_LOW
  decode_offset: 246699
}
video_stream {
  stream_index: 1
  codec_id: CODEC_ID_H264
  stream_codec_tag: 828601953
  profile: PROFILE_AVC_HIGH
  level: 31
  bitrate: 11044697
  width: 1280
  height: 720
  display_width: 1280
  display_height: 720
  fps: 25
  average_fps: 25
  pixel_aspect_ratio: 1
  frame_size: 0
  pix_fmt: PIX_FMT_YUV420P
  start_timestamp: 0
  end_timestamp: 269760
  number_of_frames: 6745
  number_of_invisible_frames: 0
  length: 269.8
  clock_discontinuity_us: 0
  metadata {
    key: "creation_time"
    value: "2020-11-20T13:29:52.000000Z"
  }
  metadata {
    key: "language"
    value: "und"
  }
  metadata {
    key: "handler_name"
    value: "Core Media Video"
  }
  metadata {
    key: "max_number_of_decoder_frame_buffers_needed"
    value: "2"
  }
  metadata {
    key: "min_number_of_decoder_frame_buffers_needed"
    value: "2"
```

GOOG-SCHNDR-00049330

```
          }
          metadata {
            key: "max_number_of_decoder_frame_buffers_needed"
            value: "2"
          }
          metadata {
            key: "min_number_of_decoder_frame_buffers_needed"
            value: "2"
          }
          min_fps: 25
          max_fps: 25
          rational_fps {
            numerator: 25
            denominator: 1
          }
          gop_size {
            mean: 29.977777777777778
            min: 25
            max: 30
          }
          closed_gop_size {
            mean: 29.977777777777778
            min: 25
            max: 30
          }
          color_info {
            primaries: COLOR_PRIMARIES_BT709
            transfer_characteristics: COLOR_TRANSFER_CHARACTERISTICS_BT709
            matrix_coefficients: COLOR_MATRIX_COEFFICIENTS_BT709
            range: COLOR_RANGE_MPEG
          }
          codec_fourcc: "avc1"
          sei_message {
            payloadtype: 5
            cumulative_size: 16
            count: 1
          }
          user_data_unregistered {
            uuid: "b9edb930-5d21-4b71-8371-2c10a314bb29"
            payload: ""
            count: 1
          }
          decode_offset: 286567
          codec_string: "avc1.64001f"
        }
        num_timedtext_streams: 0
        partial_file: false
        num_data_streams: 0
        num_image_streams: 0
        build_label: "2020-11-15-02_RC00@342531449"
      }
      partial_file: false
```

GOOG-SCHNDR-00049331

```
info {
    video_codec_id: CODEC_ID_H264
    video_stream_codec_tag: 828601953
    num_video_streams: 1
    video_bitrate: 20015792
    video_width: 1920
    video_height: 1080
    video_fps: 29.970029970029969
    video_pixel_aspect_ratio: 1
    video_frame_size: 0
    audio_codec_id: CODEC_ID_AAC
    audio_stream_codec_tag: 1630826605
    audio_bitrate: 130113
    audio_sample_rate: 48000
    audio_channels: 2
    audio_frame_size: 1024
    av_length: 534.477895
    file_name: "(redacted)"
    file_size: 1346557241
    video_number_of_frames: 16017
    is_asf: false
    container_type: "QuickTime / MOV"
    num_audio_streams: 1
    file_header_fingerprint: 10001700424055319817
    videostreaminfo_version: 294117397
    container_id: CONTAINER_ID_MOV
    video_clip_info {
        metadata {
            key: "major_brand"
            value: "mp42"
        }
        metadata {
            key: "minor_version"
            value: "1"
        }
        metadata {
            key: "compatible_brands"
            value: "isommp41mp42"
        }
        metadata {
            key: "creation_time"
            value: "2020-02-17T13:05:33.000000Z"
        }
        metadata {
            key: "clfn"
            value: "5.Sky Blue"
        }
        metadata {
            key: "kywd"
            value: "iMovie"
        }
    }
    file_type: 24
    audio_number_of_frames: 25054
    audio_sample_size: 16
    pix_fmt: PIX_FMT_YUV420P
    av_distance: 337421
    file_magic: "ISO Media, MPEG v4 system, version 2"
    parsed_by_ffmpeg: true
    audio_length: 534.477895
    video_length: 534.433899
    average_video_fps: 29.970029830932617
    audio_start_timestamp: -44
    audio_end_timestamp: 534420
    video_start_timestamp: 0
    video_end_timestamp: 534400
    video_has_non_zero_start_edit_list: true
    profile: PROFILE_AVC_HIGH
    level: 40
    display_width: 1920
    display_height: 1080
```

GOOG-SCHNDR-00049569

