# EXHIBIT 2

to the Declaration of Thierry Foucu

| video_id | title | status | visibility | category | time_created_utc | username | parent_channel_id | upload_ip | length | description | view_count | comment_count |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| g1d73vwTWcc | My Lament - Hart House Jazz Ensemble (Comp. Maria Schneider) | PROCESSED | PUBLIC | Music | 12/17/2019 3:42 | hhjazzensemble | Yu3fwcQJiSyZotdkhwE4ow | 2607:fea8:1260:1003:28 b3:9667:d0e2:a10d | 307 | My Lament is a composition and arrangement by Maria Schneider. This performance features Jacob Chung on the Tenor Saxophone.<br><br>The Hart House Jazz Ensemble is an active and vibrant band made up of members from different colleges and campus communities united in one common interest: a love of music. Members balance their lives and studies around numerous other commitments but still take the time out to play in the ensemble.<br><br>This performance took place in The Great Hall at Hart House (Toronto, ON) in December of 2019. | 103 | 0 |

CONFIDENTIAL

GOOG-SCHNDR-00042885

| video_id | title | status | visibility | category | time_created_utc | username | parent_channel_id | upload_ip | length | description | view_count | comment_count |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| k09S8ZdeuCg | Tim Acke & Quintessence Big Band: My Lament by Maria Schneider | PROCESSED | PUBLIC | Music | 11/20/2020 13:31 | tacketacke | eGgGoQ6VtPQFknqFMMLYAg | 2a02:a03f:e395:5e00:69b7:18d1:9cf9:c620 | 270 | Tim Acke - Tenor saxophone Quintessence Big Band<br><br>Music by Maria Schneider | 238 | 0 |

CONFIDENTIAL

GOOG-SCHNDR-00042887

| video_id | title | status | visibility | category | time_created_utc | username | parent_channel_id | upload_ip | length | description | view_count | comment_count |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TCryn53_DKI | Scenes from childhood : part1 : Bombshelter Beast / Maria Schneider - 6 Floor Jazz Orchestra | PROCESSED | PUBLIC | People & Blogs | 2/17/2020 13:18 | N/A | YR8__WrRmKSxoHAe9L-nuw | 114.69.56.1 | 652 | Scenes from childhood : part1 : Bombshelter Beast / Maria Schneider solo: Yuji Yogawa - baritone sax & Kazusa Koike - guitar<br><br>6 Floor Jazz Orchestra "Last Live"<br>February 16 2020 at 調布GINZ in Tokyo, Japan<br><br><br>Masato Kimura - alto sax, soprano sax,<br>Kai Kawamoto - alto sax, soprano sax, flute<br>Mitsuki Matsushita - tenor sax, clarinet<br>Ai Yamaguchi - tenor sax, clarinet<br>Yuji Yogawa - baritone sax, bass clarinet, clarinet<br>Motoki Saito - flute, piccolo<br>Koki Hayashi - clarinet<br><br>Takumi Hamura - trombone<br>Kazuho Murakami - trombone<br>Tomoki Matsui - trombone<br>Shun Tamura - bass trombone<br><br>Takeru Kawabata - trumpet, flugelhorn<br>Akio Tsujinaka - trumpet, flugelhorn<br>Masashi Kubota - trumpet, flugelhorn<br>Ryu Kodama - trumpet, flugelhorn<br>Sumire Yoshino - trumpet, flugelhorn<br><br>Rintaro Hayashima - piano, key<br>Kazusa Koike - guitar<br>Rina Koyama - bass<br>Kei Onishi - drums<br>Gai Seki - percussion | 380 | 0 |

