# EXHIBIT 3

to the Declaration of Thierry Foucu



GOOG-SCHNDR-00050466



GOOG-SCHNDR-00050517



GOOG-SCHNDR-00050535



GOOG-SCHNDR-00050594



GOOG-SCHNDR-00050612



GOOG-SCHNDR-00050654



GOOG-SCHNDR-00050886



GOOG-SCHNDR-00050733



GOOG-SCHNDR-00050774