# EXHIBIT 2

to the Declaration of Lauren Gallo White

Message
___

| | |
|---|---|
| **From:** | Cheri Dorr [cherid@dorrdesign.com] |
| on behalf of | Cheri Dorr <cherid@dorrdesign.com> [cherid@dorrdesign.com] |
| **Sent:** | 7/8/2016 12:49:49 AM |
| **To:** | Maria Schneider [mariaschneider@mac.com] |
| **CC:** | Cheri Dorr [cherid@dorrdesign.com] |
| **Subject:** | Re: comrades |

Huh! Very interesting.
Not sure what to ask exactly.
But here we are in this pristine area (brooks, streams, aquifers, river, and source of water for 17 million people) with this toxic infrastructure about to be constructed by a private company, against our will and all our laws, in a noted IBA area and wildlife preserve for more than 100 years.
It will push fracked gas (filled with chemicals) from PA through our county and state, through MA, and up to Canada to be exported to Europe, leaking and spewing all the way.
Compressor Stations known for their toxic emissions and green house gasses, running 24/7, risk of explosion, leaking etc etc etc.
With no benefit for anyone in this county or country. Exporting to drive our cheap gas prices up at home.
This is all for the profit of the gas company.
They call it THE EASTERN SYSTEM UPGRADE.
It is merely an upgrade for their shareholders wallets.

We got this notification from FERC (Federal Energy Regulatory Commission) this morning of Millennium's plan to plow ahead:

**Millennium Updates**

> Millennium continues to coordinate with local representatives regarding the planned Project.
> Millennium held a conference call with the Delaware River Basin Commission to discuss their jurisdiction over the Project; a summary of the meeting will be filed with Millennium's application.
> Millennium reported that species-specific surveys are complete, except for freshwater mussel surveys in the Neversink River, and is assessing impacts on the Indiana bat based on guidance provided by NYSDEC.
> Millennium anticipates filing its formal application by the end of July.


On Jul 7, 2016, at 8:30 PM, Maria Schneider wrote:

> Check this out — little does she know about the gas thing… can you read this and tell me if there are things I should ask her?
> The guy who handles my publishing (Dan, below) put me in touch with her. She's the subject of this weeks New Yorker article.
> Interesting!
> x
> Maria

SCHNEIDER_0000038390

Begin forwarded message:

**From:** Rebecca Martin <larrecca@gmail.com>
**Subject: Re: comrades**
**Date:** July 7, 2016 at 6:32:30 PM EDT
**To:** Dan Coleman <dan.coleman@modernworkspub.com>
**Cc:** MARIA SCHNEIDER <mariaschneider@mac.com>

Hey Maria. So nice to make your acquaintance. I am a fan!

I have been working on water advocacy and commented to Dan, that if ever I could help on the Spotify front, I'd be happy to help. I'm assuming you are leading the charge. Be in touch.

http://www.newyorker.com/culture/culture-desk/a-jazz-singer-fights-niagara-bottling?intcid=mod-latest

On Thu, Jul 7, 2016 at 5:30 PM, Dan Coleman <dan.coleman@modernworkspub.com> wrote:
> Maria, please meet Rebecca Martin.
>
> Rebecca, meet Maria Schneider.
>
> You two should certainly get acquainted musically, but just as important, you are both passionate advocates for composers' rights.
>
> Dan
>
> --
> Dan Coleman
> Managing Partner
> **MODERN WORKS MUSIC PUBLISHING**
> Soundrights Music (ASCAP) | Grow Your Own Music (BMI) | Boplicity Music (SESAC)
> 212.459.2996
> dan.coleman@modernworkspub.com
> http://modernworksmusicpublishing.com
> Like Us On Facebook
> Follow Us On Twitter
>
> This email is confidential. If you feel you have received this email in error, please contact us. Dan Coleman does not give legal or tax advice.
>
> 

--

Larrecca Music Management

**Artist Roster:**

Larry Grenadier:  www.larrygrenadier.com
Upstate: http://www.larreccamusic.com/artists/upstate/

**Programs:**
Kingston Urban Agriculture Committee
The Dig Kids - an Urban Farm Program
Urban Agriculture Zoning Project

**Founder and Chair**
KingstonCitizens.org:  www.kingstoncitizens.org

###

For Rebecca Martin, contact:
September Gurl Management
Patrice Fehlen


Cheri Dorr
Principal
Dorr Design Associates, Inc.
office   845.557.3827
cell     212.675.0798
cherid@dorrdesign.com

SCHNEIDER_0000038392