# EXHIBIT 3

to the Declaration of Lauren Gallo White

Message
___

| | |
|---|---|
| From: | Maria Schneider [mariaschneider@me.com] |
| on behalf of | Maria Schneider <mariaschneider@me.com> [mariaschneider@me.com] |
| Sent: | 5/31/2017 9:18:56 PM |
| To: | mlugo@naxosusa.com |
| CC: | Dan Coleman [publishing@artistshare.com] |
| Subject: | Last Season, mechanical |

Dear Matthew,

I appreciate you writing.  I'm cc-ing Dan Coleman, who handles this for me.
Thanks much!

Best, Maria


> Begin forwarded message:
>
> **From:** Matthew Lugo <mlugo@naxosusa.com>
> **Subject: Ariadne - Copyright Ownership Inquiry**
> **Date:** May 31, 2017 at 4:36:19 PM EDT
> **To:** marieleclairemgmt@gmail.com
>
> Dear Maria Schneider,
>
> I represent Ariadne Music Resources, the mechanical licensing subsidiary to Naxos of America, and we currently administer royalty payments for Mark Records. Our recent mechanical licensing catalog contains an album with your work titled "Last Season"
>
> Please respond confirming who owns the copyright to this work so I may follow up with a mechanical license to the respective party.
>
> Lastly, do not hesitate to contact with any questions or concerns you may have.
>
> Best,
> Matthew Lugo
>
> --
> 
>
> **Matthew Lugo**
> Royalty Administration Coordinator
>
> **Naxos of America**
> **Ariadne Music Resources**
> 1810 Columbia Ave, Suite 28, Franklin, TN 37064
> **Skype:** jmattlugo
> **Office:** (615) 465-3805
> www.naxos.com · www.naxoslicensing.com · www.naxosmusiclibrary.com

SCHNEIDER_0000088918