# EXHIBIT 4

to the Declaration of Lauren Gallo White

```
 1
 2   UNITED STATES DISTRICT COURT
 3   NORTHERN DISTRICT OF CALIFORNIA
 4   SAN FRANCISCO DIVISION
 5   ------------------------------------x
 6   MARIA SCHNEIDER, UNIGLOBE
     ENTERTAINMENT, LLC and AST
 7   PUBLISHING LTD., individually and
     on behalf of all others similarly
 8   situated,
 9                              Plaintiffs,
10   -against-         Case No. 3:20-cv-4423
11   YOUTUBE, LLC; and GOOGLE LLC,
12                              Defendants.
13   ------------------------------------x
14
15       REMOTE VIDEOTAPED DEPOSITION OF
                MARIA SCHNEIDER
16            New York, New York
                June 14, 2022
17
18
19   Reported By:
20   ERIC J. FINZ
21
22
23
24
25
```

Page 1

| | | |
|---|---|---|
| 1 | MARIA SCHNEIDER | |
| 2 | at here must have come from such a | 13:50:12 |
| 3 | search. | 13:50:15 |
| 4 | Q. For example, if you just look | 13:50:16 |
| 5 | at the first page, the first result is "A | 13:50:18 |
| 6 | Potter's Song." Is that one of your | 13:50:22 |
| 7 | musical compositions? | 13:50:26 |
| 8 | A. It is. | 13:50:27 |
| 9 | Q. And beneath that under the, | 13:50:27 |
| 10 | there is a heading that says publishers, | 13:50:33 |
| 11 | underneath that it says ASCAP controls 50 | 13:50:36 |
| 12 | percent. And then below that in the | 13:50:38 |
| 13 | contact info field, it has an email | 13:50:41 |
| 14 | address for | 13:50:43 |
| 15 | Jenny.Johnson@ModernWorksPub.com. | 13:50:49 |
| 16 | And then there is also some | 13:50:50 |
| 17 | address information for Sound Rights | 13:50:51 |
| 18 | Music, A Side Music LLC and Modern Works | 13:50:55 |
| 19 | Music Publishing. | 13:51:02 |
| 20 | Do you see that? | 13:51:02 |
| 21 | A. I do. | 13:51:03 |
| 22 | Q. Is the publisher share of your | 13:51:03 |
| 23 | ASCAP royalties administered by Modern | 13:51:06 |
| 24 | Works Music Publishing? | 13:51:12 |
| 25 | A. It is administered by Modern | 13:51:12 |

Page 123

```
 1                   MARIA SCHNEIDER
 2    Works.  But it goes under a name of            13:51:15
 3    Artist Share Publishing or something like      13:51:17
 4    that.  It's a part of Modern Works.            13:51:20
 5         Q.    Who is Jenny Johnson, do you        13:51:22
 6    know?                                          13:51:24
 7         A.    I've never met her.  I don't        13:51:24
 8    believe I've spoken to her.  But I've          13:51:26
 9    emailed with her.  And she works -- she        13:51:28
10    works there.  I don't know her exact           13:51:31
11    title.                                         13:51:32
12               MS. REES:  Exhibit 27.              13:51:37
13               (Schneider Exhibit 27 for
14         identification, document headed
15         "Music publishing administration
16         agreement," production numbers
17         SCHNEIDER 0000155787 through
18         SCHNEIDER 0000155792.)                    13:52:02
19               MS. REES:  Exhibit 27 is a          13:52:02
20         document with the Bates number            13:52:04
21         SCHNEIDER 0000155787.                     13:52:07
22    BY MS. REES:                                   13:52:32
23         Q.    Do you recognize Exhibit 27?        13:52:32
24         A.    I haven't looked at this            13:52:34
25    document in a long time.  So I see what        13:52:35
```

Page 124

| | | |
|---|---|---|
| 1 | MARIA SCHNEIDER | |
| 2 | A.    Could be. | 13:53:31 |
| 3 | Q.    Who is Dan Coleman? | 13:53:32 |
| 4 | A.    Dan Coleman, I don't know if | 13:53:34 |
| 5 | he's the owner or he runs Modern Works. | 13:53:37 |
| 6 | He's certainly -- I'm not sure if it's | 13:53:42 |
| 7 | his company, I don't know how it's | 13:53:47 |
| 8 | structured.  But anyway, he's at Modern | 13:53:48 |
| 9 | Works. | 13:53:52 |
| 10 | Q.    And Modern Works is an | 13:53:52 |
| 11 | affiliate of Artist Share Music | 13:53:56 |
| 12 | Publishing.  Is that right? | 13:54:01 |
| 13 | A.    They have an agreement.  I | 13:54:01 |
| 14 | don't -- yeah, however you define that. | 13:54:03 |
| 15 | Q.    And this agreement appoints | 13:54:17 |
| 16 | Artist Share Music Publishing LLC as your | 13:54:20 |
| 17 | administrator.  And gives it the | 13:54:23 |
| 18 | exclusive right to license and distribute | 13:54:25 |
| 19 | the musical compositions that are owned | 13:54:28 |
| 20 | or controlled by you.  Right? | 13:54:29 |
| 21 | A.    I'm going to read this -- | 13:54:31 |
| 22 | MR. ZELCS:  Objection. | 13:54:32 |
| 23 | Objection; form. | 13:54:33 |
| 24 | A.    I'm going to read this. | 13:54:35 |
| 25 | Q.    Okay. | 13:54:40 |

Page 126

| | | |
|---|---|---|
| 1 | MARIA SCHNEIDER | |
| 2 | license agreements entered into for your | 14:06:30 |
| 3 | compositions on your behalf? | 14:06:33 |
| 4 | A.   When somebody emails me to, | 14:06:37 |
| 5 | you know, put my music, say, on a CD or | 14:06:40 |
| 6 | something, I'll reach out to him about | 14:06:44 |
| 7 | doing a mechanical license or, for | 14:06:47 |
| 8 | example, you know, a drum and bugle corps | 14:06:52 |
| 9 | wants to use a piece for a show, you | 14:06:56 |
| 10 | know, I'll reach out to Dan. | 14:06:58 |
| 11 | Q.   And under this administration | 14:07:00 |
| 12 | agreement, Modern Works collects | 14:07:04 |
| 13 | royalties under license agreements and | 14:07:08 |
| 14 | pays them out to you.  Is that right? | 14:07:10 |
| 15 | A.   That's correct. | 14:07:11 |
| 16 | Q.   You get royalty statements | 14:07:12 |
| 17 | twice a year pursuant to this | 14:07:14 |
| 18 | administration agreement? | 14:07:16 |
| 19 | A.   I do. | 14:07:17 |
| 20 | Q.   Did you tell your counsel | 14:07:17 |
| 21 | about the existence of this | 14:07:19 |
| 22 | administration agreement before filing | 14:07:21 |
| 23 | this lawsuit? | 14:07:22 |
| 24 | (Direction not to answer.) | 14:07:24 |
| 25 | MR. ZELCS:  Objection. | 14:07:24 |

Page 133