# EXHIBIT 5

to the Declaration of Lauren Gallo White

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

---oOo---

MARIA SCHNEIDER, UNIGLOBE
ENTERTAINMENT, LLC, and
AST PUBLISHING LTD.,
individually and on behalf
of all others similarly
situated;

        Plaintiffs,
vs.                                    Case No. 3:20-cv-04423-JD

YOUTUBE, LLC; and GOOGLE
LLC;

        Defendants.
_____/


CONFIDENTIAL

30(b)(1) REMOTE VIDEOTAPED DEPOSITION OF KEVIN ZHU

PALO ALTO, CALIFORNIA

TUESDAY, JUNE 21, 2022


STENOGRAPHICALLY REPORTED BY:

ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR

CSR LICENSE NO. 9830

JOB NO. 842689



```
                                                                    Page 10
 1            But the -- the organization under which, you          12:33
 2   know, teams are organized, teams -- teams which are --         12:33
 3   are tasked with removal of videos for -- for a variety         12:33
 4   of reasons, that's generally -- or -- or -- or                 12:33
 5   content, you know, as a result of either community             12:33
 6   guideline violations or -- or copyright removal                12:33
 7   requests, that organization, you know, formally                12:33
 8   started in -- in 2016.                                         12:33
 9            And copyright operations since that point on          12:33
10   has been a part of trust and safety.                           12:33
11       Q   So are all copyright management tools the              12:33
12   responsibility of the copyright operations team?               12:33
13       A   The -- the copyright operations team's                 12:33
14   responsibility is to -- its primary responsibility is          12:34
15   to review the -- the -- the copyright removal requests         12:34
16   that come from e-mail, fax, web form, copyright match          12:34
17   tool, and the enterprise web form, which is CVP and            12:34
18   the -- and -- and the web form used by content ID              12:34
19   partners.                                                      12:34
20            So it's responsible for reviewing of requests         12:34
21   that come from those tools, reviewing the remediation          12:34
22   requests from -- as a result of removals from those            12:34
23   tools, and some ancillary support functions, such as           12:34
24   answering -- answering internal, like, questions about         12:34
25   those processes and tools, as well as management --            12:34
```

