# EXHIBIT 6

to the Declaration of Lauren Gallo White

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

---oOo---

MARIA SCHNEIDER, UNIGLOBE
ENTERTAINMENT, LLC, and
AST PUBLISHING LTD.,
individually and on behalf
of all others similarly
situated;

        Plaintiffs,
vs.                        Case No. 3:20-cv-04423-JD

YOUTUBE, LLC; and GOOGLE
LLC;

        Defendants.
_____/


CONFIDENTIAL

30(b)(6) REMOTE VIDEOTAPED DEPOSITION OF KEVIN ZHU

PALO ALTO, CALIFORNIA

TUESDAY, JUNE 21, 2022




STENOGRAPHICALLY REPORTED BY:

ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR

CSR LICENSE NO. 9830

JOB NO. 842689



```
                                                                Page 15
 1         Of course, if you want access to copyright            09:18
 2   management tools, you could have a forwarding channel.      09:18
 3   You don't necessarily have to operate the channel in a      09:18
 4   normal way that the YouTube creator would tend to           09:18
 5   operate the copyright match tool, you -- you know, you      09:18
 6   can take down videos through the web form.  And             09:18
 7   copyright match tool will -- you know, will -- will         09:18
 8   show you potential copies of -- of those videos, as         09:18
 9   well as, you know, for -- you can also upload videos.       09:18
10         Copyright match can also detect potential             09:18
11   copies of videos that are uploaded as private.  So the      09:18
12   original owner doesn't necessarily need to, like,           09:18
13   distribute or show their video on YouTube.                  09:18
14      Q  And copyright manage -- match tool is used to         09:19
15   identify re-uploads of videos that either have been         09:19
16   uploaded by some first channel to upload it or that         09:19
17   have been taken down; is that right?                        09:19
18         MR. WILLEN:  Objection to the form.                   09:19
19         MR. KOROLOGOS:  Q.  You can answer.                   09:19
20      A  Sorry.  I just want to make sure I understand         09:19
21   the question.  Can you -- can you repeat that.              09:19
22      Q  Sure.  The copyright management tool focuses          09:19
23   on re-uploads of videos; is that right?                     09:19
24      A  That's right.                                         09:19
25      Q  Okay.  What is YouTube's current repeat               09:19
```



```
                                                              Page 16
 1   infringer policy?                                         09:19
 2       A    YouTube's current repeat -- repeat infringer     09:19
 3   policy.                                                   09:20
 4            So when YouTube receives takedown notices        09:20
 5   through, you know, a variety of means that are            09:20
 6   available to copyright owners to submit such notices,     09:20
 7   such as the web form or copyright management tool or      09:20
 8   e-mail, fax, you know, a variety of ways, we assess       09:20
 9   the takedown notice against the requirements of the       09:20
10   DMCA.  And if the notice meets those requirements, we     09:20
11   remove the video, and copyright strikes are assessed.     09:20
12            Copyright strikes are not necessarily            09:20
13   assessed one-to-one to videos.  You know, if a --         09:20
14   if -- if two videos are taken down by the same            09:20
15   copyright holder at the same time on the same channel,    09:20
16   then those could be one copyright strike.                 09:20
17            You know, just to provide a -- this is --        09:20
18   this is one of the ways we balance the copyright          09:21
19   strike system so that it's -- it can serve an             09:21
20   educational purpose and not necessarily -- not            09:21
21   necessarily result in consequences for -- for --          09:21
22   potentially disproportionate to the conduct.              09:21
23            Then channel -- then strikes can -- once a       09:21
24   video is taken down and copyright strikes are             09:21
25   assessed, then -- one or more copyright strikes are       09:21
```

