# EXHIBIT 8

to the Declaration of Lauren Gallo White

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

---oOo---

MARIA SCHNEIDER, UNIGLOBE
ENTERTAINMENT, LLC, and
AST PUBLISHING LTD.,
individually and on behalf
of all others similarly
situated;

        Plaintiffs,
vs.                                    Case No. 3:20-cv-04423-JD

YOUTUBE, LLC; and GOOGLE
LLC;

        Defendants.
_____/


CONFIDENTIAL ATTORNEYS' EYES ONLY

REMOTE VIDEOTAPED DEPOSITION OF JOANNE SUK

THURSDAY, JULY 14, 2022


STENOGRAPHICALLY REPORTED BY:

ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR

CSR LICENSE NO. 9830

JOB NO. 850947



Page 25

| | | |
|---|---|---|
| 1 | MS. O'KEEFE:  Q.  So you determine initially | 09:31 |
| 2 | whether someone qualifies for a PLA; is that correct? | 09:31 |
| 3 | MR. HAROLD:  Objection; form. | 09:31 |
| 4 | THE WITNESS:  Yeah, so because my team is | 09:31 |
| 5 | really working with the largest, you know, publishing | 09:31 |
| 6 | entities, there's never a question, I suppose, of who | 09:31 |
| 7 | qualifies, because, you know, these are entities that | 09:31 |
| 8 | we have longstanding publishing agreements with. | 09:32 |
| 9 | MS. O'KEEFE:  Q.  Are you aware of any | 09:32 |
| 10 | entities who have executed a CMA -- CIMA without a | 09:32 |
| 11 | licensing agreement? | 09:32 |
| 12 | A   Yes. | 09:32 |
| 13 | Q   What entity is that, or entities? | 09:32 |
| 14 | A   I don't know the -- any of the specific names | 09:32 |
| 15 | of those entities.  But I am aware that there are | 09:32 |
| 16 | publishing entities who have entered into a CIMA who | 09:32 |
| 17 | have not entered into a Publishing Licensing | 09:32 |
| 18 | Agreement. | 09:32 |
| 19 | Q   Are you aware of any of the names of those | 09:32 |
| 20 | entities? | 09:32 |
| 21 | A   I am not aware of any specific names, the | 09:32 |
| 22 | reason being that -- yeah, so I'm not aware of any of | 09:32 |
| 23 | the specific names of partner -- of publishers who | 09:33 |
| 24 | fall into that category. | 09:33 |
| 25 | Q   So focusing now with respect to publishers | 09:33 |



```
                                                              Page 28
 1     Q    But less than 500?                                  09:35
 2     A    I would say -- if I'm just guesstimating, I         09:35
 3   would imagine it's more than 100, but less than 1,000.     09:36
 4     Q    Okay.  You referred to specific programs that       09:36
 5   might grant a publisher a CIMA without a licensing         09:36
 6   agreement.                                                 09:36
 7          What programs are you referring to?                 09:36
 8          MR. HAROLD:  Objection; form.                       09:36
 9          THE WITNESS:  That would be the accrued             09:36
10   royalties program.                                         09:36
11          MS. O'KEEFE:  Q.  Can you please describe the       09:36
12   accrued royalties program for me.                          09:36
13     A    Sure.                                               09:36
14          MR. HAROLD:  Objection; form.                       09:36
15          THE WITNESS:  So the accrued royalties              09:36
16   program is an agreement that was negotiated in order       09:36
17   to pay out to the music publishing industry in the         09:36
18   U.S. specifically for mechanical rights on -- on -- on     09:36
19   accrued monies on unclaimed works.                         09:36
20          MS. O'KEEFE:  Q.  And what are "unclaimed           09:36
21   works"?                                                    09:36
22     A    So those would be compositions for which            09:36
23   YouTube has not received ownership data.                   09:37
24     Q    And what do you mean by "ownership data"?           09:37
25     A    So when we license publishers, they provide         09:37
```

