# EXHIBIT 9

to the Declaration of Lauren Gallo White

```
 1                    UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF CALIFORNIA
 2                       SAN FRANCISCO DIVISION

 3
         MARIA SCHNEIDER, UNIGLOBE
 4       ENTERTAINMENT, LLC, and AST
         PUBLISHING, LTD., individually
 5       and on behalf of all other
         similarly situated,                 Case No.
 6                                           3:20-cv-4423
                     Plaintiffs,
 7
         vs.
 8
         YOUTUBE, LLC; and GOOGLE, LLC,
 9
                     Defendants.
10       _____/
11
         VIDEOTAPED
12       DEPOSITION OF:    ZACHARY BORNHEIMER
13       DATE:             June 21, 2022
14       TIME:             9:22 a.m. to 4:56 p.m.
15       PLACE:            Zuckerman Spaeder, LLP
                           101 East Kennedy Boulevard
16                         Second Floor
                           Tampa, Florida
17
         PURSUANT TO:      Notice by counsel for Defendants
18                         for purposes of discovery, use at
                           trial or such other purposes as
19                         are permitted under the Federal
                           Rules of Civil Procedure
20
         REPORTED BY:      Aaron T. Perkins, RMR, CRR, CRC
21                         Notary Public, State of
                           Florida at Large
22
                           Pages 1 to 278
23
24
25

                                                           Page 1
```

```
 1    don't know the rules of Content ID.  So I was assuming
 2    some, but I don't know the actual rules.  I have never
 3    seen the rule for getting into Content ID.  Yeah, so I
 4    just don't know.
 5         Q.   Have you ever personally applied for access to
 6    Content ID?
 7         A.   No.  I didn't know you could.
 8         Q.   You don't know that Ms. Schneider has
 9    personally applied for access to Content ID?
10         A.   I didn't know there was a public application
11    to Content ID, and I definitely did not know that Maria
12    would have applied on that public application for
13    Content ID either.
14         Q.   What other applications for access to
15    Content ID are you aware of?
16         A.   I don't know of any.
17         Q.   But you thought that your music distributor
18    could put your works into Content ID?
19         A.   Yes.
20         Q.   Why did you think your music distributor could
21    put your works into Content ID but you couldn't do it
22    yourself?
23         A.   They have an option to charge me for it, to
24    say if I want my works in Content ID.  I can pay $6 a
25    year and they will put it in Content ID.  Now, that
```

```
 1        being said, I don't know the rules, if it has to be a
 2        composition.  I don't know if it's a sound recording.  I
 3        don't know what the rules and the specifics of it are.
 4        And I have some arrangements and compositions, so I'm
 5        not sure what would qualify, if anything.
 6             Q.   Now, when you say they have an option to say
 7        if you want your works in Content ID, which music
 8        distributors are you referring to?
 9             A.   DistroKid.
10             Q.   Do any of the other music distributors that
11        you've worked with have the option to say you want your
12        works in Content ID?
13             A.   I don't remember.
14             Q.   Is there any reason why you haven't told
15        DistroKid you want your other works in Content ID?
16             A.   I don't know if it's worth the money for me at
17        this stage in my career right now.  I don't know if
18        YouTube will find $6 a year worth of piracy of my music.
19             Q.   Turning back to Bornheimer Exhibit 2, on the
20        first page here, Ms. Schneider was asking you:
21        "Zachary, are you in touch with the person who played
22        the solo part to 'Walking by Flashlight.'  Forgetting
23        his name.  I'm wondering if I can get him to e-mail me a
24        PDF of his B flat part.  Mine here are in E flat, and I
25        need one for someone in Europe.  And my copyist is not
```

Page 51