

September 16, 2022

**VIA ECF**

The Honorable James Donato
United States District Judge
Judge San Francisco Courthouse, Courtroom 11, 19th Floor
450 Golden Gate Avenue San Francisco, CA
94102

        *Schneider v. YouTube*—Case No. 3:20-cv-04423 (N.D. Cal.)

Dear Judge Donato,

    Attached to this letter is an amended version of Exhibit 8 to the Declaration of Demetri Blaisdell in support of Plaintiff Maria Schneider's Opposition to Defendants' Motion for Summary Judgment as to Plaintiff Maria Schneider.  Exhibit 8 was filed under seal on September 9, 2022.  At Defendants' request, Plaintiffs are filing this amended version publicly, excerpting only the portions of Exhibit 8 that Ms. Schneider relies upon in her opposition.  A Motion to Remove a Document will follow, requesting that the Court remove the originally filed version of Exhibit 8 (ECF 170-9) from the docket.

                                Respectfully submitted,

                                */s/ Philip C. Korologos*

                              Philip C. Korologos

                              *Counsel for Plaintiffs Maria Schneider,
                              Uniglobe Entertainment, LLC, AST
                              Publishing, and Counterclaim Defendant
                              Pirate Monitor LTD*

cc: All counsel via ECF