# EXHIBIT 8

| | |
|---|---|
| DAVID H. KRAMER, SBN 168452<br>MAURA L. REES, SBN 191698<br>LAUREN GALLO WHITE, SBN 309075<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone: (650) 493-9300<br>Facsimile: (650) 565-5100<br>Email: dkramer@wsgr.com<br>           mrees@wsgr.com<br>           lwhite@wsgr.com | BRIAN M. WILLEN (admitted *Pro Hac Vice*)<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>1301 Avenue of the Americas, 40th Floor<br>New York, NY 10019-6022<br>Telephone: (212) 999-5800<br>Facsimile: (212) 999-5801<br>Email: bwillen@wsgr.com |

Attorneys for Defendants and Counterclaimants
YOUTUBE, LLC and GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING LTD., individually and on behalf of all others similarly situated,<br><br>           Plaintiffs,<br><br>           v.<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>           Defendants. | CASE NO.: 3:20-cv-04423-JD<br><br>**DEFENDANTS AND COUNTERCLAIMANTS YOUTUBE, LLC'S AND GOOGLE LLC'S RESPONSES AND OBJECTIONS TO PLAINTIFFS' FIRST SET OF REQUESTS FOR ADMISSION (NOS. 1-185)**<br><br>Judge: Hon. James Donato |
| YOUTUBE, LLC and GOOGLE LLC,<br><br>           Counterclaimants,<br><br>           v.<br><br>PIRATE MONITOR LTD, PIRATE MONITOR LLC, and GÁBOR CSUPÓ,<br><br>           Counterclaim Defendants. | |

**RESPONSE TO REQUEST FOR ADMISSION NO. 69:**

Defendants object to this request on the grounds that it is vague and ambiguous in its use of the terms "file name," "title," "digital file," and "17 U.S.C. § 1202." Defendants object to this request as calling for a legal conclusion.

Subject to and without waiver of the foregoing objections, Defendants admit that the file name of a digital file that is the title of the audio work, the audiovisual work, or visual work in that digital file may in some circumstances constitute Copyright Management Information within the meaning of 17 U.S.C. § 1202. Any part of this request that is not expressly admitted is denied.

**REQUEST FOR ADMISSION NO. 70:**

**Metadata fields of a digital video file may include Copyright Management Information within the meaning of 17 U.S.C. § 1202 associated with an audio work, audiovisual work, or a visual work that is a component included within the digital video file.**

**RESPONSE TO REQUEST FOR ADMISSION NO. 70:**

Defendants object to this request on the grounds that it is vague and ambiguous in its use of the terms "[m]etadata fields," "17 U.S.C. § 1202," "associated with," and "component included within the digital video file."

Subject to and without waiver of the foregoing objections, Defendants admit that metadata fields of a digital video file may in some circumstances include Copyright Management Information within the meaning of 17 U.S.C. § 1202. Any part of this request that is not expressly admitted is denied.

**REQUEST FOR ADMISSION NO. 71:**

**Content ID uses ISRC metadata to link Music Video assets to Sound Recording assets.**

**RESPONSE TO REQUEST FOR ADMISSION NO. 71:**

Defendants object to this request on the grounds that it is vague and ambiguous in its use of the terms "ISRC metadata," "link," "Music Video assets," and "Sound Recording assets."

Subject to and without waiver of the foregoing objections, Defendants admit that Content ID can use ISRC data provided by a Content ID participant to link Music Video assets to Sound Recording assets. Any part of this request that is not expressly admitted is denied.

**REQUEST FOR ADMISSION NO. 72:**

**Content ID uses ISRC metadata to link Sound Recording assets to Composition assets.**

**RESPONSE TO REQUEST FOR ADMISSION NO. 72:**

Defendants object to this request on the grounds that it is vague and ambiguous in its use of the terms "ISRC metadata," "link," "Sound Recording assets," and "Composition assets."

Subject to and without waiver of the foregoing objections, Defendants admit that Content ID can use ISRC data provided by the Content ID participant to link Sound Recording Assets to Composition Assets. Any part of this request that is not expressly admitted is denied.

**REQUEST FOR ADMISSION NO. 73:**

**Since the fourth quarter of 2018, Google has included Creator and Credit metadata in Google Images.**

**RESPONSE TO REQUEST FOR ADMISSION NO. 73:**

Defendants object to this request on the grounds that it is vague and ambiguous in its use of the terms "fourth quarter of 2018," "Creator and Credit metadata," "included," and "Google Images." Defendants further object that this request calls for information that is not relevant to either party's claims or defenses.

**REQUEST FOR ADMISSION NO. 74:**

**Creator and Credit metadata are industry standard copyright-related metadata.**