| | |
|---|---|
| DAVID H. KRAMER, SBN 168452<br>MAURA L. REES, SBN 191698<br>LAUREN GALLO WHITE, SBN 309075<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone: (650) 493-9300<br>Facsimile: (650) 565-5100<br>Email:  dkramer@wsgr.com<br>         mrees@wsgr.com<br>         lwhite@wsgr.com | BRIAN M. WILLEN (admitted *Pro Hac Vice*)<br>CATHERINE R. HARTMAN (admitted *Pro Hac Vice*)<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>1301 Avenue of the Americas, 40th Floor<br>New York, NY 10019-6022<br>Telephone: (212) 999-5800<br>Facsimile: (212) 999-5801<br>Email:  bwillen@wsgr.com<br>Email:  chartman@wsgr.com |

Attorneys for Defendants and Counterclaimants
YOUTUBE, LLC and GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING LTD., individually and on behalf of all others similarly situated,<br><br>           Plaintiffs,<br><br>      v.<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>           Defendants<br><br>―――――――――――――――――――<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>           Counterclaimants,<br><br>      v.<br><br>PIRATE MONITOR LTD, PIRATE MONITOR LLC, and GÁBOR CSUPÓ,<br><br>           Counterclaim Defendants. | CASE NO.: 3:20-cv-04423-JD<br><br>**DECLARATION OF WALEED DIAB IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

I, Waleed Diab, declare as follows:

1. I am currently Global Head of Recorded Music Business Development for Defendant Google LLC ("Google") and its subsidiary YouTube, LLC ("YouTube") (collectively, "Defendants"). I am familiar with YouTube's practices regarding licensing of recorded musical works. I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would testify competently to them.

2. Pursuant to Local Rule 79-5(f)(3), I submit this Declaration in Support of Defendants' Response to Plaintiff Maria Schneider's Administrative Motion To Consider Whether Another Party's Material Should Be Sealed (ECF No. 170) (the "Administrative Motion"). YouTube seeks to seal very limited but sensitive information contained in Exhibit 12 to the Declaration of Demetri Blaisdell in Support of Plaintiff Maria Schneider's Opposition to Defendants' Motion for Summary Judgment (the "Blaisdell Decl."). Where applicable, the information proposed to be sealed is attached to this Declaration in redacted form as **Exhibit A**. YouTube's redactions are specific and tailored in the interest of public access while safeguarding YouTube's trade secrets.

3. Exhibit A is Google's standard Sound Recording And Audiovisual Content License (the "SRAV License"). The SRAV License reflects terms that have been incorporated into confidential license agreements with select commercial partners, and may be incorporated in future licensing deals.

4. The SRAV License contains the royalty terms by which Google compensates certain partners for the licensed use of sound recording works that the partners own or control. The portions of the SRAV License that YouTube seeks to seal describe the royalties, how they are calculated, how they are paid and other payment terms with specificity.

5. This information contained in the SRAV License is confidential and competitively sensitive royalty and payment and related information. YouTube takes measures to ensure this information is not made publicly available. These terms reflect confidential economic and operational aspects of YouTube's business. Additionally, YouTube's ability to effectively

negotiate licenses with partners across the music industry is important to the success of its business. To foster trust with licensors and potential licensors, and thereby preserve its ability to continue securing such agreements, YouTube must be able to assure the confidentiality of the royalty terms of its license agreements. Public disclosure of Google's royalty and payment terms could damage YouTube's standing with its existing licensors, and prejudice its ability to negotiate future license agreements, causing competitive harm to its business. It may also harm YouTube's licensing partners by disclosing to the world the royalty rates and the terms on which they are willing to license use of their works.

6. The following portions of the SRAV License, attached herein as Exhibit A, should be redacted for the reasons set out below:

| SRAV License Agreement | Basis for Sealing |
|---|---|
| Portions of page 5; portions of pages 7 - 9; portions of Exhibit A; Exhibit B; Exhibit C; portions of Exhibit D; portions of Addendum to SRAV | These materials reflect the standard royalty and payment terms and calculations according to which YouTube will, *inter alia*, make payments to the licensor, terms under which YouTube will not make payments to the licensor, terms under which YouTube will retain revenue, and reports Google will provide to the licensor as a condition of the license agreement.<br><br>Public disclosure of YouTube's standard royalty and payment terms with select licensors could damage YouTube's standing with its existing licensors, and prejudice its ability to negotiate future license agreements. It would also improperly allow YouTube competitors to benefit from the knowledge of YouTube's standard royalty payment terms to structure payment of their own products causing or threatening competitive harm to YouTube's business. Additionally, it may harm YouTube's licensing partners by disclosing to the world the royalty rates and the terms on which they are willing to license use of their works. |

1  I declare under penalty of perjury under the laws of the United States that the foregoing is
2  true and correct. Executed this 16th day of September 2022 at New York, New York.

3  /s/ Waleed Diab
   Waleed Diab
4  .

## ATTORNEY ATTESTATION

I, Catherine R. Hartman, am the ECF User whose ID and password are being used to file this document. In compliance with N.D. Cal. Civil L.R. 5-1(i)(3), I hereby attest that the concurrence in the filing of this document has been obtained from the signatory.

/s/ Catherine R. Hartman

DECLARATION OF WALEED DIAB ISO DEFENDANTS' RESPONSE TO PLAINTIFF'S ADMINISTRATIVE MOTION —  -3-  CASE NO. 3:20-CV-04423-JD