# EXHIBIT A

to the Declaration of Waleed Diab
Public Redacted Version

## SOUND RECORDING AND AUDIOVISUAL CONTENT LICENSE

This Sound Recording and Audiovisual Content License (the "**Agreement**") is entered into as of the latest of the dates stated in the signature block below (the "**Effective Date**") between **[FULL LEGAL NAME OF PROVIDER]**, a **[STATE] [LLC, Corporation, individual, etc.]** with offices located at **[PROVIDER ADDRESS]** ("**Provider**") and Google LLC, organized in the state of Delaware, with offices located at 1600 Amphitheatre Parkway, Mountain View, CA 94043, and Google Ireland Limited and Google Commerce Limited, each an entity with registered address at Gordon House, Barrow Street, Dublin 4, Ireland (Google LLC, Google Ireland Limited, and Google Commerce Limited are collectively referred to in this Agreement as **"Google"**). This Agreement is comprised of the terms stated in this document together with its exhibits and the addendum attached to this Agreement, and all references to this Agreement will be interpreted accordingly.

1. **DEFINITIONS.** Unless otherwise defined in this Agreement, capitalized terms will have the meanings stated in the CIMA and Exhibit A attached hereto.

2. **LICENSE.**

   (a) **Provider Content License.** Provider grants to Google a non-exclusive, limited right and license to use, including all rights necessary for Google to:

      (i) host, index, buffer, cache, route, transmit, store, reproduce (including as Conditional Downloads), synchronize, modify (to the extent necessary to operate or optimize the Google Services), reformat, excerpt (including for use in connection with the Google Services relating to or promoting the availability of such content on the Google Services, including e.g. to create thumbnails, short-form interstitials, bumpers, and previews of), and analyze;

      (ii) stream, perform, communicate to the public, make available, display, and distribute; and

      (iii) create algorithms and improvements to the Google Services based on;

      any content owned or controlled or claimed (in whole or in part) by Provider embodied within audio-only and audiovisual works (including any metadata relating to such content) distributed via the YouTube Service to users located in the Territory.

   (b) **Art Track Creation and Ownership.** Provider authorizes Google to create Provider Art Tracks on Provider's behalf. As between the parties, Provider will own all right, title and interest in and to the Provider Art Tracks (excluding any third party content independently included by Google in Provider Art Tracks), and Provider exclusively licenses such Provider Art Tracks to Google. Provider will have no right to license or distribute Art Tracks to any third parties during the Term or after expiration or termination of the Term. Google will not be required to deliver any Provider Art Tracks or metadata to Provider. Provider licenses all album artwork, cover art, artist images, lyrics, and any other materials provided to Google by Provider for use in connection with Provider Art Tracks. Google may also elect to use in connection with Provider Art Tracks pictorial material not provided to Google by Provider.

   (c) **Brand Features License.** Provider grants to Google a limited, non-exclusive, worldwide, royalty-free right and license to use Provider's Brand Features in connection with the Provider Content licensed under this Agreement, including for use in presentations, marketing or sales materials, financial reports, press releases and customer lists. As between Google and Provider, any goodwill associated with Google's use of the Provider Brand Features will inure to the benefit of Provider.

   (d) **Artwork/Images License.** Without limiting Section 2(a), Provider grants to Google a limited, non-exclusive, worldwide, royalty-free right and license to use (and make minor modifications to) any images, including album artwork, cover art, other artist images and any associated materials

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                    GOOG-SCHNDR-00020258

provided or otherwise made available to Google by Provider in connection with the Google Services, including in any advertising or marketing of Google, on its own or with its co-marketing partners. Where such materials are delivered by Provider to Google, Provider will deliver such images and any associated materials to Google in accordance with Google's then-current image specifications.

(e) **Other Product Features**. Google and/or its Affiliates may make available certain product features that allow Google, its Affiliates and/or authorized third parties (including users) to create derivative works of content on the Google Services.  If Provider elects to enable such feature(s) for Provider Content (as Provider may choose to do in its sole discretion), then, in addition to the rights granted in this Agreement, the license grant in this Agreement is amended to include the right for Google, its Affiliates and/or authorized third parties to use and create derivative works of such Provider Content to the extent necessary to enable such feature.

(f) **Reservation of Rights.** Except for the licenses granted in this Agreement: (i) as between Google and Provider, all rights, title and interest (including all intellectual property rights) in and to the Provider Content, Provider Brand Features, and associated materials provided to Google by Provider will remain with Provider (in each case, subject to applicable law), and (ii) as between Google and Provider, all rights, title and interest (including all intellectual property rights) in and to the Google Services, related information and files, other Google systems, software and technology will remain with Google (in each case, subject to applicable law). As between Google and Provider, Google has the sole right and decision-making authority with respect to the design, appearance, functionality, hosting, performance, and maintenance of all Google Services. Google is under no obligation to use any of the rights granted to it by Provider in this Agreement. Except as otherwise stated in this Agreement, this Agreement does not affect any right (including any statutory, legal, compulsory or implied right) or defense that any party (or any third party) would have had, or will have, independent of this Agreement, including rights under copyright (including the U.S. Copyright Act), trademark, trade secret, moral rights, privacy rights, rights of publicity, or any other intellectual property or proprietary rights or analogous laws in other jurisdictions. If Google has an independent legal basis for the use of any content claimed by Provider, or licenses any of the same rights granted in this Agreement, or any portion thereof, from a third party, then Google will have no payment obligations to Provider under this Agreement in connection therewith.

(g) **Sub-license.** The rights and licenses granted to Google under this Section 2 may be sub-licensed by Google to any of its Affiliates, and Google may use its Affiliates in performing its obligations under this Agreement. Google will remain directly liable to Provider for a breach of such grant of rights, license, or obligation by any such Affiliate.

3.  **PROVIDER OBLIGATIONS.**

(a) **User Account and Content Delivery**. At all times during the Term, Provider will maintain a YouTube user account(s) with which Provider Content will be associated and will deliver to Google the Entire Catalog (including accompanying metadata, album artwork, assets required to create Provider Art Tracks and, if available, artist images) and, in Provider's discretion, Provider Non-Music Content, in each case, for each country in the Territory, in accordance with Section 2 of Exhibit C, and as follows:

(i)   in all formats in which the content was produced (e.g., 4K, 360);

(ii)  in, at a minimum, the audio and/or audiovisual quality stated in the Google Specs, and if Provider delivers to any other of Provider's licensees any Provider Content of a higher quality than required in the Google Specs, Provider will deliver such higher quality Provider Content to Google; and

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                    GOOG-SCHNDR-00020259

(iii) no later than, on a country by country basis, the date and time that each sound recording and/or music video in the Entire Catalog is released or distributed to the public in any format or on any medium (i.e., date and time with the earlier of physical release, or digital distribution).

**(b) Catalog Commitment.**

(i) <u>Availability on the Google Services</u>.

(A) *AVOD Service*. Subject to Section 3(b)(ii), at all times during the Term, Provider will make available (and set a policy of Monetize in the System) all Provider Music Videos on the AVOD Service, no later than the date and time that each such music video (including in each format) is first made available on a Similar Free Service. For clarity, Provider has no obligation to make available Provider Sound Recordings, Provider Art Tracks, or Provider Non-Music Content on the AVOD Service (and may, in its sole discretion, set a policy of Monetize, Track, or Block in the System for such content on the AVOD Service in each country of the Territory).

(B) *Subscription Offerings*. Subject to Section 3(b)(ii), at all times during the Term, Provider will make available (and set a policy of Monetize in the System) the Entire Catalog in the Subscription Offerings, no later than the date and time that each Provider Sound Recording and Provider Music Video (including in each format) is first made available on any tier of any digital distribution partner or platform in the applicable country. For clarity, Provider has no obligation to make available Provider Non-Music Content in the Subscription Offerings.

