1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING, LTD., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>Defendants. | CASE NO.: 3:20-cv-04423-JD<br><br>**[PROPOSED] ORDER** |
| YOUTUBE, LLC and GOOGLE LLC,<br><br>Counterclaimants,<br><br>v.<br><br>PIRATE MONITOR LTD, PIRATE MONITOR LLC, and GÁBOR CSUPÓ,<br><br>Counterclaim Defendants. | |

Pursuant to Civil Local Rules 7-11 and 79-5(f), and in compliance with this Court's Standing Order for Civil Cases ¶¶ 25-31, and after consideration of Defendants YouTube, LLC and Google LLC's ("YouTube") Response to Plaintiff Maria Schneider's Administrative Motion To Consider Whether Another Party's Material Should Be Sealed (ECF No. 170) and the Declaration of Waleed Diab ("Diab Declaration") in Support of Defendants' Response to the Administrative Motion, the following portions of Exhibit A to the Diab Declaration (Exhibit 12 to the Declaration of Demetri Blaisdell in Support of Plaintiff Maria Schneider's Opposition to Defendants' Motion for Summary Judgment), shall remain under seal:

| SRAV License Agreement | Basis for Sealing |
|---|---|
| Portions of page 5; portions of pages 7 - 9; portions of Exhibit A; Exhibit B; Exhibit C; portions of Exhibit D; portions of Addendum to SRAV | These materials reflect the standard royalty and payment terms and calculations according to which YouTube will, *inter alia*, make payments to the licensor, terms under which YouTube will not make payments to the licensor, terms under which YouTube will retain revenue, and reports Google will provide to the licensor as a condition of the license agreement.<br><br>Public disclosure of YouTube's standard royalty and payment terms with select licensors could damage YouTube's standing with its existing licensors, and prejudice its ability to negotiate future license agreements. It would also improperly allow YouTube competitors to benefit from the knowledge of YouTube's standard royalty payment terms to structure payment of their own products causing or threatening competitive harm to YouTube's business. Additionally, it may harm YouTube's licensing partners by disclosing to the world the royalty rates and the terms on which they are willing to license use of their works. |

**IT IS SO ORDERED.**

Dated: _____

_____
HONORABLE JAMES DONATO
UNITED STATES DISTRICT JUDGE