| | |
|---|---|
| George A. Zelcs (*pro hac vice*)<br>　gzelcs@koreintillery.com<br>Randall P. Ewing, Jr. (*pro hac vice*)<br>　rewing@koreintillery.com<br>Ryan Z. Cortazar (*pro hac vice*)<br>　rcortazar@koreintillery.com<br>KOREIN TILLERY, LLC<br>205 North Michigan, Suite 1950<br>Chicago, IL  60601<br>Telephone: (312) 641-9750<br>Facsimile: (312) 641-9751<br><br>Stephen M. Tillery (*pro hac vice*)<br>　stillery@koreintillery.com<br>Steven M. Berezney, CA Bar #329923<br>　sberezney@koreintillery.com<br>Carol O'Keefe (*pro hac vice*)<br>　cokeefe@koreintillery.com<br>KOREIN TILLERY, LLC<br>505 North 7th Street, Suite 3600<br>St. Louis, MO  63101<br>Telephone: (314) 241-4844<br>Facsimile: (314) 241-3525 | Joshua Irwin Schiller, CA Bar #330653<br>　jischiller@bsfllp.com<br>BOIES SCHILLER FLEXNER LLP<br>44 Montgomery St., 41st Floor<br>San Francisco, CA  94104<br>Telephone: (415) 293-6800<br>Facsimile: (415) 293-6899<br><br>Philip C. Korologos (*pro hac vice*)<br>　pkorologos@bsfllp.com<br>Joanna Wright (*pro hac vice*)<br>　jwright@bsfllp.com<br>Demetri Blaisdell (*pro hac vice*)<br>　dblaisdell@bsfllp.com<br>BOIES SCHILLER FLEXNER LLP<br>55 Hudson Yards, 20th Floor<br>New York, NY 10001<br>Telephone: (212) 446-2300<br>Facsimile: (212) 446-2350 |

*Attorneys for Plaintiff Maria Schneider, Uniglobe Entertainment, LLC, and AST Publishing Ltd.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA SCHNEIDER<br><br>　　　Plaintiff,<br><br>　　vs.<br><br>YOUTUBE, LLC; and GOOGLE LLC;<br><br>　　　Defendants.<br>―――――――――――――――――<br>YOUTUBE, LLC and GOOGLE LLC;<br><br>Counter-Plaintiffs,<br><br>v.<br><br>PIRATE MONITOR LTD., GÁBOR CSUPÓ, and PIRATE MONITOR LLC,<br>Counter-Defendants. | CASE NO.  3:20-cv-4423-JD<br><br>**PLAINTIFF MARIA SCHNEIDER'S ADMINISTRATIVE MOTION TO REMOVE A FILED DOCUMENT** |

1     Plaintiff Maria Schneider ("Plaintiff") respectfully requests that an order be granted to remove docket number 170-9 from the ECF docket for this matter.

    Plaintiff filed the document in question under seal on September 9, 2021 as an exhibit to the Declaration of Demetri Blaisdell in support of Plaintiff Maria Schneider's Opposition to Defendants' Motion for Summary Judgment as to Plaintiff Maria Schneider. The document is a full version of Defendants' Responses and Objections to Plaintiffs' First Set of Requests for Admission, which contains material marked highly confidential by Defendants. At Defendants' request, Plaintiff filed a revised version of the exhibit publicly on September 16, 2022, excerpting only those portions of the document that Ms. Schneider relied upon in her opposition to Defendants' motion so that the parties could easily reach agreement on the public filing of the exhibit.

    Plaintiff respectfully moves the Court to remove the document permanently from the Court's ECF. A corrected version of the document was filed on the public docket on September 16, 2022.

Dated: September 19, 2022                                Respectfully submitted,

                                                                       /s/ Philip C. Korologos
George A. Zelcs (*pro hac vice*)
Randall P. Ewing, Jr. (*pro hac vice*)
Ryan Z. Cortazar (*pro hac vice*)
KOREIN TILLERY, LLC
205 North Michigan, Suite 1950
Chicago, IL 60601
Telephone: (312) 641-9750
Facsimile: (312) 641-9751

Stephen M. Tillery (*pro hac vice*)
Steven M. Berezney, CA Bar #329923
Carol O'Keefe (*pro hac vice*)
KOREIN TILLERY, LLC
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

Joshua Irwin Schiller, CA Bar #330653
BOIES SCHILLER FLEXNER LLP
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Phone: (415) 293-6800
Fax: (415) 293-6899

Philip C. Korologos (*pro hac vice*)
Joanna Wright (*pro hac vice*)
Demetri Blaisdell (*pro hac vice*)
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards, 20th Floor
New York, NY 10001
Phone: (212) 446-2300
Fax: (212) 446-2350

*Attorneys for Plaintiff Maria Schneider*