UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

MARIA SCHNEIDER

Plaintiff,

vs.

YOUTUBE, LLC; and GOOGLE LLC;

Defendants.

---

YOUTUBE, LLC and GOOGLE LLC;

Counter-Plaintiffs,

v.

PIRATE MONITOR LTD., GÁBOR CSUPÓ, and PIRATE MONITOR LLC,

Counter-Defendants.

CASE NO. 3:20-cv-4423-JD

**[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO REMOVE A FILED DOCUMENT**

The Court, having considered Plaintiff's Administrative Motion to permanently remove Docket No. 170-9 from the docket, hereby GRANTS the Motion.

**IT IS SO ORDERED**.

Date: _____

_____
THE HONORABLE JAMES DONATO
United States District Judge

[Proposed] Order Granting Plaintiff's Administrative Motion to Remove a Filed Document                                3:20-cv-4423-JD