George A. Zelcs (*pro hac vice*)
  gzelcs@koreintillery.com
Randall P. Ewing, Jr. (*pro hac vice*)
  rewing@koreintillery.com
Ryan Z. Cortazar (*pro hac vice*)
  rcortazar@koreintillery.com
KOREIN TILLERY, LLC
205 North Michigan, Suite 1950
Chicago, IL  60601
Telephone: (312) 641-9750
Facsimile: (312) 641-9751

Stephen M. Tillery (*pro hac vice*)
  stillery@koreintillery.com
Steven M. Berezney, CA Bar #329923
  sberezney@koreintillery.com
Carol O'Keefe (*pro hac vice*)
  cokeefe@koreintillery.com
KOREIN TILLERY, LLC
505 North 7th Street, Suite 3600
St. Louis, MO  63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

Joshua Irwin Schiller, CA Bar #330653
  jischiller@bsfllp.com
BOIES SCHILLER FLEXNER LLP
44 Montgomery St., 41st Floor
San Francisco, CA  94104
Telephone: (415) 293-6800
Facsimile: (415) 293-6899

Philip C. Korologos (*pro hac vice*)
  pkorologos@bsfllp.com
Joanna Wright (*pro hac vice*)
  jwright@bsfllp.com
Demetri Blaisdell (*pro hac vice*)
  dblaisdell@bsfllp.com
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards, 20th Floor
New York, NY 10001
Telephone: (212) 446-2300
Facsimile: (212) 446-2350

*Attorneys for Plaintiffs Maria Schneider,
Uniglobe Entertainment, LLC, and
AST Publishing Ltd.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA SCHNEIDER<br><br>Plaintiff,<br><br>vs.<br><br>YOUTUBE, LLC; and GOOGLE LLC;<br><br>Defendants.<br><br>―――――――――――――<br>YOUTUBE, LLC and GOOGLE LLC;<br><br>Counter-Plaintiffs,<br><br>v.<br><br>PIRATE MONITOR LTD., GÁBOR CSUPÓ, and PIRATE MONITOR LLC,<br>Counter-Defendants. | CASE NO.  3:20-cv-4423-JD<br><br>**PLAINTIFF MARIA SCHNEIDER'S ADMINISTRATIVE MOTION SEEKING EXTENSION OF TIME FOR NON-PARTY MODERN WORKS PUBLISHING TO SUBMIT DECLARATION IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER MODERN WORKS PUBLISHING'S MATERIAL IN PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT SHOULD BE SEALED (DKT. 170-171)** |

Administrative Motion Seeking Extension of Time for Non-Party to
Submit Declaration in Support of Plaintiff's Administrative Motion

3:20-cv-4423-JD

1  Plaintiff Maria Schneider respectfully submits this administrative motion seeking a 10-day extension of the time in which non-party "A" Side Music d/b/a Modern Works Publishing ("Modern Works Publishing") may submit a declaration pursuant to Civil Local Rule 79-5(e) from last Friday, September 16 until Monday, September 26.

  On September 9, 2022, Plaintiff Maria Schneider filed her Administrative Motion to Consider Whether Another Party's Material Should be Sealed ("Motion to Seal") (Dkts. 170, 171). The Motion to Seal seeks the Court's consideration as to whether documents designated as Confidential by non-party Modern Works Publishing should be filed under seal. Pursuant to Civil Local Rule 79-5(e), the deadline for Modern Works Publishing, the Designating Party to portions of Plaintiff's Motion to Seal (Dkts. 170, 171), to establish that such designated material is sealable, would have been Friday, September 16, 2022.

  However, Plaintiffs inadvertently did not send unredacted copies of Plaintiff's Motion to Seal and exhibits cited therein (*see* Dkts. 170, 171, and 172) to non-party Modern Works Publishing until today, September 19, 2022.

  Accordingly, Plaintiffs hereby request an extension of 10 days to Monday, September 26, 2022 that will provide Modern Works Publishing with sufficient time to submit its declaration in support of its designated materials in the filings, in light of Plaintiffs not serving unredacted copies of the documents filed under seal to Modern Works Publishing until today.

  Plaintiffs sought Defendants' consent to a stipulation to jointly seek a modest delay. However, Defendants did not respond with their position, despite responding to multiple emails on other topics during a period of more than five hours today. Plaintiffs did serve unredacted copies of the documents filed under seal on Defendants on September 9, 2022. Defendants' Response to Plaintiff's Administrative Motion to Consider Whether Another Party's Material Should be Sealed (Dkt. 175) does not seek to maintain under seal any of the documents designated as Confidential by Modern Works Publishing.

/ / /

/ / /

2

Administrative Motion Seeking Extension of Time for Non-Party to  
Submit Declaration in Support of Plaintiff's Administrative Motion    3:20-cv-4423-JD

Therefore, Plaintiff respectfully requests that the Court extend the deadline by which non-party Modern Works Publishing shall submit a Declaration in support of Plaintiff's Motion to Seal (Dkts. 170, 171) to Monday, September 26, 2022.

Dated: September 19, 2022

Respectfully submitted,

/s/ *Demetri Blaisdell*
George A. Zelcs (*pro hac vice*)
Randall P. Ewing, Jr. (*pro hac vice*)
Ryan Z. Cortazar (*pro hac vice*)
KOREIN TILLERY, LLC
205 North Michigan, Suite 1950
Chicago, IL 60601
Telephone: (312) 641-9750
Facsimile: (312) 641-9751

Stephen M. Tillery (*pro hac vice*)
Steven M. Berezney, CA Bar #329923
Carol O'Keefe (*pro hac vice*)
KOREIN TILLERY, LLC
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

Joshua Irwin Schiller, CA Bar #330653
BOIES SCHILLER FLEXNER LLP
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Phone: (415) 293-6800
Fax: (415) 293-6899

Philip C. Korologos (*pro hac vice*)
Joanna Wright (*pro hac vice*)
Demetri Blaisdell (*pro hac vice*)
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards, 20th Floor
New York, NY 10001
Phone: (212) 446-2300
Fax: (212) 446-2350

*Attorneys for Plaintiffs Maria Schneider, Uniglobe Entertainment, LLC, and AST Publishing Ltd.*

3
Administrative Motion Seeking Extension of Time for Non-Party to
Submit Declaration in Support of Plaintiff's Administrative Motion
3:20-cv-4423-JD