**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| MARIA SCHNEIDER<br><br>Plaintiff,<br><br>vs.<br><br>YOUTUBE, LLC; and GOOGLE LLC;<br><br>Defendants.<br><br>YOUTUBE, LLC and GOOGLE LLC;<br><br>Counter-Plaintiffs,<br><br>v.<br><br>PIRATE MONITOR LTD., GÁBOR CSUPÓ, and PIRATE MONITOR LLC,<br>Counter-Defendants. | CASE NO. 3:20-cv-4423-JD<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION SEEKING EXTENSION OF TIME FOR NON-PARTY MODERN WORKS PUBLISHING TO SUBMIT DECLARATION IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER MODERN WORKS PUBLISHING'S MATERIAL IN PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT SHOULD BE SEALED (DKT. 170-171)** |

Pursuant to Plaintiff's Administrative Motion Seeking Extension of Time for Non-Party Modern Works Publishing to Submit a Declaration in Support of Plaintiff's Administrative Motion to Consider Whether Modern Works Publishing's Material in Plaintiff's Opposition to Defendants' Motion for Summary Judgment Should be Sealed, the Court hereby ORDERS:

The deadline for non-party Modern Works Publishing to submit a Declaration in support of Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should be Sealed

1

[Proposed] Order Granting Plaintiff's Administrative Motion                                      3:20-cv-4423-JD
Seeking Extension of Time for Non-Party to Submit Declaration

1 | (Dkt. 170, 171), shall be extended to September 26, 2022.

2 | **IT IS SO ORDERED.**

3 |

4 | Date:

THE HONORABLE JAMES DONATO
United States District Judge

[Proposed] Order Granting Plaintiff's Administrative Motion   3:20-cv-4423-JD
Seeking Extension of Time for Non-Party to Submit Declaration