UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING LTD., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>Defendants | CASE NO.: 3:20-cv-04423-JD<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE EXPERT DISCOVERY DEADLINES AS TO SPECIFIC EXPERTS**<br><br>Judge: Hon. James Donato |
| YOUTUBE, LLC and GOOGLE LLC,<br><br>Counterclaimants,<br><br>v.<br><br>PIRATE MONITOR LTD, PIRATE MONITOR LLC, and GÁBOR CSUPÓ,<br><br>Counterclaim Defendants. | |

1 | The Parties, by and through their undersigned counsel, stipulate as follows:

2 |     WHEREAS, during the Parties' last appearance before the Court on July 7, 2022, the
3 | Court gave the Parties permission to address scheduling issues by agreement provided the
4 | agreement did not impact the Court (*see* Dkt. No. 154, at 55:18-23);

5 |     WHEREAS, the Court entered an Amended Scheduling Order on July 14, 2022, setting
6 | the deadline for expert disclosures on September 1, 2022, for rebuttal expert disclosures on
7 | September 22, 2022, and an expert discovery cut-off on September 30, 2022 (see Dkt. No. 155);

8 |     WHEREAS, on August 30, 2022, to resolve ECF Nos. 156, 159, 161, the Court entered
9 | an Order requiring YouTube to make certain data productions, (see Dkt. No. 165) (the "August
10 | 30th Order");

11 |     WHEREAS, Plaintiffs submitted their expert disclosures on September 1, 2022 pursuant
12 | to the Amended Scheduling Order, explaining that two of their experts, Messrs. Charles D.
13 | Cowan and Hal J. Singer, would submit supplemental expert reports following Defendants'
14 | production of data in response to the August 30 Order;

15 |     WHEREAS, the Parties have met and conferred over Plaintiffs' supplementation plans
16 | and Defendants' reservations, and are trying to work through an agreement to accommodate
17 | Messrs. Cowan and Singer's anticipated supplemental expert reports to avoid multiple cycles of
18 | supplementation, rebuttal and deposition. While they do, to avoid issues with the current
19 | deadlines, the Parties have agreed and respectfully ask the Court's approval to extend the current
20 | date for the expert disclosures of Messrs. Cowan and Singer until October 17, 2022, the current
21 | date for the associated rebuttal expert disclosures until November 7, 2022, and the current date
22 | for the associated expert discovery cut-off until November 14, 2022. The Parties anticipate that
23 | they will be able to propose a joint expert discovery schedule with respect to Messrs. Cowan and
24 | Singer and associated rebuttal expert disclosures and depositions, by October 20, 2022.

25 |     **IT IS SO STIPULATED**, through Counsel of Record.

26
27
28

Dated:  September 20, 2022

Respectfully submitted,

*/s/ David H. Kramer*

David H. Kramer, SBN 168452
Maura L. Rees, SBN 191698
Lauren Gallo White, SBN 309075
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: dkramer@wsgr.com
Email: mrees@wsgr.com
Email: lwhite@wsgr.com

Brian M. Willen
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, NY 10019-6022
Telephone: (212) 999-5800
Facsimile: (212) 999-5801
Email: bwillen@wsgr.com

Attorneys for Defendants and Counterclaimants
YOUTUBE, LLC and GOOGLE LLC

Dated:  September 20, 2022

Respectfully submitted,

*/s/ Philip Korologos*

George A. Zelcs
Randall P. Ewing, Jr.
Ryan Z. Cortazar
KOREIN TILLERY, LLC
205 North Michigan, Suite 1950
Chicago, IL 60601
Telephone: (312) 641-9750
Facsimile: (312) 641-9751
Email: gzelcs@koreintillery.com
Email: rewing@koreintillery.com
Email: rcortazar@koreintillery.com

Stephen M. Tillery
Steven M. Berezney, SBN 329923
Carol O'Keefe
KOREIN TILLERY, LLC
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525
Email: stillery@koreintillery.com
Email: sberezney@koreintillery.com

<pre>
                                    Email: cokeefe@koreintillery.com

                                    Joshua Irwin Schiller, SBN 330653
                                    BOIES SCHILLER FLEXNER LLP
                                    44 Montgomery St., 41st Floor
                                    San Francisco, CA 94104
                                    Phone: (415) 293-6800
                                    Fax: (415) 293-6899
                                    Email: jischiller@bsfllp.com

                                    Philip C. Korologos
                                    Joanna Wright
                                    Demetri Blaisdell
                                    BOIES SCHILLER FLEXNER LLP
                                    55 Hudson Yards, 20th Floor
                                    New York, NY 10001
                                    Phone: (212) 446-2300
                                    Fax: (212) 446-2350
                                    Email: pkorologos@bsfllp.com
                                    Email: jwright@bsfllp.com
                                    Email: dblaisdell@bsfllp.com

                                    Attorneys for MARIA SCHNEIDER,
                                    UNIGLOBE ENTERTAINMENT, LLC, and
                                    AST PUBLISHING LTD.
</pre>

**ATTORNEY ATTESTATION**

I, David H. Kramer, am the ECF User whose ID and password are being used to file this document. In compliance with N.D. Cal. Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the other Signatories.

<pre>
                            By:        /s/ David H. Kramer
                                          David H. Kramer
</pre>

**IT IS SO ORDERED.**

Dated:_____                 _____
                                      HONORABLE JAMES DONATO
                                      UNITED STATES DISTRICT JUDGE