George A. Zelcs (*pro hac vice*)
  gzelcs@koreintillery.com
Randall P. Ewing, Jr. (*pro hac vice*)
  rewing@koreintillery.com
Ryan Z. Cortazar (*pro hac vice*)
  rcortazar@koreintillery.com
KOREIN TILLERY, LLC
205 North Michigan, Suite 1950
Chicago, IL  60601
Telephone: (312) 641-9750
Facsimile: (312) 641-9751

Stephen M. Tillery (*pro hac vice*)
  stillery@koreintillery.com
Steven M. Berezney, CA Bar #329923
  sberezney@koreintillery.com
Carol O'Keefe (*pro hac vice*)
  cokeefe@koreintillery.com
KOREIN TILLERY, LLC
505 North 7th Street, Suite 3600
St. Louis, MO  63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

Joshua Irwin Schiller, CA Bar #330653
  jischiller@bsfllp.com
BOIES SCHILLER FLEXNER LLP
44 Montgomery St., 41st Floor
San Francisco, CA  94104
Telephone: (415) 293-6800
Facsimile: (415) 293-6899

Philip C. Korologos (*pro hac vice*)
  pkorologos@bsfllp.com
Joanna Wright (*pro hac vice*)
  jwright@bsfllp.com
Demetri Blaisdell (*pro hac vice*)
  dblaisdell@bsfllp.com
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards, 20th Floor
New York, NY 10001
Telephone: (212) 446-2300
Facsimile: (212) 446-2350

*Attorneys for Plaintiff Maria Schneider, Uniglobe Entertainment, LLC and AST Publishing Ltd.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA SCHNEIDER<br><br>        Plaintiff,<br><br>    vs.<br><br>YOUTUBE, LLC; and GOOGLE LLC;<br><br>        Defendants.<br><br>YOUTUBE, LLC and GOOGLE LLC;<br><br>Counter-Plaintiffs,<br><br>v.<br><br>PIRATE MONITOR LTD., GÁBOR CSUPÓ, and PIRATE MONITOR LLC,<br>Counter-Defendants. | CASE NO.  3:20-cv-4423-JD<br><br>**NOTICE OF APPEARANCE OF ROBERT J. DWYER FOR PLAINTIFF MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC AND AST PUBLISHING LTD.**<br><br>Judge: Hon James Donato |

NOTICE OF APPEARANCE                                      3:20-cv-4423-JD

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Robert J. Dwyer of Boies Schiller Flexner LLP, 55 Hudson Yards, New York, NY 10001, a member in good standing of the bar of this Court, hereby enters an appearance as counsel on behalf of Plaintiffs Maria Schneider, Uniglobe Entertainment, LLC and AST Publishing Ltd.

Dated: September 22, 2022

Respectfully submitted,

/s/ Robert J. Dwyer
Robert J. Dwyer
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards
New York, NY 10001
Telephone: (212) 446-2300
Facsimile: (212) 446-2350
E-mail: rdwyer@bsfllp.com

*Attorneys for Plaintiff Maria Schneider, Uniglobe Entertainment, LLC and AST Publishing Ltd.*