**CASE NO. 3:20-CV-04423-JD**
**DECLARATION OF DAN COLEMAN (NON-PARTY)**
**in response to plaintiff's opposition to defendant's motion for summary judgment**

ENCLOSURES:

1) ORIGINAL
2) CHAMBERS COPY
3) EXTRA COPY
4) SASE

RECEIVED

SEP 30 2022

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

DAN COLEMAN, PRESIDENT
MODERN WORKS MUSIC PUBLISHING
PO BOX 609
TUCSON AZ 85702-0609
212.459.2996
DAN.COLEMAN@MODERNWORKSPUB.COM

**FILED**

SEP 3 0 2022

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

I, Dan Coleman, declare as follows:

1.      I am the Co-Founder and President of A Side Music LLC dba Modern Works Music Publishing ("Modern"). I am over the age of 18 and competent to make this declaration. I make each of the following statements based on my personal knowledge, and I could, if necessary, testify to the truth of each of them.

2.      Pursuant to Local Rule 79-5(f)(3), I submit this Declaration. Portions of documents attached to the Plaintiff's Maria Schneider's Opposition to Defendant's Motion for Summary Judgment are "privileged, protectable as a trade secret or otherwise entitled to protection under the law." Civil L.R. 79-5(b). Under Local Rule 79-5(c)(1), sealing requires an explanation of "(i) the legitimate private or public interests that warrant sealing; (ii) the injury that will result if sealing is denied; and (iii) why a less restrictive alternative to sealing is not sufficient."

3.      Modern respectfully submits that "compelling reasons" (*Kamakana*, 447 F.3d at 1178) exist to file under seal portions of documents attached to Plaintiff's Maria Schneider's Opposition to Defendant's Motion for Summary Judgment. The Supreme Court has recognized that "sources of business information that might harm a litigant's competitive standing" may constitute a compelling reason to seal documents. *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 598 (1978). Because portions of the documents attached to the Plaintiff's Maria Schneider's Opposition to Defendant's Motion for Summary Judgment documents contain highly sensitive information about the terms of Modern's contracts with its clients, services provided by Modern to its clients, and the royalties collected by Modern for its clients there are compelling reasons to redact those portions. Information about Modern's contracts, its administration of its clients' works, and the royalties it collects on behalf of its clients is highly sensitive and handled with

DECLARATION OF DAN COLEMAN IN RESPONSE
TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S            -1-
MOTION FOR SUMMARY JUDGMENT.

CASE NO. 3:20-CV-04423-JD

care to prevent unauthorized disclosures. Documents containing such information are accessible

only to employees on a need-to-know basis.

4.      Under Local Rule 79-5(c)(1), there is both a private and public interest in

preserving the confidentiality of this commercial information, particularly given that it is of little

to no relevance to the issues in dispute in Defendants' motion.  If redactions are denied, Modern

will be injured because public disclosure would cause competitive harm to Modern and provide

an improper advantage to Modern's competitors.  Modern is not seeking to seal any documents

in their entirety and instead only seeks redaction of especially sensitive portions of the

documents not relevant to the issues in dispute; thus, there is no less restrictive alternative to

these tailored redactions.

5.      The following Exhibits to Plaintiff's Maria Schneider's Opposition to

Defendant's Motion for Summary Judgment are highly sensitive and should be redacted for the

following reasons. Portions of Exhibits 15, 16, 18, 19, 20, 23, 24, 28, 29, 30, 31, 32, and 34

contain the names, postal or email addresses of Modern employees, Schneider's agents and

associates, and agents of prospective licensees.  This information is irrelevant to the issues in

dispute.  Public disclosure of the names and email addresses of these third parties would intrude

on the privacy of these third parties and potentially subject them to harassment or unwanted

public attention.  Such information could be used to "gratify private spite, promote public

scandal, [or] circulate libelous statements." *Kamakana*, 447 F.3d at 1178-79 (citing *Nixon*, 435

U.S. at 598). Portions of Exhibits 18, 19, 20, 21, 22, 28, 29, 30, 31, 32 contain financial

information pertaining to royalties owed to Plaintiff Maria Schneider by third-party entities and

the share of those royalties retained by Modern.  This information is confidential and non-public.

Public disclosure of this information about Modern's financials would cause competitive harm to

Modern and provide an improper advantage to Modern's competitors.  Such information is

"business information that might harm" the "competitive standing" of Modern, a third-party to

this lawsuit.  *Nixon*, 435 U.S. at 598.


I declare under penalty of perjury under the laws of the United States that the foregoing is

true and correct and that this declaration is executed the 22 day of September, 2022 in Tucson,

Arizona.

_____

Dan Coleman

DECLARATION OF DAN COLEMAN IN RESPONSE
TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S        -3-
MOTION FOR SUMMARY JUDGMENT.

CASE NO. 3:20-CV-04423-JD

CERTIFIED MAIL

7021 1970 0000 9118 3308



**CPU**

U.S. POSTAGE
$12.95
PRFL         0004
Orig: 85711
Dest: 94102    6W
09/27/22
R2303S101430
2000052405    02

PRIORITY MAIL

**PRESS FIRMLY TO SEAL**

**UNITED STATES POSTAL SERVICE** ®

**PRIORITY MAIL** ®

**FROM:**

Coleman
85702-0609

- Expected delivery date specified for domestic use.
- Most domestic shipments include up to $50 of insurance (restrictions apply).*
- USPS Tracking® included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at *http://pe.usps.com.*
** See International Mail Manual at *http://pe.usps.com* for availability and limitations of coverage.



RECEIVED
SEP 8 0 2022
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**FLAT RATE ENVELOPE**

ONE RATE ■ ANY WEIGHT

**TRACKED** ■ **INSURED**

**TO:**

CLERK'S OFFICE
US DISTRICT COURT
450 GOLDEN GATE AVE FL 16
SAN FRANCISCO CA
94102



PS00001000014

EP14F May 2020
OD: 12 1/2 x 9 1/2

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

® Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. ... law. This package is not for resale. EP14F © U.S. Postal Service; May 2020; All rights reserved.

 **UNITED STATES POSTAL SERVICE** ® | **PRIORITY MAIL**

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

TRACKED ■ INSURED



EP14F May 2020
OD: 12 1/2 x 9 1/2

**VISIT US AT USPS.COM** ®
ORDER FREE SUPPLIES ONLINE