# EXHIBIT A

# EXHIBIT A

| Exhibit | Document Type | Modern Works' Bases for Sealing (Summarized or Quoted) | Plaintiffs' Position |
|---|---|---|---|
| 15 | Email | Email addresses and physical address not relevant. | No objection, may remain redacted. |
| | | The names of Modern Works employees and others "intrude on the privacy of these third parties and potentially subject them to harassment or unwanted public attention." | There is no plausible reason why public release of the names would result in spite, scandal, or libel, and therefore the names should remain unredacted. |
| 16 | Email | Email addresses and physical address not relevant. | No objection, may remain redacted. |
| | | The names of Modern Works employees and others "intrude on the privacy of these third parties and potentially subject them to harassment or unwanted public attention." | There is no plausible reason why public release of the names would result in spite, scandal, or libel, and therefore the names should remain unredacted. |
| 18 | Royalty Summary | Email addresses and physical address not relevant. | No objection, may remain redacted. |
| | | The names of Modern Works employees and others "intrude on the privacy of these third parties and potentially subject them to harassment or unwanted public attention." | There is no plausible reason why public release of the names would result in spite, scandal, or libel, and therefore the names should remain unredacted. |
| | | Ex. 18 "contain[s] financial information pertaining to royalties owed to Plaintiff Maria Schneider by third-party entities and the share of those royalties retained by Modern." | The only portions that may be sealed are the actual pricing terms themselves. The balances listed on SCHNEIDER_0000025804-805 should remain unredacted; these are amounts owed to or paid to Maria Schneider and are therefore her information. On pages -806 to -811, the columns "Amount Payable" and "Amount" should remain unredacted for the same reason: these are amounts owed to or paid to Maria Schneider and are therefore her information. The column "Share" should also remain unredacted: this is Maria |

| Exhibit | Document Type | Modern Works' Bases for Sealing (Summarized or Quoted) | Plaintiffs' Position |
|---|---|---|---|
| | | | Schneider's ownership share in a work, which is not confidential information. The column "Contractual Rate" may remain redacted as it appears to contain actual price terms and/or royalty rates. |
| 19 | Royalty Summary | Email addresses and physical address not relevant. | No objection, may remain redacted. |
| | | The names of Modern Works employees and others "intrude on the privacy of these third parties and potentially subject them to harassment or unwanted public attention." | There is no plausible reason why public release of the names would result in spite, scandal, or libel, and therefore the names should remain unredacted. |
| | | Ex. 19 "contain[s] financial information pertaining to royalties owed to Plaintiff Maria Schneider by third-party entities and the share of those royalties retained by Modern." | The only portions that may be sealed are the actual pricing terms themselves. The balances listed on SCHNEIDER_0000043634-635 should remain unredacted; these are amounts owed to or paid to Maria Schneider and are therefore her information. On pages -636 to -671, the columns "Amount Payable" and "Amount" should remain unredacted for the same reason: these are amounts owed to or paid to Maria Schneider and are therefore her information. The column "Share" should also remain unredacted: this is Maria Schneider's ownership share in a work, which is not confidential information. The column "Contractual Rate" may remain redacted as it appears to contain actual price terms and/or royalty rates. |
| 20 | Royalty Summary | Email addresses and physical address not relevant. | No objection, may remain redacted. |
| | | The names of Modern Works employees and others "intrude on the privacy of these third parties and potentially subject them to harassment or unwanted public attention." | There is no plausible reason why public release of the names would result in spite, scandal, or libel, and therefore the names should remain unredacted. |

| Exhibit | Document Type | Modern Works' Bases for Sealing (Summarized or Quoted) | Plaintiffs' Position |
|---|---|---|---|
| | | Ex. 20 "contain[s] financial information pertaining to royalties owed to Plaintiff Maria Schneider by third-party entities and the share of those royalties retained by Modern." | The only portions that may be sealed are the actual pricing terms themselves. The balances listed on SCHNEIDER_0000043599-600 should remain unredacted; these are amounts owed to or paid to Maria Schneider and are therefore her information. On pages -601 to -632, the columns "Amount Payable" and "Amount" should remain unredacted for the same reason: these are amounts owed to or paid to Maria Schneider and are therefore her information. The column "Share" should also remain unredacted: this is Maria Schneider's ownership share in a work, which is not confidential information. The column "Contractual Rate" may remain redacted as it appears to contain actual price terms and/or royalty rates. |
| 21 | Royalty Summary | Email addresses and physical address not relevant. | No objection, may remain redacted. |
| | | The names of Modern Works employees and others "intrude on the privacy of these third parties and potentially subject them to harassment or unwanted public attention." | There is no plausible reason why public release of the names would result in spite, scandal, or libel, and therefore the names should remain unredacted. |
| | | Ex. 21 "contain[s] financial information pertaining to royalties owed to Plaintiff Maria Schneider by third-party entities and the share of those royalties retained by Modern." | The only portions that may be sealed are the actual pricing terms themselves. The balances listed on SCHNEIDER_0000043561-562 should remain unredacted; these are amounts owed to or paid to Maria Schneider and are therefore her information. On pages -563 to -597, the columns "Amount Payable" and "Amount" should remain unredacted for the same reason: these are amounts owed to or paid to Maria Schneider and are therefore her information. The column "Share" should also |

