# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### Civil Minutes

Date:  October 13, 2022                                                                Judge:  Hon. James Donato

Time:  56 Minutes

Case No.       **3:20-cv-04423-JD**
Case Name      **Schneider et al v. YouTube, LLC et al**

Attorney(s) for Plaintiff(s):       Philip Korologos/Josh Schiller/George Zelcs
Attorney(s) for Defendant(s):       Dave Kramer/Lauren White

Court Reporter:  Ana Dub

Deputy Clerk:  Lisa Clark

<u>PROCEEDINGS</u>

Motion for Summary Judgment Hearing -- Held.

<u>NOTES AND ORDERS</u>

The Court takes argument on the motion for summary judgment.  Dkt. No. 164.

For Dkt. No. 179, the parties may file by October 20, 2022, a joint proposal for an amended expert discovery schedule with respect to Charles Cowan and Hal Singer.  Any amended reports should be exchanged by November 17, 2022.

YouTube may file by December 19, 2022, a proffer not to exceed 3 pages of a proposed successive motion for summary judgment.  YouTube may not file another summary judgment motion without the Court's prior approval.

The parties and non-party Modern Works Publishing are directed to file a single, joint motion to seal by October 27, 2022.  Unreasonable sealing requests may be sanctioned.  The motions to seal, Dkt. Nos. 163, 170, are terminated without prejudice.