| | |
|---|---|
| George A. Zelcs (pro hac vice) <br> Randall P. Ewing, Jr. (pro hac vice) <br> Ryan Z. Cortazar (pro hac vice) <br> KOREIN TILLERY, LLC <br> 205 North Michigan, Suite 1950 <br> Chicago, IL 60601 <br> Telephone: (312) 641-9750 <br><br> Stephen M. Tillery (pro hac vice) <br> Steven M. Berezney, CA Bar #329923 <br> Carol O'Keefe (pro hac vice) <br> KOREIN TILLERY, LLC <br> 505 North 7th Street, Suite 3600 <br> St. Louis, MO 63101 <br> Telephone: (314) 241-4844 | Joshua Irwin Schiller, CA Bar #330653 <br> BOIES SCHILLER FLEXNER LLP <br> 44 Montgomery St., 41st Floor <br> San Francisco, CA 94104 <br> Phone: (415) 293-6800 <br><br> Philip Korologos (pro hac vice) <br> Joanna Wright (pro hac vice) <br> Demetri Blaisdell (pro hac vice) <br> BOIES SCHILLER FLEXNER LLP <br> 55 Hudson Yards, 20th Floor <br> New York, NY 10001 <br> Phone: (212) 446-2300 <br><br> *Attorneys for Plaintiffs* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING, LTD., individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> YOUTUBE, LLC and GOOGLE LLC, <br><br> Defendants. <br><br>―――――――――――――――――― <br><br> YOUTUBE, LLC and GOOGLE LLC, <br><br> Counterclaimants, <br><br> vs. <br><br> PIRATE MONITOR LTD, <br><br> Counterclaim Defendant. | Case Number: 3:20-cv-04423-JD <br><br> **PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** <br><br> Judge: Hon. James Donato |

Plaintiffs' Administrative Motion to Seal Another Party's Material     3:20-cv-4423-JD

1   Pursuant to Civil Local Rules 7-11 and 79-5(f), and this Court's Standing Order for Civil
2   Cases before Honorable Judge James Donato ¶¶ 25-31, Plaintiffs respectfully submit this
3   administrative motion to consider whether certain of Defendants' materials included with or
4   referenced in Plaintiffs' Motion for Class Certification should be filed under seal. Plaintiffs do
5   not seek to file any of their own materials under seal.

6   Pursuant to the Stipulated Protective Order entered in this case (ECF No. 45), Defendants
7   designated as "Confidential" and/or "Highly Confidential - Attorney's Eyes Only" the documents
8   submitted as Exhibits 3 through 5, 7, 9, 10, 11, 17 through 27, 29, 30, 32, 34-40, 46, 48, 50, 53,
9   and 54 to the Declaration of Demetri Blaisdell in Support of Plaintiffs' Motion for Class
10  Certification ("Blaisdell Declaration"). Further, Defendants designated as "Confidential" and/or
11  "Highly Confidential - Attorney's Eyes Only" documents cited in Plaintiffs' expert reports,
12  submitted as Exhibits 12 through 15 to the Blaisdell Declaration. Plaintiffs have submitted these
13  documents provisionally under seal in accordance with the provisions of the Stipulated Protective
14  Order and Civil Local Rule 79-5(f). Plaintiffs have redacted portions of their Motion for Class
15  Certification that quote from or describe in detail those documents pursuant to Civil Local Rules
16  79-5(e) and (f). Plaintiffs will file redacted versions of the transcripts of the depositions of Kevin
17  Zhu in his individual capacity (30(b)(1) and as a corporate representative (30(b)(6), Amy Wu, and
18  David Rosenstein as Exhibits 1, 2, 6, and 8 to the Blaisdell Declaration.

19  For the foregoing reasons, Plaintiffs respectfully request that the Court grant their
20  Administrative Motion to Consider Whether Another Party's Material Should Be Sealed.

22  Dated: October 17, 2022                Respectfully submitted,

23                                         /s/ *Philip C. Korologos*
                                           George A. Zelcs (pro hac vice)
24                                         Randall P. Ewing, Jr. (pro hac vice)
                                           Ryan Z. Cortazar (pro hac vice)
25                                         KOREIN TILLERY, LLC
                                           205 North Michigan, Suite 1950
26                                         Chicago, IL 60601
                                           Telephone: (312) 641-9750
27

28  Plaintiffs' Administrative Motion to Seal Another Party's Material          3:20-cv-4423-JD
                                              -2-

|   |   |
|---|---|
| 1 | Facsimile: (312) 641-9751 |
| 2 | Stephen M. Tillery (pro hac vice)<br>Steven M. Berezney, CA Bar #329923 |
| 3 | Carol O'Keefe (pro hac vice)<br>KOREIN TILLERY, LLC |
| 4 | 505 North 7th Street, Suite 3600<br>St. Louis, MO 63101 |
| 5 | Telephone: (314) 241-4844<br>Facsimile: (314) 241-3525 |

Joshua Irwin Schiller, CA Bar #330653
BOIES SCHILLER FLEXNER LLP
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Phone: (415) 293-6800
Fax: (415) 293-6899

Philip C. Korologos (pro hac vice)
Joanna Wright (pro hac vice)
Demetri Blaisdell (pro hac vice)
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards, 20th Floor
New York, NY 10001
Phone: (212) 446-2300
Fax: (212) 446-2350

*Attorneys for Plaintiffs*