| | |
|---|---|
| George A. Zelcs (pro hac vice)<br>Randall P. Ewing, Jr. (pro hac vice)<br>Ryan Z. Cortazar (pro hac vice)<br>KOREIN TILLERY, LLC<br>205 North Michigan, Suite 1950<br>Chicago, IL 60601<br>Telephone: (312) 641-9750<br><br>Stephen M. Tillery (pro hac vice)<br>Steven M. Berezney, CA Bar #329923<br>Carol O'Keefe (pro hac vice)<br>KOREIN TILLERY, LLC<br>505 North 7th Street, Suite 3600<br>St. Louis, MO 63101<br>Telephone: (314) 241-4844 | Joshua Irwin Schiller, CA Bar #330653<br>BOIES SCHILLER FLEXNER LLP<br>44 Montgomery St., 41st Floor<br>San Francisco, CA 94104<br>Phone: (415) 293-6800<br><br>Philip Korologos (pro hac vice)<br>Joanna Wright (pro hac vice)<br>Demetri Blaisdell (pro hac vice)<br>BOIES SCHILLER FLEXNER LLP<br>55 Hudson Yards, 20th Floor<br>New York, NY 10001<br>Phone: (212) 446-2300<br><br>*Attorneys for Plaintiffs* |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING, LTD., individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>    vs.<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>        Defendants.<br>_____<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>        Counterclaimants,<br><br>    vs.<br><br>PIRATE MONITOR LTD,<br><br>        Counterclaim Defendant. | Case Number: 3:20-cv-04423-JD<br><br>**DECLARATION OF PHILIP KOROLOGOS IN SUPPORT OF PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION** |

I, Philip Korologos, declare as follows:

1. I am a partner at Boies Schiller Flexner LLP, co-counsel to Plaintiffs and putative class representatives Maria Schneider, Uniglobe Entertainment, LLC, and AST Publishing, Ltd. I am an attorney at law duly licensed to practice before the courts of the state of New York and numerous federal courts and admitted *pro hac vice* for this case. ECF 39. I make this declaration in support of Plaintiffs' Notice of Motion and Motion for Class Certification filed on October 17, 2022. I have knowledge of the facts stated herein from my personal knowledge and, if called as a witness, I could and would competently testify thereto.

2. The two law firms representing Plaintiffs, Boies Schiller Flexner LLP and Korein Tillery LLC (collectively, "Counsel") have collectively invested significant resources into investigating and litigating this case. Counsel now together move to be appointed co-lead class counsel. See also Declaration of Randall P. Ewing.

3. Counsel have invested substantial resources and time in the investigation of the factual and legal bases for claims against Defendants. Among other things, they have:

- Investigated the technological means by which Defendants algorithmically select videos via Autoplay, locate infringement using Content ID, and implement their repeat infringer policy, among other issues.
- Conducted substantial discovery, including taking and defending fact and expert depositions and filing and arguing several discovery dispute letters with the Court.
- Prevailed on a contested motion for leave to amend the complaint and a motion to dismiss.
- Briefed and argued a motion for summary judgment against one of the putative class representatives.
- Consulted with technology and economic experts to assist in developing the case.
- Researched and analyzed potential legal claims against Defendants.
- Evaluated potential class representatives.

A.   **Relevant Firm Expertise**

4.   Boies Schiller Flexner's experience in handling complex class actions is extensive. For years, the firm has successfully litigated cutting edge, high-stakes class actions on both the plaintiff-side and defense-side, giving the firm the experience and knowledge necessary to provide the proposed classes the best representation possible. BSF has used its experience on both sides of significant class action cases to predict opposing counsel's litigation strategy, uncover hidden leverage points, anticipate key issues, and accurately assess risk and manage costs. In the last decade, BSF has collected billions of dollars in settlements for plaintiffs. But unlike many firms, BSF also has extensive experience in trying complex cases, including class actions, to verdict. Notable settlements and victories in complex cases include:

- *In re: Blue Cross Blue Shield Antitrust Litigation*: BSF serves as co-lead counsel in a class action on behalf of insureds against Blue Cross Blue Shield involving violations of the Sherman Act. The case was one of the most hotly contested cases in the last decade, involving over 30 separate defendants, more than 50 separate law firms, and over 1,000 lawyers. In 2020, Blue Cross Blue Shield agreed to settle the case for $2.7 billion, as well as injunctive relief that will impact the health insurance market across the country. The settlement recently received final approval by the Northern District of Alabama.

- *In re: Takata Airbag Products Liability Litigation*: BSF serves as co-lead counsel in this MDL class action involving a uniform defect in airbag inflators found in cars made by the world's largest automakers. The Takata Airbag MDL has resulted in over $1.5 billion in settlements to date, including specific protections to consumers who have had their automobiles recalled as a result of the uniform defect. BSF continues to litigate claims against non-settling parties General Motors, Fiat Chrysler, and Mercedes Benz.

