1  George A. Zelcs (*pro hac vice*)
    gzelcs@koreintillery.com
2  Randall P. Ewing, Jr. (*pro hac vice*)
    rewing@koreintillery.com
3  Ryan Z. Cortazar (*pro hac vice*)
    rcortazar@koreintillery.com
4  KOREIN TILLERY, LLC
5  205 North Michigan, Suite 1950
   Chicago, IL 60601
6  Telephone: (312) 641-9750
   Facsimile: (312) 641-9751
7
8  Stephen M. Tillery (*pro hac vice*)
    stillery@koreintillery.com
9  Steven M. Berezney, CA Bar #329923
    sberezney@koreintillery.com
10 Carol O'Keefe (*pro hac vice*)
    cokeefe@koreintillery.com
11 KOREIN TILLERY, LLC
12 505 North 7th Street, Suite 3600
   St. Louis, MO  3101
13 Telephone: (314) 241-4844
   Facsimile: (314) 241-3525
14

Joshua Irwin Schiller, CA Bar #330653
    jischiller@bsfllp.com
BOIES SCHILLER FLEXNER LLP
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Telephone: (415) 293-6800
Facsimile: (415) 293-6899

Philip C. Korologos
    pkorologos@bsfllp.com
Joanna Wright
    jwright@bsfllp.com
Demetri Blaisdell (*pro hac vice*)
    dblaisdell@bsfllp.com
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards, 20th Floor
New York, NY 10001
Phone: (212) 446-2300
Fax: (212) 446-2350

15

16  *Plaintiffs' Counsel*

17  **UNITED STATES DISTRICT COURT**

18  **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| 19  MARIA SCHNEIDER, UNIGLOBE<br>    ENTERTAINMENT, LLC, and AST<br>20  PUBLISHING LTD., individually and on<br>    behalf of all others similarly situated,<br>21<br><br>22           Plaintiffs,<br>        v.<br>23<br>    YOUTUBE, LLC and GOOGLE LLC,<br>24           Defendants. | CASE NO.: 3:20-cv-04423-JD<br><br>**DECLARATION OF MAXIM<br>LOZOVSKY IN SUPPORT OF<br>PLAINTIFFS' MOTION FOR CLASS<br>CERTIFICATION**<br><br>Judge: Hon. James Donato |

25

26

27

28                                                                    3:20-cv-04423-JD

1    Maxim Lozovsky declares:

2    1.    I am the Deputy General Director of Digital Content at AST Publishing, Ltd.

3 ("AST"). I make this declaration in support of Plaintiffs' Motion for Class Certification, to be

4 filed on October 17, 2022. I have knowledge of the facts stated herein from my personal

5 knowledge and, if called as a witness, I could and would competently testify thereto.

6    2.    AST is the owner of numerous copyrighted works.

7    3.    AST has had numerous works displayed without its authorization by YouTube

8 users. It has filed numerous takedown notices regarding these works that have resulted in the

9 removal of the video in question. It has subsequently found these same works posted to YouTube

10 again.

11    4.    AST is seeking to be appointed as a representative of the proposed Unregistered

12 Works Copyright Infringement class.

13    5.    AST does not have any interests in this case that conflict with the class members it

14 seeks to represent. It is seeking the relief provided under the Copyright Act and the Digital

15 Millennium Copyright Act for itself and for all class members during the class period. I, as AST's

16 Deputy General Director of Digital Content, have not been promised any personal financial benefit

17 for including AST in this lawsuit. AST is serving as a class representative to further the interests

18 of copyright owners and to remedy YouTube's flagrant flouting of the copyright laws. AST has

19 acted and will continue to act in the interests of these class members and place their interests on

20 par with its own.

21    6.    I have been actively involved in the prosecution of the litigation and have worked

22 closely with AST's attorneys throughout the course of these proceedings in order to represent the

23 interests of the class members adequately. My participation has included regularly conferring with

24 attorneys regarding the status of the case, reviewing and approving complaints and other

25 pleadings, responding to written discovery, searching for and producing documents, and preparing

26 and sitting for my deposition.

27

28

3:20-cv-04423-JD

DECLARATION OF MAXIM LOZOVSKY
IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

1    7.    The attorneys representing AST in this case from the law firms Korein Tillery,

2 LLC and Boies Schiller Flexner LLP have done so in a professional and competent manner, and

3 have kept me informed about the progress of this case throughout the litigation.

4

5                              **[Signature Page Follows]**

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF MAXIM LOZOVSKY
IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

1       I declare under penalty of perjury under the laws of the United States of America that the

2   foregoing is true and correct. Executed this 17th day of October, 2022, at Moscow, Russia.

3

4

5       Maxim Lozovsky,

6       Deputy General Director of Digital
        Content at AST Publishing, Ltd.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF MAXIM LOZOVSKY
IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION