| | |
|---|---|
| George A. Zelcs (*pro hac vice*)<br>  gzelcs@koreintillery.com<br>Randall P. Ewing, Jr. (*pro hac vice*)<br>  rewing@koreintillery.com<br>Ryan Z. Cortazar (*pro hac vice*)<br>  rcortazar@koreintillery.com<br>KOREIN TILLERY, LLC<br>205 North Michigan, Suite 1950<br>Chicago, IL 60601<br>Telephone: (312) 641-9750<br>Facsimile: (312) 641-9751<br><br>Stephen M. Tillery (*pro hac vice*)<br>  stillery@koreintillery.com<br>Steven M. Berezney, CA Bar #329923<br>  sberezney@koreintillery.com<br>Carol O'Keefe (*pro hac vice*)<br>  cokeefe@koreintillery.com<br>KOREIN TILLERY, LLC<br>505 North 7th Street, Suite 3600<br>St. Louis, MO  3101<br>Telephone: (314) 241-4844<br>Facsimile: (314) 241-3525 | Joshua Irwin Schiller, CA Bar #330653<br>  jischiller@bsfllp.com<br>BOIES SCHILLER FLEXNER LLP<br>44 Montgomery St., 41st Floor<br>San Francisco, CA 94104<br>Telephone: (415) 293-6800<br>Facsimile: (415) 293-6899<br><br>Philip C. Korologos<br>  pkorologos@bsfllp.com<br>Joanna Wright<br>  jwright@bsfllp.com<br>Demetri Blaisdell (*pro hac vice*)<br>  dblaisdell@bsfllp.com<br>BOIES SCHILLER FLEXNER LLP<br>55 Hudson Yards, 20th Floor<br>New York, NY 10001<br>Phone: (212) 446-2300<br>Fax: (212) 446-2350 |

*Plaintiffs' Counsel*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING LTD., individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br>  v.<br><br>YOUTUBE, LLC and GOOGLE LLC,<br>        Defendants. | CASE NO.: 3:20-cv-04423-JD<br><br>**DECLARATION OF NAMRATA SINGH GUJRAL COOPER IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Judge: Hon. James Donato |

Namrata Singh Gujral Cooper declares:

1. I am the owner and President of Uniglobe Entertainment, LLC ("Uniglobe"). I have also gone by the name Nayomi Cooper. I make this declaration in support of Plaintiffs' Motion for Class Certification, to be filed on October 17, 2022. I have knowledge of the facts stated herein from my personal knowledge and, if called as a witness, I could and would competently testify thereto.

2. Uniglobe is the owner of numerous copyrighted works and has registered many of those works with the U.S. Copyright Office.

3. Uniglobe has had numerous works displayed without its authorization by YouTube users. It has filed numerous takedown notices regarding these works that have resulted in the removal of the video in question. It has subsequently found these same works posted to YouTube again.

4. Uniglobe is seeking to be appointed as a representative of the proposed Registered Works Copyright Infringement class and the proposed Unregistered Works Copyright Infringement class.

5. Uniglobe does not have any interests in this case that conflict with the class members it seeks to represent. It is seeking the relief provided under the Copyright Act and the Digital Millennium Copyright Act for itself and for all class members during the class period. I, as Uniglobe's owner and President, have not been promised any personal financial benefit for including Uniglobe in this lawsuit. Uniglobe is serving as a class representative to further the interests of copyright owners and to remedy YouTube's flagrant flouting of the copyright laws. Uniglobe has acted and will continue to act in the interests of these class members and place their interests on par with its own.

6. I have been actively involved in the prosecution of the litigation and have worked closely with Uniglobe's attorneys throughout the course of these proceedings in order to represent the interests of the class members adequately. My participation has included regularly conferring with attorneys regarding the status of the case, reviewing and approving complaints and other

1  pleadings, responding to written discovery, searching for and producing documents, and preparing
2  and sitting for my deposition.
3       7.      The attorneys representing Uniglobe in this case from the law firms Korein Tillery,
4  LLC and Boies Schiller Flexner LLP have done so in a professional and competent manner, and
5  have kept me informed about the progress of this case throughout the litigation.

**[Signature Page Follows]**

1 | I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 17th day of October, 2022, at Los Angeles, California.

_____
Namrata Singh Gujral Cooper
Owner and President of
Uniglobe Entertainment, LLC