George A. Zelcs (*pro hac vice*)
  gzelcs@koreintillery.com
Randall P. Ewing, Jr. (*pro hac vice*)
  rewing@koreintillery.com
Ryan Z. Cortazar (*pro hac vice*)
  rcortazar@koreintillery.com
KOREIN TILLERY, LLC
205 North Michigan, Suite 1950
Chicago, IL  60601
Telephone: (312) 641-9750
Facsimile: (312) 641-9751

Stephen M. Tillery (*pro hac vice*)
  stillery@koreintillery.com
Steven M. Berezney, CA Bar #329923
  sberezney@koreintillery.com
Carol O'Keefe (*pro hac vice*)
  cokeefe@koreintillery.com
KOREIN TILLERY, LLC
505 North 7th Street, Suite 3600
St. Louis, MO  63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

Joshua Irwin Schiller, CA Bar #330653
  jischiller@bsfllp.com
BOIES SCHILLER FLEXNER LLP
44 Montgomery St., 41st Floor
San Francisco, CA  94104
Telephone: (415) 293-6800
Facsimile: (415) 293-6899

Philip C. Korologos (*pro hac vice*)
  pkorologos@bsfllp.com
Joanna Wright (*pro hac vice*)
  jwright@bsfllp.com
Demetri Blaisdell (*pro hac vice*)
  dblaisdell@bsfllp.com
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards, 20th Floor
New York, NY 10001
Telephone: (212) 446-2300
Facsimile: (212) 446-2350

*Attorneys for Plaintiffs Maria Schneider, Uniglobe Entertainment, LLC, and AST Publishing Ltd.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING LTD., individually and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br><br>  vs.<br><br>YOUTUBE, LLC; and GOOGLE LLC,<br><br>  Defendants.<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>  Counter-Plaintiffs,<br><br>v.<br><br>PIRATE MONITOR LTD., GÁBOR CSUPÓ, and PIRATE MONITOR LLC,<br><br>  Counter-Defendants. | CASE NO.  3:20-cv-4423-JD<br><br>**DECLARATION OF DEMETRI BLAISDELL IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Date:   December 15, 2022<br>Time:  10:00 a.m.<br>Dept.:  11<br>Judge: Hon. James Donato |

I, Demetri Blaisdell, declare as follows:

1. I am an attorney at Boies Schiller Flexner LLP, co-counsel to Plaintiffs and putative class representatives Maria Schneider, Uniglobe Entertainment, LLC, and AST Publishing, Ltd. I make this declaration in support of Plaintiffs' Notice of Motion and Motion for Class Certification filed on October 17, 2022. I have knowledge of the facts stated herein from my personal knowledge and, if called as a witness, I could and would competently testify thereto.

2. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts of the June 21, 2022 30(b)(1) deposition of Kevin Zhu.

3. Attached hereto as **Exhibit 2** is a true and correct copy of excerpts of the June 21, 2022 30(b)(6) deposition of Kevin Zhu.

4. Attached hereto as **Exhibit 3** a true and correct copy of excerpts of the June 22, 2022 deposition of Julian Bill.

5. Attached hereto as **Exhibit 4** is a true and correct copy of excerpts of the June 29, 2022 deposition of Chris Ting.

6. Attached hereto as **Exhibit 5** is a true and correct copy of excerpts of the June 30, 2022 deposition of Brad Froehle.

7. Attached hereto as **Exhibit 6** is a true and correct copy of excerpts of the May 24, 2022 deposition of Amy Wu.

8. Attached hereto as **Exhibit 7** is a true and correct copy of excerpts of the July 1, 2022 deposition of Arpan Agrawal.

9. Attached hereto as **Exhibit 8** is a true and correct copy of excerpts of the July 1, 2022 deposition of David Rosenstein.

10. Attached hereto as **Exhibit 9** is a true and correct copy of excerpts of the July 6, 2022 deposition of Fabio Magagna.

11. Attached hereto as **Exhibit 10** is a true and correct copy of excerpts of the July 14, 2022 deposition of Joanne Suk.

12. Attached hereto as **Exhibit 11** is a true and correct copy of excerpts of the September 30, 2022 deposition of Francois-Xavier Nuttall.

13. Attached hereto as **Exhibit 12** is a true and correct copy of the Expert Report of Hal J. Singer, Ph.D dated September 1, 2022.

