# EXHIBIT 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

---oOo---

MARIA SCHNEIDER, UNIGLOBE
ENTERTAINMENT, LLC, and
AST PUBLISHING LTD.,
individually and on behalf
of all others similarly
situated;

        Plaintiffs,
vs.                       Case No. 3:20-cv-04423-JD

YOUTUBE, LLC; and GOOGLE
LLC;

        Defendants.
_____/

CONFIDENTIAL

THIS TRANSCRIPT CONTAINS

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY TESTIMONY
17  30(b)(1) REMOTE VIDEOTAPED DEPOSITION OF KEVIN ZHU
PALO ALTO, CALIFORNIA

TUESDAY, JUNE 21, 2022

STENOGRAPHICALLY REPORTED BY:

ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR

CSR LICENSE NO. 9830 JOB NO. 842689



```
                                              Page 14
 1   help with a more specific --                    12:40
 2       MS. O'KEEFE:  We'll -- we'll go in more     12:40
 3   detail later.                                   12:40
 4       THE WITNESS:  Okay.                         12:40
 5   [REDACTED]
```

```
                                              Page 15
 1   [REDACTED]
```

```
                                              Page 16
 1   [REDACTED]
```

```
                                              Page 17
 1   [REDACTED]
16       Q  How many videos are removed each year for   12:45
17   copyright strikes under the DMCA takedown notice   12:45
18   procedure?                                        12:45
19       MR. WILLEN:  Objection to the form.           12:45
20       THE WITNESS:  Sorry.  Can you repeat the      12:45
21   question.                                         12:45
22       MS. O'KEEFE:  Q.  How many videos are removed 12:45
23   for copyright strikes under the DMCA takedown     12:45
24   procedure each year?                              12:45
25       MR. WILLEN:  Same objection.                  12:45
```



5 (Pages 14 to 17)

Page 18

1    THE WITNESS:  So yeah, the -- I -- I guess to    12:45
2    explain what -- what confused me a little bit about    12:45
3    the question, the -- the -- the copyright strike is    12:45
4    something that -- that's -- that's a consequence of    12:45
5    video removal.    12:45
6        So it's not -- I think -- I think the    12:46
7    question maybe presupposes that the copyright strike    12:46
8    is a removal action in and of itself.    12:46
9        And the way to understand our system is the    12:46
10   re- -- the removal is -- you know, the removal    12:46
11   happens, and then the copyright strike happens as a    12:46
12   result of that.    12:46
13       If your question is how many videos are    12:46
14   removed as a result of takedown requests filed to    12:46
15   YouTube per year, I believe -- you know, I don't have    12:46
16   the data going back that -- you know, all the way back    12:46
17   since when I started.    12:46
18       But we started publishing a transparency    12:46
19   report starting with data for those -- the first half    12:46
20   of 2021, and -- and we have one for -- just released    12:46
21   for the second half of 2021.  So if you put those    12:46
22   together, you -- that would be the number of removals    12:46
23   for 2021.    12:46
24       I believe it's on the order of between 13- to    12:46
25   15 million videos, but I'd -- I'd have to look at the    12:47

Page 19

1    report to be -- we -- we -- the -- the specific number    12:47
2    is in the report.    12:47
3        So I think you -- that -- that -- that's --    12:47
4    actually, sorry.  To correct that, that -- that's the    12:47
5    number of videos that are requested for removal during    12:47
6    that time period.  So that number is in the report.    12:47
7    And then we also have the rate of each per tool, the    12:47
8    rate of those submissions that resulted in removal.    12:47
9        So if you put that together, I think you    12:47
10   would get something on the order of between 13- and    12:47
11   15 million.  But, you know, that's -- I don't have the    12:47
12   data right in front of me.    12:47
13       MS. O'KEEFE:  Q.  Do you know how many videos    12:47
14   are removed for valid takedown notices?    12:47
15       Aside from the transparency report, do you    12:47
16   have any knowledge?    12:48
17       MR. WILLEN:  He just -- he just answered the    12:48
18   question.  What are you asking?    12:48
19       MS. O'KEEFE:  No.  The -- the transparency    12:48
20   report doesn't actually talk about the number of    12:48
21   videos that have been removed.    12:48
22       So I'm just asking him, aside from the    12:48
23   transparency report, based on your day-to-day    12:48
24   operations for the copyright operations team, do you    12:48
25   know how many videos are removed each year as a    12:48

