# EXHIBIT 6

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

---oOo---


MARIA SCHNEIDER, UNIGLOBE
ENTERTAINMENT, LLC, and
AST PUBLISHING LTD.,
individually and on behalf
of all others similarly
situated;

        Plaintiffs,

vs.                    Case No. 3:20-cv-04423-JD

YOUTUBE, LLC; and GOOGLE
LLC;

        Defendants.
_____/


CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER

REMOTE VIDEOTAPED DEPOSITION OF AMY WU

PALO ALTO, CALIFORNIA

TUESDAY, MAY 24, 2022




STENOGRAPHICALLY REPORTED BY:

ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR

CSR LICENSE NO. 9830

JOB NO. 832769



```
 1    next video that they want to watch.  And it's the      09:29
 2    feature where, you know, you finish a video on the     09:29
 3    Watch Page.  You see this countdown that starts.  The  09:29
 4    user can choose to cancel, you know, leave the page,    09:29
 5    or they can choose to, you know, keep going, at which   09:29
 6    point another video would play after the one that       09:29
 7    they're currently watching.  That's the Autoplay        09:29
 8    feature.                                                 09:29
 9        Q  And when you say that the countdown starts,     09:29
10    that's the countdown to the playing of the video       09:29
11    selected by the Autoplay process of YouTube; correct?  09:29
12        MS. REES:  Object to the form of the               09:29
13    question.                                               09:29
14        THE WITNESS:  The -- video -- so after             09:29
15    the countdown completes, then the next video that is   09:29
16    played is the -- is the recommendation that, you       09:29
17    know -- that we think that users would most likely     09:30
18    want to watch next.                                     09:30
19        MR. KOROLOGOS:  Q.  And that's played              09:30
20    automatically by YouTube without any involvement by    09:30
21    the user --                                             09:30
22        MS. REES:  Object.                                  09:30
23        MR. KOROLOGOS:  Q.  -- after it's played in        09:30
24    Autoplay; is that correct?                              09:30
25        MS. REES:  Object to the form of the               09:30
```

```
 1    question.                                                09:30
 2        THE WITNESS:  Well, the -- after -- you know,      09:30
 3    the -- the user can choose to, you know, either move    09:30
 4    forward and -- and watch the next video, or they can    09:30
 5    choose to, you know, to cancel the count down, or to    09:30
 6    do something else, or choose another video, you know,   09:30
 7    entirely altogether on the page.  Or, you know do any   09:30
 8    number of other things.  That -- that's up to them.    09:30
 9        But if they, you know, like the next video        09:30
10    and they want to continue on to watching it, then they  09:30
11    may choose to do so.                                     09:30
12        MR. KOROLOGOS:  Q.  And if the user does           09:31
13    nothing, what happens?                                   09:31
14        A  If the user chooses to let the countdown         09:31
15    complete and not interfere with the countdown, then     09:31
16    the next video would start playing.                     09:31
17        Q  And who selects that video that gets played     09:31
18    at that point?                                           09:31
19        A  I --                                             09:31
20        MS. REES:  Object to the form of the               09:31
21    question.                                                09:31
22        MR. KOROLOGOS:  What's the nature of the           09:31
23    objection?                                               09:31
24        MS. REES:  The nature of the objection is          09:31
25    that it's unclear what you mean when you say -- when    09:31
```

```
 1    you're saying "who selects the video."                  09:31
 2        MR. KOROLOGOS:  Q.  You can answer.                09:31
 3        A  The -- well, the next video, I don't know if    09:31
 4    it's a "who," but it's the -- the Autoplay feature is   09:31
 5    serving up the -- the video that we think that the      09:31
 6    user might be most likely to watch next.  So it's       09:31
 7    based off of, you know, what we think the user might    09:32
 8    want to watch.                                           09:32
 9        MR. KOROLOGOS:  Q.  And so it is                   09:32
10    automatically played by YouTube; is that correct?      09:32
11        MS. REES:  Object to the form of the               09:32
12    question.                                                09:32
13        THE WITNESS:  Well, you know, if -- if the         09:32
14    user again doesn't -- you know, doesn't interfere with  09:32
15    the countdown and chooses to let that complete and the  09:32
16    next video to be played, then, you know, that -- that   09:32
17    next video would be played, you know, for the -- for    09:32
18    the user.  Again, based off of what we think, you       09:32
19    know, they might want to watch next.                     09:32
20
```

```
 1
 2
 3        Q  And is it accurate to say that based on those   09:33
 4    considerations, YouTube will automatically play        09:33
 5    another related video after the user watches a YouTube  09:33
 6    video?                                                   09:33
 7        MS. REES:  Object to the form of the               09:33
 8    question.                                                09:33
 9        THE WITNESS:  Can you repeat the question         09:33
10    again?                                                   09:33
11        MR. KOROLOGOS:  Sure.                              09:33
12        Q  Is it accurate to say that, based on the        09:33
13    considerations you've just generally identified,       09:33
14    YouTube will automatically play another related video   09:34
15    after the user watches a YouTube video?                09:34
16        A  It may or may not.                               09:34
17        Q  Under what circumstances might it be and        09:34
18    under what circumstances might it not be?               09:34
19        A  It just -- it depends a lot on the context,     09:34
20    and what -- you know, what the user might want to       09:34
21    watch next.                                              09:34
22        Q  Does YouTube ever automatically play another   09:34
23    related video after a user watches a YouTube video?    09:34
24        MS. REES:  Object to the form of the               09:34
25    question.                                                09:34
```













Page 142

Page 143

Page 144

Page 145

18    begin with?                                    15:29
19         A  Can you clarify that question?         15:30
20         Q  Part of the function of Watch Next, is it    15:30
21    not, is to bring to the attention of a user videos    15:30
22    that are on YouTube that the user is not aware of?    15:30
23         A  Our goal is to make it easy for viewers to,    15:30
24    you know, find videos that they want to watch and, you    15:30
25    know, it would be -- it would probably be impossible    15:30

