# EXHIBIT 8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

```
_____
                                       )
MARIA SCHNEIDER, UNIGLOBE              )
ENTERTAINMENT, LLC, and AST            )
PUBLISHING LTD., individually          )
and on behalf of all others            )
similarly situated,                    )
                                       )
              Plaintiffs,              )
                                       )
vs.                                    ) No. 3:20-CV-04423-JD
                                       )
YOUTUBE, LLC; and GOOGLE LLC,          )
                                       )
              Defendants.              )
_____)
```

CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER

VIDEOTAPED DEPOSITION OF DAVID ROSENSTEIN

July 1, 2022

9:07 A.M.

44 Montgomery, 41st Floor

San Francisco, California

REPORTED BY:

LANA L. LOPER,

RMR, CRR, CCP, CME, CLR, CSR No. 9667

Magna Legal Services    866-624-6221    www.MagnaLS.com



```
                                        Page 58                                                    Page 59
 1       video, period.  But YouTube does not             1   BY MR. BLAISDELL:
 2       believe it appropriate to assign strikes         2      Q   Just so I'm understanding your interpretation
 3       to a user when a user uploads a video            3   of this, are you reading paragraph 6 to say that YouTube
 4       that is blocked in an entirely automated         4   only assigned strikes under its repeat infringer policy
 5       process without human confirmation from          5   for DMCA takedown notices?
 6       the rightsholder that the video is an            6      MR. KRAMER:  Objection to the form.
 7       alleged infringement.                            7      THE WITNESS:  I'm just reading the document.
 8       Did I read that correctly?                       8   It seems to say that:
 9    A  I believe so.                                    9       Required an affirmative
10    Q  Based on the paragraph that I just read you,   10       representation to YouTube that a video
11 was YouTube's policy in 2010 to assign copyright strikes 11     is infringing.
12 where the copyright owner manually reviewed a video  12   BY MR. BLAISDELL:
13 match and chose to block that match?                 13      Q   And in paragraph 4, where it states:
14       MR. KRAMER:  Objection to the form.            14       At the same time, we decided that
15       THE WITNESS:  That's not what this says.       15       when a block resulted exclusively from
16 BY MR. BLAISDELL:                                    16       an automated match using fingerprinting
17    Q  What is -- how do you -- withdrawn.            17       technology, rather than from a claim
18       What is your understanding of what paragraph 6 18       manually submitted by the rightsholder
19 of this declaration says?                            19       after it actually reviewed the video in
20       MR. KRAMER:  Objection to the form.            20       question, that a strike should not be
21       THE WITNESS:  Paragraph 6 says YouTube -- it's 21       assigned,
22 YouTube's policy to assign strikes when a copyright  22       Does that sentence mean that YouTube, as of
23 owner makes an affirmative representation to YouTube 23   2010, was applying copyright strikes for blocks through
24 that a video is infringing its copyright.            24   the Content ID system following manual review of a
25       So that is what it says, right.                25   match?

                                        Page 60                                                    Page 61
 1       MR. KRAMER:  Objection to the form of the       1   paragraph 2, it says:
 2 question.                                             2       Linking up CYC to our existing
 3       THE WITNESS:  My read of this sentence is that  3       system for tallying copyright strikes
 4 it's saying that blocks resulting from an automated   4       introduced an additional layer of
 5 match do not trigger strikes.                         5       engineering complexity.
 6 BY MR. BLAISDELL:                                     6       Earlier, we discussed CYC and a -- and
 7    Q  And does that mean that blocks result from a   7   Mr. King's declaration which identified it as a
 8 manual review of a match did trigger strikes at this  8   predecessor to Content ID.  Is that correct?
 9 time?                                                 9    A  I believe that's correct.
10       MR. KRAMER:  Objection to the form of the     10    Q  And what does it mean that CYC was linked to
11 question.                                           11   YouTube's existing system for tallying copyright
12       THE WITNESS:  I can't speculate on what it    12   strikes?
13 means.  I only have this document.                  13       MR. KRAMER:  Objection to the form.
14 BY MR. BLAISDELL:                                   14       THE WITNESS:  I'm sorry, this predated me.  I
15    Q  Do you have an understanding about whether    15   don't know what he meant.
16 YouTube has ever imposed copyright strikes on the basis 16 BY MR. BLAISDELL:
17 of blocks that were -- withdrawn.                   17    Q  Do you have an understanding if, in 2010,
18       Do you have an understanding about whether    18   Content ID was linked to YouTube's strike system?
19 YouTube has ever imposed copyright strikes, where a 19    A  When I started in late 2010, I am not aware of
20 Content ID partner has chosen to block a video after 20   any linkage between the Content ID system and the strike
21 manual review of a match?                           21   system.
22    A  I am not aware of any time when a Content ID  22    Q  So then in paragraph 4, in the second sentence,
23 block claim resulted in a strike.                   23   when it says:
24    Q  Now, I would like to refer you to paragraph 2. 24       From then on, when rightsholders
25       When it refer -- and near the end of          25       submitted a block request using the
```



