# EXHIBIT 31

Message

| | |
|---|---|
| **From**: | YouTube Copyright [youtube-disputes+268zqoxtr9kjy07@google.com] |
| on behalf of | YouTube Copyright <youtube-disputes+268zqoxtr9kjy07@google.com> [youtube-disputes+268zqoxtr9kjy07@google.com] |
| **Sent**: | 3/8/2018 5:28:11 PM |
| **To**: | bornheimerz@gmail.com |
| **Subject**: | YouTube Copyright Complaint Submission |



Hi Zach Bornheimer,

Thank you very much for your notification. The content has been removed.

- The YouTube Team

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Maria Schneider
Your Full Legal Name (Aliases, usernames or initials not accepted): Zachary Bornheimer
Your Title or Job Position (What is your authority to make this complaint?): Assistant
Address:
6969 NW 4th Ct.
Margate, FL 33063
US
Username: Zach Bornheimer
Email Address: bornheimerz@gmail.com
Phone: 9543992242

- URL of allegedly infringing video to be removed:
  http://www.youtube.com/watch?v=FYyKpIoAjGA
- Describe the work allegedly infringed: My company, organization or client's original song
  - Title of original song: Dance You Monster To My Soft Song
  - Where does the content appear? Entire video

- URL of allegedly infringing video to be removed:
  http://www.youtube.com/watch?v=noOCWwfe44E
- Describe the work allegedly infringed: My company, organization or client's original song
  - Title of original song: Coming About
  - Where does the content appear? Entire video

- URL of allegedly infringing video to be removed:
  http://www.youtube.com/watch?v=6UZdlk5mIwc
- Describe the work allegedly infringed: My company, organization or client's original song
  - Title of original song: A Potter's Song
  - Where does the content appear? Entire video

- URL of allegedly infringing video to be removed:
  http://www.youtube.com/watch?v=2RI1MhhpbyM
- Describe the work allegedly infringed: My company, organization or client's original song
  - Title of original song: The Monarch And The Milkweed

       o   Where does the content appear? Entire video

Country where copyright applies: US

I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube account.

Authorized Signature: Zachary Bornheimer

Help center • Email options

©2018 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066, USA

BORNHEIMER_0000001273