# EXHIBIT 51





Give feedback about this article

Was this helpful?   Yes   No

©2021 Google - Privacy Policy - YouTube Terms of Service   English