# EXHIBIT 52



GOOG-SCHNDR-00050128