# EXHIBIT 55

10/17/22, 5:04 PM                 ISRC Codes - Register ISRC Codes for Music and Video @ The ISRC Team a global ISRC Experts.

Case 3:20-cv-04423-JD Document 190-61 Filed 10/18/22 Page 2 of 6



- FAQs
- Order Now
- Music News
- ISRC Embedding
- File Stripping/Cleaning
- File Verification
- QR Codes for Music Promotion

Home | Contact Us
Español | Deutsch
(877) 872-2060
+1 404-869-0701
UK +44 330 053 2503
Follow



# Frequently Asked Questions about ISRC Codes



Get ISRC Codes for your music and video today!

To learn more about ISRC codes, please first read the FAQ (frequently asked questions) below. We have worked hard to make the process as simple as possible. Please contact us by phone or chat for additional help.

(If you already know what you need, please click here to purchase your ISRC codes and/or UPCs now.)

**Let's get started…**

- What are ISRC Codes and why do I need them?
- Is the ISRC code different from a UPC code?
- How much does it cost to register ISRC codes for my songs or videos?
- My business is outside of the United States, can I still purchase my ISRCs from you?
- How do I get ISRC Codes for my music and video?
- What do I get when I order from The ISRC Team?
- When do I get my ISRC Codes?
- Do I need a UPC Code for digital-only releases (no physical copies are made)?
- Do same songs occurring on multiple releases require different ISRC codes?
- How do I handle ISRC codes for cover songs?
- Do I need a separate ISRC code for my videos (full motion picture music videos, visualizer videos, lyric or static-image videos, and teaser/commercial videos)?
- Can I get ISRC codes before I have all of my track information finalized?
- What is the best way to submit my track info if I didn't submit it all at the time of purchase?
- Are the dashes (-) part of my ISRC code?
- How can my ISRC Codes be embedded in my music and video?
- What do I need to know about listing directly with Apple Music (iTunes)?
- What is SoundScan, why does it matter, and how do I register with it?
- What is BDSradio (formerly Nielsen BDS), why does it matter, and how do I register with it?
- What is Mediabase, why does it matter, and how do I register with it?
- What are the Official Charts, why do they matter, and how do I register?
- What do I need to know about ISRC Codes for Audio Books, Podcasts, and other Spoken Word Recordings?



"I am thoroughly pleased with the ISRC team. Because of their efficiency in handling my music, I was able to clinch a deal with a publisher the same day. In the music business timing is essential. I thank isrc.com for making that happen."

**Bonita Secunda**
**Breaking Point Productions**
New Haven, Vermont

Read more testimonials ...

**What are ISRC Codes and why do I need them?**

ISRC (International Standard Recording Code) is the globally recognized standard numbering system for audio and music video recordings. It comprises a 12-digit alphanumeric code and functions as a universal identification number for each sound recording.

10/17/22, 5:04 PM                                      ISRC Codes - Register ISRC Codes for Music and Video @ The ISRC Team, a Global ISRC Experts.

Case 3:20-cv-04423-JD   Document 190-61   Filed 10/18/22   Page 3 of 6

ISRC codes are primarily used to identify and catalog individual songs (tracks) on an album. The ISRC allows you to get paid for digital music sales by ensuring that your royalties are tracked properly. ISRC codes are necessary to sell your individual tracks via Apple Music (iTunes) and other online music distributors. They are also required for any songs that you plan to offer for streaming on Spotify and other streaming services.

Similarly, you need to get ISRC codes in order to have your songs participate in the Billboard charts. In order to have a chance at making the Billboard music charts, your release must be registered with SoundScan using your ISRC codes for the individual tracks. If you do not register then your sales figures are not counted, and you remain invisible to the system.

ISRC Codes are also used to identify videos and spoken word recordings such as audio books, sermons, and training programs.



**Is the ISRC code different from a UPC code?**

Yes, it is.

The ISRC is your **Performance Identifier**. The International Standard Recording Code (ISRC) is the standard unique international identifier for sound and music video recording itself. The ISRC is tied to the recording in the track and not the carrier of the track (CD/Vinyl/Digital Album or individual digital sound/video file).

The UPC is your **Release Identifier**. The Universal Product Code (UPC) is the standard unique identifier for the release that carries your audio or video performance(s). The UPC may identify a single, an EP, an LP and the various versions thereof (digital download, CD, vinyl, tape, or DVD).

You can get both the required ISRC and UPC codes on our order form.



**How much does it cost to register ISRC codes for my songs or videos?**

| Only $2 per track and $30 to register! |

For how many tracks do you need ISRCs: [   ]  [Calculate]    It's only **$ 0.00**

The registration fee for your album, single, or DVD includes issuance of your ISRC codes, the collection of your track information, and the database registration of your tracks as required by the Recording Industry Association of America and IFPI.

