# EXHIBIT 56

# Manage your recommendations and search results

Your activity on YouTube, Google, and Chrome may influence your YouTube search results, recommendations on the home page, in-app notifications, and suggested videos among other places.

There are several ways to influence these recommendations and search results. You can remove specific videos from your watch history and searches from your search history. You can also pause your watch and search history, or start fresh by clearing your watch and search history.

## Watch history and search history

- **Remove individual videos from your watch history**: If you notice recommendations on a subject you're not interested in, try removing a video you previously watched on that topic. It may reduce the chance of similar recommendations in the future.
- **Remove individual searches from your search history**: If you notice recommendations on a subject you're not interested in, try removing a previous search on that topic. It may reduce the chance of similar recommendations in the future.
- **Pause history**: You can pause your watch or search history when you don't want your watches or searches to influence future recommendations and search results. For example, when you're researching a subject for a school project that you aren't personally interested in. Remember to resume your history when you're done.
- **Clear history**: If your entire watch and search histories are no longer relevant to your interests, you can clear your search and watch histories. **Tip:** If you want to use your watch history to re-watch some videos, try adding those videos to a playlist or "Watch Later" to find them again.



How to improve your YouTube recomm...

## Tune your recommendations

On your smart TV or game console

### Remove recommended content from homepage

You can remove recommended videos by selecting "Not interested" on your homepage, or from your Home and Watch Next pages on mobile:

1. Go to the recommended video you'd like to remove.
2. Press and hold the select button on your remote.
3. Select **Not interested**.
4. Select **Tell us why** to share why you'd like the video removed. You can select **I've already watched the video**, **I don't like the video**, or **Don't recommend channel** to customize your recommendations.

### Clear "Not interested" and "Don't recommend channel" feedback

Your "Not Interested" and "Don't recommend channel" feedback may be used to tune your recommendations. To clear all the "Not interested" and "Don't recommend channel" feedback you've submitted, please follow the instructions below using your computer, Android, or iPhone or iPad.

Recommendations using your Google Activity

YouTube uses data from your Google Account activity to influence your recommendations. You can view and control your activity at myactivity.google.com. Learn more about controlling activity for your Google Account.

**Computer**  Android  iPhone & iPad

### Choose topics in your recommendations

If you're signed in, you'll notice topics on Home and on watch pages to help you refine your recommendations. These topics are based on your existing, personalized suggestions. The topics are also based on content related to what you interact with. These topics are meant to help you find content you want to watch faster.

If you find a video that isn't related to the topic you've chosen on Home, let us know by tapping More ⋮ and then Not <topic> ⓘ.



### Remove recommended content from homepage

If you can't follow these instructions, you're likely using the old version of YouTube. If you're using a newer browser, update to the current version of YouTube ↗ .

The following recommended content can be removed from the homepage on your computer:

- Videos
- Channels
- Sections
- Playlists

To remove a recommended video from your homepage:

1. Point to the recommended video or the X for a section you'd like to remove.
2. Select More ⋮ next to the title of the video or playlist.
3. Select **Not interested** ⊘ to remove the video from your feed.
4. Select **Tell us why** to share why you'd like the video removed. You can select **I've already watched the video** or **I don't like the video** to customize your recommendations.

You can also make sure that videos from specific channels don't show up in your recommendations. Select the Menu, and then **Don't recommend channel**.

### Clear "Not interested" and "Don't recommend channel" feedback

Your "Not Interested" and "Don't recommend channel" feedback may be used to tune your recommendations. To clear all the "Not interested" and "Don't recommend channel" feedback you've submitted:

1. Go to My Activity ⧉ . You might need to sign in to your Google Account.
2. Find **Other Google activity** in the left-hand Menu or under the My Activity banner.
3. Select "YouTube 'Not interested' feedback," then select **Delete**.

View our other articles for more info about watch history, search history, and improving your recommendations.

### Recommendations using your Google Activity

YouTube uses data from your Google Account activity to influence your recommendations.

You can view and control your activity at myactivity.google.com. Learn more about controlling activity for your Google Account.

### Manage playlists and liked videos

Your recommendations and search results are also based on videos that you've liked and playlists that you've created. You can remove liked videos and edit or delete playlists to influence your recommendations and search results.



---

### Need more help?
Try these next steps:


Ask the Help Community
Get answers from community experts