**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING LTD., individually and on behalf of all others similarly situated;<br><br>Plaintiffs,<br><br>vs.<br><br>YOUTUBE, LLC; and GOOGLE LLC;<br><br>Defendants.<br><br>YOUTUBE, LLC and GOOGLE LLC;<br><br>Counter-Plaintiffs,<br><br>v.<br><br>PIRATE MONITOR LTD., GÁBOR CSUPÓ, and PIRATE MONITOR LLC,<br>Counter-Defendants. | CASE NO. 3:20-cv-4423-JD<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Date: December 15, 2022<br>Time: 10:00 a.m.<br>Courtroom: 11<br>Judge: Hon. James Donato |

The Court, having considered Plaintiffs' Motion for Class Certification pursuant to Federal Rule of Civil Procedure 23, and having considered all papers filed in connection with this motion, hereby **GRANTS** Plaintiffs' Motion for Class Certification, and **ORDERS** as follows:

1. The Court certifies the following four classes:

<u>Registered Works Infringement Class</u>

All persons who own copyrights in one or more works: 1) registered with the United States Copyright Office; 2) contained in a video that was displayed on YouTube and then removed from YouTube due to a successful Takedown Notice; and 3) contained in a video that was displayed on YouTube subsequent to the first successful Takedown Notice and then removed from YouTube

due to a second successful Takedown Notice that was submitted on or after July 2, 2017.

<u>Foreign Unregistered Works Infringement Class</u>

All persons who own copyrights in one or more works: 1) first published outside the United States; 2) contained in a video that was displayed on YouTube and then removed from YouTube due to a successful Takedown Notice; and 3) contained in a video that was displayed on YouTube subsequent to the first successful Takedown Notice and then removed from YouTube due to a second successful Takedown Notice that was submitted on or after July 2, 2017.

Excluded from both Copyright Infringement Classes (the "Infringement Classes") are: (a) the Court; (b) Defendants and their subsidiaries, affiliates, officers, directors, employees, and counsel; (c) any entity in which Defendants have a controlling interest; and (d) the legal representatives, heirs, successors, and assigns of any excluded party.

<u>International Standard Recording Code ("ISRC") Class</u>

All persons who own copyrights in one or more digital form sound recordings of musical works that: 1) contained an ISRC code; 2) were a component of a video that was displayed on YouTube and then removed from YouTube due to a successful Takedown Notice; and 3) on or after July 2, 2017, were displayed on YouTube with respect to a video that included such sound recordings of musical works without including or referencing the associated ISRC code.

<u>Clip Filename ("CLFN") Class</u>

All persons who own copyrights in one or more works: 1) contained in a video that was displayed on YouTube and then removed from YouTube due to a successful Takedown Notice; 2) on or after July 2, 2017, contained in a video uploaded to YouTube that had an associated Clip Filename ("CLFN") field populated with copyright management information; and 3) displayed on YouTube with respect to a video that included such work(s) without including or referencing the associated CLFN or with the copyright management information altered.

Excluded from both CMI Classes are: (a) the Court, (b) Defendants and their subsidiaries, affiliates, officers, directors, employees, and counsel; (c) any entity in which Defendants have a controlling interest; and (d) the legal representatives, heirs, successors, and assigns of any

excluded party.

2. The Court appoints the following class representatives for the four classes:

    a. <u>Registered Works Infringement Class</u>: Maria Schneider and Uniglobe Entertainment, LLC ("Uniglobe").

    b. <u>Foreign Unregistered Works Infringement Class</u>: Uniglobe and AST Publishing Ltd.

    c. <u>ISRC Class</u>: Ms. Schneider.

    d. <u>CLFN Class</u>: Ms. Schneider.

3. The Court appoints Boies Schiller Flexner LLP and Korein Tillery, LLC as Class Counsel.

**IT IS SO ORDERED**.

Date: _____       _____
THE HONORABLE JAMES DONATO
United States District Judge