UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING LTD., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>Defendants<br>_____<br>YOUTUBE, LLC and GOOGLE LLC,<br><br>Counterclaimants,<br><br>v.<br><br>PIRATE MONITOR LTD, PIRATE MONITOR LLC, and GÁBOR CSUPÓ,<br><br>Counterclaim Defendants. | CASE NO.: 3:20-cv-04423-JD<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINES**<br><br>Judge:  Hon. James Donato |

1 | The Parties, by and through their undersigned counsel, stipulate as follows:

2 |      WHEREAS, during the Parties' appearance before the Court on July 7, 2022, the Court
3 | gave the Parties permission to address scheduling issues by agreement provided the agreements
4 | did not impact the Court (*see* Dkt. No. 154, at 55:18-19);

5 |      WHEREAS the Court entered an Amended Scheduling Order on July 14, 2022, setting
6 | the deadline for expert disclosures on September 1, 2022, setting the deadline for rebuttal expert
7 | disclosures on September 22, 2022, setting the expert discovery cut-off on September 30, 2022,
8 | and requiring any *Daubert* motions to be filed by January 19, 2023 (*see* Dkt. No. 155);

9 |      WHEREAS, on August 30, 2022, to resolve ECF Nos. 156, 159, 161, the Court entered
10 | an Order requiring YouTube to make certain data productions, (*see* Dkt. No. 165) (the "August
11 | 30th Order");

12 |      WHEREAS, Plaintiffs submitted their expert disclosures on September 1, 2022 pursuant
13 | to the Amended Scheduling Order, explaining that two of their experts, Dr. Charles D. Cowan
14 | and Dr. Hal J. Singer, would submit supplemental expert reports following Defendants'
15 | production of data in response to the August 30 Order;

16 |      WHEREAS, on September 20, 2022, the Parties filed a stipulation to request the
17 | extension of certain expert disclosure deadlines and the expert discovery cut-off and stated that
18 | the Parties anticipated that they would propose a joint expert discovery schedule with respect to
19 | Dr. Cowan and Dr. Singer and Defendants' rebuttal experts and depositions, by October 20, 2022
20 | (*see* Dkt. No. 179);

21 |      WHEREAS, on September 22, 2022, Defendants submitted preliminary expert rebuttal
22 | reports of Dr. Steven R. Peterson and Mr. Greg Halm pursuant to the Amended Scheduling
23 | Order, explaining that Dr. Peterson and Mr. Halm would submit supplemental rebuttal expert
24 | reports following Plaintiffs' service of supplemental expert reports of Dr. Cowan and Dr. Singer;

25 |      WHEREAS, on October 7, 2022, Defendants produced data in response to the August 30
26 | Order ("October 7 Production");

27 |      WHEREAS, on October 13, 2022, the Court ordered that "the parties may file by October
28 | 20, 2022, a joint proposal for an amended expert discovery schedule with respect to Charles

Cowan and Hal Singer. Any amended reports should be exchanged by November 17, 2022." (*see* Dkt. No. 188);

WHEREAS, the Parties have met and conferred over Plaintiffs' plans to submit amended expert reports in light of Defendants' October 7 Production and Defendants' plans to submit rebuttal reports in response to Plaintiffs' amended expert reports, and the Parties have agreed and respectfully ask the Court's approval to extend the date for the amended reports of Dr. Cowan and Dr. Singer until November 17, 2022 and the date for rebuttal expert reports of Dr. Peterson and Mr. Halm until December 29, 2022; further, the Parties have agreed and respectfully ask that the associated expert depositions take place between January 9 through January 20, 2023. Further, the Parties have agreed and respectfully ask that the Court change the date by which any *Daubert* motions are due to March 3, 2023. To the extent that there are further summary judgment motions filed by Plaintiffs, or by Defendants with the Court's approval (*see* Dkt. No. 188), the Parties will agree on a briefing schedule and hearing date subject to the Court's approval.

**IT IS SO STIPULATED**, through Counsel of Record.

Dated: October 20, 2022                                    Respectfully submitted,

                                                                     /s/ David H. Kramer
David H. Kramer, SBN 168452
Maura L. Rees, SBN 191698
Lauren Gallo White, SBN 309075
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: dkramer@wsgr.com
Email: mrees@wsgr.com
Email: lwhite@wsgr.com

Brian M. Willen
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, NY  10019-6022

Telephone: (212) 999-5800
Facsimile: (212) 999-5801
Email: bwillen@wsgr.com

Attorneys for Defendants and Counterclaimants
YOUTUBE, LLC and GOOGLE LLC

Dated:  October 20, 2022

Respectfully submitted,

*/s/ Philip C. Korologos*

George A. Zelcs
Randall P. Ewing, Jr.
Ryan Z. Cortazar
KOREIN TILLERY, LLC
205 North Michigan, Suite 1950
Chicago, IL 60601
Telephone: (312) 641-9750
Facsimile: (312) 641-9751
Email: gzelcs@koreintillery.com
Email: rewing@koreintillery.com
Email: rcortazar@koreintillery.com

Stephen M. Tillery
Steven M. Berezney, SBN 329923
Carol O'Keefe
KOREIN TILLERY, LLC
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525
Email: stillery@koreintillery.com
Email: sberezney@koreintillery.com
Email: cokeefe@koreintillery.com

Joshua Irwin Schiller, SBN 330653
BOIES SCHILLER FLEXNER LLP
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Phone: (415) 293-6800
Fax: (415) 293-6899
Email: jischiller@bsfllp.com

Philip C. Korologos
Joanna Wright
Demetri Blaisdell
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards, 20th Floor
New York, NY 10001
Phone: (212) 446-2300
Fax: (212) 446-2350
Email: pkorologos@bsfllp.com
Email: jwright@bsfllp.com
Email: dblaisdell@bsfllp.com

                                                Attorneys for MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING LTD.

### ATTORNEY ATTESTATION

I, David H. Kramer, am the ECF User whose ID and password are being used to file this document. In compliance with N.D. Cal. Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the other Signatories.

                                                By: */s/ David H. Kramer*
                                                         David H. Kramer

**IT IS SO ORDERED.**

Dated: _____

                                                        THE HONORABLE JAMES DONATO
                                                        UNITED STATES DISTRICT JUDGE