UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING LTD., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>Defendants<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>Counterclaimants,<br><br>v.<br><br>PIRATE MONITOR LTD, PIRATE MONITOR LLC, and GÁBOR CSUPÓ,<br><br>Counterclaim Defendants. | CASE NO.: 3:20-cv-04423-JD<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING SEALING IN CONNECTION WITH DKT. NOS. 189 AND 190**<br><br>Judge:  Hon. James Donato |

The Parties, by and through their undersigned counsel, stipulate as follows:

WHEREAS, on October 17, 2022, Plaintiffs filed an Administrative Motion To Consider Whether Another Party's Material Should Be Sealed (Dkt. No. 189) in connection with their Motion for Class Certification (Dkt. No. 190);

WHEREAS, the Parties anticipate that multiple administrative motions to seal might be required in connection with proceedings over Dkt. No. 190 and that Paragraph 31 of the Court's Standing Order contemplates the filing of a single, joint motion to seal upon completion of briefing, under such circumstances;

WHEREAS, the Parties have agreed and respectfully ask the Court's approval that any sealing issues relating to documents filed in connection with Motion for Class Certification briefing, including those identified in Plaintiffs' Class Action Sealing Motion (Dkt. No. 189), be addressed via a joint motion to seal that the parties will file by December 8, 2022.

**IT IS SO STIPULATED**, through Counsel of Record.

Dated:  October 21, 2022            Respectfully submitted,

                                                  */s/ David H. Kramer*
David H. Kramer, SBN 168452
Maura L. Rees, SBN 191698
Lauren Gallo White, SBN 309075
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: dkramer@wsgr.com
Email: mrees@wsgr.com
Email: lwhite@wsgr.com

Brian M. Willen
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, NY  10019-6022
Telephone: (212) 999-5800
Facsimile: (212) 999-5801
Email: bwillen@wsgr.com

|   |   |
|---|---|
|   | Attorneys for Defendants and Counterclaimants YOUTUBE, LLC and GOOGLE LLC |
| Dated:  October 21, 2022 | Respectfully submitted, |
|   | */s/ Philip C. Korologos* |
|   | George A. Zelcs<br>Randall P. Ewing, Jr.<br>Ryan Z. Cortazar<br>KOREIN TILLERY, LLC<br>205 North Michigan, Suite 1950<br>Chicago, IL 60601<br>Telephone: (312) 641-9750<br>Facsimile: (312) 641-9751<br>Email: gzelcs@koreintillery.com<br>Email: rewing@koreintillery.com<br>Email: rcortazar@koreintillery.com |
|   | Stephen M. Tillery<br>Steven M. Berezney, SBN 329923<br>Carol O'Keefe<br>KOREIN TILLERY, LLC<br>505 North 7th Street, Suite 3600<br>St. Louis, MO 63101<br>Telephone: (314) 241-4844<br>Facsimile: (314) 241-3525<br>Email: stillery@koreintillery.com<br>Email: sberezney@koreintillery.com<br>Email: cokeefe@koreintillery.com |
|   | Joshua Irwin Schiller, SBN 330653<br>BOIES SCHILLER FLEXNER LLP<br>44 Montgomery St., 41st Floor<br>San Francisco, CA 94104<br>Phone: (415) 293-6800<br>Fax: (415) 293-6899<br>Email: jischiller@bsfllp.com |
|   | Philip C. Korologos<br>Joanna Wright<br>Demetri Blaisdell<br>BOIES SCHILLER FLEXNER LLP<br>55 Hudson Yards, 20th Floor<br>New York, NY 10001<br>Phone: (212) 446-2300<br>Fax: (212) 446-2350<br>Email: pkorologos@bsfllp.com<br>Email: jwright@bsfllp.com<br>Email: dblaisdell@bsfllp.com |
|   | Attorneys for MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING LTD. |

**ATTORNEY ATTESTATION**

I, David H. Kramer, am the ECF User whose ID and password are being used to file this document. In compliance with N.D. Cal. Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the other Signatories.

By: */s/ David H. Kramer*
David H. Kramer

**[PROPOSED] ORDER**

All sealing issues in connection with Plaintiffs' Motion for Class Certification briefing (Dkt. No. 190), including the sealing motion pending before this Court (Dkt. No. 189), shall be addressed via a joint motion to seal that the parties will file by December 8, 2022.

**IT IS SO ORDERED.**

Dated: _____

_____
THE HONORABLE JAMES DONATO
UNITED STATES DISTRICT JUDGE