| | |
|---|---|
| DAVID H. KRAMER, SBN 168452<br>MAURA L. REES, SBN 191698<br>LAUREN GALLO WHITE, SBN 309075<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone: (650) 493-9300<br>Facsimile: (650) 565-5100<br>Email:  dkramer@wsgr.com<br>          mrees@wsgr.com<br>          lwhite@wsgr.com | BRIAN M. WILLEN (admitted *Pro Hac Vice*)<br>CATHERINE R. HARTMAN (admitted *Pro Hac Vice*)<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>1301 Avenue of the Americas, 40th Floor<br>New York, NY 10019-6022<br>Telephone: (212) 999-5800<br>Facsimile: (212) 999-5801<br>Email:  bwillen@wsgr.com<br>Email:  chartman@wsgr.com |

Attorneys for Defendants and Counterclaimants
YOUTUBE, LLC and GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING LTD., individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>　　　　　Defendants<br>_____<br>YOUTUBE, LLC and GOOGLE LLC,<br><br>　　　　　Counterclaimants,<br><br>　　v.<br><br>PIRATE MONITOR LTD, PIRATE MONITOR LLC, and GÁBOR CSUPÓ,<br><br>　　　　　Counterclaim Defendants. | CASE NO.: 3:20-cv-04423-JD<br><br>**DECLARATION OF JOANNE SUK IN SUPPORT OF YOUTUBE'S REQUEST TO SEAL** |

I, Joanne Suk, declare as follows:

1. I am currently Director, Music Publishing Business Development for Defendant Google LLC and its subsidiary YouTube, LLC ("YouTube"). I am familiar with YouTube's practices regarding licensing of musical works. I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would testify competently to them.

2. Pursuant to Local Rule 79-5, I submit this Declaration in Support of the Joint Motion to Seal. YouTube has requested to seal very limited but sensitive information contained in Exhibit 1 to the Declaration of Joanne Suk in Support of YouTube, LLC and Google LLC's Motion for Summary Judgment as to Plaintiff Maria Schneider. ECF No. 164-3. That document was the subject of a prior sealing motion and thus, also filed as Exhibit 1 to the Declaration of Joanne Suk in Support of YouTube's Administrative Motion to Seal, ECF No. 163-3. Where applicable, the more limited information proposed to be sealed is attached to this Declaration in redacted form as Exhibit 1. YouTube's redactions are specific and tailored in the interest of public access while safeguarding YouTube's trade secrets.

3. Exhibit 1 to this Declaration is the Publishing License Agreement, a license agreement between Google and 'A' Side Music LLC d/b/a Modern Works Music Publishing (the "Publishing License Agreement" or "PLA"). The PLA contains the royalty terms whereby Google compensates Modern Works Music Publishing for the licensed use of works owned or controlled by Modern Works Music Publishing on YouTube's service. The portions of the PLA that YouTube seeks to seal describe the specific royalty and payment terms.

4. This information contained in the PLA is confidential and competitively sensitive royalty and payment information. YouTube takes measures to ensure this information is not made publicly available. These terms reflect confidential economic aspects of YouTube's business. Additionally, YouTube's ability to effectively negotiate licenses with partners across the music industry is critical to the success of its business. To foster trust with licensors and potential licensors, and thereby preserve the ability of YouTube and its licensors to continue successfully negotiating license agreements, YouTube must be able to assure the confidentiality of the royalty and payment terms of its license agreements. Public disclosure of the royalty and payment terms

would damage YouTube's standing with its existing licensors, and prejudice its ability to negotiate future license agreements, causing substantial competitive harm to its business. It would also improperly allow YouTube competitors to benefit from the knowledge of YouTube's negotiation of these royalties to price their own products causing or threatening competitive harm to YouTube's business. It may also harm YouTube's licensing partner by disclosing to the world the royalty rates and the terms on which it is willing to license use of the subject works.

5. The following portions of the PLA License, attached herein as Exhibit 1, should be redacted for the reasons set out below:

| PLA | Basis for Sealing |
|---|---|
| Portions of pages 14-15 and 18-19. | These materials reflect the royalty and payment terms according to which YouTube will make payments to the licensor.<br><br>Public disclosure of the royalty and payment terms could damage YouTube's standing with its existing licensors, and prejudice its ability to negotiate future license agreements. It would also improperly allow YouTube competitors to benefit from the knowledge of YouTube's negotiation of these royalties to price their own products causing or threatening competitive harm to YouTube's business. It may also harm YouTube's licensing partner by disclosing to the world the royalty rates and the terms on which it is willing to license use of the subject works. |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 27th day of October 2022 at Los Angeles, California.

/s/ Joanne Suk
Joanne Suk

**ATTORNEY ATTESTATION**

I, Catherine R. Hartman, am the ECF User whose ID and password are being used to file this document. In compliance with N.D. Cal. Civil L.R. 5-1(i)(3), I hereby attest that the concurrence in the filing of this document has been obtained from the signatory.

/s/ Catherine R. Hartman