1  DAVID H. KRAMER, SBN 168452
   MAURA L. REES, SBN 191698
2  LAUREN GALLO WHITE, SBN 309075
   WILSON SONSINI GOODRICH & ROSATI
3  Professional Corporation
   650 Page Mill Road
4  Palo Alto, CA 94304-1050
   Telephone: (650) 493-9300
5  Facsimile: (650) 565-5100
   Email:  dkramer@wsgr.com
6          mrees@wsgr.com
           lwhite@wsgr.com
7

BRIAN M. WILLEN (admitted *Pro Hac Vice*)
CATHERINE R. HARTMAN (admitted *Pro Hac Vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, NY 10019-6022
Telephone: (212) 999-5800
Facsimile: (212) 999-5801
Email:  bwillen@wsgr.com
Email:  chartman@wsgr.com

8  Attorneys for Defendants and Counterclaimants
   YOUTUBE, LLC and GOOGLE LLC

9              UNITED STATES DISTRICT COURT

10           NORTHERN DISTRICT OF CALIFORNIA

11               SAN FRANCISCO DIVISION

12  MARIA SCHNEIDER, UNIGLOBE
    ENTERTAINMENT, LLC, and AST
13  PUBLISHING LTD., individually and on behalf
    of all others similarly situated,
14
15              Plaintiffs,
16
         v.
17
    YOUTUBE, LLC and GOOGLE LLC,
18
                Defendants
19
    _____
20
    YOUTUBE, LLC and GOOGLE LLC,
21
                Counterclaimants,
22
23       v.
24  PIRATE MONITOR LTD, PIRATE MONITOR
    LLC, and GÁBOR CSUPÓ,
25
                Counterclaim Defendants.
26  _____

CASE NO.:  3:20-cv-04423-JD

**DECLARATION OF WALEED DIAB
IN SUPPORT OF YOUTUBE'S
REQUEST TO SEAL**

27
28

DECLARATION OF WALEED DIAB                                    CASE NO. 3:20-cv-04423-JD

I, Waleed Diab, declare as follows:

1.    I am currently Global Head of Recorded Music Business Development for Defendant Google LLC ("Google") and its subsidiary YouTube, LLC ("YouTube") (collectively, "Defendants"). I am familiar with YouTube's practices regarding licensing of recorded musical works. I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would testify competently to them.

2.    Pursuant to Local Rule 79-5, I submit this Declaration in Support of the Joint Motion to Seal. YouTube seeks to seal very limited but sensitive information contained in Exhibit 12 to the Declaration of Demetri Blaisdell in Support of Plaintiff Maria Schneider's Opposition to Defendants' Motion for Summary Judgment (the "Blaisdell Declaration"). ECF No. 172-13. That document was the subject of a prior sealing motion and thus, also filed as Exhibit A to the Declaration of Waleed Diab in support of Defendants' Response to Plaintiff's Administrative Motion To Consider Whether Another Party's Material Should Be Sealed. ECF No. 175-2. Where applicable, the more limited information proposed to be sealed is attached to this Declaration in redacted form as Exhibit 1. YouTube's redactions are specific and tailored in the interest of public access while safeguarding YouTube's trade secrets.

3.    Exhibit 1 is Google's standard Sound Recording And Audiovisual Content License (the "SRAV License"). The SRAV License reflects terms that have been incorporated into confidential license agreements with select commercial partners, and may be incorporated in future licensing deals.

4.    The SRAV License contains the royalty terms by which Google compensates certain partners for the licensed use of sound recording works that the partners own or control. The portions of the SRAV License that YouTube seeks to seal describe the specific royalty and payment terms.

5.    This information contained in the SRAV License is confidential and competitively sensitive royalty and payment information. YouTube takes measures to ensure this information is not made publicly available. These terms reflect confidential economic aspects of YouTube's business. Additionally, YouTube's ability to effectively negotiate licenses with partners across the

music industry is important to the success of its business. To foster trust with licensors and potential licensors, and thereby preserve its ability to continue securing such agreements, YouTube must be able to assure the confidentiality of the royalty and payment terms of its license agreements. Public disclosure of Google's royalty and payment terms could damage YouTube's standing with its existing licensors, and prejudice its ability to negotiate future license agreements, causing substantial competitive harm to its business. It would also improperly allow YouTube competitors to benefit from the knowledge of YouTube's negotiation of these royalties to price their own products causing or threatening competitive harm to YouTube's business. It may also harm YouTube's licensing partners by disclosing to the world the royalty rates and the terms on which they are willing to license use of their works.

6.      The following portions of the SRAV License, attached herein as Exhibit 1, should be redacted for the reasons set out below:

| SRAV License Agreement | Basis for Sealing |
|---|---|
| Portions of pages 22-24; portions of pages 28-30; portions of pages 32-34 | These materials reflect the standard royalty and payment terms according to which YouTube will make payments to the licensor.<br><br>Public disclosure of YouTube's standard royalty and payment terms with select licensors could damage YouTube's standing with its existing licensors, and prejudice its ability to negotiate future license agreements. It would also improperly allow YouTube competitors to benefit from the knowledge of YouTube's standard royalty payment terms to structure payment of their own products causing or threatening competitive harm to YouTube's business. Additionally, it may harm YouTube's licensing partners by disclosing to the world the royalty rates and the terms on which they are willing to license use of their works. |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 27th day of October 2022 at New York, New York.

/s/ Waleed Diab
Waleed Diab

.

**ATTORNEY ATTESTATION**

I, Catherine R. Hartman, am the ECF User whose ID and password are being used to file this document. In compliance with N.D. Cal. Civil L.R. 5-1(i)(3), I hereby attest that the concurrence in the filing of this document has been obtained from the signatory.

/s/ Catherine R. Hartman