DAVID H. KRAMER, SBN 168452
MAURA L. REES, SBN 191698
LAUREN GALLO WHITE, SBN 309075
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email:  dkramer@wsgr.com
         mrees@wsgr.com
         lwhite@wsgr.com

BRIAN M. WILLEN (admitted *Pro Hac Vice*)
CATHERINE R. HARTMAN (admitted *Pro Hac Vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, NY 10019-6022
Telephone: (212) 999-5800
Facsimile: (212) 999-5801
Email:  bwillen@wsgr.com
Email:  chartman@wsgr.com

Attorneys for Defendants and Counterclaimants
YOUTUBE, LLC and GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING LTD., individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>    Defendants<br>_____<br>YOUTUBE, LLC and GOOGLE LLC,<br><br>    Counterclaimants,<br><br>    v.<br><br>PIRATE MONITOR LTD, PIRATE MONITOR LLC, and GÁBOR CSUPÓ,<br><br>    Counterclaim Defendants.<br>_____ | CASE NO.:  3:20-cv-04423-JD<br><br>**CERTIFICATE OF SERVICE** |

1  I, Deborah Grubbs, declare:

2  I am employed in Santa Clara County, State of California.  I am over the age of 18 years

3  and not a party to the within action.  My business address is Wilson Sonsini Goodrich & Rosati,

4  650 Page Mill Road, Palo Alto, California 94304-1050.

5  On this date, I served:

6  **1.    JOINT SUBMISSION REGARDING SEALING**

7  **2.    [PROPOSED] ORDER GRANTING DEFENDANTS' AND NON-PARTY MODERN WORKS' MOTION TO SEAL**

8

9  **3.    DECLARATION OF CATHERINE R. HARTMAN IN SUPPORT OF DEFENDANTS' SEALING REQUESTS**

10  **4.    DECLARATION OF WALEED DIAB IN SUPPORT OF YOUTUBE'S REQUEST TO SEAL WITH PUBLIC REDACTED VERSION OF EXHIBIT 1**

11

12  **5.    DECLARATION OF JOANNE SUK IN SUPPORT OF YOUTUBE'S REQUEST TO SEAL WITH PUBLIC REDACTED VERSION OF EXHIBIT 1**

13

14

15  ☒    By forwarding the document(s) by electronic transmission on this date to the Internet email address listed below:

16  "A" Side Music LLC d/b/a Modern Works Music Publishing
    c/o Dan Coleman

17  Email:  dan.coleman@modernworkspub.com

18

19  I am readily familiar with Wilson Sonsini Goodrich & Rosati's practice for collection and

20  processing of documents for delivery according to instructions indicated above.  In the ordinary

21  course of business, documents would be handled accordingly.

22  I declare under penalty of perjury under the laws of the United States of America and the

23  State of California that the foregoing is true and correct.  Executed at San Mateo, California on

24  October 27, 2022.

25

26  _____
    Deborah Grubbs

27

28