DAVID H. KRAMER, SBN 168452
MAURA L. REES, SBN 191698
LAUREN GALLO WHITE, SBN 309075
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: dkramer@wsgr.com
       mrees@wsgr.com
       lwhite@wsgr.com

BRIAN M. WILLEN (admitted *Pro Hac Vice*)
CATHERINE R. HARTMAN (admitted *Pro Hac Vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, NY 10019-6022
Telephone: (212) 999-5800
Facsimile: (212) 999-5801
Email: bwillen@wsgr.com
Email: chartman@wsgr.com

Attorneys for Defendants and Counterclaimants
YOUTUBE, LLC and GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING LTD., individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>      v.<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>                    Defendants<br><br>_____<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>                    Counterclaimants,<br><br>      v.<br><br>PIRATE MONITOR LTD, PIRATE MONITOR LLC, and GÁBOR CSUPÓ,<br><br>                    Counterclaim Defendants. | CASE NO.: 3:20-cv-04423-JD<br><br>**YOUTUBE, LLC AND GOOGLE LLC'S INTERIM ADMINISTRATIVE MOTION TO SEAL OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND RELATED DOCUMENTS** |

1   Pursuant to Civil Local Rules 7-11 and 79-5, Defendants-Counterclaimants YouTube, LLC and Google LLC ("Defendants") submit this interim administrative motion to file under seal the unredacted versions of Defendants' Opposition to Plaintiffs' Motion for Class Certification and related declarations and exhibits. The reasons for sealing will be discussed in a forthcoming omnibus sealing motion filed jointly by the parties by December 8, 2022, pursuant to the stipulation approved by the Court on October 26, 2022 (Dkt. No. 193).

Respectfully submitted,

Dated:  November 14, 2022

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:  /s/ David H. Kramer
David H. Kramer
dkramer@wsgr.com

Attorneys for Defendants