| | |
|---|---|
| DAVID H. KRAMER, SBN 168452<br>MAURA L. REES, SBN 191698<br>LAUREN GALLO WHITE, SBN 309075<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone: (650) 493-9300<br>Facsimile: (650) 565-5100<br>Email:  dkramer@wsgr.com<br>        mrees@wsgr.com<br>        lwhite@wsgr.com | BRIAN M. WILLEN (admitted *Pro Hac Vice*)<br>CATHERINE R. HARTMAN (admitted *Pro Hac Vice*)<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>1301 Avenue of the Americas, 40th Floor<br>New York, NY 10019-6022<br>Telephone: (212) 999-5800<br>Facsimile: (212) 999-5801<br>Email:  bwillen@wsgr.com<br>Email:  chartman@wsgr.com |

Attorneys for Defendants and Counterclaimants
YOUTUBE, LLC and GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING LTD., individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>    Defendants<br>_____<br>YOUTUBE, LLC and GOOGLE LLC,<br><br>    Counterclaimants,<br><br>    v.<br><br>PIRATE MONITOR LTD, PIRATE MONITOR LLC, and GÁBOR CSUPÓ,<br><br>    Counterclaim Defendants. | CASE NO.: 3:20-cv-04423-JD<br><br>**CERTIFICATE OF SERVICE** |

CERTIFICATE OF SERVICE                                        CASE NO. 3:20-cv-04423-JD

I, Deborah Grubbs, declare:

I am employed in Santa Clara County, State of California. I am over the age of 18 years and not a party to the within action. My business address is Wilson Sonsini Goodrich & Rosati, 650 Page Mill Road, Palo Alto, California 94304-1050.

On this date, I served:

1. **UNREDACTED VERSION OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

2. **UNREDACTED VERSION OF THE DECLARATION OF CHENYUAN ZHU IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

3. **UNREDACTED VERSION OF THE DECLARATION OF PAUL N. HAROLD IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

4. **UNREDACTED VERSION OF EXHIBIT 7 TO THE DECLARATION OF PAUL N. HAROLD**

5. **UNREDACTED VERSION OF EXHIBIT 8 TO THE DECLARATION OF PAUL N. HAROLD**

6. **UNREDACTED VERSION OF EXHIBIT 9 TO THE DECLARATION OF PAUL N. HAROLD**

7. **UNREDACTED VERSION OF EXHIBIT 22 TO THE DECLARATION OF PAUL N. HAROLD**

8. **UNREDACTED VERSION OF EXHIBIT 28 TO THE DECLARATION OF PAUL N. HAROLD**

9. **UNREDACTED VERSION OF EXHIBIT 29 TO THE DECLARATION OF PAUL N. HAROLD**

10. **UNREDACTED VERSION OF EXHIBIT 30 TO THE DECLARATION OF PAUL N. HAROLD**

11. **UNREDACTED VERSION OF EXHIBIT 31 TO THE DECLARATION OF PAUL N. HAROLD**

☒   By forwarding the document(s) by electronic transmission on this date to the Internet email address listed below:

BSFYouTube@bsfllp.com and Ktyoutube@koreintillery.com

1  I am readily familiar with Wilson Sonsini Goodrich & Rosati's practice for collection and
2  processing of documents for delivery according to instructions indicated above.  In the ordinary
3  course of business, documents would be handled accordingly.
4  I declare under penalty of perjury under the laws of the United States of America and the
5  State of California that the foregoing is true and correct.  Executed at San Mateo, California on
6  November 14, 2022.

*Deborah Grubbs* (signature)
Deborah Grubbs