# EXHIBIT F

to the Declaration of Chenyuan Zhu

**Ticket T7-41817123**

Conversation with **antipiracy@azapi.ru** · YouTube Copyright Complaint Submission

---

antipiracy@azapi.ru
To:
Subject: Copyright Complaint Submission

Dec 17, 2019, 4:22 AM

Video IDs: 3Zba6EKWvYE, 4U3gwvES_NM, Dkk3im7Adug, F8JnyUM3rTA, GDLbroE7WSx, NJxE4MfITH4, cH7U5JIgvWo, e6BH14atIw, ehK11VEGM0I, tG0Mzribe0OE

---

video-rights
To: antipiracy@azapi.ru
Subject: YouTube Copyright Complaint Submission

Dec 17, 2019, 4:22 AM



## Подтверждение уведомления о нарушении авторских прав

Ваша жалоба будет рассмотрена в ближайшее время. Если она окажется обоснованной и полной, мы примем ее. Вы получите сообщение о нашем решении по электронной почте.

Вот какие сведения Вы предоставили:

Имя правообладателя (название компании, если применимо): АЗАПИ от имени ООО "Аудиокнига"

Ваше полное имя (псевдонимы, имена пользователей и инициалы недопустимы): Максим Рябыко
Ваша должность (имеете ли Вы полномочия для подачи этой жалобы): Генеральный Директор

Адрес:
Красноказарменная, 9
Москва, Россия 111250
RU

Имя пользователя: antipiracy@azapi.ru
Адрес электронной почты: antipiracy@azapi.ru
Телефон: 8 (495) 646-70-20

URL-адрес нарушающего авторские права видео, которое нужно удалить: http://www.youtube.com/watch?v=3Zba6EKWvYE.
Опишите работу, авторские права на которую предположительно были нарушены: Оригинальная песня моей компании, организации или клиента

○ Название оригинальной песни: Аудиокнига "Шарма Робин. Кто заплачет, когда ты умрешь? Уроки жизни от монаха, который продал свой «феррари»"
○ В какой момент отображается контент? Во всем видео

URL-адрес нарушающего авторские права видео, которое нужно удалить: http://www.youtube.com/watch?v=4U3gwvES_NM
Опишите работу, авторские права на которую предположительно были нарушены: Оригинальная песня моей компании, организации или клиента

○ Название оригинальной песни: Аудиокнига "Харв Дмитрий. П. Ш. #Новая жизнь. Обратного пути уже не будет"
○ В какой момент отображается контент? Во всем видео

URL-адрес нарушающего авторские права видео, которое нужно удалить: http://www.youtube.com/watch?v=Dkk3im7Adug
Опишите работу, авторские права на которую предположительно были нарушены: Оригинальная песня моей компании, организации или клиента

○ Название оригинальной песни: Аудиокнига "Яхина Гузель Шамилевна: Зулейха открывает глаза"
○ В какой момент отображается контент? Во всем видео

URL-адрес нарушающего авторские права видео, которое нужно удалить: http://www.youtube.com/watch?v=F8JnyUM3rTA
Опишите работу, авторские права на которую предположительно были нарушены: Оригинальная песня моей компании, организации или клиента

- Название оригинальной песни: Аудиокнига "Якина Гузель Шамилевна. Дети мои"
- В какой момент отображается контент? Во всем видео

URL-адрес нарушающего авторские права видео, которое нужно удалить: http://www.youtube.com/watch?v=GDLbrcE7WSk
Опишите работу, авторские права на которую предположительно были нарушены: Оригинальная песня моей компании, организации или клиента

- Название оригинальной песни: Аудиокнига "Шарма Робин. Монах, который продал свой «феррари»"
- В какой момент отображается контент? Во всем видео

URL-адрес нарушающего авторские права видео, которое нужно удалить: http://www.youtube.com/watch?v=NJxE4MPlTt4
Опишите работу, авторские право на которую предположительно были нарушены. Оригинальная песня моей компании, организации или клиента

- Название оригинальной песни: Аудиокнига и "Шарма Робин. Кто заплачет, когда ты умрешь? Уроки жизни от монаха, который продал свой «феррари»"
- В какой момент отображается контент? Во всем видео

URL-адрес нарушающего авторские права видео, которое нужно удалить: http://www.youtube.com/watch?v=cH7US JIgVWo
Опишите работу, авторские право на которую предположительно были нарушены. Оригинальная песня моей компании, организации или клиента

