# EXHIBIT G

to the Declaration of Chenyuan Zhu

**Ticket T7-14251391**

Conversation with **antipiracy@azapi.ru** · YouTube Copyright Complaint Submission

---

antipiracy@azapi.ru
To:
Subject: Copyright Complaint Submission

Jun 13, 2019, 4:50 AM

Video IDs: EtpGEiQfZwU, LCeJiHSPNtI, o878yndaHqY

---

video-rights
To: antipiracy@azapi.ru
Subject: YouTube Copyright Complaint Submission

Jun 13, 2019, 4:50 AM



### Подтверждение уведомления о нарушении авторских прав

Ваша жалоба будет рассмотрена в ближайшее время. Если она окажется обоснованной и полной, мы примем ее. Вы получите сообщение о нашем решении по электронной почте.

Вот какие сведения Вы предоставили:

Имя правообладателя (название компании, если применимо): АЗАПИ от имени ООО "Аудиокнига"

Ваше полное имя (псевдонимы, имена пользователя и инициалы недопустимы): Максим Рябыко
Ваша должность (имеете ли Вы полномочия для подачи этой жалобы?): Генеральный Директор

Адрес:
Красноказарменная, 9
Москва, Россия 111250
RU

Имя пользователя: antipiracy@azapi.ru
Адрес электронной почты: antipiracy@azapi.ru
Телефон: 8 (495) 646-70-20

URL-адрес нарушающего авторские права видео, которое нужно удалить: http://www.youtube.com/watch?v=EtpGEiQfZwU
Опишите работу, авторские права на которую предположительно были нарушены: Оригинальная песня моей компании, организации или клиента

- Название оригинальной песни: Аудиокнига "Яхина Гузель Шамилевна. Зулейха открывает глаза"
- В какой момент отображается контент? Во всем видео

URL-адрес нарушающего авторские права видео, которое нужно удалить: http://www.youtube.com/watch?v=LCeJiHSPNtI
Опишите работу, авторские права на которую предположительно были нарушены: Оригинальная песня моей компании, организации или клиента

- Название оригинальной песни: Аудиокнига "Яхина Гузель Шамилевна. Дети мои"
- В какой момент отображается контент? Во всем видео

URL-адрес нарушающего авторские права видео, которое нужно удалить: http://www.youtube.com/watch?v=o878yndaHqY
Опишите работу, авторские права на которую предположительно были нарушены: Оригинальная песня моей компании, организации или клиента

- Название оригинальной песни: Аудиокнига "Яхина Гузель Шамилевна. Зулейха открывает глаза"
- В какой момент отображается контент? Во всем видео

Страна, где действует авторское право: RU

Я добросовестно заявляю:

* Я являюсь правообладателем или представителем, уполномоченным действовать от имени обладателя эксклюзивных прав, которые предположительно были нарушены.

CONFIDENTIAL                                                                                                                                 GOOG-SCHNDR-00040130

- Я заявляю, что использование материалов указанным способом не разрешено правообладателем, его уполномоченным представителем или применимым законодательством; и
- Это уведомление является точным.
- Я сознаю, что ложное обвинение в ущемлении авторских прав с помощью этой процедуры может повлечь за собой юридические последствия.
- Я сознаю, что неправомочное использование этого инструмента приведёт к закрытию моего аккаунта YouTube.

Заверенная подпись: Максим Рябыко

С уважением,

— коллектив YouTube

Справочный центр · Настройки электронной почты

©2019 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066, USA

---

**video-rights**                                                                                           Jun 14, 2019, 7:26 AM
To: antipiracy@azapi.ru
Subject: YouTube Copyright Complaint Submission



Здравствуйте, antipiracy@azapi.ru!

Спасибо, что обратились к нам.

Мы не можем рассмотреть Вашу жалобу, поскольку контент, о котором идет речь, уже удален.

- Команда YouTube

Вот какие сведения Вы предоставили:

Имя правообладателя (название компании, если применимо): АЗАПИ от имени ООО "Аудиокнига"
Ваше полное имя (псевдонимы, имена пользователя и инициалы недопустимы): Максим Рябыко
Ваша должность (имеете ли Вы полномочия для подачи этой жалобы?): Генеральный Директор
Адрес:
Красноказарменная, 9
Москва, Россия 111250
RU
Имя пользователя: antipiracy@azapi.ru
Адрес электронной почты: antipiracy@azapi.ru
Телефон: 8 (495) 646-70-20

URL-адрес нарушающего авторские права видео, которое нужно удалить: http://www.youtube.com/watch?v=EtpGEtQfZwU
Опишите работу, авторские права на которую предположительно были нарушены: Оригинальная песня моей компании, организации или клиента

- Название оригинальной песни: Аудиокнига "Яхина Гузель Шамилевна. Зулейха открывает глаза"
- В какой момент отображается контент? Во всем видео

URL-адрес нарушающего авторские права видео, которое нужно удалить: http://www.youtube.com/watch?v=LCeJiHSPNtI
Опишите работу, авторские права на которую предположительно были нарушены: Оригинальная песня моей компании, организации или клиента

- Название оригинальной песни: Аудиокнига "Яхина Гузель Шамилевна. Дети мои"
- В какой момент отображается контент? Во всем видео

URL-адрес нарушающего авторские права видео, которое нужно удалить: http://www.youtube.com/watch?v=o878yndaHqY
Опишите работу, авторские права на которую предположительно были нарушены: Оригинальная песня моей компании, организации или клиента

CONFIDENTIAL                                                                                           GOOG-SCHNDR-00040131

- Название оригинальной песни: Аудиокнига "Яхина Гузель Шамилевна. Зулейха открывает глаза"
- В какой момент отображается контент? Во всем видео

Страна, где действует авторское право: RU

Я добросовестно заявляю:

- Я являюсь правообладателем или представителем, уполномоченным действовать от имени обладателя эксклюзивных прав, которые предположительно были нарушены.
- Я заявляю, что использование материалов указанным способом не разрешено правообладателем, его уполномоченным представителем или применимым законодательством; и
- Это уведомление является точным.
- Я сознаю, что ложное обвинение в ущемлении авторских прав с помощью этой процедуры может повлечь за собой юридические последствия.
- Я сознаю, что неправомочное использование этого инструмента приведет к закрытию моего аккаунта YouTube.

Заверенная подпись: Максим Рябыко

Справочный центр • Настройки электронной почты

©2018 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066 USA

CONFIDENTIAL                                                                                                                                                 GOOG-SCHNDR-00040132