# EXHIBIT J

to the Declaration of Chenyuan Zhu

**Ticket T20-45631765**

Conversation with **kotova@azapi.ru** · YouTube Copyright Complaint Submission

---

**kotova@azapi.ru**  Mar 25, 2020, 9:42 AM
To:
Subject: Copyright Complaint Submission

Video IDs: B-ofBbFd1dA

---

**video-rights**  Mar 25, 2020, 9:43 AM
To: kotova@azapi.ru
Subject: YouTube Copyright Complaint Submission

**YouTube**

Hi АЗАПИ,

Thank you very much for your notification. The content has been removed.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=B-ofBbFd1dA
Describe the work allegedly infringed: Борис Акунин Огненный перст (сборник)

I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube account.

Authorized Signature: Максим Рябыко

Help center · Email options

©2020 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066, USA

CONFIDENTIAL                                                                                                                 GOOG-SCHNDR-00041449