# EXHIBIT 10

to the Declaration of Paul Harold

```
 1
 2   UNITED STATES DISTRICT COURT
 3   NORTHERN DISTRICT OF CALIFORNIA
 4   SAN FRANCISCO DIVISION
 5   ------------------------------------x
 6   MARIA SCHNEIDER, UNIGLOBE
     ENTERTAINMENT, LLC and AST
 7   PUBLISHING LTD., individually and
     on behalf of all others similarly
 8   situated,
 9                          Plaintiffs,
10   -against-         Case No. 3:20-cv-4423
11   YOUTUBE, LLC; and GOOGLE LLC,
12                          Defendants.
13   ------------------------------------x
14
15       REMOTE VIDEOTAPED DEPOSITION OF
                MARIA SCHNEIDER
16              New York, New York
                 June 14, 2022
17
18
19   Reported By:
20   ERIC J. FINZ
21
22
23
24
25
```

Page 1

| | | |
|---|---|---|
| 1 | MARIA SCHNEIDER | |
| 2 | because I'm the one who -- who has the | 10:50:32 |
| 3 | sole right to authorize something. | 10:50:36 |
| 4 | Q.   So beyond just looking at the | 10:50:39 |
| 5 | videos and your own knowledge, you didn't | 10:50:41 |
| 6 | refer back to any other documents to make | 10:50:43 |
| 7 | determinations about authorization? | 10:50:46 |
| 8 | MR. ZELCS:  Objection; form. | 10:50:48 |
| 9 | A.   Yeah, I mean, I -- ask the | 10:50:51 |
| 10 | question again, please. | 10:51:01 |
| 11 | Q.   Sure. | 10:51:02 |
| 12 | Beyond looking at the videos | 10:51:03 |
| 13 | and using your own personal knowledge, | 10:51:05 |
| 14 | you didn't go back and look at any other | 10:51:07 |
| 15 | documents to make determinations about | 10:51:09 |
| 16 | whether these videos were authorized? | 10:51:11 |
| 17 | A.   I fully understood that there | 10:51:13 |
| 18 | were not documents where I gave | 10:51:21 |
| 19 | permission for these. | 10:51:23 |
| 20 | Q.   When you reviewed these videos | 10:51:25 |
| 21 | to include in your response to the second | 10:51:32 |
| 22 | interrogatory, did you consider whether | 10:51:35 |
| 23 | each video may be a fair use? | 10:51:37 |
| 24 | A.   Yes, that's always something | 10:51:41 |
| 25 | you would take into consideration. | 10:51:46 |

Page 52

```
                             MARIA SCHNEIDER
```

```
1                    MARIA SCHNEIDER                       12:13:56
2    No. 4 and interrogatory No. 8, you only               12:13:56
3    listed two occasions on which you                     12:14:02
4    authorized any person to copy, display,               12:14:05
5    distribute or publicly perform works in               12:14:09
6    suit on YouTube, which were Royal Academy             12:14:11
7    of Music and Elmhurst College?                        12:14:15
8         A.   Yes.                                        12:14:18
9         Q.   So this one reflected in                    12:14:18
10   Exhibit 22 is not listed in your                      12:14:20
11   interrogatory response; is it?                        12:14:22
12        A.   Yes, apparently I forgot this               12:14:23
13   one.                                                  12:14:25
14             MS. REES:  Exhibit 23.                      12:14:50
15             (Schneider Exhibit 23 for                   12:14:51
16        identification, email dated                      12:14:51
17        December 5, 2008, production                     12:14:51
18        numbers SCHNEIDER 124248 through                 12:14:51
19        SCHNEIDER 124252.)                               12:17:48
20   BY MS. REES:                                          12:17:48
21        Q.   Do you recognize Exhibit 23?                12:17:48
22        A.   I vaguely recall this, this                 12:17:49
23   exchange of using some of my music for a              12:17:53
24   Bird-a-thon Mass Audubon video.  Back in,             12:17:57
25   let's see, 2008.                                      12:18:05
```

