# EXHIBIT 11

to the Declaration of Paul Harold

```
 1                UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3                  SAN FRANCISCO DIVISION
 4
 5     MARIA SCHNEIDER, UNIGLOBE   )
       ENTERTAINMENT, LLC, and     )
 6     AST PUBLISHING LTD.,        )
       individually and on         )
 7     behalf of all others        )
       similarly situated,         )
 8                                 )
                 Plaintiffs,       )
 9                                 )
                vs.                )  No.  3:20-cv-4423
10                                 )
       YOUTUBE, LLC; and GOOGLE    )
11     LLC,                        )
                                   )
12               Defendants.       )
       --------------------------  )
13
14
15                      June 23, 2022
16                      9:28 a.m.
17
18          Deposition of MARIE LE CLAIRE, held at
19      the offices of Wilson Sonsini Goodrich &
20      Rosati, 1301 Avenue of the Americas, New York,
21      New York, pursuant to subpoena, before
22      Laurie A. Collins, a Registered Professional
23      Reporter and Notary Public of the State of New
24      York.
25
```

Page 1

1  responsibility I was given.

2  So that is when I started taking -- I
3  started taking on her road managing, which is what
4  the advancing work is part of.  That's what a road
5  manager does, as well as traveling with Maria's        09:53:58
6  band.

7  Q.  What other tasks did you perform for
8  Ms. Schneider between 2008 and November 2021?

9  A.  Probably too many to name, really.  I
10 mean, you know, everything from day-to-day things      09:54:20
11 like going to the post office and picking up dry
12 cleaning to responding to e-mails coming in
13 through the Web site to dealing with, you know,
14 just general everyday business, you know, whatever
15 she would need; in addition to, like I said, the       09:54:45
16 advancing work and road managing and of course
17 doing YouTube takedown notices, which I'm guessing
18 what you're, you know -- it was a number of tasks.

19 Q.  Are there any written agreements
20 between you and Ms. Schneider setting out the          09:55:09
21 terms of your working relationship?

22 A.  No.

23 Q.  Other than sending or doing YouTube
24 takedown notices, did you perform any other tasks
25 for Ms. Schneider related to YouTube?                  09:55:44

Page 21

```
 1          A.   Yeah, well, I generally -- during the
 2     time I was working for Maria, I would upload any
 3     videos we needed to upload to YouTube.  Anything
 4     that was needed, really, you know, whatever was
 5     needed to be done, you know.                              09:56:21
 6          Q.   What needed to be done for
 7     Ms. Schneider related to YouTube?
 8          A.   Anything from, like I said, uploading
 9     videos that we were either making public or using
10     to send examples of music to guys in the band to         09:56:39
11     doing takedown notices to applying for Content ID.
12     That's generally what I would do.
13          Q.   Were those tasks that Ms. Schneider
14     asked you to do?
15          A.   Yes.                                           09:57:05
16          Q.   Did you, as part of your work for
17     Ms. Schneider, search YouTube for videos
18     containing her works?
19          A.   Yes, sometimes.
20          Q.   Did Ms. Schneider ask you to search            09:57:30
21     YouTube for videos containing her works?
22          A.   Yes.
23          Q.   When you say "sometimes," how often did
24     you search YouTube for videos containing
25     Ms. Schneider's work?                                    09:57:44
```

Page 22

```
 1        A.   There wasn't any set schedule.  It
 2   would depend on how busy I was with other things.
 3   You know, it was basically when I had time to do
 4   it.
 5        Q.   And was that you think monthly?  less    09:58:05
 6   frequently than monthly?
 7        A.   It depends on -- it depends on what was
 8   going on at the time.  If I was really busy with
 9   another project, then it would take a back seat
10   for a while.  Then when I was -- I had free time   09:58:23
11   again, I would pick it up.  Like I said, it wasn't
12   like a scheduled thing.
13        Q.   The searches of YouTube for videos
14   containing Ms. Schneider's work was just an
15   ongoing thing that you did when you had time as    09:58:39
16   your priorities allowed?
17        A.   Yes.
18        Q.   During what period of time of your work
19   for Ms. Schneider were you performing searches of
20   YouTube for videos containing Ms. Schneider's      09:59:32
21   work?
22        A.   I don't know the exact time period.
23        Q.   Do you recall when you began
24   researching YouTube for videos containing
25   Ms. Schneider's work?                              09:59:45
```

Page 23

| | | |
|---|---|---|
| 1 | A. | I don't remember exactly when that was. |
| 2 | Q. | Was it more than ten years ago? |
| 3 | A. | Probably not. |
| 4 | Q. | Why do you say "probably not"? |
| 5 | A. | I mean, I could be wrong, but it just    10:00:02 |
| 6 | | seems like a long time ago.  And I feel -- if I'm |
| 7 | | thinking of the last 15 years, I would say, if I |
| 8 | | had to chop up those 15 years, it was probably not |
| 9 | | at the very beginning, you know.  But I don't |
| 10 | | recall the exact years when I was working on it.    10:00:20 |
| 11 | Q. | Other than uploading videos to YouTube, |
| 12 | | doing takedown notices, applying for Content ID, |
| 13 | | and searching YouTube for videos containing |
| 14 | | Ms. Schneider's works, have you performed any |
| 15 | | other tasks for Ms. Schneider related to YouTube?    10:01:10 |
| 16 | A. | I mean maybe -- I suppose maybe |
| 17 | | answering questions that Maria had about how |
| 18 | | different aspects of YouTube worked.  I'm not sure |
| 19 | | exactly, you know, any -- what additional -- what |
| 20 | | else there would have been.    10:01:50 |
| 21 | Q. | So sitting here right now you don't |
| 22 | | recall anything other than those tasks? |
| 23 | A. | I mean, I could be forgetting |
| 24 | | something, but -- there was probably -- I suppose |
| 25 | | from time to time if Maria had questions about    10:02:15 |

```
 1          Q.   What did you mean when you said, She
 2     takes licensing and copyright seriously?
 3          A.   I mean exactly that.  That's why she
 4     wouldn't have sold it to him.  But beyond that I
 5     don't remember.                                      03:19:26
 6          Q.   So she takes licensing and copyright
 7     seriously, but you don't know whether you had the
 8     license to make a copy of the score and give it
 9     away for free?
10          A.   No.  It wasn't my call.                    03:19:40
11          Q.   Do you know what metadata is?
12          A.   I have very, very limited knowledge
13     about what that is.
14          Q.   Have you ever edited the metadata of a
15     file?                                                03:20:20
16          A.   No.
17          Q.   Have you ever inspected the metadata of
18     a file?
19          A.   No.
20          Q.   Have you ever used metadata to locate      03:20:25
21     videos containing Ms. Schneider's work?
22          A.   No.
23          Q.   Have you ever attempted to use metadata
24     to locate videos containing Ms. Schneider's work?
25          A.   No.                                        03:20:41
```