# EXHIBIT 12

to the Declaration of Paul Harold

```
 1                  UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF CALIFORNIA
 2                      SAN FRANCISCO DIVISION
 3
        MARIA SCHNEIDER, UNIGLOBE
 4      ENTERTAINMENT, LLC, and AST
        PUBLISHING, LTD., individually
 5      and on behalf of all other
        similarly situated,              Case No.
 6                                       3:20-cv-4423
                    Plaintiffs,
 7
        vs.
 8
        YOUTUBE, LLC; and GOOGLE, LLC,
 9
                    Defendants.
10      _____/
11
        VIDEOTAPED
12      DEPOSITION OF:    ZACHARY BORNHEIMER
13      DATE:             June 21, 2022
14      TIME:             9:22 a.m. to 4:56 p.m.
15      PLACE:            Zuckerman Spaeder, LLP
                          101 East Kennedy Boulevard
16                        Second Floor
                          Tampa, Florida
17
        PURSUANT TO:      Notice by counsel for Defendants
18                        for purposes of discovery, use at
                          trial or such other purposes as
19                        are permitted under the Federal
                          Rules of Civil Procedure
20
        REPORTED BY:      Aaron T. Perkins, RMR, CRR, CRC
21                        Notary Public, State of
                          Florida at Large
22
                          Pages 1 to 278
23
24
25

                                                        Page 1
```

```
 1      work, have you performed for Ms. Schneider?
 2           A.   I have done associate producer work.  I have
 3      done DMCA takedowns for her.  I have done amalgamation
 4      of piracy research.  I have done some technical advisory
 5      stuff for her.  And I think that sums it all up.
 6           Q.   So since May 2017, while working for
 7      Ms. Schneider, you've done copy work, associate producer
 8      work, DMCA takedowns, an amalgamation of piracy research
 9      and technical advisory stuff?
10           A.   I would say so.
11           Q.   Anything else?
12           A.   I don't think so, no.
13           Q.   Were you paid for this work that you've done
14      for Ms. Schneider?
15           A.   Yes.
16           Q.   Was there ever an employment agreement between
17      you and Ms. Schneider in writing?
18           A.   No.  It was a contractor thing, contractor
19      basis, freelance basis.
20           Q.   So there was no employment contract in writing
21      between you and Ms. Schneider?
22           A.   That's correct.
23           Q.   How much were you paid by Ms. Schneider?
24           A.   Several thousands of dollars over the past few
25      years.
```

1           MR. KRAMER:  That was Exhibit 6.
2              (Bornheimer Exhibit No. 6 was marked for
3           identification.)
4    BY MR. HAROLD:
5        Q.   Mr. Bornheimer, I'm showing you what's been
6    marked as Bornheimer Exhibit 6.  It's an e-mail chain
7    with a top e-mail dated March 24th, 2017.  It was
8    produced in this litigation with the Bates number
9    BORNHEIMER 1360.
10             Do you recognize this document?
11       A.   I do.
12       Q.   Is this an e-mail exchange between you and
13   Ms. Schneider?
14       A.   Yes.
15       Q.   And this relates to sending DMCA takedowns for
16   Google Search?
17       A.   Essentially.
18       Q.   Now, is this e-mail, is this about when you
19   began sending takedowns on Ms. Schneider's behalf?
20       A.   Yes.
21       Q.   Were you sending takedowns on Ms. Schneider's
22   behalf before this e-mail exchange?
23       A.   No.
24       Q.   And you have been sending takedowns on her
25   behalf ever since?

```
 1        A.   Yes, on and off.
 2        Q.   Now, how did you monitor Google Search for
 3   instances of Ms. Schneider's works?
 4        A.   I would search for them.  I would use what's
 5   colloquially known as Google-Fu to find pirated stuff.
 6        Q.   What's Google-Fu?
 7        A.   It's a -- it's skills and actually searching
 8   for things using kind of knowledge of how Google has
 9   evolved over the years to actually find relevant
10   material quickly and effectively, using keywords, meta
11   keywords, like the site colon thing, file type, colon,
12   stuff like that.
13        Q.   Did you keep a record of the search queries?
14        A.   I did.  They're in that same spreadsheet.
15        Q.   So the spreadsheet contains the record of
16   every search query you used?
17        A.   Yes.
18        Q.   Was it easy to craft the search queries?
19        A.   I'm not really sure how to answer that
20   question.
21        Q.   How long did it take you to craft the search
22   queries that you used?
23        A.   Not very long.
24        Q.   "Not very long" as in a few minutes?
25        A.   Yeah, a few minutes.
```

