# EXHIBIT 14

to the Declaration of Paul Harold

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

---oOo---

MARIA SCHNEIDER, UNIGLOBE
ENTERTAINMENT, LLC, and
AST PUBLISHING LTD.,
individually and on behalf
of all others similarly
situated;

        Plaintiffs,
vs.                                Case No. 3:20-cv-04423-JD

YOUTUBE, LLC; and GOOGLE
LLC;

        Defendants.
_____/


CONFIDENTIAL ATTORNEYS' EYES ONLY

REMOTE VIDEOTAPED DEPOSITION OF JOANNE SUK

THURSDAY, JULY 14, 2022


STENOGRAPHICALLY REPORTED BY:

ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR

CSR LICENSE NO. 9830

JOB NO. 850947



```
                                                                  Page 2
 1                 UNITED STATES DISTRICT COURT
 2                NORTHERN DISTRICT OF CALIFORNIA
 3                         ---oOo---
 4
 5   MARIA SCHNEIDER, UNIGLOBE
     ENTERTAINMENT, LLC, and
 6   AST PUBLISHING LTD.,
     individually and on behalf
 7   of all others similarly
     situated;
 8
                  Plaintiffs,
 9   vs.                                  Case No. 3:20-cv-04423-JD
10   YOUTUBE, LLC; and GOOGLE
     LLC;
11
                  Defendants.
12   _____/
13
14
15        Remote Videotaped Deposition of Joanne Suk,
16     taken on behalf of the Plaintiffs, on Thursday,
17     July 14, 2022, beginning 8:38 a.m., and ending at
18     11:01 a.m., Pursuant to Notice, and before me,
19     ANDREA M. IGNACIO, CSR, RPR, CRR, CLR ~ No. 9830.
20
21
22
23
24
25
```



```
                                                          Page 199
 1   it's not specific to audio assets.                      16:52
 2          MS. O'KEEFE:  Q.  But a CLA would be signed      16:52
 3   by someone other than a record label, someone like a    16:52
 4   YouTube uploader?                                       16:52
 5      A   Or, like, a -- I would think the CLA case is     16:52
 6   more a, you know, nonmusic media company.               16:52
 7      Q   Like a movie production company?                 16:52
 8      A   Yes.                                             16:52
 9          MS. O'KEEFE:  Okay.  I have nothing more.        16:52
10          MR. HAROLD:  Defendants have no questions for    16:52
11   Ms. Suk.                                                16:52
12          I'd like to hold the entire deposition           16:52
13   transcript under an AEO designation, given the number   16:52
14   of AO documents and third-party agreements that were    16:53
15   discussed.  But we'll return with more specific         16:53
16   designations within the period under the protective     16:53
17   order.                                                  16:53
18          MS. O'KEEFE:  Thank you.                         16:53
19          I think we can go off the record.                16:53
20          THE VIDEOGRAPHER:  We are off the record at      16:53
21   4:53 p.m.                                               16:53
22          (WHEREUPON, the deposition ended                 16:55
23           at 4:53 p.m.)                                   16:55
24                      ---oOo---
25
```

