# EXHIBIT 18

to the Declaration of Paul Harold

CONFIDENTIAL

```
 1                 UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3                  SAN FRANCISCO DIVISION
 4    MARIA SCHNEIDER, UNIGLOBE    )
      ENTERTAINMENT, LLC, and AST  )
 5    PUBLISHING LTD., individually )
      and on behalf of all others  )
 6    similarly situated,          )
                                   ) CASE NO. 3:20-cv-4423
 7              Plaintiffs,        )
                                   )
 8       VS.                       )
                                   )
 9    YOUTUBE, LLC, and GOOGLE LLC, )
                                   )
10              Defendants.        )
                                   )
11    YOUTUBE, LLC, and GOOGLE LLC, )
                                   )
12              Counter-Plaintiffs, )
                                   )
13       VS.                       )
                                   )
14    GÁBOR CSUPÓ, PIRATE MONITOR  )
      LTD., LLC, and PIRATE MONITOR )
15    LLC,                         )
                                   )
16              Counter-Defendants. )
                                   )
17
18                     CONFIDENTIAL
19     REMOTELY CONDUCTED VIDEOTAPED 30(b)(6) DEPOSITION OF
                  UNIGLOBE ENTERTAINMENT, LLC
20              NAMRATA SINGH GUJRAL COOPER
            Burbank, California (Witness' Location)
21                Thursday, June 30, 2022
22
      Reported by:
23    LYDIA ZINN
      RPR, FCRR, CSR No. 9223
24    Job No. SF 5301785
25    PAGES 1 - 210
```

Page 1

1   A   Sorry.  What page was that, again?                    11:47:02AM

2   Q   Yeah.  It's page 21.

3   A   I'm there, sir.

4   Q   Okay.  So let's turn back again.  Paragraph 67.

5   And the back of that -- the back of that sentence          11:47:20AM

6   states "...and as a motion picture in October of 2016."

7   Right?

8   A   Yes, sir.

9   Q   And that's not accurate.  Correct?

10          MR. EWING:  Objection to form.                     11:47:42AM

11          THE WITNESS:  That's not entirely correct.

12  BY MR. RICHLIN:

13  Q   Okay.  All right.  Let's look at the next

14  paragraph.  Now we're looking at Americanizing Shelley.

15  Correct?                                                   11:48:01AM

16  A   Yes, sir.

17  Q   And Americanizing Shelley, according to

18  paragraph 68, was registered with the US Copyright

19  Office for its dramatic work and music or choreography,

20  on November 18th, 2003, with a 2003 date of creation       11:48:18AM

21  and publication, and as a motion picture in March 2006.

22  That's how paragraph 68 reads.  Right?

23  A   Yes, sir.

24  Q   Paragraph 68 is not completely accurate, either.

25  Right?                                                     11:48:37AM

Page 54

```
 1              MR. EWING:  Objection to form.              11:48:38AM

 2              THE WITNESS:  I believe the March 2006 part.

 3    BY MR. RICHLIN:

 4    Q.   Right.  Because Americanizing Shelley was not

 5    actually registered as a motion picture in March 2006    11:48:49AM

 6    with the US Copyright Office.  Correct?

 7    A    Again, it -- it's part of that -- it's part of

 8    Americanizing Shelley that was registered.  It's all --

 9    they're all parts of the sum of the creation.

10    Q    Okay.  I'm really just focusing on the words that    11:49:38AM

11    you said you reviewed in paragraph 68.  And those words

12    are that "Americanizing Shelley was registered with the

13    US Copyright Office," and then the last clause, "as a

14    motion picture in March of 2006."

15          Can you point to -- can you point me to any          11:49:58AM

16    document from March 2006 that shows that Americanizing

17    Shelley was registered with the US Copyright Office as

18    a motion picture at that time?

19    A    No, I can't.

20    Q    Okay.  And we can pull up the registration record;    11:50:28AM

21    but what it shows is that Americanizing Shelley was

22    only registered as a dramatic work, as a screenplay.

23    Correct?

24    A    As a dramatic work and a screenplay; but yes, a

25    dramatic work.                                            11:50:46AM
```

Page 55

CONFIDENTIAL

```
 1   Q     But not on the face of the registration as a        11:50:47AM

 2   motion picture.  Correct?

 3              MR. EWING:  Objection to form.

 4              THE WITNESS:  If I'm observing it literally,

 5   then I don't see that.                                     11:51:00AM

 6   BY MR. RICHLIN:

 7   Q     Okay.  And so turning back to paragraph 68 as

 8   Exhibit -- of Exhibit 4, the statement "as a motion

 9   picture in March 2006" -- that's not entirely accurate.

10   Correct?                                                   11:51:23AM

11              MR. EWING:  Objection to form.

12              THE WITNESS:  As a literal observation, that

13   is correct.

14   BY MR. RICHLIN:

15   Q     It's correct that the words in paragraph 68 are      11:51:34AM

16   not entirely accurate.  That's your testimony.  Right?

17              MR. EWING:  Objection.  Objection to form.

18              THE WITNESS:  March 2006 appears to be a date

19   when a different document was uploaded to the

20   US Copyright Office, but I am sorry.  I -- I -- I don't    11:51:59AM

21   agree that any of these pictures were not copyrighted

22   correctly.

23   BY MR. RICHLIN:

24   Q     Yeah.  Ms. Cooper, I -- I'm really not asking for

25   your legal conclusions.  Your attorney will have a lot     11:52:21AM
```

