# EXHIBIT 19

to the Declaration of Paul Harold

```
 1                UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3                  SAN FRANCISCO DIVISION
 4    MARIA SCHNEIDER, UNIGLOBE          ) Case No.
 5    ENTERTAINMENT, LLC, and AST        ) 3:20-cv-04423-JD
 6    PUBLISHING LTD., individually and  )
      on behalf of all others similarly  )
 7    situated,                          )
 8           Plaintiffs,                 )
             vs.                         )
 9    YOUTUBE, LLC and GOOGLE LLC,       )
10           Defendants.                 )
      _____)
11    YOUTUBE, LLC and GOOGLE LLC,       )
12           Counterclaimants,           )
13           vs.                         )
14    PIRATE MONITOR LTD, PIRATE MONITOR )
15    LLC, and GÁBOR CSUPÓ,              )
16           Counterclaim Defendants.    )
      _____)
17    VIRTUAL VIDEOCONFERENCE VIDEO-RECORDED DEPOSITION OF
18          NAMRATA SINGH GUJRAL COOPER, VOLUME II
19                MONDAY, AUGUST 1, 2022
20      Remotely Testifying from Los Angeles, California
21
22    Stenographically Reported By:
23    Hanna Kim, CLR, CSR 13083
24    Job No. 5341378
25    PAGES 211 - 349
```

Page 211

| | | |
|---|---|---|
| 1 | A.  Has the ability to do that, yes, as long | |
| 2 | as -- yes. | |
| 3 | Q.  Thank you. | |
| 4 | And is that the same portal where Uniglobe | |
| 5 | goes to check if a display of its works on YouTube | 03:55:20 |
| 6 | was authorized? | |
| 7 | A.  I'm sorry.  Could you repeat that? | |
| 8 | Q.  Sure. | |
| 9 | So if you see someone uploading a video | |
| 10 | that contains Uniglobe's Works-in-Suit onto YouTube, | 03:55:37 |
| 11 | how would you determine whether that upload was | |
| 12 | authorized or not? | |
| 13 | A.  Well, as a matter of practice, I would | |
| 14 | first go to the portal and ensure that it's not | |
| 15 | included on the portal.  And then I would -- that | 03:55:56 |
| 16 | would be -- that would be a pretty good -- pretty | |
| 17 | good reason. | |
| 18 | If I doubted it, I would reach out to | |
| 19 | the -- to Vision of the -- the relevant distributor | |
| 20 | and ask if a company -- again, we're speaking about | 03:56:14 |
| 21 | companies here.  If a company has the right to -- to | |
| 22 | monetize or exploit Uniglobe's product.  And -- and | |
| 23 | then make that determination after. | |
| 24 | Q.  Got it.  Thank you. | |
| 25 | Let's -- let's review another exhibit that | 03:56:40 |

```
 1   looks like it downloaded.  I think that's what
 2   that -- okay.  Opening file.
 3           Okay.  Okay.  I'm here, sir.
 4       Q.  If you can just review this video.
 5       A.  Okay.                                          04:46:40
 6       Q.  You can play it from the top to bottom, if
 7   you -- if that works for you.
 8       A.  Yeah, it's only showing me the video.  I'm
 9   not seeing anything underneath the video.
10       Q.  It's fine.  We are looking at the video       04:46:55
11   for now.
12       A.  Okay.
13       Q.  And just let me know when you're finished.
14       A.  (Witness reviews.)
15           I think it's done.                            04:48:18
16       Q.  Thank you.
17           Sitting here today, do you claim ownership
18   to the video content?
19           MR. EWING:  Objection to form.
20           THE WITNESS:  No, I do not.                   04:48:30
21   BY MR. HUANG:
22       Q.  So there's no copyrighted work of yours
23   that's in this video?
24       A.  Not in this particular video, no.
25       Q.  Okay.  Let's go back to the Exhibit          04:48:51
```

Page 328

```
 1   Sharing folder.  And there's an Exhibit 35, if you
 2   can open that.
 3             (N. Cooper Deposition Exhibit 35 was
 4             marked electronically.)
 5             THE WITNESS:  Thirty-five.                    04:49:01
 6   BY MR. HUANG:
 7        Q.   It is -- the title --
 8        A.   Thirty-five?
 9        Q.   Yeah, 35.  It is the title and description
10   for the video that was located at the zkMc URL.  It    04:49:10
11   was produced in this action with the Bates number
12   GOOG_Schneider/43293 [verbatim].
13             Can you take a moment -- can you take a
14   moment to review this document?
15        A.   Oh, sure.  It's just -- it's the two lines   04:49:32
16   or...
17        Q.   Yes, it's just the two lines.
18        A.   Okay.  Okay.  I see it, sir.
19        Q.   Is there anything in the title or the
20   description or any other field of this file that       04:50:07
21   would lead you to believe that this video was
22   infringing upon your copyright?
23             MR. EWING:  Objection to form.
24             THE WITNESS:  I mean, the title reads "5
25   Weddings."                                             04:50:24
```

Page 329

```
 1  BY MR. HUANG:
 2      Q.   Well, you just told me that you don't
 3  consider it to be copyright infringement if the only
 4  connection between a video and your Works-in-Suit is
 5  the title; right?                                       04:50:37
 6      A.   Yes, sir.  That's what I said.
 7      Q.   And the description field of this file is
 8  empty; right?  That's on column K.
 9      A.   Yes, sir.
10      Q.   So if you can tell me which part of this       04:50:56
11  video, either the audio-visual content or the
12  description or the title that infringes upon your
13  copyright.
14           MR. EWING:  Objection to form.
15           THE WITNESS:  Are you -- I also mentioned      04:51:15
16  earlier that it's possible out of the many, many,
17  many infringements -- infringements that we
18  submitted, it's possible that I mistook one or two
19  of them.  That is not the case mostly.  This could
20  be one of those exceptions to the rule.                 04:51:44
21  BY MR. HUANG:
22      Q.   Understood.
23           Did your attorney view -- review this list
24  of alleged infringements?
25           MR. EWING:  Objection to form.                 04:51:56
```

Page 330