# EXHIBIT 21

to the Declaration of Paul Harold

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING LTD., individually and on behalf of all others similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>YOUTUBE, LLC; and GOOGLE LLC;<br><br>Defendants.<br><br>YOUTUBE, LLC and GOOGLE LLC;<br><br>Counter-Plaintiffs,<br><br>vs.<br><br>GÁBOR CSUPÓ, PIRATE MONITOR LTD., LLC, and PIRATE MONITOR LLC,<br><br>Counter-Defendants. | CASE NO. 3:20-cv-4423<br><br>**PLAINTIFF AST PUBLISHING LTD.'S AMENDED OBJECTIONS AND RESPONSES TO YOUTUBE AND GOOGLE'S FIRST SET OF INTERROGATORIES** |

Pursuant to Federal Rules of Civil Procedure 26 and 33, Plaintiff AST Publishing Ltd. submits the following amended responses and objections to Defendants YouTube, LLC ("YouTube") and Google LLC's ("Google") (collectively "Defendants") First Set of Interrogatories to Plaintiff AST Publishing Ltd. ("AST"), dated December 14, 2021 (the "Requests"), in the above-captioned action (the "Action").

By submitting these Responses, AST does not concede or waive any arguments regarding the scope, relevance, and timing of any discovery in the Action.

AST reserves the right to amend or revise these Responses, including based on any responses or objections submitted by Defendants to any of AST's discovery requests. AST also asserts that any discovery obligations should be mutual between parties, so that if any of AST's objections are overridden, Defendants should be subject to the same scope of discovery, including definitions and instructions for discovery compliance.

the claims and defenses in this lawsuit. Subject to and without waiving these objections, AST answers that its agent, Association of Copyright Holders, Licensors, and Licensees for the Protection of Copyrights on the Internet ("AZAPI"), has requested access to Content ID and been rejected by YouTube on several instances, including, but not necessarily limited to, on or around February 6, 2020; June 13, 2020; August 11, 2020; and September 1, 2021. Documents reflecting such requests can be found at, but are not necessarily limited to, GOOG-SCHNDR-00040006, -51539, -40009, -51526, and -54813.

**INTERROGATORY NO. 12:**

Separately for each alleged infringement identified in the Preliminary List of Infringements, describe in detail the circumstances under which You first became aware of each alleged infringement, including but not limited to (i) the date on which each alleged infringement came to Your attention, (ii) the process by which You identified each alleged infringement, such as any efforts to search for potential infringements and any search terms used to search for potential infringements, and (iii) the means by which You tied each alleged infringement to the relevant Works in Suit.

**OBJECTIONS AND RESPONSE TO INTERROGATORY NO. 12:**

      AST objects on the basis that this interrogatory is overbroad, unduly burdensome, vague, and seeks information irrelevant to the claims and defenses in this lawsuit, is unlikely to lead to admissible evidence, and seeks information subject to the attorney-client and work product privileges. Subject to and without waiving these objections, AST answers that for infringements for which it submitted takedown notices to YouTube it and/or its agents became aware of the infringements on or shortly before the date on which they filed the takedown notices with YouTube. Without waiving the attorney-client or work product privileges, AST responds that the process it and/or its agents used to identify these infringements involved conducting searches using the titles of the copyrighted works at issue using software and/or YouTube's search function. The means by which AST and/or its agents tied each of these alleged infringements to the relevant copyrighted works at issue involved using software designed to tie alleged infringements to specific copyrighted works at issue and AST and/or

its agents playing the videos and listening and watching for matches between the video and the relevant copyrighted works at issue.

For videos alleged to be infringing that AST did not send takedown notices for on its November 29, 2021 list, AST discovered those videos as a result of searches of the YouTube website performed by its litigation counsel using the website's search function and the titles of the works at issue. AST's counsel spent approximately 14 hours searching YouTube and reviewing videos between September 9, 2021, and September 13, 2021. Those results were transmitted to AST on September 22, 2021. The means by which AST and/or its agents tied the alleged infringements to specific copyrighted works at issue included AST and/or its agents playing the videos and listening and watching for matches between the videos and the relevant copyrighted works at issue.

