# EXHIBIT 26

to the Declaration of Paul Harold

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3               SAN FRANCISCO DIVISION
 4
 5   MARIA SCHNEIDER, UNIGLOBE        ) Case No.
     ENTERTAINMENT, LLC, and AST      ) 3:20-cv-04423-JD
 6   PUBLISHING LTD., individually and )
     on behalf of all others similarly )
 7   situated,                        )
                                      )
 8            Plaintiffs,             )
                                      )
 9            vs.                     )
                                      )
10   YOUTUBE, LLC and GOOGLE LLC,     )
                                      )
11            Defendants.             )
     _____ )
12   YOUTUBE, LLC and GOOGLE LLC,     )
                                      )
13            Counterclaimants,       )
                                      )
14            vs.                     )
                                      )
15   PIRATE MONITOR LTD, PIRATE MONITOR )
     LLC, and GÁBOR CSUPÓ,            )
16                                    )
              Counterclaim Defendants.  )
17   _____ )
18   VIRTUAL VIDEOCONFERENCE VIDEO-RECORDED DEPOSITION OF
19       GÁBOR CSUPÓ, 30(B)(6) OF PIRATE MONITOR LTD
20
21     Remotely Testifying from Los Angeles, California
22
23   Stenographically Reported By:
24   Hanna Kim, CLR, CSR 13083
25   Job No. 5301969-A
```

1       Q.    YouTube's claims against Pirate Monitor;

2   right?

3       A.    That's right.

4       Q.    And "PM" stands for Pirate Monitor in this

5   e-mail?

6       A.    Yes.

7       Q.    What did you mean when you said that

8   YouTube is trying to bring everything against PM?

9       A.    By turning the -- the -- the whole claim

10   around and trying to blame their fraudulent activity

11   on a company who's actually trying to fight

12   fraudulent activity.

13       Q.    In the next sentences you say, "Pirate

14   Monitor is clean.  The company called IPLLC, who has

15   a contract with you and the Hungarian Film Fund,

16   acted as a full agent for the rights holder when it

17   uploaded those film clips to YT."  [As read]

18           Do you see that?

19       A.    Yes.  To YouTube, yes.

20       Q.    You were saying that it was IPLLC that

21   uploaded the videos to YouTube that are the subject

22   of YouTube's claims against Pirate Monitor; correct?

23       A.    That's right.

24       Q.    And you were saying that IPLLC was

25   authorized to upload those videos; right?

1       A.   That's right.  And it's true.

2       Q.   IPLLC was authorized to upload those

3   videos by MEGA FILM; correct?

4       A.   And the Hungarian Film Fund and a bunch of

5   other producers, yes.

6       Q.   The next sentence reads "(only a couple of

7   minutes of film clips were uploaded so that we can

8   prove to our clients that YT is not doing anything,

9   despite our efforts to get them to let us know)."

10           Do you see that?

11       A.   That's right.

12       Q.   You were saying that the videos that were

13   uploaded to YouTube were only short clips of the

14   MEGA FILM's works; right?

15       A.   Gábor already knew, Kálomista already knew

16   that the -- the full-length videos were uploaded to

17   his channel.  So we just explaining that this --

18   this dispute -- about this issue between PM and --

19   and YouTube.

20       Q.   You were saying that short clips of MEGA

21   FILM's videos were uploaded to YouTube --

22       A.   That's right.

23       Q.   -- right?

24       A.   We -- we could do anything we wanted

25   with --

1    YouTube's counterclaims; correct?

2         A.    Absolutely.

3         Q.    And after those videos were uploaded,

4    IPLLC sent takedown notices to YouTube for those

5    same videos; right?

6         A.    I only know this about reading the lots of

7    documents.  I did not know that beforehand.

8         Q.    Do you know it to be true now?

9         A.    About the takedown notices.

10            I'm sorry, say it again.

11        Q.    Do you know that to be true now?

12        A.    I know that was done, yes.

13        Q.    How do you know that IPLLC sent takedown

14   notices for videos IPLLC itself uploaded to YouTube?

15        A.    I found it out after the fact that we read

16   all the correspondent documents in this lawsuit.

17   What happened is, Mr. Kálomista, after longest time,

18   we couldn't maintain his -- his own material on

19   YouTube without successfully removing all the

20   infringements.  He basically told me to take down

21   everything.  And I called up Endre and I said, "Take

22   them all down."

23            I never said to him to file takedown

24   notices.  All I said, "I got instructions from my

25   client to take all the materials down, what you guys