# EXHIBIT 28

to the Declaration of Paul Harold

DOCUMENT SEALED IN ITS ENTIRETY