# EXHIBIT 31

to the Declaration of Paul Harold

DOCUMENT SEALED IN ITS ENTIRETY