# EXHIBIT 32

to the Declaration of Paul Harold




How It Works
Membership
About
News
Resources
Help

Public Search
Connect to Collect
Portal Login

# Website Terms of Use

# The MLC Website Terms of Use

Last Updated: October 26, 2022

Welcome to The Mechanical Licensing Collective ("The MLC," "we," "us," or "our") website, themlc.com and all associated sites linked to themlc.com (including the Musical Work Database (accessed through the Public Work Search), the MLC Portal, and the Distributor Unmatched Recordings Portal (DURP)) (collectively, the "Website"). These Website Terms of Use ("Website Terms") govern your access and use of the Website.

The MLC Privacy Policy and any other policies or rules concerning your use of the Website are available on our Website and are incorporated into these Website Terms. Before using the Website, please read these Website Terms carefully. By accessing our services and features on the Website, you acknowledge that you have read, understand, and agree to be bound by these Website Terms.

1. **Children**

The Website is not intended for individuals under the age of thirteen, and such individuals are expressly prohibited from engaging in any aspect of the Website. We will never knowingly request or solicit information from anyone under the age of

thirteen without verifiable parental consent. While individuals under the age of eighteen, but in no event younger than age thirteen, may utilize the Website, they must do so only with the consent of their parent or legal guardian, and otherwise subject to these Website Terms. In the event that we receive actual knowledge that we have collected information of anyone under the age of thirteen or under the age of majority in your jurisdiction without the requisite and verifiable parental consent, we will delete that information from our Website. If you are under the age of eighteen but want to become a Member of The MLC, please contact our Support Team [here](#) for the required parental consents.

2. **Website Access**

The MLC grants you permission to use its Website solely for its intended purpose as set forth in these Website Terms, provided that and for so long as you use the Website (i) you do not download, reproduce, redistribute, retransmit, publish, resell, distribute, publicly display or otherwise use or exploit any portion of the Website in any medium without The MLC's prior written authorization, except as otherwise expressly permitted in these Terms or as expressly permissible (e.g., [Bulk Database Feed](#)); (ii) you do not alter or modify any part of the Website; (iii) you do not engage in any of the prohibited uses as described in these Terms; and (iv) you otherwise fully comply with these Terms.

The Website may be offered in multiple languages as a courtesy. To the extent the translation of these Terms causes confusion as to interpretation, the English version will control.

Notwithstanding anything to the contrary above, you may use the data in the MLC's musical works database, as defined in 17 U.S.C. § 115(d)(3)(E), (the "Musical Works Database") for any legal purpose. The Musical Works Database is available through the Website's Public Search features and The MLC Portal. The database accessed through the Public Work Search is the same as the Musical Works Database.

3. **Prohibited Uses of the Website**

As a condition of your use of the Website, you hereby represent and warrant that you will not use the Website for any purpose that is unlawful or prohibited (including, without limitation, the prohibitions in this Section 3) by these Website Terms. Unauthorized or prohibited use of the Website may subject you to civil liability, criminal prosecution, or both, under federal, state, or local laws.

