# EXHIBIT 37

to the Declaration of Paul Harold

CONFIDENTIAL

1           UNITED STATES DISTRICT COURT

2         NORTHERN DISTRICT OF CALIFORNIA

3             Case No. 20-cv-04423-JD

4

5   - - - - - - - - - - - - - - - -x

6   MARIA SCHNEIDER, et al,              :

7                      Plaintiffs,   :

8             - vs -                      :

9   YOUTUBE LLC, et al,                  :

10                     Defendants.   :

11  - - - - - - - - - - - - - - - - -x

12

13              ***CONFIDENTIAL***

14

15      VIDEOTAPED DEPOSITION UPON ORAL

16  EXAMINATION OF PAUL JESSOP, held in New York,

17  NY, commencing at 9:16 a.m., September 28, 2022 ,

18  before Randi Friedman, a Registered Professional

19  Reporter, within and for the State of New York.

20

21

22

23

24  JOB No. 5490181

25  PAGES 1 - 286

                                        Page 1

| | | |
|---|---|---|
| 1 | of your report, you were not able to see any ISRC | 13:25:39 |
| 2 | being retained for those digital copies; is that | 13:25:44 |
| 3 | accurate? | 13:25:48 |
| 4 | A    That's correct. | 13:25:48 |
| 5 | Q    Now let's talk about the Maria | 13:25:52 |
| 6 | Schneider works.  You said "downloaded Maria | 13:25:54 |
| 7 | Schneider audio files." | 13:25:58 |
| 8 | How did you obtain copies of these | 13:26:00 |
| 9 | audio files? | 13:26:04 |
| 10 | A    I flexed my credit card and bought | 13:26:04 |
| 11 | them from the Artist Direct website. | 13:26:07 |
| 12 | Q    Which website? | 13:26:14 |
| 13 | A    Artist Direct is the name of the | 13:26:15 |
| 14 | website that they are available from. | 13:26:16 |
| 15 | Q    What form were the audio files once | 13:26:19 |
| 16 | you were able to download them? | 13:26:22 |
| 17 | A    They were in MP3 format. | 13:26:24 |
| 18 | Q    And did you use the same Kid3 audio | 13:26:26 |
| 19 | metadata tag editor to review the metadata for | 13:26:30 |
| 20 | those files? | 13:26:33 |
| 21 | A    I did. | 13:26:33 |
| 22 | Q    And what did you find? | 13:26:34 |
| 23 | A    I found that in most of the cases, | 13:26:36 |
| 24 | there was comprehensive metadata, which included | 13:26:38 |
| 25 | not only track, title and artist information, but | 13:26:42 |

Page 116

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | also ISRC codes, and unusually ISWC codes | 13:26:46 |
| 2 | identifying the music work.  In one case, the | 13:26:50 |
| 3 | ISRC codes were missing.  I crosschecked that | 13:26:56 |
| 4 | against the online database, SoundExchange, and | 13:27:00 |
| 5 | found the ISRC codes that were present were the | 13:27:05 |
| 6 | same ISRC codes that were lodged, registered at | 13:27:08 |
| 7 | the SoundExchange database.  And the ones that | 13:27:10 |
| 8 | were missing were cited in the SoundExchange | 13:27:13 |
| 9 | database, even though they hadn't found their way | 13:27:17 |
| 10 | into the downloaded files. | 13:27:22 |
| 11 |     Q    Approximately how many different audio | 13:27:24 |
| 12 | files of Ms. Schneider's did you download for | 13:27:25 |
| 13 | this crosscheck? | 13:27:28 |
| 14 |     A    Three albums, so probably about 30. | 13:27:29 |
| 15 |     Q    How many of those were missing ISRCs? | 13:27:32 |
| 16 |     A    One album. | 13:27:34 |
| 17 |     Q    So approximately ten songs? | 13:27:36 |
| 18 |     A    Approximately. | 13:27:39 |
| 19 |     Q    Or ten works?  Okay. | 13:27:39 |
| 20 |     A    Ten recordings. | 13:27:41 |
| 21 |     Q    Did you investigate why ISRCs were | 13:27:56 |
| 22 | absent on that album? | 13:28:01 |
| 23 |     A    I didn't investigate beyond looking at | 13:28:04 |
| 24 | the SoundExchange database, which showed they had | 13:28:06 |
| 25 | been assigned.  I was intrigued as to how they | 13:28:09 |

