# EXHIBIT 38

to the Declaration of Paul Harold

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1              UNITED STATES DISTRICT COURT
 2         FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                  SAN FRANCISCO DIVISION
 4
 5    _____
                                          )
 6    MARIA SCHNEIDER, UNIGLOBE           )
      ENTERTAINMENT, LLC, and AST         )
 7    PUBLISHING LTD., individually and   )
      on behalf of all others similarly   )
 8    situated,                           )
                                          )
 9              Plaintiffs,               )
                                          )
10    vs.                                 ) No. 3:20-cv-4423
                                          )
11    YOUTUBE, LLC; and GOOGLE LLC,       )
                                          )
12              Defendants.               )
      _____)
13
14
15       HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
16       VIDEOTAPED DEPOSITION OF JOSEPH M. WINOGRAD
17                San Francisco, California
18              Thursday, September 29, 2022
19                        Volume I
20
21    Reported by:
      CATHERINE A. RYAN, RMR, CRR, B.S.
22    CSR No. 8239
23    Job No. 5490258
24
25    PAGES 1 - 281
```

Page 1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1        Q    Is it your view that the Content ID          10:45:53

 2   technology itself has the ability to automatically

 3   identify whether the use of a work in a video on

 4   YouTube infringes a copyright?

 5        A    That is -- no, that is not the intended      10:46:11

 6   meaning of this sentence.

 7        Q    The Content ID system can't automatically

 8   determine what is and isn't infringing, right?

 9        A    Right.

10        Q    The system can automatically identify        10:46:20

11   matches of a given reference file to a given video

12   file, correct?

13        A    Yes.

14        Q    Let's assume, hypothetically, that a

15   reference file for a musical composition that          10:46:36

16   Plaintiff Maria Schneider claims to own is in

17   Content ID, and the Content ID system recognizes

18   that someone has uploaded a video using that same

19   composition.

20             Has the Content ID system identified a       10:46:53

21   copyright infringement?

22        A    It may have.

23        Q    What do you mean, "it may have"?

24        A    So copyright management technologies --

25   copyright management systems I describe in the         10:47:09
```

Page 66