George A. Zelcs (*pro hac vice*)
  gzelcs@koreintillery.com
Randall P. Ewing, Jr. (*pro hac vice*)
  rewing@koreintillery.com
Ryan Z. Cortazar (*pro hac vice*)
  rcortazar@koreintillery.com
KOREIN TILLERY, LLC
205 North Michigan, Suite 1950
Chicago, IL  60601
Telephone: (312) 641-9750
Facsimile: (312) 641-9751

Stephen M. Tillery (*pro hac vice*)
  stillery@koreintillery.com
Steven M. Berezney, CA Bar #329923
  sberezney@koreintillery.com
Carol O'Keefe (*pro hac vice*)
  cokeefe@koreintillery.com
KOREIN TILLERY, LLC
505 North 7th Street, Suite 3600
St. Louis, MO  63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

Joshua Irwin Schiller, CA Bar #330653
  jischiller@bsfllp.com
BOIES SCHILLER FLEXNER LLP
44 Montgomery St., 41st Floor
San Francisco, CA  94104
Telephone: (415) 293-6800
Facsimile: (415) 293-6899

Philip C. Korologos (*pro hac vice*)
  pkorologos@bsfllp.com
Joanna Wright (*pro hac vice*)
  jwright@bsfllp.com
Demetri Blaisdell (*pro hac vice*)
  dblaisdell@bsfllp.com
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards, 20th Floor
New York, NY 10001
Telephone: (212) 446-2300
Facsimile: (212) 446-2350

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING LTD., individually and on behalf of all others similarly situated;<br><br>Plaintiffs,<br><br>vs.<br><br>YOUTUBE, LLC; and GOOGLE LLC;<br><br>Defendants.<br>―――――――――――――――――<br>YOUTUBE, LLC and GOOGLE LLC;<br><br>Counter-Plaintiffs,<br><br>vs.<br><br>PIRATE MONITOR LTD., GÁBOR CSUPÓ, and PIRATE MONITOR LLC,<br><br>Counter-Defendants. | CASE NO.  3:20-cv-4423-JD<br><br>**PLAINTIFFS' INTERIM ADMINISTRATIVE MOTION TO SEAL PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR CLASS CERTIFICATION AND RELATED DOCUMENTS**<br><br>Date:     December 15, 2022<br>Time:     10:00 a.m.<br>Dept.:     11<br>Judge:   Hon. James Donato |

1    Pursuant to Civil Local Rules 7-11 and 79-5, Plaintiffs submit this interim administrative

2    motion to file under seal the unredacted versions of Plaintiffs' Reply in Support of Motion for

3    Class Certification and related declarations and exhibits, portions of which contain information

4    designated as Confidential or Highly Confidential by the parties.  Plaintiffs do not anticipate

5    moving to seal any of the documents Plaintiffs designated as Confidential or Highly Confidential.

6    The reasons for sealing will be discussed in a forthcoming omnibus sealing motion filed jointly by

7    the parties by December 8, 2022, pursuant to the stipulation approved by the Court on October 26,

8    2022 (Dkt. No. 193).

9

10   Dated: November 28, 2022                              Respectfully submitted,

11                                                         /s/ *Philip C. Korologos*
                                                          George A. Zelcs (*pro hac vice*)
12                                                        Randall P. Ewing, Jr. (*pro hac vice*)
                                                          Ryan Z. Cortazar (*pro hac vice*)
13                                                        KOREIN TILLERY, LLC
                                                          205 North Michigan, Suite 1950
14                                                        Chicago, IL 60601

15                                                        Stephen M. Tillery (*pro hac vice*)
                                                          Steven M. Berezney, CA Bar #329923
16                                                        Carol O'Keefe (*pro hac vice*)
                                                          KOREIN TILLERY, LLC
17                                                        505 North 7th Street, Suite 3600
                                                          St. Louis, MO 63101
18
                                                          Joshua Irwin Schiller, CA Bar #330653
19                                                        BOIES SCHILLER FLEXNER LLP
                                                          44 Montgomery St., 41st Floor
20                                                        San Francisco, CA 94104

21                                                        Philip C. Korologos (*pro hac vice*)
                                                          Joanna Wright (*pro hac vice*)
22                                                        Demetri Blaisdell (*pro hac vice*)
                                                          BOIES SCHILLER FLEXNER LLP
23                                                        55 Hudson Yards, 20th Floor
                                                          New York, NY 10001
24                                                        Phone: (212) 446-2300
                                                          Fax: (212) 446-2350
25
                                                          *Attorneys for Plaintiffs*
26

27

28

Plaintiffs Interim Motion to Seal                                              3:20-cv-4423-JD