# EXHIBIT 60



Try the **Copyright Public Records System (CPRS)** pilot with enhanced search features and filters.



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = scenes from childhood
Search Results: Displaying 12 of 41 entries

[previous] [next]



### *Scenes from childhood.*

**Type of Work:** Music
**Registration Number / Date:** PA0001213212 / 2003-05-20
**Title:** Scenes from childhood.
**Appears in:** Coming about. Enja Records 9069 2, c1996. Compact disc
**Publisher Number:** Enja Records 9069 2
**Notes:** Music.
**Performer:** Performed by Maria Schneider Jazz Orchestra.
**Copyright Claimant:** Maria Schneider, 1960-
**Date of Creation:** 1995
**Date of Publication:** 1996-04-18
**Copyright Note:** C.O. correspondence.
**Names:** Schneider, Maria, 1960-
Maria Schneider Jazz Orchestra

[previous] [next]

| **Save, Print and Email (Help Page)** |
|---|
| Select Download Format: Full Record — Format for Print/Save |
| Enter your email address: _____ Email |

---

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright
Copyright Office Home Page | Library of Congress Home Page