# EXHIBIT 64

My account (/user)    Log out (/user/logout)    Register (/isbn-database)

# Zulejha Otkryvaet Glaza



| | |
|---|---|
| **Full Title** | Zulejha Otkryvaet Glaza |
| **ISBN** | **5170904363** |
| **ISBN13** | 9785170904365 |
| **Publisher** | Ast (/publisher/Ast) |
| **Authors** | Jahina, Guzel (/author/Jahina, Guzel) |
| **Publish Date** | 2015 |
| **Binding** | Hardcover |
| **Language** | ru |
| **Dimensions** | Height: 8.07085 Inches, Length: 5.23621 Inches, Weight: 431 Grams, Width: 1.25984 Inches |
| **Subjects** | Farmers--Relocation (/subject/Farmers--Relocation)<br>Farmers--Relocation--Fiction (/subject/Farmers--Relocation--Fiction)<br>Forced migration (/subject/Forced migration)<br>Forced migration--Soviet Union--Fiction (/subject/Forced migration--Soviet Union--Fiction)<br>Labor camps (/subject/Labor camps)<br>Labor camps--Soviet Union--Fiction (/subject/Labor camps--Soviet Union--Fiction)<br>Kazan Tatars (/subject/Kazan Tatars)<br>Kazan Tatars--Fiction (/subject/Kazan Tatars--Fiction)<br>PG3492.34.A36 Z45 2015 (/subject/PG3492.34.A36 Z45 2015) |

## Price

| Merchant | Condition | Price | Shipping | Total | |
|---|---|---|---|---|---|
| alibris | Used | $5.15 | $4.49 | $9.64 | BUY (https://www.alibris.com/booksearch.detail?invid=17259828778) |
| AbeBooks.com | Used | $11.99 | $3.99 | $15.98 | BUY (https://www.abebooks.com/servlet/ShopBasketPL?ac=a&ik=31296750569) |
| alibris | New | $22.95 | $4.49 | $27.44 | BUY (https://www.alibris.com/booksearch.detail?invid=17364820611) |

## More by the authors

No books available

## Quick links

ISBN Database (/isbn-database)

FAQs (/faq)

Register (/user/register)

Contact (/contact)

Report ISBN (/isbndb/books/request)

Copyright © 2022. All rights reserved

Terms and Conditions (/terms-and-conditions)   Privacy Policy (/privacy-policy)