# EXHIBIT 77

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

---oOo---

MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING LTD., individually and on behalf of all others similarly situated;

Plaintiffs,

vs. Case No. 3:20-cv-04423-JD

YOUTUBE, LLC; and GOOGLE LLC;

Defendants.
____________________________/

CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER

REMOTE VIDEOTAPED DEPOSITION OF AMY WU

PALO ALTO, CALIFORNIA

TUESDAY, MAY 24, 2022

STENOGRAPHICALLY REPORTED BY:

ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR

CSR LICENSE NO. 9830

JOB NO. 832769



Page 138

[redacted]

Page 139

[redacted] ? 15:13
Let me withdraw that question. 15:13
A Oh. 15:13
Q It got a little messy. 15:13
[redacted]
Q Are you able to identify from -- let me 15:14
withdraw that. 15:14
[redacted]

Page 140

[redacted]

Page 141

[redacted]
Q If you wanted to get that information, would 15:18
you be able to do so? 15:18
A I don't have an answer to that. Oh, there's 15:18
an echo. 15:18
Q I was not able to hear your answer because of 15:18
the echo. I don't know if the echo is still there. 15:18
But are you hearing an echo as I speak? 15:18
A No; it looks like it's good. 15:18
Q Okay. So let me re-ask my question. 15:18
[redacted]

MAGNA LEGAL SERVICES

Page 142
Page 143
Page 144
Page 145

MAGNA
LEGAL SERVICES

