# EXHIBIT 78

1

2   UNITED STATES DISTRICT COURT

3   NORTHERN DISTRICT OF CALIFORNIA

4   SAN FRANCISCO DIVISION

5   ------------------------------------x

6   MARIA SCHNEIDER, UNIGLOBE
    ENTERTAINMENT, LLC and AST

7   PUBLISHING LTD., individually and
    on behalf of all others similarly

8   situated,

9                        Plaintiffs,

10  -against-          Case No. 3:20-cv-4423

11  YOUTUBE, LLC; and GOOGLE LLC,

12                     Defendants.

13  ------------------------------------x

14

15      REMOTE VIDEOTAPED DEPOSITION OF
               MARIA SCHNEIDER

16           New York, New York
               June 14, 2022

17

18

19  Reported By:

20  ERIC J. FINZ

21

22

23

24

25

                                    Page 1

MARIA SCHNEIDER

1
2  quandary whether I should take them down    16:25:31
3  and whether I'm going to be further    16:25:34
4  damaged. The problem with that is my    16:25:35
5  music is being represented. The further    16:25:37
6  damage -- it's being represented by not    16:25:41
7  good performances.    16:25:43
8        And so in a few instances,    16:25:45
9  I've decided I really need to leave    16:25:50
10  something like this up so that somebody    16:25:52
11  understands who -- what the Maria    16:25:55
12  Schneider Orchestra is, as opposed to    16:26:01
13  having somebody say to me, which has    16:26:04
14  happened, wow, your band sure is young.    16:26:07
15  And it turns out it's high schoolers    16:26:10
16  playing my music. So this somehow gives    16:26:12
17  a representation of what's real.    16:26:15
18    Q.   Okay. So you have a claim in    16:26:20
19  this case about removal of copyright    16:26:39
20  management information. Is that right?    16:26:41
21    A.   Yes.    16:26:43
22    Q.   What's your understanding of    16:26:44
23  what YouTube does that you believe is    16:26:45
24  illegal with respect to copyright    16:26:47
25  management information?    16:26:49

Page 206

MARIA SCHNEIDER

1
2    A.   Well, if you -- there's a few    16:26:51
3  things. If you put a YouTube up or a    16:26:57
4  video up on YouTube and you put in    16:27:02
5  copyright management information, and    16:27:06
6  then you take down that video, that    16:27:09
7  information is gone. But also, YouTube    16:27:13
8  allows various things like Movie Maker    16:27:21
9  and various things where people can make    16:27:30
10  a so-called video of your recorded work    16:27:33
11  with the cover, and when people put it in    16:27:36
12  there, it gets stripped. And YouTube    16:27:39
13  knows this is happening. And then that    16:27:47
14  person puts it up on YouTube, and now    16:27:49
15  it's gone.    16:27:52
16    Q.   Okay. So the first thing you    16:27:57
17  said was if you put a video up on YouTube    16:28:00
18  and you put in copyright management    16:28:02
19  information and then you take down that    16:28:04
20  video, that information is gone.    16:28:05
21    A.   Mm-hmm.    16:28:07
22    Q.   When you say when you put in    16:28:08
23  copyright management information, where    16:28:11
24  do you mean this copyright management    16:28:13
25  information is being put in?    16:28:15

Page 207

MARIA SCHNEIDER

1
2    A.   Well, Zachary is the one who    16:28:16
3  has done this for me. But it's, you    16:28:18
4  know, putting the tags on it, the CMI.    16:28:21
5  Like you can on a MP3, a wav, on a CD or    16:28:26
6  on a movie.    16:28:34
7    Q.   When you say Zachary is the    16:28:37
8  one who has done this for me, what has    16:28:38
9  Zachary done?    16:28:41
10    A.   Zachary put copyright    16:28:41
11  management information on a video to see    16:28:48
12  if when it was taken down on YouTube, if    16:28:51
13  it was in that scenario also stripped.    16:28:56
14  Meaning it's really virtually impossible    16:29:01
15  to have your copyright management    16:29:04
16  information on videos on YouTube.    16:29:05
17    Q.   Are you talking about what's    16:29:11
18  known as embedded file metadata when you    16:29:15
19  talk about putting copyright management    16:29:17
20  information in videos?    16:29:19
21    A.   I don't know the term    16:29:20
22  "embedded." Say it again, embedded.    16:29:23
23    Q.   Embedded file metadata.    16:29:26
24    A.   It's metadata is what I'm    16:29:28
25  talking about. I don't know about your    16:29:30

Page 208

MARIA SCHNEIDER

1
2  term "embedded file metadata." But    16:29:31
3  it's -- yeah, it's metadata.    16:29:35
4    Q.   And when you say Zachary put    16:29:38
5  copyright management information on a    16:29:42
6  video to see if when it was taken down it    16:29:44
7  was stripped. What do you mean by "taken    16:29:49
8  down"?    16:29:52
9    A.   There are ways to -- I don't    16:29:53
10  know what you call it. Basically    16:29:59
11  download videos from YouTube. There is    16:30:02
12  various ways apparently to do that. And    16:30:06
13  so he did that just to see what would    16:30:09
14  happen.    16:30:12
15    Q.   But your understanding is that    16:30:12
16  YouTube prohibits downloading of videos    16:30:15
17  from its website, YouTube is a streaming    16:30:19
18  video service; right?    16:30:22
19    A.   Yes. But many people download    16:30:23
20  things from YouTube.    16:30:25
21    Q.   But they don't use YouTube    16:30:29
22  software to do that, they use third-party    16:30:32
23  tools that are not permitted by YouTube.    16:30:35
24  Right?    16:30:39
25        MR. ZELCS: Objection; form.    16:30:39

