# EXHIBIT 81

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

- - - - - - - - - - - - - - - - - - - - x

MARIA SCHNEIDER, UNIGLOBE
ENTERTAINMENT, LLC, and AST
PUBLISHING LTD., individually
and on behalf of all others
similarly situated,

       Plaintiffs,

                        Case No.
  -against-        3:20-cv-04423-JD

YOUTUBE, LLC; and GOOGLE LLC;

       Defendants.

- - - - - - - - - - - - - - - - - - - - x

       **CONFIDENTIAL**

    Videotaped oral deposition of FRANCOIS-XAVIER NUTTALL, taken pursuant to notice, was held at the law offices of BOIES SCHILLER & FLEXNER LLP, 55 Hudson Yards, New York, New York 10001, commencing September 30, 2022, 9:03 a.m., on the above date, before Leslie Fagin, a Court Reporter and Notary Public in the State of New York.

               - - -

MAGNA LEGAL SERVICES
320 West 37th Street, 12th Floor
New York, New York 10018
(866) 624-6221



Page 202

25   Q. Let's talk about ISRC codes.

Page 203

2       MR. RICHLIN: If you are going into
3   a new area, we've been going about an
4   hour. Do you want to take five?
5       THE VIDEOGRAPHER: This will end
6   video 5. The time is 4:34.
7       (Recess.)
8       THE VIDEOGRAPHER: We are back on
9   the record at 4:56. This will begin
10  video 6.
11      Q. Mr. Nuttall, let's turn to ISRC
12  codes and you have a section of your report
13  that starts at paragraph 37 about ISRC,
14  right?
15      A. That is correct.

Page 204

12      Does that mean it's your
13  understanding that all of the available video
14  editing software removes ISRC codes for music
15  that might be a component of a video?
16      MR. RICHLIN: Objection to form.
17      A. I've never said that all video
18  editing software. There might be some that I
19  have eluded my research, but I have worked on
20  quite a lot of different editing software.
21      As I said before, I also wrote some
22  audio extraction tools and the retention of
23  the ISRC is just not present in all those
24  processes.
25      Q. So another way to ask this would be

Page 205

2   to say, am I correct that your -- let me
3   withdraw that.
4       Am I correct that -- first of all,
5   are you aware of a lot of video editing
6   software, correct?
7       A. That is correct.
8       Q. Of all the video editing software
9   you are aware of, none of that software
10  retains ISRC codes for music that may be a
11  component of a video?
12      A. That's correct.
13      Q. And how long have you had that
14  understanding?
15      A. Since I edited video content, 20
16  odd years ago.
17      Q. And presumably your knowledge base
18  of different video editing software has grown
19  over the past 20 years as you used different
20  products?
21      A. Definitely.



52 (Pages 202 to 205)

MAGNA LEGAL SERVICES

Page 206

```
 1  [redacted]
 2  [redacted]
 ...
              t.
10      Q.  What do you mean by that, the use
11  of that term?
12      A.  For the ISRC to be present in the
13  final version, there is a manual intervention
14  required in order to enter the ISRC code
15  manually.
16      Q.  Okay.  In paragraph 42, you refer
17  to FFmpeg.
18          Do you see that?
19      A.  That's correct.
20  [redacted]
```

Page 207

```
 9      Q.  Anything else?
10      A.  No.
11  [redacted]
16      Q.  Do you know whether FFmpeg extracts
17  any metadata and stores it anywhere?
18          MR. RICHLIN:  Objection to form.
19      A.  What was the question?
20      Q.  Do you know whether FFmpeg extracts
21  any metadata from sound recordings in the
22  transcoding or editing process of a video?
23      A.  Yes.
24      Q.  And, yes, that it does extract that
25  metadata?
```

