# EXHIBIT 84

**Pages 1 - 51**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable James Donato, Judge

| | |
|---|---|
| MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC and AST PUBLISHING LTD., individually and on behalf of all others similarly situated, <br><br>    Plaintiffs, <br><br>  VS. <br><br> YOUTUBE, LLC; and GOOGLE LLC, <br><br>    Defendants. <br> _____ <br> YOUTUBE, LLC; and GOOGLE LLC, <br><br>    Counter-Claimants, <br><br>  VS. <br><br> PIRATE MONITOR LTD., GABOR CSUPO, and PIRATE MONITOR LLC, <br><br>    Counter-Defendants. <br> _____ | **NO. C 20-04423 JD** |

        San Francisco, California
        Thursday, October 13, 2022

**TRANSCRIPT OF PROCEEDINGS**

**(APPEARANCES ON FOLLOWING PAGE)**

REPORTED BY:  Ana Dub, RDR, RMR, CRR, CCRR, CRG, CCG
      CSR No. 7445, Official U.S. Reporter

1   **MR. KOROLOGOS:** I still think, Your Honor --
2   **THE COURT:** I'm just going to look. I don't need any
3   argument.
4   **MR. KRAMER:** The point is that there's not a single video
5   there, Your Honor.
6   **THE COURT:** I understand.
7   **MR. KRAMER:** There's not a single video identified in any
8   of what he just cited to you.
9   **THE COURT:** I understand. I'll take a look.
10  **MR. KOROLOGOS:** May I address that?
11  **THE COURT:** What's that?
12  **MR. KOROLOGOS:** If I may have two minutes on some
13  procedural issues.
14  **THE COURT:** On what?
15  **MR. KOROLOGOS:** Some procedural issues.
16  **THE COURT:** Yeah. I wanted to go to -- you wanted some
17  more time for experts or something? Is that the --
18  **MR. KRAMER:** Yes. But, Your Honor, there's actually one
19  more point I have to make about this CMI claim, which is it's
20  time-barred.
21  **THE COURT:** I have all that.
22  **MR. KRAMER:** But she wrote an article to the Copyright
23  Office.
24  **THE COURT:** I don't need --
25  **MR. KRAMER:** Okay.

1       **THE COURT:**  I don't need --

2       **MR. KRAMER:**  Fair enough, Your Honor.

3       **THE COURT:**  Okay.  Now, what do you want to do with the
4  experts?

5       **MR. KOROLOGOS:**  Before I get to that, Your Honor, three
6  quick procedural issues.  Well, maybe it's just two.

7       Your Honor, we object to the White declaration and the
8  Foucu declaration that were put in.

9       **THE COURT:**  Well, don't worry about all that.  I'll take
10 care of -- I'll handle all that.  I don't need argument on
11 that.

12      **MR. KOROLOGOS:**  It's in reply.  They put in evidence in
13 reply.  We object to their putting it in as evidence in reply.

14      **THE COURT:**  What do you want to do with the experts?

15      **MR. KOROLOGOS:**  We just got some data on the day before
16 our expert reports were due that affects two of the experts.
17 We got some new data last Friday.  I believe we sent out a
18 letter this morning -- if not, it'll go out later today -- with
19 some concerns about that data.

20      But if we can get those concerns promptly addressed, we
21 could provide the supplemental declarations that Mr. Kramer and
22 I have been discussing from our experts in five weeks, giving
23 him five weeks for the rebuttal reports to our experts and then
24 a period for depositions.

