# EXHIBIT 87



GOOG-SCHNDR-00050398

The Copyright Match Tool is meant to find full or nearly-full matches to your videos. If someone used a short clip of your video, it may not be surfaced. If you know of a reupload of one of your videos that you'd like removed, you can always report it using the copyright takedown webform ☑.

Why aren't all of my videos eligible for matching? ⌃

There are a few reasons why we might not scan for matches to one of your uploads:

- You weren't the first to upload the video to YouTube
- The video is already protected by Content ID
- The video has a Content ID claim on it

I'm a musician. Can I use this tool to find uploads of my songs? ⌃

Yes, if you use the copyright takedown webform ☑ to successfully remove someone's video that used your song or audio content, the Copyright Match Tool will surface other videos with audio that could potentially match your song or audio content. The Copyright Match Tool can also find reuploads where the audio may be replaced or dubbed.

Keep in mind that, if someone used a portion of your song or audio content in their video, it won't be surfaced by the Copyright Match Tool. If you find a video that uses your audio without permission, you can always report it using our copyright takedown webform ☑.

Why don't you take down my matching videos automatically? ⌃

YouTube relies on copyright owners to tell us about unauthorized uses of their content. We can only tell who uploaded a video first, not who owns it or has permission to upload it.

Many creators give other channels permission to reupload their videos. Sometimes, creators will reach a licensing agreement after the reupload, or collaborate on videos and upload copies to several channels.

In addition, not every use of your content may be infringing on your copyright. Fair use ☑ and public domain are a few examples of reasons a reupload of your content may be valid.

To balance the rights of uploaders with the rights of original copyright owners, the Copyright Match Tool tries to give creators info about reuploads. Then, after they carefully review the match, the Copyright Match Tool allows them to decide what they want to do.

I've requested removal of several videos on a channel. Why hasn't it been terminated? ⌃

We have numerous safeguards in place against abuse of the copyright takedown process. Our system makes sure that channels have an opportunity to address copyright strikes before being terminated.

If you submit numerous takedown requests against a channel that is still live, then it's likely that one of those mechanisms is in effect. The number of takedown requests against a channel is considered in our enforcement policies. If you continue to come across content, you can submit a takedown request.

Can I report an entire channel? ⌃

If someone uses another individual's personal info to deceive people into thinking they're someone else on YouTube, we consider that impersonation.

If you feel that you're being impersonated, report it using our impersonation webform ☑. If those criteria don't apply, you can use our copyright takedown webform ☑ to report videos you feel infringe on your copyright.

How can I get access to the Copyright Match Tool? ⌃

The Copyright Match Tool is available to any YouTube user who's submitted a valid copyright takedown request. Once your takedown request is approved, the Copyright Match Tool will start scanning YouTube uploads for potential matches to the videos reported in your takedown. We'll surface these potential matches to you so you can decide what action to take next.

The Copyright Match Tool is also available to any channel that's filled out this form and shown a need for an advanced rights management tool. For channels in the YouTube Partner Program (YPP), the tool is available on the Copyright page in YouTube Studio ☑.

⊡ Give feedback about this article

Was this helpful?   | Yes |   | No |

GOOG-SCHNDR-00050399