# EXHIBIT 90

Message

| | |
|---|---|
| **From:** | YouTube Copyright [youtube-disputes+2vq9thqpkevig07@google.com] |
| **on behalf of** | YouTube Copyright <youtube-disputes+2vq9thqpkevig07@google.com> [youtube-disputes+2vq9thqpkevig07@google.com] |
| **Sent:** | 6/19/2018 3:24:19 PM |
| **To:** | uniglobeentertainment@gmail.com |
| **Subject:** | YouTube Copyright Complaint Submission |



Hi UniGlobe Entertainment,

Thank you very much for your notification. The content has been removed.

- The YouTube Team

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Uniglobe Entertainment
Your Full Legal Name (Aliases, usernames or initials not accepted): Namrata Singh Gujral
Your Title or Job Position (What is your authority to make this complaint?): President
Address:
3319 Clifden Lane
Burbank, CA 91504
US
Username: UniGlobe Entertainment
Email Address: uniglobeentertainment@gmail.com
Phone: 8183709712

- URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=ndnf4uazkMc

- Describe the work allegedly infringed: Other

  o Type of copyrighted work: Art and movie title

  o Title of copyrighted work: 5 Weddings

  o Additional information: This video is the trailer for a different film but they are using "5 Weddings" poster and title to promote a different video - which is NOT our trailer. Please take it down asap.

  o Where does the content appear? Custom thumbnail

Country where copyright applies: US

I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.

- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and

- This notification is accurate.

- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.

- I understand that abuse of this tool will result in termination of my YouTube account.

Authorized Signature: Namrata Singh Gujral

Help center • Email options

Confidential      UNIGLOBE_0000013839

©2018 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066, USA

©2018 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066, USA

Confidential

UNIGLOBE_0000013840