# EXHIBIT 92

```
 1           UNITED STATES DISTRICT COURT
 2          NORTHERN DISTRICT OF CALIFORNIA
 3              SAN FRANCISCO DIVISION
 4
 5   MARIA SCHNEIDER, UNIGLOBE         ) Case No.
 6   ENTERTAINMENT, LLC, and AST       ) 3:20-cv-04423-JD
 7   PUBLISHING LTD., individually and )
 8   on behalf of all others similarly )
 9   situated,                         )
10            Plaintiffs,              )
              vs.                      )
11   YOUTUBE, LLC and GOOGLE LLC,      )
12            Defendants.              )
     _____ )
13   YOUTUBE, LLC and GOOGLE LLC,      )
14            Counterclaimants,        )
              vs.                      )
15   PIRATE MONITOR LTD, PIRATE MONITOR)
16   LLC, and GÁBOR CSUPÓ,             )
17            Counterclaim Defendants. )
     _____ )
18   VIRTUAL VIDEOCONFERENCE VIDEO-RECORDED DEPOSITION OF
19                   MAXIM LOZOVSKY
20   Remotely Testifying from Dubai, United Arab Emirates
21              Thursday, August 18, 2022
22
23   Stenographically Reported By:
24   Hanna Kim, CLR, CSR 13083
25   Job No. 5363254
```

Page 1

Veritext Legal Solutions
866 299-5127

| | |
|---|---|
| 1 | THE WITNESS:  All right.  So before the |
| 2 | publication of the printed version. |
| 3 | BY MS. HARTMAN: |
| 4 |     Q.   Okay.  Has AST registered any of the |
| 5 | Works-in-Suit with any other government entity?   10:34:33 |
| 6 |     A.   No.  No. |
| 7 |          MS. HARTMAN:  Andrew, please mark the next |
| 8 | exhibit from Tab 8. |
| 9 |          (Lozovsky Deposition Exhibit 6 was marked |
| 10 |          electronically.)                          10:34:58 |
| 11 |          THE WITNESS:  Number 6?  (In English.) |
| 12 |          THE MAIN INTERPRETER:  Is it possible that |
| 13 | it's 6 and not 8? |
| 14 |          MR. ZELCS:  We're seeing Number 6. |
| 15 |          MS. HARTMAN:  Yeah.  I'm just naming the   10:35:11 |
| 16 | tabs for Andrew's benefit, but it is Exhibit 6. |
| 17 | BY MS. HARTMAN: |
| 18 |     Q.   I am showing you what has been marked as |
| 19 | Exhibit 6.  It is a document that was produced in |
| 20 | this case with a Bates number AST '191.            10:35:19 |
| 21 |          Do you recognize this document, sir? |
| 22 |     A.   No. |
| 23 |     Q.   It is titled "LICENSE AGREEMENT |
| 24 | Audio-419-JI/18," and dated March 15, 2018; right? |
| 25 |     A.   Yes.                                       10:36:11 |

Page 115

| | | |
|---|---|---|
| 1 | Q.  And it's a license agreement between | |
| 2 | Audiobook LLC and Abecca Global Inc.; correct? | |
| 3 |         THE MAIN INTERPRETER:  I'm sorry. | |
| 4 | Counsel, who is the second party? | |
| 5 |         MS. HARTMAN:  Abecca Global Inc. | 10:36:34 |
| 6 |         THE WITNESS:  Yes. | |
| 7 | BY MS. HARTMAN: | |
| 8 |     Q.  Are you familiar with there being a | |
| 9 | license agreement between those entities? | |
| 10 |     A.  I am aware of their existence. | 10:36:51 |
| 11 |     Q.  What is Audiobook LLC? | |
| 12 |     A.  It's a company that, at some point in the | |
| 13 | past, was a -- a subsidiary of AST and it produced | |
| 14 | and distributed audiobooks.  Audiobook Publishing | |
| 15 | AST.  Eventually, it was integrated into the | 10:37:48 |
| 16 | structure of AST with all copyrights transferred to | |
| 17 | AST. | |
| 18 |     Q.  Okay.  And what is a Abecca Global? | |
| 19 |     A.  I cannot state for sure.  But I can | |
| 20 | speculate that this is Boris Akunin's agent. | 10:38:35 |
| 21 |     Q.  Did Abecca Global own the copyrights of | |
| 22 | any of the Works-in-Suit? | |
| 23 |     A.  It's quite possible. | |
| 24 |     Q.  Do you know how Abecca Global obtained the | |
| 25 | rights that it's licensing under this agreement? | 10:39:10 |

Page 116

```
 1         A.    No, I don't know that.
 2         Q.    How would you determine that?
 3         A.    I happen to know that.
 4         Q.    How would you determine whether Abecca          10:39:56
 5   Global had the authority to license the rights in
 6   this agreement?
 7         A.    I questioned the AST employees who work on
 8   obtaining the copyright.
 9         Q.    Which AST employees would you question?
10         A.    Galina Kispe-Paukar, the deputy director       10:40:29
11   head of the financial and contract department of
12   AST.
13         Q.    This agreement licenses the right to
14   create audiobooks from literary works; right?
15         A.    In order to answer, I would need a couple      10:41:04
16   of minutes to read that in the document.
17         Q.    Okay.  Why don't you take a moment to look
18   at the document.  And if you think you'll need a few
19   minutes, we can go off the record.
20         A.    No, you don't have to go off the record.       10:41:52
21   If you could just repeat the question.
22         Q.    This agreement licenses the right to
23   create audiobooks from literary works; right?
24         A.    Yes.
25         Q.    Please turn to the page that's Bates           10:42:39
```

Page 117