

December 1, 2022

**<u>VIA ECF</u>**

The Honorable James Donato
United States District Judge
San Francisco Courthouse, Courtroom 11, 19th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

**Re: *Schneider, et al. v. YouTube*—Case No. 3:20-cv-04423-JD (N.D. Cal.)**

Dear Judge Donato:

Pursuant to the Court's Order of November 28, 2022 (Dkt. No. 201), I write jointly on behalf of the parties to advise the Court that the parties are prepared to proceed on the motion for class certification (Dkt. No. 190) on the scheduled date of December 15, 2022, provided that date is still convenient for the Court.

Respectfully,

*/s/ Philip C. Korologos*
Philip C. Korologos
*Counsel for Plaintiffs*