George A. Zelcs (*pro hac vice*)
  gzelcs@koreintillery.com
Randall P. Ewing, Jr. (*pro hac vice*)
  rewing@koreintillery.com
Ryan Z. Cortazar (*pro hac vice*)
  rcortazar@koreintillery.com
KOREIN TILLERY, LLC
205 North Michigan, Suite 1950
Chicago, IL  60601
Telephone: (312) 641-9750
Facsimile: (312) 641-9751

Stephen M. Tillery (*pro hac vice*)
  stillery@koreintillery.com
Steven M. Berezney, CA Bar #329923
  sberezney@koreintillery.com
Carol O'Keefe (*pro hac vice*)
  cokeefe@koreintillery.com
KOREIN TILLERY, LLC
505 North 7th Street, Suite 3600
St. Louis, MO  63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

Joshua Irwin Schiller, CA Bar #330653
  jischiller@bsfllp.com
BOIES SCHILLER FLEXNER LLP
44 Montgomery St., 41st Floor
San Francisco, CA  94104
Telephone: (415) 293-6800
Facsimile: (415) 293-6899

Philip C. Korologos (*pro hac vice*)
  pkorologos@bsfllp.com
Joanna Wright (*pro hac vice*)
  jwright@bsfllp.com
Demetri Blaisdell (*pro hac vice*)
  dblaisdell@bsfllp.com
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards, 20th Floor
New York, NY 10001
Telephone: (212) 446-2300
Facsimile: (212) 446-2350

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING LTD., individually and on behalf of all others similarly situated;

Plaintiffs,

vs.

YOUTUBE, LLC; and GOOGLE LLC;

Defendants.

YOUTUBE, LLC and GOOGLE LLC;

Counter-Plaintiffs,

vs.

PIRATE MONITOR LTD., GÁBOR CSUPÓ, and PIRATE MONITOR LLC,

Counter-Defendants.

CASE NO.  3:20-cv-4423-JD

**PLAINTIFFS' INTERIM ADMINISTRATIVE MOTION TO SEAL PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE CORRECTED REPLY DECLARATION OF DEMETRI BLAISDELL IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

Judge: Hon. James Donato

1  Pursuant to Civil Local Rules 7-11 and 79-5, Plaintiffs submit this interim administrative

2  motion to file under seal the unredacted versions of Plaintiffs' Administrative Motion to File

3  Corrected Reply Declaration of Demetri Blaisdell in Support of Plaintiffs' Motion for Class

4  Certification, portions of which contain information designated as Confidential or Highly

5  Confidential by the parties.  Plaintiffs do not anticipate moving to seal any of the documents

6  Plaintiffs designated as Confidential or Highly Confidential.  The reasons for sealing will be

7  discussed in a forthcoming omnibus sealing motion filed jointly by the parties by December 8,

8  2022, pursuant to the stipulation approved by the Court on October 26, 2022 (Dkt. No. 193).

9

10  Dated: December 6, 2022                              Respectfully submitted,

11

12                                                       /s/ *Philip C. Korologos*

13                                                       Philip C. Korologos (*pro hac vice*)
                                                         Joanna Wright (*pro hac vice*)
14                                                       Demetri Blaisdell (*pro hac vice*)
                                                         BOIES SCHILLER FLEXNER LLP
15                                                       55 Hudson Yards, 20th Floor
                                                         New York, NY 10001
16                                                       Phone: (212) 446-2300
                                                         Fax: (212) 446-2350
17
                                                         Joshua Irwin Schiller, CA Bar #330653
18                                                       BOIES SCHILLER FLEXNER LLP
                                                         44 Montgomery St., 41st Floor
19                                                       San Francisco, CA 94104
                                                         Phone: (415) 293-6800
20                                                       Fax: (415) 293-6899

21                                                       George A. Zelcs (*pro hac vice*)
                                                         Randall P. Ewing, Jr. (*pro hac vice*)
22                                                       Ryan Z. Cortazar (*pro hac vice*)
                                                         KOREIN TILLERY, LLC
23                                                       205 North Michigan, Suite 1950
                                                         Chicago, IL 60601
24                                                       Telephone: (312) 641-9750
                                                         Facsimile: (312) 641-9751
25
                                                         Stephen M. Tillery (*pro hac vice*)
26                                                       Steven M. Berezney, CA Bar #329923
                                                         Carol O'Keefe (*pro hac vice*)
27                                                       KOREIN TILLERY, LLC
                                                         505 North 7th Street, Suite 3600
28

1

St. Louis, MO 63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

*Attorneys for Plaintiffs*