George A. Zelcs (pro hac vice)
Randall P. Ewing, Jr. (pro hac vice)
Ryan Z. Cortazar (pro hac vice)
KOREIN TILLERY, LLC
205 North Michigan, Suite 1950
Chicago, IL 60601
Telephone: (312) 641-9750

Stephen M. Tillery (pro hac vice)
Steven M. Berezney, CA Bar #329923
Carol O'Keefe (pro hac vice)
KOREIN TILLERY, LLC
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844

Joshua Irwin Schiller, CA Bar #330653
BOIES SCHILLER FLEXNER LLP
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Phone: (415) 293-6800

Philip Korologos (pro hac vice)
Joanna Wright (pro hac vice)
Demetri Blaisdell (pro hac vice)
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards, 20th Floor
New York, NY 10001
Phone: (212) 446-2300

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING, LTD., individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>      vs.<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>            Defendants.<br><br>_____<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>            Counterclaimants,<br><br>      vs.<br><br>PIRATE MONITOR LTD,<br><br>            Counterclaim Defendant. | Case Number: 3:20-cv-04423-JD<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE CORRECTED REPLY DECLARATION OF DEMETRI BLAISDELL IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

Pursuant to Local Rule 7-11, Plaintiffs respectfully submit this administrative motion seeking permission to file the Corrected Reply Declaration of Demetri Blaisdell in Support of Plaintiffs' Motion for Class Certification (the "Corrected Blaisdell Reply Declaration") because the Reply Declaration was inadvertently filed in a form that did not include the proper "under penalty of perjury" language called for by 28 U.S.C. § 1746.  When the reply declaration was formatted for filing by support staff shortly before it was finalized, the language was inadvertently removed.  This was not noticed until Defendants' Objections to Reply Evidence was filed.  Counsel deeply regrets this unintentional error and apologizes to the Court and counsel for Defendants for the confusion and inconvenience this error has caused.  Attached as Exhibit A is an identical reply declaration including the relevant "under penalty of perjury" language.  If granted leave from the Court, Plaintiffs will immediately file the Corrected Blaisdell Reply Declaration.

Dated: December 6, 2022                                        Respectfully submitted,

/s/ *Philip C. Korologos*

Philip C. Korologos (*pro hac vice*)
Joanna Wright (*pro hac vice*)
Demetri Blaisdell (*pro hac vice*)
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards, 20th Floor
New York, NY 10001
Phone: (212) 446-2300
Fax: (212) 446-2350

Joshua Irwin Schiller, CA Bar #330653
BOIES SCHILLER FLEXNER LLP
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Phone: (415) 293-6800
Fax: (415) 293-6899

George A. Zelcs (*pro hac vice*)
Randall P. Ewing, Jr. (*pro hac vice*)
Ryan Z. Cortazar (*pro hac vice*)
KOREIN TILLERY, LLC
205 North Michigan, Suite 1950
Chicago, IL 60601
Telephone: (312) 641-9750

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Facsimile: (312) 641-9751

Stephen M. Tillery (*pro hac vice*)
Steven M. Berezney, CA Bar #329923
Carol O'Keefe (*pro hac vice*)
KOREIN TILLERY, LLC
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

*Attorneys for Plaintiffs*