George A. Zelcs (pro hac vice)
Randall P. Ewing, Jr. (pro hac vice)
Ryan Z. Cortazar (pro hac vice)
KOREIN TILLERY, LLC
205 North Michigan, Suite 1950
Chicago, IL 60601
Telephone: (312) 641-9750

Stephen M. Tillery (pro hac vice)
Steven M. Berezney, CA Bar #329923
Carol O'Keefe (pro hac vice)
KOREIN TILLERY, LLC
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844

Joshua Irwin Schiller, CA Bar #330653
BOIES SCHILLER FLEXNER LLP
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Phone: (415) 293-6800

Philip Korologos (pro hac vice)
Joanna Wright (pro hac vice)
Demetri Blaisdell (pro hac vice)
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards, 20th Floor
New York, NY 10001
Phone: (212) 446-2300

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING, LTD., individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> YOUTUBE, LLC and GOOGLE LLC, <br><br> Defendants. | Case Number: 3:20-cv-04423-JD <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE CORRECTED REPLY DECLARATION OF DEMETRI BLAISDELL IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |
| YOUTUBE, LLC and GOOGLE LLC, <br><br> Counterclaimants, <br><br> vs. <br><br> PIRATE MONITOR LTD, <br><br> Counterclaim Defendant. | |

[Proposed] Order Granting Plaintiffs' Administrative Motion to File Corrected Blaisdell Reply Declaration   3:20-cv-4423-JD

The Court, having considered Plaintiffs' Administrative Motion to File Corrected Reply Declaration of Demetri Blaisdell in Support of Plaintiffs' Motion for Class Certification, and the Corrected Reply Declaration submitted in support of the same, hereby **GRANTS** Plaintiffs' Administrative Motion.

**IT IS SO ORDERED.**

Date: _____          _____
                                        THE HONORABLE JAMES DONATO
                                        United States District Judge

2