| | |
|---|---|
| DAVID H. KRAMER, SBN 168452<br>MAURA L. REES, SBN 191698<br>LAUREN GALLO WHITE, SBN 309075<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone: (650) 493-9300<br>Facsimile: (650) 565-5100<br>Email:  dkramer@wsgr.com<br>         mrees@wsgr.com<br>         lwhite@wsgr.com | BRIAN M. WILLEN (admitted *Pro Hac Vice*)<br>CATHERINE R. HARTMAN (admitted *Pro Hac Vice*)<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>1301 Avenue of the Americas, 40th Floor<br>New York, NY 10019-6022<br>Telephone: (212) 999-5800<br>Facsimile: (212) 999-5801<br>Email:  bwillen@wsgr.com<br>Email:  chartman@wsgr.com |

Attorneys for Defendants and Counterclaimants
YOUTUBE, LLC and GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING LTD., individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>　　　　　　Defendants.<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>　　　　　　Counterclaimants,<br><br>　　v.<br><br>PIRATE MONITOR LTD, PIRATE MONITOR LLC, and GÁBOR CSUPÓ,<br><br>　　　　　　Counterclaim Defendants. | CASE NO.: 3:20-cv-04423-JD<br><br>**DECLARATION OF ARPAN AGRAWAL IN SUPPORT OF DEFENDANTS' SEALING REQUESTS** |

1  I, Arpan Agrawal, declare as follows:

2  1. I am currently a Senior Finance Manager for Defendant YouTube, LLC ("YouTube"). I am familiar with YouTube's practices regarding financial disclosure, commercial deal negotiations, and external affairs disclosures. I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would testify competently to them.

2. Pursuant to Local Rule 79-5, I submit this Declaration in Support of Defendants' Sealing Requests. YouTube has requested to seal limited, highly sensitive information contained in documents submitted in connection with Plaintiffs' Motion for Class Certification (ECF Nos. 189 and 190), YouTube's opposition thereto (ECF Nos. 197 and 198), and Plaintiffs' reply (ECF Nos. 202 and 203). Where applicable, the more limited information proposed to be sealed is attached to the Declaration of Catherine R. Hartman in Support of Defendants' Sealing Requests ("Hartman Declaration) in redacted form. Mindful of the interest of public access to litigation documents, YouTube's redactions are specific and tailored as necessary to safeguard YouTube's confidential information.

3. The following portions of the documents attached to the Hartman Declaration should be redacted for the reasons set out below:

| Portions Sought to be Sealed | Basis for Sealing |
|---|---|
| **Exhibit 3 to the Hartman Declaration, originally filed at ECF Nos. 189-7 & 190-13: Excerpts of the July 1, 2022 deposition of Arpan Agrawal**<br><br>Ex. 7 to the Declaration of Demetri Blaisdell in Support of Plaintiffs' Motion for Class Certification<br>&<br>Ex. 7 to Plaintiffs' Administrative Motion to File Under Seal | |
| 15:9-12; 15:20-21; 16:11-15 | This testimony contains detailed discussions about the financial accounting practices of YouTube. It is highly sensitive commercial information YouTube protects as highly confidential and requires heightened protection. Defendants have designated this testimony "Confidential" under the parties' Stipulated Protective Order. |

| | Public disclosure of the limited information YouTube seeks to seal may cause confusion that would hinder YouTube's standing with advertisers and partners, with whom YouTube shares advertising revenue, and also harm YouTube's ability to negotiate future advertising revenue share agreements. |
|---|---|
| **Exhibit 4 to the Hartman Declaration, originally filed at ECF Nos. 189-12 & 190-18: Expert Report of Hal J. Singer, Ph.D., dated September 1, 2022** <br><br> Ex. 12 to the Declaration of Demetri Blaisdell in Support of Plaintiffs' Motion for Class Certification <br> & <br> Ex. 12 to Plaintiffs' Administrative Motion to File Under Seal | |
| Portions of pages 18-19 | The September 1, 2022 report of Plaintiff's proffered expert, Dr. Singer, contains YouTube monthly advertising revenue and revenue share paid to content providers between January 2017 to December 2020, and YouTube's financial information including content acquisition costs, other cost of sales & infrastructure, gross profit, and gross profit margin. It also describes the trend of YouTube's content acquisition costs over the period. This information relies, in part, on documents produced during discovery that were designated "Highly Confidential - Attorneys' Eyes Only" under the parties' Stipulated Protective Order. <br><br> These details are highly sensitive commercial information YouTube protects as highly confidential and requires heightened protection. Public disclosure of proprietary commercial terms, cost of content delivery and gross margins would unfairly advantage YouTube's competitors who could utilize this information to undercut YouTube's advertising business and commercial partnerships. Additionally, disclosure of this advertising revenue information and cost breakdown would hinder YouTube's standing with advertisers and partners, with whom YouTube shares advertising revenue, and also harm YouTube's ability to negotiate future advertising revenue share agreements. |
| **Exhibit 17 to the Hartman Declaration, originally filed at ECF Nos. 202-8 & 203-25: Expert Report of Hal J. Singer, Ph.D., dated November 17, 2022** <br><br> Ex. 82 to the Reply Declaration of Demetri Blaisdell in Support of Plaintiffs' Motion for Class Certification <br> & <br> Ex. 82 to Plaintiffs' Administrative Motion to File Under Seal | |

| Portions of pages 20-21 | The November 17, 2022 report of Plaintiff's proffered expert, Dr. Singer, contains YouTube quarterly and monthly advertising revenue and revenue share paid to content providers between January 2017 to December 2020, and YouTube's financial information including content acquisition costs, other cost of sales & infrastructure, gross profit, and gross profit margin. It also describes the trend of YouTube's content acquisition costs over the period. This information relies, in part, on documents produced during discovery that were designated "Highly Confidential - Attorneys' Eyes Only" under the parties' Stipulated Protective Order.<br><br>These details are highly sensitive commercial information YouTube protects as highly confidential and requires heightened protection. Public disclosure of proprietary commercial terms, cost of content delivery and gross margins would unfairly advantage YouTube's competitors who could utilize this information to undercut YouTube's advertising business and commercial partnerships. Additionally, disclosure of this advertising revenue information and cost breakdown would hinder YouTube's standing with advertisers and partners, with whom YouTube shares advertising revenue, and also harm YouTube's ability to negotiate future advertising revenue share agreements. |
|---|---|

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 7th day of December 2022 at Fremont, California.

*/s/ Arpan Agrawal*
Arpan Agrawal

**ATTORNEY ATTESTATION**

I, Catherine R. Hartman, am the ECF User whose ID and password are being used to file this document. In compliance with N.D. Cal. Civil L.R. 5-1(i)(3), I hereby attest that the concurrence in the filing of this document has been obtained from the signatory.

*/s/ Catherine R. Hartman*
