Exhibit 1

to the Declaration of Catherine Hartman

Public Redacted Version

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

---oOo---


MARIA SCHNEIDER, UNIGLOBE

ENTERTAINMENT, LLC, and

AST PUBLISHING LTD.,

individually and on behalf

of all others similarly

situated;


            Plaintiffs,

vs.                      Case No. 3:20-cv-04423-JD

YOUTUBE, LLC; and GOOGLE

LLC;


            Defendants.

_____/


CONFIDENTIAL

30(b)(6) REMOTE VIDEOTAPED DEPOSITION OF KEVIN ZHU

PALO ALTO, CALIFORNIA

TUESDAY, JUNE 21, 2022




STENOGRAPHICALLY REPORTED BY:

ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR

CSR LICENSE NO. 9830

JOB NO. 842689

1   copyright infringement.

2           MR. KOROLOGOS:  Well, I understand there's no

3   removal.

4     Q   But is there any determination as to whether

5   there is infringement other than if a DMCA notice is

6   submitted?

7     A   I -- from my understanding, we are not in a

8   position to determine infringement unless a -- a DMCA

9   notice is submitted.

10          I guess I would say I don't know -- sorry.

11  Just to add to that, I'm not sure we're in a position

12  to determine infringement, I guess even in the case of

13  a DMCA notice.  We -- we are -- we -- we -- we comply

14  with the requirements of DMCA for assessing notices of

15  alleged infringement.

16          So I would -- I would say we -- we are -- we

17  are in a position to assess whether a notice is

18  compliant with those requirements and remove it, yes,

19  when -- when that is the case.

20          But I don't know that -- I mean, this -- this

21  seems -- sounds like -- I'm not a lawyer, so I

22  don't -- I don't know if I am in a position to

23  determine what is infringing, what is not.

24          I don't really have knowledge -- if I'm

25  looking at a particular DMCA notice, I don't

Page 11

1    necessarily have all the knowledge of the facts and

2    circumstances of the copyright holder's rights or the

3    uploader.  I only know what the -- you know, what --

4    what the notice says.

5           And in my -- in my previous role as manager

6    of the copyright operations team, the team's

7    responsibility was to compare -- is to compare the --

8    you know, the -- the takedown notices that we receive

9    with -- with the requirements of the law.

10    Q    Okay.  Let me -- let me change the word

11    "determine" to "count."

12          Does -- does YouTube count as infringement

13    any conduct by its uploaders other than if it receives

14    a DMCA takedown notice?

15          MR. WILLEN:  Objection to the form.

16          THE WITNESS:  Sorry.  Could you -- can you

17    repeat that question again.

18          MR. KOROLOGOS:  Sure.

19    Q    Does YouTube count as infringement, for

20    purposes of its repeat infringement policy, any

21    conduct by YouTube upload- -- uploaders other than if

22    YouTube receives a DMCA takedown notice?

23    A    To the best of my knowledge, no.

24    Q    So if a video is blocked as a result of

25    content ID, that is not counted as infringement?

Page 12

1     A    To the best of my knowledge, no.

2     Q    Well, when you say to the best of your

3    knowledge, you understand that you are speaking on

4    behalf of YouTube; right?

5     A    Sure, yeah.

6     Q    And -- and have you undertaken an effort, at

7    least within the scope of the topics as identified by

8    your counsel, to obtain knowledge about the topics

9    we're talking about today on the 30(b)(6)?

10    A    I have.

11    Q    Okay.  And so when you say to the best of

12   your knowledge, that's after you've done some homework

13   to try to find out; is that right?

14    A    Yes, yeah.

15    Q    Okay.  And am I correct that YouTube also

16   does not count as infringement a video that is

17   monetized as a result of a content ID match?  Is that

18   right?

19    A    That's right.

20    Q    What about if there is a copyright management

21   tool match?  Does that result in a infringement for

22   purposes of YouTube's copyright infringement policy?

23    A    It does not unless the match is used by the

24   owner -- the channel owner who has access to copyright

25   initially to send a takedown notice to YouTube.  And

1    if the takedown notice is valid, then the video is

2    removed.  And -- and then that -- that is counted

3    toward the -- the count of copyright strikes toward

4    repeat infringement.

