Exhibit 2

to the Declaration of Catherine Hartman

Public Redacted Version

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

---oOo---

MARIA SCHNEIDER, UNIGLOBE
ENTERTAINMENT, LLC, and
AST PUBLISHING LTD.,
individually and on behalf
of all others similarly
situated;

        Plaintiffs,

vs.                       Case No. 3:20-cv-04423-JD

YOUTUBE, LLC; and GOOGLE
LLC;

        Defendants.
_____/

C O N F I D E N T I A L

DEPOSITION OF CHRIS TING

SAN FRANCISCO, CALIFORNIA

WEDNESDAY, JUNE 29, 2022

STENOGRAPHICALLY REPORTED BY:

ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR

CSR LICENSE NO. 9830

JOB NO. 846000

Page 38

1   the claimant who has not provided a full copy of the
2   work, we may still find that there is a strong
3   likelihood of copyright exception.
4           MS. O'KEEFE:  Okay.
5       Q   Have you ever found a DMCA takedown notice to
6   be insufficient where you did not have -- strike that.
7           Have you ever found a DMCA takedown notice to
8   be insufficient on the basis of an exception for fair
9   use where you did not have a complete copy of the
10  copyrighted work?
11          MR. WILLEN:  Objection to the form.
12          THE WITNESS:  I'm sorry.  There -- there are
13  multiple parts to that -- that question.  Could you
14  repeat it one more time, please.
15          MS. O'KEEFE:  Q.  Have you ever found a DMCA
16  takedown notice to be insufficient on the basis of an
17  exception for fair use where you did not have a
18  complete copy of the copyrighted work?
19          MR. WILLEN:  Same objection.
20          THE WITNESS:  So in the case where we have
21  received a DMCA takedown request, it may be incomplete
22  for varieties of reasons.  It may have failed the
23  statutory requirements.
24          In the case that it is a -- it meets the
25  statutory requirements, but we feel that there is a --

1  after reviewing for -- under our -- our review
2  protocol for checking for copyright exceptions, we --
3  we may find that the takedown request -- we -- we may
4  ask the claimants to consider some copyright exception
5  and ask them to consider things like whether the --
6  the work is transformed.
7        MS. O'KEEFE:  Q.  So you engage in back and
8  forth with the claimant over the contours of the fair
9  use exception?
10       MR. WILLEN:  Objection to the form.
11       THE WITNESS:  We -- we merely ask -- after
12 we've done our own analysis on potential copyright
13 exception or the likelihood of potential copyright
14 exception existing in a -- yes, the likelihood of
15 potential copyright exception existing, we merely ask
16 the claimant to consider whether they thought about
17 things like the four factors.
18       MS. O'KEEFE:  Okay.
19    Q   And do you identify those four factors for
20 the claimant when you ask that question?
21    A   We -- we have a response where we ask them to
22 consider things like whether the work has -- the new
23 work has a different meaning than the original work,
24 and ask them to consider how much of their work has
25 been used in the -- in the new work.

1  Q Okay.  Do you have canned responses that bear
2 on fair use?
3  A This response to them describing is a canned
4 response.
5  Q How many canned responses do you have that
6 bear on fair use?
7    MR. WILLEN:  Objection to the form.
8    THE WITNESS:  I -- I don't recall at this
9 point.
10    MS. O'KEEFE:  Q.  Is it more than one?
11  A I -- I believe it's more than one.
12  Q Is it more than five?
13  A I -- I'm not sure about that.
14  Q In your canned response that bears on fair
15 use, do you advise the DMCA claimant that they could
16 face civil penalties if they make an unjustified DMCA
17 takedown claim?
18  A I -- I don't recall the exact text of the
19 canned response.  So if -- if -- if you're asking
20 what's in the canned response, I'm not sure if that --
21 that is in there.
22  Q You had stated that the second factor was how
23 much of the work was used.
24    Please describe for me the physical steps
25 that you take in interacting with your user interface

 1     A     Myself personally?

 2     Q     Yourself personally.

 3     A     I -- I would, I guess, remind -- remind you
 4   that I -- I -- I'm a people manager, so I am not
 5   participating in individual work as frequently as --
 6   as some other people on the team.  So I may not be
 7   myself processing many takedown requests at any given
 8   time.

