# Exhibit 3

# to the Declaration of Catherine Hartman

# Public Redacted Version

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARIA SCHNEIDER, UNIGLOBE
ENTERTAINMENT, LLC, and AST
PUBLISHING LTD., individually
and on behalf of all others
similarly situated,

        Plaintiffs,

                      Case No.:

       v.             3:20-cv-04423-JD

YOUTUBE, LLC; and GOOGLE
LLC,

        Defendants.

_____

CONFIDENTIAL

REMOTE VIDEOTAPED DEPOSITION OF ARPAN AGRAWAL

July 1, 2022

8:10 a.m.

Magna Legal Services

866-624-6221

www.MagnaLS.com

44 Montgomery Street, 41st Floor

San Francisco, California

REPORTED BY:

Siew G. Ung

CSR No. 13994, RPR, CSR

1  information provided here in terms of category or is
2  this just a component of YouTube ads that's reported
3  on Alphabet's 10-Q?
4              MS. WHITE:  Objection to form.
5              THE WITNESS:  This is a highly overlapping
6  point of view.  There are a handful of adjustments
7  that are made for GAAP SEC reporting, the most
8  notable of which is YouTube TV ads where we
9  advertise in the YouTube TV subscription product
10 through its, you know, subscription members.
11             From a management perspective, and this is
12 a management P&L, that ads revenue is attributed to
13 the YouTube TV side of the house.  From a GAAP SEC
14 perspective, that is collectively within YouTube ads
15 revenue.
16 BY MR. KOROLOGOS:
17     Q.  Other than the TV ads you've just
18 described and the ads AVOD information such as set
19 forth on Plaintiff's Exhibit 142, is there anything
20 else that goes into the reported YouTube ads figure
21 that is -- aside from those two things?
22     A.  Yeah, there's a collection of very, very,
23 very small reconciling items that add up to less
24 than half of a percent of overall ads revenue that
25 are holden to the SEC reporting.

Page 15

1      Q.   Okay.  What about an ad that appears on a
2  YouTube home page, is that considered an AVOD ad
3  revenue?
4      A.   Yes.
5      Q.   And, similarly, would an ad that appears
6  on a YouTube search results page, would that be
7  considered ad revenue for AVOD?
8      A.   Yes.

13           MS. WHITE:  Objection to form.  I just
14  want to make the record clear that we have
15  designated Mr. Agrawal on Topics 5 and 7 as limited
16  in our objections to Plaintiff's 30(b)(6) topics.
17  I'm not sure what the relevance of that question is
18  to Topic 7 as we have limited it, but the witness
19  can answer if he knows in his personal capacity.

22           MR. KOROLOGOS:  Okay.  I apologize again.
23  I'm going to have to pause for one minute.  Why
24  don't we go off the record for just a minute.
25           THE VIDEOGRAPHER:  The time is 8:27 p.m.

1   We are now off the record.

2              (Recess taken.)

3              THE VIDEOGRAPHER:  The time is 8:31 a.m.

4   We are back on the record.

5              MS. WHITE:  I'd like to -- I'd like to

6   designate the transcript confidential under the

7   protective order entered in this case, and we

8   reserve the right to further designate under the

9   process outlined in the protective order.

10  BY MR. KOROLOGOS:

[redacted]

16  BY MR. KOROLOGOS:

17       Q.   Looking at Plaintiff's Exhibit 142, for

18  the AVOD figures that are reported here, this

19  includes advertisements that would play along with

20  content played by a user; is that right?

21            MS. WHITE:  Objection to form.

22            THE WITNESS:  Counsel, can you reframe the

23  question or restate it?

24  BY MR. KOROLOGOS:

25       Q.   Well, does -- I want to try to understand

1  all of the elements of the different types of
2  advertising that roll up into AVOD, and so one of
3  those I understand to be advertising revenue that
4  comes from advertisements that play when a user
5  selects and plays content; is that right?
6             MS. WHITE:  Objection to form.
7             THE WITNESS:  I would -- I would -- in --
8  in sort of keeping it consistent with the
9  terminology you used earlier between home page and
10 search page, this also includes revenue related to
11 video Watch Pages.
12 BY MR. KOROLOGOS:
13      Q.   And the Watch Page is where a user is
14 watching a video that they want to play; is that
15 right?
16      A.   Yes.
17      Q.   Okay.  So there's advertisements on Watch
18 Pages, there's advertisements on home page, there's
19 advertisements on search page; is that right?
20      A.   Yes.
21      Q.   And all of that shows up into the revenue
22 that's in Plaintiff's Exhibit 142?
23      A.   Yes.
24      Q.   Is there other revenue other than those
25 three categories that shows up in the revenue that's

 1   reported on Plaintiff's Exhibit 142?

 2           MS. WHITE:  Objection to form.

 3           THE WITNESS:  Give me a moment to just

 4   think through if there is anything included.

 5   BY MR. KOROLOGOS:

 6       Q.  Sure.

 7       A.  There is revenue related to interstitial

 8   ads, which is in between video playback.

 9       Q.  Anything else?

10       A.  Not that I'm aware.

11       Q.  When -- when an interstitial ad plays

12   between video playbacks, is any of the advertising

13   revenue for such ads shared with content provider?

14           MS. WHITE:  Objection.  Outside the scope

15   of the topics.

16           THE WITNESS:  It's nascent.  It's related

17   to YouTube Shorts, which is still in experimental

18   mode.  We are working on the revshare structure.

19   BY MR. KOROLOGOS:

20       Q.  When you say "nascent," you mean not yet

21   but it might be someday?

22       A.  Roughly.

23       Q.  If we look at Plaintiff's Exhibit 142, I

24   see it -- let me withdraw that.

25           Were you involved in the preparation of

Page 19

1    Plaintiff's Exhibit 142?
2         A.   Yes.
3         Q.   Do you have an understanding as to why
4    Plaintiff's Exhibit 142 does not extend into 2021?
5         A.   No.
6         Q.   Is similar information available for 2021?
7         A.   Yes.
8         Q.   In Plaintiff's Exhibit 142, for each year
9    it appears you have six lines reported.  Do you see
10   that?  Revenue, CAC, COS plus infra, Gross Margin,
11   OpEx, and then Op. Inc., which I take it is
12   operating income.
13            Do you see that?
14        A.   Yes.
15        Q.   Do I understand correctly that the gross
16   margin line and the operating income line are simply
17   mathematical results of the other three lines?
18            MS. WHITE:  Objection to form.
19            THE WITNESS:  Yes.
20   BY MR. KOROLOGOS:
21        Q.   And then over on the right-hand side of
22   Plaintiff's Exhibit 142, it appears to define some
23   of the acronyms that are used.  Do you see that?
24        A.   Yes.
25        Q.   When it says CAC, which is a content