Exhibit 8

to the Declaration of Catherine Hartman

Public Redacted Version



# Watch Next Overview

January 22, 2016 Product Review

Confidential & Proprietary



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00040865

# Agenda

Mission

History, team, and 2015 highlights

Product and architecture walkthrough

    + metrics, challenges, opportunities, lessons learned

Current projects and roadmap

How you can help

Confidential & Proprietary



GOOG-SCHNDR-00040866

# Watch Next: Desktop



Confidential & Proprietary

## Watch Next: Mobile/Tablet/TV



GOOG-SCHNDR-00040868

# Watch Next: Endscreen





Confidential & Proprietary

# Watch Next: Verticals





Confidential & Proprietary

## Autoplay on Desktop



Confidential & Proprietary

# Autoplay + MDx



Confidential & Proprietary

## What's the big deal?

 of YT Watch Time
+5.1% last year

Confidential & Proprietary

GOOG-SCHNDR-00040873

# What's the big deal?

Exposure for other features (p13n, Mix, paid movies, live events, playlists, ads)

Perception of YouTube: what kind of videos do we have?

Brand image for Creators on "their watch page"

A foot into embeds

Related graph data for Ads, p13n, Legos, researchers, etc.

Confidential & Proprietary

You Tube

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00040874

# Mission

Help every user find another compelling video to watch next at scale.

Confidential & Proprietary

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00040875

# History, team, 2015 highlights

Looking backwards

Confidential & Proprietary

You Tube

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00040876

# Brief history

C. 2006: related videos retrieved through search queries
- 230M watch pages served, 12M videos indexed

C. 2007-2012: cowatch (collaborative filtering)
- hand-tuned signals, optimized for clicks.

C. 2011: large scale machine learning

C. 2012: optimization for watch time rather than views

C. 2013: simplified to a very large Related Signals Table (2.3T rows)

C. 2014: machine learning in offline candidate generation pipeline

Confidential & Proprietary

You Tube

## Today



- Significant investments in infrastructure:
  - Faster updates to primary signals
  - Less complex, easier to maintain (serving, Sibyl feature extraction)
  - Efficient resource usage

Confidential & Proprietary

You Tube

```
Slide 14
--------
1       fold into previous slide?
                Amy Wu, 1/22/2016
```

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# Related graph customers

- Ads
- P13n Recs "Related Fly"
- Legos
- Video Inventory Analytics (VIA)
- Researchers
- Also, available as a service, via an externally accessible API

Confidential & Proprietary

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                  GOOG-SCHNDR-00040880

# Team structure: 16 engineers

Systems and Infrastructure
- Brad Froehle
- Tomas Lloret Llinares
- Kyle Taylor

Online Ranking
- Li Wei
- Aditee Kumthekar
- Shawn Andrews
- Aniruddh Nath
- Remco Teunen

Candidate Generation
- Jianming He
- Charles Wu
- Nandini Seshadri
- Trevor Potter
- Yi Wu
- Wojtek Poppe
- Lukasz Heldt

SETI
- Nicholas Faralli

Confidential & Proprietary



# Some 2015 highlights

- Autoplay launched, ███ viewtime/visitor on desktop
- Stricter next episode promotion, ███ site-wide viewtime/visitor.
- Mobile/tablet data+features incorporated in the WN sibyl, deep retrieval model (multiple launches)
  - ███ mobile viewtime/visitor, ███ tablet viewtime/visitor, ███ desktop viewtime/visitor
- UI changes that allow more related items to show by default (if users see them, they will click)
  - Increased mobile/tablet suggestion to 12, ███ on mobile, ███ viewtime/visitor on tablet
  - Removed "Suggestions" title on mobile, ███ app-wide viewtime/visitor
- Freshness: caching, cowatch pipeline, intraday sessions (from 65 hours to 32 hours)
- Live events in Watch Next panel
- Corpus-specific suggestions for Kids, Gaming, Music
- +9.4% coverage of unique video ids by using mobile/tablet logs in the cowatch pipeline
- Autoplay using Mix candidates for music
- Support MDx autoplay (███ MDx watchtime)
- Increased infrastructure reliability and scalability by upgrading the experiment framework, indexing, topics pipeline, InnerTube support/migration

Confidential & Proprietary



# Product Walkthrough

Architecture, metrics, examples, challenges

Confidential & Proprietary 

GOOG-SCHNDR-00040883

How it works

Confidential & Proprietary



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

## How it works



Confidential & Proprietary

GOOG-SCHNDR-00040885

# How it works



Download this <u>Chrome extension</u> to see where your videos come from!

