Exhibit 10

to the Declaration of Catherine Hartman

Public Redacted Version

# Watch Next Eng Review

Brad Froehle, Lukasz Heldt, Su-Lin Wu
(representing the work of many others)
5/8/2017

Confidential & Proprietary



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00052174

# Agenda

Goals:

- Overview of current state of Watch Next
- Details for selected areas in
  - Systems and Infrastructure
  - Candidate nomination and ranking
- Future directions

Informative review: no decisions needed at this time

Confidential & Proprietary



GOOG-SCHNDR-00052175



Introduction

Confidential & Proprietary

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00052176

# Mission

Help every user find another compelling video to watch next, at scale.

Confidential & Proprietary



GOOG-SCHNDR-00052177

## Watch Next: Desktop



Confidential & Proprietary

# Watch Next: Mobile/Tablet/TV



# Watch Next Beyond Main App

- Music
- Kids
- Gaming
- Externally available API
- Embedded video endscreen (offsite suggestions)

Confidential & Proprietary

You Tube

```
Slide 7
--------
1       is it available for YT Go?
                Rongmei Zhang, 5/9/2017

1       My understanding is that YT Go would need related items restricted
to the YT Go corpus, is that correct?  It might be possible to filter
suggestions, but some analysis might be needed to see if there is enough
coverage to provide a reasonable user experience.
+bfroehle@google.com
                Su-Lin Wu, 5/9/2017
```

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00052181

# Challenges

User Intents

- Finding -- continuation of search
- Browsing -- continuation of homepage, direct watch
- Navigation -- lean back autoplay, episodic series, more from uploader

Creator/Advertiser Expectations

- Large driver of traffic
- Part of their watch page experience
- Brand perception for Creators and YouTube

Confidential & Proprietary



# Goals

1. Success metrics

- Watchtime
- Freshness
- DAVs
- Satisfaction (panel bad rate)

Secondary considerations

- Effect on partner traffic
- Exposure for paid movies, live events, Red originals, playlists etc
- Perception of YouTube and creators
- Embed strategy
- Related graph data

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00052183

```
Slide 9
--------
1       And also perception of regulators and governments.
                Cristos Goodrow, 5/8/2017
```

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00052184

## YouTube and Watch Next are Growing



Confidential & Proprietary

GOOG-SCHNDR-00052185



Confidential & Proprietary

GOOG-SCHNDR-00052186



go/sequences

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00052187

# Recent Accomplishments (Q4 through today)





- Systems and infrastructure simplifications
  - Flattened nominator graph
  - Experiments auto-pushed

(in collaboration with many, including Home/Recs, Research, Content Id, Abuse)

Confidential & Proprietary 

```
Slide 13
--------
2       Please spell-out abbreviations like WTR (which I think it Watch
Through Rate) and MFU (More From Uploader)
                Cristos Goodrow, 5/9/2017

2       Done, thanks for pointing those out.
                Su-Lin Wu, 5/9/2017
```

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00052189



GOOG-SCHNDR-00052190

# High Level View



Confidential & Proprietary

# Request Flow

Generate candidates.

| Nomination |
| --- |

Attach video/playlist metadata, and
other annotations.

| Annotation |
| --- |

Remove candidates.

| Filtering |
| --- |

Score candidates with Brain.

| Scoring |
| --- |

Make the final output decisions:
autoplay candidate, shelves

| Packing |
| --- |

Confidential & Proprietary

You Tube

# System Overview



Confidential & Proprietary

## Scale & Resource Costs



Confidential & Proprietary

```
Slide 18
--------
1       +heldt@google.com
+liwei@google.com

Approximate current plans:
Brain => Still on Axon (not Servo). Working on Servo migration first (Q3)
and then plan to start evaluating SeaStar. Note SeaStar will require some
model changes (discretization) with unknown, potentially negative, quality
implications. Will require experimentation.
Jellyfish => No plans yet.
                Brad Froehle, 5/6/2017
```

