Exhibit 12

to the Declaration of Catherine Hartman

Public Redacted Version

# Autoplay DeepDive

charleswu
04/2021

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY







GOOG-SCHNDR-00051951

# Core Metrics Share

## Rasta

| | VWT% | Views% | Enabled% |
|---|---|---|---|
| All | | | |
| Android | | | |
| IOS | | | |
| Web | | | |
| TVHTML5 | | | |



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00051952

# Caveats

- Client stops autoplay after LACT

| Web/Mobile | TVHTML5 | MWeb |
|------------|---------|------|
| XXm | Xh | XXm |



- Logging
  - WATCH_NEXT_AUTOPLAY
  - Try go/rtseeker-user-guide
- Loop: ...A->B->...->A
  - Algorithm: Ep3->Ep1->Ep2->Ep3->...
  - Watch History failure
- Most autoplay trails are short
  - Could be as long as 90+ videos though

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00051953



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# Main App Flow

- Nomination
  - WatchNext nominators
  - Music nomination when there's an "autoplay seed".
- Scoring
  - WatchNext scoring
  - Extra XLQ filtering
- Post-processing
  - Policies and priorities
- Override
  - TVHTML5: automix on music watch

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00051956



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# Autoplay Training Data Reweighting

- (with SIR team) If user opted in autoplay, but watched a non-autoplay(lower-position) WN suggestion, then penalize the autoplay suggestion.
    - Negative results

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00051970

# Thank You

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00051971

Notes Summary:

Slide 1: 'This deep dive is about Autoplay in main app backed by WatchNext
suggestions server. If you are watching a playlist and it autoplays across
the video list, that's not what we are talking about.'
Slide 2: 'Android and web UI. Count-down.'
Slide 3: 'Overall Autoplay drives ██ of YT watch time, and ██ of devices
have autoplay enabled.
Usage is higher on TV > Web > IOS/Android.
TV users have to disable autoplay on their personal settings page, while
other platforms the knob is on watch page.

*User can disable autoplay in LR on settings page.

Net gain: Web ██, Mobile ██ at initial launch. No ablation is running.'

Notes Summary:

Slide 4: 'If user is inactive for some time, Autoplay will stop by the client. On web and mobile autoplay stops if user stays inactive for 75m.

Timeout after LACT is not the same as "autoplay time limit", since it's based on "last activity".'
Slide 5: 'Impressions'

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Notes Summary:

Slide 8: 'The post-processing stage has 8 steps.
0. Creator redirect
"Good" next episode
If a good next episode is not found, we filter watch videos.
Then for embedded yt watch,


go/shows-platform for SHOW_PLAYLIST/SERIES_PLAYLIST/SHOW etc.'
Slide 9: 'Age-restricted
Live Event that hasn't started yet or long-running Live Event.'
Slide 10: 'Overall only 0.015% of watches have no autoplay returned per request.'
Slide 12: 'Loop Suppression is a key feature in autoplay. As we have seen from the post-processing steps, loop suppression is done in 2 ways:'

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00051974

Notes Summary:

Slide 13: 'Sometimes users complain about topic-drift over an autoplay trail.

What's tricky is how to get the seed video at serving time.

We don't do this if watch history is turned off.'
Slide 14: 'Rationale:'
Slide 17: 'We also tried a lot of other ideas but it turned out quite challenging.
Paradox'
Slide 18: 'These are some failed attempts.'
Slide 21: 'Loop detection: watch history'

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY