Exhibit 18

to the Declaration of Catherine Hartman

Public Redacted Version

# Access to Content ID and sensitive features

Last updated: <2020.02.24>

## [INTERNAL unless stated otherwise]

### How to gain access to Content ID (updated April 2019) [INTERNAL]

In order for a partner to have access to the Content ID tools, they need to have access to YouTube's Content Management System.

On 4/24/2019, our external Content ID and CVP application forms will be replaced with a single form where rights holders can fill out details about their copyright management needs. Based on this information, we'll determine which of our copyright management tools is best suited for them: (1) copyright webform (2) Content Verification Program (CVP) (3) Copyright Match Tool or (4) Content ID. You can learn more about these tools and the principles around access in this internal-only deck. Along with the new form, we'll have a new card in the YouTube Copyright Center that hosts a new Help Center article discussing each of the tools listed above in detail and provides more transparency around eligibility.

**If you receive questions about the CID application status please check if your partner sent the application after mid-April.**

- If not, please ask them to re-apply via this form. They should receive a reply within a few working days.
- If yes, navigate to go/3-bears-finder and search by partner's email used for the application to check its status. You can check the status and if the response was sent already (screenshot). Check both the email address that partner gave you and the email address from Channel Examine. If the response was sent but the partner claims they did not get it, you can resend the CR text (indicated in the column "CR Sent").

The **internal workflow** for applying for Content ID on behalf of a partner remains the same. New CIMA deals are now requested through go/orca directly. One of the gating steps in ORCA is to request approval. YT Enterprise Abuse (from T&S) will receive a ticket and follow up with you accordingly. If you need help on how to create a deal in ORCA, visit go/enablement-hub. Eligibility requirements for Content ID can be found here.

Content ID is only granted to right holders after careful evaluation. Once approved the right holders sign the appropriate contracts with YouTube and are then granted access.

### Limiting access to CID (Whittle project) [INTERNAL]

We are reducing the large torso content owner ecosystem comprised of partners who have signed non music enterprise contracts (CLA, CIMA, CHSA). The outreach is conducted in batches per region, starting with North America. The process kicked off on April 3, 2019 and is internally known as project Whittle.

We are planning to downgrade partners existing status from enterprise contracts to standard YPP/ToS if we receive their consent to do so. If they consent, their content will continue to remain on the platform, and they can monetize (if eligible under our new thresholds). If we do not hear from them within the contractually required 30 day notice period, we will need to block their content globally, due to legal requirements, until we hear from them. After 1 year of non-response, we will remove their content from the platform.

**Updates:**

- Our total set of downgrade candidates is approximately 5k COs, but we will be rolling out in small batches, starting with North America and moving on to LATAM, APAC, and EMEA. Here is the complete impact list (access for FTEs only) and here is the list of the partners (access for FTEs only) we have already reached out to.
- **July 1st:** We reached out to around 50 partners in the US with low or no torso activity.
- **July 12th:** Additional 599 content owners for North America were notified of the "initial communication" that their contracts will be transitioned to TOS, bringing a total of 1,029 COs thus far.

**Resources:**

- [INTERNAL] Whittle Support Comms Doc    - access for FTEs only
- [INTERNAL] Main Comm Doc - access for FTEs only
- [INTERNAL] Impacted Content Owners
- [EXTERNAL] Project Whittle Help Center article

Workflow:

Blocked videos show message "This video contains content from XYZ COMPANY. It is not available in your country." Example

In the event partners are reaching out about Project Whittle/their content being blocked on the platform please follow this process:

- Check if the CO is on the impact list
- Check if the BTO2 flag is enabled

If both answers are yes, please share this article with the partner as FYI what is happening and ask them to double check their email inbox (all emails associated with the channel or CMS) from the last couple of months. They should have received an email with PDF explaining the changes.

If the partner cannot find the mentioned email, please escalate to **Enterprise Vendor SMEs**. POMs can follow the process below.

vSME / POM process:

- Go to go/whittle-escalations
- Fill the bug with partner's internal and external ID and name in the title and bug text
- Add explanation for this escalation
- Once the bug is fixed, reply to the agent as follows: " I am attaching the PDF that you can download and re-send to the partner with TOS (terms of Service). They will need to read it and accept terms of service. It may then take up to 10 business days for the content to be unblocked. Please do not click any links in the PDF yourself. Please delete the PDF once the email is sent and the case is closed."
- Please delete the PDF once the email is sent and the case is closed.
- If the BTO 2 flag is enabled but the CO is not on the Whittle impact list, please consult to Enterprise SMEs.

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

CID Partner Reclassification Audit Q1 2020 [INTERNAL]

What is happening?

