UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING LTD., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>Defendants. | CASE NO.: 3:20-cv-04423-JD<br><br>**[PROPOSED]**<br>**ORDER GRANTING DEFENDANTS'**<br>**SEALING REQUESTS** |
| YOUTUBE, LLC and GOOGLE LLC,<br><br>Counterclaimants,<br><br>v.<br><br>PIRATE MONITOR LTD, PIRATE MONITOR LLC, and GÁBOR CSUPÓ,<br><br>Counterclaim Defendants. | |

Pursuant to Civil Local Rules 7-11 and 79-5, and after consideration of the Joint Sealing Submission by Plaintiffs Maria Schneider, Uniglobe Entertainment, LLC, and AST Publishing LTD. ("Plaintiffs") and Defendants-Counterclaimants YouTube, LLC and Google LLC ("YouTube"); the Declaration of Catherine R. Hartman in Support of YouTube's Sealing Requests; the Declaration of Chenyuan Zhu in Support of YouTube's Sealing Requests; the Declaration of Amy Wu in Support of YouTube's Sealing Requests; the Declaration of Arpan Agrawal in Support of YouTube's Sealing Requests; and the previously filed Declarations of Joanne Suk (ECF No. 194-2) and Waleed Diab (ECF No. 194-5); pursuant to Local Rule 79-5(c), the Court rules that good cause exists to seal portions of the following documents related to the parties' class certification briefing:

| Portions Sought to be Sealed | Basis for Sealing | GRANTED /DENIED |
|---|---|---|
| **Exhibit 1 to the Hartman Declaration, originally filed at ECF Nos. 189-2 & 190-8: Excerpts of the June 21, 2022 30(b)(6) deposition of Kevin Zhu** <br><br> Ex. 2 to the Declaration of Demetri Blaisdell in Support of Plaintiffs' Motion for Class Certification <br> & <br> Ex. 2 to Plaintiffs' Administrative Motion to File Under Seal | | |
| 20:8-20; 21:1-19; 23:12-18; 26:14-27:24 | Good cause exists to seal confidential operational policies and guidelines about YouTube's copyright management tools, including details about YouTube's repeat infringer policies and mechanisms to counter abuse that, if disclosed, would allow third parties to circumvent these tools. <br><br> *See* Declaration of Chenyuan Zhu in Support of YouTube's Sealing Requests ("Zhu Decl."). | |
| **Exhibit 2 to the Hartman Declaration, originally filed at ECF Nos. 189-4 & 190-10: Excerpts of the June 29, 2022 deposition of Chris Ting** <br><br> Ex. 4 to the Declaration of Demetri Blaisdell in Support of Plaintiffs' Motion for Class Certification <br> & <br> Ex. 4 to Plaintiffs' Administrative Motion to File Under Seal | | |

| | | |
|---|---|---|
| 107:11-12; 107:14-17; 107:25-108:3 | Good cause exists to seal confidential operational policies and guidelines about YouTube's copyright management tools, including details about YouTube's repeat infringer policies and mechanisms to counter abuse that, if disclosed, would allow third parties to circumvent these tools.<br><br>*See* Zhu Decl. | |
| **Exhibit 3 to the Hartman Declaration, originally filed at ECF Nos. 189-7 & 190-13: Excerpts of the July 1, 2022 deposition of Arpan Agrawal**<br><br>Ex. 7 to the Declaration of Demetri Blaisdell in Support of Plaintiffs' Motion for Class Certification<br>&<br>Ex. 7 to Plaintiffs' Administrative Motion to File Under Seal | | |
| 15:9-12; 15:20-21; 16:11-15 | Good cause exists to seal YouTube's confidential financial information, including its revenues, costs, and profit that, if disclosed, would cause competitive harm by damaging YouTube's standing with its existing advertising partners and content creators and prejudicing its ability to negotiate future license agreements.<br><br>*See* Declaration of Arpan Agrawal in Support of YouTube's Sealing Requests ("Agrawal Decl.") | |
| **Exhibit 4 to the Hartman Declaration, originally filed at ECF Nos. 189-12 & 190-18: Expert Report of Hal J. Singer, Ph.D., dated September 1, 2022**<br><br>Ex. 12 to the Declaration of Demetri Blaisdell in Support of Plaintiffs' Motion for Class Certification<br>&<br>Ex. 12 to Plaintiffs' Administrative Motion to File Under Seal | | |
| Portions of pages 18-19 | Good cause exists to seal YouTube's confidential financial information, including its revenues, costs, and profit that, if disclosed, would cause competitive harm by damaging YouTube's standing with its existing advertising partners and content creators and prejudicing its ability to negotiate future license agreements.<br><br>*See* Agrawal Decl. | |
| **Exhibit 5 to the Hartman Declaration, originally filed at ECF Nos. 189-15 & 190-21: Expert Report of Joseph M. Winograd, Ph.D., dated September 1, 2022**<br><br>Ex. 15 to the Declaration of Demetri Blaisdell in Support of Plaintiffs' Motion for Class | | |

