UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date:  December 15, 2022                                        Judge:  Hon. James Donato

Time:  31 Minutes

Case No.        **3:20-cv-04423-JD**
Case Name       **Schneider et al v. YouTube, LLC et al**

Attorney(s) for Plaintiff(s):       Philip Korologos/George Zelcs/Joshua Schiller
Attorney(s) for Defendant(s):       David Kramer/Lauren Gallo White

Court Reporter:  Ana Dub

Deputy Clerk:  Lisa Clark

<u>PROCEEDINGS</u>

Hearing re motion for class certification -- Held.

<u>NOTES AND ORDERS</u>

The motion for class certification, Dkt. No. 190, is terminated without prejudice.  Plaintiffs may
file a revised motion for class certification by February 13, 2023.  Defendants may file an
opposition by March 6, 2023, and plaintiffs may file a reply by March 13, 2023.  The Court will
set a hearing on the revised motion if warranted.

The parties are directed to file by December 22, 2022, a joint proposal for a trial date for June
2023.

For Dkt. Nos. 199, 210, YouTube is ordered to produce the Content ID statistics in numerator
and denominator form.  YouTube may designate the numerator and denominator information as
confidential and request that it be filed under seal.  The request for YouTube to produce data
beyond what is accessible or retained in the ordinary course of its business is denied.  After
reviewing the letters, including Dkt. No. 156, the request for additional CLFN metadata is
denied.  For the takedown notice data, YouTube is directed to produce the complaint origin and
country of origin data fields, and the field identifying the type of copyrighted work that was
infringed.  The requests for additional takedown notice data are denied.

Plaintiffs may file a final discovery dispute letter on whether a privilege has been waived, as
discussed at the hearing.

1

Plaintiffs are directed to file by December 19, 2022, a 3-page letter brief stating why redactions to the privilege log are justifiable.  Defendants may not respond to the letter unless requested by the Court.