| | |
|---|---|
| George A. Zelcs (*pro hac vice*) <br>   gzelcs@koreintillery.com <br> Randall P. Ewing, Jr. (*pro hac vice*) <br>   rewing@koreintillery.com <br> Ryan Z. Cortazar (*pro hac vice*) <br>   rcortazar@koreintillery.com <br> KOREIN TILLERY, LLC <br> 205 North Michigan, Suite 1950 <br> Chicago, IL  60601 <br> Telephone: (312) 641-9750 <br> Facsimile: (312) 641-9751 <br><br> Stephen M. Tillery (*pro hac vice*) <br>   stillery@koreintillery.com <br> Steven M. Berezney, CA Bar #329923 <br>   sberezney@koreintillery.com <br> Carol O'Keefe (*pro hac vice*) <br>   cokeefe@koreintillery.com <br> KOREIN TILLERY, LLC <br> 505 North 7th Street, Suite 3600 <br> St. Louis, MO  63101 <br> Telephone: (314) 241-4844 <br> Facsimile: (314) 241-3525 | Joshua Irwin Schiller, CA Bar #330653 <br>   jischiller@bsfllp.com <br> BOIES SCHILLER FLEXNER LLP <br> 44 Montgomery St., 41st Floor <br> San Francisco, CA  94104 <br> Telephone: (415) 293-6800 <br> Facsimile: (415) 293-6899 <br><br> Philip C. Korologos (*pro hac vice*) <br>   pkorologos@bsfllp.com <br> Joanna Wright (*pro hac vice*) <br>   jwright@bsfllp.com <br> Demetri Blaisdell (*pro hac vice*) <br>   dblaisdell@bsfllp.com <br> BOIES SCHILLER FLEXNER LLP <br> 55 Hudson Yards, 20th Floor <br> New York, NY 10001 <br> Telephone: (212) 446-2300 <br> Facsimile: (212) 446-2350 |

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING, LTD., individually and on behalf of all others similarly situated <br><br> Plaintiff, <br><br> vs. <br><br> YOUTUBE, LLC; and GOOGLE LLC; <br><br> Defendants. <br><br> YOUTUBE, LLC and GOOGLE LLC; <br><br> Counter-Plaintiffs, <br><br> v. <br><br> PIRATE MONITOR LTD, <br><br> Counter-Defendants. | CASE NO.  3:20-cv-4423-JD <br><br> **PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** <br><br> Judge: Hon. James Donato |

Pursuant to Civil Local Rules 7-11 and 79-5(f), and this Court's Standing Order for Civil Cases before Honorable Judge James Donato ¶¶ 25-31, Plaintiffs respectfully submit this administrative motion to consider whether certain of Defendants' materials excerpted in Plaintiffs' Motion to Compel should be filed under seal. Plaintiffs do not seek to file any of their own materials under seal.

Pursuant to the Stipulated Protective Order entered in this case (ECF No. 45), Defendants designated as "Highly Confidential - Attorney's Eyes Only" the portions of the transcript of the 30(b)(6) deposition of Kevin Zhu that is excerpted in Plaintiffs' Motion to Compel. Plaintiffs have redacted portions of their Motion to Compel that quote from the testimony pursuant to Civil Local Rules 79-5(e) and (f). Attached as Exhibit A to the Motion to Compel is an excerpt of the transcript of the 30(b)(6) deposition of Kevin Zhu. Plaintiffs have redacted portions of Exhibit A designated as "Confidential" or "Highly Confidential - Attorney's Eyes Only" by Defendants pursuant to Civil Local Rules 79-5(e) and (f). Plaintiffs will file a redacted version of the Motion to Compel and Exhibit A thereto.

For the foregoing reasons, Plaintiffs respectfully request that the Court grant their Administrative Motion to Consider Whether Another Party's Material Should Be Sealed.

Dated: December 16, 2022                    Respectfully submitted,

                                            /s/ *Philip C. Korologos*

                                            Philip C. Korologos (pro hac vice)
                                            Joanna Wright (pro hac vice)
                                            Demetri Blaisdell (pro hac vice)
                                            BOIES SCHILLER FLEXNER LLP
                                            55 Hudson Yards, 20th Floor
                                            New York, NY 10001
                                            Phone: (212) 446-2300
                                            Fax: (212) 446-2350

                                            Joshua Irwin Schiller, CA Bar #330653
                                            BOIES SCHILLER FLEXNER LLP
                                            44 Montgomery St., 41st Floor
                                            San Francisco, CA 94104
                                            Phone: (415) 293-6800
                                            Fax: (415) 293-6899

| | |
|---|---|
| 1 | George A. Zelcs (pro hac vice) |
| 2 | Randall P. Ewing, Jr. (pro hac vice) |
|   | Ryan Z. Cortazar (pro hac vice) |
| 3 | KOREIN TILLERY, LLC |
|   | 205 North Michigan, Suite 1950 |
| 4 | Chicago, IL 60601 |
|   | Telephone: (312) 641-9750 |
| 5 | Facsimile: (312) 641-9751 |

Stephen M. Tillery (pro hac vice)
Steven M. Berezney, CA Bar #329923
Carol O'Keefe (pro hac vice)
KOREIN TILLERY, LLC
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

*Attorneys for Plaintiffs*