# EXHIBIT A

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

---oOo---

MARIA SCHNEIDER, UNIGLOBE
ENTERTAINMENT, LLC, and
AST PUBLISHING LTD.,
individually and on behalf
of all others similarly
situated;

        Plaintiffs,
vs.                      Case No. 3:20-cv-04423-JD

YOUTUBE, LLC; and GOOGLE
LLC;

        Defendants.
_____/


THIS TRANSCRIPT CONTAINS

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY TESTIMONY

30(b)(6) REMOTE VIDEOTAPED DEPOSITION OF KEVIN ZHU

PALO ALTO, CALIFORNIA

TUESDAY, JUNE 21, 2022


STENOGRAPHICALLY REPORTED BY:

ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR

CSR LICENSE NO. 9830

JOB NO. 842689



```
                                                    Page 2
 1            UNITED STATES DISTRICT COURT
 2           NORTHERN DISTRICT OF CALIFORNIA
 3                     ---oOo---
 4
 5   MARIA SCHNEIDER, UNIGLOBE
     ENTERTAINMENT, LLC, and
 6   AST PUBLISHING LTD.,
     individually and on behalf
 7   of all others similarly
     situated;
 8
            Plaintiffs,
 9   vs.                Case No. 3:20-cv-04423-JD
10   YOUTUBE, LLC; and GOOGLE
     LLC;
11
            Defendants.
12   _____/
13
14
15       30(b)(6) Remote Videotaped Deposition of
16   Kevin Zhu, taken on behalf of the Plaintiffs, on
17   Tuesday, June 21, 2022, beginning 9:03 a m., and
18   ending at 12:12 p m., Pursuant to Notice, and
19   before me, ANDREA M. IGNACIO, CSR, RPR, CRR, CLR ~
20   No. 9830.
21
22
23
24
25
```

```
                                                    Page 4
 1   R E M O T E   A P P E A R A N C E S:  (Cont.)
 2
 3
 4   COUNSEL FOR THE DEFENDANTS:
 5       WILSON SONSINI GOODRICH & ROSATI
 6       BY:  BRIAN M. WILLEN, Esq.
 7            QIFAN HUANG, Esq.
 8            BEN HEWITT, Summer Associate
 9       650 Page Mill Road
10       Palo Alto, CA 94304-1050
11       (650) 493-9300
12
13
14   ALSO PRESENT:  Richard Loftus, Videographer
15                  Samuel Reed Dippo, YouTube/Google
16
17                     ---oOo---
18
19
20
21
22
23
24
25
```

```
                                                    Page 3
 1   A P P E A R A N C E S:
 2
 3   COUNSEL FOR PLAINTIFFS:
 4       BOIES SCHILLER FLEXNER LLP
 5       By:  PHILIP C. KOROLOGOS, Esq.
 6            JEFFREY WALDRON, Esq.
 7       55 Hudson Yards, 20th Floor
 8       New York, NY 10001
 9       (212) 446-230
10
11            -- and --
12
13       KOREIN TILLERY, LLC
14       By:  CAROL O'KEEFE, Esq.
15            RYAN CORTAZAR, Esq.
16       205 North Michigan, Suite 1950
17       Chicago, IL 60601
18       Telephone: (312) 641-9750
19
20
21
22
23
24
25
```

```
                                                    Page 5
 1                   I N D E X
 2
 3   WITNESS:  Kevin Zhu, 30(b)(6)
 4
 5   EXAMINATION                         PAGE
 6   By Mr. Korologos                     7
 7
 8
 9             E X H I B I T S
10   EXHIBIT                             PAGE
11   Exhibit 106  How Google Fights Piracy     28
12   Exhibit 107  The difference between copyright    58
13               takedowns and Content ID claims
14   Exhibit 108  4-16-2020 The difference between   59
15               copyright takedowns and Content
16               ID claims
17
18                  ---oOo---
19       HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY
20   (See attached 7-19-22 Letter from Wilson Sonsini)
21
22
23
24
25
```



```
                                                        Page 6
 1                REMOTE ZOOM DEPOSITION
 2                TUESDAY, JUNE 21, 2022
 3                      9:03 A.M.
 4
 5
 6         THE VIDEOGRAPHER:  We are now on the record.
 7     This begins Videotape No. 1 in the deposition
 8  of Kevin Zhu.  In the matter of Maria Schneider
 9  v. YouTube LLC.
10         Today is June 21st, 2022, and the time is
11  9:04 a.m.
12         This deposition is being taken virtually at
13  the request of Boies Schiller & Flexner LLP.
14         The videographer is Richard Loftus of Magna
15  Legal Services, and the court reporter is Andrea
16  Ignacio.
17         Would counsel and all parties present state
