UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING LTD., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>Defendants | CASE NO.: 3:20-cv-04423-JD<br><br>**JOINT SUBMISSION REGARDING TRIAL DATE**<br><br>Judge: Hon. James Donato |
| YOUTUBE, LLC and GOOGLE LLC,<br><br>Counterclaimants,<br><br>v.<br><br>PIRATE MONITOR LTD, PIRATE MONITOR LLC, and GÁBOR CSUPÓ,<br><br>Counterclaim Defendants. | |

At our appearance last week (ECF No. 213), the Court directed the parties to discuss a proposal for a revised trial date in June 2023. The parties have met and conferred, and their respective positions are briefly set forth below.

Plaintiffs' Position

Plaintiffs are prepared to proceed with trial on any Monday in June 2023, in order of preference: June 12, 19, 5, 26.

Plaintiffs oppose the substantial delay in trial proposed by Defendants' arguing class notification cannot proceed timely for a June trial. Plaintiffs believe the notice process prior to trial can be timely completed by working from Defendants' Takedown Notice Database. Each class relies on at least one takedown notice and Defendants' database includes contact information for potential members of the classes or their authorized representatives. In addition, broadcast notice and development of a website to house class forms and relevant case information can be established and completed prior to trial assuming a timely ruling on class certification following briefing due on March 13. Plaintiffs are confident that the world's largest data company is capable of managing its own databases to provide the necessary data for the hundreds of thousands of potential class members to ensure timely notice.

Plaintiffs and Defendants have agreed upon a mediator, Vaughn Walker, subject to availability. Defendants, however, have variously stated that they would engage in mediation provided the trial was postponed or that they believe a mediation would not be successful "if Plaintiffs are insisting on a June trial". The duplicity of these positions is readily apparent. While Plaintiffs would prefer to engage in meaningful mediation given the significant damages incurred by the classes and given the business risks imposed on Defendants, we realize that it takes two to engage in that tango. As between mediation with a later trial date and progressing with trial as the Court desires in June, Plaintiffs choose to proceed with a June trial.

Defendants' Position

    Defendants will abide by whatever trial schedule the Court orders, but we foresee serious issues that may arise from moving up the August 21, 2023 trial date that was set back in November 2021 (ECF No. 98).

    First, although a short trial on Plaintiffs' individual claims in June should be feasible, Plaintiffs' class action request remains pending. While Defendants do not see how any class could be certified, briefing on certification will not close until mid-March. *See* ECF No. 213. Defendants therefore will not know until sometime thereafter what case is to be tried. If there is a class, the tasks of member identification, notifications, opt outs, objections and claims for a supposedly worldwide group of claimants (impractical under any circumstances) could not be accomplished before a June trial. Further, pretrial preparations and submissions would be chaotic. Plaintiffs' suggestions, including that these are merely database management issues, are unserious.

    Second, many defense witnesses, including experts, have long-standing commitments with family scheduled for the first part of the summer—made in anticipation of the August trial date. It appears that a June 26th date carries the fewest issues, but even that presents at least two key witness conflicts. We are mindful of the Court's heavy docket, and if the Court ultimately chooses to go forward then, Defendants will try to resolve those issues or come up with substitute witnesses.

    That said, Defendants submit that if an August 21 trial date is no longer workable, the interests of justice would best be served by resetting the trial to the earliest available date thereafter that is convenient for the Court. While we are not encouraged by Plaintiffs' rhetoric, Defendants will continue to engage with Plaintiffs on alternative means of resolving this matter short of a trial, including through further mediation.

| | | |
|---|---|---|
| 1 | Dated: December 22, 2022 | Respectfully submitted, |
| 2 | |       */s/ David H. Kramer* |
| | | David H. Kramer, SBN 168452 |
| 3 | | Maura L. Rees, SBN 191698 |
| | | Lauren Gallo White, SBN 309075 |
| 4 | | WILSON SONSINI GOODRICH & ROSATI |
| | | Professional Corporation |
| 5 | | 650 Page Mill Road |
| | | Palo Alto, CA 94304-1050 |
| 6 | | Telephone: (650) 493-9300 |
| | | Facsimile: (650) 565-5100 |
| 7 | | Email: dkramer@wsgr.com |
| | | Email: mrees@wsgr.com |
| 8 | | Email: lwhite@wsgr.com |
| 9 | | Attorneys for Defendants and |
| | | Counterclaimants |
| 10 | | YOUTUBE, LLC and GOOGLE LLC |
| 11 | | |
| 12 | Dated: December 22, 2022 | Respectfully submitted, |
| 13 | |       */s/ Phil Korologos* |
| | | George A. Zelcs |
| 14 | | Randall P. Ewing, Jr. |
| | | Ryan Z. Cortazar |
| 15 | | KOREIN TILLERY, LLC |
| | | 205 North Michigan, Suite 1950 |
| 16 | | Chicago, IL 60601 |
| | | Telephone: (312) 641-9750 |
| 17 | | Facsimile: (312) 641-9751 |
| | | Email: gzelcs@koreintillery.com |
| 18 | | Email: rewing@koreintillery.com |
| | | Email: rcortazar@koreintillery.com |
| 19 | | |
| | | Stephen M. Tillery |
| 20 | | Steven M. Berezney, SBN 329923 |
| | | Carol O'Keefe |
| 21 | | KOREIN TILLERY, LLC |
| | | 505 North 7th Street, Suite 3600 |
| 22 | | St. Louis, MO 63101 |
| | | Telephone: (314) 241-4844 |
| 23 | | Facsimile: (314) 241-3525 |
| | | Email: stillery@koreintillery.com |
| 24 | | Email: sberezney@koreintillery.com |
| | | Email: cokeefe@koreintillery.com |
| 25 | | |
| | | Joshua Irwin Schiller, SBN 330653 |
| 26 | | BOIES SCHILLER FLEXNER LLP |
| | | 44 Montgomery St., 41st Floor |
| 27 | | San Francisco, CA 94104 |
| | | Phone: (415) 293-6800 |
| 28 | | Fax: (415) 293-6899 |

Email: jischiller@bsfllp.com

Philip C. Korologos
Joanna Wright
Demetri Blaisdell
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards, 20th Floor
New York, NY 10001
Phone: (212) 446-2300
Fax: (212) 446-2350
Email: pkorologos@bsfllp.com
Email: jwright@bsfllp.com
Email: dblaisdell@bsfllp.com

Attorneys for MARIA SCHNEIDER,
UNIGLOBE ENTERTAINMENT, LLC, and
AST PUBLISHING LTD.

## **ATTORNEY ATTESTATION**

I, David H. Kramer, am the ECF User whose ID and password are being used to file this document. In compliance with N.D. Cal. Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the other Signatories.

By: _____*/s/ David H. Kramer*_____
David H. Kramer