# WILSON SONSINI

Wilson Sonsini Goodrich & Rosati
Professional Corporation

650 Page Mill Road
Palo Alto, California 94304-1050

O: 650.493.9300
F: 866.974.7329

January 9, 2023

<u>**Via CM/ECF**</u>

The Honorable James Donato
United States District Court, N.D. Cal.

Re:   ***Schneider, et al. v. YouTube, LLC, et al.,*** **Case No. 3:20-cv-04423-JD**
      **Response to Discovery Letter Brief (Dkt. No. 217)**

Your Honor:

Plaintiff AST Publishing Ltd. ("AST") joined this case a year after it was filed. *See* Dkt. No. 87. At the time, Plaintiffs dismissed Defendants' concerns about the difficulty of obtaining discovery from AST, a Russian company. Dkt. No. 91. Unfortunately, those concerns have been repeatedly validated. AST did not even *begin* producing documents until June 2022—just one month before the cut-off. When AST (and its agent, AZAPI) finally began, their productions were shorn of identifying information (supposedly to comply with Russian privacy law), rendering many of the documents, especially licenses they granted, impenetrable. And AST's privilege log, produced in August 2022 (and attached as Exhibit A, with highlighting), was so heavily redacted as to be useless. In many cases, AST redacted all identifying information for the sender, author, or recipient of a purportedly privileged communication, making it impossible to determine, for example, whether those individuals were employees, attorneys, or third parties.[1]

Defendants have repeatedly raised the issue of Plaintiffs' improper redactions, including during a June 9 meet-and-confer of lead counsel, during depositions of AST and AZAPI, and upon receipt of AST's privilege log. After AST was unresponsive, Defendants objected yet again in a November letter highlighting the redactions on the log, as well as AST's substanceless, repetitive descriptions of documents and the absence of date and author information for many listings. AST was required under the parties' privilege log agreement to respond by December 14, but it ignored that obligation too. Defendants thus raised the deficient log with the Court on December 15. As the Court recognized, "withholding the recipient, the author, and the cc's makes a privilege log completely useless." Dec. 15, 2022 Hr'g Tr. at 28:14-15; *id.* at 28:25-29:2 ("[I]t's not fair to the defendant because they can't figure out whether they have a challenge or not or whether the privilege is properly asserted."). The Court said it was "highly doubtful" that Russian privacy law could "trump U.S. civil procedure" but invited an AST letter brief, *id.* at 28:7-29:7; *id.* at 29:9 ("Get ready to do a privilege log."), and then a response from Defendants.

<u>The Parties' Agreement Does Not Bless AST's Non-Compliant Log</u>. AST claims the parties' privilege log agreement excuses its failure to produce a rules-compliant log. Dkt. No. 217 ("Br.") at 2-3. It does not. The agreement provides that "[a] Party may withhold or redact a portion of a document or ESI if and to the extent that the document or redacted portion contains information exempt from disclosure in accordance with applicable European data privacy laws and regulations." Privilege Log Addendum at 2(g). The agreement makes no provision for

---

[1] AZAPI, represented by AST's counsel, did not produce a privilege log until October 2022. That log too was heavily redacted—and accompanied by more than a thousand documents that AZAPI improperly withheld from production as privileged until months after discovery closed.

**WILSON
SONSINI**

*Russian* law, and does not contemplate redaction of a ***privilege log*** at all. In fact, the agreement echoes the Federal Rules (and this Court's Standing Order) in requiring that a party's privilege log include a description sufficient to "enable other parties to assess the claim" and specifies that, for each document, the parties will provide "the date, the author and all recipients, identified by name, title and/or job position, and the subject matter of the document." *Id.* at 1(b); *see also id.* ("Privilege logs must be sufficiently detailed and informative to justify the privilege."). As the Court recognized, AST's log comes nowhere close. Dec. 15, 2022 Hr'g Tr. at 29:3-4 ("This is all critical information that makes or breaks a privilege assertion.").

<u>AST Has Not Shown That Russian Law Excuses Its Non-Compliance.</u> "A party claiming the shelter of foreign law to avoid discovery must first show that foreign law in fact bars production." *St. Jude Med. S.C., Inc. v. Janssen-Counotte*, 104 F. Supp. 3d 1150, 1161 (D. Or. 2015) (citing *United States v. Vetco Inc.*, 691 F.2d 1281, 1289 (9th Cir. 1981)); *see also BrightEdge Techs., Inc. v. Searchmetrics, GmbH*, 2014 U.S. Dist. LEXIS 112377, at *11-13 (N.D. Cal. Aug. 13, 2014) (party must "provide the Court with information of sufficient particularity and specificity to allow the Court to determine whether the discovery sought is indeed prohibited by foreign law in order to meet this burden"). AST has not done so. Pointing to a single line of a statute, AST says that Russian law forbids it to provide "personal data" in its privilege log, and that some unidentified attorney told their counsel that "full names and email addresses" constitute "personal data." Br. at 1. That handwaving is not nearly enough.[2] Further, AST's own conduct belies its position. Though AST's log hides almost everything else, it does include the full names (and emails) of two executives. Additionally, its deposition witnesses disclosed the names of individuals with whom they work, and AST offered to reveal names and emails in select documents it produced. These offers to supply limited, missing information on the fly, during a time-bound deposition, did not allay the prejudice to Defendants. Regardless, Russian law cannot require redaction of all personal information from litigation documents, but permit AST to selectively reveal the information as it sees fit. In short, AST has failed to carry its burden of showing Russian law conflicts with its obligations under the Federal Rules. *See, e.g.*, *Arigna Tech. Ltd. v. Nissan Motor Co.*, 2022 U.S. Dist. LEXIS 135245, at *5 (E.D. Tex. July 29, 2022) (party that offered only "attorney argument" in support of argument that GDPR required redactions "ha[d] no excuse for its excessive redactions and untimely production"); *Phx. Process Equip. Co. v. Cap. Equip. & Trading Corp.*, 2019 U.S. Dist. LEXIS 44390, at *36-37, *59 (W.D. Ky. Mar. 18, 2019) (speculation about Russian privacy laws insufficient to override a party's discovery obligations). AST cannot justify its manifestly deficient privilege log.

