George A. Zelcs (pro hac vice)
 gzelcs@koreintillery.com
Randall P. Ewing, Jr. (pro hac vice)
 rewing@koreintillery.com
Ryan Z. Cortazar (pro hac vice)
 rcortazar@koreintillery.com
**KOREIN TILLERY, LLC**
205 North Michigan, Suite 1950
Chicago, IL  60601
Telephone: (312) 641-9750

Stephen M. Tillery (pro hac vice)
 stillery@koreintillery.com
Steven M. Berezney, CA Bar #329923
 sberezney@koreintillery.com
Carol O'Keefe (pro hac vice)
 cokeefe@koreintillery.com
**KOREIN TILLERY, LLC**
505 North 7th Street, Suite 3600
St. Louis, MO  63101
Telephone: (314) 241-4844

Joshua Irwin Schiller, CA Bar #330653
 jischiller@bsfllp.com
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery Street
41st Floor
San Francisco, CA  94104
Telephone: (415) 293-6800

Philip C. Korologos (pro hac vice)
 pkorologos@bsfllp.com
Joanna Wright (pro hac vice)
 jwright@bsfllp.com
**BOIES SCHILLER FLEXNER LLP**
55 Hudson Yards, 20th Floor
New York, NY 10001
Telephone: (212) 446-2300

*Attorneys for Plaintiffs Maria Schneider,
Uniglobe Entertainment, LLC, and AST Publishing Ltd.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING, LTD., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>Defendants. | Case No. 3:20-cv-04423-JD<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |
| YOUTUBE, LLC and GOOGLE LLC,<br><br>Counterclaimants,<br><br>v.<br><br>PIRATE MONITOR LTD,<br><br>Counterclaim Defendants. | |

1     Pursuant to Civil Local Rules 7-11 and 79-5(f) and this Court's Standing Order for Civil Cases before Honorable Judge James Donato ¶¶ 25-31, Plaintiffs respectfully submit this administrative motion to consider whether certain of Defendants' materials included with or referenced in Plaintiffs' Proffer of Evidence Concerning DMCA Factual Disputes should be filed under seal.  Plaintiffs do not seek to file any of their own materials under seal.

    Pursuant to the Stipulated Protective Order entered in this case (ECF No. 45), Defendants designated as "Confidential" and/or "Highly Confidential – Attorney's Eyes Only" the documents submitted as Exhibits 1 through 8, 11, 12, 15, 17, 19 through 23, 25, 26, and 32 through 35 to the Declaration of Joanna Wright in Support of Plaintiffs' Proffer of Evidence Concerning DMCA Factual Disputes ("Wright Declaration"), and also designated as "Confidential" and/or "Highly Confidential – Attorney's Eyes Only" information contained in the documents submitted as Exhibits 9 and 10 to the Wright Declaration.  Plaintiffs have submitted these documents provisionally under seal in accordance with the provisions of the Stipulated Protective Order and Civil Local Rule 79-5(f) and will file redacted versions.  Plaintiffs have redacted portions of the Proffer that quote from those documents pursuant to Civil Local Rules 79(e) and (f).

    For the foregoing reasons, Plaintiffs respectfully request that the Court grant their Administrative Motion to Consider Whether Another Party's Material Should Be Sealed.

Dated: January 9, 2023

Respectfully submitted,

/s/ *Philip Korologos*
Philip C. Korologos (pro hac vice)
Joanna Wright (pro hac vice)
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards, 20th Floor
New York, NY 10001
Phone: (212) 446-2300
Fax: (212) 446-2350

Joshua Irwin Schiller, CA Bar #330653
BOIES SCHILLER FLEXNER LLP
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Phone: (415) 293-6800
Fax: (415) 293-6899

George A. Zelcs (pro hac vice)
Randall P. Ewing, Jr. (pro hac vice)

| | |
|---|---|
| 1 | Ryan Z. Cortazar (pro hac vice) |
| | KOREIN TILLERY, LLC |
| 2 | 205 North Michigan, Suite 1950 |
| | Chicago, IL 60601 |
| 3 | Telephone: (312) 641-9750 |
| | Facsimile: (312) 641-9751 |
| 4 | |
| | Stephen M. Tillery (pro hac vice) |
| 5 | Steven M. Berezney, CA Bar #329923 |
| | Carol O'Keefe (pro hac vice) |
| 6 | KOREIN TILLERY, LLC |
| | 505 North 7th Street, Suite 3600 |
| 7 | St. Louis, MO 63101 |
| | Telephone: (314) 241-4844 |
| 8 | Facsimile: (314) 241-3525 |
| 9 | *Attorneys for Plaintiffs* |