1  George A. Zelcs (pro hac vice)
   *gzelcs@koreintillery.com*
2  Randall P. Ewing, Jr. (pro hac vice)
   *rewing@koreintillery.com*
3  Ryan Z. Cortazar (pro hac vice)
   *rcortazar@koreintillery.com*
4  **KOREIN TILLERY, LLC**
   205 North Michigan, Suite 1950
5  Chicago, IL 60601
   Telephone: (312) 641-9750
6
   Stephen M. Tillery (pro hac vice)
7   *stillery@koreintillery.com*
   Steven M. Berezney, CA Bar #329923
8   *sberezney@koreintillery.com*
   Carol O'Keefe (pro hac vice)
9   *cokeefe@koreintillery.com*
   **KOREIN TILLERY, LLC**
10  505 North 7th Street, Suite 3600
    St. Louis, MO 63101
11  Telephone: (314) 241-4844

Joshua Irwin Schiller, CA Bar #330653
 *jischiller@bsfllp.com*
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery Street
41st Floor
San Francisco, CA 94104
Telephone: (415) 293-6800

Philip C. Korologos (pro hac vice)
 *pkorologos@bsfllp.com*
Joanna Wright (pro hac vice)
 *jwright@bsfllp.com*
**BOIES SCHILLER FLEXNER LLP**
55 Hudson Yards, 20th Floor
New York, NY 10001
Telephone: (212) 446-2300

12 *Attorneys for Plaintiffs Maria Schneider,*
*Uniglobe Entertainment, LLC, and AST Publishing Ltd.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING, LTD., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>Defendants. | Case No. 3:20-cv-04423-JD<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |
| YOUTUBE, LLC and GOOGLE LLC,<br><br>Counterclaimants,<br><br>v.<br><br>PIRATE MONITOR LTD,<br><br>Counterclaim Defendants. | |

Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed is GRANTED.

**IT IS SO ORDERED.**

Date: _____   _____
THE HONORABLE JAMES DONATO
United States District Judge