George A. Zelcs (pro hac vice)
  *gzelcs@koreintillery.com*
Randall P. Ewing, Jr. (pro hac vice)
  *rewing@koreintillery.com*
Ryan Z. Cortazar (pro hac vice)
  *rcortazar@koreintillery.com*
**KOREIN TILLERY, LLC**
205 North Michigan, Suite 1950
Chicago, IL  60601
Telephone: (312) 641-9750

Stephen M. Tillery (pro hac vice)
  *stillery@koreintillery.com*
Steven M. Berezney, CA Bar #329923
  *sberezney@koreintillery.com*
Carol O'Keefe (pro hac vice)
  *cokeefe@koreintillery.com*
**KOREIN TILLERY, LLC**
505 North 7th Street, Suite 3600
St. Louis, MO  63101
Telephone: (314) 241-4844

Joshua Irwin Schiller, CA Bar #330653
  *jischiller@bsfllp.com*
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery Street
41st Floor
San Francisco, CA  94104
Telephone: (415) 293-6800

Philip C. Korologos (pro hac vice)
  *pkorologos@bsfllp.com*
Joanna Wright (pro hac vice)
  *jwright@bsfllp.com*
**BOIES SCHILLER FLEXNER LLP**
55 Hudson Yards, 20th Floor
New York, NY 10001
Telephone: (212) 446-2300

*Attorneys for Plaintiffs Maria Schneider,*
*Uniglobe Entertainment, LLC, and AST Publishing Ltd.*

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING, LTD., individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> YOUTUBE, LLC and GOOGLE LLC, <br><br> Defendants. | Case No. 3:20-cv-04423-JD <br><br> **DECLARATION OF JOANNA WRIGHT IN SUPPORT OF PLAINTIFFS' PROFFER OF EVIDENCE CONCERNING DMCA FACTUAL DISPUTES** |
| YOUTUBE, LLC and GOOGLE LLC, <br><br> Counterclaimants, <br><br> v. <br><br> PIRATE MONITOR LTD, <br><br> Counterclaim Defendants. | |

I, Joanna Wright, declare as follows:

1.    I am an attorney at Boies Schiller Flexner LLP, co-counsel to Plaintiffs and putative class representatives Maria Schneider, Uniglobe Entertainment, LLC, and AST Publishing, Ltd.  I make this declaration in support of Plaintiffs' Proffer of Evidence Concerning DMCA Factual Disputes filed on January 9, 2023.  I have knowledge of the facts stated herein from my personal knowledge and, if called as a witness, I could and would competently testify thereto.

2.    Attached hereto as **Exhibit 1** is a true and correct copy of excerpts of the July 1, 2022, deposition of Arpan Agrawal.

3.    Attached hereto as **Exhibit 2** is a true and correct copy of excerpts of the June 22, 2022, deposition of Julian Bill.

4.    Attached hereto as **Exhibit 3** is a true and correct copy of excerpts of the June 28, 2022, deposition of Cristos Goodrow.

5.    Attached hereto as **Exhibit 4** is a true and correct copy of excerpts of the July 14, 2022, deposition of Joanne Suk.

6.    Attached hereto as **Exhibit 5** is a true and correct copy of excerpts of the June 29, 2022, deposition of Chris Ting.

7.    Attached hereto as **Exhibit 6** is a true and correct copy of excerpts of the May 24, 2022, deposition of Amy Wu.

8.    Attached hereto as **Exhibit 7** is a true and correct copy of excerpts of the June 21, 2022, deposition of Kevin Zhu.

9.    Attached hereto as **Exhibit 8** is a true and correct copy of excerpts of the June 21, 2022, 30(b)(6) deposition of Kevin Zhu.

10.    Attached hereto as **Exhibit 9** is a true and correct copy of the November 17, 2022, Expert Report of Hal J. Singer.

11.    Attached hereto as **Exhibit 10** is a true and correct copy of the September 1, 2022, Expert Report of Joseph M. Winograd.

12.     Attached hereto as **Exhibit 11** is a true and correct copy of excerpts of the December 29, 2022, Expert Report of Steven R. Peterson.

13.     Attached hereto as **Exhibit 12** is a true and correct copy of excerpts of Defendants' Amended Objections and Responses to Interrogatory Nos. 3, 4, and 7 dated June 17, 2022. Not included as part of Exhibit 12 are the three exhibits thereto, which make up approximately 65 pages and which will be supplied upon request.

14.     Attached hereto as **Exhibit 13** is a true and correct copy of excerpts of Defendants' Responses and Objections to Plaintiffs First Set of Requests for Admissions covering RFA Nos. 10-14, and 61-62 dated July 5, 2022.

15.     Attached hereto as **Exhibit 14** is a true and correct copy of a document produced by YouTube entitled "Terms of Service," dated June 9, 2010, and bearing production numbers GOOG-SCHNDR-00034933-934.

16.     Attached hereto as **Exhibit 15** is a true and correct copy of a document produced by YouTube entitled "Auto-continuation view counting," dated approximately April 1, 2014, and bearing production numbers GOOG-SCHNDR-00043717-772.

17.     Attached hereto as **Exhibit 16** is a true and correct copy of a document produced by YouTube bearing production number GOOG-SCHNDR-00040443.

18.     Attached hereto as **Exhibit 17** is a true and correct copy of a document produced by YouTube entitled "Watch Next Overview," dated January 22, 2016, and bearing production numbers GOOG-SCHNDR-00040865-941.

