1  George A. Zelcs (pro hac vice)
     *gzelcs@koreintillery.com*
2  Randall P. Ewing, Jr. (pro hac vice)
     *rewing@koreintillery.com*
3  Ryan Z. Cortazar (pro hac vice)
     *rcortazar@koreintillery.com*
4  **KOREIN TILLERY, LLC**
   205 North Michigan, Suite 1950
5  Chicago, IL  60601
   Telephone: (312) 641-9750
6
   Stephen M. Tillery (pro hac vice)
7    *stillery@koreintillery.com*
   Steven M. Berezney, CA Bar #329923
8    *sberezney@koreintillery.com*
   Carol O'Keefe (pro hac vice)
9    *cokeefe@koreintillery.com*
   **KOREIN TILLERY, LLC**
10 505 North 7th Street, Suite 3600
   St. Louis, MO  63101
11 Telephone: (314) 241-4844

Joshua Irwin Schiller, CA Bar #330653
  *jischiller@bsfllp.com*
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery Street
41st Floor
San Francisco, CA  94104
Telephone: (415) 293-6800

Philip C. Korologos (pro hac vice)
  *pkorologos@bsfllp.com*
Joanna Wright (pro hac vice)
  *jwright@bsfllp.com*
**BOIES SCHILLER FLEXNER LLP**
55 Hudson Yards, 20th Floor
New York, NY 10001
Telephone: (212) 446-2300

12 *Attorneys for Plaintiffs Maria Schneider,*
   *Uniglobe Entertainment, LLC, and AST Publishing Ltd.*

13

14 **UNITED STATES DISTRICT COURT**
   **NORTHERN DISTRICT OF CALIFORNIA**
   **SAN FRANCISCO DIVISION**

15

16 | MARIA SCHNEIDER, UNIGLOBE | Case No. 3:20-cv-04423-JD |
17 | ENTERTAINMENT, LLC, and AST PUBLISHING, LTD., individually and on behalf of all others similarly situated, | **DECLARATION OF JOANNA WRIGHT IN SUPPORT OF PLAINTIFFS' PROFFER OF EVIDENCE CONCERNING DMCA FACTUAL DISPUTES** |
18 | Plaintiffs, | |
19 | v. | |
20 | YOUTUBE, LLC and GOOGLE LLC, | |
21 | Defendants. | |
22 | | |
23 | YOUTUBE, LLC and GOOGLE LLC, | |
24 | Counterclaimants, | |
25 | v. | |
26 | PIRATE MONITOR LTD, | |
27 | Counterclaim Defendants. | |

28

1   I, Joanna Wright, declare as follows:

2   1.   I am an attorney at Boies Schiller Flexner LLP, co-counsel to Plaintiffs and

3   putative class representatives Maria Schneider, Uniglobe Entertainment, LLC, and AST

4   Publishing, Ltd.  I make this declaration in support of Plaintiffs' Proffer of Evidence Concerning

5   DMCA Factual Disputes filed on January 9, 2023.  I have knowledge of the facts stated herein

6   from my personal knowledge and, if called as a witness, I could and would competently testify

7   thereto.

8   2.   Attached hereto as **Exhibit 1** is a true and correct copy of excerpts of the July 1,

9   2022, deposition of Arpan Agrawal.

10   3.   Attached hereto as **Exhibit 2** is a true and correct copy of excerpts of the June 22,

11   2022, deposition of Julian Bill.

12   4.   Attached hereto as **Exhibit 3** is a true and correct copy of excerpts of the June 28,

13   2022, deposition of Cristos Goodrow.

14   5.   Attached hereto as **Exhibit 4** is a true and correct copy of excerpts of the July 14,

15   2022, deposition of Joanne Suk.

16   6.   Attached hereto as **Exhibit 5** is a true and correct copy of excerpts of the June 29,

17   2022, deposition of Chris Ting.

18   7.   Attached hereto as **Exhibit 6** is a true and correct copy of excerpts of the May 24,

19   2022, deposition of Amy Wu.

20   8.   Attached hereto as **Exhibit 7** is a true and correct copy of excerpts of the June 21,

21   2022, deposition of Kevin Zhu.

22   9.   Attached hereto as **Exhibit 8** is a true and correct copy of excerpts of the June 21,

23   2022, 30(b)(6) deposition of Kevin Zhu.

