# EXHIBIT 16

```html
<h1>Autoplay videos in YouTube Go</h1>
<p dir="ltr">The Autoplay feature makes it easier to decide what to watch next. After you watch a YouTube video, we'll automatically play another related video based on your viewing history.</p>

<p>Autoplay is switched on by default. At the end of each video, you'll see a countdown that tells you what's going to play next. You can click <strong>Cancel</strong> on the countdown screen to prevent the next video from automatically playing.</p>

<h3 dir="ltr">Turn Autoplay off</h3>

<p dir="ltr">You can adjust your Autoplay setting by toggling "Autoplay" under the video player, or:</p>

<ol dir="ltr">
  <li>Go to your Profile picture icon.</li>
  <li>Scroll down to the "Autoplay" section. </li>
  <li>Toggle "Autoplay next video" Off.</li>
</ol>

<div class="note">
  <div class="no-margin"><strong>Note</strong>: Autoplay will remain off until you turn it back on.</div>
</div>

<p>YouTube Go automatically uses your most recent quality selection to play the following video. If you would like to adjust the quality selection, exit Autoplay by selecting a new video to play, and then select a different quality.</p>
```