# EXHIBIT 31

Our commitments
[Managing harmful content How does YouTube keep harmful content off the platform? Standing up to hate How does YouTube protect the community from hate and harassment? Fighting misinformation How does YouTube combat misinformation? Curbing extremist content How does YouTube prevent radicalization? Supporting elections How does YouTube stay secure, impartial, and fair during elections? Preventing bias What does YouTube do to prevent bias? Fostering child safety How does YouTube keep kids safe on the platform? Protecting user data How does YouTube maintain user privacy? Safeguarding copyright How does YouTube protect copyrighted content? Sharing revenue How does YouTube make money? Promoting digital wellbeing How does YouTube support users' digital wellbeing? Responding to COVID-19 How is YouTube supporting users during COVID-19?]

Product features
[YouTube Search How our search tool can help you find content you'll love Recommended videos How we recommend content we think you'll want to watch News and information How we provide context for your search results and videos Monetization for Creators How Creators earn money on YouTube YouTube Live How you can reach your community in real time with Live and Premieres]

User settings
[Privacy controls How we protect your information and what you can do to control your privacy Ad Settings How our advertising works and how to customize your ad experience Parental controls How you can create a family friendly experience Autoplay How Autoplay works and how to turn it off]

Rules and policies
[Policies overview How our rules and policies help keep our platform safe Community Guidelines How we define what we do and don't allow on YouTube Copyright How we help Creators responsibly manage their content Monetization policies How Creators can monetize their content as part of the YouTube Partner Program Legal removals How we approach content that violates local law]

Progress and impact
[Progress on managing harmful content How we're progressing with our responsibility efforts Our impact How creative entrepreneurs are transforming their lives and communities Culture and trends How to better understand the next generation of Creators and artists]

Our commitments [Managing harmful content] [Standing up to hate] [Fighting misinformation] [Curbing extremist content] [Supporting elections] [Preventing bias] [Fostering child safety] [Protecting user data] [Safeguarding copyright] [Sharing revenue] [Promoting digital wellbeing] [Responding to COVID-19] Product features [YouTube Search] [Recommended videos] [News and information] [Monetization for Creators] [YouTube Live] User settings [Privacy controls] [Ad Settings] [Parental controls] [Autoplay] Rules and policies [Policies overview] [Community Guidelines] [Copyright] [Monetization policies] [Legal removals] Progress and impact [Progress on managing harmful content] [Our impact] [Culture and trends]

Rules and policies.

# Copyright

- [Overview]
- [Fair Use]
- [Making claims]
- [Enforcing copyright]

**The first rule of copyright**

Creators should only upload videos that they have made or that they're authorized to use. That means they should not upload videos they didn't make, or use content in their videos that someone else owns the copyright to, such as music tracks, snippets of copyrighted programs, or videos made by other users, without necessary authorizations.

**What is Fair Use?**

Fair Use is a U.S. law that allows the reuse of copyright-protected material under certain circumstances without getting permission from the copyright owner. However, Fair Use is determined on a case by case basis, and different countries have different rules about when it's okay to use material without the copyright owner's permission. In the U.S., works of

GOOG-SCHNDR-00050094

commentary, criticism, research, teaching, or news reporting might be considered fair use, but it can depend on the situation.

We created the YouTube Audio Library to help Creators re-use content safely by providing free high-quality music and sound effects.

Resources

- Learn more about Fair Use

**How can rights holders make copyright claims?**

Everyone has access to YouTube's Copyright Management Tools, which gives rights holders control of their copyrighted material on YouTube. We work with rights holders to match them to appropriate features based on the scale of their copyrighted content on YouTube, and the resources they've dedicated to responsibly manage their content online. Our Copyright Management Suite provides a number of ways rights holders can make copyright claims.

Webform

The simplest way to have unauthorized copies of copyrighted content removed is by manually submitting a copyright notification through our DMCA (Digital Millennium Copyright Act) webform. This tool is best for most users - it is open to everyone, and available in every language.

Copyright Match Tool

The Copyright Match Tool uses the power of Content ID matching technology to find re-uploads of videos on YouTube. Available to over 1,000,000 channels, it identifies near-full reuploads of a Creator's original videos on other YouTube channels and allows the Creator to choose an action to take: they can request the removal of the video, message the uploader of the video, or simply archive the match if they do not want to take any action. Any user with a demonstrated history of successful DMCA takedowns via our webform can apply for access using our public form.

Content ID

Content ID is our solution for those with the most complex rights management needs. It is our digital fingerprinting system that allows rightholders to upload content they have exclusive rights to as reference files, and then scans videos uploaded to YouTube for matches of that content. When a user uploads content, Content ID scans against the database for matching videos. If there is a match, then an action is taken based on the predefined rules or policies that a content owner sets themselves:

- Block a whole video from being viewed. Creators do not receive a copyright strike if the content owner blocks a video.
- Monetize the video by running ads against it; in some cases sharing revenue with the uploader.
- Track the video's viewership statistics.

In most cases, this means that rights holders don't need to submit copyright takedowns for these videos and instead have the opportunity to monetize and run ads in exchange for the videos being live.

Resources

- Learn more about YouTube's Copyright Management Tools
- Learn more about copyright strike

**What action does YouTube take for copyright infringement?**

If a copyright owner submits a valid DMCA complaint through our webform, we take down that video and apply a

**copyright strike**. If a user gets three copyright strikes in 90 days, their account, along with any associated channels, will be terminated. We also have tools to help Creators resolve their copyright strikes - including waiting for it to expire after 90 days, requesting a retraction, or submitting a counter notification.

Content ID works differently. If a match between a reference file and a new upload is made, a "claim" is made. Based on the preference selected by the Content ID owner, we'll apply a policy to track, monetize, or block, but will not issue a copyright strike.

Resources

- Learn more about copyright strike
- Retract a claim of copyright infringement
- Submit a counter notification

## Related articles

- Community Guidelines
Read more
- Safeguarding copyright
Read more
- Monetization policies
Read more

## Connect

- **About YouTube**

About Blog Jobs Press YouTube Culture & Trends How YouTube Works

- **Products**

YouTube Go YouTube Kids YouTube Music YouTube Originals YouTube Premium YouTube Studio YouTube TV

- **For Business**

Advertising Developers

- **For Creators**

Artists Creators Creator Academy Creating for Kids Creator Research Creator Services Directory YouTube NextUp YouTube Space YouTube VR

- **Our Commitments**

Creators for Change CSAI Match Social Impact

## About YouTube

## Products

## For Business

## For Creators

## Our Commitments

About Blog Jobs Press YouTube Culture & Trends How YouTube Works YouTube Go YouTube Kids YouTube Music

GOOG-SCHNDR-00050096

YouTube Originals YouTube for Artists YouTube Kids Art of the Trend YouTubers Help YouTube Create Artists Creators Creator Academy Creating for Kids Creator Research Creator Services Directory YouTube NextUp YouTube Space YouTube VR Creators for Change CSAI Match Social Impact
Policies & Safety Copyright Brand Guidelines Privacy Terms
Help

English
English (Australia)
Nederlands (België)
Deutsch (Deutschland)
français (France)
English (India)
日本語 (日本)
한국어 (대한민국)
English (United Kingdom)
Deutsch (Belgien)
English (Belgium)
français (Belgique)
हिन्दी (भारत)