| | |
|---|---|
| George A. Zelcs (pro hac vice)<br>  *gzelcs@koreintillery.com*<br>Randall P. Ewing, Jr. (pro hac vice)<br>  *rewing@koreintillery.com*<br>Ryan Z. Cortazar (pro hac vice)<br>  *rcortazar@koreintillery.com*<br>**KOREIN TILLERY, LLC**<br>205 North Michigan, Suite 1950<br>Chicago, IL  60601<br>Telephone: (312) 641-9750<br><br>Stephen M. Tillery (pro hac vice)<br>  *stillery@koreintillery.com*<br>Steven M. Berezney, CA Bar #329923<br>  *sberezney@koreintillery.com*<br>Carol O'Keefe (pro hac vice)<br>  *cokeefe@koreintillery.com*<br>**KOREIN TILLERY, LLC**<br>505 North 7th Street, Suite 3600<br>St. Louis, MO  63101<br>Telephone: (314) 241-4844 | Joshua Irwin Schiller, CA Bar #330653<br>  *jischiller@bsfllp.com*<br>**BOIES SCHILLER FLEXNER LLP**<br>44 Montgomery Street<br>41st Floor<br>San Francisco, CA  94104<br>Telephone: (415) 293-6800<br><br>Philip C. Korologos (pro hac vice)<br>  *pkorologos@bsfllp.com*<br>Joanna Wright (pro hac vice)<br>  *jwright@bsfllp.com*<br>**BOIES SCHILLER FLEXNER LLP**<br>55 Hudson Yards, 20th Floor<br>New York, NY 10001<br>Telephone: (212) 446-2300 |

*Attorneys for Plaintiffs Maria Schneider,*
*Uniglobe Entertainment, LLC, and AST Publishing Ltd.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING, LTD., individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>　　　　Defendants.<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>　　　　Counterclaimants,<br><br>　v.<br><br>PIRATE MONITOR LTD,<br><br>　　　　Counterclaim Defendants. | Case No. 3:20-cv-04423-JD<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

Pursuant to Civil Local Rules 7-11 and 79-5(f) and this Court's Standing Order for Civil Cases before Honorable Judge James Donato ¶¶ 25-31, Plaintiffs respectfully submit this administrative motion to consider whether certain of Defendants' materials included with or referenced in the letter to the Court supplementing Plaintiffs' Proffer of Evidence Concerning DMCA Factual Disputes (the "Letter") should be filed under seal. Plaintiffs do not seek to file any of their own materials under seal.

Pursuant to the Stipulated Protective Order entered in this case (ECF No. 45), Defendants designated as "Highly Confidential – Attorney's Eyes Only" the document submitted as Exhibit 37 to the Supplemental Declaration of Joanna Wright in Further Support of Plaintiffs' January 9, 2023 Proffer of Evidence Concerning DMCA Factual Disputes. Plaintiffs have submitted this document provisionally under seal in accordance with the provisions of the Stipulated Protective Order and Civil Local Rule 79-5(f) and will file a redacted version of Exhibit 37. Plaintiffs have also redacted portions of the Letter that quote from that document pursuant to Civil Local Rules 79(e) and (f).

For the foregoing reasons, Plaintiffs respectfully request that the Court grant their Administrative Motion to Consider Whether Another Party's Material Should Be Sealed.

Dated: January 11, 2023                    Respectfully submitted,

/s/   *Philip Korologos*
Philip C. Korologos (pro hac vice)
Joanna Wright (pro hac vice)
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards, 20th Floor
New York, NY 10001
Phone: (212) 446-2300
Fax: (212) 446-2350

Joshua Irwin Schiller, CA Bar #330653
BOIES SCHILLER FLEXNER LLP
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Phone: (415) 293-6800
Fax: (415) 293-6899

George A. Zelcs (pro hac vice)
Randall P. Ewing, Jr. (pro hac vice)
Ryan Z. Cortazar (pro hac vice)
KOREIN TILLERY, LLC

|   |   |
|---|---|
| 1 | 205 North Michigan, Suite 1950 |
| 2 | Chicago, IL 60601<br>Telephone: (312) 641-9750<br>Facsimile: (312) 641-9751 |
| 3 | Stephen M. Tillery (pro hac vice) |
| 4 | Steven M. Berezney, CA Bar #329923<br>Carol O'Keefe (pro hac vice) |
| 5 | KOREIN TILLERY, LLC<br>505 North 7th Street, Suite 3600 |
| 6 | St. Louis, MO 63101<br>Telephone: (314) 241-4844<br>Facsimile: (314) 241-3525 |

*Attorneys for Plaintiffs*