| | |
|---|---|
| George A. Zelcs (pro hac vice)<br>*gzelcs@koreintillery.com*<br>Randall P. Ewing, Jr. (pro hac vice)<br>*rewing@koreintillery.com*<br>Ryan Z. Cortazar (pro hac vice)<br>*rcortazar@koreintillery.com*<br>**KOREIN TILLERY, LLC**<br>205 North Michigan, Suite 1950<br>Chicago, IL  60601<br>Telephone: (312) 641-9750<br><br>Stephen M. Tillery (pro hac vice)<br>*stillery@koreintillery.com*<br>Steven M. Berezney, CA Bar #329923<br>*sberezney@koreintillery.com*<br>Carol O'Keefe (pro hac vice)<br>*cokeefe@koreintillery.com*<br>**KOREIN TILLERY, LLC**<br>505 North 7th Street, Suite 3600<br>St. Louis, MO  63101<br>Telephone: (314) 241-4844 | Joshua Irwin Schiller, CA Bar #330653<br>*jischiller@bsfllp.com*<br>**BOIES SCHILLER FLEXNER LLP**<br>44 Montgomery Street<br>41st Floor<br>San Francisco, CA  94104<br>Telephone: (415) 293-6800<br><br>Philip C. Korologos (pro hac vice)<br>*pkorologos@bsfllp.com*<br>Joanna Wright (pro hac vice)<br>*jwright@bsfllp.com*<br>**BOIES SCHILLER FLEXNER LLP**<br>55 Hudson Yards, 20th Floor<br>New York, NY 10001<br>Telephone: (212) 446-2300 |

*Attorneys for Plaintiffs Maria Schneider,
Uniglobe Entertainment, LLC, and AST Publishing Ltd.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING, LTD., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>Defendants.<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>Counterclaimants,<br><br>v.<br><br>PIRATE MONITOR LTD,<br><br>Counterclaim Defendants. | Case No. 3:20-cv-04423-JD<br><br>**SUPPLEMENTAL DECLARATION OF JOANNA WRIGHT IN FURTHER SUPPORT OF PLAINTIFFS' JANUARY  9, 2023 PROFFER OF EVIDENCE CONCERNING DMCA FACTUAL DISPUTES** |

I, Joanna Wright, declare as follows:

1. I am an attorney at Boies Schiller Flexner LLP, co-counsel to Plaintiffs and putative class representatives Maria Schneider, Uniglobe Entertainment, LLC, and AST Publishing, Ltd. I make this declaration in support of the letter filed on January 11, 2023, supplementing Plaintiffs' Proffer of Evidence Concerning DMCA Factual Disputes filed on January 9, 2023. I have knowledge of the facts stated herein from my personal knowledge and, if called as a witness, I could and would competently testify thereto.

2. Attached hereto as **Exhibit 37** is a true and correct copy of a letter from Defendants' counsel to Plaintiffs' counsel, dated January 10, 2023.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 11th day of January 2023 at Scarsdale, New York.

*/s/ Joanna Wright*
Joanna Wright

**ATTESTATION**

My user ID and password are being used in the electronic filing of this document and, in compliance with N.D. Cal. Civil L.R. 5-1(h)(3), I hereby attest that concurrence in the filing of the document has been obtained from each of the other Signatories.

*/s/ Philip Korologos*
Philip Korologos