1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING, LTD., individually and on behalf of all others similarly situated,<br><br>   Plaintiffs,<br><br>   v.<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>   Defendants. | Case No. 3:20-cv-04423-JD<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |
| YOUTUBE, LLC and GOOGLE LLC,<br><br>   Counterclaimants,<br><br>   v.<br><br>PIRATE MONITOR LTD,<br><br>   Counterclaim Defendants. | |

1 | Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should
2 | Be Sealed is GRANTED.
3 | **IT IS SO ORDERED.**
4 |
5 | Date: _____          _____
   |                                         THE HONORABLE JAMES DONATO
6 |                                         United States District Judge