KOREIN TILLERY
*Attorneys at Law*

Michigan Plaza
205 North Michigan Avenue, Suite 1950
Chicago, IL 60601-4263
www.KoreinTillery.com

Randall P. Ewing Jr.
*Attorney*
Rewing@koreintillery.com
*p: (312) 641-9750*
*f: (314) 241-3525*

January 12, 2023

Honorable James Donato
United States District Judge
San Francisco Courthouse, Courtroom 11, 19th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

**Re:** *Schneider et al. v. YouTube, LLC et al.*, Case No. 3:20-cv-4423-JD (N.D. Cal.);
Plaintiff Maria Schneider's January 12, 2023 List of Works-in-suit and
Infringement Claims

Dear Judge Donato:

Pursuant to the Court's January 5, 2023 Order (ECF 222), Plaintiff Maria Schneider and Defendants YouTube, LLC and Google LLC jointly submit the following "numbered list of Schneider's remaining works-in-suit and infringement claims."

| No. | Work | Remaining Copyright Infringement Claims |
|---|---|---|
| 1 | Alchemy | Direct and indirect |
| 2 | Allegresse | Indirect only |
| 3 | Anthem | Direct and indirect |
| 4 | Baytrail shuffle | Direct and indirect |
| 5 | Bird count | Direct and indirect |
| 6 | Buleria, solea y rumba | Direct and indirect |
| 7 | City sunrise | Direct and indirect |
| 8 | Coot stew | Direct and indirect |
| 9 | Dance you monster to my soft song | Indirect only |
| 10 | El viento | Direct and indirect |
| 11 | Evanescence | Indirect only |
| 12 | Green Piece | Direct and indirect |
| 13 | Gumba blue | Direct and indirect |
| 14 | Gush | Direct and indirect |
| 15 | Hang gliding | Indirect only |
| 16 | Journey home | Direct and indirect |
| 17 | Last season | Indirect only |
| 18 | Lately | Direct and indirect |

| 19 | My lament | Direct and indirect |
|---|---|---|
| 20 | Scenes from childhood | Direct and indirect |
| 21 | Sea of Tranquility | Direct and indirect |
| 22 | Smooth talk | Direct and indirect |
| 23 | SUE (OR IN A SEASON OF CRIME) | Direct and indirect |
| 24 | The grail | Direct and indirect |
| 25 | Three romances | Direct and indirect as to movements Pas de Deux and Danca Ilusoria; indirect only as to movement Choro Dancado |
| 26 | Tork's Café | Direct and indirect |
| 27 | Wyrgly | Direct and indirect |


| No. | Number on 2/25/22 List of Alleged Infringements | Video ID | Work |
|---|---|---|---|
| 1 | 3 | FSG_OyJFtMU | Alchemy |
| 2 | 5 | nQeQ85rtV9M | Allegresse |
| 3 | 6 | UHXxuBs0WaA | Allegresse |
| 4 | 7 | uj4a4Ux8zu4 | Allegresse |
| 5 | 9 | -5a3Y8OWrqo | Anthem |
| 6 | 10 | cH3X7gQ5zWs | Anthem |
| 7 | 12 | CjoYXMyCt8U | Baytrail Shuffle |
| 8 | 13 | -4yl6Ov8_F0 | Bird Count |
| 9 | 14 | fODO9S9lglQ | Bird Count |
| 10 | 15 | IKWevLYtAyk | Bird Count |
| 11 | 16 | iSqAT5APmp4 | Bird Count |
| 12 | 17 | IxFH6IVEvNQ | Bird Count |
| 13 | 18 | JWDKANMITSs | Bird Count |
| 14 | 19 | M7siWzTxA14 | Bird Count |
| 15 | 20 | n7CnP_OvIMc | Bird Count |
| 16 | 21 | q9IfSdwK370 | Bird Count |
| 17 | 22 | RL5621vqvFo | Bird Count |
| 18 | 23 | UMoWHeT4HMw | Bird Count |
| 19 | 24 | VzfiwjiOYUw | Bird Count |
| 20 | 25 | yLdk7XCx_70 | Bird Count |
| 21 | 26 | YPqHpp5wxeQ | Bird Count |
| 22 | 27 | _BDD2aBzsk8 | Buleria, Solea y Rumba |
| 23 | 28 | iRGzg-ojYYg | Buleria, Solea y Rumba |
| 24 | 29 | SAHrFipBeIk | Buleria, Solea y Rumba |
| 25 | 35 | 9yb0F850Hpc | City Sunrise |

