Exhibit 1

to the Declaration of Catherine Hartman

Public Redacted Version

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

---oOo---

MARIA SCHNEIDER, UNIGLOBE
ENTERTAINMENT, LLC, and
AST PUBLISHING LTD.,
individually and on behalf
of all others similarly
situated;

       Plaintiffs,

vs.                        Case No. 3:20-cv-04423-JD

YOUTUBE, LLC; and GOOGLE
LLC;

       Defendants.
_____/

THIS TRANSCRIPT CONTAINS

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY TESTIMONY

30(b)(6) REMOTE VIDEOTAPED DEPOSITION OF KEVIN ZHU

PALO ALTO, CALIFORNIA

TUESDAY, JUNE 21, 2022

STENOGRAPHICALLY REPORTED BY:

ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR

CSR LICENSE NO. 9830

JOB NO. 842689



### Page 2

```
         UNITED STATES DISTRICT COURT
         NORTHERN DISTRICT OF CALIFORNIA
                   ---oOo---

MARIA SCHNEIDER, UNIGLOBE
ENTERTAINMENT, LLC, and
AST PUBLISHING LTD.,
individually and on behalf
of all others similarly
situated;

         Plaintiffs,
    vs.              Case No. 3:20-cv-04423-JD
YOUTUBE, LLC; and GOOGLE
LLC;

         Defendants.
_____/


    30(b)(6) Remote Videotaped Deposition of
Kevin Zhu, taken on behalf of the Plaintiffs, on
Tuesday, June 21, 2022, beginning 9:03 a m., and
ending at 12:12 p m., Pursuant to Notice, and
before me, ANDREA M. IGNACIO, CSR, RPR, CRR, CLR ~
No. 9830.
```

### Page 3

```
APPEARANCES:

COUNSEL FOR PLAINTIFFS:
    BOIES SCHILLER FLEXNER LLP
    By:  PHILIP C. KOROLOGOS, Esq.
         JEFFREY WALDRON, Esq.
    55 Hudson Yards, 20th Floor
    New York, NY 10001
    (212) 446-230

    -- and --

    KOREIN TILLERY, LLC
    By:  CAROL O'KEEFE, Esq.
         RYAN CORTAZAR, Esq.
    205 North Michigan, Suite 1950
    Chicago, IL 60601
    Telephone: (312) 641-9750
```

### Page 4

```
R E M O T E  A P P E A R A N C E S:  (Cont.)


COUNSEL FOR THE DEFENDANTS:
    WILSON SONSINI GOODRICH & ROSATI
    BY:  BRIAN M. WILLEN, Esq.
         QIFAN HUANG, Esq.
         BEN HEWITT, Summer Associate
    650 Page Mill Road
    Palo Alto, CA 94304-1050
    (650) 493-9300


ALSO PRESENT:  Richard Loftus, Videographer
               Samuel Reed Dippo, YouTube/Google

                   ---oOo---
```

### Page 5

```
                   I N D E X

WITNESS: Kevin Zhu, 30(b)(6)

EXAMINATION                              PAGE
By Mr. Korologos                          7


                 E X H I B I T S
EXHIBIT                                   PAGE
Exhibit 106  How Google Fights Piracy      28
Exhibit 107  The difference between copyright   58
             takedowns and Content ID claims
Exhibit 108  4-16-2020 The difference between   59
             copyright takedowns and Content
             ID claims

                   ---oOo---
     HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY
    (See attached 7-19-22 Letter from Wilson Sonsini)
```



## Page 6

```
 1              REMOTE ZOOM DEPOSITION
 2              TUESDAY, JUNE 21, 2022
 3                   9:03 A.M.
 4
 5
 6        THE VIDEOGRAPHER:  We are now on the record.
 7     This begins Videotape No. 1 in the deposition
 8  of Kevin Zhu.  In the matter of Maria Schneider
 9  v. YouTube LLC.
10        Today is June 21st, 2022, and the time is
11  9:04 a.m.
12        This deposition is being taken virtually at
13  the request of Boies Schiller & Flexner LLP.
14        The videographer is Richard Loftus of Magna
15  Legal Services, and the court reporter is Andrea
16  Ignacio.
17        Would counsel and all parties present state
18  their appearances and whom they represent.
19        MR. KOROLOGOS:  Good morning.  Phil Korologos
20  and Jeffrey Waldron from Boies, Schiller & Flexner, on
21  behalf of the plaintiffs.
22        MR. WILLEN:  Good morning.  Oh, sorry.  This
23  is Brian Willen, along with Qifan Huang and Ben Hewitt
24  from Wilson Sonsini, on behalf of defendants.
25        MS. O'KEEFE:  Good morning.  Carol O'Keefe
```

## Page 7

```
 1  and Ryan Cortazar of Korein Tillery, on behalf of the
 2  plaintiffs.
 3        MR. REED DIPPO:  Good morning.  Samuel Reed
 4  Dippo, product counsel for YouTube on behalf of Google
 5  LLC.
 6        THE VIDEOGRAPHER:  Will the court reporter
 7  please swear in the witness.
 8
 9               KEVIN ZHU,
10      having been remotely sworn as a witness
11         by the Certified Shorthand Reporter,
12             testified as follows:
13
14               EXAMINATION
15  BY MR. KOROLOGOS:
16     Q  Good morning, Mr. Zhu.
17     A  Good morning.
18     Q  We are going to start today with the
19  corporate representative deposition.  And I take it
20  you understand that for at least part of today, you'll
21  be speaking on behalf of YouTube.  And then later on
22  today, we'll ask you some questions in your individual
23  capacity.
24        Do you understand that?
25     A  Yes.
```

