Exhibit 2

to the Declaration of Catherine Hartman

Public Redacted Version

Page 1

U.S. DISTRICT COURT

CALIFORNIA NORTHERN DISTRICT - SAN FRANCISCO

MARIA SCHNEIDER, et al.,            )
                                    )
                    Plaintiff,      )
                                    )
      vs.                           )   Case No.:
                                    )   3:20-cv-04423-JD
YOUTUBE, LLC, et al.,               )
                                    )
                    Defendant.      )
_____)

VIDEOTAPED REMOTE DEPOSITION OF

CRISTOS GOODROW

SAN FRANCISCO, CALIFORNIA

JUNE 28, 2022

REPORTED BY:  SANDRA S. PETRITSCH, CSR NO. 11684

FILE NO. 846011



```
                                              Page 2
 1              U.S. DISTRICT COURT
 2      CALIFORNIA NORTHERN DISTRICT - SAN FRANCISCO
 3
 4   MARIA SCHNEIDER, et al.,    )
                                 )
 5            Plaintiff,         )
                                 )
 6      vs.              ) Case No.:
                         ) 3:20-cv-04423-JD
 7   YOUTUBE, LLC, et al.,       )
                                 )
 8            Defendant.   )
     _____)
 9
10
11
12
13
14
15
16       Videotaped remote deposition of CRISTOS GOODROW,
17   taken on behalf of Plaintiff, in San Francisco, California
18   commencing at 9:17 a.m., Tuesday, June 28, 2022, before
19   Sandra S. Petritsch, CSR No. 11684.
20
21
22
23
24
25
```

```
                                              Page 3
 1         A P P E A R A N C E S:
 2   FOR PLAINTIFF:
 3   BOIES, SCHILLER & FLEXNER, LLP
     BY:  PHILIP C. KOROLOGOS, Esq.
 4        WALESKA SUERO GARCIA, Esq.
     55 Hudson Yards, 20th Floor
 5   New York, New York  10001
     (216) 446-2300 (via videoconferencing)
 6   pkorologos@bsfllp.com
 7   KOREIN|TILLERY, LLC
     BY:  GEORGE ANDREW ZELCS, Esq.
 8   205 N. Michigan Plaza, Suite 1950
     Chicago, Illinois  60601
 9   (312) 641-9750 (via videoconferencing)
     gzelcs@koreintillery.com
10
11   FOR DEFENDANT:
12   WILSON, SONSINI, GOODRICH AND ROSATI, PC
     BY:  LAUREN GALLO WHITE, Esq.
13        KELLY KNOLL, Esq.
     One Market Plaza
14   Spear Tower, Suite 3300
     San Francisco, California  94105-1126
15   (415) 947-2000 (via videoconferencing)
     lwhite@wsgr.com
16
17
     ALSO PRESENT:
18
     Peter Van der Vlugt, Videographer
19
     Sam Reed Dippo - YouTube
20
21
22
23
24
25
```

```
                                              Page 4
 1               I N D E X
 2   WITNESS: CRISTOS GOODROW
 3   EXAMINATION                           PAGE
 4     By Mr. Korologos                      6
 5          E X H I B I T S
 6   NUMBER       DESCRIPTION              PAGE
 7    128    Abuse Threat in Watch Next     24
            5/29/2019 (44 pages)
 8
      129    Learned Ranking Function for   39
 9           WatchNext 2/2020 (26 pages)
10    130    Watch Next Eng Review          46
             5/8/2017 (90 pages)
11
      131    Watch Next Nominators          97
12           10/18/2019 (20 pages)
13    132    On YouTube's Recommendation   114
             System - September 15, 2021
14           (17 pages)
15    133    WatchNext/Autoplay Deep Dive  119
             5/16/2019 (24 pages)
16
17
18       INSTRUCTIONS NOT TO ANSWER:
19            (None)
20
21
22       INFORMATION REQUESTED:
23            (None)
24
25
```

```
                                              Page 5
 1      SAN FRANCISCO, CA; TUESDAY, JUNE 28, 2022; 9:17 a.m.
 2                 CRISTOS GOODROW,
 3          having first been duly sworn, was
 4          examined and testified as follows:
 5
 6                 PROCEEDINGS
 7      VIDEOGRAPHER:  We are now on the record.  This
 8   begins Videotape No. 1 in the deposition of Cristos
 9   Goodrow in the matter of Maria Schneider vs. YouTube, LLC.
10   Today is Tuesday, June 28th of 2022.  And the time is
11   9:17 a.m.  This deposition is being taken virtually at the
12   request of Boies, Schiller, Flexner, LLP.  The
13   videographer is Peter Van der Vlugt of Magna Legal
14   Services, and the court reporter is Sandi Petritsch of
15   Magna Legal Services
16      Will counsel and all parties present state their
17   appearances and whom they represent.
18      MR. KOROLOGOS:  Philip Korologos with Boies,
19   Schiller, Flexner for Plaintiffs.
20      ALSO PRESENT:  Waleska Suero Garcia with Boies,
21   Schiller, Flexner for the plaintiffs.
22      MR. ZELCS:  George Zelcs on behalf of the
23   plaintiffs.
24      MS. WHITE:  Lauren White with Wilson|Sonsini on
25   behalf of Defendants Google and YouTube.  And with me are
```



```
                                                Page 6                                                    Page 8
 1    Kelly Knoll, also with Wilson|Sonsini; and Sam Reed Dippo    1    you also working on Google shopping?
 2    from YouTube.                                                 2       A   Yes.
 3              (Sworn in.)                                         3       Q   And when did you start working on Google
 4              EXAMINATION                                         4    shopping?
 5    BY MR. KOROLOGOS:                                             5       A   In February of 2008.
