Exhibit 3

to the Declaration of Catherine Hartman

Public Redacted Version

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

---oOo---

MARIA SCHNEIDER, UNIGLOBE
ENTERTAINMENT, LLC, and
AST PUBLISHING LTD.,
individually and on behalf
of all others similarly
situated;

        Plaintiffs,
vs.                                Case No. 3:20-cv-04423-JD

YOUTUBE, LLC; and GOOGLE
LLC;

        Defendants.
_____/


CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER

REMOTE VIDEOTAPED DEPOSITION OF AMY WU

PALO ALTO, CALIFORNIA

TUESDAY, MAY 24, 2022


STENOGRAPHICALLY REPORTED BY:

ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR

CSR LICENSE NO. 9830

JOB NO. 832769



Page 2

```
 1              UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3                       ---oOo---
 4
 5   MARIA SCHNEIDER, UNIGLOBE
     ENTERTAINMENT, LLC, and
 6   AST PUBLISHING LTD.,
     individually and on behalf
 7   of all others similarly
     situated;
 8
             Plaintiffs,
 9   vs.            Case No. 3:20-cv-04423-JD
     YOUTUBE, LLC; and GOOGLE
10   LLC;
11           Defendants.
12   _____/
13
14
15       Remote Videotaped Deposition of Amy Wu,
16   taken on behalf of the Plaintiffs, on Tuesday,
17   May 24, 2022, beginning 9:06 a m., and ending
18   at 5:29 p.m., Pursuant to Notice, and before me,
19   ANDREA M. IGNACIO, CSR, RPR, CRR, CLR ~ No. 9830.
20
21
22
23
24
25
```

Page 3

```
 1   A P P E A R A N C E S:
 2
 3   COUNSEL FOR PLAINTIFFS:
 4      BOIES SCHILLER FLEXNER LLP
 5      By:  PHILIP C. KOROLOGOS, Esq.
 6           DEMETRI BLAISDELL, Esq.
 7      55 Hudson Yards, 20th Floor
 8      New York, NY 10001
 9      (212) 446-230
10
11           -- and --
12
13      KOREIN TILLERY, LLC
14      By:  GEORGE ZELCS, Esq.
15           CAROL O'KEEFE, Esq.
16           RYAN CORTAZAR, Esq.
17           DAVID WALCHAK, Esq.
18      205 North Michigan, Suite 1950
19      Chicago, IL 60601
20      Telephone: (312) 641-9750
21
22
23
24
25
```

Page 4

```
 1   R E M O T E  A P P E A R A N C E S:  (Cont.)
 2
 3
 4   COUNSEL FOR THE DEFENDANTS:
 5      WILSON SONSINI GOODRICH & ROSATI
 6      BY:  MAURA REES, Esq.
 7           KELLY M. KNOLL, Esq.
 8      650 Page Mill Road
 9      Palo Alto, CA 94304-1050
10      (650) 493-9300
11
12   ALSO PRESENT: Peter van der Vlugt, Videographer
13                 Matthew Gubiotti, Google
14
15                    ---oOo---
16
17
18
19
20
21
22
23
24
25
```

Page 5

```
 1                    I N D E X
 2
 3   WITNESS:  Amy Wu
 4
 5   EXAMINATION                          PAGE
 6   By Mr. Korologos                      7
 7
 8             E X H I B I T S
 9   EXHIBIT                              PAGE
10   Exhibit 101  Tech Talks, Bates        45
11        GOOG-SCHNDR-00042647 - '48
12   Exhibit 102  Watch Next Overview 1-22-16 Product  47
13        Review, Bates GOOG-SCHNDR-00040865
14        - '941
15   Exhibit 103  Autoplay DeepDive Charles Wu 4/2021 115
16        Bates GOOG-SCHNDR-00040723 - '747
17   Exhibit 104  Watch Next Introduction, Bates    133
18        GOOG-SCHNDR-00040752 - '53
19   Exhibit 105  YouTube Watch Next's New Hire Guide 136
20        Bates GOOG-SCHNDR-00042675 - '78
21
22                    ---oOo---
23
24
25
```



```
                                                    Page 6                                                      Page 8
 1           REMOTE ZOOM DEPOSITION                          1        And if there are interruptions, I apologize
 2           TUESDAY, MAY 24, 2022                           2   for that, but such as the life of doing things
 3              9:06 a.m.                                    3   remotely these days.
 4                                                           4        Would you state your name for the record,
 5                                                           5   please.
 6      THE VIDEOGRAPHER:  We are now on the record.         6     A  Amy Wu.
 7   This begins Videotape No. 1 in the deposition of        7     Q  And what is your address?
 8   Amy Wu.  In the matter of Maria Schneider versus        8     A  Home address?
 9   YouTube LLC.                                            9     Q  Yes.
10        Today is Tuesday May 24, 2022, and the time      10     A  ███████████████████████████
11   is 9:06 a.m.  This deposition is being taken virtually 11     Q  And where are you employed?
12   at the request of Boies Schiller & Flexner LLP.       12     A  At Google.
13        The videographer is Peter van der Vlugt of       13     Q  And when did you join Google?
14   Magna Legal Services.                                 14     A  I joined Google in, I believe it was, 2007.
15        The court reporter is Andrea Ignacio of Magna    15     Q  And what was your position when you first
16   Legal Services.                                       16   joined Google?
17        Will counsel and all parties present state       17     A  When I first joined Google, my position was
18   their appearances and whom they represent.            18   product manager.
19      MR. KOROLOGOS:  Good morning, it's Philip          19     Q  For what product?
20   Korologos with Boies Schiller & Flexner on behalf of  20     A  When I first joined Google, I was product
21   the Plaintiffs and the Putative Class.                21   manager within Search.
22      MS. REES:  This is Maura Rees from Wilson          22     Q  And how long were you product manager within
23   Sonsini on behalf of Google and YouTube.  And with me 23   Search?
24   today are Kelly Knoll from Wilson Sonsini, and Matt   24     A  I believe I was in Search for about a year.
25   Gubiotti from Google.                                 25     Q  Did you say one year?

                                                    Page 7                                                      Page 9
 1      MR. ZELCS:  George Zelcs on behalf of the            1     A  I believe it was about one year roughly.
 2   plaintiffs.  With me are Carol O'Keefe, Ryan Cortazar   2     Q  So that would be some time in 2008?
 3   and David Walchak all from Korein Tillery.              3     A  Would have been until some time in 2008.
 4      MR. KOROLOGOS:  And also from Bose Schiller          4     Q  And where did you shift to next?  What
 5   is Demetri Blaisdell.                                   5   position and -- and what area?
 6      THE VIDEOGRAPHER:  Will the court reporter           6     A  Next I went to -- that was also product
 7   please swear in the witness.                            7   manager.  Actually, sorry.  When I first joined, it
 8                                                           8   was associate product manager.  Actually it was -- I
 9             AMY WU,                                       9   recall that was officially my title.  So when I went
10         having been sworn as a witness,                 10   to -- next was Ads, and I was also an associate
11         by the Certified Shorthand Reporter,            11   product manager at that time.
12            testified as follows:                        12     Q  And how long were you an associate product
13                                                         13   managers in Ads?
14                                                         14     A  I -- I was an associate product manager in
15             EXAMINATION                                 15   Ads for about a year until -- and then after that I
16   BY MR. KOROLOGOS:                                     16   was, you know, product manager.
17     Q  Good morning, Ms. Wu.                            17     Q  And so you elevated from associate product
18     A  Good morning.                                    18   manager to product manager but stayed within Ads?
19     Q  As we discussed a little bit before, we're      19     A  Yes.
20   going to be using a platform for exhibits, and we're 20     Q  And how long were you product manager in Ads?
21   using Zoom for the deposition today.                 21     A  I believe it was probably about a year or
22        If at any time you have difficulty hearing      22   two.  Maybe two years, if I recall correctly.
23   me, please interrupt so that you can have a clear    23     Q  So that takes us up to about 2011?
24   understanding of what my questions are, and as I need 24    A  I'm not sure if it was exactly 2011.  I just
25   to get a clear understanding of your answers.        25   know it was roughly about -- about a year as an
```




