# Exhibit 7

# to the Declaration of Catherine Hartman



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00043717

# Purpose of this review

Obtain guidance on how to award views and watchtime in leanback ("autoplay") situations, where presence of the user is questionable.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                   GOOG-SCHNDR-00043718

## Overview

1. Definitions and background
2. The issues
3. Four broad options

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
GOOG-SCHNDR-00043719

# Definitions

- Autoplay: a playback which starts without an explicit user action associated with that specific video
- Auto-continuation: An autoplay where the user took some initial action to start the sequence.
  - **These are the topic of this review**
- Present: able to see or hear a playback
- Interaction: the user takes some action that we have or can record in our logs
- Intent: the desire of the viewer to experience the playback
- Lact: time since last action (mouse-click)
  - includes like, share, skip, pause, scroll/scrub, replay...

Clarification: This discussion is meant to be about counting in situations that are on-site or in-YT-app. In particular, this is NOT about 3rd party sites or embeds.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00043720