Exhibit 8

to the Declaration of Catherine Hartman

Public Redacted Version


# Watch Next Overview

January 22, 2016 Product Review

Confidential & Proprietary



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY							GOOG-SCHNDR-00040865

# Agenda

Mission

History, team, and 2015 highlights

Product and architecture walkthrough

    + metrics, challenges, opportunities, lessons learned

Current projects and roadmap

How you can help

Confidential & Proprietary 

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                                                                   GOOG-SCHNDR-00040866

## Watch Next: Desktop



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                    GOOG-SCHNDR-00040867

# Watch Next: Mobile/Tablet/TV



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                        GOOG-SCHNDR-00040868

## Watch Next: Endscreen

 

Confidential & Proprietary

# Watch Next: Verticals

Confidential & Proprietary




# Autoplay on Desktop



# Autoplay + MDx



Confidential & Proprietary

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                                                                    GOOG-SCHNDR-00040872

# What's the big deal?

 of YT Watch Time

+5.1% last year

Confidential & Proprietary

# Some 2015 highlights

- Autoplay launched, ▇ viewtime/visitor on desktop
- Stricter next episode promotion, ▇ site-wide viewtime/visitor.
- Mobile/tablet data+features incorporated in the WN sibyl, deep retrieval model (multiple launches)
    - ▇ mobile viewtime/visitor, ▇ tablet viewtime/visitor, ▇ desktop viewtime/visitor
- UI changes that allow more related items to show by default (if users see them, they will click)
    - Increased mobile/tablet suggestion to 12, ▇ on mobile, ▇ viewtime/visitor on tablet
    - Removed "Suggestions" title on mobile, ▇ app-wide viewtime/visitor
- Freshness: caching, cowatch pipeline, intraday sessions (from 65 hours to 32 hours)
- Live events in Watch Next panel
- Corpus-specific suggestions for Kids, Gaming, Music
- ▇ coverage of unique video ids by using mobile/tablet logs in the cowatch pipeline
- Autoplay using Mix candidates for music
- Support MDx autoplay (▇ MDx watchtime)
- Increased infrastructure reliability and scalability by upgrading the experiment framework, indexing, topics pipeline, InnerTube support/migration

Confidential & Proprietary


# Advertiser and Creator brand sensitivity

- Driver of traffic
- Brand image: Part of "their" watchpage



Confidential & Proprietary

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                                GOOG-SCHNDR-00040911

# Creators care.  A lot. Views == revenue



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                                                              GOOG-SCHNDR-00040912