Exhibit 9

to the Declaration of Catherine Hartman

Public Redacted Version

# Watch Next Eng Review

Brad Froehle, Lukasz Heldt, Su-Lin Wu
(representing the work of many others)
5/8/2017

Confidential & Proprietary



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                                                              GOOG-SCHNDR-00052174

# Agenda

Goals:

- Overview of current state of Watch Next
- Details for selected areas in
    - Systems and Infrastructure
    - Candidate nomination and ranking
- Future directions

Informative review: no decisions needed at this time

Confidential & Proprietary



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                                                   GOOG-SCHNDR-00052175



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                    GOOG-SCHNDR-00052176

# Mission

Help every user find another compelling video to watch next, at scale.

Confidential & Proprietary 

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                                 GOOG-SCHNDR-00052177

# Watch Next: Desktop



Confidential & Proprietary

## Watch Next: Mobile/Tablet/TV





# Watch Next Beyond Main App

- Music
- Kids
- Gaming
- Externally available API
- Embedded video endscreen (offsite suggestions)

## YouTube and Watch Next are Growing



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                                                          GOOG-SCHNDR-00052185



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00052186



go/sequences

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                   GOOG-SCHNDR-00052187



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                         GOOG-SCHNDR-00052190

# High Level View



1. Candidate Nomination

2. Scoring

Confidential & Proprietary

# Request Flow

Generate candidates. → **Nomination**

Attach video/playlist metadata, and other annotations. → **Annotation**

Remove candidates. → **Filtering**

Score candidates with Brain. → **Scoring**

Make the final output decisions: autoplay candidate, shelves → **Packing**

Confidential & Proprietary

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                    GOOG-SCHNDR-00052192

## System Overview



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                                 GOOG-SCHNDR-00052193