Exhibit 10

to the Declaration of Catherine Hartman

Public Redacted Version

# Expanded Copyright Suspensions

Copyright & Scaled Abuse

Confidential & Proprietary



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                         GOOG-SCHNDR-00041389

## Objective: Agree on go-to-market plan for expanded copyright suspensions

The policy: Suspend channels linked ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮ to channels suspended for copyright or webform abuse.

We're reducing **legal risk** by strengthening our repeat infringer policy.

We're reducing **business risk** by showing content owners that we <u>do</u> terminate clusters of clearly related channels.

Confidential & Proprietary

**Risk mitigation plan:**

- Notify owners of affected channels.

- Manually review high risk channels.

- Clarify repeat infringer policy.

**Other open questions:**

- Clear up safety nets concerns

You Tube

**████████████** (**Copyright Suspension Expansion**)    🟢 Partners  🟡 Creators

**Launch Date:** 2/15/17

**PM/TL Lead(s):** lpollock, kevinzhu                          **PA Approver:** ariel

**Product Specialist Lead:** noppenheim                       **PR/Marketing contact(s):**

jessicamason, quekc

**PRD:** ████████████                                        **C15n Plan:** ████████████

**Impact:** Suspensions                                                    **Internal Audience:**

Partner managers, Creator Support

### Summary:
- In November, we started suspending channels ████████████████████████████
- We're expanding this to retroactive suspensions: suspending channels ████████████████████
- After this, we'll move back year by year to 2014

### Who is this meant for?
● **Creators** with brand accounts who are suspended by the copyright team.

● **Partners** who have noticed that clusters of channels don't come down when 1 is suspended for copyright.

### Why will they love this?
● Creators who will be suspended by this won't love this but we're reducing legal risk by strengthening our repeat infringer policy.

● Copyright owners  will appreciate that more clearly infringing channels are off the site.

### Rollout Strategy:
11/15 - 100% going-forward launch

12/1 -  Evaluated false positive rates from reporting, Cluster Review, and appeals

2/28 - Begin slow phased rollout of retroactive suspensions
    (by segment + direct-suspension date)
        After each phase, pause and evaluate.

### Metrics we're watching:
- # of channels suspended (312k direct-suspend + projected +91k/yr expansion)
- # of high-risk channels suspended (projected 24/yr)
- # of escalations and appeals
- # of overturned suspensions (FP rate)

Risk assessment

|  |  | **Countermeasures** |
|---|---|---|
| **Internal** | Identity teams and others familiar with ▮▮▮▮▮ are worried that we're being unfair by suspending individuals who are linked to companies. | -We've run evals on linkages and adjusted the policy to only affect primary owners -Ample internal comms: partner manager training, weekly bulletin item, clarifications in the commdoc about which connections will be affected and why. -Clarify that we're trying to be fair to copyright owners (it's not just about creators). |
|  | Internal stakeholders are concerned about false positives and safety nets | -Clear backend messaging for other ops teams. -Escalation path for copyright team remains the same, will evaluate on escalation or user appeal. -Manual review logic is hard-coded rather than using safety nets. |
| **External** | Creators are unexpectedly suspended because of suspension being indirect. | We're sending email notifications on suspension and reviewing appeals or redirecting suspended users to the appropriate appeals flow. In V2, we'll be able to include channel name, but it should be somewhat evident because channel name will have been addressed in strike notifications. |
|  | High-Risk channels (Segments 1-3, Torso/Premium, Managed) will be vocal if suspended. | We will review High-Risk channels manually before suspension, and will review all affected high-risk channels before we begin retroactive suspension. |
|  | Retroactive suspensions will be particularly unclear to users. | We'll deploy retroactive suspensions in phases, very carefully. Will evaluate after each phase for feedback / FPs. |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# Key Messages

KEY TALKING POINTS #1:
[FAIRNESS]

[Internal]

We are strengthening our repeat infringer policy by removing a loophole where a channel may remain
live after their associated channels are suspended.

