Exhibit 11

to the Declaration of Catherine Hartman

Public Redacted Version

## Copyright Suspension Expansion to Linked Channels

Status: **LAUNCHED** Last Updated: **2018/5/14**

Training Package | Risk Level: High | Impact: Medium

Contacts: noppenheim, ateh,  christing, kevinzhu, | Legal: brianwc

## TABLE OF CONTENTS

LAUNCH OVERVIEW (INTERNAL)
ACTIONS REQUIRED: COMMUNICATION TIMELINE & RESOURCES (EXTERNAL)
FREQUENTLY ASKED QUESTIONS (EXTERNAL)
FREQUENTLY ASKED QUESTIONS (INTERNAL)
KNOWN ISSUES (INTERNAL)
OTHER REFERENCES & INTERNAL SUPPORT

## PRODUCT OVERVIEW (INTERNAL)

### WHAT IS HAPPENING?

**Overview:**
In November 2017, we began to suspend channels that are ███████████████████████████ to channels suspended by the copyright team. This includes channels that were suspended for copyright strikes and channels that were suspended for webform abuse.

> **Copyright suspension** - a channel receives 3 or more copyright strikes (and either does not have delayed strikeout or delayed strikeout has expired)

> **Webform abuse suspension** - a channel is suspended for submitting abusive legal requests

Now (February 2018), we will begin implementing retroactive suspensions in phases. This will only be for copyright suspension types (not webform abuse suspension), because of our legal obligation to terminate repeat infringers. After each phase we will pause and evaluate for false positives or internal escalations due to suspensions. If any phase results in a significant amount of negative creator feedback (e.g. press escalations, social media posts, internal consults that surface good actors being impacted), we will halt retroactive suspensions at that point.
- Phase 1: Expand from channels suspended in 2017, Segments 4-6
- Phase 2: Expand from channels suspended in 2017, Segments 1-3
- CURRENTLY PAUSED HERE
- Phase 3: Expand from channels suspended in 2016, Segments 4-6
- Phase 4: Expand from channels suspended in 2016, Segments 1-3
- etc

### WHY IS THIS HAPPENING?

███████████████████████████████████████████████████████████████

Leaving these channels live with all their content online poses a risk to our repeat infringer policy. Additionally, we've received vocal complaints from partners about ██████████████████ that have been suspended for copyright. We're closing this loophole and suspending the ██████ channels to conform with our repeat infringer and webform abuse policies.

### WHOM/WHERE DOES THIS IMPACT?

This impacts any channel that's ████████████████████████████████ a channel

▨ External ▨ Internal
CONFIDENTIAL / FOR INTERNAL USE ONLY

GOOG-SCHNDR-00000918

suspended for copyright or webform abuse.



The impact by segment, partner type, and managed partner can be seen here.

Summary of affected channels:
[**Safety Nets** = Segment 1-3 or Torso/Premium, Top Creators, Online Managed channels, OPD AMP Program alumni, and OPD managed channels.]

| Year | Direct Terminations | Expansions | Increase % | Safety Nets | Safety Nets % |
|------|---------------------|------------|------------|-------------|---------------|
| 2017 | 413,690 | 186,803 | 45.16% | 275 | 0.15% |
| 2016 | 290,199 | 79,888 | 27.53% | 186 | 0.23% |
| 2015 | 278,624 | 55,637 | 19.97% | 98 | 0.18% |
| 2014 | 178,306 | 25,295 | 14.19% | 40 | 0.16% |



Summary of impact so far (11/21/17 - 2/15/17, before retroactive suspension rollout):



## TIMELINE

| PRODUCT TIMELINE |
|------------------|
| 11/21/17 - Implemented expanded suspensions going forward |

CONFIDENTIAL / FOR INTERNAL USE ONLY

GOOG-SCHNDR-00000919

12/1/17 - Evaluated false positive rates from reporting, Cluster Review, and appeals (only 4 copyright suspensions overturned, and 0 webform abuse)

2/28/17 - Implement expanded suspensions retroactively, in stages

## DIAGNOSIS (Internal Tools)

If a YouTube user you work with has been terminated, you can find out the reason why in Examine User. For linked suspensions, the reason will say "linked copyright" or "linked webform abuse":



You can find out which directly-suspended channel led to the suspension from the suspension notes:



Externally, there will be a banner indicating that this is a linked suspension:

GOOG-SCHNDR-00000920



If you have questions relating to a particular suspension, please reach out to the copyright team at consult-yt-copyright@.

## COMMUNICATION RESOURCES (EXTERNAL)

### NOTIFICATION EMAIL (sent upon suspension)

#### Copyright Strikes:

*We'd like to inform you that your channel has been suspended because we believe that it is linked to an channel that was disabled for having three or more Copyright strikes. You can find more information by checking your email inbox for notifications for your linked channel. Please be aware that you are prohibited from accessing, possessing or creating any other YouTube accounts unless the linked channel is reinstated. For more information about copyright strikes and terminations, please visit our* *Help Center*.

#### Webform Abuse:

*We'd like to inform you that your account has been terminated because we believe that it is linked to an account that is in violation of YouTube's Terms of Service ($tos_url). You can find more information by checking the email inbox of your linked channel. Please be aware that you are prohibited from accessing, possessing or creating any other YouTube accounts unless the linked channel is reinstated. For more information about account terminations and how our Community Guidelines are enforced, please visit our Help Center at ${help_center_string}.*

### REACTIVE MESSAGING

#### Copyright Strikes:

*Your account was suspended because it appears to be linked to an account that was disabled for having three or more Copyright strikes.*

*You should have received a notification of your suspension sent to the email address associated with your suspended YouTube channel. You are prohibited from accessing, possessing or creating any other YouTube accounts unless the linked channel is reinstated (by resolving its copyright strikes). Please check your inbox (including your spam folder) for the following message:*

> *We'd like to inform you that your account has been suspended because it appears to be linked to an account that was disabled for having three or more Copyright strikes.*

#### Webform Abuse:

*Your account was suspended because it appears to be linked to an account that was found to be in violation of YouTube's Terms of Service ($tos_url).*

■ External ■ Internal
CONFIDENTIAL/FOR INTERNAL USE ONLY

*You should have received a notification of your suspension sent to the email address associated with your suspended YouTube channel. You are prohibited from accessing, possessing or creating any other YouTube accounts unless the linked channel is reinstated. If you believe your suspension was in error, you can appeal by writing back to the email we sent to your linked account. Please check your linked account's inbox (including your spam folder) for the following message:*

*We are concerned that some of the information within this legal request may be fraudulent. As a result, your YouTube account has been terminated.*
*If you believe that all of the information you provided in this legal request was accurate, please respond with an explanation.*

## FREQUENTLY ASKED QUESTIONS (EXTERNAL)

*How do I know that my account was suspended indirectly through linkage and not directly?*
We send an email notification upon suspension in all cases. If your channel is indirectly suspended through a linkage, you'll be notified in one email that your channel was suspended for x reason (copyright or webform abuse), and you'll be notified in another email that your other channel was suspended because it appears to be linked to the directly-suspended account.

*Why was my account suspended?*
It's our policy that if you are suspended for copyright strikes, you may not create new accounts or keep your current linked accounts active. Please understand that YouTube's copyright removal process complies with the law. We strive to be fair to our users and protect their freedom of expression while also respecting the legal rights of copyright owners.

[If based on copyright suspension] If you are able to resolve the copyright strikes that led to your original suspension, your account and the originally suspended account will both be restored.

## FREQUENTLY ASKED QUESTIONS (INTERNAL)

*Can you tell me which channels or partners will be affected by this?*
We don't know who will be suspended in the future, so we're unable to say who will be affected by this launch. Our projected numbers are based off historic suspensions per year. Before we begin retroactive suspensions, we will share a list of channels that we know will be affected.

*How are you sure that a brand account should be considered the same entity as a personal ('signed-in') account?*



*Are there exceptions to suspension expansion?*



*How does my partner know which account was directly suspended?*
A suspension notification email will be sent to each suspended channel's email address (in the case of a primary

CONFIDENTIAL / FOR INTERNAL USE ONLY

GOOG-SCHNDR-00000922

owner, this is likely one email inbox and they will receive all notifications in one place). The email notifying a user of direct suspension will be addressed to the display name of the directly-suspended channel. The email notifying a user of expanded suspension will be addressed to the display name of the expanded suspension channel.



## KNOWN ISSUES (INTERNAL)

## GET SUPPORT

| | |
|---|---|
| **For troubleshooting/reporting** | First, always go through go/ytproblems & go/creatorsupporthelp |
| **For best practices/product feedback etc.** | noppenheim@, ateh@, christing@, kevinzhu@ |

## DELETE AFTER FINAL APPROVALS (use go/yt-allocation for POCs)

Status options: **Not started** Ready for review In progress Complete Not needed

| Review | Reviewer | Status |
|---|---|---|
| **Creator Support** | anagashima | Complete |
| **Creator Solutions** | svraspir | Complete |
| **PM review** | lpollock | Not started |
| **Legal review** | brianwc | Complete |
| **PR review** | jessicamason | Complete |
| **Marketing** | quekc | Complete |

External Internal
CONFIDENTIAL/FOR INTERNAL USE ONLY

GOOG-SCHNDR-00000923