# Exhibit 12

# to the Declaration of Catherine Hartman

# Public Redacted Version

ATTORNEY-CLIENT PRIVILEGED & CONFIDENTIAL

# Automated Madison Suspension Propagation (spiderMADison)

Date: Aug. 18, 2017
Last updated: Sep. 6, 2017
Contacts: ateh, christing, kevinzhu, noppenheim

## Table of Contents

Objective

Background
    Types of suspensions
    Propagation Rationale

Proposed Solution
    Prerequisites
    Suspension actions
    Reinstatement actions
    Due Diligence
    Risk Mitigation Steps
        Exceptions to the suspension propagation rule
        Appeals flow

Rollout Schedule
    Phase 1 (10/1/17)
    Phase 2 (4 weeks)
    Phase 3 (8-12 weeks)

Impact
    Expected number of propagated suspensions

## Objective

Expand suspensions due to copyright strikeout and webform abuse to ▆▆▆▆▆▆▆▆▆▆

**ATTORNEY-CLIENT PRIVILEGED & CONFIDENTIAL**

## Background

### Types of suspensions

The copyright team has two types of suspension reasons:
1. **Copyright suspension** - a channel receives 3 or more copyright strikes (and either does not have delayed strikeout or delayed strikeout has expired); suspension is initiated by automated logic
2. **Webform abuse suspension** - a channel is suspended for submitting abusive legal requests; suspension is initiated manually by a human

### Propagation Rationale

Per our repeat infringer policy, users whose channels have been suspended for receiving 3 or more copyright strikes should have all linked channels suspended and be barred from creating new channels. We apply the same restriction to channels that have been suspended for webform abuse.

Currently, it's possible for ███████████████████████████████████████████
█████████████████████████████████████████████ By having a loophole in the suspension process, we may take on heightened risk regarding compliance with the law. In addition, the loophole creates challenges with YouTube's relations with major labels. The labels often complain that it's easy for alleged infringers to continue their unlawful activity.

The current system also keeps existing ████████████████████████████████
████████████████████████████████████████████████████████████████████
███████████ This issue has become a source of escalations from Creator Support.

### Proposed Solution

To help us bring our tools in line with our external policies and scale our ability to prevent repeat infringers, we will use the ████████████████████████████████
████████████████████████████████

However, we will distinguish between low and high risk suspension propagations and build separate solutions depending upon the importance of the suspended channel.

### Prerequisites
1. Create two new suspension types:

**ATTORNEY-CLIENT PRIVILEGED & CONFIDENTIAL**

    a. Linked copyright suspension
    b. Linked webform abuse suspension

These two new types will complement the existing, old suspension types, and facilitate our scripts' automated suspension and reinstatement actions.

2. ███████████████████████████████████████
███████████████████████████████████
█████████

### Suspension actions

Low risk suspensions (everything except Segment 1-3, Torso/Premium, managed partners) will be propagated automatically via this M.A.D. query. The query will be run daily.

███████████
█████████████████████████████████████
████████████████████████████████
█████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████

██████████
████████████████████████████████████

### Reinstatement actions

████████████████████████████████████
██████████████████████████████████

█████████████████████████████████████
███████████

### Due Diligence

To test our proposed model, we reviewed 450 suspension examples and analyzed different fact patterns and suspension scenarios. All examples resulted in the decision to fully propagate suspension to each linked channel.

Understanding that there may be additional fact patterns not sampled in our testing data, we will build in several checks to mitigate false positives.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**ATTORNEY-CLIENT PRIVILEGED & CONFIDENTIAL**

Risk Mitigation Steps

Exceptions to the suspension propagation rule
- Suspensions won't be automatically propagated to high risk channels, which are Torso, Premium, Segment 1-3, directly managed channels, or channels in the AMP program -- these suspensions will be reviewed by humans in Cluster Review before suspension
- Channels with strikeout protection (Premium partners, channels with TVOD, Trusted Advertisers, and direct-managed top creators) will be exempt from automated suspension and Cluster Review enqueuing

Appeals flow
- Any channel suspended via propagation will have the option to file an appeal. Users will be notified via automated email notification when their linked channel becomes suspended, and on appeal they'll get an email asking them to check their initially-suspended channel's inbox. Expanded copyright suspension appeals will be reviewed by humans to ensure the linkages appear to hold.
- Overturned suspensions of individual channels will not propagate reinstatement to all other linked channels. Only the specific appealed channel will be reinstated.

Rollout Schedule

Phase 1 (10/1/17)
- Turn on suspension propagation script, which begin affecting new suspended channels and their linkages moving forward
- Close monitoring of high risk suspensions and appeals
- Close monitoring of automated suspensions, paying special attention to volume of suspensions and spikes in suspension clusters

Phase 2 (4 weeks)
- Evaluate false positive rates from reporting, Cluster Review, and appeals

Phase 3 (8-12 weeks)
- Begin retroactive propagation on repeat infringer suspensions but not webform abuse (because of legal risk)
- 1 phase every 2 weeks + monitoring of response:
  - Phase 1: Expand from channels suspended in 2017, Segments 3-6
  - Phase 2: Expand from channels suspended in 2017, Segments 1-2
  - Phase 3: Expand from channels suspended in 2016, Segments 3-6
  - Phase 4: Expand from channels suspended in 2016, Segments 1-2

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00041386

**ATTORNEY-CLIENT PRIVILEGED & CONFIDENTIAL**

- etc

We'll evaluate after each phase whether we had false positives or internal escalations surrounding any suspensions in that phase. If we encounter a lot of noise / swirl, we will halt expansions at that point and will not proceed unless we are confident in continuing. We likely won't expand past 2015 (3 years appears to be a reasonable statute of limitations).

## Impact

### Expected number of propagated suspensions

| Year  | Terminations | Expansion | Increase % | High Risk | High Risk % |
|-------|--------------|-----------|------------|-----------|-------------|
| 2017  | 273,860      | 33,890    | 12.37%     | 98        | 0.29%       |
| 2016  | 279,797      | 18,766    | 6.71%      | 68        | 0.36%       |
| 2015  | 269,894      | 15,393    | 5.70%      | 35        | 0.23%       |
| 2014  | 171,304      | 7,461     | 4.36%      | 19        | 0.25%       |
| 2013  | 165,127      | 13,579    | 8.22%      | 9         | 0.07%       |
| 2012  | 164,334      | 7,975     | 4.85%      | 0         | 0.00%       |
| 2011  | 194,284      | 2,011     | 1.04%      | 0         | 0.00%       |
| 2010  | 122,907      | 554       | 0.45%      | 0         | 0.00%       |
| Total | 1,641,507    | 99,629    | 6.07%      | 229       | 0.23%       |

For YTD 2017, 274k channels were suspended per copyright reasons. After applying our propagation logic, we estimate suspending an additional 34k channels, which is a **12% expansion**.

Per week, we estimate that around **1k channels** will be suspended through propagation.

Out of all expanded suspensions, about **0.3%** of those are considered **high risk** (Torso, Premium, Established, Established+, or directly managed channels). The high risk channels will be reviewed manually before suspension.



**ATTORNEY-CLIENT PRIVILEGED & CONFIDENTIAL**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00041388