Exhibit 13

to the Declaration of Catherine Hartman

Public Redacted Version

INTERNAL & CONFIDENTIAL - PRODUCT COMMDOC

# [Trust & Safety

Status: **Launched** Last Updated: **[2018.10.02]**
Training Package | Risk Level: Med | Impact: Medium
Noppenheim (PS), ateh (Technical Lead), christing (Ops), kevinzhu (Ops Lead)

## TABLE OF CONTENTS

LAUNCH OVERVIEW (INTERNAL)
ACTIONS REQUIRED: COMMUNICATION TIMELINE & RESOURCES (EXTERNAL)
FREQUENTLY ASKED QUESTIONS (EXTERNAL)
FREQUENTLY ASKED QUESTIONS (INTERNAL)
KNOWN ISSUES (INTERNAL)
OTHER REFERENCES & INTERNAL SUPPORT

## PRODUCT OVERVIEW (INTERNAL)

[Comms for this launch are reactive only. We can explain to channel owners that their channels were terminated because of a linkage, but because this is simply an expansion of an existing policy, please do not communicate to any external party that this is a change]

### WHAT IS HAPPENING?
We're expanding copyright terminations to ▓▓▓▓▓▓▓▓▓▓ When a channel is terminated for copyright strikes or webform abuse, we'll ▓▓▓▓▓▓▓▓▓▓ nt and terminate those channels as well.

▓▓▓▓▓▓▓▓▓▓

> **Copyright termination** - a channel receives 3 or more copyright strikes (and either does not have delayed strikeout or delayed strikeout has expired)
>
> **Webform abuse termination** - a channel is terminated for submitting abusive legal requests

### WHY IS THIS HAPPENING?
Expanding copyright terminations helps limit abuse on the platform and strengthens our repeat infringer policy. In November 2017, we began terminating channels ▓▓▓▓▓▓▓▓▓▓ and saw a 30% increase in terminations, with a very low false positive rate (only 4 terminations overturned on appeal).

### WHOM/WHERE DOES THIS IMPACT?
At launch, this impacts any channel that's ▓▓▓▓▓▓▓▓▓▓
▓▓ (going forward). We will **not** expand termination to Premium, Torso, or Affiliate channels.

In the future, we may expand retroactively to channels that have been terminated in the past. This will be determined after evaluating impact of this launch, as well as conducting evals of expansion precision. We will expand retroactively in phases so as not to cause a spike in appeals volume or partner/social escalations.

■ External ■ Internal
CONFIDENTIAL/FOR INTERNAL USE ONLY

When a channel's termination is reversed (via resolution of copyright strike), all channels terminated through this pipeline will be reinstated as well.

The projected impact can be seen here.

- **Tier/Creators/Vertical:** potentially any creator subject to copyright termination
- **High-touch creators** are defined as over 50K subscribers or Managed Partners. These will all get manual review before termination, but because of the time sensitivity around terminations (it should be clear that one channel was terminated because another was very recently terminated), we won't be able to notify partner managers internally ahead of time (they'll be notified at time of suspension, as with other suspension types). When we expand retroactively, we will be able to provide lists to partner managers ahead of time.
    - ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ will be enqueued for manual review.

## TIMELINE
[Include information specifically on internal product launch, training, announcement, social media posting & partner outreach timelines. Feel free to delete a column if this is more a product-focused commdoc. See example below.]

| PRODUCT TIMELINE |
| --- |
| 08/13/18 - Comms approved |
| 08/14/18 - Announce in YT Bulletin |
| 10/02/18 - Implement expanded ▇▇▇▇ terminations going forward |
| 10/15/18 - Evaluate false positive rates from reporting, manual review, and appeals |
| 10/30/18 - Implement expanded terminations retroactively, in stages |

## PARTNER COMMS RESOURCES (EXTERNAL)

**NOTIFICATION EMAIL (sent upon termination, currently exists for ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇**

### Copyright Strikes:
*We'd like to inform you that your channel has been terminated because we concluded that it is linked to a channel that was disabled for having three or more Copyright strikes. You can find more information by checking your email inbox for notifications for your linked channel. Please be aware that you are prohibited from accessing, possessing or creating any other YouTube channel unless the linked channel is reinstated. For more information about copyright strikes and terminations, please visit our Help Center.*

### Webform Abuse:
*We'd like to inform you that your channel has been terminated because we concluded that it is linked to a channel that is in violation of YouTube's Terms of Service ($tos_url). You can find more information by checking the email inbox of your linked channel. Please be aware that you are prohibited from accessing, possessing or creating any other YouTube accounts unless the linked channel is reinstated. For more information about account terminations and how our Community Guidelines are enforced, please visit our Help Center at ${help_center_string}.*

■ External ■ Internal
CONFIDENTIAL / FOR INTERNAL USE ONLY

INTERNAL & CONFIDENTIAL - PRODUCT COMMDOC

# REACTIVE MESSAGING

## Copyright Strikes:
Your channel was terminated because we concluded that it was linked to a channel that was disabled for having three or more Copyright strikes.

This means that you can't access, possess, or create any other YouTube accounts unless the linked channel is reinstated (by resolving its copyright strikes). A notification that your channel was terminated was sent to the email address associated with your terminated YouTube channel. Please check your inbox (including your spam folder) for the following message:

> We'd like to inform you that your account has been terminated because we concluded that is linked to an account that was disabled for having three or more Copyright strikes.

(Partner Support version:
> Your channel was terminated because we determined it was linked to a channel that received 3 copyright strikes. Channels that receive 3 copyright strikes are automatically disabled.
>
> This means you may not create new channels or keep your current channels active. Please understand that YouTube's copyright removal process complies with the law. We try to be fair to our users and protect their freedom of expression while also respecting the legal rights of copyright owners.
>
> If you're able to resolve the copyright strikes that led to the original termination, your channel and the originally terminated channel will both be restored.
)

## Webform Abuse:
Your channel was terminated because we concluded it was linked to an account that was found to be in violation of YouTube's Terms of Service.

This means that you can't access, possess, or create any other YouTube accounts unless the linked channel is reinstated. A notification that your channel was terminated was sent to the email address associated with your terminated YouTube channel. If you believe your termination was in error, you can appeal by writing back to the email we sent to your linked account. Please check your linked channel's inbox (including your spam folder) for the following message:

> We are concerned that some of the information within this legal request may be fraudulent. As a result, your YouTube channel has been terminated.
> If you believe that all of the information you provided in this legal request was accurate, please respond with an explanation.

(Partner Support version:

Your channel was terminated because we determined it was linked to a channel that is in violation of YouTube's Terms of Service. You can find more information by checking the email inbox of your linked channel.

This means that you can't access, possess, or create any other YouTube accounts unless the linked channel is reinstated. For more information about account terminations and how our Community Guidelines are enforced, please visit our Help Center at ${help_center_string}.

External  Internal
CONFIDENTIAL/FOR INTERNAL USE ONLY

)

## SUPPORT & EDU: HELP CENTER ARTICLES & OTHER RESOURCES (EXTERNAL)

- **Help Center Article:** Copyright Strike Basics (no change)
- **Social CRs:** Support Comms doc
- **Creator Support CR:** Support Comms doc

## FREQUENTLY ASKED QUESTIONS (EXTERNAL)

*How do I know that my account was terminated indirectly through linkage and not directly?*
We send an email notification upon termination in all cases. If your channel is indirectly terminated through a linkage, you'll be notified in one email that your channel was terminated for x reason (copyright or webform abuse), and you'll be notified in another email that your other channel was terminated because we concluded it was linked to the directly-terminated account.

*Why was my account terminated?*
It's our policy that if you are terminated for copyright strikes, you may not create new channels or keep your current linked channels active. Please understand that YouTube's copyright removal process complies with the law. We strive to be fair to our users and protect their freedom of expression while also respecting the legal rights of copyright owners.

[If based on copyright termination] If you are able to resolve the copyright strikes that led to your original termination, your account and the originally terminated account will both be restored.

*[upon retroactive termination sweep] Why was my linked channel terminated so long after my other channel was directly terminated?*
It's our policy that if you are terminated for copyright strikes, you may not create new channels or keep your current linked channels active. This may be enforced simultaneously or we may later terminate a linked channel once we conclude a channel is related to a terminated channel.

Please understand that YouTube's copyright removal process complies with the law. We strive to be fair to our users and protect their freedom of expression while also respecting the legal rights of copyright owners.

## DIAGNOSIS (Internal Tools)

### DIAGNOSIS (Internal Tools)
If a YouTube user you work with has been terminated, you can find out the reason why in Examine User. For linked terminations, the reason will say "linked copyright" or "linked webform abuse":



You can find out which directly-terminated channel led to the termination from the suspension notes:



Externally, there will be a banner indicating that this is a linked termination:



If you have questions relating to a particular termination, please reach out to the copyright team at consult-yt-copyright@.


[List of FAQs: Internal only answers that should not be shared by external parties]

*External* *Internal*
CONFIDENTIAL/FOR INTERNAL USE ONLY

INTERNAL & CONFIDENTIAL - PRODUCT COMMDOC

Try to keep these to a minimum as you should try to provide externally shareable answers for most FAQs. Feel free to comment in some PMs or SPMs before launch/training to get other ideas for FAQs

## FREQUENTLY ASKED QUESTIONS (INTERNAL)

**Can you tell me which channels or partners will be affected by this?**
We don't know who will be terminated in the future, so we're unable to say who will be affected by this launch. Our projected numbers are based off historic terminations per year. Before we begin retroactive terminations, we will share a list of channels with partner support that we know will be affected.

**Are there exceptions to termination expansion?**
Yes, termination expansion won't apply to Premium, Torso, or Affiliate channels. Additionally, terminations will not be automatically propagated to channels protected by our safety nets, which are Segments 1,2,3 and OPD AMP Program alumni and current OPD managed channels -- these terminations will be reviewed by human experts to determine if termination is appropriate.

**How does my partner know which channel was directly terminated?**
A termination notification email will be sent to each terminated channel's email address (in the case of a primary owner, this is likely one email inbox and they will receive all notifications in one place). The email notifying a user of direct termination will be addressed to the display name of the directly-terminated channel. The email notifying a user of expanded termination will be addressed to the display name of the expanded termination channel.

**Can we explain to a user/partner that their channel termination was due to this launch?**
No. This is a highly confidential launch that should not be referenced externally. Please use the comms listed and feel free to include the information that the termination is due to a channel linkage, without indicating that this is a new expansion of our repeat infringer policy.

## KNOWN ISSUES (INTERNAL)

[List out known issues with launch that will be fixed post launch. Keep it short, with bug links.]
- Priority/Bug ID/Hotlist Link: Issue description, expected time for fix, partner impact

## GET SUPPORT

[Depending on launch/product info., the rows below are optional. Make sure to have clear contact point otherwise.]

| | |
|---|---|
| **For troubleshooting/reporting** | First, always go through go/ytproblems & go/creatorsupporthelp |
| **For best practices/product feedback etc.** | noppenheim@, ateh@, christing@, kevinzhu@ |

## DELETE AFTER FINAL APPROVALS (use go/yt-allocation for POCs)
Status options: **Not started** Ready for review In progress Complete Not needed

| Review | Reviewer | Status |
|---|---|---|
| | | |

External  Internal
CONFIDENTIAL / FOR INTERNAL USE ONLY

INTERNAL & CONFIDENTIAL - PRODUCT COMMDOC

| PS review | genoveva | Complete |
|---|---|---|
| Partner Ops | brennaweingus | Complete |
| PM review | drosenstein | Complete |
| Legal review | **brianwc** | Complete |
| PR review | alexjoseph | Complete |
| Creator Marketing | cquek | Complete |
| Support Comms | kstoddard | Complete |
| Social | jesparza | Ready for review |

External  Internal

CONFIDENTIAL/FOR INTERNAL USE ONLY