Exhibit 14

to the Declaration of Catherine Hartman

Public Redacted Version

# Life of a YouTube upload

 Review outdated · Reviewed by virtual on 2020-02-15 · Edited 2020-05-11

Was this page helpful? 

go/life-of-an-upload

This document is a high-level discussion of how videos get added to YouTube and become a part of the YouTube corpus, and how our system processes, publishes, and analyzes those videos.

## Introduction

YouTube's core use case is deceptively simple: creators upload videos to our platform, we store them, and we send those videos to viewers whenever they ask for them. Easy!

However, the picture gets more complex when we consider some of the conditions under which YouTube operates. These considerations are what make YouTube fast, feature rich, and easy to use. They include:

- **Technology diversity among both creators and viewers.** YouTube ingests video from creators that upload from a variety of devices and formats, from mobile phone cameras to professional-grade video recording studios. Viewers watch those videos on an equally diverse set of devices, including mobile phones, desktop computers, and living room devices such as game consoles and TVs. Basically, we need to be able to accept (almost) anything and output (almost) everything.

- **Latency targets.** Latency is delay—the delay before a video loads, or when a user changes a video's resolution or skips to a particular time index. YouTube strives to minimize latency. The less time a user spends waiting for screens to load or for videos to start playing, the better their overall experience and the longer they watch on YouTube.

- **A feature-rich user experience.** YouTube's user experience provides many additional features besides simply storing and serving video. These include search and discovery, recommendations, rights management, and more. These features are dependent on metadata that comes from YouTube's video processing and analysis. Even the thumbnail images that users see when browsing videos are generated automatically by YouTube's video processing pipeline.

- **Resource optimization.** YouTube delivers more than 1 billion watch hours of video to viewers in over 150 countries around the world. There are more than 500 hours of video uploaded to YouTube every minute, and YouTube accounts for almost a quarter of US mobile and fixed-internet traffic. YouTube's video infrastructure must be able to process that amount of data and serve that amount of traffic as efficiently as possible—without either breaking the internet or bankrupting ourselves with escalating CPU, memory, and storage costs.

> 📖 Note: See Video infrastructure key statistics for a breakdown of how YouTube ranks among Google PAs for resource usage, network egress, and more.

YouTube employs several major video infrastructure systems to ensure that we can fulfill all of these requirements. Some of the systems are unique to YouTube and maintained by us; examples include the Content ID framework and Quality-of-Experience pipeline. Other systems are general-purpose Google systems that are used by multiple products, including YouTube. These systems do common processing work at Google scale. Examples include the Venom/Viper video processing system and the Scotty system for file uploads and downloads.

All of these systems work together to serve YouTube's core use case: accepting video uploads in a wide variety of formats, and delivering that video content to billions of users around the world as fast as we can.

## What does this document cover?

This document provides an overview of how YouTube accepts user-generated content (UGC) and makes it part of the YouTube corpus. UGC videos represent the bulk of videos uploaded to YouTube. When creators use the upload interface in the YouTube mobile app or the YouTube website to submit their video, they're creating UGC.

This process includes the following steps:

1. Upload
2. Initial processing: transcoding, content analysis, copyright match, thumbnailing, and more
3. Storage: making the video in all its formats available to Google's CDN
4. Indexing: making the video appear in YouTube Search and Discovery
5. Optimization: further processing or re-processing based on video popularity

Contents

Introduction
- What does this document cover?
- What does this document not cover?

Uploading and initial processing
- Uploading the file
- Creating the video
- Starting processing
- Publication

Transcoding and asset generation
- Generating assets with Venom and Viper
- What assets does You Tube create?
- Transcoding

Video storage and distribution
- Storing a processed YouTube video

Corpus indexing
- YouTube Corpus
- Generating metadata on upload
- YouTube Logos

Corpus Intelligence
- Why optimize the corpus?
- Popularity vs. treatments
- Types of optimization
- Expedited optimization
- Continuous Optimization Pipeline
- Tracking optimization impact

Further reading



GOOG-SCHNDR-00034775

Each of these steps is discussed at a high level, describing the YouTube systems that handle each step in the process and how they communicate with each other.

## What does this document not cover?

The following topics are related to, but beyond the scope of, this overview:

- Detailed information on how to work with video infrastructure systems. Refer to each system's dedicated documentation for help with integration or details on implementation.
- Playback. Please refer to the Life of a Video Watch overview for information on how YouTube delivers existing video to viewers. There is some overlap between this document and Life of a Video Watch, mostly around how video propagates through Google's CDN.
- Live streaming. The live streaming and broadcasting use cases differ enough from video-on-demand that it's worth covering them in a dedicated document.
- Ingesting High-Value Content (HVC). HVC is premium content, like shows and movies, created by major studios or other large partners and distributed on YouTube. HVC content is usually a scheduled release and is protected by a paywall. While HVC videos use some of the same processing systems as user-generated content (UGC), HVC comes from a different front-end and its processing pipeline is managed separately from how YouTube accepts UGC.

We'll start by discussing the upload process: How users submit original video files that become YouTube videos.

## Uploading and initial processing

A YouTube video starts its life as a file upload. Whether a video was recorded with a professional camera, a webcam peripheral, or a mobile device, each recording apparatus ultimately outputs a video file to be uploaded to YouTube.

Once sufficient data has accumulated in the inbound source file, YouTube begins initial processing. The initial processing steps use the uploaded file to create a viewable video on YouTube. Creating a YouTube video from a source file means generating a collection of related data:

- Playable transcodes of the source file
- Other assets derived from the source file, such as fingerprints for content analysis
- Video metadata, such as the video owner, title, length, and details on where and how the video was recorded

The YouTube Uploads team is largely responsible for all of the code in this phase of the video's life cycle, from file upload to when the video is made public and sent to subscribers of the video's channel. Once the video is made public, it can be picked up by YouTube's corpus indexing systems, and other downstream business logic can process it.



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00034776



## Uploading the file

The process of adding a video begins when a creator uses a YouTube application (desktop or mobile) to upload a source file.

The YouTube upload interface accepts video files in a few different ways:

- On the web, a user can upload an existing video file from somewhere in the local file system.
- On mobile devices, a user can upload videos from the local file system, shared from other apps, or recorded directly within the YouTube mobile app for Android or iOS.
- A user can import video files stored in cloud services such as Drive or Google Photos.

## YouTube and Scotty



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00034777



As soon as Scotty has accumulated sufficient data in the inbound file, YouTube can create the video and begin initial processing.

> 📄 Note: See the YouTube Uploads documentation for the Scotty Agent for more information on how processing starts; the code paths are different for web and mobile uploads.

## Creating the video

After the upload, YouTube begins creating a video from the inbound source file. A YouTube video, as an entity, is a document that consists of a collection of data. This data includes:

- Metadata about the video's contents
- One or more playable/servable versions of the video
- Other assets derived from the video data, like thumbnail images or Content ID fingerprints

The video entity that YouTube creates is what gets served to viewers and handled by other downstream YouTube back-ends; the actual source file that the user uploaded gets archived by YouTube during processing.

YTFE and YouTube Uploads services handle creating the video metadata, and send the initial requests to Google's video processing systems to create playable/servable transcodes and other assets.

## Registering the video

The first step in video creation is registration. When YouTube registers a video, it does the following things:



The External Video ID is the key value for the master video database.

## Video metadata

GOOG-SCHNDR-00034778

- Video ID
- Title
- Description
- Length
- Information about the original uploaded file: size, filetype, etc.
- Whether or not the video is public
- The video owner ID (the uploader's `user ID`)
- Keywords
- View count
- Flags relating to the video's content, licensing, review status, and more
- Separate flags relating to streamable formats for the video

Some parts of the video metadata, such as the title, description, and keywords, are provided by the video's owner through the upload UI. Other parts of the video metadata, such as length and view count, are either derived later from the video's content or updated by YouTube over the video's lifetime.

## Video state and lifecycle

Throughout a video's life, YouTube tracks the video's state as part of the video metadata. State is stored in the `state` field of the `VAPI.Video` entity. The `state` value can be set to one of the following values:

- Uploaded: The source file has been uploaded and transferred by YouTube, but initial processing is not complete.
- Processed: Initial processing has been completed; the video is viewable on YouTube and is potentially discoverable.
- Failed: The video has failed during initial processing for some reason; this might include a failed transcode, an aborted upload, or an invalid format.
- Rejected: The video has been rejected for some reason; this could be because the video has been flagged as inappropriate, flagged as spam, or found to be in violation of trademark or copyright.
- Deleted: The video is marked for deletion and is awaiting purging from storage.

You can see all of the potential state information for a YouTube video in `video.proto` in Code Search.

Once the video has been registered, YouTube Uploads manages the state transition from Uploaded to Processed by sending the initial processing request to Venom, Google's general-purpose video processing interface. If initial processing fails for any reason, the video is marked `Failed`.

## Starting processing

YouTube's initial video processing creates a variety of assets from the source file. An asset represents a piece of content derived from the original media. These assets become part of the document that represents the YouTube video. Some examples of assets YouTube creates include:

- Playable transcodes
- Thumbnail images
- Fingerprints for Rights Management and Content ID
- Signals for abuse detection, such as filters for spam and inappropriate content



The delay between the time a video is uploaded and the "go live" signal is on the order of seconds. Depending on the size of the video, the delay between when the video is uploaded and when all assets have finished processing is on the order of seconds or minutes.

## The "Go live" signal

"Go live" represents the point when a video becomes viewable on YouTube. Specifically, it means when the video becomes available for public viewing at a specific URL and when YouTube notifies any subscribers to the video's channel that the new video is available.

GOOG-SCHNDR-00034779



Design considerations around "go live"



## Publication

Once YTFE has marked the video as `Processed` (contingent on the completion of the format 18 transcode), it is considered live and public. A newly-public video triggers two mechanisms:

- The video is sent to the Feeds Queue to be pushed to subscribers.
- The video metadata becomes available in YouTube Corpus for downstream processing.

### Feeds Queue

After processing is complete, YTFE sends the video to the Feeds Queue. The Feeds Queue is a post-transcode processing daemon responsible for sending a notification to the Feeds Service that a new video is live and available. The Feeds Service, in turn, notifies subscribers.

### Corpus indexing: YouTube Corpus



When a video is added to YouTube Corpus, it becomes available to downstream YouTube backends that work on public videos. This includes Search and Discovery systems like YouTube Search, Watch Next, and Personalization. These downstream backends process the videos asynchronously, picking up new videos as they are added to YouTube Corpus.

> 📝 Note: New videos added to YouTube Corpus are marked with a "dirty bit" that indicates the video is new. Downstream systems look for videos with the bit set. This way, corpus indexing works somewhat faster than, say, web crawling.

See the section on corpus indexing later in this document for more information.

Next, we'll discuss video processing: how YouTube uses Venom and Viper to schedule transcoding, content analysis, and other processing for an uploaded video.

## Transcoding and asset generation

A YouTube video is a collection of data derived from a user's uploaded media file, and much of that data needs to be generated by YouTube itself. A lot of it comes from transcoding, which involves creating copies--or "transcodes"--of the actual video bytes in different formats. Other data is related to content analysis: what the video is about, whether or not the video is spam or inappropriate, or whether the video contains a content owner's intellectual property.

GOOG-SCHNDR-00034780

Collectively, these data are called assets. An asset represents data that YouTube derives from an original media file. Assets take time and computational resources to create, and asset generation often continues for some time after a video has been uploaded.

## Generating assets with Venom and Viper

The Video Processing team is responsible for the systems that produce assets. The primary systems for video processing are Venom and Viper.



🔲 Note: In addition to YouTube, Venom and Viper handle video processing for a variety of client applications at Google. For example, they process video for Google Play, for video attachments in Gmail, and for videos scanned from the public web in Google Web Search results.

## Basic video processing flow

The following diagram shows the basic processing flow for YTFE, Venom, and Viper:



GOOG-SCHNDR-00034781



Future processing flow and notifications



## What assets does YouTube create?

The actual assets that YouTube creates vary, depending on the video. However, we can break down the potential assets into three broad categories:

- Transcodes
- Non-transcode primary assets
- Best-effort assets

Transcodes are a complex subject worthy of independent discussion; see the Transcoding section later in this document for more information. The other types of assets, along with the system that Venom uses to select them, are discussed in the following sections.

## Asset priority

Assets can have different priority levels. Venom is responsible for enforcing asset priority when generating Viper graphs, and the priority determines the quality-of-service (QoS): time-sensitive or best-effort. Asset priority depends on a number of factors, including:

- Technical factors, such as assets required by YouTube Player UIs
- YouTube's Terms of Service and partner agreements
- Asset size and cost



Asset priority can also be affected by Google and YouTube infrastructure. In general, the larger and more expensive the asset, the lower the priority. However, certain large assets that take a long time to process cannot

                          GOOG-SCHNDR-00034782

be created at low priority because the associated Borg jobs would be pre-empted too often for the asset to finish processing.

## Non-transcode primary assets

Every video needs some essential non-transcode assets. These assets are needed either to make the video function correctly in the YouTube client UIs, or to let YouTube fulfill its Terms of Service. Non-transcode primary assets include:

- **Media info**: This asset derives basic info about the video, such as length, format, resolution, and frame rate. Media info is a prerequisite for transcoding, and some of the statistics are also available in the YouTube web UI.



- **Content ID fingerprints**: Viper generates digital fingerprints associated with the video for YouTube's Content ID system. Content ID detects copyright violations, which are a high priority for YouTube's business. We try to detect potential copyright claims within 30 minutes of upload.

- **Thumbnail**: This is the still image for the video that appears on YouTube's Home, Search results, and Watch pages.

- **Storyboard**: These are the images that appear when the user interacts with the video progress bar. They help viewers seek to a particular point in the video.

- **Captions**: These are the automatically-generated closed captions for the video's speech, if applicable. Captions are important for accessibility and for viewers without sound capabilities.

- **Original Archive**: As part of initial processing, Viper archives the original media file. Originals are eventually backed up on tape; YouTube stores over ▮▮▮▮▮ of original video data, growing every day.

- **Video Content Analysis**: The `VesperAnnotator` asset refers to YouTube's audio-visual search system, Golden6. Golden6 annotates YouTube videos with entities from the Google Knowledge Graph. These annotations tag the video with its subject matter. For example, Golden6 can detect that a video is about an abstract concept like "sports" or "cooking", or a specific entity like "tennis" or "cheesecake". Data from Golden6, as well as Content ID and other analysis, is important later during corpus indexing.

  > 📓 Note: Golden6 is the replacement for Vesper, which was the original collaboration project between Video Content Analysis and YouTube search. Vesper ended in 2014, replaced by the Golden5 and Golden6 systems; however, some legacy naming still exists in the code base.

## Best-effort assets

Viper creates some content-analysis assets at a lower quality-of-service called "best effort". These assets may take some time to create, depending on available capacity. They include, but are not limited to, the following:

- Signals for abuse filters
- Transcoding quality metrics
- Signals for music detection systems
- Character/text recognition (OCR)
- Speech recognition



## TrustMe and asset selection

Some assets are situational—they may be necessary for some videos, but not others. A video without speech won't need language-recognition assets, for example.



  > 📓 Note: Genera correspond to the business unit or feature responsible for the video. The majority of all YouTube uploads are of the User-Generated-Content genus.

See go/venom-trustme for more information on how videos are classified in TrustMe and how TrustMe makes its processing decisions.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00034783

## Transcoding

Transcoding is the process of taking encoded audio and video data and converting it into a different encoding scheme. Transcoding can convert videos into different standards, like H.264 and VP9, and also into various resolutions within each standard.

YouTube never serves an uploaded video in its original format. Once a video has been ingested, Viper archives the original video and stores and serves processed and formatted copies, called transcodes, instead.

> 📖 Note: YouTube does re-use the original media file if a video is later re-processed for reasons of optimization or error correction.

For detailed technical information on Google's transcoding infrastructure and transcoding in general, see the transcoder infrastructure documentation.

## Why do we transcode videos?

Transcoding is an essential part of video processing at YouTube. We transcode videos for a few major reasons:

- **Device support.** An uploaded video may not be in a format viewable for all the devices that might consume it. Transcoding lets YouTube deliver the video to a variety of devices, and ensure that the video is playable on both modern and legacy devices.

- **Compression.** YouTube transcodes videos using preferred codecs, many of which provide good data compression. The VP9 codec, for example, provides around 600x data compression over raw video. Compressed transcodes help YouTube save bandwidth when delivering popular videos, and on storage space for less-popular videos.

- **Security and privacy.** Transcoding ensures that YouTube sanitizes a potentially malicious uploader's content before that content can be sent to a viewer. Likewise, metadata on an uploader's original video is removed or protected before the transcoded version is sent to a viewer.

## Types of transcodes



### Mezzanine format



### Transcoding costs

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00034784

Transcoding is the most time-consuming and resource-intensive form of processing that YouTube performs. Some of the resource costs of transcoding include:

- **Compute and memory.** Converting a file from one format to another uses RAM and processor time in proportion to the video's size and length. 

> ⚏ Note: Project Argos, which deploys hardware-based transcoding to the Google fleet, is likely to have a significant effect on YouTube's transcoding costs. See the Argos section below for more information.

- **Storage.** Once a video file has been transcoded, the transcoded copy needs to be stored if it is to be reused. As YouTube transcodes a video into different formats, it creates additional copies of the file, and the amount of storage required for that video increases accordingly.

- **Time.** Each transcode that YouTube performs takes a certain amount of time to complete. Not only does this tie up machines in our fleet, but it can also result in latency for the viewer if we need to transcode a video into a new format at playback time.

At YouTube scale, with over 500 hours of video uploaded every minute, the compute and storage costs of transcoding can escalate very quickly. Our biggest advantage is knowing that not all of those 500 hours per minute need to be transcoded at all.

## "Head" vs. "tail"

To get an accurate picture of transcoding costs, we need to first understand that not all videos are equal.

A rank-frequency distribution for UGC YouTube videos that measures watch time against watch-time ranking might look something like this:



More popular videos that get viewed often are sometimes referred to as "head" content. "Head" videos represent a small subset of videos on YouTube, but they generate a disproportionately high percentage of watch traffic.

Less popular videos are sometimes called "tail" or "long tail" content. "Long tail" videos make most of the YouTube corpus by raw number of videos, but they are rarely (or often never) watched by viewers.



## Transcoding strategy



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



Determining transcode needs: VOD or OTF?



Mobile uploads



How does VOD transcoding work?



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



How does OTF transcoding work?



Argos

Argos is a joint project between YouTube and Google Platforms to create a hardware-based transcoding platform. Hardware-based transcoding dramatically reduces the CPU cost of video transcoding operations. Currently, Argos-enabled machines are being added to the Google fleet and can be used for general YouTube transcoding tasks.

Computationally less expensive transcoding with Argos enables YouTube to undertake some additional transcoding-based projects, like Originals Replacement.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00034787



## Future transcoding projects

As YouTube grows, the video processing team is undertaking several projects to improve the transcoding infrastructure and process. They include:



# Video storage and distribution

Once a YouTube video has been uploaded and processed, it needs to become accessible to the systems that deliver and play videos: Video Streaming and YouTube Player. YouTube has a few core storage systems that are the point of origin for all traffic delivered by Video Streaming to Player.

The YouTube Uploads flow deposits processed videos into these core storage systems, where the videos are indexed and made available for streaming.

## Storing a processed YouTube video

There are two major operations involved in storing a processed YouTube video:

- Storing the playable video bytes, in the form of Viper-generated transcodes, to the Storage Manager v3 (SMv3) storage backend.
- Indexing the video in Content Directory so that serving systems can find it.

Both of these operations are invoked from within the Viper graph that processes the video. For storage, Viper writes the completed transcodes directly to SMv3. To index the video, Viper invokes the Streamer Indexer Service.

The following diagram shows the storage flow, from the YouTube Uploads processing pipeline to the video becoming available for serving systems:

GOOG-SCHNDR-00034788



The following sections provide more information about YouTube's core storage systems and the systems that connect to them: SMv3, SIS, Content Directory, and Datagen.

## Storage Manager v3



## Content Directory

## Streaming Indexer Service

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00034789



🔖 Note: SIS is also used to index uploads to Google Play Music.

Playback time: Datagen



See Life of a Video Watch for a high-level overview of YouTube's video streaming and serving systems.

Next, we'll discuss corpus indexing: how the video becomes available to YouTube Search and Discovery systems, and what data we generate for them.

# Corpus indexing

Corpus indexing refers to the process by which YouTube videos, once uploaded and processed, begin to appear in YouTube's search and discovery systems. Some of YouTube's search and discovery systems include:

- YouTube Search
- YouTube Home Page
- Recommendations
- Watch Next
- YouTube Mixes

YouTube's search and discovery systems are driven by video metadata. Video metadata is additional data associated with the video that tells us what it's about, who uploaded it, and what's in it.

Video metadata comes from a variety of sources, including:

- Basic metadata (title, description, tags) provided by the video's uploader
- Data from content analysis assets created during Viper processing
- Signals from viewer behavior around the video, such as what other videos they've watched and where in the world they're watching from
- Signals from other content the owner has uploaded

# YouTube Corpus



DVMS

GOOG-SCHNDR-00034790

Search indexing



Generating metadata on upload



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00034791

The video creator supplies some basic metadata about the video at upload time, usually by entering data into text fields. The YouTube web upload interface, for example, prompts the user to enter basic info:



This metadata includes:

- Title
- Description
- User-specified keywords, called "Tags"



## Content analysis data

Some Videodata comes from content analysis of the actual video bytes, which is performed as part of Viper processing. Two of the highest-priority assets that Viper triggers are:

- Video Understanding's Golden6 system
- Content ID processing

### Golden6



Content ID processing

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00034792

YouTube's Content ID system scans uploaded videos to see if they contain copyrighted material. For example, Content ID can detect if a video uploaded to YouTube contains copyrighted music, film, or television content.

> 🔖 Note: A Content ID match does not necessarily mean a video is blocked or taken down. See the Content Owners and Agent Users overview for more information about how Content ID works.

Content ID matches can provide additional clues about what's in a video, and data from Content ID is incorporated into video metadata.

## YouTube Legos



### Types of Legos annotations



### Generating Legos annotations



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00034793



Using Legos



You can see Legos in action by installing the Legos extension for your Chrome browser. The Legos extension lets you browse the Legos annotations for videos, playlists, and channels while you navigate the YouTube site.

Next, we'll discuss how YouTube can optimize processing for existing videos to ensure the best use of resources and technology.

# Corpus intelligence

Corpus Intelligence refers to the way YouTube decides how to process and re-process videos to provide a high-quality viewing experience and resource-efficient delivery. Corpus Intelligence primarily affects how we transcode videos--what formats we make available and how we generate them.

YouTube Video Infrastructure and the Media Algorithms teams have developed a variety of treatments to apply to a video. A treatment is an optimized transcoding profile that can produce better output files. This profile encompasses a combination of different formats, codecs, and settings in Viper.

In general, optimization treatments are more expensive, in terms of CPU cost, than the standard processing that every video receives at upload time. Because of the increased cost, optimization treatments are not feasible for every video, and YouTube needs to be judicious in how it applies them.

## Why optimize the corpus?

Corpus Intelligence provides the following benefits:

- Optimizing videos for more efficient use of resources
- Improvements in Quality-of-Experience (QoE) for viewers
- Driving advances in transcoding technology
- Issue resolution

## Resource usage

Optimization treatments help YouTube make more efficient use of both bandwidth and CPU resources.



## Improving Quality-of-Experience

A video that undergoes an optimization treatment has a number of performance improvements, including:

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00034794



### Driving advances in transcoding technology

Optimization treatments give YouTube the opportunity to introduce new transcoding technologies such as the AV1 codec. AV1 is a next-generation, open source, royalty free codec developed in part by Google as part of the Alliance for Open Media. AV1 improves upon the VP9 codec (currently YouTube's most advanced codec) in both compression and bitrate.



### Issue resolution

Corpus intelligence systems can schedule videos to be reprocessed to resolve technical issues that might have arisen. See COP issue resolution for more information.

### Popularity vs. treatments



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



## Types of optimization

Broadly speaking, Corpus Intelligence performs two types of optimization:

## Expedited optimization

## Continuous Optimization Pipeline

## Popularity changes

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00034796



COP issue resolution



## Tracking optimization impact

The Video Infrastructure team monitors the health of the YouTube corpus in Venom to track the impact of various Corpus Intelligence efforts. See Corpus Intelligence - The Charts and the Corpus Health Report for additional information.

## Further reading

For more high-level overview content in the YDH, see:

- Life of a Video Watch: Serving all that video we just uploaded
- Accounts and Identity: How User and Channel identity work in YouTube
- Content Owners and Agent Users: Administering YouTube's Content ID system

For more details on YouTube video infrastructure systems:

- Venom and Viper: General-purpose video processing
- Introduction to Transcoder Infrastructure
- Video Core Streaming and Storage

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00034797

- Video Content Analysis at YouTube **(presentation deck)**
- Legos team starter **(presentation deck)**
- YouTube Indexing Overview

## Was this page helpful?



View Markdown source · Edit this page · Project · File a documentation bug · Incoming links · Recent CLs · Served by g3doc

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00034798