| | |
|---|---|
| DAVID H. KRAMER, SBN 168452<br>MAURA L. REES, SBN 191698<br>LAUREN GALLO WHITE, SBN 309075<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone: (650) 493-9300<br>Facsimile: (650) 565-5100<br>Email:  dkramer@wsgr.com<br>         mrees@wsgr.com<br>         lwhite@wsgr.com | BRIAN M. WILLEN (admitted *Pro Hac Vice*)<br>CATHERINE R. HARTMAN (admitted *Pro Hac Vice*)<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>1301 Avenue of the Americas, 40th Floor<br>New York, NY 10019-6022<br>Telephone: (212) 999-5800<br>Facsimile: (212) 999-5801<br>Email:  bwillen@wsgr.com<br>Email:  chartman@wsgr.com |

Attorneys for Defendants and Counterclaimants
YOUTUBE, LLC and GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING LTD., individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>        Defendants<br>___<br>YOUTUBE, LLC and GOOGLE LLC,<br><br>        Counterclaimants,<br><br>    v.<br><br>PIRATE MONITOR LTD, PIRATE MONITOR LLC, and GÁBOR CSUPÓ,<br><br>        Counterclaim Defendants. | CASE NO.: 3:20-cv-04423-JD<br><br>**CERTIFICATE OF SERVICE** |

I, Deborah Grubbs, declare:

I am employed in Santa Clara County, State of California. I am over the age of 18 years and not a party to the within action. My business address is Wilson Sonsini Goodrich & Rosati, 650 Page Mill Road, Palo Alto, California 94304-1050.

On this date, I served:

1. **CONFIDENTIAL VERSION OF EXHIBIT 1 TO THE DECLARATION OF CATHERINE R. HARTMAN**

2. **CONFIDENTIAL VERSION OF EXHIBIT 2 TO THE DECLARATION OF CATHERINE R. HARTMAN**

3. **CONFIDENTIAL VERSION OF EXHIBIT 3 TO THE DECLARATION OF CATHERINE R. HARTMAN**

4. **CONFIDENTIAL VERSION OF EXHIBIT 4 TO THE DECLARATION OF CATHERINE R. HARTMAN**

5. **CONFIDENTIAL VERSION OF EXHIBIT 5 TO THE DECLARATION OF CATHERINE R. HARTMAN**

6. **CONFIDENTIAL VERSION OF EXHIBIT 6 TO THE DECLARATION OF CATHERINE R. HARTMAN**

7. **CONFIDENTIAL VERSION OF EXHIBIT 8 TO THE DECLARATION OF CATHERINE R. HARTMAN**

8. **CONFIDENTIAL VERSION OF EXHIBIT 9 TO THE DECLARATION OF CATHERINE R. HARTMAN**

9. **CONFIDENTIAL VERSION OF EXHIBIT 10 TO THE DECLARATION OF CATHERINE R. HARTMAN**

10. **CONFIDENTIAL VERSION OF EXHIBIT 11 TO THE DECLARATION OF CATHERINE R. HARTMAN**

11. **CONFIDENTIAL VERSION OF EXHIBIT 12 TO THE DECLARATION OF CATHERINE R. HARTMAN**

12. **CONFIDENTIAL VERSION OF EXHIBIT 13 TO THE DECLARATION OF CATHERINE R. HARTMAN**

13. **CONFIDENTIAL VERSION OF EXHIBIT 14 TO THE DECLARATION OF CATHERINE R. HARTMAN**

14. **CONFIDENTIAL VERSION OF EXHIBIT 15 TO THE DECLARATION OF CATHERINE R. HARTMAN**

| | |
|---|---|
| 15. | **CONFIDENTIAL VERSION OF EXHIBIT 16 TO THE DECLARATION OF CATHERINE R. HARTMAN** |
| 16. | **CONFIDENTIAL VERSION OF EXHIBIT 17 TO THE DECLARATION OF CATHERINE R. HARTMAN** |
| 17. | **CONFIDENTIAL VERSION OF EXHIBIT 18 TO THE DECLARATION OF CATHERINE R. HARTMAN** |
| 18. | **CONFIDENTIAL VERSION OF EXHIBIT 19 TO THE DECLARATION OF CATHERINE R. HARTMAN** |
| 19. | **CONFIDENTIAL VERSION OF EXHIBIT 20 TO THE DECLARATION OF CATHERINE R. HARTMAN** |

☒   By forwarding the document(s) by electronic transmission on this date to the Internet email address listed below:

BSFYouTube@bsfllp.com and Ktyoutube@koreintillery.com

I am readily familiar with Wilson Sonsini Goodrich & Rosati's practice for collection and processing of documents for delivery according to instructions indicated above. In the ordinary course of business, documents would be handled accordingly.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct. Executed at Palo Alto, California on January 17, 2023.

*Deborah Grubbs*
Deborah Grubbs