| | |
|---|---|
| George A. Zelcs (pro hac vice)<br>  *gzelcs@koreintillery.com*<br>Randall P. Ewing, Jr. (pro hac vice)<br>  *rewing@koreintillery.com*<br>Ryan Z. Cortazar (pro hac vice)<br>  *rcortazar@koreintillery.com*<br>**KOREIN TILLERY, LLC**<br>205 North Michigan, Suite 1950<br>Chicago, IL  60601<br>Telephone: (312) 641-9750<br><br>Stephen M. Tillery (pro hac vice)<br>  *stillery@koreintillery.com*<br>Steven M. Berezney, CA Bar #329923<br>  *sberezney@koreintillery.com*<br>Carol O'Keefe (pro hac vice)<br>  *cokeefe@koreintillery.com*<br>**KOREIN TILLERY, LLC**<br>505 North 7th Street, Suite 3600<br>St. Louis, MO  63101<br>Telephone: (314) 241-4844 | Joshua Irwin Schiller, CA Bar #330653<br>  *jischiller@bsfllp.com*<br>**BOIES SCHILLER FLEXNER LLP**<br>44 Montgomery Street<br>41st Floor<br>San Francisco, CA  94104<br>Telephone: (415) 293-6800<br><br>Philip C. Korologos (pro hac vice)<br>  *pkorologos@bsfllp.com*<br>Joanna Wright (pro hac vice)<br>  *jwright@bsfllp.com*<br>**BOIES SCHILLER FLEXNER LLP**<br>55 Hudson Yards, 20th Floor<br>New York, NY 10001<br>Telephone: (212) 446-2300 |

*Attorneys for Plaintiffs Maria Schneider,*
*Uniglobe Entertainment, LLC, and AST Publishing Ltd.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING, LTD., individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>    v.<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>            Defendants.<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>            Counterclaimants,<br><br>    v.<br><br>PIRATE MONITOR LTD,<br><br>            Counterclaim Defendants. | Case No. 3:20-cv-04423-JD<br><br>**NOTICE OF WITHDRAWAL OF ATTORNEY DEMETRI BLAISDELL** |

**TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that counsel of record for Plaintiffs hereby withdraws Demetri Blaisdell, as counsel for Plaintiffs. Mr. Blaisdell is no longer associated with the law firm of Boies Schiller Flexner LLP. Plaintiffs respectfully requests that the Court and the Parties remove Mr. Blaisdell from all future correspondence. The law firm of Boies Schiller Flexner LLP continues to represent Plaintiffs in this matter.

Dated: January 27, 2023

    Respectfully submitted,

    BOIES SCHILLER FLEXNER LLP

    */s/ Philip Korologos*

Philip C. Korologos (pro hac vice)
Joanna Wright (pro hac vice)
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards, 20th Floor
New York, NY 10001
Phone: (212) 446-2300
Fax: (212) 446-2350

Joshua Irwin Schiller, CA Bar #330653
BOIES SCHILLER FLEXNER LLP
44 Montgomery St.,
41st Floor
San Francisco, CA 94104
Phone: (415) 293-6800
Fax: (415) 293-6899

George A. Zelcs (pro hac vice)
Randall P. Ewing, Jr. (pro hac vice)
Ryan Z. Cortazar (pro hac vice)
KOREIN TILLERY, LLC
205 North Michigan, Suite 1950
Chicago, IL 60601
Telephone: (312) 641-9750
Facsimile: (312) 641-9751

|   |   |
|---|---|
| 1 | Stephen M. Tillery (pro hac vice) |
| 2 | Steven M. Berezney, CA Bar #329923 |
|   | Carol O'Keefe (pro hac vice) |
| 3 | KOREIN TILLERY, LLC |
|   | 505 North 7th Street, Suite 3600 |
| 4 | St. Louis, MO 63101 |
|   | Telephone: (314) 241-4844 |
| 5 | Facsimile: (314) 241-3525 |
| 6 | Attorneys for Plaintiffs |