UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA SCHNEIDER, et al., | Case No. 20-cv-04423-JD |
| Plaintiffs, | |
| v. | **THIRD AMENDED SCHEDULING ORDER** |
| YOUTUBE, LLC, et al., | |
| Defendants. | |

The Court sets the following amended case management deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10. The parties are advised to review and comply with the Court's Standing Order for Civil Cases, Standing Order for Discovery in Civil Cases, and Standing Order for Civil Jury Trials.

| Event | Deadline |
|---|---|
| Last day to file first amended complaint identifying all copyrighted works | Closed |
| Last day for plaintiffs to provide a preliminary list of infringements | Closed |
| Last day for defendants to respond to first amended complaint | Closed |
| Last day for plaintiffs to serve Rule 26 initial disclosures for new parties | Closed |
| Last day to file opposition to motion to dismiss, if any | Closed |
| Last day to file reply in support of motion to dismiss, if any | Closed |
| Last day for plaintiffs to identify final list of infringements | Closed |

| Event | Deadline |
|---|---|
| Fact discovery cut-off | Closed |
| Expert disclosures | Closed |
| Rebuttal expert disclosures | Closed |
| Expert discovery cut-off (except with respect to Dr. Cowan, Dr. Singer, Dr. Peterson, and Mr. Halm) | Closed |
| Last day to file amended reports of Dr. Cowan and Dr. Singer | Closed |
| Last day to file rebuttal reports of Dr. Peterson and Mr. Halm | Closed |
| Last day to complete depositions of Dr. Cowan, Dr. Singer, Dr. Peterson, and Mr. Halm | Closed |
| Last day to file motion for class certification | February 13, 2023 |
| Last day to file dispositive and *Daubert* motions | March 3, 2023 |
| Last day to file opposition to class certification | March 6, 2023 |
| Last day to file reply in support of class certification | March 13, 2023 |
| Pretrial conference | May 25, 2023, at 1:30 p.m. |
| Jury Trial | June 12, 2023, at 9:00 a.m. |

All dates set by the Court should be regarded as firm. Counsel may not modify these dates by stipulation without leave of court. Requests for continuances are disfavored, and scheduling conflicts that are created subsequent to the date of this order by any party, counsel or party-controlled expert or witness will not be considered good cause for a continuance. Sanctions may issue for a failure to follow a scheduling or other pretrial order. *See* Fed. R. Civ. P. 16(f)(1)(C).

**IT IS SO ORDERED.**

Dated: January 30, 2023

_____

JAMES DONATO
United States District Judge