George A. Zelcs (*pro hac vice*)
gzelcs@koreintillery.com
Randall P. Ewing, Jr. (*pro hac vice*)
rewing@koreintillery.com
Ryan Z. Cortazar (*pro hac vice*)
rcortazar@koreintillery.com
**KOREIN TILLERY, LLC**
205 North Michigan, Suite 1950
Chicago, IL  60601
Telephone: (312) 641-9750
Facsimile: (312) 641-9751

Stephen M. Tillery (*pro hac vice*)
stillery@koreintillery.com
Steven M. Berezney, CA Bar #329923
sberezney@koreintillery.com
Carol O'Keefe (*pro hac vice*)
cokeefe@koreintillery.com
**KOREIN TILLERY, LLC**
505 North 7th Street, Suite 3600
St. Louis, MO  63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

Joshua Irwin Schiller, CA Bar #330653
jischiller@bsfllp.com
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery St., 41st Floor
San Francisco, CA  94104
Telephone: (415) 293-6800
Facsimile: (415) 293-6899

Philip C. Korologos (*pro hac vice*)
pkorologos@bsfllp.com
Joanna Wright (*pro hac vice*)
jwright@bsfllp.com
Jeffrey Waldron (*pro hac vice*)
jwaldron@bsfllp.com
**BOIES SCHILLER FLEXNER LLP**
55 Hudson Yards, 20th Floor
New York, NY 10001
Telephone: (212) 446-2300
Facsimile: (212) 446-2350

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING LTD., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>Defendants. | CASE NO.:  3:20-cv-04423-JD<br><br>**PLAINTIFFS' INTERIM ADMINISTRATIVE MOTION TO SEAL PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND RELATED DOCUMENTS**<br><br>Judge:  Hon. James Donato<br><br>DATE:  March 30, 2023<br>TIME:  10:00 a.m. |

Pursuant to Civil Local Rules 7-11 and 79-5, Plaintiffs submit this interim administrative motion to file under seal the unredacted versions of Plaintiffs' Motion for Class Certification and related declarations and exhibits, portions of which contain information designated as Confidential or Highly Confidential by the parties. Plaintiffs do not anticipate moving to seal any of the documents Plaintiffs designated as Confidential or Highly Confidential. By agreement of the parties and pursuant to ¶ 31 of Your Honor's Standing Order for Civil Cases, the reasons for sealing will be discussed in a forthcoming omnibus sealing motion filed jointly by the parties addressing the sealing of confidential information related to Plaintiffs' Motion for Class Certification or related to any upcoming dispositive and *Daubert* motions. The joint sealing motion will be filed two weeks after the final reply related to the aforementioned motions is submitted.

Respectfully submitted,

Dated: February 13, 2023

/s/ *Philip Korologos*
Philip C. Korologos (*pro hac vice*)
pkorologos@bsfllp.com
Joanna Wright (*pro hac vice*)
jwright@bsfllp.com
Jeffrey Waldron (*pro hac vice*)
jwaldron@bsfllp.com (*pro hac vice*)
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards, 20th Floor
New York, NY 10001
Telephone: (212) 446-2300
Facsimile: (212) 446-2350

Joshua Irwin Schiller, CA Bar #330653
jischiller@bsfllp.com
BOIES SCHILLER FLEXNER LLP
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Telephone: (415) 293-6800
Facsimile: (415) 293-6899

George A. Zelcs (*pro hac vice*)
gzelcs@koreintillery.com
Randall P. Ewing, Jr. (*pro hac vice*)
rewing@koreintillery.com

Ryan Z. Cortazar (*pro hac vice*)
rcortazar@koreintillery.com
KOREIN TILLERY, LLC
205 North Michigan, Suite 1950
Chicago, IL 60601
Telephone: (312) 641-9750
Facsimile: (312) 641-9751

Stephen M. Tillery (*pro hac vice*)
stillery@koreintillery.com
Steven M. Berezney, CA Bar #329923
sberezney@koreintillery.com
Carol O'Keefe (*pro hac vice*)
cokeefe@koreintillery.com
KOREIN TILLERY, LLC
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

*Attorneys for Plaintiffs*