| | | |
|---|---|---|
| 1 | George A. Zelcs (*pro hac vice*)<br>gzelcs@koreintillery.com | Joshua Irwin Schiller, CA Bar #330653<br>jischiller@bsfllp.com |
| 2 | Randall P. Ewing, Jr. (*pro hac vice*)<br>rewing@koreintillery.com | **BOIES SCHILLER FLEXNER LLP**<br>44 Montgomery Street |
| 3 | Ryan Z. Cortazar (pro hac vice)<br>rcortazar@koreintillery.com | 41st Floor<br>San Francisco, CA 94104 |
| 4 | **KOREIN TILLERY, LLC**<br>205 North Michigan, Suite 1950 | Telephone: (415) 293-6800 |
| 5 | Chicago, IL 60601<br>Telephone: (312) 641-9750 | Philip C. Korologos (*pro hac vice*)<br>pkorologos@bsfllp.com |
| 6 | | Joanna Wright (*pro hac vice*)<br>jwright@bsfllp.com |
| 7 | Stephen M. Tillery (*pro hac vice*)<br>stillery@koreintillery.com | Jeffrey Waldron (*pro hac vice*) |
| | Steven M. Berezney, CA Bar #329923 | jwaldron@bsfllp.com |
| 8 | sberezney@koreintillery.com | **BOIES SCHILLER FLEXNER LLP** |
| | Carol O'Keefe (*pro hac vice*) | 55 Hudson Yards, 20th Floor |
| 9 | cokeefe@koreintillery.com | New York, NY 10001 |
| | **KOREIN TILLERY, LLC** | Telephone: (212) 446-2300 |
| 10 | 505 North 7th Street, Suite 3600<br>St. Louis, MO 63101 | |
| 11 | Telephone: (314) 241-4844 | |

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING LTD., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>Defendants. | CASE NO.: 3:20-cv-04423-JD<br><br>**DECLARATION OF JEFFREY WALDRON IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**<br><br>Judge: Hon. James Donato<br><br>DATE: March 30, 2023<br>TIME: 10:00 a.m. |

Case No. 3:20-cv-04423-JD
DECLARATION OF JEFFREY WALDRON IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

I, Jeffrey Waldron, declare as follows:

1. I am an attorney at Boies Schiller Flexner LLP, co-counsel to Plaintiffs and putative class representatives Maria Schneider, Uniglobe Entertainment, LLC, and AST Publishing, Ltd. I make this declaration in support of Plaintiffs' Motion of Class Certification filed on February 13, 2023. I have knowledge of the facts stated herein from my personal knowledge and, if called as a witness, I could and would competently testify thereto.

2. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts of the July 1, 2022, deposition of Arpan Agrawal.

3. Attached hereto as **Exhibit 2** is a true and correct copy of excerpts of the June 22, 2022, deposition of Julian Bill.

4. Attached hereto as **Exhibit 3** is a true and correct copy of excerpts of the January 12, 2023, deposition of Charles D. Cowan.

5. Attached hereto as **Exhibit 4** is a true and correct copy of excerpts of the June 30, 2022, deposition of Brad Froehle.

6. Attached hereto as **Exhibit 5** is a true and correct copy of excerpts of the June 28, 2022, deposition of Cristos Goodrow.

7. Attached hereto as **Exhibit 6** is a true and correct copy of excerpts of the July 5, 2022, deposition of Fabio Magagna.

8. Attached hereto as **Exhibit 7** is a true and correct copy of excerpts of the September 30, 2022, deposition of Francois-Xavier Nuttall.

9. Attached hereto as **Exhibit 8** is a true and correct copy of excerpts of the July 1, 2022, deposition of David Rosenstein.

10. Attached hereto as **Exhibit 9** is a true and correct copy of the excerpts of the January 13, 2023, deposition of Hal J. Singer.

11. Attached hereto as **Exhibit 10** is a true and correct copy of excerpts of the July 14, 2022, deposition of Joanne Suk.

12. Attached hereto as **Exhibit 11** is a true and correct copy of excerpts of the June 29, 2022, deposition of Chris Ting.

13. Attached hereto as **Exhibit 12** is a true and correct copy of excerpts of the May 24, 2022, deposition of Amy Wu.

14. Attached hereto as **Exhibit 13** is a true and correct copy of excerpts of the June 21, 2022 30(b)(1) deposition of Kevin Zhu.

15. Attached hereto as **Exhibit 14** is a true and correct copy of excerpts of the June 21, 2022 30(b)(6) deposition of Kevin Zhu.

16. Attached hereto as **Exhibit 15** is a true and correct copy of the Expert Report of Paul Jessop dated September 1, 2022.

17. Attached hereto as **Exhibit 16** is a true and correct copy of the Expert Report of Joseph N. Winograd, Ph.D dated September 1, 2022.

18. Attached hereto as **Exhibit 17** is a true and correct copy of the Expert Report of Charles D. Cowan dated November 17, 2022.

19. Attached hereto as **Exhibit 18** is a true and correct copy of the Expert Report of Hal J. Singer dated November 17, 2022.

20. Attached hereto as **Exhibit 19** is a true and correct copy of excerpts of the Expert Report of Francois-Xavier Nuttall dated September 22, 2022.

21. Attached hereto as **Exhibit 20** is a true and correct copy of excerpts of the transcript of the April 28, 2022, Status Conference held in this case.

22. Attached hereto as **Exhibit 21** is a true and correct copy of excerpts of the transcript of the December 15, 2022, Status Conference held in this case.

23. Attached hereto as **Exhibit 22** is a true and correct copy of excerpts of Defendants' Supplemental Responses and Objections to Plaintiff Interrogatory No. 1, dated March 8, 2022.

24. Attached hereto as **Exhibit 23** is a true and correct copy of excerpts of Defendants' Amended Responses and Objections to Schneider Interrogatory No. 4 dated June 17, 2022.

25. Attached hereto as **Exhibit 24** is a true and correct copy of excerpts of Defendants' Responses and Objections to Plaintiff's RFA Nos. 1, 17, 18, 55-63, 68-70, dated July 5, 2022.

26. Attached hereto as **Exhibit 25** is a true and correct copy of excerpts of Plaintiff's Amended Objections and Responses to Defendants' Interrogatory 9, dated September 9, 2022.

27. Attached hereto as **Exhibit 26** is a true and correct copy of Exhibit 1 to the Declaration of Chenyuan Zhu which is a a Terms of Service document dated June 9, 2010.

28. Attached hereto as **Exhibit 27** is a true and correct copy of excerpts of a document produced by YouTube entitled "Auto-continuation view counting," dated approximately April 1, 2014, and bearing on its first page production number GOOG-SCHNDR-00043717.

29. Attached hereto as **Exhibit 28** is a true and correct copy of a Publishing License Agreement ("PLA") dated April 30, 2014, bearing on its first page production number GOOG-SCHNDR-00002434.

30. Attached hereto as **Exhibit 29** is a true and correct copy of excerpts of a YouTube presentation entitled "Watch Next Overview," dated January 16, 2016, bearing on its first page production number GOOG-SCHNDR-00040865.

31. Attached hereto as **Exhibit 30** is a true and correct copy of excerpts of a Google letter entitled "Re: Section 12 Study: Request for Additional Comments," dated February 21, 2017, bearing on its first page production number GOOG-SCHNDR-00030303.

32. Attached hereto as **Exhibit 31** is a true and correct copy of an email from Fred von Lowmann to Katherine Oyamma, Brian Carver, and Harris Cohen entitled "Fed: favor?", dated May 17, 2016, bearing on its first page production number GOOG-SCHNDR-00038640.

33. Attached hereto as **Exhibit 32** is a true and correct copy of excerpts of a YouTube presentation entitled "Watch Next Eng Review," dated May 8, 2017, bearing on its first page production number GOOG-SCHNDR-00052174.

34. Attached hereto as **Exhibit 33** is a true and correct copy of a document produced by YouTube entitled "Automated Madison Suspension Propagation (SpiderMADison)," dated August 18, 2017, and bearing on its first page production number GOOG-SCHNDR-00041383.

1   35.   Attached hereto as **Exhibit 34** is a true and correct copy of a document produced by YouTube entitled "SpiderMADison: Copyright Suspension Expansion to Linked Channels," dated May 14, 2018, and bearing on its first page production number GOOG-SCHNDR-00000918.

2   36.   Attached hereto as **Exhibit 35** is a true and correct copy of a YouTube document entitled "Trust & Safety/ SpiderMADsense" dated October 2, 2018, bearing on its first page production number GOOD-SCHNDR_00001059.

3   37.   Attached hereto as **Exhibit 36** is a true and correct copy of a document downloaded from https://www.blog.google/documents/27/How_Google_Fights_Piracy_2018.pdf/ (last accessed February 13, 2023) entitled "How Google Fights Piracy," dated November 2018, that was produced in black and white as a document bearing on its first page production number GOOG-SCHNDR-00021221.

4   38.   Attached hereto as **Exhibit 37** is a true and correct copy of a presentation titled "WatchNext/Autoplay Deep Dive" dated May 16, 2019, bearing on its first page production number GOOG-SCHNDR-00034775.

5   39.   Attached hereto as **Exhibit 38** is a true and correct copy of a letter from L. Gallo White to J. Wright concerning Defendants' Responses and Objections to Plaintiffs' First Set of Requests for Production, dated January 20, 2021.

6   40.   Attached hereto as **Exhibit 39** is a true and correct copy of a letter from L. Gallo White to D. Blaisdell in response to Plaintiffs' letter of April 16, 2021 concerning Defendants' Responses and Objections to Plaintiffs' First Set of Requests for Production, dated May 7, 2021

7   41.   Attached hereto as **Exhibit 40** is a true and correct copy of a document produced by YouTube entitled "Autoplay Deep Dive," dated April 2021, bearing production number GOOG-SCHNDR-00040723, that was also marked as Plaintiffs' Exhibit 103 at the May 24, 2022, deposition of Amy Wu.

8   42.   Attached hereto as **Exhibit 41** is a true and correct excerpt from a YouTube document entitled "Copyright Transparency Report," for the first half of 2021.

43. Attached hereto as **Exhibit 42** is a true and correct copy of a letter from E. Richlin to D. Blaisdell in response to Plaintiff's July 2, 2021 letter regarding Plaintiff's First Set of Requests for Production of Documents, dated August 20, 2021.

44. Attached hereto as **Exhibit 43** is a true and correct of a YouTube document entitled "Copyright Transparency Report," for the second half of 2021.

45. Attached hereto as **Exhibit 44** is a true and correct copy of an excerpt from the YouTube Developer's Handbook, bearing on its first page production number GOOG-SCHNDR-00052429.

46. Attached hereto as **Exhibit 45** is a true and correct copy of The Recording Industry Association of America ("RIAA") and National Music Publishers' Association ("NMPA") submitted comments in response to the USCO dated May 27, 2022.

47. Attached hereto as **Exhibit 46** is a true and correct copy of Pex submitted comments in response to the USCO dated May 27, 2022.

48. Attached hereto as **Exhibit 47** is a true and correct copy of a letter from N. Gorman to D. Blaisdell regarding the Court's order of August 30th (ECF 165), dated September 9, 2022.

49. Attached hereto as **Exhibit 48** is a true and correct excerpt from the Copyright Transparency Report released by YouTube with data from the first half of 2022.

50. Attached hereto as **Exhibit 49** is a true and correct copy of a takedown notice submitted by Maria Schneider and an email exchange dated January 9, 2023, between Ms. Schneider and YouTube.

51. Attached hereto as **Exhibit 50** is a true and correct copy of a letter from L. Gallo White to C. O'Keefe concerning the Court's production order of December 15th, dated January 10, 2023.

52. Attached hereto as **Exhibit 51** is a true and correct copy of the YouTube Creator Academy webpage, bearing on its first page production number GOOG-SCHNDR-00000161.

53. Attached hereto as **Exhibit 52** is a true and correct copy of excerpts of a presentation titled "Content ID: Essentials" bearing on its first page production number GOOG-SCHNDR-00000924.

54. Attached hereto as **Exhibit 53** is a true and correct copy of a counter-notification submitted over electronic signature, bearing on its first page production number GOOG-SCHNDR-00001899.

55. Attached hereto as **Exhibit 54** is a true and correct copy of a sound recording and audiovisual content license, bearing on its first page production number GOOG-SCHNDR-00020258.

56. Attached hereto as **Exhibit 55** is a true and correct copy of a document produced by YouTube bearing on its first page production number GOOG-SCHNDR-00040443.

57. Attached hereto as **Exhibit 56** is a true and correct copy of a document entitled "Copyright" produced by YouTube bearing on its first page production number GOOG-SCHNDR-00050094.

58. Attached hereto as **Exhibit 57** is a true and correct copy of a YouTube takedown notice form.

59. Attached hereto as **Exhibit 58** is a true and correct copy of an Autoplay data spreadsheet, bearing on its first page production number GOOG-SCHNDR-00050365.

60. Attached hereto as **Exhibit 59** is a true and correct copy of a document entitled "Requirements for Infringement Notifications" available at the URL https://support.google.com/youtube/answer/6005900?hl=en&ref_topic=9282363 and last accessed on February 13, 2023.

61. Attached hereto as **Exhibit 60** is a true and correct copy of a webpage entitled "Frequently Asked Questions about ISRC Codes" available at the URL https://www.isrc.com/general-faq.html?msclkid=28920761d4d91a849f9064713208caa4#01 and last accessed on February 13, 2023.

1  62. Attached hereto as **Exhibit 61** is a true and correct copy of a document entitled "Plaintiffs' February 25, 2022 List of Infringements."

63. Attached hereto as **Exhibit 62** is a true and correct copy of a notice of removal following a successful Takedown Notice dated December 8, 2018 bearing on its first page production number UNIGLOBE_0000006197

64. Attached hereto as **Exhibit 63** is a true and correct copy of a notice of removal following a successful Takedown Notice dated April 14, 2020 bearing on its first page production number UNIGLOBE_0000007016.

65. Attached hereto as **Exhibit 64** is a true and correct copy of the copyright registration record for the screenplay of *5 Weddings*, registered to Uniglobe Entertainment, LLC under the number PAu003824737 on May 5, 2016.

66. Attached hereto as **Exhibit 65** is a true and correct copy of a notice of removal following a successful Takedown Notice dated March 4, 2016 bearing on its first page production number SCHNEIDER_0000009458.

67. Attached hereto as **Exhibit 66** is a true and correct copy of a YouTube webpage visited on February 13, 2023, showing that the video at video ID ZXIaXbI0Eqg that contained Maria Schneider's *Hang Gliding* is "not available" "due to a legal complaint".

68. Attached hereto as **Exhibit 67** is a true and correct of the copyright registration record for the composition *Hang Gliding*, registered to Maria Schneider under the number PA0001213206 on May 20, 2003. This record is available at https://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?v1=4&ti=1,4&SEQ=20230210205854&Search%5FArg=hang%20gliding&Search%5FCode=TALL&CNT=25&PID=iZ83B_AuNLWfMXlbu_wzaAsR3LZiJ&SID=1.

69. Attached hereto as **Exhibit 68** are true and correct copies of notices of removal following successful Takedown Notices submitted by Maria Schneider for infringements of her works *Bulería, Soleá, Y Rumba*, *Green Piece*, *Last Season*, *Lately* and *Gush*.

70. Attached hereto as **Exhibit 69** are true and correct copies of YouTube webpages visited on February 13, 2023, showing that the videos that contained Maria Schneider's works

1  *Bulería*, *Soleá*, *Y Rumba* (video ID: iRGzg-ojYYg*)*, *Green Piece* (video ID: pJToOM-kkH0*)* , *Last Season* (video ID: 9k3f38sWzUI), *Lately* (video ID: CeZE2e1_qHg), and *Gush* (video ID: YDwvSjoB9c) are "unavailable".

71. Attached hereto as **Exhibit 70** are true and correct copies copyright registration records for the following works copyrighted by Maria Schneider: *Bulería, Soleá, Y Rumba*, *Green Piece*, *Last Season*, *Lately* and *Gush.*

72. Attached hereto as **Exhibit 71** is a true and correct copy of a notice of removal following a successful Takedown Notice dated December 19, 2018 bearing on its first page production number UNIGLOBE_0000013783.

73. Attached hereto as **Exhibit 72** is a true and correct copy of a notice of removal following a successful Takedown Notice dated July 5, 2019 bearing on its first page production number UNIGLOBE_0000006915.

74. Attached hereto as **Exhibit 73** is a true and correct copy of a notice of removal following a successful Takedown Notice dated May 13, 2020 bearing on its first page production number GOOG-SCHNDR-00040037.

75. Attached hereto as **Exhibit 74** is a true and correct copy of a notice of removal following a successful Takedown Notice dated August 3, 2020 bearing on its first page production number GOOG-SCHNDR-00040050.

76. Attached hereto as **Exhibit 75** is a true and correct copy of a notice of removal following a successful Takedown Notice dated May 13, 2020 bearing on its first page production number GOOG-SCHNDR-00040036.

77. Attached hereto as **Exhibit 76** is a true and correct copy of a notice of removal following a successful Takedown Notice dated June 5, 2020 bearing on its first page production number GOOG-SCHNDR-00040041.

78. Attached hereto as **Exhibit 77** is a true and correct copy of a notice of removal following a successful Takedown Notice dated March 14, 2020, bearing on its first page production number GOOG-SCHNDR-00040023.

79. Attached hereto as **Exhibit 78** is a true and correct copy of a YouTube webpage visited in February 13, 2023, showing that video at video ID bKJ7-GCuq10 containing AST'S *Pelagia and the Red Rooster* is "not available" "due to a legal complaint".

80. Attached hereto as **Exhibit 79** are true and correct copies of YouTube webpages visited on February 13, 2023, showing that the videos that contained Maria Schneider's works *A Potter's Song* (video ID: lMf9TEERK6I) , *Dance You Monster to My Soft Song* (video ID: nbp43Xm7H1U), *The Thompson Fields* (video ID: 38BhcPm0Kj4), and *Walking by Flashligh* (video ID: AMSGBeNFRk0) are "unavailable".

81. Attached hereto as **Exhibit 79** are true and correct copies of YouTube webpages visited on February 13, 2023, showing that the videos that contained Maria Schneider's works *Cerulean Skies* (video ID: GZii89KY_j4),  *A Potter's Song* (video ID: jxg8bkMVs80), *My Lament* (video ID: g1d73vwTWcc)*, Sky Blue* (video ID: vsTiByu-ArU), *Scenes from Childhood – Bombshelter Beast* (video ID: TCryn53_DKI), *Three Romances – Choro Dancado* (video ID: BBPiMzlGxRU), and *Wyrgly* (video ID: aOXIpwzAO9Q) are "unavailable".

82. Attached hereto as **Exhibit 81** is a true and correct copy of a document prepared for Plaintiffs' counsel by Angeion Group, dated February 3, 2023.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 13th day of February, 2023 at New York, New York.

*/s/ Jeffrey Waldron*
Jeffrey Waldron

**ATTESTATION**

My user ID and password are being used in the electronic filing of this document and, in compliance with N.D. Cal. Civil L.R. 5-1(h)(3), I hereby attest that concurrence in the filing of the document has been obtained from each of the other Signatories.

                                                  */s/ Philip Korologos*
                                                  Philip Korologos