UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING LTD., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>Defendants. | CASE NO.: 3:20-cv-04423-JD<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Judge: Hon. James Donato<br><br>DATE: March 30, 2023<br>TIME: 10:00 a.m. |

The Court, having considered Plaintiffs' Motion for Class Certification pursuant to Federal Rule of Civil Procedure 23, and having considered all papers filed in connection with this motion, hereby **GRANTS** Plaintiffs' Motion for Class Certification, and **ORDERS** as follows:

1. The Court certifies the following four classes:

**Registered Works Infringement Class**

All persons who own copyrights in one or more works: 1) registered with the United States Copyright Office; 2) contained or used in a video that was displayed on YouTube and then removed from YouTube due to a successful Takedown Notice; and 3) contained or used in a video that was displayed on YouTube subsequent to the first successful Takedown Notice and then removed from YouTube as a result of either a second successful Takedown Notice made on or after July 2, 2019, or an allegation of infringement made in a court of law on or after July 2, 2019.

**Foreign Unregistered Works Infringement Class**

All persons who own copyrights in one or more works: 1) first published outside the United States; 2) contained or used in a video that was displayed on YouTube and then removed from YouTube due to a successful Takedown Notice; and 3) contained or used in a video that was displayed on YouTube subsequent to the first successful Takedown Notice and then removed from YouTube as a result of either a second successful Takedown Notice made on or after July 2, 2019, or an allegation of infringement made in a court of law on or after July 2, 2019.

**International Standard Recording Code ("ISRC") Class**

All persons who own copyrights in one or more digital form sound recordings of musical works that: 1) has been assigned an International Standard Recording Code ("ISRC"); and 2) was a component of a video that was uploaded to YouTube that (a) did not include the assigned ISRC and (b) was removed from YouTube as a result of either a successful Takedown Notice made on or after July 2, 2019, or an allegation of infringement made in a court of law on or after July 2, 2019.

**Clip Filename ("CLFN") Class**

All persons who own copyrights in one or more works that: (1) had an associated Clip

Filename ("CLFN") field populated with copyright management information ("CMI") and (2) was contained in a video uploaded to YouTube (a) either without the associated CMI metadata or with the CMI metadata altered and (b) that was removed from YouTube as a result of either a successful Takedown Notice made on or after July 2, 2019, or an allegation of infringement made in a court of law on or after July 2, 2019.

Excluded from each of the classes are: (a) the Court, (b) Defendants and their subsidiaries (or controlled entities), affiliates, officers, directors, employees, and counsel; (c) the legal representatives, heirs, successors, and assigns of any excluded entity; and (d) Plaintiff's counsel.

     2.     The Court appoints the following class representatives for the four classes:

          a.  <u>Registered Works Infringement Class</u>: Maria Schneider and Uniglobe Entertainment, LLC ("Uniglobe").

          b.  <u>Foreign Unregistered Works Infringement Class</u>: Uniglobe and AST Publishing Ltd.

          c.  <u>ISRC Class</u>: Ms. Schneider.

          d.  <u>CLFN Class</u>: Ms. Schneider.

     3.     The Court appoints Boies Schiller Flexner LLP and Korein Tillery, LLC as Class Counsel.

     4.     The Court appoints Angeion Group to serve as claims administrator.

**IT IS SO ORDERED**.

Date: _____     _____
                                            THE HONORABLE JAMES DONATO
                                            United States District Judge