| | |
|---|---|
| George A. Zelcs (*pro hac vice*) | Joshua Irwin Schiller, CA Bar #330653 |
| gzelcs@koreintillery.com | jischiller@bsfllp.com |
| Randall P. Ewing, Jr. (*pro hac vice*) | **BOIES SCHILLER FLEXNER LLP** |
| rewing@koreintillery.com | 44 Montgomery St., 41st Floor |
| Ryan Z. Cortazar (*pro hac vice*) | San Francisco, CA 94104 |
| rcortazar@koreintillery.com | Telephone: (415) 293-6800 |
| **KOREIN TILLERY, LLC** | Facsimile: (415) 293-6899 |
| 205 North Michigan, Suite 1950 | |
| Chicago, IL 60601 | Philip C. Korologos (*pro hac vice*) |
| Telephone: (312) 641-9750 | pkorologos@bsfllp.com |
| Facsimile: (312) 641-9751 | Joanna Wright (*pro hac vice*) |
| | jwright@bsfllp.com |
| Stephen M. Tillery (*pro hac vice*) | Jeffrey Waldron (*pro hac vice*) |
| stillery@koreintillery.com | jwaldron@bsfllp.com |
| Steven M. Berezney, CA Bar #329923 | **BOIES SCHILLER FLEXNER LLP** |
| sberezney@koreintillery.com | 55 Hudson Yards, 20th Floor |
| Carol O'Keefe (*pro hac vice*) | New York, NY 10001 |
| cokeefe@koreintillery.com | Telephone: (212) 446-2300 |
| **KOREIN TILLERY, LLC** | Facsimile: (212) 446-2350 |
| 505 North 7th Street, Suite 3600 | |
| St. Louis, MO 63101 | |
| Telephone: (314) 241-4844 | |
| Facsimile: (314) 241-3525 | |

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING LTD., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>Defendants. | CASE NO.: 3:20-cv-04423-JD<br><br>**DECLARATION OF MAXIM LOZOVSKY IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Judge: Hon. James Donato<br><br>DATE: March 30, 2023<br>TIME: 10:00 a.m. |

Maxim Lozovsky declares:

1. I am the Deputy General Director of Digital Content at AST Publishing, Ltd. ("AST"). I make this declaration in support of Plaintiffs' Motion for Class Certification, to be filed on February 13, 2023. I have knowledge of the facts stated herein from my personal knowledge and, if called as a witness, I could and would competently testify thereto.

2. AST is the owner of numerous copyrighted works.

3. AST has had numerous works displayed without its authorization by YouTube users. It has filed numerous takedown notices regarding these works that have resulted in the removal of the video in question. It has subsequently found these same works posted to YouTube again.

4. AST is seeking to be appointed as a representative of the proposed Foreign Unregistered Works Infringement Class.

5. AST does not have any interests in this case that conflict with the class members it seeks to represent. It is seeking the relief provided under the Copyright Act and the Digital Millennium Copyright Act for itself and for all class members during the class period. I, as AST's Deputy General Director of Digital Content, have not been promised any personal financial benefit for including AST in this lawsuit. AST is serving as a class representative to further the interests of copyright owners and to remedy YouTube's flagrant flouting of the copyright laws. AST has acted and will continue to act in the interests of these class members and place their interests on par with its own.

6. I have been actively involved in the prosecution of the litigation and have worked closely with AST's attorneys throughout the course of these proceedings in order to represent the interests of the class members adequately. My participation has included regularly conferring with attorneys regarding the status of the case, reviewing and approving complaints and other pleadings, responding to written discovery, searching for and producing documents, and preparing and sitting for my deposition.

DECLARATION OF MAXIM LOZOVSKY
IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

7. The attorneys representing AST in this case from the law firms Korein Tillery, LLC and Boies Schiller Flexner LLP have done so in a professional and competent manner, and have kept me informed about the progress of this case throughout the litigation.

**[Signature Page Follows]**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 10 day of February, 2023.

_____
Maxim Lozovsky

Deputy General Director of Digital
Content of AST Publishing, Ltd.