| | |
|---|---|
| George A. Zelcs (*pro hac vice*) gzelcs@koreintillery.com | Joshua Irwin Schiller, CA Bar #330653 jischiller@bsfllp.com |
| Randall P. Ewing, Jr. (*pro hac vice*) rewing@koreintillery.com | **BOIES SCHILLER FLEXNER LLP** 44 Montgomery St., 41st Floor |
| Ryan Z. Cortazar (*pro hac vice*) rcortazar@koreintillery.com | San Francisco, CA 94104 Telephone: (415) 293-6800 |
| **KOREIN TILLERY, LLC** 205 North Michigan, Suite 1950 | Facsimile: (415) 293-6899 |
| Chicago, IL 60601 Telephone: (312) 641-9750 | Philip C. Korologos (*pro hac vice*) pkorologos@bsfllp.com |
| Facsimile: (312) 641-9751 | Joanna Wright (*pro hac vice*) jwright@bsfllp.com |
| Stephen M. Tillery (*pro hac vice*) stillery@koreintillery.com | Jeffrey Waldron (*pro hac vice*) jwaldron@bsfllp.com |
| Steven M. Berezney, CA Bar #329923 sberezney@koreintillery.com | **BOIES SCHILLER FLEXNER LLP** 55 Hudson Yards, 20th Floor |
| Carol O'Keefe (*pro hac vice*) cokeefe@koreintillery.com | New York, NY 10001 Telephone: (212) 446-2300 |
| **KOREIN TILLERY, LLC** 505 North 7th Street, Suite 3600 | Facsimile: (212) 446-2350 |
| St. Louis, MO 63101 Telephone: (314) 241-4844 Facsimile: (314) 241-3525 | |

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING LTD., individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> YOUTUBE, LLC and GOOGLE LLC, <br><br> Defendants. | CASE NO.: 3:20-cv-04423-JD <br><br> **DECLARATION OF MARIA SCHNEIDER IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** <br><br> Judge: Hon. James Donato <br><br> DATE: March 30, 2023 <br> TIME: 10:00 a.m. |

Maria Schneider declares:

1. I make this declaration in support of Plaintiffs' Motion for Class Certification, to be filed on February 13, 2023. I have knowledge of the facts stated herein from my personal knowledge and, if called as a witness, I could and would competently testify thereto.

2. I am the owner of numerous copyrighted works, including works registered with the U.S. Copyright Office.

3. I have had numerous works displayed without my authorization by YouTube users. I have filed numerous takedown notices regarding these works that have resulted in the removal of the video in question. I have subsequently found these same works posted to YouTube again.

4. Even though copyright management information ("CMI") is included on all my musical works when I release them, my works have appeared in videos posted to YouTube without that CMI.

5. I am seeking to be appointed as a representative of the proposed Registered Works Infringement Class as well as the two proposed CMI Classes.

6. I do not have any interests in this case that conflict with the class members I seek to represent. I am seeking the relief provided under the Copyright Act and the Digital Millennium Copyright Act for myself and for all class members during the class period. I have not been promised any personal financial benefit for participating in this lawsuit. I am serving as a class representative to further the interests of copyright owners and to remedy YouTube's flagrant flouting of the copyright laws. I have acted and will continue to act in the interests of these class members and place their interests on par with my own.

7. I have been actively involved in the prosecution of the litigation and have worked closely with my attorneys throughout the course of these proceedings in order to represent the interests of the class members adequately. My participation has included regularly conferring with attorneys regarding the status of the case, reviewing and approving complaints and other pleadings, responding to written discovery, searching for and producing documents, and preparing and sitting for my deposition.

8. The attorneys representing me in this case from the law firms Korein Tillery, LLC and Boies Schiller Flexner LLP have done so in a professional and competent manner, and have kept me informed about the progress of this case throughout the litigation.

**[Signature Page Follows]**

DECLARATION OF MARIA SCHNEIDER
IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

1  I declare under penalty of perjury under the laws of the United States of America that the
2  foregoing is true and correct. Executed this 12 day of February, 2023.

*/s/ Maria Schneider*
Maria Schneider