| | |
|---|---|
| George A. Zelcs (*pro hac vice*)<br> gzelcs@koreintillery.com<br>Randall P. Ewing, Jr. (*pro hac vice*)<br>rewing@koreintillery.com<br>Ryan Z. Cortazar (pro hac vice)<br>rcortazar@koreintillery.com<br>**KOREIN TILLERY, LLC**<br>205 North Michigan, Suite 1950<br>Chicago, IL  60601<br>Telephone: (312) 641-9750<br><br>Stephen M. Tillery (*pro hac vice*)<br>*stillery@koreintillery.com*<br>Steven M. Berezney, CA Bar #329923<br> sberezney@koreintillery.com<br>Carol O'Keefe (*pro hac vice*)<br>*cokeefe@koreintillery.com*<br>**KOREIN TILLERY, LLC**<br>505 North 7th Street, Suite 3600<br>St. Louis, MO  63101<br>Telephone: (314) 241-4844<br><br>*Attorneys for Plaintiffs* | Joshua Irwin Schiller, CA Bar #330653<br> *jischiller@bsfllp.com*<br>**BOIES SCHILLER FLEXNER LLP**<br>44 Montgomery Street<br>41st Floor<br>San Francisco, CA  94104<br>Telephone: (415) 293-6800<br><br>Philip C. Korologos (*pro hac vice*)<br>*pkorologos@bsfllp.com*<br>Joanna Wright (*pro hac vice*)<br> *jwright@bsfllp.com*<br>Jeffrey Waldron (*pro hac vice*)<br>*jwaldron@bsfllp.com*<br>**BOIES SCHILLER FLEXNER LLP**<br>55 Hudson Yards, 20th Floor<br>New York, NY 10001<br>Telephone: (212) 446-2300 |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING LTD., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>Defendants. | CASE NO.:  3:20-cv-04423-JD<br><br>**DECLARATION OF JEFFREY WALDRON IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>**[ADDITIONAL EXHIBITS]**<br><br>Judge:  Hon. James Donato<br><br>DATE:  March 30, 2023<br>TIME:   10:00 a.m. |