# EXHIBIT 49



## 3. Removal options

Removal timing for targeted videos

○ **Scheduled: Send a 7-day notice**
Once the request is validated, YouTube gives the uploader 7 days to remove the video and avoid a copyright strike. If they don't, the video is removed after 7 days.

● **Standard: Request removal now**
These removals can lead to a copyright strike. YouTube processes the video removal after validating the request.

Copies ⓘ

☑ **Prevent copies of these videos from appearing on YouTube going forward**
If your takedown request is valid, YouTube will make its best effort to prevent new uploads from appearing on the platform. Learn more

☑ I certify that I have worldwide exclusive rights to the content for which I'm requesting removal and understand that, by selecting this option, (1) my copyright owner name will be displayed in the removal notifications YouTube provides to any future re-uploaders of the allegedly infringing video(s), and (2) my primary email address may be shared with the re-uploaders upon request.

## 4. Legal agreements

☑ I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

☑ The information in this notification is accurate, and under penalty of perjury, I am the owner, or an agent authorized to act on behalf of the owner, of an exclusive right that is allegedly infringed.

☑ I understand that abuse of this tool, such as submitting removal requests for content I do not own, may result in termination of my YouTube account.

Signature (required)
**Maria Schneider**

ⓘ Make sure your signature contains your full legal name, which is usually your first and last name as stated on a government-issued ID. YouTube won't be able to process your request without this info.

**From:** YouTube Copyright  youtube-d sputes+0cqxzxtj1gw2k07@goog e.com 
**Subject:** YouTube Copyr ght Comp a nt Subm ss on
**Date:** January 9, 2023 at 5:28 AM
**To:** Mar aSchne derOrch@gma .com
**Cc:** mar aschne der@mac.com



Hi Maria Schneider,

We require a more detailed description of your copyrighted work. We won't be able to process your request until you have provided us with this information.

We encourage you to provide whatever specifics you feel will be most useful. Information such as the title of the work, the type of work, its author's name, the date of creation of the work, a copyright registration number (if the work is registered), and/or the specific timestamps at which your work appears in the video in question will greatly assist us in processing your request.

Thank you very much for your cooperation.

- The YouTube Team

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Maria Schneider
- Your Full Legal Name (Aliases, usernames or initials not accepted): Maria Schneider
- Your Title or Job Position (What is your authority to make this complaint?): composer
- Address:

    

- Username: ▆▆▆▆▆▆
- Email Address: ▆▆▆▆▆▆▆▆▆▆▆▆
- Secondary Email Address: ▆▆▆▆▆▆▆▆▆▆
- Phone: ▆▆▆▆▆▆

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=4MfGR9AUd78
- Describe the work allegedly infringed: My original song

    - Title of original song: Bird Count
    - Where does the content appear? Entire video


- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=6RQ7PesFy0k
- Describe the work allegedly infringed: My original song

- Title of original song: Green Piece
- Where does the content appear? Entire video

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=hVBbzKWVHeY
- Describe the work allegedly infringed: My original song

  - Title of original song: Gumba Blue
  - Where does the content appear? Entire video

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=pZsCfgHOCmA
- Describe the work allegedly infringed: My original song

  - Title of original song: Dance You Monster To My Soft Song
  - Where does the content appear? Entire video

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:

  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.

- Authorized Signature: Maria Schneider

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

**From:** mar aschne der@mac.com
**Subject:** Re: YouTube Copyr ght Comp a nt Subm ss on
**Date:** January 9, 2023 at 12:13 PM
**To:** YouTube Copyr ght youtube-d sputes+0cqxzxtj1gw2k07@goog e.com



To Whom It May Concern:

The titles and types of the works were provided below, as were the specific timestamps because I stated that the entirety of each video included my copyrighted works. I am the sole author of each of the compositions identified by title below and performed in the videos. "Bird Count" was created in 1985 with registration number PAu001628589. "Green Piece" was created in 1987 with registration number PAu001628590. "Gumba Blue" was created in 1984 with registration number PAu001275028. "Dance You Monster to My Soft Song" was created in 1991 with registration number PAu001628585.

Maria Schneider

On Jan 9, 2023, at 5:28 AM, YouTube Copyright <youtube-disputes+0cqxzxtj1gw2k07@google.com> wrote:



Hi Maria Schneider,

We require a more detailed description of your copyrighted work. We won't be able to process your request until you have provided us with this information.

We encourage you to provide whatever specifics you feel will be most useful. Information such as the title of the work, the type of work, its author's name, the date of creation of the work, a copyright registration number (if the work is registered), and/or the specific timestamps at which your work appears in the video in question will greatly assist us in processing your request.

Thank you very much for your cooperation.

- The YouTube Team

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Maria Schneider
- Your Full Legal Name (Aliases, usernames or initials not accepted): Maria Schneider
- Your Title or Job Position (What is your authority to make this complaint?): composer
- Address:

  - 

- Username: Maria Schneider
- Email Address
- Secondary Email Address
- Phone:

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=4MfGR9AUd78
- Describe the work allegedly infringed: My original song

  - Title of original song: Bird Count
  - Where does the content appear? Entire video


- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=6RQ7PesFy0k
- Describe the work allegedly infringed: My original song

  - Title of original song: Green Piece
  - Where does the content appear? Entire video


- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=hVBbzKWVHeY
- Describe the work allegedly infringed: My original song

  - Title of original song: Gumba Blue
  - Where does the content appear? Entire video


- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=pZsCfgHOCmA
- Describe the work allegedly infringed: My original song

  - Title of original song: Dance You Monster To My Soft Song
  - Where does the content appear? Entire video


- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:

  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.

- Authorized Signature: Maria Schneider

Help Center • Email Options

You received this email to provide information and updates around your YouTube

channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066