# EXHIBIT 51




GOOG-SCHNDR-00000161