# EXHIBIT 61

Schneider, et al. v. YouTube, et al.: Plaintiffs' February 25, 2022 List of Infringements

AST Publishing Ltd.

| | | |
|---|---|---|
| 1. | https://www.youtube.com/watch?v=F8JnyUM3rTA | My Children |
| 2. | https://www.youtube.com/watch?v=Dkk3im7Adug | Zuleikha Opens Her Eyes |
| 3. | https://www.youtube.com/watch?v=LCeJiHSPNtI | My Children |
| 4. | https://www.youtube.com/watch?v=o878yndaHqY | Zuleikha Opens Her Eyes |
| 5. | https://www.youtube.com/watch?v=EtpGEiQfZwU | Zuleikha Opens Her Eyes |
| 6. | https://www.youtube.com/watch?v=1_P6wB-l1S8 | Zuleikha Opens Her Eyes |
| 7. | https://www.youtube.com/watch?v=BLmihMyUFig | History of the Russian State |
| 8. | https://www.youtube.com/watch?v=CVTbPBUNNbY | Zuleikha Opens Her Eyes |
| 9. | https://www.youtube.com/watch?v=f2Ren3Rvm2k | Zuleikha Opens Her Eyes |
| 10. | https://www.youtube.com/watch?v=fICXqknsmLw | My Children |
| 11. | https://www.youtube.com/watch?v=FyQsS7DOPio | History of the Russian State |
| 12. | https://www.youtube.com/watch?v=G2ohmx4-fn8 | My Children |
| 13. | https://www.youtube.com/watch?v=j0Iz81gckOA | Zuleikha Opens Her Eyes |
| 14. | https://www.youtube.com/watch?v=JdJtCl43NIw | My Children |
| 15. | https://www.youtube.com/watch?v=nIWBd1aWkO8 | My Children |
| 16. | https://www.youtube.com/watch?v=pXOhkAvCz3w | My Children |
| 17. | https://www.youtube.com/watch?v=Qz1TS_N_D0E | My Children |
| 18. | https://www.youtube.com/watch?v=RRb2KSZoxp0 | My Children |
| 19. | https://www.youtube.com/watch?v=vjN5pmpBblg | My Children |
| 20. | https://www.youtube.com/watch?v=ZbIuMr3n8oM | Nutty Buddha |
| 21. | https://www.youtube.com/watch?v=2XJl1AP_vg8 | Pelagia and the Red Rooster |
| 22. | https://www.youtube.com/watch?v=7LFHLHjyt4w | Pelagia and the Red Rooster |
| 23. | https://www.youtube.com/watch?v=hjl3Wd_nslg | Spy Novel |
| 24. | https://www.youtube.com/watch?v=iOQzgWY8ye4 | The Life of Wonderful People and Animals: Short Stories About All Sorts of Different Things |
| 25. | https://www.youtube.com/watch?v=TMJcIsphe9U | Pelagia and the Red Rooster |
| 26. | https://www.youtube.com/watch?v=uC8HMU40sjg | Children's Book |

| | | |
|---|---|---|
| 27. | https://www.youtube.com/watch?v=x7Rb2H3Ow8w | Pelagia and the Red Rooster |
| 28. | https://www.youtube.com/watch?v=msJsIyYoqIc | Zuleikha Opens Her Eyes |
| 29. | https://www.youtube.com/watch?v=OeCBn65F0LM | Zuleikha Opens Her Eyes |
| 30. | https://www.youtube.com/watch?v=FubxlOZE59s | History of the Russian State |
| 31. | https://www.youtube.com/watch?v=LAE9A2mEgjQ | History of the Russian State |
| 32. | https://www.youtube.com/watch?v=NzJ1hnFbWV8 | History of the Russian State |
| 33. | https://www.youtube.com/watch?v=T-rm0HawLU4 | History of the Russian State |
| 34. | https://www.youtube.com/watch?v=eYz5lG2fwD8 | History of the Russian State |
| 35. | https://www.youtube.com/watch?v=0s2YAGC9QfE | History of the Russian State |
| 36. | https://www.youtube.com/watch?v=6sXPe9H9B6Q | History of the Russian State |
| 37. | https://www.youtube.com/watch?v=o-2VuEzq3mE | History of the Russian State |
| 38. | https://www.youtube.com/watch?v=5GhwQLkWeEk | Nutty Buddha |
| 39. | https://www.youtube.com/watch?v=B-ofBbFd1dA | Nutty Buddha |
| 40. | https://www.youtube.com/watch?v=_dLfMtSQaOA | Nutty Buddha |
| 41. | https://www.youtube.com/watch?v=7niKMT8Ebzo | Nutty Buddha |
| 42. | https://www.youtube.com/watch?v=PVR_Vh183YQ | Nutty Buddha |
| 43. | https://www.youtube.com/watch?v=31RE4aCalqk | #Selfmama. Life Hacks For a Working Mom |
| 44. | https://www.youtube.com/watch?v=NVrwV0lv-Ao | #Selfmama. Life Hacks For a Working Mom |
| 45. | https://www.youtube.com/watch?v=dVJBnoMsaFU | #Selfmama. Life Hacks For a Working Mom |
| 46. | https://www.youtube.com/watch?v=Rsy_Nt_RIA4 | #Selfmama. Life Hacks For a Working Mom |
| 47. | https://www.youtube.com/watch?v=ij-Sig0gLvM | #Selfmama. Life Hacks For a Working Mom |
| 48. | https://www.zqyoutube.com/watch?v=zqUY-1EPoHQ | #Selfmama. Life Hacks For a Working Mom |
| 49. | https://www.youtube.com/watch?v=IskMLDPaSW8 | Nutty Buddha |
| 50. | https://www.youtube.com/watch?v=1msrqAnySo0 | Nutty Buddha |
| 51. | https://www.youtube.com/watch?v=LoE42FIyj_k | Nutty Buddha |
| 52. | https://www.youtube.com/watch?v=b64kzcWDyMQ | Nutty Buddha |
| 53. | https://www.XADyoutube.com/watch?v=XADInsjCzoA | Nutty Buddha |
| 54. | https://www.youtube.com/watch?v=XZi7xGavCQM | Nutty Buddha |

| | | |
|---|---|---|
| 55. | https://www.youtube.com/watch?v=2p0XwoMhD8w | Nutty Buddha |
| 56. | https://www.youtube.com/watch?v=qTY7kZ8IJr8 | Nutty Buddha |
| 57. | https://www.youtube.com/watch?v=33XpsthqLh4 | Zuleikha Opens Her Eyes |
| 58. | https://www.youtube.com/watch?v=35smRhWalRw | Zuleikha Opens Her Eyes |
| 59. | https://www.youtube.com/watch?v=6IobmEWKguY | Zuleikha Opens Her Eyes |
| 60. | https://www.youtube.com/watch?v=d8Kz7XgcnCE | Zuleikha Opens Her Eyes |
| 61. | https://www.youtube.com/watch?v=gkYeLPuyGDo | Zuleikha Opens Her Eyes |
| 62. | https://www.youtube.com/watch?v=GoKF13r7qmE | Zuleikha Opens Her Eyes |
| 63. | https://www.youtube.com/watch?v=kao2UyhpoFM | Zuleikha Opens Her Eyes |
| 64. | https://www.youtube.com/watch?v=KdJKA9fgypo | Zuleikha Opens Her Eyes |
| 65. | https://www.youtube.com/watch?v=KU6DnOzl-Wg | Zuleikha Opens Her Eyes |
| 66. | https://www.youtube.com/watch?v=KWxEjYfxoAM | Zuleikha Opens Her Eyes |
| 67. | https://www.youtube.com/watch?v=mFLyGEC-ngs | Zuleikha Opens Her Eyes |
| 68. | https://www.youtube.com/watch?v=pq_Hqvo4Axo | Zuleikha Opens Her Eyes |
| 69. | https://www.youtube.com/watch?v=rC601GLgrz8 | Zuleikha Opens Her Eyes |
| 70. | https://www.youtube.com/watch?v=SJMcZCMqVHk | Zuleikha Opens Her Eyes |
| 71. | https://www.youtube.com/watch?v=TqEjXl073e8 | Zuleikha Opens Her Eyes |
| 72. | https://www.youtube.com/watch?v=tvLepq93Ark | Zuleikha Opens Her Eyes |
| 73. | https://www.youtube.com/watch?v=Wm69143Kbks | Zuleikha Opens Her Eyes |
| 74. | https://www.youtube.com/watch?v=XXH7Q8WC5mI | Zuleikha Opens Her Eyes |
| 75. | https://www.youtube.com/watch?v=sIAqpHuMGC8 | History of the Russian State |
| 76. | https://www.youtube.com/watch?v=bL28DPwwRMw | History of the Russian State |
| 77. | https://www.youtube.com/watch?v=UyqFMGjejp8 | History of the Russian State |
| 78. | https://www.youtube.com/watch?v=xnq-0HWxOGg | History of the Russian State |
| 79. | https://www.youtube.com/watch?v=gDKB4WxsZRA | History of the Russian State |
| 80. | https://www.youtube.com/watch?v=vd5i2vGhnT8 | History of the Russian State |
| 81. | https://www.youtube.com/watch?v=DQMpI47Ghaw | History of the Russian State |
| 82. | https://www.youtube.com/watch?v=Nb4vt4vL8f0 | History of the Russian State |
| 83. | https://www.youtube.com/watch?v=E1kvzMGZkIw | History of the Russian State |
| 84. | https://www.youtube.com/watch?v=d5nyF8yIAsk | Children's Book |
| 85. | https://www.youtube.com/watch?v=Ds4NAqcB1cY | Children's Book |
| 86. | https://www.youtube.com/watch?v=_ZX78_3Ye44 | Children's Book |

| | | |
|---|---|---|
| 87. | https://www.youtube.com/watch?v=TaCVz7wGwQY | History of the Russian State |
| 88. | https://www.youtube.com/watch?v=M1tNkX-4HMM | History of the Russian State |
| 89. | https://www.youtube.com/watch?v=QUB6h8S8GTw | My Children |
| 90. | https://www.youtube.com/watch?v=cbONp7eg1s0 | My Children |
| 91. | https://www.youtube.com/watch?v=t8ViX9BHntI | Nutty Buddha |
| 92. | https://www.youtube.com/watch?v=T4QgipiiMac | Nutty Buddha |
| 93. | https://www.youtube.com/watch?v=6CLQ5jNxask | Pelagia and the Red Rooster |
| 94. | https://www.youtube.com/watch?v=bKJ7-GCuq10 | Pelagia and the Red Rooster |
| 95. | https://www.youtube.com/watch?v=XCdu4m6rS0Y | Zuleikha Opens Her Eyes |
| 96. | https://www.youtube.com/watch?v=IbmXmZcMJa4 | Zuleikha Opens Her Eyes |
| 97. | https://www.youtube.com/watch?v=sXtnmw6N7AI | Zuleikha Opens Her Eyes |
| 98. | https://www.youtube.com/watch?v=nuTEfCbTamk | Zuleikha Opens Her Eyes |
| 99. | https://www.youtube.com/watch?v=L8TbuZZAEs4 | Zuleikha Opens Her Eyes |
| 100. | https://www.youtube.com/watch?v=KKkVxct5Vv0 | Zuleikha Opens Her Eyes |
| 101. | https://www.youtube.com/watch?v=Au7rAzGko-4 | Zuleikha Opens Her Eyes |
| 102. | https://www.youtube.com/watch?v=Q10PDhVM3FE | Zuleikha Opens Her Eyes |
| 103. | https://www.youtube.com/watch?v=IAiGZTrbFO8 | Zuleikha Opens Her Eyes |
| 104. | https://www.youtube.com/watch?v=TmKHoVN2Uqo | Zuleikha Opens Her Eyes |
| 105. | https://www.youtube.com/watch?v=YvJA7Vehyok | Zuleikha Opens Her Eyes |
| 106. | https://www.youtube.com/watch?v=o4fiwAVZyYk | Zuleikha Opens Her Eyes |
| 107. | https://www.youtube.com/watch?v=dX5V3juiUek | History of the Russian State |
| 108. | https://www.youtube.com/watch?v=L-CW28GJLcU | History of the Russian State |

Maria Schneider

| 1. | https://www.youtube.com/watch?v=jxg8bkMVs80 | A Potter's Song |
|---|---|---|
| 2. | https://www.youtube.com/watch?v=lMf9TEERK6I | A Potter's Song |
| 3. | https://www.youtube.com/watch?v=FSG_OyJFtMU | Alchemy |
| 4. | https://www.youtube.com/watch?v=0GijvVT8E44 | Allegresse, Scenes from Childhood – Bombshelter Beast, Scenes from Childhood - Coming About, Scenes from Childhood - Night Watchman, Sky Blue, Three Romances - Danca Ilusoria |
| 5. | https://www.youtube.com/watch?v=nQeQ85rtV9M | Allegresse |
| 6. | https://www.youtube.com/watch?v=UHXxuBs0WaA | Allegresse |
| 7. | https://www.youtube.com/watch?v=uj4a4Ux8zu4 | Allegresse |
| 8. | https://www.youtube.com/watch?v=wVD3i_Mz50Q | Allegresse |
| 9. | https://www.-youtube.com/watch?v=-5a3Y8OWrqo | Anthem |
| 10. | https://www.youtube.com/watch?v=cH3X7gQ5zWs | Anthem |
| 11. | https://www.-youtube.com/watch?v=sR-58-9Oxwg | Arbiters of Evolution |
| 12. | https://www.youtube.com/watch?v=CjoYXMyCt8U | Baytrail Shuffle |
| 13. | https://www.-youtube.com/watch?v=-4yl6Ov8_F0 | Bird Count |
| 14. | https://www.youtube.com/watch?v=fODO9S9lglQ | Bird Count |
| 15. | https://www.youtube.com/watch?v=IKWevLYtAyk | Bird Count |
| 16. | https://www.youtube.com/watch?v=iSqAT5APmp4 | Bird Count |
| 17. | https://www.youtube.com/watch?v=IxFH6IVEvNQ | Bird Count |
| 18. | https://www.youtube.com/watch?v=JWDKANMITSs | Bird Count |
| 19. | https://www.youtube.com/watch?v=M7siWzTxA14 | Bird Count |
| 20. | https://www.youtube.com/watch?v=n7CnP_OvIMc | Bird Count |
| 21. | https://www.youtube.com/watch?v=q9IfSdwK370 | Bird Count |
| 22. | https://www.youtube.com/watch?v=RL5621vqvFo | Bird Count |
| 23. | https://www.youtube.com/watch?v=UMoWHeT4HMw | Bird Count |
| 24. | https://www.youtube.com/watch?v=VzfiwjiOYUw | Bird Count |
| 25. | https://www.youtube.com/watch?v=yLdk7XCx_70 | Bird Count |
| 26. | https://www.youtube.com/watch?v=YPqHpp5wxeQ | Bird Count |
| 27. | https://www.youtube.com/watch?v=_BDD2aBzsk8 | Buleria, Solea y Rumba |

| 28. | https://www.youtube.com/watch?v=iRGzg-ojYYg | Buleria, Solea y Rumba |
|---|---|---|
| 29. | https://www.youtube.com/watch?v=SAHrFipBeIk | Buleria, Solea y Rumba |
| 30. | https://www.youtube.com/watch?v=e9PupT0kZdM | Cerulean Skies |
| 31. | https://www.youtube.com/watch?v=GZii89KY_j4 | Cerulean Skies |
| 32. | https://www.youtube.com/watch?v=KCT92cxPINM | Cerulean Skies |
| 33. | https://www.youtube.com/watch?v=pkXY3453QwQ | Cerulean Skies |
| 34. | https://www.youtube.com/watch?v=WY-sorw_Vjo | Cerulean Skies |
| 35. | https://www.youtube.com/watch?v=9yb0F850Hpc | City Sunrise |
| 36. | https://www.youtube.com/watch?v=YA_SZ1aduWc | City Sunrise |
| 37. | https://www.youtube.com/watch?v=zIcCXKKqP74 | City Sunrise |
| 38. | https://www.youtube.com/watch?v=0UgcuTp_6jI | Coot Stew |
| 39. | https://www.youtube.com/watch?v=8zev6y1HAmI | Coot Stew |
| 40. | https://www.youtube.com/watch?v=jwzEtZ-sAi8 | Coot Stew |
| 41. | https://www.youtube.com/watch?v=YlCWsv4aLUw | Coot Stew |
| 42. | https://www.youtube.com/watch?v=_SGfAHecnD8 | Dance, You Monster, To My Soft Song |
| 43. | https://www.youtube.com/watch?v=030Lk1mx6Bg | Dance, You Monster, To My Soft Song |
| 44. | https://www.youtube.com/watch?v=3c8w1uHS16s | Dance, You Monster, To My Soft Song |
| 45. | https://www.youtube.com/watch?v=5frCejRhNgU | Dance, You Monster, To My Soft Song |
| 46. | https://www.youtube.com/watch?v=79fq5NLGIJU | Dance, You Monster, To My Soft Song |
| 47. | https://www.youtube.com/watch?v=8fMy9xHsTIA | Dance, You Monster, To My Soft Song |
| 48. | https://www.youtube.com/watch?v=8SZA1uXQkIg | Dance, You Monster, To My Soft Song |
| 49. | https://www.youtube.com/watch?v=aMrTrzB6g9o | Dance, You Monster, To My Soft Song |
| 50. | https://www.youtube.com/watch?v=aWfIyLG-o2c | Dance, You Monster, To My Soft Song |
| 51. | https://www.youtube.com/watch?v=CsFd-3Ug-70 | Dance, You Monster, To My Soft Song |
| 52. | https://www.youtube.com/watch?v=dTBSLAorDR4 | Dance, You Monster, To My Soft Song |
| 53. | https://www.youtube.com/watch?v=gvGoetSAdvM | Dance, You Monster, To My Soft Song |
| 54. | https://www.youtube.com/watch?v=h8MSExWnPKE | Dance, You Monster, To My Soft Song |
| 55. | https://www.youtube.com/watch?v=IHn5If05-0s | Dance, You Monster, To My Soft Song |
| 56. | https://www.youtube.com/watch?v=iLUjozjowyA | Dance, You Monster, To My Soft Song |
| 57. | https://www.youtube.com/watch?v=IJBj95Yj5MM | Dance, You Monster, To My Soft Song |
| 58. | https://www.youtube.com/watch?v=nbp43Xm7H1U | Dance, You Monster, To My Soft Song |
| 59. | https://www.youtube.com/watch?v=ORzMQkYho-o | Dance, You Monster, To My Soft Song |

| 60. | https://www.youtube.com/watch?v=S1Kj4AZAamw | Dance, You Monster, To My Soft Song |
| 61. | https://www.youtube.com/watch?v=TLM5LJH6og0 | Dance, You Monster, To My Soft Song |
| 62. | https://www.youtube.com/watch?v=v8ewhUYPnTM | Dance, You Monster, To My Soft Song |
| 63. | https://www.youtube.com/watch?v=WkPfTjucN9Q | Dance, You Monster, To My Soft Song |
| 64. | https://www.youtube.com/watch?v=aqmDcOAUbfM | El Viento |
| 65. | https://www.youtube.com/watch?v=6H1EI2ivOQY | Evanescence, Hang Gliding, Journey Home, Three Romances - Choro Dancado |
| 66. | https://www.youtube.com/watch?v=mYC8eqZl4pY | Evanescence |
| 67. | https://www.youtube.com/watch?v=NIrGXnXPNH0 | Evanescence |
| 68. | https://www.youtube.com/watch?v=s34Oj_za7ZU | Evanescence |
| 69. | https://www.youtube.com/watch?v=YkF5s-AtQf0 | Evanescence |
| 70. | https://www.youtube.com/watch?v=7H1Yddt2gbU | Green Piece |
| 71. | https://www.youtube.com/watch?v=AjmbD0f7YLU | Green Piece |
| 72. | https://www.youtube.com/watch?v=GmCPHZiqZ_4 | Green Piece |
| 73. | https://www.youtube.com/watch?v=gv_kLThZUOc | Green Piece |
| 74. | https://www.youtube.com/watch?v=i8KHucjr4K0 | Green Piece |
| 75. | https://www.youtube.com/watch?v=mUdwiI1Z9Lc | Green Piece |
| 76. | https://www.youtube.com/watch?v=o51Yk6n6aIw | Green Piece |
| 77. | https://www.youtube.com/watch?v=pJToOM-kkH0 | Green Piece |
| 78. | https://www.youtube.com/watch?v=sECNlywWBSg | Green Piece, Last Season |
| 79. | https://www.youtube.com/watch?v=Y-fZtwJHG-4 | Green Piece |
| 80. | https://www.youtube.com/watch?v=yWBRIu0mxPk | Green Piece |
| 81. | https://www.youtube.com/watch?v=_ayLOO4wZuM | Gumba Blue |
| 82. | https://www.youtube.com/watch?v=0MlnqV-_phA | Gumba Blue |
| 83. | https://www.youtube.com/watch?v=4icLu3ocQGs | Gumba Blue |
| 84. | https://www.youtube.com/watch?v=5J9WIsiePXs | Gumba Blue |
| 85. | https://www.youtube.com/watch?v=bj34mMJKXNE | Gumba Blue |
| 86. | https://www.youtube.com/watch?v=fpmbjtKJO_o | Gumba Blue |
| 87. | https://www.youtube.com/watch?v=h53bJkTiEAk | Gumba Blue |
| 88. | https://www.youtube.com/watch?v=hObvnnYGdPE | Gumba Blue |
| 89. | https://www.youtube.com/watch?v=VEHnMxYIU4Y | Gumba Blue |
| 90. | https://www.youtube.com/watch?v=YB72IE_6Hvs | Gumba Blue |

| 91. | https://www.youtube.com/watch?v=i8qDiJpnYLk | Gush |
|---|---|---|
| 92. | https://www.youtube.com/watch?v=rj6eOPIb_tE | Gush |
| 93. | https://www.youtube.com/watch?v=1HOXysb3Qis | Hang Gliding |
| 94. | https://www.youtube.com/watch?v=2jKJNdGJpOA | Hang Gliding |
| 95. | https://www.youtube.com/watch?v=7ZWuOSwb-mg | Hang Gliding |
| 96. | https://www.youtube.com/watch?v=8PSMTRdQMg4 | Hang Gliding |
| 97. | https://www.youtube.com/watch?v=aMwhevPdpoM | Hang Gliding |
| 98. | https://www.youtube.com/watch?v=BRv4M84WFCo | Hang Gliding |
| 99. | https://www.youtube.com/watch?v=d38FWexVIHk | Hang Gliding |
| 100. | https://www.youtube.com/watch?v=dhxeIKZqskg | Hang Gliding |
| 101. | https://www.youtube.com/watch?v=dxv5uH1i1A4 | Hang Gliding |
| 102. | https://www.youtube.com/watch?v=FjV1k4f4UzM | Hang Gliding |
| 103. | https://www.youtube.com/watch?v=HrJjJukZoRU | Hang Gliding |
| 104. | https://www.youtube.com/watch?v=idul_77k25Y | Hang Gliding |
| 105. | https://www.youtube.com/watch?v=JNbjrkRcWfU | Hang Gliding |
| 106. | https://www.youtube.com/watch?v=N9S7OLW0Tzw | Hang Gliding |
| 107. | https://www.youtube.com/watch?v=-NiutCd87HU | Hang Gliding |
| 108. | https://www.youtube.com/watch?v=njbsZ2sevIs | Hang Gliding |
| 109. | https://www.youtube.com/watch?v=NoKFS5MwUZQ | Hang Gliding |
| 110. | https://www.youtube.com/watch?v=qNtRvI8aeas | Hang Gliding |
| 111. | https://www.youtube.com/watch?v=t8paG3E0dsU | Hang Gliding |
| 112. | https://www.youtube.com/watch?v=TIUAdc1ksYM | Hang Gliding |
| 113. | https://www.youtube.com/watch?v=U_WTMCz-ejM | Hang Gliding |
| 114. | https://www.youtube.com/watch?v=VcmuaXJfBuM | Hang Gliding |
| 115. | https://www.youtube.com/watch?v=XiPyoyGEclY | Hang Gliding |
| 116. | https://www.youtube.com/watch?v=ZXlaXbI0Egg | Hang Gliding |
| 117. | https://www.youtube.com/watch?v=iADcRHk9kr8 | Home |
| 118. | https://www.youtube.com/watch?v=U4O0cGrTGy0 | Home |
| 119. | https://www.youtube.com/watch?v=UDbfm95WcUk | In a Pinch |
| 120. | https://www.youtube.com/watch?v=CiHIu-6hyXc | Journey Home |
| 121. | https://www.youtube.com/watch?v=J84Rqbebgv8 | Journey Home |
| 122. | https://www.youtube.com/watch?v=JWMQo8Qx8a8 | Journey Home |

| 123. | https://www.youtube.com/watch?v=lPkpTRqJRVQ | Journey Home |
|------|----------------------------------------------|--------------|
| 124. | https://www.youtube.com/watch?v=NaM-9uAmxlY | Journey Home |
| 125. | https://www.youtube.com/watch?v=7re5xbgoDgU | Last Season |
| 126. | https://www.youtube.com/watch?v=9k3f38sWzUI | Last Season |
| 127. | https://www.youtube.com/watch?v=iaVlsqSPF-o | Last Season |
| 128. | https://www.youtube.com/watch?v=Kxf9FCn0jUU | Last Season |
| 129. | https://www.youtube.com/watch?v=N9gyv6Wr-ls | Last Season |
| 130. | https://www.youtube.com/watch?v=QfhzwrFrZ5M | Last Season |
| 131. | https://www.youtube.com/watch?v=SVqj0QJqSFA | Last Season |
| 132. | https://www.youtube.com/watch?v=uapafgmFBvg | Last Season |
| 133. | https://www.CeZE2e1_qHg | Lately |
| 134. | https://www.2VgVIqCVVgQ | My Lament |
| 135. | https://www.f_8PFUposOU | My Lament |
| 136. | https://www.youtube.com/watch?v=FYT6NSZRz0Q | My Lament |
| 137. | https://www.youtube.com/watch?v=g1d73vwTWcc | My Lament |
| 138. | https://www.youtube.com/watch?v=GV_AyY72oPs | My Lament |
| 139. | https://www.youtube.com/watch?v=iUi0gxQL1C0 | My Lament |
| 140. | https://www.youtube.com/watch?v=k09S8ZdeuCg | My Lament |
| 141. | https://www.youtube.com/watch?v=MfPoPwyfnd4 | My Lament |
| 142. | https://www.youtube.com/watch?v=qulI3eEjrgo | My Lament |
| 143. | https://www.youtube.com/watch?v=s486ogPgw8w | My Lament |
| 144. | https://www.youtube.com/watch?v=TDLniVjIdJ8 | My Lament |
| 145. | https://www.youtube.com/watch?v=WGOgXhqUOv0 | Prairie Dance |
| 146. | https://www.youtube.com/watch?v=0h32JZX-6mM | Rich's Piece |
| 147. | https://www.youtube.com/watch?v=zXs2is9L_vU | Rich's Piece |
| 148. | https://www.youtube.com/watch?v=33vXhTXfNEs | Scenes from Childhood - Bombshelter Beast |
| 149. | https://www.youtube.com/watch?v=AFKVhjfB1B0 | Scenes from Childhood - Bombshelter Beast |
| 150. | https://www.youtube.com/watch?v=TCryn53_DKI | Scenes from Childhood - Bombshelter Beast |
| 151. | https://www.youtube.com/watch?v=gxabL31wWCw | Scenes from Childhood - Coming About |
| 152. | https://www.youtube.com/watch?v=J5PoSikRfS0 | Scenes from Childhood - Coming About |
| 153. | https://www.youtube.com/watch?v=XrKR5T8MPQQ | Scenes from Childhood - Coming About |
| 154. | https://www.youtube.com/watch?v=ZfNjWC-J9dQ | Scenes from Childhood - Coming About |

| | | |
|---|---|---|
| 155. | https://www.youtube.com/watch?v=DtGzhsHyXj8 | Scenes from Childhood – Night Watchman |
| 156. | https://www.youtube.com/watch?v=jUmxA2x8V_E | Scenes from Childhood - Night Watchman |
| 157. | https://www.youtube.com/watch?v=IbZxZlahStA | Scenes from Childhood - Night Watchman |
| 158. | https://www.youtube.com/watch?v=jhb_lJ3Spu4 | Sea of Tranquility |
| 159. | https://www.youtube.com/watch?v=3Ys_hXvxiuE | Sky Blue |
| 160. | https://www.youtube.com/watch?v=6_meisQfQRM | Sky Blue |
| 161. | https://www.youtube.com/watch?v=F_pBEtaI1c0 | Sky Blue |
| 162. | https://www.youtube.com/watch?v=FDeEkNhUpjo | Sky Blue |
| 163. | https://www.youtube.com/watch?v=KvWMDjp9Ybo | Sky Blue |
| 164. | https://www.youtube.com/watch?v=vsTiByu-ArU | Sky Blue |
| 165. | https://www.youtube.com/watch?v=XDF3BwZYu-4 | Sky Blue |
| 166. | https://www.youtube.com/watch?v=xwpz4wAnEwo | Sky Blue |
| 167. | https://www.youtube.com/watch?v=z0J0PKKBWGI | Sky Blue |
| 168. | https://www.youtube.com/watch?v=2_6R2_ym0lU | Smooth Talk |
| 169. | https://www.youtube.com/watch?v=2qhVGVAEkRk | Smooth Talk |
| 170. | https://www.youtube.com/watch?v=iBLAvt3l8ho | Smooth Talk |
| 171. | https://www.youtube.com/watch?v=mCcVbuqBK1Q | Smooth Talk |
| 172. | https://www.youtube.com/watch?v=quTyHp4xIvc | Smooth Talk |
| 173. | https://www.youtube.com/watch?v=t2-frNBx_zE | Smooth Talk |
| 174. | https://www.youtube.com/watch?v=t3acqkK1GBI | Smooth Talk |
| 175. | https://www.youtube.com/watch?v=TriQvMz-O8A | Smooth Talk |
| 176. | https://www.youtube.com/watch?v=XiMEiJihyFg | Some Circles |
| 177. | https://www.youtube.com/watch?v=_2oua7NKfGg | Sue (or In a Season of Crime) |
| 178. | https://www.youtube.com/watch?v=1VdoNmXLkAI | Sue (or In a Season of Crime) |
| 179. | https://www.youtube.com/watch?v=25Et0RP6gRo | Sue (or In a Season of Crime) |
| 180. | https://www.youtube.com/watch?v=2v9x2XfOgaM | Sue (or In a Season of Crime) |
| 181. | https://www.youtube.com/watch?v=4HrLqsZsP58 | Sue (or In a Season of Crime) |
| 182. | https://www.youtube.com/watch?v=4twPe-UVCHc | Sue (or In a Season of Crime) |
| 183. | https://www.youtube.com/watch?v=5fodh5Ta_28 | Sue (or In a Season of Crime) |
| 184. | https://www.youtube.com/watch?v=67_ah73gu5w | Sue (or In a Season of Crime) |
| 185. | https://www.youtube.com/watch?v=6uqz9NsI3xs | Sue (or In a Season of Crime) |
| 186. | https://www.youtube.com/watch?v=AP5SsoIyX9c | Sue (or In a Season of Crime) |

| 187. | https://www.youtube.com/watch?v=B6j678cirAY | Sue (or In a Season of Crime) |
|---|---|---|
| 188. | https://www.youtube.com/watch?v=Cb0GNvj5nyc | Sue (or In a Season of Crime) |
| 189. | https://www.youtube.com/watch?v=clSctWSdJas | Sue (or In a Season of Crime) |
| 190. | https://www.youtube.com/watch?v=D86p4q--QeI | Sue (or In a Season of Crime) |
| 191. | https://www.youtube.com/watch?v=fxirdWpMThw | Sue (or In a Season of Crime) |
| 192. | https://www.youtube.com/watch?v=GLASVeg6pIc | Sue (or In a Season of Crime) |
| 193. | https://www.youtube.com/watch?v=HnLmJyk7Bx4 | Sue (or In a Season of Crime) |
| 194. | https://www.youtube.com/watch?v=hRTnFPqlHuk | Sue (or In a Season of Crime) |
| 195. | https://www.youtube.com/watch?v=IMa7Gr4Ld0o | Sue (or In a Season of Crime) |
| 196. | https://www.youtube.com/watch?v=jD-vgLXihXE | Sue (or In a Season of Crime) |
| 197. | https://www.youtube.com/watch?v=nUu_09qw1qc | Sue (or In a Season of Crime) |
| 198. | https://www.youtube.com/watch?v=p-AnkfK7RWw | Sue (or In a Season of Crime) |
| 199. | https://www.youtube.com/watch?v=qju2iRvyZXQ | Sue (or In a Season of Crime) |
| 200. | https://www.youtube.com/watch?v=SaygoLgAe4Y | Sue (or In a Season of Crime) |
| 201. | https://www.youtube.com/watch?v=uia54xZZSJY | Sue (or In a Season of Crime) |
| 202. | https://www.youtube.com/watch?v=VZxUYgbFzpA | Sue (or In a Season of Crime) |
| 203. | https://www.youtube.com/watch?v=woro0S6ROBw | Sue (or In a Season of Crime) |
| 204. | https://www.youtube.com/watch?v=y5kqSWyhsfw | Sue (or In a Season of Crime) |
| 205. | https://www.youtube.com/watch?v=QeuWiDIDEC8 | Swing Street |
| 206. | https://www.youtube.com/watch?v=pptZGOshusY | The Grail |
| 207. | https://www.youtube.com/watch?v=N_6g6aR9JiQ | The Monarch and the Milkweed |
| 208. | https://www.youtube.com/watch?v=2GcpEgKR7pk | The Pretty Road |
| 209. | https://www.youtube.com/watch?v=38cSEMHyIWM | The Pretty Road |
| 210. | https://www.youtube.com/watch?v=4Buslj1AsNg | The Pretty Road |
| 211. | https://www.youtube.com/watch?v=55-Mnur8hcQ | The Pretty Road |
| 212. | https://www.youtube.com/watch?v=9tKujw5RmIo | The Pretty Road |
| 213. | https://www.youtube.com/watch?v=i5KJqXZzTuQ | The Pretty Road |
| 214. | https://www.youtube.com/watch?v=o7is3iGyF8Q | The Pretty Road |
| 215. | https://www.youtube.com/watch?v=tDqHVuO7r_U | The Pretty Road |
| 216. | https://www.youtube.com/watch?v=unu5RGsToeI | The Pretty Road |
| 217. | https://www.youtube.com/watch?v=WTTY5d9yi3U | The Pretty Road |
| 218. | https://www.youtube.com/watch?v=XZnXIqso7fU | The Pretty Road |

| 219. | https://www.youtube.com/watch?v=zPuwf3rGuVM | The Pretty Road |
| 220. | https://www.youtube.com/watch?v=38BhcPm0Kj4 | The Thompson Fields |
| 221. | https://www.youtube.com/watch?v=O77kEGL_5Ag | The Thompson Fields |
| 222. | https://www.youtube.com/watch?v=rG3Jvg0T-6I | The Thompson Fields |
| 223. | https://www.youtube.com/watch?v=TjOJhSziHYU | The Thompson Fields |
| 224. | https://www.youtube.com/watch?v=WLePiLr63do | The Thompson Fields |
| 225. | https://www.youtube.com/watch?v=4jQEbX0PJ0E | Three Romances - Choro Dancado |
| 226. | https://www.youtube.com/watch?v=4tzCZ5jHMtA | Three Romances - Choro Dancado |
| 227. | https://www.youtube.com/watch?v=5z3qs6qNAg4 | Three Romances - Choro Dancado |
| 228. | https://www.youtube.com/watch?v=BBPiMzlGxRU | Three Romances - Choro Dancado |
| 229. | https://www.bwyoutube.com/watch?v=bWzNqEHLww8 | Three Romances - Choro Dancado |
| 230. | https://www.youtube.com/watch?v=gOi2s3gX584 | Three Romances - Choro Dancado |
| 231. | https://www.youtube.com/watch?v=Hxe1Km0vo5g | Three Romances - Choro Dancado |
| 232. | https://www.youtube.com/watch?v=IGDGYxTfEMk | Three Romances - Choro Dancado |
| 233. | https://www.youtube.com/watch?v=K37Ek9WJPGY | Three Romances - Choro Dancado |
| 234. | https://www.youtube.com/watch?v=npB1ayZJbHg | Three Romances - Choro Dancado |
| 235. | https://www.youtube.com/watch?v=o_LKmI01p3Y | Three Romances - Choro Dancado |
| 236. | https://www.youtube.com/watch?v=OjovWaymKk0 | Three Romances - Choro Dancado |
| 237. | https://www.youtube.com/watch?v=OQbUmCasz2s | Three Romances - Choro Dancado |
| 238. | https://www.youtube.com/watch?v=psVsKCONJSA | Three Romances - Choro Dancado |
| 239. | https://www.youtube.com/watch?v=uFP3TMiRi58 | Three Romances - Choro Dancado |
| 240. | https://www.youtube.com/watch?v=U-ifGyDrtuE | Three Romances - Choro Dancado |
| 241. | https://www.youtube.com/watch?v=yiu1NcalCMs | Three Romances - Choro Dancado |
| 242. | https://www.youtube.com/watch?v=ZffGvuvWwBk | Three Romances - Choro Dancado |
| 243. | https://www.youtube.com/watch?v=532OX4c1he8 | Three Romances - Danca Ilusoria |
| 244. | https://www.youtube.com/watch?v=Ebck2BssRx0 | Three Romances - Danca Ilusoria |
| 245. | https://www.youtube.com/watch?v=JnvZ5YqCmkA | Three Romances - Danca Ilusoria |
| 246. | https://www.youtube.com/watch?v=0R-9t73KfiM | Three Romances - Pas de Deux |
| 247. | https://www.youtube.com/watch?v=WhbQ7JYy6Tc | Three Romances - Pas de Deux |
| 248. | https://www.youtube.com/watch?v=trDIrMJIqV4 | Tork's Café |
| 249. | https://www.youtube.com/watch?v=1EEkdOrB_Ko | Walking by Flashlight |
| 250. | https://www.youtube.com/watch?v=AMSGBeNFRk0 | Walking by Flashlight |

| 251. | https://www.youtube.com/watch?v=qRQ-1Ze0KbU | Walking by Flashlight |
|------|----------------------------------------------|-----------------------|
| 252. | https://www.youtube.com/watch?v=tYPU7t-hfKo | Walking by Flashlight |
| 253. | https://www.w4LrrKTMfN0 | Winter Morning Walks (full song cycle) |
| 254. | https://www.youtube.com/watch?v=_2UqFk6mjvs | Wyrgly |
| 255. | https://www.youtube.com/watch?v=0zEMThwa9-c | Wyrgly |
| 256. | https://www.youtube.com/watch?v=7S-13Kkfu0k | Wyrgly |
| 257. | https://www.youtube.com/watch?v=aOXIpwzAO9Q | Wyrgly |
| 258. | https://www.youtube.com/watch?v=EpmJwSU0VsI | Wyrgly |
| 259. | https://www.youtube.com/watch?v=EtA6n9JpzLA | Wyrgly |
| 260. | https://www.youtube.com/watch?v=Fdsytt_obpU | Wyrgly |
| 261. | https://www.youtube.com/watch?v=fxrSAv3JRNM | Wyrgly |
| 262. | https://www.youtube.com/watch?v=G12e3KguIM8 | Wyrgly |
| 263. | https://www.youtube.com/watch?v=iRxT0gwW1FM | Wyrgly |
| 264. | https://www.youtube.com/watch?v=IzDMxODgna0 | Wyrgly |
| 265. | https://www.youtube.com/watch?v=JEHlGQrBoQk | Wyrgly |
| 266. | https://www.youtube.com/watch?v=JPasUzKkp2E | Wyrgly |
| 267. | https://www.youtube.com/watch?v=kccYhY-OTXM | Wyrgly |
| 268. | https://www.youtube.com/watch?v=o_xc_ycxi0M | Wyrgly |
| 269. | https://www.youtube.com/watch?v=oArWYN0zX4M | Wyrgly |
| 270. | https://www.youtube.com/watch?v=OvJO2dyroow | Wyrgly |
| 271. | https://www.youtube.com/watch?v=pFnVIQVf5rA | Wyrgly |
| 272. | https://www.youtube.com/watch?v=sP_RyLdK2uE | Wyrgly |
| 273. | https://www.youtube.com/watch?v=TXeBgcbZqFA | Wyrgly |
| 274. | https://www.youtube.com/watch?v=VzDpxQIjJ6A | Wyrgly |
| 275. | https://www.youtube.com/watch?v=ZgSlFkdISL4 | Wyrgly |
| 276. | https://www.youtube.com/watch?v=zjKng4A35y8 | Wyrgly |
| 277. | https://www.youtube.com/watch?v=ZKrgshAOxvo | Wyrgly |
| 278. | https://www.youtube.com/watch?v=-VV3QuF8Ajw | Allegresse |
| 279. | https://www.youtube.com/watch?v=f7XoyThF9cs | Green Piece |
| 280. | https://www.youtube.com/watch?v=jYDwvSjoB9c | Gush |
| 281. | https://www.youtube.com/watch?v=2x_nXDQv-t4 | Three Romances - Choro Dancado |
| 282. | https://www.youtube.com/watch?v=Hcc054DjdLY | Hang Gliding |

| 283. | https://www.youtube.com/watch?v=O28Y6pwbA-Q | Hang Gliding |
|------|---------------------------------------------|--------------|
| 284. | https://www.youtube.com/watch?v=OSab1Crbf_U | Hang Gliding |
| 285. | https://www.youtube.com/watch?v=VWxY2Suh5QY | Hang Gliding |
| 286. | https://www.youtube.com/watch?v=zIrDYcrxago | Journey Home |
| 287. | https://www.youtube.com/watch?v=yH7JUS8TY1M | My Lament |
| 288. | https://www.9ZZf2_XX4Lk | Scenes from Childhood - Coming About |
| 289. | https://www.youtube.com/watch?v=V1km88MConA | Scenes from Childhood - Coming About |
| 290. | https://www.youtube.com/watch?v=7m6E03fTdW8 | Sea of Tranquility |
| 291. | https://www.youtube.com/watch?v=3eA2lvKjIxw | Sky Blue |
| 292. | https://www.youtube.com/watch?v=9XNvAuxKteY | Sky Blue |
| 293. | https://www.youtube.com/watch?v=eE5-7xbKQ-Y | Sky Blue |
| 294. | https://www.youtube.com/watch?v=La9ElPIumhQ | Sky Blue |
| 295. | https://www.youtube.com/watch?v=QxzukFO9U3I | Sky Blue |
| 296. | https://www.youtube.com/watch?v=31dLG9GfJ-c | Sue (or In a Season of Crime) |
| 297. | https://www.youtube.com/watch?v=BPAvQ5jG7M0 | Sue (or In a Season of Crime) |
| 298. | https://www.youtube.com/watch?v=Gp0iEfxztCU | Sue (or In a Season of Crime) |
| 299. | https://www.youtube.com/watch?v=8KKwsPvf1rE | The Pretty Road |
| 300. | https://www.youtube.com/watch?v=dSFaHPfONcl | The Pretty Road |
| 301. | https://www.youtube.com/watch?v=qDg8ZmbESmE | The Pretty Road |
| 302. | https://www.-youtube.com/watch?v=-1tu8dI_y_4 | Three Romances - Choro Dancado |
| 303. | https://www.youtube.com/watch?v=bs51YXRbzyw | Three Romances - Choro Dancado |
| 304. | https://www.youtube.com/watch?v=GrH2QuK5y1c | Three Romances - Choro Dancado |
| 305. | https://www.youtube.com/watch?v=0vK_cW477N0 | Three Romances - Danca Ilusoria |
| 306. | https://www.youtube.com/watch?v=2wUkhTsAC0M | Three Romances - Danca Ilusoria |
| 307. | https://www.youtube.com/watch?v=DvcZVunjd9M | Walking by Flashlight |
| 308. | https://www.youtube.com/watch?v=VX3G65NVu1g | Walking by Flashlight |
| 309. | http://www.youtube.com/watch?v=e04yCOqalv8 | Concert in the Garden |
| 310. | http://www.youtube.com/watch?v=mRlj6wqzW74 | Evanescence |
| 311. | http://www.youtube.com/watch?v=M-DIDYGAExs | Three Romances - Choro Dancado |
| 312. | http://www.youtube.com/watch?v=FQq7XkFC0Do | Last Season |
| 313. | http://www.youtube.com/watch?v=ASN9OqIqIXU | Journey Home |
| 314. | http://www.youtube.com/watch?v=YIwyHj2Cn_Q | Buleria, Solea y Rumba |

| 315. | http://www.youtube.com/watch?v=NML2WgRpVRc | Buleria, Solea y Rumba |
|---|---|---|
| 316. | http://www.youtube.com/watch?v=I9jiYSUhcPQ | Three Romances - Choro Dancado, Three Romances - Pas de Deux |
| 317. | http://www.youtube.com/watch?v=i8UlsGKsZM4 | Three Romances - Pas de Deux |
| 318. | http://www.youtube.com/watch?v=5oYGhrUETFc | El Viento |
| 319. | http://www.youtube.com/watch?v=fc8kek2xGUc | El Viento |
| 320. | http://www.youtube.com/watch?v=i8BC-LH-IMg | Green Piece |
| 321. | http://www.youtube.com/watch?v=7jfjtKRDFQI | Hang Gliding |
| 322. | http://www.youtube.com/watch?v=htmgVKwSpMg | Lately |
| 323. | http://www.youtube.com/watch?v=L0cMR-x8ufo | Sea of Tranquility |
| 324. | https://www.youtube.com/watch?v=Z9N68OSIqps | Gumba Blue |
| 325. | https://www.youtube.com/watch?v=RX6OLGPCsFc | Journey Home |
| 326. | http://www.youtube.com/watch?v=2_YT4SvCPeo | Hang Gliding |
| 327. | https://www.wdyoutube.com/watch?v=wdIW_AoTi_4 | Hang Gliding |
| 328. | http://www.youtube.com/watch?v=2tJegYsmIqU | Three Romances - Choro Dancado |
| 329. | http://www.youtube.com/watch?v=AlJ6K1x9WIw | Concert in the Garden |
| 330. | http://www.youtube.com/watch?v=TPKsQoQdtB | Nocturne |
| 331. | http://www.youtube.com/watch?v=bjuli8HHcYo | Three Romances - Danca Ilusoria |
| 332. | http://www.youtube.com/watch?v=RiGKxmxq3Qk | Scenes from Childhood - Coming About |
| 333. | https://www.youtube.com/watch?v=nSk8IMTU5TE | Gush |
| 334. | http://www.youtube.com/watch?v=Ft3wa0bMAmE | Gumba Blue |
| 335. | http://www.youtube.com/watch?v=oZgAVwfcUY0 | Wyrgly |
| 336. | http://www.youtube.com/watch?v=MZM5ekpurvA | Journey Home, Three Romances - Choro Dancado, Evanescence, Hang Gliding |
| 337. | http://www.youtube.com/watch?v=NJy_RXOgsts | Sky Blue |
| 338. | http://www.youtube.com/watch?v=AH3obBV5sEw | The Pretty Road |
| 339. | http://www.youtube.com/watch?v=T-p1kPrYN_8 | The Pretty Road |
| 340. | http://www.youtube.com/watch?v=EAJPUC0mgJ8 | The Pretty Road |
| 341. | http://www.youtube.com/watch?v=n6U7zQLKe04 | Cerulean Skies |
| 342. | http://www.youtube.com/watch?v=JERfM3g0FnM | Cerulean Skies |
| 343. | http://www.youtube.com/watch?v=wmAzXaz_UaY | Cerulean Skies |
| 344. | http://www.CVelapFHlP0 | Aires de Lando |
| 345. | https://www.youtube.com/watch?v=C3FD5pG3RMc | Arbiters of Evolution |

| 346. | https://www.youtube.com/watch?v=Z8cdqri2-r8 | The Thompson Fields |
|------|---------------------------------------------|---------------------|
| 347. | http://www.youtube.com/watch?v=EaY_KMBoJ3g | The Thompson Fields |
| 348. | http://www.youtube.com/watch?v=o4rYUveHBZM | Walking by Flashlight |
| 349. | http://www.youtube.com/watch?v=jPEFzfWrXHg | The Thompson Fields |
| 350. | http://www.youtube.com/watch?v=P470eEhealc | Walking by Flashlight |
| 351. | http://www.youtube.com/watch?v=lICbkKWrf-I | Walking by Flashlight |
| 352. | https://www.youtube.com/watch?v=mp3jyAIpXQM | Hang Gliding |
| 353. | https://www.youtube.com/watch?v=sbG16CKO-pg | Hang Gliding |
| 354. | https://www.youtube.com/watch?v=lu1Fc-QHRCE | Journey Home |
| 355. | https://www.youtube.com/watch?v=3VCTGDzX3NA | Journey Home |
| 356. | https://www.youtube.com/watch?v=Nz34XjhDz1s | Last Season |
| 357. | https://www.youtube.com/watch?v=WEshwjP8Ufs | Bird Count |
| 358. | https://www.youtube.com/watch?v=Fc7KMjwkILU | Journey Home |
| 359. | https://www.youtube.com/watch?v=-OJhKtRElVo | Wyrgly |
| 360. | https://www.youtube.com/watch?v=AtLA61JEgZM | The Pretty Road |
| 361. | https://www.youtube.com/watch?v=W1nLFgAJPvo | Bird Count |
| 362. | https://www.youtube.com/watch?v=ma5knwpEeoM | Bluebird |
| 363. | https://www.youtube.com/watch?v=ACexzWlPmSo | Wyrgly |
| 364. | https://www.youtube.com/watch?v=7jLKBpjSfn8 | Walking By Flashlight |
| 365. | https://www.youtube.com/watch?v=3AaULOxaclo | Dance, You Monster, To My Soft Song |
| 366. | https://www.youtube.com/watch?v=nSqEquabd3w | Walking By Flashlight |
| 367. | https://www.youtube.com/watch?v=3bLI5RHSudc | Dance, You Monster, To My Soft Song |
| 368. | https://www.youtube.com/watch?v=3dLbL_N04Vo | Hang Gliding |
| 369. | https://www.youtube.com/watch?v=ZPrZ4Z1YDeA | Braided Together |
| 370. | https://www.youtube.com/watch?v=3PiISnUqj3s | Three Romances - Danca Ilusoria |
| 371. | https://www.youtube.com/watch?v=kehRDLo-_P4 | Data Lords |
| 372. | https://www.youtube.com/watch?v=BHZjjhok-UM | Gumba Blue |
| 373. | https://www.youtube.com/watch?v=ooZkHLf07ng | Scenes from Childhood - Coming About |
| 374. | https://www.youtube.com/watch?v=yYNU0hn6PkM | Look Up, Don't Be Evil, Gumba Blue, Sputnik, Data Lords, Bluebird |
| 375. | https://www.youtube.com/watch?v=fkJ98A8gJ7k | Wyrgly |
| 376. | https://www.youtube.com/watch?v=CMNM8QgiMGA | Three Romances - Choro Dancado |

| 377. | https://www.youtube.com/watch?v=FYyKploAjGA | Dance, You Monster, To My Soft Song |
| 378. | https://www.youtube.com/watch?v=noOCWwfe44E | Scenes from Childhood - Coming About |
| 379. | https://www.youtube.com/watch?v=6UZdlk5mIwc | A Potter's Song |
| 380. | https://www.youtube.com/watch?v=2Rl1MhhpbyM | The Monarch and the Milkweed |
| 381. | https://www.youtube.com/watch?v=k7BWXiMYJdE | Dance, You Monster, To My Soft Song |

Uniglobe Entertainment, LLC

| | | |
|---|---|---|
| 1. | https://www.youtube.com/watch?v=ndnf4uazkMc | 5 Weddings |
| 2. | https://www.youtube.com/watch?v=xQeQIAOmljI | 5 Weddings |
| 3. | https://www.youtube.com/watch?v=9rlTLrrs45I | 5 Weddings |
| 4. | https://www.youtube.com/watch?v=0WsA_bFZLO4 | 5 Weddings |
| 5. | https://www.youtube.com/watch?v=tTuz9adnJnc | 5 Weddings |
| 6. | https://www.youtube.com/watch?v=G4pdGR8_Wak | 5 Weddings |
| 7. | https://www.youtube.com/watch?v=EbdBkfVWoyQ | 5 Weddings |
| 8. | https://www.youtube.com/watch?v=XYmVVIRAexE | 5 Weddings |
| 9. | https://www.youtube.com/watch?v=GZGFjHFasm0 | 5 Weddings |
| 10. | https://www.youtube.com/watch?v=9a6CVS_E4g4 | 5 Weddings |
| 11. | https://www.youtube.com/watch?v=P-LG7yQvJgw | 5 Weddings |
| 12. | https://www.youtube.com/watch?v=s72M75ERAsw | 5 Weddings |
| 13. | https://www.youtube.com/watch?v=MN5sdy2-9gw | 5 Weddings |
| 14. | https://www.youtube.com/watch?v=tAd9eNlofow | 5 Weddings |
| 15. | https://www.youtube.com/watch?v=j_d8aMfGLpU | 5 Weddings |
| 16. | https://www.youtube.com/watch?v=XWS_9m1Q9zs | 5 Weddings |
| 17. | https://www.youtube.com/watch?v=rQ30pij0aTI | 5 Weddings |
| 18. | https://www.youtube.com/watch?v=tUXokpUDowo | 5 Weddings |
| 19. | https://www.youtube.com/watch?v=2khBi6eF_Ug | 5 Weddings |
| 20. | https://www.youtube.com/watch?v=v7DimtzJJfU | 5 Weddings |
| 21. | https://www.youtube.com/watch?v=T4EVgNJPzSs | 5 Weddings |
| 22. | https://www.youtube.com/watch?v=4VDRBBaAHBA | 5 Weddings |
| 23. | https://www.youtube.com/watch?v=CHk7CXt18Qk | 5 Weddings |
| 24. | https://www.youtube.com/watch?v=CTsgYx5jzLE | 5 Weddings |
| 25. | https://www.youtube.com/watch?v=JXPnx9ecRB8 | 5 Weddings |
| 26. | https://www.youtube.com/watch?v=eZsFcEZKFnY | 5 Weddings |
| 27. | https://www.youtube.com/watch?v=gYoO4kvPXb8 | 5 Weddings |
| 28. | https://www.youtube.com/watch?v=hBw1CZuhaI8 | 5 Weddings |
| 29. | https://www.youtube.com/watch?v=oDPRNnKOvMU | 5 Weddings |
| 30. | https://www.youtube.com/watch?v=vrR1SHFuaCU | 5 Weddings |

| | | |
|---|---|---|
| 31. | https://www.youtube.com/watch?v=z1ZRXMhdiso | 5 Weddings |
| 32. | https://www.youtube.com/watch?v=1QKR4BAnryw | 5 Weddings |
| 33. | https://www.youtube.com/watch?v=LhbV4q_7rZc | 5 Weddings |
| 34. | https://www.youtube.com/watch?v=lTjsYzthw2w | 5 Weddings |
| 35. | https://www.youtube.com/watch?v=93k3t0ucRcc | 5 Weddings |
| 36. | https://www.youtube.com/watch?v=MWhApYbq-Ws | 5 Weddings |
| 37. | https://www.youtube.com/watch?v=oALeGrzzWyM | 5 Weddings |
| 38. | https://www.youtube.com/watch?v=AqYVJVtBEmE | 5 Weddings |
| 39. | https://www.youtube.com/watch?v=Z6uHMoQDBUY | 5 Weddings |
| 40. | https://www.youtube.com/watch?v=qqLkprJAbS0 | 5 Weddings |
| 41. | https://www.youtube.com/watch?v=6sxpn9Fkask | 5 Weddings |
| 42. | https://www.youtube.com/watch?v=gIMD4lDOqZo | 5 Weddings |
| 43. | https://www.youtube.com/watch?v=Q8GtDJHRrT0 | 5 Weddings |
| 44. | https://www.youtube.com/watch?v=WueYfxt7pyE | 5 Weddings |
| 45. | https://www.youtube.com/watch?v=B-rXUIOvqGQ | 5 Weddings |
| 46. | https://www.youtube.com/watch?v=6YRVFCgkO4Q | 5 Weddings |
| 47. | https://www.youtube.com/watch?v=GcQXh2Vitj4 | 5 Weddings |
| 48. | https://www.youtube.com/watch?v=TcyRstsn4Yc | 5 Weddings |
| 49. | https://www.youtube.com/watch?v=uzJmxe5-JLM | 5 Weddings |
| 50. | https://www.youtube.com/watch?v=I4zDTeVAFhQ | 5 Weddings |
| 51. | https://www.youtube.com/watch?v=Bp0uDowHfeU | 5 Weddings |
| 52. | https://www.youtube.com/watch?v=ytexvuWvepg | 5 Weddings |
| 53. | https://www.youtube.com/watch?v=kACIRWOWyos | 5 Weddings |
| 54. | https://www.youtube.com/watch?v=fdV22iNAuec | 5 Weddings |
| 55. | https://www.youtube.com/watch?v=RDClE8d7syc | 5 Weddings |
| 56. | https://www.youtube.com/watch?v=A-rlPjn9pUk | 5 Weddings |
| 57. | https://www.youtube.com/watch?v=w-HJMv_Rq9A | 5 Weddings |
| 58. | https://www.youtube.com/watch?v=FOA0B1HZSbM | 5 Weddings |
| 59. | https://www.youtube.com/watch?v=3ZxmoYJNuhU | 5 Weddings |
| 60. | https://www.youtube.com/watch?v=BXxcVepqpB4 | 5 Weddings |
| 61. | https://www.youtube.com/watch?v=Lp0x4_i5D9E | 5 Weddings |
| 62. | https://www.youtube.com/watch?v=oIqgCz27Uj8 | 5 Weddings |

| | |
|---|---|
| 63. https://www.youtube.com/watch?v=d-WLjvFFsmc | 5 Weddings |
| 64. https://www.youtube.com/watch?v=MxuGM1VIb78 | 5 Weddings |
| 65. https://www.youtube.com/watch?v=LYaqRxoTnCU | 5 Weddings |
| 66. https://www.youtube.com/watch?v=XDQW9NJbsBY | 5 Weddings |
| 67. https://www.youtube.com/watch?v=dWA5YLpPWps | 5 Weddings |
| 68. https://www.youtube.com/watch?v=e0qH3HheDOQ | 5 Weddings |
| 69. https://www.youtube.com/watch?v=kSqyW1id1BY | 5 Weddings |
| 70. https://www.youtube.com/watch?v=TSZYjt13aK0 | 5 Weddings |
| 71. https://www.youtube.com/watch?v=kMYGXoz-nqM | 5 Weddings |
| 72. https://www.youtube.com/watch?v=wuhLfQMg73E | 5 Weddings |
| 73. https://www.youtube.com/watch?v=J2C52oL0_VQ | 5 Weddings |
| 74. https://www.syoutube.com/watch?v=syOC1jb4Zkg | 5 Weddings |
| 75. https://www.youtube.com/watch?v=Tbo_ehNC8Dc | 5 Weddings |
| 76. https://www.youtube.com/watch?v=Oy5pIXGaCqA | 5 Weddings |
| 77. https://www.youtube.com/watch?v=jfWXu8M4LN4 | 5 Weddings |
| 78. https://www.youtube.com/watch?v=rvc_Wgtrlqw | 5 Weddings |
| 79. https://www.youtube.com/watch?v=wXVW0aRrQb0 | 5 Weddings |
| 80. https://www.youtube.com/watch?v=0gftlOVKlJ0 | 5 Weddings |
| 81. https://www.youtube.com/watch?v=qG7SWm3fkbY | 5 Weddings |
| 82. https://www.youtube.com/watch?v=LnFeC79Bj1s | 5 Weddings |
| 83. https://www.youtube.com/watch?v=gJkR4bMBusQ | 5 Weddings |
| 84. https://www.youtube.com/watch?v=32ndTa1ayjM | 5 Weddings |
| 85. https://www.youtube.com/watch?v=qnH5Yhv2eF8 | 5 Weddings |
| 86. https://www.youtube.com/watch?v=hJrud5AzEFc | 5 Weddings |
| 87. https://www.youtube.com/watch?v=SOdfCcN7Dq0 | 5 Weddings |
| 88. https://www.youtube.com/watch?v=U5SM5EVUuRA | 5 Weddings |
| 89. https://www.youtube.com/watch?v=oMCD2RHLiBE | 5 Weddings |
| 90. https://www.youtube.com/watch?v=Hrr0rwe9G3w | 5 Weddings |
| 91. https://www.youtube.com/watch?v=hwlagGDDpRM | 5 Weddings |
| 92. https://www.youtube.com/watch?v=ZSMIRn6GRD0 | 5 Weddings |
| 93. https://www.youtube.com/watch?v=x1v6lDWe1vM | 5 Weddings |
| 94. https://www.youtube.com/watch?v=b-cBFyifxyc | 5 Weddings |

| 95. | https://www.youtube.com/watch?v=LGxUeTMR34U | 5 Weddings |
|---|---|---|
| 96. | https://www.youtube.com/watch?v=Cb1v7EkCFEc | 5 Weddings |
| 97. | https://www.youtube.com/watch?v=l7jmPPl4qyA | 5 Weddings |
| 98. | https://www.youtube.com/watch?v=aik4jM9eaY4 | 5 Weddings |
| 99. | https://www.youtube.com/watch?v=VHeQVjyW_I | 5 Weddings |
| 100. | https://www.youtube.com/watch?v=p19Ae3hwAec | 5 Weddings |
| 101. | https://www.youtube.com/watch?v=ACGcIKzs7ug | 5 Weddings |
| 102. | https://www.youtube.com/watch?v=IFIbUFI_vGc | 5 Weddings |
| 103. | https://www.youtube.com/watch?v=shkrzacGaDs | 5 Weddings |
| 104. | https://www.youtube.com/watch?v=KS9N7SBksGo | 5 Weddings |
| 105. | https://www.youtube.com/watch?v=F5lwMz1UidI | 5 Weddings |
| 106. | https://www.youtube.com/watch?v=vtMuFUvZIKQ | 5 Weddings |
| 107. | https://www.youtube.com/watch?v=cD7Viy3-CEY | 5 Weddings |
| 108. | https://www.youtube.com/watch?v=PTTZnwpVfz4 | 5 Weddings |
| 109. | https://www.youtube.com/watch?v=94eQcOGqoNM | 5 Weddings |
| 110. | https://www.youtube.com/watch?v=g5tiRP4bNFM | 5 Weddings |
| 111. | https://www.youtube.com/watch?v=dPPAqTXNCxc | 5 Weddings |
| 112. | https://www.youtube.com/watch?v=GcKMGxPNuTQ | 5 Weddings |
| 113. | https://www.youtube.com/watch?v=r7M0RmCdduY | 5 Weddings |
| 114. | https://www.youtube.com/watch?v=avTTfVjSmnc | 5 Weddings |
| 115. | https://www.youtube.com/watch?v=rhCUB4_uYPE | 5 Weddings |
| 116. | https://www.youtube.com/watch?v=kcwfoLeT7ew | 5 Weddings |
| 117. | https://www.youtube.com/watch?v=BLtb2l_8AcU | 5 Weddings |
| 118. | https://www.youtube.com/watch?v=dX3XtRaJaeQ | 5 Weddings |
| 119. | https://www.youtube.com/watch?v=WOKr8T11loM | 5 Weddings |
| 120. | https://www.youtube.com/watch?v=jqIvOZbNdLg | 5 Weddings |
| 121. | https://www.youtube.com/watch?v=Wgl8JS78KeA | 5 Weddings |
| 122. | https://www.youtube.com/watch?v=jtx2h_n6190 | 5 Weddings |
| 123. | https://www.youtube.com/watch?v=M08Luko8qOY | 5 Weddings |
| 124. | https://www.youtube.com/watch?v=UySr1ParwZQ | 5 Weddings |
| 125. | https://www.youtube.com/watch?v=_MFM4O1mVhI | 5 Weddings |
| 126. | https://www.youtube.com/watch?v=nU1Uiuou8YU | 5 Weddings |

| | | |
|---|---|---|
| 127. | https://www.youtube.com/watch?v=rHRl1KwFD-U | 5 Weddings |
| 128. | https://www.youtube.com/watch?v=nmVqnyfatDc | 5 Weddings |
| 129. | https://www.youtube.com/watch?v=6AAFWzIG-bU | 5 Weddings |
| 130. | https://www.youtube.com/watch?v=cqk6blF2BbQ | 5 Weddings |
| 131. | https://www.youtube.com/watch?v=eCypwSPjTTM | 5 Weddings |
| 132. | https://www.youtube.com/watch?v=pzrf9aKkt4c | 5 Weddings |
| 133. | https://www.youtube.com/watch?v=PESDkngpq28 | 5 Weddings |
| 134. | https://www.youtube.com/watch?v=5BwcXqK59T4 | 5 Weddings |
| 135. | https://www.youtube.com/watch?v=4O4HbOk67ew | 5 Weddings |
| 136. | https://www.youtube.com/watch?v=MdvKsrhUZjk | 5 Weddings |
| 137. | https://www.youtube.com/watch?v=neTjKw5I5NY | 5 Weddings |
| 138. | https://www.youtube.com/watch?v=Da5pche-VRU | 5 Weddings |
| 139. | https://www.youtube.com/watch?v=GahnH3SEL4Y | 5 Weddings |
| 140. | https://www.youtube.com/watch?v=5jo856X3xrc | 5 Weddings |
| 141. | https://www.youtube.com/watch?v=Q9i_M85aq8o | 5 Weddings |
| 142. | https://www.youtube.com/watch?v=0kp4-jQ-eAI | 5 Weddings |
| 143. | https://www.youtube.com/watch?v=LwwzyKYsUvg | 5 Weddings |
| 144. | https://www.youtube.com/watch?v=3UqGmLF0EK4 | 5 Weddings |
| 145. | https://www.youtube.com/watch?v=XOa49qklHxg | 5 Weddings |
| 146. | https://www.youtube.com/watch?v=0DJ_kmmTsak | 5 Weddings |
| 147. | https://www.youtube.com/watch?v=PtKuQ97e1BA | 5 Weddings |
| 148. | https://www.youtube.com/watch?v=y528NN6C3eg | 5 Weddings |
| 149. | https://www.youtube.com/watch?v=co0rhNhuM9A | 5 Weddings |
| 150. | https://www.youtube.com/watch?v=EMxlJuW6dps | 5 Weddings |
| 151. | https://www.youtube.com/watch?v=7o5UhhW_2XM | 5 Weddings |
| 152. | https://www.youtube.com/watch?v=7Oy7RKzE0TU | 5 Weddings |
| 153. | https://www.youtube.com/watch?v=YXWFYPk11GM | 5 Weddings |
| 154. | https://www.youtube.com/watch?v=gEjglbGEvEE | 5 Weddings |
| 155. | https://www.youtube.com/watch?v=CRVl4Yk43Uc | 5 Weddings |
| 156. | https://www.youtube.com/watch?v=wsFG-0Vty_w | Americanizing Shelley |
| 157. | https://www.youtube.com/watch?v=O61nlXAOJRU | Americanizing Shelley |
| 158. | https://www.youtube.com/watch?v=g7TeGRwEhts | Americanizing Shelley |

| 159. | https://www.youtube.com/watch?v=NAN9enJCRTs | Americanizing Shelley |
|------|---------------------------------------------|-----------------------|
| 160. | https://www.youtube.com/watch?v=n8u_eLJJEVw | Americanizing Shelley |
| 161. | https://www.youtube.com/watch?v=eE_zrpIc7KY | Americanizing Shelley |
| 162. | https://www.youtube.com/watch?v=zxlXKaZIOXc | 5 Weddings |
| 163. | https://www.youtube.com/watch?v=c6g7dDRfPNg | 5 Weddings |
| 164. | https://www.youtube.com/watch?v=RypcZRESN6g | 5 Weddings |
| 165. | https://www.youtube.com/watch?v=nYAitmKpI-0 | 5 Weddings |
| 166. | https://www.youtube.com/watch?v=xLPjBYEPXL8 | 5 Weddings |
| 167. | https://www.youtube.com/watch?v=SKfFmNLjs5E | 5 Weddings |
| 168. | https://www.youtube.com/watch?v=MkTiKEZyZ-U | |
| 169. | https://www.youtube.com/watch?v=v220SddNuZk | |
| 170. | https://www.youtube.com/watch?v=S-hj8jdzN4c | |
| 171. | https://www.youtube.com/watch?v=SZ3RrZ8ajzs | |
| 172. | https://www.youtube.com/watch?v=duZfOBQzqqE | |
| 173. | https://www.youtube.com/watch?v=o7Djt_6Bn9U | |
| 174. | https://www.youtube.com/watch?v=sAafKlSWhms | |
| 175. | https://www.youtube.com/watch?v=xVBYSZbghh0 | |
| 176. | https://www.youtube.com/watch?v=LaXZyIjfcFU | 5 Weddings |
| 177. | https://www.youtube.com/watch?v=KyaIEm3AfQM | 5 Weddings |
| 178. | https://www.youtube.com/watch?v=0u6G71bAEUQ | Americanizing Shelley |
| 179. | http://www.youtube.com/watch?v=n8u_eLJJEVw | Americanizing Shelley |
| 180. | http://www.youtube.com/watch?v=g7TeGRwEhts | Americanizing Shelley |
| 181. | http://www.wsFG.youtube.com/watch?v=wsFG-0Vty_w | Americanizing Shelley |
| 182. | http://www.youtube.com/watch?v=NAN9enJCRTs | Americanizing Shelley |
| 183. | http://www.youtube.com/watch?v=O61nlXAOJRU | Americanizing Shelley |
| 184. | http://www.ywun.com/watch?v=Cwn4BYB3chw | Americanizing Shelley |
| 185. | http://www.youtube.com/watch?v=O4pf5XO12v0 | Americanizing Shelley |
| 186. | http://www.youtube.com/watch?v=g7fsmXEwNCk | Americanizing Shelley |
| 187. | http://www.sqxaZV3eRN8.com/watch?v=sqxaZV3eRN8 | Americanizing Shelley |
| 188. | http://www.youtube.com/watch?v=uKFfxB28Bnk | Americanizing Shelley |

| 189. | http://www.youtube.com/watch?v=bYBW5wzLvC0 | Americanizing Shelley |
|------|---------------------------------------------|----------------------|
| 190. | http://www.youtube.com/watch?v=dU-4xOm08oI | Americanizing Shelley |
| 191. | http://www.youtube.com/watch?v=dXYCzInmOeY | Americanizing Shelley |
| 192. | http://www.youtube.com/watch?v=2b5BTAQNZ3E | Americanizing Shelley |
| 193. | http://www.youtube.com/watch?v=2jabc9ScwC8 | Americanizing Shelley |
| 194. | http://www.youtube.com/watch?v=q9Ga2g0DZ5c | Americanizing Shelley |
| 195. | http://www.youtube.com/watch?v=2243Pm_38F4 | Americanizing Shelley |
| 196. | http://www.youtube.com/watch?v=hcx_L3c6nGs | Americanizing Shelley |
| 197. | http://www.youtube.com/watch?v=UD3F6wpkhZg | Americanizing Shelley |
| 198. | http://www.youtube.com/watch?v=WXcYtHMwLew | Americanizing Shelley |
| 199. | http://www.youtube.com/watch?v=qVLSBBp9tB4 | Americanizing Shelley |
| 200. | http://www.youtube.com/watch?v=7i0yRcLv-yM | Americanizing Shelley |
| 201. | http://www.youtube.com/watch?v=tm18PPB81OQ | Americanizing Shelley |
| 202. | http://www.youtube.com/watch?v=eooKBn0EMws | Americanizing Shelley |
| 203. | http://www.youtube.com/watch?v=tmdVYldVMZc | Americanizing Shelley |
| 204. | http://www.youtube.com/watch?v=buIdiBm9D4g | Americanizing Shelley |
| 205. | http://www.youtube.com/watch?v=c4zBodI5mxQ | Americanizing Shelley |
| 206. | http://www.youtube.com/watch?v=lC27DRmEmYQ | Americanizing Shelley |
| 207. | http://www.youtube.com/watch?v=r3zyzvYiJ-A | Americanizing Shelley |
| 208. | http://www.youtube.com/watch?v=3f0IUEEsf8M | Americanizing Shelley |
| 209. | http://www.youtube.com/watch?v=XkQq0x34eLQ | Americanizing Shelley |
| 210. | http://www.youtube.com/watch?v=JjjhGdSb7d4 | Americanizing Shelley |
| 211. | http://www.youtube.com/watch?v=QCzUyIny0x0 | Americanizing Shelley |
| 212. | http://www.youtube.com/watch?v=u2zf7r4JqCc | Americanizing Shelley |
| 213. | http://www.youtube.com/watch?v=1z_NE2e0Z7s | Americanizing Shelley |
| 214. | http://www.youtube.com/watch?v=N1YOJWSLuRg | Americanizing Shelley |
| 215. | http://www.youtube.com/watch?v=Et9pCK3Kw9c | Americanizing Shelley |
| 216. | http://www.youtube.com/watch?v=O-aLmGtd8BA | Americanizing Shelley |

| 217. | http://www.youtube.com/watch?v=TvkuMoq--SI | Americanizing Shelley |
|------|---------------------------------------------|------------------------|
| 218. | http://www.youtube.com/watch?v=_btX7GfWj1s | Americanizing Shelley |
| 219. | http://www.youtube.com/watch?v=dj2PeRb2jF4 | Americanizing Shelley |
| 220. | http://www.youtube.com/watch?v=K0RRxi5ZJQE | Americanizing Shelley |
| 221. | http://www.youtube.com/watch?v=NUr3Q8QdaLI | Americanizing Shelley |
| 222. | http://www.youtube.com/watch?v=mg3okGoy2X4 | Americanizing Shelley |
| 223. | http://www.youtube.com/watch?v=ovox4DeaA3U | Americanizing Shelley |
| 224. | http://www.youtube.com/watch?v=W2cXzhv-Wh4 | Americanizing Shelley |
| 225. | http://www.youtube.com/watch?v=2DTS5uv_CLU | Americanizing Shelley |
| 226. | http://www.youtube.com/watch?v=6m-k-jnYb9A | Americanizing Shelley |
| 227. | http://www.youtube.com/watch?v=fyE8bEuPuNE | Americanizing Shelley |
| 228. | http://www.youtube.com/watch?v=izsB0IiaQVo | 1 a Minute |
| 229. | http://www.youtube.com/watch?v=4zaSWbAwQMM | 1 a Minute |
| 230. | http://www.youtube.com/watch?v=TYZp3Yoa1BM | 1 a Minute |
| 231. | http://www.youtube.com/watch?v=MU4tQVkwdDU | 1 a Minute |
| 232. | http://www.youtube.com/watch?v=oZ_DXytqCZE | 1 a Minute |
| 233. | http://www.youtube.com/watch?v=yKnahbi8V2U | 1 a Minute |
| 234. | http://www.youtube.com/watch?v=WZU80Qj_k8M | 1 a Minute |
| 235. | http://www.youtube.com/watch?v=xOKNzP2JJoc | 1 a Minute |
| 236. | http://www.youtube.com/watch?v=mmDB9mr1-wU | 1 a Minute |
| 237. | http://www.youtube.com/watch?v=2_C8fwdKXqQ | 1 a Minute |
| 238. | http://www.youtube.com/watch?v=COLhvHjwfN8 | 1 a Minute |
| 239. | http://www.youtube.com/watch?v=fkgMNRVQEWw | 1 a Minute |
| 240. | http://www.youtube.com/watch?v=GSd3sKrJCOQ | 1 a Minute |
| 241. | http://www.youtube.com/watch?v=XyyyyhlPtD0 | 1 a Minute |
| 242. | http://www.youtube.com/watch?v=VvjTJn5f6rw | 1 a Minute |
| 243. | http://www.youtube.com/watch?v=o4PslasNv2E | 1 a Minute |
| 244. | http://www.youtube.com/watch?v=nJNtX4Eqlag | 1 a Minute |

| 245. | http://www.youtube.com/watch?v=F6wkWO0q_8Q | 1 a Minute |
| 246. | http://www.youtube.com/watch?v=zG9vvXtlCzg | 1 a Minute |
| 247. | http://www.youtube.com/watch?v=qcNHbiu9Mu8 | 1 a Minute |
| 248. | http://www.youtube.com/watch?v=--S0kaee5wo | 1 a Minute |
| 249. | http://www.youtube.com/watch?v=FaEjyb7lGok | 1 a Minute |
| 250. | http://www.youtube.com/watch?v=jqsD2iI-iVU | 1 a Minute |
| 251. | http://www.youtube.com/watch?v=PrsUssh1rpI | 1 a Minute |
| 252. | http://www.youtube.com/watch?v=txCC4NZxk8g | 1 a Minute |
| 253. | http://www.youtube.com/watch?v=asESv2lu7yU | 1 a Minute |
| 254. | http://www.youtube.com/watch?v=K43Q4uCh1jE | 1 a Minute |
| 255. | http://www.youtube.com/watch?v=uwi20PJCSKQ | 1 a Minute |
| 256. | http://www.youtube.com/watch?v=u9ZpxEu9Dk0 | 1 a Minute |