# EXHIBIT 62

Message

| | |
|---|---|
| **From:** | YouTube Copyright [youtube-disputes+23sp2sn1sgkue07@google.com] |
| on behalf of | YouTube Copyright <youtube-disputes+23sp2sn1sgkue07@google.com> [youtube-disputes+23sp2sn1sgkue07@google.com] |
| **Sent:** | 12/19/2018 5:06:50 PM |
| **To:** | uniglobeentertainment@gmail.com |
| **CC:** | nayomi@uniglobeentertainment.com |
| **Subject:** | YouTube Copyright Complaint Submission |



Hi UniGlobe Entertainment,

Thank you very much for your notification. The content has been removed.

- The YouTube Team

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Uniglobe Entertainment
Your Full Legal Name (Aliases, usernames or initials not accepted): Namrata Singh Gujral
Your Title or Job Position (What is your authority to make this complaint?): CEO
Address:
3319 Clifden Lane
Burbank, CA 91504
US
Username: UniGlobe Entertainment
Email Address: uniglobeentertainment@gmail.com
Secondary Email Address: nayomi@uniglobeentertainment.com
Phone: 8183709712

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=0WsA_bFZLO4

- Describe the work allegedly infringed: My company, organization or client's video (not from YouTube)
    - Title of original video: 5 WEDDINGS
    - Link to video:
    - Where does the content appear? Entire video

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=tTuz9adnJnc

- Describe the work allegedly infringed: My company, organization or client's video (not from YouTube)
    - Title of original video: 5 WEDDINGS
    - Link to video:
    - Where does the content appear? Entire video

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=G4pdGR8_Wak

- Describe the work allegedly infringed: My company, organization or client's video (not from YouTube)
    - Title of original video: 5 WEDDINGS
    - Link to video:
    - Where does the content appear? Entire video

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=EbdBkfVWoyQ

- Describe the work allegedly infringed: My company, organization or client's video (not from YouTube)
  - Title of original video: 5 WEDDINGS
  - Link to video:
  - Where does the content appear? Entire video
- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=XYmVVIRAexE
- Describe the work allegedly infringed: My company, organization or client's video (not from YouTube)
  - Title of original video: 5 WEDDINGS
  - Link to video:
  - Where does the content appear? Entire video
- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=GZGFjHFasm0
- Describe the work allegedly infringed: My company, organization or client's video (not from YouTube)
  - Title of original video: 5 WEDDINGS
  - Link to video:
  - Where does the content appear? Entire video
- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=9a6CVS_E4g4
- Describe the work allegedly infringed: My company, organization or client's video (not from YouTube)
  - Title of original video: 5 Weddings
  - Link to video:
  - Where does the content appear? Entire video
- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=P-LG7yQvJgw
- Describe the work allegedly infringed: My company, organization or client's video (not from YouTube)
  - Title of original video: 5 WEDDINGS
  - Link to video:
  - Where does the content appear? Entire video
- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=s72M75ERAsw
- Describe the work allegedly infringed: My company, organization or client's video (not from YouTube)
  - Title of original video: 5 WEDDINGS
  - Link to video:
  - Where does the content appear? Entire video
- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=MN5sdy2-9gw
- Describe the work allegedly infringed: My company, organization or client's video (not from YouTube)
  - Title of original video: 5 WEDDINGS
  - Link to video:
  - Where does the content appear? Entire video

Country where copyright applies: US

I state UNDER PENALTY OF PERJURY that:

Confidential

UNIGLOBE_0000006198

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube account.

Authorized Signature: Namrata Singh Gujral

Help center • Email options

©2018 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066, USA

Confidential

UNIGLOBE_0000006199