# EXHIBIT 63

## Message

| | |
|---|---|
| **From:** | YouTube Copyright [youtube-disputes+11vlhm9ssofa807@google.com] |
| **on behalf of** | YouTube Copyright <youtube-disputes+11vlhm9ssofa807@google.com> [youtube-disputes+11vlhm9ssofa807@google.com] |
| **Sent:** | 4/14/2020 9:00:45 PM |
| **To:** | uniglobeentertainment@gmail.com |
| **CC:** | team@uniglobeentertainment.com |
| **Subject:** | YouTube Copyright Complaint Submission |



Hi UniGlobe Entertainment,

Thank you very much for your notification. The content has been removed.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Uniglobe Entertainment
Your Full Legal Name (Aliases, usernames or initials not accepted): Nayomi Cooper
Your Title or Job Position (What is your authority to make this complaint?): President
Address:
3319 Clifden Ln
Burbank, CA 91504
US
Username: UniGlobe Entertainment
Email Address: uniglobeentertainment@gmail.com
Secondary Email Address: team@uniglobeentertainment.com
Phone: 4243338230

- URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=3UqGmLF0EK4

- Describe the work allegedly infringed: My company, organization or client's video (not from YouTube)
  - Title of original video: 5 Weddings
  - Link to video:
  - Where does the content appear? Entire video

Country where copyright applies: US

I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.

- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and

- This notification is accurate.

- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.

- I understand that abuse of this tool will result in termination of my YouTube account.

Authorized Signature: Nayomi Cooper

Help center · Email options

Confidential

UNIGLOBE_0000007016

©2020 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066, USA

©2020 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066, USA

Confidential

UNIGLOBE_0000007017