# EXHIBIT 64



Try the **Copyright Public Records System (CPRS)** pilot with enhanced search features and filters.



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = 5 weddings
Search Results: Displaying 1 of 2 entries

### 5 Weddings.

| | |
|---:|:---|
| **Type of Work:** | Dramatic Work and Music; or Choreography |
| **Registration Number / Date:** | PAu003824737 / 2016-05-05 |
| **Application Title:** | 5 Weddings. |
| **Title:** | 5 Weddings. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Uniglobe Entertainment, LLC. Address: 3319 Clifden Lane, Burbank, CA, 91504, United States. |
| **Date of Creation:** | 2016 |
| **Authorship on Application:** | Uniglobe Entertainment, LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: Story and Screenplay. |
| **Rights and Permissions:** | Uniglobe Entertainment, 3319 Clifden Lane, Burbank, CA, 91504, United States, (818) 559-9711, (818) 370-9712, team@uniglobeentertainment.com |
| **Copyright Note:** | C.O. correspondence. |
| | Regarding authorship information: Story ideas not copyrightable. 17 U.S.C. 102(b). Registration extends to text of screenplay contained in deposit. |
| **Names:** | Uniglobe Entertainment, LLC |





Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page