# EXHIBIT 65

| | |
|---|---|
| **Message** | |
| **From:** | Marie Le Claire [meemer40@gmail.com] |
| **on behalf of** | Marie Le Claire <meemer40@gmail.com> [meemer40@gmail.com] |
| **Sent:** | 2/19/2020 6:27:17 PM |
| **To:** | Maria Schneider [mariaschneider@me.com] |
| **Subject:** | Fwd: [1-4711000010922] New YouTube Copyright Complaint Submission |

Begin forwarded message:

From: YouTube <copyright@youtube.com>
Subject: **Re: [1-4711000010922] New YouTube Copyright Complaint Submission**
Date: March 4, 2016 at 3:05:01 PM EST
To: meemer40@gmail.com



Hi Maria Schneider Official Page,

Thank you very much for your notification. The content has been removed.

- The YouTube Team Here is the information you filled in: Copyright Owner Name (Company Name if applicable): Maria Schneider Your Full Legal Name (Aliases, usernames or initials not accepted): Maria Schneider Your Title or Job Position (What is your authority to make this complaint?): Composer/Performer Address: 50 West 72d St #510 New York, NY 10023 US Username: Maria Schneider Official Page Email Address: meemer40@gmail.com Phone: 212-787-0354 URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=wdlW_AoTi_4 Describe the work allegedly infringed: My original song * Title of original song: Hang Gliding * Where does the content appear? Entire video Country where copyright applies: US I state UNDER PENALTY OF PERJURY that: * I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed. * I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and * This notification is accurate. * I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages. * I understand that abuse of this tool will result in termination of my YouTube account. Authorized Signature: Maria Schneider

Help center • Email options • Report spam

©2016 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066

Confidential

SCHNEIDER_0000009458