# EXHIBIT 66

    Sign in

**Video unavailable**
This content is not available in your country due to a legal complaint.

## Maria Schneider Orchestra Jazz a Vienne 2008 Hang Gliding 1/2

 Mackenzie Leighton
641 subscribers

Subscribe    1.3K        Save

195K views   8 years ago
Show more

 7:25
Maria Schneider & WDR Big Band Germany 2006 Love Theme from Spartacus
Mackenzie Leighton
9.6K views • 8 years ago

 5:01
"Don't think. Just do." - Top Gun: Maverick
Leonhart 306
9.5M views • 5 months ago

 19:48
JAZZ THEORY EXPLAINED IN 20 MINUTES
JAZZ TUTORIAL with Julian Bradley
2.3M views • 3 years ago

 15:26
Funniest Dogs And Cats Videos 😁 - Best Funny Animal Videos 2023 😅 #7
Funny Animals World
817K views • 4 days ago
New

 3:05:35
How to build HOUSE UNDERGROUND from START to FINISH 15 days in the forest. WOODWORKING
Alex Wild Life
871K views • 2 months ago

5:42
Maria Schneider on her musical education
JazzTimesVideos
1.3K views • 4 years ago



☰  YouTube                                                                              🔍   🎤   ⋮   Sign in

2.4M views • 1 month ago



### The transformative power of classical music | Benjamin Zander
TED ✓
7.3M views • 14 years ago



### Mortal Combat (Full Episode) | Animal Fight Night
Nat Geo WILD ✓
8.8M views • 9 months ago



### Ep. 1 Tongue Position: The Secret to High Notes
ryanstrumpet
29K views • 5 months ago

### Charly Antolini and Jazzpower (Part 2)
MJazz Chanel
2.8K views • 7 years ago

### HIGHLY CREATIVE WORKERS THAT ARE ON ANOTHER LEVEL
TechZone ✓
2.8M views • 3 weeks ago

### How Hidden Technology Transformed Bowling
Veritasium ✓
13M views • 1 year ago

### Joey DeFrancesco "Misty"
Joey DeFrancesco 🎵
11K views • 3 days ago
New

### Pink Floyd Greatest Hits Full Album 2020 - Best Songs of Pink Floyd HQ
We Are The Champion
9.9M views • 2 years ago

### 100 Interesting Animal Moments Caught On Camera
Wicked Wombat
21M views • 8 months ago

### Chord Substitution: 5 Levels from Beginner to Pro 🎹
Piano With Jonny
711K views • 8 months ago

### "Use Me" - The Dave Weckl STL Groove Contingent
Dave Weckl
20K views • 1 day ago
New

### Maria Schneider on the musicians in her orchestra
JazzTimesVideos
2.2K views • 4 years ago

### Maynard Ferguson's Big Band
4andmore
87K views • 16 years ago