# EXHIBIT 67



Try the **Copyright Public Records System (CPRS)** pilot with enhanced search features and filters.



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = hang gliding
Search Results: Displaying 4 of 54 entries

*previous*   *next*

Labeled View

### *Hang gliding.*

|  |  |
|---|---|
| **Type of Work:** | Music |
| **Registration Number / Date:** | PA0001213206 / 2003-05-20 |
| **Title:** | Hang gliding. |
| **Appears in:** | [Allegresse. Enja Records 9393 2, c2000. Compact disc](#) |
| **Publisher Number:** | Enja Records 9393 2 |
| **Notes:** | Music. |
| **Performer:** | Performed by Maria Schneider Orchestra. |
| **Copyright Claimant:** | Maria Schneider, 1960- |
| **Date of Creation:** | 1999 |
| **Date of Publication:** | 2000-09-10 |
| **Copyright Note:** | C.O. correspondence. |
| **Names:** | [Schneider, Maria, 1960-](#) |
|  | [Maria Schneider Orchestra](#) |

*previous*   *next*

| Save, Print and Email ([Help Page](#)) |
|---|
| Select Download Format  `Full Record`  Format for Print/Save |
| Enter your email address:  _____  Email |

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page