# EXHIBIT 69

   

## Video unavailable
This content is not available in your country due to a legal complaint.

### UW-Eau Claire Jazz I - Bulería, Soleá y Rumba



**UWEC Jazz Studies**
104 subscribers

Subscribe

👍 4

Save

166 views  2 years ago
Show more



**UW-Eau Claire Blugold Marching Band "Pride AND Performance"**
University of Wisconsin-Eau Claire
16K views • 7 years ago
13:24



**The Planets: Reimagined**
UWEC Jazz Studies
781 views • 1 year ago
53:28



**UW-Eau Claire Jazz I - 'Round Midnight**
UWEC Jazz Studies
61 views • 2 years ago
10:09



**Jazz & Chill Out - Lounge Music**
Music Brokers 
3.9M views • 2 years ago
3:29:55



**Amazing Japanese bakery in the mountains! Bread of life living with nature!**
FOOD☆STAR フードスター
7.9M views • 2 weeks ago
41:23

**Sean Jones + Emmet Cohen Shred Bb Blues**
Emmet Cohen 🎵
9.2K views • 2 days ago
New
5:46



195 views • 2 years ago



Why China is losing the microchip war
Vox
3.6M views • 6 days ago
New



Deck The Halls - University of Wisconsin-Eau Claire Jazz Ensemble III
UWEC Jazz Studies
181 views • 2 years ago



Inquietação Constante - Música Relaxante Para Acalmar as Angústias e Tranquilizar o Espírito
Cassio Toledo
24M views • 1 year ago



At All Costs [UW Eau Claire] NATSC National Athletic Training Video Contest 2012 2013
UWECATEP
24K views • 10 years ago



O Magnum Mysterium - Memley - UW-Eau Claire Concert Choir
UWEC Choral
12K views • 9 years ago



UW-Eau Claire Concert Choir - Alleluia - Ralph Manuel
choralasst
64K views • 10 years ago



Je Me Souviens - Canadian Brass - From the Album " Canadiana"
Canadian Brass
9.5K views • 5 days ago
New



Had An Idea With Scraps
Kris DeVo
1.3M views • 3 weeks ago



Joey DeFrancesco "Misty"
Joey DeFrancesco ♪
13K views • 3 days ago
New

VOCES8, Eric Whitacre - Whitacre: All Seems Beautiful to Me
Eric Whitacre ♪
6.7K views • 3 days ago
New

Building a Forest House in 30 DAYS - From Zero to Complete in
Mr Wild Nature
7.3M views • 7 months ago

I Built a Split wheel Motorcycle, But will it work?
Bikes and Beards
3.1M views • 9 days ago

an unusual culture that exists only in Korea
JTBC Voyage
704K views • 11 days ago

     Sign in



## Video unavailable

This video is no longer available due to a copyright claim by Maria Schneider

GO TO HOME






Sign in

**Video unavailable**
This content is not available in your country due to a legal complaint.

## "Last Season" Metropole Orkest 2003 Comp.: Maria Schneider Soprano Saxophone : Marc Scholten

 **BFT**
9 subscribers

Subscribe

 3

Save    ...

169 views   2 years ago
Show more


8:44
**Ruud Breuls (trp) Metropole Orkest - Chinatown - 2011**
Metropole Orkest
49K views • 11 years ago


1:03:42
**Metropole Orchestra: Vince Mendoza & Duke Ellington**
Pieter van Diepen
78K views • 8 years ago


6:58
**Charles Mingus Tribute - Metropole Orkest - Boogie Stop Shuffle**
Metropole Orkest
18K views • 11 years ago


9:01
**Tudo é Jazz - Maria Schneider [parte 13]**
festivaltudojazz
32K views • 14 years ago


1:19:53
**Cory Wong & Metropole Orkest // FULL LIVE SHOW**
Cory Wong
699K views • 2 years ago

        

8:46



4:35

### Jean Toots Thielemans & Metropole Orkest - Rosa Turbinata - Hommage Rogier van Otterloo 09-09-11 HD

MuziekMarkieMarc
188K views • 11 years ago



9:01

### Tudo é Jazz - Maria Schneider [parte 10]

festivaltudojazz
2.8K views • 14 years ago



7:34

### Tudo é Jazz - Maria Schneider [parte 14]

festivaltudojazz
5.5K views • 14 years ago



1:07:43

### Maria Schneider on the Creative Process

Library of Congress ✓
11K views • 6 years ago



4:21

### Rogier van Otterloo - Le Mistral door Metropole Orkest 1982

Katelijne van Otterloo
85K views • 13 years ago



3:26

### Maria Schneider, Terence Blanchard, Patrice Rushen, Billy Childs : The Future of Large Ensembles

Berklee College of Music ✓
4.8K views • 8 years ago



8:09

### Czardas door het Gelders Orkest, Roby Lakatos en Dimiter Tchernookov (concertmeester)

Omroep Gelderland
1.7M views • 5 years ago



1:08:52

### Femmes du Jazz Les Plus Belles Voix Féminies

PLAY & Oracle Records LTD
4.5M views • 8 years ago

### Tudo é Jazz - Maria Schneider [parte 11]

festivaltudojazz
2.7K views • 14 years ago

### Maria Schneider's Sky Blue Greeting Video

ArtistShare
21K views • 15 years ago

### Donny McCaslin on Maria Schneider and Gil Evans

JazzTimesVideos
2.4K views • 10 years ago

### Big Think Interview With Maria Schneider | Big Think

Big Think ✓
31K views • 10 years ago

   

Sign in

**Video unavailable**
This content is not available in your country due to a legal complaint.

### Lately Maria Schneider - Thailand Jazz Workshop 2016 - by Big Band #2

 Tonnam Oakrieng
131 subscribers

Subscribe

 2

Save

890 views  6 years ago
Show more


9:55
JOC 2017 - 354 on 2 piano
Tonnam Oakrieng
86 views • 5 years ago


3:51
Matt Forbes - 'Happy Together' [Official Music Video] The Turtles 4K
Matt Forbes
51K views • 2 days ago
New


2:47
I Should Have Known Better - The Beatles by Geobeat Crew
Sven Havlíček
832 views • 5 days ago
New


14:51
The History of Country Music |Episode 4| Elvis, Cash, and The Nashville Sound
Country Time
1.7K views • 5 days ago
New


44:51
George Jones Greatest Hits - George Jones Best Songs
old country music
132 views • 7 hours ago
New

   





4:20

New



4:59

### Hear Sean Rowe's Fresh Take on Dolly Parton's Country Classic - "Jolene"

Sean Rowe ♪
4.4K views • 4 days ago

New



3:48

### Marty Stuart & His Fabulous Superlatives - Altitude (Audio)

Marty Stuart ♪
6.4K views • 4 days ago

New



6:03

### Kamal Musallam & Jenny Weisgerber - The Winner Takes It All (ABBA cover)

Kamal Musallam ♪
84 views • 3 hours ago

New



4:01

### Green Mountains - Ken Tizzard & Music For Goats on The Whiskey Wednesday Show (Slaid Cleaves cover)

Ken Tizzard ♪
104 views • 3 days ago

New

4:37

### Dawn and Hawkes - Three Little Birds / The Middle (Medley)

Dawn and Hawkes
785 views • 7 days ago

### Paula Boggs Band's "Ponies," an Americana Celebration

Paula Boggs Band ♪
9.5K views • 5 days ago

New

### Here Comes The Kraken Live @ D'box

HereComesThekraken ♪
2.5K views • 2 days ago

New

### The Temptations

S1 E1 • The Temptations: Part 1

Free with ads    TV-PG

### MOLASS - Art Of No (Heaviness & Hopes Session)

molass ♪
15K views • 5 days ago

New

### Rat Patrol

S1 E1 • The Chase Of Fire Raid

Free with ads    TV-PG

### THE LIFE AND LEGEND OF WYATT EARP

S1 E1 • Wyatt Earp Becomes a Marshal

Free with ads    TV-PG

### Supermarket Sweep

S2 E1 • Episode 1151

Free with ads    TV-PG

 YouTube    Sign in

## Video unavailable
This content is not available in your country due to a legal complaint.

### Gush

 Lutz Häfner & Rainer Böhm - Topic
10 subscribers

Subscribe     6   Save   ...

350 views · 6 years ago
Show more

 4:15
**Pop Waltz**
Lutz Häfner & Rainer Böhm - Topic
614 views · 6 years ago

 9:07
**Joey DeFrancesco "Misty"**
Joey DeFrancesco
7.6K views · 2 days ago
New

 8:59
**Vince Mendoza & WDR BIG BAND - Casalegre**
WDR BIG BAND 
7.9K views · 9 days ago

 6:39
**"Use Me" - The Dave Weckl STL Groove Contingent**
Dave Weckl
14K views · 1 day ago
New

 1:57:46
**The Best Of Louis Armstrong (2h)**
BnF collection sonore – Jazz & Blues
6.4M views · 9 years ago








1:02:07

### Matt Forbes - 'Happy Together' [Official Music Video] The Turtles 4K

3:51

Matt Forbes
51K views • 2 days ago
New

### Chicago Funky Blues backing track in G

10:07

Maran Guitar Tracks
181 views • 21 hours ago
New

### Andy Shauf 'Norm' (Full Album Stream)

36:23

Andy Shauf
14K views • 2 days ago
New    360°

### Ayla Tesler-Mabé - Give Me A Sign? (Official Video)

4:04

Ayla Tesler-Mabe
6.3K views • 3 days ago
New

### Here Comes The Kraken Live @ D'box

8:19

HereComesThekraken
2.5K views • 2 days ago
New

### Taking my Friends Fossil Hunting- We Found Shark, Crocodile, and Shell Fossils!!

NJFossils
15 views • 1 hour ago
New

### Fireball XL5
S1 E19 • Fireball XL5: S1 E19 - Prisoner On The Lost Planet
Free with ads    TV-PG

---

Show more

Comments are turned off