# EXHIBIT 70



Try the **Copyright Public Records System (CPRS)** pilot with enhanced search features and filters.



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = buleria solea
Search Results: Displaying 1 of 1 entries





***Buleria, solea y rumba.***

| | |
|---:|:---|
| **Type of Work:** | Music |
| **Registration Number / Date:** | PA0001234652 / 2004-07-21 |
| **Title:** | Buleria, solea y rumba. |
| **Notes:** | Music. |
| | Cataloged from appl. only. |
| **Copyright Claimant:** | Maria Schneider, 1960- |
| **Date of Creation:** | 2004 |
| **Date of Publication:** | 2004-07-01 |
| **Names:** | Schneider, Maria, 1960- |

**Save, Print and Email (Help Page)**
Select Download Format [Full Record] [Format for Print/Save]
Enter your email address: [_____] [Email]

Help | Search | History | Titles | Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright
Copyright Office Home Page | Library of Congress Home Page



Try the **Copyright Public Records System (CPRS)** pilot with enhanced search features and filters.



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Builder = (green AND piece)[in Keyword Anywhere] AND ("schneider")[in Keyword Anywhere]
Search Results: Displaying 1 of 1 entries





***Green piece.***

| | |
|---:|:---|
| **Type of Work:** | Music |
| **Registration Number / Date:** | PAu001628590 / 1992-05-18 |
| **Title:** | Green piece. |
| **Notes:** | Music. |
| **Copyright Claimant:** | Maria Schneider Fedchock, 1960- (Maria Schneider) |
| **Date of Creation:** | 1987 |
| **Names:** | Fedchock, Maria Schneider, 1960- |
| | Schneider, Maria |

**Save, Print and Email (Help Page)**
Select Download Format [Full Record] [Format for Print/Save]
Enter your email address: [         ] [Email]

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page



Try the **Copyright Public Records System (CPRS)** pilot with enhanced search features and filters.



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Builder = (last season)[ in Title ]AND(maria schneider)[ in Keyword Anywhere ]
Search Results: Displaying 2 of 3 entries



*Last season.*

|  |  |
|---|---|
| **Type of Work:** | Music |
| **Registration Number / Date:** | PAu001628586 / 1992-05-18 |
| **Title:** | Last season. |
| **Notes:** | Music. |
| **Copyright Claimant:** | Maria Schneider Fedchock, 1960- (Maria Schneider) |
| **Date of Creation:** | 1985 |
| **Names:** | Fedchock, Maria Schneider, 1960-<br>Schneider, Maria |



**Save, Print and Email (Help Page)**
Select Download Format  Full Record  [Format for Print/Save]
Enter your email address: _____  [Email]

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page



Try the **Copyright Public Records System (CPRS)** pilot with enhanced search features and filters.



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Builder = (lately)[ in Keyword Anywhere ]AND(schneider)[ in Keyword Anywhere ]
Search Results: Displaying 2 of 3 entries





*Lately / comp. Maria Schneider [pseud.]*

| | |
|---:|:---|
| **Type of Work:** | Music |
| **Registration Number / Date:** | PAu001275027 / 1989-08-15 |
| **Title:** | Lately / comp. Maria Schneider [pseud.] |
| **Description:** | 2 p. |
| **Notes:** | Music. |
| **Copyright Claimant:** | Maria Schneider Fedchock |
| **Date of Creation:** | 1988 |
| **Names:** | Fedchock, Maria Schneider, 1960-<br>Schneider, Maria, pseud. |

---

**Save, Print and Email (Help Page)**
Select Download Format [Full Record ▾]  [Format for Print/Save]
Enter your email address: [          ] [Email]

---

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page



Try the **Copyright Public Records System (CPRS)** pilot with enhanced search features and filters.

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = gush
Search Results: Displaying 19 of 132 entries



### *Gush.*

| | |
|---:|:---|
| **Type of Work:** | Music |
| **Registration Number / Date:** | PAu001803810 / 1993-10-29 |
| **Title:** | Gush. |
| **Description:** | 1 p. |
| **Notes:** | Music. |
| **Copyright Claimant:** | Maria Schneider Fedchock, 1960- (Maria Schneider, pseud.) |
| **Date of Creation:** | 1992 |
| **Names:** | Fedchock, Maria Schneider, 1960- |
| | Schneider, Maria, pseud. |



**Save, Print and Email (Help Page)**

Select Download Format  Full Record   Format for Print/Save
Enter your email address: _____  Email

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page