# EXHIBIT 78






**Video unavailable**
This content is not available in your country due to a legal complaint.

### БОРИС АКУНИН аудио книга

 valera gireev
1.08K subscribers

Subscribe    👍 1K   👎   ＋ Save   ⋯

141K views  4 years ago
Show more


**Борис Акунин**
WikiHelpTV
28K views • 10 years ago
1:48:13


**Эдуард Хруцкий, Осень в Сокольниках 1**
Аудиокниги онлайн
119K views • 4 years ago
1:51:49


**Александр Маршал: Дудь, Смольянинов, Назаров и сын /// ЭМПАТИЯ МАНУЧИ**
ЭМПАТИЯ МАНУЧИ 
68K views • 3 hours ago
New
1:01:26


**Hitlers Autobahn - Doku [HD]**
Darklord Dachshund
493K views • 5 years ago
43:33


**Beautiful Relaxing Music - Stop Overthinking, Stress Relief Music, Sleep Music, Calming Music**
Healing Soul 🎵
2.9M views • 7 months ago
3:42:07

**УМК "Психология". Курс лекций.**
Ирина Кузнецова
54

    


543K views • 8 years ago


**Building a house from pallets in winter. From beginning to end**
Lesnoy_Craft
5.3M views • 3 months ago


**Ghibli Medley Piano 2 hours 💖【Relaxing Ghibli】 Ghibli Piano Music makes you happy**
BGM Ghibli Studio
175K views • 1 month ago


**[ 11 chicks ! ] 79 days from nesting to fledging of Japanese Tit (nest box video 2021)**
しめさん
8.8M views • 1 year ago


**ЭРИХ МАРИЯ РЕМАРК «ТЕНИ В РАЮ». Часть 3. Аудиокнига. читает Всеволод Кузнецов**
СОЮЗ. Аудиокниги
247K views • 3 years ago

**Opens All the Ways | Attracts Abundance | Money | Universal Prosperity | Richness and Fullness**
Master of Abundance
2.3M views • 11 months ago

**БОРИС АКУНИН В ЛОНДОНЕ**
Profile Russia
48K views • 10 years ago

**Breakfast at Tiffany's**
YouTube Movies & TV
Romance • 1961
Free with ads    G

**studying like a scholar in the baroque period (playlist)**
nobody
1.1M views • 10 months ago

**"Непрямой эфир" с Василием Аркановым. Гость программы - Борис Акунин**
RTVI Новости
27K views • 6 years ago

**Аудиокнига. Карамзин Н.М. История государства Российского. Том 1**
11    ИДДК

**О самом себе 1 часть. Вольф Мессинг. Аудиокнига целиком. читает Бордуков А.**
СОЮЗ. Аудиокниги
89K views • 3 years ago

**God's Strong Protective Presence [Bible Sleep Meditation]**
Abide - Sleep Meditations
150K views • 1 month ago
Fundraiser    360°

**Beautiful Relaxing Music • Peaceful Piano Music & Guitar Music | Sunny Mornings by @PederBHellandMusic**
Soothing Relaxation
217M views • 4 years ago