# EXHIBIT 79

 YouTube

   Sign in

# Video unavailable

This content is not available in your country due to a legal complaint.

## A POTTER'S SONG - MARIA SCHNEIDER ORCHESTRA

 **lazy poker**
1.63K subscribers

Subscribe

👍 49   👎   ⊞ Save   ···

2.6K views  2 years ago
Show more

 3:41
**Maria Schneider on David Bowie**
JazzTimesVideos
6.5K views • 4 years ago

 5:47
**Joni Mitchell breaks up with David Crosby in the most brutal way**
The Rock and Roll Professor
527K views • 3 weeks ago

 5:13
**Maria Schneider on why streaming services aren't the answer**
JazzTimesVideos
6.6K views • 4 years ago

 35:59
**Art Works Podcast: Composer, conductor and 2019 NEA Jazz Master Maria Schneider**
National Endowment for the Arts ✔
1.1K views • 3 years ago

 44:30
**DAVE EDMUNDS & BILLY BREMNER DROSKAN UMEÅ 20070615**
bjuck57
3.6K views • 10 months ago

Case 3:20-cv-04423-JD   Document 248-39   Filed 02/13/23   Page 3 of 8



 Sign in


10:17

Joey DeFrancesco "Misty"
Joey DeFrancesco 🎵
11K views • 3 days ago
New


9:07

Zac Brown Band - Free/Into The Mystic (Recorded Live from Southern Ground HQ)
Zac Brown Band 🎵
15M views • 1 year ago


6:51

Gary Moore - Still Got The Blues
genesio rocca
11M views • 12 years ago


7:41

Creedence Clearwater Revival Classic Hits
Durvil Music TV
241K views • 1 month ago


51:23

Maria Schneider on the Creative Process
Library of Congress ✓
11K views • 6 years ago

1:07:43

NEA Jazz Masters: Maria Schneider (2019)
National Endowment for the Arts ✓
10K views • 3 years ago

CREAM Crossroads 1968
Antonio Cuevas
5.9M views • 7 years ago

The virtual reality THE LOFI 🎶 - - beats to study/chill to
EPIC SOUL
1.2M views • Streamed 6 months ago

Top Five (5) Songs For Mourning & Saying Goodbye :(
Michael Palmisano ✓
911K views • 3 months ago

Big Think Interview With Maria Schneider | Big Think
Big Think ✓
31K views • 10 years ago

Coldplay Greatest Hits Full Album 2021|| Coldplay Best Songs Playlist 2021
Rock Playlist
14M views • 1 year ago

Alfie - Burt Bacharach & Hal David performed by Stacey Kent and Jim Tomlinson
Stacey Kent Music 🎵
8.8K views • 3 days ago
New

   



# Video unavailable

This video is no longer available due to a copyright claim by Maria Schneider

GO TO HOME



  

Video unavailable

This content is not available in your country due to a legal complaint.

## THE THOMPSON FIELDS - MARIA SCHNEIDER ORCHESTRA



**lazy poker**
1.63K subscribers

Subscribe

👍 261   👎   ➕ Save   •••

10K views   2 years ago
Show more



NEA Jazz Masters: Maria Schneider (2019)
National Endowment for the Arts ✔
10K views • 3 years ago



S1Ep27 Highway Patrol Motorcycle A with Clint Eastwood in Chatsworth
chatsworthhistory1
524K views • 5 years ago



The Sting Interview
Rick Beato ✔
2.4M views • 1 year ago



Show of the Week - Count Basie and his Orchestra (1965)
yurinickolaevich
1.6M views • 10 years ago



If I'd Been The One - 38 Special 2021
Tim S.
47K views • 1 year ago

THE THOUSAND CHILD BAND SCHNEIDER RECORDS TRACK PAGE TOO

 YouTube

🔍 🎤 ⋮ 👤 Sign in



**Vertical Voices: The Music of Maria Schneider (Dollison and Marsh, ArtistShare®)**
Kerry Marsh
10K views • 12 years ago



**The Best of Debussy - Solo Piano | AI Art & Consistent Recordings | Relax, Sleep or Study Music**
Classical Oasis
91K views • 10 days ago



**Big Think Interview With Maria Schneider | Big Think**
Big Think ✔
31K views • 10 years ago



**Beegie Adair Trio - Autumn Leaves**
Nashvillejazz
19M views • 8 years ago



**David Gilmour - Shine On You Crazy Diamond (Live At Pompeii)**
David Gilmour 🎵
44M views • 3 years ago



**Maria Schneider Orchestra live Nevers 2005**
perceval degraal
6.6K views • 5 years ago

**Jerry Lee Lewis & Friends**
kvdberg1000
528K views • 10 years ago

**Maria Schneider on why streaming services aren't the answer**
JazzTimesVideos
6.6K views • 4 years ago

**The Best of Chopin**
HALIDONMUSIC ✔
32M views • 2 years ago
Fundraiser

**Being There**
YouTube Movies & TV
Action & adventure • 1979
Free with ads    PG

**Layla Live - Eric Clapton *Best Performance Ever* Crazy Solo!**
NRL, Music and Comedy
2M views • 15 years ago

**The Highwaymen - City of New Orleans (American Outlaws: Live at Nassau Coliseum, 1990)**
The Highwaymen 🎵
18M views • 3 years ago

WALKING BY FLASHLIGHT - MARIA SCHNEIDER ORCHESTRA - YouTube

 YouTube

   Sign in

Video unavailable

This content is not available in your country due to a legal complaint.

## WALKING BY FLASHLIGHT - MARIA SCHNEIDER ORCHESTRA

 lazy poker
1.63K subscribers

Subscribe

👍 365    👎    Save ➕    •••

18K views  2 years ago

Show more


7:48

**Walking by Flashlight (feat. Jay Anderson, Jeff Hirshfield)**
Frank Kimbrough - Topic
14K views • 6 years ago


6:23

**GGYJO Walking by Flashlight**
ThePapabull
2.3K views • 6 years ago


1:07:43

**Maria Schneider on the Creative Process**
Library of Congress ✓
11K views • 6 years ago


57:33

**Maria Schneider Orchestra live Nevers 2005**
perceval degraal
6.6K views • 5 years ago


3:30

**Billy Bremner's Rockfiles - Fine Fine Fine**
Mr Blues
1.2K views • 3 years ago

 🔍 🎤 ⋮ ⊙ Sign in



### Maria Schneider on her musical education
JazzTimesVideos
1.3K views • 4 years ago



### Tribute to Jeff Beck - Rest in Peace
The Depp Relatives
137K views • 4 weeks ago



### Chet Baker Quartet – No Problem (1980) [CD edition]
Pedro Nóbrega
9.1M views • 5 years ago



### About Maria Schneider's new album, "Winter Morning Walks"
Marie Le Claire
11K views • 10 years ago



### Top 50 Songs of 1975
Top Music Retro
1.9M views • 1 year ago

### NEA Jazz Masters: Maria Schneider (2019)
National Endowment for the Arts ✓
10K views • 3 years ago

### The Weight | Featuring Ringo Starr and Robbie Robertson | Playing For Change | Song Around The World
Playing For Change ✓
29M views • 3 years ago

### Soft Chopin
Chris Ohrugo
418K views • 1 month ago

### Maria Schneider on the musicians in her orchestra
JazzTimesVideos
2.2K views • 4 years ago

### Temple Of The Dog - Hunger Strike
Temple Of The Dog ♪
99M views • 10 years ago

### Being There
YouTube Movies & TV
Action & adventure • 1979
Free with ads   PG

### Why THIS Is The Greatest Country Song
Rick Beato ✓
370K views • Streamed 1 month ago