# EXHIBIT 80

   

Sign in

**Video unavailable**
This content is not available in your country due to a legal complaint.

### Cerulean Skies - 6 Floor Jazz Orchestra

 **6 Floor Jazz Orchestra**
113 subscribers

Subscribe        👍 24        👎        ➕ Save        ⋯

3.7K views   2 years ago
Show more

  **Journey Home - 6 Floor Jazz Orchestra**
8:14    6 Floor Jazz Orchestra
1.2K views · 5 months ago

  **Cerulean Skies - 6 Floor Jazz Orchestra**
22:02   6 Floor Jazz Orchestra
674 views · 5 months ago

  **Sky Blue - 6 Floor Jazz Orchestra**
8:55    6 Floor Jazz Orchestra
368 views · 5 months ago

  **Maiden Voyage Medley / Herbie Hancock (arr. Miho Hazama) - 6 Floor Jazz Orchestra**
9:02    6 Floor Jazz Orchestra
2.2K views · 1 year ago

  **Blues For Ball - AMG 4tet live @ Duc des Lombards, Paris 31/01/2023**
15:16   AMG
78 views · 9 days ago

    Search | mic | menu | Sign in


5:42

**Maria Schneider at WDR Studio 4: Interview | WDR BIG BAND**
WDR BIG BAND ✓
5.2K views • 3 years ago
8:00

**The Vanguard Jazz Orchestra: 50 Years of Mondays**
Jazz Night in America
128K views • 6 years ago
41:36

**Olé (J. Coltrane) - Jazz at Lincoln Center Jazz Orchestra**
Maria Klyanchenko
147K views • 7 years ago
14:33

**About Maria Schneider's new album, "Winter Morning Walks"**
Marie Le Claire
11K views • 10 years ago
6:08

**Maria Schneider on birding & inspiration**
JazzTimesVideos
801 views • 4 years ago
7:58

**Thinking - Norrbotten Big Band and KNOWER**
Norrbottensmusiken
307K views • 3 years ago

**Leo P at the BBC Proms 2017**
Brian Wicks
14M views • 5 years ago

**Maria Schneider on the Creative Process**
Library of Congress ✓
11K views • 6 years ago

**How I Can Play Hundreds of Jazz Songs from Memory**
Piano With Jonny
323K views • 2 years ago

**Discover Jazz - Ingrid Jensen**
Vermont Public
30K views • 6 years ago

**Joey DeFrancesco "Misty"**
Joey DeFrancesco 🎵
8.3K views • 2 days ago
New

**Chord Substitution: 5 Levels from Beginner to Pro 🎹**
Piano With Jonny
711K views • 8 months ago






**Video unavailable**
This content is not available in your country due to a legal complaint.

### A Potter's Song - Maria Schneider - Frost SJB

 Jessica Hawthorne
54 subscribers

Subscribe

 8

416 views • 3 years ago
Show more


**About Maria Schneider's new album, "Winter Morning Walks"**
Marie Le Claire
11K views • 10 years ago
6:08


**University of Miami Frost Concert Jazz Band @ 2016 NGJF**
Monterey Jazz Festival
8.2K views • 6 years ago
21:11


**Pie Jesu from Faure Requiem, arr. John Marcellus - Jessica Hawthorne, alto trombone**
Jessica Hawthorne
1.1K views • 7 years ago
2:54


**Morceau Symphonique - Guilmant - Trombone Duet**
Jessica Hawthorne
232 views • 1 year ago
6:28


**Tal Cohen Quartet - "Gavetsch"**
University of Miami - Frost School of Music - Studio Music and Jazz
5.3K views • 6 years ago
13:16

                                                                                                         


**Susan Boyle - I Dreamed A Dream - Britain's Got Talent - April 2009**
TheSBFII
4.3M views • 10 years ago


**Joey DeFrancesco "Misty"**
Joey DeFrancesco 🎵
8.3K views • 2 days ago
New


**Frost Concert Jazz Band - "North Rampart"**
University of Miami - Frost School of Music - Studio Music and Jazz
3.7K views • 6 years ago


**Sing Sang Sung**
Gordon Goodwin's Big Phat Band - Topic
449K views • 8 years ago


**Mozart Horn Concerto No 2, Allegro maestoso, alto trombone**
Jessica Hawthorne
403 views • 4 years ago

**Frost Concert Jazz Band - "Don't Jive The Hitman"**
University of Miami - Frost School of Music - Studio Music and Jazz
4.8K views • 6 years ago

**Albert Mangelsdorff Trio. 1983.**
SOGLIDER
28K views • 12 years ago

**Birdland**
Maynard Ferguson - Topic
112K views • 8 years ago

**Matt Forbes - 'Happy Together' [Official Music Video] The Turtles 4K**
Matt Forbes 🎵
51K views • 2 days ago
New

**Tom Thum: The orchestra in my mouth | TED**
TED ✓
33M views • 9 years ago

**Frost Concert Jazz Band - "Kopi Luwak"**
University of Miami - Frost School of Music - Studio Music and Jazz
5.8K views • 6 years ago

**Frost Studio Jazz Band - "Empty Ballroom Blues"**
University of Miami - Frost School of Music - Studio Music and Jazz
3.4K views • 5 years ago

2/12/23, 4:28 PM  My Lament - Hart House Jazz Ensemble (Comp. Maria Schneider) - YouTube

Case 3:20-cv-04423-JD   Document 248-40   Filed 02/13/23   Page 6 of 15



  

## Video unavailable
This content is not available in your country due to a legal complaint.

### My Lament - Hart House Jazz Ensemble (Comp. Maria Schneider)

 Hart House Jazz Ensemble
31 subscribers

Subscribe

👍 3   👎   Save   ⋯

104 views   3 years ago
Show more


**Mean To Me - Hart House Jazz Ensemble**
Hart House Jazz Ensemble
61 views • 3 years ago
2:35


**FRAMED ART TURN YOUR TV INTO A WORK OF ART!**
Framed Screensavers
251K views • 1 year ago
3:00:01


**This Sax Has a THICC Sound | Nexus Select Alto**
Saxologic 
2.4K views • 5 hours ago
New
8:02


**Joey DeFrancesco "Misty"**
Joey DeFrancesco 🎵
8.3K views • 2 days ago
New
9:07


**Sound of Music**
FoxConnect
17M views • 10 years ago
3:05

2/12/23, 4:28 PM My Lament - Hamilton Jazz Ensemble (comp. Maria Schneider) - YouTube

Case 3:20-cv-04423-JD   Document 248-40   Filed 02/13/23   Page 7 of 15



Guide    Sign in

New
`8:03`



### Beginner Saxophone Lesson 1 - Mouthpiece and Reed Setup Guide
Better Sax ✓
299K views • 3 years ago
`7:08`



### Matt Forbes - 'Happy Together' [Official Music Video] The Turtles 4K
Matt Forbes ♪
51K views • 2 days ago
New
`3:51`

### The Last of Mohicans | Soundtrack
misterflux
3.2M views • 8 years ago
`13:59`



### Saxophone Lesson - Beginner Saxophone - First Notes
McGill Music Sax School
296K views • 2 years ago
`16:06`



### Jazz Band PFW 2/8/23
Rexorg
13 views • 3 days ago
New
`3:13`



### Snider High School Wind Machine - Gratitude (2/7/23)
Carter Westfall
16 views • 4 days ago
New

### Dylan plays "Laura"
Matt Copenhaver
93 views • 3 days ago
New

### I Remember Clifford - OTHS Jazz Band
S3SOA - Music and Family
101 views • 2 weeks ago

### Top 10 BEST Solo Musicians on Got Talent Worldwide Will Leave You SPEECHLESS!
Top 10 Talent ✓
13M views • 5 months ago

### How to Play Higher Notes on Trumpet for Beginners | Trumpet Lesson Part 1
The Black Trumpeter
277K views • 4 years ago

### Jazz Cabaret 2023 Chelsea Bridge
Daryl Wheeler
2 views • 7 days ago

### The Sound of Inner Peace 14 | 528 Hz | Relaxing Music for Meditation, Zen, Yoga & Stress Relief
ParadiseTonight (Meditation Music & more) ✓
6.9M views • 10 months ago





# Video unavailable
This content is not available in your country due to a legal complaint.

## Sky Blue / Maria Schneider - 6 Floor Jazz Orchestra

 **6 Floor Jazz Orchestra**
113 subscribers

Subscribe      👍 19   👎   Save   ⋯

1.4K views   2 years ago
Show more


**Three Romances - 6 Floor Jazz Orchestra**
6 Floor Jazz Orchestra
638 views • 5 months ago
28:20


**Cerulean Skies - 6 Floor Jazz Orchestra**
6 Floor Jazz Orchestra
674 views • 5 months ago
22:02


**Cerulean Sky**
JB300Turbo
3.5K views • 13 years ago
8:30


**Hyper Ballad / Björk (Arr. Alan Ferber) - 6 Floor Jazz Orchestra**
6 Floor Jazz Orchestra
2.4K views • 2 years ago
7:40


**小さな空 (Small Sky) / Toru Takemitsu (Arr. Christopher Zuar) - 6 Floor Jazz Orchestra**
6 Floor Jazz Orchestra
690 views • 5 months ago
4:41

     

 8:14

 5:25
**Take Five (Instrumental)**
Dave Brubeck
62K views • 8 years ago

 9:58
**Ep. 1 Tongue Position: The Secret to High Notes**
ryanstrumpet
28K views • 5 months ago

 9:07
**Joey DeFrancesco "Misty"**
Joey DeFrancesco
8.3K views • 2 days ago
New

 22:09
**The Simplest Math Problem No One Can Solve - Collatz Conjecture**
Veritasium
32M views • 1 year ago

 9:49
**Choro Dançado - 6 Floor Jazz Orchestra**
6 Floor Jazz Orchestra
167 views • 5 months ago

**Big Think Interview With Maria Schneider | Big Think**
Big Think
31K views • 10 years ago

**Guns N' Roses - November Rain**
Guns N' Roses
1.9B views • 13 years ago

**Deep Focus Music to Improve Concentration 🐻 Study Music, Smooth Jazz Piano**
Cafe Relaxing Music
817K views • 1 month ago

**Trumpet Tip: Don't Tighten Your Lips to Play High Notes**
Ridgewood School of Music
143K views • 1 year ago

**Precious**
Jimi James
16 views • 11 days ago

**I'm Glad There Is You / 久保田浩(p) 2016年8月5日 (前テーマ～久保田のソロのみ) マイケル(tp)4 アックス小野(b) 原田迅明(ds) ファイブペニーズ**
じみた
18 views • 12 days ago

**Your First Clarinet Lesson**
Middle C Music
161K views • 8 years ago

Case 3:20-cv-04423-JD  Document 248-40  Filed 02/13/23  Page 10 of 15

    

Sign in

**Video unavailable**
This content is not available in your country due to a legal complaint.

### Scenes from childhood : part1 : Bombshelter Beast / Maria Schneider – 6 Floor Jazz Orchestra

 **6 Floor Jazz Orchestra**
113 subscribers

Subscribe       👍 4     👎     Save     ...

380 views   2 years ago
Show more


7:30
**Prelude, Fugue, and Riffs / Leonard Bernstein - 6 Floor Jazz Orchestra**
6 Floor Jazz Orchestra
616 views • 2 years ago


22:02
**Cerulean Skies - 6 Floor Jazz Orchestra**
6 Floor Jazz Orchestra
674 views • 5 months ago


8:55
**Sky Blue - 6 Floor Jazz Orchestra**
6 Floor Jazz Orchestra
368 views • 5 months ago


9:49
**Choro Dançado - 6 Floor Jazz Orchestra**
6 Floor Jazz Orchestra
167 views • 5 months ago


1:08:09
**카페미술관 라이브공연 23.01.27 "LAKHAN ORGAN SQUAD"**
cafe museum
118 views • 2 weeks ago



☰  YouTube                                                     🔍  🎤       ⋮      👤 Sign in

9:02


9:01    Tudo é Jazz - Maria Schneider [parte 13]
        festivaltudojazz
        32K views • 14 years ago


   15   Ryan's Trumpet
        ryanstrumpet
        Updated yesterday


20:40   The Genius Of Ringo Starr
        Drumeo ✓
        76K views • 3 days ago
        New


8:02    This Sax Has a THICC Sound | Nexus Select Alto
        Saxologic ✓
        2.4K views • 5 hours ago
        New


8:14    Journey Home - 6 Floor Jazz Orchestra
        6 Floor Jazz Orchestra
        1.2K views • 5 months ago

Can this Air Engine power a Lego Truck?
Brick Technology
2.6M views • 3 weeks ago


Relaxing and Nostalgic Video Game Music
SuperNinTaylor
186K views • 1 month ago


CREATE MIRACLES Golden Frequency of Abundance 999 Hz Law of Attraction | Music to Attract Money
Idyllic Melody ✓
2.9M views • 10 months ago


I Built a Wildlife Pond - here's what happened
Stefano Ianiro ✓
10M views • 2 months ago


Trumpet "Tips & Tricks"
   24   Charlie Porter


To Infinity And Beyond! (Band 'TNT', Composer: 변주영)/드럼캠(Drum Cam)
신희재
76 views • 8 days ago


20221125 심야의숲
Lamb Shelter
30 views • 13 days ago

   

# Video unavailable
This content is not available in your country due to a legal complaint.

## Choro dançado / Maria Schneider – 6 Floor Jazz Orchestra

 **6 Floor Jazz Orchestra**
113 subscribers

Subscribe            👍 4    👎    Save    ···

720 views  2 years ago
Show more


**Tudo é Jazz - Maria Schneider [parte 12]**
festivaltudojazz
192K views • 14 years ago
9:01


**Cómo nos duchamos y lavamos la ropa a -71°C | Yakutia, Siberia**
Kiun B en Español
2M views • 1 month ago
9:18


**Samara Joy - Sweet Pumpkin (Duo Version / Audio) ft. Gerald Clayton**
Samara Joy 🎵
23K views • 5 days ago
New
3:45


**Hang Gliding - 6 Floor Jazz Orchestra @斑尾Jazz 2022**
6 Floor Jazz Orchestra
451 views • 1 month ago
13:54


**Three Romances: I. Choro Dançado - Jokobo Double Quartet - UNT Fall 2014**
Sopon Suwannakit
1.6K views • 8 years ago
10:25

   

Sign in


7:40


48:09

20221125 심야의숲
Lamb Shelter
30 views • 13 days ago


9:30

Through Culture and Tradition / Miguel Zenón - 6 Floor Jazz Orchestra
6 Floor Jazz Orchestra
817 views • 5 months ago


8:14

Journey Home - 6 Floor Jazz Orchestra
6 Floor Jazz Orchestra
1.2K views • 5 months ago


9:49

Choro Dançado - 6 Floor Jazz Orchestra
6 Floor Jazz Orchestra
167 views • 5 months ago


9:01

Tudo é Jazz - Maria Schneider [parte 13]
festivaltudojazz
32K views • 14 years ago

Easy Saxophone Jam for Absolute Beginners
McGill Music Sax School
287K views • 2 years ago

Maiden Voyage Medley / Herbie Hancock (arr. Miho Hazama) - 6 Floor Jazz Orchestra
6 Floor Jazz Orchestra
2.2K views • 1 year ago

Sky Blue - 6 Floor Jazz Orchestra
6 Floor Jazz Orchestra
368 views • 5 months ago

Rainy Night Jazz Lounge with Relaxing Jazz Bar Classics for Woking, Relaxing, Studying
Rainy Day Coffee
663 watching
LIVE

Joey DeFrancesco "Misty"
Joey DeFrancesco ♪
8.3K views • 2 days ago
New

Saxophone Lesson - Beginner Saxophone - First Notes
McGill Music Sax School
296K views • 2 years ago

Hear Sean Rowe's Fresh Take on Dolly Parton's Country Classic - "Jolene"
Sean Rowe ♪
4.6K views • 4 days ago
New







Sign in

**Video unavailable**
This content is not available in your country due to a legal complaint.

### Mi Recital de Grado Pt 6 Wyrgly Maria Schneider

 La clase de Juan
54.9K subscribers

Subscribe     117     Save     ⋯

1.6K views  2 years ago
Show more


**Mi Recital de Grado Pt 4 Lula Juan. F Pulido**
La clase de Juan
986 views • 2 years ago
6:57


**2011- EASY MONEY SANT ANDREU JAZZ BAND & JESSE DAVIS ( JOAN CHAMORRO DIRECCION )**
Joan Chamorro
4.4M views • 9 years ago
7:27


**Tumbao, aprendiendo montunos.**
La clase de Juan
207K views • 3 years ago
10:37


**Escalas disminuidas**
La clase de Juan
19K views • 4 years ago
6:36


**Montuno y Tumbao**
Lucas Daniel Quintana
6.8K views • 2 years ago
31:30

   



### Orquesta de La luz: la insólita historia de 'Salsa caliente del Japón'
Salserísimo Perú ✓
1.3M views • 2 years ago



### GRP All-Star Big Band
GRP All-Star Big Band
Updated 5 days ago

12

### How to translate the feeling into sound | Claudio | TEDxPerth
TEDx Talks ✓
2.5M views • 6 years ago



### Reaccionando a solos de trompeta.
La clase de Juan
14K views • 2 years ago



### ¡Las escalas que deberías saber!
La clase de Juan
15K views • 2 months ago



### USC Undergrad Senior Recital | Dalton Hayse Sextet
Dalton Hayse
21 views • 6 days ago
New

### 2023 01 02 Adirondack Jazz Orchestra @ Olive Ridley's
Adirondack Jazz Orchestra
57 views • 8 days ago

### Introducción a las métricas irregulares
La clase de Juan
15K views • 3 years ago

### Mi Recital de Grado Pt 5 American Express Thadd Jones Mel Lewis
La clase de Juan
969 views • 2 years ago

### Live @ the UCO Jazz Lab
UCO Jazz Lab
254 views • Streamed 5 days ago
New

### Armonía Cuartal ¡Lo que debes saber!
La clase de Juan
3.3K views • 6 days ago
New

### La armonía de Coltrane
La clase de Juan
44K views • 4 years ago

