DAVID H. KRAMER, SBN 168452
MAURA L. REES, SBN 191698
LAUREN GALLO WHITE, SBN 309075
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email:  dkramer@wsgr.com
        mrees@wsgr.com
        lwhite@wsgr.com

BRIAN M. WILLEN (admitted *Pro Hac Vice*)
CATHERINE R. HARTMAN (admitted *Pro Hac Vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, NY 10019-6022
Telephone: (212) 999-5800
Facsimile: (212) 999-5801
Email:  bwillen@wsgr.com
Email:  chartman@wsgr.com

Attorneys for Defendants and Counterclaimants
YOUTUBE, LLC and GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING LTD., individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>　　　　　Defendants<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>　　　　　Counterclaimants,<br><br>　　v.<br><br>PIRATE MONITOR LTD, PIRATE MONITOR LLC, and GÁBOR CSUPÓ,<br><br>　　　　　Counterclaim Defendants. | CASE NO.: 3:20-cv-04423-JD<br><br>**YOUTUBE, LLC AND GOOGLE LLC'S ADMINISTRATIVE MOTION PURSUANT TO CIVIL LOCAL RULE 7-11 FOR PAGE EXTENSION** |

1  Pursuant to Civil Local Rule 7-11, Defendants and Counterclaimants YouTube, LLC and
2  Google LLC (together, "YouTube") request seven (7) additional pages for their forthcoming
3  Opposition to Plaintiffs' Renewed Motion for Class Certification, currently due March 6, 2023.
4  This modest extension will allow YouTube to respond to the substantial revisions Plaintiffs
5  undertook to their prior certification motion (ECF 213).[1]

6  The Court set renewed briefing surmising that almost all of the material in Plaintiffs'
7  renewed motion would be the same. See Kramer Decl. Ex. A ("Hearing Tr.") at 7:17-8:1. That
8  did not prove true. Plaintiffs introduced four new class definitions, and new arguments for an
9  issues class and claims administrator. The four putative classes differ from those identified in
10 both their operative complaint and from those in their prior motion. Plaintiffs have also added
11 new arguments about why the named plaintiffs are supposedly suitable class representatives.
12 And they lean heavily on experts whose reports and deposition testimony were absent from their
13 prior motion.

14  To be clear, Plaintiffs' motion remains meritless. But the additional arguments and
15 accouterments are matters Defendants seek to address and refute. YouTube has attempted in
16 good faith to address these new arguments in the allotted page limit; however, a more complete
17 response will facilitate the Court's evaluation. *Cf. Freedline v. O Organics LLC et al.*, 445
18 F.Supp. 3d 85, 91 (N.D. Cal. Mar. 31, 2020) (where "class arguments in the briefs… before the
19 Court [were] not well developed," Defendants were granted additional pages to provide more
20 extensive arguments concerning the class). Accordingly, YouTube respectfully requests that this
21 Court grant YouTube seven additional pages for its forthcoming Opposition.

22

23 Dated: February 27, 2023                    WILSON SONSINI GOODRICH & ROSATI

24                                             By: /s/ *David H. Kramer*
                                                   David H. Kramer
25
                                               *Attorneys for Defendants*
26

---

27 [1] Defendants sought Plaintiffs' consent to the additional pages on February 22. Plaintiffs refused,
28 stating their view that no extension was necessary. Kramer Decl. at ¶ 2.

ADMINISTRATIVE MOTION                    -1-                    CASE NO. 3:20-CV-04423-JD
FOR PAGE EXTENSION