| | |
|---|---|
| DAVID H. KRAMER, SBN 168452<br>MAURA L. REES, SBN 191698<br>LAUREN GALLO WHITE, SBN 309075<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone: (650) 493-9300<br>Facsimile: (650) 565-5100<br>Email:  dkramer@wsgr.com<br>            mrees@wsgr.com<br>            lwhite@wsgr.com | BRIAN M. WILLEN (admitted *Pro Hac Vice*)<br>CATHERINE R. HARTMAN (admitted *Pro Hac Vice*)<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>1301 Avenue of the Americas, 40th Floor<br>New York, NY 10019-6022<br>Telephone: (212) 999-5800<br>Facsimile: (212) 999-5801<br>Email:  bwillen@wsgr.com<br>Email:  chartman@wsgr.com |

Attorneys for Defendants and Counterclaimants
YOUTUBE, LLC and GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING LTD., individually and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>  Defendants<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>  Counterclaimants,<br><br>  v.<br><br>PIRATE MONITOR LTD, PIRATE MONITOR LLC, and GÁBOR CSUPÓ,<br><br>  Counterclaim Defendants. | CASE NO.: 3:20-cv-04423-JD<br><br>**DECLARATION OF DAVID H. KRAMER IN SUPPORT OF YOUTUBE, LLC AND GOOGLE LLC'S ADMINISTRATIVE MOTION PURSUANT TO CIVIL LOCAL RULE 7-11 FOR PAGE EXTENSION** |

I, David H. Kramer, hereby declare as follows:

1. I am an attorney at Wilson, Sonsini, Goodrich & Rosati, counsel for Defendants YouTube LLC and Google LLC (together, "YouTube") in this matter. I submit this motion in support of YouTube's Administrative Motion for Page Extension pursuant to Civil Local Rule 7-11. I make this declaration based on my personal knowledge, and, if called as a witness, I could and would testify competently to the information set forth herein.

2. On Wednesday, February 22, 2023, I emailed Philip Korologos, Plaintiffs' counsel, asking whether Plaintiffs would agree to YouTube's request for a limited page extension. Mr. Korologos replied the next day, stating Plaintiffs would oppose the request. The following day he explained that Plaintiffs did not believe an extension was necessary.

3. Attached hereto as **Exhibit A** is the cover page and relevant excerpt from a December 15, 2022 hearing in this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on February 27, 2023 at Palo Alto, California.

                                        /s/ David H. Kramer
                                        David H. Kramer

# EXHIBIT A

```
                                                  Pages 1 - 32

               UNITED STATES DISTRICT COURT

              NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable James Donato, Judge

MARIA SCHNEIDER, UNIGLOBE           )
ENTERTAINMENT, LLC and AST PUBLISHING)
LTD., individually and on behalf of )
all others similarly situated,      )
                                    )
          Plaintiffs,               )
                                    )
  VS.                               ) NO. C 20-04423 JD
                                    )
YOUTUBE, LLC; and GOOGLE LLC,       )
                                    )
          Defendants.               )
_____)
                                    )
YOUTUBE, LLC; and GOOGLE LLC,       )
                                    )
          Counter-Claimants,        )
                                    )
  VS.                               )
                                    )
PIRATE MONITOR LTD., GABOR CSUPO, and)
PIRATE MONITOR LLC,                 )
                                    )
          Counter-Defendants.       )
_____)

                          San Francisco, California
                          Thursday, December 15, 2022


                   **TRANSCRIPT OF PROCEEDINGS**



                  **(APPEARANCES ON FOLLOWING PAGE)**




REPORTED BY:  Ana Dub, RDR, RMR, CRR, CCRR, CRG, CCG
              CSR No. 7445, Official U.S. Reporter
```

```
1    APPEARANCES:

2    For Plaintiffs and Counter-Defendants:
                    BOIES SCHILLER FLEXNER LLP
3                   55 Hudson Yards, 20th Floor
                    New York, New York 10001
4            BY:    PHILIP C. KOROLOGOS, ATTORNEY AT LAW

5
                    BOIES SCHILLER FLEXNER LLP
6                   44 Montgomery Street, 41st Floor
                    San Francisco, California 94104
7            BY:    JOSHUA I. SCHILLER, ATTORNEY AT LAW

8
                    KOREIN TILLERY LLC
9                   205 North Michigan Plaza, Suite 1950
                    Chicago, Illinois 60601
10           BY:    GEORGE A. ZELCS, ATTORNEY AT LAW

11

12

13   For Defendants and Counter-Claimants:
                    WILSON, SONSINI, GOODRICH & ROSATI
14                  650 Page Mill Road
                    Palo Alto, California 94304
15           BY:    DAVID H. KRAMER, ATTORNEY AT LAW
                    LAUREN GALLO WHITE, ATTORNEY AT LAW
16                  QIFAN HUANG, ATTORNEY AT LAW
```

1   **THE COURT:** Is that too close?

2   **MR. KOROLOGOS:** I think we can do that.

3   **THE COURT:** Whatever that first Monday is in March, how
4   about that?

5   **MR. KOROLOGOS:** First Monday in March?

6   **THE COURT:** Not March. I'm sorry. February.

7   **MR. KOROLOGOS:** That may be close.

8   **THE COURT:** What would you like? Do you want three weeks
9   after the 20th? I don't want to go too far out because you
10  have a trial date that I want to actually move up. So, yeah.

11  **MR. KOROLOGOS:** Okay. We appreciate that.

12  **THE COURT:** Yeah.

13  **MR. KOROLOGOS:** I don't know -- how about February 15? I
14  don't know what day of the week that is.

15  **THE COURT:** Okay. That's about -- that's, like, three
16  weeks after the end of the dead- -- that seems reasonable.
17  You're just revising it. Okay?

18  **MR. KOROLOGOS:** Right.

19  **THE COURT:** You already have what you have. And I'm
20  assuming there'll be some revisions. You will have to account
21  for summary judgment at a minimum. So, okay.

22  **MR. KOROLOGOS:** Yes, Your Honor.

23  **THE COURT:** Okay. And then you've already seen this,
24  90 percent of it, 80 percent of it. How about two weeks, three
25  weeks to respond?

1    **MR. KRAMER:** Three would work, Your Honor.
2    **THE COURT:** Okay. So we'll do -- did you say
3    February 15th?
4    **MR. KOROLOGOS:** Yes, Your Honor.
5    **THE COURT:** What day of the week is that?
6    **THE CLERK:** Wednesday.
7    **THE COURT:** How about February 13? Is that a Monday?
8    **THE CLERK:** Yes.
9    **THE COURT:** Okay. Let's do February 13th, Monday the 13th
10   for your revised class cert brief.
11       And then what's three weeks from that, Ms. Clark?
12   **THE CLERK:** March 6.
13   **THE COURT:** All right. And then the opposition will be
14   March 6th. And the reply, which is always optional, will be
15   March 13th. Okay.
16       All right. Now, I have you down for August 21st for
17   trial. I would like to have you in earlier, mainly for my
18   reasons. So how about end of June?
19   **MR. KRAMER:** So -- Mr. Korologos, please.
20   **THE COURT:** You have the burden of proof; so I'll start
21   with you. Is that -- it's just maybe 90 days sooner than you
22   were planning.
23   **MR. KOROLOGOS:** I'm not concerned about that, Your Honor.
24   I'm trying to mentally think about whether I've got a conflict
25   in another case.