UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING LTD., individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>    Defendants<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>    Counterclaimants,<br><br>    v.<br><br>PIRATE MONITOR LTD, PIRATE MONITOR LLC, and GÁBOR CSUPÓ,<br><br>    Counterclaim Defendants. | CASE NO.: 3:20-cv-04423-JD<br><br>**[PROPOSED] ORDER GRANTING YOUTUBE, LLC AND GOOGLE LLC'S ADMINISTRATIVE MOTION PURSUANT TO CIVIL LOCAL RULE 7-11 FOR PAGE EXTENSION** |

[PROPOSED] ORDER                                                                                        CASE NO. 3:20-cv-04423-JD

Pursuant to Civil Local Rule 7-11 and after consideration of Defendants and Counterclaimants YouTube, LLC and Google LLC's (together "YouTube") Administrative Motion for Page Extension (the "Motion"), and the papers filed by both parties in connection to same, the Court is of the opinion that the Motion should be GRANTED. Accordingly, the Court hereby orders as follows:

  1.  YouTube may use up to seven (7) additional pages for its opposition to Plaintiffs' motion for class certification beyond the 25-page limit provided in this Court's Civil Local Rule 7-4(b).

**IT IS SO ORDERED.**

DATED: _____

                     HONORABLE JAMES DONATO
                     UNITED STATES DISTRICT JUDGE