George A. Zelcs*
gzelcs@koreintillery.com
Randall P. Ewing, Jr.*
rewing@koreintillery.com
Ryan Z. Cortazar*
rcortazar@koreintillery.com
**KOREIN TILLERY, LLC**
205 North Michigan, Suite 1950
Chicago, IL  60601
Telephone: (312) 641-9750
Facsimile: (312) 641-9751

Stephen M. Tillery*
stillery@koreintillery.com
Steven M. Berezney, CA Bar #329923
sberezney@koreintillery.com
Carol O'Keefe*
cokeefe@koreintillery.com
**KOREIN TILLERY, LLC**
505 North 7th Street, Suite 3600
St. Louis, MO  63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

Joshua Irwin Schiller, CA Bar #330653
jischiller@bsfllp.com
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery St., 41st Floor
San Francisco, CA  94104
Telephone: (415) 293-6800
Facsimile: (415) 293-6899

Philip C. Korologos*
pkorologos@bsfllp.com
Joanna Wright*
jwright@bsfllp.com
Jeffrey Waldron*
jwaldron@bsfllp.com
**BOIES SCHILLER FLEXNER LLP**
55 Hudson Yards, 20th Floor
New York, NY 10001
Telephone: (212) 446-2300
Facsimile: (212) 446-2350

*Admitted *pro hac vice*
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING LTD., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>Defendants. | CASE NO.: 3:20-cv-04423-JD<br><br>**PLAINTIFFS' OPPOSITION TO DEFENDANTS' ADMINISTRATIVE MOTION PURSUANT TO LOCAL RULE 7-11 FOR PAGE EXTENSION**<br><br>Judge:  Hon. James Donato |

As Plaintiffs noted when Defendants asked for additional pages last Wednesday,

> "The Court's Standing Order for Civil Cases specifically states that for class certification motions, opening and opposition briefs may not exceed 25 pages. We understand these page limits to be based on Judge Donato's long experience and his confidence that they are sufficient for most motions. We do not believe that our class certification motion raises issues requiring a change to the Court's page limits, which Plaintiffs complied with in our opening brief.

(Declaration of Philip Korologos (Korologos Decl.) Ex. A—2/22-24/2023 Email exchange between counsel.) Plaintiffs' understanding of the Court's page limits arises from the Court's Standing Order for Civil Cases and from *Doe v. City of Concord*, 2021 WL 3140782, Case No. 20-cv-02432-JD (N.D.CA July 26, 2021) (Donato, J.): "The parties are advised that the Court's page limits are based on long experience and its confidence that they are more than enough for most motions. Additional pages will rarely be granted."[1]

Defendants argue that the "Court set renewed briefing surmising that almost all of the material in Plaintiffs' renewed motion would be the same" but that there were more differences than Defendants anticipated. But the cited discussion with the Court about the expected similarity in arguments was in connection with determining the timing of the filing of the revised motion, opposition, and reply briefs; not about their length. (Korologos Decl. Ex. B—12/15/22 Hrg. Tr. at 6:23–8:15.) Moreover, Plaintiffs complied with the Court's page limits in submitting a 25-page opening class certification brief. And, Defendants' reliance on Plaintiffs introducing "arguments for an issues class and claims administrator" fails to note that those "new" points take no more than 18 lines in Plaintiffs' 25-page opening brief. [ECF 245 at 24:25–25:14.]

Nor can it be a surprise to Defendants (let alone a page lengthening issue) that Plaintiffs rely on the depositions and reports of experts that occurred after the prior round of briefing. During the December 15, 2022, hearing, the Court made clear that incorporating such testimony

---

[1] Defendants' sole cited case *Freedline v. O Organics*, 445 F. Supp. 3d 85, 91 (N.D.CA 2020) (Donato, J.) is inapposite. *Freedline* was a motion to dismiss decision where the briefs of both sides were not well developed on class-related issues. The Court asked for the additional briefing on the undeveloped class issues noting, "Both sides would benefit from the opportunity for more extensive briefing on these issues" but allowed just 10 pages of argument on those class issues and only if the Plaintiffs chose not to amend their complaint. *Id.*

from the experts, as well as the then-upcoming Court's summary judgment opinion, drove the required re-briefing: "It just doesn't make any sense to me to do class cert" before expert reports and depositions are done in January; plus, "I have my summary judgment order which will be coming out very soon.  You need to take that into account." (Korologos Decl. Ex. B—12/15/22 Hrg. Tr. at 3:13–4:3.)

      Plaintiffs respectfully suggest that consistent with the Court's Standing Order, 25 pages of opposition briefing is an appropriate length to respond to Plaintiffs' 25-page opening brief and that Defendants administrative motion should be denied.

Dated:  March 1, 2023

                                              Respectfully submitted,

                                          /s/ Philip C. Korologos
                                          Philip C. Korologos (*pro hac vice*)
                                          pkorologos@bsfllp.com
                                          Joanna Wright (*pro hac vice*)
                                          jwright@bsfllp.com
                                          Jeffrey Waldron (*pro hac vice*)
                                          jwaldron@bsfllp.com (*pro hac vice*)
                                          BOIES SCHILLER FLEXNER LLP
                                          55 Hudson Yards, 20th Floor
                                          New York, NY 10001
                                          Telephone: (212) 446-2300
                                          Facsimile: (212) 446-2350

                                          Joshua Irwin Schiller, CA Bar #330653
                                          jischiller@bsfllp.com
                                          BOIES SCHILLER FLEXNER LLP
                                          44 Montgomery St., 41st Floor
                                          San Francisco, CA 94104
                                          Telephone: (415) 293-6800
                                          Facsimile: (415) 293-6899

George A. Zelcs (*pro hac vice*)
*gzelcs@koreintillery.com*
Randall P. Ewing, Jr. (*pro hac vice*)
*rewing@koreintillery.com*
Ryan Z. Cortazar (*pro hac vice*)
*rcortazar@koreintillery.com*
KOREIN TILLERY, LLC
205 North Michigan, Suite 1950
Chicago, IL 60601
Telephone: (312) 641-9750
Facsimile: (312) 641-9751

Stephen M. Tillery (*pro hac vice*)
*stillery@koreintillery.com*
Steven M. Berezney, CA Bar #329923
*sberezney@koreintillery.com*
Carol O'Keefe (*pro hac vice*)
*cokeefe@koreintillery.com*
KOREIN TILLERY, LLC
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

*Attorneys for Plaintiffs*

PLAINTIFFS' OPPOSITION TO DEFENDANTS' ADMINISTRATIVE MOTION PURSUANT TO LOCAL RULE 7-11 FOR PAGE EXTENSION