| | |
|---|---|
| George A. Zelcs* | Joshua Irwin Schiller, CA Bar #330653 |
| gzelcs@koreintillery.com | jischiller@bsfllp.com |
| Randall P. Ewing, Jr.* | **BOIES SCHILLER FLEXNER LLP** |
| rewing@koreintillery.com | 44 Montgomery St., 41st Floor |
| Ryan Z. Cortazar* | San Francisco, CA 94104 |
| rcortazar@koreintillery.com | Telephone: (415) 293-6800 |
| **KOREIN TILLERY, LLC** | Facsimile: (415) 293-6899 |
| 205 North Michigan, Suite 1950 | |
| Chicago, IL 60601 | Philip C. Korologos* |
| Telephone: (312) 641-9750 | pkorologos@bsfllp.com |
| Facsimile: (312) 641-9751 | Joanna Wright* |
| | jwright@bsfllp.com |
| Stephen M. Tillery* | Jeffrey Waldron* |
| stillery@koreintillery.com | jwaldron@bsfllp.com |
| Steven M. Berezney, CA Bar #329923 | **BOIES SCHILLER FLEXNER LLP** |
| sberezney@koreintillery.com | 55 Hudson Yards, 20th Floor |
| Carol O'Keefe* | New York, NY 10001 |
| cokeefe@koreintillery.com | Telephone: (212) 446-2300 |
| **KOREIN TILLERY, LLC** | Facsimile: (212) 446-2350 |
| 505 North 7th Street, Suite 3600 | |
| St. Louis, MO 63101 | |
| Telephone: (314) 241-4844 | |
| Facsimile: (314) 241-3525 | |

*Admitted *pro hac vice*
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING LTD., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>Defendants. | CASE NO.: 3:20-cv-04423-JD<br><br>**DECLARATION OF PHILIP KOROLOGOS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' ADMINISTRATIVE MOTION PURSUANT TO LOCAL RULE 7-11 FOR PAGE EXTENSION** |

1  PHILIP KOROLOOS hereby declares as follows:

2  1. I am a member of the law firm Boies Schiller Flexner LLP, counsel for Plaintiffs

3  and the putative class in the above captioned action. I submit this declaration in support of the

4  Plaintiffs' Opposition to Defendants' Administrative Motion Pursuant to Local Rule 7-11 for Page

5  Extension.

6  2. Attached hereto as **Exhibit A** is a true and correct copy of an email exchange between

7  Defendants' counsel, David Kramer, and myself occurring over February 22, 2023, to February 24,

8  2023.

9  3. Attached hereto as **Exhibit B** is a true and correct copy of excerpts of the transcript of

10  the December 15, 2022, proceedings held before the Court in this case.

11  I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and

12  correct.

13  
Dated: March 1, 2023
14  Chatham, New York

15               /s/ *Philip Korologos*
              Philip Korologos
16

17

18

19

20

21

22

23

24

25

26

27

28

2                                                      3:20-cv-04423-JD

DECLARATION OF PHILIP KOROLOGOS IN SUPPORT OF PLAINTFF'S
OPPOSITION TO DEFENDANTS' ADMINISTRATIVE MOTION