# EXHIBIT A

**Subject:** Re: Class Cert Briefing in Schneider
**Date:** Friday, February 24, 2023 at 8:45:31 PM Eastern Standard Time
**From:** Philip Korologos
**To:** Kramer, David

Dave:

The Court's Standing Order for Civil Cases specifically states that for class certification motions, opening and opposition briefs may not exceed 25 pages.   We understand these page limits to be based on Judge Donato's long experience and his confidence that they are sufficient for most motions.   We do not believe that our class certification motion raises issues requiring a change to the Court's page limits, which Plaintiffs complied with in our opening brief.

Best,

Phil


**Philip Korologos**
Partner

**BOIES SCHILLER FLEXNER** LLP

55 Hudson Yards
New York, NY 10001
(t) +1 212 446 2390
(m) +1 917 331 8000
pkorologos@bsfllp.com
www.bsfllp.com


**From:** Kramer, David <DKramer@wsgr.com>
**Date:** Friday, February 24, 2023 at 2:07 AM
**To:** Philip Korologos <Pkorologos@BSFLLP.com>
**Subject:** Re: Class Cert Briefing in Schneider

Thanks for getting back to me.

What is the basis for your position?


On Feb 23, 2023 8:36 PM, Philip Korologos <Pkorologos@BSFLLP.com> wrote:

EXT - pkorologos@bsfllp.com

Dave:

We are not willing to stipulate and instead oppose your request for additional pages for Defendants'

opposition to class certification.

Best regards,

Phil

**Philip Korologos**
Partner

**BOIES SCHILLER FLEXNER** LLP

55 Hudson Yards
New York, NY 10001
(t) +1 212 446 2390
(m) +1 917 331 8000
pkorologos@bsfllp.com
www.bsfllp.com

---

**From:** Kramer, David <DKramer@wsgr.com>
**Date:** Wednesday, February 22, 2023 at 6:52 PM
**To:** Philip Korologos <Pkorologos@BSFLLP.com>
**Subject:** Class Cert Briefing in Schneider

**CAUTION**: External email. Please do not respond to or click on links/attachments unless you recognize the sender.

---

Phil,

We need some additional space to address the new arguments you have raised on class certification. We would like to increase the page limit for our opposition brief by 8 pages. Please let me know tomorrow if you can whether Plaintiffs will stipulate to that.

Thanks,

Dave

This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]

This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.