# EXHIBIT B

```
                                                    Pages 1 - 32

              UNITED STATES DISTRICT COURT

            NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable James Donato, Judge

MARIA SCHNEIDER, UNIGLOBE              )
ENTERTAINMENT, LLC and AST PUBLISHING   )
LTD., individually and on behalf of    )
all others similarly situated,         )
                                       )
           Plaintiffs,                 )
                                       )
  VS.                                  ) NO. C 20-04423 JD
                                       )
YOUTUBE, LLC; and GOOGLE LLC,          )
                                       )
           Defendants.                 )
_____)
                                       )
YOUTUBE, LLC; and GOOGLE LLC,          )
                                       )
           Counter-Claimants,          )
                                       )
  VS.                                  )
                                       )
PIRATE MONITOR LTD., GABOR CSUPO, and  )
PIRATE MONITOR LLC,                    )
                                       )
           Counter-Defendants.         )
_____)

                              San Francisco, California
                              Thursday, December 15, 2022


                    **TRANSCRIPT OF PROCEEDINGS**



              **(APPEARANCES ON FOLLOWING PAGE)**




REPORTED BY:  Ana Dub, RDR, RMR, CRR, CCRR, CRG, CCG
              CSR No. 7445, Official U.S. Reporter
```

```
 1   APPEARANCES:

 2   For Plaintiffs and Counter-Defendants:
                    BOIES SCHILLER FLEXNER LLP
 3                  55 Hudson Yards, 20th Floor
                    New York, New York 10001
 4            BY:   PHILIP C. KOROLOGOS, ATTORNEY AT LAW

 5
                    BOIES SCHILLER FLEXNER LLP
 6                  44 Montgomery Street, 41st Floor
                    San Francisco, California 94104
 7            BY:   JOSHUA I. SCHILLER, ATTORNEY AT LAW

 8
                    KOREIN TILLERY LLC
 9                  205 North Michigan Plaza, Suite 1950
                    Chicago, Illinois 60601
10            BY:   GEORGE A. ZELCS, ATTORNEY AT LAW

11

12

13   For Defendants and Counter-Claimants:
                    WILSON, SONSINI, GOODRICH & ROSATI
14                  650 Page Mill Road
                    Palo Alto, California 94304
15            BY:   DAVID H. KRAMER, ATTORNEY AT LAW
                    LAUREN GALLO WHITE, ATTORNEY AT LAW
16                  QIFAN HUANG, ATTORNEY AT LAW

17

18

19

20

21

22

23

24

25
```

```
 1    Thursday - December 15, 2022                        10:23 a.m.
 2                        P R O C E E D I N G S
 3                              ---o0o---
 4        THE CLERK:  Calling Civil 20-4423, Schneider, et al. vs.
 5    YouTube, LLC.
 6        MR. KOROLOGOS:  Good morning, Your Honor.  Phil Korologos
 7    with Boies Schiller Flexner.  My partner Josh Schiller is with
 8    me as well and Mr. Zelcs from the Korein Tillery firm.
 9        MR. ZELCS:  Good morning, Your Honor.
10        MR. KRAMER:  Good morning, Your Honor.  Dave Kramer from
11    Wilson Sonsini for the defendants, and with me are my
12    colleagues Lauren White and Qifan Huang.
13        THE COURT:  I'm not going to do the class cert today.
14        Here's what we're going to do.  I sent you -- it may be
15    that our communications were too cryptic, but I thought you
16    were going to -- you pushed all the schedule out, and you're
17    not even going to do your expert stuff until January.  The
18    final depos will close in January; right?  January 20th?  And
19    you're going to do your reports after that.
20        It just doesn't make any sense to me to do class cert.
21    Plus, I have my summary judgment order which will be coming out
22    very soon.  You need to take that into account.
23        So I'm having you in to tell you we're not going to do
24    this until all of that's done.  You've got to set the table
25    before we get to something as significant as class cert in this
```

1  case.  And this is not -- as you know better than I do, this is
2  not a run-of-the-mill Rule 23 motion.  It's going to have some
3  issues.
4      So summary judgment, I'm not going to tie my hands, but I
5  expect to have it out before the end of the year.  And you need
6  to take that into account in your certification motion, both of
7  you.  And then finish your expert work and make sure that all
8  goes into the class cert motion as well.
9      It's going to be one and done.  I'm not going to do class
10 cert and then have you come back and say:  Oh, there's a
11 blockbuster revelation from the experts so we need to redo it.
12 Okay?
13     **MR. KRAMER:**  Sure, Your Honor.
14     **THE COURT:**  So I'm going to terminate all this.  You can
15 refile seasonably after the experts get their things done.
16     Now, let me ask you a question.  So the revised reports
17 were finished at the end of this month; is that right?
18     **MR. KRAMER:**  The rebuttals are due at the end of this
19 month --
20     **THE COURT:**  Rebuttals.  Okay.
21     **MR. KRAMER:**  -- Your Honor.
22     We now have the revised reports.
23     **THE COURT:**  Okay.  So you have those.  One last round is
24 coming of reports.
25     **MR. KRAMER:**  Just the rebuttals.  We have the

```
 1   plaintiffs' --
 2        THE COURT:  No, I know.  But everybody -- the rebuttals,
 3   that's when everybody suddenly sees the light and that's when
 4   their real opinions come out.  So you've got to go through
 5   that.
 6        Then you're going to do the depos by the end of January.
 7        MR. KRAMER:  That's correct, Your Honor.
 8        THE COURT:  Okay.  So when would you like to file?
 9        MR. KOROLOGOS:  I think it may have been in early
10   February.  I think depos start --
11        THE COURT:  Oh.
12        MR. KOROLOGOS:  -- January.
13        THE COURT:  I thought the deadline was January 20th.
14        MR. KRAMER:  I think Your Honor is right.
15        MR. KOROLOGOS:  I think that's when it starts, Your Honor.
16        THE COURT:  No.  Last day is January 20th.
17        MR. KOROLOGOS:  Okay.  I apologize.  Forget that date.
18        THE COURT:  I only do end dates, not start dates.
19        So are you going to be able to meet that?  Are you telling
20   me that you can't do January 20th?
21        MR. KOROLOGOS:  We'll meet it, Your Honor.
22        THE COURT:  I mean, there are four experts; right?  Cowan,
23   Singer, Peterson, and Halm?
24        MR. KRAMER:  Correct, Your Honor.  There are two others on
25   the plaintiffs' side --
```

1    **THE COURT:**  Two more?
2    **MR. KRAMER:**  -- that we've already deposed and whose --
3    **THE COURT:**  Oh.
4    **MR. KRAMER:**  -- reports we've --
5    **THE COURT:**  They're done.
6    **MR. KRAMER:**  They're done.
7    **MR. KOROLOGOS:**  And there was one other on the defendant
8    side, but we've already deposed him as well.
9    **THE COURT:**  Okay.  Wow.  There's seven experts?
10   **MR. KOROLOGOS:**  Yes, Your Honor.
11   **THE COURT:**  Seven experts for a copyright case?
12   **MR. KRAMER:**  Your Honor, it's not our case.  It's the
13   plaintiffs' case.  We're just responding to their list of four.
14   **THE COURT:**  One of the bonus ones was yours.
15   **MR. KRAMER:**  Well, I appreciate that, Your Honor.  But I
16   don't think seven experts are necessary, and I don't think
17   experts are really germane to the class cert issues.  But I'm
18   perfectly content to put them off.
19   **THE COURT:**  All right.  Seven experts.  Okay.  Well, we'll
20   talk about that later.  We will talk about that.
21        But, all right.  So January 20th, we're good; right?
22   You're going to be able to finish it.
23        Okay.  When would you like to file the class cert motion?
24   How about, can you do it by March 1st?
25   **MR. KOROLOGOS:**  Yes, Your Honor.

1    **THE COURT:**  Is that too close?
2    **MR. KOROLOGOS:**  I think we can do that.
3    **THE COURT:**  Whatever that first Monday is in March, how
4    about that?
5    **MR. KOROLOGOS:**  First Monday in March?
6    **THE COURT:**  Not March.  I'm sorry.  February.
7    **MR. KOROLOGOS:**  That may be close.
8    **THE COURT:**  What would you like?  Do you want three weeks
9    after the 20th?  I don't want to go too far out because you
10   have a trial date that I want to actually move up.  So, yeah.
11   **MR. KOROLOGOS:**  Okay.  We appreciate that.
12   **THE COURT:**  Yeah.
13   **MR. KOROLOGOS:**  I don't know -- how about February 15?  I
14   don't know what day of the week that is.
15   **THE COURT:**  Okay.  That's about -- that's, like, three
16   weeks after the end of the dead- -- that seems reasonable.
17   You're just revising it.  Okay?
18   **MR. KOROLOGOS:**  Right.
19   **THE COURT:**  You already have what you have.  And I'm
20   assuming there'll be some revisions.  You will have to account
21   for summary judgment at a minimum.  So, okay.
22   **MR. KOROLOGOS:**  Yes, Your Honor.
23   **THE COURT:**  Okay.  And then you've already seen this,
24   90 percent of it, 80 percent of it.  How about two weeks, three
25   weeks to respond?

1  **MR. KRAMER:** Three would work, Your Honor.
2  **THE COURT:** Okay. So we'll do -- did you say
3  February 15th?
4  **MR. KOROLOGOS:** Yes, Your Honor.
5  **THE COURT:** What day of the week is that?
6  **THE CLERK:** Wednesday.
7  **THE COURT:** How about February 13? Is that a Monday?
8  **THE CLERK:** Yes.
9  **THE COURT:** Okay. Let's do February 13th, Monday the 13th
10 for your revised class cert brief.
11      And then what's three weeks from that, Ms. Clark?
12 **THE CLERK:** March 6.
13 **THE COURT:** All right. And then the opposition will be
14 March 6th. And the reply, which is always optional, will be
15 March 13th. Okay.
16      All right. Now, I have you down for August 21st for
17 trial. I would like to have you in earlier, mainly for my
18 reasons. So how about end of June?
19 **MR. KRAMER:** So -- Mr. Korologos, please.
20 **THE COURT:** You have the burden of proof; so I'll start
21 with you. Is that -- it's just maybe 90 days sooner than you
22 were planning.
23 **MR. KOROLOGOS:** I'm not concerned about that, Your Honor.
24 I'm trying to mentally think about whether I've got a conflict
25 in another case.

```
1       THE COURT:  Well, how about this:  Rather than putting you
2   two on the spot, just think about:  I'd like to have you in at
3   the end of June.  I'd like to have you in before July 4th; so
4   I'm thinking end of June, middle of June, somewhere around
5   there.  You two discuss it and just pick two dates, Mondays.
6   Just pick two Mondays, and we'll go from there.  Okay?
7   All right.
8       Okay.
9       MR. KOROLOGOS:  May I raise one question?
10      THE COURT:  Yes, please.  Yeah.
11      MR. KOROLOGOS:  Does Your Honor wish to set at this point
12  an argument date for class cert?
13      THE COURT:  Not yet.  I'm not sure I'm going to need one;
14  but if I do have to, I'll have you in very briskly in March.
15  Okay?
16      MR. KOROLOGOS:  Thank you, Your Honor.
17      THE COURT:  All right.  Okay.  Now, before -- you have a
18  couple of discovery things.  A little bit surprising.  I
19  thought that had closed a long time ago.
20      But is there anything else before we get to those?
21  Defendant?
22      MR. KRAMER:  Don't think so, Your Honor.
23      So the briefing that we've already submitted in connection
24  with the class certification motion remains on file; right?
25      THE COURT:  No.  It's being terminated.  You're going to
```