George A. Zelcs*
  gzelcs@koreintillery.com
Randall P. Ewing, Jr.*
  rewing@koreintillery.com
Ryan Z. Cortazar *
  rcortazar@koreintillery.com
**KOREIN TILLERY, LLC**
205 North Michigan, Suite 1950
Chicago, IL  60601
Telephone: (312) 641-9750
Facsimile: (312) 641-9751

Stephen M. Tillery*
  stillery@koreintillery.com
Steven M. Berezney, CA Bar #329923
  sberezney@koreintillery.com
Carol O'Keefe*
  cokeefe@koreintillery.com
**KOREIN TILLERY, LLC**
505 North 7th Street, Suite 3600
St. Louis, MO  63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

*Admitted *pro hac vice*

*Attorneys for Plaintiffs*

Joshua Irwin Schiller, CA Bar #330653
  jischiller@bsfllp.com
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery Street, 41st Floor
San Francisco, CA  94104
Telephone: (415) 293-6800
Facsimile: (415) 293-6899

Philip C. Korologos*
  pkorologos@bsfllp.com
Joanna Wright*
  jwright@bsfllp.com
Jeffrey Waldron*
  jwaldron@bsfllp.com
**BOIES SCHILLER FLEXNER LLP**
55 Hudson Yards, 20th Floor
New York, NY 10001
Telephone: (212) 446-2300
Facsimile: (212) 446-2350

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING, LTD., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>Defendants. | Case No. 3:20-cv-04423-JD<br><br>**DECLARATION OF JEFFREY WALDRON IN SUPPORT OF PLAINTIFFS' MOTION TO EXCLUDE PORTIONS OF THE EXPERT REPORT AND TESTIMONY OF DEFENDANTS' EXPERT GREG HALM**<br><br>Judge: Hon. James Donato<br><br>Date:  April 13, 2023<br>Time:  10:00 a.m. |

Case No. 3:20-cv-04423-JD

JEFFREY WALDRON hereby declares as follows:

1. I am an attorney at Boies Schiller Flexner LLP, co-counsel to Plaintiffs and putative class representatives Maria Schneider, Uniglobe Entertainment, LLC, and AST Publishing, Ltd.  I make this declaration in support of Plaintiffs' Motion to Exclude Portions of the Expert Report and Testimony of Defendants' Expert Greg Halm filed on March 3, 2023.  I have knowledge of the facts stated herein from my personal knowledge and, if called as a witness, I could and would competently testify thereto.

2. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts of the January 17, 2023 deposition of Charles D. Cowan.

3. Attached hereto as **Exhibit 2** is a true and correct copy of excerpts of the January 18, 2023 deposition of Greg Halm.

4. Attached hereto as **Exhibit 3** is a true and correct copy of excerpts of the June 29, 2022 deposition of Chris Ting.

5. Attached hereto as **Exhibit 4** is a true and correct copy of excerpts of the June 21, 2022 30(b)(1) deposition of Kevin Zhu.

6. Attached hereto as **Exhibit 5** is a true and correct copy of excerpts of the June 21, 2022 30(b)(6) deposition of Kevin Zhu.

7. Attached hereto as **Exhibit 6** is a true and correct copy of the expert report of Charles D. Cowan, dated November 17, 2022.

8. Attached hereto as **Exhibit 7** is a true and correct copy of the expert rebuttal report of Greg Halm, dated December 29, 2022.

9. Attached hereto as **Exhibit 8** is a true and correct copy of Defendants' Initial Disclosures, dated October 22, 2020.

10. Attached hereto as **Exhibit 9** is a true and correct copy of excerpts of Defendants' Amended Responses and Objections to Plaintiff's Interrogatory No. 4, dated June 17, 2022.

11. Attached hereto as **Exhibit 10** is a true and correct copy of Exhibit 142 to the July 1, 2022 deposition of Arpan Agrawal

12.     Attached hereto as **Exhibit 11** is a true and correct copy of the transcript of the October 13, 2022 proceedings held in this case.

13.     Attached hereto as **Exhibit 12** is a true and correct copy of a YouTube document entitled "Copyright Transparency Report," for the first half of 2021.

14.     Attached hereto as **Exhibit 13** is a true and correct copy of a YouTube document entitled "Counter Notification Requirements".

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: March 3, 2023
New York, New York

*/s/ Jeffrey Waldron*
Jeffrey Waldron

DECLARATION OF JEFFREY WALDRON IN SUPPORT OF PLAINTIFFS' MOTION TO
EXCLUDE PORTIONS OF THE EXPERT REPORT AND TESTIMONY OF DEFENDANTS'
EXPERT GREG HALM

1

**ATTESTATION**

2   My user ID and password are being used in the electronic filing of this document and, in

3 compliance with N.D. Cal. Civil L.R. 5-1(h)(3), I hereby attest that concurrence in the filing of the

4 document has been obtained from each of the other Signatories.

5

6                 */s/ Philip Korologos*

                  Philip Korologos

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3          Case No. 3:20-cv-04423-JD

DECLARATION OF JEFFREY WALDRON IN SUPPORT OF PLAINTIFFS' MOTION TO
EXCLUDE PORTIONS OF THE EXPERT REPORT AND TESTIMONY OF DEFENDANTS'
EXPERT GREG HALM