| | |
|---|---|
| 1 | George A. Zelcs* | Joshua Irwin Schiller, CA Bar #330653 |
| | gzelcs@koreintillery.com | jischiller@bsfllp.com |
| 2 | Randall P. Ewing, Jr.* | **BOIES SCHILLER FLEXNER LLP** |
| | rewing@koreintillery.com | 44 Montgomery Street, 41st Floor |
| 3 | Ryan Z. Cortazar * | San Francisco, CA  94104 |
| | rcortazar@koreintillery.com | Telephone: (415) 293-6800 |
| 4 | **KOREIN TILLERY, LLC** | Facsimile: (415) 293-6899 |
| | 205 North Michigan, Suite 1950 | |
| 5 | Chicago, IL  60601 | Philip C. Korologos* |
| | Telephone: (312) 641-9750 | pkorologos@bsfllp.com |
| 6 | Facsimile: (312) 641-9751 | Joanna Wright* |
| | | jwright@bsfllp.com |
| 7 | Stephen M. Tillery* | Jeffrey Waldron* |
| | stillery@koreintillery.com | jwaldron@bsfllp.com |
| 8 | Steven M. Berezney, CA Bar #329923 | **BOIES SCHILLER FLEXNER LLP** |
| | sberezney@koreintillery.com | 55 Hudson Yards, 20th Floor |
| 9 | Carol O'Keefe* | New York, NY 10001 |
| | cokeefe@koreintillery.com | Telephone: (212) 446-2300 |
| 10 | **KOREIN TILLERY, LLC** | Facsimile: (212) 446-2350 |
| | 505 North 7th Street, Suite 3600 | |
| 11 | St. Louis, MO  63101 | |
| | Telephone: (314) 241-4844 | |
| 12 | Facsimile: (314) 241-3525 | |

*Admitted *pro hac vice*

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING, LTD., individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> YOUTUBE, LLC and GOOGLE LLC, <br><br> Defendants. | Case No. 3:20-cv-04423-JD <br><br> **DECLARATION OF JEFFREY WALDRON IN SUPPORT OF PLAINTIFFS' MOTION TO EXCLUDE PORTIONS OF THE EXPERT REPORT AND TESTIMONY OF DEFENDANTS' EXPERT FRANCOIS-XAVIER NUTTALL** <br><br> Judge: Hon. James Donato <br><br> Date:  April 13, 2023 <br> Time:   10:00 a.m. |

1   JEFFREY WALDRON hereby declares as follows:

2   1. I am an attorney at Boies Schiller Flexner LLP, co-counsel to Plaintiffs and putative class representatives Maria Schneider, Uniglobe Entertainment, LLC, and AST Publishing, Ltd. I make this declaration in support of Plaintiffs' Motion to Exclude Portions of the Expert Report and Testimony of Defendants' Expert Francois-Xavier Nuttall filed on March 3, 2023. I have knowledge of the facts stated herein from my personal knowledge and, if called as a witness, I could and would competently testify thereto.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the expert rebuttal report of Francois-Xavier Nuttall, dated September 22, 2022.

3. Attached hereto as **Exhibit 2** is a true and correct copy of excerpts of the September 30, 2022, deposition of Francois-Xavier Nuttall.

4. Attached hereto as **Exhibit 3** is a true and correct copy of the expert report of Paul Jessop, dated September 1, 2022.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: March 3, 2023
New York, New York

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Jeffrey Waldron*
　　　　　　　　　　　　　　　　　　　　　　　Jeffrey Waldron

**ATTESTATION**

My user ID and password are being used in the electronic filing of this document and, in compliance with N.D. Cal. Civil L.R. 5-1(h)(3), I hereby attest that concurrence in the filing of the document has been obtained from each of the other Signatories.

*/s/ Philip Korologos*
Philip Korologos
