| | |
|---|---|
| George A. Zelcs* | Joshua Irwin Schiller, CA Bar #330653 |
| *gzelcs@koreintillery.com* | *jischiller@bsfllp.com* |
| Randall P. Ewing, Jr.* | **BOIES SCHILLER FLEXNER LLP** |
| *rewing@koreintillery.com* | 44 Montgomery Street, 41st Floor |
| Ryan Z. Cortazar * | San Francisco, CA  94104 |
| *rcortazar@koreintillery.com* | Telephone: (415) 293-6800 |
| **KOREIN TILLERY, LLC** | Facsimile: (415) 293-6899 |
| 205 North Michigan, Suite 1950 | |
| Chicago, IL  60601 | Philip C. Korologos* |
| Telephone: (312) 641-9750 | *pkorologos@bsfllp.com* |
| Facsimile: (312) 641-9751 | Joanna Wright* |
| | *jwright@bsfllp.com* |
| Stephen M. Tillery* | Jeffrey Waldron* |
| *stillery@koreintillery.com* | *jwaldron@bsfllp.com* |
| Steven M. Berezney, CA Bar #329923 | **BOIES SCHILLER FLEXNER LLP** |
| *sberezney@koreintillery.com* | 55 Hudson Yards, 20th Floor |
| Carol O'Keefe* | New York, NY 10001 |
| *cokeefe@koreintillery.com* | Telephone: (212) 446-2300 |
| **KOREIN TILLERY, LLC** | Facsimile: (212) 446-2350 |
| 505 North 7th Street, Suite 3600 | |
| St. Louis, MO  63101 | |
| Telephone: (314) 241-4844 | |
| Facsimile: (314) 241-3525 | |

*Admitted *pro hac vice*

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING, LTD., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>Defendants. | Case No. 3:20-cv-04423-JD<br><br>**DECLARATION OF JEFFREY WALDRON IN SUPPORT OF PLAINTIFFS' MOTION TO EXCLUDE PORTIONS OF THE EXPERT REPORT AND TESTIMONY OF DEFENDANTS' EXPERT DR. STEVEN PETERSON**<br><br>Judge: Hon. James Donato<br><br>Date:  April 13, 2023<br>Time:   10:00 a.m. |

JEFFREY WALDRON hereby declares as follows:

1. I am an attorney at Boies Schiller Flexner LLP, co-counsel to Plaintiffs and putative class representatives Maria Schneider, Uniglobe Entertainment, LLC, and AST Publishing, Ltd. I make this declaration in support of Plaintiffs' Motion to Exclude Portions of the Expert Report and Testimony of Defendants' Expert Dr. Steven Peterson filed on March 3, 2023. I have knowledge of the facts stated herein from my personal knowledge and, if called as a witness, I could and would competently testify thereto.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the expert rebuttal report of Dr. Steven Peterson, dated December 29, 2022.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: March 3, 2023
New York, New York.

　　　　　　　　　　　　　　　　　　　　　　*/s/ Jeffrey Waldron*
　　　　　　　　　　　　　　　　　　　　　　　Jeffrey Waldron

**ATTESTATION**

My user ID and password are being used in the electronic filing of this document and, in compliance with N.D. Cal. Civil L.R. 5-1(h)(3), I hereby attest that concurrence in the filing of the document has been obtained from each of the other Signatories.

                                                  */s/ Philip Korologos*
                                                  Philip Korologos