George A. Zelcs*
gzelcs@koreintillery.com
Randall P. Ewing, Jr.*
rewing@koreintillery.com
Ryan Z. Cortazar*
rcortazar@koreintillery.com
**KOREIN TILLERY, LLC**
205 North Michigan, Suite 1950
Chicago, IL  60601
Telephone: (312) 641-9750
Facsimile: (312) 641-9751

Stephen M. Tillery*
stillery@koreintillery.com
Steven M. Berezney, CA Bar #329923
sberezney@koreintillery.com
Carol O'Keefe*
cokeefe@koreintillery.com
**KOREIN TILLERY, LLC**
505 North 7th Street, Suite 3600
St. Louis, MO  63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

Joshua Irwin Schiller, CA Bar #330653
jischiller@bsfllp.com
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery St., 41st Floor
San Francisco, CA  94104
Telephone: (415) 293-6800
Facsimile: (415) 293-6899

Philip C. Korologos*
pkorologos@bsfllp.com
Joanna Wright*
jwright@bsfllp.com
Jeffrey Waldron*
jwaldron@bsfllp.com
**BOIES SCHILLER FLEXNER LLP**
55 Hudson Yards, 20th Floor
New York, NY 10001
Telephone: (212) 446-2300
Facsimile: (212) 446-2350

*Admitted *pro hac vice*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING LTD., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>YOUTUBE, LLC; and GOOGLE LLC,<br><br>Defendants. | CASE NO.  3:20-cv-4423-JD<br><br>**COUNTERCLAIM DEFENDANTS' INTERIM MOTION TO SEAL COUNTERCLAIM DEFENDANTS PIRATE MONITOR LTD. AND GABOR CSUPO'S MOTION FOR SUMMARY JUDGMENT**<br><br>Judge:           Hon. James Donato<br><br>Date:             April 13, 2023<br>Time:            10:00 a.m. |
| YOUTUBE, LLC and GOOGLE LLC,<br><br>Counterclaimants,<br><br>vs.<br><br>PIRATE MONITOR LTD., GÁBOR CSUPÓ, and PIRATE MONITOR LLC,<br><br>Counterclaim Defendants. | |

Pursuant to Civil Local Rules 7-11 and 79-5, Counterclaim Defendants Pirate Monitor Ltd. and Gabor Csupo submit this interim administrative motion to file under seal the unredacted versions of Counterclaim Defendants Pirate Monitor Ltd. and Gabor Csupo's Motion for Summary Judgment and related declarations and exhibits, portions of which contain information designated as Confidential or Highly Confidential by the parties.  Counterclaim Defendants do not anticipate moving to seal any of the documents they designated as Confidential or Highly Confidential.  By agreement of the parties and pursuant to ¶ 31 of Your Honor's Standing Order for Civil Cases, the reasons for sealing will be discussed in a forthcoming omnibus sealing motion filed jointly by the parties addressing the sealing of confidential information related to Plaintiffs' Motion for Class Certification, and any dispositive motions or *Daubert* motions filed by the parties. The joint sealing motion will be filed two weeks after the final reply related to the aforementioned motions is submitted.

Respectfully submitted,

Dated:  March 3, 2023

/s/ *Randall P. Ewing*
George A. Zelcs (*pro hac vice*)
*gzelcs@koreintillery.com*
Randall P. Ewing, Jr. (*pro hac vice*)
*rewing@koreintillery.com*
Ryan Z. Cortazar (*pro hac vice*)
*rcortazar@koreintillery.com*
KOREIN TILLERY, LLC
205 North Michigan, Suite 1950
Chicago, IL 60601
Telephone: (312) 641-9750
Facsimile: (312) 641-9751

Stephen M. Tillery (*pro hac vice*)
*stillery@koreintillery.com*
Steven M. Berezney, CA Bar #329923
*sberezney@koreintillery.com*
Carol O'Keefe (*pro hac vice*)
*cokeefe@koreintillery.com*
KOREIN TILLERY, LLC
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

Philip C. Korologos (*pro hac vice*)
pkorologos@bsfllp.com
Joanna Wright (*pro hac vice*)
jwright@bsfllp.com
Jeffrey Waldron (*pro hac vice*)
jwaldron@bsfllp.com
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards, 20th Floor
New York, NY 10001
Telephone: (212) 446-2300
Facsimile: (212) 446-2350

Joshua Irwin Schiller, CA Bar #330653
jischiller@bsfllp.com
BOIES SCHILLER FLEXNER LLP
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Telephone: (415) 293-6800
Facsimile: (415) 293-6899

*Attorneys for Plaintiffs Maria Schneider, Uniglobe Entertainment LLC, and AST Publishing Ltd., and attorneys for Counterclaim Defendants Pirate Montor Ltd. and Gabor Csupo*

3