| | |
|---|---|
| George A. Zelcs (pro hac vice)<br>  *gzelcs@koreintillery.com*<br>Randall P. Ewing, Jr. (pro hac vice)<br>  *rewing@koreintillery.com*<br>Ryan Z. Cortazar (pro hac vice)<br>  *rcortazar@koreintillery.com*<br>**KOREIN TILLERY, LLC**<br>205 North Michigan, Suite 1950<br>Chicago, IL  60601<br>Telephone: (312) 641-9750<br><br>Stephen M. Tillery (pro hac vice)<br>  *stillery@koreintillery.com*<br>Steven M. Berezney, CA Bar #329923<br>  *sberezney@koreintillery.com*<br>Carol O'Keefe (pro hac vice)<br>  *cokeefe@koreintillery.com*<br>**KOREIN TILLERY, LLC**<br>505 North 7th Street, Suite 3600<br>St. Louis, MO  63101<br>Telephone: (314) 241-4844 | Joshua Irwin Schiller, CA Bar #330653<br>  *jischiller@bsfllp.com*<br>**BOIES SCHILLER FLEXNER LLP**<br>44 Montgomery Street<br>41st Floor<br>San Francisco, CA  94104<br>Telephone: (415) 293-6800<br><br>Philip C. Korologos (pro hac vice)<br>  *pkorologos@bsfllp.com*<br>Joanna Wright (pro hac vice)<br>  *jwright@bsfllp.com*<br>Jeffrey Waldron (pro hac vice)<br>  *jwaldron@bsfllp.com*<br>**BOIES SCHILLER FLEXNER LLP**<br>55 Hudson Yards, 20th Floor<br>New York, NY 10001<br>Telephone: (212) 446-2300 |

*Attorneys for Plaintiffs Maria Schneider, Uniglobe Entertainment, LLC, and AST Publishing Ltd. and Attorneys for Counterclaim-Defendants Pirate Monitor Ltd. and Gabor Csupo*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING, LTD., individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>    Defendants.<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>    Counterclaimants,<br><br>    v.<br><br>PIRATE MONITOR LTD, et al.,<br><br>    Counterclaim Defendants. | Case No. 3:20-cv-04423-JD<br><br>**DECLARATION OF RANDALL P. EWING, JR. IN SUPPORT OF COUNTERCLAIM DEFENDANTS PIRATE MONITOR LTD. AND GABOR CSUPO'S MOTION FOR SUMMARY JUDGMENT**<br><br><br><br>Judge:    Hon. James Donato<br><br>Date:     April 13, 2023<br>Time:    10:00 a.m. |

1  RANDALL P. EWING, JR. hereby declares as follows:

2  1. I am an attorney at Korein Tillery LLP, co-counsel to Plaintiffs and putative class representatives Maria Schneider, Uniglobe Entertainment, LLC, and AST Publishing, Ltd., and Attorneys for Counterclaim Defendants Pirate Monitor Ltd. and Gabor Csupo. I make this declaration in support of Counterclaim Defendants Pirate Monitor Ltd. and Gabor Csupo's Motion for Summary Judgment filed on March 3, 2023. I have knowledge of the facts stated herein from my personal knowledge and, if called as a witness, I could and would competently testify thereto.

2. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts of the July 5, 2022, 30(b)(1) deposition of Gabor Csupo.

3. Attached hereto as **Exhibit 2** is a true and correct copy of excerpts of the July 5, 2022, 30(b)(6) deposition of Gabor Csupo.

4. Attached hereto as **Exhibit 3** is a true and correct copy of exhibit 6A to the 30(b)(6) deposition of Gabor Csupo: an email from Gabor Csupo to Zoltan Buzas and Endre Holman subjected "Re: Alariras," with attachments, bearing production numbers PIRATEMONITOR_0000000031-042, dated January 17, 2020.

5. Attached hereto as **Exhibit 4** is a true and correct copy of exhibit 6B to the 30(b)(6) deposition of Gabor Csupo: a Transperfect document, dated June 30, 2022, certifying the English translation of a document bearing production number PIRATEMONITOR_0000000031.

6. Attached hereto as **Exhibit 5** is a true and correct copy of exhibit 13A to the 30(b)(6) deposition of Gabor Csupo: a Hungarian version of a document entitled "Contract of Services" bearing production numbers IPLLC_0000000122-126, dated March 28, 2019.

7. Attached hereto as **Exhibit 6** is a true and correct copy of exhibit 13B to the 30(b)(6) deposition of Gabor Csupo: a Transperfect document, dated June 30, 2022, certifying the English translation of a document bearing production numbers IPLLC_0000000122-126.

8. Attached hereto as **Exhibit 7** is a true and correct copy of exhibit 14A to the 30(b)(6) deposition of Gabor Csupo: an email from Gabor Csupo to YouTube Copyright subjected

1  "Re: YouTube Copyright Complaint Submission," with attachments, bearing production numbers
2  IPLLC_0000000142-149, dated April 3, 2019.

3      9.    Attached hereto as **Exhibit 8** is a true and correct copy of exhibit 14B to the
4  30(b)(6) deposition of Gabor Csupo: a Transperfect document, dated June 30, 2022, certifying the
5  English translation of a document bearing production number IPLLC_0000000142-143.

6      10.    Attached hereto as **Exhibit 9** is a true and correct copy of exhibit 15 to the 30(b)(6)
7  deposition of Gabor Csupo: a document entitled "License Agreement" bearing production
8  numbers PIRATEMONITOR_0000000046-048, dated January 24, 2020.

9      11.    Attached hereto as **Exhibit 10** is a true and correct copy of exhibit 20A to the
10  30(b)(6) deposition of Gabor Csupo: a Hungarian version of a YouTube document entitled
11  "Confirmation of copyright infringement notification" bearing production numbers GOOG-
12  SCHNDR-00010898-901, dated November 12, 2019.

13      12.    Attached hereto as **Exhibit 11** is a true and correct copy of exhibit 20B to the
14  30(b)(6) deposition of Gabor Csupo: a Transperfect document, dated July 5, 2022, certifying the
15  English translation of a document bearing production number GOOG-SCHNDR-00010898.

16      13.    Attached hereto as **Exhibit 12** is a true and correct copy of Plaintiff Pirate Monitor
17  Ltd.'s Amended Response and Objections to YouTube and Google's Interrogatory No. 1, dated
18  December 18, 2020.

19      14.    Attached hereto as **Exhibit 13** is a true and correct copy of excerpts of Defendants
20  and Counterclaimants YouTube, LLC and Google LLC's Responses and Objections to
21  Counterclaim Defendant Pirate Monitor Ltd.'s Second Set of Interrogatories (No. 5), dated
22  November 1, 2021.

23      15.    Attached hereto as **Exhibit 14** is a true and correct copy of excerpts of the
24  Amended Disclosures of Defendants and Counterclaimants YouTube, LLC and Google LLC,
25  dated June 9, 2022.

26
27
28

16. Attached hereto as **Exhibit 15** is a true and correct copy of a YouTube document entitled "Terms of Service", bearing production number GOOG-SCHNDR-00000263-266, dated May 25, 2018.

17. Attached hereto as **Exhibit 16** are true and correct copies of documents entitled "Limited Liability Company Operating Agreement of Intellectual Property LLC" (production numbers IPLLC_0000000008-10 and IPLLC_0000000014); "Instrument of Transfer" (production number IPLLC_0000000012); "Intellectual Property LLC Director's Resolution in Writing" (production number IPLLC_0000000018); and "Consent to Act as a Director" (production number IPLLC_0000000019); all dated March 20, 2019.

18. Attached hereto as **Exhibit 17** is a true and correct copy of a notice of removal following a successful Takedown Notice dated June 7, 2019 bearing on its first page production number GOOG-SCHNDR-00000213. Google Translate provides the following translation of the Hungarian phrase at -215, beginning with "Kedves Pirate Monitor LLC!":

> "Dear Pirate Monitor LLC!
> Thank you for the notification! The content has been removed.
> The YouTube Team"

The remainder of the document lists the information provided regarding the video at issue and the attestations that Gabor Csupo agreed to regarding the accuracy of the removal request.

19. Attached hereto as **Exhibit 18** is a true and correct copy of a letter from Defendants' counsel to Plaintiffs' counsel dated January 10, 2023.

20. Attached hereto as **Exhibit 19** is a true and correct copy of a YouTube document entitled "YouTube Admin: ransom nova," bearing production numbers GOOG-SCHNDR-00054305-311.

21. Attached hereto as **Exhibit 20** is a true and correct copy of a Google document entitled "Create your Google Account" available at:

https://web.archive.org/web/20190523051354/https://accounts.google.com/SignUpWithoutGmail?

service=youtube&continue=https%3A%2F%2Fwww.youtube.com%2Fs (last accessed: March 3, 2023).

22. Attached hereto as **Exhibit 21** is a true and correct copy of a Google document entitled "Why Google asks for certain info to create an account" available at https://web.archive.org/web/20190602204110/https:/support.google.com/accounts/answer/1733224?hl=en (Last accessed: March 3, 2023).

23. Attached hereto as **Exhibit 22** is a true and correct copy of a Google document entitled "Change your Google Account picture, name & other info" available at https://support.google.com/accounts/answer/27442?hl=en&co=GENIE.Platform%3DDesktop#zippy=%2Cname%2Cnickname (last accessed: March 3, 2023).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: March 3, 2023
Fort Lauderdale, Florida

                                                  */s/ Randall P. Ewing, Jr.*
                                                    Randall P. Ewing, Jr.