**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING LTD., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>YOUTUBE, LLC; and GOOGLE LLC,<br><br>Defendants.<br><hr>YOUTUBE, LLC and GOOGLE LLC,<br><br>Counter-Plaintiffs,<br><br>v.<br><br>PIRATE MONITOR LTD., GÁBOR CSUPÓ, and PIRATE MONITOR LLC,<br><br>Counter-Defendants. | CASE NO. 3:20-cv-4423-JD<br><br>**[PROPOSED] ORDER GRANTING COUNTERCLAIM DEFENDANTS PIRATE MONITOR LTD. AND GABOR CSUPO'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date: April 13, 2023<br>Time: 10:00 a.m.<br>Judge: Hon. James Donato |

The Court, having considered Counterclaim Defendants Pirate Monitor Ltd. and Gabor Csupo's Motion for Summary Judgment pursuant to Federal Rule of Civil Procedure 56, and having considered all papers filed in connection with this motion, hereby **GRANTS** the motion.

**IT IS SO ORDERED**.

Date: _____

_____
THE HONORABLE JAMES DONATO
United States District Judge