# EXHIBIT 3

Message

| | |
|---|---|
| **From:** | GABOR CSUPO [csupo@usipllc.com] |
| **Sent:** | 1/17/2020 8:37:11 PM |
| **To:** | Búzás Zoltán [zoltan.buzas@startcorporate.com] |
| **CC:** | Holman Endre [endre@holman.hu] |
| **Subject:** | Re: Aláírás |
| **Attachments:** | PM LTD Signatures.zip; Untitled attachment 00181.htm |

szia Zoli,

Itt mellekelem az alairt doksikat.

Koszonettel,

Udv:
G.

Confidential

PIRATEMONITOR_0000000031

EXHIBIT
9A

| Date and Place of Birth | | |
|---|---|---|
| Passport Information | | |
| Occupation | | |

- A minimum of one (1) director is required
- A director may be an individual or corporate entity
- Directors must consent to their appointment and if they are an individual, be at least eighteen (18) years old.
- The BVI Business Companies Act requires copies of the Register of Directors and Register of Members to be kept at the office of the Registered Agent in the BVI along with copies of any resolutions passed

## COMPANY SEAL

It is a requirement under the BVI Business Companies Act, 2004 for a BVI company to have a company seal.  Please indicate whether or not Intershore Consult (BVI) Ltd. should provide a seal

☐ Yes ☐ No

## LOCATION OF COMPANY'S RECORDS INCLUDING ORIGINAL REGISTERS AND ACCOUNTING RECORDS.

| Start Corporate Services PTE. LTD. 201410545N |
|---|
| 10 Anson Road # 16-12 International Plaza Singapore 079903 |
| |
| |

## BILLING ADDRESS FOR ANNUAL MAINTENANCE IF DIFFERENT THAN INSTRUCTING PARTY'S ADDRESS

| Name | Start Corporate Services PTE. LTD. 201410545N |
|---|---|
| P. O. Box | |
| Street/city/State | 10 Anson Road # 16-12 International Plaza Singapore 079903 |
| Country | Singapore |

## OTHER REQUIREMENTS FOR INCLUSION IN ORGANISATIONAL MINUTES

| None. |
|---|
| |
| |
| |
| |

Please return completed and signed form to: Intershore Consult (BVI) Ltd.

Authorised Signature: _____
Name: Jozsef Kovacs
Tel: +36 20 953 2885
Fax: –
E-mail: jozsef.laszlo.kovacs@gmail.com

Authorised Signature: _____
Name: Gabor Csupo
Tel: +1 310 994-8100
Fax: –
E-mail: csupo@usable.com

PIRATEMONITOR_0000000032

# DOCUMENT PRODUCED NATIVELY

PIRATEMONITOR_0000000033

## RESIGNING AND APPOINTED DIRECTOR

| Director's Name | Name of resigning: Jozsef Kovacs | Name of appointed: Gabor Csupo |
|---|---|---|
| Director's Address: | 6724 Szeged, Foltamadas Street 13. 1st Floor No. 1. | 5277 Shoshone Ave, Encino, CA, 91316 USA |
| Aliases and/or former name | - | - |
| Nationality | Hungarian | American and Hungarian |
| Gender | male | male |
| Date and Place of Birth | 7. October 1969. Szeged | 29. September 1952. Budapest |
| Occupation | Dealer | Director and Producer |
| Contact Information Email, telephone or fax | jozsef.serio.kovacs@gmail.com +36 20 953 2885 | csupo@uaiolc.com +1 310 994-8100 |
| Passport Number, date of issuance and expiration | BS0239780, 13. August 2019. / 07. October 2028. | 652402940, 01. October 2019. / 30. September 2029. |
| | | |
| DIRECTOR'S NAME | | |
| Aliases and or former name | | |
| Address: | | |
| Country/ Nationality | | |
| Date and Place of Birth | | |
| Occupation | | |
| Passport information | | |
| Contact Information Email, telephone or fax | | |
| | | |
| OFFICER | | |
| Name of Officer and Name of Appointed office(example: secretary, Treasurer, vice president) | | |
| Aliases and or former Name | | |
| Street/City/State | | |
| Country/Nationality | | |
| Gender | | |



PIRATEMONITOR_0000000034

# DOCUMENT PRODUCED NATIVELY

PIRATEMONITOR_0000000035



## BVI BUSINESS COMPANY
## INSTRUCTION SHEET FOR CHANGES

Name of Intermediary/End User: Start Corporate Services PTE. LTD. 201410545N

Address: 10 Anson Road # 16-12 International Plaza Singapore 079903

Date: 17. January 2020.

The information in this application form is required for the purpose of recording substantial changes in a BVI Business Company. It is not a requirement for a company to file shareholder, director, officers and beneficial owner information with the Registry of Corporate Affairs. However, we are required to maintain this information on our files.

COMPANY NAME

| 1. | Pirate Monitor Ltd. |
|----|---------------------|

PURPOSE/INTENDED ACTIVITIES OF THE COMPANY/GOODS OR SERVICES
Please give specific purposes ("Please note: do not only state Trading company", "Holding company", or "Investment company. Provide full details of explanation such as company name, items associated with holding, name of items or goods or type, kind of investment activity and jurisdiction. If not provided, the answer will be unacceptable and this may delay the application) *Please give estimated business activity level, (such as frequent, high, low or number of estimated activity transactions*

Main activity is webmarketing and software development and management. The company will develop websites and sell adsense to companies wishing to advertise on the page.
www.piratemonitor.com

PLEASE STATE THE COUNTRIES WHERE THE COMPANY WILL BE CONDUCTING BUSINESS
Insert the specific name of countries to avoid delay in the application. Some examples of answers not accepted are: Global, International, Caribbean, Worldwide.

We will conduct business with either English or Hungarian speaking countries such as Australia, Canada, USA, Singapore, South-Africa, Hong Kong, UK, New Zealand and Hungary, etc.

YOUR CLIENT'S SOURCE OF FUNDS FOR THE COMPANY Insert as necessary, details of the name, type of the business activity, employer, occupation and jurisdiction, in which the source of funds are generated. Kindly state those for any savings, entrepreneur or inheritance listed as source of funds

Source of funds is made out of personal savings generated from professional activities. As a Director and Producer, Mr Csupo made several blockbuster animations in the USA and worldwide.

www.intershore.com

# DOCUMENT PRODUCED NATIVELY

PIRATEMONITOR_0000000037

## INFORMATION REQUIRED FOR ORGANISATION OF COMPANY

OUTGOING AND INCOMING SHAREHOLDER / MEMBER:

| Name of and Address of Shareholders/Member(s) | Name of outgoing: Jozsef Kovacs | Name of incoming: Gabor Csupo |
|---|---|---|
| Address | 6724 Szeged, Foltamadas Street 13. 1st Floor No. 1. Hungary | 5277 Shoshone Ave, Encino, CA, 91316 USA |
| No. of Shares to be allotted | 1 | 1 |
| Aliases and/or former names | - | - |
| Gender | male | male |
| Date and Place of Birth | 7. October 1969. Szeged | 29. September 1952. Budapest |
| Occupation | Dealer | Director and Producer |
| Passport Number, Date of issue and expiration | BS0239780, 13. August 2019. / 07. October 2028. | 652402940, 01. October 2019. / 30. September 2029. |
| Email, Telephone and or Fax | jozsef.laszlo.kovacs@gmail.com +36 20 953 2885 | csupo@klaslife.com +1 310 994-8100 |

NAME AND PRIVATE ADDRESS OF OUTGOING AND INCOMING ULTIMATE BENEFICIAL OWNER

| Name and Address of Ultimate Beneficial Owner(s) | Name of outgoing: Jozsef Kovacs | Name of incoming: Gabor Csupo |
|---|---|---|
| Address: | 6724 Szeged, Foltamadas Street 13. 1st Floor No. 1. | 5277 Shoshone Ave, Encino, CA, 91316 USA |
| Aliases and/or former names | - | - |
| Gender | male | male |
| Date and Country of Birth | 7. October 1969. Hungary | 29. September 1952. Hungary |
| Occupation | Dealer | Director and Producer |
| Passport Number, Date of issue and expiration | BS0239780, 13. August 2019. / 07. October 2028. | 652402940, 01. October 2019. / 30. September 2029. |
| Contact Information Email, telephone or fax | jozsef.laszlo.kovacs@gmail.com +36 20 953 2885 | csupo@klaslife.com +1 310 994-8100 |

Confidential

# DOCUMENT PRODUCED NATIVELY

PIRATEMONITOR_0000000039

## COMPANY LIMITED BY SHARES OR GUARANTEE

(A standard company may be authorized to issue 50,000 shares with or without par value)

If the company is to be incorporated without the standard 50,000 please state below in the box provided:

| No. shares the company should be incorporated with | 1 USD |
|---|---|

☐ **Limited by shares**
☐ Limited by Guarantee

☐ With par value
☐ **Without par value**

Amount of par value:

## TYPES OF SHARES REQUIRED

☐ **Registered**
☐ Bearer
Our standard Memorandum and Articles of Association does not permit the company to issue bearer shares.  Bearer shares must be held in custody by a qualified or recognized custodian.  A company with bearer shares is required to pay a government fee of $1,100

## STATE ANY DESIRED RESTRICTIONS ON TRANSFERABILITY OF REGISTERED SHARES

| None. |
|---|
|  |
|  |
|  |

## AMENDMENTS
State who can amend the Memorandum and Articles of Association

☐ **Members only**
☐ Members or Directors

## ANY OTHER REQUIREMENTS

| None. |
|---|
|  |

# DOCUMENT PRODUCED NATIVELY

PIRATEMONITOR_0000000041

On Jan 17, 2020, at 2:29 AM, Búzás Zoltán <zoltan.buzas@startcorporate.com> wrote:

Szia Gábor,

Légy szíves kinyomtatni a csatolt instruction sheet-et, majd szignózni minden lap alján, végén aláírni, végül újra beszkennelni és elküldeni nekem.

Köszönöm.

Lesz még hasonló mostanában.

--
Zoltan Buzas
Start Corporate Services PTE. LTD.
10 Anson Road #16-12 International Plaza Singapore 079903
201410545N

<doc 1.pdf><doc 3.pdf><doc 2.pdf><doc 4.pdf><doc.pdf>

PIRATEMONITOR_0000000042