# EXHIBIT 4



**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Shayna Himelfarb, hereby certify that the document
"**PIRATEMONITOR_0000000031 (1)**" is, to the best of my knowledge and belief, a
true and accurate translation from Hungarian into English.

_____
Shayna Himelfarb

Sworn to before me this
June 30, 2022

_____
Signature, Notary Public



_____
Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS
1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001  |  T 212.689.5555  |  F 212.689.1059  |  WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE

EXHIBIT

6B

Message

| | |
|---|---|
| **From:** | GABOR CSUPO [csupo@usipllc.com] |
| **Sent:** | 1/17/2020 8:37:11 PM |
| **To:** | Búzás Zoltán [zoltan.buzas@startcorporate.com] |
| **CC:** | Holman Endre [endre@holman.hu] |
| **Subject:** | Re: Signature |
| **Attachments:** | PM LTD Signatures.zip; Untitled attachment 00181.htm |

hi Zoli,

Here are the signed documents.

Thanks,

Cheers,
G.

PIRATEMONITOR_0000000031