# EXHIBIT 5

# Megbízási szerződés

amely létrejött egyrészről
Név: **MEGA FILM Kft.**
Cím: 1119 Budapest, Tétényi út 84-86.
Adószáma: 12288915-2-43
Cégjegyzékszám: 01-09-663129
Képviseli: Kálomista Gábor ügyvezető igazgató
mint Megbízó (a továbbiakban: **Megbízó**), másrészről

Név: **Intellectual Property LLC**
Cím: 16192 Coastal Highway, Lewes, Delaware 19958, County of Sussex, Amerikai Egyesült Államok
Nyilvántartási szám (cégjegyzékszám): 5574151
Képviseli: Csupó Gábor ügyvezető igazgató
mint Megbízott (a továbbiakban: **Megbízott**), együttesen Felek között, az alábbi feltételekkel:

## 1. A szerződés tárgya

1.1. Megbízó kijelenti, hogy számos filmművészeti alkotás (továbbiakban „Mű", vagy „Művek") szerzői jogaival rendelkezik. Megbízó kijelenti, hogy ezen Művek tekintetében rendelkezik a forgalmazás, a nyilvánossághoz közvetítés, többszörözés, nyilvános előadás jogával. Megbízó kijelenti, hogy a „YouTube" elnevezésű videomegosztó portálon számos olyan Mű, illetve műrészlet (így különösen: előzetes, részlet, egyveleg, összefoglaló, a továbbiakban együttesen „Műrészlet") található, amelynek Megbízó a jogosultja, és amelyek tekintetében a felhasználásra a YouTube portálra feltöltő felhasználónak engedélyt nem adott.

1.2. Megbízott kijelenti, hogy rendelkezik azzal a szaktudással, eszközparkkal, és apparátussal, amely szükséges ahhoz, hogy a Műveket, valamint a Műrészleteket a YouTube portálon felkutassa, és eljárjon a Megbízó jogainak érvényesítése érdekében.

1.3. Felek a fentiek alapján megállapodnak, hogy Megbízott a Megbízó megbízásából eljár a YouTube portál üzemeltetőjével szemben annak érdekében, hogy a Művek és Műrészletek tekintetében a Megbízó szerzői jogait a jelen Szerződésben meghatározottak szerint érvényesítse.

## 2. Felek tevékenységének szabályai

2.1. Felek megállapodnak, hogy Megbízott a jelen Szerződés aláírását követő 15 napon belül átadja Megbízott részére mindazon Művek listáját, amelyek tekintetében a felhasználási jogokkal Megbízó rendelkezik.

2.2. Felek megállapodnak, hogy a lista átadásával egyidejűleg Megbízó átadja Megbízott részére azt az okiratot, amely igazolja, hogy Megbízott a Megbízó képviseletében jogosult eljárni, a jelen Szerződésben meghatározottak szerint. Felek megállapodnak, hogy a jelen pont szerinti meghatalmazást mind írásban, mind elektronikus úton, magyar és angol nyelven át kell adni Megbízó részére, olyan formában és tartalommal, hogy Megbízott a jelen Szerződés teljesítése során igazolni tudja jogosultságát, mind a Művek és Műrészletek felhasználását, mind az azokkal kapcsolatos díjak beszedését illetően.

2.4. Felek megállapodnak, hogy Megbízott a YouTube portált elektronikus eszközzel, és emberi munka útján is monitorozza, amely tevékenysége során azt vizsgálja, hogy a Művek és Műrészletek a YouTube portálon megjelennek-e. A jelen Szerződés alapján Megbízott jogosult eljárni a www.youtube.com címen elérhető portál, és minden egyéb, a YouTube márkanév alatt működő portál tekintetében, függetlenül attól, hogy azok milyen domain alatt elérhetők, és mely ország joghatósága alatt működnek. Felek rögzítik, hogy ahol a jelen Szerződés „YouTube portált" említ, azon valamennyi, a jelen pontban meghatározott, YouTube márkanév alatt üzemelő portált érteni kell.

2.5. Felek megállapodnak, hogy a jelen Szerződés teljesítése, és a YouTube portálon a Művek és Műrészletek felkutatása során Megbízott önállóan jár el.

2.6. Amennyiben Megbízott a tevékenysége során olyan Művet talál a YouTube portálon, amelynek jogosultja a Megbízó, haladéktalanul eljár a Mű törlése érdekében. Ennek során a Megbízott felveszi a kapcsolatot a YouTube portál üzemeltetőjével, és a Megbízótól kapott felhatalmazás alapján eljár a törlés érdekében.

2.7. Felek megállapodnak, hogy a Műrészletek – így különösen a Műnek nem jelentős részt tartalmazó jelenetek, snittek, előzetesek – esetében Megbízott eljár a YouTube portál üzemeltetője előtt annak érdekében, hogy az adott Műrészletet bemutató YouTube videók által generált, reklámokból származó bevétel a Megbízó számára kerüljön megfizetésre.

2.8. Felek kifejezetten megállapodnak abban, hogy Megbízó jogosult a fenti 2.6. pontban foglaltak érdekében teljes jogkörrel eljárni, így jogosult különösen a Megbízó érdekében fellépni, a Megbízó részére a reklámbevételt követelni, és jogosult ezen túlmenően a reklámbevételt a Megbízó képviseletében eljárva beszedni, azt saját számlájára irányítani.

2.9. Felek megállapodnak továbbá, hogy Megbízott minden hónap 15. napjáig jelentést készít a Megbízó részére a megelőző naptári hónapban végzett tevékenységéről, amely tartalmazza legalább a feltárt Műveket és Műrészleteket, a Megbízott fellépésének rövid leírását, és annak eredményét, valamint a befolyt reklámbevételt.

2.10. Felek megállapodnak, hogy jelen Megállapodás kifejezetten a YouTube portálra vonatkozik.

### 3. Kizárólagosság

3.1. Felek megállapodnak, hogy a jelen Szerződés hatálya alatt a Megbízó harmadik személlyel hasonló tartalmú szerződést a YouTube portál tekintetében nem köthet.

3.2. Felek megállapodnak, hogy a jelen Szerződés hatálya alatt a YouTube portállal szemben kizárólag Megbízott jogosult eljárni.

### 4. Díjazás

4.1. Felek megállapodnak, hogy Megbízott a Műrészletek után beszedett reklámbevételekből jutalékra jogosult. Felek megállapodnak, hogy a Műrészletek közzététele után járó reklámbevétel beszedésére a fenti 2.6. és 2.7. pont alapján teljes egészében a Megbízott jogosult. Felek megállapodnak, hogy Megbízott a reklámbevételt a Megbízó javára szedi be.

4.2. Felek megállapodnak, hogy Megbízottat megillető nettó díj az általa beszedett nettó reklámbevétel 50 %-a (Megbízott jutaléka).

4.3. Felek megállapodnak, hogy havonta számolnak el egymással. Megbízott a 2.9. pontban meghatározott jelentésében meghatározza az előző naptári hónapban beszedett reklámbevételek összegét. Megbízott a beszedett nettó bevétel 50 %-áról számlát állít ki Megbízó részére. Megbízott a számlát megküldi Megbízó részére, egyúttal a számlát meghaladó összeget – amely a reklámbevétel 50 %-a – átutalja Megbízó részére.

4.4. Megbízó a számlát annak kézhezvételét követő 15 napon belül köteles kiegyenlíteni.

4.5. Felek kifejezetten megállapodnak, hogy Megbízó a díjra mindaddig jogosult, amíg az általa azonosított Műrészlet a YouTube portálon elérhető, és abból reklámbevétel származik.

### 5. Titoktartás, adatvédelem

5.1. Felek kötelezettséget vállalnak arra, hogy a jelen Szerződéssel kapcsolatban tudomásukra jutó valamennyi, a másik fél tulajdonát képező és általa bizalmasnak tekintett információ, adat, stb. tekintetében titoktartási kötelezettséggel tartoznak.

### 6. A szerződés hatálya, megszűnése

6.1. A jelen Szerződés az aláírása napján lép hatályba és határozatlan időre szól. Felek a jelen Szerződést közös megegyezéssel jogosultak bármikor megszüntetni. Jelen Szerződést bármely fél jogosult rendes felmondással megszüntetni, a másik félhez intézett írásbeli nyilatkozattal, egy hónapos felmondási idővel.

6.2. Bármely fél jogosult jelen Szerződést rendkívüli felmondással, a másik félhez címzett írásbeli nyilatkozattal, azonnali hatállyal megszüntetni, ha a másik fél a szerződésben foglalt kötelezettségeit súlyosan megszegi.

## 7. Együttműködés, értesítések

7.1. Jelen szerződés teljesítésével kapcsolatosan a Felek kapcsolattartó személyeket jelölnek meg. Felek kapcsolattartóként az alábbi személyeket jelölik ki:
Megbízó részéről Helmeczy Dorottya (Tel: 06 1 365 1750, email: helmeczy.dorottya@megafilm.hu)
Megbízott részéről Csupó Gábor (Email: csupo@usipllc.com)

Felek megállapodnak, hogy a kapcsolattartó személyekben, vagy elérhetőségeikben bekövetkezett változás esetén a szerződés módosítása nem szükséges, a változásról azonban kötelesek a másik felet haladéktalanul, legkésőbb a változást követő három munkanapon belül tájékoztatni.

## 9. Vegyes rendelkezések

9.1. A Szerződés módosítására a Polgári Törvénykönyvről szóló 2013. évi V. törvény (Ptk.) szabályai megfelelően irányadók. Felek nem tekintik a Szerződés módosításának Felek cégjegyzékben vagy más hivatalosan nyilvántartott adataiban, így különösen székhelyében, képviselőiben, bankszámlaszámában, illetve telefonszámában, továbbá a kapcsolattartók adataiban bekövetkező változást. Az említett változásokról az érintett fél a másik felet – az eset körülményeitől függően – vagy előzetesen írásban 10 (tíz) napos határidővel vagy a változás bekövetkezését (bejegyzését) követő 10 napon belül köteles igazolható módon értesíteni.

9.2. A jelen Szerződésre Magyarország joga az irányadó. A Szerződésben nem szabályozott a mindenkor hatályos magyar jogszabályok, különösen a Polgári Törvénykönyvről szóló 2013. évi V. törvény (Ptk.) rendelkezései az irányadók.

Felek a jelen Szerződést elolvasták, közösen értelmezték, és mint akaratukkal mindenben megegyezőt helybenhagyólag aláírták.

Budapest, 2019. március 28

MEGAFILM KFT
1119 Budapest,
Tétényi út 84-86.
Adószám: 12288915-2-43

................................................
Megbízó

................................................
Megbízott

| Meghatalmazás | Proxy |
|---|---|
| Alulírott<br>név: **MEGA FILM Kft.**<br>székhely: 1119 Budapest, Tétényi út 84-86.<br>nyilvántartási szám: 01-09-663129<br>képviseli: Kálomista Gábor ügyvezető<br>(a továbbiakban: "**Meghatalmazó**" | Undersigned<br>name: **MEGA FILM Kft.**<br>seat: 1119 Budapest, Tétényi út 84-86.<br>registration number: 01-09-663129<br>represented by: Kálomista Gábor executive<br>(hereinafter: "**Representative**" |
| a jelen okirat aláírásával meghatalmazza az **Intellectual Property LLC**-t (székhely: 16192 Coastal Highway, Lewes, Delaware 19958, County of Sussex, Amerikai Egyesült Államok; nyilvántartási szám: 5574151; Képviseli: Csupó Gábor ügyvezető igazgató; továbbiakban: „**Meghatalmazott**"), hogy a Meghatalmazó nevében a YouTube videomegosztó portál üzemeltetője előtt korlátozás nélkül eljárjon mindazon szellemi alkotások (így különösen, de nem kizárólagosan filmek, filmrészletek, előzetesek, bemutatók, egyvelegek, összefoglalók, képek, hangfelvételek; továbbiakban együttesen „**Alkotások**") ügyében, amelyek jogosultja a Meghatalmazó. Jelen meghatalmazás kiterjed a YouTube weboldalra, is minden egyéb, a YouTube márkanév alatt működő weboldalra, függetlenül attól, hogy azok milyen domain alatt elérhetők, és mely ország joghatósága alatt működnek. Meghatalmazott valamennyi, a jelen pontban meghatározott weboldal üzemeltetőjével szemben jogosult fellépni. | by signing this document authorizes the **Intellectual Property LLC** (seat: 16192 Coastal Highway, Lewes, Delaware 19958, County of Sussex, Unites States of America; registration number: 5574151; represented by Csupó Gábor managing director; hereinafter: the "**Agent**") to act without restrictions on behalf and in the name of the Principal against the operator of the YouTube video sharing site in the case of all intellectual works (in this regard especially but not exclusively movies, movie scenes, trailers, reviews, medleys, summaries, images, audio recordings; hereinafter together as: the "**Works**") the beneficiary of which is the Principal. This power of attorney extends to the YouTube website and all other websites operating under the brand name YouTube, regardless of the domain they are accessible under and the country under the jurisdiction of which they operate. The Agent is entitled to act against the operators of all websites specified herein. |
| Jelen meghatalmazás alapján Meghatalmazott jogosult különösen, de nem kizárólagosan arra, hogy:<br><br>- A közzétett, hozzáférhetővé tett, vagy más módon felhasznált Alkotásokkal kapcsolatban a Meghatalmazó, mint jogosult képviseletében fellépjen;<br><br>- Kérje az Alkotások törlését, a hozzáférés, felhasználás megszüntetését;<br><br>- Kérje az Alkotásokon a Meghatalmazó, mint jogosult feltüntetését;<br><br>- Az Alkotásokkal kapcsolatos bevételek (így különösen, de nem kizárólagosan az Alkotásokkal kapcsolatban beszedett reklámbevételek; továbbiakban „**Bevételek**") iránt a Meghatalmazó nevében és javára igényt terjesszen elő;<br><br>- A Bevételeket beszedje, azok kifizetésére bankszámlát jelöljön meg (amely bankszámla Meghatalmazott saját bankszámlája, vagy a | Based on this power of attorney, the Agent is entitled especially but not exclusively to:<br><br>- Act on behalf of the Principal as beneficiary concerning the Works that were published, made accessible or otherwise used;<br><br>- Request the deletion of the Works, termination of access to and usage of such Works;<br><br>- Request the indication of the Principal as beneficiary on the Works;<br><br>- Submit claims on behalf and for the benefit of the Principal concerning revenue related to the Works (in this regard especially, but not exclusively advertisement revenue recovered in connection with the Works; hereinafter: the "**Revenues**");<br><br>- Recover the Revenues, designate a bank account for the payment of such Revenues (this bank account can be the own bank account of the Agent or the bank |

IPLLC_0000000125

| | |
|---|---|
| Meghatalmazott által igénybe vett közreműködő bankszámlája is lehet); | account of a contributor employed by the Agent as well); |
| - Amennyiben szükséges, a fentiek, valamint a Meghatalmazó egyéb jogai érdekében fellépjen, igényt érvényesítsen, eljárást indítson. | - If necessary, to act in order to enforce the above and/or to protect other rights of the Principal, enforce claims, to initiate proceedings. |
| Jelen meghatalmazás alapján jogosultak eljárni a Meghatalmazott által igénybe vett közreműködők is, amennyiben erre őket a Meghatalmazott meghatalmazza. A Meghatalmazott helyetteseként jogosultak eljárni a munkavállalói, illetve képviselői is. | Contributors employed by the Agent are also entitled to act based on this power of attorney if the Agent authorizes them to do so. All employees and representatives of the Agent are entitled to act as deputy on behalf of Agent |
| A Meghatalmazott jogosult a jelen Meghatalmazásban foglalt valamennyi ügyben ellátandó teljes jogi képviseletére ügyvéd részére, saját belátása szerint ügyvédi meghatalmazást adni. | Agent is entitled to authorise at its convenience a Solicitor with full power to act on Client's behalf in any cases mentioned in this Proxy. |
| A Meghatalmazott kijelenti, hogy a fentieket tudomásul vette és a meghatalmazást elfogadja. | Agent acknowledges the above content and accepts the Proxy |
| A meghatalmazás visszavonásig érvényes. | This Proxy is valid until withdraw |
| Kelt: | Dated: |

MEGAFILM KFT
1119 Budapest,
Tétényi út 84-86.
Adószám: 12288915-2-43

.................................
Meghatalmazó
Representative

.................................
Meghatalmazott
Agent

CONFIDENTIAL