# EXHIBIT 6

TRANSPERFECT

City of New York, State of New York, County of New York

I, Shayna Himelfarb, hereby certify that the document "**IPLLC_0000000122 (1)**" is, to the best of my knowledge and belief, a true and accurate translation from Hungarian into English.

Shayna Himelfarb

Sworn to before me this
June 30, 2022

Signature, Notary Public

WENDY POON
STATE
OF NEW YORK
NOTARY PUBLIC
Qualified in
Queens County
01PO6356754
MY COMMISSION EXPIRES 04-03-2025

Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS
1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001 | T 212.689.5555 | F 212.689.1059 | WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE

EXHIBIT
13B

**Contract of Services**

by and between
Name: **MEGA FILM Kft.**
Address: 1119 Budapest, Tétényi út 84-86.
Tax number: 12288915-2-43
Company registry number: 01-09-663129
Represented by: Gábor Kálomista managing director
as Principal (hereinafter: **Principal**), and

Name: **Intellectual Property LLC**
Address: 16192 Coastal Highway, Lewes, Delaware 19958, County of Sussex, United States of America
Registry number (company registration number): 5574151
Represented by: Gábor Csupó managing director
as Agent (hereinafter: **Agent**), collectively between the Parties, on the following terms:

**1. Subject of the Contract**

1.1. Principal declares that it holds the copyrights of a number of cinematographic works ("**Work**' or "**Works**"**).** The Principal declares that it has the rights of distribution, communication to the public, reproduction and communication to the public of these Works. The Principal declares that the video-sharing portal "YouTube" contains a number of Works and parts of works (in particular: previews, excerpts, compilations, summaries, hereinafter collectively referred to as **"Parts of Works"**) of which the Principal is the owner and for the use of which the user who uploaded them to YouTube has not granted permission.

1.2. The Principal declares that it has the expertise, tools and equipment necessary to search for the Works and the Parts of Works on the YouTube portal and to enforce the rights of the Principal.

1.3. The Parties agree, on the basis of the foregoing, that the Agent shall act on behalf of the Principal against the operator of the YouTube portal in order to enforce the copyright of the Principal in the Works and the Parts of Works as set out in this Contract.

**2. Rules for the activities of the Parties**

2.1. The Parties agree that within 15 days of the signing of this Contract, the Principal shall provide the Agent with a list of all Works in respect of which the Principal holds the rights of use.

2.2. The Parties agree that, at the same time as the list is delivered, the Principal shall deliver to the Agent a document certifying that the Agent is authorised to act on behalf of the Principal as set out in this Contract. The Parties agree that the Proxy under this clause shall be provided to the Agent both in writing and electronically, in English and in Hungarian, in such form and content as to enable the Agent to prove its authority in the performance of this Contract, regarding the use of the Works and the Parts of Works and the collection of pertaining fees.

2.3. The Parties agree that the Agent shall monitor the YouTube portal by electronic means and by human work, in the course of which it shall check whether the Works and Parts of Works are displayed on the YouTube portal. Under this Contract, the Agent shall be entitled to act in respect of the portal available at www.youtube.com and all other portals operating under the YouTube brand, regardless of the domain under which they are available and the jurisdiction in which they operate. The Parties agree that where this Contract refers to a "YouTube portal", it shall be understood to refer to all YouTube branded portals as defined in this clause.

2.4. The Parties agree that in the performance of this Contract and in the search for Works and Parts of Works on the YouTube portal, the Agent shall act independently.

2.5. If in the course of its activities the Agent finds a Work on the YouTube portal, the rightholder of which is the Principal, it shall immediately act in order to delete the Work. In doing so, the Agent shall contact the operator of the YouTube portal and, on the basis of the authorization received from the Principal, shall act in order to delete the Work.

2.6. The Parties agree that in the case of Parts of Works, in particular scenes, cuts, trailers, etc., which do not constitute a significant part of the Work, the Agent shall proceed at the operator of the YouTube portal to ensure that the revenue generated by the YouTube videos presenting the relevant Part of Work from advertising is paid to the Principal.

2.7. The Parties expressly agree that the Principal is entitled to act with full authority in the interests of the above mentioned in clause 2.6, in particular to act on behalf of the Principal, to claim the advertising revenue for the Principal and, in addition, to collect the advertising revenue on behalf of the Principal and to direct it to its own account.

2.8. The Parties further agree that the Agent shall prepare a report by the 15th day of each month to the Principal on its activities in the previous calendar month, including at least the Works and Parts of Works discovered, a brief description of the Agent's actions and the results thereof, and the advertising revenue collected.

2.9. The Parties agree that this Contract applies specifically to the YouTube portal.

**3. Exclusivity**

3.1. The Parties agree that during the term of this Contract, the Principal shall not enter into a contract with a third party with similar content in relation to the YouTube portal.

3.2. The Parties agree that during the term of this Contract only the Agent shall be entitled to act against the YouTube portal.

**4. Fees**

4.1. The Parties agree that the Agent is entitled to a commission on the advertising revenue collected from the Parts of Works. The Parties agree that the Agent shall be entitled to collect the advertising revenue from the publication of the Parts of Works in full pursuant to Clauses 2.6 and 2.7 above. The Parties agree that the Agent shall collect the advertising revenue for the benefit of the Principal.

4.2. The Parties agree that the net fee payable to the Agent shall be 50% of the net advertising revenue collected by the Agent (the Agent's commission).

4.3. The Parties agree to settle accounts with each other on a monthly basis, and the Agent shall specify the amount of the advertising revenues collected in the previous calendar month in the report agreed in clause 2.9. The Agent shall invoice the Principal for 50% of the net revenue collected. The Agent shall send the invoice to the Principal and shall transfer to the Principal the amount exceeding the invoice, which shall be 50% of the advertising revenue.

4.4. The Principal shall pay the invoice within 15 days of receipt.

4.5. The Parties expressly agree that the Principal shall be entitled to the fee for as long as the Parts of Works identified are available on the YouTube portal and generate advertising revenue.

**5. Confidentiality, Data Protection**

5.1. The Parties undertake to maintain confidentiality in respect of all information, data, etc., which they become aware of in connection with this Contract and which are the property of the other Party and which are considered confidential by the other Party.

**6. Term and Termination of the Contract**

6.1. This Contract shall enter into force on the day of its signature and shall be effective for an indefinite period. The Parties may terminate this Contract at any time by mutual agreement. Either Party may terminate this Contract by giving one month's written notice to the other Party.

6.2. Either Party shall be entitled to terminate this Contract with immediate effect by giving notice of termination in writing to the other Party, if the other Party is in serious breach of its obligations under this Agreement.

**7. Cooperation, Notifications**

7.1. The Parties shall appoint contact persons for the performance of this Contract. The Parties designate the following persons as contact persons:
For the Principal: Dorottya Helmeczy (Tel: 06 1 365 1750, email: helmeczy.dorottya@megafilm.hu)
For the Agent: Gábor Csupó (email: csupo@usipllc.com)

The Parties agree that in the event of a change in the contact persons or their contact details, no amendment to the contract is necessary, but they shall inform the other party of the change without delay, at the latest within three working days of the change.

**9. Miscellaneous**

9.1. The amendment of the Contract shall be governed by the provisions of Act V of 2013 on the Civil Code. The Parties shall not be deemed to have amended the Contract if there is a change in the Parties' company register or other officially registered data, in particular their registered office, representatives, bank account number or telephone number, as well as the data of their contact persons. The Party concerned shall notify the other Party of such changes either in advance in writing within 10 (ten) days or within 10 days of the change occurring (registration), as the case may be, by any verifiable means.

9.2. This Contract shall be governed by the laws of Hungary. The provisions of the Hungarian legislation in force at any time, in particular the provisions of Act V of 2013 on the Civil Code shall apply.

The Parties have read this Contract, have interpreted it together and have signed it in full agreement with their intentions.

Budapest, March 28, 2019

[seal:] **MEGAFILM KFT**
1119 Budapest,
Tétényi út 84-86,
Tax number: 12288915-2-43
[signature]

| .................... | ............................... |
|---|---|
| Principal | Agent |

| Proxy | Proxy |
|---|---|
| Undersigned<br>name: **MEGA FILM Kft.**<br>seat: 1119 Budapest, Tétényi út 84-86. registration number: 01-09-663129<br>represented by: Gábor Kálomista executive (hereinafter: **"Representative"** | Undersigned<br>name: **MEGA FILM Kft.**<br>seat: 1119 Budapest, Tétényi út 84-86.<br>registration number: 01-09-663129<br>represented by: Kálomista Gábor executive<br>(hereinafter: **"Representative"** |
| by signing this document authorized the **Intellectual Properts LLC** (seat: 16192 Coastal Highway, Lewes, Delaware 19958, County of Sussex, United States of America; registration number: 5574151; represented by Gábor Csupó managing director; hereinafter: the "**Agent**") to act without restrictions on behalf and in the name of the Principal against the operator of the YouTuber video sharing site in the case of all intellectual works (in this regards especially but not exclusively movies, movie scenes, trailers, reviews, medleys, summaries, images, audio recordings; hereinafter together as: the "**Works**") the beneficiary of which is the Principal. This power of attorney extends to the YouTuber website and all other websites operating under the brand name YouTube, regardless of the domain they are accessible under and the country under the jurisdiction of which they operate. The Agent is entitled to act against the operators of all websites specified herein.<br><br>Based on this power of attorney, the Agent is entitled especially but not exclusively to:<br><br>- Act on behalf of the Principal as beneficiary concerning the Works that were published, made accessible or otherwise used;<br><br>- Request the deletion of the Works, termination of access to and usage of such Works;<br><br>- Request the indication of the Principal as beneficiary on the Works;<br><br>- Submit claims on behalf and for the benefit of the Principal concerning revenue related to the Works (in this regards especially, but not exclusively advertisement revenue recovered in connection with the Works; hereinafter: the **"Revenues"**);<br><br>- Recover the Revenues, designate a bank account for the payment of such Revenues (this bank account can be the own bank account of the Agent or the bank account of a contributor employed by the Agent as well);<br><br>- If necessary, to act in order to enforce the above and/or to | by signing this document authorizes the **Intellectual Property LLC** (seat: 16192 Coastal Highway, Lewes, Delaware 19958, County of Sussex, Unites States of America; registration number: 5574151; represented by Csupó Gábor managing director; hereinafter: the **"Agent"**) to act without restrictions on behalf and in the name of the Principal against the operator of the YouTube video sharing site in the case of all intellectual works (in this regard especially but not exclusively movies, movie scenes, trailers, reviews, medleys, summaries, images, audio recordings; hereinafter together as: the **"Works"**) the beneficiary of which is the Principal. This power of attorney extends to the YouTube website and all other websites operating under the brand name YouTube, regardless of the domain they are accessible under and the country under the jurisdiction of which they operate. The Agent is entitled to act against the operators of all websites specified herein.<br><br>Based on this power of attorney, the Agent is entitled especially but not exclusively to:<br><br>- Act on behalf of the Principal as beneficiary concerning the Works that were published, made accessible or otherwise used;<br><br>- Request the deletion of the Works, termination of access to and usage of such Works;<br><br>- Request the indication of the Principal as beneficiary on the Works;<br><br>- Submit claims on behalf and for the benefit of the Principal concerning revenue related to the Works (in this regard especially, but not exclusively advertisement revenue recovered in connection with the Works; hereinafter: the **"Revenues"**);<br><br>- Recover the Revenues, designate a bank account for the payment of such Revenues (this bank account can be the own bank account of the Agent or the bank |

| | |
|---|---|
| protect other rights of the Principal, enforce claims, to initiate proceedings.<br><br>Contributors employed by the Agent are also entitled to act based on this power of attorney if the Agent authorizes them to do so. All employees and representatives of the Agent are entitled to act as deputy on behalf of the Agent.<br><br>Agent is entitled to authorized at its convenience a Solicitor with full power to act on Client's behalf in any cases mentioned in this Proxy.<br><br>Agent acknowledges the above content and accepts the Proxy.<br><br>This Proxy is valid until withdrawn. | account of a contributor employed by the Agent as well);<br><br>- If necessary, to act in order to enforce the above and/or to protect other rights of the Principal, enforce claims, to initiate proceedings.<br><br>Contributors employed by the Agent are also entitled to act based on this power of attorney if the Agent authorizes them to do so. All employees and representatives of the Agent are entitled to act as deputy on behalf of Agent<br><br>Agent is entitled to authorise at its convenience a Solicitor with full power to act on Client's behalf in any cases mentioned in this Proxy. |
| Dated: | |

[seal:] **MEGAFILM KFT**
1119 Budapest,
Tétényi út 84-86,
Tax number: 12288915-2-43
[signature]

....................
Representative

Agent acknowledges the above content and accepts the Proxy

..............................
Agent

This Proxy is valid until withdraw

Dated: