# EXHIBIT 7

Message
_____

**From:**          Csupo Gabor [usintellectualpropertyllc@gmail.com]
on behalf of
                   Csupo Gabor <usintellectualpropertyllc@gmail.com> [usintellectualpropertyllc@gmail.com]
**Sent:**          4/3/2019 7:59:35 AM
**To:**            YouTube Copyright [youtube-disputes+1kw7cgu6ny4v307@google.com]
**Subject:**       Re: YouTube Copyright Complaint Submission
**Attachments:**   POA_signed_1.pdf; POA_signed_2.pdf; Mega_Film_filmlist.pdf


Tisztelt Cím,

Alábbiakban megerősítem, hogy a bejelentésemben megadott, és a csatolt filmlistában szereplő összes film
szerzői jogi védelmét a szintén csatolt meghatalmazás alapján jogosult vagyok ellátni, a szerzői jogsértésekkel
kapcsolatban jogomban áll eljárni Önökkel szemben.

Ezen jogosítványoknál és felhatalmazásoknál fogva nyomatékosan kérem, hogy ügyfelem, a MEGA FILM Kft.
tulajdonát képező filmet a szerzői jogok további megsértésének elkerülése érdekében - mely mind az Önök,
mind pedig a feltöltő részéről jelenleg fennáll - azonnali hatállyal távolítsák el a platformjukról, mivel annak
feltöltője semmilyen engedéllyel és felhatalmazással nem rendelkezik a filmre vonatkozóan.

Tisztelettel, Csupó Gábor

YouTube Copyright <youtube-disputes+1kw7cgu6ny4v307@google.com> ezt írta (időpont: 2019. ápr. 3., Sze,
5:48):



Kedves Pirate Monitor LLC!

Attól tartunk, hogy az Ön által beküldött eltávolítási kérelemben szereplő egyes adatok
hamisak lehetnek. Kérjük, vegye figyelembe, hogy a YouTube a szerzői jogok megsértésével
kapcsolatos nagyszámú hamis eltávolítási kérelmet kap, mi pedig nagyon komolyan vesszük
a visszaéléseket ezen a területen.

Emlékeztetjük, hogy a szerzői jogok vélt megsértésére vonatkozó értesítésében kijelentette a
következőket:

1.       Engedéllyel rendelkezik valamely, vélhetően megsértett exkluzív jogosultság
tulajdonosának nevében fellépni, és tudomásul veszi, hogy bárki, aki tudatosan hamisan
tüntet fel jogsértőként az anyagot vagy a tevékenységet, felelősségre vonható az okozott
kárért.

2.       Megértette, hogy az űrlappal való visszaélés YouTube-fiókjának megszüntetését
vonja maga után.

Kérjük, hogy az összes szóban forgó videó esetén azonosítsa pontosan a szerzői joggal
védett, vélhetően jogsértett műve(ke)t, valamint a kereset benyújtásának alapját.

Amennyiben 7 napon belül nem kapunk Öntől választ erre az e-mailre, akkor
**megszüntethetjük YouTube-fiókját**. A fiók megszüntetését elkerülheti, ha visszavonja
eltávolítási kérelmét. Ehhez az erre az e-mailre küldött válaszába írja be: „Ezúton
visszavonom a szerzői jogok megsértésével kapcsolatos keresetemet".

- A YouTube csapata

Az általad megadott adatok:

Szerzői jog tulajdonosának neve (esetleg a vállalat neve): MEGA FILM Kft
Teljes név (álnév, felhasználónév vagy a monogram nem használható): Csupó Gábor
Beosztás vagy munkakör (milyen minőségben teszel panaszt?): Meghatalmazott képviselő
Cím:

EXHIBIT
16A

5277 Shoshone Ave
Encino, California 91316
US
Felhasználónév: Pirate Monitor LLC
E-mail cím: usintellectualpropertyllc@gmail.com
Telefon: +1 310 994-8100

- A vélhetőleg jogsértő, eltávolítandó videó URL-je:
http://www.youtube.com/watch?v=UPQKq6aEK1c

- Jellemezd a művet, amelynek szerzői jogát vélhetőleg megsértették: A cégem,
szervezetem vagy ügyfelem műalkotása

o          A műalkotás címe: Zimmer Feri

o          A műalkotás típusa: Film

o          Hol jelenik meg a tartalom? A teljes videóban

Ország, amelyre a szerzői jog érvényes: US

BÜNTETŐJOGI FELELŐSSÉGEM TUDATÁBAN kijelentem, hogy:

- Én vagyok az állítólagosan megsértett kizárólagos jogosultság tulajdonosa vagy a
tulajdonos felhatalmazott ügynöke.

- Jóhiszemű meggyőződésem, hogy az anyag kifogásolt módon történő
felhasználását nem engedélyezte a szerzői jog tulajdonosa, képviselője vagy a törvény; és

- Ez a bejelentés pontos.

- Tudomásul veszem, hogy a Digital Millennium Copyright Act (Digitális Évezred
Szerzői Jogi Törvény) 512. bekezdésének (f) pontja alapján bármely személyt, aki tudatosan
hamisan tüntet fel jogsértőként valamely anyagot vagy tevékenységet, felelősség terhelhet az
okozott károkért.

- Megértettem, hogy az eszközzel való visszaélés a YouTube-fiókom megszüntetését
eredményezi.

Hitelesített aláírás: Csupó Gábor

Súgó • E-mail beállításai

©2019 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066, USA

CONFIDENTIAL

1

| Meghatalmazás | Proxy |
|---|---|
| Alulírott<br>név: **MEGA FILM Kft.**<br>székhely: 1119 Budapest, Tétényi út 84-86.<br>nyilvántartási szám: 01-09-663129<br>képviseli: Helmeczy Dorottya ügyvezető<br>(a továbbiakban: "**Meghatalmazó**" | Undersigned<br>name: **MEGA FILM Kft.**<br>seat: 1119 Budapest, Tétényi út 84-86.<br>registration number: 01-09-663129<br>represented by: Helmeczy Dorottya executive<br>(hereinafter: "Representative" |
| A jelen okirat aláírásával meghatalmazza az **Intellectual Property LLC**-t (székhely: 16192 Coastal Highway, Lewes, Delaware 19958, County of Sussex, Amerikai Egyesült Államok; nyilvántartási szám: 5574151; Képviseli: **Csupó Gábor** - ügyvezető igazgató; továbbiakban: „**Meghatalmazott**"), hogy a **MEGA FILM KFT** nevében a YouTube videomegosztó portál üzemeltetője előtt korlátozás nélkül eljárjon mindazon szellemi alkotások (így különösen, de nem kizárólagosan; filmek, filmrészletek, előzetesek, bemutatók, egyvelegek, összefoglalók, képek, hangfelvételek; továbbiakban együttesen „**Alkotások**") ügyében, amelyek teljes jogosultja a Meghatalmazó: MEGA FILM KFT. | This signed document authorizes **Intellectual Property LLC** (seat: 16192 Coastal Highway, Lewes, Delaware 19958, County of Sussex, Unites States of America; registration number: 5574151; Represented by Csupó Gábor - Managing Director; hereinafter: the "**Agent**") to act without restrictions on behalf and in the name of **MEGA FILM KFT** (Representative) toward **YouTube** video sharing site, with the controlling authority of all intellectual properties (in this regard especially, but not exclusively; movies, movie scenes, trailers, reviews, medleys, summaries, images, audio recordings; hereinafter together as: the "**Works**") where the beneficiary and copyright holder of said works is the Representative: **MEGA FILM KFT.** |
| Jelen Meghatalmazás kiterjed a YouTube weboldalra, és minden egyéb, a YouTube márkanév alatt működő weboldalra, -függetlenül attól, hogy azok milyen domain alatt elérhetők,- és mely ország joghatósága alatt működnek. **Meghatalmazott** valamennyi, a jelen pontban meghatározott weboldal üzemeltetőjével szemben jogosult fellépni. | This Power of Attorney extends to the **YouTube** website and all other websites operating under the brand name **YouTube**, - regardless of the domain they are accessible under- and the country under the jurisdiction of which they operate. The **Agent** is entitled to act toward the operators of all websites specified herein. |
| Jelen Meghatalmazás alapján **Meghatalmazott** jogosult különösen, de nem kizárólagosan arra, hogy:<br><br>- A közzétett, hozzáférhetővé tett, vagy más módon felhasznált **Alkotásokkal** kapcsolatban a jogosult MEGA FILM KFT képviseletében fellépjen;<br><br>- Kérje bizonyos **Alkotások** törlését, a hozzáférés, felhasználás megszüntetését;<br><br>Kérje az megengedett **Alkotásokon** a MEGA FILM KFT nevét, mint jogosult feltüntetését;<br><br>-Az **Alkotásokkal** kapcsolatos bevételek (így különösen, de nem kizárólagosan beszedett reklámbevételek; továbbiakban „**Bevételek**") iránt a Meghatalmazó MEGA FILM KFT nevében és javára igényt terjesszen elő;<br><br>-A **Bevételeket** beszedje, azok kifizetésére bankszámlát jelöljön meg. | Based on this Power of Attorney, the **Agent** is entitled especially but not exclusively to:<br><br>- Take action on behalf of the beneficiary MEGA FILM KFT and it's Representative, concerning the **Works** that were published, made accessible or otherwise used;<br><br>- Request the deletion of specific **Works**, termination of access and usage of such;<br><br>- Request the indication of MEGA FILM KFT name, as beneficiary on the authorized **Works**;<br><br>- Submit claims on behalf and for the benefit of the Representative MEGA FILM KFT, concerning earnings related to the **Works** (especially, -but not exclusively-, advertisement revenues recovered in connection with the **Works**; hereinafter: the "**Revenues**");<br><br>- Recover the **Revenues**, and designate a Bank Account for the payments of such. |



CONFIDENTIAL

2

| | |
|---|---|
| - Amennyiben szükséges, a fentiek, valamint a **Meghatalmazó** egyéb jogai érdekében fellépjen, igényt érvényesítsen, és eljárást indítson. A **Meghatalmazott** jogosult -saját belátása szerint- a jelen meghatalmazásban foglalt valamennyi ügyben ellátandó ügyvédi meghatalmazást adni a **MEGA FILM KFT** és **INTELLECTUAL PROPERTY LLC** teljes jogi védelmei érdekeben. | - If necessary, to act in order to enforce the above, and/or to protect other rights of the **Representative**, enforce claims, and to initiate proceedings. **Agent** is entitled to authorize -at its own discretion,- a legal professional with full power to act on behalf of **MEGA FILM KFT** and **INTELLECTUAL PROPERY LLC** to legally pursue and protect all cases and rights mentioned in this Proxy. |
| Jelen meghatalmazás alapján jogosultak eljárni a **Meghatalmazott** által igénybe vett közreműködők is, amennyiben erre őket a **Meghatalmazott** meghatalmazza. A **Meghatalmazott** helyetteseként jogosultak eljárni az **INTELLECTUAL PROPERTY** munkavállalói, illetve képviselői is. | Associates employed by the **Agent** and company are also entitled to act based on this Power of Attorney, if **Agent** authorizes them to do so. All permitted employees and representatives of the **Agent** are enabled to act as deputy on behalf of **INTELLECTUAL PROPERTY LLC.** |
| A **Meghatalmazott** kijelenti, hogy a fentieket tudomásul vette és a meghatalmazást elfogadja. | **Agent** acknowledges the above content and accepts the Proxy. |
| A meghatalmazás visszavonásig érvényes. | This Proxy is valid until withdraw |
| Kelt: Budapest 2019 . 04 . 01. | Dated: |

MEGAFILM KFT
1119 Budapest,
Tétényi út 84-86.
...dószám: 12288915-2-43

.............................................
Helmczy Dorottya/Meghatalmazó
Representative
**MEGA FILM KFT**

.............................................
Csupo Gabor/Meghatalmazott
Agent
**INTELLECTUAL PROPERTY LLC**

CONFIDENTIAL

IPLLC_0000000145

| Filmjeink/ Movies | English title | TV/ Feature | Best available quality | Műfaj/Genre | Logline | | Gyártás éve/ Year of produciton | Rendező/ Director | Hossz/ Length | Irány | Trailer |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Immigrants | Immigrants | Animated feature | 35mm kópia | Animációs vígjáték/Animation, comedy | Jóska, the Hungarian immigrant and Vladislav, his Russian roommate's search for the american dream, through all kinds of adventures and comical situations. From Gábor Csupó, the Primetime Emmy winning director of The Simpsons and the Rugrats. | Jóska a magyar bevándorló és orosz szobatársa Vladislav kalandjai és komikus helyzetei az amerikai álom keresése közben. Csupó Gábortól, a Simpson család és a Fecsegő Tipegők Primetime Emmy győztes rendezőjétől. | 2008 | Gabor Csupo | 78 min | Közép-kelet európai régió | https://www.imdb.com/title/tt1198277/?ref_=wl_li_tt |
| Majdnem szűz | Virtually a virgin | Feature | 35mm kópia | Dráma/Drama | Nominated for the Moscow International Film Festival, the story of a young girl, forced by her boyfriend into prostitution. | Egy a barátja által prostitúcióba kényszerített fiatal lány története ami jelölve lett a Moszkvai Nemzetközi Film Fesztiválra. | 2008 | Péter Bacsó | 103 min | Világszerte | https://www.imdb.com/title/tt1153115/?ref_=wl_li_tt |
| Szíven szúrt ország | A country, stabbed in the heart | TV | 720*576, DVD | Dramatizált dokumentum/ Dramatized documentary | „Nihil sine Deo". – „Nothing without God". These three words were the motto of the great sportsman of a prosperous Hungarian handball team, who was murdered in 2009 after a winning match. | "Nihil sine Deo"- "Semmit Isten nélkül". Ez a három szó volt a mottója, a 2009-ben egy győztes meccs után meggyilkolt híres és sikeres kézilabdázónak,  a Magyar válogatott tagjának. | 2009 | Tamás Babos, Mano Csillag, György Kivés, Gábor Kálomista, János Vecsernyés | 84 min | Közép-kelet európai régió | https://www.imdb.com/title/tt1434452/?ref_=wl_li_tt |
| Kaméleon | Chameleon | Feature | 1920*1080, Full HD | Thriller, dráma, vígjáték/Comedy, drama, thriller | What happens, when a successful conman falls in love with his victim, who's also a millionaire's daughter? | Mi történik ha egy sikeres bűnöző beleszeret az áldozatába aki ráadásul egy milliomos lánya? | 2008 | Krisztina Goda | 108 min | Világszerte | https://youtu.be/UHKwlNOOVMQ |
| A fekete Bojtár | The black sheperd | TV | 1920*1080, Full HD | Dráma/Drama | Greed and jealousy leads to a tragedy in a young couple's life - set in the old, rural Hungary. | Kapzsiság és Féltékenység vezet egy tragédiához egy fiatal pár életében- régi és vidéki környezetben játszódva. | 2015 | László Vitézy | 86 min | | https://youtu.be/fnF5R3ukQ |
| Hamvadó cigarettavég | Smoldering Cigarette-end | Feature | 720*576, DVD | Romantikus musical, dráma/ Drama, musical, romance | The famous chanson singer, Katalin Karády, the General - her love, and a poor songwriter in the 1940's Budapest. Three different world intertwined by peculiar events. | A híres dal énekes, Karády Katalin szerelme, a hadvezér és a szegény dalíró az 1940- es évek Budapestjén. Három különböző világ összefonódása különös események következtében. | 2001 | Péter Bacsó | 120 min | közép-kelet európai régió | https://www.imdb.com/title/tt0285260/?ref_=wl_li_tt |
| Vakvagányok | Blind guys | Feature | 720*576, DVD | Dráma, vígjáték, musical/Comedy, Drama, Music | A failed rockstar tries to make a musical with blind people for the money. A movie with the award winning contemporary dancer, Yvette Bozsik. | Egy bukott rocksztár igyekszik egy musicalt szervezni vak emberekkel, profit reményében. Yvette Bozsik díjnyertes kortárs táncos szereplésével. | 2001 | Péter Tímár | 118 min | Közép-kelet európai régió | https://www.imdb.com/title/tt0251458/?ref_=wl_li_tt |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| A Rózsa vére | Rose blood | Feature | 720*576, DVD | Dráma/Drama | Set in the late 90's countryside of Hungary on how the change of the regime did not change the people and how they have to find ways to make ends meet. | a 90-es évek végén, a vidéki Magyarországon játszódó film arról, hogy a rendszerváltás nem hozott igazi változást, és az emberek sem változtak meg. | 1998 | Dezső Zsigmond | 100 min | Közép-kelet európai régió | https://www.imdb.com/title/tt0141736/?ref_=vi_i_tt |
| Zimmer Feri | Zimmer Feri | Feature | 720*576, DVD | Vígjáték/ Comedy | What you need to make money during summer? A greedy but negligent enterpreneur who rents a summer house to have guests, spoiled food to feed them and an incompetent staff to take care of them. Film it backwards and you'll get a great comedy about the early 90's near lake Balaton, in Hungary. | Mi kell hozzá, hogy pénzt keress nyáron? Egy kapzsi de hanyag vállalkozó kibérel egy nyári házat ahol romlott étellel, nem hozzá értő személyzettel fogad vendégeket. Remek komédia a 90 es évek eleji balatoni hangulattal fűszerezve. | 1998 | Péter Tímár | 97 min | közép-kelet európai régió | https://www.imdb.com/title/tt0134230/?ref_=vi_i_tt |
| Zimmer Feri 2. | Zimmer Feri 2. | Feature | 720*576, DVD | Vígjáték/ Comedy | 12 years after his previous business Mr. Fikász now buys an old and haunted castle but his ideas on running a guesthouse are the same as last time. | 12 évvel az utolsó vállalkozása után, Fikász úr vesz egy öreg és kísértet járta kastélyt, de az ötelete, hogy üzemeltesse mint vendégház, ugyan olyan mint legutóbb. | 2010 | Péter Tímár | 100 min | közép-kelet európai régió | https://youtu.be/LHDkqOsCP20 |
| 6:3 avagy játszd újra Tutti! | 6:3, play it again, Tutti | Feature | 720*576, DVD | Vígjáték/ Comedy | What would you do if you could travel back in time to see the legendary football match in 1953, when Hungary beat England in "The match of the century"? | Mit csinálnál ha vissza tudnál menni az időben, hogy megnézd a legendás 1953-as Magyarország-Anglia foci meccset, az "Évszázad Meccsét"? | 1999 | Péter Tímár | 94 min | Világszerte | https://www.imdb.com/title/tt0183346/?ref_=vi_i_tt |
| Sobri, ponyvafilm | Sobri | Feature | 720*576, DVD | Kaland/ Adventure | Based on legends and historical events, a film about the famous Hungarian rascal in the late 1800's. | A legendákon és történelmi eseményeken alapuló film a híres magyar gazemberről az 1800-as évek végén. | 2002 | Emil Novák | 87 min | | nem elérhető trailer ehhez a filmhez/not available |
| Csak szex és más semmi | Just sex and nothing else | Feature | 1920*1080, Full HD | Vígjáték/ Comedy | After she discovered her fiancé is living a double life, Dora, a successful woman in her mid 30's places an ad, searching for sex with no strings attached - only to have a baby. | A Miután a sikeres, 30-as évei közepén járó Dóra rájön, hogy vőlegénye kettős életet él, felad egy szex hirdetést. Célja, hogy áldott állapotba kerüljön. | 2005 | Krisztina Goda | 97 min | kke | https://youtu.be/rkYGS-REwg |
| Zuhanórepülés | Nose dive | Feature | 720*576, DVD | Akció, dráma/ Action, drama | Theo just got out after he served his time in prison to fall in love with the head of the maffia's little sister. One big job left and he's done with the gangsters… | Theo frissen szabadult a börtönből, majd szerelembe esik a maffiafőnök kishugával. Egy nagy utólsó munka maradt, aztán felhagy a gengszter élettel. | 2007 | Erika Novák | 90 min | Világszerte | https://www.imdb.com/title/tt0926174/?ref_=vi_i_tt |
| Csudafilm | Wondermovie | Feature | 720*576, DVD | Vígjáték/ Comedy | Montreal and Primetime Emmy winner Elemer Ragalyi's film about a homeless man who turns out to be an heir of a Greek millionaire. | A Montreal és Primetime Emmy győztes Ragályi Elemér filmje egy hajléktalan férfiról akiről kiderül, hogy egy görög milliárdos örököse. | 2005 | Elemér Ragályi | 89 min | Török - Kína - Kke | https://www.imdb.com/title/tt0407703/?ref_=vi_i_tt |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Apám beájulna | How to make your parents mad | Feature | 720*576, DVD | Kaland, vígjáték, romantikus/Adventure, comedy, drama | Two teenagers travel through Europe to find love, their lost money, and happiness in this adventurous roadmovie. | Két tinédzser Európát átszelő kalandos utaza, az elveszett pénzük, a szerelem és boldoságuk keresése közben. | 2003 | Tamás Sas | 90 min | Világszerte | https://www.imdb.com/title/tt0370264/?ref_=wl_li_tt |
| Cseh Tamás film | Tamás Cseh | TV | 720*576, DVD | Zenés dokumentumfilm/ Documentary, music | Tamás Cseh, the famous Hungarian musician guides us through the momentous places of his life and career, unravels secrets and stories with his friends. | Cseh Tamás a híres magyar zenész végigvezet minket a karrierje és élete legfontosabb állomásain, betekintést nyerhetünk a titkaiba és történeteibe a barátairól. | 2001 | Gergely Fonyó | 85 min | | |
| Ámbár tanár úr | Mr. Although | Feature | 720*576, DVD | Vígjáték/ Comedy | A middle-aged teacher falls in love with one of his students. | Egy középkorú tanár szerelmes lesz egy diákjába. | 1998 | Koltai Róbert | 85 min | Világszerte | https://www.imdb.com/title/tt0131193/?ref_=wl_li_tt |
| A Hortobágy legendája | Legend of Hortobágy | TV | 720*576, DVD | Dráma/Drama | Stories, set in different times at Hungary's famous land, the Hortobágy and the stubborn but just, honest and kindhearted people who lives there. | Történetek, Magyarország híres Hortobágyáról, a különböző időben játszódó filmben megismerhetjük a makacs de hűséges, melegszívű helyi lakosokat. | 2008 | László Vitézy | 80 min | közép-kelet európai régió | https://youtu.be/ODMvBdlzXkY |
| Égi madár | Skybird | TV | 720*576, DVD | Dráma/Drama | When a young girl marries for the name and the money but the love of her life comes back. Adaptation of a novel by Zsigmond Móricz. | Móricz Zsigmond novella adaptációja egy fiatal lányról aki egy idősebb tehetős férfival köt házasságot a névért és pénzért, ám visszatér élete nagy szerelme. | 2011 | László Vitézy | 76 min | Világszerte | https://youtu.be/mUJGM657Q |
| Pillangó | Butterfly | TV | 720*576, DVD | Romantikus dráma/ Drama, Romance | Based on Zsigmond Móricz's novel, Butterfly, about love, that conquers all. | Móricz Zsigmond Pillangó című novelláján alapuló dráma, a mindent elsöprő szerelemről. | 2012 | László Vitézy | 100 min | Világszerte | https://youtu.be/A0P9KoLP3ec |
| A kőmajmok Háza | House of the stone monkeys | TV | 1920*1080, Full HD | Családi film/Family | The summer of 2012, a boy, who lives with his mother in an apartment. Another boy, spending his vacation with his grandparents in the same building in the summer of 1982. Present and past entwined in this story about a boy who's father is far but yet so close. | 2012 nyara, egy fiú az édesannyával él egy lakásban. 1982 nyara, egy másik fiú ugyanabban az épületben tölti a nyári vakációját a nagyszüleivel. Múlt és jelen összefonódása egy fiúról akinek az apja messze van, mégis közel. | 2014 | Gergely Fonyó | 80 min | közép-kelet európai régió | https://youtu.be/j99-chXMJ2U |
| A herceg haladéka | The Prince's reprieve | Feature | 720*576, DVD | Dráma/Drama | Alida, the young model got shot in a robbery but before she dies, the dark prince gives her an offer. She has one minute to find someone who would die for her, only then she can get her life back. | Alindát a fiatal modellt egy rablás közben meglőnek, de mielőtt meghalna a fekete herceg ajánlatot tesz neki. Egy perce van találni valakit aki meghal helyette, ha ez sikerül, életben marad. | 2006 | Péter Tímár | 92 min | Minden irány | https://www.imdb.com/title/tt0407967/?ref_=wl_li_tt |
| Tibor vagyok, de hódítani akarok | Young, dumb and full of love | Feature | 720*576, DVD | Vígjáték/ Comedy | What happens when an awkward teenage boy meets the woman of his dreams? | Mi történik ha egy cikis tinédzser találkozik álmai nőjével? | 2006 | Gergely Fonyó | 79 min | közép-kelet európai régió | https://www.imdb.com/title/tt0481787/?ref_=wl_li_tt |

IPLLC_0000000148

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Idegölő | Nerve-racking | Feature | 720*576, DVD | Krimi vígjáték/ Comedy, crime | A hitman gets the worst toothache of his life while he's on a mission in Greece. | Egy bérgyilkosnak egy görögországi munka során megfájdul a foga. | 2006 | Gergely Fonyó | 96 min | közép-kelet európai régió | https://youtu.be/NSaFGTDOfxo |
| Csandra szekere | Csandra's chariot | TV | 1920*1080, Full HD | Dráma/Drama | Naftali, the well-educated, young man in a rural slum encourages the community to start a small business so they can make a living by that, but the regime wants it otherwise. | Naftali, a tanult fiatal férfi, egy szegényes falusi környezetben igyekszik rávenni a közösséget, hogy fogjanak egy kis vállalkozásba, amiből megélhetnének de a rendszer másképpen képzeli el. | 2017 | László Vitézy | 70 min | közép-kelet európai régió | https://youtu.be/u0I0nvTdiNs |
| A galamb papné | The parson's wife | TV | 1920*1080, Full HD | Dráma/Drama | Some time around the turn of the century the parson of a small village is about to marry a young woman from the city when the handsome and rich wencher comes back to set everything upside down. | Valahol a századforduló idején egy kis városban élő férfi házasodni készül egy fiatal nővel, amikor egy sármos, gazdag szoknyavadász érkezik a városból ,hogy megbolygasson mindent. | 2013 | László Vitézy | 105 min | közép-kelet európai régió | https://www.imdb.com/title/tt3263146/?ref_=wl_li_tt |
| A színésznő | The actress | TV | 1920*1080, Full HD | Dráma/Drama | Anna is a celebrated actress in the 1960's Hungary, but the regime wants her to serve his country in a different role. | Anna egy ünnepelt színésznő az 1960-as évek Magyarországán de a kormánynak az a szándéka, hogy más szerepben szolgálja a hazáját. | 2018 | László Vitézy | 70 min | közép-kelet európai régió | https://youtu.be/-vGFel8SzPc |

IPLLC_0000000149