# EXHIBIT 8



City of New York, State of New York, County of New York

I, Shayna Himelfarb, hereby certify that the document "**IPLLC_0000000142**" is, to the best of my knowledge and belief, a true and accurate translation from Hungarian into English.

_____
Shayna Himelfarb

Sworn to before me this
June 30, 2022

_____
Signature, Notary Public



_____
Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS
1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001  |  T 212.689.5555  |  F 212.689.1059  |  WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE

**EXHIBIT 14B**

Message
___

| | |
|---|---|
| **From:** | Csupo Gabor [usintellectualpropertyllc@gmail.com] |
| on behalf of | Csupo Gabor <usintellectualpropertyllc@gmail.com> [usintellectualpropertyllc@gmail.com] |
| **Sent:** | 4/3/2019 7:59:35 AM |
| **To:** | YouTube Copyright [youtube-disputes+1kw7cgu6ny4v307@google.com] |
| **Subject:** | Re: YouTube Copyright Complaint Submission |
| **Attachments:** | POA_signed_1.pdf; POA_signed_2.pdf; Mega_Film_filmlist.pdf |

Dear Address,

I hereby confirm that I am authorised to protect the copyright of all the films specified in my notification and included in the attached list of films on the basis of the authorisation also attached, and that I am entitled to take action against you in respect of copyright infringement.

In view of these powers and authorisations, I strongly request that the film owned by my client MEGA FILM Kft. be removed from your platform immediately in order to avoid further copyright infringement, which is currently taking place both by you and the uploader, as the uploader of the film does not have any authorisation or permission for the film.

Sincerely, Gábor Csupó

YouTube Copyright <youtube-disputes+1kw7cgu6ny4v307@google.com> wrote (time: 3 Apr 2019, Wed, 5:48):

[icon] [illegible]

> Dear Pirate Monitor LLC,
>
> We are concerned that some of the information in the take down request you have submitted may be false. Please note that YouTube receives a large number of false takedown requests related to copyright infringement and we take abuse in this area very seriously.
>
> Please be reminded that in your notice of alleged copyright infringement you stated the following:
>
> 1. You are authorized to act on behalf of the owner of an exclusive right that is allegedly infringed and acknowledge that anyone who knowingly misrepresents material or activity as infringing may be liable for damages.
>
> 2. You understand that misuse of this form will result in termination of your YouTube account.
>
> For each of the videos in question, please identify the copyrighted work(s) allegedly infringed and the basis for your claim.
>
> If we do not receive a response from you to this email within 7 days, **we may terminate your YouTube account**. You can avoid the termination of the account by withdrawing your take down request. To do this, in your reply to this email, please write down: "I hereby withdraw my claim regarding copyright infringement".
>
> - YouTube Team
>
> The information you provided:
>
> Name of the copyright owner (possibly the company name): MEGA FILM Kft
> Full name (pseudonym, username or initials may not be used): Gábor Csupó
> Position or job title (in what capacity are you submitting a complain?): Authorized representative Address:

5277 Shoshone Ave
Encino, California 91316
US
User name: Pirate Monitor LLC
Email address: usintellectualpropertyllc@gmail.com
Telephone: +1 310 994-8100

- URL of the allegedly infringing video to be removed: http://www.youtube.com/watch?v=UPQKq6aEK1c

- Identify the work whose copyright is allegedly infringed: Artwork for my company, organisation or client

   o  Title of the artwork: Zimmer Feri

   o  Type of the artwork: Movie

   o  Where does the content appear? In the full video

Country to which the copyright applies: US

AWARE OF MY CRIMINAL LIABILITY, I declare that:

- I am the owner of the exclusive rights that is allegedly infringed or an authorised agent of the owner.

- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and

- This notification is accurate.

- I understand that under section 512(f) of the Digital Millennium Copyright Act, any person who knowingly misrepresents material or activity as infringing may be liable for damages.

- I understand that misuse of this instrument will result in the termination of my YouTube account.

Authenticated signature: Gábor Csupó


Help • E mail settings

©2019 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066, USA

CONFIDENTIAL

IPLLC_0000000143