# EXHIBIT 9

## LICENSE AGREEMENT

which has been entered into by and between

Name of company: **MEGAFILM Kft.**
Registered domicile: 1119 Budapest, Tétényi út 84-86
Company registration number: 01-09-663129
Tax number: 12288915-2-43
Represented by: Gábor Kálomista, managing director

as Licensor – hereinafter referred to as Licensor – and

Name of company: **Pirate Monitor Ltd.**
Registered domicile: Intershore Chambers, 3rd Floor, Geneva Place,
Road Town, Tortola, VG1110 BVI
Company registration number: 1885449
Tax number: 1885449
Represented by: Gabor Csupo, Managing Director

as Licensee – hereinafter referred to as Licensee –

on this day according to the below conditions:

### 1. License:

**(a)** By concluding the present agreement Licensor grants the exclusive internet rights to the usage of the Pictures specified in Section 2. of this agreement (hereinafter referred to as the Pictures) on the terms presented in the agreement herein.

**(b)** All rights not specifically granted to Licensee are reserved by Licensor.

### 2. Licensor's declaration:

The Licensor declares that it has the full rights and has the power to grant the license herein, and that its rights to the Pictures, which will be supplied by the Licensor to the Licensee is not burdened with rights of third persons, is not subject to lien, and that during the license period the Licensor will refrain from any actions that might result in possible loss of owned rights or in their limitation.

The licensed Pictures: *Joska Menni Amerika, Zimmer Feri 2, Vakvagányok*

### 3. Licensee's obligations:

The Licensee declares and obliges to use the Pictures in the way consistent with the rights granted to the Licensee on the basis of the license herein.

4. **Territory:** The whole world,

Confidential

PIRATEMONITOR_0000000046

5. **License period**: from the undersigning of the present contract for unlimited period of time

6. **License fee:** The parties hereby agree that the Licensor is entitled for a Royalty payment from the receipts derived from the exploitation of the Pictures, which royalty shall be 50% percentage of the net receipts.

The above agreed percentage of net income is payable quarterly upon a quarterly detailed statement, that shall be supplied by the Licensee. Licensee shall pay the amounts due to Licensor within 15 days upon receipt of Licensor's proper invoice.

Licensor or its designee shall have the right, upon reasonable notice and not more than once in each calendar year, to examine, copy and take extracts from Lisencee's books and records insofar as they pertain to the distribution of the Rights granted herein.

7. **Rights licensed to Licensee:**

Licensor hereby licenses Licensee the exclusive internet rights to the usage of the Pictures, including the rights to distribute, reproduce, publicly perform, and publicly display the Pictures on the internet, and the Licensee obtains the following rights in connection with the Pictures in the Territory during the License Period as indicated below.

| On Demand Rights | Licensed? | |
|---|---|---|
| | Yes | No |
| Pay-Per-View | X | |
| Demand View | X | |
| Preview TV | X | |

Licensor hereby transfers ownership of and/or assigns to Licensee all prior rights arising out of prior copyright infringement of the internet rights set forth herein in the Territory.

8. **Confidentiality**

The parities are engaged to treat all information resulting from this agreement, as well as any information obtained during negotiating the provisions of this agreement, as information which shall not be disclosed to any third party, unless disclosing such information is required by authorized bodies and results from the binding provisions of law. The aforementioned information may not be directly or indirectly disclosed to any third party, and within the organizational structures of the parties this information is justified by their participation in the implementation of the agreement or binding procedures.

9. **Termination**

Both parties may terminate the present contract with immediate effect, should the other party's acts violate the provisions of the present contract or seriously hurt the interest

PIRATEMONITOR_0000000047

of the Licensor. Especially serious breach of contract is: failure to settle the license fee by the deadline given in the written notice, breach of confidentiality.

## 10. Miscellaneous provisions

Contracting Parties agree that the persons to keep contact hereunder are the following:

- on behalf of the Licensor: Kálomista Gábor, Managing Director

- on behalf of the Licensee: Gabor Csupo., Managing Director

The Parties oblige themselves to inform each other of any change in their details within 8 (eight) days of the occurrence of the change.

In any other matters not specifically provided for hereunder the provisions of the Civil Code, the Act of Copyright and the prevailing Hungarian law govern. Any alteration to the present contract or any notification is valid only if it is in writing and handed over personally or sent by registered mail to the other party's address specified hereunder.

In the event of legal disputes arising during the performance of the present contract the Parties agree to mutually accept the exclusive jurisdiction of Hungary.

The present contract has been prepared in 2 original copies in Hungarian language, one of which is the copy of the Licensor, the other one remains with the Licensee.

*Having read and interpreted the present contract, the Parties hereto duly sign it as fully conformant to their contractual intentions.*

Budapest, / Los Angeles,

Jan. 24, 2020.

MEGAFILM Kft.
repr.: Kálomista Gábor
Managing  Director/ Licensor

MEGAFILM KFT
1119 Budapest,
Tétényi út 84-86.
Adószám: 12298915-2-43

Pirate Monitor Ltd.
Repr.: Gabor Csupo,
Managing Director/ Licensee

PIRATEMONITOR_0000000048