# EXHIBIT 16

# LIMITED LIABILITY COMPANY

## OPERATING AGREEMENT

## OF

## INTELLECTUAL PROPERTY LLC

This Limited Liability Company Operating Agreement (the **"Operating Agreement"**) of **INTELLECTUAL PROPERTY LLC** (16192 Coastal Highway, Lewes, Delaware 19958, Reg. No. 5574151), a Delaware limited liability company is entered into as of the 20 day of March, 2019 by GÁBOR CSUPÓ, as member (the "Member").

In order to form a limited liability company pursuant to and in accordance with the Delaware Limited Liability Company Act (the **"Act"**), the Member hereby provides as follows:

1. **Certain Definitions.**

    1.1 **"Certificate of Formation"** means the document filed with the Delaware Secretary of State required to form a limited liability company in Delaware.

    1.2 **"Fiscal Year"** shall be from January 1 through December 31 of each year until or unless changed by Member.

    1.3 **"Person"** whether capitalized or not, means any individual, sole proprietorship, joint venture, partnership, corporation, company, firm, bank, association, cooperative, trust, estate, government, governmental agency, regulatory authority, or other entity of any nature.

2. **Organization.**

    2.1 <u>Company Name</u>. The name of the limited liability company formed hereby shall be INTELLECTUAL PROPERTY LLC (the **"Company"**).

    2.2 <u>Purpose</u>. The Company is formed for the object and purpose of, and the nature of the business to be conducted and promoted by the Company, is engaged in any lawful act or activity for which limited liability companies may be formed under the Act without limitation, to provide intellectual rights protection, online service provision, web development, and engaging in any and all activities necessary or incidental to the foregoing.

    2.3 <u>Registered Office; Registered Agent</u>. The address of the registered office of the Company in the State of Delaware is 16192 Coastal Highway, Lewes, Delaware 19958. The name and address of the registered agent of the Company for service of process on the Company in the State of Delaware is Harvard Business Services, Inc.16192 Coastal Highway, Lewes, Delaware 19958.

    2.4 <u>Term</u>. The term of the Company shall commence on the date first written above and shall have perpetual existence unless it shall be dissolved and its affairs shall have been wound up as provided in Section 9 (Dissolution and Winding Up of Business).

**INTELLECTUAL PROPERTY LLC**
Operating Agreement

1

2.5 <u>Qualification in Other Jurisdictions</u>. The Company may register in any other jurisdiction upon the approval of the Member.

2.6 <u>Bank Accounts</u>. All funds of the Company shall be deposited in one or more accounts with one or more recognized financial institutions in the name of the Company, at such locations as shall be determined by Member. Withdrawal from such accounts shall require the signature of such person or persons as Member may designate.

3. **Accounts and Records.**

3.1 <u>Records and Accounting; Reports; Fiscal Affairs</u>. Proper and complete records and books of accounting of the business of the Company, including a list of names, addresses and interests of all Members, shall be maintained at the Company's principal place of business. The books and records of the Company shall be kept on cash basis of accounting, and the cash basis of accounting shall be followed by the Company for federal income tax purposes.

3.2 <u>Fiscal Year End</u>. The fiscal year end shall be December 31.

3.3 <u>Keeper of the Books</u>. At all times during the term of existence of the Company Member, in his capacity as managing member (the **"Managing Member"**), shall keep or cause to be kept the books of accounts referred to in <u>Section 3.1</u> (Records and Accounting), and the following:

   (a) A current list of the full name and last known business or residence address of each Member
   (b) A copy of the Certificate of Formation, as amended;
   (c) Executed counterparts of this Operating Agreement, as amended;
   (d) Any powers of attorney under which the Company takes action;
   (e) Copies of the Company's federal, state, and local income tax or information returns and reports, if any, for the six (6) most recent taxable years;
   (f) Financial statements of the Company for the six (6) most recent fiscal years; and
   (g) All Company records as they relate to the Company's internal affairs for the current and past four (4) fiscal years.

4. **Member.**

The name and business address of the Member is as follows: GÁBOR CSUPÓ, 5277 Shoshone Ave, Encino, CA, 91316.

5. **Powers.**

The Company shall have the power and authority to do any and all acts necessary or convenient to or in furtherance of the purposes described in Section 2 hereof, including all power and authority, statutory or otherwise, possessed by, or which may be conferred upon, limited liability companies under the laws of the Delaware.

6. **Management.**

**INTELLECTUAL PROPERTY LLC**
Operating Agreement

2

The management of the Company shall be vested solely in the Member. The Member shall have the full power and authority to authorize, approve or undertake any action on behalf of the Company and to bind the Company without the necessity of a meeting. In connection with the foregoing, the Member is authorized and empowered:

a) To appoint by written designation filed with the records of the Company, one or more persons to act on behalf of the Company as officers of the Company with such titles as may be appropriate including the titles of President, Vice President, Treasurer, Secretary and Assistant Secretary; and

b) To delegate any and all power and authority with respect to the business and affairs of the Company to any individual or entity, including any officers or employees of the Company.

Any person appointed as an officer of the Company with a title customarily held by an officer of a corporation shall have the same power and authority to act on behalf of the Company as an officer holding the same title would customarily have in a corporation organized under the laws of the Delaware.

7. **Reliance by Third Parties.**

Any person or entity dealing with the Company may rely upon a certificate signed by the Managing Member of the Company, or signed by any Secretary or Assistant Secretary of the Company as to:

a) the persons who or entities which are authorized to execute and deliver any instrument or document of or on behalf of the Company, and

b) the persons who or entities which are authorized to take any action or refrain from taking any action as to any matter whatsoever involving the Company.

8. **Dissolution.**

The Company shall have perpetual existence unless it shall be dissolved and its affairs shall have been wound up upon (a) the consent of the Member, (b) the resignation, bankruptcy or dissolution or death of the Member or (c) the entry of a decree of judicial dissolution under Section § 18-801of the Act.

9. **Capital Contributions.**

The Member has contributed $ 1 (one) in cash, as its initial capital contribution to the Company ("**Capital Contribution**").

10. **Additional Contributions.**

The Member may make, but shall not be required to make, any additional capital contributions to the Company.

INTELLECTUAL PROPERTY LLC
Operating Agreement

3

## 11. Allocation of Profits and Losses.

The Company's profits and losses shall be allocated to the Member.

## 12. Distributions.

Distributions shall be made to the Member at the time and in the aggregate amounts as to be determined by the Member.

## 13. Assignment.

The Member may assign its limited liability company interest to any person, which person shall become a Member upon the filing of the instrument of assignment with the records of the Company.

## 14. Resignation.

The Managing Member may resign from the Company at any time by written resignation delivered to the Member. Upon such resignation, the vacancy shall be filled by the Member.

## 15. Amendments.

This Operating Agreement may be amended or restated from time to time by the Member.

## 16. Liability of Member.

The Member shall not have any liability for the obligations or liabilities of the Company except to the extent provided by the Act.

## 17. Governing Law.

This Operating Agreement and all rights and remedies thereunder, shall be governed by and construed under the laws of the Delaware.

IN WITNESS WHEREOF, the undersigned, intending to be legally bound hereby, has duly executed this Operating Agreement as of the date and year first aforesaid.

_____
GÁBOR CSUPÓ
Managing Member

**INTELLECTUAL PROPERTY LLC**
Operating Agreement

4

# INSTRUMENT OF TRANSFER

JÓZSEF LÁSZLÓ KOVÁCS
(PASSPORT NO. BE3118821)
6724 SZEGED
FOLTAMADAS STREET 13. FLOOR 1 DOOR 1/A
HUNGARY
(The "Transferor")

in consideration of   US$1.00/-

do hereby transfer to   GÁBOR CSUPÓ
PASSPORT NO.: USA 488683143
5277 Shoshone Ave, Encino, CA, 91316
USA
(The "Transferee")

the Share (hereinafter called the "Share") standing in my name in the Operating Agreement of **INTELLECTUAL PROPERTY LLC** to hold unto the said Tranferees in equally measure its Executors, Administrator or Assigns, subject to the several conditions upon which I held the same at the time thereof, and we the said Transferee do hereby agree to take the Share subject to the same conditions.

SCHEDULE NAME OF COMPANY   :   INTELLECTUAL PROPERTY LLC
NUMBER OF SHARES                          :   1 ORDINARY SHARE OF US$1.00 FULLY PAID IN
                                                                  THE CAPITAL OF THE COMPANY

DATED this 20. March 2019

Signed and delivered by

JÓZSEF LÁSZLÓ KOVÁCS                        *[signature]*
(Transferor)

In the presence of:

..................................................................
Signature of Witness
Name:
ID Card/Passport No.:

Signed and delivered by

GÁBOR CSUPÓ                                           *[signature]*
(Transferee)

In the presence of:
*[signature]*
..................................................................
Signature of Witness
Name:
ID Card/Passport No.:

USA - 572074931

CONFIDENTIAL                                                                                                                                                         IPLLC_0000000012

# INTELLECTUAL PROPERTY LLC
(Co. Reg. No. 5574151)
(Incorporated in Delaware)

## DIRECTOR'S RESOLUTION IN WRITING
## PASSED PURSUANT TO COMPANY'S
## ARTICLES OF ASSOCIATION

**TRANSFER OF SHARES**

RESOLVED

THAT the following transfer of shares be and are hereby approved and THAT the old share certificate be cancelled and a new share certificate be issued to the below named transferee.

Transferor       : JÓZSEF LÁSZLÓ KOVÁCS
Passport No.     : BE311821

Transferee       : GÁBOR CSUPÓ
Passport No.     : USA 488683143
No. of shares    : 1 ORDINARY FULLY PAID

That the said transfers be recorded in the Operating Agreement accordingly.

Dated this 20. March 2019

JÓZSEF LÁSZLÓ KOVÁCS
Sole Director

## CONSENT TO ACT AS A DIRECTOR

To: Intellectual Property LLC

I hereby consent to act as Director of the Company and I require you to table at the next meeting of the Company the following information:

Director's details:

    FULL NAME: Gábor Csupó

    RESIDENTIAL ADDRESS: 5277 Shoshone Ave, Encino, CA, 91316

    OCCUPATION: Director

    FORMER NAME/S: Not applicable

    DATE OF BIRTH: September 29. 1952

    PLACE OF BIRTH: Budapest, Hungary

    PASSPORT NO: USA 488683143

DATED: 20. day of March, 2019

SIGNATURE: ........ [signature] ........
                 GÁBOR CSUPÓ

CONFIDENTIAL