# EXHIBIT 20

The Wayback Machine - https://web.archive.org/web/20190523051354/https://accounts.google.com/SignUpWithoutGmail?service=youtube&continue=https%3A%2F%2Fwww.youtube.com%2Fs



## Create your Google Account

**Name**

| First | Last |
|-------|------|

**Your email address**

I would like a new Gmail address

You can't leave this empty.

**Create a password**

You can't leave this empty.

**Confirm your password**

**Birthday**

| Month | Day | Year |
|-------|-----|------|

**Gender**

I am...

**Mobile phone**

**Location**

United States

☐ I agree to the Google Terms of Service and Privacy Policy

Next step

Learn more about why we ask for this information.

Google   Privacy & Terms   Help