# EXHIBIT 21

The Wayback Machine - https://web.archive.org/web/20190602204110/https://support.google.com/a...

Help Center                                                                 Community

# Why Google asks for certain info to create an account

When you create a Google Account, we ask for some personal information. This info helps keep your account secure and makes our services more useful.

To learn more about how we use this info, read the Google Privacy Policy .

## What we ask for

### Name

Enter the name you want to use on Google services. When you share content with others, like a document or photo, your name will show up with it.

### Username

Enter a username that you'll use to sign in to your Google Account, like myname@gmail.com.

- You'll create a Gmail address or use an email address you already have that's not Gmail.
- You can use letters, numbers, and periods. Your username isn't case-sensitive. You don't need to remember which letters are capital or lowercase.

### Password

To help keep your account safe, choose a strong password that's at least 8 characters.

- Have a mix of letters, numbers, and symbols.
- Avoid personal info or common words that are easy to guess, like your street or pet's name.
- Don't use a password you've used for other accounts or websites. Likewise, don't use this password anywhere else.

Learn more about what makes a strong password.

### Birthday

Enter your date of birth. Some Google services have age requirements. Learn more about age requirements.

Your age isn't visible to others unless you share your birthday publicly or with specific people.

### Gender

Select your gender or decide not to say. Learn more about how Google uses your gender.

Your gender isn't visible to others unless you share it publicly or with specific people.

## Phone number

If you have a mobile phone, this info is optional but highly recommended. Depending on how you add a phone number to your account, your number can be used on different Google services. For example, if you forget your password, your recovery phone number helps you get back into your account.

Learn more about how phone numbers are used.

## Current email address

If you already have an email address, we recommend that you add it. This email address can be used for a few reasons, including to:

- Help keep your account secure
- Help you get back in if you can't sign in, like if you forget your password
- Get notifications from Google services

## Change this info later

After you create a Google Account, you can change some of this info and control who sees it. Learn how to:

- Edit your Google Account info
- Control what others see about you

Was this article helpful?

Yes   No