# EXHIBIT 22

# Change your Google Account picture, name & other info

support.google.com/accounts/answer/27442

You can update, add, and remove some basic info on your account.

Your name and profile picture can be viewed by other people who use Google services, including when you communicate or share content. Learn more about how to control what others see about you across Google services.

**Note:** If you use a different name on your YouTube channel, any change you make to your Google Account name will not be reflected on YouTube. Learn more about your YouTube channel name here.

If you change your Google name or profile picture, it won't change your YouTube name or profile picture.

Computer AndroidiPhone & iPad

## Add or change your profile picture

1. Sign in to your Google Account.
2. Under "Personal info," click **Photo**.
3. Upload a photo from your computer or choose one of your Google Photos.
4. Rotate and crop your photo as needed.
   Find steps to crop your photo with assistive technology below.
5. At the bottom left, click **Save as profile picture**.

## Crop your photo with assistive technology or keyboard

### Crop your photo from a corner

1. Navigate to select the corner of your photo.
2. Use the arrow keys to crop the photo.

### Move the entire crop square

1. Navigate to select the entire crop square.
2. Use the arrow keys to change the position of the crop square.

## Edit your name

You can change your name as many times as you want.

1. Sign in to your Google Account.
2. Under "Personal info," click **Name** > **Edit** ✏.
3. Follow the steps on the screen.

**Tip:** Find out where your name shows up.

## Fix an old name that still shows

If you changed your name, but the old name still shows up, clear your cache and cookies.

**Important:** When you clear your cookies, you might be signed out of non-Google sites.

## Change personal info

You can edit personal info like your birthday and gender. You can also change the email addresses and phone numbers on your account.

1. Sign in to your Google Account.
2. Under "Personal info," click the info you want to change.
3. Follow the steps on the screen.

## More details

Name
You can change your name as many times as you want.

Nickname
To add, update, or remove your nickname, go to About Me or account.google.com.
For account.google.com, follow these instructions:

1. Click **Personal info.**
2. To the right of your name, click > .
3. Next to "Nickname," click Edit ✏ .

Birthday
After you add your birthday to your account, you can't delete it. However, you can edit it and change who sees it.

**Note**: Your birthday may be used for account security and personalization across Google services.

**Who can view your birthday**

By default, your birthday isn't shared with other people who use Google services. To control who sees your birthday, go to the About me section of your Google Account.

**Some ways Google uses your birthday**

Google can use your birthday to:

- Make sure you're old enough to use certain services and features. For example, YouTube videos with age restrictions aren't available to kids.
- Know when to show a birthday theme on the Google Search page.
- Determine your age group for personalized recommendations and ads. You can turn off personalized ads.

Gender
You have a few options in the Gender section of your Google Account. You can:

- Specify your gender
- Choose not to specify your gender
- Add a custom gender and choose how Google refers to you

**Who can view your gender**

By default, your gender isn't shared with other people who use Google services. To control who sees your gender, go to the About me section of your Google Account.

**How Google uses your gender**

We use your gender to make Google services more personal. When you specify your gender, you help us to:

- Personalize messages and other text that refer to you. For example, people who can see your gender will see text like "Send him a message" or "In her circles."
- Provide more relevant, tailored content you might be interested in, like ads.

If you don't specify your gender, we'll refer to you in gender-neutral terms, like "Send them a message."

## Change other info

Change your password
1. Open your Google Account. You might need to sign in.
2. In the "Security" section, select **Signing in to Google**.
3. Select **Password**. Sign in again if prompted.
4. Follow the steps on the screen. Learn how to create a strong password.

Get more information about online security and safety.

Control what others see about you

To choose what information other people see about you on Google services, go to the About me section of your Google Account.

Learn what information you can change and how to change it.

Change your time zone

When you travel, you can view events in your current location's time zone.

Learn how to change your time zone in Google Calendar.

## Related articles

Content policy for "About me" information

Was this helpful?

## Need more help?

### Try these next steps:



Ask the Help Community Get answers from community experts