DAVID H. KRAMER, SBN 168452
MAURA L. REES, SBN 191698
LAUREN GALLO WHITE, SBN 309075
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email:  dkramer@wsgr.com
         mrees@wsgr.com
         lwhite@wsgr.com

BRIAN M. WILLEN (admitted *Pro Hac Vice*)
CATHERINE R. HARTMAN (admitted *Pro Hac Vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, NY 10019-6022
Telephone: (212) 999-5800
Facsimile: (212) 999-5801
Email:  bwillen@wsgr.com
Email:  chartman@wsgr.com

Attorneys for Defendants and Counterclaimants
YOUTUBE, LLC and GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

|  |  |
|---|---|
| MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING LTD., individually and on behalf of all others similarly situated,<br><br>       Plaintiffs,<br><br>    v.<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>       Defendants<br><hr>YOUTUBE, LLC and GOOGLE LLC,<br><br>       Counterclaimants,<br><br>    v.<br><br>PIRATE MONITOR LTD, PIRATE MONITOR LLC, and GÁBOR CSUPÓ,<br><br>       Counterclaim Defendants. | CASE NO.:  3:20-cv-04423-JD<br><br>**DEFENDANTS AND COUNTERCLAIMANTS' INTERIM ADMINISTRATIVE MOTION TO SEAL RE MOTIONS TO EXCLUDE** |

Pursuant to Civil Local Rules 7-11 and 79-5, Defendants-Counterclaimants YouTube, LLC and Google LLC ("Defendants") submit this interim administrative motion to file under seal the unredacted version of Defendants and Counterclaimants' Motion to Exclude Testimony from Plaintiffs' Proposed Experts Charles D. Cowan and Hal J. Singer and Supporting Memorandum of Law and related exhibits, as well as the unredacted version of exhibits submitted in support of Defendants and Counterclaimants' Motion to Exclude Testimony from Plaintiffs' Proposed Experts Joseph M. Winograd and Paul Jessop and Supporting Memorandum of Law. The reasons for sealing will be discussed in a forthcoming omnibus sealing motion filed jointly by the parties by April 7, 2023, by agreement of the parties and pursuant to ¶ 31 of Your Honor's Standing Order for Civil Cases.

Respectfully submitted,

Dated:  March 3, 2023

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: _____*/s/ David H. Kramer*_____
        David H. Kramer
        dkramer@wsgr.com

Attorneys for Defendants