| | |
|---|---|
| DAVID H. KRAMER, SBN 168452<br>MAURA L. REES, SBN 191698<br>LAUREN GALLO WHITE, SBN 309075<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone: (650) 493-9300<br>Facsimile: (650) 565-5100<br>Email:  dkramer@wsgr.com<br>          mrees@wsgr.com<br>          lwhite@wsgr.com | BRIAN M. WILLEN (admitted *Pro Hac Vice*)<br>CATHERINE R. HARTMAN (admitted *Pro Hac Vice*)<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>1301 Avenue of the Americas, 40th Floor<br>New York, NY 10019-6022<br>Telephone: (212) 999-5800<br>Facsimile: (212) 999-5801<br>Email:  bwillen@wsgr.com<br>Email:  chartman@wsgr.com |

Attorneys for Defendants and Counterclaimants
YOUTUBE, LLC and GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING LTD., individually and on behalf of all others similarly situated,<br><br>          Plaintiffs,<br><br>     v.<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>          Defendants<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>          Counterclaimants,<br><br>     v.<br><br>PIRATE MONITOR LTD, PIRATE MONITOR LLC, and GÁBOR CSUPÓ,<br><br>          Counterclaim Defendants. | CASE NO.:  3:20-cv-04423-JD<br><br>**CERTIFICATE OF SERVICE** |

1    I, Deborah Grubbs, declare:

2    I am employed in Santa Clara County, State of California. I am over the age of 18 years

3    and not a party to the within action. My business address is Wilson Sonsini Goodrich & Rosati,

4    650 Page Mill Road, Palo Alto, California 94304-1050.

5    On this date, I served:

**1.   CONFIDENTIAL VERSION OF DEFENDANTS AND COUNTERCLAIMANTS' NOTICE OF MOTION AND MOTION TO EXCLUDE TESTIMONY FROM PLAINTIFFS' PROPOSED EXPERTS CHARLES D. COWAN AND HAL J. SINGER AND SUPPORTING MEMORANDUM OF LAW**

**2.   CONFIDENTIAL VERSION OF EXHIBIT 1 TO THE DECLARATION OF KELLY M. KNOLL ISO MOTION TO EXCLUDE TESTIMONY FROM JOSEPH M. WINOGRAD AND PAUL JESSOP**

**3.   CONFIDENTIAL VERSION OF EXHIBIT 2 TO THE DECLARATION OF KELLY M. KNOLL ISO MOTION TO EXCLUDE TESTIMONY FROM JOSEPH M. WINOGRAD AND PAUL JESSOP**

**4.   CONFIDENTIAL VERSION OF EXHIBIT D TO THE DECLARATION OF KELLY M. KNOLL ISO MOTION TO EXCLUDE TESTIMONY FROM CHARLES D. COWAN AND HAL J. SINGER**

**5.   CONFIDENTIAL VERSION OF EXHIBIT E TO THE DECLARATION OF KELLY M. KNOLL ISO MOTION TO EXCLUDE TESTIMONY FROM CHARLES D. COWAN AND HAL J. SINGER**

**6.   CONFIDENTIAL VERSION OF EXHIBIT F TO THE DECLARATION OF KELLY M. KNOLL ISO MOTION TO EXCLUDE TESTIMONY FROM CHARLES D. COWAN AND HAL J. SINGER**

☒    By forwarding the document(s) by electronic transmission on this date to the Internet email address listed below:

BSFYouTube@bsfllp.com and Ktyoutube@koreintillery.com

I am readily familiar with Wilson Sonsini Goodrich & Rosati's practice for collection and processing of documents for delivery according to instructions indicated above. In the ordinary course of business, documents would be handled accordingly.

1  I declare under penalty of perjury under the laws of the United States of America and the
2  State of California that the foregoing is true and correct. Executed at San Mateo, California on
3  March 3, 2023.

4

5  _____
   Deborah Grubbs

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28