1
2
3
4
5
6
7
8

9                        UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11                         SAN FRANCISCO DIVISION

12   MARIA SCHNEIDER, UNIGLOBE          )   CASE NO.:  3:20-cv-04423-JD
     ENTERTAINMENT, LLC, and AST        )
13   PUBLISHING LTD., individually and on behalf )   **[PROPOSED]**
     of all others similarly situated,  )   **ORDER GRANTING DEFENDANTS**
14                                       )   **AND COUNTERCLAIMANTS'**
                                         )   **MOTION TO EXCLUDE**
15              Plaintiffs,              )   **TESTIMONY FROM PLAINTIFFS'**
                                         )   **PROPOSED EXPERTS CHARLES**
16         v.                            )   **D. COWAN AND HAL J. SINGER**
                                         )
17   YOUTUBE, LLC and GOOGLE LLC,        )
                                         )
18              Defendants               )
     _____ )
19                                       )   Date:    April 13, 2023
     YOUTUBE, LLC and GOOGLE LLC,        )   Time:    10:00 a.m.
20                                       )   Dept.:   11
                                         )   Judge:   Hon. James Donato
21              Counterclaimants,        )
                                         )
22         v.                            )
                                         )
23   PIRATE MONITOR LTD, PIRATE MONITOR  )
     LLC, and GÁBOR CSUPÓ,               )
24                                       )
                                         )
25              Counterclaim Defendants. )
     _____ )
26
27
28

1

[PROPOSED] ORDER

2          The Court, having reviewed Defendants and Counterclaimants YouTube, LLC and

3    Google LLC's Motion to Exclude Testimony from Plaintiffs' Proposed Experts Charles D.

4    Cowan and Hal J. Singer. Pursuant to Rule 702 of the Federal Rules of Evidence and *Daubert v.*

5    *Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), and for good cause shown, GRANTS

6    the motion and precludes Charles D. Cowan and Hal J. Singer from offering expert testimony, in

7    full or in specified part, from all pending motions and at trial, including in connection with

8    Plaintiffs' motion for class certification.

9

10         **IT IS SO ORDERED.**

11   DATED: _____          _____

12                                            HONORABLE JUDGE JAMES DONATO
                                             UNITED STATES DISTRICT JUDGE