| | |
|---|---|
| George A. Zelcs* <br> *gzelcs@koreintillery.com* <br> Randall P. Ewing, Jr.* <br> *rewing@koreintillery.com* <br> Ryan Z. Cortazar* <br> *rcortazar@koreintillery.com* <br> **KOREIN TILLERY, LLC** <br> 205 North Michigan, Suite 1950 <br> Chicago, IL  60601 <br> Telephone: (312) 641-9750 <br> Facsimile: (312) 641-9751 <br><br> Stephen M. Tillery* <br> *stillery@koreintillery.com* <br> Steven M. Berezney, CA Bar #329923 <br> *sberezney@koreintillery.com* <br> Carol O'Keefe* <br> *cokeefe@koreintillery.com* <br> **KOREIN TILLERY, LLC** <br> 505 North 7th Street, Suite 3600 <br> St. Louis, MO  63101 <br> Telephone: (314) 241-4844 <br> Facsimile: (314) 241-3525 <br><br> *Admitted pro hac vice <br><br> *Attorneys for Plaintiffs* | Joshua Irwin Schiller, CA Bar #330653 <br> *jischiller@bsfllp.com* <br> **BOIES SCHILLER FLEXNER LLP** <br> 44 Montgomery St., 41st Floor <br> San Francisco, CA  94104 <br> Telephone: (415) 293-6800 <br> Facsimile: (415) 293-6899 <br><br> Philip C. Korologos* <br> *pkorologos@bsfllp.com* <br> Joanna Wright* <br> *jwright@bsfllp.com* <br> Jeffrey Waldron* <br> *jwaldron@bsfllp.com* <br> **BOIES SCHILLER FLEXNER LLP** <br> 55 Hudson Yards, 20th Floor <br> New York, NY 10001 <br> Telephone: (212) 446-2300 <br> Facsimile: (212) 446-2350 |

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING LTD., individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> YOUTUBE, LLC and GOOGLE LLC, <br><br> Defendants. | CASE NO.:  3:20-cv-04423-JD <br><br> **PLAINTIFFS' INTERIM ADMINISTRATIVE MOTION TO SEAL PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT** <br><br> Judge:  Hon. James Donato <br><br> DATE:  April 13, 2023 <br> TIME:   10:00 a.m. |

1  Pursuant to Civil Local Rules 7-11 and 79-5, Plaintiffs submit this interim administrative
2  motion to file under seal the unredacted versions of Plaintiffs' Motion for Partial Summary
3  Judgment and related exhibits, portions of which contain information designated as Confidential
4  or Highly Confidential by Defendants.  By agreement of the parties and pursuant to ¶ 31 of Your
5  Honor's Standing Order for Civil Cases, the reasons for sealing will be discussed in a forthcoming
6  omnibus sealing motion filed jointly by the parties addressing the sealing of confidential
7  information related to Plaintiffs' Motion for Class Certification, and any dispositive motions or
8  *Daubert* motions filed by the parties. The joint sealing motion will be filed two weeks after the
9  final reply related to the aforementioned motions is submitted.

10 Respectfully submitted,

11 Dated:  March 3, 2023                       /s/ *Carol O'Keefe*
                                               Carol O'Keefe (*pro hac vice*)
12                                             Stephen M. Tillery (*pro hac vice*)
13                                             Steven M. Berezney, CA Bar #329923
                                               KOREIN TILLERY, LLC
14                                             505 North 7th Street, Suite 3600
                                               St. Louis, MO 63101
15                                             Telephone: (314) 241-4844
                                               Facsimile: (314) 241-3525
16
                                               George A. Zelcs (*pro hac vice*)
17                                             Randall P. Ewing, Jr. (*pro hac vice*)
                                               Ryan Z. Cortazar (*pro hac vice*)
18                                             KOREIN TILLERY, LLC
                                               205 North Michigan, Suite 1950
19                                             Chicago, IL 60601
                                               Telephone: (312) 641-9750
20                                             Facsimile: (312) 641-9751

21                                             Philip C. Korologos (*pro hac vice*)
                                               Joanna Wright (*pro hac vice*)
22                                             Jeffrey Waldron (*pro hac vice*)
                                               BOIES SCHILLER FLEXNER LLP
23                                             55 Hudson Yards, 20th Floor
                                               New York, NY 10001
24                                             Telephone: (212) 446-2300
                                               Facsimile: (212) 446-2350
25
                                               Joshua Irwin Schiller, CA Bar #330653
26                                             BOIES SCHILLER FLEXNER LLP
                                               44 Montgomery St., 41st Floor
27                                             San Francisco, CA 94104
                                               Telephone: (415) 293-6800
28                                                       2

Plaintiffs' Interim Administrative Motion to Seal                              3:20-cv-4423-JD

Facsimile: (415) 293-6899

*Attorneys for Plaintiffs*