| | |
|---|---|
| George A. Zelcs (pro hac vice)<br>  gzelcs@koreintillery.com<br>Randall P. Ewing, Jr. (pro hac vice)<br>  rewing@koreintillery.com<br>Ryan Z. Cortazar (pro hac vice)<br>  rcortazar@koreintillery.com<br>**KOREIN TILLERY, LLC**<br>205 North Michigan, Suite 1950<br>Chicago, IL  60601<br>Telephone: (312) 641-9750<br><br>Stephen M. Tillery (pro hac vice)<br>  stillery@koreintillery.com<br>Steven M. Berezney, CA Bar #329923<br>  sberezney@koreintillery.com<br>Carol O'Keefe (pro hac vice)<br>  cokeefe@koreintillery.com<br>**KOREIN TILLERY, LLC**<br>505 North 7th Street, Suite 3600<br>St. Louis, MO  63101<br>Telephone: (314) 241-4844 | Joshua Irwin Schiller, CA Bar #330653<br>  jischiller@bsfllp.com<br>**BOIES SCHILLER FLEXNER LLP**<br>44 Montgomery Street<br>41st Floor<br>San Francisco, CA  94104<br>Telephone: (415) 293-6800<br><br>Philip C. Korologos (pro hac vice)<br>  pkorologos@bsfllp.com<br>Joanna Wright (pro hac vice)<br>  jwright@bsfllp.com<br>Jeffrey Waldron (pro hac vice)<br>  jwaldron@bsfllp.com<br>**BOIES SCHILLER FLEXNER LLP**<br>55 Hudson Yards, 20th Floor<br>New York, NY 10001<br>Telephone: (212) 446-2300 |

*Attorneys for Plaintiffs Maria Schneider,*
*Uniglobe Entertainment, LLC, and AST Publishing Ltd. and*
*Attorneys for Counterclaim-Defendants*
*Pirate Monitor Ltd. and Gabor Csupo*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING, LTD., individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>v.<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>                    Defendants. | Case No. 3:20-cv-04423-JD<br><br>**DECLARATION OF CAROL L. O'KEEFE IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Judge: Hon. James Donato<br>Courtroom: 11<br><br>DATE:  April 13, 2023<br>TIME:  10:00 a.m. |

I, Carol L. O'Keefe, declare as follows:

1.     I am an attorney at Korein Tillery LLC, co-counsel to Plaintiffs and putative class representatives Maria Schneider, Uniglobe Entertainment, LLC, and AST Publishing, Ltd.  I make this declaration in support of Plaintiffs' Motion for Partial Summary Judgment filed on March 3, 2023.  I have knowledge of the facts stated herein from my personal knowledge and, if called as a witness, I could and would competently testify thereto.

2.     Attached hereto as **Exhibit 1** is a true and correct copy of a publicly-available page titled, "Change video privacy settings," available on the YouTube website at the URL https://support.google.com/youtube/answer/157177?hl=en&co=GENIE.Platform%3DDesktop as it appeared on March 3, 2023.

3.     Attached hereto as **Exhibit 2** is a true and correct copy of excerpts of the June 22, 2022 deposition of Julian Bill.

4.     Attached hereto as **Exhibit 3** is a true and correct copy of the January 10, 2023 letter from Lauren Gallo White.

5.     Attached hereto as **Exhibit 4** is a true and correct copy of a Chart Summarizing Data From Content ID Statistics. This chart was compiled using data derived from Exhibit 3, the January 10, 2023 letter of Lauren Gallo White for those columns entitled "Total Number of Videos" and "Publicly Displayed Videos." The column entitled "Number of Private or Unlisted Videos" was derived by subtracting the number of "publicly displayed" videos from the number of "videos on the platform" as set forth in Exhibit 3.  The column entitled "Percentage of All Videos that are Private or Unlisted" was derived by dividing the derived "Number of Private or Unlisted Videos" by the "Total Number of Videos."

6.     Attached hereto as **Exhibit 5** is a true and correct copy of the YouTube Copyright Transparency Report for H1 2022.

7.     Attached hereto as **Exhibit 6** is a true and correct copy of excerpts of the July 5, 2022, 30(b)(6) deposition of Fabio Magagna, PhD.

8. Attached hereto as **Exhibit 7** is a true and correct copy of excerpts of the June 21, 2022, 30(b)(6) deposition of Kevin Zhu.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 3rd day of March 2023 in Saint Louis, Missouri.

*/s/ Carol L. O'Keefe*
Carol L. O'Keefe

**ATTESTATION**

My user ID and password are being used in the electronic filing of this document and, in compliance with N.D. Cal. Civil L.R. 5-1(h)(3), I hereby attest that concurrence in the filing of the document has been obtained from each of the other Signatories.

/s/ Carol L. O'Keefe
Carol L. O'Keefe