| | |
|---|---|
| DAVID H. KRAMER, SBN 168452<br>MAURA L. REES, SBN 191698<br>LAUREN GALLO WHITE, SBN 309075<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone: (650) 493-9300<br>Facsimile: (650) 565-5100<br>Email: dkramer@wsgr.com<br>　　　　mrees@wsgr.com<br>　　　　lwhite@wsgr.com | BRIAN M. WILLEN (admitted *Pro Hac Vice*)<br>CATHERINE R. HARTMAN (admitted *Pro Hac Vice*)<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>1301 Avenue of the Americas, 40th Floor<br>New York, NY 10019-6022<br>Telephone: (212) 999-5800<br>Facsimile: (212) 999-5801<br>Email: bwillen@wsgr.com<br>Email: chartman@wsgr.com |

Attorneys for Defendants and Counterclaimants
YOUTUBE, LLC and GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING LTD., individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>　　　　Defendants<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>　　　　Counterclaimants,<br><br>　v.<br><br>PIRATE MONITOR LTD, PIRATE MONITOR LLC, and GÁBOR CSUPÓ,<br><br>　　　　Counterclaim Defendants. | CASE NO.: 3:20-cv-04423-JD<br><br>**DECLARATION OF KELLY M. KNOLL IN SUPPORT OF DEFENDANTS AND COUNTERCLAIMANTS' MOTION TO EXCLUDE TESTIMONY FROM PLAINTIFFS' PROPOSED EXPERTS JOSEPH M. WINOGRAD AND PAUL JESSOP**<br><br>Date:　April 13, 2023<br>Time:　10:00 a.m.<br>Dept.:　11<br>Judge:　Hon. James Donato |

I, Kelly M. Knoll, declare as follows:

1. I am an attorney at Wilson, Sonsini, Goodrich & Rosati, P.C., counsel to Defendants and Counterclaimants YouTube, LLC and Google LLC (together, "YouTube"). I am over the age of 18 and am competent to make this declaration. I make each of the following statements based on my personal knowledge and could, if necessary, testify to the truth of each of them.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the Expert Report of Joseph M. Winograd for Plaintiffs, dated September 1, 2022.

3. Attached hereto as **Exhibit 2** is a true and correct copy of excerpts of the transcript of the September 29, 2022 deposition of Joseph M. Winograd, accompanied by a true and correct copy of the Errata Sheet submitted by Plaintiffs. To assist the Court, portions of the transcript that are cited in the motion are highlighted in yellow, and portions of the transcript that YouTube provisionally files under seal are highlighted in red.

4. Attached hereto as **Exhibit 3** is a true and correct copy of the Expert Report of Paul Jessop, dated September 1, 2022.

5. Attached hereto as **Exhibit 4** is a true and correct copy of excerpts of the transcript of the September 28, 2022 deposition of Paul Jessop, accompanied by a true and correct copy of the Errata Sheet submitted by Plaintiffs. To assist the Court, portions of the transcript that are cited in the motion are highlighted in yellow.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 3rd day of March in Palo Alto, California.

*/s/ Kelly M. Knoll*
Kelly M. Knoll
kknoll@wsgr.com

Attorneys for Defendants and Counterclaimants
YOUTUBE, LLC and GOOGLE LLC

DECLARATION OF KELLY M. KNOLL ISO DEFENDANTS' MOTION TO EXCLUDE EXPERT TESTIMONY     -1-     CASE NO. 3:20-CV-04423-JD

**ATTORNEY ATTESTATION**

I, David H. Kramer, am the ECF User whose ID and password are being used to file this document. In compliance with N.D. Cal. Civil L.R. 5-1(i)(3), I hereby attest that the concurrence in the filing of this document has been obtained from the signatory.

>                     */s/ David H. Kramer*
>                       David H. Kramer