Exhibit 4

to the Declaration of Kelly M. Knoll ISO Defendants' Motion to Exclude Testimony from Joseph M. Winograd and Paul Jessop

1          UNITED STATES DISTRICT COURT

2        NORTHERN DISTRICT OF CALIFORNIA

3            Case No. 20-cv-04423-JD

4

5   - - - - - - - - - - - - - - - -x

6   MARIA SCHNEIDER, et al,            :

7                    Plaintiffs,    :

8            - vs -                  :

9   YOUTUBE LLC, et al,                :

10                   Defendants.    :

11  - - - - - - - - - - - - - - - -x

12

13           ***CONFIDENTIAL***

14

15      VIDEOTAPED DEPOSITION UPON ORAL

16  EXAMINATION OF PAUL JESSOP, held in New York,

17  NY, commencing at 9:16 a.m., September 28, 2022 ,

18  before Randi Friedman, a Registered Professional

19  Reporter, within and for the State of New York.

20

21

22

23

24  JOB No. 5490181

25  PAGES 1 - 286

                                    Page 1

```
 1    APPEARANCES:

 2

                 BOIES SCHILLER FLEXNER, LLP
 3               Attorneys for Plaintiffs
 4               55 Hudson Yards, 20th Floor
 5               New York, New York 10001
                 BY:  ROBERT DWYER, ESQ.
 6                    PHILIP C. KOROLOGOS, ESQ.
 7                    (Via Telephone)
 8

 9               KOREIN TILLERY, LLC
10               Attorneys for Plaintiffs
11               505 North 7th Street, Suite 3600
                 St. Louis, Missouri 63101
12               BY:  CAROL O'KEEFE, ESQ.
13                    GEORGE A. ZELCS, ESQ.
14                    (Via Telephone)
15

16               WILSON SONSINI GOODRICH & ROSATI
17               Attorneys for Defendants
                 1301 Avenue of the Americas
18               New York, New York 10019
19               BY:  ELI B. RICHLIN, ESQ.
20                    KELLY KNOLL, ESQ.
21                    KENI SABATH
22

23    ALSO PRESENT:
24               Deverell Write - Videographer
25               FX Nuttall
```

                                        Page 2

| | | |
|---|---|---|
| 1 | taking every word down, she can't take down if | 09:17:47 |
| 2 | you nod or if you say "uh-huh," so please try to | 09:17:50 |
| 3 | answer audibly. | 09:17:54 |
| 4 | A    I understand. | 09:17:55 |
| 5 | Q    If you need to take a break at all | 09:17:56 |
| 6 | during the day, just please let me know.  I will | 09:17:58 |
| 7 | ask that you answer a question if it's pending, | 09:18:00 |
| 8 | but certainly we'll try to take a break whenever | 09:18:03 |
| 9 | you need one.  Okay? | 09:18:05 |
| 10 | A    Yes. | 09:18:07 |
| 11 | Q    Very good. | 09:18:07 |
| 12 | MR. RICHLIN:  Kelly, can we have | 09:18:09 |
| 13 | Tab 1, please. | 09:18:10 |
| 14 | Mark this as Jessop 1, please. | 09:18:11 |
| 15 | (Jessop Exhibit 1 was marked.) | 09:18:30 |
| 16 | BY MR. RICHLIN: | 09:18:30 |
| 17 | Q    Mr. Jessop, we've marked as Jessop | 09:18:30 |
| 18 | Exhibit 1 a copy of a deposition notice titled | 09:18:32 |
| 19 | Notice of Defendants and Counterclaimants YouTube | 09:18:36 |
| 20 | LLC and Google LLC's Expert Deposition Subpoenas | 09:18:38 |
| 21 | to Paul Jessop and Joseph M. Winograd. | 09:18:43 |
| 22 | You see the document that's been | 09:18:44 |
| 23 | marked as Jessop 1, sir? | 09:18:46 |
| 24 | A    I do. | 09:18:49 |
| 25 | Q    Have you seen this document before? | 09:18:50 |

Page 8

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | A    I have not. | 09:18:53 |
| 2 | Q    But you understand, sir, that you are | 09:18:55 |
| 3 | here to testify pursuant to a request by | 09:18:57 |
| 4 | defendants to take your testimony; correct? | 09:19:01 |
| 5 | A    I do. | 09:19:03 |
| 6 | Q    One other note.  Please make sure to | 09:19:05 |
| 7 | let me finish my question before you jump in with | 09:19:07 |
| 8 | your answer; it's a little bit easier for the | 09:19:10 |
| 9 | court reporter. | 09:19:13 |
| 10 | A    Yes. | 09:19:14 |
| 11 | Q    You understand, sir, that you're here | 09:19:18 |
| 12 | to testify as an expert witness; is that correct? | 09:19:19 |
| 13 | A    It is. | 09:19:22 |
| 14 | Q    Not as a factual witness; correct? | 09:19:23 |
| 15 | A    Correct. | 09:19:25 |
| 16 | Q    I'd like to ask you some questions | 09:19:28 |
| 17 | about your sphere of expertise. | 09:19:30 |
| 18 | Have you ever worked for an online | 09:19:32 |
| 19 | service that hosts user-generated content? | 09:19:37 |
| 20 | A    No. | 09:19:46 |
| 21 | Q    You are currently a consultant, sir; | 09:19:49 |
| 22 | is that correct? | 09:19:50 |
| 23 | A    That is correct. | 09:19:51 |
| 24 | Q    Have you ever done any consulting work | 09:19:52 |
| 25 | for an online service that hosts user-generated | 09:19:54 |

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL

```
 1    content?                                    09:19:57
 2         A      No.                             09:20:01
 3         Q      Have you ever worked for a social   09:20:05
 4    media platform?                             09:20:08
 5         A      No.                             09:20:12
 6         Q      Have you ever done any consulting work   09:20:16
 7    for a social media platform?               09:20:17
 8         A      No.                             09:20:19
 9         Q      Have you ever built an algorithm for a   09:20:28
10    social media platform?                      09:20:33
11         A      No.                             09:20:36
12         Q      Have you ever worked for an online   09:20:58
13    search engine?                              09:21:01
14         A      No.                             09:21:07
15         Q      Have you ever done any consulting work   09:21:09
16    for an online search engine?               09:21:10
17         A      No.                             09:21:13
18         Q      Have you ever published any articles   09:21:19
19    on how search engines function?            09:21:20
20         A      No.                             09:21:23
21         Q      Do you have any expertise in search   09:21:27
22    engine algorithms?                          09:21:30
23         A      No.                             09:21:34
24         Q      Do you have any expertise in social   09:21:37
25    media platform algorithms?                  09:21:40
```

Page 10

CONFIDENTIAL

| | | | |
|---|---|---|---|
| 1 | A | No. | 09:21:47 |
| 2 | Q | Do you have any experience writing | 09:21:51 |
| 3 | code to transcode videos? | | | 09:21:53 |
| 4 | A | Professionally with a client, no.  But | 09:22:06 |
| 5 | I have written code in an hobbyist, amateur | | | 09:22:09 |
| 6 | capacity to transform time lapse videos taken | | | 09:22:17 |
| 7 | with a still camera into video files, which are | | | 09:22:20 |
| 8 | moving pictures. | | | 09:22:27 |
| 9 | Q | All right.  Let's break that apart. | 09:22:29 |
| 10 | So first focusing on professional experience, do | | | 09:22:31 |
| 11 | you have any professional experience writing code | | | 09:22:35 |
| 12 | to transcode videos? | | | 09:22:39 |
| 13 | A | I do not. | 09:22:41 |
| 14 | Q | Have you ever performed any consulting | 09:22:43 |
| 15 | work relating to transcoding? | | | 09:22:44 |
| 16 | A | No. | 09:22:49 |
| 17 | Q | Have you ever consulted for a company | 09:22:54 |
| 18 | that performs video transcoding? | | | 09:22:56 |
| 19 | A | Video transcoding happens in a variety | 09:23:09 |
| 20 | of different ways, and it would be, I think, | | | 09:23:13 |
| 21 | impossible for me to say that none of the | | | 09:23:16 |
| 22 | companies with whom I've had a relationship as an | | | 09:23:19 |
| 23 | employee or as a consultant do not do | | | 09:23:21 |
| 24 | transcoding, some were buried in the depths of | | | 09:23:24 |
| 25 | their products.  But I have not been involved | | | 09:23:29 |

Page 11

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | with that particular aspect of the functionality | 09:23:31 |
| 2 | of those products in my professional capacity. | 09:23:32 |
| 3 |    Q     Fair enough. | 09:23:38 |
| 4 |         Have you written any articles that | 09:23:39 |
| 5 | have been published that relate to video | 09:23:42 |
| 6 | transcoding? | 09:23:44 |
| 7 |    A     No. | 09:23:48 |
| 8 |    Q     Do you have expertise in the area of | 09:23:58 |
| 9 | video transcoding? | 09:24:00 |
| 10 |    A     I have had peripheral involvement | 09:24:07 |
| 11 | through standards bodies in the technologies used | 09:24:10 |
| 12 | to encode video and to decode video, so I have an | 09:24:13 |
| 13 | outlying knowledge of what goes on, but I have no | 09:24:17 |
| 14 | professional expertise in the practice, in the | 09:24:21 |
| 15 | area. | 09:24:23 |
| 16 |    Q     And your personal experience in | 09:24:27 |
| 17 | transcoding, that related to transforming | 09:24:31 |
| 18 | time-lapsed videos taken with a still camera into | 09:24:36 |
| 19 | video files which are moving pictures; is that | 09:24:40 |
| 20 | accurate? | 09:24:42 |
| 21 |    A     That's correct. | 09:24:43 |
| 22 |    Q     And that's a separate process than | 09:24:44 |
| 23 | standardizing the format of user-generated video | 09:24:47 |
| 24 | files to be displayed on a user-generated content | 09:24:50 |
| 25 | platform; correct? | 09:24:55 |

Page 12

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | A    I am not aware of any platforms that | 09:24:58 |
| 2 | accept sequences of still image files as a form | 09:25:01 |
| 3 | of moving picture, so in that sense it is | 09:25:07 |
| 4 | different from the typical industry practice of | 09:25:11 |
| 5 | moving from one moving picture format to another. | 09:25:14 |
| 6 | Q    Okay.  Have you personally developed | 09:25:18 |
| 7 | any video-editing software? | 09:25:22 |
| 8 | A    I have developed video-editing scripts | 09:25:32 |
| 9 | that work with other programs as part of a | 09:25:35 |
| 10 | personal development exercise, which might lead | 09:25:40 |
| 11 | to a product to take multiple camera feeds and | 09:25:47 |
| 12 | combine them to an output in an automatic | 09:25:51 |
| 13 | fashion.  But that was -- that is not something | 09:25:55 |
| 14 | that has yet reached the stage of being -- being | 09:25:58 |
| 15 | productionizable. | 09:26:02 |
| 16 | Q    That anticipated my next question, | 09:26:03 |
| 17 | sir. | 09:26:04 |
| 18 | Have you ever worked for a company | 09:26:05 |
| 19 | that developed video-editing software for | 09:26:06 |
| 20 | consumer use? | 09:26:08 |
| 21 | A    I have not. | 09:26:09 |
| 22 | Q    Have you ever consulted for a company | 09:26:10 |
| 23 | in the field of video-editing software? | 09:26:12 |
| 24 | A    I believe that LG Electronics may have | 09:26:25 |
| 25 | such a product associated with their consumer | 09:26:29 |

Page 13

CONFIDENTIAL

```
 1    camera products, but my engagement with them was      09:26:31
 2    not connected with those products.  It was            09:26:37
 3    connected with audio coding, so I think the            09:26:39
 4    answer to your question would strictly be yes,         09:26:41
 5    but I would qualify that by saying that I have         09:26:44
 6    not been engaged in that area of their work.           09:26:46
 7         Q    All right.  Let me ask the question          09:26:50
 8    precisely.                                              09:26:52
 9              Have you ever provided consulting            09:26:52
10    services in the area of video-editing software?        09:26:55
11         A    I have not.                                  09:26:59
12         Q    Have you ever written any articles           09:27:02
13    relating to video-editing software?                    09:27:04
14         A    I have not.                                  09:27:07
15         Q    Do you have professional-level               09:27:21
16    expertise in how video-editing software works?         09:27:23
17         A    I have professional-level expertise in       09:27:31
18    how it works at a user interface level in that I       09:27:33
19    have skills that I can use the software.  I am         09:27:37
20    not familiar with the internals or what happens       09:27:40
21    within the software package beyond its user            09:27:43
22    interface.                                             09:27:49
23         Q    Do you have professional experience in       09:27:53
24    designing consumer software products?                  09:27:54
25         A    Yes.                                          09:27:58
```

Page 14

| | | |
|---|---|---|
| 1 | Q    What is that experience? | 09:27:59 |
| 2 | A    I was involved in the early '90s with | 09:28:01 |
| 3 | British Telecommunications in developing consumer | 09:28:07 |
| 4 | products for internet access over analog and | 09:28:11 |
| 5 | digital phone lines, and I was the product | 09:28:15 |
| 6 | marketing manager for those products and was | 09:28:21 |
| 7 | involved in their software functionality. | 09:28:23 |
| 8 | Q    Any other professional experience in | 09:28:29 |
| 9 | designing consumer software products besides what | 09:28:32 |
| 10 | you just mentioned? | 09:28:34 |
| 11 | A    Effectively all consumer products have | 09:28:39 |
| 12 | software in them, so I would go -- I have to go | 09:28:43 |
| 13 | back to 1985, when I was involved in the design, | 09:28:46 |
| 14 | testing and production of telephones, which were | 09:28:49 |
| 15 | at that stage just starting to have | 09:28:56 |
| 16 | microprocessor controls in them, so I was | 09:28:59 |
| 17 | involved in the analysis of their performance | 09:29:03 |
| 18 | from a software testing perspective.  But I did | 09:29:04 |
| 19 | not write the software that is in them.  I worked | 09:29:07 |
| 20 | with the people who did that. | 09:29:11 |
| 21 | Q    Beyond the experience in the early | 09:29:22 |
| 22 | '90s in British Telecom, in 1985 relating to | 09:29:25 |
| 23 | telephones, any other consumer software products | 09:29:32 |
| 24 | that you've been involved with professionally? | 09:29:38 |
| 25 | A    I have been involved in the analysis | 09:29:50 |

Page 15

| | | |
|---|---|---|
| 1 | information that you consulted in the preparation | 13:06:19 |
| 2 | of this report? | 13:06:21 |
| 3 | A    They do. | 13:06:22 |
| 4 | Q    Is there anything else that's not | 13:06:23 |
| 5 | contained on these lists that you relied upon in | 13:06:24 |
| 6 | preparation of your report? | 13:06:28 |
| 7 | A    To the best of my recollection, these | 13:06:30 |
| 8 | are the -- this is the full list. | 13:06:31 |
| 9 | Q    Approximately how many hours did you | 13:06:40 |
| 10 | spend writing the report?  I know you previously | 13:06:42 |
| 11 | provided an estimate of the total number of hours | 13:06:45 |
| 12 | spent.  Approximately how many hours did you | 13:06:48 |
| 13 | spend actually writing the report itself? | 13:06:50 |
| 14 | A    Probably approximately one-third of | 13:06:59 |
| 15 | that time.  About 50 hours in terms of writing | 13:07:03 |
| 16 | the report, redrafting it, proofreading it and so | 13:07:06 |
| 17 | on. | 13:07:09 |
| 18 | Q    Do you keep track of your time? | 13:07:10 |
| 19 | A    Only at the most high level. | 13:07:13 |
| 20 | Q    Do you include with your track of your | 13:07:15 |
| 21 | time records the tasks that you performed within | 13:07:18 |
| 22 | the specific time? | 13:07:22 |
| 23 | A    Only at the very highest level. | 13:07:23 |
| 24 | Q    What does that highest level include? | 13:07:25 |
| 25 | A    My detail would say "report drafting." | 13:07:27 |

Page 103

| | | |
|---|---|---|
| 1 | It wouldn't be specific to the section of the | 13:07:29 |
| 2 | report or the subject matter. | 13:07:31 |
| 3 | Q     Does this report contain all of the | 13:07:39 |
| 4 | opinions that you intend to offer in this | 13:07:41 |
| 5 | litigation? | 13:07:44 |
| 6 | A     It does. | 13:07:45 |
| 7 | Q     Are there any opinions that you intend | 13:07:46 |
| 8 | to offer that are not set forth in this report? | 13:07:48 |
| 9 | A     There is no intention to submit | 13:07:54 |
| 10 | anything other than what's in this report. | 13:07:56 |
| 11 | Q     What analysis did you perform for | 13:08:00 |
| 12 | purposes of forming the opinion that's | 13:08:02 |
| 13 | encapsulated in this report? | 13:08:06 |
| 14 | A     So I reviewed the materials I was | 13:08:11 |
| 15 | provided, which included the complaint, materials | 13:08:15 |
| 16 | provided by the defendant, and some technical | 13:08:20 |
| 17 | standard information, which is all cited in the | 13:08:24 |
| 18 | report.  And on the basis of those sources, | 13:08:28 |
| 19 | produced the procedural or the policy opinions. | 13:08:34 |
| 20 | I also reviewed the data that I was | 13:08:44 |
| 21 | provided with and analyzed that, and that | 13:08:48 |
| 22 | informed the factual or -- I'll find a better | 13:08:53 |
| 23 | word -- the metadata substantive opinions. | 13:09:04 |
| 24 | Q     By the second category, by metadata | 13:09:16 |
| 25 | substantive opinions, data analysis, are you | 13:09:20 |

Page 104

1    referring to the discussion in your report of the      13:09:23

2    CLFN field and associated metadata?                    13:09:26

3        A    Not just that, but the general               13:09:30

4    analysis of the metadata materials that I was          13:09:31

5    provided with.                                         13:09:35

6        Q    Okay.  So let's put that data                13:09:37

7    analytical piece and the resulting opinions to         13:09:41

8    the side for a moment.  The first category you         13:09:42

9    mentioned was procedural or policy opinions.  Can      13:09:47

10   you define what a procedural or policy opinion         13:09:53

11   is?                                                    13:09:56

12       A    Well, I offer some opinions on what          13:10:00

13   has happened as a result of policies being             13:10:03

14   exercised, so that -- for example, I come to a         13:10:11

15   conclusion, having looked at the materials, that       13:10:18

16   certain material should be regarded as copyright       13:10:23

17   management information, and that's an opinion I        13:10:29

18   come to on the basis of those inputs.                  13:10:34

19            I come to an opinion that certain            13:10:35

20   material is deleted based on what I read in the        13:10:39

21   interrogatories, not the materials.                    13:10:42

22       Q    And you refer to those opinions as           13:10:48

23   procedural or policy opinions?                         13:10:50

24       A    They're opinions about the procedures        13:10:54

25   that have been followed that lead to a certain         13:10:56

Page 105

1  outcome, and that there are policies that are          13:10:58

2  being executed that lead to that happening.            13:11:00

3       Q      Is there any reference material that       13:11:06

4  defines a suitable basis for forming a procedural       13:11:09

5  or policy opinion?                                      13:11:13

6       A      That is the result of the sum total of     13:11:18

7  the materials that are provided.                        13:11:21

8       Q      Not quite what I was getting at.  Let      13:11:25

9  me try again.                                            13:11:26

10          What I'm asking about is whether              13:11:27

11  there's a reference material that exists, that         13:11:29

12  you're aware of, that describes when a policy or       13:11:31

13  procedural opinion may be reached?                     13:11:35

14                MR. DWYER:  Objection to form.          13:11:39

15                THE WITNESS:  I treat these             13:11:46

16      matters in accordance with the natural            13:11:48

17      meaning of the words and come to conclusions      13:11:49

18      based on those interpretations of them.           13:11:51

19  BY MR. RICHLIN:                                        13:11:54

20       Q      Okay.  That's helpful.  Let me try the    13:11:55

21  question again.                                         13:11:58

22          I'm actually asking whether -- I'm            13:11:58

23  trying to get at your awareness of an existing         13:12:01

24  reference material, a treatise, an encyclopedia,       13:12:04

25  a policy document, a publication.  Are you aware       13:12:07

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | of any existing reference material that describes | 13:12:10 |
| 2 | the suitable basis for forming a procedural or | 13:12:14 |
| 3 | policy opinion? | 13:12:18 |
| 4 | MR. DWYER:  Objection to form. | 13:12:19 |
| 5 | THE WITNESS:  There are two | 13:12:23 |
| 6 | documents cited in the annexes, 182 and 184, | 13:12:24 |
| 7 | which are, I think, treatises within the | 13:12:30 |
| 8 | terms that you're suggesting, and they | 13:12:38 |
| 9 | produce -- they generate a taxonomy which is | 13:12:41 |
| 10 | used in this analysis to define what is and | 13:12:45 |
| 11 | is not metadata of a certain sort.  Those | 13:12:49 |
| 12 | obviously inform the analysis, but the | 13:12:52 |
| 13 | conclusions and the opinions are my opinions | 13:12:57 |
| 14 | that I form on the base of reading the | 13:12:59 |
| 15 | materials in the context of those | 13:13:03 |
| 16 | references. | 13:13:05 |
| 17 | BY MR. RICHLIN: | 13:13:05 |
| 18 | Q     Let's try a different way. | 13:13:09 |
| 19 | What is your process for forming a | 13:13:10 |
| 20 | policy or procedural opinion? | 13:13:13 |
| 21 | A     I read the materials.  I understand | 13:13:22 |
| 22 | them.  I look at them in the context of the | 13:13:24 |
| 23 | treatises, the scholarship that exists, and use | 13:13:26 |
| 24 | my experience in the industry to conclude what | 13:13:31 |
| 25 | are the procedures that have been followed and | 13:13:37 |

Page 107

```
 1    what policies have led to that.              13:13:41

 2        Q     And that process that you just     13:13:42

 3    described, is that a process that has been set  13:13:46

 4    forth as an appropriate process by any referenced  13:13:54

 5    material that you are aware of?              13:13:59

 6        A     No.   I'm not aware of any existing  13:14:02

 7    procedural guide to performing this sort of   13:14:06

 8    analysis beyond the general principles of     13:14:09

 9    thousands of years of philosophy, and        13:14:18

10    understanding of what is an appropriate way of  13:14:20

11    reaching conclusions and how to avoid fallacies.  13:14:23

12        Q     Have you ever employed this process  13:14:34

13    for forming policy or procedural opinions in the  13:14:39

14    course of providing expert witness testimony in  13:14:43

15    any other matter?                           13:14:46

16              MR. DWYER:  Objection to form.     13:14:48

17              THE WITNESS:  I think I said       13:14:50

18         earlier that I have not been involved in any  13:14:52

19         expert witness work before, so the answer to  13:14:54

20         that is no.                            13:14:56

21    BY MR. RICHLIN:                             13:14:57

22        Q     What is the error rate for forming  13:15:05

23    procedural or policy opinions in this matter?  13:15:08

24              MR. DWYER:  Objection to form.     13:15:11

25              THE WITNESS:  I think that's an    13:15:16
```

Page 108

```
 1        unanswerable question.                    13:15:17

 2   BY MR. RICHLIN:                                13:15:19

 3        Q    So you can't answer it, sir?         13:15:20

 4        A    I think that's a question which is not  13:15:22

 5   amenable to an answer in the quantitative terms  13:15:23

 6   that you're seeking.                           13:15:26

 7        Q    Whether or not you believe the       13:15:28

 8   question can or can't be answered, you still need  13:15:30

 9   to provide an answer.  So if your answer is, I  13:15:32

10   can't answer the question because it's not      13:15:35

11   answerable, that's an acceptable, but you still  13:15:37

12   need to provide an answer.                     13:15:39

13             MR. RICHLIN:  Go ahead, Bob.         13:15:41

14        Sorry.                                    13:15:42

15             MR. DWYER:  He answered your         13:15:43

16        question.  You didn't like the answer, but  13:15:44

17        that doesn't give you the right to ask the  13:15:45

18        question again.                           13:15:47

19             MR. RICHLIN:  He didn't answer the   13:15:48

20        question, so I'm going to ask the question  13:15:50

21        again.                                    13:15:52

22   BY MR. RICHLIN:                                13:15:53

23        Q    The question is, what is the error   13:15:53

24   rate for forming procedure or policy opinions in  13:15:55

25   this matter?                                   13:15:58
```

Page 109

| | | |
|---|---|---|
| 1 | MR. DWYER:  Object to the form. | 13:15:58 |
| 2 | THE WITNESS:  I cannot answer that | 13:16:02 |
| 3 | question because it is not amenable to the | 13:16:03 |
| 4 | kind of quantitative analysis that you're | 13:16:06 |
| 5 | seeking. | 13:16:08 |
| 6 | BY MR. RICHLIN: | 13:16:08 |
| 7 | Q    Has the process for forming procedural | 13:16:27 |
| 8 | or policy opinions that you described, has that | 13:16:29 |
| 9 | process been subjected to peer review? | 13:16:31 |
| 10 | A    It has not.  Let me rephrase that.  I | 13:16:36 |
| 11 | took some advice on the logical construction of | 13:16:44 |
| 12 | the language which properly explains the thinking | 13:16:50 |
| 13 | for my wife, who as I mentioned, is a member of | 13:16:55 |
| 14 | my firm. | 13:16:59 |
| 15 | Q    What advice did your wife provide? | 13:17:01 |
| 16 | A    She helped me with the English to make | 13:17:05 |
| 17 | sure that the resulting report properly reflected | 13:17:09 |
| 18 | the opinions I was explaining to her that I was | 13:17:13 |
| 19 | seeking to convey. | 13:17:16 |
| 20 | Q    Did you conduct any studies of | 13:17:48 |
| 21 | practices across user-generated content platforms | 13:17:52 |
| 22 | to inform your opinion for this report? | 13:17:56 |
| 23 | A    That would have been outside the scope | 13:18:01 |
| 24 | of the assignment that I was given which was | 13:18:03 |
| 25 | limited to the YouTube platform. | 13:18:05 |

Page 110

| | | | |
|---|---|---|---|
| 1 | Q | So the answer is no, sir? | 13:18:07 |
| 2 | A | The answer is no, sir. | 13:18:09 |
| 3 | Q | Did you conduct any analysis of the | 13:18:17 |
| 4 | | cost involved in any of the activities you | 13:18:19 |
| 5 | | discussed in your report? | 13:18:25 |
| 6 | | MR. DWYER:   Object to the form. | 13:18:28 |
| 7 | | THE WITNESS:   I used my industry | 13:18:31 |
| 8 | | experience and my knowledge of software | 13:18:34 |
| 9 | | engineering to produce very broad estimates | 13:18:38 |
| 10 | | of incremental costs of certain activities. | 13:18:43 |
| 11 | | I did not perform a full software | 13:18:46 |
| 12 | | engineering cost analysis of any issue. | 13:18:48 |
| 13 | | BY MR. RICHLIN: | 13:18:56 |
| 14 | Q | When you say you produced very broad | 13:18:56 |
| 15 | | estimates, did you make calculations of those | 13:18:59 |
| 16 | | broad estimates? | 13:19:04 |
| 17 | A | No.   That's what I mean by "very | 13:19:06 |
| 18 | | broad." | 13:19:08 |
| 19 | Q | So by "very broad," an estimate that | 13:19:08 |
| 20 | | something would be not expensive or not material, | 13:19:12 |
| 21 | | but without an actual calculation of an | 13:19:15 |
| 22 | | associated cost; is that fair? | 13:19:18 |
| 23 | A | Not quite.   I think the report talks | 13:19:19 |
| 24 | | about certain activities involving very small | 13:19:21 |
| 25 | | increases in cost, and that involves comparing | 13:19:26 |

Page 111

1   what might happen with what does happen, and that      13:19:28

2   is not a detailed economic analysis.  That's a        13:19:32

3   common sense analysis based on knowledge of           13:19:39

4   software engineering and similar fields.              13:19:43

5       Q     So there's no workbook associated with      13:19:45

6   a report that contains calculations that go into      13:19:49

7   any cost estimates; correct?                          13:19:51

8       A     As I said, there are no quantitative        13:19:53

9   estimates involved in this.                           13:19:56

10      Q     Other than the metadata that you            13:19:58

11  describe having reviewed in your report, is there     13:20:03

12  any other metadata that you reviewed for purposes     13:20:05

13  of forming the opinions reflected in this report?     13:20:07

14      A     I didn't review any metadata that was       13:20:14

15  specifically substantiated for the purpose of         13:20:21

16  writing this report, but the writing of this          13:20:23

17  report was based on my knowledge and experience       13:20:25

18  of dealing with metadata over many decades in the     13:20:28

19  music industry.                                       13:20:31

20      Q     Yeah.  Thank you for that                   13:20:32

21  clarification.  And I really just want to focus       13:20:34

22  specifically on the writing of the report and the     13:20:37

23  current engagement.                                   13:20:39

24          So just looking at the current               13:20:40

25  engagement, I think the answer -- I think you         13:20:41

Page 112

```
 1   provided it, but just to be clear, in writing    13:20:44

 2   this report, and other than the metadata that you  13:20:47

 3   reflect having reviewed, there's no other          13:20:50

 4   metadata that you reviewed specifically for the    13:20:52

 5   purpose of writing this report; correct?           13:20:54

 6        A     That's correct.                         13:20:56

 7        Q     Okay.  So, for example, you've not      13:20:57

 8   reviewed for the specific purpose of writing this  13:21:05

 9   report, any metadata contained in a sound          13:21:07

10   recording as it existed prior to being             13:21:12

11   incorporated into a video that was then subjected  13:21:16

12   to being part of a video editing program;          13:21:21

13   correct?                                           13:21:25

14        A     The answer to that question is yes,     13:21:28

15   that is correct, but I should say that I have, as  13:21:31

16   a confidence check on my own work, looked at some  13:21:35

17   materials to check how the metadata is structured  13:21:43

18   within them.  That doesn't form part of this       13:21:47

19   analysis, but was directed to my own comfort with  13:21:49

20   the conclusions I came to.                         13:21:53

21        Q     Describe this confidence check.  What   13:21:58

22   did you do?                                        13:22:00

23        A     I looked inside some MP3 files that     13:22:01

24   are in my own collection from ripping some CDs.    13:22:06

25   I looked inside some Maria Schneider.  Downloaded  13:22:08
```

Page 113

| | | |
|---|---|---|
| 1 | Q    And how did you review the metadata | 13:24:03 |
| 2 | for those digital files? | 13:24:06 |
| 3 | A    I used the software that's cited in | 13:24:08 |
| 4 | NXK, I think, which is the Kid3 software, which | 13:24:10 |
| 5 | is an audio metadata tag editor, and you ask it | 13:24:21 |
| 6 | to tell you what are the metadata fields in a | 13:24:27 |
| 7 | file and it lists them on screen. | 13:24:30 |
| 8 | Q    And what -- when you did that for the | 13:24:33 |
| 9 | MP3s that were in your personal collection, what | 13:24:35 |
| 10 | did it show you? | 13:24:38 |
| 11 | A    It showed me that the file ripping | 13:24:40 |
| 12 | software had inserted track titles and artist | 13:24:43 |
| 13 | names, but had not inserted ISRCs. | 13:24:47 |
| 14 | Q    So the copies of the digital audio | 13:25:01 |
| 15 | files, the MP3s in your personal collection, no | 13:25:07 |
| 16 | longer had ISRCs; is that correct? | 13:25:10 |
| 17 | A    That's correct. | 13:25:13 |
| 18 | Q    Okay. | 13:25:14 |
| 19 | A    Well you're saying "no longer."  I | 13:25:14 |
| 20 | believe that to be the case, but I didn't go back | 13:25:20 |
| 21 | to those CDs.  They are in the attic. | 13:25:23 |
| 22 | Q    Okay.  Let me rephrase it. | 13:25:26 |
| 23 | When you reviewed the metadata | 13:25:27 |
| 24 | displayed following usage of the Kid3 audio | 13:25:30 |
| 25 | metadata tag editor that's reflected in Section K | 13:25:35 |

Page 115

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | of your report, you were not able to see any ISRC | 13:25:39 |
| 2 | being retained for those digital copies; is that | 13:25:44 |
| 3 | accurate? | 13:25:48 |
| 4 | A    That's correct. | 13:25:48 |
| 5 | Q    Now let's talk about the Maria | 13:25:52 |
| 6 | Schneider works.  You said "downloaded Maria | 13:25:54 |
| 7 | Schneider audio files." | 13:25:58 |
| 8 | How did you obtain copies of these | 13:26:00 |
| 9 | audio files? | 13:26:04 |
| 10 | A    I flexed my credit card and bought | 13:26:04 |
| 11 | them from the Artist Direct website. | 13:26:07 |
| 12 | Q    Which website? | 13:26:14 |
| 13 | A    Artist Direct is the name of the | 13:26:15 |
| 14 | website that they are available from. | 13:26:16 |
| 15 | Q    What form were the audio files once | 13:26:19 |
| 16 | you were able to download them? | 13:26:22 |
| 17 | A    They were in MP3 format. | 13:26:24 |
| 18 | Q    And did you use the same Kid3 audio | 13:26:26 |
| 19 | metadata tag editor to review the metadata for | 13:26:30 |
| 20 | those files? | 13:26:33 |
| 21 | A    I did. | 13:26:33 |
| 22 | Q    And what did you find? | 13:26:34 |
| 23 | A    I found that in most of the cases, | 13:26:36 |
| 24 | there was comprehensive metadata, which included | 13:26:38 |
| 25 | not only track, title and artist information, but | 13:26:42 |

Page 116

1    also ISRC codes, and unusually ISWC codes          13:26:46

2    identifying the music work.   In one case, the     13:26:50

3    ISRC codes were missing.   I crosschecked that     13:26:56

4    against the online database, SoundExchange, and    13:27:00

5    found the ISRC codes that were present were the    13:27:05

6    same ISRC codes that were lodged, registered at    13:27:08

7    the SoundExchange database.   And the ones that    13:27:10

8    were missing were cited in the SoundExchange       13:27:13

9    database, even though they hadn't found their way  13:27:17

10   into the downloaded files.                         13:27:22

11       Q       Approximately how many different audio 13:27:24

12   files of Ms. Schneider's did you download for      13:27:25

13   this crosscheck?                                   13:27:28

14       A       Three albums, so probably about 30.    13:27:29

15       Q       How many of those were missing ISRCs?  13:27:32

16       A       One album.                             13:27:34

17       Q       So approximately ten songs?            13:27:36

18       A       Approximately.                         13:27:39

19       Q       Or ten works?   Okay.                  13:27:39

20       A       Ten recordings.                        13:27:41

21       Q       Did you investigate why ISRCs were     13:27:56

22   absent on that album?                              13:28:01

23       A       I didn't investigate beyond looking at 13:28:04

24   the SoundExchange database, which showed they had  13:28:06

25   been assigned.   I was intrigued as to how they    13:28:09

Page 117

| | | |
|---|---|---|
| 1 | had been omitted from the download, that I didn't | 13:28:13 |
| 2 | do any further investigation. | 13:28:16 |
| 3 | Q    Okay.  Any other crosscheck you did | 13:28:17 |
| 4 | besides what you just described? | 13:28:27 |
| 5 | A    No. | 13:28:35 |
| 6 | Q    Any other analysis that you did | 13:28:38 |
| 7 | relating to this report besides what you just | 13:28:40 |
| 8 | described or that's directly reflected in the | 13:28:42 |
| 9 | report? | 13:28:45 |
| 10 | A    No. | 13:28:45 |
| 11 | Q    Did you take any of those MP3s that | 13:28:55 |
| 12 | you have described as metadata you reviewed -- | 13:29:01 |
| 13 | A    Sorry.  Could you repeat? | 13:29:03 |
| 14 | Q    I want to talk about those MP3s that | 13:29:05 |
| 15 | we've just been talking about that were subject | 13:29:09 |
| 16 | to your crosscheck; okay? | 13:29:12 |
| 17 | Did you take any of those MP3s and | 13:29:13 |
| 18 | create a video with those MP3s using any form of | 13:29:16 |
| 19 | video editor? | 13:29:21 |
| 20 | A    There was some -- thank you for the | 13:29:23 |
| 21 | prompt.  The results of this are not in the | 13:29:26 |
| 22 | report because it was inconclusive, but I did | 13:29:30 |
| 23 | attempt to find where the CLFN tag was coming | 13:29:33 |
| 24 | from.  Not using the Schneider recordings, but | 13:29:38 |
| 25 | using a dummy recording of my own for quality | 13:29:43 |

Page 118

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | control reasons so I knew what was in it.  That | 13:29:46 |
| 2 | was inconclusive, so it doesn't form part of the | 13:29:49 |
| 3 | report. | 13:29:53 |
| 4 | Q      Can you describe that process; what | 13:29:53 |
| 5 | you did? | 13:29:54 |
| 6 | A      It was abandoned fairly early on, but | 13:29:55 |
| 7 | I took a dummy audio recording and a dummy still | 13:29:58 |
| 8 | picture and used Adobe Premiere Pro, which is a | 13:30:03 |
| 9 | video editor to create a video file, and I used | 13:30:10 |
| 10 | Final Cut Pro to create the video file.  And then | 13:30:21 |
| 11 | looked at the resulting video file and attempted | 13:30:24 |
| 12 | to find where the -- where any CLFN field would | 13:30:29 |
| 13 | be.  Found none, and decided that other roots of | 13:30:35 |
| 14 | analysis were more productive in this matter.  So | 13:30:39 |
| 15 | that was truncated as a piece of analysis. | 13:30:44 |
| 16 | Q      Apart from your recollection of having | 13:31:05 |
| 17 | performed the attempted dummy analysis you just | 13:31:08 |
| 18 | described, is there any other record of that | 13:31:15 |
| 19 | experiment? | 13:31:20 |
| 20 | A      There are -- as you say, other than | 13:31:23 |
| 21 | the vestiges of some files left on my hard drive | 13:31:26 |
| 22 | somewhere, no, it wasn't documented because it | 13:31:29 |
| 23 | wasn't successful, and other roots of | 13:31:31 |
| 24 | investigation were preferred at that stage. | 13:31:33 |
| 25 | Q      How about your crosscheck through | 13:31:38 |

Page 119

| | | |
|---|---|---|
| 1 | which you reviewed your own MP3s and the | 13:31:43 |
| 2 | Schneider MP3s; is there any documentation of | 13:31:46 |
| 3 | that crosscheck, again, besides your own | 13:31:49 |
| 4 | recollection? | 13:31:50 |
| 5 | A    Yes.  Those records I still have, but | 13:31:56 |
| 6 | they don't form part of the report because they | 13:32:00 |
| 7 | don't contribute to these conclusions and | 13:32:03 |
| 8 | opinions. | 13:32:04 |
| 9 | Q    What are those records? | 13:32:05 |
| 10 | A    I have a report. | 13:32:07 |
| 11 | Q    Hum? | 13:32:09 |
| 12 | A    I have a report. | 13:32:10 |
| 13 | Q    A report of that crosscheck? | 13:32:11 |
| 14 | A    Yes.  A report of the Schneider -- | 13:32:12 |
| 15 | Schneider metadata fields that were found, yes. | 13:32:18 |
| 16 | Q    What else does that report contain, if | 13:32:26 |
| 17 | anything? | 13:32:28 |
| 18 | A    Nothing. | 13:32:28 |
| 19 | Q    So the report is essentially, here are | 13:32:31 |
| 20 | the metadata fields that are contained in these | 13:32:35 |
| 21 | 30 works that I reviewed, more or less? | 13:32:38 |
| 22 | MR. DWYER:  Object to the form. | 13:32:41 |
| 23 | THE WITNESS:  At this point, I'd | 13:32:42 |
| 24 | say that report is marked privileged and | 13:32:43 |
| 25 | confidential, and I would seek guidance on | 13:32:46 |

Page 120

```
 1        answer that question, but I need to hear it    13:34:17

 2        again because I have forgotten where it        13:34:20

 3        started.                                       13:34:22

 4   BY MR. RICHLIN:                                      13:34:22

 5        Q     Yeah, it was complex.  Why don't         13:34:22

 6   you -- let's have it read back and we'll see if     13:34:24

 7   you can understand it.  If not, I'll try to break   13:34:26

 8   it apart.                                           13:34:28

 9        A     It's just a recollection problem.        13:34:29

10              (Whereupon the reporter read back        13:34:31

11        the requested portion of the record.)          13:34:31

12              THE WITNESS:  No.                         13:35:13

13   BY MR. RICHLIN:                                      13:35:14

14        Q     And we'll get to this later on, but I    13:35:27

15   think it goes here.                                  13:35:29

16              The metadata that was made available     13:35:33

17   to you from Google that related to takedown         13:35:37

18   videos; do you understand which metadata I'm        13:35:40

19   talking about now?                                   13:35:42

20        A     I do.                                     13:35:42

21        Q     Were you able to review what metadata   13:35:44

22   may have existed from underlying sound recordings   13:35:48

23   that were subsequently combined to the video       13:35:52

24   files whose metadata you did review?               13:35:55

25        A     You're asking me a question which is    13:35:59
```

Page 122

| | | |
|---|---|---|
| 1 | to some extent calling for speculation.  I | 13:36:01 |
| 2 | reviewed those files.  I looked at the metadata | 13:36:06 |
| 3 | fields that were in them.  I found a number of | 13:36:09 |
| 4 | them that appeared to contain what was at least | 13:36:13 |
| 5 | rights management information and appeared to be | 13:36:15 |
| 6 | copyright management information.  And some of | 13:36:20 |
| 7 | those were in fields marked CLFN, which I know is | 13:36:22 |
| 8 | the field name for the clip file name, and they | 13:36:26 |
| 9 | appeared to be the name of the clip from which | 13:36:32 |
| 10 | those video files were derived.  And those file | 13:36:36 |
| 11 | names were in nine cases out of ten, the names of | 13:36:40 |
| 12 | recordings and works by Maria Schneider. | 13:36:45 |
| 13 | Q    The first part of your answer was you | 13:36:52 |
| 14 | stating that the question to some extent calls | 13:36:53 |
| 15 | for speculation. | 13:36:57 |
| 16 | What did you mean by that? | 13:36:58 |
| 17 | A    I mean that I am not party to the | 13:36:59 |
| 18 | process by which those fields were included in | 13:37:01 |
| 19 | what I am told was an uploaded file which | 13:37:08 |
| 20 | generated the text file I was given, but I do | 13:37:11 |
| 21 | know the name of the field, which is CLFN.  I do | 13:37:16 |
| 22 | know the meaning of that field is clip file name, | 13:37:19 |
| 23 | and I know what was in it, which was the name of | 13:37:22 |
| 24 | a Maria Schneider work and recording.  And I draw | 13:37:25 |
| 25 | the conclusion from that, that there was a Maria | 13:37:28 |

Page 123

| | | |
|---|---|---|
| 1 | Schneider work and recording work and/or | 13:37:30 |
| 2 | recording in the process by which those files | 13:37:33 |
| 3 | were created. | 13:37:36 |
| 4 | Q    So when you said you were not a party | 13:37:39 |
| 5 | to the process by which those fields were | 13:37:41 |
| 6 | included, these were not video files that you | 13:37:42 |
| 7 | created; correct? | 13:37:45 |
| 8 | A    They were not video files that I | 13:37:47 |
| 9 | created. | 13:37:50 |
| 10 | Q    So you were able to review the video | 13:37:50 |
| 11 | files metadata as they existed and had been given | 13:37:52 |
| 12 | to you; correct? | 13:37:56 |
| 13 | A    Only that, yes. | 13:37:57 |
| 14 | Q    But you were not able to review any | 13:37:57 |
| 15 | underlying, either audio or visual files -- video | 13:37:59 |
| 16 | files that were subsequently used to create a | 13:38:06 |
| 17 | unitary video file; correct? | 13:38:07 |
| 18 | MR. DWYER:  Objection to form. | 13:38:10 |
| 19 | THE WITNESS:  Previously used, you | 13:38:10 |
| 20 | mean? | 13:38:11 |
| 21 | BY MR. RICHLIN: | 13:38:11 |
| 22 | Q    Previously used, correct. | 13:38:12 |
| 23 | MR. DWYER:  Objection to form. | 13:38:13 |
| 24 | THE WITNESS:  I was not able to do | 13:38:14 |
| 25 | that because that was out of my assignment. | 13:38:14 |

Page 124

```
 1                    THE WITNESS:  My answer is, no, I   13:39:04
 2        did not review those files because they were  13:39:05
 3        not available to me.                          13:39:06
 4   BY MR. RICHLIN:                                    13:39:07
 5        Q     Similarly, you did not review because   13:39:09
 6   you were not able to review any metadata from any  13:39:11
 7   underlying audio or video file components;         13:39:15
 8   correct?                                           13:39:19
 9                    MR. DWYER:  Objection to form.    13:39:19
10                    THE WITNESS:  That's correct.     13:39:20
11   BY MR. RICHLIN:                                    13:39:20
12        Q     When you were describing the            13:39:56
13   experiment that you ran that you ultimately        13:39:56
14   decided not to include, you said it was            13:40:00
15   unsuccessful.                                      13:40:02
16              Why was it unsuccessful?                13:40:03
17        A     I think I said it was inconclusive.     13:40:05
18        Q     Inconclusive.                           13:40:08
19        A     If I knew why it was inconclusive, I    13:40:11
20   wouldn't have abandoned it the stage that I did.   13:40:14
21   It was a resource issue that there were other      13:40:17
22   jobs to be done, and this appeared to be not a     13:40:19
23   productive course of action.                       13:40:21
24        Q     And why did you determine it was        13:40:23
25   inconclusive?                                      13:40:26
```

Page 126

```
 1       A      It was inconclusive because the        13:40:29
 2  earlier attempt did not produce a CLFN field in    13:40:31
 3  my output file, and rather than spend a lot of     13:40:36
 4  time on an exploratory fishing expedition into     13:40:40
 5  the software to find out how to do that, I         13:40:45
 6  focused on other things, which are actually in     13:40:48
 7  the report.                                        13:40:50
 8       Q      Okay.  Thank you.  Let's go to the     13:40:50
 9  background of your report which is Page 14,        13:41:15
10  please.  So we're at --                            13:41:22
11       A      Yes, sir.                              13:41:26
12       Q      -- just at Jessop 3, a copy of your    13:41:26
13  report, Page 14.                                   13:41:34
14       A      Yeah.                                  13:41:37
15       Q      What is the basis for the statements   13:41:38
16  made in Paragraphs 36 through 41?                  13:41:42
17              MR. DWYER:  Objection, compound.       13:41:46
18       You can answer.                               13:41:48
19              THE WITNESS:  This is my               13:41:53
20       interpretation of the Complaint that is       13:41:56
21       made, it was made available to me, and it's   13:42:00
22       perhaps expressed in more functional          13:42:02
23       engineering compatible terms than the legal   13:42:05
24       Complaint, but it reflects my understanding   13:42:07
25       of the issues with regard to this case, and   13:42:08
```

Page 127

| | | |
|---|---|---|
| 1 | the ones I was asked to produce a report | 13:42:12 |
| 2 | that was contributing to their resolution. | 13:42:14 |
| 3 | BY MR. RICHLIN: | 13:42:17 |
| 4 | Q     And as you've said, you're here today | 13:42:22 |
| 5 | to offer opinion testimony; correct? | 13:42:26 |
| 6 | A     Correct. | 13:42:29 |
| 7 | Q     But you're not here to offer factual | 13:42:29 |
| 8 | testimony; correct? | 13:42:32 |
| 9 | A     That's correct. | 13:42:33 |
| 10 | Q     So your basis -- where facts are | 13:42:34 |
| 11 | described in the case, that's based upon your | 13:42:37 |
| 12 | reference to other sources; correct? | 13:42:40 |
| 13 | A     This is my interpretation and | 13:42:43 |
| 14 | understanding of the Complaint and the issues | 13:42:45 |
| 15 | that are under consideration in this case. | 13:42:49 |
| 16 | Q     And there are other places in the | 13:43:00 |
| 17 | report where you refer to other factual sources | 13:43:01 |
| 18 | besides the Complaint; correct? | 13:43:04 |
| 19 | A     There are other sources referenced | 13:43:07 |
| 20 | which are in the references, yes. | 13:43:09 |
| 21 | Q     Sometimes those are specific documents | 13:43:11 |
| 22 | that have been produced in the case; correct? | 13:43:13 |
| 23 | A     Absolutely. | 13:43:15 |
| 24 | Q     And other times there are references | 13:43:16 |
| 25 | to witness testimony; correct? | 13:43:21 |

Page 128

| | | |
|---|---|---|
| 1 | A     Yes. | 13:43:23 |
| 2 | Q     And you also refer at some point to | 13:43:23 |
| 3 | Interrogatory responses; correct? | 13:43:27 |
| 4 | A     Yes. | 13:43:28 |
| 5 | Q     And ultimately it is these sources | 13:43:29 |
| 6 | that form the factual record for this case; | 13:43:31 |
| 7 | correct? | 13:43:34 |
| 8 |          MR. DWYER:  Objection, form. | 13:43:35 |
| 9 |          THE WITNESS:  They form the basis | 13:43:38 |
| 10 |    of which I formed my opinions, yes. | 13:43:40 |
| 11 | BY MR. RICHLIN: | 13:43:43 |
| 12 | Q     You're not an expert in credibility | 13:43:43 |
| 13 | determinations; are you, sir? | 13:43:53 |
| 14 | A     I'm not sure I understand the meaning | 13:43:55 |
| 15 | of the term "credibility determinations." | 13:43:56 |
| 16 | Q     By "credibility determination," I mean | 13:44:01 |
| 17 | assessing whether or not testimony, a document, a | 13:44:03 |
| 18 | statement is true and accurate. | 13:44:07 |
| 19 |      So my question is whether you are | 13:44:10 |
| 20 | offering expert opinion as to whether or not a | 13:44:14 |
| 21 | witness is being credible, is testifying | 13:44:18 |
| 22 | accurately? | 13:44:21 |
| 23 | A     I am not offering opinions on the | 13:44:28 |
| 24 | credibility.  I may be offering opinions on -- | 13:44:31 |
| 25 | that relate to things they say, but it's not | 13:44:35 |

Page 129

| | | |
|---|---|---|
| 1 | some of the actions were done knowing that they | 13:48:31 |
| 2 | were -- they had a certain effect and had a | 13:48:37 |
| 3 | certain relationship to what the law says.  I | 13:48:40 |
| 4 | don't make any statement here that that was done | 13:48:45 |
| 5 | with intent or maliciously.  That's for others to | 13:48:48 |
| 6 | decide.  I merely state that -- I conclude, I | 13:48:51 |
| 7 | have the opinion that it was done, and that there | 13:48:56 |
| 8 | was background knowledge which perhaps suggests | 13:48:58 |
| 9 | it should not have been done. | 13:49:02 |
| 10 | Q    Okay.  Where you form an opinion that | 13:49:14 |
| 11 | something was done with background knowledge, is | 13:49:19 |
| 12 | that based upon your inferences from certain | 13:49:23 |
| 13 | facts you've learned, as well as your expertise? | 13:49:29 |
| 14 | A    Yes. | 13:49:34 |
| 15 | Q    What is the error rate of forming | 13:49:39 |
| 16 | opinions about whether or not a thing was done | 13:49:42 |
| 17 | with background knowledge? | 13:49:44 |
| 18 | MR. DWYER:  Object to the form. | 13:49:48 |
| 19 | THE WITNESS:  I can't answer that | 13:49:49 |
| 20 | question because it -- it's not amenable to | 13:49:50 |
| 21 | the quantitative analysis that you're | 13:49:54 |
| 22 | seeking. | 13:49:56 |
| 23 | BY MR. RICHLIN: | 13:49:56 |
| 24 | Q    What is the process for forming an | 13:49:57 |
| 25 | opinion about whether or not something was done | 13:49:59 |

Page 132

```
 1   with background knowledge?                       13:50:00

 2       A     There are two steps in that process.   13:50:14

 3   One is to establish that the knowledge existed,  13:50:16

 4   and the other is to establish that it was done.  13:50:18

 5   If both are true, then a conclusion can be drawn. 13:50:22

 6       Q     How do you establish that the          13:50:27

 7   knowledge existed?  What is the process for that? 13:50:33

 8       A     That is, to some extent, an artifact   13:50:46

 9   and attribute of my industry experience that I   13:50:50

10   know what people know, and it is to some extent  13:50:53

11   an artifact of the documentary record of what    13:50:57

12   the, for instance, legislation says, and what    13:51:00

13   standards say should be done in order to be       13:51:03

14   conforming to them.                              13:51:08

15       Q     Is there anything else that goes into  13:51:11

16   the process of establishing whether or not       13:51:13

17   knowledge exists for a certain entity?           13:51:17

18       A     There can be many others, but those    13:51:21

19   will the ones I think I was drawing upon in the  13:51:23

20   creation of these opinions.                      13:51:26

21       Q     Is the process for establishing        13:51:31

22   whether another party acted with knowledge, is   13:51:32

23   that process set out in any treatise or          13:51:38

24   recognized reference material?                   13:51:44

25       A     No.  That is an inference that's drawn 13:51:47
```

Page 133

| | | |
|---|---|---|
| 1 | by the application of what one might call common | 13:51:50 |
| 2 | sense or natural inference drawing. | 13:51:55 |
| 3 | Q    Does your opinion, as it's reflected | 13:52:13 |
| 4 | in your report, do you opine on whether certain | 13:52:17 |
| 5 | events did or did not occur? | 13:52:24 |
| 6 | MR. DWYER:  Objection to form. | 13:52:28 |
| 7 | THE WITNESS:  Yes. | 13:52:37 |
| 8 | BY MR. RICHLIN: | 13:52:38 |
| 9 | Q    Do you express opinions in this report | 13:53:21 |
| 10 | as to whether certain events did or did not | 13:53:24 |
| 11 | occur? | 13:53:31 |
| 12 | A    I expressed opinions as to the | 13:53:42 |
| 13 | inferences that can be drawn, which may lead you | 13:53:48 |
| 14 | to conclude that some things happened or did not | 13:53:51 |
| 15 | happen. | 13:53:54 |
| 16 | Q    Okay.  Which opinions do you express | 13:53:55 |
| 17 | fall into that category of inference that lead to | 13:53:59 |
| 18 | conclusion as to whether things did happen or did | 13:54:03 |
| 19 | not happen? | 13:54:06 |
| 20 | MR. DWYER:  Objection to form. | 13:54:06 |
| 21 | THE WITNESS:  So if I could give | 13:54:16 |
| 22 | an example, I state that YouTube can detect | 13:54:17 |
| 23 | music in video soundtracks.  That is not | 13:54:23 |
| 24 | something that I was given as a piece of | 13:54:26 |
| 25 | information, piece of fact, but it's | 13:54:29 |

Page 134

| | | |
|---|---|---|
| 1 | something that I infer from other | 13:54:31 |
| 2 | capabilities and the relative simplicity of | 13:54:34 |
| 3 | the task at hand. | 13:54:39 |
| 4 | BY MR. RICHLIN: | 13:54:40 |
| 5 | Q    Are there any other opinions that you | 13:54:43 |
| 6 | draw and express in this report that fall into | 13:54:44 |
| 7 | the category of inferences that lead to | 13:54:46 |
| 8 | conclusions about the occurrence or | 13:54:50 |
| 9 | non-occurrence of an event? | 13:54:53 |
| 10 | MR. DWYER:  Objection to form. | 13:54:55 |
| 11 | THE WITNESS:  I think there are | 13:55:06 |
| 12 | numerous such examples, and that is the | 13:55:07 |
| 13 | nature of the analysis that I was asked to | 13:55:10 |
| 14 | carry out.  By way of another example, I | 13:55:12 |
| 15 | state that YouTube is aware that many CDs | 13:55:19 |
| 16 | issued from the launch of the format contain | 13:55:34 |
| 17 | ISRC codes.  I infer that from the | 13:55:38 |
| 18 | widespread dissemination of that knowledge | 13:55:45 |
| 19 | and the skills of the engineers at YouTube | 13:55:49 |
| 20 | who surely knew that and would recognize | 13:55:53 |
| 21 | when that data was no longer present, so it | 13:55:58 |
| 22 | is an inference; not a reported fact. | 13:56:01 |
| 23 | BY MR. RICHLIN: | 13:56:06 |
| 24 | Q    Okay.  I'm not going to ask you to | 13:56:07 |
| 25 | catalog every inference in the report, but as we | 13:56:09 |

Page 135

| | | |
|---|---|---|
| 1 | further discuss specific aspects of the report of | 13:56:16 |
| 2 | the opinion, where you spot something that's an | 13:56:21 |
| 3 | inference, you can just flag it to me; okay? | 13:56:22 |
| 4 | A    Yes. | 13:56:25 |
| 5 | Q    Excellent.  Let's go to the -- let's | 13:56:26 |
| 6 | go to your hypothetical.  There's one thing -- a | 13:56:53 |
| 7 | couple of questions I want to ask about this. | 13:56:56 |
| 8 | A    Sure. | 13:56:59 |
| 9 | Q    Is your hypothetical example typical | 13:57:08 |
| 10 | of how metadata is used by music artists? | 13:57:11 |
| 11 | A    The hypothetical example is | 13:57:25 |
| 12 | representative of a certain class of music | 13:57:28 |
| 13 | creation process.  There are many different | 13:57:32 |
| 14 | processes, and this one was chosen to be a good | 13:57:36 |
| 15 | vehicle to expose the different processes and | 13:57:43 |
| 16 | codes that are involved. | 13:57:46 |
| 17 | Q    Your report does not claim, though, | 13:57:50 |
| 18 | that every musical artist follows the processes | 13:57:51 |
| 19 | used in this hypothetical; correct? | 13:57:56 |
| 20 | A    I think it says it's representative of | 13:57:58 |
| 21 | the scope and breadth of the opportunities.  It | 13:58:03 |
| 22 | doesn't say that it's representative of the | 13:58:05 |
| 23 | process that's carried out by all music artists. | 13:58:08 |
| 24 | Some are radically different. | 13:58:12 |
| 25 | Q    That was my question. | 13:58:14 |

Page 136

| | | |
|---|---|---|
| 1 | In fact, there would be a wide variety | 13:58:15 |
| 2 | of ways to capture or not capture all sorts of | 13:58:17 |
| 3 | metadata; correct? | 13:58:19 |
| 4 | MR. DWYER:  Objection to form. | 13:58:20 |
| 5 | THE WITNESS:  I'm happy to confirm | 13:58:22 |
| 6 | there are a wide variety of such mechanisms. | 13:58:24 |
| 7 | BY MR. RICHLIN: | 13:58:26 |
| 8 | Q    And many musical artists do not | 13:58:27 |
| 9 | capture the types of metadata that you identify | 13:58:30 |
| 10 | in this hypothetical; correct? | 13:58:32 |
| 11 | MR. DWYER:  Objection to form. | 13:58:33 |
| 12 | THE WITNESS:  I would answer that | 13:58:43 |
| 13 | by saying that an increasingly small number | 13:58:43 |
| 14 | of artists fail to recognize the benefits of | 13:58:48 |
| 15 | working this way, and that that small | 13:58:50 |
| 16 | proportion is not evenly distributed across | 13:58:53 |
| 17 | different genres in the industry. | 13:58:57 |
| 18 | BY MR. RICHLIN: | 13:58:59 |
| 19 | Q    Is that opinion based on any source | 13:59:05 |
| 20 | that's reflected in this report? | 13:59:09 |
| 21 | A    No.  That's outside the scope of the | 13:59:12 |
| 22 | report itself.  It's based on my experience as a | 13:59:13 |
| 23 | member of the Recording Academy and as a student | 13:59:16 |
| 24 | of what goes on in the real world. | 13:59:20 |
| 25 | Q    Do you provide here any source as to | 13:59:22 |

Page 137

| | | |
|---|---|---|
| 1 | straddle those two, and I'll be happy to flag | 14:15:08 |
| 2 | them at the appropriate time. | 14:15:11 |
| 3 | Q    If you're confused about what I'm | 14:15:12 |
| 4 | referring to, let me know, and I'll do the same | 14:15:14 |
| 5 | for you; sound fair? | 14:15:16 |
| 6 | A    Yeah. | 14:15:17 |
| 7 | Q    All right.  Let's -- I'd like to ask | 14:15:18 |
| 8 | you some questions about YouTube's transcoding | 14:15:20 |
| 9 | process and your opinions that relate to | 14:15:22 |
| 10 | transcoding. | 14:15:24 |
| 11 | How the transcoding process works for | 14:15:26 |
| 12 | YouTube is a matter of fact; correct? | 14:15:30 |
| 13 | A    It's a matter of -- yes, it's | 14:15:33 |
| 14 | documented in the materials that I was provided | 14:15:35 |
| 15 | with. | 14:15:38 |
| 16 | Q    There's a process that YouTube used to | 14:15:39 |
| 17 | transcode uploaded videos to present them for | 14:15:41 |
| 18 | viewing by users on its platform; correct? | 14:15:45 |
| 19 | A    Yes. | 14:15:48 |
| 20 | Q    And the details of that process are | 14:15:49 |
| 21 | based on a fact, a series of processes that | 14:15:53 |
| 22 | YouTube runs; correct? | 14:15:55 |
| 23 | A    The technical transcoding of the video | 14:15:58 |
| 24 | from one form to another certainly conform to | 14:16:00 |
| 25 | that description, yes. | 14:16:04 |

Page 143

CONFIDENTIAL

| | | | |
|---|---|---|---|
| 1 | Q | And the details of how YouTube's | 14:16:05 |
| 2 | transcoding process works is not something that | | 14:16:09 |
| 3 | you can provide firsthand factual testimony | | 14:16:10 |
| 4 | about; correct? | | 14:16:13 |
| 5 | A | Correct. | 14:16:14 |
| 6 | Q | Because you've not worked for YouTube; | 14:16:15 |
| 7 | correct? | | 14:16:17 |
| 8 | A | Correct. | 14:16:18 |
| 9 | Q | You've not examined the algorithm; | 14:16:18 |
| 10 | correct? | | 14:16:20 |
| 11 | A | Correct. | 14:16:21 |
| 12 | Q | You didn't design that algorithm? | 14:16:21 |
| 13 | A | I did not design that algorithm. | 14:16:23 |
| 14 | Q | Or the source code for that process; | 14:16:25 |
| 15 | correct? | | 14:16:27 |
| 16 | A | That's correct. | 14:16:28 |

```
17        Q     You do; however, express or at least   14:16:34

18   make the statement in the report that YouTube   14:16:37

19   "must look at metadata embedded in original video   14:16:40

20   files uploaded to the service"?            14:16:44

21              MR. DWYER:  Do you have a          14:16:47

22        paragraph?                             14:16:47

23              MR. RICHLIN:  I will.             14:16:48

24   BY MR. RICHLIN:                             14:16:48

25        Q     So let's look at Paragraph 154.  So   14:16:48
```

| | | |
|---|---|---|
| 1 | I'm looking at what's the last sentence in | 14:17:12 |
| 2 | Paragraph 154.  Starts, "By necessity"; do you | 14:17:15 |
| 3 | see that, sir? | 14:17:18 |
| 4 | A     Sorry; the last -- | 14:17:19 |
| 5 | Q     Last sentence. | 14:17:24 |
| 6 | MR. DWYER:  It's actually the next | 14:17:25 |
| 7 | to the last. | 14:17:25 |
| 8 | THE WITNESS:  It's second to the | 14:17:26 |
| 9 | last. | 14:17:28 |
| 10 | BY MR. RICHLIN: | 14:17:28 |
| 11 | Q     The second to the last.  Oh, it | 14:17:28 |
| 12 | doesn't run on. | 14:17:28 |
| 13 | A     The sentence starting, "By necessity," | 14:17:31 |
| 14 | agreed. | 14:17:34 |
| 15 | Q     Yes.  Yes.  So that sentence states, | 14:17:34 |
| 16 | "By necessity, YouTube's automated processes must | 14:17:36 |
| 17 | read each field contained in the entire metadata | 14:17:41 |
| 18 | structure to determine whether to utilize each | 14:17:43 |
| 19 | field as part of its analysis." | 14:17:45 |
| 20 | Do you see that sentence, sir? | 14:17:48 |
| 21 | A     I can see that sentence, yeah. | 14:17:49 |
| 22 | Q     So, first, by YouTube's automated | 14:17:51 |
| 23 | processes, are you referring to the transcoding | 14:17:53 |
| 24 | processes? | 14:17:56 |
| 25 | A     I'm referring to the things that | 14:18:02 |

Page 145

| | | |
|---|---|---|
| 1 | he finished his answer, but -- but maybe he | 14:36:51 |
| 2 | did. | 14:36:56 |
| 3 | MR. RICHLIN: He may not even | 14:36:57 |
| 4 | remember at this point. | 14:36:58 |
| 5 | MR. DWYER: You came on very fast | 14:36:59 |
| 6 | and -- he was sort of pausing. | 14:37:01 |
| 7 | THE WITNESS: I was pausing. | 14:37:03 |
| 8 | BY MR. RICHLIN: | 14:37:03 |
| 9 | Q Sure. | 14:37:04 |
| 10 | A But I can't remember where I was | 14:37:04 |
| 11 | going. I do remember where I was going. | 14:37:05 |
| 12 | Q Please, continue on. | 14:37:10 |
| 13 | A So if we accept the hypothesis of an | 14:37:11 |
| 14 | earlier process that diverts the metadata | 14:37:15 |
| 15 | sideways into the archive and admits the | 14:37:17 |
| 16 | audiovisual material into the transcoding engine, | 14:37:20 |
| 17 | that transcoding engine still needs access to the | 14:37:23 |
| 18 | technical metadata. So at some point, the | 14:37:26 |
| 19 | segregation that I'm talking about in Paragraph | 14:37:30 |
| 20 | 154 must be going on in some functional fashion; | 14:37:32 |
| 21 | otherwise, the transcoding engine can't have the | 14:37:38 |
| 22 | data it needs to work on, and the archive can't | 14:37:43 |
| 23 | have the data which evidently ends up there | 14:37:45 |
| 24 | because it was made available to me. And that's | 14:37:48 |
| 25 | the nature of the inference that I'm making here. | 14:37:50 |

Page 159

```
 1        Q      So the essential inference is as to      14:37:53

 2   the segregating process; is that fair?              14:37:58

 3                  MR. DWYER:  Objection to form.        14:37:59

 4                  THE WITNESS:  I think that's in        14:38:02

 5        the report.  Determine is a segregating         14:38:03

 6        process.  Determine whether it's must read      14:38:07

 7        each field to determine whether to utilize      14:38:14

 8        it.  To determine whether it's technical        14:38:16

 9        metadata and needs to transcode; otherwise,     14:38:18

10        the picture ends up with the wrong aspect       14:38:19

11        ratio or the wrong number of lines; or is       14:38:23

12        data which is destined for the archive, but     14:38:27

13        not to be carried forward to operational        14:38:30

14        systems.                                        14:38:32

15                  And if there is an alternative         14:38:33

16        approach that results in that, I think that     14:38:35

17        requires some mental gymnastics to align it     14:38:37

18        to have it co-exist with the automated          14:38:43

19        transcoding process does not examine the        14:38:46

20        file for the existence of metadata in making    14:38:49

21        a determination.                                14:38:54

22   BY MR. RICHLIN:                                      14:38:54

23        Q      Ultimately, precisely what the nature    14:38:55

24   of the segregating process or otherwise, the        14:38:58

25   transcoding process or otherwise, that's all a      14:39:01
```

Page 160

1    matter of fact; correct?                        14:39:03

2        A     It's a matter of fact that's not      14:39:05

3    available to me, but somebody somewhere knows   14:39:07

4    what exactly is going on.                        14:39:09

5        Q     And that person is not you?            14:39:12

6        A     That person is not me.                 14:39:14

7        Q     Okay.  I just want to direct you to a  14:39:15

8    couple of the statements in this area.  Let's    14:39:27

9    stay in Paragraph 154 of your report.            14:39:36

10       A     Yes.                                    14:39:39

11       Q     In the middle of Paragraph 154 the     14:39:45

12   sentence that begins, "When YouTube processes a  14:39:51

13   video file, it makes full use of some of the     14:39:54

14   metadata"; do you see that sentence?             14:39:57

15       A     I do.                                   14:39:58

16       Q     And then you cite to a footnote to     14:39:59

17   deposition testimony, which is Footnote 73; do   14:40:05

18   you see that?                                     14:40:09

19       A     I do.                                   14:40:11

20       Q     And it's written as Googrow testimony. 14:40:12

21   I think that's actually a typo.  It was Goodrow  14:40:16

22   testimony; is that right?                         14:40:19

23       A     I have no recollection of what it       14:40:21

24   said, and if it's a typo, I can only apologize   14:40:22

25   for it.                                           14:40:25

Page 161

| | | |
|---|---|---|
| 1 | Q    Let's just pull it up. | 14:40:25 |
| 2 | MR. RICHLIN:  I'm marking Jessop | 14:40:30 |
| 3 | Exhibit 5 an excerpt from the deposition of | 14:40:32 |
| 4 | Cristos Goodrow. | 14:40:37 |
| 5 | (Jessop Exhibit 5 was marked.) | 14:40:50 |
| 6 | BY MR. RICHLIN: | 14:40:50 |
| 7 | Q    Mr. Jessop, is this the deposition | 14:41:21 |
| 8 | testimony excerpt that is referred to within | 14:41:23 |
| 9 | Footnote 73 of your report? | 14:41:26 |
| 10 | A    I believe it is, and I apologize for | 14:41:29 |
| 11 | the typo. | 14:41:31 |
| 12 | Q    Okay.  So it is meant to refer to the | 14:41:32 |
| 13 | deposition of Mr. Goodrow with a D and not | 14:41:35 |
| 14 | Googrow with a G; correct? | 14:41:38 |
| 15 | A    Indeed. | 14:41:42 |
| 16 | Q    And we have here, the excerpt goes | 14:41:42 |
| 17 | from Pages 86 and 87.  That conforms to the | 14:41:44 |
| 18 | portion of the deposition testimony that's | 14:41:47 |
| 19 | referenced -- | 14:41:50 |
| 20 | A    Yeah. | 14:41:51 |
| 21 | Q    -- in your footnote; correct? | 14:41:52 |
| 22 | A    Yes. | 14:41:53 |
| 23 | Q    So I reviewed this portion of | 14:41:56 |
| 24 | testimony, and I confess that I was not able to | 14:42:01 |
| 25 | find any testimony that related or supported the | 14:42:03 |

Page 162

```
 1              MR. DWYER:  Objection to form.       14:57:03

 2              THE WITNESS:  I'm relying upon it     14:57:04

 3       for contributory information.  It's not, in  14:57:07

 4       itself, determinative for the reasons I      14:57:12

 5       stated about the engineering of that stream. 14:57:15

 6       The evidence on which I base my inference    14:57:24

 7       includes this as a minor contributing        14:57:28

 8       factor, but is mostly based on the           14:57:31

 9       information that's in the files I was given.  14:57:33

10  BY MR. RICHLIN:                                   14:57:35

11       Q     I'm particularly looking here at       14:57:35

12  Paragraph 155, the second clause that "YouTube    14:57:38

13  discards the information and fails to index it or  14:57:41

14  associate it with the metadata contained in the   14:57:44

15  video's landing page."  I'm trying to understand  14:57:46

16  whether you're basing that statement on the       14:57:51

17  experiment Mr. Bornheimer conducted, or if it's   14:57:54

18  an inference based upon other facts.              14:57:57

19       A     I think that is, in large part, an     14:58:00

20  inference based on other facts.                   14:58:03

21       Q     Are you aware that RIAA, the           14:58:05

22  organization that you were part of, has sued      14:58:08

23  video downloading platforms and applications for  14:58:13

24  copyright infringement?                           14:58:17

25              MR. DWYER:  Objection to form.        14:58:18
```

Page 172

| | | |
|---|---|---|
| 1 | THE WITNESS:  I'm aware of that. | 14:58:20 |
| 2 | Actually, I'm not aware of exactly who the | 14:58:24 |
| 3 | litigants were, but I'm aware that action | 14:58:28 |
| 4 | has been taken globally against video stream | 14:58:30 |
| 5 | rippers. | 14:58:35 |
| 6 | BY MR. RICHLIN: | 14:58:35 |
| 7 | Q    And were you affiliated with RIAA | 14:58:36 |
| 8 | during the pendency of any of those lawsuits that | 14:58:38 |
| 9 | you're aware of? | 14:58:41 |
| 10 | MR. DWYER:  Objection to form. | 14:58:42 |
| 11 | THE WITNESS:  I'm sorry.  Firstly, | 14:58:48 |
| 12 | I don't know and; secondly, I think that's | 14:58:48 |
| 13 | privileged anyway. | 14:58:51 |
| 14 | BY MR. RICHLIN: | 14:58:52 |
| 15 | Q    Okay.  Given that you don't know, I | 14:58:55 |
| 16 | think we can leave it at that.  Let's go back to | 14:58:59 |
| 17 | Paragraph 30 of your report, which is Jessop 3. | 14:59:32 |
| 18 | Are you at Paragraph 30, sir? | 15:00:03 |
| 19 | A    I am. | 15:00:05 |
| 20 | Q    Paragraph 30 includes the statement | 15:00:09 |
| 21 | that among the metadata that YouTube relies upon | 15:00:11 |
| 22 | "it includes metadata that constitutes copyright | 15:00:16 |
| 23 | management information as defined in the Digital | 15:00:21 |
| 24 | Millennium Copyright Act"; do you see that, sir? | 15:00:22 |
| 25 | A    I do. | 15:00:25 |

Page 173

1     Q      Mr. Jessop, are you providing an     15:00:47

2  opinion as to what types of metadata constitute     15:00:49

3  copyright management information within the ambit     15:00:54

4  of the Digital Millennium Copyright Act?     15:00:57

5              MR. DWYER:   You changed "as     15:01:01

6       defined by" to "within the ambit."     15:01:03

7              MR. RICHLIN:   I rephrased.     15:01:05

8              MR. DWYER:   Okay.   Objection to     15:01:06

9       form.     15:01:07

10              THE WITNESS:   I don't think I need     15:01:10

11       to express an opinion on that 'cause it's     15:01:10

12       written in the legislation and defined     15:01:12

13       clearly there.   My opinion in this paragraph     15:01:15

14       relates to Google's use of that information.     15:01:26

15       Not the status that information is     15:01:26

16       conforming to the definition in the DMCA.     15:01:30

17  BY MR. RICHLIN:     15:01:32

18     Q      That was my question, whether you were     15:01:35

19  providing an expert opinion as to whether     15:01:36

20  metadata does or does not qualify as CMI under     15:01:39

21  the DMCA?     15:01:44

22     A      I am providing an engineer's textual     15:01:48

23  interpretation of that, and on that basis, I     15:01:52

24  don't need to opine about it.   I just read it,     15:01:58

25  and my opinion relates to the use of information     15:02:01

Page 174

```
 1   that conforms to that definition within the        15:02:05

 2   systems run by Google -- by YouTube.  I beg your    15:02:08

 3   pardon.                                             15:02:12

 4        Q    How do you formulate an engineer's       15:02:33

 5   textual interpretation?                             15:02:36

 6        A    I read the words.  I use their natural    15:02:38

 7   meaning.  I look for definitions of those terms     15:02:42

 8   within the statute, and then use that to analyze    15:02:44

 9   what is going on in the systems that I'm looking    15:02:48

10   at.                                                 15:02:50

11        Q    Okay.  Can you skip ahead to Paragraph    15:02:50

12   137?                                                15:03:01

13        A    Yes.                                      15:03:06

14        Q    I want to go to the last clause in       15:03:15

15   Paragraph 137.  "How YouTube reads this data in     15:03:17

16   order to delete it while knowing that it is CMI."   15:03:24

17        A    Yeah.                                     15:03:29

18        Q    The last part of that phrase, "that it   15:03:35

19   is CMI," is that based upon your engineer's         15:03:38

20   textual interpretation of the CMI definition        15:03:41

21   contained in the DMCA?                              15:03:45

22        A    It can only be so.                        15:03:47

23        Q    You're not aware of any legal            15:03:51

24   determination that any of the metadata at issue     15:03:53

25   in your report has been deemed CMI under the        15:03:57
```

| | | |
|---|---|---|
| 1 | DMCA; correct? | 15:04:00 |
| 2 | MR. DWYER:  Objection to form. | 15:04:01 |
| 3 | THE WITNESS:  If I had been using | 15:04:07 |
| 4 | that, those resources would have been | 15:04:08 |
| 5 | footnoted and put into the list of the | 15:04:10 |
| 6 | documents at the end, so there have been no | 15:04:13 |
| 7 | such. | 15:04:15 |
| 8 | BY MR. RICHLIN: | 15:04:15 |
| 9 | Q    And there's no citation here, so the | 15:04:21 |
| 10 | clause, "YouTube reads this data in order to | 15:04:27 |
| 11 | delete it," is that the same inferential opinion | 15:04:30 |
| 12 | akin to the one that we discussed earlier in | 15:04:36 |
| 13 | Paragraphs 154 and 155? | 15:04:38 |
| 14 | A    I think it's the same issue that we | 15:04:40 |
| 15 | discussed earlier. | 15:04:41 |
| 16 | Q    Okay. | 15:04:42 |
| 17 | MR. RICHLIN:  Off the record. | 15:04:59 |
| 18 | MR. VIDEOGRAPHER:  The time on the | 15:05:03 |
| 19 | video monitor is 3:05 p.m.  We're off the | 15:05:04 |
| 20 | record.  This ends Media 4. | 15:05:07 |
| 21 | (Whereupon there was a brief | 15:24:51 |
| 22 | recess.) | 15:24:53 |
| 23 | MR. VIDEOGRAPHER:  We are back on | 15:25:05 |
| 24 | the record.  The time on the video monitor | 15:25:05 |
| 25 | is 3:25 p.m.  This starts Media 5. | 15:25:07 |

Page 176

CONFIDENTIAL

```
 1              THE WITNESS:  That conforms with      15:26:38

 2       my experience, though not necessarily with  15:26:38

 3       the abbreviated experiments done in the     15:26:44

 4       course of the analysis here, but it's a     15:26:46

 5       behavior that I would expect.               15:26:48

 6  BY MR. RICHLIN:                                   15:26:50

 7       Q    Okay.  Let me ask it a different way.   15:26:50

 8            Is it your opinion that video editing   15:26:55

 9  programs commonly do not retain metadata          15:27:00

10  contained in underlying components?               15:27:05

11              MR. DWYER:  Objection to form.        15:27:08

12              THE WITNESS:  Yes.                    15:27:10

13  BY MR. RICHLIN:                                   15:27:11

14       Q    So let's look to Paragraph 143.         15:27:13

15       A    Yes.                                    15:27:26

16       Q    You state that "Video files are the    15:27:32

17  product of video editing software"; correct?      15:27:34

18       A    I say that.                             15:27:39

19       Q    And here by "video editing software,"  15:27:42

20  are you referring to video editing programs that  15:27:46

21  plaintiffs allege often remove metadata?          15:27:50

22              MR. DWYER:  Objection to form.        15:27:54

23              THE WITNESS:  Yes.                    15:28:00

24  BY MR. RICHLIN:                                   15:28:02

25       Q    I'll direct your attention to          15:28:06
```

Page 178

| | | |
|---|---|---|
| 1 | Paragraph 150 on Page 49.  In Paragraph 150 you | 15:28:07 |
| 2 | write that "Video editing software does sometimes | 15:28:24 |
| 3 | preserve CMI"; correct? | 15:28:28 |
| 4 | A    No.  It says "preserve some CMI." | 15:28:29 |
| 5 | Q    Excuse me.  I apologize. | 15:28:32 |
| 6 | A    I think the distinction is important. | 15:28:34 |
| 7 | Q    I do, too.  Let me state it again so | 15:28:35 |
| 8 | we have a clean record. | 15:28:39 |
| 9 | In Paragraph 150 you state, "Video | 15:28:40 |
| 10 | editing software does sometimes preserve some | 15:28:41 |
| 11 | CMI"; correct? | 15:28:45 |
| 12 | A    Yes. | 15:28:47 |
| 13 | Q    But "it does not include all the | 15:28:48 |
| 14 | available CMI of components in a video file"; | 15:28:50 |
| 15 | correct? | 15:28:54 |
| 16 | A    Correct. | 15:28:54 |
| 17 | Q    And here, again, you're referring to a | 15:28:57 |
| 18 | process by which video editing software does not | 15:28:59 |
| 19 | preserve all CMI.  Not that YouTube has removed | 15:29:02 |
| 20 | any CMI; correct? | 15:29:05 |
| 21 | A    Correct. | 15:29:07 |
| 22 | Q    Go back to Paragraph 119. | 15:29:17 |
| 23 | A    Yes. | 15:29:44 |
| 24 | Q    I'm looking here at the very beginning | 15:29:44 |
| 25 | of Paragraph 119 where you state, "When a | 15:29:47 |

Page 179

CONFIDENTIAL

1    component or derivative work is created, the          15:29:50

2    metadata from the components ought to be included     15:29:53

3    in the final result."                                 15:29:56

4            Is that an opinion that reflects your         15:29:59

5    wish for how video editing software operated?         15:30:08

6        A    With the correction it's "composite";        15:30:12

7    not whatever it was you said, or "compositing."       15:30:14

8    I think the word "ought" makes this a                 15:30:23

9    recommendation rather than a normative                15:30:30

10   requirement.  Clearly video editing software does     15:30:34

11   what video editing software does.  This would be      15:30:39

12   my recommendation that states it would avoid some     15:30:41

13   of the outcomes we see in this case.                  15:30:45

14       Q    Who is that a recommendation to?             15:30:48

15       A    Well, it's a recommendation as I state       15:30:53

16   in the following paragraph, both to video editing     15:31:02

17   software creators.  Although for reasons I            15:31:07

18   suspect we both understand, the likelihood of         15:31:12

19   them conforming to this recommendation is             15:31:15

20   limited, but there's nothing to stop users on         15:31:18

21   whom it is also a recommendation for making the       15:31:22

22   metadata transfer manually.                           15:31:26

23       Q    I think that's helpful, and that goes        15:31:31

24   to my next question.                                  15:31:32

25           This recommendation, that metadata            15:31:34

Page  180

| | | |
|---|---|---|
| 1 | from components ought to be included in the final | 15:31:36 |
| 2 | result, that's directed to either companies that | 15:31:39 |
| 3 | make video editing software available or the | 15:31:43 |
| 4 | users of that video editing software; correct? | 15:31:45 |
| 5 | MR. DWYER:  Objection to form. | 15:31:48 |
| 6 | THE WITNESS:  That's the intention | 15:31:50 |
| 7 | of my recommendation in this text. | 15:31:51 |
| 8 | BY MR. RICHLIN: | 15:31:53 |
| 9 | Q     This is not a recommendation directed | 15:31:53 |
| 10 | to YouTube, correct, looking solely at Paragraph | 15:31:56 |
| 11 | 119 and 120? | 15:32:00 |
| 12 | MR. DWYER:  Objection to form. | 15:32:02 |
| 13 | THE WITNESS:  That's correct. | 15:32:03 |
| 14 | BY MR. RICHLIN: | 15:32:03 |
| 15 | Q     Is there an existing standard that | 15:32:08 |
| 16 | requires video editing programs to include | 15:32:09 |
| 17 | metadata from components in the final composite | 15:32:13 |
| 18 | video? | 15:32:18 |
| 19 | A     There is none. | 15:32:18 |
| 20 | Q     Are you aware of any video editing | 15:32:24 |
| 21 | software program that automatically retains all | 15:32:27 |
| 22 | metadata from components in the final composite | 15:32:30 |
| 23 | video? | 15:32:33 |
| 24 | A     I'm aware of no such software. | 15:32:34 |
| 25 | Q     Are you aware of any video editing | 15:32:42 |

Page 181

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | software program that has been sanctioned by | 15:32:46 |
| 2 | anybody, be it legal, registry, industry or | 15:32:48 |
| 3 | otherwise, for failing to maintain metadata from | 15:32:52 |
| 4 | components in video composites? | 15:32:56 |
| 5 | A    No. | 15:33:05 |
| 6 | Q    Let's talk about components that may | 15:33:17 |
| 7 | exist prior to being encapsulated by a video | 15:33:21 |
| 8 | editing program. | 15:33:26 |
| 9 | Is it your experience that in many | 15:33:29 |
| 10 | cases, underlying components will not include | 15:33:31 |
| 11 | standardized metadata; correct? | 15:33:36 |
| 12 | MR. DWYER:  Objection to form. | 15:33:39 |
| 13 | THE WITNESS:  It's my experience | 15:33:42 |
| 14 | that the availability of metadata in the | 15:33:43 |
| 15 | underlying components depends extensively on | 15:33:50 |
| 16 | the chronology, the genre, the format, and | 15:33:55 |
| 17 | you need to look at those to make a | 15:34:01 |
| 18 | likelihood assessment. | 15:34:04 |
| 19 | BY MR. RICHLIN: | 15:34:06 |
| 20 | Q    Okay.  So just to say it again, the | 15:34:06 |
| 21 | availability of metadata in underlying components | 15:34:08 |
| 22 | depends extensively on a variety of factors; | 15:34:12 |
| 23 | correct? | 15:34:14 |
| 24 | A    Correct. | 15:34:15 |
| 25 | Q    And that could include the type of | 15:34:15 |

Page 182

| | | |
|---|---|---|
| 1 | BY MR. RICHLIN: | 15:39:05 |
| 2 | Q      And without viewing such a file with a | 15:39:11 |
| 3 | metadata editor or display program, you would be | 15:39:15 |
| 4 | speculating as to what underlying metadata was | 15:39:17 |
| 5 | contained; correct? | 15:39:20 |
| 6 | MR. DWYER:  Objection to form. | 15:39:21 |
| 7 | THE WITNESS:  If asked to predict | 15:39:26 |
| 8 | whether a specific file would turn out to | 15:39:27 |
| 9 | contain such metadata, if examined, that | 15:39:31 |
| 10 | would be speculation. | 15:39:34 |
| 11 | BY MR. RICHLIN: | 15:39:35 |
| 12 | Q      Let's talk a moment about ISRC.  ISRC | 15:39:45 |
| 13 | is a field that can be found in certain types -- | 15:39:48 |
| 14 | is a metadata field that can be found within | 15:39:55 |
| 15 | certain types of content; correct? | 15:39:59 |
| 16 | A      It has that characteristic that it is | 15:40:02 |
| 17 | from -- it may be found in certain types of | 15:40:07 |
| 18 | content, yes. | 15:40:10 |
| 19 | Q      And there are other types of content | 15:40:13 |
| 20 | where ISRC would not commonly be found; correct? | 15:40:15 |
| 21 | A      Indeed, ISRC is applicable only to | 15:40:19 |
| 22 | sound recordings and to music video recordings. | 15:40:21 |
| 23 | So a book, a text file, a picture would not | 15:40:24 |
| 24 | contain ISRC as a description of that entity | 15:40:28 |
| 25 | itself.  They might contain -- I'll leave it at | 15:40:31 |

Page 185

CONFIDENTIAL

```
 1   that.                                          15:40:39

 2        Q    Even as to sound recordings, not all  15:40:42

 3   sound recordings have ISRCs; correct?          15:40:45

 4        A    That is true.                         15:40:48

 5        Q    For example, if a mother films her    15:40:50

 6   daughter performing at the school orchestra, has 15:40:53

 7   that as a video and uploads it, there's no      15:40:59

 8   obligation to associate ISRC with that video;   15:41:02

 9   correct?                                        15:41:06

10        A    There's no obligation to associate    15:41:07

11   ISRC with any media entity, but within the      15:41:10

12   commercial music media sector, that is to say   15:41:17

13   people trying to earn a living from music, it is 15:41:22

14   becoming extremely hard to get into distribution 15:41:27

15   without having an ISRC assigned to it because    15:41:35

16   many services and management organizations       15:41:38

17   require it as a matter of policy.                15:41:44

18        Q    We'll turn to the professional        15:41:46

19   commercial music media sector in a moment.       15:41:49

20            Going back to my example, would it be  15:41:52

21   your expectation that for the example I provided, 15:41:54

22   where a mother films her daughter's school       15:41:57

23   orchestra performance, that that video would have 15:42:00

24   an ISRC associated with it?                      15:42:02

25        A    In today's world, I would not expect  15:42:05
```

Veritext Legal Solutions
866 299-5127

1    that, but as a former administrator of the          15:42:07

2    system, I can say that it's eligible and it would    15:42:12

3    be welcome into a system where such recordings       15:42:15

4    were assigned ISRCs.                                 15:42:18

5         Q     What about where a ballroom dancing       15:42:23

6    enthusiast attends a competition, films his          15:42:26

7    favorite dancers performing, and there is music      15:42:31

8    playing in the background?  Would you expect that    15:42:34

9    that video would have an ISRC associated with it?    15:42:37

10        A     I would not today expect to see an        15:42:42

11   ISRC associated with that video.                     15:42:46

12        Q     And in the two instances I just           15:42:48

13   described, would you expect that ISRC has been       15:42:50

14   stripped out by a video editing program, or that     15:42:57

15   there was never an ISRC associated with those        15:42:59

16   videos?                                              15:43:02

17        A     Could you refresh my memory on the        15:43:04

18   scenarios?  Were these live performances or --       15:43:06

19   they were live performances by simultaneous          15:43:09

20   performances by an actual band?                      15:43:17

21             MR. DWYER:  You want to try the            15:43:21

22        question again?                                 15:43:22

23             THE WITNESS:  Let's start that one         15:43:23

24        again; shall we?                                15:43:24

25

```
1   BY MR. RICHLIN:                                    15:43:25

2        Q      The two scenarios were a daughter's    15:43:25

3   school orchestra.  Ballroom dancing competition.   15:43:28

4              MR. DWYER:  And the question is?         15:43:32

5   I've lost the question.                            15:43:33

6              MR. RICHLIN:  Randi, the question        15:43:43

7   was the one about -- I'll just read it back.       15:43:46

8   It will be quicker.                                15:43:50

9   BY MR. RICHLIN:                                    15:43:50

10       Q      In the two instances I just described,  15:43:51

11  ballroom dancing, school orchestra, would you      15:43:53

12  expect that an ISRC had been associated with       15:43:56

13  those files and then stripped out by video         15:44:01

14  editing software; or that there had never been an  15:44:03

15  ISRC associated with the video files recording     15:44:06

16  those performances.                                15:44:09

17       A      In those cases, I would not suggest     15:44:10

18  that an ISRC had been stripped out.  The sound      15:44:14

19  recording element are eligible for an ISRC, but I   15:44:20

20  would not expect to see one.                       15:44:25

21       Q      For the purposes of this report, did    15:44:31

22  you commission a study as to the prevalence of      15:44:33

23  use of ISRCs within the commercial music media      15:44:39

24  industry?                                          15:44:43

25       A      I did not do that for the purposes of   15:44:44
```

Page 188

| | | |
|---|---|---|
| 1 | this report. | 15:44:45 |
| 2 | Q    Did you find any previously existed | 15:44:46 |
| 3 | survey that you referenced in your report? | 15:44:49 |
| 4 | A    I do not reference such a survey in my | 15:44:52 |
| 5 | report. | 15:44:55 |
| 6 | Q    Did you conduct a study of the | 15:44:56 |
| 7 | percentage of content available on YouTube that | 15:45:00 |
| 8 | includes commercial music? | 15:45:04 |
| 9 | A    I did not do that. | 15:45:06 |
| 10 | Q    Do you reference in your report any | 15:45:10 |
| 11 | preexisting study of the percentage of content | 15:45:12 |
| 12 | available on YouTube that includes commercial | 15:45:15 |
| 13 | music? | 15:45:17 |
| 14 | A    I did not. | 15:45:17 |
| 15 | Q    Mr. Jessop, does your report address | 15:45:50 |
| 16 | the types of metadata commonly found in movies? | 15:45:55 |
| 17 | A    It mentions identifiers that are used | 15:46:04 |
| 18 | in the movie industry.  It does not cover the | 15:46:07 |
| 19 | associated metadata in any depth. | 15:46:07 |
| 20 | Q    Did you conduct any analysis akin to | 15:46:16 |
| 21 | the review of metadata from taken down videos | 15:46:17 |
| 22 | with respect to audio files that is akin to the | 15:46:22 |
| 23 | analysis you would do for a video file? | 15:46:28 |
| 24 | A    I asked for access to more such | 15:46:30 |
| 25 | information and was told it was not available. | 15:46:32 |

Page 189

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | Q      What source provides the support for | 16:06:30 |
| 2 | your statement that platforms "need good and | 16:06:31 |
| 3 | accurate metadata to predict what will be | 16:06:35 |
| 4 | surprising"? | 16:06:37 |
| 5 | A      This is resulting from conversations | 16:06:38 |
| 6 | during the DDEX process where we were generating | 16:06:41 |
| 7 | this new standard for enhanced contextual | 16:06:45 |
| 8 | metadata, and it was clear that the platforms | 16:06:48 |
| 9 | were saying that they wanted more accurate genre | 16:06:56 |
| 10 | information so they didn't end up serving music | 16:07:02 |
| 11 | to somebody whose preferences were elsewhere. | 16:07:05 |
| 12 | Q      What platforms are you referring to? | 16:07:08 |
| 13 | A      I think at that point, DDEX was -- had | 16:07:16 |
| 14 | participation from Spotify, Amazon, Apple, Dixa | 16:07:25 |
| 15 | and YouTube.  Maybe others that I've forgotten. | 16:07:33 |
| 16 | Q      And which of those platform | 16:07:38 |
| 17 | representatives expressed the desire regarding | 16:07:41 |
| 18 | metadata that's reflected in Paragraph 114? | 16:07:46 |
| 19 | A      I have no recollection of which | 16:07:49 |
| 20 | representatives were pushing for this.  DDEX | 16:07:52 |
| 21 | works by consensus, and the consensus that | 16:07:55 |
| 22 | resulted was to deliver a more comprehensive | 16:07:58 |
| 23 | specification of multiple genres into which a | 16:08:04 |
| 24 | recording could be classified so that the | 16:08:08 |
| 25 | recipients of that information, largely | 16:08:11 |

Page  203

| | | |
|---|---|---|
| 1 | platforms, could use that to predict its likely | 16:08:14 |
| 2 | acceptability to a given customer. | 16:08:20 |
| 3 | Q     Can you go to Page 39, Section G, as | 16:08:57 |
| 4 | in giraffe? | 16:09:01 |
| 5 | A     I'm there. | 16:09:04 |
| 6 | Q     Metadata principles.  We discussed a | 16:09:05 |
| 7 | little bit about this in terms of the phrase | 16:09:08 |
| 8 | "ought."  I want to ask you about this section. | 16:09:12 |
| 9 | In Paragraph 116, you "set out the principles | 16:09:19 |
| 10 | that should be followed in the media supply | 16:09:25 |
| 11 | chain"; do you see that? | 16:09:28 |
| 12 | A     I do. | 16:09:29 |
| 13 | Q     Where do these principles that you set | 16:09:31 |
| 14 | out derive from? | 16:09:34 |
| 15 | A     They derive from my extensive | 16:09:37 |
| 16 | experience working with metadata in the music | 16:09:39 |
| 17 | industry over several decades. | 16:09:43 |
| 18 | Q     Have these principles been enshrined | 16:09:45 |
| 19 | by any standards or organization? | 16:09:48 |
| 20 | MR. DWYER:  Objection to form. | 16:09:50 |
| 21 | THE WITNESS:  These principles are | 16:09:53 |
| 22 | not the kind of subject matter which | 16:09:54 |
| 23 | typically work with even -- I'll leave it at | 16:10:00 |
| 24 | that.  They're not the kind of material that | 16:10:06 |
| 25 | standard setting organizations would | 16:10:10 |

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | typically deal with. | 16:10:12 |
| 2 | BY MR. RICHLIN: | 16:10:13 |
| 3 | Q    Okay.  Does that mean that the answer | 16:10:13 |
| 4 | to my question is, no, you're not aware of any | 16:10:16 |
| 5 | standards or any organization that has set forth | 16:10:19 |
| 6 | these principles? | 16:10:21 |
| 7 | MR. DWYER:  Objection to form. | 16:10:22 |
| 8 | THE WITNESS:  I apologize for | 16:10:23 |
| 9 | omitting "No." | 16:10:25 |
| 10 | BY MR. RICHLIN: | 16:10:25 |
| 11 | Q    Thank you. | 16:10:26 |
| 12 | Are you aware of any organization that | 16:10:28 |
| 13 | has set forth these principles besides you in | 16:10:32 |
| 14 | this report? | 16:10:36 |
| 15 | A    There are elements in Section G which | 16:10:44 |
| 16 | have been articulated by industry representative | 16:10:47 |
| 17 | bodies, particularly those representing, for | 16:10:51 |
| 18 | instance, performers that do encourage the | 16:10:56 |
| 19 | collection of more extensive and richer | 16:11:00 |
| 20 | information about performances so that the | 16:11:05 |
| 21 | interest of their members are protected.  There | 16:11:08 |
| 22 | are certainly recommendations verging on | 16:11:12 |
| 23 | requirements for most of the industry players to | 16:11:20 |
| 24 | use the standards that I discuss in Paragraph 122 | 16:11:22 |
| 25 | and so on, and following, because of the benefits | 16:11:26 |

Page  205

CONFIDENTIAL

```
1    that it brings to them in terms of reduced costs.    16:11:30

2           And there are -- there is an extensive        16:11:35

3    population of archivists in the what are called      16:11:39

4    memory institution sector, libraries, archives       16:11:44

5    and so on, who are extremely keen to see metadata    16:11:47

6    preserved in the very long term so that our          16:11:51

7    cultural heritage is protected.                      16:11:59

8        Q    Paragraph 116 uses the -- I think it's      16:12:06

9    subjunctive "should"; correct?                       16:12:12

10       A    Yes.  As I think I mentioned earlier,       16:12:16

11   these are my personal recommendations.  They're      16:12:18

12   not normative.  They're recommendations of           16:12:21

13   behavior that will lead to an ecosystem that         16:12:24

14   doesn't have metadata lost as we're seeing in        16:12:29

15   some of these cases.                                 16:12:34

16       Q    Does the same description, personal         16:12:36

17   recommendation, apply to the use of "should" in      16:12:39

18   Paragraph 118?                                       16:12:42

19       A    Yes.                                        16:12:49

20       Q    And the use of the word "ought" in         16:12:50

21   Paragraph 119?                                       16:12:52

22       A    Yes.  I'm not entirely sure the            16:12:53

23   difference between "should" and "ought" in this      16:12:57

24   case, but I think they both represent a personal     16:12:58

25   recommendation.                                      16:13:02
```

Page  206

CONFIDENTIAL

```
 1        Q      How about in Paragraph 121, "should      16:13:03
 2    have"?                                              16:13:04
 3               MR. DWYER:   You mean in the Doe         16:13:15
 4       example?                                         16:13:19
 5               MR. RICHLIN:   Yeah.                     16:13:20
 6               THE WITNESS:   I think that's a          16:13:21
 7       different use of the term "should."   Should    16:13:22
 8       have made the search totally ambiguous, but     16:13:27
 9       it didn't, in, fact do so.                      16:13:30
10    BY MR. RICHLIN:                                     16:13:32
11        Q      Paragraph 126, "seldom or reason to     16:13:33
12    discard metadata.   It is better to preserve it."  16:13:43
13               Is that, again, a personal              16:13:43
14    recommendation?                                     16:13:45
15        A      This whole section is based on          16:13:45
16    personal recommendations.                          16:13:50
17        Q      Okay.   And, similarly, the heading     16:13:52
18    above 131, "Exercise a presumption of validity,"   16:14:00
19    is that a personal recommendation?                 16:14:03
20        A      As we discussed just now about the      16:14:12
21    probability of error, this is a personal           16:14:16
22    recommendation of how that information should be    16:14:19
23    treated.                                            16:14:21
24        Q      Paragraph 117, you discuss the          16:14:42
25    collection of metadata to record and preserve it.  16:14:50
```

Page 207

| | | |
|---|---|---|
| 1 | And then write, "This is increasingly the norm"; | 16:14:56 |
| 2 | do you see that? | 16:15:00 |
| 3 |     A    Yes. | 16:15:01 |
| 4 |     Q    Did you collect any data to determine | 16:15:04 |
| 5 | the degree to which collecting and preserving | 16:15:08 |
| 6 | metadata is more common now than it was | 16:15:14 |
| 7 | previously? | 16:15:16 |
| 8 |     A    Although I didn't do a quantitative | 16:15:21 |
| 9 | study for this report, I would cite the emergence | 16:15:23 |
| 10 | of systems that I put footnote in the report from | 16:15:26 |
| 11 | companies like Session and Sound Credit, who are | 16:15:31 |
| 12 | making this much easier to do and; therefore, | 16:15:35 |
| 13 | causing it to happen more often by providing | 16:15:38 |
| 14 | user-friendly tools on phones and iPads that | 16:15:41 |
| 15 | creators can use in the studio to record what | 16:15:45 |
| 16 | they've done and ensure that the metadata is not | 16:15:47 |
| 17 | lost by being forgotten on the day. | 16:15:51 |
| 18 |     Q    But you have not performed any | 16:15:54 |
| 19 | quantitative analysis of the degree to which the | 16:15:56 |
| 20 | metadata collection and curation system you | 16:16:00 |
| 21 | describe here is or is not the norm; correct? | 16:16:03 |
| 22 |     A    Yes.  This is a qualitative assessment | 16:16:06 |
| 23 | based on my conversations with industry | 16:16:08 |
| 24 | professionals. | 16:16:10 |
| 25 |     Q    Paragraph 127 -- | 16:16:20 |

Page  208

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | A      Yes. | 16:16:28 |
| 2 | Q      -- I know we discussed costs briefly | 16:16:28 |
| 3 | before.  Let's just discuss it specifically here. | 16:16:34 |
| 4 | Did you analyze the cost of storing | 16:16:39 |
| 5 | metadata, any type of metadata? | 16:16:43 |
| 6 | A      I did so only by a ratiometric | 16:17:00 |
| 7 | approach by comparing the size of the metadata | 16:17:07 |
| 8 | with the size of the content, and noting that if | 16:17:09 |
| 9 | it's economic to store the content, that does not | 16:17:14 |
| 10 | change by the addition of a few 100 or thousand | 16:17:20 |
| 11 | characters of metadata information, which is all | 16:17:25 |
| 12 | that we saw in the embedded information I | 16:17:27 |
| 13 | analyzed from the provided files. | 16:17:31 |
| 14 | Q      What is the cost right now of storing | 16:17:38 |
| 15 | 16 million bytes? | 16:17:43 |
| 16 | MR. DWYER:  Cost to whom? | 16:17:46 |
| 17 | THE WITNESS:  That's not a | 16:17:49 |
| 18 | question which is answerable without a great | 16:17:49 |
| 19 | deal more contextual information about | 16:17:51 |
| 20 | where, for how long access times, | 16:17:53 |
| 21 | bandwidths.  That's a question that could be | 16:17:56 |
| 22 | answered by people like Amazon Web Services | 16:17:59 |
| 23 | or Microsoft Azure, who are providers of | 16:18:05 |
| 24 | account services which do this kind of | 16:18:08 |
| 25 | storage. | 16:18:08 |

Page 209

1    BY MR. RICHLIN:                                    16:18:11

2        Q     You have not endeavored to find an     16:18:11

3    answer to the cost or even potential costs of     16:18:13

4    storing 16 million bytes; correct?               16:18:17

5        A     Well as I say, this argument is not    16:18:19

6    around the cost of storing 16 million bytes.      16:18:22

7    It's around the relative cost of storing          16:18:24

8    16 million bytes and 16 million plus a couple     16:18:27

9    hundred or a thousand bytes, which is a           16:18:31

10   difference so small that it's in the noise.       16:18:35

11       Q     Sir, I'm going to repeat the question   16:18:39

12   again.                                            16:18:41

13           You have not endeavored to find the      16:18:41

14   cost or even the potential costs of storing       16:18:43

15   16 million bytes; correct?                        16:18:46

16            MR. DWYER:   Objection; asked and        16:18:47

17       answered.                                     16:18:47

18            THE WITNESS:   That was outside the      16:18:49

19       scope of my engagement.                       16:18:50

20   BY MR. RICHLIN:                                    16:18:51

21       Q     Here you are estimating the amount of   16:18:55

22   metadata for a three-minute audio track; correct? 16:18:59

23            MR. DWYER:   Which paragraph?            16:19:05

24            MR. RICHLIN:   Paragraph 127.            16:19:06

25            THE WITNESS:   Yes.                      16:19:08

Page  210

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | BY MR. RICHLIN: | 16:19:08 |
| 2 | Q    I'm realizing that I was focusing on | 16:19:23 |
| 3 | the wrong thing.  Let's go back again. | 16:19:25 |
| 4 | A    Pleasure. | 16:19:29 |
| 5 | Q    Sir, have you conducted any analysis | 16:19:30 |
| 6 | of the cost of storing a few 100 bytes? | 16:19:33 |
| 7 | A    I have not done that investigation. | 16:19:39 |
| 8 | Q    Okay.  How many bytes of metadata are | 16:19:43 |
| 9 | contained in a three-minute video? | 16:19:53 |
| 10 | A    I don't think that's a question that | 16:20:07 |
| 11 | can be answered without more information about | 16:20:09 |
| 12 | what metadata is present. | 16:20:12 |
| 13 | Q    In Paragraph 127 you estimate the | 16:20:18 |
| 14 | amount of metadata for an audio track; correct? | 16:20:19 |
| 15 | A    I do. | 16:20:24 |
| 16 | Q    Does your report at any place estimate | 16:20:25 |
| 17 | the amount of metadata for a video track? | 16:20:29 |
| 18 | A    I think I would repeat the answer. | 16:20:37 |
| 19 | That's not a question amenable to a quantitative | 16:20:40 |
| 20 | answer without a good deal more information. | 16:20:43 |
| 21 | Q    So you would agree that you have not | 16:20:47 |
| 22 | engaged in an estimation of the cost of storing a | 16:20:51 |
| 23 | typical amount of metadata for a typical | 16:20:55 |
| 24 | individual video file; correct? | 16:20:57 |
| 25 | MR. DWYER:  Objection to form. | 16:20:58 |

Page  211

CONFIDENTIAL

```
1                    THE WITNESS:   That would have been      16:21:04

2            outside the scope of this report.               16:21:04

3    BY MR. RICHLIN:                                         16:21:07

4        Q    Let's go to Paragraph 129.                     16:21:13

5        A    Yeah.                                          16:21:17

6        Q    First, the second sentence of                  16:21:30

7    Paragraph 129 where you write that metadata "must       16:21:36

8    be identified, and in practice, read in order to        16:21:46

9    skip over it"; do you see that, sir?                    16:21:49

10       A    I do.                                          16:21:51

11       Q    Is that the same inference that we             16:21:53

12   discussed earlier as to a segregating process           16:21:54

13   that you are inferring is part of a transcoding         16:21:58

14   process?                                                16:22:01

15       A    I think that's exactly the same                16:22:01

16   discussion, that we might save ourselves some           16:22:02

17   time by not repeating.                                  16:22:06

18       Q    I'm happy to save us all some time,            16:22:07

19   sir.  The last sentence of Paragraph 129, "It is        16:22:09

20   in practice almost certainly easier and cheaper         16:22:12

21   to keep it all than to pick and choose."                16:22:15

22            Have you engaged in a relative cost            16:22:17

23   analysis between the cost of picking and choosing       16:22:19

24   versus keeping it all?                                  16:22:24

25       A    I have not.                                    16:22:25
```

Page  212

CONFIDENTIAL

```
 1        Q      And do you rely on such a relative      16:22:27
 2   cost analysis that was conducted by someone else    16:22:30
 3   for purposes of your report?                        16:22:32
 4        A      No.  I rely upon my experience as a     16:22:34
 5   writer of computer code and being a computer        16:22:38
 6   scientist by education, that simply writing out a   16:22:40
 7   record to a system is computationally cheaper       16:22:44
 8   than performing discussions on it and making a      16:22:48
 9   partial choice.                                     16:22:53
10        Q      Looking at YouTube in particular, you   16:22:56
11   don't have information, sir, as to the relative     16:23:00
12   cost to YouTube of keeping metadata versus          16:23:02
13   picking and choosing it; correct?                   16:23:06
14        A      I have no such information.             16:23:08
15        Q      Okay.  Sir, even prior to being         16:23:09
16   engaged by plaintiffs in this matter, you've        16:23:35
17   expressed opinions regarding practices by ISPs;     16:23:38
18   correct?                                            16:23:44
19        A      I've expressed a lot of opinions over   16:23:48
20   the years, and I'd be happy to respond to a         16:23:49
21   specific case.                                      16:23:55
22        Q      In some instances, you've called        16:24:03
23   practices by ISPs a "disgrace"; correct?            16:24:05
24        A      I have no recollection until I get      16:24:09
25   some context.                                       16:24:12
```

Page  213

| | | |
|---|---|---|
| 1 | Q    Okay.  We're going to mark as Exhibit | 16:24:13 |
| 2 | 7, a document that's titled, DRM 'A Failure at | 16:24:15 |
| 3 | Deterring Piracy, CEA's Oxman says. | 16:24:23 |
| 4 |                  (Jessop Exhibit 7 was marked.) | 16:24:41 |
| 5 |                  Let me know when you've had an | 16:25:10 |
| 6 | opportunity to review it.  Take your time, sir. | 16:25:12 |
| 7 | A    Forgive me.  This is 2009. | 16:25:15 |
| 8 | Q    Take your time, sir. | 16:25:19 |
| 9 | A    Okay. | 16:26:41 |
| 10 | Q    Did you attend the Digital Hollywood | 16:26:42 |
| 11 | conference in approximately May of 2009? | 16:26:48 |
| 12 | A    I don't recall, but this document | 16:26:53 |
| 13 | seems to suggest that I did, so I'm prepared | 16:26:54 |
| 14 | to -- I believe that I did. | 16:26:56 |
| 15 | Q    It's your understanding that in the | 16:27:00 |
| 16 | third paragraph of this document where it refers | 16:27:02 |
| 17 | to "Paul Jessop, a former chief technology | 16:27:05 |
| 18 | officer of the RIAA," that refers to you; | 16:27:09 |
| 19 | correct? | 16:27:11 |
| 20 | A    I'm absolutely certain that's true. | 16:27:11 |
| 21 | Q    And do you recall providing statements | 16:27:13 |
| 22 | to a media outlet known as the Consumer | 16:27:16 |
| 23 | Electronics Daily? | 16:27:22 |
| 24 | A    I don't recall that. | 16:27:24 |
| 25 | Q    Do you recall stating that "ISPs are | 16:27:26 |

Page  214

```
 1    video monitor is 4:54 p.m.  We're off the      16:53:43

 2    record.  This ends Media 5.                     16:53:46

 3              (Whereupon there was a brief          16:53:52

 4    recess.)                                        16:53:55

 5              MR. VIDEOGRAPHER:  We are back on     17:10:21

 6    the record.  The time on the video monitor      17:10:22

 7    is 5:11 p.m.  This starts Media 6.              17:10:23

 8              MR. DWYER:  Eli, I just want to       17:10:27

 9    raise something.  Since it seems apparent       17:10:28

10    that you have a full copy of Exhibit 9 which    17:10:32

11    you marked a part of, I think we're entitled    17:10:35

12    to the full copy of Exhibit 9.  Whether you     17:10:38

13    mark it or not, I think you're still            17:10:42

14    required to produce it to us because;           17:10:43

15    otherwise, you've marked part of a document     17:10:45

16    that, you know, you're withholding part of      17:10:47

17    it, and that's not a proper procedure.          17:10:50

18              MR. RICHLIN:  Okay.  I think I'm      17:10:52

19    entitled to use whatever I want as an           17:10:55

20    exhibit in a deposition, especially to          17:10:57

21    impeach and examine the views of the            17:10:59

22    witness, but I will consider your request       17:11:02

23    and taken under advisement.                     17:11:04

24              MR. DWYER:  So you're not going to    17:11:05

25    give it to me right now?                        17:11:06
```

Page  233

| | | |
|---|---|---|
| 1 | MR. RICHLIN:  At the next break I | 17:11:09 |
| 2 | will think about what you stated, but I'm | 17:11:10 |
| 3 | not going to stop the deposition right now | 17:11:12 |
| 4 | and consider it. | 17:11:14 |
| 5 | MR. DWYER:  Okay.  As long as you | 17:11:14 |
| 6 | consider it and say yes or no before the end | 17:11:15 |
| 7 | of the deposition. | 17:11:17 |
| 8 | MR. RICHLIN:  That is fair. | 17:11:17 |
| 9 | MR. DWYER:  Thank you. | 17:11:18 |
| 10 | MR. RICHLIN:  Okay. | 17:11:19 |
| 11 | BY MR. RICHLIN: | 17:11:19 |
| 12 | Q    Mr. Jessop, let's talk about CLFN. | 17:11:21 |
| 13 | A    Yes. | 17:11:25 |
| 14 | Q    We discussed it briefly before, CLFN | 17:11:31 |
| 15 | refers to clip file name; correct? | 17:11:34 |
| 16 | A    That is the meaning assigned to it, | 17:11:37 |
| 17 | yes. | 17:11:39 |
| 18 | Q    When was the first time that you heard | 17:11:40 |
| 19 | of CLFN? | 17:11:41 |
| 20 | A    In the course of these proceedings. | 17:11:44 |
| 21 | Q    So prior to the investigation that you | 17:11:46 |
| 22 | conducted as part of this case, you had never | 17:11:49 |
| 23 | heard of CLFN before; correct? | 17:11:51 |
| 24 | A    I would not expect to have heard of it | 17:11:54 |
| 25 | because it's the parameter in a video context, | 17:11:56 |

Page  234

| | | |
|---|---|---|
| 1 | and my expertise is in audio and my experience is | 17:12:00 |
| 2 | in audio, so it didn't come as a surprise to me | 17:12:02 |
| 3 | that there was a field name that I wasn't | 17:12:05 |
| 4 | familiar with. | 17:12:07 |
| 5 |     Q    Okay.  So the answer is prior to the | 17:12:07 |
| 6 | investigation you conducted, you had never heard | 17:12:11 |
| 7 | of CLFN; correct? | 17:12:12 |
| 8 |     A    Correct.  Yes. | 17:12:14 |
| 9 |     Q    Okay.  Are you aware of whether CLFN | 17:12:15 |
| 10 | is used by any other entity for digital rights | 17:12:21 |
| 11 | management? | 17:12:28 |
| 12 |     A    I have no evidence who uses CLFN, or | 17:12:31 |
| 13 | what they use it for, except what I discovered | 17:12:36 |
| 14 | through my own analysis of the files that I was | 17:12:39 |
| 15 | asked to look at. | 17:12:42 |
| 16 |     Q    And that analysis was that CLFN exists | 17:12:44 |
| 17 | in a handful of cases within the data that you | 17:12:48 |
| 18 | identified and analyzed; correct? | 17:12:52 |
| 19 |     MR. DWYER:  Objection to form. | 17:12:54 |
| 20 |     THE WITNESS:  CLFN exists in some | 17:12:57 |
| 21 | of the files that were a very particular | 17:12:58 |
| 22 | subsample of the available files from the | 17:13:03 |
| 23 | YouTube service. | 17:13:07 |
| 24 | BY MR. RICHLIN: | 17:13:08 |
| 25 |     Q    You have no evidence that plaintiffs | 17:13:09 |

Page  235

1    have ever used CLFN for digital rights                     17:13:12

2    management; correct?                                       17:13:15

3        A    With the understanding that it's not a           17:13:20

4    field that you would expect to be used that way            17:13:25

5    by the creator of audio recordings, that is                17:13:27

6    correct.                                                   17:13:30

7        Q    Are you aware of what video software              17:13:33

8    editors create the CLFN tag?                               17:13:37

9        A    I am not aware of that.                           17:13:41

10       Q    Are you aware of whether Apple                    17:13:46

11   software uses a CLFN tag?                                  17:13:50

12       A    I have a strong suspicion that it is,            17:13:54

13   indeed, Apple software, because Apple was the              17:14:02

14   entity that registered the tag name with the               17:14:07

15   International Organization for Standards, an               17:14:12

16   appointed registration agency, so it would appear         17:14:13

17   that they had an interest in making an open                17:14:18

18   standards definition available to the world.               17:14:22

19   Whether that means they used it, I can't be sure,         17:14:25

20   but it looks that way.                                     17:14:28

21       Q    And putting Apple to the side, are you           17:14:29

22   aware of any other video editing software                  17:14:31

23   platform that makes use of the CLFN field?                 17:14:35

24       A    The CLFN field is a QuickTime tag, and           17:14:38

25   Apple are not the only people to produce software          17:14:41

Page 236

| | | |
|---|---|---|
| 1 | that generates QuickTime compliant video and, | 17:14:45 |
| 2 | indeed, the QuickTime compliant video is | 17:14:48 |
| 3 | standardized and essentially became the MP4 | 17:14:54 |
| 4 | standard. | 17:14:58 |
| 5 | MR. DWYER:  I think George is | 17:15:00 |
| 6 | waiting to call in.  I got a thing that he's | 17:15:01 |
| 7 | placed in the waiting room. | 17:15:06 |
| 8 | MR. RICHLIN:  Off the record. | 17:15:07 |
| 9 | MR. VIDEOGRAPHER:  The time on the | 17:15:09 |
| 10 | video monitor is 5:15 p.m.  We're off the | 17:15:09 |
| 11 | record. | 17:15:15 |
| 12 | (Whereupon there was a brief | 17:15:18 |
| 13 | pause.) | 17:15:20 |
| 14 | MR. VIDEOGRAPHER:  We are back on | 17:21:51 |
| 15 | the record.  The time on the video monitor | 17:21:52 |
| 16 | is 5:22 p.m. | 17:21:54 |
| 17 | BY MR. RICHLIN: | 17:21:56 |
| 18 | Q    Back to CLFN. | 17:22:00 |
| 19 | A    Sure. | 17:22:01 |
| 20 | Q    So, sir, you were testifying about the | 17:22:08 |
| 21 | QuickTime compliant video being the standard. | 17:22:11 |
| 22 | Is it your testimony that in all | 17:22:13 |
| 23 | cases, QuickTime videos use the CLFN field? | 17:22:15 |
| 24 | A    It is not. | 17:22:19 |
| 25 | Q    Are you aware of the percentage of | 17:22:21 |

Page  237

```
 1   video files that use the CLFN field?              17:22:22

 2      A    I'm not.                                   17:22:25

 3      Q    Have you conducted that study?            17:22:25

 4      A    I've conducted the study on the          17:22:27

 5   limited range of information that was provided to 17:22:29

 6   me.  I've asked for more, and was told no more    17:22:31

 7   was available.                                    17:22:36

 8      Q    Apart of what's been made available to   17:22:36

 9   you, are you aware of any other study as to the   17:22:38

10   percentage in which CLFN is found within video    17:22:40

11   files?                                            17:22:44

12      A    I have not.                               17:22:45

13      Q    Part of your opinion -- well, let's go   17:22:52

14   back to that, actually.  I want to talk about the 17:22:58

15   way in which you identified CLFN.  I'm marking a  17:23:00

16   document as Jessop ten.  It's a string of field   17:23:17

17   names and frequencies.                            17:23:24

18             (Jessop Exhibit 10 was marked.)         17:23:35

19             I'll represent to you that what's been  17:23:38

20   marked as Jessop Exhibit 10 was provided to us by 17:23:40

21   your counsel.                                      17:23:42

22             Do you recognize --                     17:23:44

23      A    I do.  I produced this at their          17:23:46

24   request.                                           17:23:48

25      Q    What is Jessop 10?                         17:23:48
```

Page 238

| | | |
|---|---|---|
| 1 | A    So to explain the meaning and the | 17:23:52 |
| 2 | context of this document, I need to explain the | 17:23:57 |
| 3 | process which generated the dataset that I was | 17:24:01 |
| 4 | using. | 17:24:06 |
| 5 | Q    Go ahead, sir. | 17:24:07 |
| 6 | A    And I don't think we've covered that | 17:24:10 |
| 7 | in detail to date.  If we have, I'll refer back | 17:24:11 |
| 8 | to that.  But the 700 and I think 27 or whatever | 17:24:14 |
| 9 | the number was, 727 pdf files I was given, I was | 17:24:21 |
| 10 | informed that they were the data which had been | 17:24:29 |
| 11 | disclosed that related to a series of videos that | 17:24:35 |
| 12 | had been taken down following a DMCA takedown | 17:24:43 |
| 13 | request.  And I was asked to analyze them and | 17:24:58 |
| 14 | extract any interesting or useful information.  I | 17:25:02 |
| 15 | looked at the possibility of analyzing the pdf | 17:25:08 |
| 16 | files, and that turns out to be very difficult, | 17:25:11 |
| 17 | because pdf is a format intended for printing; | 17:25:13 |
| 18 | not for analysis. | 17:25:18 |
| 19 | So I asked if there was a more | 17:25:22 |
| 20 | amenable format available, and I was told there | 17:25:24 |
| 21 | was, and these were 727 equivalent text files. | 17:25:28 |
| 22 | And I did a spot-check that they were, in fact, | 17:25:36 |
| 23 | text files containing the same information.  And | 17:25:37 |
| 24 | then I started to look at what they actually | 17:25:42 |
| 25 | contained, and it wasn't a structured data | 17:25:46 |

Page  239

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | language that I was familiar with. | 17:25:53 |
| 2 | On consideration, I suspect that it's | 17:25:59 |
| 3 | Google's protocol buffer's system which has been | 17:26:02 |
| 4 | used to express this data, and my understanding | 17:26:05 |
| 5 | from public sources is that is a system used | 17:26:08 |
| 6 | extensively within the Google family for | 17:26:12 |
| 7 | communicating structured data between | 17:26:15 |
| 8 | applications.  And to interpret it using the | 17:26:18 |
| 9 | available libraries requires access to what's | 17:26:22 |
| 10 | call the schema, which is, if you like, the | 17:26:24 |
| 11 | specification for how it's put together, and that | 17:26:28 |
| 12 | had not been given to me. | 17:26:30 |
| 13 | Consequently, I took a more brute | 17:26:34 |
| 14 | force approach and wrote some code that just | 17:26:37 |
| 15 | crawled over each file in turn and pulled out | 17:26:41 |
| 16 | each field name and the associated value, because | 17:26:45 |
| 17 | those were clear from the structure of the date | 17:26:48 |
| 18 | in the text files.  And I then -- it then output | 17:26:51 |
| 19 | a single file which contained the file name from | 17:26:58 |
| 20 | which the field came.  The line number in which | 17:27:03 |
| 21 | it had been found, the field name and the value | 17:27:06 |
| 22 | that it had been given.  So I now had a dataset | 17:27:09 |
| 23 | which had essentially flattened all of the | 17:27:12 |
| 24 | metadata that was in 727 files. | 17:27:15 |
| 25 | Q    Can we stop there for a moment?  Was | 17:27:19 |

Page 240

```
 1    there more you wanted to say?              17:27:22

 2         A    I want to say lots more.         17:27:23

 3         Q    Okay.                            17:27:25

 4         A    But I'm happy to stop as long as I can  17:27:25

 5    remember where I got to.                   17:27:27

 6         Q    Yeah, I want to allow you to fully  17:27:29

 7    answer the question.  I just want to make sure  17:27:30

 8    I'm focusing you on the question itself.   17:27:32

 9         A    Okay.  I think I'm not wasting your  17:27:35

10    time on this.                              17:27:37

11         Q    Continue on.  I don't want to cut you  17:27:37

12    off.                                       17:27:39

13         A    So this was a flattened dataset, and I  17:27:44

14    loaded it into Microsoft Excel and created what  17:27:46

15    Microsoft calls a pivot table, which allows the  17:27:54

16    summarization of large datasets.  And this  17:27:57

17    document that you gave me, Jessop 10, is an  17:28:02

18    extract from that pivot table which shows from  17:28:06

19    the 727 files, how often each field name occurs.  17:28:11

20    And I went through this and looked not only at  17:28:18

21    the name, but also at the content of those fields  17:28:24

22    and flagged the ones that I thought were  17:28:28

23    apparently containing what I would regard as  17:28:32

24    rights management metadata.  And I was inclusive  17:28:36

25    in that rather than conservative, and I sent  17:28:39
```

Page  241

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | those out to another process for separate | 17:28:44 |
| 2 | analysis. | 17:28:46 |
| 3 | But this file is the list of the | 17:28:47 |
| 4 | fields and the frequency with which they occur. | 17:28:50 |
| 5 | And on the middle of the fourth page about | 17:28:54 |
| 6 | 40 percent of the way down, 35 maybe, we find | 17:29:02 |
| 7 | CLFN, ten occurrences, and this gives some | 17:29:06 |
| 8 | context to those ten occurrences which I report | 17:29:10 |
| 9 | in the report proper, because these were all of | 17:29:14 |
| 10 | the other fields that I found.  And you will note | 17:29:18 |
| 11 | that until you get down to the top of the third | 17:29:20 |
| 12 | page, they are all intensely technical and the | 17:29:24 |
| 13 | sort of metadata you would expect to find about | 17:29:28 |
| 14 | display heightened number of video streams and | 17:29:32 |
| 15 | video coded ID.  And it's not until you get to | 17:29:37 |
| 16 | 212 accounts at the term "title," so I hope that | 17:29:39 |
| 17 | gives you some context for this document. | 17:29:51 |
| 18 | Q    It does.  Thank you, sir.  And so just | 17:29:53 |
| 19 | to restate part of your testimony, let me know if | 17:29:56 |
| 20 | this is accurate, the CLFN field that you discuss | 17:30:00 |
| 21 | at length in your report is found on Page 3 of | 17:30:04 |
| 22 | what's been marked as Jessop 10; correct? | 17:30:08 |
| 23 | A    Page 4. | 17:30:10 |
| 24 | Q    Page 4, excuse me.  Page 4? | 17:30:11 |
| 25 | A    Yes. | 17:30:13 |

Page 242

```
 1        Q      And you found that there were ten       17:30:13
 2   occurrences of the CLFN field within the metadata   17:30:16
 3   that you analyzed; correct?                          17:30:18
 4        A      Correct.                                 17:30:21
 5        Q      And that compares with the other         17:30:22
 6   metadata fields which you found had dozens, if       17:30:25
 7   not, hundreds more instances within the metadata;    17:30:30
 8   correct?                                             17:30:33
 9        A      Indeed, as you would expect, because     17:30:34
10   all the -- all files need metadata that is           17:30:36
11   technical.  Only these ones contain the CLFN         17:30:39
12   field, which was particular.                         17:30:43
13        Q      How many metadata fields, separate       17:30:46
14   fields, did you identify?  If you know without       17:30:48
15   counting.                                            17:30:53
16        A      I don't know.  But you can -- you can    17:30:54
17   work it out from the numbers on the page.            17:30:55
18        Q      This lists all the metadata fields you   17:30:59
19   identified?                                          17:31:00
20        A      This lists all of them.  I think         17:31:01
21   you'll find that the very tail end are fields        17:31:02
22   that appeared exactly once.  So they're all here.    17:31:07
23   And 75,000 appears at the very top of the last       17:31:11
24   page, which is the total amount of metadata          17:31:16
25   fields across all of the field names.                17:31:17
```

Page  243

```
 1         Q       Amidst this entire 75,000 fields, the     17:31:22
 2   ones that you focused on in your report as            17:31:26
 3   containing what appears to you, descriptive           17:31:29
 4   rights management information, is the CLFN            17:31:33
 5   fields; correct?                                      17:31:35
 6         A       That was the exemplar that I found as    17:31:36
 7   giving the best example of rights management          17:31:39
 8   information, probably copyright management            17:31:41
 9   information that was in these metadata fields,        17:31:44
10   yes.                                                  17:31:46
11         Q       And your report does not identify any    17:31:46
12   other field that is an exemplar of containing         17:31:48
13   digital rights management information; correct?       17:31:53
14         A       I'd have to check the report.  It was    17:31:57
15   the only example I could find of a field which        17:32:00
16   referenced the components which were the pieces       17:32:05
17   that were owned by the complaining rights owners,     17:32:08
18   as opposed to identifying the thing created by        17:32:10
19   the uploader, who may or may not be a bad actor.      17:32:15
20         Q       So to say it another way, some of        17:32:22
21   these other fields included descriptive metadata,     17:32:25
22   but they did not refer to the components of the       17:32:28
23   video files that you were looking for; is that        17:32:32
24   fair?                                                 17:32:34
25               MR. DWYER:   Objection to form.           17:32:35
```

Page  244

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | THE WITNESS:   They appeared | 17:32:38 |
| 2 | because I have no insights into the | 17:32:40 |
| 3 | activities of the uploader, if that's who | 17:32:44 |
| 4 | created the files, but they appeared to be | 17:32:47 |
| 5 | associated with the project which they had | 17:32:48 |
| 6 | established to generate the video file and | 17:32:51 |
| 7 | not with the components that went into it | 17:32:55 |
| 8 | which are complained about. | 17:32:57 |
| 9 | BY MR. RICHLIN: | 17:32:59 |
| 10 | Q    Let me rephrase just to be accurate, | 17:33:00 |
| 11 | because I take your point that the uploader may | 17:33:01 |
| 12 | not be the creator of the video. | 17:33:05 |
| 13 | It appeared to you that other metadata | 17:33:07 |
| 14 | fields referred to the entire video file or the | 17:33:11 |
| 15 | creator of the video file, but not to components | 17:33:15 |
| 16 | that went into the video file; correct? | 17:33:21 |
| 17 | MR. DWYER:   Objection to form. | 17:33:24 |
| 18 | THE WITNESS:   That's a very fair | 17:33:25 |
| 19 | summary of what I found. | 17:33:26 |
| 20 | MR. RICHLIN:   Okay.  And I'll just | 17:33:27 |
| 21 | state for the record that we're designating | 17:33:32 |
| 22 | Jessop 10 as confidential, because it | 17:33:36 |
| 23 | relates to confidential information produced | 17:33:37 |
| 24 | by YouTube.  The same will be true of the | 17:33:40 |
| 25 | next couple exhibits.  Let's mark Jessop 11. | 17:33:43 |

Page  245

| | | |
|---|---|---|
| 1 | We're also marking Jessop 11 confidential. | 17:34:00 |
| 2 | (Jessop Exhibit 11 was marked.) | 17:34:02 |
| 3 | BY MR. RICHLIN: | 17:34:02 |
| 4 | Q    Mr. Jessop, I'll represent to you this | 17:34:02 |
| 5 | falls in the same category of a file we received | 17:34:04 |
| 6 | from your counsel. | 17:34:06 |
| 7 | A    Yes. | 17:34:08 |
| 8 | Q    Do you recognize this document? | 17:34:08 |
| 9 | A    Yes. | 17:34:11 |
| 10 | Q    This is your list of the field values | 17:34:11 |
| 11 | for certain metadata fields that you were | 17:34:13 |
| 12 | investigating; correct? | 17:34:16 |
| 13 | A    As I said, I went through this | 17:34:17 |
| 14 | information in the context of the full list and | 17:34:20 |
| 15 | marked some fields as apparently containing | 17:34:24 |
| 16 | information which I'll call interesting, 'cause | 17:34:27 |
| 17 | that was the phrase I used in the model.  And I | 17:34:30 |
| 18 | then filtered the full list to give this list, so | 17:34:34 |
| 19 | this contains only the field names that I | 17:34:38 |
| 20 | designated that way. | 17:34:42 |
| 21 | MR. DWYER:  I know on the | 17:34:44 |
| 22 | right-hand side of the page, some of them | 17:34:44 |
| 23 | are -- looks like they're cut off at least | 17:34:46 |
| 24 | maybe a letter or two.  I'm not objecting to | 17:34:48 |
| 25 | your use of this, but I think you might want | 17:34:52 |

Page  246

| | | |
|---|---|---|
| 1 | to substitute a full copy if I turn out to | 17:34:58 |
| 2 | be right. | 17:35:00 |
| 3 | MR. RICHLIN:  I agree with your | 17:35:01 |
| 4 | noticing and I would appreciate the | 17:35:02 |
| 5 | opportunity to do so.  I don't know that any | 17:35:04 |
| 6 | substantive content, much is gone, but I do | 17:35:06 |
| 7 | appreciate that, Bob.  Maybe we'll be able | 17:35:10 |
| 8 | to do that on a break before we formally | 17:35:10 |
| 9 | conclude today. | 17:35:17 |
| 10 | BY MR. RICHLIN: | 17:35:17 |
| 11 | Q    Mr. Jessop, if you flip a few pages | 17:35:18 |
| 12 | down, the pages aren't numbered, but it looks | 17:35:20 |
| 13 | like eventually you get to the CLFN field; | 17:35:23 |
| 14 | correct? | 17:35:25 |
| 15 | A    Yes, on page, I think, 5.  The bottom | 17:35:26 |
| 16 | of Page 4. | 17:35:30 |
| 17 | Q    Yeah.  And this reflects what you | 17:35:31 |
| 18 | wrote in your report about the values you were | 17:35:35 |
| 19 | able to identify in the CLFN fields within that | 17:35:38 |
| 20 | corpus of metadata; correct? | 17:35:40 |
| 21 | A    Correct.  These field values appear in | 17:35:46 |
| 22 | the report in the table. | 17:35:49 |
| 23 | Q    I just want to ask you briefly about | 17:35:50 |
| 24 | some of these other fields.  So immediately above | 17:35:53 |
| 25 | CLFN, you have a field for Album Artist. | 17:35:55 |

Page 247

```
 1    document that's been marked as Jessop 14?        17:58:31

 2        A     No.                                     17:58:33

 3        Q     It's not a document that you recall     17:58:35

 4    reviewing in connection with preparing your      17:58:36

 5    report?                                          17:58:39

 6        A     I think not.                            17:58:39

 7        Q     Okay.  Do you agree with me, sir, that 17:58:40

 8    within the Field title, Jessop 14, is the word   17:58:50

 9    "Allegresse"?                                     17:58:56

10              MR. DWYER:  Objection to form.          17:58:57

11        Are you asking him to read what's on there?   17:58:59

12              MR. RICHLIN:  Yeah.                      17:59:01

13              THE WITNESS:  I'm just checking my       17:59:02

14        records.                                       17:59:04

15    BY MR. RICHLIN:                                    17:59:04

16        Q     Okay.  Take a minute, sir.              17:59:04

17        A     Yeah, I can confirm this is a document  17:59:29

18    I haven't seen before.                           17:59:34

19        Q     Would you agree with me Allegresse is   17:59:35

20    within the column -- title; correct?             17:59:37

21              MR. DWYER:  Objection.                  17:59:38

22              THE WITNESS:  Yes.                      17:59:39

23    BY MR. RICHLIN:                                   17:59:40

24        Q     And it's similarly within the column   17:59:40

25    heading of Description?                          17:59:43
```

Page  264

| | | |
|---|---|---|
| 1 | A     Yes. | 17:59:44 |
| 2 | Q     Did you review the file names for the | 17:59:46 |
| 3 | specific metadata files of the video files that | 17:59:52 |
| 4 | had been taken down? | 17:59:56 |
| 5 | MR. DWYER:  Objection to form. | 17:59:57 |
| 6 | Vague. | 17:59:58 |
| 7 | THE WITNESS:  You'll have to | 18:00:02 |
| 8 | explain that.  I didn't follow what you were | 18:00:03 |
| 9 | asking. | 18:00:06 |
| 10 | BY MR. RICHLIN: | 18:00:06 |
| 11 | Q     Okay.  Let me ask it a different way. | 18:00:07 |
| 12 | Did you seek in any way to associate | 18:00:16 |
| 13 | the metadata files you reviewed, of which Jessop | 18:00:21 |
| 14 | 13 is one example, with the URL addresses or | 18:00:24 |
| 15 | video IDs of the videos as they had existed on | 18:00:30 |
| 16 | YouTube prior to being taken down? | 18:00:34 |
| 17 | MR. DWYER:  Objection to form. | 18:00:36 |
| 18 | THE WITNESS:  I have formed a | 18:00:40 |
| 19 | limited analysis of that sort, in that I was | 18:00:41 |
| 20 | given copies of -- copies of audiovisual | 18:00:44 |
| 21 | works which appeared to contain the same | 18:00:49 |
| 22 | content as the ten files with CLFN in them. | 18:00:52 |
| 23 | I reviewed those and verified that they were | 18:01:04 |
| 24 | videos that were -- that implicated the | 18:01:08 |
| 25 | Schneider works that were contained in the | 18:01:14 |

Page  265

```
 1        CLFN data.                              18:01:16
 2   BY MR. RICHLIN:                              18:01:17
 3        Q      Sp you watched those videos?     18:01:18
 4        A      I skipped through those videos to see   18:01:21
 5   what was in them.                            18:01:23
 6        Q      Okay.  And you found that they   18:01:23
 7   appeared to contain to you what appeared to look   18:01:25
 8   like Maria Schneider's works?                18:01:30
 9        A      Oh, I verified -- I'm no musicologist;   18:01:31
10   I've never implied I was a musicologist, but I'm   18:01:34
11   a jazz fan and I listened to them, and they were   18:01:36
12   the same works as appear on Maria Schneider's own   18:01:40
13   recordings.                                  18:01:45
14        Q      Okay.  And how did you associate the   18:01:46
15   metadata files with those video files?       18:01:49
16        A      I think I took it on trust that these   18:02:13
17   ten were the same as the ten, and that the ten   18:02:16
18   works in them were the same ten works that I had   18:02:19
19   uncovered as having CLFN data.  And that the   18:02:24
20   mapping between those was the apparent mapping of   18:02:28
21   things with the same work title.  I don't think I   18:02:32
22   was given any data that allowed me to do that on   18:02:36
23   a data basis.  I had to do it on an oral basis.   18:02:39
24        Q      And when you say that was given to   18:02:50
25   you, was that given to you by counsel?        18:02:53
```

| | | |
|---|---|---|
| 1 | A     Yes. | 18:02:55 |
| 2 | Q     Did you review the video files for any | 18:02:57 |
| 3 | of the other -- associated with any of the other | 18:02:59 |
| 4 | 750 plus files besides those ten? | 18:03:02 |
| 5 | A     On the understanding that Google | 18:03:13 |
| 6 | doesn't retain the original submission, I checked | 18:03:15 |
| 7 | one of the files in case it did, and found that | 18:03:19 |
| 8 | it was clearly the product of some processing or | 18:03:22 |
| 9 | transcoding and it contained Google within one of | 18:03:28 |
| 10 | the fields.  I didn't keep a note of that.  Maybe | 18:03:30 |
| 11 | I should have done, but I think Google appeared | 18:03:34 |
| 12 | as one of the creator fields. | 18:03:36 |
| 13 | Q     All right.  I'm marking a document | 18:03:39 |
| 14 | that is Bates stamped GOOG-SCHNDR 50466 as Jessop | 18:03:43 |
| 15 | 15. | 18:03:56 |
| 16 | (Jessop Exhibit 15 was marked.) | 18:04:07 |
| 17 | A     Okay. | 18:04:18 |
| 18 | Q     Is this a document that you reviewed | 18:04:18 |
| 19 | in connection with preparing your report? | 18:04:20 |
| 20 | A     I think not. | 18:04:24 |
| 21 | Q     Okay.  If it was, it would be | 18:04:25 |
| 22 | reflected in the documents reviewed; correct? | 18:04:27 |
| 23 | And you don't recall seeing it before? | 18:04:34 |
| 24 | A     I'm almost certain that I have not | 18:04:35 |
| 25 | seen this before. | 18:04:37 |

Page  267

| 1 | search had already uncovered an infringing | 18:07:20 |
| 2 | work. | 18:07:24 |
| 3 | BY MR. RICHLIN: | 18:07:24 |
| 4 | Q     Have you done any investigation as to | 18:07:24 |
| 5 | the percentage of occasions in which CLFN data -- | 18:07:26 |
| 6 | CLFN fields reflect values that are not otherwise | 18:07:31 |
| 7 | present in user uploaded metadata? | 18:07:36 |
| 8 | A     I repeatedly asked for the data to be | 18:07:38 |
| 9 | able to do that and I had been told it's not | 18:07:40 |
| 10 | available. | 18:07:42 |
| 11 | Q     So it's not an analysis you have been | 18:07:42 |
| 12 | able to do; correct? | 18:07:46 |
| 13 | A     It's an analysis that I've been | 18:07:47 |
| 14 | prevented from doing. | 18:07:48 |
| 15 | MR. DWYER:  But if you would like | 18:07:50 |
| 16 | to make the data available -- | 18:07:52 |
| 17 | THE WITNESS:  Bob, my show. | 18:07:55 |
| 18 | BY MR. RICHLIN: | 18:07:56 |
| 19 | Q     Whether or not you've asked and were | 18:07:57 |
| 20 | prevented, it's not something that you were able | 18:07:58 |
| 21 | to do for purposes of your report; correct? | 18:08:02 |
| 22 | A     For those reasons, correct. | 18:08:04 |
| 23 | Q     Okay.  I want to talk about a simple | 18:08:05 |
| 24 | test that you ran.  It's described in Paragraph | 18:08:18 |
| 25 | 158 of your report. | 18:08:22 |

Page 270

```
 1      A       Yeah.                                    18:08:24

 2      Q       Paragraph 158 and 159.                   18:08:29

 3              MR. DWYER:  Can you repeat the           18:08:35

 4      paragraphs again?                                18:08:37

 5              MR. RICHLIN:  Paragraph 158 and          18:08:37

 6      159.                                             18:08:39

 7              MR. DWYER:  Thanks.                       18:08:40

 8              MR. RICHLIN:  Sure.                      18:08:41

 9      BY MR. RICHLIN:                                  18:08:42

10      Q       You ran Google searches for the         18:08:42

11      contents of the ten populated CLFN fields;      18:08:44

12      correct?                                         18:08:50

13      A       I did.                                    18:08:50

14      Q       Did you record what those Google        18:08:52

15      searches produced?                               18:08:57

16      A       I did not record verbatim what I did.   18:08:59

17      What I recorded was the total number of such    18:09:02

18      searches where a clear reference to the Maria   18:09:05

19      Schneider work or recording appeared on the first  18:09:08

20      page of the Google search results.              18:09:12

21      Q       Did you take screen captures of Google  18:09:14

22      search results from any of the searches you     18:09:18

23      conducted?                                       18:09:19

24      A       I did not.                                18:09:20

25      Q       Just make sure I finish the question    18:09:21
```

Page 271

```
 1    before you respond.  It's okay.  I know it's been    18:09:23

 2    a long day.  We're almost done.                      18:09:24

 3              What was the date on which you             18:09:27

 4    conducted this test?                                 18:09:28

 5        A    I would have to look in my notebook to      18:09:33

 6    find that out.  It's not recorded in the report.     18:09:36

 7        Q    Who was with you when you conducted         18:09:41

 8    this test?                                           18:09:43

 9        A    I work alone at home.                       18:09:45

10        Q    Did you record exactly where hits, to      18:09:49

11    your term, fell on results pages?                    18:09:55

12        A    I merely recorded they appeared on the     18:10:00

13    first page of results.  That was the criterion I    18:10:02

14    chose to -- for the search to be judged             18:10:05

15    successful.                                          18:10:10

16        Q    But you did not determine where within     18:10:16

17    that page of results those seven fell; correct?     18:10:17

18        A    I did not record that information.         18:10:24

19        Q    What were the hits on the first page       18:10:27

20    for those seven?                                     18:10:30

21        A    I don't recall.                            18:10:31

22        Q    What were the hits on the first page       18:10:33

23    for the three out of the seven -- three out of      18:10:34

24    the ten where hits were not on the first page?      18:10:37

25        A    I don't recall.                            18:10:40
```

Page  272

CONFIDENTIAL

| | | | |
|---|---|---|---|
| 1 | Q | Did you record that anywhere? | 18:10:42 |
| 2 | A | No, because it failed the test. | 18:10:45 |
| 3 | Q | Did you run your test on any other | 18:10:47 |
| 4 | | search engine besides Google? | 18:10:50 |
| 5 | A | I did not. | 18:10:52 |
| 6 | Q | All right.  On Paragraph 160 -- | 18:10:58 |
| 7 | A | Yes. | 18:11:11 |
| 8 | Q | -- the third sentence you're | 18:11:11 |
| 9 | | describing certain data.  You write, "It's | 18:11:14 |
| 10 | | available to Google and has presumably already | 18:11:16 |
| 11 | | been indexed by them." | 18:11:19 |
| 12 | A | Yes. | 18:11:20 |
| 13 | Q | Is that based upon evidence, inference | 18:11:20 |
| 14 | | or speculation? | 18:11:24 |
| 15 | | MR. DWYER:  Objection to form. | 18:11:33 |
| 16 | | THE WITNESS:  I think that's based | 18:11:44 |
| 17 | | on speculation. | 18:11:45 |
| 18 | BY MR. RICHLIN: | | 18:11:46 |
| 19 | Q | Okay.  Similar for the next sentence, | 18:11:47 |
| 20 | | "May, indeed, already be stored in their system." | 18:11:49 |
| 21 | | That's speculation too; correct, sir? | 18:11:53 |
| 22 | A | It says so. | 18:11:54 |
| 23 | Q | In Paragraph 165, on the second page, | 18:12:16 |
| 24 | | Page 55, where you write that "YouTube cannot | 18:12:24 |
| 25 | | reasonably be in doubt with some of the metadata | 18:12:27 |

Page  273

```
 1   that's described as CMI," is that inference, sir?   18:12:30

 2        A    Yes.                                       18:12:32

 3        Q    And the statement that YouTube "places    18:12:33

 4   itself on the wrong side of Section 1202," is        18:12:38

 5   that opinion, conclusion?  How would you             18:12:41

 6   characterize that statement, sir?                    18:12:46

 7        A    That is an opinion that is as close as     18:12:54

 8   I can come as not being a lawyer, but being an       18:12:56

 9   engineer with an ability to read the natural         18:13:01

10   language that defines these things.                  18:13:05

11        Q    You're expressing the belief that          18:13:08

12   YouTube is in violation of Section 1202 not being    18:13:09

13   a judge or jury, but that's your opinion?            18:13:12

14               MR. DWYER:  Objection to form.           18:13:15

15               THE WITNESS:  This is an issue           18:13:18

16        that has already been alleged in the            18:13:19

17        complaint, and I'm suggesting that my           18:13:20

18        analysis backs that up.                         18:13:23

19   BY MR. RICHLIN:                                       18:13:25

20        Q    Okay.  And, similarly, that the last       18:13:26

21   clause in that paragraph, "that must surely be       18:13:30

22   concealment," is that your judgment as well?         18:13:34

23        A    Yes.                                       18:13:37

24        Q    Mr. Jessop, have you had an                18:13:39

25   opportunity to review the expert report authored    18:13:40
```

Page  274

```
 1    by FX Nuttall?                              18:13:44

 2         A     I have.                          18:13:46

 3         Q     Is there any opinion expressed in the    18:13:48

 4    report that you disagree with?             18:13:49

 5         A     I was only given his report very    18:13:54

 6    recently, and I would be happy to go through    18:13:57

 7    those disagreements with a copy of it in front of    18:13:59

 8    me.                                         18:14:03

 9         Q     Without a copy of it in front of you,    18:14:03

10    is there anything sitting here today at this    18:14:06

11    moment that you can state and testify that you    18:14:08

12    disagree with?                             18:14:10

13              MR. DWYER:  Objection to form.    18:14:11

14              THE WITNESS:  I would not want to    18:14:29

15         make that statement here without a copy of    18:14:30

16         the document to refer to so that I could be    18:14:32

17         sure that I was highlighting issues that    18:14:32

18         were truly of importance and not others.    18:14:34

19              MR. RICHLIN:  Okay.  Let's go off    18:14:37

20         the record.                            18:14:39

21              MR. VIDEOGRAPHER:  The time on the    18:14:44

22         video monitor is 6:15 p.m.  We're off the    18:14:45

23         record.                                18:14:48

24              (Whereupon there was a brief    18:14:49

25         recess.)                               18:14:55
```

Page 275

Witness: Paul Jessop— September 28, 2022 Deposition
*Schneider v. YouTube, LLC*, No. 3:20-cv-04423-JD (N.D. Cal.)

**Errata Sheet**

| Page: Line | Change | Reason |
|---|---|---|
| 4:4 | Remove <Excerpt of> | To clarify the record |
| 6:25 | Replace <in> with <and> | To correct transcription errors |
| 12:13 | Replace <outlying> with <outline> | To clarify the record |
| 17:23 | Insert <,> between <County Analytics> and <I> | To correct transcript error |
| 24:20 | Replace <for> with <from> | To clarify the record |
| 29:16 | Replace <DMX> with <DMS> | To clarify the record |
| 30:19 | Insert <of> between <master > and <philosophy> | To correct transcription errors |
| 35:9 | Replace <into, unlike commerce, a smooth one> with <into electronic commerce, a smooth one> | To clarify the record |
| 36:2 | Replace <former> with <formal> | To clarify the record |
| 40:23 | Replace <Rockster> with <Grokster> | To correct transcription errors |
| 44:8 | Insert <a> between <did> and <little> | To correct transcription errors |
| 46:1 | Insert <meaning> between <,> and <without> | To clarify the record |
| 46:10 | Remove <I hate it when that happens> | To correct transcription errors |
| 46:20 | Replace <recording> with <recorded> | To correct transcription errors |
| 51:5 | Replace <omissions> with <permissions> | To clarify the record |
| 52:3 | Replace <Nick> with <Nic> | To correct transcription errors |
| 53:4 | Replace <ISNI, ISNI> with <ISNI, ISNI-IA> | To clarify the record |
| 53:8 | Replace <Allison Randall> with <Alison Randle> | To correct transcription errors |
| 53:11 | Replace <Randall> with <Randle> | To correct transcription errors |
| 53:17 | Replace <Randall> with <Randle> | To correct transcription errors |
| 54:9 | Replace <Randall> with <Randle> | To correct transcription errors |
| 57:13 | Replace <IRC> with <ISRC> | To clarify the record |

Witness: Paul Jessop— September 28, 2022 Deposition
*Schneider v. YouTube, LLC*, No. 3:20-cv-04423-JD (N.D. Cal.)

| 62:17 | Replace <In practice, both the lecture series> with <In  practice: both. The lecture series> | To clarify the record |
|---|---|---|
| 65:20 | Replace <of Berkeley in California> with <of California at Berkeley> | To clarify the record |
| 68:2 | Replace <my> with <any> | To clarify the record |
| 69:7 | Replace <Rockster> with <Grokster> | To correct transcription errors |
| 72:10 | Replace <U.S.> with <U.K.> | To clarify the record |
| 78:4 | Replace <Zetz-- Zeltz –> with <Zelcs> | To correct transcription errors |
| 90:14 | Replace <Wileska> with <Waleska> | To correct transcription errors |
| 93:7 | Replace <Foku> with <Foucu> | To correct transcription errors |
| 93:10 | Replace <Foku> with <Foucu> | To correct transcription errors |
| 94:23 | Replace <Union Globe> with <Uniglobe> | To correct transcription errors |
| 95:3 | Replace <have> with <had> | To correct transcription errors |
| 102:9 | Replace <team> with <teams> | To correct transcription errors |
| 110:13 | Replace <for> with <from> | To correct transcription errors |
| 112:14 | Replace <was> with <wasn't> | To clarify the record |
| 112:15 | Replace <substantiated> with <instantiated> | To clarify the record |
| 113:25 | Remove <.> | To correct transcription errors |
| 115:4 | Replace <NXK> with <Annex K> | To clarify the record |
| 116:11 | Replace <Artist Direct> with <ARTISTDirect> | To correct transcription errors |
| 116:13 | Replace < Artist Direct> with <ARTISTDirect> | To correct transcription errors |
| 118:1 | Replace <that> with <but> | To correct transcription errors |
| 119:10 | Replace <the> with <a> | To clarify the record |
| 129:10 | Replace <of> with <on> | To clarify the record |
| 131:2 | Replace <there is> with <varies> | To correct transcription errors |
| 133:19 | Insert <be> between <will> and <the> | To correct transcription errors |
| 141:20 | Replace <,> with <.> | To correct transcription errors |

Witness: Paul Jessop— September 28, 2022 Deposition
*Schneider v. YouTube, LLC*, No. 3:20-cv-04423-JD (N.D. Cal.)

| 146:11 | Replace <what other> with <whatever> | To correct transcription errors |
|---|---|---|
| 146:16 | Insert <,> between <field> and <or> | To correct transcription errors |
| 146:17 | Insert <,> between <field> and <that> | To correct transcription errors |
| 149:1 | Replace <100> with <700> | To clarify the record |
| 151:8 | Remove indent after <No.> | To correct transcription errors |
| 157:6 | Replace <that that's an assumption or that's true> with <that there's an assumption that that's true> | To correct transcription errors |
| 158: 17 | Replace <information> with <metadata> | To clarify the record |
| 160:6 | Replace <it's> with <it> | To correct transcription errors |
| 160:9 | Replace <needs> with <needed> | To correct transcription errors |
| 160:17 | Insert <,> between <align it> and <to> | To correct transcription errors |
| 160:18 | Insert <,> between <co-exist> and <with> | To correct transcription errors |
| 160:19 | Insert <that> between <process> and <does> | To correct transcription errors |
| 167:14 | Replace <expressively> with <expressly> | To correct transcription errors |
| 168:14 | Replace <using> with <actively inserting> | To clarify the record |
| 170:5 | Replace <bantered> with <bandied> | To correct transcription errors |
| 174:15 | Insert <of> between <status> and <that> | To correct transcription errors |
| 174:15 | Replace <is> with <as> | To correct transcription errors |
| 178:12 | Replace <Yes> with <I have not investigated all such programs> | To clarify the record |
| 179:21 | Replace <Correct> with <At this point in the report, yes, though I refer to YouTube removing CMI elsewhere> | To clarify the record |
| 180:7 | Replace <"compositing"> with <"composites"> | To correct transcription errors |
| 180:17 | Insert <and users> between <creators> and <.> | To clarify the record |
| 198:12 | Replace <detail> with <detailed> | To correct transcription errors |
| 198:20 | Replace <copyright law is what attests, those> with <copyright lawyers will attest, those> | To clarify the record |
| 203:14 | Replace <Dixa> with <Deezer> | To clarify the record |

3

Witness: Paul Jessop— September 28, 2022 Deposition
*Schneider v. YouTube, LLC*, No. 3:20-cv-04423-JD (N.D. Cal.)

| 204:17 | Insert <Some may of course be required for other reasons such as compliance with laws or inter-party agreements.> after <.> | To clarify the record |
|---|---|---|
| 207:11 | Replace <or> with <a> | To clarify the record |
| 213:8 | Replace <discussions> with <operations> | To clarify the record |
| 223:22 | Replace <sufficiently> with <efficiently> | To clarify the record |
| 227:8-9 | Insert <bad> between <gets> and <again> | To correct transcription errors |
| 236:4 | Replace <used that way> with <actively inserted> | To clarify the record |
| 236:5 | Insert <themselves> between <recordings> and <.> | To clarify the record |
| 236:15 | Replace <Standards> with <Standardization> | To clarify the record |
| 237:6 | Replace <I got a thing that> with <I've got to think that> | To correct transcription errors |
| 240:3 | Replace <protocol buffer's> with <Protocol Buffers> | To correct transcription errors |
| 240:10 | Replace <call> with <called> | To correct transcription errors |
| 240:17 | Replace <date> with data.> | To correct transcription errors |
| 240:20 | Replace <,> with <.> | To correct transcription errors |
| 242:14 | Replace <heightened number> with <height and number> | To correct transcription errors |
| 242:15 | Replace <coded> with <codec> | To correct transcription errors |
| 242:16 | Replace <accounts> with <counts> | To correct transcription errors |
| 242:16 | Insert < start finding fields that have rights management implications> between < 'title,'> and <so I hope> | To clarify the record |
| 256:14 | Replace <hourly> with <aurally> | To clarify the record |
| 260:22 | Replace <Allegresse> with <Allégreese> | To correct transcription errors |
| 266:23 | Replace <oral> with <aural> | To clarify the record |

Witness: Paul Jessop— September 28, 2022 Deposition
*Schneider v. YouTube, LLC*, No. 3:20-cv-04423-JD (N.D. Cal.)


_____x_____        Subject to the above changes, I certify that the transcript is true and correct.

_____        No changes have been made. I certify that the transcript is true and correct.


(Signature)                                                28 OCT 2022

                                                              (date)

5

Witness: Paul Jessop— September 28, 2022 Deposition
*Schneider v. YouTube, LLC*, No. 3:20-cv-04423-JD (N.D. Cal.)

<div align="center">ACKNOWLEDGMENT OF DEPONENT</div>

I, Paul Jessop, do hereby certify that I have read and examined the foregoing testimony, and that the same is a correct transcription of the answers given by me to the questions therein propounded, except for the corrections or changes in form or substance, if any, noted in the attached Errata Sheet.

_____                    28 OCT 2022
(Signature)                                                              _____
                                                                                          (date)

<div align="center">6</div>