UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING LTD., individually and on behalf of all others similarly situated,<br><br>         Plaintiffs,<br><br>    v.<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>         Defendants | CASE NO.: 3:20-cv-04423-JD<br><br>**[PROPOSED]**<br>**ORDER GRANTING DEFENDANTS AND COUNTERCLAIMANTS' MOTION TO EXCLUDE TESTIMONY FROM PLAINTIFFS' PROPOSED EXPERTS JOSEPH M. WINOGRAD AND PAUL JESSOP** |
| YOUTUBE, LLC and GOOGLE LLC,<br><br>         Counterclaimants,<br><br>    v.<br><br>PIRATE MONITOR LTD, PIRATE MONITOR LLC, and GÁBOR CSUPÓ,<br><br>         Counterclaim Defendants. | Date:   April 13, 2023<br>Time:   10:00 a.m.<br>Dept.:  11<br>Judge:  Hon. James Donato |

[PROPOSED] ORDER                                                                                          CASE NO. 3:20-cv-04423-JD

1  [PROPOSED] ORDER

2  The Court, having reviewed Defendants and Counterclaimants YouTube, LLC and
3  Google LLC's Motion to Exclude Testimony from Plaintiffs' Proposed Experts Joseph M.
4  Winograd and Paul Jessop. Pursuant to Rule 702 of the Federal Rules of Evidence and *Daubert*
5  *v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), and for good cause shown,
6  GRANTS the motion and precludes Joseph M. Winograd and Paul Jessop from offering expert
7  testimony, in full or in specified part, from all pending motions and at trial, including in
8  connection with Plaintiffs' motion for class certification.

10  **IT IS SO ORDERED.**

11  DATED: _____

12  HONORABLE JUDGE JAMES DONATO
    UNITED STATES DISTRICT JUDGE