UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING LTD., individually and on behalf of all others similarly situated;<br><br>Plaintiffs,<br><br>vs.<br><br>YOUTUBE, LLC; and GOOGLE LLC;<br><br>Defendants. | CASE NO. 3:20-cv-4423-JD<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date: April 13, 2023<br>Time: 10:00 a.m.<br>Courtroom: 11<br>Judge: Hon. James Donato |

The Court, having considered Plaintiffs' Motion for Partial Summary Judgment, and having considered all papers filed in connection with this motion, hereby **GRANTS** the motion and determines that Defendants are not entitled to the protections of the Digital Millennium Copyright Act ("DMCA") Safe Harbors set out in 17 U.S.C. § 512 et seq.

**IT IS SO ORDERED**.

Date: _____

_____
THE HONORABLE JAMES DONATO
United States District Judge