# Exhibit 1

# Change video privacy settings

Update the privacy settings of your video to control where your video can appear and who can watch it.

**Tip:** You can also change video privacy settings in the YouTube Studio app on your mobile device.

**Computer**   Android   iPhone & iPad



Subscribe to the YouTube Creators channel for the latest news, updates, and tips.

## Change video privacy settings

1. Sign in to YouTube Studio.
2. From the left menu, select **Content**.
3. Point to the video you'd like to update. To see your live uploads, select the **Live** tab.
4. Click the down arrow under "Visibility" and choose **Public**, **Private**, or **Unlisted**.
5. **Save**.

Note: The default video privacy setting for creators aged 13–17 is private. If you're 18 or older, your default video privacy setting is set to public. Everyone can change this setting to make their video public, private, or unlisted.

## About privacy settings

### Public videos

**Anyone at YouTube can see public videos**. **They can also be shared with anyone using YouTube**. They're posted on your channel when you upload them and show up in search results and related video lists.

### Private videos

Private videos and playlists can only be **seen by you and whomever you choose**. Your private videos won't appear in the **Videos** tab of your channel homepage. They also won't show up in YouTube's search results. YouTube systems and human reviewers may review private videos for ad suitability, copyright, and other abuse prevention mechanisms.

To share a private video:

1. Sign in to [YouTube Studio](#).
2. From the left menu, select **Content**.
3. Click the video you'd like to edit.
4. Click the **Visibility** box and select **Share privately.**
5. Enter the emails you'd like to share your video with, then select **SAVE.**

Comments are not available on private videos. If you want to allow comments on a video that's not publicly available, change the privacy setting to unlisted.

## Unlisted videos

Unlisted videos and playlists can be **seen and shared by anyone with the link**. Your unlisted videos won't appear in the **Videos** tab of your channel homepage. They won't show up in YouTube's search results unless someone adds your unlisted video to a public playlist.

You can share an unlisted video's URL. Those you share the video with don't need a Google Account to see the video. Anyone with the link can also reshare it.

| Feature | Private | Unlisted | Public |
| --- | --- | --- | --- |
| Can share URL | No | Yes | Yes |
| Can be added to a channel section | No | Yes | Yes |
| Shows up in search, related videos, and recommendations | No | No | Yes |
| Posted on your channel | No | No | Yes |
| Shows in Subscriber feed | No | No | Yes |
| Can be commented on | No | Yes | Yes |