DAVID H. KRAMER, SBN 168452
MAURA L. REES, SBN 191698
LAUREN GALLO WHITE, SBN 309075
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email:  dkramer@wsgr.com
        mrees@wsgr.com
        lwhite@wsgr.com

BRIAN M. WILLEN (admitted *Pro Hac Vice*)
CATHERINE R. HARTMAN (admitted *Pro Hac Vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, NY 10019-6022
Telephone: (212) 999-5800
Facsimile: (212) 999-5801
Email:  bwillen@wsgr.com
Email:  chartman@wsgr.com

Attorneys for Defendants and Counterclaimants
YOUTUBE, LLC and GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING LTD., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>Defendants<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>Counterclaimants,<br><br>v.<br><br>PIRATE MONITOR LTD, PIRATE MONITOR LLC, and GÁBOR CSUPÓ,<br><br>Counterclaim Defendants. | CASE NO.: 3:20-cv-04423-JD<br><br>**DEFENDANTS AND COUNTERCLAIMANTS' INTERIM ADMINISTRATIVE MOTION TO SEAL RE OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

1  Pursuant to Civil Local Rules 7-11 and 79-5, Defendants-Counterclaimants YouTube,
2  LLC and Google LLC ("Defendants") submit this interim administrative motion to file under
3  seal the unredacted version of the Declaration of Paul N. Harold in Support of Defendants'
4  Opposition to Plaintiffs' Motion for Class Certification as well as the unredacted version of
5  exhibits submitted in support of that declaration. The reasons for sealing will be discussed in a
6  forthcoming omnibus sealing motion filed jointly by the parties by April 7, 2023, by agreement
7  of the parties and pursuant to ¶ 31 of Your Honor's Standing Order for Civil Cases.

Respectfully submitted,

Dated:  March 6, 2023

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:  */s/ David H. Kramer*
David H. Kramer
dkramer@wsgr.com

Attorneys for Defendants