| | |
|---|---|
| DAVID H. KRAMER, SBN 168452<br>MAURA L. REES, SBN 191698<br>LAUREN GALLO WHITE, SBN 309075<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone: (650) 493-9300<br>Facsimile: (650) 565-5100<br>Email: dkramer@wsgr.com<br>       mrees@wsgr.com<br>       lwhite@wsgr.com | BRIAN M. WILLEN (admitted *Pro Hac Vice*)<br>CATHERINE R. HARTMAN (admitted *Pro Hac Vice*)<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>1301 Avenue of the Americas, 40th Floor<br>New York, NY 10019-6022<br>Telephone: (212) 999-5800<br>Facsimile: (212) 999-5801<br>Email: bwillen@wsgr.com<br>Email: chartman@wsgr.com |

Attorneys for Defendants and Counterclaimants
YOUTUBE, LLC and GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING LTD., individually and on behalf of all others similarly situated,<br><br>   Plaintiffs,<br><br>  v.<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>   Defendants<br><br>――――――――――――――――――<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>   Counterclaimants,<br><br>  v.<br><br>PIRATE MONITOR LTD, PIRATE MONITOR LLC, and GÁBOR CSUPÓ,<br><br>   Counterclaim Defendants. | CASE NO.: 3:20-cv-04423-JD<br><br>**DECLARATION OF THIERRY FOUCU IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Date: April 13, 2023<br>Time: 10:00 a.m.<br>Dept.: 11<br>Judge: Honorable Judge James Donato |

I, Thierry Foucu, declare as follows:

1. I am currently a Tech Lead Manager for Defendant Google LLC and its subsidiary YouTube, LLC (collectively "YouTube"). I am familiar with YouTube's practices regarding the processing of videos uploaded by users to the YouTube service. I make each of the following statements based on my personal knowledge, and I could, if necessary, testify to the truth of each of them.

2. As explained in my previous Declaration in Support of YouTube's Reply in Support of Motion for Summary Judgment as to Plaintiff Maria Schneider (*see* Dkt. No. 173-1), YouTube automatically transcodes the vast majority of videos uploaded to the service. This automated transcoding process does not examine the uploaded file for the existence of embedded file metadata and does not make any determination about whether the file contains embedded metadata or whether any such metadata might or might not constitute copyright management information ("CMI"). The transcoded version of uploaded videos does not include embedded metadata associated with the original uploaded file (whether or not any of that metadata may include CMI), because it is a known vector for potentially malicious material, may unwittingly include the user's private or personally identifying information, and may not be accurate or reliable. However, the transcoded version does include all of the original audio-visual material contained in the original video file. That includes any audio-visual material that might constitute CMI, such as visual watermarks or other identifying information. Such material remains audible or visible as part of the transcoded video that is accessible through the YouTube service.

3. Even without the transcoding process, any metadata that is not perceptible from the audio-visual material itself, would not, in any event, be accessible to YouTube users because users of the service "stream" files rather than downloading them, meaning the users do not obtain a copy of the file, and thus cannot search it for embedded metadata.

4. To the best of my knowledge, "CLFN" metadata is a type of optional, annotative embedded metadata that users may supply or have added to their files without their knowledge. It is not necessary to open or view such optional, annotative embedded metadata during transcoding, and it plays no role in the transcoding process and actually exists in a separate location within a given

1  file. The field is not defined in the international standard specifications, such as those of
2  International Telecommunication Union (ITU) or the International Organization for Standardization
3  (ISO), and is not regularly used to contain copyright related information. It is apparently unique to
4  videos created using Apple's Final Cut Pro video editing software. *See* Technical Note TN 2174:
5  Final Cut Pro X - Metadata in MP4 Appendix B: Video Editing User Data Keys, Apple, available
6  at https://developer.apple.com/library/archive/technotes/tn2174/_index.html (noting that the key
7  "clfn" is a string used to describe the name of the clip file). The CLFN metadata field is an open-
8  string field and can be edited to any value by anyone with control of the file. Like other embedded
9  file metadata, the CLFN metadata would not have been generally available to, visible, or searchable
10 by viewers on YouTube even had it been included in the transcoded versions of the uploaded videos.

11    5. Because the "CLFN" metadata field is entirely optional, it is not commonly used.
12 For all videos uploaded to YouTube from November 2018 to June 2022, less than 0.10% percent
13 contained any information at all in the "CLFN" metadata field.

14    6. YouTube produced in this case the "CLFN" metadata field for a sample of over 1.7
15 million videos that were the subject of a successful takedown notice between 2017 and 2022, to the
16 extent that the metadata exists in a readily accessible database. Based on my review of the data, only
17 649 included any information whatsoever in the "CLFN" metadata field of the original video. Even
18 as to those 649, the information in the produced CLFN metadata field is often an incomprehensible
19 string of letters and symbols with no discernible meaning (e.g., "ÃŠâˆžÃ³râ€žÃ‡ï¿½";
20 "â‰ˆÃ°vâˆšÃ°bi"; "BabiÆ'Ã§kadrsâ‰ˆÃ aÆ'Ã§ka"). Of the remaining entries with legible
21 information populated in the CLFN metadata field, that information often fails to identify any
22 particular copyrighted work, such as "My Movie" (113 times), "Mein Film" (9 times), and "Untitled
23 Project," (22 times), among others.

24    7. As I explained in a prior declaration (*see* Dkt. No. 173-1 at ¶¶ 7-8), I understand that
25 Ms. Schneider claims that 9 videos that she has identified as allegedly infringing her copyrights in
26 this litigation appear to have contained the names of copyrighted songs in the "CLFN" metadata
27 field of the videos at the time they were uploaded. But even after the transcoding process, the
28 information contained in the "CLFN" metadata fields for those videos (the names of the copyrighted

1  songs) remained present in the publicly available (and searchable) titles of the videos on YouTube,
2  as shown in the chart below.

| Video ID | "CLFN" Value | Video Title |
|---|---|---|
| g1d73vwTWcc | My Lament - Hart House Jazz Ensemble | **My Lament - Hart House Jazz Ensemble** (Comp. Maria Schneider) |
| k09S8ZdeuCg | My Lament | Tim Acke & Quintessence Big Band: **My Lament** by Maria Schneider |
| TCryn53_DKI | 6.Bombshelter Beast | Scenes from childhood : part1 : **Bombshelter Beast** / Maria Schneider - 6 Floor Jazz Orchestra |
| vsTiByu-ArU | 5.Sky Blue | **Sky Blue** / Maria Schneider - 6 Floor Jazz Orchestra |
| BBPiMzlGxRU | 2.Choro dancado | **Choro dançado** / Maria Schneider - 6 Floor Jazz Orchestra |
| aOXIpwzAO9Q | Wyrgly | Mi Recital de Grado Pt 6 **Wyrgly** Maria Schneider |
| -VV3QuF8Ajw | 20190510 Allegresse | **Allegresse** - Gretsch Electric Guitar Ensemble |
| GZii89KY_j4 | 9.Cerulean Skies | **Cerulean Skies** / Maria Schneider - 6 Floor Jazz Orchestra |
| jxg8bkMVs80 | A Potter\'s Song | **A Potter's Song** - Maria Schneider - Frost SJB |

17     I declare under penalty of perjury under the laws of the United States of America that the
18  foregoing is true and correct to the best of my knowledge. Executed this 6th day of March 2023,
19  at San Jose, California.

20                                               By:   */s/ Thierry Foucu*
                                                        Thierry Foucu

22                              **ATTORNEY ATTESTATION**

23     I, David H. Kramer, am the ECF User whose ID and password are being used to file this
24  document. In compliance with N.D. Cal. Civil L.R. 5-1(i)(3), I hereby attest that the concurrence
25  in the filing of this document has been obtained from the signatory.

26                                                     */s/ David H. Kramer*
                                                        David H. Kramer

DECLARATION OF THIERRY FOUCU ISO          -3-           CASE NO. 3:20-cv-04423-JD
OPPOSITION TO CLASS CERTIFICATION