# EXHIBIT A

to the Declaration of Chenyuan Zhu

**Ticket T20-47536853**

Conversation with **kotova@azapi.ru** · YouTube Copyright Complaint Submission

---

**kotova@azapi.ru**  May 13, 2020, 11:19 AM
To:
Subject: Copyright Complaint Submission

Video IDs: FyQsS7DOPio

---

**video-rights**  May 14, 2020, 6:24 AM
To: kotova@azapi.ru
Subject: YouTube Copyright Complaint Submission

### ▶ YouTube

Hi АЗАПИ,

Thank you very much for your notification. The content has been removed.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:

URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=FyQsS7DOPio
Describe the work allegedly infringed: Борис Акунин История Российского Государства

I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube account.

Authorized Signature: Котова Мария

Help center · Email options

©2020 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066, USA

CONFIDENTIAL                                                                                                                        GOOG-SCHNDR-00040030