# EXHIBIT 8

to the Declaration of Paul Harold

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING LTD., individually and on behalf of all others similarly situated;<br><br>Plaintiffs,<br><br>vs.<br><br>YOUTUBE, LLC; GOOGLE LLC; and ALPHABET INC.;<br><br>Defendants. | CASE NO. 3:20-cv-4423-JD<br><br>**PLAINTIFF MARIA SCHNEIDER'S SUPPLEMENTAL OBJECTIONS AND RESPONSES TO YOUTUBE AND GOOGLE'S SECOND AND SIXTH INTERROGATORIES TO PLAINTIFF MARIA SCHNEIDER** |

| | |
|---|---|
| Wyrgly | https://www.youtube.com/watch?v=fxrSAv3JRNM |
| Wyrgly | https://www.youtube.com/watch?v=G12e3KguIM8 |
| Wyrgly | https://www.youtube.com/watch?v=iRxT0gwW1FM |
| Wyrgly | https://www.youtube.com/watch?v=IzDMxODgna0 |
| Wyrgly | https://www.youtube.com/watch?v=JEHlGQrBoQk |
| Wyrgly | https://www.youtube.com/watch?v=JPasUzKkp2E |
| Wyrgly | https://www.youtube.com/watch?v=kccYhY-OTXM |
| Wyrgly | https://www.youtube.com/watch?v=o_xc_ycxi0M |
| Wyrgly | https://www.youtube.com/watch?v=oArWYN0zX4M |
| Wyrgly | https://www.youtube.com/watch?v=OvJO2dyroow |
| Wyrgly | https://www.youtube.com/watch?v=pFnVIQVf5rA |
| Wyrgly | https://www.youtube.com/watch?v=sP_RyLdK2uE |
| Wyrgly | https://www.youtube.com/watch?v=TXeBgcbZqFA |
| Wyrgly | https://www.youtube.com/watch?v=VzDpxQIjJ6A |
| Wyrgly | https://www.youtube.com/watch?v=ZgSlFkdISL4 |
| Wyrgly | https://www.youtube.com/watch?v=ZKrgshAOxvo |

**INTERROGATORY NO. 6**: Describe in detail the circumstances under which You first became aware of each alleged infringement identified in Your response to Interrogatory No. 2, including but not limited to the date and the manner in which the alleged infringement came to Your attention.

**OBJECTIONS AND RESPONSE:** Schneider objects to Interrogatory No. 6 as unduly burdensome, harassing, and as calling for attorney-client communication and/or information protected by the work product doctrine with respect to the "manner" in which the infringements came to Schneider's attention.

Subject to and without waiving these objections, Schneider, acting alone or through her agents, identified the infringements in Interrogatory No. 2 by conducting searches for unauthorized copies of her work on YouTube. For URLs identified in Interrogatory No. 2 for which Schneider submitted

takedown notices, Schneider became aware of the alleged infringements identified in Interrogatory No. 2 on or before the following dates:

| Work(s) in Suit | URL | Date |
|---|---|---|
| Concert in the Garden | http://www.youtube.com/watch?v=e04yCOqalv8 | 3/4/2013 |
| Cerulean Skies | http://www.youtube.com/watch?v=JERfM3g0FnM | 3/4/2013 |
| Cerulean Skies | http://www.youtube.com/watch?v=n6U7zQLKe04 | 3/4/2013 |
| Cerulean Skies | http://www.youtube.com/watch?v=wmAzXaz_UaY | 1/24/2019 |
| Sky Blue | http://www.youtube.com/watch?v=NJy_RXOgsts | 3/4/2013 |
| Evanescence | http://www.youtube.com/watch?v=mRlj6wqzW74 | 3/4/2013 |
| Choro Dançado (First Movement of Three Romances) | http://www.youtube.com/watch?v=M-DlDYGAExs | 3/4/2013 |
| The Pretty Road | http://www.youtube.com/watch?v=AH3obBV5sEw | 3/4/2013 |
| Cerulean Skies | http://www.youtube.com/watch?v=n6U7zQLKe04 | 3/4/2013 |
| Last Season | http://www.youtube.com/watch?v=FQq7XkFC0Do | 3/4/2013 |
| Aires de Lando | http://www.youtube.com/watch?v=CVelapFHlP0 | 3/4/2013 |
| Journey Home | http://www.youtube.com/watch?v=ASN9OqlqIXU | 3/10/2014 |
| Bulería, Soleá y Rumba | http://www.youtube.com/watch?v=YIwyHj2Cn_Q | 3/10/2014 |
| Bulería, Soleá y Rumba | http://www.youtube.com/watch?v=NML2WgRpVRc | 3/10/2014 |
| Choro Dançado (First Movement of Three Romances) | http://www.youtube.com/watch?v=I9jiYSUhcPQ | 3/10/2014 |
| Pas de Deux | http://www.youtube.com/watch?v=I9jiYSUhcPQ | 3/10/2014 |

| | | |
|---|---|---|
| (Second Movement of Three Romances) | | |
| Pas de Deux (Second Movement of Three Romances) | http://www.youtube.com/watch?v=i8UlsGKsZM4 | 3/10/2014 |
| The Pretty Road | http://www.youtube.com/watch?v=T-p1kPrYN_8 | 3/10/2014 |
| The Pretty Road | http://www.youtube.com/watch?v=AH3obBV5sEw | 3/4/2013 |
| The Pretty Road | http://www.youtube.com/watch?v=EAJPUC0mgJ8 | 3/10/2014 |
| El Viento | http://www.youtube.com/watch?v=5oYGhrUETFc | 3/10/2014 |
| El Viento | http://www.youtube.com/watch?v=fc8kek2xGUc | 3/10/2014 |
| Green Piece | http://www.youtube.com/watch?v=i8BC-LH-IMg | 3/10/2014 |
| Hang Gliding | http://www.youtube.com/watch?v=7jfjtKRDFQI | 3/4/2013 |
| Lately | http://www.youtube.com/watch?v=htmgVKwSpMg | 3/11/2013 |
| Sea of Tranquility | http://www.youtube.com/watch?v=L0cMR-x8ufo | 5/7/2013 |
| Gumba Blue | https://www.youtube.com/watch?v=Z9N68OSIqps | 3/4/2016 |
| Journey Home | https://www.youtube.com/watch?v=RX6OLGPCsFc | 3/12/2014 |
| Hang Gliding | http://www.youtube.com/watch?v=2_YT4SvCPeo | 3/29/2016 |
| Hang Gliding | https://www.youtube.com/watch?v=wdIW_AoTi_4 | 3/4/2016 |
| Choro Dançado (First Movement of Three Romances) | http://www.youtube.com/watch?v=2tJegYsmlqU | 3/12/2014 |
| Concert in the Garden | http://www.youtube.com/watch?v=AlJ6K1x9WIw | 7/28/2015 |
| Nocturne | http://www.youtube.com/watch?v=TPKsQoQdtB | 8/14/2014 |
| Dança Ilusoria | http://www.youtube.com/watch?v=bjuli8HHcYo | 5/6/2015 |

| | | |
|---|---|---|
| (Third Movement of Three Romances) | | |
| Coming About (Third Movement of Scenes from Childhood) | http://www.youtube.com/watch?v=RiGKxmxq3Qk | 5/6/2015 |
| Gumba Blue | http://www.youtube.com/watch?v=Ft3wa0bMAmE | 3/10/2014 |
| Wyrgly | http://www.youtube.com/watch?v=oZgAVwfcUY0 | 3/31/2017 |
| Gush | https://www.youtube.com/watch?v=nSk8IMTU5TE | 1/26/2016 |
| Journey Home, Choro Dançado (First Movement of Three Romances), Evanescence, and Hang Gliding | http://www.youtube.com/watch?v=MZM5ekpurvA | 3/10/2014 |
| Arbiters of Evolution | https://www.youtube.com/watch?v=C3FD5pG3RMc | 1/15/2016 |
| The Thompson Fields | https://www.youtube.com/watch?v=Z8cdqri2-r8 | 1/11/2016 |
| The Thompson Fields | http://www.youtube.com/watch?v=EaY_KMBoJ3g | 9/9/2015 |
| Walking by Flashlight | http://www.youtube.com/watch?v=o4rYUveHBZM | 8/9/2013 |
| The Thompson Fields | http://www.youtube.com/watch?v=jPEFzfWrXHg | 3/24/2017 |
| Walking by Flashlight | http://www.youtube.com/watch?v=P470eEhealc | 11/12/2015 |
| Arbiters of Evolution | http://www.youtube.com/watch?v=C3FD5pG3RMc | 1/14/2016 |

| | | | |
|---|---|---|---|
| Walking by Flashlight | http://www.youtube.com/watch?v=lICbkKWrf-I | 1/3/2018 |
| Buleria, Solea y Rumba | https://www.youtube.com/watch?v=NML2WgRpVRc | 3/10/2014 |
| Buleria, Solea y Rumba | https://www.youtube.com/watch?v=YIwyHj2Cn_Q | 3/10/2014 |
| Hang Gliding | https://www.youtube.com/watch?v=2_YT4SvCPeo | 3/29/2016 |
| Hang Gliding | https://www.youtube.com/watch?v=7jfjtKRDFQI | 3/4/2013 |
| Hang Gliding | https://www.youtube.com/watch?v=TIUAdc1ksYM | 2/28/2020 |
| Hang Gliding | https://www.youtube.com/watch?v=wdIW_AoTi_4 | 3/4/2016 |
| Dance, You Monster, to My Soft Song | https://www.youtube.com/watch?v=nbp43Xm7H1U | 02/22/2021 |
| Green Piece | https://www.youtube.com/watch?v=pJToOM-kkH0 | 02/22/2021 |
| Gumba Blue | https://www.youtube.com/watch?v=h53bJkTiEAk | 03/6/2018 |
| Hang Gliding | https://www.youtube.com/watch?v=TIUAdc1ksYM | 02/28/2020 |
| Journey Home | https://www.youtube.com/watch?v=CiHIu-6hyXc | 02/22/2021 |
| Wyrgly | https://www.youtube.com/watch?v=zjKng4A35y8 | 02/22/2021 |

## VERIFICATION

Maria Schneider has read the foregoing responses to Plaintiff's Interrogatories, and the answers contained therein are true to the best of her knowledge, information, and belief.

Signed: *Maria Schneider*

Dated: 1/14/22

| | | |
|---|---|---|
| 1 | Dated: January 14, 2022 | Respectfully submitted, |
| 2 | | |
| 3 | | /s/ Randall P. Ewing, Jr.<br>George A. Zelcs *(pro hac vice)* |
| 4 | | Randall P. Ewing, Jr. *(pro hac vice)*<br>Ryan Z. Cortazar *(pro hac vice)* |
| 5 | | **KOREIN TILLERY, LLC**<br>205 North Michigan, Suite 1950 |
| 6 | | Chicago, IL  60601<br>Telephone: (312) 641-9750 |
| 7 | | Facsimile: (312) 641-9751 |
| 8 | | Stephen M. Tillery *(pro hac vice)* |
| 9 | | Steven M. Berezney, CA Bar #329923<br>Michael E. Klenov, CA Bar #277028 |
| 10 | | Carol O'Keefe *(pro hac vice)*<br>**KOREIN TILLERY, LLC** |
| 11 | | 505 North 7th Street, Suite 3600<br>St. Louis, MO  63101 |
| 12 | | Telephone: (314) 241-4844<br>Facsimile: (314) 241-3525 |
| 13 | | |
| 14 | | Joshua Irwin Schiller, CA Bar #330653<br>**BOIES SCHILLER FLEXNER LLP** |
| 15 | | 44 Montgomery St., 41st Floor<br>San Francisco, CA  94104 |
| 16 | | Phone: (415) 293-6800<br>Fax: (415) 293-6899 |
| 17 | | |
| 18 | | Philip C. Korologos *(pro hac vice)*<br>Joanna C. Wright *(pro hac vice)* |
| 19 | | Demetri Blaisdell *(pro hac vice)*<br>**BOIES SCHILLER FLEXNER LLP** |
| 20 | | 55 Hudson Yards, 20th Floor<br>New York, NY  10001 |
| 21 | | Phone: (212) 446-2300<br>Fax: (212) 446-2350 |
| 22 | | |
| 23 | | *Attorneys for Plaintiffs Maria Schneider,*<br>*Uniglobe Entertainment, LLC, and* |
| 24 | | *AST Publishing Ltd.* |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | Maria Schneider's Supplemental Objections & Responses to Defendants' Second and Sixth Interrogatories | 25 | Case No. 3:20-cv-4423-JD |