# EXHIBIT 9

to the Declaration of Paul Harold

KOREIN TILLERY

*Attorneys at Law*

One U.S. Bank Plaza
505 North 7th Street, Suite 3600
St. Louis, MO  63101-1625
www.KoreinTillery.com

Steven M. Berezney
SBerezney@KoreinTillery.com
*p: (314) 241-4844*
*f: (314) 241-3525*

February 17, 2021                                                                            *Via-E-mail*

Lauren Gallo White
Wilson Sonsini Goodrich & Rosati
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA  94105-1126

*Re:*     *Schneider et al. v. YouTube, LLC et al.*
          *Case No. 3:20-cv-04423*

Dear Lauren,

        We write to follow up on the meet and confer held on February 4, 2021 regarding Plaintiffs' Responses to Defendants' First and Second Set of Interrogatories.

        You asked about discrepancies between the names of some of the works listed in response to Schneider Interrogatories 1, 2, and 6. "Choro Dancado," "Pas de Deux," and "Danca Illusoria," each of which are listed in the Responses to Interrogatories 2 and 6, are movements of "Three Romances," which is identified as a Work in Suit in response to Interrogatory #1.  "Coming About," which is listed in the Responses to Interrogatories 2 and 6, is a movement from "Scenes from Childhood," which is identified as a Work in Suit in the Response to Interrogatory #1.

        To avoid any potential confusion, Ms. Schneider will amend her Response to Interrogatory #6 to identify "Gush," which was already included in Interrogatory Responses 1 and 2. She will also amend her Responses to Interrogatories 1 and 2 to identify "Sky Blue," "The Pretty Road," "Cerulean Skies," and "Aires de Lando," which were already included in Response to Interrogatory #6.  She will also amend her Responses to Interrogatory #2 as explained below.

        Beyond these anticipated amendments, you have asked for "clarification" as to whether Ms. Schneider has identified "every URL (uniform resource locator) within the YouTube service at which You contend content infringing the copyright for the Work in Suit has appeared."  We have explained many times that it is impossible for Ms. Schneider to

Lauren Gallo White
February 17, 2021
Page 2

identify every URL at which infringing content has appeared at this stage of the litigation and without the benefit of discovery. However, at this time we do anticipate serving a supplemental response to Interrogatory #2 identifying further infringements sometime next week.

Finally, you also asked whether we would supplement our responses to Schneider Interrogatories 4 and 7 and Pirate Monitor Interrogatories 5 and 8 per FRCP 33(d). We recently notified you of our intention to dismiss Pirate Monitor, so we suggest we defer discussion of any supplemental responses from Pirate Monitor at this time. As for Ms. Schneider, we have said that we would produce documents responsive to those issues if they exist. As you know, our document production is proceeding on a rolling basis, and our review of the documents is ongoing. We will supplement Ms. Schneider's responses to these Interrogatories as required by FRCP 33(d) as we continue reviewing and producing documents.

Sincerely,

Steven M. Berezney