# EXHIBIT 11

to the Declaration of Paul Harold

| | |
|---|---|
| **Message** | |
| **From:** | YouTube [copyright@youtube.com] |
| **on behalf of** | YouTube <copyright@youtube.com> [copyright@youtube.com] |
| **Sent:** | 3/11/2014 1:32:23 AM |
| **To:** | maria-schneider-3199@pages.plusgoogle.com |
| **Subject:** | Re: [6-9323000003020] New YouTube Copyright Complaint Submission |



Hi Maria Schneider Official Page,

Thank you very much for your notification. The content has been removed.

- The YouTube Team Here is the information you filled in: Copyright Owner Name (Company Name if applicable): Maria Schneider Your Full Legal Name (Aliases, usernames or initials not accepted): Maria Schneider Your Title or Job Position (What is your authority to make this complaint?): I'm the Composer and Performer Address: 50 West 72nd Street #510 New York, NY 10023 US Username: Maria Schneider Official Page Email Address: maria-schneider-3199@pages.plusgoogle.com Phone: 212-787-0354 URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=ASN9OqIqIXU Describe the work allegedly infringed: My original song * Title of original song: Journey Home * Where does the content appear? Entire video URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=YlwyHj2Cn_Q Describe the work allegedly infringed: My original song * Title of original song: Bulería, Soleá y Rumba * Where does the content appear? Entire video URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=NML2WgRpVRc Describe the work allegedly infringed: My original song * Title of original song: Bulería, Soleá y Rumba * Where does the content appear? Entire video URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=I9jiYSUhcPQ Describe the work allegedly infringed: My original song * Title of original song: Choro Dancado * Where does the content appear? Entire video URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=7ZWMhXJsbHI Describe the work allegedly infringed: My original song * Title of original song: Pas de Deux * Where does the content appear? Entire video URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=i8UlsGKsZM4 Describe the work allegedly infringed: My original song * Title of original song: Pas de Deux * Where does the content appear? Entire video URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=T-p1kPrYN_8 Describe the work allegedly infringed: My original song * Title of original song: The Pretty Road * Where does the content appear? Entire video URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=5oYGhrUETFc Describe the work allegedly infringed: My original song * Title of original song: El Viento * Where does the content appear? Entire video URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=fc8kek2xGUc Describe the work allegedly infringed: My original song * Title of original song: El Viento * Where does the content appear? Entire video URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=i8BC-LH-IMg Describe the work allegedly infringed: My original song * Title of original song: Green Piece * Where does the content appear? Entire video Country where copyright applies: US I state UNDER PENALTY OF PERJURY that: * I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed. * I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and * This notification is accurate. * I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages. * I understand that abuse of this tool will result in termination of my YouTube account. Authorized Signature: Maria Schneider

Help center • Email options • Report spam

Confidential                                                                                                                        SCHNEIDER_0000009344

©2014 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066

©2014 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066

Confidential

SCHNEIDER_0000009345