# EXHIBIT 12

to the Declaration of Paul Harold

| Message | |
|---|---|
| **From:** | YouTube [copyright@youtube.com] |
| on behalf of | YouTube <copyright@youtube.com> [copyright@youtube.com] |
| **Sent:** | 5/6/2015 11:08:57 PM |
| **To:** | meemer40@gmail.com |
| **Subject:** | Re: [5-8267000006998] New YouTube Copyright Complaint Submission |



Hi Maria Schneider Official Page,

Thank you very much for your notification. The content has been removed.

- The YouTube Team Here is the information you filled in: Copyright Owner Name (Company Name if applicable): Maria Schneider Your Full Legal Name (Aliases, usernames or initials not accepted): Maria Schneider Your Title or Job Position (What is your authority to make this complaint?): Composer/Recording Artist Address: 50 West 72nd Street New York, NY 10023 US Username: Maria Schneider Official Page Email Address: meemer40@gmail.com Phone: 212-787-0354 URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=bjuli8HHcYo Describe the work allegedly infringed: My original song * Title of original song: Danca Ilusoria * Where does the content appear? Entire video URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=RiGKxmxq3Qk Describe the work allegedly infringed: My original song * Title of original song: Coming About * Where does the content appear? Entire video Country where copyright applies: US | state UNDER PENALTY OF PERJURY that: * I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed. * I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and * This notification is accurate. * I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages. * I understand that abuse of this tool will result in termination of my YouTube account. Authorized Signature: Maria Schneider

Help center • Email options • Report spam

©2015 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066

Confidential                                                                                                       SCHNEIDER_0000009334