# EXHIBIT 13

to the Declaration of Paul Harold

1

2   UNITED STATES DISTRICT COURT

3   NORTHERN DISTRICT OF CALIFORNIA

4   SAN FRANCISCO DIVISION

5   ------------------------------------x

6   MARIA SCHNEIDER, UNIGLOBE

    ENTERTAINMENT, LLC and AST

7   PUBLISHING LTD., individually and

    on behalf of all others similarly

8   situated,

9                          Plaintiffs,

10  -against-          Case No. 3:20-cv-4423

11  YOUTUBE, LLC; and GOOGLE LLC,

12                          Defendants.

13  ------------------------------------x

14

15      REMOTE VIDEOTAPED DEPOSITION OF

                 MARIA SCHNEIDER

16             New York, New York

                June 14, 2022

17

18

19  Reported By:

20  ERIC J. FINZ

21

22

23

24

25

                                    Page 1

```
1                    MARIA SCHNEIDER
2         Q.    So if you look back at the        11:20:10
3    chart that starts on page 4 of Exhibit       11:20:15
4    11.  The headings on the chart are video     11:20:22
5    ID and date.                                 11:20:33
6              Do you see that?                    11:20:33
7         A.    I do.                              11:20:36
8         Q.    And the dates in the date         11:20:37
9    column represent the date on which you       11:20:40
10   first became aware of the alleged            11:20:42
11   infringement that corresponds to the         11:20:45
12   video ID next to it.  Right?                 11:20:46
13        A.    Correct.                           11:20:48
14        Q.    Do you know what the Statute       11:20:49
15   of Limitations is for the copyright          11:20:52
16   infringement claims you're asserting in      11:20:55
17   this case?                                   11:20:57
18        A.    I do not, no.                      11:20:58
19        Q.    Before filing this lawsuit,       11:21:01
20   did you make any effort to determine         11:21:02
21   whether the claims you're asserting in       11:21:03
22   this case are or are not barred by the       11:21:05
23   Statute of Limitations?                      11:21:10
24        A.    I rely on counsel for those       11:21:10
25   things.                                      11:21:12
```

Page 64

```
 1              MARIA SCHNEIDER
 2        Q.    What did you do to confirm        11:21:19
 3    that the dates that are in this chart in    11:21:22
 4    the interrogatory response were in fact     11:21:25
 5    the dates on which you first became aware   11:21:27
 6    of the allegedly infringing video?         11:21:29
 7        A.    These dates were the dates in     11:21:33
 8    which the URLs appeared in an email.  So    11:21:36
 9    it came, to my recollection, either from   11:21:41
10    somebody or from me to give it to          11:21:44
11    somebody to take down.  That's how we      11:21:49
12    found these dates.                         11:21:51
13        Q.    All of them were found because    11:21:53
14    they appeared in emails?                   11:21:54
15        A.    I believe so.                     11:22:00
16        Q.    Did you refer to takedown        11:22:01
17    notices that you sent to YouTube as a      11:22:02
18    means of determining any of these dates?   11:22:04
19        A.    I don't believe so.              11:22:06
20              You know, let me say, it's       11:22:20
21    possible some were.  I don't know.  I      11:22:22
22    don't know the answer to that.  This is a  11:22:24
23    long list here.                            11:22:26
24              MS. REES:  Could we have tab     11:22:30
25        6.                                     11:22:33
```

Page 65

```
 1                   MARIA SCHNEIDER
 2               Exhibit 12.                    11:22:40
 3               (Schneider Exhibit 12 for      11:22:41
 4         identification, email dated August   11:22:41
 5         18, 2007, production numbers         11:22:41
 6         SCHNEIDER 126033 through SCHNEIDER    11:22:41
 7         126034.)                             11:23:01
 8   BY MS. REES:                               11:23:01
 9         Q.    Do you recognize Exhibit 12?   11:23:02
10         A.    I don't.  So I'll have to      11:23:05
11     start at the bottom and read up.         11:23:10
12               Okay.                          11:24:48
13         Q.    Is this an email exchange      11:24:48
14     between you and Arun Luthra?             11:24:50
15         A.    Yes.                           11:24:52
16         Q.    And the emails were sent       11:24:52
17     between April 1, 2007 and August 18,     11:24:58
18     2007?                                    11:25:01
19         A.    That is correct.               11:25:02
20         Q.    And in the email on the first  11:25:06
21     page from Mr. Luthra, do you see that    11:25:10
22     there are three YouTube URLs in the      11:25:13
23     middle of the email?                     11:25:15
24         A.    I do.                          11:25:16
25         Q.    And the first video has a URL, 11:25:17
```

Page 66

```
 1                    MARIA SCHNEIDER
 2    and I apologize to the court reporter,        11:25:23
 3    that ends in the string 2TJEGYSMLQU.         11:25:25
 4            Do you see that?                       11:25:25
 5        A.   I do, yes.                            11:25:39
 6        Q.   Then if you turn back to             11:25:40
 7    Exhibit 11, which was your interrogatory      11:25:43
 8    response.  And you go to page 7 of that        11:25:49
 9    response.  If you look at line 9, there        11:25:57
10    is also a video ID with the same ID           11:26:02
11    number, 2TJEGYSMLQU.                          11:26:09
12            Do you see that?                       11:26:09
13        A.   I do.                                 11:26:16
14        Q.   And in interrogatory No. 6,          11:26:17
15    you stated that the date on which you         11:26:21
16    first became aware of that alleged            11:26:24
17    infringement was March 12, 2014.  Right?      11:26:27
18        A.   Yeah.  Maybe that's an example       11:26:33
19    of one when it had a takedown, I do not       11:26:36
20    know.                                          11:26:39
21        Q.   Because you actually learned         11:26:46
22    of that video in 2007.  Right?                 11:26:47
23        A.   It appears so.                        11:26:50
24        Q.   And then if you look at, let's       11:26:52
25    see line 8.  So it's just, I guess, is        11:27:05
```

Page 67

```
 1                   MARIA SCHNEIDER
 2     that just directly above the one we were      11:27:31
 3     just looking at?  Yeah.                        11:27:33
 4              So if you look at line 8 on          11:27:35
 5     the Exhibit 11.                                11:27:38
 6         A.    Mm-hmm.                              11:27:41
 7         Q.    There is also a video ID            11:27:41
 8     RX60LGPCSFC.  And that has a                   11:27:48
 9     corresponding date when you first learned     11:27:56
10     of that video on March 12, 2014.              11:27:59
11              Do you see that?                     11:27:59
12         A.    Yes.                                11:28:03
13         Q.    But this video was also in an       11:28:05
14     email that you received from Mr. Luthra       11:28:08
15     in August of 2007.  Right?                    11:28:10
16         A.    Yes.                                11:28:14
17         Q.    So the statement in                 11:28:26
18     interrogatory 6 about when you learned of     11:28:27
19     that video is not true; is it?                11:28:29
20         A.    I imagine that that date was        11:28:31
21     taken from maybe a takedown date.  Or         11:28:32
22     maybe it was mentioned again.                 11:28:37
23              The date on this email you're        11:28:45
24     showing me is 2007.  I'm not sure I knew      11:28:46
25     how to deal with these things back in         11:28:51
```

Page 68

```
 1                    MARIA SCHNEIDER
 2    2007.                                   11:28:53
 3         Q.    Well, you produced this email  11:28:55
 4    from 2007 in this lawsuit.  Right?        11:28:58
 5         A.    It was produced by whoever --  11:29:02
 6    however they do that, going through       11:29:07
 7    emails.                                   11:29:09
 8         Q.    So when you were reviewing     11:29:09
 9    this response to interrogatory No. 6, you 11:29:14
10    didn't do any research in the emails that 11:29:17
11    had been produced to verify that the      11:29:19
12    dates that you put in the interrogatory   11:29:21
13    response were correct; did you?           11:29:22
14         A.    I guess this date was -- that  11:29:29
15    search missed this.                       11:29:31
16         Q.    When you say "that search      11:29:36
17    missed this," are you saying that a       11:29:37
18    search of your emails was done to verify  11:29:39
19    the correctness of the dates in           11:29:41
20    interrogatory No. 6?                      11:29:43
21         A.    Yes, we looked through emails. 11:29:43
22    But I said that also some were taken from 11:29:45
23    DMCA takedowns.  So obviously this is     11:29:49
24    here on 2007, and the date is --          11:29:54
25    corresponding is later.                   11:29:56
```

Page 69

```
 1                    MARIA SCHNEIDER
 2              MS. REES:  Could we see tab        11:30:04
 3         20.                                     11:30:06
 4              This is Exhibit 13.                11:30:25
 5              (Schneider Exhibit 13 for          11:30:27
 6         identification, email dated             11:30:27
 7         December 11, 2007, production           11:30:27
 8         numbers SCHNEIDER 175044.)              11:30:59
 9    BY MS. REES:                                 11:30:59
10         Q.    Do you recognize Exhibit 13?      11:30:59
11         A.    I don't.  I'm going to have to    11:31:01
12      read it.                                   11:31:03
13              Okay.                              11:32:21
14         Q.    Can you identify Exhibit 13?      11:32:21
15         A.    I don't recall this.             11:32:24
16         Q.    Is this an email that you sent    11:32:27
17      to Gary Versace and Donny McCaslin?        11:32:29
18         A.    That's what it says, yes.         11:32:33
19         Q.    Do you have any reason to         11:32:34
20      believe that's not what it is?             11:32:35
21         A.    No.                               11:32:37
22         Q.    And in this email, you sent a     11:32:37
23      review of a YouTube video, including the   11:32:41
24      link to the video, to Mr. Versace and      11:32:43
25      Mr. McCaslin.  Is that right?              11:32:47
```

Page 70

```
 1              MARIA SCHNEIDER
 2        A.    It looks like what I'm saying      11:32:50
 3   is a teacher sent this review of a            11:32:52
 4   YouTube video.  Yes, that's what it is.       11:32:55
 5        Q.    And this URL of the YouTube        11:33:01
 6   video that you forwarded to Mr. Versace       11:33:09
 7   and Mr. McCaslin, it also has this same       11:33:11
 8   video ID that we just saw in                  11:33:16
 9   interrogatory No. 6, this 2TJEGYSMLQU.        11:33:18
10              Do you see that?                    11:33:18
11        A.    I do.  I'm not looking -- I        11:33:28
12   have to go back here, if you want me to       11:33:30
13   see what line it was in.  What line?          11:33:33
14        Q.    It was on line 9 of page 7 of      11:33:36
15   interrogatory No. 6, the response to          11:33:39
16   interrogatory No. 6.                          11:33:41
17        A.    Line 9.  Yes.                       11:33:45
18        Q.    So in addition to receiving an     11:33:51
19   email in which someone cited that URL to      11:33:57
20   you in August of 2007, you also forwarded     11:34:01
21   an email or sent an email in December of      11:34:03
22   2007 where you referenced that YouTube        11:34:06
23   video.  Correct?                              11:34:10
24        A.    Yes.                                11:34:12
25        Q.    And this is a video that you       11:34:15
```

Page 71

```
 1              MARIA  SCHNEIDER
 2    considered to be unauthorized and        11:34:16
 3    infringing; right?                       11:34:18
 4         A.    Yes, if it's on the list, yes.  11:34:20
 5    I have to see it and look at it.  But    11:34:23
 6    yes.                                     11:34:25
 7              MS. REES:  Could we have tab    11:34:31
 8         21.                                 11:34:34
 9              Exhibit 14.                    11:34:37
10              (Schneider Exhibit 14 for      11:34:39
11         identification, email dated October 11:34:39
12         12, 2011, production numbers        11:34:39
13         SCHNEIDER 176988 through SCHNEIDER   11:34:39
14         176989.)                           11:35:17
15    BY MS. REES:                             11:35:17
16         Q.    Do you recognize Exhibit 14?  11:35:18
17         A.    No.  But let me read it.      11:35:20
18              Okay.                          11:36:11
19         Q.    Is this an email exchange     11:36:11
20    among you, Joan Cararach and Mark        11:36:13
21    Righter?                                 11:36:18
22         A.    Yes.                          11:36:19
23         Q.    And in the first email at the 11:36:19
24    bottom of the exhibit, on page 176989,   11:36:21
25    Joan Cararach asks you, "BTW, can you    11:36:28
```

Page 72

```
 1                  MARIA SCHNEIDER
 2    recommend me one video of you on YouTube      11:36:34
 3    to share with my database."                   11:36:36
 4           Do you see that?                        11:36:41
 5       A.    I do.                                 11:36:41
 6       Q.    Did you have an understanding         11:36:42
 7    of what database she was referring to?         11:36:44
 8       A.    I do not.  I don't recall.            11:36:47
 9       Q.    Okay.  And then there's -- in         11:36:55
10    the next email you ask Mark Righter, "Do       11:37:00
11    you have one that you like that I can          11:37:06
12    tell him?"                                     11:37:07
13           And in the next email in               11:37:09
14    response on October 12, 2011, Mr. Righter      11:37:12
15    includes two YouTube video URLs.  One of       11:37:16
16    which ends with the video ID I8BC-LH-IMG.      11:37:22
17           Do you see that?                        11:37:33
18           I'm sorry, did you answer?              11:38:01
19       A.    Oh, I thought you were giving         11:38:03
20    him the number.  I'm sorry.  Say it            11:38:05
21    again.                                         11:38:08
22       Q.    Sure.  I was just asking if           11:38:08
23    you see where Mr. Righter in the October       11:38:13
24    12, 2011 email sent you a link to a            11:38:14
25    YouTube video that ends with the video ID      11:38:17
```

Page 73

```
 1                  MARIA SCHNEIDER
 2     --                                    11:38:20
 3          A.    Yes.                        11:38:20
 4          Q.    -- I8BC-LH-IMG?             11:38:20
 5          A.    Yes.                        11:38:25
 6          Q.    Okay.  If you turn back again   11:38:26
 7     to Exhibit 11, your interrogatory      11:38:28
 8     response to the 6th interrogatory.  And   11:38:30
 9     go back to page 7.  Line 6.  This      11:38:34
10     interrogatory response lists that same   11:38:41
11     video ID that begins with I8BC.  And it   11:38:43
12     says in your interrogatory response that   11:38:48
13     you first learned of this video on March   11:38:50
14     10, 2014.                              11:38:52
15          Do you see that?                  11:38:52
16          A.    Yes.                        11:38:56
17          Q.    And that's also not true    11:39:03
18     because you knew of this video ID in    11:39:04
19     October of 2011?                       11:39:06
20          A.    Yeah, I don't recall the    11:39:06
21     document.  Obviously the search missed   11:39:08
22     it.  This is probably a date of a DMCA   11:39:10
23     takedown, possibly.  I don't know.     11:39:16
24          Q.    And this video that         11:39:19
25     Mr. Righter sent you the link to is one   11:39:24
```

Page 74

```
 1                    MARIA SCHNEIDER
 2    No. 4 and interrogatory No. 8, you only      12:13:56
 3    listed two occasions on which you            12:14:02
 4    authorized any person to copy, display,      12:14:05
 5    distribute or publicly perform works in      12:14:09
 6    suit on YouTube, which were Royal Academy    12:14:11
 7    of Music and Elmhurst College?               12:14:15
 8         A.    Yes.                              12:14:18
 9         Q.    So this one reflected in          12:14:18
10    Exhibit 22 is not listed in your             12:14:20
11    interrogatory response; is it?               12:14:22
12         A.    Yes, apparently I forgot this     12:14:23
13    one.                                         12:14:25
14              MS. REES:  Exhibit 23.             12:14:50
15              (Schneider Exhibit 23 for          12:14:51
16         identification, email dated             12:14:51
17         December 5, 2008, production            12:14:51
18         numbers SCHNEIDER 124248 through        12:14:51
19         SCHNEIDER 124252.)                      12:17:48
20    BY MS. REES:                                 12:17:48
21         Q.    Do you recognize Exhibit 23?      12:17:48
22         A.    I vaguely recall this, this       12:17:49
23    exchange of using some of my music for a     12:17:53
24    Bird-a-thon Mass Audubon video.  Back in,    12:17:57
25    let's see, 2008.                             12:18:05
```

Page 98

```
 1                    MARIA SCHNEIDER
 2       Q.    At the bottom of the first          12:18:07
 3   page, Alice DeLuca asks you, "Would you       12:18:09
 4   be amenable to having the music on the        12:18:14
 5   YouTube venue, as opposed to just having      12:18:17
 6   the slide show shared among our               12:18:19
 7   Bird-a-thoners directly?"                     12:18:21
 8            And in the responsive email          12:18:24
 9   you said, "Of course you can do this on       12:18:25
10   YouTube."  Right?                             12:18:28
11       A.    Yes.                                12:18:29
12       Q.    So this is another video that       12:18:30
13   you authorized to appear on YouTube?          12:18:31
14       A.    Yes.  This is a video to raise      12:18:33
15   money for birds, which is my biggest          12:18:36
16   interest.                                     12:18:39
17       Q.    You also didn't identify this       12:18:43
18   video in your responses to interrogatory      12:18:45
19   No. 4 and interrogatory No. 8, which          12:18:47
20   asked you to identify videos that you had     12:18:49
21   authorized to appear on YouTube?              12:18:51
22       A.    I guess I missed this one.          12:18:53
23   This is from 2008.                            12:18:55
24            MS. REES:  Tab 29.                    12:19:01
25            Exhibit 24.                          12:19:06
```

Page 99

```
 1                    MARIA SCHNEIDER

 2    the partner program.  And also my            14:48:49

 3    understanding with Dan Coleman at this       14:48:52

 4    time was that he worked with, I believe      14:48:55

 5    it was TuneCore, could have been AdRev.      14:48:58

 6    Which is a third-party service that you      14:49:02

 7    can monetize through on.                     14:49:05

 8              So it was my understanding         14:49:07

 9    that that's what he was asking about.        14:49:08

10    And I said, is it your understanding that    14:49:11

11    you do not want me to, and I said yes,       14:49:15

12    it's -- your understanding is correct, I     14:49:18

13    do not want you to, I don't give way to      14:49:21

14    that concept.                                14:49:23

15        Q.    But it's your testimony that       14:49:25

16    you didn't understand that Modern Works      14:49:27

17    had access to claim things on Content ID     14:49:29

18    for you?                                     14:49:33

19        A.    I did not understand that, no.     14:49:33

20    I thought Modern Works worked through a      14:49:38

21    third-party.                                 14:49:40

22        Q.    Well, whether they worked          14:49:41

23    through a third-party or not, they could     14:49:42

24    claim things on Content ID for you;          14:49:44

25    right?                                       14:49:46
```

Page 162

```
 1                    MARIA SCHNEIDER
 2              MR. ZELCS:  Is that -- I'm        14:49:47
 3         sorry.  Form.  Objection; form.        14:49:48
 4         A.    Through a third-party they       14:49:52
 5    can.  Yeah, I mean --  I don't understand   14:49:56
 6    the question.  Please ask again.            14:50:02
 7         Q.    Whether directly or through a    14:50:04
 8    third-party, Modern Works could claim       14:50:07
 9    your compositions on Content ID on your     14:50:09
10    behalf.                                     14:50:12
11         A.    Yes.  And I said I didn't want   14:50:15
12    that to happen.                             14:50:17
13              THE WITNESS:  I might have to     14:50:41
14         use a bathroom break.                  14:50:42
15              MS. REES:  Sure.                  14:50:44
16              THE WITNESS:  Five minutes.       14:50:45
17              THE VIDEOGRAPHER:  Thank you.     14:50:47
18         The time is approximately 2:51, we     14:50:48
19         are going off the record.  This is     14:50:50
20         the end of media 3.                    14:50:51
21              (A recess was taken.)             14:50:57
22              THE VIDEOGRAPHER:  The time is    14:58:10
23         approximately 2:59, we're back on      14:58:12
24         the record.  This is the beginning     14:58:15
25         of media 5.                            14:58:17
```

Page 163

MARIA SCHNEIDER

| | | |
|---|---|---|
| 1 | | |
| 2 | April.  If you can help with that I'd be | 15:56:55 |
| 3 | happy to pay, I would be most grateful, | 15:56:56 |
| 4 | and we should discuss some kind of | 15:56:59 |
| 5 | service you could offer.  I don't have | 15:57:00 |
| 6 | the final master yet but hopefully in | 15:57:01 |
| 7 | about a week I will." | 15:57:03 |
| 8 |          Do you see that? | 15:57:05 |
| 9 |      A.    I do. | 15:57:05 |
| 10 |      Q.    So was Noah Becker at AdRev | 15:57:05 |
| 11 | offering to give you free access to block | 15:57:12 |
| 12 | on Content ID? | 15:57:17 |
| 13 |      A.    Yes.  He was.  And this goes | 15:57:19 |
| 14 | further to the point that it was a | 15:57:24 |
| 15 | special thing that he talked about with | 15:57:28 |
| 16 | people in the context of us having all | 15:57:30 |
| 17 | traipsed to Washington, telling our sob | 15:57:36 |
| 18 | stories on a private hearing.  So it was | 15:57:39 |
| 19 | a very special, you know, situation for | 15:57:44 |
| 20 | two people. | 15:57:49 |
| 21 |      Q.    And did you take up Noah | 15:57:50 |
| 22 | Becker on his offer to provide you with | 15:57:52 |
| 23 | free blocking on Content ID? | 15:57:54 |
| 24 |      A.    My -- my first thought was I | 15:57:56 |
| 25 | felt badly taking it from him for free. | 15:58:01 |

Page 193

```
 1                  MARIA SCHNEIDER
 2     Because he's a business person there        15:58:05
 3     at -- and I -- sorry, I just want to read   15:58:09
 4     my words.                                   15:58:18
 5              But then this all put me in         15:58:22
 6     kind of a moral dilemma.                    15:58:28
 7         Q.    What was the moral dilemma?        15:58:30
 8         A.    The moral dilemma is that I        15:58:33
 9     save myself and the cause that I'm          15:58:39
10     fighting is, you know, that not everybody   15:58:41
11     has the wherewithal and the opportunity     15:58:46
12     to go to a closed hearing and be sitting    15:58:50
13     next to somebody and having that            15:58:54
14     opportunity.  So it felt to me using a      15:58:56
15     situation for my own gain and not for the   15:58:59
16     reason I was there, which was being there   15:59:03
17     on the behalf of a massive group of         15:59:05
18     people that need help with infringement.    15:59:11
19         Q.    So you turned down                 15:59:17
20     Mr. Becker's offer to allow you to use      15:59:19
21     AdRev for blocking your works through       15:59:20
22     Content ID on YouTube?                      15:59:23
23         A.    I ended up letting it go.          15:59:25
24         Q.    You ended up letting it go         15:59:48
25     because that would be an opportunity to     15:59:50
```

Page 194

```
 1                MARIA  SCHNEIDER
 2            C E R T I F I C A T E
 3    STATE OF NEW YORK     )
                              : ss.
 4    COUNTY OF NEW YORK   )
 5
 6        I, ERIC J. FINZ, a Shorthand
 7    Reporter and Notary Public within and for
 8    the State of New York, do hereby certify:
 9            That MARIA SCHNEIDER, the witness
10    whose deposition is hereinbefore set
11    forth, was duly sworn by me and that such
12    deposition is a true record of the
13    testimony given by the witness.
14        I further certify that I am not
15    related to any of the parties to this
16    action by blood or marriage, and that I
17    am in no way interested in the outcome of
18    this matter.
19        IN WITNESS WHEREOF, I have hereunto
20    set my hand this 21st day of June, 2022.
21
22
23
24            ERIC  J.  FINZ
25
```

Page 262