# EXHIBIT 15

to the Declaration of Paul Harold

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

---oOo---

MARIA SCHNEIDER, UNIGLOBE
ENTERTAINMENT, LLC, and
AST PUBLISHING LTD.,
individually and on behalf
of all others similarly
situated;

        Plaintiffs,
vs.                        Case No. 3:20-cv-04423-JD

YOUTUBE, LLC; and GOOGLE
LLC;

        Defendants.
_____/

CONFIDENTIAL ATTORNEYS' EYES ONLY

REMOTE VIDEOTAPED DEPOSITION OF JOANNE SUK

THURSDAY, JULY 14, 2022

STENOGRAPHICALLY REPORTED BY:

ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR

CSR LICENSE NO. 9830

JOB NO. 850947



```
                                                              Page 199
 1   it's not specific to audio assets.                         16:52
 2          MS. O'KEEFE:  Q.  But a CLA would be signed         16:52
 3   by someone other than a record label, someone like a       16:52
 4   YouTube uploader?                                          16:52
 5      A   Or, like, a -- I would think the CLA case is        16:52
 6   more a, you know, nonmusic media company.                  16:52
 7      Q   Like a movie production company?                    16:52
 8      A   Yes.                                                16:52
 9          MS. O'KEEFE:  Okay.  I have nothing more.           16:52
10          MR. HAROLD:  Defendants have no questions for       16:52
11   Ms. Suk.                                                   16:52
12          I'd like to hold the entire deposition              16:52
13   transcript under an AEO designation, given the number      16:52
14   of AO documents and third-party agreements that were       16:53
15   discussed.  But we'll return with more specific            16:53
16   designations within the period under the protective        16:53
17   order.                                                     16:53
18          MS. O'KEEFE:  Thank you.                            16:53
19          I think we can go off the record.                   16:53
20          THE VIDEOGRAPHER:  We are off the record at         16:53
21   4:53 p.m.                                                  16:53
22          (WHEREUPON, the deposition ended                    16:55
23           at 4:53 p.m.)                                      16:55
24                        ---oOo---
25
```



1               CERTIFICATE OF REPORTER
2
3          I, ANDREA M. IGNACIO, hereby certify that the
4     witness in the foregoing remote deposition was by me
5     remotely sworn to tell the truth, the whole truth, and
6     nothing but the truth in the within-entitled cause;
7          That said remote deposition was taken in
8     shorthand by me, a disinterested person, remotely at
9     the time stated, and that the testimony of the said
10    witness was thereafter reduced to typewriting, by
11    computer, under my direction and supervision;
12         That before completion of the deposition,
13    review of the transcript [ ] was [x] was not
14    requested.  If requested, any changes made by the
15    deponent (and provided to the reporter) during the
16    period allowed are appended hereto.
17         I further certify that I am not of counsel or
18    attorney for either or any of the parties to the said
19    deposition, nor in any way interested in the event of
20    this cause, and that I am not related to any of the
21    parties thereto.
22    Dated:
23    _Andrea M. Ignacio_____
24      ANDREA M. IGNACIO, RPR, CRR, CCRR, CLR, CSR No. 9830
25



Witness: Joanne Suk — July 14, 2022 Deposition
*Schneider v. YouTube, LLC*, No. 3:20-cv-04423-JD (N.D. Cal.)

## Errata Sheet

| Page:Line | Change | Reason |
| --- | --- | --- |
| 20:12 | Replace <Hoedt> with <Holz> | To correct transcription errors |
| 21:8 | Replace <Hoedt> with <Holz> | To correct transcription errors |
| 21:23 | Replace <Hoedt> with <Holz> | To correct transcription errors |
| 24:20 | Replace <assigning> with <licensing> | To clarify the record |
| 37:16 | Replace <rates> with <rights> | To correct transcription errors |
| 127:13 | Replace <SRAV> with <SVOD> | To correct transcription errors |
| 127:22 | Replace <SRAV> with <SVOD> | To correct transcription errors |
| 173:15 | Replace <10?> with <10.5%> | To correct transcription errors |
| 173:17 | Replace <10?> with <10.5%> | To correct transcription errors |
| 173:17 | Replace <10?> with <10.5%> | To correct transcription errors |
| 173:21 | Replace <10?> with <10.5%> | To correct transcription errors |

\_\_\_\_x\_\_\_\_   Subject to the above changes, I certify that the transcript is true and correct.

_____   No changes have been made. I certify that the transcript is true and correct.

_____   _____September 9, 2022_____
(signature)   (date)

1

Witness: Joanne Suk — July 14, 2022 Deposition
*Schneider v. YouTube, LLC*, No. 3:20-cv-04423-JD (N.D. Cal.)

## ACKNOWLEDGMENT OF DEPONENT

I, Joanne Suk, do hereby certify that I have read and examined the foregoing testimony, and that the same is a correct transcription of the answers given by me to the questions therein propounded, except for the corrections or changes in form or substance, if any, noted in the attached Errata Sheet.

_____          _____September 9, 2022_____
(signature)                                                                                (date)

2