# EXHIBIT 16

to the Declaration of Paul Harold

**Pages 1 - 51**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable James Donato, Judge

| | |
|---|---|
| MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC and AST PUBLISHING LTD., individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>  VS.<br><br>YOUTUBE, LLC; and GOOGLE LLC,<br><br>      Defendants.<br>_____<br><br>YOUTUBE, LLC; and GOOGLE LLC,<br><br>      Counter-Claimants,<br><br>  VS.<br><br>PIRATE MONITOR LTD., GABOR CSUPO, and PIRATE MONITOR LLC,<br><br>      Counter-Defendants.<br>_____ | **NO. C 20-04423 JD** |

San Francisco, California
Thursday, October 13, 2022

**TRANSCRIPT OF PROCEEDINGS**

**(APPEARANCES ON FOLLOWING PAGE)**

REPORTED BY: Ana Dub, RDR, RMR, CRR, CCRR, CRG, CCG
              CSR No. 7445, Official U.S. Reporter

1       We're going to see it, too, with plaintiffs AST and
2  Uniglobe, the other added plaintiffs in this case.  They have
3  licensing issues.  They have -- they have statute of
4  limitations issues.  They have ownership and registration
5  issues.  There are all sorts of individualized issues in their
6  claims as well.
7       **THE COURT:**  I mean, class cert's coming up.  I have an
8  open mind.  I'm looking forward to seeing everybody's
9  arguments.
10      But I will say, Mr. Korologos, I was a little concerned.
11 In order to get to Ms. Schneider's copyright claims, you've got
12 to go through three documents just for one person.  Because
13 Google says, "We have a license."  You say, "Hold on.  No,
14 we've got to peel this back.  We've got to go back to this
15 document; then we've got to go back to a document before that."
16      I do have some -- I'll be interested to see how you intend
17 to finesse that on class cert, because I --
18      **MR. KOROLOGOS:**  We'll address that, Your Honor.
19      **THE COURT:**  I kept coming, as I was reading the summary
20 judgment papers, to the conclusion that I can't do this for
21 everybody.
22      **MR. KOROLOGOS:**  And we don't think --
23      **THE COURT:**  This is a mountain of work to get through all
24 this --
25      **MR. KOROLOGOS:**  We don't think --

1       **THE COURT:** -- just for one person.

2       **MR. KOROLOGOS:** -- you'll need to, Your Honor.

3       **THE COURT:** What's that?

4       **MR. KOROLOGOS:** We don't think you'll need to, Your Honor,
5  including --

6       **THE COURT:** But how can that be? If Google says "We have
7  a license" and your response each time or half the time or a
8  third of the time is "Well, that license is bogus," which is
9  what you're saying here, I don't see how you're going to get
10 around that.

11      **MR. KOROLOGOS:** Well, if there's --

12      **THE COURT:** You don't have to tell me now. It's a
13 question I'm looking forward to seeing your answer on. Let's
14 put it that way.

15      All right. Now, let's talk about CMI.

16      And, Mr. Kramer, I think -- I'm not sure you have good
17 grounds for the CMI case, CMI issue.

18      **MR. KRAMER:** Let me see if I can disabuse you of that,
19 Your Honor.

20      **THE COURT:** Good. All right.

21      **MR. KRAMER:** Okay. In order to state a 1202 claim,
22 Your Honor, Ms. Schneider needs to show that she had copyright
23 management information in a work; that it was removed; that it
24 was removed intentionally; that it was removed without
25 authorization; and that YouTube knew or should have known that

1  readjust the summary judgment --
2      **THE COURT:**  I don't see any expert issues that I am going
3  to rely on for summary judgment; so I'm not worried about that.
4      So let's see what you -- why don't you try to work it out.
5  I don't have a problem.
6      So you want five weeks.  And then what?  You're going
7  to -- so he's going to redo his reports; right?
8      **MR. KOROLOGOS:**  Two of them.
9      **THE COURT:**  You're going to revise -- we'll revise the --
10  what's the other report?  Two opening reports?
11      **MR. KOROLOGOS:**  We had four opening reports.
12      **THE COURT:**  Oh, I see.  Okay.  And you're going to do two
13  of them?
14      **MR. KOROLOGOS:**  Two of them, we need to --
15      **THE COURT:**  All right.  Two will be revised.  Then there
16  will be two new.  We're just going to blank everything out.
17  All right?  So for those two, we're just going to start over.
18      How much time do you want for that?  Five weeks?
19      **MR. KRAMER:**  I think that's fine, Your Honor.
20      **THE COURT:**  Okay.  And then have you had depositions yet,
21  or no?
22      **MR. KOROLOGOS:**  Yeah.  We then need to do the depositions
23  of these experts.
24      **THE COURT:**  Redo them or do them in the first --
25      **MR. KOROLOGOS:**  We haven't done those.