# EXHIBIT 18

to the Declaration of Paul Harold

DOCUMENT SEALED IN ITS ENTIRETY