```
video_has_leading_moov_atom: true
video_number_of_invisible_frames: 0
audio_stream {
  stream_index: 0
  codec_id: CODEC_ID_AAC
  stream_codec_tag: 1630826605
  bitrate: 130113
  sample_rate: 48000
  channels: 2
  frame_size: 1024
  sample_size: 16
  start_timestamp: -44
  end_timestamp: 534420
  number_of_frames: 25054
  length: 534.477895
  clock_discontinuity_us: 0
  metadata {
    key: "creation_time"
    value: "2020-02-17T13:05:33.000000Z"
  }
  metadata {
    key: "handler_name"
    value: "Core Media Audio"
  }
  channel_position: CHANNEL_FRONT_LEFT
  channel_position: CHANNEL_FRONT_RIGHT
  language: "jpn"
  profile: PROFILE_AAC_LOW
  decode_offset: 641218
}
video_stream {
  stream_index: 1
  codec_id: CODEC_ID_H264
  stream_codec_tag: 828601953
  profile: PROFILE_AVC_HIGH
  level: 40
  bitrate: 20015792
  width: 1920
  height: 1080
  display_width: 1920
  display_height: 1080
  fps: 29.970029970029969
  average_fps: 29.970029830932617
  pixel_aspect_ratio: 1
  frame_size: 0
  pix_fmt: PIX_FMT_YUV420P
  start_timestamp: 0
  end_timestamp: 534400
  number_of_frames: 16017
  number_of_invisible_frames: 0
  length: 534.433899
  clock_discontinuity_us: 0
  metadata {
    key: "creation_time"
    value: "2020-02-17T13:05:33.000000Z"
  }
  metadata {
    key: "language"
    value: "und"
  }
  metadata {
    key: "handler_name"
    value: "Core Media Video"
  }
  metadata {
    key: "max_number_of_decoder_frame_buffers_needed"
    value: "2"
  }
  metadata {
    key: "min_number_of_decoder_frame_buffers_needed"
    value: "2"
```

GOOG-SCHNDR-00049570

```
        }
        metadata {
          key: "max_number_of_decoder_frame_buffers_needed"
          value: "2"
        }
        metadata {
          key: "min_number_of_decoder_frame_buffers_needed"
          value: "2"
        }
        min_fps: 29.970029970029969
        max_fps: 29.970029970029969
        rational_fps {
          numerator: 30000
          denominator: 1001
        }
        gop_size {
          mean: 29.99438202247191
          min: 27
          max: 30
        }
        closed_gop_size {
          mean: 29.99438202247191
          min: 27
          max: 30
        }
        color_info {
          primaries: COLOR_PRIMARIES_BT709
          transfer_characteristics: COLOR_TRANSFER_CHARACTERISTICS_BT709
          matrix_coefficients: COLOR_MATRIX_COEFFICIENTS_BT709
          range: COLOR_RANGE_MPEG
        }
        codec_fourcc: "avc1"
        sei_message {
          payloadtype: 5
          cumulative_size: 16
          count: 1
        }
        user_data_unregistered {
          uuid: "b9edb930-5d21-4b71-8371-2c10a314bb29"
          payload: ""
          count: 1
        }
        decode_offset: 683698
        codec_string: "avc1.640028"
      }
      num_timedtext_streams: 0
      partial_file: false
      num_data_streams: 0
      num_image_streams: 0
      build_label: "2020-02-09-02_RC00@294117397"
    }
    partial_file: false
```

GOOG-SCHNDR-00049571