CONFIDENTIAL

GOOG-SCHNDR-00042965

| video_id | title | status | visibility | category | time_created_utc | username | parent_channel_id | upload_ip | length | description | view_count | comment_count |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| vsTiByu-ArU | Sky Blue / Maria Schneider - 6 Floor Jazz Orchestra | PROCESSED | PUBLIC | People & Blogs | 2/17/2020 13:18 | N/A | YR8__WrRmKSxoHAe9L-nuw | 114.69.56.1 | 535 | Sky Blue / Maria Schneider feat. Masato Kimura - soprano sax<br><br>6 Floor Jazz Orchestra "Last Live"<br>February 16 2020 at 調布GINZ in Tokyo, Japan<br><br>Masato Kimura - alto sax, soprano sax,<br>Kai Kawamoto - alto sax, soprano sax, flute<br>Mitsuki Matsushita - tenor sax, clarinet<br>Ai Yamaguchi - tenor sax, clarinet<br>Yuji Yogawa - baritone sax, bass clarinet, clarinet<br>Motoki Saito - flute, piccolo<br>Koki Hayashi - clarinet<br><br>Takumi Hamura - trombone<br>Kazuho Murakami - trombone<br>Tomoki Matsui - trombone<br>Shun Tamura - bass trombone<br><br>Takeru Kawabata - trumpet, flugelhorn<br>Akio Tsujinaka - trumpet, flugelhorn<br>Masashi Kubota - trumpet, flugelhorn<br>Ryu Kodama - trumpet, flugelhorn<br>Sumire Yoshino - trumpet, flugelhorn<br><br>Rintaro Hayashima - piano, key<br>Kazusa Koike - guitar<br>Rina Koyama - bass<br>Kei Onishi - drums<br>Gai Seki - percussion | 1432 | 0 |

CONFIDENTIAL

GOOG-SCHNDR-00042974

| video_id | title | status | visibility | category | time_created_utc | username | parent_channel_id | upload_ip | length | description | view_count | comment_count |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BBPiMzlGxRU | Choro dançado / Maria Schneider - 6 Floor Jazz Orchestra | PROCESSED | PUBLIC | People & Blogs | 2/17/2020 14:27 | N/A | YR8__WrRmKSxoHAe9L-nuw | 114.69.56.1 | 589 | Choro dançado / Maria Schneider<br>solo: Sumire Yoshino - trumpet & Rintaro Hayashima -piano<br><br>6 Floor Jazz Orchestra "Last Live"<br>February 16 2020 at 調布GINZ in Tokyo, Japan<br><br><br>Masato Kimura - alto sax, soprano sax,<br>Kai Kawamoto - alto sax, soprano sax, flute<br>Mitsuki Matsushita - tenor sax, clarinet<br>Ai Yamaguchi - tenor sax, clarinet<br>Yuji Yogawa - baritone sax, bass clarinet, clarinet<br>Motoki Saito - flute, piccolo<br>Koki Hayashi - clarinet<br><br>Takumi Hamura - trombone<br>Kazuho Murakami - trombone<br>Tomoki Matsui - trombone<br>Shun Tamura - bass trombone<br><br>Takeru Kawabata - trumpet, flugelhorn<br>Akio Tsujinaka - trumpet, flugelhorn<br>Masashi Kubota - trumpet, flugelhorn<br>Ryu Kodama - trumpet, flugelhorn<br>Sumire Yoshino - trumpet, flugelhorn<br><br>Rintaro Hayashima - piano, key<br>Kazusa Koike - guitar<br>Rina Koyama - bass<br>Kei Onishi - drums<br>Gai Seki - percussion | 718 | 0 |

CONFIDENTIAL

GOOG-SCHNDR-00043044

| video_id | title | status | visibility | category | time_created_utc | username | parent_channel_id | upload_ip | length | description | view_count | comment_count |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| aOXIpwzAO9Q | Mi Recital de Grado Pt 6 Wyrgly Maria Schneider | PROCESSED | PUBLIC | Music | 11/1/2020 20:02 | N/A | DYg5Q0gIcaKKT54ZcivJwA | 178.115.130.224 | 534 | Ganas de conectar con Juan? déjame saber de tí! apóyamos en Patreon! https://www.patreon.com/laclasedejuan<br><br>Ganas de tocar piano? prueba Flowkey! el nuevo portal para aprender a tocar piano en línea!<br>https://tinyurl.com/ClaseDeJuan-flowkey<br><br>En este especial estoy subiendo mi recital de grado completo, con composiciones mías arregladas para big band y también obras de grandes compositores. Recuerden si quieren el análisis de alguno de estas obras comentar #juaneacciona. | 1654 | 10 |

CONFIDENTIAL

GOOG-SCHNDR-00043146

| video_id | title | status | visibility | category | time_created_utc | username | parent_channel_id | upload_ip | length | description | view_count | comment_count |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| -VV3QuF8Ajw | Allegresse - Gretsch Electric Guitar Ensemble | PROCESSED | PUBLIC | Music | 5/8/2020 17:09 | ecmusicvids | Ml2jtCcwXDL0HmXBe7whfw | 73.8.21.148 | 646 | "Allegresse," by Maria Schneider, adapted for electric guitar ensemble by Kevin Brunkhorst. Performed by the Elmhurst College Gretsch Electric Guitar Ensemble, on May 10, 2019 in the Accelerator Artspace on the Elmhurst College campus.<br><br>Guitars, left to right:<br>- Aimee Nawrocki<br>- Parker Stluka (2nd solo)<br>- Cole Runge (1st solo)<br>- Jackie Russell<br>- Matt Zoppa<br>Rhythm Section:<br>- Clay Corso, piano (fills throughout)<br>- Vinny Kabat, bass<br>- T.J. Thompson, drums<br>- Luis Arias, percussion<br>Director:<br>- Mike Pinto<br><br>Audio recorded by Josh Baty-Barr and Nate Baxter; assisted by Daniel Cortez, Drew Bryant, & Rob Kristan<br>Video recorded by Nate Baxter, Drew Bryant, Rob Kristan, & Jaime Ruiz<br>Audio & video production by Mike Pinto | 206 | 0 |

CONFIDENTIAL

GOOG-SCHNDR-00043153

| video_id | title | status | visibility | category | time_created_utc | username | parent_channel_id | upload_ip | length | description | view_count | comment_count |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GZii89KY_j4 | Cerulean Skies / Maria Schneider - 6 Floor Jazz Orchestra | PROCESSED | PUBLIC | People & Blogs | 2/17/2020 13:57 | N/A | YR8__WrRmKSxoHAe9L-nuw | 114.69.56.1 | 1322 | Cerulean Skies / Maria Schneider<br>solo:<br>Mitsuki Matsushita - tenor sax<br>Rintaro Hayashima - piano<br>Kai Kawamoto - alto sax<br><br>6 Floor Jazz Orchestra ""Last Live""<br>February 16 2020 at 調布GINZ in Tokyo, Japan<br><br>Masato Kimura - alto sax, soprano sax,<br>Kai Kawamoto - alto sax, soprano sax, flute<br>Mitsuki Matsushita - tenor sax, clarinet<br>Ai Yamaguchi - tenor sax, clarinet<br>Yuji Yogawa - baritone sax, bass clarinet, clarinet<br>Motoki Saito - flute, piccolo<br>Koki Hayashi - clarinet<br><br>Takumi Hamura - trombone<br>Kazuho Murakami - trombone<br>Tomoki Matsui - trombone<br>Shun Tamura - bass trombone<br><br>Takeru Kawabata - trumpet, flugelhorn<br>Akio Tsujinaka - trumpet, flugelhorn<br>Masashi Kubota - trumpet, flugelhorn<br>Ryu Kodama - trumpet, flugelhorn<br>Sumire Yoshino - trumpet, flugelhorn<br><br>Rintaro Hayashima - piano, key<br>Kazusa Koike - guitar<br>Rina Koyama - bass<br>Kei Onishi - drums<br>Gai Seki - percussion | 3750 | 2 |

CONFIDENTIAL

GOOG-SCHNDR-00043675

| video_id | title | status | visibility | category | time_created_utc | username | parent_channel_id | upload_ip | length | description | view_count | comment_count |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| jxg8bkMVs80 | A Potter's Song - Maria Schneider - Frost SJB | PROCESSED | PUBLIC | Music | 4/23/2019 17:09 | jesstbone8 | tDKF52O35XB8x5_7azQNhQ | 129.171.6.192 | 326 | A Potter's Song<br><br>comp. Maria Schneider<br><br>Jessica Hawthorne, director<br><br>Reeds: Adam Claussen, Kyle Moreen, Seth Crail, Quin McIntire, Nathan Hatton<br><br>Trumpets: Michael Dudley, Aaron Mutchler (solo), Nick Benitez, Andrew Loose<br><br>Trombones: Eli Feingold, Andrew Peal, Carter Key, Aaron Geldert (bass)<br><br>Rhythm Section: Jake Hart (piano), Rob Papacica (guitar), Gabe Godoy (bass), Murph Aucamp (drums)<br><br>Recorded April 12, 2017<br>Frost School of Music<br>Maurice Gusman Concert Hall | 416 | 1 |

CONFIDENTIAL

GOOG-SCHNDR-00043693