(ii) <u>Withholding Rights</u>. Provider may:

(A) hold back or initiate removal of Provider Content affected by a Bona Fide Artist Issue or a Legal Issue from the YouTube Service in the affected country(ies) in the Territory as follows:

(1) for Provider Videos, Provider Art Tracks and Provider Audio-Only Tracks, by means of the System or by providing updates to Google in the Metadata Feed; and

(2) for User Videos containing Provider Content, by means of Google's standard process for removal of such videos (subject to Google's applicable policies).

(B) exclude a reasonable number of Limited Exclusives as follows:

(1) from the AVOD Service, Provider Music Videos; and

(2) from the Subscription Offerings, Provider Music Videos and Provider Sound Recordings.

**Provider acknowledges and agrees that withheld content may impact the applicable AVOD Service Percentage Rate.**

(iii) <u>Identify withheld content</u>. As soon as possible after delivery, Provider will identify, via the Metadata Feed or other mutually agreed methods, all Provider Sound Recordings and Provider Videos withheld under Sections 3(b)(i) and 3(b)(ii) above.

(iv) <u>Minimize Content Withheld</u>. Provider will not itself or through a third party take or encourage any actions that frustrate the purpose of the catalog commitment, which is to maximize the amount of Provider Content available on the YouTube Service. For example, Provider will not precipitate any Bona Fide Artist Issues and will work in good faith to minimize the amount of

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                    GOOG-SCHNDR-00020260

content blocked as a result of any Bona Fide Artist Issues. Provider will offer Google exclusive offers that are comparable to the Limited Exclusives, and the quantity and duration of any Limited Exclusives on other platforms will not frustrate the intent of this Agreement.

(c) **Third-Party Clearances.** Provider will be responsible for procuring and paying for all necessary rights, licenses and clearances, including any required payments to recording artists, directors, actors, producers, composition rights holders, unions, guilds, collective bargaining associations, performers' societies, and all other rights holders and royalty participants associated with Google's authorized exploitations of the Provider Content; except that Provider will not be responsible for obtaining the rights that Google is responsible for obtaining as stated in Section 4(a). Notwithstanding anything to the contrary in this Agreement, Provider will clear any synchronization rights with respect to compositions and all rights with respect to lyrics embodied in both Provider Music Videos and Provider Music Videos in User Videos worldwide. If Google is required to make payment to any performers' society, collective, union, or any party covered as a Provider obligation under this Section 3(c), Google will have the right to deduct payments made to such parties from amounts otherwise due to Provider under this Agreement.

(d) **Provider Data.** Provider will provide Google with the accurate and complete metadata required by Google's then-current data specification via the Metadata Feed or other Google-provided interface along with every delivery of Provider Content, with updates to be provided promptly as necessary, for Google to fulfill its calculation, payment, geo-filtering and reporting obligations in this Agreement (as well as, in Google's discretion, under any other agreements between the parties), as well as to create algorithms based on Provider Content for search functionality and content identification and for other uses for Google's business purposes. Such metadata will include ISRC (for each country in which it is used), title, artist name, territorial restrictions, and, to the extent available to Provider, publisher data (including ownership splits), ISWC, ISNI, songwriter data, and timed-lyric data. Subject to Sections 3(b), Provider may use the Metadata Feed to Block or restrict Provider Content, and such Blocking or restricting of Provider Content will be solely Provider's responsibility. Google will have the right to rely on the metadata delivered by Provider to Google with respect to ownership or rights information. If there are any conflicts between (i) the Metadata Feed, or any metadata or rules indicated by Provider in the System, and (ii) any terms in this Agreement, the information in subsection (i) will control.

(e) **Claims and Disputes.** Google may establish policies and processes with respect to Provider claims and removals, including with respect to disputes, and Provider will comply with such policies and processes. If a third party provides Google with a claim of ownership of any material contained within Provider Content, then (i) the usage policy and/or match policy on such Provider Content may be altered (e.g., Provider Content may be Blocked from the YouTube Service), and (ii) if Provider disputes the third party claim, Provider will participate in a procedure, in accordance with Google's policies, to resolve the dispute. If, during the course of evaluating whether Provider has rights to specific content, Provider reviews content designated as private by the user, Provider will not disclose the content to any third party except as necessary for this process or a judicial proceeding.

(f) **Pillar Abuse Review**.

   (i) Provider will not itself or through a third party take or encourage any actions that frustrate the purpose of the Pillars, which is to incentivize Provider to comply with the operational best practices stated in Exhibit C, including taking any actions in bad faith solely for the purpose of meeting the requirements stated in Exhibit C to achieve or remain in a higher tier (e.g. precipitating Bona Fide Artist Issues and/or Legal Issues to withhold content from the YouTube Services while maintaining compliance with the Tier A content commitment requirements; not delivering content as required or timing delivery to impact a Pillar; claiming Provider Music Videos as Provider Non-Music Content; relying on an email address that is shared widely across many users; posting inconsequential comments).

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                    GOOG-SCHNDR-00020261

(ii)   If Google reasonably believes that Provider has itself or through a third party taken or encouraged an action described in Section 3(f)(i) above, Google will notify Provider and Provider will participate in a discussion with Google to review Provider's compliance with its obligations under Section 3(f)(i) above.

(iii)  If, following the review, the parties agree with Google's assessment, then Provider will, within five (5) business days, provide to Google a plan of action (which Provider will, upon Google's request, promptly revise until deemed satisfactory by Google), detailing how Provider will adjust its business practices to not frustrate the purpose of this Agreement (and, ███████████████████████████████████████████████████████████████████

(iv)   If, following the review, Provider demonstrates that it was not taking such an action, then Provider may continue with its current business practices (and, ████████████████████████████████████████████████

(v)    If, following the review, the parties continue to disagree, then the dispute will immediately be escalated to YouTube's Global Director of Music Partnerships and Provider's CEO.

(vi)   If the parties are unable, within ten (10) business days of the escalation, to come to an agreement, then Google may adjust Provider's tier status, ██████████████████████████████████████████████ to coincide with Google's reasonable, good faith assessment of Provider's actions.

(vii)  The review process described in Sections 3(f)(i) to 3(f)(vi) above does not affect any other remedy under this Agreement or any other right (including any statutory, legal, compulsory or implied right) or defense that either party would have had, or will have.

## 4.   GOOGLE OBLIGATIONS.

**(a)  Third-Party Clearances.** The licenses and authorizations granted by Provider in this Agreement include all rights necessary for the exploitation of Provider Content on the Google Services in the Territory, except that, as between Provider and Google, with respect to musical compositions embodied in Provider Music Videos, Provider Art Tracks, and Provider Audio-Only Tracks (and any User Videos containing any of the foregoing), Google will be responsible for obtaining licenses for any Performing Right and reproduction right throughout the Territory that are necessary for the exploitation of such content on the YouTube Service in each country of the Territory.

**(b)  Territory Restrictions.** Provider may specify, in the Metadata Feed or other Google interface provided for such purpose, the countries in which Google may make available Provider Content which will be all countries where Provider owns or controls the Provider Content. Google will use commercially reasonable efforts (e.g., by using IP address) to restrict access to playback of Provider Content to users located in the countries in the Territory identified by Provider. Google does not guarantee that its efforts to limit or prevent such access will be effective in every instance. With respect to Subscription Offerings (including for the purposes of determining content availability and/or for royalty calculation and reporting purposes), user location may be deemed identified by reference to the user's home country, which may be verified by reference to the user's billing address (e.g., if the user is traveling).

## 5.   OTHER FEATURES, CONTENT IDENTIFICATION, AND OTHER SERVICES AND AGREEMENTS.

**(a)  Live Streams.** Streams of Provider Content by Provider in real time via the Google Services (i.e., so-called "live streams") will be subject to terms provided by Google for the applicable Google Service (which may be made available to Provider via the applicable Google Service). With respect to any conflict between this Agreement and such terms, such terms will control in connection with the applicable "live stream".

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                          GOOG-SCHNDR-00020262

**(b) Other Opt-In Features**. If Google makes available any opt-in features that are subject to additional or separate terms, and Provider chooses, in its sole discretion, to opt-in to any such feature(s), Provider's use of such feature(s) will be subject to such terms. With respect to any otherwise irreconcilable conflict between this Agreement and such terms, such terms will control in connection with such feature.

**(c) Provider Channel and Playback Page**. Subject to Provider's compliance with the terms of this Agreement and the YouTube Service's then-current terms of service, Google may make available to Provider a Playback Page for Provider Content and a Provider Channel on which Provider may prominently display the Provider Brand Features and a collection of Provider Content. Google has sole discretion over the style and format of the Playback Pages on the Google Services, which may be revised or modified by Google from time to time.

**(d) Content Display**. Google has no obligation to host or display any Provider Content (or portion thereof).

**(e) CIMA and Content Identification.** The availability of the System is subject to the terms of the CIMA. Provider authorizes Google during the Term of the CIMA to use Provider Content for audio identification purposes in connection with any Google Services, including as stated in the CIMA.

**(f) Cross Authentication.** If Google offers another music subscription service, then, at Google's discretion, subscribers to the other Google music subscription service may access the Subscription Offerings and vice versa at no additional cost to Google. Additionally, if Google offers a site-wide Subscription Offering that includes Provider Content, then, at Google's discretion, subscribers to such Subscription Offering may access all other Subscription Offerings at no additional cost to Google. No person will be counted as both a Subscription Offering user and a user of the other Google music subscription service (i.e., subscribers will not be double counted).

**(g) Service Combination**. Provider acknowledges that Google is in the process of combining the services licensed under the Google Play Agreements and music portion of the YouTube Service, and Provider agrees to the following with respect to such combination, notwithstanding anything to the contrary in this Agreement or in the Google Play Agreements:

(i) the terms of the Google Play Agreements will continue to apply to such services licensed under the Google Play Agreements, except as otherwise stated in this Agreement;

(ii) Google may use Provider's feeds (of data, audio and other assets) provided under the Google Play Agreements under this Agreement in accordance with the terms of this Agreement. Without limiting the foregoing, Google may transfer assets from the Google Play servers to the YouTube servers and any sound recordings and images provided under the Google Play Agreements, upon the transfer of such data from the Google Play Music servers to the YouTube servers, will be deemed authorized for the creation of art tracks under this Agreement;

(iii) the Google Play services may be branded with YouTube or other Google-owned or controlled branding); and

(iv) if Google chooses to migrate users from the Google Play subscription service to a Subscription Offering, the terms applicable to such users from the date on which the migration is complete will be this Agreement and not the applicable Google Play Agreement(s).

**(h) Conflicts.** If Provider has a Content Hosting Services Agreement or Content License Agreement with Google, then, notwithstanding anything to the contrary in such Content Hosting Services

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00020263

Agreement or Content License Agreement, this Agreement will apply to content associated with Provider's content owner corresponding to this Agreement, and the Content Hosting Services Agreement or Content License Agreement, as applicable, will apply to content associated with Provider's content owner corresponding to such Content Hosting Services Agreement or Content License Agreement, as applicable. If any provision of content to Google by Provider under this Agreement is subject to any of Provider's terms and conditions (or the terms and conditions of a contractor of Provider) other than those stated in this Agreement (e.g., terms and conditions on a website on which such content is hosted), the terms of this Agreement will supersede all such other terms and conditions in their entirety.

6. **PAYMENTS, TAXES, REPORTING.**

   (a) **Royalties.** Subject to the terms of this Agreement, Google will pay to Provider the royalties ("**Royalties**") stated in Exhibits B-D.

   (b) **Advertising.** Provider acknowledges and agrees that Google may serve advertising on the YouTube Service, including the display of ads on the Playback Pages and within the YouTube video player, in conjunction with the display or playback of Provider Content. Google has sole discretion over the style, format and frequency of the ads, which may be modified by Google from time to time. Provider will not include any advertisements, promotions, or sponsorships as part of the Provider Content, including metadata. Provider may include product placement in the body of Provider Music Videos, subject to applicable law and Google's applicable policies. Google reserves the right to remove from display to users any Provider Content containing: (i) any promotions, sponsorships or other advertisements (other than product placements); or (ii) product placements which do not comply with Google's applicable policies. Additionally, Google may elect not to serve some or all advertisements in connection with any Provider Content containing product placements. Google may automatically place (A) buy buttons from vendors approved by Google against Provider Content and (B) Provider branding and links on claimed User Videos and other audiovisual content (in addition to Provider Videos) if Provider provides Google with the data necessary for such matching and placement. Google may give Provider the opportunity to provide input with respect to the selection and placement of such buy buttons. However, Google will retain final control over all aspects of buy buttons on the Google Services and no payment or reporting will be due in connection therewith. Provider acknowledges that due to technical or policy limitations, in some cases the type and frequency of advertising may be limited. By way of example, in some cases advertisements may be limited to only those sold or provided by Google and/or its Affiliates.

   (c) 

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                        GOOG-SCHNDR-00020264

**(d)** 

**(e)**

**(f)**

**(g) Currency.** For purposes of calculating payments, the U.S. dollar equivalent of local currency in the applicable country(ies) will be measured at the interbank rate of exchange between the U.S. dollar and the local currency, as determined by an internationally-recognized exchange rate source chosen in Google's discretion using the average daily exchange rate for the applicable accounting period.

**(h)** 

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



7.  **REPRESENTATIONS AND WARRANTIES.** Each party represents and warrants that it has full power and authority to enter into this Agreement and that upon execution and delivery hereof, this Agreement will constitute the valid and binding obligations of the party. Provider represents and warrants that: (a) it has and will maintain throughout the Term all rights, authorizations and licenses that are required for it to (i) fully perform its obligations in this Agreement, (ii) grant the rights and licenses granted in this Agreement, including with respect to all of the content, data or other materials made available or claimed by Provider under this Agreement, to permit Google to exploit the content, data and other materials (including the Provider Content and Brand Features) as contemplated in this Agreement, and (iii) designate the Policies; (b) all data provided by Provider under this Agreement will be accurate and complete; and (c) Google's authorized use of the Provider Content and Provider's Brand Features does not infringe any third party right, including rights arising from contracts between Provider and third parties, copyright, trademark, trade secret, moral rights, privacy rights, rights of publicity, or any other intellectual property or proprietary rights.

8.  **DISCLAIMERS.** TO THE MAXIMUM EXTENT PERMITTED BY LAW, GOOGLE AND PROVIDER MAKE NO WARRANTIES OTHER THAN THE EXPRESS WARRANTIES STATED IN THIS AGREEMENT. GOOGLE AND PROVIDER DISCLAIM ALL OTHER WARRANTIES, EXPRESS OR IMPLIED, INCLUDING (A) IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE (B) WARRANTIES AS TO THE QUALITY OR PERFORMANCE OF THE MATERIALS, INFORMATION, GOODS, SERVICES, TECHNOLOGY OR CONTENT PROVIDED UNDER OR IN CONNECTION WITH THIS AGREEMENT, INCLUDING THE DELIVERY OR AVAILABILITY OF ANY ADVERTISEMENTS, AND ANY LIMITATIONS ON USER ACCESS TO OR USE OF CONTENT; AND (C) WARRANTIES AS TO THE PERFORMANCE OF COMPUTERS, TECHNOLOGY, NETWORKS OR ADS (INCLUDING ALL WARRANTIES REGARDING POSITIONING, LEVELS, QUALITY OR TIMING OF (I) AVAILABILITY AND DELIVERY OF ANY IMPRESSIONS, CREATIVE, OR TARGETS; (II) CONVERSIONS OR OTHER RESULTS FOR ANY ADS OR TARGETS; (III) THE ACCURACY OF ANY DATA PROVIDED BY GOOGLE OR ITS AFFILIATES (E.G., REACH, SIZE OF AUDIENCE, DEMOGRAPHICS OR OTHER PURPORTED CHARACTERISTICS OF AUDIENCE); AND (IV) THE ADJACENCY OR PLACEMENT OF ADS). TO THE MAXIMUM EXTENT PERMITTED BY LAW, GOOGLE MAKES NO WARRANTY THAT

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00020266

GOOGLE SERVICES WILL BE UNINTERRUPTED, TIMELY OR ERROR-FREE OR THAT THE RESULTS OR INFORMATION OBTAINED FROM USE OF GOOGLE SERVICES WILL BE ACCURATE OR RELIABLE.

9. **INDEMNIFICATION.**

(a) **Obligations**. Subject to Section 9(c):

(i) <u>Google's Obligations</u>. Google will defend Provider and its Affiliates, and indemnify them against Indemnified Liabilities relating to any allegation or Third-Party Legal Proceeding to the extent based upon or otherwise arising from any third-party claim that Provider's authorized use of any Google Brand Features or Google's technology used to provide the Google Services infringes any United States trademark, copyright or trade secret of such third party. In no event will Google have any obligations or liability under this Section 9(a)(i) arising from any content, technology, information or data provided or made available to Google by Provider, users, or any third parties.

(ii) <u>Provider's Obligations</u>. Provider will defend Google and its Affiliates, and indemnify them against Indemnified Liabilities relating to any allegation or Third-Party Legal Proceeding to the extent based upon or otherwise arising from any third-party claim: (A) relating to Google's authorized use of any Provider Content, Provider's Brand Features, or any other content or materials made available or claimed by Provider under this Agreement (including with respect to rights Provider is required to clear under this Agreement); (B) alleging facts that would constitute a breach of Provider's representations and warranties in this Agreement; (C) that the Provider Content contains content that is defamatory, obscene, or otherwise illegal; (D) relating to breaches of Sections 6(e) or 12(d) by Provider; or (E) that a Provider Channel or Provider Content violates or encourages violation of any applicable laws or the then-current YouTube Service community guidelines. Google syndication partners will be deemed third party beneficiaries of this indemnity.

(b) **Exclusions.** This Section 9 will not apply to the extent the underlying allegation arises from: (i) the indemnified party's breach of this Agreement; (ii) modification to the indemnifying party's technology by anyone other than the indemnifying party; (iii) combination of the indemnifying party's technology with materials not provided by the indemnifying party; (iv) failure to use the most current, supported version of the indemnifying party's technology provided under this Agreement; or (v) the indemnifying party's technology's compliance with the indemnified party's design or request for customized features.

(c) **Conditions.** Section 9(a) above is conditioned on the following:

(i) the indemnified party must promptly notify the indemnifying party of the allegation, or any allegation(s) that preceded the Third-Party Legal Proceeding, and cooperate reasonably with the indemnifying party to resolve the allegation(s) and Third-Party Legal Proceeding. If a breach of this Section 9(c)(i) prejudices the defense of the Third-Party Legal Proceeding, the indemnifying party's obligations under this Section 9 will be reduced in proportion to the prejudice; and

(ii) the indemnified party must tender sole control of the indemnified portion of the Third-Party Legal Proceeding to the indemnifying party, subject to the following: (A) the indemnified party may appoint its own non-controlling counsel, at its own expense; and (B) any settlement requiring the indemnified party to admit liability, pay money, or take (or refrain from taking) any action, will require the indemnified party's prior written consent, not to be unreasonably withheld, conditioned, or delayed.

10. **LIMITATION OF LIABILITY.** TO THE MAXIMUM EXTENT PERMITTED BY LAW, EXCEPT FOR (A) AMOUNTS PAYABLE PURSUANT TO THE PARTIES' INDEMNIFICATION OBLIGATIONS UNDER

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                    GOOG-SCHNDR-00020267

SECTION 9, (B) PAYMENT OBLIGATIONS UNDER SECTION 6, AND (C) BREACHES OF CONFIDENTIALITY UNDER SECTION 12(D): (I) NEITHER PARTY HERETO WILL BE LIABLE TO THE OTHER FOR INDIRECT, INCIDENTAL, LIQUIDATED, SPECIAL, PUNITIVE OR EXEMPLARY DAMAGES OR PENALTIES, INCLUDING LOSSES OF BUSINESS, REVENUE OR ANTICIPATED PROFITS; AND (II) IN NO EVENT WILL EITHER PARTY'S TOTAL AGGREGATE LIABILITY FOR ANY AND ALL CAUSES OF ACTION ARISING OUT OF OR RELATED TO THIS AGREEMENT EXCEED THE NET AMOUNT SUCH PARTY HAS ACTUALLY RECEIVED AND RETAINED (AFTER ACCOUNTING FOR ALL DEDUCTIONS, AND OTHER OFFSETS PROVIDED FOR UNDER THIS AGREEMENT) UNDER THIS AGREEMENT DURING THE SIX (6) MONTHS IMMEDIATELY PRECEDING THE DATE ON WHICH SUCH CLAIM ARISES. TO THE MAXIMUM EXTENT PERMITTED BY LAW, THE LIMITATIONS OF LIABILITY STATED IN THIS SECTION 10 WILL APPLY REGARDLESS OF THE CAUSE OF ACTION UNDER WHICH SUCH DAMAGES ARE SOUGHT, WHETHER FOR BREACH OF CONTRACT, NEGLIGENCE, STRICT LIABILITY, OR OTHER TORT, WHETHER OR NOT THE PARTIES WERE OR SHOULD HAVE BEEN AWARE OR ADVISED OF THE POSSIBILITY OF SUCH DAMAGE, AND REGARDLESS OF WHETHER ANY REMEDY FAILS OF ITS ESSENTIAL PURPOSE. THE LIMITATIONS OF LIABILITY STATED IN THIS SECTION APPLICABLE TO "GOOGLE" WILL APPLY IN THE AGGREGATE TO GOOGLE LLC, GOOGLE IRELAND LIMITED, GOOGLE COMMERCE LIMITED, AND ALPHABET INC. THE PARTIES AGREE THAT THE MUTUAL AGREEMENTS MADE IN THIS SECTION REFLECT A REASONABLE ALLOCATION OF RISK, AND THAT EACH PARTY WOULD NOT ENTER INTO THIS AGREEMENT WITHOUT THESE LIMITATIONS ON LIABILITY. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, NOTWITHSTANDING ANYTHING TO CONTRARY CONTAINED IN THIS AGREEMENT, WHERE APPLICABLE LAWS OR REGULATIONS SET OUT ANY LIMIT OR CAP ON LIABILITY WHICH RESULTS IN AN AMOUNT LESSER THAN THE TOTAL AGGREGATE LIABILITY AS PROVIDED IN THIS SECTION 10, SUCH LESSER AMOUNT WILL APPLY.

## 11. TERM AND TERMINATION.

(a) **Term.** This Agreement will commence on the Effective Date and, unless terminated earlier under Section 11(b) below, will continue until the end of the calendar month that is three (3) years after the Effective Date (the "**Initial Term**"), after which this Agreement will automatically renew for additional one (1) year periods (each a "**Renewal Term**"), unless either party provides sixty (60) days' written notice of termination before the end of the Initial Term or a Renewal Term as the case may be (the Initial Term and, if applicable, Renewal Terms, collectively, the "**Term**").

(b) **Termination.**

(i) Either party may terminate this Agreement: (A) immediately upon written notice to the other party if (1) the other party files a petition for bankruptcy, becomes insolvent, or makes an assignment for the benefit of its creditors, or a receiver is appointed for the other party or its business, or (2) the other party breaches Section 12(d) of this Agreement (Confidentiality); or (B) with thirty (30) days' prior written notice for any other breach, if such breach is not cured within the notice period.

(ii) Google may terminate this Agreement: (A) immediately upon written notice to Provider if Provider breaches its representations and warranties in Section 7 of this Agreement or if Google or its Affiliates reasonably determine that it is impracticable to continue providing all or part of the YouTube Service in light of applicable law; (B) for any or no reason upon sixty (60) days' prior written notice. In addition, Google may terminate this Agreement and/or suspend Provider's AdSense account if Provider breaches Section 6(e) of this Agreement.

(iii) If, for any given Pillar Review, Provider reasonably believes that it meets a more favorable tier status than the tier status determined by Google, then Provider may, within five (5) business days of such Pillar Review, notify Google and Google will use commercially reasonable efforts to provide, within twenty (20) business days of Provider's notice, any

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                    GOOG-SCHNDR-00020268

additional information available to demonstrate how it determined Provider's tier status. If by the end of such period Google has not adjusted Provider's then-current tier status to align with Provider's assessment and Provider continues to reasonably believe that it meets a more favorable tier status, then Provider may, within five (5) business days, provide Google a termination notice and this Agreement will terminate thirty (30) days following Google's receipt of such notice.

(c) **Content Removal.** Upon expiration or termination of this Agreement, Provider will be responsible for removing the Provider Content by means of its YouTube user account or such other means as provided by Google, and Conditional Downloads may be accessible to users who have made such Conditional Downloads before the expiration or termination of this Agreement, for up to thirty-one (31) days post termination or expiration of this Agreement. If Provider has a surviving CIMA, all of Provider's claims within the System may be set to Track (and Provider may choose to change the match policy to Block). If Provider does not have a surviving CIMA, all of Provider's claims within the System may be released (inclusive of Provider claims relating to content set to Monetized). Upon expiration or termination of this Agreement, Provider Content that has not been removed and any further use by Provider of the YouTube Website will be governed by the YouTube Terms of Service and otherwise subject to any applicable YouTube policies (e.g., YouTube may elect to remove any such Provider Content), as may be updated from time to time. Google will have the right to remove any Provider Content at any time upon expiration or termination of this Agreement, and Provider acknowledges and agrees that removal of Provider Content may result in the removal of all comments and view counts related to such content.

## 12. GENERAL.

(a) **Assignment.** Neither party may assign or transfer any of its rights or delegate any of its obligations under this Agreement, except as expressly stated in this Agreement, without the prior written consent of the other party, which will not unreasonably be withheld; provided, however, that Google may assign this Agreement, in whole or in part, without consent to an Affiliate but only if (i) the assignee agrees in writing to be bound by the terms of this Agreement and (ii) the assigning party remains liable for obligations under this Agreement. Any attempted assignment, delegation or transfer in derogation hereof will be null and void. This Agreement will be binding upon the successors and permitted assigns of both parties.

(b) **Notices.** All notices of termination or breach must be in English, in writing and addressed to the other party's Legal Department with a copy to the party's primary contact. Such notices sent to Google will be sent via email to legal-notices@google.com and music-partner-support@youtube.com. Such notices sent to Provider will be sent to Provider's Legal Department and primary contact at the address listed in the preamble or via email. Except as otherwise stated in this Agreement, all other notices must be in English, in writing and addressed to the other party's primary contact. Such notices sent to Google will be sent via email to music-partner-support@youtube.com. Such notices sent to Provider will be sent to Provider's primary contact at the address listed in the preamble or via email. Notice will be treated as given on receipt, as verified by written or automated receipt or by electronic log (as applicable).

(c) **Change of Control.** If a party experiences a change of control (for example, through a stock purchase or sale, merger, or other form of corporate transaction): (a) that party will give written notice to the other party within thirty (30) days after the change of control; and (b) the other party may immediately terminate this Agreement any time between the change of control and thirty (30) days after it receives that written notice.

(d) **Confidentiality.** The recipient of Confidential Information will not disclose it, except to Affiliates, employees, agents or professional advisors who need to know it and who have agreed in writing (or in the case of professional advisors are otherwise bound) to keep it confidential.  Further, Google may make certain limited disclosures of Provider's Confidential Information to effectuate

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                    GOOG-SCHNDR-00020269

the purposes of this Agreement or its agreements with other rights holders and/or artists and writers, provided that any such disclosures are made subject to binding confidentiality obligations. The recipient will ensure that those people and entities use the received Confidential Information only to exercise rights and fulfill obligations under this Agreement, while using reasonable care to keep it confidential. The recipient may also disclose Confidential Information when required by law after giving reasonable notice to the discloser if allowed by law. Neither party may make any public statement regarding this Agreement without the other's written approval. Nothing in this Agreement will prohibit or limit Google from disclosing certain Confidential Information to content owners or licensors or for general aggregated industry purposes as Google deems reasonably appropriate.

(e) **Covenant Not to Sue.** In consideration of Google's entering into this Agreement, effective upon the Effective Date and through the end of the Term, Provider covenants and agrees, for itself and its respective agents and representatives not to bring, assert, pursue, maintain, join in or directly or indirectly support, assist, fund, lend resources to, or otherwise participate in any litigation, throughout the Territory, involving or asserting any claim based upon or alleging any form of copyright infringement arising from Google's exploitation of the rights licensed by Provider to Google in this Agreement through the operation of the Google Services, and in accordance with this Agreement, that Provider has, had or may have against Google before the Effective Date or during the Term. Such covenant not to sue will apply to and be binding on a third party solely to the extent Provider has the legal authority to grant the covenant not to sue in this Agreement on behalf of such third party without violation of any legal or contractual obligation to such party (e.g., an agreement with an artist, performer, songwriter, composer, rights collecting society, co-publisher or sub-publisher). Subject to the following sentence, the foregoing covenant not to sue does not include any legal claim to be asserted against any party other than Google or its Affiliates, including, (i) any legal claim against any third party arising from the incorporation or use of a sound recording or a musical composition in a video or failure to pay royalties or other consideration due to any copyright owner for use of a sound recording or a musical composition in a video; or (ii) any legal claim against any third party (including a user) arising from the incorporation or use of a sound recording or a musical composition in a video (regardless of whether such video is a User Video). Nonetheless, Provider covenants not to sue any user who synchronizes and makes available any Provider Content in a User Video uploaded to the YouTube Service, to the extent Provider's claim is based on the alleged infringement of rights or authorized uses granted by Provider to Google in this Agreement.

(f) **Compliance with Anti-Bribery Laws**. In performing its obligations under this Agreement, Provider will comply with all applicable commercial and public anti-bribery laws ("**Anti-Bribery Laws**"), including the U.S. Foreign Corrupt Practices Act of 1977 and the UK Bribery Act of 2010, which prohibit corrupt offers of anything of value, either directly or indirectly to anyone, including government officials, to obtain or keep business or to secure any other improper commercial advantage. Furthermore, Provider will not make any facilitation payments, which are payments to induce officials to perform routine functions they are otherwise obligated to perform. "Government officials" include any government employee; candidate for public office; and employee of government-owned or government-controlled companies, public international organizations, and political parties. Google may terminate this Agreement immediately upon written notice to Provider if Google believes, in good faith, that Provider has violated or caused Google to violate any Anti-Bribery Laws.

(g) **Miscellaneous.** The words **"include"** and **"including"** do not limit the generality of any words preceding them, and references to any statute or other legislative enactment include references to that statute or legislative enactment as amended or re-enacted from time to time. References to the "**United States**" include the United States, its territories and possessions, including Puerto Rico. The parties are independent contractors. This Agreement does not create any agency, partnership, or joint venture between the parties. This Agreement does not confer any benefits on any third party (except to Google's Affiliates, as applicable) unless it expressly states that it does. Neither party will be liable for failure or delay in performance to the extent caused by

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                        GOOG-SCHNDR-00020270

circumstances beyond its reasonable control. If any term (or part of a term) of this Agreement is invalid, illegal or unenforceable, the rest of this Agreement will remain in effect. Neither party will be treated as having waived any rights by not exercising (or delaying the exercise of) any rights under this Agreement. Any amendment must be in writing, signed by both parties, and expressly state that it is amending this Agreement. This Agreement states all terms agreed between the parties and supersedes all other agreements between the parties relating to its subject matter. In entering into this Agreement neither party has relied on, and neither party will have any right or remedy based on, any statement, representation or warranty (whether made negligently or innocently), except those expressly stated in this Agreement. This Agreement will be construed as if jointly drafted by the parties. ALL CLAIMS ARISING OUT OF OR RELATING TO THIS AGREEMENT WILL BE GOVERNED BY CALIFORNIA LAW, EXCLUDING CALIFORNIA'S CONFLICT OF LAWS RULES, AND WILL BE LITIGATED EXCLUSIVELY IN THE FEDERAL OR STATE COURTS OF SANTA CLARA COUNTY, CALIFORNIA, USA; THE PARTIES CONSENT TO PERSONAL JURISDICTION IN THOSE COURTS. The metadata provided by Provider to Google via the Metadata Feed and all exhibits and attachments to this Agreement are considered part of, and incorporated by reference into, this Agreement. The parties may execute this Agreement in counterparts, including facsimile, PDF, and other electronic copies, which taken together will constitute one instrument. The following sections will survive any expiration or termination of this Agreement: 7, 8, 9, 10, 11(b), 11(c), 12(b), 12(d), 12(g), and any other sections that under their terms or by implication should survive.

This Agreement has been duly executed by the parties as of the latest date indicated below.

**Google LLC**                                  **[FULL LEGAL NAME OF PROVIDER]**

BY:_____            BY:_____

NAME:_____            NAME:_____

TITLE:_____            TITLE:_____

DATE:_____            DATE:_____


**Google Ireland Limited**                      **Google Commerce Limited**

BY:_____            BY:_____

NAME:_____            NAME:_____

TITLE:_____            TITLE:_____

DATE:_____            DATE:_____

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00020271

# EXHIBIT A
## DEFINITIONS

"**Affiliate**" means any entity that directly or indirectly controls or is controlled by, or is under common control with, a party.

"**Alternative Tier**" has the meaning stated in Exhibit B, Section 6.

"**Anti-Bribery Laws**" has the meaning stated in Section 12(f).

"**Art Track**" means a musical sound recording that is played back to a user with accompanying pictorial material (which may include lyrics) that is, in each case, designated by the applicable licensor (or by Google on such licensor's behalf) using tools, including auto-generation tools, provided by Google.

"**Audio-Only Track**" means a musical sound recording that is made into a Conditional Download by or played back to a user without an accompanying video.

"**AVOD Service**" means the free-to-the consumer portion of the YouTube Service, which excludes the Subscription Offerings, YouTube TV (or any successor product/brand for such product), or any other paid offerings on YouTube, existing now or at any point in the future.

"**Block**" has the meaning stated in the CIMA.

"**Bona Fide Artist Issue**" means a bona fide loss or lack of artist consent that causes Provider to withhold any Provider Content from the AVOD Service and/or the Subscription Offerings.

"**Brand Features**" means the names, logos, trademarks, designs and trade names of a party.

"**CIMA**" means the Content Identification and Management Agreement entered into by the parties.

"**Conditional Download**" means a user's receipt of a digital transmission that results in a specifically identifiable, tethered (but obfuscated) reproduction of such digital file that is available to such user for offline playback on the applicable device for up to thirty-one (31) consecutive days (as such time period may be renewed periodically), which transmission may originate either directly from the YouTube Service or from another device (subject to any restrictions and limitations applicable under this Agreement).

"**Confidential Information**" means information that one party or an Affiliate of such party discloses to the other party in connection with this Agreement, and that is marked as confidential or would normally be considered confidential information under the circumstances. It does not include information that the recipient already knew, that becomes public through no fault of the recipient, that is independently developed by the recipient, or that is rightfully given to the recipient by a third party without confidentiality obligations.

"**Effective Date**" has the meaning stated in the preamble.

"**Entire Catalog**" means the full catalog of sound recordings and music videos owned, controlled, or distributed by Provider, if applicable, its Affiliates, and, if applicable, its and their distributed labels (including any catalogs acquired by Provider, its Affiliates, or its and their distributed labels during the Term, and all music videos produced by or on behalf of Provider, its Affiliates, or its and their distributed labels during the Term).

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                         GOOG-SCHNDR-00020272

"**Expired Reference Overlap**" means a Reference File that the System recognizes as containing one or more segments of one or more reference files provided by one or more other partners that expires in the System prior to Provider taking action to either "exclude overlap" associated with or "assert exclusive rights" to such segment(s) of such Reference File via the System.

"**Family Account**" has the meaning stated in Exhibit B, Section 12(b).

"**Free Trial**" has the meaning stated in Exhibit B, Section 12(a).

"**Google Play Agreements**" means the agreements then-currently in effect between the parties applicable to the Google Play subscription service, the Google Play store, the Google Play locker, and the Google Play radio service.

"**Google Services**" means Google websites, applications, products and services, including the YouTube Service.

"**Google Specs**" means Google's then-current delivery specifications available at https://goo.gl/qRPSE9, which Google may update (in whole or in part) throughout the Term.

"**ID File**" has the meaning stated in the CIMA.

"**Indemnified Liabilities**" means any and all losses, damages, expenses, costs or settlement amounts, including reasonable outside attorneys' fees.

"**Initial Term**" has the meaning stated in Section 11(a).

"**Legal Issue**" means an actual legal or contractual issue that restricts Provider's rights to grant rights to Google (i.e. loss of rights to a third party, lack of rights from a distributed label, or an actual legal claim; each of which is separate from a Bona Fide Artist Issue) and that causes Provider to withhold any Provider Content from the AVOD Service and/or the Subscription Offerings.

"**Limited Exclusives**" means one-off, limited-time, occasional exclusivity windows and holdbacks with respect to individual sound recordings, in each case, with a single third-party partner.

"**Metadata Feed**" means the feed and/or other method described in the Google Specs through which Provider provides to Google data associated with Provider Non-Music Content, Provider Sound Recordings, Provider Music Videos, Provider Audio-Only Tracks, Provider Art Tracks, including text, images, and closed captioning.

"**Monetize**" has the meaning stated in the CIMA.

"**Music Licensors**" means Google's content licensors who license music content to Google under (a) a sound recording or audiovisual license agreement (or equivalent agreement), (b) a publishing license agreement, including with a collective rights management organization, or (c) any other agreement (e.g., a standard content license agreement), but solely with respect to music content licensed under such other agreement.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00020273



"**Music Videos**" means all music videos delivered to Google by or on behalf of Music Licensors, or claimed by Music Licensors as a music video asset.

"**Nearly Complete Video**" has the meaning stated in the definition of Premium UGC.



"**Non-Single**" means any Provider Sound Recording that has not been released as a Provider Music Video or as a Single.

"**On-Demand Stream**" means a digital transmission of a digital file upon request, at a time chosen by the user.

"**Performing Right**" means the right commonly referred to as the public performance right (in the United States), the performing right, or the making available right.

"**Pillar**" has the meaning stated in the preamble of Exhibit C.

"**Pillar Review**" has the meaning stated in the preamble of Exhibit C.

"**Playback Pages**" means a page or pages on the YouTube Service dedicated to a video or Audio-Only Track identified as containing Provider Content on which users can view or listen to such Provider Content and view other information relating to such Provider Content.

"**Policy**" has the meaning stated in the CIMA.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                          GOOG-SCHNDR-00020274



"**Product**" means a Provider Music Video, a Single, a Non-Single, or an album or other collection of sound recordings.

"**Promoter Account**" means an account used by a person who works for or on behalf of an OEM or music rightsholder, or an influencer, to demonstrate, promote, influence or encourage use of a Subscription Offering.

"**Provider Art Track**" means an Art Track of a complete Provider Sound Recording.

"**Provider Audio-Only Track**" means an Audio-Only Track consisting of a Provider Sound Recording.

"**Provider Channel**" means a page of the YouTube Service that is dedicated to the Provider Videos, and whose look and feel is largely controlled by Provider subject to the YouTube Service templates.

"**Provider Content**" means, collectively, the Provider Non-Music Content, Provider Sound Recordings, the Provider Music Videos, Provider Audio-Only Tracks, Provider Art Tracks, the Metadata Feed, and all other data and information contained within, or provided or otherwise made available to Google by Provider in association with the provision of, such content, including text, images, artwork, cover art, other artist images, closed captioning, metadata, any other associated materials and any copies that Google makes of any or all of the foregoing in connection with this Agreement.

"**Provider Music Videos**" means all music videos delivered to Google by or on behalf of Provider, or claimed by Provider as a music video asset. Provider Music Videos specifically exclude Provider Non-Music Content.

"**Provider Non-Music Content**" means all videos that are delivered to Google by Provider, that do not constitute Provider Music Videos.



"**Provider Song UGC**" means a User Video for which (a) the artist name, album name or song title is included in the metadata; (b) the vast majority (as determined by Google) of a Provider Sound Recording is included; and (c) the vast majority (as determined by Google) of the User Video is comprised of one or more musical sound recordings.

"**Provider Sound Recordings**" means (a) sound recordings delivered to Google by Provider in digital form in connection with this Agreement, (b) all sound recordings embedded within User Videos on Google Services which match ID Files corresponding to such sound recordings using the System, and (c) all sound recordings owned or controlled by Provider, which are embedded within User Videos that Provider "claims" using the System. For clarity, sound recordings embodied in Provider Videos are deemed to be part of the Provider Video, not a Provider Sound Recording.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

"**Provider Videos**" means, collectively Provider Non-Music Content and Provider Music Videos.

"**Reference Files**" has the meaning stated in the CIMA.

"**Renewal Term**" has the meaning stated in Section 11(a).

"**Royalties**" has the meaning stated in Section 6(a).

"**Similar Free Service**" means any other free-to-the-user digital distribution partner or platform (or, in the case of partners and platform who have multiple tiers, the free-to-the-user tier of such partner or platform).

"**Single**" means an emphasis track in the country of the Territory concerned that Provider uses to drive awareness, including so-called "lead singles" or "stand-out tracks" but excluding tracks that are solely promoted to editorial outlets or tastemakers. A recording is deemed released as a Single on the date when Provider begins to promote the sound recording concerned, including at radio (i.e., the so-called "add" date at terrestrial radio).

"**Subscription Bundle**" has the meaning stated in Exhibit B, Section 9.

"**Subscription Offerings**" means one or more subscription services that are part of the YouTube Service that permit users to access, stream, and (if Google enables such functionality) create Conditional Downloads, and get additional features on, all or a subset of content on the YouTube Service for which a fee is paid (or a Free Trial is activated) by or on behalf of a user, which includes Provider Content for which Google utilizes rights granted under this Agreement. Certain content may only be available within one or more Subscription Offerings. Any paid services in which users pay a distinct fee in exchange for access to specific content or bundles of content (e.g., rentals, purchases, paid channels, live pay-per-view, and YouTube TV) are not Subscription Offerings under this Agreement, even if Google makes available Provider Content from the AVOD Service (i.e., without premium subscription features available on such Provider Content) or, for users of a Subscription Offering, Provider Content from such Subscription Offering (i.e., with premium subscription features available on such Provider Content solely to such users) for playback within the same user interface as such paid-for services. Each Subscription Offering may be branded with one or more Google brands or trade names.

"**System**" has the meaning stated in the CIMA.

"**Term**" has the meaning stated in Section 11(a).

"**Territory**" means the world unless otherwise designated by Provider in the Metadata Feed, Google-provided interface to the Metadata Feed, or the System with respect to each item of Provider Content.

"**Third-Party App Store**" means a third-party "app store" such as Apple Inc.'s "App Store".

"**Third-Party Legal Proceeding**" means any legal proceeding filed by a third party before a court or government tribunal (including any civil, administrative, investigative or appellate proceeding).

"**Track**" has the meaning stated in the CIMA.

"**User Video**" means any video submitted to or streamed via the YouTube Service by a user.

"**User Video with Audiovisual Excerpt**" means a User Video on the YouTube Service which (a) the System matches to an audiovisual portion of a Provider Music Video, or (b) contains audiovisual Provider Music Video content embedded within User Videos that Provider "claims" using the System, each of which do not constitute Premium UGC.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                   GOOG-SCHNDR-00020276

"**User Video with Provider Content Visual Excerpt**" means a User Video on the YouTube Service which (a) the System matches to a visual portion of a Provider Music Video (but not the accompanying audio), or (b) contains visual only Provider Music Video content embedded within User Videos that Provider "claims" using the System.

"**User Video with Provider Sound Recording**" means a User Video on the YouTube Service that includes a Provider Sound Recording.

"**YouTube Service**" means the Google service known as YouTube located at http://www.youtube.com, including all mirror and/or derivative sites and all replacement, successor and/or international versions thereof, including the YouTube video player and YouTube websites, applications (e.g., YouTube Main app, YouTube Music app), APIs, embeds, products and services, and any of the foregoing that are made available for syndication.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00020277



**Google Confidential**
SRAV v20180927

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00020278



**Google Confidential**
SRAV v20180927

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00020279



**Google Confidential**
SRAV v20180927                         23 of 35

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



**Google Confidential**
SRAV v20180927

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00020281



**Google Confidential**
SRAV v20180927

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00020282



**Google Confidential**
SRAV v20180927

26 of 35

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00020283



**Google Confidential**
SRAV v20180927

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00020284



**Google Confidential**
SRAV v20180927

28 of 35

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00020285



| Country | Currency | | Country | Currency |
|---|---|---|---|---|
| Andorra | EUR | | Lithuania | EUR |
| Argentina | ARS | | Luxembourg | EUR |
| Australia | AUD | | Macedonia | USD |
| Austria | EUR | | Malaysia | MYR |
| Belarus | USD | | Malta | EUR |
| Belgium | EUR | | Mexico | MXN |
| Bolivia | BOB | | Montenegro | EUR |
| Bosnia and Herzegovina | USD | | Netherlands | EUR |
| Brazil | BRL | | New Zealand | NZD |
| Bulgaria | BGN | | Nicaragua | USD |
| Canada | CAD | | Norway | NOK |
| Chile | CLP | | Panama | USD |
| Colombia | COP | | Paraguay | USD |
| Costa Rica | CRC | | Peru | PEN |
| Croatia | HRK | | Philippines | PHP |
| Cyprus | EUR | | Poland | PLN |
| Czech Republic | CZK | | Portugal | EUR |
| Denmark | DKK | | Romania | RON |
| Dominican Republic | USD | | Russia | RUB |
| Ecuador | USD | | San Marino | EUR |
| El Salvador | USD | | Serbia | EUR |
| Estonia | EUR | | Singapore | SGD |
| Finland | EUR | | Slovakia | EUR |
| France | EUR | | Slovenia | EUR |
| Germany | EUR | | South Africa | ZAR |
| Greece | EUR | | South Korea | KRW |
| Guatemala | USD | | Spain | EUR |
| Honduras | USD | | Sweden | SEK |
| Hong Kong | HKD | | Switzerland | CHF |
| Hungary | HUF | | Taiwan | TWD |
| Iceland | EUR | | Thailand | USD |

**Google Confidential**
SRAV v20180927

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00020286

| Country | Currency | | Country | Currency | |
|---|---|---|---|---|---|
| India | INR | ███ | Turkey | TRY | ███ |
| Indonesia | IDR | | Ukraine | UAH | |
| Ireland | EUR | | United Kingdom | GBP | |
| Israel | ILS | | United States | USD | |
| Italy | EUR | | Uruguay | USD | |
| | | | Vatican City | EUR | |
| Japan | JPY | | Venezuela | USD | |
| Latvia | EUR | | Vietnam | USD | |
| Liechtenstein | CHF | | Rest of World | n/a | |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00020287

**Addendum to Sound Recording and Audiovisual Content License**

Reference is made to the Sound Recording and Audiovisual Content License between Google and Provider being entered into simultaneously with this addendum (the "**SRAV**"). Google and Provider also wish to document the additional terms agreed herein in connection with Google's distribution of Provider Sound Recordings via a new audio-only tier of the YouTube Service (as described in greater detail below). This addendum to the SRAV (this "**Addendum**") will form part of the SRAV along with the terms stated in the SRAV as of the Effective Date. Capitalized terms used but not defined in this Addendum will have the meanings assigned to such terms in the SRAV.

In consideration of the mutual covenants and agreements set forth in this Addendum, Google and Provider agree to the following additional terms, effective as of the Effective Date:

| | | |
|---|---|---|
| 1. | **Additional Definitions** | As used in this Addendum, the following terms will have the meanings as stated below:<br><br>"**Audio-Only Plays**" means Shuffle Plays and On-Demand Plays.<br><br>"**On-Demand Play**" means a single playback by a user of a Provider Sound Recording via the Audio-Only Service and not via the AVOD Service and/or Subscription Offerings, that does not conform with the Shuffle Plays Usage Rules defined below.<br><br>"**Shuffle Play**" means a single playback by a user of a Provider Sound Recording via the Audio-Only Service and not via the AVOD Service and/or Subscription Offerings, that conforms with the Shuffle Plays Usage Rules defined below. For clarity, playback of a Provider Sound Recording as a part of the playback of a playlist and/or station via the Audio-Only Service will be deemed a Shuffle Play. |
| 2. | **Audio-Only Service** | "**Audio-Only Service**" means a separate free-to-the-user, audio-only portion of the YouTube Service, which (i) may or may not be supported by advertising and (ii) allows users to playback sound recordings via On-Demand Plays and/or Shuffle Plays. The Audio-Only Service is separate and distinct from the AVOD Service, Subscription Offerings, YouTube TV (or any successor product/brand for such product), and any other free or paid offerings on YouTube, existing now or at any point in the future, but may be offered with the AVOD Service or other such free or paid offerings. Google may decide, from time to time (in its sole discretion) whether to make the Audio-Only Service, or a portion thereof, available. |
| 3. | **Audio-Only Content Usage Rules** | **Shuffle Plays Usage Rules**<br>Google will enforce the usage rules below in respect of the Shuffle Plays:<br>1. a user may select a single song, album, artist, genre or playlist to generate a station algorithmically based on content similar to such selected song, album, artist, genre or playlist. Notwithstanding the foregoing, a user-selected song will not play as the first track of the station;<br>2. a user may select playlists that are created by Google or a third party to playback in a randomized order, but will not have the ability to play (whether randomized or in order) a playlist of songs, albums or listening history |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                        GOOG-SCHNDR-00020288

created in the AVOD Service by such user (though notwithstanding the foregoing, Google may include a user's listening history from the Audio-Only Service in the AVOD Service and Subscription Offerings);

3.  a user will not have the ability to skip backwards or have the ability to restart the current Provider Sound Recording from the beginning, but will have the ability to skip no more than six (6) forward skips via a particular station or playlist per sixty (60) minutes;

4.  a user will have the ability to stream no more than four (4) Sound Recordings by the same featured artist (or from an individual compilation album) via a particular station or playlist within a three (3) hour period;

5.  a user will have the ability to stream no more than three (3) sound Recordings from the same featured artist album via a particular station or playlist within a three (3) hour period (and no more than two (2) of those sound recordings may be streamed consecutively);

6.  a user will not have the ability to create Conditional Downloads or permanent downloads of any Provider Sound Recording from the Audio-Only Service; and

7.  Google may from time to time present upsell prompts to a Subscription Offering or other interruptions to users of the Audio-Only Service.

**On-Demand Plays Usage Rules**

Google will enforce the usage rules below in respect of the On-Demand Plays:

1.  a user will have the ability to stream Provider Sound Recordings via additional functionality as and when such additional functionality (if any) is provided by Google (e.g. a user may select a particular sound recording for playback);

2.  a user will not have the ability to create Conditional Downloads or permanent downloads of any Provider Sound Recording from the Audio-Only Service; and

3.  Google may from time to time present upsell prompts to a Subscription Offering or other interruptions to users of the Audio-Only Service.

| | |
|---|---|
| **4.   Royalties** | ████████████████████████████████████████ |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00020289



**Google Confidential**
SRAV v20180927                                   33 of 35

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00020290



| | | |
|---|---|---|
| 5. | **Reporting** | |
| 6. | **Reservation of Rights** | Nothing in this Addendum will prejudice the parties' respective positions as to (and will not constitute an acknowledgement in any respect of): (a) whether or not the royalties and other financial consideration (including cash and non-cash consideration) provided hereunder are reasonable or appropriate for the Audio-Only Service described herein for any time period; or (b) the interpretation of any other provision of the Digital Millennium Copyright Act, including 17 U.S.C. § 114 and § 112. The parties explicitly agree that the SRAV (including, without limitation, this Addendum) and its terms may not be introduced or relied upon in any proceeding, judicial or otherwise, for the purpose of interpreting or establishing criteria relating to the eligibility of a new subscription service making subscription digital audio transmissions not exempt under 17 U.S.C. § 114(d)(1) or a service |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00020291

| | | |
|---|---|---|
| | | making eligible nonsubscription transmissions not exempt under 17 U.S.C. § 114(d)(1) for a statutory license as such under 17 U.S.C. § 114 and § 112. |
| 7. | **Termination** | Either party may terminate this Addendum with thirty (30) days' prior written notice for any breach, if such breach is not cured within the notice period.<br><br>Google may terminate this Addendum: (A) immediately upon written notice to Provider if Google or its Affiliates reasonably determine that it is impracticable to continue providing all or part of the Audio-Only Service in light of applicable law; or (B) for any or no reason upon sixty (60) days' prior written notice. |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                    GOOG-SCHNDR-00020292