| Exhibit | Document Type | Modern Works' Bases for Sealing (Summarized or Quoted) | Plaintiffs' Position |
|---|---|---|---|
| | | | remain unredacted: this is Maria Schneider's ownership share in a work, which is not confidential information. The column "Contractual Rate" may remain redacted as it appears to contain actual price terms and/or royalty rates. |
| 22 | Royalty Summary | Email addresses and physical address not relevant. | No objection, may remain redacted. |
| | | The names of Modern Works employees and others "intrude on the privacy of these third parties and potentially subject them to harassment or unwanted public attention." | There is no plausible reason why public release of the names would result in spite, scandal, or libel, and therefore the names should remain unredacted. |
| | | Ex. 22 "contain[s] financial information pertaining to royalties owed to Plaintiff Maria Schneider by third-party entities and the share of those royalties retained by Modern." | The only portions that may be sealed are the actual pricing terms themselves. The balances listed on MODWORKS00001429-431 should remain unredacted; these are amounts owed to or paid to Maria Schneider and are therefore her information. On pages -432 to -470, the columns "Amount Payable" and "Amount" should remain unredacted for the same reason: these are amounts owed to or paid to Maria Schneider and are therefore her information. The column "Share" should also remain unredacted: this is Maria Schneider's ownership share in a work, which is not confidential information. The column "Contractual Rate" may remain redacted as it appears to contain actual price terms and/or royalty rates. |
| 23 | Email | Email addresses and physical address not relevant. | No objection, may remain redacted. |
| | | The names of Modern Works employees and others "intrude on the privacy of these third parties and potentially subject | There is no plausible reason why public release of the names would result in spite, scandal, or libel, and therefore the names should remain unredacted. |

| Exhibit | Document Type | Modern Works' Bases for Sealing (Summarized or Quoted) | Plaintiffs' Position |
|---|---|---|---|
| | | them to harassment or unwanted public attention." | |
| 24 | Email | Email addresses and physical address not relevant. | No objection, may remain redacted. |
| | | The names of Modern Works employees and others "intrude on the privacy of these third parties and potentially subject them to harassment or unwanted public attention." | There is no plausible reason why public release of the names would result in spite, scandal, or libel, and therefore the names should remain unredacted. |
| 28 | Royalty Summary | Email addresses and physical address not relevant. | No objection, may remain redacted. |
| | | The names of Modern Works employees and others "intrude on the privacy of these third parties and potentially subject them to harassment or unwanted public attention." | There is no plausible reason why public release of the names would result in spite, scandal, or libel, and therefore the names should remain unredacted. |
| | | Ex. 28 "contain[s] financial information pertaining to royalties owed to Plaintiff Maria Schneider by third-party entities and the share of those royalties retained by Modern." | The only portions that may be sealed are the actual pricing terms themselves. The balances listed on SCHNEIDER_0000003257-259 should remain unredacted; these are amounts owed to or paid to Maria Schneider and are therefore her information. On pages -260 to -314, the columns "Amount Payable" and "Amount" should remain unredacted for the same reason: these are amounts owed to or paid to Maria Schneider and are therefore her information. The column "Share" should also remain unredacted: this is Maria Schneider's ownership share in a work, which is not confidential information. The column "Contractual Rate" may remain redacted as it appears to contain actual price terms and/or royalty rates. |
| 29 | Royalty Summary | Email addresses and physical address not relevant. | No objection, may remain redacted. |
| | | The names of Modern Works employees and others "intrude | There is no plausible reason why public release of the names would |

| Exhibit | Document Type | Modern Works' Bases for Sealing (Summarized or Quoted) | Plaintiffs' Position |
|---|---|---|---|
| | | on the privacy of these third parties and potentially subject them to harassment or unwanted public attention." | result in spite, scandal, or libel, and therefore the names should remain unredacted. |
| | | Ex. 29 "contain[s] financial information pertaining to royalties owed to Plaintiff Maria Schneider by third-party entities and the share of those royalties retained by Modern." | The only portions that may be sealed are the actual pricing terms themselves. The balances listed on SCHNEIDER_0000048323-325 should remain unredacted; these are amounts owed to or paid to Maria Schneider and are therefore her information. On pages -326 to -394, the columns "Amount Payable" and "Amount" should remain unredacted for the same reason: these are amounts owed to or paid to Maria Schneider and are therefore her information. The column "Share" should also remain unredacted: this is Maria Schneider's ownership share in a work, which is not confidential information. The column "Contractual Rate" may remain redacted as it appears to contain actual price terms and/or royalty rates. |
| 30 | Royalty Summary | Email addresses and physical address not relevant. | No objection, may remain redacted. |
| | | The names of Modern Works employees and others "intrude on the privacy of these third parties and potentially subject them to harassment or unwanted public attention." | There is no plausible reason why public release of the names would result in spite, scandal, or libel, and therefore the names should remain unredacted. |
| | | Ex. 30 "contain[s] financial information pertaining to royalties owed to Plaintiff Maria Schneider by third-party entities and the share of those royalties retained by Modern." | The only portions that may be sealed are the actual pricing terms themselves. The balances listed on SCHNEIDER_0000043248-250 should remain unredacted; these are amounts owed to or paid to Maria Schneider and are therefore her information. On pages -251 to -301, the columns "Amount Payable" and "Amount" should remain unredacted |

| Exhibit | Document Type | Modern Works' Bases for Sealing (Summarized or Quoted) | Plaintiffs' Position |
|---|---|---|---|
| | | | for the same reason: these are amounts owed to or paid to Maria Schneider and are therefore her information. The column "Share" should also remain unredacted: this is Maria Schneider's ownership share in a work, which is not confidential information. The column "Contractual Rate" may remain redacted as it appears to contain actual price terms and/or royalty rates. |
| 31 | Royalty Summary | Email addresses and physical address not relevant. | No objection, may remain redacted. |
| | | The names of Modern Works employees and others "intrude on the privacy of these third parties and potentially subject them to harassment or unwanted public attention." | There is no plausible reason why public release of the names would result in spite, scandal, or libel, and therefore the names should remain unredacted. |
| | | Ex. 31 "contain[s] financial information pertaining to royalties owed to Plaintiff Maria Schneider by third-party entities and the share of those royalties retained by Modern." | The only portions that may be sealed are the actual pricing terms themselves. The balances listed on MODWORKS00001022-024 should remain unredacted; these are amounts owed to or paid to Maria Schneider and are therefore her information. On pages -025 to -076, the columns "Amount Payable" and "Amount" should remain unredacted for the same reason: these are amounts owed to or paid to Maria Schneider and are therefore her information. The column "Share" should also remain unredacted: this is Maria Schneider's ownership share in a work, which is not confidential information. The column "Contractual Rate" may remain redacted as it appears to contain actual price terms and/or royalty rates. |
| 32 | Royalty Summary | Email addresses and physical address not relevant. | No objection, may remain redacted. |

| Exhibit | Document Type | Modern Works' Bases for Sealing (Summarized or Quoted) | Plaintiffs' Position |
|---|---|---|---|
| | | The names of Modern Works employees and others "intrude on the privacy of these third parties and potentially subject them to harassment or unwanted public attention." | There is no plausible reason why public release of the names would result in spite, scandal, or libel, and therefore the names should remain unredacted. |
| | | Ex. 32 "contain[s] financial information pertaining to royalties owed to Plaintiff Maria Schneider by third-party entities and the share of those royalties retained by Modern." | The only portions that may be sealed are the actual pricing terms themselves. The balances listed on MODWORKS00000900-902 should remain unredacted; these are amounts owed to or paid to Maria Schneider and are therefore her information. On pages -903 to -956, the columns "Amount Payable" and "Amount" should remain unredacted for the same reason: these are amounts owed to or paid to Maria Schneider and are therefore her information. The column "Share" should also remain unredacted: this is Maria Schneider's ownership share in a work, which is not confidential information. The column "Contractual Rate" may remain redacted as it appears to contain actual price terms and/or royalty rates. |
| 34 | Royalty Summary | Email addresses and physical address not relevant. | No objection, may remain redacted. |
| | | The names of Modern Works employees and others "intrude on the privacy of these third parties and potentially subject them to harassment or unwanted public attention." | There is no plausible reason why public release of the names would result in spite, scandal, or libel, and therefore the names should remain unredacted. |
| | | Ex. 34 "contain[s] financial information pertaining to royalties owed to Plaintiff Maria Schneider by third-party entities and the share of those royalties retained by Modern." | The only portions that may be sealed are the actual pricing terms themselves. The balances listed on MODWORKS00000959-962 should remain unredacted; these are amounts owed to or paid to Maria Schneider and are therefore her information. On pages -963 to -1021, the columns |

| Exhibit | Document Type | Modern Works' Bases for Sealing (Summarized or Quoted) | Plaintiffs' Position |
|---|---|---|---|
| | | | "Amount Payable" and "Amount" should remain unredacted for the same reason: these are amounts owed to or paid to Maria Schneider and are therefore her information. The column "Share" should also remain unredacted: this is Maria Schneider's ownership share in a work, which is not confidential information. The column "Contractual Rate" may remain redacted as it appears to contain actual price terms and/or royalty rates. |