- *National Prescription Opiate MDL*: BSF serves as lead counsel on behalf of the Cherokee Nation in what was the MDL's tribal bellwether case. BSF recently

-3-
Korologos Decl. in Support to Plaintiffs' Motion for Class Certification         3:20-cv-4423-JD

secured a $75 million settlement against the opioid distributors and is preparing for trial against the remaining defendant pharmacies (Walmart, Walgreens, and CVS).

- *In Re Auction House Antitrust Litigation*: BSF served as lead counsel and recovered $512 million for the class after prior interim lead counsel had valued the case at less than $100 million. One of the interim lead counsel whom BSF replaced in the case described the result BSF achieved as "the most outstanding result I have ever heard of in the history of the antitrust laws."

- *Hoffman v. American Express*: BSF represented American Express at trial and on appeal in a certified nationwide class action where the plaintiffs sought to recover more than $500 million. American Express brought in BSF after the class was certified, and BSF secured and defended on appeal a judgment in favor of American Express on all claims.

- *Mikaelyan v. Howard*: BSF obtained dismissal of class action lawsuit asserting violation of FACTA based on alleged printing of information on receipts, based on inadequacies tied to standing and failure to adequately allege any willful violation.

- *Satchell v. Golden State Warriors*: BSF obtained dismissal with prejudice on motions to dismiss brought by an alleged class of millions of users seeking billions of dollars in statutory damages in a data misuse class action involving sound-based beacon technology for one of basketball's favorite teams.

- *Benton v. Clarity*: BSF obtained dismissal in a data misuse class action involving short-term loans data, after successful motion practice, where plaintiffs sought billions of dollars in damages for millions of users on the basis of the Fair Credit and Reporting Act.

- *Pavone v. LexisNexis*: BSF defeated class certification in a precedential data misuse class action involving driver and vehicle data, which could have negatively affected the ability to use millions of public records nationwide.

5. Through its creative, aggressive, and efficient approach to litigation, combined with its proven track record of success, BSF has earned a world-class reputation in the class action

arena. The firm "is known as the go-to law firm for high stakes, high profile litigation" (*The Washington Post*), and has been described as a firm of "casual brilliance" (*The National Journal*), a "Galaxy of Bright Lights" (*The American Lawyer*), and "the most powerful litigation turbine America" (*Law Dragon*). Some of the most sophisticated companies, which have their choice of virtually any law firm in the country, regularly choose BSF's litigation expertise for their most important matters. These clients include and have included, for example, Carnival Corporation, NASCAR, Oracle Corporation, Federal Express, Altria Group, NextEra Energy, the New York Yankees, and Sony Corporation of America.

6. BSF has the depth and breadth of experience, personnel, and financial resources to litigate this case effectively, and it has a track record of committing those resources to class actions it has litigated and achieving exceptional results for its clients.

**B. Team Members**

7. The principal BSF lawyers working on this matter include partners Philip Korologos, Joshua Schiller, and Joanna Wright, and associate Demetri Blaisdell.

8. **Philip Korologos:** Phil has extensive experience in all aspects of complex litigation. He specializes in financial, commercial, private equity, partnership, antitrust, contract, fraud employment, and appellate cases, working strategically to position his clients to win. He has led multiple trials, arbitrations, and appeals before U.S. District Courts, U.S. Courts of Appeal, U.S. Bankruptcy Courts, state trial courts, state appellate courts, and international and domestic tribunals. Mr. Korologos led BSF's work in defending American Express, including during a two-month trial in 2015 against claims brought by the United States and several State attorneys general, alleging violation of the antitrust laws in the two-sided market for payment card services; his work on behalf of American Express also included leading efforts to prepare that case and parallel class and opt-out litigation for trial representing American Express, as well as settlement negotiations with the class and opt-outs, prior to the DOJ trial. Mr. Korologos also worked together with Mr. Boies on behalf of the class in the *Auction Houses* litigation and led the negotiations with Christies, one of the two auction houses alleged to have conspired to fix prices, which led to the landmark settlement of nearly 1.8 times the out-of-pocket damages suffered by the class. Mr. Korologos has

-5-
Korologos Decl. in Support to Plaintiffs' Motion for Class Certification        3:20-cv-4423-JD

tried numerous plaintiffs and defense cases in federal and state courts and in domestic and international arbitrations. He is one of the lead lawyers working together with Korein Tillery in representing the putative class of publishers in an antitrust suit against Alphabet and Google now pending in the Southern District of New York, *In re Google Digital Publisher Antitrust Litigation*, No. 1:21-cv-07034 PKC (S.D.N.Y.), which is part of *In re Google Digital Advertising Antitrust Litigation*, No. 1:21-md-03010-PKC (S.D.N.Y.). Phil has represented numerous other high-profile clients including those involved in investment banking, private equity management, airline transportation, credit card network services, hedge fund management, electric generation and distribution, technology, agricultural and genetic engineering, real estate development and investing, resort and gaming management and ownership, and cable television services as well as ultra-high and high net worth individuals.  These representations have spanned a wide array of matters including complex antitrust matters, high profile securities fraud matters, partnership disputes, breach of contract claims, a variety of aspects of energy litigation including environmental litigation, fraudulent conveyance and other bankruptcy adversary proceedings, shareholder derivative suits, securities and common law fraud claims, RICO suits, employment actions, and release disputes.  Mr. Korologos was also lead counsel in a trademark dispute that settled on the eve of trial and an appeal of patent litigation where BSF entered the case subsequent to trial.  Mr. Korologos has long been involved in leadership positions within BSF and is a member of the firm's Executive Committee and has acted as the Chair of Board of Trustees of the American College of Greece from which he received an Honorary Doctorate of Laws in 2017. Before joining Boies Schiller Flexner in 1998, Phil was a litigation associate at Cravath, Swaine & Moore.  He graduated from the University of Virginia Law School.

9. **Joshua Schiller:** Josh is an experienced trial lawyer and recognized as an accomplished litigator in intellectual property law and the application of fair use law in the field of copyright. His practice areas also include intellectual property litigation, crisis management and government response, art and music law, entertainment, the first amendment, securities, civil rights, antitrust, and bankruptcy and restructuring. He has litigated in a variety of complex matters on behalf of clients throughout the United States and various other parts of the globe.  Since joining

Boies Schiller Flexner at the tipping point of the financial crisis in 2008, Josh's litigation experiences have ranged from defending the fantasy sports company DraftKings in bet-the-company litigation to suing the Boy Scouts of America over discrimination against gay and lesbian adult employees and volunteers. As an associate at BSF, Josh joined Chairman David Boies in the fight for equality for the LGBT community, beginning with the successful trial and appellate litigation overturning Proposition 8 and restoring the constitutional right of all Californian citizens to marry the person they love. In 2015, Josh represented two individuals who faced discrimination by the Boy Scouts of America, which at the time maintained a policy discriminating against the employment of any openly gay adult. As a direct result of pressures caused by employment discrimination claims brought by Boies Schiller Flexner in Colorado and New York, the Boy Scouts of America rightfully chose to remove the policy in the summer of 2015. Josh's pro bono work extends to a variety of other matters, including serving as outside intellectual property counsel for the Dia Foundation. Josh is a member of the Board of Visitors of Columbia Law School and co-chair of the Harlan Fiske Stone Society. He graduated from Columbia Law School where he was a Harlan Fiske Stone Scholar and a recipient of the Joseph Solomon Media Law Scholarship.

10. **Joanna Wright:** A member of Boies Schiller Flexner's Executive Committee, Joanna is a dynamic trial lawyer with an established track record of forging creative solutions to seemingly impossible problems. Joanna represents plaintiffs and defendants in all stages of litigation. Her widespread experience includes complex civil litigation, constitutional litigation, securities fraud, corporate governance, plaintiffs' side class actions, antitrust, and white collar defense. From pre-complaint internal investigations to longshot appeals, Joanna has handled all stages of litigation efficiently and successfully. In addition to her courtroom wins, clients value her incisive thinking and ability to distill complicated issues to advance business goals. A forceful advocate for her clients, Joanna has first- or second-chaired over ten trials and arbitrations, including in federal and state court, for both class plaintiffs and corporate defendants. She also has significant appellate experience in federal and state courts, including in the United States Supreme Court. The depth of Joanna's success has been recognized by numerous publications, including

The American Lawyer, which selected her as a Young Lawyer of the Year in 2021; Benchmark, which selected her as a Future Star; and Lawdragon, where she was named one of the 500 Leading Litigators in America. A generalist litigator, Joanna specializes in high-stakes litigation and crisis management, including crafting communications strategies to drive public consensus and impact stakeholders. Joanna, and her work, have been featured in The New York Times, The Wall Street Journal, The Washington Post, NPR, the Associated Press, Reuters, The Hill, Buzzfeed, and numerous other outlets.  In addition to the Executive Committee, Joanna also serves on the firm's Diversity Council and as the New York City hiring partner. She also devotes significant time to pro bono matters, including high-impact constitutional class actions. Joanna graduated from Columbia Law School, where she was Executive Notes Editor of the Law Review, and clerked for Hon. David F. Hamilton of the Seventh Circuit Court of Appeals and Alvin K. Hellerstein of the Southern District of New York.

11. **Demetri Blaisdell:** Demetri Blaisdell has represented a large selection of clients across industries, including multinational banks, artists, professional sports teams and athletes, and real estate developers in a wide range of significant matters, including complex civil litigation, employment discrimination, class actions, environmental litigation, copyright, and technology disputes. Demetri has counseled clients in high-stakes contract disputes in state and federal courts, as well as in commercial arbitrations, pre-litigation investigations and criminal matters.  Demetri's representations include defendant and plaintiff-side work and he has also represented clients in complicated cross-border disputes, including in Section 1782 litigation.  Demetri also recently served as lead lawyer in the successful *pro bono* representation of an assault victim, securing summary judgment on her affirmative claims and a favorable settlement. He graduated from Columbia Law School where he was a James Kent Scholar and a Harlan Fiske Stone Scholar.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 17th day of October, 2022, at New York, New York.

/s/ *Philip Korologos*

Philip Korologos