14. Attached hereto as **Exhibit 13** is a true and correct copy of the Expert Report of Charles D. Cowan, Ph.D dated September 1, 2022.

15. Attached hereto as **Exhibit 14** is a true and correct copy of the Expert Report of Paul Jessop dated September 1, 2022.

16. Attached hereto as **Exhibit 15** is a true and correct copy of the Expert Report of Joseph N. Winograd, Ph.D dated September 1, 2022.

17. Attached hereto as **Exhibit 16** is a true and correct copy of excerpts of the transcript of the April 28, 2022, Status Conference held in this case.

18. Attached hereto as **Exhibit 17** is a true and correct copy of excerpts of Defendants' Supplemental Responses and Objections to Plaintiff Interrogatory No. 1, dated March 8, 2022.

19. Attached hereto as **Exhibit 18** is a true and correct copy of excerpts of Defendants' Amended Responses and Objections to Schneider Interrogatory No. 4 dated June 17, 2022.

20. Attached hereto as **Exhibit 19** is a true and correct copy of excerpts of Defendants' Responses and Objections to Plaintiff Interrogatory Nos. 1 and 5, dated July 5, 2022.

21. Attached hereto as **Exhibit 20** is a true and correct copy of excerpts of Defendants' Responses and Objections to Plaintiff's RFA Nos. 1, 17, 18, 55-63, dated July 5, 2022.

22. Attached hereto as **Exhibit 21** is a true and correct copy of excerpts of AST's Verified Amended Responses and Objections to YouTube's Interrogatory No. 1, dated August 16, 2022.

23. Attached hereto as **Exhibit 22** is a true and correct copy of excerpts of Schneider's Amended Response to Defendants' Interrogatory No. 9, dated September 9, 2022.

24. Attached hereto as **Exhibit 23** is a true and correct copy of excerpts of Uniglobe's Amended Objections and Responses to Interrogatory No. 1, dated June 28, 2022.

25. Attached hereto as **Exhibit 24** is a true and correct copy of a publishing license agreement dated April 30, 2014, bearing production number GOOG-SCHNDR-00002434.

26. Attached hereto as **Exhibit 25** is a true and correct copy of a notice of removal following a successful Takedown Notice dated May 6, 2015, bearing production number SCHNEIDER_0000009334.

27. Attached hereto as **Exhibit 26** is a true and correct copy of a YouTube presentation entitled "Watch Next Overview," bearing production number GOOG-SCHNDR-00040865.

28. Attached hereto as **Exhibit 27** is a true and correct copy of an email dated May 17, 2016, from Mr. von Lohmann to Ms. Oyama concerning "favor?" bearing production number GOOG-SCHNDR-00038640.

29. Attached hereto as **Exhibit 28** is a true and correct copy of a Google letter entitled "Re: Section 12 Study: Request for Additional Comments," dated February 21, 2017, bearing production number GOOG-SCHNDR-00030303.

30. Attached hereto as **Exhibit 29** is a true and correct copy of excerpts from an internal YouTube document entitled, "Automated Madison Suspension Propagation (SpiderMADison)," dated August 18, 2018, bearing production number GOOG-SCHNDR-00041383.

31. Attached hereto as **Exhibit 30** is a true and correct copy of a YouTube presentation entitled "Watch Next Eng Review," dated May 8, 2017, bearing production number GOOG-SCHNDR-00052174.

32. Attached hereto as **Exhibit 31** is a true and correct copy of a notice of removal following a successful Takedown Notice dated March 8, 2018, bearing production number BORNHEIMER_0000001272.

33. Attached hereto as **Exhibit 32** is a true and correct copy of excerpts from an internal YouTube document entitled, "SpiderMADison: Copyright Suspension Expansion to Linked Channels," dated May 14, 2018, bearing production number GOOG-SCHNDR-00000918.

34. Attached hereto as **Exhibit 33** is a true and correct copy of Google document entitled, "How Google Fights Piracy," dated November 2018, bearing production number GOOG-SCHNDR-000021221.

35. Attached hereto as **Exhibit 34** is a true and correct copy of a notice of removal following a successful Takedown Notice dated November 8, 2018, bearing production number UNIGLOBE_0000004141.

36. Attached hereto as **Exhibit 35** is a true and correct copy of a notice of removal following a successful Takedown Notice dated May 3, 2020, bearing production number GOOG-SCHNDR-00040035.

37. Attached hereto as **Exhibit 36** is a true and correct copy of notice of removal following a successful Takedown Notice dated December 19, 2018, bearing production number UNIGLOBE_0000006197.

38. Attached hereto as **Exhibit 37** is a true and correct copy of a notice of removal following a successful Takedown Notice of an email dated January 1, 2019, bearing production number UNIGLOBE_0000004891.

39. Attached hereto as **Exhibit 38** is a true and correct copy of a document entitled "Autoplay DeepDive," dated April 2021, bearing production number GOOG-SCHNDR-00051950.

40. Attached hereto as **Exhibit 39** is a true and correct copy of a presentation titled "WatchNext/Autoplay Deep Dive" dated May 16, 2019, bearing production number GOOG-SCHNDR-00034775.

41. Attached hereto as **Exhibit 40** is a true and correct copy of a notice of removal following a successful Takedown Notice dated June 13, 2019, bearing production number GOOG-SCHNDR-00040130.

42. Attached hereto as **Exhibit 41** is a true and correct copy of an internal YouTube webpage entitled "Life of a YouTube upload," dated May 11, 2020, bearing production number GOOG-SCHNDR-00034775.

43. Attached hereto as **Exhibit 42** is a true and correct copy of the Form 10-K for Alphabet Inc., dated December 31, 2021.

44. Attached hereto as **Exhibit 43** is a true and correct excerpt from a YouTube document entitled "Copyright Transparency Report," for the first half of 2021.

45. Attached hereto as **Exhibit 44** is a true and correct excerpt from a YouTube document entitled "Copyright Transparency Report," for the second half of 2021.

46. Attached hereto as **Exhibit 45** is a true and correct copy of a United States Patent assigned to Google LLC dated February 22, 2022.

47. Attached hereto as **Exhibit 46** is a true and correct copy of Exhibit 2 to the Declaration of Paul N. Harold submitted in support of Summary Judgment dated August 26, 2022.

48. Attached hereto as **Exhibit 47** is a true and correct copy of the YouTube Creator Academy webpage, bearing production number GOOG-SCHNDR-00000161.

49. Attached hereto as **Exhibit 48** is a true and correct copy of a presentation titled "Content ID: Essentials" bearing production number GOOG_SCHNDR_00000924.

50. Attached hereto as **Exhibit 49** is a true and correct copy of a counter-notification submitted over electronic signature, bearing production number GOOG-SCHNDR-00001899.

51. Attached hereto as **Exhibit 50** is a true and correct copy of a sound recording and audiovisual content license, bearing production number GOOG-SCHNDR-00020258.

52. Attached hereto as **Exhibit 51** is a true and correct copy of the YouTube Help webpage, bearing production number GOOG-SCHNDR-00040511.

53. Attached hereto as **Exhibit 52** is a true and correct copy of a YouTube takedown notice form, bearing production number GOOG-SCHNDR-00050128.

54. Attached hereto as **Exhibit 53** is a true and correct copy of an Autoplay data spreadsheet, bearing the production number GOOG-SCHNDR-00050365.

55. Attached hereto as **Exhibit 54** is a true and correct copy of an excerpt from the YouTube Developer's Handbook, bearing production number GOOG-SCHNDR-00052429.

56. Attached hereto as **Exhibit 55** is a true and correct copy of a webpage entitled "Frequently Asked Questions about ISRC Codes" available at the URL https://www.isrc.com/general-faq.html?msclkid=28920761d4d91a849f9064713208caa4#01 and last accessed on October 17, 2022.

57. Attached hereto as **Exhibit 56** is a true and correct copy of a YouTube webpage entitled "Manage your recommendations and search results" available at the URL https://support.google.com/youtube/answer/6342839 and last accessed on October 17, 2022.

58. Attached hereto as **Exhibit 57** is a true and correct copy of Exhibit 1 to the Declaration of Chenyuan Zhu submitted in support of Summary Judgment dated August 26, 2022.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 17th day of October, 2022.

                                                  */s/ Demetri Blaisdell*
                                                  Demetri Blaisdell

**ATTESTATION**

My user ID and password are being used in the electronic filing of this document and, in compliance with N.D. Cal. Civil L.R. 5-1(h)(3), I hereby attest that concurrence in the filing of the document has been obtained from each of the other Signatories.

>   */s/ Philip Korologos*
>   Philip Korologos