Page 20

1    consequence of a valid takedown notice?    12:48
2        MR. WILLEN:  Same objection.    12:48
3        THE WITNESS:  I -- I think it's on the -- in    12:48
4    the neighborhood of 13- to 15 million for 2021.    12:48
5        MS. O'KEEFE:  '21.    12:48
6    Q   Are you familiar with the YouTube Developer's    12:49
7    Handbook?    12:49
8    A   I'm not.    12:49
9    Q   You've never seen the YouTube Developer's    12:49
10   Handbook?    12:49
11   A   It really is not familiar to me.  It's    12:49
12   possible I've seen it in passing, but I -- I'm    12:49
13   certainly not familiar with its contents.  I'm not    12:49
14   even sure what the -- just from the name, I'm not even    12:49
15   sure, like, who the audience is.    12:49
16       MS. O'KEEFE:  Okay.  Let's mark as    12:49
17   Exhibit 109, Tab 304.    12:49
18       (Document remotely marked Exhibit 109    12:50
19        for identification.)    12:50
20       MS. O'KEEFE:  Q.  And I'm going to direct --    12:50
21   can you see that --    12:50
22   A   Yeah.    12:50
23   Q   -- document?    12:50
24   A   Yeah.    12:50
25   [redacted]

Page 21

[redacted]



```
                                                    Page 38
 1   pieces of that -- of that data.  But, you know,      14:11
 2   some -- through some combination of data experts at  14:11
 3   the company that -- to the best of my knowledge of,  14:11
 4   like, the data that we keep, I think that should be  14:11
 5   possible.                                            14:11
 6       Q   So who has access to the enterprise web form? 14:11
 7           MR. WILLEN:  Objection to the form.          14:12
 8           THE WITNESS:  All content ID partners have   14:12
 9   access to the enterprise web form, and -- and --    14:12
10   and -- and users that have access to CVP have access 14:12
11   to the enterprise web form.                          14:12
12           MS. O'KEEFE:  Q.  What about copyright match 14:12
13   users?                                               14:12
14       A   Are you asking whether they have access to -- 14:12
15       Q   The enterprise --                            14:12
16       A   -- to -- to the enterprise web form?         14:12
17           I -- so I would say that it -- it --         14:12
18   copyright -- you know, the -- the overlap -- the --  14:12
19   the set of users that have access to a particular   14:12
20   copyright tool are not necessarily completely        14:12
21   neutrally distinct.                                  14:12
22           So a copyright match tool -- a channel that  14:13
23   has a copyright match tool -- you know, I'm trying   14:13
24   to -- let me make sure I answer this accurately.     14:13
25       A channel that has a copyright match tool        14:13
```

```
                                                    Page 39
 1   could be linked to a content owner that has access to 14:13
 2   CVP.  So it's possible.                              14:13
 3       Q   And when did YouTube institute the enterprise 14:13
 4   web form?                                            14:13
 5       A   The enterprise web form has existed in       14:13
 6   various versions since I've been at YouTube, so at   14:13
 7   least since 20- -- 2013.  Like, I know for sure it was 14:13
 8   before then.  I don't know exactly when.             14:13
 9       Q   When did YouTube make the enterprise web form 14:13
10   available to content ID users?                       14:13
11       A   So just to, I guess, make sure I'm -- make   14:14
12   sure we're -- I am talking about something we -- we  14:14
13   sort of cut -- understand to be the same thing, the -- 14:14
14   the enterprise web form is what we call the -- the -- 14:14
15   the web form that's -- that one can file a DMCA      14:14
16   takedown request through -- with -- through the      14:14
17   content ID interface.                                14:14
18           And that -- so for -- certainly, since I've  14:14
19   been at YouTube, content ID partners have been able to 14:15
20   do that.                                             14:15
21   [REDACTED]
22   [REDACTED]
23   [REDACTED]
24   [REDACTED]
25   [REDACTED]
```

```
                                                    Page 40
 1   [REDACTED]
 2   [REDACTED]
 3   [REDACTED]
 4   [REDACTED]
 5           So I guess, to answer your question, content  14:15
 6   ID partners have always had access to a web form     14:15
 7   through the content ID interface in, you know, its   14:16
 8   current iteration as well as its previous iterations 14:16
 9   that allowed them to file the takedown request.      14:16
10       Q   And you said before that entities with access 14:16
11   to the enterprise web form also have access to the   14:16
12   content ID search engine; right?                     14:16
13       A   That's -- so -- sorry.  Can you repeat the   14:16
14   question.                                            14:16
15       Q   You said before that entities with access to 14:16
16   the enterprise web form also have access to the      14:16
17   content ID search engine; is that correct?           14:16
18       A   So not entirely the case.  The -- the -- the 14:16
19   set of users that have access to the content ID search 14:16
20   engine are content ID partners that have the manual  14:16
21   claiming feature, as well as CVP users.              14:16
22           So there are content ID partners that don't  14:17
23   have manual claiming.  They still do have the        14:17
24   enterprise web form, because they can -- they can    14:17
25   convert their -- their claim, especially if it's been, 14:17
```

```
                                                    Page 41
 1   you know, disputed, and the dispute has been rejected, 14:17
 2   and then there is an appeal.  They -- they can -- any 14:17
 3   contact ID partner can, you know, convert that claim 14:17
 4   to a takedown request.  So that would be the web form 14:17
 5   itself.                                              14:17
 6           But the -- the -- the search feature, I      14:17
 7   guess, is not necessarily always tied to that feature. 14:17
 8   It -- it's available to part- -- content ID partners 14:17
 9   with the manual claiming feature as well as CV -- CVP 14:17
10   users.                                               14:17
11   [REDACTED]
```





Page 42

6  Q   So an ordinary copyright owner has to use the        14:19
7  YouTube keyword search bar to find their works on the    14:19

```
                                              Page 114
 1        MR. WILLEN:  Objection to the form.        16:49
 2        THE WITNESS:  Do I -- do we keep written   16:49
 3   instructions for the copyright operations team in the  16:50
 4   knowledge base?                                 16:50
 5        The knowledge base contains some written   16:50
 6   instructions that are meant to be followed by the  16:50
 7   copyright team -- by the copyright operations team.  16:50
 8        MS. O'KEEFE:  Q.  And does the knowledge base  16:50
 9   include policies that are followed by -- by the  16:50
10   copyright operations team in implementing the DMCA  16:50
11   takedown policy?                                16:50
12        MR. WILLEN:  Objection to the form.        16:50
13        THE WITNESS:  I -- so the -- you're asking me  16:50
14   about -- I think you're asking me about whether there  16:50
15   are policies that apply to the DMCA policy in the  16:51
16   knowledge base.                                 16:51
17        I guess I would say the -- the knowledge   16:51
18   base -- so I think, you know, generally, I would -- I  16:51
19   would describe the knowledge base as containing  16:51
20   guidance for either general factors to consider when  16:51
21   assessing a DMCA takedown notice or a           16:51
22   counter-notification or a retraction request, you  16:51
23   know, anything of that nature.                  16:51
24        Or in some cases, you know, guidance related  16:51
25   to specific situations that are either, like, truly  16:51
```

```
                                              Page 115
 1   operational in nature or are coming from -- from  16:52
 2   counsel through, you know, maybe us seeking advice  16:52
 3   from counsel, or counsel getting information about,  16:52
 4   you know, a particular event or fact pattern to watch  16:52
 5   out for in -- in the day-to-day operations.     16:52
```





```
                                                        Page 121
 1          MS. O'KEEFE:  Q.  What team implements           17:03
 2    channel terminations?                                  17:03
 3       A   I don't know if there is a single team that     17:03
 4    is solely responsible for channel terminations.        17:03
 5    Channel terminations are performed by a variety of     17:03
 6    teams for lots of reasons:  you know, violation of     17:03
 7    community guidelines, and there are lots of community  17:03
 8    guidelines, or violations of non-copyright legal       17:03
 9    policies, or, you know, three copyright strikes, or    17:03
10    submitting a fraudulent takedown request.  So, like,   17:03
11    various business teams perform terminations.           17:03
12          There's a -- there's a team, I -- I              17:03
13    believe -- I'm actually -- this is, like, embarrassing 17:04
14    as a product manager, because I should know the        17:04
15    engineering organization better.                       17:04
16          I believe there's a central team that            17:04
17    provides the API to facilitate to enable terminations  17:04
18    for various reasons.  I wouldn't say they are          17:04
19    necessarily, like, they would view themselves as       17:04
20    responsible.  But they offer the -- you know, they --  17:04
21    they -- they provide the ability to do so, or they     17:04
22    connect -- they provide the connection point to the    17:04
23    systems of -- of various teams that have a need to     17:04
24    terminate channels.                                    17:04
25       Q   When a YouTube channel has acquired three       17:04
```