16 (Pages 58 to 61)

```
                                             Page 62
 1        manual claiming functionality that was
 2        available via CYC, YouTube assigned a
 3        strike to the account of the user who
 4        had uploaded the video just as if it
 5        were an ordinary DMCA takedown notice.
 6        What do you understand that to mean?
 7        MR. KRAMER:  Objection to the form.
 8        THE WITNESS:  I don't know what it specifically
 9   meant, since I wasn't -- I've never used CYC, and I'm
10   not familiar with that system.  So I don't know
11   specifically what that sentence means.
12   BY MR. BLAISDELL:
13      Q   Has it ever been the case, since you've worked
14   on Content ID, that when a rightsholder submitted a
15   block request using the manual claiming functionality,
16   YouTube assigned a strike to the account of the user who
17   had uploaded the video, just as if it were an ordinary
18   DMCA notice?
19        MR. KRAMER:  Objection to the form.
20        THE WITNESS:  So, again, I didn't work on this
21   part of the system.  But to my knowledge, from the time
22   that I've worked on Content ID, YouTube does not assign
23   strikes based on Content ID blocks.  But I didn't work
24   on CYC, so I don't know how CYC worked.
25   ///
```

```
                                             Page 63
 1   BY MR. BLAISDELL:
 2      Q   Are you aware of any policy change that
 3   occurred during your time working at YouTube around
 4   whether copyright strikes would be assigned to the
 5   account of a user that uploaded a video, where the
 6   rightsholder submitted a block request using the manual
 7   claiming functionality?
 8        MR. KRAMER:  I'll object as to form.
 9        You can answer.
10        THE WITNESS:  I'm not aware of any policy
11   change.
12   BY MR. BLAISDELL:
13      Q   So your best understanding of this sentence of
14   paragraph 4 of Plaintiffs' Exhibit 202 is that it refers
15   to functionality of the CYC system and not to any
16   functionality of Content ID?
17        MR. KRAMER:  Objection as to the form of the
18   question.
19        THE WITNESS:  Again, I don't know how the CYC
20   system worked, so I assume this is describing
21   functionality of CYC.
22        To my knowledge, Content ID has never worked
23   like that.  And it's entirely -- I -- yeah, I don't know
24   what -- I don't know when -- it's also -- because I
25   didn't ever work on CYC, I don't know what manual
```

```
                                             Page 64
 1   claiming actually means in this context, because I --
 2   it's the same word, but it may or may not be the same
 3   thing that I think about when I think about Content ID
 4   manual claiming.
 5   BY MR. BLAISDELL:
 6      Q   Are you aware of any material differences in
 7   the manual claiming function of CYC versus the manual
 8   claiming function of Content ID?
 9        MR. KRAMER:  Objection as to the form of the
10   question.
11        THE WITNESS:  Again, I've never interacted with
12   CYC, so I can't -- I'm not aware of any of the
13   functionality of CYC.
14   BY MR. BLAISDELL:
15      Q   Is a Content ID partner's decision to block a
16   video after manual review human confirmation from the
17   rightsholder, that the video is an alleged infringement?
18        MR. KRAMER:  Objection to the form.
19        THE WITNESS:  Sorry, I would like -- could you
20   repeat the question back to me?
21   BY MR. BLAISDELL:
22      Q   I'll repeat it.
23        Is a Content ID partner's decision to block a
24   video after manual review human confirmation from the
25   rightsholder that the video is an alleged infringement?
```

```
                                             Page 65
 1        MR. KRAMER:  Same objection.
 2        THE WITNESS:  No, I wouldn't think so.  They
 3   have created a Content ID claim and have not made a
 4   sworn statement of infringement through a DMCA notice.
 5   BY MR. BLAISDELL:
 6      Q   How about -- my question wasn't whether it's a
 7   sworn statement under the DMCA.
 8        My question is whether a Content ID partner's
 9   decision to block a video after manual review is human
10   confirmation from the rightsholder that the video is an
11   alleged infringement?
12        MR. KRAMER:  Objection to form.
13        THE WITNESS:  If the human made that manual
14   review and felt it was infringement, they would deliver
15   a takedown and notify us that it was infringement.  So I
16   don't understand the question.
17   BY MR. BLAISDELL:
18      Q   The answer to my question is, no, that a
19   Content ID partner's decision to block a video after
20   manual review is not human confirmation from the
21   rightsholder that the video is an alleged infringement?
22        MR. KRAMER:  Objection to the form.
23        THE WITNESS:  I think there are multiple
24   reasons that a rightsholder might block a video.  And if
25   they felt it was infringement, they would use the
```



Page 74

1  fingerprinting technology"?
2     A   In what context?
3     Q   In the context of matching content to videos.
4     A   I mean, that -- sorry, that phrase doesn't
5  sound like a specific term.  I mean, I understand the
6  words.
7         I don't know specifically if it has a meaning
8  that I should understand as being unique.
9     Q   Have you ever heard Content ID described as a
10 digital fingerprinting technology?
11    A   I don't know.
12    Q   Have you ever heard someone say, Content ID
13 uses digital fingerprints?
14    A   I don't know.
15    Q   For purposes of this line of questioning, I'll
16 define digital fingerprinting technology as any software
17 or technology that analyzes a piece of video or audio to
18 determine the unique characteristics of the content and
19 create a pattern that is stored in a database that can
20 be used for recognizing content in the future.
21        Do you understand the definition I've just
22 provided you?
23    A   Um, that's quite broad.  But, sure, I think I
24 understand what you're saying.
25    Q   Using that definition, is Content ID a digital

Page 75

1  fingerprinting technology?
2     A   That's a very broad definition, so I suspect
3  that you could consider Content ID -- again, would
4  you -- it's a very precise question you're asking, and
5  you just gave me a fairly long definition.
6         Is it in writing somewhere that I could
7  actually refer to?
8         MR. KRAMER:  Do you have a copy of the
9  definition you just used, so that he has it in front of
10 him while he's answering questions?
11        MR. BLAISDELL:  I think we can just move on.
12 We may circle back.
13 BY MR. BLAISDELL:
14    Q   Just so I'm clear, though, you have not
15 heard -- well, let me back up.
16        Have you heard of something called Audible
17 Magic?
18    A   I recognize the name.
19    Q   Do you know what Audible Magic is?
20    A   It is my understanding -- yes, I think I know
21 what Audible Magic is.
22    Q   What is Audible Magic?
23    A   It is my understanding that they are or were --
24 I don't know if they still exist or how they exist -- a
25 company that built matching technology for audio.

Page 76

1     Q   And when you say, "matching technology for
2  audio," what was -- what was Audible Magic matching?
3         MR. KRAMER:  Objection to the form.
4         THE WITNESS:  Um, I don't know.  I only know
5  about audio -- I only know about them very vaguely.  And
6  so I assumed they were matching audio that was provided
7  by rightsholders.
8  BY MR. BLAISDELL:
9     Q   And matching audio that was provided by
10 rightsholders to what?
11        MR. KRAMER:  Same objection.
12        THE WITNESS:  They're a company.  I guess they
13 would -- whoever bought their services.
14 BY MR. BLAISDELL:
15    Q   I'm sorry, just so I'm clear, your
16 understanding is that -- withdrawn.
17        Are you familiar with something called
18 ACRCloud?
19    A   No, I'm not.
20    Q   Are you familiar with the PEX Attribution
21 Engine?
22        THE WITNESS:  Sorry.
23        MR. KRAMER:  Objection to the form.
24 BY MR. BLAISDELL:
25    Q   The PEX, P-E-X, Attribution Engine?

Page 77

1     A   I'm not familiar with PEX Attribution Engine.
2     Q   Are you familiar with a company called PEX?
3     A   I am.
4     Q   What do you understand PEX to be?
5         What line of business do you understand PEX to
6  be in?
7     A   My understanding is that PEX is a company
8  similar to Audible Magic, that they do some sort of
9  matching of audio.
10    Q   Are you familiar with a company called
11 Gracenote?
12    A   Not particularly.
13    Q   Have you heard of a service offered by
14 Gracenote called MusicID?
15    A   No.
16    Q   Do you know of a company called Inscape Data
17 Service or Inscape Data Services?
18    A   No.
19    Q   What about Kantar, K-a-n-t-a-r, Media?
20    A   Sorry, not ringing any bells.
21    Q   Have you heard of a company called ZAPR,
22 Z-A-P-R?
23    A   No.
24    Q   What about Shazam, S-h-a-z-a-m?
25    A   I've heard of Shazam.



```
                                                  Page 78
 1      Q   What line of business do you understand Shazam
 2   to be in?
 3      A   I believe Shazam was an app that allows you to
 4   identify music.
 5      Q   What do you mean by, "identify music"?
 6      A   I used to have it installed on my phone.  So
 7   you could press a button, and it would identify the
 8   music that was playing, if it could.
 9      Q   Do you have any understanding about how Shazam
10   would identify the music that was playing?
11      A   No.
12      Q   Generally speaking, how does the Content ID --
13   withdrawn.
14          Generally speaking, what technology does
15   Content ID use to find matches between reference files
16   provided by Content ID partners and videos uploaded by
17   users to YouTube?
18      A   Sorry, what technology?  I'm not sure I
19   understand.
20      Q   Generally speaking, what is the technology that
21   is used by Content ID to match reference files provided
22   by Content ID partners to videos uploaded by users to
23   YouTube?
24      A   I'm not an engineer.  There's a fingerprinting
25   algorithm that fingerprints -- that matches between the
```

```
                                                  Page 79
 1   reference material and the videos uploaded.
 2          I don't know if I can give a technology answer.
 3      Q   So do you understand a -- or do you understand
 4   fingerprinting algorithm to be some kind of category of
 5   matching tools?
 6          MR. KRAMER:  Objection to the form.
 7          THE WITNESS:  I understand fingerprinting
 8   algorithm to be a mechanism that is used to assist in
 9   the matching process.
10   BY MR. BLAISDELL:
11      Q   Are you aware of other competitors using
12   fingerprinting algorithms to match content?
13          MR. KRAMER:  Objection to the form, that last
14   word there, objection to the form.
15          THE WITNESS:  Sorry, repeat the question.
16   BY MR. BLAISDELL:
17      Q   Sure.
18          Are you aware of other companies that use
19   fingerprinting algorithms to match content?
20      A   Sorry, the first time you asked the question,
21   you asked competitors.  The second time, you asked
22   companies.
23      Q   Please use the second question -- the question
24   that I just asked you.
25      A   We just talked about -- yes.
```

```
                                                  Page 80
 1      Q   What other companies are you aware of that use
 2   fingerprinting algorithms?
 3      A   Audible Magic, I guess.  I don't know anything
 4   about how their algorithm works or what their algorithm
 5   is.
 6      Q   Does PEX also use fingerprinting algorithms?
 7          MR. KRAMER:  Objection to the form of the
 8   question.
 9          THE WITNESS:  I don't know anything about what
10   PEX uses, but I -- if they are in the same business of
11   matching, they must use some form of matching
12   technology.
13   BY MR. BLAISDELL:
14      Q   So other than Audible Magic and PEX, are you
15   aware of any other companies that use fingerprinting
16   algorithms to match content?
17      A   Yes.
18      Q   What other companies are you aware of that use
19   fingerprinting algorithms?
20      A   Well, I assume Shazam uses some kind of
21   fingerprinting algorithm.
22      Q   Are you aware of any other companies that use
23   fingerprinting algorithms?
24      A   I'm sure there's others.  I don't know.
25      Q   Is Content ID a fingerprinting technology?
```

```
                                                  Page 81
 1          MR. KRAMER:  Objection to the form of the
 2   question.
 3          THE WITNESS:  Content ID is a fairly complex
 4   system that has a lot of components to it.  Matching is
 5   only one piece of it, and the matching system would have
 6   a fingerprinting component to it.
 7          I would not say that Content ID is a
 8   fingerprinting technology.
 9   BY MR. BLAISDELL:
10      Q   Does Content ID incorporate fingerprinting
11   technology?
12      A   Again, not having a specific definition for
13   fingerprinting technology, but taking it as a broad
14   concept of matching, then sure.
15      Q   Well, what is your definition of fingerprinting
16   technology?
17      A   I think fingerprinting technology can be a
18   broad category of technologies that are attempting to
19   match content.
20   [redacted]
```



| | |
|---|---|
| Page 194 | Page 195 |
| 1   a hyperlink?<br>2   A   I can't tell.  It's a printout.  It's<br>3   underlined.  It might be.<br>4   Q   Are you aware of an assets, matches, and<br>5   DMCA-only program or service offered by YouTube?<br>6   A   I don't think so.<br>7   Q   Do you recall YouTube -- withdrawn.<br>8       Do you recall anyone at YouTube discussing the<br>9   possibility of offering a service limited to assets,<br>10   matches, and DMCA only, to individuals that were not<br>11   given access to Content ID?<br>12   A   I don't recall such a conversation.<br>13   Q   In your email at the top of this email thread,<br>14   dated June 7, 2016, you write, referring to<br>15   Ms. Schneider:<br>16          She's clearly an edge case.<br>17       Why did you think Ms. Schneider was an edge<br>18   case?<br>19   A   I think it's somewhat of an edge case that she<br>20   already had access to Content ID and was applying to<br>21   have access again.<br>22   Q   Sorry, I'm not sure I understand that<br>23   definition of edge case.<br>24       You're saying an edge case is somebody who<br>25   already had access to Content ID and was applying to | 1   have access again?<br>2       MR. KRAMER:  Objection.  Mischaracterizes.<br>3       THE WITNESS:  I'm sorry, I don't know what to<br>4   do with that.<br>5       MR. KRAMER:  Objection to the form of the<br>6   question, I'm sorry.<br>7       THE WITNESS:  So I think the fact that she was<br>8   so upset about not having been given access, but didn't<br>9   realize that she already had access, is something of an<br>10   edge case, yes.<br>11   BY MR. BLAISDELL:<br>12   Q   Are you aware of anyone at YouTube proposing or<br>13   considering a program to provide asset, matches, and<br>14   DMCA only to content owners that did not qualify for<br>15   Content ID?<br>16       MR. KRAMER:  Objection to the form of the<br>17   question.<br>18       THE WITNESS:  I think you asked that just a<br>19   moment ago.<br>20       I -- I don't specifically recall such a thing,<br>21   but we talk about all sorts of creative ideas all the<br>22   time.  So I don't know if that -- I can't recall such a<br>23   thing at this moment.<br>24   BY MR. BLAISDELL:<br>25   Q   Has YouTube evaluated the impact of offering |
| Page 196 | Page 197 |
| 1   Content ID to everyone and deactivating references that<br>2   overlap with existing references?<br>3       THE REPORTER:  (Reporter clarifies.)<br>4       MR. KRAMER:  Objection to the form of the<br>5   question.<br>6       THE WITNESS:  I don't even know what that would<br>7   be, sorry.  I don't understand the question at all.<br>8   BY MR. BLAISDELL:<br>9   Q   In Mr. Grow's email, dated June 6, 2016, at<br>10   11:25 a m., he writes:<br>11          For example, if basically anyone<br>12       can get Content ID, should we just<br>13       deactivate any reference that overlaps?<br>14       Do you see that?<br>15   A   Yes.<br>16   Q   Do you recall any consideration of the<br>17   possibility of giving access to Content ID to everyone,<br>18   but deactivating any reference that overlaps with an<br>19   existing reference?<br>20   A   No.  I think he was just brainstorming here.<br>21   Q   Mr. Grow -- and I'm back in his email, second<br>22   from the top -- writes:<br>23          Is offering Content ID to Maria<br>24       Schneider and other independent artists<br>25       a goal of this project? | 1       Do you see that?<br>2   A   I do.<br>3   Q   What project is Mr. Grow referring to?<br>4   A   I don't remember specifically.  But my<br>5   recollection is that as part of this discussion, we<br>6   wanted to have a more robust Content ID application<br>7   review rubric.<br>8   Q   The next line of that email is:<br>9          Santiago is of the opinion that we<br>10       should not offer Content ID to her,<br>11       referring to Ms. Schneider.<br>12       Do you recall why Santiago thought YouTube<br>13   should not offer Content ID to Ms. Schneider?<br>14   A   I don't recall.<br>15   Q   Did you think at this time that YouTube should<br>16   offer access to Content ID to Ms. Schneider?<br>17   A   Again, she already had Content ID.  I think the<br>18   biggest problem was that we didn't have a clear way to<br>19   communicate that to her.<br>20   Q   Has YouTube, since the time of this<br>21   communication, implemented a policy by which it informs<br>22   artists that there are works of theirs in Content ID?<br>23   A   I don't know.<br>24   Q   Earlier, we briefly discussed the copyright<br>25   match tool.  When a YouTube partner uploads -- |

```
                                                   Page 198
 1   withdrawn.
 2        When a -- for YouTube partners that have access
 3   to the copyright match tool, how does YouTube determine
 4   whether the partner is the first to upload the video
 5   that is used in the copyright match tool?
 6     A   Just parsing that...
 7        MR. KRAMER:  Object to the form.
 8        Go ahead.
 9        THE WITNESS:  So we have the matching
10   technology that we've talked about.  So when we see an
11   upload, we're able to tell if there are other uploads
12   already on the service that match.  And if there are,
13   then, by definition, they were delivered before the one
14   that we're looking for, the one we're comparing from.
15   BY MR. BLAISDELL:
16     Q   Does that mean that every video that is
17   uploaded to YouTube is compared against all the YouTube
18   videos that were uploaded before it?
19        MR. KRAMER:  Objection to the form of the
20   question.
21        THE WITNESS:  Yes.  Yes.
22   BY MR. BLAISDELL:
23     Q   And has that process been in place since the
24   time the copyright match tool was launched?
25        MR. KRAMER:  Same objection.
```

```
                                                   Page 199
 1        THE WITNESS:  I believe when the copyright
 2   match tool was launched, not every video was compared to
 3   every other video.  I believe there was some threshold
 4   of views.
 5   BY MR. BLAISDELL:
 6     Q   Subsequent to that time, YouTube's processes
 7   have changed, such that there is no view threshold for
 8   the comparison of an uploaded video to all videos
 9   uploaded prior to that video?
10     A   I believe that, currently, it's compared to
11   all -- all previously uploaded videos.
12     Q   And that includes previously uploaded videos
13   that are private?
14        MR. KRAMER:  Objection to the form.
15        THE WITNESS:  Content ID is -- Content ID
16   matching is independent of whether the video is private
17   or public.
18        However, we would not present a match to a
19   private video in the copyright match tool.
20   BY MR. BLAISDELL:
21     Q   Notwithstanding whether you would present a
22   match to a private video, every video that is uploaded
23   to the YouTube platform is compared to all previously
24   uploaded videos, whether private or public at the time
25   of upload?
```

```
                                                   Page 200
 1        MR. KRAMER:  Objection to the form.
 2        THE WITNESS:  It's my understanding that every
 3   video uploaded is compared to all other videos.
 4   BY MR. BLAISDELL:
 5     Q   And that also includes unlisted videos?
 6     A   I believe so.
 7     Q   And at the time the copyright match tool was
 8   launched, do you recall what the view threshold was for
 9   a video that was uploaded to be compared to previously
10   uploaded videos?
11        MR. KRAMER:  Objection to the form.
12        THE WITNESS:  I don't remember what the
13   threshold was.
14        The threshold was not on the video uploaded.
15   The threshold was on what videos it was compared to.
16   BY MR. BLAISDELL:
17     Q   Yes.
18        And that being the case -- well, withdrawn.
19   You've answered it.
20        What is the criteria for matching that is
21   applied within the copyright match tool?
22        MR. KRAMER:  Objection to the form.
23        THE WITNESS:  I don't remember specifically.
24   But the primary application of the copyright match tool
25   was to find high-confidence re-uploads, so a significant
```

```
                                                   Page 201
 1   match.
 2   BY MR. BLAISDELL:
 3     Q   And when you say, "a significant match," does
 4   that refer to the portion of the uploaded video that
 5   consists of the reference file?
 6        MR. KRAMER:  Whoa.
 7        You can answer the question.
 8        THE WITNESS:  I believe that is the case.
 9   We're looking for, have we ever seen most of this video
10   before.
11        So, yes, I believe that's the case, in the
12   implementation of the tool.
13   BY MR. BLAISDELL:
14     Q   Do you know whether that percentage is in
15   excess of 90 percent?
16     A   I don't know.
17        And I believe, these days, there are different
18   configurations of copyright match tool that be adjusted,
19   based on different implementations.
20     Q   When you referred to a significant match
21   earlier, does that also refer to the amount of the
22   reference file that is contained within the uploaded
23   video?
24     A   I don't remember if we were looking at
25   bidirectional matching, so perfect matches, or if we
```