**Are there other ways of getting ISRC codes?**

Yes, there are two other ways:

1. You could get them directly from the ISRC authority. But, they charge $95 and you will have to handle the assignment and registration on your own.
2. Some agents, labels, and other third parties offer ISRC services as part of a bundle of services that you hire them for. Sometimes they advertise this as "free ISRC codes". Read more here.



**My business is outside of the United States, can I still purchase my ISRCs from you?**

Yes, absolutely. We have provided ISRC Codes to artists in over 157 countries and are authorized by the governing body of ISRC to issue International Standard Recording Codes to clients in ANY country.



**How do I get ISRC Codes for my music and video?**

You can obtain your ISRC codes from us today, using your Credit Card or Paypal account. Here is the process…

1st  Go to our Order Page or call us at 1-877-872-2060 (USA/Canada) or +1-404-869-0701 (international).
2nd  Place your order.
3rd  Complete the track registration form. What if I do not have all of the information?



**What do I get when I order from The ISRC Team?**

1st  Upon completion of your order, you receive an email confirmation of your purchase of ISRC Codes, UPC Codes, and File Processing.
2nd  The ISRC Team assigns your official ISRC code for each track or video and UPC code for the versions of the release.
3rd  We send your ISRC code assignment and the UPC codes to you via email.
4th  We file proper registration of your codes with the ISRC database appointed by the Recording Industry Association and IFPI.



**When do I get my ISRC Codes?**

The turn-around time from receipt of your track information is often within a few hours. All orders received before 4 p.m. Eastern Time on business days are completed the same day. Orders placed after 4 p.m. will be processed next business day. If it's after 4pm and you urgently need your ISRC codes today, **please call us 1-877-872-2060 (toll-free) or +1-404-869-0701 (international)** and we will see what we can do to help.



### Do I need a UPC Code for digital-only releases (no physical copies are made)?

The retailers, online distributors, and the Billboard Charts (SoundScan) set forth these requirements:

You need ISRC codes for each track of your album. However, the album itself requires a UPC code. In fact, if you plan to sell your album as a digital download AND as a physical audio CD then you need 2 UPC codes: one for the digital album download and a second one for the physical audio CD. This is the only way that performance on your individual songs can be tracked versus sales of the physical audio CD versus downloads of the complete digital album.

#### What about Singles?

For singles, you definitely need an ISRC code for the track. It is highly recommended that you also get a UPC code for singles because a UPC code is **required** on a single by:

- Apple Music (iTunes)
- SoundScan to participate in the Billboard Charts
- Retailers, if you plan to release the single as a physical CD
- Even most all of the aggregators, streaming sites, and download sites



### Do same songs occurring on multiple releases require different ISRC codes?

No. The ISRC code for a song stays the same no matter what album this track occurs on. A new ISRC is required only if ANYTHING about the song changes (track length, title, audio mastering, etc.).

According to the ISRC Manual, a new ISRC must be issued when:

- A sound recording is re-mixed or edited.
- If a new fade changes the length of a track by more than 10 seconds.
- Edits that change the length of a sound recording by more than 10 seconds (playing time is measured from the first recorded modulation to the last recorded modulation).
- A previously released sound recording is partially used as part of a compilation.
- A "full restoration" of a historical recording is performed by re-mastering, re-pitching, re-equalizing, de-noising or de-clicking a sound recording to meet contemporary quality standards. The registrant of the recording has discretion when making the determination between full re-mastering (sound restoration) and simple re-mastering (reproduction without sound restoration).



### How do I handle ISRC codes for cover songs?

ISRC codes identify audio or video performances. Your cover is a different performance from the original. Hence, a cover song requires its own ISRC just like any other song. (When you complete our track data submission form, you simply list yourself or your band as the featured artist along with the track's original title.)



### Do I need a separate ISRC code for my videos (full motion picture music videos, visualizer videos, lyric or static-image videos, and teaser/commercial videos)?

Yes, you do. The registrants must be able to distinguish between the ISRCs that are assigned to audio and those that are assigned to video. Conventionally, video ISRCs are identified with a "9" in position #8 of the 12-digit video ISRC code.

Please note, you will need separate unique ISRC codes for different types of your videos:

- full motion picture music videos,
- visualizer videos,
- lyric or static-image videos,
- teaser/commercial videos,
- explicit vs. TV versions of your videos.



### Can I get ISRC codes before I have all of my track information finalized?

Yes, you can get ISRC codes before having 100% of the track information finalized. We understand that you may need the ISRC codes for mastering but do not yet have complete track times, for example. That is OK!

For us to issue ISRC codes to you, only Artist and Track Title are required.

Please note, however, that we can only pass along complete information to the Recording Industry (including the Track Duration, Version, and Recording Date). While it is <u>not</u> required for distribution of your work presently, it is highly recommended. After completion of your final mastering, consider ordering a Track Information Update at only $15 via our order form to complete the missing optional information.



**What is the best way to submit my track info if I didn't submit it all at the time of purchase?**

You've got 3 different options:

1. Enter the information into the spreadsheet we sent you with your ISRC codes and email it back to us;
2. Use the link we sent you in your receipt email;
3. Use this form https://www.isrc.com/trackdata.php (You don't have to complete everything again. Just fill in what you were missing).



**Are the dashes (-) part of my ISRC code?**

ISRC codes look like this: **-***-**-*****. They are structured using dashes for easier readability. However, the dashes are NOT considered to be part of the 12-digit ISRC code. When entering your ISRC codes at an online music distribution site like Apple Music (iTunes), registering at SoundScan, or encoding your ISRCs, you should enter it as a 12-digit code without dashes or spaces. (Unless, of course, they specifically instruct you to enter it differently.)



**How can my ISRC Codes be embedded in my music and video?**

We are often asked: How are ISRC (and UPC) codes embedded in music or video? There are two ways in which ISRC and UPC codes get encoded in your music and video. Both are important and done SEPARATELY.

**1) Embedding ISRC Codes in your <u>individual</u> digital audio or video files for uploading, selling/streaming online, radio submission, and a more complete copyright submission.** (Done by us – see our Embedding Service)

**2) Embedding ISRC Codes in the <u>Master Audio CD</u> for duplication and mass production.** (Done by your mastering house, studio, or duplication facility.)

Click to view our ISRC Embedding Guide.



**What do I need to know about listing directly with Apple Music (iTunes)?**

Please click for important information regarding using your ISRC Codes for Apple Music (iTunes).



**What is SoundScan, why does it matter, and how do I register with it?**

SoundScan (formerly Nielsen SoundScan) tracks **sales** and **streams**. In order to have a chance at making the Billboard music charts, any release must be registered with SoundScan using UPC number (for the whole album) and ISRC codes (for the individual tracks). Without registration, the sales figures will not be counted, and you will remain invisible to the system.

At the time of this FAQ's publication, SoundScan registration is still free of charge.

Please click for our SoundScan Registration Guide.



**What is BDSradio (formerly Nielsen BDS), why does it matter, and how do I register with it?**

BDSradio tracks **airplay** of your songs on traditional radio, satellite radio, internet radio, and cable music channels as well as **streaming** across all the popular platforms. In order to have a chance at making the Billboard music charts, any release must be registered AND uploaded <u>as stripped files</u> to BDSradio. Without registration AND upload of your stripped files, airplays will not be counted for the charts, and will you remain invisible to the system.

At the time of this FAQ's publication, BDSradio registration is still free of charge. Don't miss out; get registered!

Please click for our BDSradio Registration Guide.



**What is Mediabase, why does it matter, and how do I register with it?**

Mediabase monitors the music airplay of more than 1,800 media outlets in over 160 markets. In order to have a chance at making the airplay music charts served by Mediabase, your releases must be registered AND uploaded to Mediabase. Without registration AND upload of your files, airplays will not be counted on the charts, and will you remain invisible to the system.

At the time of this FAQ's publication, Mediabase registration is still free of charge. Don't miss out; get registered!

Please click for our Mediabase Registration Guide.



10/17/22, 5:04 PM ISRC Codes - Register ISRC Codes for Music and Video @ The ISRC Team a Global ISRC Experts.

Case 3:20-cv-04423-JD Document 190-61 Filed 10/18/22 Page 6 of 6

**What are the Official Charts, why do they matter, and how do I register?**

Official Charts Company is the UK's source for definitive music and video charts. According to them, they collect sales and streaming data from "all significant retailers/music services – including Apple Music (iTunes), Amazon, HMV, Google Play, Tesco, Sainsbury's, Asda, Morrisons, Spotify, Deezer and over 2,600 independent record and video shops. As a result, we estimate that we capture around 99% of all singles sold, 98% of all albums and over 90% of all videos/DVDs."

A registration of your works with the Official Charts assures that your sales & streams get counted properly.

Please click for our Official Charts Registration Guide.



**What do I need to know about ISRC Codes for Audio Books, Podcasts, and other Spoken Word Recordings?**

ISRC Codes are standard for spoken word recordings such as audio books, Podcasts, training programs, sermons, and similar audio recordings.

Please click to learn more about how to assign ISRC Codes for audio books, podcasts, and other spoken word recordings.





   

  

Sitemap   |   Terms & Conditions   |   Copyright