- Название оригинальной песни: Аудиокнига "Шарма Робин. Монах, который продал свой «феррари»"
- В какой момент отображается контент? Во всем видео

URL-адрес нарушающего авторские права видео, которое нужно удалить: http://www.youtube.com/watch?v=-e6BlrT4sI9w
Опишите работу, авторские права на которую предположительно были нарушены. Оригинальная песня моей компании, организации или клиента

- Название оригинальной песни: Аудиокнига "Шарма Робин. Кто заплачет, когда ты умрешь? Уроки жизни от монаха, который продал свой «феррари»"
- В какой момент отображается контент? Во всем видео

URL-адрес нарушающего авторские права видео, которое нужно удалить: http://www.youtube.com/watch?v=-ehK11VEOM0l
Опишите работу, авторские права на которую предположительно были нарушены. Оригинальная песня моей компании, организации или клиента

- Название оригинальной песни: Аудиокнига "Эндерс Д. Очаровательный кишечник. Как самый могущественный орган управляет нами"
- В какой момент отображается контент? Во всем видео

URL-адрес нарушающего авторские права видео, которое нужно удалить: http://www.youtube.com/watch?v=tG0MdHbv0DE
Опишите работу, авторские права на которую предположительно были нарушены. Оригинальная песня моей компании, организации или клиента

- Название оригинальной песни: Аудиокнига "Шарма Робин. Кто заплачет, когда ты умрешь? Уроки жизни от монаха, который продал свой «феррари»"
- В какой момент отображается контент? Во всем видео

Страна, где действует авторское право: RU

Я добросовестно заявляю:

- Я являюсь правообладателем или представителем, уполномоченным действовать от имени обладателя эксклюзивных прав, которые предположительно были нарушены.

GOOG-SCHNDR-00040161

- Я заявляю, что использование материалов указанным способом не разрешено правообладателем, его уполномоченным представителем или применимым законодательством; и
- Это уведомление является точным.
- Я сознаю, что ложное обвинение в ущемлении авторских прав с помощью этой процедуры может повлечь за собой юридические последствия.
- Я сознаю, что неправомочное использование этого инструмента приведет к закрытию моего аккаунта YouTube.

**Заверенная подпись: Максим Рябько**

С уважением,

— коллектив YouTube

Справочный центр • Настройки электронной почты

©2019 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066, USA

---

**video-rights**                                          Dec 18, 2019, 3:26 AM
To: antipiracy@azapi.ru
Subject: YouTube Copyright Compliant Submission



Здравствуйте, antipiracy@azapi.ru!

Спасибо, что обратились к нам. Мы рассмотрели Ваш запрос и удалили оспариваемые ролики.

При желании Вы можете в любой момент отозвать жалобу на нарушение авторских прав.

- Команда YouTube

Вот какие сведения Вы предоставили:

Имя правообладателя (название компании, если применимо): АЗАПИ от имени ООО "Аудиокнига"
Ваше полное имя (псевдонимы, имена пользователей и инициалы недопустимы): Максим Рябько
Ваша должность (имеете ли Вы полномочия для подачи этой жалобы?): Генеральный Директор
Адрес:
Краснозаряменная, 9
Москва, Россия 111250
RU
Имя пользователя: antipiracy@azapi.ru
Адрес электронной почты: antipiracy@azapi.ru
Телефон: 8 (495) 646-70-20

URL-адрес нарушающего авторские права видео, которое нужно удалить: http://www.youtube.com/watch?v=3Zbs6DXWvYE
Опишите работу, авторские права на которую предположительно были нарушены: Оригинальная песня моей компании, организации или клиента

- Название оригинальной песни: Аудиокнига "Шарма Робин. Кто заплачет, когда ты умрешь? Уроки жизни от монаха, который продал свой «феррари»"
- В какой момент отображается контент? Во всем видео

URL-адрес нарушающего авторские права видео, которое нужно удалить: http://www.youtube.com/watch?v=4U3gwvES_NM
Опишите работу, авторские права на которую предположительно были нарушены: Оригинальная песня моей компании, организации или клиента

- Название оригинальной песни: Аудиокнига "Хара Дмитрий. П. Ш. #Новая жизнь. Обратного пути уже не будет!"
- В какой момент отображается контент? Во всем видео

URL-адрес нарушающего авторские права видео, которое нужно удалить: http://www.youtube.com/watch?v=0kkJirn7Adug
Опишите работу, авторские права на которую предположительно были нарушены: Оригинальная песня моей компании, организации или клиента

CONFIDENTIAL

- Название оригинальной песни: Аудиокнига "Якина Гузель Шамилевна. Зулейха открывает глаза"
- В какой момент отображается контент? Во всем видео

URL-адрес нарушающего авторские права видео, которое нужно удалить: http://www.youtube.com/watch?v=F8JayUM3rTA
Опишите работу, авторские права на которую предположительно были нарушены: Оригинальная песня моей компании, организации или клиента

- Название оригинальной песни: Аудиокнига "Якина Гузель Шамилевна. Дети мои"
- В какой момент отображается контент? Во всем видео

URL-адрес нарушающего авторские права видео, которое нужно удалить: http://www.youtube.com/watch?v=GDLbreE7WSk
Опишите работу, авторские права на которую предположительно были нарушены: Оригинальная песня моей компании, организации или клиента

- Название оригинальной песни: Аудиокнига "Шарма Робин. Монах, который продал свой «феррари»"
- В какой момент отображается контент? Во всем видео

URL-адрес нарушающего авторские права видео, которое нужно удалить: http://www.youtube.com/watch?v=NJxE4MFfiTt4
Опишите работу, авторские права на которую предположительно были нарушены: Оригинальная песня моей компании, организации или клиента

- Название оригинальной песни: Аудиокнига "Шарма Робин. Кто заплачет, когда ты умрешь? Уроки жизни от монаха, который продал свой «феррари»"
- В какой момент отображается контент? Во всем видео

URL-адрес нарушающего авторские права видео, которое нужно удалить: http://www.youtube.com/watch?v=cH7USJlgVWo
Опишите работу, авторские права на которую предположительно были нарушены: Оригинальная песня моей компании, организации или клиента

- Название оригинальной песни: Аудиокнига "Шарма Робин. Монах, который продал свой «феррари»"
- В какой момент отображается контент? Во всем видео

URL-адрес нарушающего авторские права видео, которое нужно удалить: http://www.youtube.com/watch?v=e6Rlr14st9w
Опишите работу, авторские права на которую предположительно были нарушены: Оригинальная песня моей компании, организации или клиента

- Название оригинальной песни: Аудиокнига "Шарма Робин. Кто заплачет, когда ты умрешь? Уроки жизни от монаха, который продал свой «феррари»"
- В какой момент отображается контент? Во всем видео

URL-адрес нарушающего авторские права видео, которое нужно удалить: http://www.youtube.com/watch?v=eInK11VFGM0I
Опишите работу, авторские права на которую предположительно были нарушены: Оригинальная песня моей компании, организации или клиента

- Название оригинальной песни: Аудиокнига "Эндерс Д. Очаровательный кишечник. Как самый могущественный орган управляет нами"
- В какой момент отображается контент? Во всем видео

URL-адрес нарушающего авторские права видео, которое нужно удалить: http://www.youtube.com/watch?v=tGOMrH8e0DE
Опишите работу, авторские права на которую предположительно были нарушены: Оригинальная песня моей компании, организации или клиента

- Название оригинальной песни: Аудиокнига "Шарма Робин. Кто заплачет, когда ты умрешь? Уроки жизни от монаха, который продал свой «феррари»"
- В какой момент отображается контент? Во всем видео

CONFIDENTIAL

GOOG-SCHNDR-00040163

Страна, где действует авторское право: RU

Я добросовестно заявляю:

- Я являюсь правообладателем или представителем, уполномоченным действовать от имени обладателя эксклюзивных прав, которые предположительно были нарушены.
- Я заявляю, что использование материалов указанным способом не разрешено правообладателем, его уполномоченным представителем или применимым законодательством, и
- Это уведомление является точным.
- Я сознаю, что ложное обвинение в ущемлении авторских прав с помощью этой процедуры может повлечь за собой юридические последствия.
- Я сознаю, что неправомочное использование этого инструмента приведет к закрытию моего аккаунта YouTube.

**Заверенная подпись: Максим Рябыко**

Справочный центр · Настройки конфиденциальности

©2017 YouTube, LLC 901 Cherry Ave. San Bruno, CA 94066 USA

CONFIDENTIAL

GOOG-SCHNDR-00040164