Page 98

| | | |
|---|---|---|
| 1 | MARIA SCHNEIDER | |
| 2 | Q.    At the bottom of the first | 12:18:07 |
| 3 | page, Alice DeLuca asks you, "Would you | 12:18:09 |
| 4 | be amenable to having the music on the | 12:18:14 |
| 5 | YouTube venue, as opposed to just having | 12:18:17 |
| 6 | the slide show shared among our | 12:18:19 |
| 7 | Bird-a-thoners directly?" | 12:18:21 |
| 8 | And in the responsive email | 12:18:24 |
| 9 | you said, "Of course you can do this on | 12:18:25 |
| 10 | YouTube."  Right? | 12:18:28 |
| 11 | A.    Yes. | 12:18:29 |
| 12 | Q.    So this is another video that | 12:18:30 |
| 13 | you authorized to appear on YouTube? | 12:18:31 |
| 14 | A.    Yes.  This is a video to raise | 12:18:33 |
| 15 | money for birds, which is my biggest | 12:18:36 |
| 16 | interest. | 12:18:39 |
| 17 | Q.    You also didn't identify this | 12:18:43 |
| 18 | video in your responses to interrogatory | 12:18:45 |
| 19 | No. 4 and interrogatory No. 8, which | 12:18:47 |
| 20 | asked you to identify videos that you had | 12:18:49 |
| 21 | authorized to appear on YouTube? | 12:18:51 |
| 22 | A.    I guess I missed this one. | 12:18:53 |
| 23 | This is from 2008. | 12:18:55 |
| 24 | MS. REES:  Tab 29. | 12:19:01 |
| 25 | Exhibit 24. | 12:19:06 |

Page 99

| | | |
|---|---|---|
| 1 | MARIA SCHNEIDER | |
| 2 | MR. ZELCS: Is that -- I'm | 14:49:47 |
| 3 | sorry. Form. Objection; form. | 14:49:48 |
| 4 | A. Through a third-party they | 14:49:52 |
| 5 | can. Yeah, I mean -- I don't understand | 14:49:56 |
| 6 | the question. Please ask again. | 14:50:02 |
| 7 | Q. Whether directly or through a | 14:50:04 |
| 8 | third-party, Modern Works could claim | 14:50:07 |
| 9 | your compositions on Content ID on your | 14:50:09 |
| 10 | behalf. | 14:50:12 |
| 11 | A. Yes. And I said I didn't want | 14:50:15 |
| 12 | that to happen. | 14:50:17 |
| 13 | THE WITNESS: I might have to | 14:50:41 |
| 14 | use a bathroom break. | 14:50:42 |
| 15 | MS. REES: Sure. | 14:50:44 |
| 16 | THE WITNESS: Five minutes. | 14:50:45 |
| 17 | THE VIDEOGRAPHER: Thank you. | 14:50:47 |
| 18 | The time is approximately 2:51, we | 14:50:48 |
| 19 | are going off the record. This is | 14:50:50 |
| 20 | the end of media 3. | 14:50:51 |
| 21 | (A recess was taken.) | 14:50:57 |
| 22 | THE VIDEOGRAPHER: The time is | 14:58:10 |
| 23 | approximately 2:59, we're back on | 14:58:12 |
| 24 | the record. This is the beginning | 14:58:15 |
| 25 | of media 5. | 14:58:17 |

Page 163

|   |   |   |
|---|---|---|
| 1 | MARIA SCHNEIDER | |
| 2 | April.  If you can help with that I'd be | 15:56:55 |
| 3 | happy to pay, I would be most grateful, | 15:56:56 |
| 4 | and we should discuss some kind of | 15:56:59 |
| 5 | service you could offer.  I don't have | 15:57:00 |
| 6 | the final master yet but hopefully in | 15:57:01 |
| 7 | about a week I will." | 15:57:03 |
| 8 | Do you see that? | 15:57:05 |
| 9 | A.   I do. | 15:57:05 |
| 10 | Q.   So was Noah Becker at AdRev | 15:57:05 |
| 11 | offering to give you free access to block | 15:57:12 |
| 12 | on Content ID? | 15:57:17 |
| 13 | A.   Yes.  He was.  And this goes | 15:57:19 |
| 14 | further to the point that it was a | 15:57:24 |
| 15 | special thing that he talked about with | 15:57:28 |
| 16 | people in the context of us having all | 15:57:30 |
| 17 | traipsed to Washington, telling our sob | 15:57:36 |
| 18 | stories on a private hearing.  So it was | 15:57:39 |
| 19 | a very special, you know, situation for | 15:57:44 |
| 20 | two people. | 15:57:49 |
| 21 | Q.   And did you take up Noah | 15:57:50 |
| 22 | Becker on his offer to provide you with | 15:57:52 |
| 23 | free blocking on Content ID? | 15:57:54 |
| 24 | A.   My -- my first thought was I | 15:57:56 |
| 25 | felt badly taking it from him for free. | 15:58:01 |

Page 193

```
1                 MARIA SCHNEIDER
2      Because he's a business person there          15:58:05
3      at -- and I -- sorry, I just want to read    15:58:09
4      my words.                                     15:58:18
5               But then this all put me in         15:58:22
6      kind of a moral dilemma.                      15:58:28
7          Q.   What was the moral dilemma?         15:58:30
8          A.   The moral dilemma is that I         15:58:33
9      save myself and the cause that I'm           15:58:39
10     fighting is, you know, that not everybody    15:58:41
11     has the wherewithal and the opportunity      15:58:46
12     to go to a closed hearing and be sitting     15:58:50
13     next to somebody and having that             15:58:54
14     opportunity.  So it felt to me using a       15:58:56
15     situation for my own gain and not for the    15:58:59
16     reason I was there, which was being there    15:59:03
17     on the behalf of a massive group of          15:59:05
18     people that need help with infringement.     15:59:11
19         Q.   So you turned down                  15:59:17
20     Mr. Becker's offer to allow you to use       15:59:19
21     AdRev for blocking your works through        15:59:20
22     Content ID on YouTube?                       15:59:23
23         A.   I ended up letting it go.           15:59:25
24         Q.   You ended up letting it go          15:59:48
25     because that would be an opportunity to      15:59:50
```

Page 194

| | | |
|---|---|---|
| 1 | MARIA SCHNEIDER | |
| 2 | A.    I do not know what YouTube | 16:30:41 |
| 3 | allows and doesn't allow. | 16:30:45 |
| 4 | Q.    You don't know whether YouTube | 16:30:48 |
| 5 | allows people to use third-party software | 16:30:52 |
| 6 | to download videos from YouTube? | 16:30:55 |
| 7 | A.    I mean, I don't know what | 16:30:59 |
| 8 | YouTube -- I can't speak to this.  This | 16:31:01 |
| 9 | isn't my area of expertise, I'm sorry. | 16:31:04 |
| 10 | Q.    Okay.  So if I ask you, do you | 16:31:06 |
| 11 | use embedded file metadata to prevent or | 16:31:17 |
| 12 | detect copyright infringement on internet | 16:31:22 |
| 13 | sites, do you know whether you do that? | 16:31:25 |
| 14 | A.    I don't know what tools can be | 16:31:29 |
| 15 | used out there to find metadata.  But I | 16:31:34 |
| 16 | know that metadata is considered the most | 16:31:38 |
| 17 | important tool for creators to get paid. | 16:31:42 |
| 18 | It's everything.  Copyright management | 16:31:47 |
| 19 | information is the international, it | 16:31:50 |
| 20 | gives the opportunity for the | 16:31:55 |
| 21 | international standard, the ISRC codes, | 16:31:56 |
| 22 | to identify that recorded work.  There | 16:31:59 |
| 23 | are ISWC codes that identify your song in | 16:32:03 |
| 24 | ASCAP. | 16:32:08 |
| 25 | So it's very important | 16:32:09 |

Page 210