Page 98

```
 1            Q.   And would you use the same search queries over
 2     and over or different search queries each time?
 3            A.   Different.
 4            Q.   How would the search queries differ?
 5            A.   I would start with kind of a template, since
 6     my plan was to automate as much as possible and see if
 7     there were ways of tracking these things down.  So I
 8     tried to create different templates.  So I would -- for
 9     example, I would change the name of the song I was
10     looking for, the name of the album I was looking for,
11     those things would change.
12                 And then once I didn't find much fruit, you
13     know, time versus energy, I'm trying to get rid of --
14     you know, the 80/20 rule kicking in, I'm trying to get
15     rid of 80 percent of it and then we can later dig in for
16     the rest.
17                 I would -- I would make the changes, get rid
18     of 80 percent of it or so, however, you know, I can get
19     rid of the majority of it, move on to the next query, do
20     the same, and rinse and repeat.
21            Q.   About how many different search queries did
22     you use?
23            A.   I don't remember.
24            Q.   More than 100?
25            A.   I don't remember.
```

1      Q.   Do you recall any of the specific search
2   queries you used?
3      A.   No.
4      Q.   Now, say sitting right here you wanted to find
5   instances of "Don't Be Evil."  What search query would
6   you come up?
7      A.   "Don't Be Evil," full song; "Don't Be Evil"
8   YouTube, fair use, YouTube; "Don't Be Evil" Maria
9   Schneider, SoundCloud; "Don't Be Evil," Maria Schneider;
10  "Don't Be Evil, Data Lords," full album, things like
11  that.
12     Q.   And so it would be similar for other titles of
13  Ms. Schneider's?
14     A.   Yes.  And, of course, they would vary
15  depending on the context.
16     Q.   What do you mean "they would vary depending on
17  the context"?
18     A.   If I'm looking for live performances, I'll
19  change what I'm looking for.  If I'm looking for videos,
20  I'll change it.  If I'm looking for torrent, I will add
21  torrent to the end, for example, or I will look for a
22  file type of dot-torrent or I'll look up, you know, what
23  are common torrent sites and I will use their search
24  engines.
25     Q.   Were you focusing on particular contexts or

1   YouTube?
2   A.   No.
3   Q.   And that would mean, for instance, that you
4   haven't conducted a search on YouTube for file metadata
5   about title, composer, album, album artist, track
6   number, ISRC, genre, or any other file metadata?
7   A.   I don't have the ability to search a video
8   file's metadata on YouTube using YouTube's search
9   functionality.
10  Q.   And so you've never searched video file
11  metadata on YouTube?
12  A.   I have never searched video file metadata for
13  files hosted on YouTube.  I'm able to take a title track
14  from the MP3, input it into a YouTube search, and that's
15  as close as I can get.
16  Q.   So, for instance, you could take the title of,
17  say, "The Pretty Road" and type that into YouTube's
18  search bar and it will return results?
19  A.   Yes.
20  Q.   But you haven't ever specifically searched the
21  file, video file metadata for title for videos that have
22  "The Pretty Road" in them?
23  A.   That's correct.
24  Q.   Why not?
25  A.   I don't think it's possible.

Page 225

1        Q.    Have you tried?
2        A.    Yes.
3        Q.    What did you do to try?
4        A.    Use similar search queries as I would on
5    Google.
6        Q.    And what are those search queries?
7        A.    File type, MOV, title, colon, quote, The
8    Pretty Road, end quote, something like that.
9        Q.    And when you've done those searches on
10   YouTube, what results have you gotten?
11       A.    Nothing of consequence.  I don't remember what
12   I would have a gotten, but nothing of consequence,
13   though.
14       Q.    When did you do those searches?
15       A.    I believe in 2018.
16       Q.    Have you tried since 2018 to search YouTube
17   for video file metadata values?
18       A.    No.
19       Q.    Why not?
20       A.    I didn't think there was a point.
21       Q.    Has Ms. Schneider ever asked you to search
22   YouTube for video file metadata values?
23       A.    I don't remember.
24       Q.    Has Ms. Schneider ever asked you to search
25   Google for the video file metadata values?

Page 226