Page 56

CONFIDENTIAL

```
 1    of chance to ask you questions.  You'll provide your        11:52:25AM

 2    testimony.  Just answer the questions, and we'll

 3    continue moving on.  Okay?

 4    A    Okay.

 5    Q    Okay.  So I really just want to focus.  And I'll        11:52:32AM

 6    just ask the question very clearly.  Was Americanizing

 7    Shelley registered with the US Copyright Office as a

 8    motion picture in March 2006?

 9              MR. EWING:  Objection to form.

10              THE WITNESS:  In a literal sense, it does not      11:52:49AM

11    appear so.

12    BY MR. RICHLIN:

13    Q    Okay.  Just one moment.  All right.  Let's look at

14    the next paragraph.  So we're still in Exhibit 4, the

15    Complaint.  We're on page 21.  Now we're looking at --      11:54:03AM

16    at -- at paragraph 69.  Okay?

17    A    Yes, sir.

18    Q    All right.  This -- this states that 1 a Minute

19    was registered with the US Copyright Office as a motion

20    picture on September 3rd, 2010, with a 2008 date of         11:54:18AM

21    creation and publication.  Is that right?

22    A    Yes, sir.

23    Q    And has -- has the 1 a Minute -- and here --

24    strike that.

25              Here the registration is reflected as a motion    11:54:33AM
```

Page 57

```
1   Q     No, no problem.  I know there's a lot of          12:02:00PM

2   documents.

3         Interrogatory Number 1 requests the identification

4   of various information about the Works in Suit,

5   including title, authors, owners, exclusive rights,      12:02:10PM

6   copyright registration, date and location of

7   publication.  I'm paraphrasing, but you see that?

8   A     Yes, sir.

9   Q     Okay.  And then continuing to the next page, this

10  is Uniglobe's response and objections to Interrogatory   12:02:28PM

11  Number 1.  Correct?

12  A     Yes, sir.

13  Q     Okay.  I want to start at line 16 on that

14  following page, page 4.  Do you see that?

15  A     Yes, sir.                                          12:02:51PM

16  Q     So paragraph 16 states that "1 a Minute was

17  authored by Namrata Singh Gujral (with other writers

18  working on a work-for-hire basis), filmed mostly in

19  2009, first released in the United States in 2010, and

20  its copyright registration number for the film is        12:03:10PM

21  PA0001745252."  Do you see that?

22  A     Yes, sir.

23  Q     Okay.  So help me out.  Here's my confusion.  Here

24  in Exhibit 3 you're attesting that 1 a Minute was

25  filmed in 2009, and first released in 2010; but in       12:03:34PM
```

Page 62

| | | |
|---|---|---|
| 1 | Exhibit 4, paragraph 69, you stated that 2008 was the | 12:03:40PM |
| 2 | date of creation and publication for one a day [sic]. | |
| 3 | And likewise, to the US Copyright Office you also | |
| 4 | stated that 2008 was the date of publication. | |
| 5 | So which is it?  Was it published and released in | 12:03:59PM |
| 6 | 2008 or 2010? | |
| 7 | MR. EWING:  Objection to form. | |
| 8 | THE WITNESS:  Can I just -- can I go back to | |
| 9 | the one that said -- hold on.  The one that said 2008? | |
| 10 | BY MR. RICHLIN: | 12:04:20PM |
| 11 | Q    Sure.  Do you want -- do you want to look at the | |
| 12 | copyright registration, or do you want to look at the | |
| 13 | First Amended Complaint? | |
| 14 | A    Well, actually, let me just answer it. | |
| 15 | Q    Okay. | 12:04:30PM |
| 16 | A    This is both.  We filmed it in both years, 2008 | |
| 17 | and 2009. | |
| 18 | Q    Okay.  When -- when did you release one a day | |
| 19 | [sic]?  Excuse me.  Strike that. | |
| 20 | When did you release 1 a Minute? | 12:04:42PM |
| 21 | A    In 2010. | |
| 22 | Q    In 2000 -- so 2010 is actually when 1 a Minute was | |
| 23 | published and released? | |
| 24 | MR. EWING:  Objection to form. | |
| 25 | THE WITNESS:  Yes. | 12:04:56PM |

Page 63

CONFIDENTIAL

```
 1   BY MR. RICHLIN:                                    12:04:57PM

 2   Q    Okay.  So let's turn back first to the copyright

 3   record, which was Exhibit 7.  Let me know once you're

 4   there.

 5   A    I'm here, sir.                                12:05:23PM

 6   Q    Okay.  So in the middle of Exhibit 7, date of

 7   publication is listed as 2008-10-06.  That's not

 8   accurate.  Correct?

 9           MR. EWING:  Objection to form.

10           THE WITNESS:  So I'm sorry.  What was your  12:06:36PM

11   question?

12           MR. RICHLIN:  Lydia, can you read that back,

13   please?

14   (Record read.)

15           MR. EWING:  Objection to form.             12:06:57PM

16           THE WITNESS:  I'm unclear on date of

17   publication.  Sometimes we have used copyright

18   attorneys to either submit or procure the form; but if

19   "publication" is to mean "release," then, yes, that

20   would have to be 2010.                             12:07:24PM

21   BY MR. RICHLIN:

22   Q    Okay.  Looking down the list down the page,

23   "Authorship on Application" -- that's you.  Correct?

24   A    Yes, sir.

25   Q    And so again, just so we have a clear record,  12:07:41PM
```

Page 64

1    1 a Minute was not actually published and released in        12:07:47PM

2    2008.  It was released in 2010.  Correct?

3              MR. EWING:  Objection to form.

4              THE WITNESS:  Yeah.  If "publish" means the

5    publish of the screenplay, then that would be accurate.      12:08:03PM

6         If it means the release of the picture, that was

7    2010.

8    BY MR. RICHLIN:

9    Q    Okay.  And --

10   A    Again I -- I don't know copyright in detail, so...      12:08:13PM

11   Q    And --

12   A    I apologize.

13   Q    All you have to do is answer the questions.  I --

14   you don't need to apologize.

15        Why don't you turn back now to Exhibit 4, which          12:08:25PM

16   is, again, the First Amended Complaint, and go back to

17   page 22 of the PDF.

18   A    I'm here, sir.

19   Q    Okay.  And we're back at paragraph 69.  Let me

20   know once you're there.                                       12:09:02PM

21   A    I'm here, sir.

22   Q    So paragraph 69 reeds that 1 a Minute was

23   registered with the 2008 date of creation and

24   publication.  As you've just testified, in fact,

25   1 a Minute was not released until 2010.  Correct?            12:09:21PM

                                                    Page 65

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | MR. EWING:  Objection to form. | 12:09:25PM |
| 2 | THE WITNESS:  It was not released in theaters | |
| 3 | until 2010.  Correct. | |
| 4 | BY MR. RICHLIN: | |
| 5 | Q    So when we were -- let's just review paragraphs | 12:09:31PM |
| 6 | 67, 68, and 69. | |
| 7 | In 67, as we've already -- you've already | |
| 8 | testified that, in fact, 5 Weddings was not registered | |
| 9 | with the US Copyright Office as a motion picture in | |
| 10 | October 2016.  Correct? | 12:09:48PM |
| 11 | A    Yes. | |
| 12 | Q    Paragraph 68, as you've testified, Americanizing | |
| 13 | Shelley was not actually registered with the | |
| 14 | US Copyright Office as a motion picture in March 2006. | |
| 15 | Correct? | 12:10:03PM |
| 16 | A    Yes. | |
| 17 | Q    And in paragraph 69, 1 a Minute was not actually | |
| 18 | released as a film until 2010.  Correct? | |
| 19 | MR. EWING:  Objection to form. | |
| 20 | THE WITNESS:  Yes. | 12:10:23PM |
| 21 | BY MR. RICHLIN: | |
| 22 | Q    Are there any other inaccuracies that you're aware | |
| 23 | of in the First Amended Complaint filed by plaintiffs | |
| 24 | in this action? | |
| 25 | MR. EWING:  Objection to form. | 12:10:33PM |

Page 66

CONFIDENTIAL

1    Q    Do you still have Exhibit 3 in front of you,          12:15:34PM

2    ma'am?

3    A    I think this is -- yes, I do.

4    Q    Okay.  And on page -- still on page 4 of the PDF,

5    line 8, 5 Weddings was authored by Uniglobe through       12:15:50PM

6    work-for-hire agreements.  Correct?

7    A    Yes, sir.

8    Q    And when you say -- you testified that Uniglobe

9    created the content.  Do you -- are you referring to

10   Uniglobe's entry into work-for-hire agreements and        12:16:13PM

11   directing the creation of the 5 Weddings motion

12   picture?

13   A    Entering into agreements was a part of it.

14   Q    What else beyond entering into work-for-hire

15   agreements gives Uniglobe ownership of the copyrights     12:16:47PM

16   for 5 Weddings motion picture?

17          MR. EWING:  Objection to form.

18          THE WITNESS:  Conception.

19   BY MR. RICHLIN:

20   Q    Anything else?                                        12:17:09PM

21   A    First -- yes.

22   Q    Oh, sorry.  Go ahead.

23   A    Oh, that's -- I'm trying to...

24   Q    I don't want to -- yeah.  No.  I don't want to

25   interrupt.  So let me -- let's just get a clean record.    12:17:21PM

                                                      Page 69

CONFIDENTIAL

1    Q    -- if your attorney wants to ask you that question    12:32:47PM

2    about the document later, that's your time to answer.

3    Okay?

4    A    Okay.

5    Q    Thank you.    12:32:53PM

6         Ms. Cooper, is -- are the copyrights to

7    5 Weddings, the motion picture, owned by Uniglobe

8    Wyoming or Uniglobe Delaware?

9              MR. EWING:  Objection to form.

10             THE WITNESS:  I'm not sure.    12:33:31PM

11   BY MR. RICHLIN:

12   Q    Well, has to be one or the other.  Right?

13   A    Yes.

14             MR. EWING:  Objection to form.

15   BY MR. RICHLIN:    12:33:40PM

16   Q    Can't be both.  Right?

17   A    Yes.

18   Q    Okay.  Let's go back to -- let's go back to

19   Exhibit 4.

20   A    I'm here.    12:34:01PM

21   Q    Okay.  If you go to the -- the bottom of page 6,

22   which is the seventh page of the document,

23   paragraph 17.

24   A    I'm here.

25   Q    Do you see that?    12:34:33PM

Page 77

```
 1              MR. EWING:  Objection to form.            12:41:30PM

 2              THE WITNESS:  Yes.

 3    BY MR. RICHLIN:

 4    Q    And that's why Uniglobe Wyoming is in -- is a

 5    plaintiff and asserts ownership in this litigation; but   12:41:39PM

 6    as to the Indian -- Indian board that we looked at,

 7    Uniglobe Delaware asserted ownership there.  Correct?

 8              MR. EWING:  Objection to form.

 9              THE WITNESS:  Yes.  The majority of the

10    contracts in India, because it was field production,    12:41:59PM

11    was under Delaware.  So that is what the Censor Board

12    advised that we do.

13    BY MR. RICHLIN:

14    Q    And so for the Censor Board it was more convenient

15    to assert ownership on behalf of Uniglobe Delaware.     12:42:15PM

16    Correct?

17              MR. EWING:  Objection to form.

18              THE WITNESS:  I can't speak to the person.

19    He was head of the Censor Board.  I can't speak to why

20    he guided me regarding that; but yes, that was the      12:42:29PM

21    guidance.

22    BY MR. RICHLIN:

23    Q    And -- and you responded to that guidance and made

24    the representation that you made, as reflected in

25    Exhibit 10.  Correct?                                   12:42:38PM
```

Page 82

CONFIDENTIAL

```
 1    reason that the names are identical, and we didn't name        1:41:41PM

 2    the Delaware company something different.  So -- so,

 3    no, I am not indicating that Delaware only owns the

 4    copyright to 5 Weddings.

 5    BY MR. RICHLIN:                                                 1:41:58PM

 6    Q    Can you answer which entity, as between Uniglobe

 7    Entertainment LLC Delaware and Uniglobe Entertainment

 8    LLC Wyoming owns the copyrights to the 5 Weddings

 9    motion picture, Hindi version?

10    A    Permission to go into a couple of details.                 1:42:34PM

11    Q    If -- if it's a straightforward question, did you

12    understand the question?

13    A    I understood the question, but it's not

14    straightforward.

15    Q    It's -- it's -- the answer can either be Uniglobe          1:42:46PM

16    Entertainment LLC Delaware, Uniglobe Entertainment LLC

17    Wyoming, or I can't answer.

18         MR. EWING:  Objection.  One second.

19         The answer can be whatever you believe the

20    appropriate answer is; not whatever Mr. Richlin directs         1:43:02PM

21    you the answer is.

22         MR. RICHLIN:  Randall, Randall, stop making

23    speaking objections.  Stop instructing the witness.

24    It's inappropriate.

25         MR. EWING:  There wasn't a question.  The                  1:43:17PM
```

Page 93

```
 1   preceding comment was not a question that you had        1:43:18PM

 2   pending.  You made a statement.

 3             MR. RICHLIN:  Randall, stop.  Randall, stop.

 4   Q.   Ms. Cooper, can you answer my question?

 5   A    I'll answer it this way.  If you have a child --     1:43:35PM

 6   my daughter -- ask, "Is Namrata your parent or Joe your

 7   parent," the truth is they're both her parents.

 8        The truth is both Uniglobe Entertainments own

 9   5 Weddings.

10   Q    Okay.  And what is the chain of title that           1:43:55PM

11   reflects that both Uniglobe entities own 5 Weddings?

12   A    I'm going to go back to what I stated earlier.

13   The two are separate entities for functionality of

14   movie production and distribution; but inherently, the

15   two are the same.  I don't think it would be fair to     1:44:44PM

16   pick one over the other.

17   Q    Okay.  The Hindi version of 5 Weddings -- that was

18   completed as a work-for-hire agreement.  Correct?

19   A    For -- yes.  From my recollection, most of the

20   contracts were work-made-for-hire.                       1:45:26PM

21   Q    And what work-made-for-hire agreements were

22   entered into that led to the creation of the Hindi

23   version of the 5 Weddings motion picture?

24   A    The majority of them were the contracts for the

25   English-language version of the film.                    1:45:58PM
```

Page 94

1    Q     Okay.  Other than Tim Griffin and Andy Glickman,        1:58:48PM

2    were there others who provided work that went into the

3    creation of Americanizing Shelley and performed that

4    work subject to work-for-hire agreements?

5    A     Yes.                                                    1:59:15PM

6    Q     And is Uniglobe today -- is it in possession of

7    all of the work-for-hire agreements that generated work

8    that went into the creation of Americanizing Shelley?

9    A     Yes.

10   Q     And have all of those work-for-hire agreements        1:59:32PM

11   been produced?

12            MR. EWING:  Objection to form.

13            THE WITNESS:  I've -- a lot of the work, I've

14   relied on my attorneys to -- to execute, so I -- I

15   assume they have.                                            1:59:56PM

16   BY MR. RICHLIN:

17   Q    Okay.  Approximately how many work-for-hire

18   agreements did Americanizing Shelley LLC enter into

19   that generated the creation of the Americanizing

20   Shelley motion picture?                                      2:00:16PM

21   A    I don't remember the exact number, but as a

22   general rule of thumb for independent films we look at

23   anything from 50 to 100, so I would say maybe 75.

24   Q    Okay.  Somewhere -- somewhere in that range is

25   what you would expect?                                       2:00:52PM

                                                      Page 101

1    A    Yes, that is my understanding.                    2:25:07PM

2    Q    And is there any other document that you can

3    identify, sitting here today, that provides Uniglobe

4    Entertainment with ownership of copyrights in

5    Americanizing Shelley, the motion picture?           2:25:25PM

6    A    I can't say for a fact there isn't one, but I

7    cannot recall another document right now.

8    Q    Okay.  All right.  Let's talk about 1 a Minute.

9    What's the basis for Uniglobe's assertion of ownership

10   as to 1 a Minute, the motion picture?                2:26:20PM

11   A    Uniglobe is the content creator.

12   Q    And in -- in Uniglobe's answer to interrogatory --

13   an interrogatory, Uniglobe stated that 1 a Minute was

14   produced through work-for-hire agreements.  Is that how

15   Uniglobe produced 1 a Minute?                        2:26:47PM

16           MR. EWING:  Objection to form.

17           THE WITNESS:  Yes, I believe so.

18   BY MR. RICHLIN:

19   Q    Approximately how many work-for-hire agreements

20   did Uniglobe enter into that generated the creation of  2:27:06PM

21   1 a Minute?

22   A    Anywhere from 20 to 50.

23   Q    So fewer than the 50 to a hundred that you

24   estimated earlier for 5 Weddings?

25   A    Yeah, because 5 Weddings is a narrative, and this   2:27:40PM

Page 112

1    A    Yes, I did, to the best of my ability that I        3:05:00PM

2    could.

3    Q    Okay.  When did Uniglobe create the YouTube

4    channel?

5    A    Sorry.  I'm not trying to delay.  I'm just         3:05:30PM

6    thinking about it.  Give me just a moment, please.

7    Q    Mm-hm.  I'll point you to a -- on the right hand

8    of the page "Stats."  That says "Joined February 18,

9    2007."  So, as you think, you can let me know if that

10   reflects your best recollection of when Uniglobe         3:05:50PM

11   joined -- joined YouTube and created a YouTube channel.

12   A    I think it might have been 2007.

13   Q    Okay.  Who from Uniglobe created the YouTube

14   channel?

15   A    I did.                                               3:06:13PM

16   Q    And at the time that you created the YouTube

17   channel, you agreed to YouTube's Terms of Service.

18   Correct?

19   A    Yes.  I -- yeah.  Okay.

20        MR. RICHLIN:  Let's -- let's mark as               3:06:34PM

21   Exhibit 19 tab 39, please.

22   (Deposition Exhibit 19 marked for identification.)

23   BY MR. RICHLIN:

24   Q    All right.  Ms. Cooper, we've marked as Exhibit 19

25   a document that has the Bates stamp GOOG, G-O-O-G        3:06:55PM

Page 123

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | use, reproduce, distribute, prepare derivative works | 3:10:18PM |
| 2 | of, display, and perform any content that Uniglobe | |
| 3 | uploaded to YouTube.  Correct? | |
| 4 |        MR. EWING:  Objection to form. | |
| 5 |        THE WITNESS:  Sorry, but no, that's not how I | 3:10:37PM |
| 6 | understood it. | |
| 7 | BY MR. RICHLIN: | |
| 8 | Q    Okay.  You disagree that Uniglobe granted YouTube | |
| 9 | a license to works that Uniglobe uploaded to YouTube? | |
| 10 | A    No.  I think the license is granted to the | 3:10:58PM |
| 11 | extent -- to our uploads of our own content, but I | |
| 12 | don't think the license was a license to -- for | |
| 13 | unlimited -- you know, John, Dick, and Harry to exploit | |
| 14 | the picture on YouTube, no. | |
| 15 | Q    Okay.  So you do agree, though, that Uniglobe | 3:11:23PM |
| 16 | granted YouTube a license with respect to works that | |
| 17 | you uploaded.  We can agree on that.  Correct? | |
| 18 | A    Yes, but limited to what was uploaded by Uniglobe. | |
| 19 | Q    Okay.  So why did you not list YouTube as a | |
| 20 | licensee in Exhibit A to your interrogatory responses, | 3:11:43PM |
| 21 | or otherwise in your interrogatory responses? | |
| 22 |        MR. EWING:  Objection to form. | |
| 23 |        THE WITNESS:  Because I think the -- the list | |
| 24 | covers licensors that have been granted license for | |
| 25 | monetary exchange; and that was never the case with | 3:12:07PM |

Page 125

```
 1    there?                                              3:27:00PM

 2    A    I'm here, sir.

 3    Q    Okay.  Interrogatory 9 asks for the occasions of

 4    when each Work in Suit was uploaded in full or in part

 5    to YouTube.                                         3:27:12PM

 6         And then the response -- the response lists

 7    authorizations to upload certain works by Gravitas

 8    Ventures, and by Vision Films, and Movie Central, and

 9    then a long list of uploads.  Do you see that?

10    A    Are we talking about Number 9?                 3:27:33PM

11    Q    No.  I'm talking about the Response to

12    Interrogatory Number 7 on page 9.

13    A    Oh, on page 9.  I'm sorry.  What paragraph are you

14    referring to on page 9?

15    Q    Okay.  So first on page 9, do you see the heading  3:28:04PM

16    for Interrogatory Number 7?

17    A    I do.

18    Q    Okay.  So Interrogatory Number 7 asks for the

19    identification and detailing of when each Work in Suit

20    was uploaded to YouTube by you or through your        3:28:21PM

21    authorization.  Do you see that?

22    A    Yes, I do, sir.

23    Q    Okay.  And then if you go down on page -- on the

24    same page, your response, you state that Uniglobe has

25    authorized Gravitas Ventures to display 1 a Minute for  3:28:39PM
```

Page 132

```
1    rent on YouTube, and that it has authorized Vision          3:28:43PM

2    Films, Movie Central, and Encourage TV to display

3    5 Weddings on YouTube.  Correct?

4    A    Yes.  I see that in paragraph 2.

5    Q    Okay.  And that reflects that those are Works in        3:28:56PM

6    Suit that have been uploaded to YouTube with Uniglobe's

7    authorization.  Correct?

8    A    Yes, sir.  That's correct.

9    Q    Okay.  And -- and in addition to that, there's a

10   list from pages 10 all the way through page 14 of a         3:29:19PM

11   number of other -- a number of other instances of

12   uploads.  Do you see that?

13   A    Yes, sir, I do.

14   Q    And those are uploads by Uniglobe of part or all

15   of -- of the Works in Suit.  Correct?                       3:29:43PM

16   A    Yes, sir, I believe that's correct.

17   Q    Okay.  All of those uploads are subject to

18   YouTube's Terms of Service.  Correct?

19         MR. EWING:  Objection to form.

20         THE WITNESS:  I imagine they would be.                3:30:11PM

21   BY MR. RICHLIN:

22   Q    Okay.  Sometimes you've -- Uniglobe has uploaded

23   full copies of the Works in Suit; and at other times

24   it's uploaded clips or trailers.  Correct?

25   A    Yes.  That's correct.                                  3:30:51PM
```

Page 133

```
 1   Q    Okay.  Let's just talk about full uploads.  Which      3:30:53PM

 2   Works in Suit have you uploaded the entirety of to

 3   YouTube?

 4   A    The only one I can remember right now is

 5   5 Weddings in entirety.                                     3:31:24PM

 6        However, if you look at the various episodes on

 7   the Thrive channel, one of the shows, I believe, has

 8   excerpts from 1 a Minute, which, if pieced together,

 9   would probably form the entire picture.

10   Q    And as to either the upload of 5 Weddings in full      3:32:04PM

11   or the uploads of the 1 a Minute clips on the Thrive

12   channel that sum up to equal all or practically all of

13   1 a Minute, would Uniglobe ever remove any of those

14   videos from YouTube service?

15   A    I'm so sorry.  You skipped out for a second.  Did      3:32:31PM

16   Uniglobe do what?

17   Q    Did Uniglobe ever remove any of those videos from

18   the YouTube service?

19   A    I think we made 5 Weddings private, versus -- or

20   unpublished; but I don't know that we actually deleted      3:33:06PM

21   it.

22   Q    Sitting here today, you don't recall having

23   deleted it.  Is that fair?

24   A    No, I don't recall having deleted it now.

25        MR. RICHLIN:  Okay.  Give me one moment.               3:33:47PM
```

Page 134

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | A    Yes, I am. | 3:43:32PM |
| 2 | Q    Those are affiliates or associates of Vision | |
| 3 | Films.  Correct? | |
| 4 |         MR. EWING:  Objection to form. | |
| 5 |         THE WITNESS:  I don't know, sir. | 3:43:46PM |
| 6 |     I do know that they were granted a license to | |
| 7 | showcase the picture on YouTube, but I'm not sure what | |
| 8 | the affiliation is. | |
| 9 | BY MR. RICHLIN: | |
| 10 | Q    Okay.  Let me make sure we've got a clear record. | 3:43:56PM |
| 11 | Let's put aside affiliation.  Do -- do Movie Central | |
| 12 | and Encourage TV also have rights from Uniglobe to put | |
| 13 | 5 Weddings' English version on YouTube? | |
| 14 | A    Yes, I believe those rights have been granted by | |
| 15 | Vision to those companies. | 3:44:25PM |
| 16 | Q    Okay.  That was my next question.  So the basis | |
| 17 | for those rights is that Uniglobe provided a | |
| 18 | distribution agreement to Vision, and then Vision is | |
| 19 | allowed to provide further authorizations to those | |
| 20 | other entities.  Is that correct? | 3:44:43PM |
| 21 | A    For clarification, Vision Films -- it reads the | |
| 22 | "Distribution Agreement," but it -- in functionality, | |
| 23 | it functions as a sales-agent agreement.  And, just | |
| 24 | like any sales agent, they license out to third | |
| 25 | parties. | 3:45:05PM |

Page 139

CONFIDENTIAL

```
 1    sublicensees -- let me rephrase.                    3:48:44PM

 2        Were any of those sublicensees also authorized to

 3    upload 5 Weddings onto YouTube in their designated

 4    territories?

 5    A    I would have to go back and review each individual    3:49:23PM

 6    contract.  There are several of them.

 7    Q    Sitting here -- sitting here today, without

 8    reviewing the agreements, are you aware that any

 9    additional sublicensees or licensees were permitted to

10    put 5 Weddings up on YouTube in any territory beyond    3:49:40PM

11    Vision, Movie Central, and Encourage?

12    A    I'm simply speaking from experience here, and not

13    directly to 5 Weddings, but my thought is that if

14    Internet rights are granted, unless there's an

15    exclusion for a platform, as long as the location --    3:50:22PM

16    the geographical location parameters are met, I don't

17    believe it's excluded as a platform.

18    Q    Okay.  And in order to -- in order to understand

19    precisely who had the right, is your testimony that we

20    would need to go back and review the specific    3:50:51PM

21    agreements that are referenced here in Exhibit A?

22            MR. EWING:  Objection to form.

23            THE WITNESS:  Not necessarily, because they

24    would -- I -- it would be on the Gross Contract Sales,

25    or it would be -- it be would be pretty simple to find    3:51:12PM
```

Page 141

1   know.                                                      4:02:07PM

2        I know what territories have the right to my

3   pictures, and where they should be showcased.

4   BY MR. RICHLIN:

5   Q    Okay.  And -- and where -- who has the rights is,     4:02:14PM

6   in general, depicted by the chart in Exhibit A, and

7   that depends upon the territory.  Correct?

8   A    The rights that are depicted in Exhibit A are --

9   let's take a look here.  Yes.  They have a territory

10  column.  Yes.                                              4:02:42PM

11  Q    And they also have a specific rights.  And it's

12  not always the exact same rights in each territory.

13  Correct?

14  A    Yes, that's correct.

15          MR. RICHLIN:  Okay.  Let's take -- let's go        4:02:51PM

16  off the record.

17          THE REPORTER:  Mr. Peña, are you available?

18          THE VIDEOGRAPHER:  Sorry.  I was on mute.

19  The time is 4:03, and we're going off the record.

20  (Recess taken from 4:03 p.m. until 4:19 p.m.)             4:03:26PM

21          THE VIDEOGRAPHER:  The time is 4:19, and

22  we're back on the record.

23          MR. RICHLIN:  Okay.  Qifan, can you mark tab

24  25, please?

25  (Deposition Exhibit 21 marked for identification.)        4:20:04PM

                                                     Page 148

1    A    Yes.                                                    4:29:14PM

2    Q    And so have any of the rights addressed by those

3    agreements reverted back to Uniglobe yet?

4          MR. EWING:  Objection to form.

5          THE WITNESS:  Again, I don't remember if           4:29:37PM

6    there was a written extension for this agreement.

7        It's possible on paper it's reverted back, but I

8    did agree that they could continue to exploit the

9    picture on our behalf.  So as long as I kept -- kept --

10   as long as it was okay for me to do the, you know, the     4:29:56PM

11   Thrive channel, so yes.

12   BY MR. RICHLIN:

13   Q    Okay.  So --

14   A    Yes, they continue -- they continue to exist.

15   Q    Okay.  And it's your testimony that even and apart    4:30:11PM

16   from the agreement that we're looking at, Exhibit 21,

17   that there's a separate oral permission granted to you

18   by Brendan Gallagher from Gravitas Ventures to Uniglobe

19   to use certain content from 1 a Minute on the Thrive

20   channel on YouTube.  Is that correct?                      4:30:34PM

21   A    Yes.  I'll actually take that one step further.

22   So if you look at the Schedule I or 1 in this

23   agreement, and one of the exclusions is Amazon --

24   Gravitas actually does sell the DVD on Amazon.  And --

25   and that's just a verbal understanding between us.  And    4:30:54PM

                                                       Page 153

| 1  | it's -- it's fine with me. | 4:30:57PM |
|----|----|----|

1   it's -- it's fine with me.                               4:30:57PM

2   Q    Okay.  So in addition to -- or in addition to the

3   contract, there's some additional verbal understandings

4   between Uniglobe and Gravitas that define additional

5   rights with respect to 1 a Minute.  Is that fair?        4:31:13PM

6   A    There's an understanding between Uniglobe and --

7   and Gravitas based on the years of history that we've

8   had working together.  We worked together for over ten

9   years now.

10  Q    Okay.  Is that typical of your relationships with   4:31:35PM

11  your -- with your counterparties, your licensees or

12  distributors; that you have --

13  A    Not at all.

14  Q    Okay.  So it's a special relationship that

15  Uniglobe has with Gravitas?                              4:31:50PM

16  A    Yes.

17  Q    Okay.  Are there any other distributors or

18  licensees where you have a written agreement, and then

19  you have additional verbal understandings with respect

20  to the subject works?                                    4:32:07PM

21  A    No.  I would not consider doing that with pretty

22  much anyone else.

23  Q    Okay.  But you did with Gravitas, based upon your

24  history and otherwise?

25  A    Yeah.  I could go into details, but I don't think   4:32:20PM

Page 154

CONFIDENTIAL

```
 1     A     Okay.  I'm here.                                4:43:10PM

 2     Q     Okay.  If you look at the second row, Uniglobe

 3     licensed ValleyArm to use Content ID with respect to

 4     5 Weddings.  Correct?

 5     A     Yes.  I see that.                               4:43:27PM

 6     Q     Okay.  So ValleyArm has access to Content ID, and

 7     can monitor -- participate in Content ID with respect

 8     to 5 Weddings.  Correct?

 9             MR. EWING:  Objection.  Form.

10             THE WITNESS:  Yes, it appears ValleyArm has a  4:43:47PM

11     right to use Content ID for 5 Weddings.

12     BY MR. RICHLIN:

13     Q     Okay.  Are you aware of any other entities that

14     also have some rights to use Content ID with respect to

15     5 Weddings?                                           4:44:02PM

16     A     I can't think of one -- another one right now, but

17     again, it's -- if they do, then something is amiss.

18     Q     Okay.  But it's -- it's -- it's not accurate to

19     say that Uniglobe does not have access to Content ID

20     with respect to 5 Weddings.  Correct?                 4:44:36PM

21             MR. EWING:  Objection to form.

22             THE WITNESS:  Well, it is accurate to say

23     that, because Uniglobe directly does not have that

24     access.  And Uniglobe has asked for that access.

25
```

Page 160

```
 1    BY MR. RICHLIN:                                          4:44:50PM

 2    Q    Okay.  Does Uniglobe -- let me rephrase it.

 3         Is it inaccurate to say that Uniglobe indirectly,

 4    through ValleyArm, has access to Content ID with

 5    respect to 5 Weddings?                                   4:45:03PM

 6    A    Indirectly and inefficiently, yes.

 7    Q    And do you know, in fact, whether or not ValleyArm

 8    has made Content ID claims with respect to 5 Weddings?

 9    A    I believe they have.

10    Q    Okay.  All right.  Can you go back to page 31, the  4:45:38PM

11    same exhibit?  We're still in Exhibit 3.

12    A    Thirty-one?

13    Q    Yeah.  Bottom of the page this time.

14    A    I'm so sorry.  I think I'm just getting tired.  Is

15    it 37 or 31?                                             4:46:04PM

16    Q    Thirty-one.  Thirty-one.  And I know it's a long

17    day.  If you need a coffee break, walk around --

18    A    No, thanks.  I'd rather -- I'd rather just get it

19    over and done with.

20    Q    Yep.  I understand.                                 4:46:19PM

21    A    Okay.  I'm on page 31, sir.

22    Q    Okay.  All right.  So we're back on how Uniglobe

23    has identified alleged infringements.  Okay?

24         Can you describe to me -- well, withdrawn.

25         So the first -- first few paragraphs on page 31     4:46:40PM
```

                                                         Page 161

```
 1    BitTorrent websites to watch the film for free.          5:37:34PM

 2    BY MR. RICHLIN:

 3    Q    Okay.  So is it your testimony that what you just

 4    watched, Exhibit 24 itself, contains any infringement

 5    of 5 Weddings?                                            5:37:54PM

 6            MR. EWING:  Objection.  Form.

 7            THE WITNESS:  The visual portion of it does

 8    not.

 9    BY MR. RICHLIN:

10    Q    Okay, how about the audio portion of it?            5:38:04PM

11    A    The audio portion of it does not.

12    Q    And do you have any record of a description that

13    prompted or linked for users to go to a BitTorrent

14    website to watch 5 Weddings?

15            MR. EWING:  Objection.  Form.                     5:38:29PM

16            THE WITNESS:  I don't have any written

17    records, but I do remember a few instances.

18    BY MR. RICHLIN:

19    Q    Okay.  All right.  I know we were talking acronyms

20    before, and CMI came up.  And I now want to turn to      5:38:58PM

21    CMI.  Do you understand by "CMI" that I'm referring to

22    Copyright Management Information?

23    A    Yes, sir.

24    Q    And CMI was also defined in the Rule 30(b)(6)

25    notice that we looked at which was marked as Exhibit 1.  5:39:21PM
```

Veritext Legal Solutions
866 299-5127