For videos alleged to be infringing that AST did not send takedown notices for on its February 25, 2022 list that were not previously included on its November 29, 2021 list, AST discovered those videos as a result of searches of the YouTube website performed by its litigation counsel using the website's search function and the titles of the works at issue. For these searches, AST's counsel filtered the search results by upload date to focus only on videos uploaded after its prior searches. AST's counsel spent approximately 6 hours searching YouTube and reviewing videos on February 22-23, 2022. Those results were transmitted to AST on February 23, 2022. The means by which AST and/or its agents tied the alleged infringements to specific copyrighted works at issue included AST and/or its agents playing the videos and listening and watching for matches between the videos and the relevant copyrighted works at issue.

For videos on AST's July 5, 2022 supplemental list of infringements, AST discovered those videos as a result of Content ID matches provided by Defendants. AST's counsel filtered the Content ID results by percentage of the reference file matched and percentage of the uploaded video matched. The means by which AST tied the alleged infringements on its supplemental list of infringements to the works at issue involved AST's counsel playing the videos and watching for matches between the videos and the relevant copyrighted works at issue.

18

AST PUBLISHING LTD.'S AMENDED RESPONSES & OBJECTIONS TO DEFENDANTS' FIRST SET OF INTERROGATORIES

3:20-CV-4423

AST further responds that it became aware of the following video ids, which correspond to videos alleged to be infringing, no later than the dates on the following chart:

| Video ID | Date |
| --- | --- |
| F8JnyUM3rTA | Nov. 2019 |
| Dkk3im7Adug | Nov. 2019 |
| LCeJiHSPNtI | June 2019 |
| o878yndaHqY | June 2019 |
| EtpGEiQfZwU | June 2019 |
| 1_P6wB-l1S8 | June 2020 |
| BLmihMyUFig | May 2020 |
| CVTbPBUNNbY | May 2020 |
| f2Ren3Rvm2k | June 2020 |
| fICXqknsmLw | May 2020 |
| FyQsS7DOPio | May 2020 |
| G2ohmx4-fn8 | May 2020 |
| j0Iz81gckOA | May 2020 |
| JdJtCI43NIw | May 2020 |
| nIWBd1aWkO8 | May 2020 |
| pXOhkAvCz3w | May 2020 |
| Qz1TS_N_D0E | June 2020 |
| RRb2KSZoxp0 | May 2020 |
| vjN5pmpBblg | June 2020 |
| ZbIuMr3n8oM | May 2020 |
| 2XJl1AP_vg8 | Apr. 2020 |
| 7LFHLHjyt4w | Apr. 2020 |

| 1  | hjl3Wd_nslg    | Apr. 2020  |
|----|----------------|------------|
| 2  | iOQzgWY8ye4    | Apr. 2020  |
| 3  | TMJcIsphe9U    | Apr. 2020  |
| 4  | uC8HMU40sjg    | Apr. 2020  |
| 5  | x7Rb2H3Ow8w    | Apr. 2020  |
| 6  | msJslyYoqIc    | 11/16/2020 |
| 7  | OeCBn65F0LM    | 11/16/2020 |
| 8  | FubxlOZE59s    | Mar. 2020  |
| 9  | LAE9A2mEgjQ    | Mar. 2020  |
| 10 | NzJ1hnFbWV8    | Mar. 2020  |
| 11 | T-rm0HawLU4    | Mar. 2020  |
| 12 | eYz5lG2fwD8    | Mar. 2020  |
| 13 | 0s2YAGC9QfE    | Mar. 2020  |
| 14 | 6sXPe9H9B6Q    | Mar. 2020  |
| 15 | o-2VuEzq3mE    | Mar. 2020  |
| 16 | 5GhwQLkWeEk    | Mar. 2020  |
| 17 | B-ofBbFd1dA    | Mar. 2020  |
| 18 | _dLfMtSQaOA    | Mar. 2020  |
| 19 | 7niKMT8Ebzo    | Mar. 2020  |
| 20 | PVR_Vh183YQ    | Mar. 2020  |
| 21 | 31RE4aCalqk    | Mar. 2020  |
| 22 | NVrwV0lv-Ao    | Mar. 2020  |
| 23 | dVJBnoMsaFU    | Mar. 2020  |
| 24 | Rsy_Nt_RIA4    | Mar. 2020  |
| 25 | ij-Sig0gLvM    | Mar. 2020  |
| 26 | zqUY-1EPoHQ    | Mar. 2020  |

| # | ID | Date |
|---|---|---|
| 1 | lskMLDPaSW8 | 2/12/2021 |
| 2 | 1msrqAnySo0 | 2/12/2021 |
| 3 | LoE42FIyj_k | 2/12/2021 |
| 4 | b64kzcWDyMQ | 2/12/2021 |
| 5 | XADInsjCzoA | 2/12/2021 |
| 6 | XZi7xGavCQM | 2/26/2021 |
| 7 | 2p0XwoMhD8w | 2/26/2021 |
| 8 | qTY7kZ8IJr8 | 2/26/2021 |
| 9 | 33XpsthqLh4 | Aug. 2020 |
| 10 | 35smRhWalRw | Aug. 2020 |
| 11 | 6lobmEWKguY | Aug. 2020 |
| 12 | d8Kz7XgcnCE | Aug. 2020 |
| 13 | gkYeLPuyGDo | Aug. 2020 |
| 14 | GoKF13r7qmE | Aug. 2020 |
| 15 | kao2UyhpoFM | Aug. 2020 |
| 16 | KdJKA9fgypo | Aug. 2020 |
| 17 | KU6DnOzl-Wg | Aug. 2020 |
| 18 | KWxEjYfxoAM | Aug. 2020 |
| 19 | mFLyGEC-ngs | Aug. 2020 |
| 20 | pq_Hqvo4Axo | Aug. 2020 |
| 21 | rC601GLgrz8 | Aug. 2020 |
| 22 | SJMcZCMqVHk | Aug. 2020 |
| 23 | TqEjXl073e8 | Aug. 2020 |
| 24 | tvLepq93Ark | Aug. 2020 |
| 25 | Wm69143Kbks | Aug. 2020 |
| 26 | XXH7Q8WC5mI | Aug. 2020 |

| 1  | sIAqpHuMGC8   | 2/26/2021 |
| 2  | bL28DPwwRMw   | 2/26/2021 |
| 3  | UyqFMGjejp8   | 2/26/2021 |
| 4  | xnq-0HWxOGg   | 2/26/2021 |
| 5  | gDKB4WxsZRA   | 2/26/2021 |
| 6  | vd5i2vGhnT8   | 2/26/2021 |
| 7  | DQMpI47Ghaw   | 2/26/2021 |
| 8  | Nb4vt4vL8f0   | 2/27/2021 |
| 9  | E1kvzMGZkIw   | 2/27/2021 |
| 10 | d5nyF8yIAsk   | 9/22/2021 |
| 11 | Ds4NAqcB1cY   | 9/22/2021 |
| 12 | _ZX78_3Ye44   | 9/22/2021 |
| 13 | TaCVz7wGwQY   | 9/22/2021 |
| 14 | M1tNkX-4HMM   | 9/22/2021 |
| 15 | QUB6h8S8GTw   | 9/22/2021 |
| 16 | cbONp7eg1s0   | 9/22/2021 |
| 17 | t8ViX9BHntI   | 9/22/2021 |
| 18 | T4QgipiiMac   | 9/22/2021 |
| 19 | 6CLQ5jNxask   | 9/22/2021 |
| 20 | bKJ7-GCuq10   | 9/22/2021 |
| 21 | XCdu4m6rS0Y   | 8/26/2021 |
| 22 | IbmXmZcMJa4   | 8/26/2021 |
| 23 | sXtnmw6N7AI   | 8/26/2021 |
| 24 | nuTEfCbTamk   | 8/26/2021 |
| 25 | L8TbuZZAEs4   | 8/26/2021 |
| 26 | KKkVxct5Vv0   | 8/26/2021 |

AST PUBLISHING LTD.'S AMENDED RESPONSES & OBJECTIONS TO DEFENDANTS' FIRST SET OF INTERROGATORIES

3:20-CV-4423

| | | |
|---|---|---|
| 1 | Au7rAzGko-4 | 8/26/2021 |
| 2 | Q10PDhVM3FE | 8/26/2021 |
| 3 | lAiGZTrbFO8 | 8/26/2021 |
| 4 | TmKHoVN2Uqo | 8/26/2021 |
| 5 | YvJA7Vehyok | 8/26/2021 |
| 6 | o4fiwAVZyYk | 9/22/2021 |
| 7 | dX5V3juiUek | 2/23/2022 |
| 8 | L-CW28GJLcU | 2/23/2022 |
| 9 | FxH3A8SwtYc | 4/26/2022 |
| 10 | N9X8MF2L19M | 4/26/2022 |
| 11 | b_6AGIfUSsc | 4/26/2022 |
| 12 | WCWXmdD7pe4 | 4/26/2022 |
| 13 | Oev5rjzA3nA | 4/26/2022 |
| 14 | A6H48sc9KY0 | 6/8/2022 |
| 15 | HJwbMjULWL8 | 4/26/2022 |
| 16 | cbf8bbDYG_c | 4/26/2022 |
| 17 | cidr2l51Cqw | 4/26/2022 |
| 18 | _uUbyAGVO4w | 5/27/2022 |
| 19 | Z8wZiO9BI7Y | 5/27/2022 |
| 20 | NfbsA6wgagk | 5/27/2022 |
| 21 | raQIwgABdmg | 4/26/2022 |
| 22 | 8vZAIOrpCog | 5/27/2022 |
| 23 | p9Mtf68sxmw | 4/26/2022 |
| 24 | P-2at-vRJPA | 4/26/2022 |
| 25 | WehNG7SmOxU | 5/27/2022 |
| 26 | LQyzm99UsCo | 4/28/2022 |

AST PUBLISHING LTD.'S AMENDED RESPONSES & OBJECTIONS TO DEFENDANTS' FIRST SET OF INTERROGATORIES

3:20-CV-4423

| | | |
|---|---|---|
| 1 | 4E7byWg2XAE | 5/27/2022 |
| 2 | EGaA79rYosM | 4/26/2022 |
| 3 | Zepquy64Rtc | 4/28/2022 |
| 4 | TuWQZ-_HZBY | 5/6/2022 |
| 5 | n6EcjV4vYAs | 9/22/2021 |
| 6 | NJkX5JeESqQ | 5/6/2022 |
| 7 | qqGvr_8Qf7I | 9/22/2021 |
| 8 | 9-QkoQgV84s | 9/22/2021 |
| 9 | RmnySFXhCp0 | 9/22/2021 |
| 10 | 5JVujLta4nc | 6/8/2022 |
| 11 | MjB6EvFZm1Q | 5/27/2022 |
| 12 | 3Lu9akouAPU | 4/26/2022 |
| 13 | QusToj_FoT0 | 5/27/2022 |
| 14 | Ha7nASeWTgs | 6/8/2022 |
| 15 | hw0bLqmpNgQ | 4/26/2022 |
| 16 | vEN7CWVAYxk | 6/8/2022 |
| 17 | Wvo8Il37sqA | 4/28/2022 |
| 18 | XXXvB-5TxcU | 5/27/2022 |
| 19 | 4YPvt6uGnlw | 5/6/2022 |
| 20 | uldL2iG2xs4 | 4/26/2022 |
| 21 | pnZIlpNKBD0 | 5/27/2022 |
| 22 | MVxbFnwQnBs | 4/26/2022 |
| 23 | P1ik6LiQrQU | 4/26/2022 |
| 24 | e0x_SiMRBNw | 6/8/2022 |
| 25 | NPFnjaxBWuM | 9/22/2021 |
| 26 | sBy7Y0kOW4c | 9/22/2021 |

AST PUBLISHING LTD.'S AMENDED RESPONSES & OBJECTIONS TO DEFENDANTS' FIRST SET OF INTERROGATORIES

3:20-CV-4423

| # | Code | Date |
|---|---|---|
| 1 | fou6zOpbPa0 | 9/22/2021 |
| 2 | uRwrncPVNJ4 | 9/22/2021 |
| 3 | U-uVAtFktoY | 5/27/2022 |
| 4 | kpR8vQYdfnk | 4/26/2022 |
| 5 | 01niFuC9alU | 5/6/2022 |
| 6 | AvFGf2A7b3w | 9/22/2021 |
| 7 | VFpMMYTpE3w | 5/6/2022 |
| 8 | JL83Ovh-Y0c | 4/26/2022 |
| 9 | 2hzKU0XtMMc | 4/26/2022 |
| 10 | s7YGJ6TdRZI | 4/26/2022 |
| 11 | ocs3fQwOJnA | 4/26/2022 |
| 12 | LdOur-FVg80 | 5/27/2022 |
| 13 | zx6lmkKmnDA | 9/22/2021 |
| 14 | AjVzJVlv0Uk | 4/28/2022 |
| 15 | QHBe48tT2B0 | 4/26/2022 |
| 16 | FokEg0SgHXY | 9/22/2021 |
| 17 | GTW8TCJsT94 | 9/22/2021 |
| 18 | pABugqKqk_4 | 6/8/2022 |
| 19 | yR1fCaGgxAw | 4/28/2022 |
| 20 | AJEC-fP515U | 5/27/2022 |

AST PUBLISHING LTD.'S AMENDED RESPONSES & OBJECTIONS TO DEFENDANTS' FIRST SET OF INTERROGATORIES

3:20-CV-4423

## VERIFICATION

I have read the foregoing responses to Defendants' Interrogatories and state that the answers contained therein are true to the best of my knowledge, information, and belief.

Signed: _[signature]_

Dated: August 16, 2022

26

AST PUBLISHING LTD.'S AMENDED RESPONSES & OBJECTIONS TO DEFENDANTS' FIRST SET OF INTERROGATORIES

3:20-CV-4423

Dated: August 16, 2022

Respectfully submitted,

/s/ Randall P. Ewing, Jr.
George A. Zelcs (*pro hac vice*)
Randall P. Ewing, Jr. (*pro hac vice*)
Ryan Z. Cortazar (*pro hac vice*)
KOREIN TILLERY, LLC
205 North Michigan, Suite 1950
Chicago, IL 60601
Telephone: (312) 641-9750
Facsimile: (312) 641-9751

Stephen M. Tillery (*pro hac vice*)
Steven M. Berezney, CA Bar #329923
Carol O'Keefe (*pro hac vice*)
KOREIN TILLERY, LLC
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

Joshua Irwin Schiller, CA Bar #330653
BOIES SCHILLER FLEXNER LLP
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Phone: (415) 293-6800
Fax: (415) 293-6899

Philip C. Korologos (*pro hac vice*)
Joanna Wright (*pro hac vice*)
Demetri Blaisdell (*pro hac vice*)
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards, 20th Floor
New York, NY 10001
Phone: (212) 446-2300
Fax: (212) 446-2350

*Attorneys for Plaintiffs Maria Schneider, Uniglobe Entertainment, LLC, and AST Publishing Ltd.*

AST PUBLISHING LTD.'S AMENDED RESPONSES & OBJECTIONS TO DEFENDANTS' FIRST SET OF INTERROGATORIES

3:20-CV-4423