- You agree not to reproduce, duplicate, copy, sell, trade, resell, distribute, or exploit any portion of the Website, use the Website or access the Website, except as expressly permitted by law and in these Website Terms.
- You agree not to create derivative works of the Website content, including, without limitation, montages, mashups and similar videos, wallpaper, desktop themes, or merchandise, unless permitted under these Website Terms or with the prior written authorization of The MLC and any applicable licensors.
- You agree not to use the Website if you do not meet the eligibility requirements described in Section 1 above.
- You shall not defame, harass, abuse, threaten, stalk, or defraud users of the Website, or collect, or attempt to collect, personal information about users or third parties.
- You shall not intentionally interfere with or damage, impair, or disable the operation of the Website or any user's enjoyment of it by any means, including but not limited to uploading or otherwise disseminating viruses, worms, spyware, adware, or other malicious code.
- You shall not remove, circumvent, disable, damage, or otherwise interfere with any security- related features of the Website, features that prevent or restrict the use or copying of any part of the Website, or features that enforce limitations on the use of the Website.
- You shall not attempt to gain unauthorized access to the Website or any part of it, computer systems or networks connected to the Website or any part of it, through request, hacking, password mining or any other means or interfere or attempt to interfere with the proper working of the Website or any activities conducted through the Website.
- You agree not to obtain or attempt to obtain any materials or information through any means not intentionally made available through the Website. You agree neither to modify the Website in any manner or form, nor to use modified versions of the Website, including (without limitation) for the purpose of obtaining unauthorized access to the Website or for the removal of any proprietary notices or labels on the Website.
- You agree that you will not use any robot, spider, scraper, or other automated means to access the Website for any purpose without our express prior written permission or bypass our robot exclusion headers or other measures we may use to prevent or restrict access to the Website.
- You agree not to utilize framing techniques to enclose any trademark, logo, or other materials without The MLC's express prior written consent. You agree not to use any meta tags or any other "hidden text" utilizing The MLC's name or trademarks without The MLC's express prior written consent.
- You agree not to use any of The MLC's logos, graphics, or trademarks without The MLC's express prior written consent.
- You agree not to sell, rent, lease, distribute, broadcast, sublicense or otherwise

- assign any right to the Website to any third party except as expressly permitted herein.
- You agree not to reverse engineer, decompile, disassemble or otherwise attempt to discover the source code of the Website or any part thereof, except and only to the extent that such activity is expressly permitted by applicable law.
- You agree not to use the Website in any manner that could interrupt, damage, disable, overburden, or impair the Website or The MLC's provision, operation and maintenance of the Website, including, without limitation, "flooding" the servers, or by placing a disproportionate load on the Website resulting in denial of access or service to other Users.
- You agree not to modify, adapt, translate, or create derivative works based upon the Website or any part thereof, except and only to the extent that such activity is expressly permitted herein or by applicable law.
- You agree not to impersonate another person or entity, or falsely state or otherwise misrepresent your affiliation with a person or entity.
- You agree not to use the Website for improper business or undue economic advantage or gain
- **You agree not to use the Website to, including, without limitation, upload inaccurate data, register claims to musical works to which you are not entitled, register works not covered by the compulsory blanket mechanical license provided under 17 U.S.C. § 115, request improper matches of sound recordings to musical works, or submit single or bulk uploads without first reviewing the data for accuracy, validity, and proper formatting.**

4. **Intellectual Property**

The Website contains copyrighted and proprietary subject matter. The Website (including the compilation, selection, coordination, arrangement, and enhancement of all software and any related documentation provided by The MLC to facilitate any use of any aspect of the Website) is the property of The MLC, its suppliers, and/or its licensors and is protected by the U.S. and international copyright laws. You acknowledge that all such rights are valid and enforceable. You may not remove or obscure any copyright or other proprietary notices contained on the Website. You are not permitted to use any trade names, trademarks, service marks, trade dress, and related logos of The MLC and its affiliated legal entities and licensors (collectively, the "Marks") unless you first receive prior written consent to do so from The MLC or the third party that may own such Marks.

5. **Social Media**

The MLC may enable the use of certain social media features through Twitter, LinkedIn, YouTube, and/or Meta-owned applications (e.g., Facebook and Instagram). If you choose to connect, you will be able to share information with others. For example, your friends and others who have access to view information about you on Twitter, LinkedIn, YouTube, or Meta will be able to see your posts regarding The MLC. In addition, our Website may personalize and otherwise enhance your experience based on your social media information, such as your basic information, likes and interests.  Please pay careful attention to your privacy settings on Twitter, LinkedIn, YouTube, and Meta, which may give you some control over the information that is shared and who it is shared with. Subject to the terms of our Privacy Policy, you acknowledge and agree that The MLC has the right (but not the obligation) to monitor any submissions or materials transmitted through such platforms, and to publicly display, share, alter or remove any such materials.

6. **Tools, Testing, and Website Availability**

From time to time, we test various aspects of the Website and/or offer new functionality and tools to enhance user experience. These may include tests or offerings related to the platform, user interfaces, service levels, plans, features, and general availability. We reserve the right to include you in or exclude you from these tests or offerings without notice. We will not be liable for any reason if the Website is unavailable at any time or period during these tests. The MLC may make changes to or discontinue any services or tools available on the Website at any time, and without notice.

All Website users agree to comply with all applicable federal, state, and local laws, industry standards, and MLC rules and requirements that relate to the access and use of the Website, including beta offerings or pilots.

7. **Disclaimer of Warranties**

THE MLC PROVIDES THE WEBSITE "AS IS" AND "AS AVAILABLE" AND WITHOUT ANY WARRANTY OR CONDITION, EXPRESS, IMPLIED OR STATUTORY. THE MLC SPECIFICALLY DISCLAIMS ANY IMPLIED WARRANTIES OF TITLE, MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, NON-INFRINGEMENT, ACCURACY, AND ANY WARRANTIES THAT MAY ARISE FROM COURSE OF DEALING, COURSE OF PERFORMANCE, OR USAGE OF TRADE RELATING TO THIS WEBSITE. THE MLC DOES NOT WARRANT THAT YOUR USE OF THE WEBSITE WILL BE UNINTERRUPTED, ERROR-FREE, SECURE, THAT DEFECTS WILL BE CORRECTED, OR THAT THE WEBSITE OR THE SERVER(S) ON WHICH THE WEBSITE IS HOSTED ARE FREE OF VIRUSES OR OTHER HARMFUL COMPONENTS. YOU ACKNOWLEDGE THAT YOU ARE

RESPONSIBLE FOR OBTAINING AND MAINTAINING ALL EQUIPMENT NEEDED TO ACCESS AND USE THE WEBSITE AND ALL CHARGES RELATED TO THE USE OF THE WEBSITE. YOU ASSUME ALL RESPONSIBILITY AND RISK FOR YOUR USE OF THE WEBSITE. IF YOU BECOME AWARE OF ANY UNAUTHORIZED USE OF YOUR ACCOUNT OR LOSS OF YOUR ACCOUNT CREDENTIALS, OR IF YOU SUSPECT A SECURITY BREACH, NOTIFY US IMMEDIATELY BY EMAIL AT SUPPORT@THEMLC.COM.

AS REQUIRED BY LAW, THE MUSICAL WORKS DATABASE IS PUBLICLY AVAILABLE. THE MLC MAKES NO WARRANTIES OR REPRESENTATIONS WHATSOEVER WITH RESPECT TO THE ACCURACY OR COMPLETENESS OF THE DATA MADE AVAILABLE BY THE MLC. THE MLC SPECIFICALLY DISCLAIMS ANY AND ALL LIABILITY ON THE PART OF ANY PARTY FOR ANY LOSS OR DAMAGES WHICH MAY BE INCURRED, DIRECTLY OR INDIRECTLY, AS A RESULT OF THE USE OF THE INFORMATION ON THE WEBSITE AND/OR IN THE MUSICAL WORKS DATABASE, OR FOR ANY OMISSIONS OR ERRORS CONTAINED THEREIN, RESPECTIVELY.

IN SOME CASES, THE COPYRIGHT OWNERSHIP INFORMATION SHOWN FOR A MUSICAL COMPOSITION OR SOUND RECORDING MAY NOT REFLECT ACTUAL COPYRIGHT OWNERSHIP OF SUCH MUSICAL COMPOSITION OR SOUND RECORDING, OR MAY NO LONGER BE CURRENT. MUSICAL COMPOSITIONS OR SOUND RECORDINGS LISTED IN THE WEBSITE MAY NOT BE FULLY REPRESENTED OR REPRESENTED AT ALL BY THE MLC, AND MAY NOT BE LICENSABLE. THE DATA CONTAINED IN ONLINE LICENSING REPORTS AND STATEMENTS MAY NO LONGER BE CURRENT AT THE TIME SUCH DATA IS ACCESSED.

8. **Limitation on Liability**

TO THE FULLEST EXTENT PROVIDED BY LAW, IN NO EVENT WILL THE MLC OR ITS SERVICE PROVIDERS, EMPLOYEES, AGENTS, OFFICERS, OR DIRECTORS BE LIABLE FOR DAMAGES OF ANY KIND, UNDER ANY LEGAL THEORY, ARISING OUT OF OR IN CONNECTION WITH YOUR USE, OR INABILITY TO USE, THE WEBSITE, INCLUDING ANY DIRECT, INDIRECT, SPECIAL, INCIDENTAL, CONSEQUENTIAL, OR PUNITIVE DAMAGES, INCLUDING BUT NOT LIMITED TO, PERSONAL INJURY, PAIN AND SUFFERING, EMOTIONAL DISTRESS, LOSS OF REVENUE, LOSS OF PROFITS, LOSS OF BUSINESS OR ANTICIPATED SAVINGS, LOSS OF USE, LOSS OF GOODWILL, LOSS OF DATA, AND WHETHER CAUSED BY TORT (INCLUDING NEGLIGENCE), BREACH OF CONTRACT, OR OTHERWISE, EVEN IF FORESEEABLE. THE FOREGOING DOES NOT AFFECT ANY LIABILITY THAT CANNOT BE EXCLUDED OR LIMITED UNDER APPLICABLE LAW, SPECIFICALLY INCLUDING 17 USC 115(d)(11)(D).

## 9. Indemnification

Except to the extent prohibited under applicable law, you agree to defend, indemnify, and hold harmless The MLC from and against all claims, liabilities, damages, judgments, awards, losses, costs, expenses, and fees (including attorneys' fees) arising from, relating to, or resulting from (a) your breach or alleged breach of these Website Terms, including any covenants, representations and warranties therein; (b) your access to, use, misuse, or alleged misuse of the Website; or (c) your violation or alleged violation of any law or any rights of any third party.

## 10. Geographic Restrictions

The MLC is based in the State of Tennessee in the United States. We and our service providers may transfer your personal information to, or store or access it in, jurisdictions that may not provide levels of data protection that are equivalent to those of your home jurisdiction. If you access the Website, including the Portal or the DURP, from outside the United States, you do so on your own initiative and are responsible for compliance with applicable laws.

## 11. Governing Law

All matters relating to these Website Terms and any dispute or claim arising from or related to these Website Terms will be governed by and construed in accordance with the internal laws of the State of Tennessee without giving effect to any choice or conflict of law provision or rule. Any legal suit, action, or proceeding arising out of, or related to, these Website Terms will be instituted exclusively in the federal courts of the United States or the courts of the State of Tennessee, in each case located in the City of Nashville and County of Davidson.

## 12. Modification of the Website Terms

We reserve the right, at our discretion, to change, modify, add, or remove portions of these Website Terms at any time for any reason. We may notify you of such changes through a variety of reasonable means, including a change to the "Last Updated" date set forth above. All changes are effective immediately. Please check these Website Terms periodically for changes. Your continued use of the Website after the posting of changes constitutes your binding acceptance of such changes.

## 13. Contact Information

We welcome your questions, comments, and concerns about these Website Terms using our below contact information.

The MLC

Attn: Website Terms

333 11th Avenue South

Suite 200

Nashville, TN 37203

[legal@themlc.com](legal@themlc.com)



Mechanical Licensing Collective © 2022

## About Us

The MLC

Governance

Our Team

Board of Directors

Advisory Committees

Get Involved

Careers

## How It Works

The MLC Process

DSP Notices

Data Programs

Digital Music Royalties

Play Your Part

Royalty Payments

## News & Resources

Press Releases & Announcements

News Articles

Request for Information

Resources

## FAQ's

## Careers

## Help

Contact

## Website Policies