Page 117

CONFIDENTIAL

```
 1    had been omitted from the download, that I didn't    13:28:13

 2    do any further investigation.                        13:28:16

 3         Q    Okay.  Any other crosscheck you did        13:28:17

 4    besides what you just described?                     13:28:27

 5         A    No.                                         13:28:35

 6         Q    Any other analysis that you did             13:28:38

 7    relating to this report besides what you just        13:28:40

 8    described or that's directly reflected in the        13:28:42

 9    report?                                              13:28:45

10         A    No.                                         13:28:45

11         Q    Did you take any of those MP3s that         13:28:55

12    you have described as metadata you reviewed --       13:29:01

13         A    Sorry.  Could you repeat?                   13:29:03

14         Q    I want to talk about those MP3s that       13:29:05

15    we've just been talking about that were subject      13:29:09

16    to your crosscheck; okay?                            13:29:12

17              Did you take any of those MP3s and         13:29:13

18    create a video with those MP3s using any form of     13:29:16

19    video editor?                                        13:29:21

20         A    There was some -- thank you for the         13:29:23

21    prompt.  The results of this are not in the         13:29:26

22    report because it was inconclusive, but I did       13:29:30

23    attempt to find where the CLFN tag was coming       13:29:33

24    from.  Not using the Schneider recordings, but      13:29:38

25    using a dummy recording of my own for quality       13:29:43
```

Page 118

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | with background knowledge? | 13:50:00 |
| 2 | A     There are two steps in that process. | 13:50:14 |
| 3 | One is to establish that the knowledge existed, | 13:50:16 |
| 4 | and the other is to establish that it was done. | 13:50:18 |
| 5 | If both are true, then a conclusion can be drawn. | 13:50:22 |
| 6 | Q     How do you establish that the | 13:50:27 |
| 7 | knowledge existed?  What is the process for that? | 13:50:33 |
| 8 | A     That is, to some extent, an artifact | 13:50:46 |
| 9 | and attribute of my industry experience that I | 13:50:50 |
| 10 | know what people know, and it is to some extent | 13:50:53 |
| 11 | an artifact of the documentary record of what | 13:50:57 |
| 12 | the, for instance, legislation says, and what | 13:51:00 |
| 13 | standards say should be done in order to be | 13:51:03 |
| 14 | conforming to them. | 13:51:08 |
| 15 | Q     Is there anything else that goes into | 13:51:11 |
| 16 | the process of establishing whether or not | 13:51:13 |
| 17 | knowledge exists for a certain entity? | 13:51:17 |
| 18 | A     There can be many others, but those | 13:51:21 |
| 19 | will the ones I think I was drawing upon in the | 13:51:23 |
| 20 | creation of these opinions. | 13:51:26 |
| 21 | Q     Is the process for establishing | 13:51:31 |
| 22 | whether another party acted with knowledge, is | 13:51:32 |
| 23 | that process set out in any treatise or | 13:51:38 |
| 24 | recognized reference material? | 13:51:44 |
| 25 | A     No.  That is an inference that's drawn | 13:51:47 |

Page 133

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | by the application of what one might call common | 13:51:50 |
| 2 | sense or natural inference drawing. | 13:51:55 |
| 3 | Q    Does your opinion, as it's reflected | 13:52:13 |
| 4 | in your report, do you opine on whether certain | 13:52:17 |
| 5 | events did or did not occur? | 13:52:24 |
| 6 | MR. DWYER:  Objection to form. | 13:52:28 |
| 7 | THE WITNESS:  Yes. | 13:52:37 |
| 8 | BY MR. RICHLIN: | 13:52:38 |
| 9 | Q    Do you express opinions in this report | 13:53:21 |
| 10 | as to whether certain events did or did not | 13:53:24 |
| 11 | occur? | 13:53:31 |
| 12 | A    I expressed opinions as to the | 13:53:42 |
| 13 | inferences that can be drawn, which may lead you | 13:53:48 |
| 14 | to conclude that some things happened or did not | 13:53:51 |
| 15 | happen. | 13:53:54 |
| 16 | Q    Okay.  Which opinions do you express | 13:53:55 |
| 17 | fall into that category of inference that lead to | 13:53:59 |
| 18 | conclusion as to whether things did happen or did | 13:54:03 |
| 19 | not happen? | 13:54:06 |
| 20 | MR. DWYER:  Objection to form. | 13:54:06 |
| 21 | THE WITNESS:  So if I could give | 13:54:16 |
| 22 | an example, I state that YouTube can detect | 13:54:17 |
| 23 | music in video soundtracks.  That is not | 13:54:23 |
| 24 | something that I was given as a piece of | 13:54:26 |
| 25 | information, piece of fact, but it's | 13:54:29 |

Page 134

CONFIDENTIAL

```
 1        something that I infer from other          13:54:31
 2        capabilities and the relative simplicity of  13:54:34
 3        the task at hand.                           13:54:39
 4   BY MR. RICHLIN:                                  13:54:40
 5        Q    Are there any other opinions that you  13:54:43
 6   draw and express in this report that fall into  13:54:44
 7   the category of inferences that lead to         13:54:46
 8   conclusions about the occurrence or             13:54:50
 9   non-occurrence of an event?                     13:54:53
10             MR. DWYER:  Objection to form.        13:54:55
11             THE WITNESS:  I think there are       13:55:06
12        numerous such examples, and that is the    13:55:07
13        nature of the analysis that I was asked to 13:55:10
14        carry out.  By way of another example, I   13:55:12
15        state that YouTube is aware that many CDs  13:55:19
16        issued from the launch of the format contain 13:55:34
17        ISRC codes.  I infer that from the         13:55:38
18        widespread dissemination of that knowledge 13:55:45
19        and the skills of the engineers at YouTube 13:55:49
20        who surely knew that and would recognize   13:55:53
21        when that data was no longer present, so it 13:55:58
22        is an inference; not a reported fact.       13:56:01
23   BY MR. RICHLIN:                                  13:56:06
24        Q    Okay.  I'm not going to ask you to    13:56:07
25   catalog every inference in the report, but as we 13:56:09
```

Page 135

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | objection -- | 14:51:20 |
| 2 | MR. DWYER:  Object to form. | 14:51:21 |
| 3 | MR. RICHLIN:  Thank you. | 14:51:22 |
| 4 | THE WITNESS:  Could you repeat the | 14:51:23 |
| 5 | question, please? | 14:51:24 |
| 6 | MR. RICHLIN:  Randi, can you read | 14:51:25 |
| 7 | it back, please? | 14:51:26 |
| 8 | (Whereupon the reporter read back | 14:51:27 |
| 9 | the requested portion of the record.) | 14:51:27 |
| 10 | THE WITNESS:  I need to respond to | 14:51:46 |
| 11 | that in two different ways.  Two parallel | 14:51:47 |
| 12 | ways.  Firstly, I did not talk to him about | 14:51:50 |
| 13 | it.  And; secondly, I would not expect | 14:51:52 |
| 14 | anybody to be using the CLFN field for | 14:51:54 |
| 15 | metadata -- rights management purposes. | 14:51:57 |
| 16 | It's clear in the report that the CLFN field | 14:52:01 |
| 17 | is an artifact of a coding process, which is | 14:52:03 |
| 18 | not, to use your term from earlier, | 14:52:07 |
| 19 | volitional. | 14:52:09 |
| 20 | BY MR. RICHLIN: | 14:52:11 |
| 21 | Q    I want to ask you a couple questions | 14:52:12 |
| 22 | about the experiment that Mr. Bornheimer ran. | 14:52:13 |
| 23 | You have some thoughts about that experiment? | 14:52:19 |
| 24 | MR. DWYER:  Object to the form. | 14:52:23 |
| 25 | Vague.  No foundation. | 14:52:24 |

Page 168

| | | |
|---|---|---|
| 1 | that. | 15:40:39 |
| 2 | Q    Even as to sound recordings, not all | 15:40:42 |
| 3 | sound recordings have ISRCs; correct? | 15:40:45 |
| 4 | A    That is true. | 15:40:48 |
| 5 | Q    For example, if a mother films her | 15:40:50 |
| 6 | daughter performing at the school orchestra, has | 15:40:53 |
| 7 | that as a video and uploads it, there's no | 15:40:59 |
| 8 | obligation to associate ISRC with that video; | 15:41:02 |
| 9 | correct? | 15:41:06 |
| 10 | A    There's no obligation to associate | 15:41:07 |
| 11 | ISRC with any media entity, but within the | 15:41:10 |
| 12 | commercial music media sector, that is to say | 15:41:17 |
| 13 | people trying to earn a living from music, it is | 15:41:22 |
| 14 | becoming extremely hard to get into distribution | 15:41:27 |
| 15 | without having an ISRC assigned to it because | 15:41:35 |
| 16 | many services and management organizations | 15:41:38 |
| 17 | require it as a matter of policy. | 15:41:44 |
| 18 | Q    We'll turn to the professional | 15:41:46 |
| 19 | commercial music media sector in a moment. | 15:41:49 |
| 20 | Going back to my example, would it be | 15:41:52 |
| 21 | your expectation that for the example I provided, | 15:41:54 |
| 22 | where a mother films her daughter's school | 15:41:57 |
| 23 | orchestra performance, that that video would have | 15:42:00 |
| 24 | an ISRC associated with it? | 15:42:02 |
| 25 | A    In today's world, I would not expect | 15:42:05 |

Page 186