Page 209

53 (Pages 206 - 209)

MARIA SCHNEIDER

1
2     A.   I do not know what YouTube      16:30:41
3  allows and doesn't allow.              16:30:45
4     Q.   You don't know whether YouTube  16:30:48
5  allows people to use third-party software  16:30:52
6  to download videos from YouTube?        16:30:55
7     A.   I mean, I don't know what       16:30:59
8  YouTube -- I can't speak to this.  This  16:31:01
9  isn't my area of expertise, I'm sorry.  16:31:04
10    Q.   Okay.  So if I ask you, do you  16:31:06
11 use embedded file metadata to prevent or  16:31:17
12 detect copyright infringement on internet  16:31:22
13 sites, do you know whether you do that?  16:31:25
14    A.   I don't know what tools can be   16:31:29
15 used out there to find metadata.  But I  16:31:34
16 know that metadata is considered the most  16:31:38
17 important tool for creators to get paid.  16:31:42
18 It's everything.  Copyright management   16:31:47
19 information is the international, it      16:31:50
20 gives the opportunity for the            16:31:55
21 international that, the ISRC codes,       16:31:56
22 to identify that recorded work.  There   16:31:59
23 are ISWC codes that identify your song in  16:32:03
24 ASCAP.                                   16:32:08
25        So it's very important           16:32:09

Page 210

MARIA SCHNEIDER

1
2  information in managing the use of your  16:32:12
3  work.                                    16:32:16
4     Q.   Why don't we look at your        16:32:18
5  interrogatory response on that.  So that  16:32:21
6  would be Exhibit 20, I believe, in your  16:32:24
7  pile of exhibits.                        16:32:26
8        THE WITNESS:  Which one am I       16:32:44
9  looking for?                             16:32:45
10       MR. ZELCS:  20.                    16:32:48
11       THE WITNESS:  My gosh.  Was        16:32:49
12 that early or late?                      16:32:50
13    Q.   I'm going to ask you to look     16:33:07
14 at page 16, interrogatory No. 9.         16:33:08
15       And starting on page 17 is         16:33:59
16 your response to interrogatory No. 9.  It  16:34:01
17 says, "Schneider has identified the      16:34:03
18 following international standard musical  16:34:06
19 word codes, ISWCs."                      16:34:08
20    A.   Wait.  I think I must be on       16:34:11
21 the wrong form.                          16:34:13
22       MR. ZELCS:  Exhibit 20.            16:34:15
23    Q.   Page 17.                         16:34:16
24    A.   This is 20.  What page, 16?      16:34:18
25    Q.   Page 17 is where your            16:34:21

Page 211

MARIA SCHNEIDER

1
2  response --                             16:34:23
3     A.   I thought you said 16.          16:34:23
4     Q.   -- the response to the          16:34:25
5  interrogatory is.                       16:34:26
6     A.   Okay.                           16:34:26
7     Q.   And right before the chart it  16:34:32
8  says, "Schneider has identified the     16:34:33
9  following international standard musical  16:34:36
10 word codes and international standard   16:34:38
11 recording codes associated with her    16:34:41
12 works."                                 16:34:46
13       Do you see that?                  16:34:46
14    A.   Mm-hmm.  I have.  I see that.   16:34:46
15    Q.   Okay.  Does this interrogatory  16:34:48
16 response list all of the ISWC and ISRC  16:34:54
17 codes that you're aware of associated   16:34:58
18 with your musical works?                16:35:02
19    A.   Oh, gosh, I can't answer that   16:35:06
20 without really spending time with this.  16:35:11
21    Q.   Well, when you answered this    16:35:14
22 interrogatory, did you make an effort to  16:35:16
23 comprehensively include all of the ISWC  16:35:17
24 and ISRC --                             16:35:21
25    A.   Let me see what this is.  I     16:35:24

Page 212

MARIA SCHNEIDER

1
2  don't know if these are ISRC codes.  It  16:35:35
3  looks like -- oh, there is ISWC, okay.   16:35:40
4  Thank you.                              16:35:44
5        So ISWC is for the song.  And    16:36:00
6  then the ISRC codes for the things that  16:36:04
7  were recorded.  There were a couple by a  16:36:09
8  woman that I collaborated with who died.  16:36:14
9  And I don't have access to those.        16:36:18
10    Q.   But is it your belief that      16:36:23
11 this interrogatory response             16:36:25
12 comprehensively listed all of the ISWC  16:36:27
13 codes and ISRC codes that you're aware of  16:36:31
14 associated with your copyrighted works?  16:36:34
15    A.   I think it's the works that     16:36:37
16 were in suit.  If I understand that.  To  16:36:40
17 my best -- I mean, let's see, what does  16:36:44
18 it say here.  Associated with her works  16:36:46
19 in suit.  So yes.                       16:36:52
20    Q.   And are these ISWC and ISRC      16:37:01
21 codes something that you personally      16:37:07
22 maintain?  Do you have this information  16:37:09
23 in a database somewhere?                16:37:11
24    A.   ISWC codes are on the ASCAP      16:37:13
25 website for anybody in the public to see.  16:37:17

Page 213

54 (Pages 210 - 213)