Page 208

```
 2      A.  So let me be specific.  FFmpeg has
 3  a -- first of all, FFmpeg is a video
 4  transcoding tool, but FFmpeg has a side
 5  library which is dedicated to metadata
 6  conversion and that library does not support
 7  ISRC in any way, shape or form.  The reason
 8  being, that the metadata conversion tool can
 9  only support the most commonly used fields
10  across all the formats and it is very seldom
11  when the ISRC is supported and, therefore,
12  it's not part of the MPEG metadata library.
13      Q.  Is that information about FFmpeg
14  generally known to people that design
15  transcoding processes?
16          MR. RICHLIN:  Objection to form.
17      Q.  You can answer.
18      A.  FFmpeg is a very well-documented
19  open source software and the documentation on
20  the metadata handling is part of the general
21  documentation of FFmpeg.
22      Q.  Would that documentation include
23  that FFmpeg does to the retain ISRC codes?
24      A.  That is correct.
25      Q.  What documentation is that?
```

Page 209

```
 2      A.  It's the module called FFmpeg
 3  metadata and it has the list of all the
 4  supported fields for every video format.
 5      Q.  How would I find that?
 6      A.  Google FFmpeg, you will find it
 7  right away.
 8  [redacted]
```

MAGNA LEGAL SERVICES

Page 222

of ISRCs in professionally recorded music was higher than 75 percent, would that change your opinion about whether it is well-known that the use of ISRCs is far from universal?
  A. I will rephrase. Experimentally, I would say that the number is lower, meaning, that it would be less than 75 percent, and I would say even, hopefully, in the sense that ISRC has a limited range of combinations and if we were to expand ISRC to all exploitations of professionally recorded music, the numbering system would explode.
     So if you start designing rules whereby every single piece of recorded music for television or for audio books or for podcast or all these other usages, you would not have been able to use the ISRC for that purpose.
  Q. So your belief is that it's less than 75 percent, is that what you are saying?
  A. My belief is that the audio files that get allocated an ISRC are less than 75 percent of all the audio files that are being used.

Page 223

  Q. If someone you trusted to be accurate were to say that the coverage of ISRCs was higher than 75 percent, would that change your opinion?
     MR. RICHLIN: Objection. Which particular opinion?
     MR. KOROLOGOS: The opinion that it is well-known that the use of ISRCs is far from universal.
  A. I want to make sure it's well understood, the use of ISRCs for content available for consumption on digital platforms as pay services is very high, it is in the range of 98 percent.
     What I'm saying here is that there is also a very large set of audio content that has been professionally recorded that is not necessarily eligible or does not require an ISRC.
  Q. How many ISRC codes have been used, do you know?
  A. One hundred and thirty-five million.
  Q. And it's a 12-digit code, is that

Page 224

right?
  A. It's a 12 alphanumeric.
  Q. How many digits -- let me withdraw that.
     How many different alphanumeric codes are possible for 12 alphanumeric places?
  A. I don't have the figure in mind.
  Q. But we can calculate it, right?
  A. We can calculate it, but it's not relevant because there are reserved values. There are fields that can only have a very limited number of values, so you have to take into account every single character and see how many values it can have.
     I say that the ISRC has a limited span because the existing ISRC system has already been saturated in its existing syntax, an extension already been granted to allow for more numbers and we are not unlimited in the number of ISRCs that can be allocated.
  Q. What is the limit?
  A. Sorry?

Page 225

  Q. What is the limit?
  A. In 20 years, we've saturated the existing syntax. Ten years ago, we've extended the syntax which would last us another 10 years, so we have to continue. If we completely change the syntax, then maybe we can go way further, but we lose completely the original design of the ISRC system.
  Q. Was the extension that you mentioned a change that lost the original design of the ISRC system?
  A. Yes, it has.
  Q. How?
  A. The origin of the ISRC, you can infer some knowledge based on the syntax of the ISRC.
     As an example, the two first characters were an ISO 3166 country code and every country was allocated its country code, plus the rest. The three following digits were the registry codes where you can have quite a lot and then you have the year of publication or fixation.
     So all these are constraints and