25      The five weeks --

1    **THE COURT:**  Look, all I'm asking is, just tell me what you
2  want.  You want to move these dates out five weeks?
3    **MR. KOROLOGOS:**  We'd like to move rebuttal -- supplemental
4  expert reports for two of our experts --
5    **THE COURT:**  Supplemental?
6    **MR. KOROLOGOS:**  Yes, Your Honor, to deal with the data
7  that came in the day before our expert reports were due.
8  Actually, the order came in the day before.  We only got the
9  data last Friday.
10    **THE COURT:**  I really don't -- supplemental reports just
11  make a mess.  Can't you just redo the main report?
12    **MR. KOROLOGOS:**  Well, we'll redo the main report.  That's
13  fine.
14    **THE COURT:**  How about that?
15    **MR. KOROLOGOS:**  That's fine.
16    **THE COURT:**  You want five weeks for that?
17    **MR. KOROLOGOS:**  Yes, Your Honor, to deal with the data.
18    **THE COURT:**  Okay.  Then what, Mr. Kramer?  What would you
19  like?
20    **MR. KRAMER:**  This is the first that we're talking about
21  this.  I kind of thought we would sit and talk about it amongst
22  ourselves.  We put in a stipulation as a stopgap, Your Honor.
23    And I'm happy to have the conversation with my colleague,
24  Mr. Korologos, and work it out.  Five weeks sounds like a lot
25  of time, but if it's five weeks, I'm happy to talk through this

```
 1    with him and put in the stipulation to that.
 2         THE COURT:  I'm happy to do whatever you all want to do as
 3    long as it doesn't affect me.  Okay?  So if you start cutting
 4    into my time for prep for trial and things like that, then I
 5    won't be able to do that for you.
 6         But if you wanted to take -- so right now under the
 7    amended scheduling order, Docket 155 -- well, the expert stuff
 8    is all done.  So you want to reopen it and get five more weeks?
 9    Is that basically what you want to do?
10         MR. KOROLOGOS:  Essentially, Your Honor.  But --
11         THE COURT:  Okay.
12         MR. KOROLOGOS:  -- we have talked about this.
13         THE COURT:  Is that going to derail -- what's that going
14    to do to class cert?  Because class cert's due in --
15         MR. KOROLOGOS:  Due Monday.
16         THE COURT:  Monday, yeah.
17         MR. KOROLOGOS:  I don't think it's going to impact class
18    cert, Your Honor.
19         THE COURT:  It won't affect class cert.  Okay.  All right.
20    So that's good.
21         MR. KRAMER:  That is good, Your Honor.
22         It may affect summary judgment and *Daubert*, though.  There
23    are deadlines in the Court's schedule for those things; and if
24    we're moving out the expert disclosures five weeks and then
25    five weeks for supplementals, I think we're going to have to
```

```
 1   readjust the summary judgment --
 2        THE COURT:  I don't see any expert issues that I am going
 3   to rely on for summary judgment; so I'm not worried about that.
 4        So let's see what you -- why don't you try to work it out.
 5   I don't have a problem.
 6        So you want five weeks.  And then what?  You're going
 7   to -- so he's going to redo his reports; right?
 8        MR. KOROLOGOS:  Two of them.
 9        THE COURT:  You're going to revise -- we'll revise the --
10   what's the other report?  Two opening reports?
11        MR. KOROLOGOS:  We had four opening reports.
12        THE COURT:  Oh, I see.  Okay.  And you're going to do two
13   of them?
14        MR. KOROLOGOS:  Two of them, we need to --
15        THE COURT:  All right.  Two will be revised.  Then there
16   will be two new.  We're just going to blank everything out.
17   All right?  So for those two, we're just going to start over.
18        How much time do you want for that?  Five weeks?
19        MR. KRAMER:  I think that's fine, Your Honor.
20        THE COURT:  Okay.  And then have you had depositions yet,
21   or no?
22        MR. KOROLOGOS:  Yeah.  We then need to do the depositions
23   of these experts.
24        THE COURT:  Redo them or do them in the first --
25        MR. KOROLOGOS:  We haven't done those.
```

1  **THE COURT:** Oh, you haven't done. Okay. That's good.
2  **MR. KOROLOGOS:** And so that's where we discussed before,
3  was putting those off.
4  So what we'd like to do is then -- what I think is going
5  to work is five weeks, five weeks, and then a period for
6  depositions.
7  **THE COURT:** That's fine.
8  **MR. KOROLOGOS:** If we do it only in a week, that's four
9  depositions; that's pretty busy. That gets us done, I think,
10 either December 16 or December 23, which bumps into the
11 holidays.
12 **THE COURT:** Well, you two work it out. I just --
13 **MR. KOROLOGOS:** If we go beyond --
14 **THE COURT:** Here's my goal. I don't want -- I don't want
15 supplemental reports. It's much better just to -- just redo it
16 and there's one for each person.
17 **MR. KOROLOGOS:** Then one remaining question --
18 **THE COURT:** Yeah.
19 **MR. KOROLOGOS:** -- with respect to that.
20 Is Your Honor open to moving the January 16 date, which is
21 the date -- I think that's the date -- maybe it's the 15th --
22 for *Daubert* motions, which obviously ought to come some period
23 of time --
24 **THE COURT:** Well, that's fine, yeah.
25 **MR. KOROLOGOS:** Okay.

1    **THE COURT:** That's fine. I mean --
2    **MR. KOROLOGOS:** And then I'm not sure I heard correctly
3 when --
4    **THE COURT:** January 19th. Yeah, that's fine.
5    **MR. KOROLOGOS:** That was the date for summary judgment,
6 but he's moved for summary judgment already. I'm not sure
7 the Court --
8    **THE COURT:** The last day for dispositive motions and
9 summary judgment. But plaintiffs have already asked for -- I
10 mean, defendants already filed their motion; so you're done.
11   **MR. KRAMER:** No. Your Honor, hang on one second. That's
12 a big deal to us. There is a dispositive motion based on the
13 Digital Millennium Copyright Act and various copyright
14 doctrines that we have yet to file.
15       The Court doesn't have an order that says you can only
16 file one summary judgment motion.
17   **THE COURT:** You know, we were just talking about that. I
18 am about to amend my standing order to say that. We don't do
19 death by a thousand Rule 56 bites, Mr. Kramer.
20   **MR. KRAMER:** It will only be one more, Your Honor, but it
21 is exactly the --
22   **THE COURT:** One more is a mountain of work for this case.
23   **MR. KRAMER:** Your Honor, it's --
24   **THE COURT:** Here's what you're going to do: You're going
25 to give me a three-page preview of what you'd like to file, and