5        Q    When you say unless the match is used by the

6    channel owner who has access to the copyright

7    management tool, what do you mean?

8        A    Well, what I mean is, copyright management

9    tool is a feature that is available to channels in

10   their YouTube studio interface.

11           And when we detect -- when a match is

12   detected between -- in the -- I'm going to use some

13   technical terminology, so please bear with me.  It's

14   just a little easier to -- to explain how these

15   systems work -- between a reference, which is a, like,

16   prior existing video, and a probe, which is, you know,

17   a potential copy of a video uploaded by a different

18   channel, then that match is served to the YouTube

19   channel owner in their copyright match tool interface.

20           And then that's -- that's -- that's --

21   through that interface, the channel owner can elect to

22   a user match and -- and -- and sort of prefill some

23   elements of the DMCA takedown notice.

24           So they don't necessarily need to provide the

25   URL of the video or the timestamps, for example, to --

1   to -- it's a way to facilitate an easier way to

2   provide a DMCA notice.

3           And -- and then they can fill out the rest of

4   the form, of course, to, you know, send us a notice

5   that, you know, then we assess whether it meets the

6   DMCA requirements.

7           The channel owner can also choose to contact

8   the uploader or archive the match and just kind of

9   make it go away, you know, if they don't want to do

10  anything, for whatever reason.

11     Q    Okay.  Other than channel owners, does

12  anybody else have access to the copyright management

13  tool?

14     A    Other than channel owners, no.  So -- so

15  having a channel is necessary to be able to operate

16  the tool, because there is a -- like, these features

17  that I'm speaking of, such as, you know, showing --

18  showing matches not just of videos that you've

19  uploaded, but also videos that you have successfully

20  taken down through a web form takedown notice

21  submission.  These are -- it's necessary to have some,

22  you know, account, just for a technical reason, to tie

23  these matches to.  So -- so we -- so we do need

24  someone to have a YouTube channel in order to be able

25  to do that.

Page 15

1          Of course, if you want access to copyright

2    management tools, you could have a forwarding channel.

3    You don't necessarily have to operate the channel in a

4    normal way that the YouTube creator would tend to

5    operate the copyright match tool, you -- you know, you

6    can take down videos through the web form.  And

7    copyright match tool will -- you know, will -- will

8    show you potential copies of -- of those videos, as

9    well as, you know, for -- you can also upload videos.

10          Copyright match can also detect potential

11   copies of videos that are uploaded as private.  So the

12   original owner doesn't necessarily need to, like,

13   distribute or show their video on YouTube.

14   Q    And copyright manage -- match tool is used to

15   identify re-uploads of videos that either have been

16   uploaded by some first channel to upload it or that

17   have been taken down; is that right?

18          MR. WILLEN:  Objection to the form.

19          MR. KOROLOGOS:  Q.  You can answer.

20   A    Sorry.  I just want to make sure I understand

21   the question.  Can you -- can you repeat that.

22   Q    Sure.  The copyright management tool focuses

23   on re-uploads of videos; is that right?

24   A    That's right.

25   Q    Okay.  What is YouTube's current repeat

1    infringer policy?

2        A    YouTube's current repeat -- repeat infringer

3    policy.

4            So when YouTube receives takedown notices

5    through, you know, a variety of means that are

6    available to copyright owners to submit such notices,

7    such as the web form or copyright management tool or

8    e-mail, fax, you know, a variety of ways, we assess

9    the takedown notice against the requirements of the

10   DMCA.  And if the notice meets those requirements, we

11   remove the video, and copyright strikes are assessed.

12           Copyright strikes are not necessarily

13   assessed one-to-one to videos.  You know, if a --

14   if -- if two videos are taken down by the same

15   copyright holder at the same time on the same channel,

16   then those could be one copyright strike.

17           You know, just to provide a -- this is --

18   this is one of the ways we balance the copyright

19   strike system so that it's -- it can serve an

20   educational purpose and not necessarily -- not

21   necessarily result in consequences for -- for --

22   potentially disproportionate to the conduct.

23           Then channel -- then strikes can -- once a

24   video is taken down and copyright strikes are

25   assessed, then -- one or more copyright strikes are

 1   assessed by -- by the notice, then the uploader can --

 2   can seek to resolve the strike and get the video

 3   reinstated either by obtaining a retraction of the

 4   claim of copyright infringement from the claimant, or

 5   by filing a counter-notification.

 6          And, you know, if they do so, then we assess

 7   whether the counter-notification is valid.  If it --

 8   if it's valid, we, you know, follow the process

 9   described in the DMCA and forward it to the copyright

10   holder.  And, you know, that, I'm sure, sort of -- you

11   know, generally, what the -- what the DMCA prescribes

12   from there.

13          And so if strikes are not resolved through

14   those two processes, then they continue as active

15   unless -- until both 90 days have passed, as well as

16   the channel has completed copyright holds at some

17   point.  If both of those requirements are met, then

18   the strike can expire at the end of 90 days.  But if

19   three or more strikes are accrued, then the -- the

20   channel is subject to termination.

21          There are circumstances in which, you know,

22   under -- under our repeat infringer policy, you know,

23   some channels get three -- if they get -- if they --

24   once they get their third active strike within

25   90 days, they have a courtesy period of seven days

Page 19

1   program if it is -- you know, it's not that the

2   copyright strikes are -- the copyright strikes are --

3   are tracked.  And while they do not lead to automatic

4   termination, there's -- there's a review process

5   annually to examine, you know, whether channels are

6   appropriate or remain in the program.  If they do

7   accrue --

8           THE REPORTER:  I'm sorry.  Excuse me.

9   "Examine, you know, channels are" -- you turned your

10  head, so it's not coming through.

11          THE WITNESS:  Sorry.

12          THE REPORTER:  Would you like me to read what

13  I have?

14          THE WITNESS:  Yeah, yeah, that would be

15  great.

16          THE REPORTER:  The last portion was:

17          (Whereupon, record read by the Reporter as

18  follows:

19          "Answer:  And these channels, you know, can

20           exit the program if it is -- you know, it's

21           not the require strikes are -- the copyright

22           strikes are -- are tracked.  And while they

23           do not lead to automatic termination, there

24           is -- there is a review process annually to

25           examine, you know, whether channels are --")

Page 20

1          THE WITNESS:  If -- if the channels are

2    accruing excessive comprehensive strikes, or otherwise

3    they don't meet the requirements of the program.  And

4    in such cases, channels can be removed from the

5    program and then, you know, subject to the other

6    termination mechanisms I previously described.

7          MR. KOROLOGOS:  Thank you.

21      Q   Do you know how many individual users have

22   multiple channels?

23      A   I don't know.

24      Q   But some do; right?

25      A   Some do.

20          MR. WILLEN:  Objection to the form.

21          THE WITNESS:  So I can describe what we do.

22   I can -- well, you know, what actions we do take with

23   regards to potentially related channels that receive

24   copyright strikes.

25          So we -- if a channel receives three or more

1    copyright strikes and is terminated due to those

2    copyright strikes, then, you know, we -- we do employ

3    some automated means to, you know, prevent the

4    circumvention of that channel termination through

5    continued operation of other channels or signing up

6    for new channels.

7           And so there are some ways in which we -- we

8    propagate those -- those channel terminations to other

9    channels where there is -- we have, you know,

10   reasonable confidence in that -- in that association

11   between the channels.

12          But it -- but, you know, again, this is

13   not -- it's not -- it's not 100 percent conclusive.

14   We've definitely seen false positives through that

15   mechanism.

16          When we do terminate channels through that

17   mechanism due to a suspected relation to a previous

18   channel that's been terminated for copyright

19   infringement, we offer an appeal process where, you

20   know, the owner of that channel can describe -- can

21   provide us more -- with more context as to, you know,

22   whether that's a -- to help us reassess the

23   relationship.  And we've definitely seen -- we've

24   definitely seen, you know, channel terminations that

25   we've overturned as -- as a result.

Page 23

1        So it's a -- it's a -- all of this -- all of

2    these enforcement efforts are so probabilistic.  This

3    is something that we do to -- we think strikes are a

4    reasonable balance between the interests of users.

5        And while being more protective of the

6    interests of copyright holders, then, you know, we --

7    the -- the -- the -- the three strikes on the channel

8    policy doesn't and that we necessarily need to be.

9    But it's -- it's -- it's a -- it is a -- that's --

10   that's sort of a decision that we take looking at the

11   balance and interest in the ecosystem.

19    Q    Now, with respect to termination, I believe

20   you used the phrase, when I asked about the repeat

21   infringer policy, that a channel would be subject to

22   termination.

23        What's the difference between subject to

24   termination or termination?

25    A    Yeah, so that means the channel is eligible

Page 24

1    for termination.  But the -- the reason I described it

2    as subject to is that in some cases, the channel is

3    immediately terminated due to three strikes.

4    Sometimes it is -- it has the seven-day courtesy

5    period.

6            And sometimes -- sometimes the -- the

7    copyright strikes are tracked for the purpose of

8    determining whether, you know, the -- that channel

9    is -- if it's in the Trusted Enterprise Program, if

10   it's accruing excessive copyright strikes, that should

11   lead to the channel no longer being in the program,

12   and -- and being subject to the other two mechanisms I

13   described.

14       Q    Okay.  Any other mechanisms for that?

15       A    Any other mechanisms for what?

16       Q    For -- for why it would be subject, as

17   opposed to just automatically terminated.

18       A    That's it.

19       Q    Okay.  And when you mentioned the seven-day

20   courtesy period, did I understand you correctly to say

21   that is available only for YouTube -- for -- let me

22   withdraw that.

23           Did I understand you correctly to say that

24   the seven-day courtesy period is only available for

25   participants in the YouTube partner program?

1      A    So it's available to -- yeah, it's -- it's

2  available to channels that YouTube has a exigent

3  degree of review performed, and that has a -- YouTube

4  has more information about from -- from being in the

5  business relationship.  So that includes the YouTube

6  partner program.

7      Q    When you say has a business relationship,

8  what kind of business relationship other than being in

9  the YouTube partner program?

10         That's one business relationship; right?

11     A    Sorry.  What was the -- what was the last

12 sentence?

13     Q    Well, you -- you -- you used the phrase

14 "being in the business relationship."  And then you

15 said "that includes the YouTube partner program."

16         What other business relationships other than

17 being in the YouTube partner program count for

18 purposes of the seven-day courtesy period?

19     A    There are also channels that are -- have a --

20 a contractual relationship with YouTube outside of the

21 business -- outside of the YouTube partner program.

22 So the -- the YouTube partner program is -- is -- is

23 the -- I believe the vast majority of the channels

24 that have access to the courtesy period.

25         There are a small number of channels that

Page  26

1    are -- that have direct contracts with YouTube that

2    also have access.  So these are -- these are -- these

3    are content partners or, you know, enterprise partners

4    that have licensed their content to YouTube.  And some

5    of these -- some of these partners operate content ID

6    as well.

7       Q   What's the difference within YouTube of a

8    user's channel and the user's account?

9           MR. WILLEN:  Objection to the form.

10          THE WITNESS:  I don't know that I -- this is

11   not an area that I worked on -- that I work on, so I

12   don't know that I'm qualified to give an answer on

13   behalf of the company on that.





25          MR. KOROLOGOS:  Let me ask Jeffrey to pull up

1    Q    So in -- in my example, first, I had "Hang

2    Gliding."   That got taken down by Maria Schneider in

3    my hypothetical.   That was a copyright strike; right?

4    A    Where -- where a DMCA takedown notice was

5    sent, yes, uh-huh.

6    Q    Okay.   But where Bruce Springsteen's "Thunder

7    Road" was used as the audio, and that was blocked by a

8    content ID participant, that is not a copyright

9    strike; correct?

10   A    That's right.

11   Q    And if I then take the same visual portion of

12   the video and pull out Bruce Springsteen's "Thunder

13   Road," and let's say I put in Queen's "Bohemian

14   Rhapsody," and that goes up, and whoever is or is

15   among the copyright owners for the reference file and

16   content ID, if they choose to monetize, still no

17   copyright strike.   But this time, my video stays up on

18   YouTube; is that right?

19   A    So I just want to make sure.   You're --

20   you're asking about the difference between a takedown

21   notice, a claim that's blocking a video, and a claim

22   that's monetizing a video, and what the resultant

23   copyright strike situation is in which case?

24   Q    Yes.

25   A    The monetized claim does not result in the

1   copyright strike.

2       Q   Okay.  Now, earlier this morning, you

3   mentioned that the uploader can seek to resolve a

4   takedown notice.  And one of the things I believe you

5   referenced there, but correct me if I'm wrong, was

6   that the uploader can submit a counter-notification

7   pursuant to the DMCA; is that correct?

8       A   Yes, uploader can re- -- can submit a

9   counter-notification in -- in response to a video

10  that's been removed by a DMCA notice.

11      Q   Okay.  When that happens, what does YouTube

12  do to assess the completeness and validity of the

13  counter-notification?

14      A   So YouTube assesses it against the

15  requirements of a counter-notification in the DMCA.

16  So it has to contain contact information, a full legal

17  name, an address, e-mail address, phone number, I

18  believe.  Sorry.  I haven't looked at the requirements

19  in a while, but, you know, some -- some -- some forms

20  of contact information specified by the -- by the law

21  and agreed to the -- the DMCA counter-notification

22  legal statements, and specify -- specify a URL.

23          And in addition to -- to the -- to the

24  requirements of -- of the counter-notification,

25  YouTube also performs a -- a check of -- of a -- the

Page 40

1    stated reason for filing the counter-notification

2    to -- to assess whether that, you know, at -- at face

3    value appears to be a potentially valid reason

4    before -- to file a counter-notification.

5         The reason we do this is to save copyright

6    holders the burden of reviewing counter-notifications

7    potentially --

8         THE REPORTER:  I'm sorry.  Your voice is

9    dropping.  "Copyright holders to" --

10        THE WITNESS:  The -- yeah, the reason we do

11   this is to save copyright holders the burden of

12   reviewing potentially or likely misguided

13   counter-notifications.

14        So there's -- there's -- there's -- there's

15   two checks, you know.  One is for the statutory

16   requirements.  One is for the -- the reasons given in

17   the counter-notification by the uploader.

18        MR. KOROLOGOS:  Q.  Now, we -- we talked a

19   little earlier this morning about termination versus

20   subject to termination, and I want to follow that up a

21   little bit.

22        Has YouTube's policy with respect to repeat

23   infringers ever been to suspend a channel as opposed

24   to terminate?

25        MR. WILLEN:  Objection to form.

1   such technologies.  I don't know -- I don't have much

2   working knowledge of the specific technologies or,

3   like, their names, what they're capable of.  I -- I --

4   I know generally that they exist.

5              MR. KOROLOGOS:  Q.  And do you know if

6   anybody uses them on content that's on YouTube?

7              MR. WILLEN:  Same objection.

8              THE WITNESS:  I don't know if -- I don't know

9   who or if, you know, particular technologies are

10  currently being used on YouTube.

11             MR. KOROLOGOS:  Okay.

12             THE WITNESS:  I know they have --

13             MR. KOROLOGOS:  Okay.

14       Q   Now, in what -- let me withdraw that.

15           How long has YouTube had a web form that

16  people could submit for takedown notices?

17       A   How long have people -- has there been a web

18  form for takedown notices?

19       Q   How long, yeah.

20       A   At least as long as I've been at YouTube,

21  since 2013.

22       Q   Okay.

23       A   Definitely before then.  I don't know exactly

24  how long.

25       Q   And what team is responsible for handling the

Page 77

1    web form and issues related to the web form?

2        A    The -- the -- the copyright operations team

3    reviews the takedown requests that we receive through

4    the web form.

5        Q    And are you part of the copyright operations

6    team?

7        A    I was formerly the manager of the copyright

8    operations team from about mid-2016 to August 2021.

9        Q    What resources does YouTube devote to the web

10   form operations?

11           MR. WILLEN:   Objection to the form.

12           THE WITNESS:   So as -- as I think it is

13   stated in my amended interrogatory response, there's,

14   I believe, 20 current -- currently full-time employees

15   and over 300 vendors that review these takedown

16   requests.

17           Now, of course, the web form also is a

18   technology that was built by, you know, product

19   management teams and engineering teams and was --

20   and -- and -- and is being maintained by those teams.

21   YouTube may also receive questions about the web form

22   that go to our support team.

23           So it's a little bit hard for me to quantify,

24   like, all the resources.   I'm -- I'm most familiar

25   with the -- the team that, you know, reviews the

1    takedown requests, which is the copyright operations

2    team.

3            MR. KOROLOGOS:  Q.  And that's the 20

4    full-time employees?

5        A    20 full-time, over 300 vendor reviewers,

6    yeah.

7        Q    Okay.  So the -- I think the number, if I

8    recall correctly, is 326 in -- in the --

9        A    That sounds right.

10       Q    You consider those vendors to be part of the

11   copyright operations team?

12       A    They perform responsibilities within the

13   scope of the copyright operations team.  I don't --

14       Q    What -- generally speaking -- we don't need

15   to go through a list, of course -- what kind of

16   vendors are they?

17           So are they -- what kinds of things do those

18   vendors do?

19       A    So they review most of the takedown requests

20   that we receive.  So they -- they actually review the

21   takedown requests.  They -- they remove videos.  They

22   review retraction requests from claimants who are

23   retracting the claims of copyright infringement.  They

24   review counter-notifications.  And they also, you

25   know, perform some internal quality control processes.

1          Of course, all of these activities are -- are

2     guided by the copyright operations' full-time employee

3     team and, you know, informed by the advice we get from

4     legal -- or the team gets from legal.  Sorry.  I'm not

5     on the team anymore.

6          Q    Does YouTube sometimes ask rights holders

7     that submit a takedown notice to confirm that they

8     have completed a fair use analysis?

9          A    Some -- sometimes YouTube, in response to a

10    takedown request, asks claimants to -- to -- to

11    provide an explanation for how they have -- how -- how

12    they have assessed that the video doesn't meet

13    copyright exception -- potential copyright exceptions,

14    including fair use in the United States.

15         Q    How does YouTube determine when it should ask

16    for an explanation of how the submitter of a takedown

17    notice has analyzed fair use issues in the United

18    States?

19         A    There are -- there's -- there's a variety of

20    factors we ask the team to look for.  I'm trying to

21    think what we -- what I -- how I could answer the

22    question without revealing attorn- -- attorney-client

23    privileged information, since all of this is informed

24    by advice we've gotten from our legal team, on what

25    elements would -- you know, would -- would lend to an

Page 80

1    appropriate circumstance to -- to ask that question of

2    a claimant.

3        Q   Well, I'm not asking you for the advice that

4    YouTube got from its counsel, but instead to

5    understand, what are the factors that YouTube looks at

6    to determine whether to ask someone to confirm that

7    they have done a fair use analysis when they have

8    submitted a takedown notice?

9            MR. WILLEN:  So it -- it may be that there is

10   no way to answer that question without revealing the

11   substance of communications.  I don't -- I don't know.

12           But I -- I certainly would want the witness

13   to be cognizant of the -- of the privilege.  And if --

14   if there is a way to answer that question without

15   revealing the substance of advice that's been given,

16   it's okay to answer.

17           But if -- if there isn't, then I would

18   instruct the witness not to answer the question.

19           MR. KOROLOGOS:  Well, let me ask you a

20   question, Brian:  Is it your position that a policy

21   that's been adopted by YouTube, even if legal advice

22   went into that policy, is privileged?

23           MR. WILLEN:  Not necessarily.  But -- but

24   I -- there -- it hasn't been established that there --

25   that there is a policy.  So that's assuming something

Page 81

1   that may or may not be true.

2          MR. KOROLOGOS:  Well, your documents show

3   that there is.

4          MR. WILLEN:  Well, you can show him a

5   document and ask him a question about it.

6          MR. KOROLOGOS:  Well, I -- I am asking a

7   question about it.  I don't need to show the document

8   to the witness while I'm asking the question.  But I

9   press my question.

10          MR. WILLEN:  Well, can you -- can -- can we

11   repeat the question just so we know --

12          MR. KOROLOGOS:  Sure.

13          MR. WILLEN:  -- what we're...

14          MR. KOROLOGOS:  Q.  How does YouTube

15   determine when it should ask for an explanation of how

16   the submitter of a takedown notice has analyzed fair

17   use issues in the United States?

18          MR. WILLEN:  So I'm going to give the same

19   caution.  Don't -- don't -- don't reveal the substance

20   of communications that you or your team have received

21   from counsel.

22          But if you can answer the question without

23   doing so, you're free to do it.

24          THE WITNESS:  So I think I -- I guess I could

25   generally say we watch the video and look for, you