 9           So with that in mind, the question was, how
10   many times per month?

11     Q     How many times in the last month have you
12   consulted with legal counsel on a fair use question?

13     A     I -- I don't have an exact number.

14     Q     What's your best estimate?

15     A     I would say likely less than ten.

16     Q     Less than five?

17     A     I'm not sure about less than five.

18     Q     And how many DMCA takedown notices have you
19   processed this month?

20           MR. WILLEN:  Objection to the form.

21           THE WITNESS:  I think similarly to my
22   previous response, again, I'm a people manager, so
23   I -- I don't participate very much these days in
24   actioning DMCA requests myself.  So I -- I do not
25   remember how many I've processed in the last month.

 1          MS. O'KEEFE:  Q.  Can -- can you give me your
 2   best estimate?
 3       A    I would also say less -- less than ten.
 4       Q    Less than ten?
 5       A    (Witness nods head.)
 6       Q    You've -- you've -- you've examined less than
 7   ten DMCA takedown notices in the last month?
 8       A    Myself personally?
 9       Q    Yourself personally, yeah.
10       A    Yes.
11       Q    What is the policy -- strike that.
12            How does a member of the copyright operations
13   team determine whether to review a particular takedown
14   notice for fair use?
15          MR. WILLEN:  Objection to the form.
16          THE WITNESS:  So I think we would -- a member
17   of the copyright operations team would review a DMCA
18   takedown notice by going through certain steps.
19            Number one is to determine whether the
20   takedown meets the statutory requirements, whether
21   the -- as required by the DMCA, there are some
22   elements there that need to be present.
23            And after that, the copyright operations team
24   would look to see whether the -- there's any abuse of
25   the process.  For instance, if the claimant does

1   not -- is submitting a DMCA takedown request for
2   content that they are not -- they do not own or are
3   falsifying information on the legal form.
4          And then the last step would be to
5   determine -- to -- to evaluate potential copyright
6   exceptions, such as fair use.
7          MS. O'KEEFE:  Okay.
8       Q   Do you evaluate every single takedown notice
9   for copyright exceptions?
10      A   We -- there are a portion of -- so we have --
11  we have some degree of automation.
12         So a -- a classifier will evaluate a certain
13  subset of DMCA takedown requests.  And per the logic
14  of the classifier, if there are signals in -- that it
15  detects which potentially would flag it for manual
16  review, for human review, then it would send it over
17  to human review.  And as part of human review,
18  reviewers will evaluate for copyright exceptions.
19      Q   What is your best understanding of the
20  classifiers that will send a takedown notice for
21  manual review?
22      A   My best understanding of the classifiers?
23         Unfortunately, that is -- it's kind of the
24  domain of the product team.  Like, I -- I myself
25  and -- and my team, we -- we don't -- we don't set the

Page 46

1  logic of -- of how the classifiers work. So that --
2  it's a bit outside my expertise.
3      Q   Okay. I understand that you don't set the
4  logic.
5          Do you have an understanding of the logic of
6  how the classifiers work?
7      A   Broadly.
8      Q   Can you please provide me with your broad
9  understanding of the logic of how those classifiers
10 work.
11     A   So similar to how I've described the overall
12 review process where, you know, our -- any given DMCA
13 takedown request is evaluated for completeness on the
14 basis of the DMCA statutory requirements, as well as,
15 you know, ruling out potential abuse, and then taking
16 into consideration copyright exceptions such as
17 fair -- fair use, a -- the classifier will similar --
18 similarly try to take some of these into account.
19         So if the classifier is uncertain -- this is
20 to my best knowledge. Again, I -- I'm not an expert
21 in this on the product side. But to my best
22 knowledge, if the classifier is uncertain that one of
23 these requirements has been met, then it will route it
24 for a human to take a look at.
25     Q   Okay. Does YouTube ever find a DMCA notice

Page 47

1  to be insufficient without a manual review?
2      A   If the classifier finds that it is uncertain,
3  again, to the best of my knowledge, as I am not a
4  product specialist or have expertise in -- in the
5  product or the classifier itself, my understanding is
6  that if the classifier is uncertain, and there is the
7  possibility that a DMCA notice is incomplete in some
8  way, it will route to human review.  And the human
9  will there -- will complete the task and review all
10 the -- all the elements as I've described.
11     Q   To the best of your knowledge, does the
12 classifier consider the number of views on the video?
13     A   I -- I do not know the answer to that.
14     Q   Do you know whether the classifier considers
15 the number of subscribers to the channel on which the
16 video is posted?
17     A   I -- I don't know.  These are --
18     Q   Who --
19     A   -- questions for the product team.
20     Q   Yeah.
21         Who is on the product team that would deal
22 with the classifier, if you know?
23     A   I -- I believe Kevin Zhu is -- would -- would
24 be -- he -- he's familiar with the product side.
25     Q   Okay.  I believe Mr. Zhu has moved to

Page 48

```
 1   content ID.
 2           So who would be -- who else would be on
 3   the --
 4      A    I believe that is --
 5      Q    -- the team?
 6      A    -- that's the same team.
 7      Q    That's the same team?
 8      A    (Witness nods head.)
 9      Q    Okay.  Who else is on that team besides Kevin
10   Zhu?
11      A    I -- I believe Julian Bill is on that team.
12      Q    And who else is on that team?
13      A    I believe he reports to David Rosenstein.
14      Q    Okay.  Going back to the factors for fair
15   use, when the DMCA takedown notice does not include a
16   copy of the original work, how do you determine how
17   much of the original work has been used?
18      A    It's a case-by-case basis.  In certain cases,
19   the claimants may provide a link to a work on a
20   different site -- their -- their work on a different
21   site which we may be able to access and -- and view.
22           In cases where the claimant provides a
23   description of the work, it may be so well known that
24   we understand to some degree what -- what is the --
25   the extent of that work; for instance, if it's a
```

1      THE WITNESS:  So we will -- as one part of
2  our analysis of the DMCA takedown removal request, we
3  will look at exceptions in the -- in the U.S., such as
4  fair use, which may allow work to be lawfully used
5  without being infringing, and we may consider similar
6  international equivalence of fair use.
7      MS. O'KEEFE:  Q.  Are there any other
8  exceptions that you consider?
9      A   So I -- I think that fair use and -- and
10 similar copyright exceptions that use a similar
11 framework as the fair use -- as fair use does in the
12 United States, we do consider those.
13     Q   Okay.  Other than copyright exceptions or
14 similar provisions applicable in other countries, what
15 exceptions -- I'm sorry.  Strike that.
16         Other than fair use or similar provisions
17 that are applicable in other countries, what
18 exceptions to copyright do you consider?
19     A   I think as described, fair use and similar
20 international exceptions, those would be the
21 exceptions that -- that we evaluate.
22         Obviously, if something is not subject to
23 copyright, if it's a completely different legal issue
24 such as trademark or privacy, that is outside the
25 scope of copyright.  I wouldn't describe it as an

1   exception, but it would be something we would not
2   process if we receive a DMCA request for it.
3       Q   Okay.  One more follow-up question on the
4   numbers.  Please provide me with your best estimate of
5   the number of DMCA takedown notices that your team has
6   disallowed in the past month on the basis of fair use.
7           MR. WILLEN:  Objection to the form.
8           THE WITNESS:  I -- I don't have the number
9   off the top of my head of how many takedown requests
10  we have asked the claimants to consider fair use for.
11          MS. O'KEEFE:  Okay.
12      Q   Do -- does your team ever find a DMCA
13  takedown notice to be deficient on the basis of fair
14  use?
15          MR. WILLEN:  Objection to the form.
16          THE WITNESS:  I'm not sure about -- sure
17  about the word "deficient."
18          But we have -- as we go through the process
19  of reviewing a DMCA takedown, once we've gotten to the
20  step of evaluating potential copyright exceptions such
21  as fair use, we will ask the claimants to consider
22  fair use and respond back to us with more detail about
23  why they believe the content that they are targeting
24  for removal does not qualify under a copyright
25  exception such as fair use.

1            MS. O'KEEFE:  Okay.
2       Q    And after the claimant has responded, what is
3   the next step for your team?
4       A    After the claimant has responded, we will
5   typically consult with product counsel.
6       Q    And after you have consulted with product
7   counsel, what is the next step for your team?
8            MR. WILLEN:  Objection to the form.
9            THE WITNESS:  Relating to the ticket that is
10  at issue or the DMCA takedown request that is at
11  issue, product counsel may advise whether we comply
12  with the removal request based on the information that
13  we've been provided by the claimants, or product
14  counsel may advise that we do not remove the content
15  if the likelihood of there being a copyright exception
16  is -- is strong.
17           MS. O'KEEFE:  Okay.
18      Q    Does product counsel always contribute to the
19  determination not to remove the content under the fair
20  use exception?
21      A    There are situations where we -- so
22  typically, over time we work with product counsel on a
23  variety of cases which allows us to set some internal
24  precedent on how to handle similar fact patterns.
25           And if a fact pattern has been -- we've

```
 1   consulted with -- with product counsel, we understand
 2   the fact pattern, and the close -- and the new one
 3   closely mirrors that, and we have a decision -- we --
 4   we understand what was previously done in a similar
 5   situation, we may adopt the same decision for the new
 6   case without consulting product counsel.
 7        Q    Please provide me with your best estimate for
 8   the number of times in the last month that your team
 9   has determined not to remove content on the grounds of
10   a fair use exception.
11        A    Unfortunately, I -- I do not know the -- the
12   number there.
13        Q    Do you think it's more or less than 100 times
14   in the last month?
15        A    Unfortunately, I -- I don't have a good
16   reference as -- in terms of the volume.  So I -- I
17   have no -- I can't even provide an estimate here --
18        Q    Okay.
19        A    -- unfortunately.
20        Q    Does your team provide the content owner with
21   the reason for the refusal to remove the content?
22        A    Our team has canned responses which will,
23   depending on the situation, explain to the claimant
24   who is ask -- who is requesting to remove the video,
25   we'll either provide them -- provide the claimants
```

Page 107

1      Q    Any other metrics?

2      A    Those are the main two.

3      Q    Can you think of any others?

4      A    There are subsets of metrics underneath the
5   timeliness metric.  So we -- as an example, average
6   response -- excuse me -- average time to response
7   would be one metric.  And then a different dimension
8   of the metric would be average percents within target
9   handling time.

10     Q    And what is your target handling time?

[REDACTED]

13     Q    And for a counter-notice?

[REDACTED]

18     Q    And when was that change made?

19     A    January 2022.

20     Q    Are there any other sub-metrics within the
21  timeliness category?

22     A    No.

23     Q    And what is your target handling time for
24  responding to a takedown notice?

[REDACTED]

[lines 1-3 redacted]

 4                I just want to make sure.

 5        A       I'm not sure if there is a distinction there.

 6        Q       Okay.

 7        A       I think they -- as I'm understanding it, it's
 8    the same -- same thing.

 9        Q       Okay.  How do you measure the accuracy of a
10    DMCA takedown response?

11        A       We have a quality assurance process by which
12    samples of handled tickets or previously answered DMCA
13    takedown requests are pulled and reviewed by a quality
14    team.

15                Those -- those quality reviewers will
16    evaluate the initial decision by determining whether
17    the correct canned response was sent, determining
18    whether the video was properly removed or properly
19    left live.

20                There are some other factors involved in
21    quality; for instance, whether -- there is an abuse
22    check as well.  So one consideration in the quality is
23    whether the reviewer considered -- correctly
24    considered abuse as a factor.  And if the complaint
25    wasn't seemingly abusive, pushed back against the

```
 1   claimant to request more information to validate
 2   whether there is -- is or is not abuse.
 3       Q   Does the quality assurance review result in
 4   reports?
 5       A   By "reports," you mean, like, a summary of
 6   the results of the -- the findings?
 7       Q   (Counsel nods head.)
 8       A   We -- we track metrics on week over --
 9   week-over-week quality.  So in terms of reporting,
10   it -- it would be available in our dashboards.
11       Q   And what dashboards would it be available on?
12       A   Our metrics dashboard.
13       Q   And do you assess the accuracy of your
14   handling of counter-notices in the same way that you
15   assess the accuracy of handling takedown notices?
16       A   We do perform quality review on
17   counter-notification handling by reviewers.  The
18   approach is a little different, because the
19   counter-notification workflow has different steps to
20   it than a takedown workflow.  But in terms of the
21   broad categories, they are similar.
22           So for counter-notification quality, we are
23   looking at whether the DMCA requirements are -- are
24   present in the counter-notification, which is similar
25   to the process in the takedown.
```

1              Those are different requirements for a
2     counter-notification versus a -- a takedown, so that
3     will be different in the quality review of that -- of
4     that process.
5              Also, similarly, we will check for abuse
6     in -- in the submission of a counter-notification; for
7     instance, if the uploader who is submitting a
8     counter-notification has provided correct and
9     non-abusive contact information or non-fraudulent
10    contact information.
11             And in addition, we look at the
12    counter-state -- statement which is provided by the
13    uploader.  And -- and the quality -- the reviewer will
14    assess whether the initial reviewer correctly --
15    correctly analyzed the counter-statement from the
16    uploader.
17       Q   Okay.  And are any counter-notifications
18    accepted without manual review?
19             MR. WILLEN:  Objection to the form.
20             THE WITNESS:  All of our counter-notifica- --
21    all counter-notifications -- excuse me.
22             There -- there is no automation run on
23    counter-notifications.
24             MS. O'KEEFE:  Okay.
25             THE WITNESS:  So any counter-notification