Confidential & Proprietary

## How it works



Confidential & Proprietary

GOOG-SCHNDR-00040887

# Features for machine learning



Confidential & Proprietary

# A side note on Autoplay

Why shouldn't Autoplay just be the top watch next candidate?

Filter out
- sensitive topics
- paid content
- age-gated
- live events
- playlists
- recently watched, etc

Relatedness is more important. Less tolerance for WTF's.

Confidential & Proprietary



GOOG-SCHNDR-00040889

# Key Metrics

go/wn-stype-full | go/wnmetrics

Confidential & Proprietary



Confidential & Proprietary

## Which WN types generate more WT/impression?



Confidential & Proprietary

## CTR by position



Confidential & Proprietary

## Experiment evaluation



Confidential & Proprietary

GOOG-SCHNDR-00040894

# User experience

Confidential & Proprietary



GOOG-SCHNDR-00040895

## Watch Next rabbit hole



Top entry points

- Click on a link to watch page (from a friend, from a 3P site)
- Homepage → click on a recommendation, channel page, or subscription
- Search (broad or navigational)

Watch next is a primary navigation tool for users on YouTube

Confidential & Proprietary     go/sequences



# User needs (go/ytneeds)

Information
- e.g. searched for "how to poach an egg" on YT or Google
- Explore best, most tightly related videos
- Continuation of viewer's search process
- Depth-first, refinement

Entertainment
- E.g. enjoy a favorite show or relax/laugh
- Exploration of broadly related topics or topics of interest to the user
- Good opportunity to introduce other YT features: channels, live events, etc
- Variety may be helpful

Confidential & Proprietary



# How are we doing? ([link](link))



# Examples

Confidential & Proprietary



## What are we good at? (a lot!)

In general:
- Videos with a lot of history and co-watch data
- Videos we understand (good annotations)

Searching for informational videos: "how to skin a catfish"

Music, Music autoplay: Adele - Hello

Popular videos, esp. entertainment: Jimmy Fallon, Adele & The Roots Sing "Hello"

Vlogs: Stitch Fix Unboxing | July 2015

Educational series: The Big Bang: Crash Course Big History #1

Confidential & Proprietary 

 GOOG-SCHNDR-00040900

# Challenges

Confidential & Proprietary



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# Fresh videos



Confidential & Proprietary

## Also vulnerable to abuse



Confidential & Proprietary

## Cowatch candidates kick in much later



Confidential & Proprietary

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00040904

## How do users reach fresh videos?



Source: YouTube Freshness Analysis          UNKNOWN == channels/notifications

Confidential & Proprietary

# Understanding language



# Favoring longer videos in models



Confidential & Proprietary

## Account for thumbnail diversity



These are actually different videos, but they have the same thumbnail.

## Example: current production experience



# Example: desired episodic series module



Confidential & Proprietary

## Advertiser and Creator brand sensitivity

- Driver of traffic
- Brand image: Part of "their" watchpage



Confidential & Proprietary

# Creators care.  A lot. Views == revenue



Confidential & Proprietary

# Key challenges / open questions

**Diversity**
- Related to the video vs. related to the viewer
- Facilitate association of YT with a wide variety of content vs. all cat videos

**Sentiment**
- Same topic but different points of view. What is our social responsibility if any?

**Creator story**
- What role should we play in a creator's user acquisition strategy?

**User experience**
- Hard to get right; requires a lot of experimentation to build intuition. Resources!

**User perception**
- Freshness, racy content, major factor in the reinforcement of YT's brand

**Objective functions**
- Watchtime (fundamentals work) vs DAVs/long term effects (not well understood or attributed)

Confidential & Proprietary 

# What we've learned

User perception is formed not from their average experience, it's from their best, worst, last experience ([peak-end rule](#)), so it's important to do our best for every video
- E.g., Racy filtering makes a big difference to YouTube brand even if most videos users encounter are not racy.  ([ariane](#))

YouTube has a lot of data to leverage
- E.g., +5% watchtime from applying Sibyl, current model trains on 135B samples

Confidential & Proprietary



# What we've learned

 

Low impact / negative

      Many researchers interested in experimenting with Watch Next, only a few successful

      Hiding Watch Next (e.g. inline player)

Confidential & Proprietary



# Current Projects

Looking forward

Confidential & Proprietary

# Themes for 2016



**1** — Personalization (and context awareness)
Every watcher is different: utilize user history, intent, context, etc

**2** — User experience
There is a user at the end of the algorithm. Amplify quality work with user experience and interaction

**3** — Segment optimization
Systematically identify and optimize segments of users and videos

Confidential & Proprietary

You Tube

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

## Q1 OKR highlights ([link](#))



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00040918



Confidential & Proprietary

# Autonav on mobile

Timeline:
- Now: user studies
- Android: experiment end of Jan
- iOS: experiment beginning of Feb
- Capture 1 month of data + iterate
- Launch in Q2

Expected site-wide impact: ██████ watchtime
- Desktop experiment was ████ with no way to turn it off.
- Assuming a ████ opt-out rate ██████ desktop rate)
- mobile = ██████

Confidential & Proprietary

You Tube

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**Behavior**

- The user starts a singleton video (i.e., a video that's not inside a playlist).

- When user reaches the end of the video, the autonav countdown starts. This countdown is visible, in both portrait and landscape view.

- The user has two ways to opt out of the feature--they can disable autonav for the device through the Autonav toggle at the top of Relateds, or they can cancel the countdown just for that video through the "Cancel" button in the countdown.

- At the end of the countdown, the next video starts playing.



GOOG-SCHNDR-00040921

## Up next video countdown

As soon as the user reaches the end of the video, the autonav countdown begins to indicate that n seconds remain until the next video is autonaved. This countdown is visible, in both portrait and landscape view.





GOOG-SCHNDR-00040922

## Countdown on mini-player

When the up next video is counting down in mini-player. There is no affordance to cancel the autoplay directly from miniplayer. Tapping mini-player will bring back watch page.




# How you can help

Thank you!

Confidential & Proprietary

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00040924

# How to help Watch Next

- Advocate for more suggestions to be shown by default to drive more engagement
- Support efforts for more complete, more reliable logging
- Build organizational alignment with other YouTube teams
  - Involve Watch Next early in new UI's, new verticals
  - Secure UI resources for improvements
- Evangelize our team and our importance beyond just watchtime
- Get clarity on balancing vertical priorities with main app priorities

Confidential & Proprietary



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00040925

# Connection Points

Google Collaborators
- Ranklab

YouTube Collaborators
- Main App (autoplay)
- Abuse
- Logs/Data

Researchers
- Sibyl/Laser
- Glassbox
- Brain

Clients
- Ads
- Researchers
- Music
- Gaming
- Unplugged (planned)
- YTO (planned)

Rest of YouTube Knowledge, Search and Discovery

Confidential & Proprietary

You Tube

# Q&A

Thank you!

Confidential & Proprietary



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# Appendix

## Collection of Raw Materials

Confidential & Proprietary



# Q4 OKR's (done)



Confidential & Proprietary

**CTR**



Confidential & Proprietary



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# Older Videos, with History



Confidential & Proprietary

# Videos with Annotations, Some History



Confidential & Proprietary

## Conceptual view



Confidential & Proprietary

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00040933

# Understanding videos: keyword search on title not enough

Searching with title gives us car and crime scene clean-up videos

Confidential & Proprietary

Notes Summary:

Slide 1: 'https://docs.google.com/document/d/1Jlk8Cx2b6Tq-
7DxG43ma6J20dP9DJJY3hTjy_9oqbvA/edit#'
Slide 3: 'Note -- clean up screenshots in next iteration'
Slide 5: 'One of the new discovery mechanisms for embeds'
Slide 9: 'Breakdown by platform too.'
Slide 10: 'Other features which could drive DAV's and long term effects'
Slide 11: 'We used to call ourselves "related videos" (and some folks still
say that), but we don't want to limit the mission to serving just strictly
related results.  We want to suggest any next video that we think the user
will be interested enough in to continue their journey.'

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Notes Summary:

Slide 13: 'It's been around for a while.
One way it provides value is through processing a lot of data and learning
from a lot of data. Smarter and Efficient
Infrastructure investment

The system evolved from search-based to using cowatch, a simple-form of
collaborative filtering.  The art came into hand tuning signals to optimize
for clicks.  The system grew evolutionarily to something quite complex and
eventually became difficult to modify, difficult to experiment with.

Jim McFadden, along with Li Wei, introduced machine learning in 2011.  In
2012, related videos made the dramatic change to optimize for watchtime,
rather than views.  Video length starts to increase.

Ajith and Jianming embark on a large effort to replace the complex, tightly
coupled cowatch system with one based on a very large Bigtable,
simplifying, speeding it up, enabling experiments.'

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Notes Summary:

Slide 14: 'Watch Next is now a compilation of candidates from our own pipelines, candidates from other sources across YouTube Search and Discovery.  Since it encourage viewers to watch more videos, it amplifies effects from other entry points, such as search and the homepage. Similarly, if WN results are not good for videos an entry point sends the viewer to, that can be a problem.  For example, if search improves the ranking of fresh content such that more people click on fresh search results, but Watch Next has poor suggestions for fresh videos, that can lead to a search experiment that is watchtime negative.'
Slide 15: 'Importance of systems and architecture,  in a simplified sense what we have is a highly scalable, reliable system for memorizing the relationships between videos

They depend on us'
Slide 17: 'As we improve quality, can feel comfortable with showing it more often.'

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00040937

Notes Summary:

Slide 18: 'Overview of where videos come from
Then walk through some examples / demo

What are we good at?

First we'll talk through the product, and we'll summarize at the end of our
learnings over the years'
Slide 19: 'Something about scanning being hard?'
Slide 20: 'One big family at yt! We surface and leverage a lot of other
products'
Slide 21: 'We have to provide a reasonable panel for every single video. We
can't just show nothing.'
Slide 22: 'Currently using Sibyl models, trying Brain models'
Slide 23: 'The Sibyl team tell us that our models constantly push the
envelope for the sibyl platform.  Our team runs into scalability bugs other
teams never encounter and the Sibyl team uses our use case to test new
platform capabilities.'
Slide 24: 'Autoplay is not just the wn list'
Slide 25: 'Something about scanning being hard?'

Notes Summary:

Slide 29: 'We don't optimize for revenue, although we might look in case there is something the ads folks need to know about (e.g. autoplay). Partner analysis and SxS are to see if anything is going wrong; we don't optimize for these.  We also don't have as a goal creator traffic stability.  This leads to creators thinking that they can't predict YouTube traffic, but we optimize for the viewer first.'
Slide 30: 'Something about scanning being hard?'
Slide 31: 'Watch Next has been referred to as a "rabbit hole".'
Slide 32: 'Good to think about how these users use watch next differently'
Slide 33: 'Mechanical turk study of top 6 items.

███████████████████████████████████████████████████████

Perception is not bad, but room for improvement. Hard to solve.'
Slide 34: 'Something about scanning being hard?'
Slide 36: 'Something about scanning being hard?'

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Notes Summary:

Slide 37: ███████████████████████████████████████████
███████████████████████████ And yet these are an important part of the
ecosystem and the user perception of how good our results are.
Unfortunately, people don't remember their average experience, their worst
experience sticks in their heads and forms YouTube brand
disproportionately.'
Slide 38: 'People know we use the title to create searches for suggestions
and will game the first days of a popular video.'
Slide 39: ███████████████████████████████████████████████████
███████████████████████████████████████████████████████████
Slide 42: 'One thing we're doing is reducing outliers.'
Slide 43: 'Diversity is largely unexplored.'
Slide 46: '"Users" include both Viewers and Creators (who are also
sometimes Advertisers).
Recent discussion about gamergate-related videos is an example.
Advertisers can be very concerned about suggestions that are critical of
their business.

We serve all of these use case with one panel of ranked results with

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Notes Summary:

Slide 47: 'This channel is called REDACTED - PRIVACY and at one time
specialized in videos claiming to be footage of real mermaids, ufos, etc.
Some viewers thought the videos were funny, many viewers found the videos
misleading. The creator made a non-trivial amount of revenue from this,
until 5/2014.'
Slide 66: 'Different types of candidates from different data sources are
used, as we attempt to find the best suggestions for every video.
Older videos are where we have the most data, and also drive a lot of
watchtime for YouTube.'
Slide 67:

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00040941