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

```
Slide 18
--------
2       Lastly, one issue w/ SeaStar is that a naive implementation may
strand a large amount of CPU resources on the dedicated machines. It's my
understanding that we'll need to pack other jobs on those machines for them
to be cost effective.

These solutions are being explored jointly w/ p13n, since they have similar
use case. Planning a shared YT Discovery pool of brain servers (or possibly
Servomatic, run by ML SRE).
             Brad Froehle, 5/6/2017

1       Brain = plans to move to SeaStar?
Training = plans to move to gpu or Jellyfish?
             Danner Stodolsky, 5/8/2017

1       We are planning on switching to Servo in Q2.
             Lukasz Heldt, 5/8/2017
```

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00052196

# Infrastructure Trends

- Batch → Streaming pipelines
  - Reduce latency of user action to incorporation in our systems. Freshness.
- Pay down technical debt / improve code health / increase team velocity
  - Rewrite async producer or callback code with Fibers (Superroot Flows).
  - Release & push automation.
- Simpler shared components (more "microservices")
  - Discovery Engine:
    - Video Metadata Service (to replace Muppet).
    - ("Co-watch") Candidate Service.
    - Eventual migration from Superroot to Browse/Recs Platform?
  - Build on standard services like Bigtable, Laelaps, & Mapess.

Confidential & Proprietary



GOOG-SCHNDR-00052197

# Freshness via infrastructure



- 2016Q1 Instant Muppet
  - Ensure fresh videos are in corpus and can be suggested
  - Fresher ranking & abuse signals (~12h → 10s for important updates)
- 2016Q3 Eggbeater + Candidate Service
  - Streaming co-watch related graph computations + new serving infrastructure
  - Co-watch latency: 22h→8h
- 2017Q1 Intraday v3
  - Co-watch latency: 8h→3h
- 2017Q1 Docfilter
  - React faster to private/unlisted→public transitions
  - ███████████████████████████████████

Confidential & Proprietary



GOOG-SCHNDR-00052198

```
Slide 20
--------
3       +bfroehle@google.com
                Su-Lin Wu, 5/9/2017

3       The previous system only recorded public->private transitions;
there was no way to "refresh" a video, except waiting 12h for the deletion
marker ttl  to expire.
                Brad Froehle, 5/9/2017

3       Please remind me how docfilter helps with unlisted->public (I see
that it would help with public->unlisted/delete).
                Cristos Goodrow, 5/9/2017

4       https://goto.google.com/wn-docfilter
                Brad Froehle, 5/9/2017
```

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



Confidential & Proprietary

# Team Velocity

Candidate Service

- Make it easier to experiment with new, streaming, candidate sources.
- Simple API; efficient at serving time.

Experiments

- Cookie-day experiments always running (no wait for preperiod); daily shuffled cookies reduce bias.
- New experiment configurations pushed every 30 minutes automatically.
- Easy to train & serve experimental Brain models.

Confidential & Proprietary



GOOG-SCHNDR-00052201

# Challenges

- 

- "Full stack" development (backend + InnerTube / UI changes)
- Non-uniformity between Home & Watch Next (& Search)
    - Propagating scoring signals is unique on each surface; different proto representations of a video complicate code reuse.
    - Different approaches towards decoration.
- Resource availability & management
- Legacy code
    - Legacy RPC interface; ultra-legacy clients (GData)

Confidential & Proprietary



GOOG-SCHNDR-00052202





Confidential & Proprietary

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00052204

# Deep Dive:
# Related Graph ("Co-watch")

Confidential & Proprietary



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



Confidential & Proprietary



Confidential & Proprietary

# Raw Stats (as of 2017-05)



Confidential & Proprietary

# (External) Related Graph Customers

- Personalization
- Video Inventory Analytics
- Legos
- Abuse
- Unplugged
- Ads
- Search
- Viewer Model
- Research

Confidential & Proprietary



# Future Directions

TicTac

- Streaming visits, targeting co-watch latency <1h

Discovery Engine

- Power P13N "related-on-the-fly" nominator with Candidate Service infra.

Matchmaker

- Predictive co-watch at publish time.
- Find ideal places to recommend newly published videos.
- Improve recommendations after watching fresh videos.

Confidential & Proprietary





HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



# Objective

**Lifetime watch time per user**



**Watch time per session**



Watch time per panel

Confidential & Proprietary

# Objective: Watch Time Per Panel



- Given the watch video and user
  … how much watch time will candidate generate

- Rank candidates by expected watch time

```
P(ctr) * E(watch ratio | click) * video length
```

Confidential & Proprietary

You Tube

# Ranking Model



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# Training



Confidential & Proprietary

```
Slide 37
--------
1       How exactly is a +ve / -ve example defined in this context? Is
there a doc describing this? +liwei@google.com +jhe@google.com
                Hariharan Chandrasekaran, 7/17/2018


1       Positive examples are the impressions that are clicked by the
users. See this doc
(https://docs.google.com/document/d/1mUFcByRMVfX3o1GtEq_2yywqeQ4qSRq0VFvAMq
MCNvA/edit#heading=h.pnz9paci6x0b) for details.
                Li Wei, 7/17/2018
```

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**Training**



Confidential & Proprietary

# Features



Confidential & Proprietary

GOOG-SCHNDR-00052219



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# Sitewide Watch Time

Launches since 5/2016:

**+3.14%**

Including autonav on mobile:



Confidential & Proprietary



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# Tuning Objective



Confidential & Proprietary



Confidential & Proprietary



Confidential & Proprietary

# Tuning Objective



Confidential & Proprietary

# Tuning Objective - future direction



Confidential & Proprietary



source

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# Trashy Demotion

- For trashy candidates:







- Trashiness today:



Confidential & Proprietary

GOOG-SCHNDR-00052232

## MFA Demotion





Confidential & Proprietary



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# Content Rating Filtering



Exception made for series playlists (though safety mode continues to be respected).

Confidential & Proprietary

Documentation

# Content Rating Filtering



Exception made for series playlists (though safety mode continues to be respected).

# Additional Filtering

- Dishonor
- Playability (rights management)
- Rating (thumbs up/down ratio)
- Previously dismissed

Confidential & Proprietary

You Tube

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00052237

# Themes for 2017

**Serving**                          *Utilize & contribute Discovery Engine pieces.*

*Automation.*

**Ranking**                          *Move to shared scoring service; adopt*

*TFX/Servo/Seastar*

**Nomination**                       *Simplify architecture; move to fully streaming*

*model*

**Quality**                          *Move beyond immediate Watch Time (long term*

Confidential & Proprietary



Appendix

Confidential & Proprietary



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



Confidential & Proprietary

## Autonav Quality

Why don't we just take the first watch next result?



Confidential & Proprietary

**OK to suggest,
not to play**

Paid videos, sensitive topics,
live events, etc

**Higher bar
for relevance**

Rank "next in series" or similar topics
ahead of personal recs, more from
creator, etc

Confidential & Proprietary



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



Confidential & Proprietary

GOOG-SCHNDR-00052244

# A sequence, not just a video

**TODAY:** Topic Drift

Each pair makes sense, but the sequence does not.

**SOLUTION:** Utilize watch history more effectively

Confidential & Proprietary



Google Chrome: Dear Sophie (1:32)
https://www.youtube.com/watch?v=R4vkVHjdQk
by Google Chrome
10,504,212 views
wntube | doctube

**Related Videos**          Show results in vylister (videos only).



0   30 Worst Google Auto-Completes Ever (10:41)
    https://www.youtube.com/watch?v=EKQElimY_iU
    2,600,787 views
    **INLINKS + TOPIC_SEARCH**
    wntube | doctube



1   40 Most Amazing Last Words Ever Spoken (13:40)
    https://www.youtube.com/watch?v=t4tMtel87Vw
    by Danger Dolan
    2,297,352 views
    **INLINKS**
    wntube | doctube



2   15 Weirdest Beaches on Earth (11:08)
    https://www.youtube.com/watch?v=LUgmKQLJUSs
    by Danger Dolan
    1,475,110 views
    **INLINKS**
    wntube | doctube



3   15 Most Dangerous Places on Earth (7:48)
    https://www.youtube.com/watch?v=sty9dGG8JY4
    by Danger Dolan
    6,198,744 views
    **INLINKS**
    wntube | doctube

    15 Magical Places You're Not Allowed To Visit (9:04)

## Why don't we just autoplay the first result?

Filter out
- paid content, age-gated
- playlists
- recently watched

Leanback considerations
- less tolerance for WTF's
- control for drifting off-topic
- use Radio for music autoplay

Different model for autoplay?



If youtube Autoplay had a crossfader it'd actually be better than alot of djs

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00052246



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# Future Directions



Confidential & Proprietary

GOOG-SCHNDR-00052248

# Ranking Model

- One of the biggest models at Google (**~210 billion** training examples)
- Using latest technology

| 08/2016 | Sibyl → Distbelief |
|---|---|
| 01/2017 | Distbelief → Tensorflow |

- Close collaboration with the research
  - DB → TF transition findings shared with many other teams at Google

Confidential & Proprietary



GOOG-SCHNDR-00052249

# Features



Confidential & Proprietary

GOOG-SCHNDR-00052250



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# Q4-Today Accomplishments



Confidential & Proprietary

```
Slide 72
--------
4       +bfroehle@google.com
What else should we mention here?
            Su-Lin Wu, 5/2/2017


5       +heldt@google.com
Yi's user state launch might be worth talking about in detail, because
there is some evidence that the watch page can move dav's.
            Su-Lin Wu, 5/2/2017
```

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

```
Notes Summary:

Slide 4: 'Maybe remove the second part'
Slide 5: 'Note -- clean up screenshots in next iteration'
Slide 6: 'Also kids, music, gaming.'
Slide 8: 'The watch page is not a destination that people revisit (often);
WN is a continuation of the user experience, making it easier for the user
to find another video to watch.
The suggestion panel attempts to satisfy multiple user intents and balance
with creator/advertiser interests such as brand safety.
Tail content is important, poor experiences that end a user's session are
more memorable than average ones.'
Slide 10: 'https://video-analytics-
demo.corp.google.com/#dt=c,fe=17285,fr=lw-
001,fs=15584;fc=0,fcr=0,r=trafficsources,rpa=a,rpbm=7-93-
110,rpd=112,rpg=93,rpm=a,rpp=0,rppc=0,rpr=w,rps=93,rpsd=1,rpt=0'
Slide 13: '* Trashy impact updated to reflect human eval scoring.'
```

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00052254

Notes Summary:

Slide 15: 'Candidate generation is a spectrum: related to video watched  <------> related to user

Some nominators target video, some target user. Over time, working more towards a blend.'
Slide 17: 'Instant doc updates: http://vi/throttler/domain?domain=youtube-related-pipeline.corpus-updater-instant-dirty
mentos, content labels, new, first legos, delete, title/description change, live event, news cluster, dishonor, series'
Slide 18:
'https://resourceweather.corp.google.com/#costs?cells=&charge=dollar&clusters=&dateFrom=2017-05-02&dateTo=2017-05-02&excludeManualCharges=true&excludeTiSupplier=false&groupBy=principal.mdb&grouping=true&mdbGroups=&measures=net,costutil,allocations,utilization,usage,asstock&mode=table&predefinedDateRangeWithViewMode=userDefined1day&principalId=50040647&services=summary&sortBy=totalComputeCostSweHpq&sortOrder=descending&utilizationType=service'

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Notes Summary:

Slide 20: 'Lots of ways to accidentally lose freshness:

Docfilter: https://ariane.googleplex.com/launch/181356'
Slide 25:
'https://dasnav.corp.google.com/dnstai85/#label_id=lr79b&view=default

Playlists?

Some non-co-watch important for bootstrapping the co-watch graph.'
Slide 27: 'Search strong signal because it reflects user intent. Others
provide coverage for things people aren't searching for. Others act to
reinforce.'
Slide 28: 'Annotate w/ end-to-end chart. Describe the evolution of a panel
over a week.'
Slide 29: 'Add slide on glassbox model? (only if time allows).
Call out update rate.'

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Notes Summary:

Slide 30: 'http://go/wn-related-graph-table.


Personalization: "Related-on-the-Fly" nominator
VIA: Unfiltered graph for content labels
Legos: Smear entities across related graph
Abuse:
Unplugged:
Ads:
Search:
Viewer Model:
Research: Weddell embeddings'
Slide 37: 'What is positive and negative example'
Slide 38: 'Switch to TFX platform'
Slide 55: '*Thumbnails only get TEEN or above


Filtering racy/inappropriate videos fetched from other systems before they
get to Watch Next, to prevent underserving (all videos get dropped due to
filtering) + filter just before serving'

GOOG-SCHNDR-00052257

Notes Summary:

Slide 56: '*Thumbnails only get TEEN or above

Filtering racy/inappropriate videos fetched from other systems before they
get to Watch Next, to prevent underserving (all videos get dropped due to
filtering) + filter just before serving'
Slide 60: '██ of site wide viewtime flows through WN panel, which
leverages outputs from other teams to accomplish its purpose.'

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                          GOOG-SCHNDR-00052258

Notes Summary:

Slide 63: 'Notes:
Appropriate for click to play but not autoplay.

First version on desktop: not much data so we ensured a good experience by having a higher bar for relevance.


Straightforward: filtering.

Harder problem:
We don't want people to get annoyed, to turn off autoplay. We don't want people to have a bad experience. We have to be even more careful what video we play next.

Today we have a pretty diverse set of videos in watch next.
Imagine you have a news video about the elections -- play more election videos or the next in a series of debates vs personal recommendations or more from that news channel.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00052259

Notes Summary:

Ranked on a combo of pCTR and VT.'

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00052260

Notes Summary:

Slide 64: 'Mix: sometimes you get autoplayed into non-music from music. Unexpected for users.

Saw it has been increasing.
Before, users may not have chosen these long videos. Now we autoplay into it sometimes. So our model learns longer might be better. Normally people wouldn't click, but in this case we autoplay, so our model learns incorrectly these might be good.

Had been using the same model to rank autoplay items + click to play items.
Autoplay has a higher probability of being played than click to play items.
Can decide for themselves. Put in long videos but people would skip.
Caused our model which optimizes for WT to put in very long videos w/a lower probability of getting clicked.
Long videos are not inherently bad. Sometimes a long video that is less relevant would show up.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                    GOOG-SCHNDR-00052261

Notes Summary:

Old model didn't distinguish between autoplay and click to play --

Solutions: added is_autoplay as a feature. Using mix as candidates for music.

Sibyl trains the pctr model based on the performance of videos at position 0

Optimizing for watch time can result in long videos with lower CTR.

Tendency of promoting long but low ctr items (major source of WTFs)
WTF: 3 mins video → 1 hr video

SOLUTION: autonav-specific features in Sibyl. Reduced average video length by 50% for non-music'

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00052262

```
Notes Summary:

Slide 65: 'Future: topic drift
Model specific for autoplay. Already started is_autoplay as a feature,
reducing autoplay lengths.


First -- we're optimizing for a sequence, not just one more video.

Use Weddell.'
Slide 67: 'Mention dismissals head'
Slide 68: 'Mention dismissals head'
```

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00052263