T&S is instituting a regular process to reclassify Content ID Partners based on activity. Inactive partners may lose access to certain features. We are shuffling partners around in different CID modes:

| Mode | Description | How to qualify |
|---|---|---|
| Frozen | | |
| Standard (Safe) | | |
| Automatic | | |
| Custom | | |



Timeline

March 3, 2020 (Wave 1): unmanaged non-music partners

March TBD, 2020 (Wave 2): unmanaged music partners

March TBD, 2020 (Wave 2): managed partners

Impacted Partners (go/cid-reclassify-impact)

Unmanaged Non-Music COs (Wave 1)

Unmanaged Music COs (Wave 2)

Managed COs (Wave 3)

Workflow

If your partner contacts you after March 3d claiming that they suddenly:

- lost ability to create references
- "Enable Content ID" / "Turn on Content ID" got missing on all videos/channels
- delivery page returns errors when partners try to deliver new references/enable CID
- add ownership to other partner's assets
- all their claims are made as potential

then, as the first step, check if they are on one of the impact lists. If yes then follow the steps below:

- use CRs in the section below to explain what happened
- if partner would like to have the functions reenabled, get the justification why do they need this function
- file direct request at go/cid-custom choosing "No - I'm requesting a RE-ENABLEMENT of disabled features." (screenshot). No need to consult to vSMEs or SMEs!
- choose appropriate features that you appeal for the partner
- wait for the email from Enterprise Abuse team with the decision if we can re-enable the feature for the partner (3 business days)

If the partner is not on any of the impact lists, please consult to Enterprise following standard consult paths.

External Reactive CRs for unmanaged partners

* You can also use these CRs below for managed partners if they write into support, but ideally they really should be going through their partner management team.

EXTERNAL EMAIL FOR FROZEN MODE (CAN'T CREATE CID NEW REFERENCES) - YPCM CIDS

Your ability to deliver or activate new Content ID references has been suspended due to inactivity.

Note that all of your existing references and claims are still active. You can also still file copyright takedown requests at any time when you believe your copyrighted content is being used without authorization.

If you believe you can demonstrate the need to deliver or activate new references, let us know. Simply reply to this email, and explain why you believe you should have Content ID Reference Creation turned back on.

EXTERNAL EMAIL FOR SAFE MODE (CID CLAIMS ARE ROUTE TO REVIEW / MANUAL REVIEW) - YPCM CIDD

We've sent all new automatic claims for manual review due to low activity. You'll have 30 days to review and confirm or release claims before they expire.

Note that all of your existing claims are still active. You can also still file copyright takedown requests at any time when you believe that your copyrighted content is being used without authorization.

If you believe you can demonstrate the need for automatic claiming, reply to this email and explain why you believe you should regain access to this feature.

Externally safe FAQ

Why did I lose the ability to create new references?

Your ability to deliver or activate new Content ID references has been suspended due to inactivity. All of your existing references and claims are still active, and you can still submit copyright takedown requests at any time if you believe that your copyrighted content is being used without authorization. If you believe you can demonstrate the need to deliver or activate new references, please reach out to support and explain why you believe you should regain access to this feature.

How can I recover my reference creation capability?

Please reach out to support and explain why you believe you should regain access to this feature.

How can I obtain automatic claiming again?

Please reach out to support and explain why you believe you should regain access to this feature.

What other tools can I use to manage my rights?

The copyright webform is available to anyone who has a YouTube account. If you believe you have demonstrated an ongoing need to remove content from YouTube, you might qualify for the Content Verification Program. Please apply here. If you are in YPP, you can use Copyright Match Tool.

Additional FTE restricted resources

- Commdoc (go/cid-reclassify)
- Deck

Removing Sensitive Features from unmanaged partners Q1 2020 [INTERNAL]

What is happening?

Content ID/CMS sensitive feature access requires that a partner be managed (LP or T1, with partner managers assigned), with very limited exceptions. The following features are considered sensitive: **Manual Claiming, Live CID, Short Match, UGC as reference, A from AV, Channel rollup.**

T&S will be auditing and revoking all sensitive feature access for all **non-music T2 Unmanaged partners**. This should ideally be a one-time audit since there is already a downgrade process in place for any future LP->T2 or T1->T2 partner management moves.

If partner loses Manual Claim tool, the capabilities_CLAIM_CREATE_TAKEDOWN box in admin_content_owner will be checked, allowing these partners to only create takedowns going forward through the Content ID Frontend, rather than claims, with any manual search actions they take.

Timeline

March 4, 2020 and onwards: T&S to revoke sensitive feature access for those that don't qualify for an exception.

Impacted Partners

Impacted partners list

Workflow

If your partner contacts you after March 4th claiming that they suddenly lost access to Manual Claiming/ Live CID/ Short Match/ UGC as reference/ A from AV/ Channel rollup:

- Check if the partner is **unmanaged T2**.
  - If they are managed LP/T1 please refer to the POM or SPM.
  - If they are unmanaged T1 please consult using standard consult paths.
- Check if partner's CO is listed in the appropriate tab in the impact list.

If both points are checked, then follow the steps below:

- Use CRs in the section below to explain what happened.
- Push back if the partner replies back asking for re-enablement; we are not able to grant access to those features to certain partners.

External CRs

[Manual Claiming] First response after partner emails support asking why they lost manual claiming

Hotkey: YTMC DEC

Hello (partner),

At YouTube, we're continuously checking how to best meet the copyright needs of our rights management partners while ensuring a fair ecosystem for everyone. Some features, like Manual Claiming, are only offered to

select partners based on a demonstration of profound need. After reviewing your account, we found that you don't demonstrate sufficient need for Manual Claiming. You no longer have access to this feature.

You can still submit copyright takedowns through the Manual Claiming tool to protect your copyrighted content.

Sincerely,

The YouTube Support Team

[Manual Claiming] Subsequent responses after partner emails support (pushback -- we are not granting manual claiming to these unmanaged partners)

Hotkey: YTMC DECPB

Hello (partner),

After reviewing your account, we found that you don't demonstrate sufficient need for Manual Claiming and you no longer have access to this feature. For managing numerous copyrighted pieces of content, you can use this form to see which copyright management tools are the most useful to you. We will evaluate your request accordingly.

Sincerely,

The YouTube Support Team

[Channel Roll up] After partner emails support asking why they lost channel roll up

Hotkey: TBD

At YouTube, we are continuously assessing how to best meet the channel management needs of our partners while ensuring a fair ecosystem for everyone. Some sensitive features, like channel roll up, are only offered to partners with dedicated partner managers due to the need for ongoing support and because of the risk of misuse or abuse of the features. After reviewing your account, we have found that your account is no longer eligible for channel roll up, and we have disabled your ability to roll up monetizing channels to your CMS.

You are still eligible to link non-monetizing channels to your CMS. If the channel linking ability has been disabled on your account, please contact YouTube Support.

Sincerely,

The YouTube Support Team

[Short Match, A from AV, and/or Live CID] After partner emails support asking why they lost any other sensitive feature.

Hotkey: TBD

At YouTube, we are continuously assessing how to best meet the copyright management needs of our partners while ensuring a fair ecosystem for everyone. Some sensitive features, such as [Short Match, A from AV, and/or Live CID], are only offered to select partners that have dedicated partner managers due to the need for ongoing support and because of the risk of misuse or abuse of the features. After reviewing your account, we have found that your account is no longer eligible for access to these features and have disabled your access.

All of your existing Content ID reference and standard match claiming functionality remains active and you can still submit copyright takedown requests at any time if you believe that your copyrighted content is being used without authorization.

Sincerely,

The YouTube Support Team

Externally safe FAQ

Why did I lose access to Manual Claiming?

At YouTube, we are continuously assessing how to best meet the copyright needs of our rights management partners while ensuring a fair ecosystem for everyone. Some features, like Manual Claiming, are only offered to select partners based on a demonstration of profound need. After reviewing your account, we have found that you did not demonstrate sufficient need for Manual Claiming and have disabled your access to this feature.

We do, however, want to reassure you that you still have the ability to submit copyright takedowns through the Manual Claiming tool to protect your copyrighted content.

**Why did I lose access to (any other sensitive feature)?**

At YouTube, we are continuously assessing how to best meet the copyright needs of our rights management partners while ensuring a fair ecosystem for everyone. Some features are only offered to select partners based on a demonstration of profound need. After reviewing your account, we have found that you did not demonstrate sufficient need for (add SENSITIVE FEATURE name here) and have disabled your access to this feature.

Additional FTE restricted resources

- Commdoc (go/t2-cleanup)

## How can I tell if a partner/creator has access to Content ID? [INTERNAL]

If a partner/creator reaches out to us asking about their Content ID tool, as a best practice - make sure you confirm if they have access to the tool.

You can do this by checking if those flags in the CO in Admin are enabled (go/contentowner).

Helpful tip: Use Command+F (Mac) or Control+F(Windows) to search for those flags:

- FLAG_VIDEO_FINGERPRINTING
- FLAG_GOOGLE_VIDEO_FP_ENABLED

## Resources [INTERNAL]

- [INTERNAL] One form commdoc
- [EXTERNAL] Help Center article
- [EXTERNAL] Application form

Give feedback about this article