| | |
|---|---|
| Certification &<br>Ex. 15 to Plaintiffs' Administrative Motion to File Under Seal | |
| Portions of pages 3, 53, 57, and 59 | Good cause exists to seal YouTube's confidential product design information, internal analyses and user experiments, and other related business logic and strategies about Content ID, YouTube search, and other YouTube functions that, if disclosed, may result in competitive harm and invite abuse from malicious actors to circumvent YouTube's systems.<br><br>*See* Declaration of Amy Wu in Support of YouTube's Sealing Requests ("Wu Decl."). |
| Portions of pages 11 and 68 | Good cause exists to seal YouTube's confidential product design information, internal analyses and user experiments, and other related business logic and strategies about Content ID, YouTube search, and other YouTube functions that, if disclosed, may result in competitive harm and invite abuse from malicious actors to circumvent YouTube's systems.<br><br>*See* Zhu Decl. |
| Portions of pages 18, 21, 39, 43, 69, and 83 | Good cause exists to seal confidential operational policies and guidelines about YouTube's copyright management tools, including details about YouTube's repeat infringer policies and mechanisms to counter abuse that, if disclosed, would allow third parties to circumvent these tools.<br><br>*See* Zhu Decl. |
| Portions of pages 20, 38, 40, and 83-84 | Good cause exists to seal YouTube's confidential product design information, internal analyses and user experiments, and other related business logic and strategies about Content ID, YouTube search, and other YouTube functions that, if disclosed, may result in competitive harm and invite abuse from malicious actors to circumvent YouTube's systems.<br><br>*See* Zhu Decl. |
| Portions of pages 26-27 | Good cause exists to seal YouTube's confidential, highly sensitive technical engineering information that, if disclosed, would bring competitive harm to YouTube and allow potential competitors an unfair advantage. |

| | | |
|---|---|---|
| | *See* Wu Decl. | |
| Portions of pages 30 and 85 | Good cause exists to seal YouTube's confidential, highly sensitive technical engineering information that, if disclosed, would bring competitive harm to YouTube and allow potential competitors an unfair advantage. *See* Wu Decl. | |
| Portions of page 50 | Good cause exists to seal confidential operational policies and guidelines about YouTube's copyright management tools, including details about YouTube's repeat infringer policies and mechanisms to counter abuse that, if disclosed, would allow third parties to circumvent these tools. *See* Zhu Decl. | |
| Portions of pages 61-67 and 69 | Good cause exists to seal YouTube's confidential, highly sensitive technical engineering information that, if disclosed, would bring competitive harm to YouTube and allow potential competitors an unfair advantage. *See* Wu Decl. | |
| **Exhibit 6 to the Hartman Declaration, originally filed at ECF Nos. 189-17 & 190-24: Excerpts of Defendants' Amended Responses and Objections to Schneider Interrogatory No. 4, dated June 17, 2022** <br><br> Ex. 18 to the Declaration of Demetri Blaisdell in Support of Plaintiffs' Motion for Class Certification <br> & <br> Ex. 18 to Plaintiffs' Administrative Motion to File Under Seal | | |
| 6:20-24; 9:4-5 | Good cause exists to seal confidential operational policies and guidelines about YouTube's copyright management tools, including details about YouTube's repeat infringer policies and mechanisms to counter abuse that, if disclosed, would allow third parties to circumvent these tools. *See* Zhu Decl. | |
| **Exhibit 7 to the Hartman Declaration, originally filed at ECF Nos. 189-23 & 190-30: YouTube Publishing License Agreement (PLA) dated April 30, 2014, bearing production number GOOG-SCHNDR-00002434** <br><br> Ex. 24 to the Declaration of Demetri Blaisdell in Support of Plaintiffs' Motion for Class | | |

| | | |
|---|---|---|
| Certification & Ex. 24 to Plaintiffs' Administrative Motion to File Under Seal | | |
| Portions of pages - 447 to -448, and -451 to -452 | Good cause exists to seal confidential, specific pricing terms in YouTube's business contracts that, if disclosed, would cause competitive harm by damaging YouTube's standing with its existing licensors, prejudicing its ability to negotiate future license agreements, and allowing YouTube competitors to benefit from the knowledge of YouTube's negotiation of these royalties to price their own products.<br><br>*See* Declaration of Joanne Suk, ECF No. 194-2. | |
| **Exhibit 8 to the Hartman Declaration, originally filed at ECF Nos. 189-25 & 190-32: Internal YouTube presentation entitled "Watch Next Overview," bearing production number GOOG-SCHNDR-00040865**<br><br>Ex. 26 to the Declaration of Demetri Blaisdell in Support of Plaintiffs' Motion for Class Certification & Ex. 26 to Plaintiffs' Administrative Motion to File Under Seal | | |
| Portions of pages - 878, -885 to -888, -914 to -915, -918 to -919, -929, -933, and -939 to -941 | Good cause exists to seal YouTube's confidential product design information, internal analyses and user experiments, and other related business logic and strategies about Content ID, YouTube search, and other YouTube functions, as well as YouTube's highly sensitive, technical engineering information. That information, if disclosed, may result in competitive harm and invite abuse from malicious actors to circumvent YouTube's systems.<br><br>*See* Wu Decl. | |
| Portions of pages - 873, -882, -891 to -894, -896, -904 to -905, -920, and -930 | Good cause exists to seal YouTube's confidential product design information, internal analyses and user experiments, and other related business logic and strategies about Content ID, YouTube search, and other YouTube functions that, if disclosed, may result in competitive harm and invite abuse from malicious actors to circumvent YouTube's systems.<br><br>*See* Wu Decl. | |
| **Exhibit 9 to the Hartman Declaration, originally filed at ECF Nos. 189-27 & 190-35: Internal YouTube document, bearing production number GOOG-SCHNDR-00041383** | | |

| | | | |
|---|---|---|---|
| 1<br>2<br>3 | Ex. 29 to the Declaration of Demetri Blaisdell in Support of Plaintiffs' Motion for Class Certification<br>&<br>Ex. 29 to Plaintiffs' Administrative Motion to File Under Seal | | |
| 4<br>5<br>6<br>7<br>8 | Portions of pages -383 to -385, and -387 | Good cause exists to seal confidential operational policies and guidelines about YouTube's copyright management tools, including details about YouTube's repeat infringer policies and mechanisms to counter abuse that, if disclosed, would allow third parties to circumvent these tools.<br><br>*See* Zhu Decl. | |
| 9<br>10<br>11<br>12<br>13 | **Exhibit 10 to the Hartman Declaration, originally filed at ECF Nos. 189-28 & 190-36: Internal YouTube presentation entitled "Watch Next Eng Review," bearing production number GOOG-SCHNDR-00052174**<br><br>Ex. 30 to the Declaration of Demetri Blaisdell in Support of Plaintiffs' Motion for Class Certification<br>&<br>Ex. 30 to Plaintiffs' Administrative Motion to File Under Seal | | |
| 14<br>15<br>16<br>17<br>18<br>19 | Portions of pages -188, -193 to -194, -198, -200, -202, -206 to -208, -211, -215 to -216, -219 to -223, -226 to -230, -232 to -236, -248, and -250 to -252 | Good cause exists to seal YouTube's confidential product design information, internal analyses and user experiments, and other related business logic and strategies about Content ID, YouTube search, and other YouTube functions, as well as YouTube's highly sensitive, technical engineering information. That information, if disclosed, may result in competitive harm and invite abuse from malicious actors to circumvent YouTube's systems.<br><br>*See* Wu Decl. | |
| 20<br>21<br>22<br>23<br>24<br>25 | Portions of pages -185 to -187, -191, -204, -224, -240 to -241, -244, -247, and -258 | Good cause exists to seal YouTube's confidential product design information, internal analyses and user experiments, and other related business logic and strategies about Content ID, YouTube search, and other YouTube functions that, if disclosed, may result in competitive harm and invite abuse from malicious actors to circumvent YouTube's systems.<br><br>*See* Wu Decl. | |
| 26<br>27<br>28 | **Exhibit 11 to the Hartman Declaration, originally filed at ECF Nos. 189-29 & 190-38: Internal YouTube document, bearing production number GOOG-SCHNDR-00000918**<br><br>Ex. 32 to the Declaration of Demetri Blaisdell in Support of Plaintiffs' Motion for Class Certification | | |

| | |
|---|---|
| & Ex. 32 to Plaintiffs' Administrative Motion to File Under Seal | |
| Portions of pages - 918 to -920, and -922 to -923 | Good cause exists to seal confidential operational policies and guidelines about YouTube's copyright management tools, including details about YouTube's repeat infringer policies and mechanisms to counter abuse that, if disclosed, would allow third parties to circumvent these tools.<br><br>*See* Zhu Decl. |
| **Exhibit 12 to the Hartman Declaration, originally filed at ECF Nos. 189-34 & 190-44: Internal YouTube presentation entitled "Autoplay DeepDive," bearing production number GOOG-SCHNDR-00051950**<br><br>Ex. 38 to the Declaration of Demetri Blaisdell in Support of Plaintiffs' Motion for Class Certification<br>&<br>Ex. 38 to Plaintiffs' Administrative Motion to File Under Seal | |
| Portions of pages - 953, -957 to -963, -966 to -967, -969 to -970, and -973 | Good cause exists to seal YouTube's confidential product design information, internal analyses and user experiments, and other related business logic and strategies about Content ID, YouTube search, and other YouTube functions, as well as YouTube's highly sensitive, technical engineering information. That information, if disclosed, may result in competitive harm and invite abuse from malicious actors to circumvent YouTube's systems.<br><br>*See* Wu Decl. |
| Portions of pages - 952, -954 to -955, -964 to -965, and -972 | Good cause exists to seal YouTube's confidential product design information, internal analyses and user experiments, and other related business logic and strategies about Content ID, YouTube search, and other YouTube functions that, if disclosed, may result in competitive harm and invite abuse from malicious actors to circumvent YouTube's systems.<br><br>*See* Wu Decl. |
| **Exhibit 13 to the Hartman Declaration, originally filed at ECF Nos. 189-35 & 190-45: Internal YouTube webpage entitled "Life of a YouTube upload" from YouTube Developer's Handbook, bearing production number GOOG-SCHNDR-00034775**<br><br>Ex. 39 to the Declaration of Demetri Blaisdell in Support of Plaintiffs' Motion for Class Certification<br>& | |

| | |
|---|---|
| Ex. 39 to Plaintiffs' Administrative Motion to File Under Seal | |
| Portions of pages - 776 to -797 | Good cause exists to seal YouTube's confidential, highly sensitive technical engineering information that, if disclosed, would bring competitive harm to YouTube and allow potential competitors an unfair advantage.<br><br>See Wu Decl. |
| **Exhibit 14 to the Hartman Declaration, originally filed at ECF Nos. 189-39 & 190-56: YouTube Sound Recording And Audiovisual Content License, bearing production number GOOG-SCHNDR-00020258**<br><br>Ex. 50 to the Declaration of Demetri Blaisdell in Support of Plaintiffs' Motion for Class Certification<br>&<br>Ex. 50 to Plaintiffs' Administrative Motion to File Under Seal | |
| Portions of pages - 279 to -281, -285 to -287, and -289 to -291 | Good cause exists to seal confidential, specific pricing terms in YouTube's business contracts that, if disclosed, would cause competitive harm by damaging YouTube's standing with its existing licensors, prejudicing its ability to negotiate future license agreements, and allowing YouTube competitors to benefit from the knowledge of YouTube's negotiation of these royalties to price their own products.<br><br>See Declaration of Waleed Diab, ECF No. 194-5. |
| **Exhibit 15 to the Hartman Declaration, originally filed at ECF Nos. 189-41 & 190-60: Internal YouTube webpage entitled "Life of a video recommendation" from YouTube Developer's Handbook, bearing production number GOOG-SCHNDR-00052429**<br><br>Ex. 54 to the Declaration of Demetri Blaisdell in Support of Plaintiffs' Motion for Class Certification<br>&<br>Ex. 54 to Plaintiffs' Administrative Motion to File Under Seal | |
| Portions of pages - 430 to -438 | Good cause exists to seal YouTube's confidential, highly sensitive technical engineering information that, if disclosed, would bring competitive harm to YouTube and allow potential competitors an unfair advantage.<br><br>See Wu Decl. |
| **Exhibit 16 to the Hartman Declaration, originally filed at ECF Nos. 189-42 & 190: Plaintiffs' Motion for Class Certification** | |

| | | | |
|---|---|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | 13:4-5 | Good cause exists to seal YouTube's confidential product design information, internal analyses and user experiments, and other related business logic and strategies about Content ID, YouTube search, and other YouTube functions that, if disclosed, may result in competitive harm and invite abuse from malicious actors to circumvent YouTube's systems.<br><br>See Wu Decl. | |
| 7<br>8<br>9<br>10<br>11 | 15:25-16:1; 16:3-5 | Good cause exists to seal confidential operational policies and guidelines about YouTube's copyright management tools, including details about YouTube's repeat infringer policies and mechanisms to counter abuse that, if disclosed, would allow third parties to circumvent these tools.<br><br>See Zhu Decl. | |

**Exhibit 17 to the Hartman Declaration, originally filed at ECF Nos. 202-8 & 203-25: Expert Report of Hal J. Singer, Ph.D., dated November 17, 2022**

Ex. 82 to the Reply Declaration of Demetri Blaisdell in Support of Plaintiffs' Motion for Class Certification
&
Ex. 82 to Plaintiffs' Administrative Motion to File Under Seal

| | | | |
|---|---|---|---|
| 16<br>17<br>18<br>19<br>20<br>21 | Portions of pages 11, 54, and 56-57 | Good cause exists to seal YouTube's confidential product design information, internal analyses and user experiments, and other related business logic and strategies about Content ID, YouTube search, and other YouTube functions that, if disclosed, may result in competitive harm and invite abuse from malicious actors to circumvent YouTube's systems.<br><br>See Zhu Decl. | |
| 22<br>23<br>24<br>25<br>26 | Portions of pages 20-21 | Good cause exists to seal YouTube's confidential financial information, including its revenues, costs, and profit that, if disclosed, would cause competitive harm by damaging YouTube's standing with its existing advertising partners and content creators and prejudicing its ability to negotiate future license agreements.<br><br>See Agrawal Decl. | |

**Exhibit 18 to the Hartman Declaration, originally filed at ECF Nos. 202-9 & 203-29: Internal YouTube document entitled "Access to Content ID and sensitive features," bearing production number GOOG-SCHNDR-00001112**

| Ex. 86 to the Reply Declaration of Demetri Blaisdell in Support of Plaintiffs' Motion for Class Certification<br>&<br>Ex. 86 to Plaintiffs' Administrative Motion to File Under Seal | | |
|---|---|---|
| Portions of page -113 | Good cause exists to seal confidential operational policies and guidelines about YouTube's copyright management tools, including details about YouTube's repeat infringer policies and mechanisms to counter abuse that, if disclosed, would allow third parties to circumvent these tools.<br><br>*See* Zhu Decl. | |

**IT IS SO ORDERED.**

Dated: _____

_____
HONORABLE JAMES DONATO
UNITED STATES DISTRICT JUDGE