18  their appearances and whom they represent.
19         MR. KOROLOGOS:  Good morning.  Phil Korologos
20  and Jeffrey Waldron from Boies, Schiller & Flexner, on
21  behalf of the plaintiffs.
22         MR. WILLEN:  Good morning.  Oh, sorry.  This
23  is Brian Willen, along with Qifan Huang and Ben Hewitt
24  from Wilson Sonsini, on behalf of defendants.
25         MS. O'KEEFE:  Good morning.  Carol O'Keefe
```

```
                                                        Page 7
 1   and Ryan Cortazar of Korein Tillery, on behalf of the
 2   plaintiffs.
 3         MR. REED DIPPO:  Good morning.  Samuel Reed
 4   Dippo, product counsel for YouTube on behalf of Google
 5   LLC.
 6         THE VIDEOGRAPHER:  Will the court reporter
 7   please swear in the witness.
 8
 9                     KEVIN ZHU,
10      having been remotely sworn as a witness
11        by the Certified Shorthand Reporter,
12             testified as follows:
13
14                    EXAMINATION
15   BY MR. KOROLOGOS:
16      Q  Good morning, Mr. Zhu.
17      A  Good morning.
18      Q  We are going to start today with the
19   corporate representative deposition.  And I take it
20   you understand that for at least part of today, you'll
21   be speaking on behalf of YouTube.  And then later on
22   today, we'll ask you some questions in your individual
23   capacity.
24         Do you understand that?
25      A  Yes.
```

```
                                                        Page 8
 1      Q  Okay.  Within YouTube, what is a repeat
 2   infringer?
 3      A  So a repeat infringer is -- a repeat
 4   infringer is someone who has been terminated for --
 5   has a channel terminated for excessive copyright
 6   strikes.
 7         MR. WILLEN:  Sorry.  I just want to -- just
 8   for the record, before we get started, I just want to
 9   note that obviously, we've -- we've objected and
10   provided some -- some limitations on the 30(b)(6)
11   notice.  We did so in objections that were served on
12   June 20th.  So I just want to note for the record that
13   the witness will be appearing consistent with those
14   objections and limitations.
15         But we can go ahead.
16         MR. KOROLOGOS:  Thank you, Brian.  We
17   received those, though we don't view the objections
18   that you put in for the attempt to narrow the topics
19   as a basis to narrow what the witness' testimony can
20   be today for the 30(b)(6) portion.
21         But hopefully, that won't be an issue based
22   on what the questions are.  If it is, I'm sure you
23   will raise your objections appropriately, and we can
24   deal with that in due course.
25         MR. WILLEN:  Yeah, that -- that is the plan.
```

```
                                                        Page 9
 1   So we'll take it one question at a time.
 2         MR. KOROLOGOS:  Q.  Back to you, Mr. Zhu.
 3         How is infringement determined within
 4   YouTube?
 5         MR. WILLEN:  Objection to the form.
 6         MR. KOROLOGOS:  Q.  You can answer.
 7      A  So I guess -- how is infringement determined?
 8   I -- I would say that, you know, YouTube maintains a
 9   system compliant with the DMCA for receiving notices
10   of alleged copyright infringement from copyright
11   holders, and we offer a variety of ways to submit
12   these takedown notices.
13         And if a takedown notice is -- if a takedown
14   notice meets the requirements of the DMCA for removal,
15   then we -- we remove the video, and -- and -- and
16   copyright strike is assessed on the -- on the channel.
17      Q  So unless a notice of copyright infringement
18   from a copyright holder is sent to YouTube, there is
19   no determination of infringement within YouTube?
20         MR. WILLEN:  Objection to the form.
21         THE WITNESS:  So unless a notice of copyright
22   infringement is sent to YouTube that's compliant with
23   the requirements laid out in the DMCA, then, you
24   know -- then we don't -- then there is no, you know,
25   removal of copyright -- of videos for alleged
```





Page 86

[REDACTED lines 1-19]

20   MR. KOROLOGOS:  Q.  Has YouTube considered
21 expanding or otherwise changing its web form takedown
22 process in, say, the past six years?
23   A  Can you re- -- sorry.  Can you repeat the
24 question.  I'm not sure I understood.
25   Q  Sure.  One of the topics that we asked about

Page 87

1 and that you've been presented on is the analysis and
2 the costs and resources of operating and expanding
3 access to the web form takedown.  And we asked it
4 about content ID and copyright match, but you were
5 produced only for web form.
6     And so I want to know whether there has been
7 any consideration of expanding access.  And if so, I'm
8 going to follow up and ask about whether there was any
9 determination of cost of resources for such an
10 expansion.
11   A  The web form --
12   Q  Is that -- do you understand the question?
13   A  Yeah, I --
14     MR. WILLEN:  Objection.
15     THE WITNESS:  -- think I understand.
16     MR. WILLEN:  Go ahead.
17     Yeah, I -- I'm not sure I understand, so I'm
18 objecting to form.
19     But go ahead.
20     THE WITNESS:  So -- so the -- the web form
21 has been available to anyone with a YouTube channel
22 during the time -- time span you're asking about
23 and -- sorry.  Say again.
24     MR. KOROLOGOS:  I'm sorry.  I don't want to
25 interrupt.  I was going to finish your sentence, but

Page 88

1 I'll let you finish it.
2     THE WITNESS:  Yeah.
3     So the web form has been available to anyone
4 with a You- -- to -- to anyone with a YouTube channel
5 during that time span.
6     That's -- I think you're asking, have we --
7 have we attempted to -- or have we -- have there been
8 efforts to expand beyond that?
9     It's -- it's -- it's a bit -- I think that's
10 as far as we -- it's -- it's feasible to expand it
11 since if that's the base unit of a -- of a -- of a --
12 you know, as I explained previously, that the channel
13 is the basic unit.
14     And we -- we need the channel in order to
15 provide some of the benefits of the web form
16 post-takedown to facilitate easy -- to facilitate, you
17 know, easier submission of -- of -- of DMCA notices
18 for -- for potentially the same content.
19     So as I understand the question, I -- the
20 answer is no.
21     MR. KOROLOGOS:  Okay.  Why don't we take
22 another, say, ten-minute break.  And then I'll
23 organize my notes, and hopefully, we can finish up the
24 30(b)(6) portion pretty quickly.
25     MR. WILLEN:  That sound goods.  Thanks, Phil.

Page 89

1     THE VIDEOGRAPHER:  Okay.  Off the record at
2 11 -- off the record at 11:38 a m.
3     (Recess taken.)
4     THE VIDEOGRAPHER:  On the record at
5 11:59 a.m.
6     MR. KOROLOGOS:  Q.  Well, I can wait one more
7 minute and then say good afternoon, Mr. Zhu, as
8 opposed to good morning.
9     Just a -- a -- a few additional questions.
10     We talked about the copyright match tool.
11 And if I understand correctly, that is something for
12 which you need to be a YouTube partner participant; is
13 that right?
14   A  So YouTube partner program channels get
15 access to one feature within copyright match tool,
16 which is showing matches of videos that they have
17 uploaded.
18     But anyone who has made a successful takedown
19 through the web form also gets access to the copyright
20 match tool for -- which shows them matches of videos
21 they've taken down.
22     The -- the first feature that I talked about
23 which shows you matches of videos that you've
24 uploaded, channels that are not in the YouTube partner
25 program can also apply for access through the


MAGNA LEGAL SERVICES