<u>Comity Does Not Allow AST To Escape Its Obligations.</u> "It is well settled that [foreign] statutes do not deprive an American court of the power to order a party subject to its jurisdiction to produce evidence even though the act of production may violate that statute." *Societe Nationale Industrielle Aerospatiale v. U.S. Dist. Court for the S. Dist. of Iowa*, 482 U.S. 522, 544 n.29 (1987). Even if AST had shown a conflict between Russian privacy law and the Federal Rules, the need for compliance here far outweighs any theoretical Russian secrecy interest.[3] The

---

[2] The handbook AST cites in its letter (Br. at 1 & n.1) indicates that the transfer of personal data is permissible where the subject has consented. *See* https://bit.ly/3vAPjco (International Data Transfer). AST offers no reason why it does not have or could not obtain consent from its own employees and agents and so avoid even a hypothetical violation of Russian law.

[3] AST has not shown that Russia has a substantial interest in preventing the disclosure of names and corporate email addresses. These are not state secrets. AST makes the same type of information readily available to the world on its website. *See, e.g.*, https://ast.ru/contacts/

**WILSON
SONSINI**

United States has an "overriding interest in the just, speedy, and inexpensive determination of litigation in [its] courts." *Id.* at 542-43; *see also St. Jude*, 104 F. Supp. 3d at 1162 ("The interests of the United States in permitting efficient discovery under the Federal Rules are … considerable and fundamental."). AST's mass redactions are compromising that interest, and Defendants' substantive rights, by enabling AST to hide relevant information and to put its privilege claims beyond scrutiny (while it previously obtained detailed privilege logs from Defendants). AST cites no case authorizing such inequity. It claims it would "risk" some consequence under Russian law (Br. at 1, 3), but fails to show that a party has ever faced sanction in Russia for complying with discovery obligations in a case the party chose to file here. *See Optrics, Inc. v. Barracuda Networks, Inc.*, 2019 U.S. Dist. LEXIS 185494, at *6-7 (N.D. Cal. Oct. 25, 2019) ("Optrics' choice to bring this lawsuit in the United States also limits the force of any argument regarding Canada's national interest. Having chosen to bring this lawsuit here, Optrics cannot hide behind Canadian confidentiality laws as a shield against its discovery obligations.").[4]

As a last gasp, AST suggests that Defendants should be forced to jump through hoops to obtain the basic log information to which they are entitled. It says it would make available a copy of its privilege log *in Canada* without allowing Defendants to "print, save, or download" the log *or* even to later use the information without AST's additional blessing. Br. at 2. That is theater, not compliance, and it would create serious burden and prejudice for Defendants. Defendants' ability to efficiently identify and address improper privilege assertions should not require a photographic memory or Plaintiffs' permission. Approving such maneuvering would place U.S. litigants generally at severe disadvantage against Russian plaintiffs, bogging down litigation in tertiary process disputes.

AST chose to assert claims in this forum. Having done so, it must comply with the rules that govern here. While AST's sweeping redaction of documents in general is unjustifiable and unfair, AST's redaction of its privilege log is especially so. AST's failure to provide any other meaningful information on its log compounds the problem further. Defendants thus ask that the Court, at a minimum, direct AST (and its agent AZAPI) to promptly produce unredacted privilege logs that comply in all respects with the Federal Rules and the Court's Standing Order.

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI

*/s/ David H. Kramer*

---

(identifying multiple AST employees by full name, position, and corporate email address). If there is some actual privacy interest, AST has failed to show why the names and email addresses it has concealed cannot be adequately protected by the governing Protective Order. *See, e.g.*, *Finjan, Inc. v. Zscaler, Inc.*, 2019 U.S. Dist. LEXIS 24570, at *9 (N.D. Cal. Feb. 14, 2019) ("[I]nterest in protecting privacy is diminished where the court has entered a protective order preventing disclosure of the secret information."); *Giorgi Glob. Holdings, Inc. v. Smulski*, 2020 U.S. Dist. LEXIS 89369 (E.D. Pa. May 21, 2020) (protective order adequately protected personal data of Polish third parties, and documents were to be produced and/or identified on a privilege log "without regard to any alleged prohibition" under foreign law).

[4] As AST indicates (Br. at 3), where the production of evidence would violate foreign law, courts employ a multi-factor comity test to evaluate the interests of the United States and the foreign state. AST cites no authority applying this analysis to privilege logs but, even if the test were applicable, the factors overwhelmingly require compliance with the Federal Rules.

3

# EXHIBIT A

| Bates Beg | Basis for Withholding | Description of Material Withheld & Subject Matter of Document | Date Sent | Email From | Author | Email To / Recipient(s) | Email CC | All Custodians |
|---|---|---|---|---|---|---|---|---|
| AST_0000074583 | AC;WP | Email discusing legal advice from Korein Tillery counsel regarding YouTube litigation | 12/22/2021 | Лозовский М.Б. [lozovskiy.mb@ast.ru] | Лозовский М.Б. | [Redacted - PII] Татьяна [Redacted - PII] [[Redacted - PII] @ast.ru] | | AST |
| AST_0000074584 | AC;WP | Email discussing information requested for the provision of legal advice by Korein Tillery counsel regarding YouTube litigation | 1/26/2022 | Лозовский М.Б. [lozovskiy.mb@ast.ru] | Лозовский М.Б. | [Redacted - PII] | | AST |
| AST_0000074585 | AC;WP | Email discussing information requested for the provision of legal advice by Korein Tillery counsel regarding YouTube litigation | 1/26/2022 | lozovskiy@ast.ru | lozovskiy.mb@ast.ru | [Redacted - PII] | | AST |
| AST_0000074586 | AC;WP | Email discussing information requested for the provision of legal advice by Korein Tillery counsel regarding YouTube litigation | 1/26/2022 | lozovskiy@ast.ru | lozovskiy.mb@ast.ru | [Redacted - PII] | | AST |
| AST_0000074587 | AC;WP | Email discussing information requested for the provision of legal advice by Korein Tillery counsel regarding YouTube litigation | 1/28/2022 | Лозовский М.Б. [lozovskiy.mb@ast.ru] | Лозовский М.Б. | [Redacted - PII] | | AST |
| AST_0000074589 | AC;WP | Email discussing information requested for the provision of legal advice by Korein Tillery counsel regarding YouTube litigation | 4/27/2022 | Лозовский М.Б. [lozovskiy.mb@ast.ru] | Лозовский М.Б. | [Redacted - PII] Александр [Redacted - PII] ([[Redacted - PII] @ast.ru]];[Redacted - PII] @ast.ru] Андрей [Redacted - PII] [[Redacted - PII] @ast.ru] ([[Redacted - PII] @ast.ru]) [[Redacted - PII] @ast.ru] | | AST |
| AST_0000074590 | AC;WP | Email containing information for the provision of legal advice by Korein Tillery counsel regarding YouTube litigation | 4/27/2022 | Лозовский М.Б. [lozovskiy.mb@ast.ru] | Лозовский М.Б. | Максим Рябыко (ryabyko@azapi.ru) [ryabyko@azapi.ru] | | AST |
| AST_0000074597 | AC;WP | Email requesting information for the provision of legal advice by Korein Tillery counsel regarding YouTube litigation | 4/9/2021 | Максим Рябыко (ryabyko@azapi.ru) [ryabyko@azapi.ru] | Максим Рябыко (ryabyko@azapi.ru) | [Redacted - PII] Тимур [Redacted - PII] [[Redacted - PII]@ast.ru];[Redacted - PII] | [Redacted - PII] ;Лозовский Максим Борисович [Lozovskiy.MB@eksmo-ast.ru] | AST |
| AST_0000074598 | AC;WP | Document prepared to assist Korein Tillery counsel in obtaining information necessary for provision of legal advice regarding YouTube litigation | | | User | | | AST |
| AST_0000074599 | AC;WP | Document prepared to assist Korein Tillery counsel in obtaining information necessary for provision of legal advice regarding YouTube litigation | | | User | | | AST |
| AST_0000074600 | AC;WP | Email for the provision of legal advice by Korein Tillery counsel regarding YouTube litigation | 4/13/2021 | [Redacted - PII] Елена [Redacted - PII] [[Redacted - PII] @ast.ru] | [Redacted - PII] Елена [Redacted - PII] | [Redacted - PII] Тимур [Redacted - PII] [[Redacted - PII]@ast.ru];[Redacted - PII] Галина [Redacted - PII] ;Лозовский Максим Борисович [lozovskiy.mb@ast.ru] | | AST |
| AST_0000074601 | AC;WP | Document containing information for the provision of legal advice by Korein Tillery counsel regarding YouTube litigation | | | User | | | AST |
| AST_0000074602 | AC;WP | Email requesting information for the provision of legal advice by EKSMO counsel regarding YouTube litigation | 5/19/2021 | [Redacted - PII] | [Redacted - PII] | Максим Рябыко [ryabyko@azapi.ru] | [Redacted - PII] ; [Redacted - PII] ;Лозовский Максим Борисович [Lozovskiy.MB@eksmo-ast.ru]; [Redacted - PII] Тимур [Redacted - PII] [ [Redacted - PII] @ast.ru] | AST |

| Bates Beg | Basis for Withholding | Description of Material Withheld & Subject Matter of Document | Date Sent | Email From | Author | Email To / Recipient(s) | Email CC | All Custodians |
|---|---|---|---|---|---|---|---|---|
| AST_0000074603 | AC;WP | Email requesting information for the provision of legal advice by EKSMO counsel regarding YouTube litigation | 5/20/2021 | [Redacted - PII] | [Redacted - PII] | Максим Рябыко [ryabyko@azapi.ru] | [Redacted - PII] ];Лозовский Максим Борисович [Lozovskiy.MB@eksmo-ast.ruLozovskiy.MB@eksmo-ast.ru]; [Redacted - PII] Тимур [Redacted - PII] [Redacted - PII] @ast.ru];[Redacted - PII] Татьяна [Redacted - PII] [[Redacted - PII] @ast.ru] | AST |
| AST_0000074604 | AC;WP | Email reflecting legal advice from Korein Tillery counsel regarding YouTube litigation | 5/20/2021 | Максим Рябыко (ryabyko@azapi.ru) [ryabyko@azapi.ru] | Максим Рябыко (ryabyko@azapi.ru) | [Redacted - PII] | [Redacted - PII] ;Лозовский Максим Борисович [Lozovskiy.MB@eksmo-ast.ru]; [Redacted - PII] Тимур [Redacted - PII] [ [Redacted - PII] @ast.ru];[Redacted - PII] Татьяна [Redacted - PII] [[Redacted - PII] @ast.ru] | AST |
| AST_0000074653 | AC;WP | Email requesting information for the provision of legal advice by AST counsel regarding YouTube litigation | 5/24/2021 | [Redacted - PII] Тимур [Redacted - PII] [[Redacted - PII] @ast.ru] | [Redacted - PII] Тимур [Redacted - PII] ([Redacted - PII] @ast.ru) | Максим Рябыко (ryabyko@azapi.ru) [ryabyko@azapi.ru];Лозовский Максим Борисович [Lozovskiy.MB@eksmo-ast.ru] | | AST |
| AST_0000074654 | AC;WP | Email containing legal advice from AST counsel regarding YouTube litigation | 5/24/2021 | [Redacted - PII] Тимур [Redacted - PII] [[Redacted - PII] @ast.ru] | [Redacted - PII] Тимур [Redacted - PII] ([Redacted - PII] @ast.ru) | [Redacted - PII] Татьяна [Redacted - PII] [[Redacted - PII] @ast.ru] | Лозовский Максим Борисович (Lozovskiy.MB@eksmo-ast.ru) [Lozovskiy.MB@eksmo-ast.ru];ryabyko@azapi.ru | AST |
| AST_0000074755 | AC;WP | Email discussing legal advice from AST counsel regarding YouTube litigation | 5/24/2021 | [Redacted - PII] Татьяна [Redacted - PII] [[Redacted - PII] @ast.ru] | [Redacted - PII] Татьяна [Redacted - PII] [Redacted - PII] | [Redacted - PII] Тимур [Redacted - PII] [[Redacted - PII] @ast.ru] | Лозовский Максим Борисович (Lozovskiy.MB@eksmo-ast.ru) [Lozovskiy.MB@eksmo-ast.ru];ryabyko@azapi.ru | AST |
| AST_0000074756 | AC;WP | Email containing information for the provision of legal advice by AST counsel regarding YouTube litigation | 5/24/2021 | Максим Рябыко (ryabyko@azapi.ru) [ryabyko@azapi.ru] | Максим Рябыко (ryabyko@azapi.ru) | [Redacted - PII] Тимур [Redacted - PII] [Redacted - PII]@ast.ru] | Лозовский Максим Борисович [Lozovskiy.MB@eksmo-ast.ru] | AST |
| AST_0000074768 | AC;WP | Email reflecting legal advice from Korein Tillery counsel regarding YouTube litigation | 12/22/2021 | Максим Рябыко (ryabyko@azapi.ru) [ryabyko@azapi.ru] | Максим Рябыко (ryabyko@azapi.ru) | Сергей [Redacted - PII] [Redacted - PII]];Лозовский Максим Борисович [Lozovskiy.MB@eksmo-ast.ru] | | AST |
| AST_0000074769 | AC;WP | Email discussing legal advice from Korein Tillery counsel regarding YouTube litigation | 12/22/2021 | [Redacted - PII] Татьяна [Redacted - PII] [[Redacted - PII] @ast.ru] | [Redacted - PII] Татьяна [Redacted - PII] | Лозовский М.Б. [lozovskiy.mb@ast.ru] | | AST |
| AST_0000074770 | AC;WP | Email discussing legal advice from Korein Tillery counsel regarding YouTube litigation | 12/22/2021 | [Redacted - PII] | [Redacted - PII] | Максим Рябыко [ryabyko@azapi.ru];Лозовский Максим Борисович [Lozovskiy.MB@eksmo-ast.ru] | | AST |

| Bates Beg | Basis for Withholding | Description of Material Withheld & Subject Matter of Document | Date Sent | Email From | Author | Email To / Recipient(s) | Email CC | All Custodians |
|---|---|---|---|---|---|---|---|---|
| AST_0000074771 | AC;WP | Email reflecting legal advice from Korein Tillery counsel regarding YouTube litigation | 12/22/2021 | Максим Рябыко (ryabyko@azapi.ru) [ryabyko@azapi.ru] | Максим Рябыко (ryabyko@azapi.ru) | [Redacted - PII] Сергей [[Redacted - PII]] | Лозовский Максим Борисович [Lozovskiy.MB@eksmo-ast.ru] | AST |
| AST_0000074772 | AC;WP | Email requesting information for the provision of legal advice by Korein Tillery counsel regarding YouTube litigation | 1/14/2022 | Максим Рябыко (ryabyko@azapi.ru) [ryabyko@azapi.ru] | Максим Рябыко (ryabyko@azapi.ru) | Лозовский М.Б. [lozovskiy.mb@ast.ru] | | AST |
| AST_0000074773 | WP | Document prepared to assist Korein Tillery counsel in obtaining information necessary for provision of legal advice regarding YouTube litigation | | | | | | AST |
| AST_0000074774 | AC;WP | Email requesting information for the provision of legal advice by Korein Tillery counsel regarding YouTube litigation | 1/26/2022 | Максим Рябыко (ryabyko@azapi.ru) | Максим Рябыко (ryabyko@azapi.ru) | Лозовский М.Б. [lozovskiy.mb@ast.ru] | | AST |
| AST_0000074775 | AC;WP | Email containing information for the provision of legal advice by Korein Tillery counsel regarding YouTube litigation | 1/26/2022 | [Redacted - PII] | [Redacted - PII] | Лозовский М.Б. [lozovskiy.mb@ast.ru] | | AST |
| AST_0000074776 | AC;WP | Email containing information for the provision of legal advice by Korein Tillery counsel regarding YouTube litigation | 1/26/2022 | [Redacted - PII] | [Redacted - PII] | Лозовский М.Б. [lozovskiy.mb@ast.ru] | | AST |
| AST_0000074777 | AC;WP | Email requesting information for the provision of legal advice by Korein Tillery counsel regarding YouTube litigation | 1/26/2022 | Максим Рябыко (ryabyko@azapi.ru) | Максим Рябыко (ryabyko@azapi.ru) | lozovskiy.mb@ast.ru | | AST |
| AST_0000074778 | AC;WP | Email containing information for the provision of legal advice by Korein Tillery counsel regarding YouTube litigation | 1/28/2022 | [Redacted - PII] | [Redacted - PII] | Лозовский М.Б. [lozovskiy.mb@ast.ru] | | AST |
| AST_0000074779 | WP | Document containing information for the provision of legal advice by Korein Tillery counsel regarding YouTube litigation | | | [Redacted - PII] Сергей [Redacted - PII] | | | AST |
| AST_0000074780 | AC;WP | Email containing information for the provision of legal advice by Korein Tillery counsel regarding YouTube litigation | 1/28/2022 | [Redacted - PII] | | Лозовский М.Б. [lozovskiy.mb@ast.ru] | | AST |
| AST_0000074782 | WP | Document containing information for the provision of legal advice by Korein Tillery counsel regarding YouTube litigation | | | [Redacted - PII] Сергей [Redacted - PII] | | | AST |
| AST_0000074783 | AC;WP | Email reflecting legal advice from Korein Tillery counsel regarding YouTube litigation | 2/11/2022 | Максим Рябыко (ryabyko@azapi.ru) [ryabyko@azapi.ru] | Максим Рябыко (ryabyko@azapi.ru) | Сергей [Redacted - PII] [[Redacted - PII];Лозовский Максим Борисович [Lozovskiy.MB@eksmo-ast.ru];Лозовский М.Б. [lozovskiy.mb@ast.ru] | [Redacted - PII] ; [Redacted - PII] Тимур [Redacted - PII] @ast.ru]; [Redacted - PII] Хребет [law@azapi.ru] | AST |
| AST_0000074784 | AC;WP | Email containing legal advice from AST counsel regarding YouTube litigation | 2/14/2022 | [Redacted - PII] Тимур [Redacted - PII] [[Redacted - PII] @ast.ru] | [Redacted - PII] Тимур [Redacted - PII] | Максим Рябыко (ryabyko@azapi.ru) [ryabyko@azapi.ru];Сергей [Redacted - PII];Лозовский Максим Борисович [Lozovskiy.MB@eksmo-ast.ru];Лозовский М.Б. [lozovskiy.mb@ast.ru] | [Redacted - PII] ;Николай Хребет [law@azapi.ru];Горская [Redacted - PII] Константин [Redacted - PII] @ast.ru];[Redacted - PII] Галина [Redacted - PII] [[Redacted - PII] @ast.ru] | AST |
| AST_0000074785 | AC | Email reflecting legal advice from AST counsel regarding advertisements in AST books | 3/11/2022 | [Redacted - PII] Мария [Redacted - PII] [[Redacted - PII] @ast.ru] | [Redacted - PII] Мария [Redacted - PII] | Лозовский М.Б. [lozovskiy.mb@ast.ru];Сергей [[Redacted - PII] @ast.ru]) [Redacted - PII] @ast.ru] | [Redacted - PII] Светлана [Redacted - PII] [[Redacted - PII] @ast.ru] | AST |

| Bates Beg | Basis for Withholding | Description of Material Withheld & Subject Matter of Document | Date Sent | Email From | Author | Email To / Recipient(s) | Email CC | All Custodians |
|---|---|---|---|---|---|---|---|---|
| AST_0000074786 | AC | Email discussing advertisements in AST books | 3/11/2022 | [Redacted - PII] Сергей [Redacted - PII] [[Redacted - PII] @ast.ru] | [Redacted - PII] Сергей | [Redacted - PII] Мария [Redacted - PII] [[Redacted - PII]@ast.ru];Лозовский М.Б. [lozovskiy.mb@ast.ru] | [Redacted - PII] ;[Redacted - PII] Светлана [Redacted - PII] [[Redacted - PII] @ast.ru] | AST |
| AST_0000074787 | AC;WP | Email requesting information for the provision of legal advice by Korein Tillery counsel regarding YouTube litigation | 4/26/2022 | Максим Рябько (ryabyko@azapi.ru) [ryabyko@azapi.ru] | Максим Рябыко (ryabyko@azapi.ru) | Лозовский М.Б. [Lozovskiy.mb@ast.ru] | [Redacted - PII] Хребет [law@azapi.ru];Aleksey [Redacted - PII] [copyright@azapi.ru] | AST |
| AST_0000074788 | AC;WP | Email containing legal advice from AST counsel regarding YouTube litigation | 1/18/2022 | [Redacted - PII] Тимур [Redacted - PII] [[Redacted - PII] @ast.ru] | [Redacted - PII] Тимур | [Redacted - PII] Алина [Redacted - PII] [[Redacted - PII]@ast.ru];[Redacted - PII] Галина [Redacted - PII] [[Redacted - PII] @ast.ru];[Redacted - PII] ;[Redacted - PII] Елена [Redacted - PII] [Redacted - PII] @ast.ru] | [Redacted - PII] Татьяна [Redacted - PII] [[Redacted - PII] @ast.ru];[Redacted - PII] Сергей [Redacted - PII] [[[Redacted - PII] @ast.ru];[Redacted - PII] Евгения [Redacted - PII] @ast.ru];Лозовский Максим Борисович [lozovskiy.mb@ast.ru];[Redacted - PII] Дмитрий [Redacted - PII] [[Redacted - PII] @ast.ru] | AST |
| AST_0000074789 | AC | Email reflecting legal advice from AST counsel regarding copyright infringment | 9/25/2020 | [Redacted - PII] Сергей [Redacted - PII] [[[Redacted - PII] @ast.ru] | [Redacted - PII] Сергей | [Redacted - PII] Александр [[Redacted - PII]] | | AST |
| AST_0000074790 | AC | Email discussing legal advice from AST counsel regarding copyright infringment | 9/25/2020 | [Redacted - PII] Сергей [Redacted - PII] [[Redacted - PII] @ast.ru] | [Redacted - PII] Сергей | Александр [Redacted - PII]]) [[Redacted - PII]] | | AST |
| AST_0000074791 | AC | Email discussing legal advice from AST counsel regarding copyright infringment | 12/1/2017 | [Redacted - PII] Софья [Redacted - PII] [[Redacted - PII] [[Redacted - PII]@ast.ru]] | [Redacted - PII] Софья | Сергей ([[Redacted - PII] @ast.ru] [[Redacted - PII] @ast.ru] | | AST |
| AST_0000074792 | AC | Email discussing request for AST counsel legal advice regarding copyright infringment | 12/1/2017 | [Redacted - PII] Надежда [Redacted - PII] [[Redacted - PII] @ast.ru] | [Redacted - PII] Надежда | [Redacted - PII] Сергей [Redacted - PII] [[Redacted - PII]] | | AST |
| AST_0000074793 | AC;WP | Email containing information for the provision of legal advice by Korein Tillery counsel regarding YouTube litigation | 4/12/2021 | [Redacted - PII] Елена [Redacted - PII] [[Redacted - PII] @ast.ru] | [Redacted - PII] Елена | Максим Рябыко (ryabyko@azapi.ru) [ryabyko@azapi.ru] | Лозовский Максим Борисович [lozovskiy.mb@ast.ru];[Redacted - PII] Галина [Redacted - PII] [Redacted - PII] @ast.ru];[Redacted - PII] Тимур [Redacted - PII] [ [Redacted - PII] @ast.ru] | AST |
| AST_0000074794 | AC;WP | Document containing information for the provision of legal advice by Korein Tillery counsel regarding YouTube litigation | | | User | | | AST |
| AST_0000074795 | AC;WP | Document containing information for the provision of legal advice by Korein Tillery counsel regarding YouTube litigation | | | User | | | AST |
| AST_0000074796 | AC;WP | Email discussing information requested for the provision of legal advice by Korein Tillery counsel regarding YouTube litigation | 4/12/2021 | [Redacted - PII] Елена [Redacted - PII] [[Redacted - PII] @ast.ru] | [Redacted - PII] Елена | Максим Рябыко (ryabyko@azapi.ru) [ryabyko@azapi.ru] | | AST |
| AST_0000074797 | AC;WP | Email discussing information requested for the provision of legal advice by Korein Tillery counsel regarding YouTube litigation | 4/12/2021 | [Redacted - PII] Елена [Redacted - PII] [[Redacted - PII] @ast.ru] | [Redacted - PII] Елена | Максим Рябыко (ryabyko@azapi.ru) [ryabyko@azapi.ru] | | AST |
| AST_0000074798 | AC;WP | Email containing information for the provision of legal advice by Korein Tillery counsel regarding YouTube litigation | 4/12/2021 | [Redacted - PII] Елена [Redacted - PII] [[Redacted - PII] @ast.ru] | [Redacted - PII] Елена | Максим Рябыко (ryabyko@azapi.ru) [ryabyko@azapi.ru] | | AST |

| Bates Beg | Basis for Withholding | Description of Material Withheld & Subject Matter of Document | Date Sent | Email From | Author | Email To / Recipient(s) | Email CC | All Custodians |
|---|---|---|---|---|---|---|---|---|
| AST_0000074799 | AC;WP | Email discussing information requested for the provision of legal advice by Korein Tillery counsel regarding YouTube litigation | 4/13/2021 | [Redacted - PII] Елена [Redacted - PII] [[Redacted - PII] @ast.ru] | [Redacted - PII] Елена [Redacted - PII] | Максим Рябыко (ryabyko@azapi.ru) [ryabyko@azapi.ru] | | AST |
| AST_0000074800 | AC;WP | Email containing information for the provision of legal advice by Korein Tillery counsel regarding YouTube litigation | 4/13/2021 | [Redacted - PII] Елена [Redacted - PII] [[Redacted - PII] @ast.ru] | [Redacted - PII] Елена | Максим Рябыко (ryabyko@azapi.ru) [ryabyko@azapi.ru] | | AST |
| AST_0000074801 | AC;WP | Email containing information for the provision of legal advice by Korein Tillery counsel regarding YouTube litigation | 4/13/2021 | [Redacted - PII] Елена [Redacted - PII] [[Redacted - PII] @ast.ru] | [Redacted - PII] Елена | [Redacted - PII] Тимур [Redacted - PII] [[Redacted - PII]@ast.ru;[Redacted - PII] Галина [Redacted - PII] ;Лозовский Максим Борисович [lozovskiy.mb@ast.ru] | | AST |
| AST_0000074802 | AC;WP | Document containing information for the provision of legal advice by Korein Tillery counsel regarding YouTube litigation | | | User | | | AST |
| AST_0000074809 | AC;WP | Email requesting information for the provision of legal advice by AST counsel regarding copyright infringement | 6/24/2015 | [Redacted - PII] Павел [Redacted - PII] [[Redacted - PII]@ast.ru] | [Redacted - PII] Павел [Redacted - PII] | [Redacted - PII] Татьяна [Redacted - PII]([Redacted - PII]@ast.ru) [Redacted - PII]@ast.ru];[Redacted - PII] Елена [[Redacted - PII] @ast.ru] | [Redacted - PII] Елена [Redacted - PII] ( [Redacted - PII] @ast.ru) ; [Redacted - PII] Елена [Redacted - PII] [[Redacted - PII]; [Redacted - PII] Елена [Redacted - PII] [[Redacted - PII] @ast.ru] | AST |
| AST_0000074837 | AC;WP | Email containing legal advice from AST counsel regarding YouTube litigation | 4/12/2021 | [Redacted - PII] Тимур [Redacted - PII] [[Redacted - PII] @ast.ru] | [Redacted - PII] Тимур [Redacted - PII] | [Redacted - PII] Елена [Redacted - PII] [[Redacted - PII] @ast.ru];[Redacted - PII] Галина [Redacted - PII] | | AST |
| AST_0000074838 | AC;WP | Document prepared to assist Korein Tillery counsel in obtaining information necessary for provision of legal advice regarding YouTube litigation | | | User | | | AST |
| AST_0000074839 | AC;WP | Document prepared to assist Korein Tillery counsel in obtaining information necessary for provision of legal advice regarding YouTube litigation | | | User | | | AST |
| AST_0000074840 | AC;WP | Email requesting information requested for the provision of legal advice by Korein Tillery counsel regarding YouTube litigation | 4/12/2021 | Максим Рябыко (ryabyko@azapi.ru) [ryabyko@azapi.ru] | Максим Рябыко (ryabyko@azapi.ru) | [Redacted - PII] Елена [Redacted - PII] [[Redacted - PII] @ast.ru] | | AST |
| AST_0000074841 | AC;WP | Email requesting information for the provision of legal advice by Korein Tillery counsel regarding YouTube litigation | 4/12/2021 | Максим Рябыко (ryabyko@azapi.ru) [ryabyko@azapi.ru] | Максим Рябыко (ryabyko@azapi.ru) | [Redacted - PII] Елена [Redacted - PII] [[Redacted - PII] @ast.ru] | | AST |
| AST_0000074842 | AC;WP | Email requesting information for the provision of legal advice by Korein Tillery counsel regarding YouTube litigation | 4/13/2021 | Максим Рябыко (ryabyko@azapi.ru) [ryabyko@azapi.ru] | Максим Рябыко (ryabyko@azapi.ru) | [Redacted - PII] Елена [Redacted - PII] [[Redacted - PII] @ast.ru] | | AST |
| AST_0000074843 | AC;WP | Email discussing information requested for the provision of legal advice by Korein Tillery counsel regarding YouTube litigation | 4/13/2021 | Максим Рябыко (ryabyko@azapi.ru) [ryabyko@azapi.ru] | Максим Рябыко (ryabyko@azapi.ru) | [Redacted - PII] Елена [Redacted - PII] [[Redacted - PII] @ast.ru] | | AST |
| AST_0000074844 | AC;WP | Email discussing information requested for the provision of legal advice by Korein Tillery counsel regarding YouTube litigation | 4/13/2021 | Максим Рябыко (ryabyko@azapi.ru) [ryabyko@azapi.ru] | Максим Рябыко (ryabyko@azapi.ru) | [Redacted - PII] Елена [Redacted - PII] [[Redacted - PII] @ast.ru] | | AST |
| AST_0000074845 | AC | Email requesting information for the provision of legal advice by AZAPI counsel regarding copyright infringement | 1/24/2022 | [Redacted - PII] Баух ([Redacted - PII]@azapi.ru) | [Redacted - PII] Баух ([Redacted - PII]@azapi.ru) | [Redacted - PII] Елена [Redacted - PII] [[Redacted - PII] @ast.ru] | | AST |
| AST_0000074846 | AC;WP | Email requesting information for the provision of legal advice by AZAPI counsel regarding copyright infringement | 1/27/2022 | [Redacted - PII] Хребет (law@azapi.ru) [law@azapi.ru] | [Redacted - PII] Хребет (law@azapi.ru) | [Redacted - PII] Елена [Redacted - PII] [[Redacted - PII] @ast.ru] | [Redacted - PII] Мария ([[Redacted - PII] @azapi.ru] [[Redacted - PII] @azapi.ru]] | AST |

| Bates Beg | Basis for Withholding | Description of Material Withheld & Subject Matter of Document | Date Sent | Email From | Author | Email To / Recipient(s) | Email CC | All Custodians |
|---|---|---|---|---|---|---|---|---|
| AST_0000074847 | AC;WP | Email requesting information for the provision of legal advice by AZAPI counsel regarding copyright infringement | 2/3/2022 | [Redacted - PII] Хребет (law@azapi.ru) [law@azapi.ru] | [Redacted - PII] Хребет (law@azapi.ru) | [Redacted - PII] Елена [Redacted - PII]  [Redacted - PII] @ast.ru] | [Redacted - PII] Мария ([[Redacted - PII] @azapi.ru]) [[[Redacted - PII] @azapi.ru]] | AST |
| AST_0000074848 | AC;WP | Email providing information for the provision of legal advice by AZAPI counsel regarding copyright infringement | 2/3/2022 | [Redacted - PII] Владимир [Redacted - PII] [[Redacted - PII]@ast.ru] | [Redacted - PII] Владимир | [Redacted - PII] Елена [Redacted - PII] @ast.ru] | | AST |
| AST_0000074849 | AC;WP | Email discussing information requested for the provision of legal advice by AZAPI counsel regarding copyright infringement | 7/16/2014 | [Redacted - PII] Е.В. [[Redacted - PII] @ast.ru] | [Redacted - PII] Е.В. | [Redacted - PII] Евгения [Redacted - PII] @ast.ru] | | AST |
| AST_0000074850 | AC | Email discussing legal advice from AZAPI counsel regarding copyright infringement | 3/23/2015 | [Redacted - PII] Ярослава [Redacted - PII] [[Redacted - PII]@ast.ru] | [Redacted - PII] Ярослава | [[Redacted - PII] @ast.ru] | | AST |
| AST_0000074851 | AC | Email discussing legal advice from EKSMO counsel regarding copyright infringement | 6/9/2015 | [Redacted - PII] Елена [Redacted - PII] [[Redacted - PII]@ast.ru] | [Redacted - PII] Елена | [Redacted - PII] Евгения [Redacted - PII] @ast.ru] | | AST |
| AST_0000074852 | AC | Email discussing legal advice from EKSMO counsel regarding copyright infringement | 7/22/2015 | [Redacted - PII] Елена [Redacted - PII] [[Redacted - PII]@ast.ru] | [Redacted - PII] Елена | [Redacted - PII] Евгения [Redacted - PII] @ast.ru] | | AST |
| AST_0000074853 | AC;WP | Email containing legal advice from AST counsel regarding copyright infringement | 6/14/2016 | [Redacted - PII] Павел [Redacted - PII] [[Redacted - PII]@ast.ru] | [Redacted - PII] Павел | [Redacted - PII] [law@azapi.ru] | [Redacted - PII] Александр [Redacted - PII] ([Redacted - PII] @ast.ru] [ [Redacted - PII] @ast.ru]; [Redacted - PII] [lawyer@litres.ru] | AST |
| AST_0000074863 | AC;WP | Email containing legal advice from AST counsel regarding copyright infringement | 6/14/2016 | [Redacted - PII] Павел [Redacted - PII] [[Redacted - PII]@ast.ru] | [Redacted - PII] Павел | [Redacted - PII] Евгения [Redacted - PII] ([[Redacted - PII] @ast.ru]) ([[Redacted - PII] @ast.ru] [[[Redacted - PII] @ast.ru]; [Redacted - PII] Е.В. ([[Redacted - PII] @ast.ru]) [[[Redacted - PII] @ast.ru]; [Redacted - PII] Елена [Redacted - PII] [[Redacted - PII]@ast.ru] | | AST |
| AST_0000074865 | AC;WP | Email containing legal advice from AST counsel regarding copyright infringement | 2/8/2017 | [Redacted - PII] | [Redacted - PII] Павел | [Redacted - PII] Татьяна [Redacted - PII] [[Redacted - PII] @ast.ru];"[Redacted - PII];[Redacted - PII] Тимур [Redacted - PII] [[Redacted - PII]@ast.ru] | Степан [Redacted - PII] [law@azapi.ru]; [Redacted - PII] ; [Redacted - PII] Алексей [Redacted - PII] @ast.ru]; [ [Redacted - PII] @ast.ru] [ [Redacted - PII] Евгения [Redacted - PII] [[Redacted - PII]@ast.ru] | AST |
| AST_0000074866 | AC;WP | Email containing legal advice from AST counsel regarding copyright infringement | 9/5/2018 | [Redacted - PII] Тимур [Redacted - PII] [[Redacted - PII]@ast.ru] | [Redacted - PII] Тимур | [Redacted - PII] Евгения [Redacted - PII] [[Redacted - PII]@ast.ru] | [Redacted - PII] Елена [Redacted - PII] @ast.ru] | AST |
| AST_0000074875 | AC;WP | Email containing legal advice from AST counsel regarding copyright infringement | 9/5/2018 | [Redacted - PII] Тимур [Redacted - PII] [[Redacted - PII]@ast.ru] | [Redacted - PII] Тимур | [Redacted - PII] Евгения [Redacted - PII] @ast.ru] | [Redacted - PII] Елена [Redacted - PII] [ [Redacted - PII] @ast.ru] | AST |
| AST_0000074884 | AC;WP | Email containing legal advice from AST counsel regarding copyright infringement | 9/6/2018 | [Redacted - PII] Тимур [Redacted - PII] [[Redacted - PII]@ast.ru] | [Redacted - PII] Тимур | [Redacted - PII] Евгения [Redacted - PII] @ast.ru] | [Redacted - PII] Елена [Redacted - PII] [Redacted - PII] @ast.ru] | AST |
| AST_0000074893 | AC;WP | Document containing legal advice from AST counsel regarding copyright infringement | | | [Redacted - PII] Татьяна [Redacted - PII] | | | AST |
| AST_0000074894 | AC;WP | Email discussing legal advice from AST counsel regarding copyright infringement | 9/6/2018 | [Redacted - PII] Елена [Redacted - PII] [[Redacted - PII]@ast.ru] | [Redacted - PII] Елена [Redacted - PII] | [Redacted - PII] Евгения [Redacted - PII] [[Redacted - PII] @ast.ru]] | | AST |

| Bates Beg | Basis for Withholding | Description of Material Withheld & Subject Matter of Document | Date Sent | Email From | Author | Email To / Recipient(s) | Email CC | All Custodians |
|---|---|---|---|---|---|---|---|---|
| AST_0000074903 | AC;WP | Document containing legal advice from AST counsel regarding copyright infringement | | | [Redacted - PII]  Татьяна [Redacted - PII] | | | AST |
| AST_0000074904 | AC;WP | Email discussing legal advice from AST counsel regarding copyright infringement | 9/6/2018 | Елена [[Redacted - PII]@ast.ru] | Елена | [Redacted - PII]Тимур [Redacted - PII] [@ast.ru] | [Redacted - PII] Евгения [Redacted - PII] [[Redacted - PII] @ast.ru] | AST |
| AST_0000074913 | AC;WP | Email containing legal advice from AST counsel regarding copyright infringement | 9/6/2018 | [Redacted - PII] Тимур [Redacted - PII] [[Redacted - PII] @ast.ru] | [Redacted - PII] Тимур [Redacted - PII] | Елена [[Redacted - PII] @ast.ru] | [Redacted - PII] Евгения [Redacted - PII] [[Redacted - PII] @ast.ru] | AST |
| AST_0000074922 | AC;WP | Email containing legal advice from AST counsel regarding copyright infringement | 9/10/2018 | [Redacted - PII] Тимур [Redacted - PII] [[Redacted - PII] @ast.ru] | [Redacted - PII] Тимур | Елена [[[Redacted - PII] @ast.ru] | [Redacted - PII] Евгения [Redacted - PII] [[Redacted - PII] @ast.ru] | AST |
| AST_0000074931 | AC | Email discussing legal advice from AST counsel regarding copyright infringement | 9/10/2018 | [Redacted - PII] Елена [Redacted - PII] [[Redacted - PII] @ast.ru] | [Redacted - PII] Елена | [Redacted - PII]Тимур [Redacted - PII] [Redacted - PII] @ast.ru] | [Redacted - PII] Евгения [Redacted - PII] [[Redacted - PII] @ast.ru] | AST |
| AST_0000074992 | AC | Email discussing legal advice from AST counsel regarding contractual obligations | 4/8/2015 | [Redacted - PII] Мария [Redacted - PII] [[Redacted - PII] @ast.ru] | [Redacted - PII] Мария [Redacted - PII] | [Redacted - PII] Ольга [Redacted - PII] | | AST |
| AST_0000074993 | AC | Email discussing legal advice from AST counsel regarding contractual obligations | 4/8/2015 | [Redacted - PII] Мария [Redacted - PII] [[Redacted - PII] @ast.ru] | [Redacted - PII] Мария [Redacted - PII] | [Redacted - PII] Ольга [Redacted - PII] | | AST |
| AST_0000074994 | AC | Email discussing legal advice from AST counsel regarding contractual obligations | 4/8/2015 | [Redacted - PII] Мария [Redacted - PII] [Redacted - PII] | [Redacted - PII] Мария [Redacted - PII] | [Redacted - PII] Ольга [Redacted - PII] | | AST |
| AST_0000074995 | AC; Produce as Redacted | Email discussing legal advice from AST counsel regarding contractual obligations | 4/9/2015 | [Redacted - PII] Мария [Redacted - PII] [[Redacted - PII] @ast.ru] | [Redacted - PII] Мария [Redacted - PII] | [Redacted - PII] | | AST |
| AST_0000075002 | AC | Email discussing legal advice from AST counsel regarding contractual obligations | 4/13/2015 | [Redacted - PII] Мария [Redacted - PII] [[Redacted - PII] @ast.ru] | [Redacted - PII] Мария [Redacted - PII] | [Redacted - PII] Ольга [Redacted - PII] | | AST |
| AST_0000075003 | AC; Produce as Redacted | Email discussing legal advice from AST counsel regarding contractual obligations | 4/14/2015 | [Redacted - PII] Мария [Redacted - PII] [[Redacted - PII] @ast.ru] | [Redacted - PII] Мария [Redacted - PII] | [Redacted - PII] | | AST |
| AST_0000075013 | AC | Email reflecting legal advice from AST counsel regarding contractual obligations | 5/19/2015 | [Redacted - PII] Мария [Redacted - PII] [[Redacted - PII] @ast.ru] | [Redacted - PII] Мария [Redacted - PII] | [Redacted - PII] Ольга [Redacted - PII] | | AST |
| AST_0000075014 | AC | Email requesting legal advice from AST counsel regarding contractual obligations | 5/29/2015 | [Redacted - PII] Мария [Redacted - PII] [[Redacted - PII] @ast.ru] | [Redacted - PII] Мария [Redacted - PII] | [Redacted - PII] Тимур [Redacted - PII]@ast.ru] [[Redacted - PII] | | AST |
| AST_0000075029 | AC | Email discussing legal advice from AST counsel regarding contractual obligations | 6/1/2015 | [Redacted - PII] Мария [Redacted - PII] [[Redacted - PII] @ast.ru] | [Redacted - PII] Мария [Redacted - PII] | [Redacted - PII] Екатерина [Redacted - PII] | | AST |
| AST_0000075030 | AC | Email discussing legal advice from AST counsel regarding contractual obligations | 6/1/2015 | [Redacted - PII] Мария [Redacted - PII] [[Redacted - PII] @ast.ru] | [Redacted - PII] Мария [Redacted - PII] | [Redacted - PII] Елена [Redacted - PII] [[[Redacted - PII] @ast.ru] | | AST |
| AST_0000075031 | AC;WP | Email providing information for the provision of legal advice by AST counsel regarding copyright infringement | 6/30/2015 | [Redacted - PII] Мария [Redacted - PII] [[Redacted - PII] @ast.ru] | [Redacted - PII] Мария [Redacted - PII] | [Redacted - PII] Елена [Redacted - PII] [Redacted - PII]@ast.ru] | | AST |
| AST_0000075032 | AC; Produce as Redacted | Email discussing legal advice from AST counsel regarding contractual obligations | 4/14/2015 | [Redacted - PII] | Olga [Redacted - PII] | [Redacted - PII] Мария [Redacted - PII] [Redacted - PII] @ast.ru] | | AST |
| AST_0000075054 | AC | Email reflecting legal advice from AST counsel regarding contractual obligations | 5/12/2015 | [Redacted - PII] Екатерина [Redacted - PII] [Redacted - PII] @ast.ru] | [Redacted - PII] Екатерина [Redacted - PII] | [Redacted - PII] Мария [Redacted - PII] [[Redacted - PII] @ast.ru] | [Redacted - PII] Ольга [Redacted - PII] [Redacted - PII] @ast.ru] | AST |
| AST_0000075069 | AC | Email reflecting legal advice from AST counsel regarding contractual obligations | 5/14/2015 | [Redacted - PII] Ольга [Redacted - PII] [[[Redacted - PII] @ast.ru] | [Redacted - PII] Ольга [Redacted - PII] | [Redacted - PII] Мария [Redacted - PII] [[Redacted - PII] @ast.ru] | [Redacted - PII] Галина [Redacted - PII] [[Redacted - PII] @ast.ru];[Redacted - PII] Екатерина [Redacted - PII]@ast.ru | AST |

| Bates Beg | Basis for Withholding | Description of Material Withheld & Subject Matter of Document | Date Sent | Email From | Author | Email To / Recipient(s) | Email CC | All Custodians |
|---|---|---|---|---|---|---|---|---|
| AST_0000075072 | AC;WP | Email requesting information for the provision of legal advice by AST counsel regarding copyright infringement | 6/30/2015 | [Redacted - PII] Елена [Redacted - PII] [[Redacted - PII]@ast.ru] | [Redacted - PII]  Елена [Redacted - PII] | [Redacted - PII]  Мария [Redacted - PII]  [[Redacted - PII] @ast.ru] | | AST |
| AST_0000075073 | AC;WP | Document containing legal advice from AST counsel regarding copyright infringement | | | | | | AST |
| AST_0000075074 | AC;WP | Email discussing legal advice from AST counsel regarding YouTube litigation | 1/18/2022 | [Redacted - PII] Вероника [Redacted - PII] [[Redacted - PII] @ast.ru] | [Redacted - PII]  Вероника [Redacted - PII] | [Redacted - PII] Елена [Redacted - PII]  [[Redacted - PII] @ast.ru] | | AST |