19.     Attached hereto as **Exhibit 18** is a true and correct copy of excerpts of a document entitled "Comments of Motion Picture Association of America Inc." to the United States Copyright Office dated April 1, 2016.  A complete version of this document is available at https://www.motionpictures.org/wp-content/uploads/2018/03/LF_Motion_Picture_Association_of_America_Inc_-_First_Round_Comments.pdf (last accessed January 9, 2023).

20.   Attached hereto as **Exhibit 19** is a true and correct copy of a document produced by YouTube entitled "Watch Next Eng Review," dated May 8, 2017, and bearing production numbers GOOG-SCHNDR-00052174-263.

21.   Attached hereto as **Exhibit 20** is a true and correct copy of excerpts of a document produced by YouTube entitled "SpiderMADison: Expanded Copyright Suspensions," dated approximately October 2, 2017, and bearing production numbers GOOG-SCHNDR-00041389-443.

22.   Attached hereto as **Exhibit 21** is a true and correct copy of a document produced by YouTube entitled "SpiderMADison: Copyright Suspension Expansion to Linked Channels," dated May 14, 2018, and bearing production numbers GOOG-SCHNDR-00000918–923.

23.   Attached hereto as **Exhibit 22** is a true and correct copy of a document produced by YouTube entitled "Automated Madison Suspension Propagation (SpiderMADison)," dated August 18, 2017, and bearing production numbers GOOG-SCHNDR-00041383–388.

24.   Attached hereto as **Exhibit 23** is a true and correct copy of a document produced by YouTube entitled "Trust & Safety/ SpiderMADsense," dated October 2, 2018, and bearing production numbers GOOG-SCHNDR-00001059-065

25.   Attached hereto as **Exhibit 24** is a true and correct copy of a document downloaded from https://www.blog.google/documents/27/How_Google_Fights_Piracy_2018.pdf/ (last accessed January 9, 2023) entitled "How Google Fights Piracy," dated November 2018, that was produced in black and white as a document bearing production numbers GOOG-SCHNDR-00021221-284.

26.   Attached hereto as **Exhibit 25** is a true and correct copy of a document produced by YouTube from the "YouTube Developer's Handbook", entitled "Life of a YouTube Upload," dated May 11, 2020, and bearing production numbers GOOG-SCHNDR-00034775-798.

27.   Attached hereto as **Exhibit 26** is a true and correct copy of a document produced by YouTube entitled "Autoplay Deep Dive," dated April 2021, bearing production numbers

GOOG-SCHNDR-00040723-747, that was also marked as Plaintiffs' Exhibit 103 at the May 24, 2022, deposition of Amy Wu.

28.     Attached hereto as **Exhibit 27** is a true and correct copy of YouTube's "Copyright Transparency Report," prepared for the first half of 2021, that was produced in black and white as a document bearing production numbers GOOG-SCHNDR-00041492-504.

29.     Attached hereto as **Exhibit 28** is a true and correct copy of YouTube's "Copyright Transparency Report," prepared for the second half of 2021, bearing production numbers GOOG-SCHNDR-00052970-982

30.     Attached hereto as **Exhibit 29** is a true and correct copy of YouTube's "Copyright Transparency Report," prepared for the first half of 2022.

31.     Attached hereto as **Exhibit 30** is a true and correct copy of a Response to Copyright Office Notification of Inquiry regarding Standard Technical Measures and Section 512 (Docket No. 2022-2) submitted via regulations.gov from the Recording Industry Association of America and National Music Publishers' Association dated May 27, 2022.  This document is available for download at https://www.regulations.gov/comment/COLC-2022-0002-0041.

32.     Attached hereto as **Exhibit 31** is a true and correct copy of a document entitled "Copyright" produced by YouTube bearing production numbers GOOG-SCHNDR-00050094-097.

33.     Attached hereto as **Exhibit 32** is a true and correct copy of a printout of a spreadsheet produced by Defendants bearing production number GOOG-SCHNDR-00050365 in its native excel form and which shows the number of times alleged infringement were displayed via Autoplay.

34.     Attached hereto as **Exhibit 33** is a true and correct copy of a document produced by YouTube entitled "Sound Recording and Audiovisual Content License" (referred to in Plaintiffs' January 9 Proffer as "SRAV") bearing production numbers GOOG-SCHNDR-00020258-292.

1       35.    Attached hereto as **Exhibit 34** is a true and correct copy of a document produced

by YouTube entitled "Publishing License Agreement" (referred to in Plaintiffs' January 9 Proffer

as "PLA") bearing production numbers GOOG-SCHNDR-00002434-452.

       36.    Attached hereto as **Exhibit 35** is a true and correct copy of an email from

Plaintiffs' counsel to Defendants' counsel dated March 9, 2022.

       37.    Attached hereto as **Exhibit 36** is a true and correct copy of a takedown notice

submitted by Maria Schneider and an email exchange dated January 9, 2023, between Ms.

Schneider and YouTube.


       I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.  Executed this 9th day of January 2023 at Scarsdale, New York.


                                */s/ Joanna Wright*

                                 Joanna Wright

**ATTESTATION**

My user ID and password are being used in the electronic filing of this document and, in compliance with N.D. Cal. Civil L.R. 5-1(h)(3), I hereby attest that concurrence in the filing of the document has been obtained from each of the other Signatories.

*/s/ Philip Korologos*
Philip Korologos

DECLARATION OF JOANNA WRIGHT IN SUPPORT OF PLAINTIFFS' PROFFER OF
EVIDENCE CONCERNING DMCA FACTUAL DISPUTES