24   10.   Attached hereto as **Exhibit 9** is a true and correct copy of the November 17, 2022,

25   Expert Report of Hal J. Singer.

26   11.   Attached hereto as **Exhibit 10** is a true and correct copy of the September 1, 2022,

27   Expert Report of Joseph M. Winograd.

28

DECLARATION OF JOANNA WRIGHT IN SUPPORT OF PLAINTIFFS' PROFFER OF
EVIDENCE CONCERNING DMCA FACTUAL DISPUTES

1    12.    Attached hereto as **Exhibit 11** is a true and correct copy of excerpts of the

2    December 29, 2022, Expert Report of Steven R. Peterson.

3    13.    Attached hereto as **Exhibit 12** is a true and correct copy of excerpts of Defendants'

4    Amended Objections and Responses to Interrogatory Nos. 3, 4, and 7 dated June 17, 2022.

5    Not included as part of Exhibit 12 are the three exhibits thereto, which make up approximately

6    65 pages and which will be supplied upon request.

7    14.    Attached hereto as **Exhibit 13** is a true and correct copy of excerpts of Defendants'

8    Responses and Objections to Plaintiffs First Set of Requests for Admissions covering RFA Nos.

9    10-14, and 61-62 dated July 5, 2022.

10    15.    Attached hereto as **Exhibit 14** is a true and correct copy of a document produced

11    by YouTube entitled "Terms of Service," dated June 9, 2010, and bearing production numbers

12    GOOG-SCHNDR-00034933-934.

13    16.    Attached hereto as **Exhibit 15** is a true and correct copy of a document produced

14    by YouTube entitled "Auto-continuation view counting," dated approximately April 1, 2014, and

15    bearing production numbers GOOG-SCHNDR-00043717-772.

16    17.    Attached hereto as **Exhibit 16** is a true and correct copy of a document produced

17    by YouTube bearing production number GOOG-SCHNDR-00040443.

18    18.    Attached hereto as **Exhibit 17** is a true and correct copy of a document produced

19    by YouTube entitled "Watch Next Overview," dated January 22, 2016, and bearing production

20    numbers GOOG-SCHNDR-00040865-941.

21    19.    Attached hereto as **Exhibit 18** is a true and correct copy of excerpts of a document

22    entitled "Comments of Motion Picture Association of America Inc." to the United States

23    Copyright Office dated April 1, 2016.  A complete version of this document is available at

24    https://www.motionpictures.org/wp-

25    content/uploads/2018/03/LF_Motion_Picture_Association_of_America_Inc_-

26    _First_Round_Comments.pdf (last accessed January 9, 2023).

27

28

DECLARATION OF JOANNA WRIGHT IN SUPPORT OF PLAINTIFFS' PROFFER OF
EVIDENCE CONCERNING DMCA FACTUAL DISPUTES

1    20.    Attached hereto as **Exhibit 19** is a true and correct copy of a document produced

2    by YouTube entitled "Watch Next Eng Review," dated May 8, 2017, and bearing production

3    numbers GOOG-SCHNDR-00052174-263.

4    21.    Attached hereto as **Exhibit 20** is a true and correct copy of excerpts of a document

5    produced by YouTube entitled "SpiderMADison: Expanded Copyright Suspensions," dated

6    approximately October 2, 2017, and bearing production numbers GOOG-SCHNDR-00041389-

7    443.

8    22.    Attached hereto as **Exhibit 21** is a true and correct copy of a document produced

9    by YouTube entitled "SpiderMADison: Copyright Suspension Expansion to Linked Channels,"

10    dated May 14, 2018, and bearing production numbers GOOG-SCHNDR-00000918–923.

11    23.    Attached hereto as **Exhibit 22** is a true and correct copy of a document produced

12    by YouTube entitled "Automated Madison Suspension Propagation (SpiderMADison),"

13    dated August 18, 2017, and bearing production numbers GOOG-SCHNDR-00041383–388.

14    24.    Attached hereto as **Exhibit 23** is a true and correct copy of a document produced

15    by YouTube entitled "Trust & Safety/ SpiderMADsense," dated October 2, 2018, and bearing

16    production numbers GOOG-SCHNDR-00001059-065

17    25.    Attached hereto as **Exhibit 24** is a true and correct copy of a document downloaded

18    from https://www.blog.google/documents/27/How_Google_Fights_Piracy_2018.pdf/ (last

19    accessed January 9, 2023) entitled "How Google Fights Piracy," dated November 2018, that was

20    produced in black and white as a document bearing production numbers GOOG-SCHNDR-

21    00021221-284.

22    26.    Attached hereto as **Exhibit 25** is a true and correct copy of a document produced

23    by YouTube from the "YouTube Developer's Handbook", entitled "Life of a YouTube Upload,"

24    dated May 11, 2020, and bearing production numbers GOOG-SCHNDR-00034775-798.

25    27.    Attached hereto as **Exhibit 26** is a true and correct copy of a document produced

26    by YouTube entitled "Autoplay Deep Dive," dated April 2021, bearing production numbers

27

28

DECLARATION OF JOANNA WRIGHT IN SUPPORT OF PLAINTIFFS' PROFFER OF
EVIDENCE CONCERNING DMCA FACTUAL DISPUTES

1   GOOG-SCHNDR-00040723-747, that was also marked as Plaintiffs' Exhibit 103 at the May

2   24, 2022, deposition of Amy Wu.

3          28.     Attached hereto as **Exhibit 27** is a true and correct copy of YouTube's "Copyright

4   Transparency Report," prepared for the first half of 2021, that was produced in black and white as

5   a document bearing production numbers GOOG-SCHNDR-00041492-504.

6          29.     Attached hereto as **Exhibit 28** is a true and correct copy of YouTube's "Copyright

7   Transparency Report," prepared for the second half of 2021, bearing production numbers GOOG-

8   SCHNDR-00052970-982

9          30.     Attached hereto as **Exhibit 29** is a true and correct copy of YouTube's "Copyright

10  Transparency Report," prepared for the first half of 2022.

11         31.     Attached hereto as **Exhibit 30** is a true and correct copy of a Response to

12  Copyright Office Notification of Inquiry regarding Standard Technical Measures and Section 512

13  (Docket No. 2022-2) submitted via regulations.gov from the Recording Industry Association of

14  America and National Music Publishers' Association dated May 27, 2022.  This document is

15  available for download at https://www.regulations.gov/comment/COLC-2022-0002-0041.

16         32.     Attached hereto as **Exhibit 31** is a true and correct copy of a document entitled

17  "Copyright" produced by YouTube bearing production numbers GOOG-SCHNDR-00050094-

18  097.

19         33.     Attached hereto as **Exhibit 32** is a true and correct copy of a printout of a

20  spreadsheet produced by Defendants bearing production number GOOG-SCHNDR-00050365 in

21  its native excel form and which shows the number of times alleged infringement were displayed

22  via Autoplay.

23         34.     Attached hereto as **Exhibit 33** is a true and correct copy of a document produced

24  by YouTube entitled "Sound Recording and Audiovisual Content License" (referred to in

25  Plaintiffs' January 9 Proffer as "SRAV") bearing production numbers GOOG-SCHNDR-

26  00020258-292.

27

28

1         35.      Attached hereto as **Exhibit 34** is a true and correct copy of a document produced

2  by YouTube entitled "Publishing License Agreement" (referred to in Plaintiffs' January 9 Proffer

3  as "PLA") bearing production numbers GOOG-SCHNDR-00002434-452.

4         36.      Attached hereto as **Exhibit 35** is a true and correct copy of an email from

5  Plaintiffs' counsel to Defendants' counsel dated March 9, 2022.

6         37.      Attached hereto as **Exhibit 36** is a true and correct copy of a takedown notice

7  submitted by Maria Schneider and an email exchange dated January 9, 2023, between Ms.

8  Schneider and YouTube.

9

10         I declare under penalty of perjury under the laws of the United States of America that the

11  foregoing is true and correct.  Executed this 9th day of January 2023 at Scarsdale, New York.

12

                                */s/ Joanna Wright*

13                                Joanna Wright

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF JOANNA WRIGHT IN SUPPORT OF PLAINTIFFS' PROFFER OF
EVIDENCE CONCERNING DMCA FACTUAL DISPUTES

1  **ATTESTATION**

2    My user ID and password are being used in the electronic filing of this document and, in

3  compliance with N.D. Cal. Civil L.R. 5-1(h)(3), I hereby attest that concurrence in the filing of the

4  document has been obtained from each of the other Signatories.

5

6                                              */s/ Philip Korologos*
                                                Philip Korologos

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF JOANNA WRIGHT IN SUPPORT OF PLAINTIFFS' PROFFER OF
EVIDENCE CONCERNING DMCA FACTUAL DISPUTES