| | | | |
|---|---|---|---|
| 26 | 36 | YA_SZ1aduWc | City Sunrise |
| 27 | 37 | zIcCXKKqP74 | City Sunrise |
| 28 | 39 | 8zev6y1HAmI | Coot Stew |
| 29 | 40 | jwzEtZ-sAi8 | Coot Stew |
| 30 | 41 | YlCWsv4aLUw | Coot Stew |
| 31 | 42 | _SGfAHecnD8 | Dance You Monster to My Soft Song |
| 32 | 43 | 030Lk1mx6Bg | Dance You Monster to My Soft Song |
| 33 | 44 | 3c8w1uHS16s | Dance You Monster to My Soft Song |
| 34 | 45 | 5frCejRhNgU | Dance You Monster to My Soft Song |
| 35 | 46 | 79fq5NLGlJU | Dance You Monster to My Soft Song |
| 36 | 47 | 8fMy9xHsTIA | Dance You Monster to My Soft Song |
| 37 | 48 | 8SZA1uXQkIg | Dance You Monster to My Soft Song |
| 38 | 49 | aMrTrzB6g9o | Dance You Monster to My Soft Song |
| 39 | 50 | aWfIyLG-o2c | Dance You Monster to My Soft Song |
| 40 | 52 | dTBSLAorDR4 | Dance You Monster to My Soft Song |
| 41 | 54 | h8MSExWnPKE | Dance You Monster to My Soft Song |
| 42 | 55 | IHn5If05-0s | Dance You Monster to My Soft Song |
| 43 | 57 | lJBj95Yj5MM | Dance You Monster to My Soft Song |
| 44 | 58 | nbp43Xm7H1U | Dance You Monster to My Soft Song |
| 45 | 59 | ORzMQkYho-o | Dance You Monster to My Soft Song |
| 46 | 60 | S1Kj4AZAamw | Dance You Monster to My Soft Song |
| 47 | 61 | TLM5LJH6og0 | Dance You Monster to My Soft Song |
| 48 | 62 | v8ewhUYPnTM | Dance You Monster to My Soft Song |
| 49 | 63 | WkPfTjucN9Q | Dance You Monster to My Soft Song |
| 50 | 64 | aqmDcOAUbfM | El Viento |

| | | | |
|---|---|---|---|
| 51 | 67 | NIrGXnXPNH0 | Evanescence |
| 52 | 69 | YkF5s-AtQf0 | Evanescence |
| 53 | 71 | AjmbD0f7YLU | Green Piece |
| 54 | 73 | gv_kLThZUOc | Green Piece |
| 55 | 74 | i8KHucjr4K0 | Green Piece |
| 56 | 75 | mUdwiI1Z9Lc | Green Piece |
| 57 | 77 | pJToOM-kkH0 | Green Piece |
| 58 | 78 | sECNlywWBSg | Green Piece, Last Season |
| 59 | 79 | Y-fZtwJHG-4 | Green Piece |
| 60 | 80 | yWBRIu0mxPk | Green Piece |
| 61 | 81 | _ayLOO4wZuM | Gumba Blue |
| 62 | 82 | 0MlnqV-_phA | Gumba Blue |
| 63 | 83 | 4icLu3ocQGs | Gumba Blue |
| 64 | 84 | 5J9WIsiePXs | Gumba Blue |
| 65 | 86 | fpmbjtKJO_o | Gumba Blue |
| 66 | 88 | hObvnnYGdPE | Gumba Blue |
| 67 | 89 | VEHnMxYIU4Y | Gumba Blue |
| 68 | 90 | YB72IE_6Hvs | Gumba Blue |
| 69 | 92 | rj6eOPIb_tE | Gush |
| 70 | 93 | 1HOXysb3Qis | Hang Gliding |
| 71 | 95 | 7ZWuOSwb-mg | Hang Gliding |
| 72 | 96 | 8PSMTRdQMg4 | Hang Gliding |
| 73 | 97 | aMwhevPdpoM | Hang Gliding |
| 74 | 98 | BRv4M84WFCo | Hang Gliding |
| 75 | 99 | d38FWexVIHk | Hang Gliding |
| 76 | 100 | dhxeIKZqskg | Hang Gliding |
| 77 | 101 | dxv5uH1i1A4 | Hang Gliding |
| 78 | 102 | FjV1k4f4UzM | Hang Gliding |
| 79 | 103 | HrJjJukZoRU | Hang Gliding |
| 80 | 106 | N9S7OLW0Tzw | Hang Gliding |
| 81 | 107 | -NiutCd87HU | Hang Gliding |
| 82 | 109 | NoKFS5MwUZQ | Hang Gliding |
| 83 | 110 | qNtRvI8aeas | Hang Gliding |
| 84 | 111 | t8paG3E0dsU | Hang Gliding |
| 85 | 112 | TIUAdc1ksYM | Hang Gliding |
| 86 | 113 | U_WTMCz-ejM | Hang Gliding |
| 87 | 114 | VcmuaXJfBuM | Hang Gliding |
| 88 | 115 | XiPyoyGEclY | Hang Gliding |
| 89 | 120 | CiHIu-6hyXc | Journey Home |
| 90 | 122 | JWMQo8Qx8a8 | Journey Home |
| 91 | 123 | lPkpTRqJRVQ | Journey Home |
| 92 | 124 | NaM-9uAmxIY | Journey Home |
| 93 | 125 | 7re5xbgoDgU | Last Season |

|     |     |              |                                              |
| --- | --- | ------------ | -------------------------------------------- |
| 94  | 126 | 9k3f38sWzUI  | Last Season                                  |
| 95  | 127 | iaVlsqSPF-o  | Last Season                                  |
| 96  | 128 | Kxf9FCn0jUU  | Last Season                                  |
| 97  | 129 | N9gyv6Wr-ls  | Last Season                                  |
| 98  | 130 | QfhzwrFrZ5M  | Last Season                                  |
| 99  | 131 | SVqj0QJqSFA  | Last Season                                  |
| 100 | 133 | CeZE2e1_qHg  | Lately                                       |
| 101 | 134 | 2VgVIqCVVgQ  | My Lament                                    |
| 102 | 135 | f_8PFUposOU  | My Lament                                    |
| 103 | 136 | FYT6NSZRz0Q  | My Lament                                    |
| 104 | 137 | g1d73vwTWcc  | My Lament                                    |
| 105 | 138 | GV_AyY72oPs  | My Lament                                    |
| 106 | 139 | iUi0gxQL1C0  | My Lament                                    |
| 107 | 140 | k09S8ZdeuCg  | My Lament                                    |
| 108 | 141 | MfPoPwyfnd4  | My Lament                                    |
| 109 | 142 | qulI3eEjrgo  | My Lament                                    |
| 110 | 144 | TDLniVjIdJ8  | My Lament                                    |
| 111 | 149 | AFKVhjfB1B0  | Scenes from Childhood - Bombshelter Beast    |
| 112 | 150 | TCryn53_DKI  | Scenes from Childhood - Bombshelter Beast    |
| 113 | 151 | gxabL31wWCw  | Scenes from Childhood - Coming About         |
| 114 | 152 | J5PoSikRfS0  | Scenes from Childhood - Coming About         |
| 115 | 155 | DtGzhsHyXj8  | Scenes from Childhood – Night Watchman       |
| 116 | 157 | lbZxZlahStA  | Scenes from Childhood - Night Watchman       |
| 117 | 158 | jhb_lJ3Spu4  | Sea of Tranquility                           |
| 118 | 170 | iBLAvt3l8ho  | Smooth Talk                                  |
| 119 | 171 | mCcVbuqBK1Q  | Smooth Talk                                  |
| 120 | 172 | quTyHp4xIvc  | Smooth Talk                                  |
| 121 | 173 | t2-frNBx_zE  | Smooth Talk                                  |
| 122 | 174 | t3acqkK1GBI  | Smooth Talk                                  |
| 123 | 175 | TriQvMz-O8A  | Smooth Talk                                  |
| 124 | 177 | _2oua7NKfGg  | Sue (or In a Season of Crime)                |
| 125 | 178 | 1VdoNmXLkAI  | Sue (or In a Season of Crime)                |
| 126 | 179 | 25Et0RP6gRo  | Sue (or In a Season of Crime)                |
| 127 | 180 | 2v9x2XfOgaM  | Sue (or In a Season of Crime)                |
| 128 | 181 | 4HrLqsZsP58  | Sue (or In a Season of Crime)                |
| 129 | 182 | 4twPe-UVCHc  | Sue (or In a Season of Crime)                |
| 130 | 183 | 5fodh5Ta_28  | Sue (or In a Season of Crime)                |

| | | | |
|---|---|---|---|
| 131 | 185 | 6uqz9NsI3xs | Sue (or In a Season of Crime) |
| 132 | 186 | AP5SsoIyX9c | Sue (or In a Season of Crime) |
| 133 | 187 | B6j678cirAY | Sue (or In a Season of Crime) |
| 134 | 188 | Cb0GNvj5nyc | Sue (or In a Season of Crime) |
| 135 | 189 | cISctWSdJas | Sue (or In a Season of Crime) |
| 136 | 190 | D86p4q--QeI | Sue (or In a Season of Crime) |
| 137 | 191 | fxirdWpMThw | Sue (or In a Season of Crime) |
| 138 | 192 | GLASVeg6pIc | Sue (or In a Season of Crime) |
| 139 | 193 | HnLmJyk7Bx4 | Sue (or In a Season of Crime) |
| 140 | 194 | hRTnFPqlHuk | Sue (or In a Season of Crime) |
| 141 | 195 | IMa7Gr4Ld0o | Sue (or In a Season of Crime) |
| 142 | 197 | nUu_09qw1qc | Sue (or In a Season of Crime) |
| 143 | 198 | p-AnkfK7RWw | Sue (or In a Season of Crime) |
| 144 | 199 | qju2iRvyZXQ | Sue (or In a Season of Crime) |
| 145 | 202 | VZxUYgbFzpA | Sue (or In a Season of Crime) |
| 146 | 203 | woro0S6ROBw | Sue (or In a Season of Crime) |
| 147 | 204 | y5kqSWyhsfw | Sue (or In a Season of Crime) |
| 148 | 206 | pptZGOshusY | The Grail |
| 149 | 227 | 5z3qs6qNAg4 | Three Romances - Choro Dancado |
| 150 | 228 | BBPiMzlGxRU | Three Romances - Choro Dancado |
| 151 | 229 | bWzNqEHLww8 | Three Romances - Choro Dancado |
| 152 | 231 | Hxe1Km0vo5g | Three Romances - Choro Dancado |
| 153 | 232 | IGDGYxTfEMk | Three Romances - Choro Dancado |
| 154 | 233 | K37Ek9WJPGY | Three Romances - Choro Dancado |
| 155 | 234 | npB1ayZJbHg | Three Romances - Choro Dancado |
| 156 | 235 | o_LKmI01p3Y | Three Romances - Choro Dancado |
| 157 | 238 | psVsKCONJSA | Three Romances - Choro Dancado |
| 158 | 239 | uFP3TMiRi58 | Three Romances - Choro Dancado |
| 159 | 240 | U-ifGyDrtuE | Three Romances - Choro Dancado |
| 160 | 241 | yiu1NcalCMs | Three Romances - Choro Dancado |
| 161 | 243 | 532OX4c1he8 | Three Romances - Danca Ilusoria |

| | | | |
|---|---|---|---|
| 162 | 244 | Ebck2BssRx0 | Three Romances - Danca Ilusoria |
| 163 | 246 | 0R-9t73KfiM | Three Romances - Pas de Deux |
| 164 | 247 | WhbQ7JYy6Tc | Three Romances - Pas de Deux |
| 165 | 248 | trDIrMJIqV4 | Tork's Café |
| 166 | 254 | _2UqFk6mjvs | Wyrgly |
| 167 | 255 | 0zEMThwa9-c | Wyrgly |
| 168 | 256 | 7S-13Kkfu0k | Wyrgly |
| 169 | 257 | aOXIpwzAO9Q | Wyrgly |
| 170 | 258 | EpmJwSU0VsI | Wyrgly |
| 171 | 260 | Fdsytt_obpU | Wyrgly |
| 172 | 261 | fxrSAv3JRNM | Wyrgly |
| 173 | 263 | iRxT0gwW1FM | Wyrgly |
| 174 | 264 | IzDMxODgna0 | Wyrgly |
| 175 | 266 | JPasUzKkp2E | Wyrgly |
| 176 | 267 | kccYhY-OTXM | Wyrgly |
| 177 | 268 | o_xc_ycxi0M | Wyrgly |
| 178 | 269 | oArWYN0zX4M | Wyrgly |
| 179 | 273 | TXeBgcbZqFA | Wyrgly |
| 180 | 274 | VzDpxQIjJ6A | Wyrgly |
| 181 | 275 | ZgSlFkdISL4 | Wyrgly |
| 182 | 276 | zjKng4A35y8 | Wyrgly |
| 183 | 277 | ZKrgshAOxvo | Wyrgly |
| 184 | 278 | -VV3QuF8Ajw | Allegresse |
| 185 | 279 | f7XoyThF9cs | Green Piece |
| 186 | 280 | jYDwvSjoB9c | Gush |
| 187 | 281 | 2x_nXDQv-t4 | Three Romances - Choro Dancado |
| 188 | 284 | OSab1Crbf_U | Hang Gliding |
| 189 | 285 | VWxY2Suh5QY | Hang Gliding |
| 190 | 286 | zIrDYcrxaqo | Journey Home |
| 191 | 288 | 9ZZf2_XX4Lk | Scenes from Childhood - Coming About |
| 192 | 289 | V1km88MConA | Scenes from Childhood - Coming About |
| 193 | 290 | 7m6E03fTdW8 | Sea of Tranquility |
| 194 | 296 | 31dLG9GfJ-c | Sue (or In a Season of Crime) |
| 195 | 297 | BPAvQ5jG7M0 | Sue (or In a Season of Crime) |
| 196 | 298 | Gp0iEfxztCU | Sue (or In a Season of Crime) |
| 197 | 302 | -1tu8dI_y_4 | Three Romances - Choro Dancado |
| 198 | 303 | bs51YXRbzyw | Three Romances - Choro Dancado |

| | | | |
|---|---|---|---|
| 199 | 304 | GrH2QuK5y1c | Three Romances - Choro Dancado |
| 200 | 305 | 0vK_cW477N0 | Three Romances - Danca Ilusoria |
| 201 | 353 | sbG16CKO-pg | Hang Gliding |
| 202 | 354 | lu1Fc-QHRCE | Journey Home |
| 203 | 355 | 3VCTGDzX3NA | Journey Home |
| 204 | 356 | Nz34XjhDz1s | Last Season |
| 205 | 357 | WEshwjP8Ufs | Bird Count |
| 206 | 359 | -OJhKtRElVo | Wyrgly |
| 207 | 361 | W1nLFgAJPvo | Bird Count |
| 208 | 363 | ACexzWlPmSo | Wyrgly |
| 209 | 365 | 3AaULOxaclo | Dance You Monster to My Soft Song |
| 210 | 367 | 3bLI5RHSudc | Dance You Monster to My Soft Song |
| 211 | 368 | 3dLbL_N04Vo | Hang Gliding |
| 212 | 370 | 3PiISnUqj3s | Three Romances - Danca Ilusoria |
| 213 | 372 | BHZjjhok-UM | Gumba Blue |
| 214 | 373 | ooZkHLf07ng | Scenes from Childhood - Coming About |
| 215 | 374 | yYNU0hn6PkM | Gumba Blue |
| 216 | 375 | fkJ98A8gJ7k | Wyrgly |
| 217 | 376 | CMNM8QgiMGA | Three Romances - Choro Dancado |

Sincerely,

*/s/ Randall Ewing*

Randall Ewing
*Counsel for Plaintiff Maria Schneider*

*/s/ Lauren Gallo White*

Lauren Gallo White
*Counsel for Defendants YouTube, LLC and Google LLC*

## **ATTORNEY ATTESTATION**

I, Randall Ewing, am the ECF User whose ID and password are being used to file this document. In compliance with N.D. Cal. Civil L.R. 5-1(h)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the other Signatories.

By: */s/ Randall Ewing*