## Page 8

```
 1     Q  Okay.  Within YouTube, what is a repeat
 2  infringer?
 3     A  So a repeat infringer is -- a repeat
 4  infringer is someone who has been terminated for --
 5  has a channel terminated for excessive copyright
 6  strikes.
 7        MR. WILLEN:  Sorry.  I just want to -- just
 8  for the record, before we get started, I just want to
 9  note that obviously, we've -- we've objected and
10  provided some -- some limitations on the 30(b)(6)
11  notice.  We did so in objections that were served on
12  June 20th.  So I just want to note for the record that
13  the witness will be appearing consistent with those
14  objections and limitations.
15        But we can go ahead.
16        MR. KOROLOGOS:  Thank you, Brian.  We
17  received those, though we don't view the objections
18  that you put in for the attempt to narrow the topics
19  as a basis to narrow what the witness' testimony can
20  be today for the 30(b)(6) portion.
21        But hopefully, that won't be an issue based
22  on what the questions are.  If it is, I'm sure you
23  will raise your objections appropriately, and we can
24  deal with that in due course.
25        MR. WILLEN:  Yeah, that -- that is the plan.
```

## Page 9

```
 1  So we'll take it one question at a time.
 2        MR. KOROLOGOS:  Q.  Back to you, Mr. Zhu.
 3        How is infringement determined within
 4  YouTube?
 5        MR. WILLEN:  Objection to the form.
 6        MR. KOROLOGOS:  Q.  You can answer.
 7     A  So I guess -- how is infringement determined?
 8  I -- I would say that, you know, YouTube maintains a
 9  system compliant with the DMCA for receiving notices
10  of alleged copyright infringement from copyright
11  holders, and we offer a variety of ways to submit
12  these takedown notices.
13        And if a takedown notice is -- if a takedown
14  notice meets the requirements of the DMCA for removal,
15  then we -- we remove the video, and -- and --
16  copyright strike is assessed on the -- on the channel.
17     Q  So unless a notice of copyright infringement
18  from a copyright holder is sent to YouTube, there is
19  no determination of infringement within YouTube?
20        MR. WILLEN:  Objection to the form.
21        THE WITNESS:  So unless a notice of copyright
22  infringement is sent to YouTube that's compliant with
23  the requirements laid out in the DMCA, then, you
24  know -- then we don't -- then there is no, you know,
25  removal of copyright -- of videos for alleged
```



Page 10

1    copyright infringement.
2        MR. KOROLOGOS: Well, I understand there's no
3    removal.
4        Q   But is there any determination as to whether
5    there is infringement other than if a DMCA notice is
6    submitted?
7        A   I -- from my understanding, we are not in a
8    position to determine infringement unless a -- a DMCA
9    notice is submitted.
10       I guess I would say I don't know -- sorry.
11   Just to add to that, I'm not sure we're in a position
12   to determine infringement, I guess even in the case of
13   a DMCA notice. We -- we are -- we -- we -- we comply
14   with the requirements of DMCA for assessing notices of
15   alleged infringement.
16       So I would -- I would say we -- we are -- we
17   are in a position to assess whether a notice is
18   compliant with those requirements and remove it, yes,
19   when -- when that is the case.
20       But I don't know that -- I mean, this -- this
21   seems -- sounds like -- I'm not a lawyer, so I
22   don't -- I don't know if I am in a position to
23   determine what is infringing, what is not.
24       I don't really have knowledge -- if I'm
25   looking at a particular DMCA notice, I don't

Page 11

1    necessarily have all the knowledge of the facts and
2    circumstances of the copyright holder's rights or the
3    uploader. I only know what the -- you know, what --
4    what the notice says.
5        And in my -- in my previous role as manager
6    of the copyright operations team, the team's
7    responsibility was to compare -- is to compare the --
8    you know, the -- the takedown notices that we receive
9    with -- with the requirements of the law.
10       Q   Okay. Let me -- let me change the word
11   "determine" to "count."
12       Does -- does YouTube count as infringement
13   any conduct by its uploaders other than if it receives
14   a DMCA takedown notice?
15       MR. WILLEN: Objection to the form.
16       THE WITNESS: Sorry. Could you -- can you
17   repeat that question again.
18       MR. KOROLOGOS: Sure.
19       Q   Does YouTube count as infringement, for
20   purposes of its repeat infringement policy, any
21   conduct by YouTube upload- -- uploaders other than if
22   YouTube receives a DMCA takedown notice?
23       A   To the best of my knowledge, no.
24       Q   So if a video is blocked as a result of
25   content ID, that is not counted as infringement?

Page 12

1        A   To the best of my knowledge, no.
2        Q   Well, when you say to the best of your
3    knowledge, you understand that you are speaking on
4    behalf of YouTube; right?
5        A   Sure, yeah.
6        Q   And -- and have you undertaken an effort, at
7    least within the scope of the topics as identified by
8    your counsel, to obtain knowledge about the topics
9    we're talking about today on the 30(b)(6)?
10       A   I have.
11       Q   Okay. And so when you say to the best of
12   your knowledge, that's after you've done some homework
13   to try to find out; is that right?
14       A   Yes, yeah.
15       Q   Okay. And am I correct that YouTube also
16   does not count as infringement a video that is
17   monetized as a result of a content ID match? Is that
18   right?
19       A   That's right.
20       Q   What about if there is a copyright management
21   tool match? Does that result in a infringement for
22   purposes of YouTube's copyright infringement policy?
23       A   It does not unless the match is used by the
24   owner -- the channel owner who has access to copyright
25   initially to send a takedown notice to YouTube. And

Page 13

1    if the takedown notice is valid, then the video is
2    removed. And -- and then that -- that is counted
3    toward the -- the count of copyright strikes toward
4    repeat infringement.
5        Q   When you say unless the match is used by the
6    channel owner who has access to the copyright
7    management tool, what do you mean?
8        A   Well, what I mean is, copyright management
9    tool is a feature that is available to channels in
10   their YouTube studio interface.
11       And when we detect -- when a match is
12   detected between -- in the -- I'm going to use some
13   technical terminology, so please bear with me. It's
14   just a little easier to -- to explain how these
15   systems work -- between a reference, which is a, like,
16   prior existing video, and a probe, which is, you know,
17   a potential copy of a video uploaded by a different
18   channel, then that match is served to the YouTube
19   channel owner in their copyright match tool interface.
20       And then that's -- that's -- that's --
21   through that interface, the channel owner can elect to
22   a user match and -- and -- and sort of prefill some
23   elements of the DMCA takedown notice.
24       So they don't necessarily need to provide the
25   URL of the video or the timestamps, for example, to --



Page 14

```
 1   to -- it's a way to facilitate an easier way to
 2   provide a DMCA notice.
 3          And -- and then they can fill out the rest of
 4   the form, of course, to, you know, send us a notice
 5   that, you know, then we assess whether it meets the
 6   DMCA requirements.
 7          The channel owner can also choose to contact
 8   the uploader or archive the match and just kind of
 9   make it go away, you know, if they don't want to do
10   anything, for whatever reason.
11       Q   Okay.  Other than channel owners, does
12   anybody else have access to the copyright management
13   tool?
14       A   Other than channel owners, no.  So -- so
15   having a channel is necessary to be able to operate
16   the tool, because there is a -- like, these features
17   that I'm speaking of, such as, you know, showing --
18   showing matches not just of videos that you've
19   uploaded, but also videos that you have successfully
20   taken down through a web form takedown notice
21   submission.  These are -- it's necessary to have some,
22   you know, account, just for a technical reason, to tie
23   these matches to.  So -- so we -- so we do need
24   someone to have a YouTube channel in order to be able
25   to do that.
```

Page 15

```
 1          Of course, if you want access to copyright
 2   management tools, you could have a forwarding channel.
 3   You don't necessarily have to operate the channel in a
 4   normal way that the YouTube creator would tend to
 5   operate the copyright match tool, you -- you know, you
 6   can take down videos through the web form.  And
 7   copyright match tool will -- you know, will -- will
 8   show you potential copies of -- of those videos, as
 9   well as, you know, for -- you can also upload videos.
10          Copyright match can also detect potential
11   copies of videos that are uploaded as private.  So the
12   original owner doesn't necessarily need to, like,
13   distribute or show their video on YouTube.
14       Q   And copyright manage -- match tool is used to
15   identify re-uploads of videos that either have been
16   uploaded by some first channel to upload it or that
17   have been taken down; is that right?
18          MR. WILLEN:  Objection to the form.
19          MR. KOROLOGOS:  Q.  You can answer.
20       A   Sorry.  I just want to make sure I understand
21   the question.  Can you -- can you repeat that.
22       Q   Sure.  The copyright management tool focuses
23   on re-uploads of videos; is that right?
24       A   That's right.
25       Q   Okay.  What is YouTube's current repeat
```

Page 16

```
 1   infringer policy?
 2       A   YouTube's current repeat -- repeat infringer
 3   policy.
 4          So when YouTube receives takedown notices
 5   through, you know, a variety of means that are
 6   available to copyright owners to submit such notices,
 7   such as the web form or copyright management tool or
 8   e-mail, fax, you know, a variety of ways, we assess
 9   the takedown notice against the requirements of the
10   DMCA.  And if the notice meets those requirements, we
11   remove the video, and copyright strikes are assessed.
12          Copyright strikes are not necessarily
13   assessed one-to-one to videos.  You know, if a --
14   if -- if two videos are taken down by the same
15   copyright holder at the same time on the same channel,
16   then those could be one copyright strike.
17          You know, just to provide a -- this is --
18   this is one of the ways we balance the copyright
19   strike system so that it's -- it can serve an
20   educational purpose and not necessarily -- not
21   necessarily result in consequences for -- for --
22   potentially disproportionate to the conduct.
23          Then channel -- then strikes can -- once a
24   video is taken down and copyright strikes are
25   assessed, then -- one or more copyright strikes are
```

Page 17

```
 1   assessed by -- by the notice, then the uploader can --
 2   can seek to resolve the strike and get the video
 3   reinstated either by obtaining a retraction of the
 4   claim of copyright infringement from the claimant, or
 5   by filing a counter-notification.
 6          And, you know, if they do so, then we assess
 7   whether the counter-notification is valid.  If it --
 8   if it's valid, we, you know, follow the process
 9   described in the DMCA and forward it to the copyright
10   holder.  And, you know, that, I'm sure, sort of -- you
11   know, generally, what the -- what the DMCA prescribes
12   from there.
13          And so if strikes are not resolved through
14   those two processes, then they continue as active
15   unless -- until both 90 days have passed, as well as
16   the channel has completed copyright holds at some
17   point.  If both of those requirements are met, then
18   the strike can expire at the end of 90 days.  But if
19   three or more strikes are accrued, then the -- the
20   channel is subject to termination.
21          There are circumstances in which, you know,
22   under -- under our repeat infringer policy, you know,
23   some channels get three -- if they get -- if they --
24   once they get their third active strike within
25   90 days, they have a courtesy period of seven days
```



Page 18

```
 1   where the channel does not get terminated.  And
 2   then -- and they have that time to, you know, try to
 3   resolve those strikes.
 4           They get below the -- the count of -- of
 5   three, and they can, you know, use the -- the -- that
 6   would be through the retraction or account
 7   notification processes.  And if they are able to --
 8   to -- to do that successfully, then -- then the
 9   channel does not get terminated.
10           So these are channels -- for instance,
11   they're -- these are channels that are in the YouTube
12   partner program and -- and channels -- channels that
13   we have more knowledge of through business
14   relationships.
15           And, you know, lastly, there's a cohort of
16   channels that are in the Trusted Enterprise Program
17   where the copyright strikes do not lead to the
18   automatic termination of those -- of those channels.
19           You know, these are -- these are channels
20   that are -- that include, like, major global media
21   conglomerates or other very large entities that have,
22   you know, a track record of a lot of -- lot of signals
23   that, you know, go toward the trustworthiness of
24   that -- that entity.
25           And these channels, you know, can exit the
```

Page 19

```
 1   program if it is -- you know, it's not that the
 2   copyright strikes are -- the copyright strikes are --
 3   are tracked.  And while they do not lead to automatic
 4   termination, there's -- there's a review process
 5   annually to examine, you know, whether channels are
 6   appropriate or remain in the program.  If they do
 7   accrue --
 8           THE REPORTER:  I'm sorry.  Excuse me.
 9   "Examine, you know, channels are" -- you turned your
10   head, so it's not coming through.
11           THE WITNESS:  Sorry.
12           THE REPORTER:  Would you like me to read what
13   I have?
14           THE WITNESS:  Yeah, yeah, that would be
15   great.
16           THE REPORTER:  The last portion was:
17           (Whereupon, record read by the Reporter as
18   follows:
19           "Answer:  And these channels, you know, can
20           exit the program if it is -- you know, it's
21           not the require strikes are -- the copyright
22           strikes are -- are tracked.  And while they
23           do not lead to automatic termination, there
24           is -- there is a review process annually to
25           examine, you know, whether channels are --")
```

Page 20

```
 1           THE WITNESS:  If -- if the channels are
 2   accruing excessive comprehensive strikes, or otherwise
 3   they don't meet the requirements of the program.  And
 4   in such cases, channels can be removed from the
 5   program and then, you know, subject to the other
 6   termination mechanisms I previously described.
 7           MR. KOROLOGOS:  Thank you.
 8       Q   So copyright strikes are issued to a channel;
 9   is that right?
10       A   That's right.
11       Q   They're not issued to the user?
12       A   A channel is the basic entity on YouTube
13   through which copyright strikes are accrued.  Users
14   can, of course, you know, control several channels,
15   potentially.  It's -- in our experience, you know,
16   it's not the -- I've sort of tried to do a little
17   homework on this.  This is not my area of expertise.
18   But I -- I do -- I think users are generally
19   one-to-one with channels.  It is possible for a single
20   user to operate multiple channels, yeah.
21       Q   Do you know how many individual users have
22   multiple channels?
23       A   I don't know.
24       Q   But some do; right?
25       A   Some do.
```

Page 21

```
 1       Q   And if someone has three different channels,
 2   and each of those channels gets a copyright strike for
 3   a video that is unique to that channel, that user will
 4   have three copyright strikes, but YouTube's channels
 5   will only have one; correct?
 6       A   I think that question maybe presupposes that
 7   we know for certain that a particular user is in
 8   control of all three of those channels.  I think there
 9   are, like, various probabilistic ways that we can
10   assess the likelihood where that is the case.
11           But in -- I -- I -- I -- in my experience, I
12   don't know that it's feasible or -- or I don't know
13   that -- of a necessarily 100 percent conclusive way to
14   determine that.
15       Q   Well, even if it's not 100 percent, does
16   YouTube do anything to try to identify other channels
17   that are owned by or managed by a user who has
18   received a complete and valid takedown notice that
19   results in a copyright strike on a channel?
20           MR. WILLEN:  Objection to the form.
21           THE WITNESS:  So I can describe what we do.
22   I can -- well, you know, what actions we do take with
23   regards to potentially related channels that receive
24   copyright strikes.
25           So we -- if a channel receives three or more
```



Page 22

```
 1   copyright strikes and is terminated due to those
 2   copyright strikes, then, you know, we -- we do employ
 3   some automated means to, you know, prevent the
 4   circumvention of that channel termination through
 5   continued operation of other channels or signing up
 6   for new channels.
 7           And so there are some ways in which we -- we
 8   propagate those -- those channel terminations to other
 9   channels where there is -- we have, you know,
10   reasonable confidence in that -- in that association
11   between the channels.
12           But it -- but, you know, again, this is
13   not -- it's not -- it's not 100 percent conclusive.
14   We've definitely seen false positives through that
15   mechanism.
16           When we do terminate channels through that
17   mechanism due to a suspected relation to a previous
18   channel that's been terminated for copyright
19   infringement, we offer an appeal process where, you
20   know, the owner of that channel can describe -- can
21   provide us more -- with more context as to, you know,
22   whether that's a -- to help us reassess the
23   relationship.  And we've definitely seen -- we've
24   definitely seen, you know, channel terminations that
25   we've overturned as -- as a result.
```

Page 23

```
 1           So it's a -- it's a -- all of this -- all of
 2   these enforcement efforts are so probabilistic.  This
 3   is something that we do to -- we think strikes are a
 4   reasonable balance between the interests of users.
 5           And while being more protective of the
 6   interests of copyright holders, then, you know, we --
 7   the -- the -- the -- the three strikes on the channel
 8   policy doesn't and that we necessarily need to be.
 9   But it's -- it's -- it's a -- it is a -- that's --
10   that's sort of a decision that we take looking at the
11   balance and interest in the ecosystem.
12           MR. KOROLOGOS:  Q.  So you only look at the
13   association between channels after a termination; is
14   that right?
15           Not in connection with copyright strikes?
16           MR. WILLEN:  Objection to form.
17           THE WITNESS:  So that's -- that is correct.
18           MR. KOROLOGOS:  Okay.
19       Q   Now, with respect to termination, I believe
20   you used the phrase, when I asked about the repeat
21   infringer policy, that a channel would be subject to
22   termination.
23           What's the difference between subject to
24   termination or termination?
25       A   Yeah, so that means the channel is eligible
```

Page 24

```
 1   for termination.  But the -- the reason I described it
 2   as subject to is that in some cases, the channel is
 3   immediately terminated due to three strikes.
 4   Sometimes it is -- it has the seven-day courtesy
 5   period.
 6           And sometimes -- sometimes the -- the
 7   copyright strikes are tracked for the purpose of
 8   determining whether, you know, the -- that channel
 9   is -- if it's in the Trusted Enterprise Program, if
10   it's accruing excessive copyright strikes, that should
11   lead to the channel no longer being in the program,
12   and -- and being subject to the other two mechanisms I
13   described.
14       Q   Okay.  Any other mechanisms for that?
15       A   Any other mechanisms for what?
16       Q   For -- for why it would be subject, as
17   opposed to just automatically terminated.
18       A   That's it.
19       Q   Okay.  And when you mentioned the seven-day
20   courtesy period, did I understand you correctly to say
21   that is available only for YouTube -- for -- let me
22   withdraw that.
23           Did I understand you correctly to say that
24   the seven-day courtesy period is only available for
25   participants in the YouTube partner program?
```

Page 25

```
 1       A   So it's available to -- yeah, it's -- it's
 2   available to channels that YouTube has a exigent
 3   degree of review performed, and that has a -- YouTube
 4   has more information about from -- from being in the
 5   business relationship.  So that includes the YouTube
 6   partner program.
 7       Q   When you say has a business relationship,
 8   what kind of business relationship other than being in
 9   the YouTube partner program?
10           That's one business relationship; right?
11       A   Sorry.  What was the -- what was the last
12   sentence?
13       Q   Well, you -- you -- you used the phrase
14   "being in the business relationship."  And then you
15   said "that includes the YouTube partner program."
16           What other business relationships other than
17   being in the YouTube partner program count for
18   purposes of the seven-day courtesy period?
19       A   There are also channels that are -- have a --
20   a contractual relationship with YouTube outside of the
21   business -- outside of the YouTube partner program.
22   So the -- the YouTube partner program is -- is -- is
23   the -- I believe the vast majority of the channels
24   that have access to the courtesy period.
25           There are a small number of channels that
```



Page 26

```
 1   are -- that have direct contracts with YouTube that
 2   also have access.  So these are -- these are -- these
 3   are content partners or, you know, enterprise partners
 4   that have licensed their content to YouTube.  And some
 5   of these -- some of these partners operate content ID
 6   as well.
 7       Q   What's the difference within YouTube of a
 8   user's channel and the user's account?
 9           MR. WILLEN:  Objection to the form.
10           THE WITNESS:  I don't know that I -- this is
11   not an area that I worked on -- that I work on, so I
12   don't know that I'm qualified to give an answer on
13   behalf of the company on that.
14           MR. KOROLOGOS:  Q.  Are copyright strikes
15   ever issued to the account of a user?
16       A   Copyright strikes are issued to channels.
17       Q   Have they ever been issued -- issued to the
18   account of a user who uploaded the video?
19           MR. WILLEN:  Objection to the form.
20           THE WITNESS:  I'm not really sure how to
21   answer that question, because I think it -- to answer
22   it accurately, I'd have to have an understanding of
23   whether account YouTube -- like, the -- the concept of
24   the YouTube account, if it -- if it exists, then what
25   is the, you know, difference, if any, between that and
```

Page 27

```
 1   the channel.  It just -- unfortunately, it's not a
 2   technical area I have expertise in.
 3           So, like, my understanding of -- of the -- of
 4   the unit through which the YouTube infringer -- repeat
 5   infringer policy operates is -- is the channel.  So I
 6   think I'm only qualified, I think, to give answers on
 7   how -- how that applies to channels.
 8           MR. KOROLOGOS:  Okay.
 9       Q   So you've not done anything in preparation
10   for this to try to find out what the impact of the
11   copyright strike is on an account as opposed to on a
12   channel?
13           MR. WILLEN:  Objection to the form;
14   mischaracterizes the testimony.
15           MR. KOROLOGOS:  I was not trying to
16   characterize that.  I was simply asking a question.
17           MR. WILLEN:  Oh.
18           MR. KOROLOGOS:  Q.  You can answer.
19       A   I -- I -- I would say I don't think I
20   anticipated this quest- -- I mean, I -- I don't think
21   I anticipated this being a question that was part of
22   the -- my -- the list of topics, yeah, for -- for my
23   corporate testimony.  So I'm afraid I -- I don't know
24   if I can give a more specific answer than that.
25           MR. KOROLOGOS:  Let me ask Jeffrey to pull up
```

Page 28

```
 1   Tab 88, which we will mark as Plaintiff's Exhibit 106.
 2           (Document remotely marked Exhibit 106
 3            for identification.)
 4           MR. KOROLOGOS:  Jeffrey, are you able to
 5   bring up 88?
 6           MR. WALDRON:  Yes.  It should be visible.  Do
 7   you see it?
 8           MR. KOROLOGOS:  Q.  Mr. Zhu, do you see a
 9   document?
10       A   One second.  I'm looking at Agile Law.  I
11   don't -- sorry.  What is the title of the document?
12       Q   It's a large document, so it may have taken a
13   moment.
14       A   "How Google Fights Piracy"?
15           Or is it something else?
16       Q   Pardon me?
17       A   Is the document called how -- is the document
18   called:
19           "How Google Fights Piracy."
20       Q   It is.
21       A   Okay.
22       Q   Are you familiar with this document?
23       A   I'm -- I'm pretty familiar with it.
24       Q   And if you look on the second page of
25   Exhibit 106, you see this is from November of 2018?
```

Page 29

```
 1       A   Sorry.  Yeah, yeah, that's right.
 2       Q   Okay.  If you look over on page 29 of
 3   Exhibit 106, do you see where there is a section
 4   called:
 5           "YouTube Copyright Policies."
 6       A   28.  Yes, I see that section.
 7       Q   And then in that section where it says:
 8           "1.  When YouTube removes a video in response
 9   to a valid copyright removal notice, we notify the
10   user and apply a 'strike' to the account of the user
11   who uploaded the video;"
12           Do you see that?
13       A   Uh-huh.
14       Q   Can you tell me what it means when it says
15   "to the account of the user"?
16       A   Yeah, so to elaborate a little bit on what I
17   was saying earlier, in my experience, we use the words
18   "account" and "channel" somewhat interchangeably.
19   These -- know that these terms are also technical
20   objects in our system.
21           And I don't work on the -- you know, I don't
22   work on the relationship between those, so I'm -- I'm
23   hesitant to -- to give an answer that -- that --
24   just -- just sort of explain why I was not sure how
25   best to answer that question, because I -- I didn't
```



Page 30

```
 1   want to unintentionally give an answer describing the
 2   relationship between the account object and the
 3   channel object that may not be true.
 4        I will say in general parlance of -- of
 5   communications to users, I have seen through my time
 6   at YouTube that we use the word "account" and
 7   "channel" interchangeably.  And so I don't believe
 8   that to be the case here.
 9        Q   Can an account have more than one channel?
10        A   To my knowledge -- to the best of my
11   knowledge -- and again, like, I -- I'm not really the
12   expert on this.  To the best of my knowledge, a
13   YouTube account cannot have more than one channel.
14        Q   What action, if any, does YouTube take for
15   copyright infringement with respect -- let me withdraw
16   that.
17        What action, if any, does YouTube take for
18   copyright infringement that is identified by content
19   ID?
20        MR. WILLEN:  Objection to the form.
21        MR. KOROLOGOS:  Q.  You can answer.
22        A   So I don't -- I think that question assumes
23   that content ID identifies infringement.  I don't
24   think that is the case.  I don't think copy -- I don't
25   think content ID can identify infringement.
```

Page 31

```
 1        It can identify a claimable match between a
 2   reference file uploaded by a content ID partner and a
 3   video uploaded by a user.  And when that is -- when a
 4   claimable match is found, a claim is placed on the
 5   video, and the -- the -- that claim does what the
 6   copyright holder -- you know, what -- what the content
 7   ID partner wants the claim to do.  They have the
 8   ability to set that in their settings.
 9        It -- it can monetize the video and accrue
10   the ad revenue generated by that video, it can block
11   the video, and it can track statistics.  And it can do
12   these three different things in any combination in --
13   in particular countries, you know, dependent on what
14   the copyright holder wants to do or which country they
15   have rights in.
16        And when these claims -- also, when these
17   claims are found and gen- -- and created, then, you
18   know, content ID partners can see those videos in
19   their interface.  They -- there is a way for them to
20   elect to send a notice of copyright infringement in
21   those cases.
22        Like, if they -- if they are not -- if they
23   want to do something other than monetize, track,
24   block, then they can file a takedown notice, you know,
25   providing the elements of -- of a DMCA notice.  And,
```

Page 32

```
 1   you know, we handle those like we would any other
 2   takedown notice.
 3        Q   How often do content ID partners do something
 4   manually like that as opposed to using the automated
 5   features of content ID?
 6        MR. WILLEN:  So I'm -- I'm going to object to
 7   that as outside the scope of the topics.
 8        But if -- if the witness has an answer that
 9   he can give, you can go ahead and answer.
10        THE WITNESS:  I -- I don't know the specific
11   number.  I --
12        MR. KOROLOGOS:  Q.  Do you know generally?
13        A   Generally, I mean, I -- so I -- I -- I
14   believe these numbers are actually, you know -- so
15   I -- I can tell you that it's less than, because the
16   numbers are in our transparency report.
17        And so -- so the most recently released
18   YouTube copyright transparency reports are for the
19   second half of 2021, and there's a number of, you
20   know, copyright actions by tool chart in that report.
21        And there's a -- there's a number for
22   enterprise web form.  And enterprise web form is --
23   well, how we -- we describe that DMCA web form that is
24   available in the content management interface to
25   content ID partners.
```

Page 33

```
 1        So it's -- it's something -- it's some
 2   subset -- the number you're asking about is some
 3   subset of that number where content ID partners, you
 4   know, manually choose to take -- send takedown
 5   requests through the content ID interface.
 6        Q   And that's a very small number; right?
 7        MR. WILLEN:  Objection to the form.
 8        THE WITNESS:  It depends on --
 9        THE REPORTER:  Okay.  Hold on.  Hold on.
10   "Objection to the form."
11        MR. KOROLOGOS:  Yeah, let me withdraw the
12   question and -- and ask it again since it was unclear
13   to the court reporter.
14        Q   The number of people that do it manually
15   compared to the total number of content ID claims is
16   very small; correct?
17        MR. WILLEN:  Objection to the form.
18        THE WITNESS:  I think you're asking about the
19   number of people on the one hand and the number of
20   claims on the other.  I'm not sure if that's a ratio.
21        MR. KOROLOGOS:  Fair enough.  Let me ask it a
22   different way.
23        Q   The number of takedown notices submitted
24   after a content ID match by the content ID participant
25   is less than 1 percent; right?
```



```
                                              Page 46
 1       Q   Okay.  Yeah, so the -- in the physical copy
 2   with the page numbering, it's page 29 on the -- on the
 3   number.  And that's where it talks about:
 4       "When YouTube removes a video in response to
 5   a valid copyright removal notice, we notify the user
 6   and apply a 'strike' to the account of the user who
 7   uploaded the video;"
 8       When it says "account" there, do you know
 9   whether that's a YouTube account or a Google account?
10       A   So I know that the strike -- you know, as of
11   the time of this report, which was November 2018, the
12   strike was applied to the channel that uploaded the
13   video.  And so as I said before, I think we're using
14   "account" inter- -- a little interchangeably with
15   "channel" here.
16       Q   And I asked you earlier about whether you can
17   have more than one channel for an account.  And I
18   think you gave me an answer about them being used
19   interchangeably.  But I don't want to adjust my
20   question.
21       Can you have more than one channel on one
22   Google account?
23       A   So you can have -- to the best of my
24   knowledge, because I -- you know, the -- the -- the
25   systems through which Google accounts can operate
```

```
                                              Page 47
 1   channels, I'm -- I'm not intimately familiar with the
 2   technical details.
 3       I believe Google -- a single Google account
 4   can manage, like such as, you know, perform edit
 5   operations, upload videos, for instance, to multiple
 6   YouTube channels.
 7       Q   And in fact, a single Google account can
 8   manage up to 100 channels on YouTube; right?
 9       A   I don't know that specifically.
10       Q   Does YouTube, when it terminates a channel,
11   terminate other channels that are managed by the same
12   Google account?
13       A   So where -- where -- where the -- where the
14   channel is -- so mul- -- multiple users can manage --
15   multiple Google users can manage a single YouTube
16   channel through the -- the Google+ mechanism.  So you
17   can have a -- a channel that's associated with a
18   Google+ page, and a single -- multiple Google accounts
19   could manage those channels.
20       And if a channel is terminated, then there
21   is -- there is a -- there is a unit -- there is a --
22   there is a Google account designated the primary owner
23   of that channel.
24       And then the other -- the other channels
25   managed by that primary owner are terminated, and any
```

```
                                              Page 48
 1   subsequent channels from -- that are -- that are owned
 2   by that primary owner are -- are terminated.
 3       Q   Has that approach been the same while you
 4   have been at Google -- or at YouTube -- I'm sorry --
 5   since 2013, or has it changed?
 6       A   So I believe about in 2017, we -- we started
 7   doing this.
 8   
 9   
10   
11   
12   
13       But, you know, in general, that's how those
14   two mechanisms work is through this Google+ channel
15   management relationship and -- and the -- and the
16   AdSense account.
17       We use those signals in -- in -- you know,
18   when the -- when the conditions are appropriate to
19   terminate -- to automate the termination of other
20   channels related to channels that -- that have been
21   terminated for copyright strikes.
22       Q   What is AdSense?
23       A   You know, I'm a little embarrassed that I
24   don't know a -- a -- a description of -- of AdSense.
25   But, like, my understanding, it is --
```

```
                                              Page 49
 1       Q   Let me -- let me withdraw the question and
 2   ask a different one.
 3       Is AdSense a -- a tool that users can use in
 4   connection with monetizing their own videos?
 5       A   That's my understanding, yes.
 6       Q   Okay.  And other than AdSense or looking at
 7   Google accounts to see where there is overlapping
 8   management or at least primary management, what other
 9   steps does Google take to look for associated channels
10   to terminate, if a channel is to be terminated under
11   its repeat infringer policy?
12       A   So those are the automated mechanisms that
13   exist.
14       Q   Okay.
15       A   From time to time, YouTube may, you know,
16   become aware of channels that -- that are -- that are
17   sent by various outside parties, alleging that some
18   channels are operated by the same user that's
19   previously had a channel terminated due to copyright
20   strikes.  And then, you know, there is -- there is
21   some reactive review that happens as well.
22       But those are the --
23       Q   Okay.
24       A   -- those are the automated.
25       Q   Okay.  Other than complete and valid takedown
```



```
                                                    Page 50
 1   notices that YouTube receives, does YouTube engage in
 2   any other step to try to understand whether there is
 3   infringement occurring on the YouTube platform for
 4   purposes of the repeat infringer policy and copyright
 5   strikes?
 6         MR. WILLEN:  Objection to the form.
 7         THE WITNESS:  So I'm not -- just to make sure
 8   I understand that question, you're asking -- I think
 9   you're asking other than -- other than assessing
10   copyright strikes due to valid takedown notices, does
11   YouTube assess copyright strikes in any other
12   circumstance?
13         And the answer to that is no.
14         MR. KOROLOGOS:  Okay.  That's close to my
15   question.
16      Q  Let me see if I can ask it this way:  Other
17   than assessing -- let me withdraw that.
18         Other than -- let me withdraw that, too.
19         So YouTube is sometimes made aware of
20   infringement through takedown notices that are
21   submitted either through the web form or by e-mail or
22   by fax or any other way that a takedown notice comes
23   in.  YouTube then --
24      A  I understand made aware of alleged
25   infringement under the requirements of the DMCA, yeah.
```

```
                                                    Page 51
 1      Q  When you say that, you're saying you -- you
 2   understand that such a takedown notice provides
 3   YouTube awareness of infringement as required under
 4   the DMCA; is that right?
 5         MR. WILLEN:  Objection to the form.
 6         MR. KOROLOGOS:  Q.  Do you understand the
 7   question?
 8      A  So my -- I understand DMCA notices to be
 9   allegations of copyright infringement.  And --
10      Q  Okay.
11      A  -- if there is a notice that meets the
12   requirements of the DMCA for alleging copyright
13   infringement -- because, like, I -- I -- I guess,
14   like, it goes back to the question of, can we know for
15   sure if something is infringing?
16         And I -- I -- I don't think YouTube is in a
17   position to know for sure whether a particular video
18   is infringing, you know, because we -- we don't have
19   access to all the relevant information to determine
20   that.
21         We just follow the process the -- that the
22   DMCA has laid out to -- to remove videos when, you
23   know, those -- those requirements for an allegation of
24   copyright infringement are met.
25      Q  Okay.  So other than when an allegation of
```

```
                                                    Page 52
 1   copyright infringement is made by a takedown notice,
 2   other than that, YouTube does not count anything
 3   towards its repeat infringer policy; is that right?
 4         MR. WILLEN:  Object to the form.
 5         THE WITNESS:  It's a fairly big question,
 6   because yeah, it's a -- it's a big platform.
 7         I would say, I guess, like, just to try to
 8   answer comprehensively, I think there might be --
 9   there are instances where a court has made a ruling,
10   has -- in favor of a plaintiff in a copyright
11   infringement case that, you know, infringement did
12   occur.
13         I think in those instances where we -- we're
14   made aware of the ruling and we remove videos, then we
15   would also assess those as instances that count toward
16   the repeat infringement policy, i.e., copyright
17   strikes.
18         MR. KOROLOGOS:  Okay.
19      Q  Other than a court ruling or a complete and
20   valid takedown notice, anything else?
21      A  Not to my knowledge, no.
22   
23   
24   
25   
```

```
                                                    Page 53
 1   Did I hear that correctly?
 2   
 3   
 4   
 5   
 6   
 7      Q  Okay.
 8   
 9   
10      Q  So in the web form, can you identify more
11   than one URL to be taken down at a time?
12      A  Yes.  In the web form, you can identify at
13   least ten.  Actually, I -- I really should know this,
14   but possibly more.  At least ten.  I know through the
15   copyright match tool, you can identify up to 50 videos
16   per submission.  They use the same web form, so that's
17   why I'm not totally sure if we --
18      Q  Okay.
19      A  -- if there is a difference.
20         MR. KOROLOGOS:  Okay.  Brian, if we could get
21   an answer to that at some point.  It doesn't have to
22   be today.
23         MR. WILLEN:  What specific question do you
24   want an answer to?
25         MR. KOROLOGOS:  How many URLs can be
```