 6       Q   Good morning.                                          6       Q   And is that when you joined Google?
 7       A   Good morning.                                          7       A   Yes.
 8       Q   Have you been deposed before?                          8       Q   What are your primary responsibilities as a
 9       A   Yes.                                                   9    vice president of engineering at Google working on
10       Q   As you probably remember from that, it's              10    YouTube?
11    important that we try not to talk over each other; but      11       A   I'm responsible for the engineering organization
12    it's also important to make sure that you understand my     12    of Core Experiences.
13    questions.  And particularly, since we're doing this        13       Q   What is Core Experiences?
14    virtually, if you have any difficulty understanding or      14       A   Core Experiences is an organization that
15    hearing my question, please feel free to interrupt and      15    includes the main app of YouTube and YouTube Kids.
16    we'll make sure we get that cleared up.  What's most        16       Q   Did you say, "YouTube Kids"?
17    important is that you and I both understand each other;    17       A   That's correct.  YouTube Kids app.
18    but, also, that the court reporter can understand what     18       Q   So both the Kids YouTube app and the main
19    each of us says so that she can write it down for us.       19    YouTube app?
20        Is that fair?                                           20       A   That's correct.
21       A   Yes.                                                 21       Q   What aspects of engineering for the main YouTube
22       Q   Good.  What's your current position?                 22    app do you oversee?
23       A   I am a vice president of engineering at Google,      23       A   I oversee just the main app of YouTube and
24    and I work on YouTube.                                      24    actually binary that is distributed on Android devices,
25       Q   And do you do anything other than work on            25    Ios, or Apple devices.  Also, the the Web version of

                                                Page 7                                                    Page 9
 1    YouTube in that position?                                    1    YouTube.  Those are the areas.
 2       A   No.  I can't think of other things that I do          2       Q   And does that include overseeing the search and
 3    outside of my work at YouTube.                               3    discovery function within YouTube?
 4       Q   How long have you been a vice president of            4       A   Yes.
 5    engineering at Google?                                       5       Q   And what is the search and discovery function?
 6       A   About six years, I think.                             6       A   Well, the search function I feel like that's
 7       Q   So since about 2015/2016?                             7    somewhat explanatory.  It's what happens when you visit
 8       A   I think 2016.                                         8    YouTube and search for a video or for anything and then
 9       Q   And what was your position before that?               9    the responses or results can be videos or channels or a
10       A   I was a director of engineering.                     10    variety of different things.  And then the discovery
11       Q   Also at Google?                                      11    aspect is essentially the recommendation systems on the
12       A   That's correct.                                      12    main YouTube app, excluding what happens in what we call
13       Q   And did you also work on YouTube as a director       13    the shorts player.
14    of engineering?                                             14       Q   As in not longs?
15       A   Yes.                                                 15       A   Correct.
16       Q   And when did you become a director of                16       Q   How does the -- let me withdraw that.
17    engineering at Google working on YouTube?                   17        Do you view the search function and discovery
18       A   I think that was March of 2011.                      18    function as separate buckets?
19       Q   And prior to that what position did you hold?        19       MS. WHITE:  Objection to the form.
20       A   I was a director of engineering at Google            20       THE WITNESS:  Well, there are separate teams,
21    working on Google shopping.                                 21    but they use many of the same techniques and they
22       Q   And when did you start that?                         22    actually -- like a lot of the systems -- are used for both
23       A   I think I was promoted to director, maybe, in        23    parts.  Both functioning's.
24    2010.                                                       24       Q   (By Mr. Korologos)  What is YouTube's WatchNext
25       Q   And prior to being promoted to director, were        25    function?
```



Page 10

```
 1              MS. WHITE:  Objection to the form.
 2              THE WITNESS:  WatchNext is a set of
 3   recommendations that are surfaced when you're watching a
 4   video from what you might be interested in watching next.
 5       Q   (By Mr. Korologos)  And what's the relationship
 6   between YouTube's search and discovery functions and
 7   WatchNext?
 8       A   WatchNext is one of the search and discovery
 9   functions.
10       Q   Am I correct that WatchNext populates the
11   recommendations' list that would appear on a user's watch
12   page while they're watching a video?
13       A   Yes.  Those are the WatchNext recommendations
14   that appear when you're watching a video.
15       Q   And those recommendations are, I believe you
16   used the word, surfaced by YouTube's discovery function?
17              MS. WHITE:  Object to form.
18              THE WITNESS:  Those recommendations are surfaced
19   in response to the video the user is watching and their
20   watch history.
21       Q   (By Mr. Korologos)  How does WatchNext do that?
22       A   WatchNext uses information about the video that
23   you happen to be watching and the videos that you've
24   watched previously, along with information about other
25   instances in which people have watched similar videos and
```

Page 11

```
 1   recommends a set of videos that are most likely to be
 2   something you'd be interested in watching next.
 3       Q   And is that -- let me withdraw that.
 4           Is the way that WatchNext does that something
 5   that the search and discovery function of YouTube that you
 6   oversee performs?
 7              MS. WHITE:  Object to form.
 8              THE WITNESS:  I'm not sure I understood exactly.
 9   What is the question?
10              MR. KOROLOGOS:  Let me ask it a different way.
11       Q   (By Mr. Korologos)  The manner in which you have
12   generally described what WatchNext does, is that something
13   that is done using the engineering that you oversee in
14   search and discovery?
15       A   Yes.
16       Q   And am I correct that in addition to populating
17   the recommendations on a user's watch page, WatchNext also
18   populates autoplay with a recommended video that would
19   play next if the user has autoplay enabled while they're
20   watching a video?
21              MS. WHITE:  Object to form.
22              THE WITNESS:  The WatchNext system is
23   responsible for choosing all of those recommendations,
24   yes.
25       Q   (By Mr. Korologos)  For chooses both
```

Page 12

```
 1   recommendations, but also what is going to be played next
 2   via autoplay, if autoplay is enabled?
 3              MS. WHITE:  Object to form.
 4              THE WITNESS:  The video that would be played
 5   next, if autoplay is enabled, is just the top
 6   recommendation provided by WatchNext.
 7       Q   (By Mr. Korologos)  If I'm watching a video and
 8   WatchNext has done its thing and created a
 9   recommendations' list that appears on my view screen, as
10   long as I'm not in full screen mode and I can see it, and
11   the video I'm watching ends, autoplay is enabled -- the
12   first question to make sure I understand your answer --
13   the next video that would play would be the top video
14   that's on that recommendations' list?
15              MS. WHITE:  Object to form.
16              THE WITNESS:  If the autoplay is enabled and the
17   video concludes after some amount of countdown, the top
18   recommendation from the WatchNext list will play.
19       Q   (By Mr. Korologos)  Now I'm watching video that
20   was at the top of the recommendations' list, will the next
21   video that plays be generated from a new recommendations'
22   list as I'm watching that video or will it be the second
23   video that was on the watch list -- I'm sorry, the
24   recommendations' list -- of the list that appears on the
25   watch page when I was watching the first video?
```

Page 13

```
 1           Do you understand that?
 2              MS. WHITE:  Object to the form.
 3              THE WITNESS:  I think it depends on the setting.
 4   In some instances, yes.  And in some instances, no.
 5       Q   (By Mr. Korologos)  Let me ask it this way:
 6   When a recommendations' list is generated to populate both
 7   the recommendations' list that's on the watch page, but
 8   also to choose the next video that's going to play in
 9   autoplay, if autoplay is enabled, how frequently is that
10   recommendations' list regenerated?
11              MS. WHITE:  Object to form.
12              THE WITNESS:  I don't understand "how
13   frequently."  In terms of how many times a day or
14   something?
15       Q   (By Mr. Korologos)  Well, let me ask it this
16   way:  Is the recommendations' list -- let me withdraw
17   that.
18           Is a recommendations' list generated each time a
19   new video is being watched by the user?
20       A   A new list of recommendations is generated
21   for -- well, what I would say, WatchNext recommendations
22   is generated for every visit to a watch page.
23       Q   And if I visit a watch page, am I able to watch
24   more than one video without that being considered a visit
25   to a new watch page?
```



Page 14

1  A  Every video is a different visit to a watch
2  page.
3  Q  So each time I watch a new video, I'm watching a
4  new watch page or visiting --
5  A  You're visiting -- right.  You're visiting a new
6  watch page.  That's a new visit.
7  Q  And so each visit will result in the generation
8  of a recommendations' list unique to that watch page; and,
9  therefore, unique to that video?
10       MS. WHITE:  Object to the form.
11       THE WITNESS:  It will be generated, but it could
12  be identical.  The uniqueness is -- it's regenerated each
13  time, but it could be the exact same set.
14  Q  (By Mr. Korologos)  But it could be different?
15  A  It depends on the setting.
16  Q  What setting?
17  A  Well, if you visited; for instance, if you
18  visited a play list, then the user's expectations are that
19  the video would play in the order of that play list and
20  the WatchNext would display all of the members of the play
21  list in their sequence.  And so in that setting the user
22  expects that the top of WatchNext would have the next
23  video that someone has put in the play list, and the one
24  after that would be the subsequent one and so on.
25       Another setting would be if you're watching a

Page 15

1  video that's episodic; so, for instance, episode three of
2  seven, then you would -- the user would -- expect that the
3  subsequent video would be episode four of seven, and then
4  the video after that would be episode five of seven and so
5  the WatchNext system is designed so that it would show you
6  the episodes in some order.
7  Q  So when you were using the term "setting,"
8  you're describing the circumstances surrounding which the
9  video is played; not some switch within the program or the
10  app?
11  A  That's right.  The context of the user and the
12  video.
13  Q  How would you describe what the goal is of the
14  WatchNext function?
15       MS. WHITE:  Object to the form.
16       THE WITNESS:  I would say it's trying to help
17  people find the videos they most want to watch next.
18  Q  (By Mr. Korologos)  And would your answer change
19  to describe the goal of the autoplay feature on YouTube?
20  A  No.
21  Q  Mr. Goodrow, am I correct that the general
22  process for the recommendations' system within YouTube can
23  be described as nominating candidates out of billions of
24  videos on the YouTube platform and then ranking those
25  candidates and then filtering out or tweaking the ranks of

Page 16

1  those candidates?
2       MS. WHITE:  Object to the form.
3       THE WITNESS:  I think that's a fair conceptual
4  way of thinking about it, yes.
5  Q  (By Mr. Korologos)  And in that process,
6  generally speaking -- we'll get into some of the
7  details -- how does YouTube nominate candidates from the
8  billions of videos on the platform?
9  A  There are many ways.  There are many ways.
10 Q  And how would you generally describe those
11 ways?
12 A  I'm not quite sure how to describe them.  There
13 is a variety of different technical approaches.  There is
14 a variety of different systems that use different pieces
15 of information.
16 Q  Approximately how many videos do -- let me
17 withdraw that.
18      Approximately how many videos are there on the
19 YouTube system that are analyzed when candidates are
20 nominated?
21      MS. WHITE:  Object to the form.
22      THE WITNESS:  I don't know.
23 Q  (By Mr. Korologos)  Is it more than a billion?
24 A  I mean, in theory -- I think it depends on what
25 you mean by analyzing.  In theory, all videos could be

Page 17

1  nominated.
2  Q  And what I'm trying to get is an understanding
3  of what's the population of that "all videos" phrase you
4  just used.
5  A  The population is all of the videos that are on
6  YouTube.
7  Q  Do you know how many there are?
8  A  No.  I don't know how many there are.
9  Q  And do you know approximately how many there
10 are?
11 A  No.
12 Q  Do you know if it's more than a billion?
13 A  I believe that it's more than a billion, yes.
14 Q  Do you believe it's more than ███ billion?
15 A  I believe it's more than ███ billion.
16 Q  Do you know if it's more than ███ billion?
17 A  I don't know if it's more than ███ billion.
18 Q  Do you know if it's more than ███ billion?
19 A  I believe it's more than ███ billion.
20 Q  So you think it's more than ███ but you're
21 not sure if it's more than ███ is that right?
22 A  That's correct.
23 Q  In the recommendations' system, when candidates
24 are nominated before they're ranked, approximately how
25 many candidates tend to be nominated?



Page 18

1  A  I don't know.
2  Q  Is it in the neighborhood of two hundred?
3  A  I believe it's probably more than that.
4  Q  Is it more than a thousand?
5  A  I don't know.
6  Q  What are the inputs that YouTube principally
7  looks to determine the ranks of candidates for creating a
8  recommendations' list?
9  A  Broadly, the watch history of the particular
10 user who is watching the video and then some information
11 about the video itself, especially -- or about the
12 candidates, rather.  Especially -- if they had been
13 watched together with that video in the past.  And then
14 also information about the candidates having to do with
15 whether it comes -- whether it's likely to be on the
16 borderline of our community guidelines for harmful
17 misinformation; or, on the other hand, if it's from an
18 authoritative source.
19 Q  When you said some information about the video
20 itself and then I think you clarified you were talking
21 about the candidate video; is that right?
22 A  That's right.
23 Q  What information about the candidate video?
24 A  Two kinds of information I can think of right
25 away are if in the past it has been watched frequently,

Page 19

1  the candidate has been watched frequently with the video
2  that the user is currently watching.  Also, if the
3  candidate video has been watched by other users with
4  similar watch histories to the user and then the other
5  thing I mentioned was whether or not the candidate video
6  may contain misinformation or be near the border of our
7  community guidelines or alternatively if the candidate
8  video comes from an authoritative and trustworthy source.
9  Q  What is the learned ranking function for
10 WatchNext?
11    MS. WHITE:  Object to the form.
12    THE WITNESS:  The learn ranking function is a
13 function which combines various pieces of information
14 generally in the form of predictions to determine a final
15 score that would be used for ranking candidates as
16 WatchNext suggestions.
17 Q  (By Mr. Korologos)  And what is predicted to
18 determine that final score?
19 A  A variety of things.  Many quantities.
20 Q  What are the most important ones?
21 A  I don't know which ones are most important.  It
22 depends on the learned ranking function.
23 Q  Is there more than one learned ranking
24 function?
25 A  No.

Page 20

1  Q  What is the goal of the ranking that occurs
2  within the recommendations' list?
3    MS. WHITE:  Object to the form.
4    THE WITNESS:  It's to achieve the goal of
5  WatchNext, which is to help people find the videos they
6  most want to watch next.  I should also state that and
7  also ensure that the suggestions are being responsibile to
8  society by not suggesting borderline content or harmful
9  misinformation and promoting authoritative trustworthy
10 content on sensitive topics.
11 Q  (By Mr. Korologos)  And with respect to finding
12 videos that people want to watch next, how does YouTube
13 determine whether WatchNext is achieving that goal?
14 A  We try to estimate the satisfaction of users
15 based on changes we might consider to the system.
16 Q  Am I correct that in estimating the net
17 satisfaction of users YouTube looks at the watch time that
18 the user engages in with the video?
19    MS. WHITE:  Object to the form.
20    THE WITNESS:  YouTube looks at a variety of
21 things, including the viewership, we use user research
22 studies, we use other quantities like survey results.
23 Q  (By Mr. Korologos)  Anything else?
24 A  Yes.  We use many metrics to try to estimate
25 whether we believe that the user is more satisfied with

Page 21

1  the experience.
2  Q  And what are some of those metrics?
3  A  Well, the likelihood of the user to return to
4  YouTube subsequently on another day.  The likelihood of
5  the user to say that the videos they watched were four or
6  five out of five stars when asked on the next day or the
7  day after to a video that they watched.
8     I mean those are a couple that I -- I can try to
9  think of more, if you like, but those are a couple that
10 come to mind.
11 Q  I would like to hear about other ones you can
12 recall.
13 A  Well, the likelihood of users to say that the
14 WatchNext suggestions were offputting.  So that's an
15 example of something that we want to diminish.  Let's see,
16 what are some other ones?  I mentioned the likelihood of
17 WatchNext to suggest videos that may contain borderline
18 content or harmful misinformation, another thing that we
19 want to reduce.  The likelihood of the WatchNext
20 suggestions to promote authoritative and trustworthy
21 contents.
22    Well, those are some more that I can think of.
23 Q  When you said "viewership" earlier, what do you
24 mean by "viewership"?
25 A  I mean the amount of value that viewers are

6 (Pages 18 to 21)



Page 74

1    the past in connection with recommendation that you
2    recall?
3        A   As I recall they have been used in the past in
4    nomination for recommendations.
5        Q   And do you recall how they were used to help
6    generate nominations?
7        A   Yes.
8        Q   What do you recall?
9        A   As I recall there was, at some point, a
10   nominator that would take the Legos of the video you were
11   watching or the videos you had watched and then nominate
12   for recommendation other videos that had the same Legos.
13       Q   And you're not sure one way or the other whether
14   that still happens within recommendations?
15           MS. WHITE:  Object to form.
16           THE WITNESS:  I'm not sure, that's correct.
17           MR. KOROLOGOS:  Okay.
18       Q   (By Mr. Korologos)  Does the YouTube
19   recommendation system attempt to avoid recommending videos
20   to the viewer that the viewer has recently watched?
21       A   Not necessarily.
22       Q   When you say, "not necessarily," what do you
23   mean?
24       A   I mean that in certain circumstances it takes
25   into consideration if the viewer had recently watched it.

Page 75

1    In other circumstances it doesn't.
2        Q   What are the circumstances where it does and
3    what are the circumstances where it doesn't?
4        A   An example where it doesn't tear, if you had or
5    the user had recently watched -- if the user had gotten
6    part way through a long video.  So I watch math lectures
7    on YouTube and if I only got halfway through one, it might
8    recommend that video again to me even though I had already
9    "watched" it.
10       Q   What about in generating an up next list on the
11   watch page; does the recommendation system try to avoid
12   putting duplicative videos on that list?
13       A   Duplicate?  What exactly do you mean by
14   "duplicate"?
15       Q   The same video.  What is essentially the same
16   video that's on the platform twice.
17           MS. WHITE:  Object to the form.
18           THE WITNESS:  I don't know if we have duplicate
19   filtering in WatchNext.
20       Q   (By Mr. Korologos)  Do you have duplicate
21   filtering in search?
22       A   Yes.  The search system filters duplicates.
23       Q   Meaning that the search list that is presented
24   to the user who is engaged in the search will eliminate a
25   duplicate result?

Page 76

1        A   In all cases.
2        Q   Did you say in many cases?
3        A   In all cases.  I'll come closer.
4        Q   I think it's a connectivity issue and not just
5    where you're sitting.  It sounded garbled and that's why I
6    followed up.
7            In the cases where it does eliminate duplicates,
8    what does the search system consider to be a duplicate?
9        A   As I recall, it's either an 80 or 90 percent
10   complete match of the video content.
11       Q   And how is that 80 or 90 percent complete match
12   of the video content determined?
13       A   It's determined by the matching system.
14       Q   What kind of matching system?
15       A   I really can't say.
16       Q   You can't say what?
17       A   I don't understand it well-enough to be able to
18   describe it.
19       Q   Is it -- let me withdraw that.
20           Does it have a name?
21           MS. WHITE:  Object to form.
22           THE WITNESS:  I call it the match system.
23       Q   (By Mr. Korologos)  What do other people call
24   it?
25       A   I think they also call it the match system.

Page 77

1        Q   Is it the same as the copyright match system?
2        A   I don't know.
3        Q   Do you know what the copyright match system
4    is?
5        A   Vaguely.
6        Q   Or the copyright match tool?
7        A   Not really.
8        Q   What's your vague understanding of the copyright
9    match system?
10       A   My understanding is there is a system that
11   compares reference files to videos uploaded to YouTube.
12       Q   Is that the copy -- the content -- ID system?
13       A   That's my vague understanding of the content ID
14   system.  Experts might say that one particular part is
15   exactly ID and another part is something else.
16       Q   Is it your understanding that the content ID
17   system is the matching system used to eliminate duplicates
18   in search as you've described?
19       A   No.
20       Q   Is it your understanding that technology used by
21   the content ID system is used to eliminate those
22   duplicates?
23       A   I don't know.
24       Q   Who would know?
25       A   Someone working on the match system.



Page 122

    1  home trying to provide a diverse set of suggestions.
    2      Q   Is there -- let me withdraw that.
    3          Under what circumstances is there an effort by
    4  YouTube in its search function what it provides in a
    5  response to a query an effort to increase the diversity of
    6  videos watched by a user?
    7          MS. WHITE:  Objection to form.
    8          THE WITNESS:  The search function isn't trying
    9  to increase the set of the diversity of the set of videos
   10  to watch.  The search function, when it tries to provide
   11  diversities, is trying to ensure that the user gets to see
   12  a diverse set of results.  It's not -- it doesn't have as
   13  the goal to get the user to watch a diverse set.  Just to
   14  make sure that it's offering a diverse set.  And that's
   15  only for certain queries like you described.  Maybe funny
   16  video or something.
   17      Q   (By Mr. Korologos)  Am I correct that as the
   18  number of videos on the YouTube platform has increased
   19  over time that the ability of YouTube to find videos to
   20  recommend to users through its WatchNext function that
   21  users want to watch gets easier?
   22          MS. WHITE:  Objection to form.
   23          MR. KOROLOGOS:  Let me withdraw that because the
   24  easier might be confusing.
   25      Q   (By Mr. Korologos)  Am I correct that the

Page 123

    1  ability of YouTube's recommendations' system to provide to
    2  a user a video that the user wants to watch improves with
    3  more content being on the YouTube platform?
    4          MS. WHITE:  Objection to form.
    5          THE WITNESS:  You know, I don't think so.
    6      Q   (By Mr. Korologos)  Well, if you had for videos
    7  on the platform, doesn't that give you a greater
    8  opportunity to find a video that more particularly matches
    9  what a user might be looking for?
   10          MS. WHITE:  Objection to form.
   11          THE WITNESS:  I think that's a way of thinking
   12  about it, but I think you also have to consider -- for
   13  instance, if you have a smaller corpus and you have a
   14  service that's well-known for that corpus like, I don't
   15  know, let's take Netflix or Apple Plus; is their
   16  recommendation problem easier or harder?  Well, a strategy
   17  that might work that's pretty simple in the Netflix or
   18  Apple Plus case, just show at the top always the shows
   19  that or the videos that most of the people like and that's
   20  a pretty -- that's a pretty -- straightforward
   21  recommendation algorithm.
   22          And it may work very well for those services
   23  because the people are kind of self-selecting in.  When
   24  they go to Apple Plus, they expect to see Ted Lasso or
   25  whatever it is and so that's an easier recommendation

Page 124

    1  problem, whereas if you think about that same pretty
    2  simplistic algorithm, it kind of has no chance of working
    3  on YouTube because I could rank the most viewed videos for
    4  you and like they probably wouldn't even be in your
    5  language or it's not going to work at all.  So I don't
    6  know -- I don't believe -- that's right.  I don't think
    7  that's a simple statement to make.
    8      Q   (By Mr. Korologos)  Well, if I move away from it
    9  being simple in general to being specific to YouTube, as
   10  opposed to other networks like Apple Plus or Netflix or
   11  something like that, does the number of different videos
   12  that are on the platform increase the opportunities for
   13  YouTube to be able to provide a specific video that is
   14  more likely to be a video that the user wants to watch and
   15  does watch?
   16          MS. WHITE:  Objection to form.
   17          THE WITNESS:  I think that inside your question
   18  is a premise that what people want to watch will continue
   19  to fragment and be more widely dispersed across content.
   20  If you don't believe that, and I don't think everybody
   21  does -- there are some people that believe that's just a
   22  temporary situation and pretty soon everybody in the world
   23  is going to watch hundred different shows and that's it.
   24  So if you believe that, then having more videos is not a
   25  particular advantage or doesn't make it any easier.

Page 125

    1      Q   (By Mr. Korologos)  What's your belief?
    2      A   I believe that content, consumption, and
    3  interest will continue to fragment and so I believe that
    4  having a larger set of videos will be more likely to
    5  satisfy a larger number of users.
    6          MR. KOROLOGOS:  Why don't we take a break until
    7  four o'clock and let me use that time to organize all of
    8  my notes and see if we can finish things off during the
    9  next session.
   10          VIDEOGRAPHER:  Off the record at 3:47.
   11          (Recess from 3:47 p.m. to 4:05 p.m.)
   12          VIDEOGRAPHER:  On the record at 4:05.
   13      Q   (By Mr. Korologos)  Mr. Goodrow, did you do a
   14  pod cast with Lex Fridman?  L-e-x  F-r-i-d-m-a-n.
   15      A   Yes.
   16      Q   When did you do that; do you recall?
   17      A   I think it was in 2019.
   18      Q   Past couple of years; two or three years?
   19      A   It was before Covid.
   20      Q   We've talked some today about how the
   21  recommendations' system works, how WatchNext works, and
   22  how autoplay works; how would you describe a perfectly
   23  tuned autoplay feature on YouTube?
   24          MS. WHITE:  Objection to form.
   25          THE WITNESS:  A perfectly tuned autoplay feature

32 (Pages 122 to 125)



Page 126

```
 1   on YouTube would correctly anticipate all of the videos I
 2   want to watch.  I wouldn't say it's the autoplay feature
 3   in particular, but I would say that the best WatchNext
 4   suggestions would correctly anticipate all the videos I
 5   would want to watch and in the sequence that I would want
 6   to watch them, and the one that I most wanted to watch
 7   after each one would be at the top.
 8      Q   (By Mr. Korologos)  And that's irrespective of
 9   whether you knew of the existence of those videos before
10   the WatchNext list was populated?
11      A   When you say me, you're talking --
12      Q   Well, I used you because you seem to shift into
13   the first person in your answer.
14      A   Oh.  So, in this case, you're talking about the
15   user?
16      Q   Yes.
17      A   I see.
18          Right.  The WatchNext suggestions would surface
19   videos that the user was unaware or might surface videos
20   that the user was unaware existed on YouTube.
21          MR. KOROLOGOS:  I have no further questions.
22   Ms. White may have some questions.
23          MS. WHITE:  Can we take a two minute recess?
24          MR. KOROLOGOS:  Sure.
25          VIDEOGRAPHER:  Off the record at 4:08.
```

Page 127

```
 1          (Recess from 4:08 p.m. to 4:11 p.m.)
 2          VIDEOGRAPHER:  On the record 4:11.
 3          MS. WHITE:  We have no questions for
 4   Mr. Goodrow.
 5          MR. KOROLOGOS:  Okay.  Thank you, everybody.
 6   Nice meeting you, Mr. Goodrow.
 7          THE WITNESS:  Nice meeting you.
 8          VIDEOGRAPHER:  Off the record at 4:12.
 9          (Time Noted:  4:12 p.m.)
```

Page 128

```
 1   STATE OF CALIFORNIA   )
                           ) SS.
 2   COUNTY OF SACRAMENTO  )

 7          I, the undersigned, declare under penalty
 8   of perjury that I have read the foregoing transcript,
 9   and I have made any corrections, additions or deletions
10   that I was desirous of making; that the foregoing is a
11   true and correct transcript of my testimony contained
12   therein.
13          EXECUTED this ____ day of _____,
14   _____, at _____, _____.
              (City)            (State)

18          _____
                  CRISTOS GOODROW
```

Page 129

```
 1              REPORTER'S CERTIFICATE

 4      I, SANDRA S. PETRITSCH, CSR No. 11684, Certified
 5   Shorthand Reporter, certify;
 6      That the foregoing proceedings were
 7   stenographically reported by me at the time and place
 8   therein set forth and were thereafter transcribed;
 9      That the foregoing is a true and correct
10   transcript of my shorthand notes so taken.
11      I further certify that I am not a relative or
12   employee of any attorney or any of the parties nor
13   financially interested in the action.
14      I declare under penalty of perjury under the
15   laws of California that the foregoing is true and correct.
16      Dated this 22nd day of July, 2022.


20      _____
         SANDRA S. PETRITSCH, CSR No. 11684
```