Page 10

1  associate product manager, and then probably another
2  couple of years at the product manager.
3      Q  What was your next position?
4      A  My next position was also product manager.
5      Q  In what area?
6      A  I was a product manager in Google Play.
7      Q  How long were you product manager in Google
8  Play?
9      A  I believe it was around maybe three years or
10 so.  I can't recall the exact length though, but I
11 think it was three or maybe four years.
12     Q  And where did you go after that?
13     A  After Google Play, I went to YouTube.
14     Q  Okay.  And when did you go to YouTube?
15     A  Let me think.  I believe it was 20 -- I
16 believe it was around 2016.
17     Q  And how did you end up going to YouTube?
18     A  Can you clarify what you mean by that?
19     Q  Sure.
20        How did you end up changing your position in
21 or about 2016 from being a product manager in Google
22 Play to shifting over to YouTube?
23     MS. REES:  Object to the form of the
24 question.
25     MR. KOROLOGOS:  Q.  You can answer.

Page 11

1      A  Do you -- do you -- can you clarify?  Do you
2  mean kind of the mechanics or --
3      Q  No.
4         What -- what was it that is the principal
5  cause for you changing positions from working for
6  Google Play to working for YouTube?
7      A  So I just -- you know, I -- it was kind of
8  time to make a change.  I had been on Google Play for,
9  I guess, around three for years at the time, and I was
10 interested in, you know, this YouTube, moving to
11 YouTube from there.
12     Q  And did you apply for the position?
13     A  I did apply internally, yes.
14     Q  And when you went to YouTube in 2016, did you
15 go in as a product manager?
16     A  Yes; I was a product manager.
17     Q  For what?  For Watch Next?
18     A  Yes.
19     Q  And that's a position you've held since 2016?
20     A  Yes.
21     Q  Prior to 2016, had you had any involvement
22 with YouTube?
23     A  Not that I can recall.
24     Q  So when you were associate product manager in
25 Search and then associate product manager in Ads,

Page 12

1  those were both with respect to Google?
2      A  Those were both Google, within Google, yes.
3      Q  So Google Search and Google Ads, and not
4  YouTube Search or YouTube Ads?
5      A  That's right.
6      Q  Are there any other product managers for
7  Watch Next today?
8      A  No.
9      Q  Have there been since you became product
10 manager for Watch Next in 2016?
11     A  Yes.
12     Q  Who else has been product manager for Watch
13 Next along with you since 2016, and during what
14 periods of time?
15     A  There was one person who covered for me while
16 I was out on maternity leave.  And I'm trying to
17 remember.  I think that was -- you asked what period
18 of time; is that right?
19     Q  Yes, yep.
20     A  That was 2017.  Late 2017 until early 2018.
21     Q  And who was that that covered for you?
22     A  It was an associate product manager.
23     Q  And what is the person's name?
24     A  Her name is Lexie Judd.
25     Q  During that late -- let me withdraw that.

Page 13

1         Did anybody else hold the position of product
2  manager in Watch Next from 2016 to the present other
3  than you or Ms. Judd?
4      A  No one else has been the Watch Next product
5  manager during that time, as far as I can recall.
6      Q  And aside from your maternity leave, which I
7  take it was from late 2017 to early 2018, have you
8  been actively working as the product manager for Watch
9  Next since 2016?
10     A  Yes.
11     Q  How many people are in the Watch Next group?
12     A  It -- define -- can you define "group"?
13     Q  Well, you tell me.
14        What -- is Watch Next considered a group
15 within YouTube?  Or an area?  Or a division?  Or
16 something like that?
17     A  Yes, there is a core Watch Next team, let's
18 call it.
19     Q  And is that a team that you manage?
20     A  I -- I don't know about manage, but I'm the
21 product manager for that team, for Watch Next, yes.
22     Q  Who manages the team?
23     A  Well, by "team," there -- there is an
24 engineering manager for the team who, you know,
25 just -- you know, is the -- is the manager.



Page 78

```
 1      Q  Okay.  And whether they are on a comment page
 2   or watching more videos, that is more time that they
 3   may see advertisements; correct?
 4      A  I'm not sure they can see ads while they're
 5   writing a comment.
 6      Q  Well, there are ads on the Watch Page; aren't
 7   there?
 8      A  There are ads on the Watch Page, but I
 9   don't -- you know, if they're writing any comments, I
10   don't know if, you know, they -- the ad may or may not
11   be playing.  I don't recall if -- I guess the UI is.
12   It wouldn't cover -- I don't remember if it covers up
13   the ad.  I don't -- that's -- if it's playing in the
14   video, I don't think so.  So it may or may not, you
15   know.  There -- there may or may the not be an ad
16   playing when they're writing a comment.
17      Q  Okay.  But when they're watching videos more
18   than when they did before, they're watching more ads;
19   correct?
20      A  Not necessarily.  I -- you know, they could
21   be watching more ads or they could not.  It just
22   depends on, you know, where the ad is -- is showing
23   up.  I'm not sure.  I -- you know, they -- they could
24   be watching -- potentially they could be more --
25   watching more ads.
```

Page 79

```
 1      Q  Well, what -- as a -- as a product manager in
 2   Watch Next for over six years now, do you have a view
 3   as to whether users who watch YouTube more than they
 4   previously did watch more ads?
 5      A  They could be watching more ads.  I mean,
 6   it's -- you know, we have a whole separate Ads team
 7   that deals with advertising and how often ads show up
 8   in ad load.  That's really not my area of expertise in
 9   Watch Next.
10         You know, I'm really focused on how do we
11   drive user happiness and user satisfaction.  And, you
12   know, I -- I'm really not the expert on the ads or how
13   they work.  And it's not my goal to be, you know,
14   trying to drive that.  So I -- I kind of leave that to
15   the other teams.
16      Q  Well, so is that a no, you do not have a view
17   as to whether users who watch YouTube more than they
18   used to are going to watch more ads?
19      A  They could be watching more ads.  I just
20   don't know, you know, the exact mechanics of how, you
21   know, ads and ad load might work on YouTube.  I mean,
22   to the extent that, you know, generally speaking,
23   people who watch, you know, or, you know, who -- you
24   know, to the extent that, generally speaking, more
25   views, you know, might be correlated with more
```

Page 80

```
 1   revenue, I mean, it could happen.  But again, I'm not
 2   really the expert on the ad system.  My focus is
 3   primarily on viewers.
 4      Q  Well, I'm asking for an expert opinion.  I'm
 5   asking for your views, given your extensive experience
 6   at Google overall where you used to be in Ads.  And
 7   where you are now at YouTube in Watch Next for six
 8   years, whether you have an understanding.  Not whether
 9   users could be watching more ads, but whether they do
10   watch more ads when they watch more on YouTube than
11   they used to.
12         MS. REES:  Object to the form of the
13   question.
14         MR. KOROLOGOS:  Q.  You can answer.
15      A  I mean, in -- again, in my personal opinion,
16   I guess --
17      Q  That's all I can ask for.
18      A  -- in my personal opinion, I mean, again
19   it's, you know -- you know, increases in views across,
20   you know, a product tends to be correlated, you know,
21   with an increase, you know, in -- in revenue.
22         But, you know, again, I -- I haven't -- you
23   know, I know I haven't done that analysis, so I
24   couldn't say for sure.  I don't -- it's not something
25   I really track or measure.  So, you know, again, I'm
```

Page 81

```
 1   you know, primarily focused on viewers.  So I think,
 2   you know, it's my personal understanding that there's,
 3   you know -- that, you know, that kind of at least
 4   there is a correlation there.  So -- but I can't -- I
 5   haven't done the analysis to say, like, you know, here
 6   it is definitively for sure.
 7      Q  Is there a difference between your use of the
 8   term "view time per visitor" and "YouTube Watch Time"?
 9      A  Yes.
10      Q  What is the difference?
11      A  The difference is that view time per visitor
12   is dividing the view time by the number of visitors.
13      Q  And watch time is total time that anybody,
14   whether it's many more people or fewer people, that
15   somebody is watching YouTube.  Not one person
16   obviously.  It takes a lot of people.
17      A  Yes.
18      Q  Okay.
19      A  Yes.
20      Q  If you look back a few pages to the page that
21   bears production number '873, I think it's going to be
22   page 9 in the thumbnails.
23      A  Uh-huh.
24      Q  That's the page that says "What's the big
25   deal?"  And then the only other information on the
```



```
                                            Page 82
 1   page is ▓▓▓ of YT Watch Time," and below that it
 2   says:
 3         "+5.1% last year"
 4         Do you see that?
 5      A  Yes.
 6      Q  So is this indicating that in January of 2016
 7   Watch Next was the source of ▓▓▓▓▓ of the YouTube
 8   watch time?
 9      A  At the time of this presentation, yes.
10      Q  And that was an increase of 5 1 percent
11   compared to a year earlier?
12      A  Not necessarily, no.
13      Q  Because it may have been at some point last
14   year but not necessarily a year before?
15      A  No.  The -- the top line number is the -- you
16   know, the percent of -- of Watch Next as a part of
17   total YouTube time.  And I believe the bottom number
18   is just, you know, the increase of total, you know,
19   YouTube Watch Time in the past year.
20      Q  I see.
21         So this -- this is saying what Watch Next
22   attributed to ▓▓▓▓▓ of the overall YouTube Watch
23   Time, and the YouTube Watch Time itself increased by
24   5.1 percent during the prior year?
25      A  Yes, the 5.1 percent increased from -- from
```

```
                                            Page 83
 1   Watch Next, you know launches and such.  I believe
 2   that's -- that's what I meant.  I don't recall
 3   exactly, but that's how I would interpret this.
 4      Q  Okay.  And let me see if I understand.
 5         So the ▓▓▓▓▓ of YouTube Watch Time is
 6   just that, that the -- the launch source of watch time
 7   for everybody that has watched YouTube, ▓▓▓▓▓ of
 8   that is attributable to Watch Next; is that right?
 9      A  What do you mean by "launch," "launch time"?
10      Q  Well I'm using it the same way as you just
11   used it, "launches and such" from Watch Next.
12      A  I see.
13         That's what -- I was referring to the
14   5.1 percent.  That line.
15      Q  Okay.  And I want to talk about the whole
16   page which luckily is only two lines.  But the second
17   line is 5.1.  I wanted to start with the first line.       1
18      A  Okay.
19      Q  So am I correct in understanding that the
20   ▓▓▓▓▓ of YouTube time is ▓▓▓▓▓ of everybody
21   that has watched YouTube that -- on a time watched
22   basis, that ▓▓▓▓▓ comes from videos that are
23   launched by or for the user through the Watch Next
24   function of YouTube?
25      A  The ▓▓▓▓▓ of YouTube Watch Time, that's
```

```
                                            Page 84
 1   referring to of the total time spent watching by, you
 2   know, all users on YouTube.  ▓▓▓▓▓ of that time
 3   comes from users using Watch Next which includes, you
 4   know, Watch Next and including Autoplay as well.
 5      Q  Okay.  So Autoplay and Recommendations;
 6   right?
 7      A  On the Watch Page.
 8      Q  Recommendations on the Watch Page, right.
 9      A  Yes.
10      Q  Those two sources.
11         Any other sources that make up the
12   ▓▓▓▓▓
13      A  I don't believe so.
14      Q  And 5.1 percent increase -- let me withdraw
15   that.
16         Where it says "+5.1% last year," is that an
17   indication that the ▓▓▓▓▓ of YouTube Watch Time
18   that is attributable to Watch Next through
19   Recommendations in Autoplay, that that ▓▓▓▓▓ has
20   gone up to ▓▓▓▓▓ by 5.1 percent over the prior
21   year?
22      A  No.
23      Q  What does it mean?
24      A  I -- I'm interpreting this to mean that in
25   the prior year, watch time driven by -- or watch
```

```
                                            Page 85
 1   time -- sorry.  Just give me one second.  My -- my
 2   daughter seems to have burst in here.
 3         Can we hold that thought for one second?
 4      Q  All right.  Take care of your daughter.
 5      A  Sorry.
 6         THE VIDEOGRAPHER:  Off the record.
 7         (Recess taken.)
 8         THE VIDEOGRAPHER:  On the record.  11:55 a.m.
 9         MR. KOROLOGOS:  Okay.  Let me withdraw the
10   question just to clear things up, and -- and we'll
11   start over.
12      Q  Let me -- let me ask it this way:  The
13   ▓▓▓▓▓ of YouTube Watch Time is as of
14   January 2016; correct?
15      A  Yes.
16      Q  What's your understanding of what it was and
17   what the "+5.1% last year" phrase indicates that
18   figure was for January of 2015?
19      A  I'm not sure what it was in January of 2015.
20   The 5 -- you know, I guess I would explain it as
21   the -- you know, if overall YouTube Watch Time, you
22   know, outside of Watch Next grew in that period, then
23   I can't be sure what the percent Watch Next was of the
24   total in the -- in the prior year.
25      Q  Is the -- your understanding of the 5.1
```


MAGNA LEGAL SERVICES

Page 94

1  YouTube that is focused on takedowns and those kinds
2  of things. And, you know, we receive and respect
3  whatever outcome, you know, comes out of that team.
4  That's -- but that -- that's not something that we
5  ourselves are focused on.
6      Q  When you say you receive and respect whatever
7  comes -- let me withdraw that.
8         When you say we receive and respect whatever
9  outcome comes out of the takedown notice team, what do
10 you mean?
11     A  Well, I mean that, you know, if something has
12 been taken down from YouTube, then that's something
13 that, you know, obviously we and Recommendations would
14 respect as well. We wouldn't be showing that in our
15 recommendations.
16     Q  Okay. If a video has been blocked as a
17 result of a content ID match, is that also something
18 that you would respect as well?
19     A  Has been blocked. Not -- I'm not super
20 familiar with all the ways that -- you know, what
21 happens after content ID. But whatever, you know,
22 there's a whole team around content ID. And again,
23 whatever outcomes they have or they've blocked it, I
24 guess, or something else, then we respect that in
25 Watch Next.

Page 95

1      Q  Is there any information from the Content ID
2  team that feeds into the Watch Next algorithm?
3      A  There was a period of time in Autoplay where
4  we excluded videos that had been copyright muted. So
5  if somebody had, you know, muted a video due to a -- I
6  guess a content ID claim, then we had exclude --
7  filtered that video from -- from Autoplay for a time
8  because we thought that might not be a good user
9  experience to have this muted video. There's that.
10        Then that was -- that was a case where, you
11 know, I guess we were -- I don't remember who exactly
12 the signal came from, but that would be, you know, a
13 content ID related thing in the algorithm.
14     Q  Any other content ID related things in the
15 algorithm that you can recall?
16     A  I -- I think that content ID might be an
17 input into one of the spam and abuse signals that we
18 use in the algorithm, but that's produced by a
19 different team. So, you know, I -- I -- I don't know
20 for sure, but that's my understanding.
21     Q  And what team is that, spam and abuse
22 signals?
23     A  Internally, that's called the Elmo team.
24     Q  Elmo?
25     A  Yes.

Page 96

1      Q  And what does the Elmo team do?
2      A  To my knowledge, they produce signals that
3  help us in -- you know, help us understand, you know,
4  how spammie or abusive a creator might be.
5      Q  And what do you mean when you say "spammie or
6  abusive" by the word "abusive"?
7      A  Again, I'm not sure if -- if -- how -- how
8  that team is defining it. I -- you know, I'm not an
9  expert on the spam and abuse signals. So, you know,
10 it's -- so, yeah, I'm not -- I don't -- I'm not really
11 sure how -- what the exact definition is.
12     Q  Do you know who's on the Elmo team?
13     A  I don't remember who the individuals are on
14 the Elmo team.
15     Q  Do you recall any of them?
16     A  No.
17     Q  Do you have any understanding of how the spam
18 and abuse team uses content ID information?
19     A  Kind of, at least in my kind of cursory
20 understanding. ███████████████████████████████
   ███████████████████████████████████████████
   ███████████████████████████████████████████
   ███████████████████████████████████████████
   ███████████████████████████████████████████

Page 97

███████████████████████████████████████████
███████████████████████ That's at least my
3  understanding.
4      Q  Any other understanding of how the spam and
5  abuse team uses content ID information?
6      A  That's the only one that I'm aware of.
7      Q  Is -- you mentioned that for a period of time
8  Watch Next excluded videos that had been copyright
9  muted. What do you mean by "copyright muted"? Is
10 that where the sound is turned off but the video could
11 play?
12     A  Yes. This is for Autoplay specifically. Not
13 all of Watch Next. And it -- to my understanding,
14 it's videos where part of the video, at least part of
15 the video, had been muted. So, you know, sound turned
16 off for -- you know, for, you know, I guess, due to
17 being, you know, for copyright reasons.
18     Q  And is that exclusion something that Autoplay
19 still does or did it stop doing that?
20     A  I believe it's no longer using that filter.
21     Q  Do you know why it stopped?
22     A  The -- the team that was providing us that
23 signal, you know, made some changes. So it was --
24 that signal was just no longer available to us.
25     Q  Which team was providing that signal?

25 (Pages 94 to 97)



Page 98

```
 1    A  I'm not sure.
 2       MS. REES:  Phil, are we getting to a point
 3  where we can take a lunch break?
 4       MR. KOROLOGOS:  Yeah, let me just wrap up the
 5  page that we're on.
 6    Q  Are you familiar with the Copyright Knights
 7  team?
 8    A  No.
 9    Q  Do you still have the features for machine
10  learning page in front of you, page '888 of
11  Exhibit 102?
12    A  Yes.
13    Q  The third column over on the right says:
14       "Lots more to add"
15       Do you see that?
16    A  Yes.
17    Q  And there's a list of what looks like about
18  ten bullets.
19       Have any of these factors been added to the
20  machine learning scoring process since they were
21  potential candidates to add back in January 2016?
22    A  I believe at least some of these were
23  probably added.
24    Q  Which ones?
25    A  Let's see.  I think we probably added some
```

Page 99

```
 1  "User context."  This is pretty broad, but my guess is
 2  we added some more User context features.
 3    Q  Anything else?
 4    A  The ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ huh,
 5  I'm not -- huh, I'm not sure about that one.
 6  ▓▓▓▓▓▓▓▓▓▓  We might have added a signal that
 7  -- actually, I don't know.  I don't think we -- I
 8  think ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
 9  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
10    Q  Anything else?
11    A  We might have provided some more "▓▓▓▓
12  ▓▓▓▓▓▓" as well.
13    Q  Anything else?
14    A  Potentially ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
15  ▓▓▓▓▓
16    Q  What does that refer to?
17    A  I think it ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
18  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
19  ▓▓▓▓▓▓▓▓
20    Q  Would that be the candidate video or the
21  video being watched?
22    A  Probably both.
23    Q  Okay.  Right below that it says:
24       "Knowledge graph"
25       What's that refer to?
```

Page 100

```
 1    A  I wonder if this -- my guess would have been
 2  maybe ▓▓▓▓ but I -- I don't know if -- if that is
 3  exactly what I meant here.  But Knowledge graph is,
 4  again, an understanding of -- of -- you know, of
 5  content.  Like top -- you know, what topic it is and
 6  such.
 7    Q  Two above, Knowledge graph, it says:
 8       "Structured metadata (paid)"
 9       What's that refer to?
10    A  I'm not sure.  I don't know.
11    Q  And then the bottom one says:
12  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
13       What's that refer to?
14    A  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
15  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
16  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
17  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
18  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
19  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
20  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
21  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
22  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
23  ▓▓▓▓▓
24    Q  Okay.  Back to the question of which were
25  added since 2016 as factors for the ranking or
```

Page 101

```
 1  scoring.
 2       Any others on the list that you believe were
 3  added, other than the ones you've already identified?
 4    A  I believe so, but I can't be sure because
 5  some of these are quite vague.  Probably didn't do a
 6  good of list -- you know, of writing these here.  Some
 7  of them are quite vague, so I can't be sure.
 8       MR. KOROLOGOS:  Okay.  Why don't we take a
 9  break for lunch.
10       Does 45 minutes work for people to come back
11  at -- at 1:15?
12       THE WITNESS:  If I could request a slightly
13  longer lunch, because I need to do some, you know,
14  baby stuff --
15       MR. KOROLOGOS:  Okay.
16       THE WITNESS:  -- during the lunch.
17       MR. KOROLOGOS:  Okay.
18       THE WITNESS:  Maybe an hour, if that works.
19       MR. KOROLOGOS:  Okay.  Sure.  1:30.  We'll
20  come back.
21       THE VIDEOGRAPHER:  Off the record 12:27 p.m.
22       (Lunch break taken at 12:27 p.m.)
23              ---oOo---
24
25
```


MAGNA LEGAL SERVICES

Page 106

1    Q  But either -- either -- well, did you mean by
2  that sentence to convey that it was candidates from
3  other sources across YouTube Search and Discovery that
4  encourage viewers to watch more videos?  Or did you
5  mean it to say Watch Next encourages viewers to watch
6  more videos?
7    A  I can't be sure what exactly I meant when I
8  wrote this sentence.
9    Q  Well, do you feel that Watch Next encourages
10 viewers to watch more videos?
11   A  I'd say -- I would say not exactly.
12   Q  Why not?
13   A  I would say that, you know, Watch Next
14 presents viewers with videos that they might want to
15 watch.  And, you know, to the extent that, you know,
16 that kind of, you know, enables them access to the
17 videos and they, you know, would use that to watch
18 more, then that is something that we would do.
19   Q  Which encourages people to watch more videos;
20 right?
21   A  It would present, you know -- it would
22 present options to the viewer, and they could watch
23 more videos if they so choose, or they could choose to
24 not watch anymore videos.
25   Q  And over time, Watch Next has encouraged more

Page 107

1  watching; correct?  More watch time?
2    A  Well, in general, Watch Next -- you know,
3  again, our goal is to connect viewers with videos that
4  they might want to watch.  And to the extent that, you
5  know, if they watch a video, it's a good indication
6  that they're happy.  Then, you know, that's something
7  that we -- that we do look for when we are building a
8  product.
9    Q  And by connecting viewers with videos that
10 they might want to watch, those are attempts, are they
11 not, to get the viewer or influence the viewer to
12 watch the videos that you're connecting the viewer to;
13 right?
14   A  I wouldn't put it that way.
15   Q  How would you put it?
16   A  I would say that, you know, we are helping
17 use -- viewers have easier access to videos that they
18 would want to watch.  And so we're just trying to
19 provide, you know, a better User Experience and kind
20 of, you know, connect them with those videos more
21 easily.
22   Q  And some of that connection is to
23 automatically play videos for users through the
24 Autoplay function; correct?
25   A  Autoplay is a feature that helps viewers to

Page 108

1  connect videos that they want to watch.  And they can
2  choose to turn on that feature and -- and use it, you
3  know, or turn it off.  And, you know, they can decide
4  if they want to be using that feature to connect to
5  more videos they want to watch.
6    Q  And YouTube turns that feature on
7  automatically for users who are over 18; correct?
8    A  Yes.
9    Q  And when that feature is on, Autoplay will
10 automatically play a video that is selected by YouTube
11 through the process we talked about this morning, to
12 provide a user what YouTube sometimes refers to as a
13 lean back experience; correct?
14       MS. REES:  Object to the form of the
15 question.
16       MR. KOROLOGOS:  Q.  You can answer.
17   A  Sorry.  Can you repeat the question?
18   Q  Sure.
19       When the Autoplay feature is on, Autoplay
20 will automatically play a video that is selected by
21 YouTube through the Autoplay process we talked about
22 this morning, to provide a user what YouTube sometimes
23 refers to as a lean back experience?
24       MS. REES:  Object to the form of the
25 question.                                        13:48

Page 109

1        THE WITNESS:  Perhaps you can break the
2  question down a little bit.  Just -- it's a little
3  bit -- I can still -- what's the -- what's the
4  question?
5        MR. KOROLOGOS:  Well, let's take it in small
6  steps then.
7    Q  You established that Autoplay is on by
8  default for people over 18 on YouTube; correct?
9    A  Yes.
10   Q  And most users leave it on; correct?
11   A  I don't remember the exact breakdown of what
12 percent people have -- leave it on.
13   Q  Well, do you remember whether it's more or
14 less than 50 percent?
15       MS. REES:  Objection to the form of the
16 question.
17       THE WITNESS:  I don't.  I don't recall
18 exactly.
19       MR. KOROLOGOS:  Q.  Is it more than 10
20 percent?
21   A  It might be, yes.
22   Q  Is it more than 20 percent?
23   A  I'm not sure.  I'm not sure if it's
24 20 percent.
25   Q  Is it more than 30 percent?



Page 110

1   A   I'm not sure.
2   Q   Is it more than 60 percent?
3   A   I'm not sure.
4   Q   Is it more than 70 percent?
5   A   I'm not sure.
6   Q   Do you know what the percentage is for
7   YouTube on TV?
8       MS. REES:  Object to the form of the
9   question.
10      THE WITNESS:  Can you clarify what you mean
11  by that?
12      MR. KOROLOGOS:  Sure.
13  Q   TV HTML5 has a platform for YouTube.  That
14  has Autoplay on it; correct?
15  A   Yes.
16  Q   Do you know approximately what percentage of
17  users have Autoplay enabled on TV HTML5?
18  A   I don't recall.
19  Q   Do you have any estimate in your mind?
20  A   I'm not sure.  I don't.  I don't have a
21  number in mind.
22  Q   Could be 10 percent?  Could be 90 percent?
23  Could be anything?
24  A   I -- I believe it's more than 10 percent, but
25  I don't -- I don't know the exact number.

Page 111

1   Q   Is it more than 20 percent?
2   A   It could be.  I'm not -- I don't recall
3   the -- the number.
4   Q   Is it more than 80 percent?
5   A   I don't recall.  I don't know.
6   Q   Do you have any recollection of what
7   percentage of users on a web platform have YouTube --
8   I'm sorry -- have Autoplay enabled?
9   A   I don't recall the number, no.
10  Q   Do you have any estimate in your mind?
11  A   I think similarly, it's probably more than
12  10 percent.  But beyond that, I don't -- I don't know
13  the -- you know, the exact number.
14  Q   So in your mind, it could be as -- withdraw
15  that.
16      So in your mind, it could either be
17  15 percent or 95 percent.  Either of those are
18  possibilities?
19  A   It's-- it's possible.  You know, it just
20  depends on what people have chosen.
21  Q   And you have no understanding of what
22  percentage of users on the web have Autoplay enabled
23  other than to say that you think it's more than
24  10 percent?
25  A   I believe it's -- it's -- it's more than

Page 112

1   10 percent, but I just don't remember the -- you know,
2   I don't recall the -- the details of exactly what
3   percentage it is.
4   Q   Okay.  You understand I'm not asking for the
5   exact percentage.  I'm asking for your best
6   understanding of what you think the number might be as
7   an estimate.
8   A   Yes, I understand you're asking for an
9   estimate.
10  Q   And -- and you're not sure beyond saying that
11  you think it may be more than 10 percent?
12  A   I'm pretty sure it's more than 10 percent.
13  I -- but beyond that, I don't have a -- an accurate
14  guess.
15  Q   Do you have -- what -- let me withdraw that.
16      What is your best guess, realizing that I'm
17  asking you to guess?
18      MS. REES:  Objection to the form of the
19  question.
20      MR. KOROLOGOS:  Q.  You can answer.
21  A   I don't know.  I mean, my best guess is that
22  it's -- it's at least 10 percent.  But again I -- I
23  don't have a great guess beyond that.  I'm -- I -- I
24  just don't recall.  I'm not sure.
25      MR. KOROLOGOS:  Q.  Do you know whether

Page 113

1   people are more likely to have it enabled on TV HTML5
2   versus on the web?
3   A   Sorry.  What -- what are we comparing?  TV
4   HTML5 and?
5   Q   And web.
6   A   So are -- versus web or can you clarify?
7   Q   Autoplay is available on HTML5; correct?
8   A   Yes.
9   Q   And it's on by default for people who are
10  over 18; right?
11  A   Yes.
12  Q   And Autoplay is available on the web and is
13  on automatically or by default for people who are over
14  18; correct?
15  A   Yes.
16  Q   And the question is:  Given that people can
17  turn it off, do you have an understanding of whether
18  the percentage of users who leave it on using TV HTML5
19  is higher, or lower, or the same as it is for people
20  who leave Autoplay on when access -- when accessing
21  YouTube through the web?
22  A   I see.
23      My guess is that it would be -- I believe it
24  would be -- I believe it would be higher.
25  Q   Higher on which?



Page 114

```
 1      A  On TV HTML5.
 2      Q  And including because you're aware that in
 3  order to turn it off on TV HTML5, you have to go to
 4  the settings page rather than just click a button that
 5  is on the Watch Page, correct, like you can for the
 6  web?
 7      A  Well, I was thinking -- I'm not -- I'm not as
 8  familiar with the -- the TV user interface, but I was
 9  thinking more that, you know, we -- we know that
10  typically people on TV might, you know, be more used
11  to this type of experience or, you know, it's -- it's
12  pretty -- it can be pretty onerous to be using the
13  remote to navigate around a video product.  And so,
14  they may be more likely -- you know, users may be more
15  lyingly to appreciate or to enjoy this type of -- this
16  type of, you know, Autoplay experience.
17      Q  Okay.  What about comparison of web to the
18  mobile platforms?  Are you able to provide your
19  understanding as to whether people using the Android
20  and iOS mobile platforms to access YouTube are more or
21  less likely to leave Autoplay enabled than people when
22  they are accessing YouTube on the web?
23      A  Comparing web and mobile, I would ex- -- I
24  would guess or expect that web users might use
25  Autoplay more often than people on mobile.
```

Page 115

```
 1      Q  Would it surprise you to hear that over
 2  [REDACTED] of users accessing YouTube through TV HTML5
 3  leave Autoplay enabled?
 4      A  Yes, that would surprise me.
 5      Q  Would it surprise you that over [REDACTED] of
 6  people who access YouTube on the web leave Autoplay
 7  enabled?
 8      A  Yes, that would also surprise me.
 9      Q  And would it surprise you that over
10  [REDACTED] of users who access YouTube using a mobile
11  app leave Autoplay enabled?
12      A  [REDACTED] I guess that would be perhaps a
13  little bit surprising, but not shocking.
14          R. KOROLOGOS:  Okay.  Let's mark as
15  exhibit -- Plaintiff's Exhibit 103 a document that
16  bears Production No. GOOG-SCHNDR-0040723.
17          (Document remotely marked Exhibit 103
18          for identification.)
19          MR. KOROLOGOS:  It takes a while to come up.
20      Q  You have that exhibit on your screen, Ms. Wu?
21      A  Yes.
22      Q  And you this is "Autoplay DeepDive"
23  apparently presented by Charles Wu in April of last
24  year, about a year ago?
25      A  Yes.
```

Page 116

```
 1      Q  Are you familiar with this presentation?
 2      A  I am familiar with it, yes.
 3      Q  Were you one of the people this was presented
 4  to?
 5      A  I don't recall if I -- it was presented to me
 6  or if I saw it before or afterwards.
 7      Q  Were you involved in its preparation?
 8      A  I was not the author of this presentation.  I
 9  may have been consulted as part of it.  I don't
10  remember the details of that.
11      Q  Were you involved in presenting it?
12      A  I don't believe so.
13      Q  Do you know to whom it was presented?
14      A  I don't recall.
15      Q  Who's Charles Wu?
16      A  Charles Wu is on the Watch Next team.
17      Q  And what is his role on the Watch Next team?
18      A  He is an engineer.
19      Q  And focusing on what area?
20      A  He works on Autoplay and some other aspects
21  of Watch Next as well.
22      Q  If you look at the third page of the document
23  which bears production number ending '725, do you see
24  it says:
25          "Core Metrics Share"?
```

Page 117

```
 1      A  Yes.
 2      Q  And this would be for Autoplay; correct?
 3      A  Yes, I believe so.
 4      Q  And you understand VWT to be viewer watch
 5  time percentage?
 6      A  No.
 7      Q  What do you understand it to be?
 8      A  Value watch time percentage.
 9      Q  All right.
10          What is value watch time percentage?  What's
11  that mean?
12      A  Value watch time is watch time that we think
13  users would have rated four or five stars out of five.
14      Q  And how is that determined or measured?
15      A  We send through surveys.
16      Q  Surveys of use -- of users?
17      A  Yes.
18      Q  The next column says:
19          "Views%"
20          Do you see that?
21      A  Yes.
22      Q  And those are percent -- percentage of views
23  on those different platforms that are attributed to
24  Autoplay; is that right?
25      A  Yes.
```



|  | Page 118 |  | Page 120 |
|---|---|---|---|
| 1 | Q  And then the third column, it says: | 1 | exclusive, and the second one is not mutually |
| 2 |     "Enabled%" | 2 | exclusive. |
| 3 |     Do you see that? | 3 | Q  Okay.  How many different nominators are |
| 4 | A  Yes. | 4 | there for Autoplay?  And these charts list nine, it |
| 5 | Q  And that's the percentage of people who have | 5 | looks like.  A little bit more. |
| 6 | Autoplay enabled; is that right? | 6 | A  I believe there are more than nine. |
| 7 | A  It would appear to be, yes. | 7 | Q  Do you know approximately how many there are? |
| 8 | Q  If you'll look in this same document, two | 8 | A  I -- I believe there's about -- perhaps a |
| 9 | pages further on, page 5 of the thumbnails, and also | 9 | dozen or a couple dozen.  I don't remember the exact |
| 10 | I'm going to ask you to look at page 6.  You can | 10 | number. |
| 11 | obviously look at any other pages you wish to as well, | 11 | Q  Where would we go to find out? |
| 12 | but I'd like to focus you on those two pages for the | 12 | A  What do you mean by that? |
| 13 | moment.  They bear production numbers ending in '727 | 13 | Q  Is there a source you could go to?  A |
| 14 | and '728. | 14 | document?  Or a person?  Or some other source?  A link |
| 15 |     And what I'd like to first understand is what | 15 | on the internal website to find out what all of the |
| 16 | the difference in the headings of these two charts | 16 | nominators are for Autoplay? |
| 17 | means. | 17 | A  I don't recall a specific document that would |
| 18 |     First one on page '727 which is thumbnail | 18 | have a list of all the nominators.  You know, you -- I |
| 19 | page 5 says: | 19 | don't recall this -- a specific document that lists |
| 20 |     "Top Autoplay Nominators by Single-nominator | 20 | all of them. |
| 21 | (Exclusive) Impression Count." | 21 | Q  Who would you ask for either such a document |
| 22 |     Let me just ask what that means to start | 22 | or such a list? |
| 23 | with. | 23 | A  I -- I might ask the engineering team. |
| 24 | A  This is -- so this is -- this is counting -- | 24 | Q  Who on the engineering team? |
| 25 | this is showing -- impression count would be -- an | 25 | A  Probably -- probably Hari, the one that, |

|  | Page 119 |  | Page 121 |
|---|---|---|---|
| 1 | impression is, you know, when a video shows up in | 1 | before, I listed earlier, Hariharan. |
| 2 | Watch Next, that's an impression, you know, whether or | 2 | Q  Anybody else?  What about Mr. Wu? |
| 3 | not the user chose to -- chose to watch it or not. | 3 | A  Which Ms. Wu? |
| 4 |     So this is just saying for the Autoplay | 4 | Q  Mr. Wu, Charles Wu, who made this |
| 5 | video, what are some of the top contributing | 5 | presentation. |
| 6 | nominators that, you know, fed into the determination | 6 | A  I wouldn't ask him about -- no, I wouldn't |
| 7 | of the Autoplay video. | 7 | ask him.  He would not be the one that I would ask -- |
| 8 | Q  Okay.  The next page has a similar heading | 8 | Q  Okay. |
| 9 | that says: | 9 | A  -- about the nominators. |
| 10 |     "Top Autoplay Nominators by Impression Count | 10 | Q  Anybody other than Hari? |
| 11 | (Exclusive and Overlapping)." | 11 | A  I would -- if -- that's who I would ask about |
| 12 |     What does that mean, and how is that | 12 | the nominators is Hari. |
| 13 | different than the first one we looked at? | 13 | Q  Do you still have the second of the two |
| 14 | A  Sure. | 14 | charts we looked at, the one that has production |
| 15 |     The difference between -- exclusive and | 15 | No. '728, thumbnail number six in front of you?  This |
| 16 | overlapping?  I see. | 16 | is the "(Exclusive and Overlapping)" one. |
| 17 |     So the difference is -- in the second graph, | 17 | A  Yes.  And by the way, can I just request a |
| 18 | you know, there might be sometimes multiple nominators | 18 | break after we wrap up this -- this slide. |
| 19 | that contribute to the Autoplay video.  And the second | 19 | Q  If you want to take a break now, that's fine, |
| 20 | graph is just counting all of them that have | 20 | and we can take a break in a few.  Actually, it may |
| 21 | contributed.  Whereas the first graph is trying to | 21 | take longer than a few minutes.  So why don't we take |
| 22 | identify cases where the nominator was the -- either | 22 | a break now. |
| 23 | the sole contributor or I think there's some way that | 23 | A  That would be great. |
| 24 | we -- we pick.  You know, so it's basically the non -- | 24 | Q  Okay.  Thank you. |
| 25 | the first one is counting in a way that is mutually | 25 |     THE VIDEOGRAPHER:  Off the record at |