KEY TALKING POINTS #2:                                    [FORTUNE]
[Exernal]

One copyright suspension will trigger suspension of clearly-linked accounts. Partners have been
asking for this.

KEY MESSAGE #3:
[FAIRNESS]

[Internal]

Access to Google accounts remains unaffected - this is only for YouTube service.

Confidential & Proprietary

You Tube

GOOG-SCHNDR-00041393

# Open Questions?

- Notifications currently go through owners only (not managers) - current plan is that owner and manager should talk to each other
  - in our evals, 3% of linkages have owners and managers who are conclusively distinct from each other
- Waiting on confirmation from Identity PM that a ██████████ can exist with a suspended primary owner
- Ask from Monica: Bundle with dishonor actions, mitigating false positives, and alerts/actions needed when a partner is a bad actor - Planning to notify SPMs for retroactive suspensions, but behave as normal for going-forward suspensions (no notifications) - is it helpful for SPMs to get a weekly/monthly summary?

Confidential & Proprietary



# Appendix

Confidential & Proprietary

GOOG-SCHNDR-00041395

# Background





Confidential & Proprietary

# Mechanics

Scenario 1:



Scenario 2:



Confidential & Proprietary

You Tube

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# Projected termination volumes



Confidential & Proprietary

GOOG-SCHNDR-00041398

# High Profile Channels that would be affected

| Channel Name | Content Owner Type | Channel Segment |
|---|---|---|
| REDACTED - PRIVACY | YPE | Established |
| | YPE | Established |
| | Affiliate | Established |
| | YPE | Established |
| | YPE | Established |

Highest segment affected channels from 2017
don't appear to be PR risks

Confidential & Proprietary



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

 logic

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00041400

## Suspension Expansion

Channel is suspended for Copyright Strike or Webform Abuse

Day 1

Check that channel is still suspended

Day 2 @ 4 - 5AM

Related account is Premium/Torso, Segment 1/2, or has an SPM/TAM?

Yes — Enqueued into CRT for manual review

No — Suspend through

Confidential & Proprietary

GOOG-SCHNDR-00041401



Confidential & Proprietary

GOOG-SCHNDR-00041402



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00041403

# Current Model

1:1 ████████ → Manager

 Personal channel

 Brand channel

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00041404

**Current Model**

 Personal channel

 Brand channel

A



1
direct suspend

**A** is a YouTube channel managed solely by A through A's Google account. A has created brand channel **1** for their side business, but A is the sole manager of 1.

When brand channel 1 is suspended, A is still able to log into Channel A and

GOOG-SCHNDR-00041405

# Current Model

1:1 Manager → ██████████

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**Current Model**



GOOG-SCHNDR-00041407

# Current Model

## 1 Manager suspended

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00041408



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00041409

# Current Model



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00041410



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# New Model



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00041412



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

```
Slide 29
--------
1       pending input from identity team
                Nora Oppenheim, 10/2/2017
```

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00041418

# New Model

Manager → █████████████████

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# Reinstatement

## After appeals or FPs

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00041425



Confidential & Proprietary

GOOG-SCHNDR-00041426

# Reinstatement

## Expanded Suspension of ▮▮▮▮▮▮ Overturned

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00041427



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# Reinstatement

## Expanded Suspension of Manager Overturned

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00041429



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

```
Slide 41
--------
2       +kevinzhu@google.com the last point may be moot because we said
only                    get suspended (pending input from Jonathan)
                Nora Oppenheim, 10/2/2017
```



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# Reinstatement

Direct suspension of Manager
overturned

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
GOOG-SCHNDR-00041432



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# Reinstatement

## Direct suspension of ▮▮▮▮▮▮ overturned

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00041434



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# Slide graveyard

Confidential & Proprietary



GOOG-SCHNDR-00041436

# Year by year metrics (based on not-current model)

| Year | Terminations | Expansion | Increase % | HR | HR % |
|---|---|---|---|---|---|
| 2017 | 273,860 | 33,890 | 12.37% | 98 | 0.29% |
| 2016 | 279,797 | 18,766 | 6.71% | 68 | 0.36% |
| 2015 | 269,894 | 15,393 | 5.70% | 35 | 0.23% |
| Total | 823,551 | 68,049 | 8.26% | 201 | 0.30% |

Confidential & Proprietary



Notes Summary:

Slide 1: 'OBJECTIVE OF Creator Commercialisation Review?
Get final XFN stakeholder feedback on rollout plans (ie: Trusted Testers,
etc.), marketing, key messages and adoption strategy.
Clarity of risks and mitigation strategy for the launch team and XFN leads.
Final XFN agreement on level of investment in comms and rollout strategy.'

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                    GOOG-SCHNDR-00041438

Notes Summary:

Slide 2: 'YTD Suspensions: 270k, expansion would be 33k (12% increase). 98 HR channels.

Help Text:

This slide is to set the stage for the review session.

Objective:
What needs to be agreed upon amongst XFN leadership? Could be some, all or related to these suggestions below:
Potential risks and mitigation strategy.
Key talking points.
Level of investment for activating this launch (comms - int/ext, marketing, PR).

Open Questions (if applicable)
NB: at this point, simply state that these are the questions to be resolved during the review; take time to resolve them on the last slide.
Eg: Does legal have a concern around certain language?

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
GOOG-SCHNDR-00041439

Notes Summary:

Eg: What level of support will PR commit?
Eg: What are the adoption targets?
Eg: Which activation levers will be the most effective to reach the adoption targets?'

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Notes Summary:

Slide 3: 'Help Text
NB: Not all launches may fit perfectly into this template - if you have any
questions about how to best structure this, please contact benderk@.

This is the overview section. Keep this short and to the point (2-3 min).

Launch Name: keep this short and concise, preferably recognisable against
the title of the Ariane entry.
PRD: See go/prdprd for examples
C15n Plan: This is for Major or High risk launches only. See go/ytgtm-
archive for examples
Risk & Mitigation section: this is the one sentence version - details are
filled out on the second slide.
Metrics we are watching:
If this is an experiment, include what results will trigger a go/no-go
decision for the next stage, or what hypothesis you are testing.
Ideally, these are metrics that are accepted and understood YouTube-wide.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Notes Summary:

Internal Audience Options:
(list all that apply): Kids, Gaming, Music (artists or publishers), Online
Partnerships (OPD), Creator Support, Direct Core, Direct MCNs, Tech
Solutions (PTMS), Consumer Product Specialist team, Advertiser Brands
(GBSI)

If you have any questions on putting this together, please get in touch
with benderk@.'
Slide 4: 'Help Text:
Criteria to consider for risk assessment are the 5 Fs: Freedom, Fanship,
Fortune, Fairness, Fame
See more examples at go/creator-risk.
Please add a second slide for additional risks, if necessary.
Link to appropriate docs (eg. comm doc) for more detail, if necessary.

RISK ASSESSMENT BOX (top right): this should be the risk assessment level
assigned at the quarterly launch preview and can be found at go/creator-
launches.'

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                    GOOG-SCHNDR-00041442

Notes Summary:

Slide 5: '
Help Text
This slide is to share the key messages that you want to get to your
audience and should be crafted with your launch team (product specialist
and product marketing manager).

YT Theme: which external YouTube theme are you reinforcing?
Internal/External: Is this key message internal ONLY or internal and
external? Adjust the label accordingly.
go/ytgtm go/link: add your launch's Go To Market plan (go/ytgtm) here.
During the C15n Review, please be prepared to present this doc to show how
the key messages will be communicated.

Feel free to add an additional slide if there is need.'
Slide 6: 'Help Text:

This slide is only if required. Use this if there are any explicit
outstanding questions that need to be resolved at a leadership level.'
Slide 10: 'Some of these high-risk channels: Reggaeton Coming Soon, KINGDOM

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY