# EXHIBIT 19

to the Declaration of Paul Harold

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING LTD., individually and on behalf of all others similarly situated;<br><br>            Plaintiff,<br>vs.<br><br>YOUTUBE, LLC; and GOOGLE LLC;<br><br>            Defendants.<br>_____<br>YOUTUBE, LLC and GOOGLE LLC;<br><br>            Counter-Plaintiffs,<br>vs.<br><br>GÁBOR CSUPÓ, PIRATE MONITOR LTD., LLC, and PIRATE MONITOR LLC,<br><br>            Counter-Defendants. | CASE NO. 3:20-cv-4423<br><br>**PLAINTIFF UNIGLOBE ENTERTAINMENT, LLC'S, AMENDED OBJECTIONS AND RESPONSES TO YOUTUBE AND GOOGLE'S FIRST SET OF INTERROGATORIES** |

Pursuant to Federal Rules of Civil Procedure 26 and 33, Plaintiff Uniglobe Entertainment, LLC submits the following amended responses and objections to Defendants YouTube, LLC ("YouTube") and Google LLC ("Google") (collectively "Defendants") First Set of Interrogatories to Plaintiff Uniglobe Entertainment, LLC ("Uniglobe"), dated December 14, 2021 (the "Interrogatories"), in the above-captioned action (the "Action").

By submitting these Responses, Uniglobe does not concede or waive any arguments regarding the scope, relevance, and timing of any discovery in the Action.

Uniglobe reserves the right to amend or revise these Responses, including based on any responses or objections submitted by Defendants to any of Uniglobe's discovery requests. Uniglobe also asserts that any discovery obligations should be mutual between parties, so that if any of their

objections are overridden, Defendants should be subject to the same scope of discovery, including definitions and instructions for discovery compliance.

## **GENERAL OBJECTIONS**

1. Uniglobe objects to the Interrogatories to the extent they impose obligations in addition to those imposed by the Federal Rules of Civil Procedure, the Local Rules of this Court, any court governing discovery in this case, or any discovery protocol agreed upon by the parties.

2. Uniglobe objects to the extent the Interrogatories seek information that is already in Defendants' possession, is equally accessible to Defendants, or is readily accessible to Defendants.

3. Uniglobe objects to the Interrogatories to the extent they seek information protected by the attorney-client privilege, the work-product doctrine, Rule 408 of the Federal Rules of Evidence, any common interest privilege, joint defense agreement or any other applicable privilege.

4. Uniglobe's responses are based solely on facts reasonably known to it at the time of responding to these Interrogatories. Uniglobe reserves the right to supplement, amend, or otherwise modify these responses.

## **SPECIFIC OBJECTIONS AND RESPONSES**

The General Objections and Objections to Definitions and Instructions set forth above are incorporated into the Specific Objections below, as if incorporated therein. Uniglobe reserves the right to amend or revise its Specific Objections, including after meeting and conferring with Defendants regarding any Request. A response to any Interrogatory indicating that Uniglobe agrees to produce documents is not an admission that documents responsive to the Request exist and does not waive any objections to the use of any discovery produced in response to the Request.

## **INTERROGATORY NO. 1:**

For each Work In Suit identified in Your complaint, identify the title, authors, legal and beneficial owners of any exclusive rights to the work, exclusive rights owned by each owner, date of creation and United States copyright registration number, date and location of first publication, and date of first publication in the United States, if applicable.

**OBJECTIONS AND RESPONSE TO INTERROGATORY NO. 1:**

Uniglobe objects that this interrogatory is overbroad, seeks legal conclusions, is a premature contention interrogatory, is unduly burdensome in seeking information not relevant to the claims and defenses at issue in this lawsuit, and is vague and ambiguous in that the terms "authors," "legal and beneficial owners," "exclusive rights," "publication," and "date of creation" are undefined.

Subject to and without waiving these objections, Uniglobe responds that the titles of its copyrighted works at issue are *5 Weddings*, *Americanizing Shelley*, and *1 a Minute*. Uniglobe is an owner of all exclusive rights in its copyrighted works at issue. *5 Weddings* was authored by Uniglobe through work-for-hire agreements, filmed in 2016, released in 2018, and its copyright registration number for the screenplay is PAu003824737. *5 Weddings* was first released in the United States and other countries simultaneously on October 26, 2018. The Hindi-language version of *5 Weddings* was first released in India, Pakistan, Bangladesh, United Kingdom, Australia, New Zealand, and Fiji on or immediately after October 26, 2018. *Americanizing Shelley* was written in 2003 by Namrata Singh Gujral (with other writers working on a work-for-hire basis), filmed mostly in 2005, first released as a motion picture in the United States in 2007, and its copyright registration number for the screenplay is PA0001200892. *1 a Minute* was authored by Namrata Singh Gujral (with other writers working on a work-for-hire basis), filmed mostly in 2009, first released in the United States in 2010, and its copyright registration number for the film is PA0001745252. To the extent this interrogatory seeks information about rights held by persons other than Uniglobe, Uniglobe objects that it is duplicative of Interrogatory Nos. 4-7 and refers to its answers in response to those Interrogatories.

**INTERROGATORY NO. 2:**

For each Work In Suit, describe in detail the basis for Your claim of copyright ownership, including whether You are a legal and/or beneficial owner, the exclusive rights You claim to own, and an identification of all evidence upon which You base Your claim of ownership.

**OBJECTIONS AND RESPONSE TO INTERROGATORY NO. 2:**

Uniglobe objects that this interrogatory is unduly burdensome, seeks legal conclusions, is a premature contention interrogatory, is premature in seeking the identification of all evidence before

1   the close of discovery, and is vague and ambiguous in that the terms "legal and/or beneficial owners,"

2   "exclusive rights," and "claim of copyright ownership" are undefined.

3       Subject to and without waiving these objections, Uniglobe responds that it is an owner of all

4   exclusive rights for each work at issue. Uniglobe produced both the English-language and Hindi-

5   language version of *5 Weddings* using work-for-hire agreements. Representative examples of such

6   agreements can be found at UNIGLOBE_0000000015 and UNIGLOBE_0000000008. Namrata

7   Singh Gujral transferred her copyright in *Americanizing Shelley* to Americanizing Shelley, LLC on

8   September 29, 2005 via a written assignment between Namrata Singh Gujral in her individual capacity,

9   on the one hand, and Namrata Singh Gujral as Manager of Americanizing Shelley, LLC, on the other

10   hand. Americanizing Shelley, LLC produced *Americanizing Shelley* using work-for-hire agreements.

11   Representative examples of such agreements can be found at UNIGLOBE_0000025300 and

12   UNIGLOBE_0000025311. Americanizing Shelley, LLC transferred ownership of the *Americanizing*

13   *Shelley* copyright to Uniglobe on June 6, 2009 via a written assignment between Namrata Singh Gujral,

14   Managing Member of Americanizing Shelley, LLC, and Namrata Singh Gujral, Managing Member of

15   Uniglobe Entertainment, LLC. Namrata Singh Gujral transferred ownership of the copyright to *1 a*

16   *Minute* to Uniglobe. Uniglobe produced *1 a Minute* through work-for-hire agreements. Representative

17   examples of such agreements are found at UNIGLOBE_0000047865 and UNIGLOBE_0000045761.

18   **INTERROGATORY NO. 3**

19   Identify each individual who has worked for Uniglobe or who is or has been affiliated with Uniglobe,

20   including each of its principals, officers, directors, managers, employees, agents, and independent

21   contractors, along with their positions(s). If there are more than twenty such individuals, identify the

22   twenty that are most senior.

23   **OBJECTIONS AND RESPONSE TO INTERROGATORY NO. 3:**

24       Uniglobe objects that this interrogatory is overbroad, vague, unduly burdensome, seeks

25   information not relevant to the claims or defenses in this lawsuit, seeks information unlikely to lead

26   to admissible evidence, and is vague and ambiguous in that "worked for," "affiliated with" and "most

27   senior" are undefined.

28

1   Subject to and without waiving these objections, Uniglobe answers:

2   Namrata Singh Gujral, President

3   Steven Mirkovich, Editor

4   Penka Kouneva, Composer

5   CM French, Composer

6   Scott Naar, General Editor

7   Jonathan Lee, General Editor

8   Robert Murphy, post-production and editorial

9   Nick Bosworth, general editorial

10  Christo Bakalov, Director of Photography

11  Tania Pacheco, Costume Designer

12  Troy Takaki, Editor

13  Denise Cruz-Castino, Co-writer

14  Michael Conroy, Assistant editor

15  Sarah Hartman, Assistant editor

16  Anshul Sharma, Director of Photography

17  Jeffrey Hack, per producer

18  Mark Napier, independent contractor

19  Erin Cicchitti, per producer

20  Jay Ferguson, Composer

21  **INTERROGATORY NO. 4:**

22  For each Work In Suit, identify by date, person, and agreement every occasion, that You are aware of,

23  on which any other person has been licensed or authorized to copy, display, distribute, or publicly

24  perform the work (or otherwise exercise any of the rights under Section 106 of the Copyright Act with

25  respect to the work), including identification of the royalties paid under such license.

26  **OBJECTIONS AND RESPONSE TO INTERROGATORY NO. 4:**

27

28

Uniglobe objects that this interrogatory is overbroad, vague, unduly burdensome, seeks legal conclusions, seeks information not relevant to the claims or defenses in this lawsuit, seeks information unlikely to lead to admissible evidence, and is a premature contention interrogatory. Uniglobe objects to the extent this Interrogatory seeks information about licenses or authorizations in contexts other than internet streaming rights because it seeks irrelevant and overly burdensome information, especially as to every theater in the world that has been authorized to display one of the films for a limited period of time, which may number into the thousands. Compounding the unduly burdensome nature of the interrogatory is that any relevant information sought in this interrogatory will be found in documents that have been produced in this litigation following a reasonable search proportionate to the needs of the case.

Subject to and without waiving these objections, Uniglobe refers Defendants to UNIGLOBE_0000051048-62, which is its Gross Contract Sales for rights sub-licensed by Vision Films related to *5 Weddings*. Uniglobe further refers to Exhibit A, which identifies various contracts Uniglobe executed concerning the licensing and distribution of the works at issue for rights other than theatrical rights.

**INTERROGATORY NO. 5:**

For each Work In Suit, identify every person that You are aware of who has ever been authorized to grant licenses to any of the rights set forth in Section 106 of the Copyright Act, including but not limited to any publisher, agent, performing rights organization, collection society, clearinghouse, or publishing administrator.

**OBJECTIONS AND RESPONSE TO INTERROGATORY NO. 5:**

Uniglobe objects that this interrogatory is overbroad, vague, unduly burdensome, seeks legal conclusions, seeks information not relevant to the claims or defenses in this lawsuit, seeks information unlikely to lead to admissible evidence, and is a premature contention interrogatory. Uniglobe objects to the extent this Interrogatory seeks information about licenses or authorizations in contexts other than internet streaming rights as seeking irrelevant and overly burdensome information, especially as to specific theatrical rights that may number into the thousands. Compounding the unduly

1  burdensome nature of the interrogatory is that any relevant information sought in this interrogatory

2  will be found in documents that have been produced in this litigation following a reasonable search

3  proportionate to the needs of the case.

4      Subject to and without waiving these objections, Uniglobe answers that it and Namrata Singh

5  Gujral have been authorized to grant licenses for each of its copyrighted works at issue. Uniglobe

6  further responds that Vision Films is authorized to grant licenses to rights set forth in Section 106 of

7  the Copyright Act for *5 Weddings*, excluding India and SAARC countries, subject to certain conditions

8  such as, but not limited to, minimum royalties. Uniglobe refers Defendants to

9  UNIGLOBE_0000051048-62, which is its Gross Contract Sales for rights sub-licensed by Vision

10  Films related to *5 Weddings*. Gravitas Ventures is authorized to grant licenses to rights set forth in

11  Section 106 of the Copyright Act for *1 a Minute* in the United States and Canada. Uniglobe further

12  refers to Exhibit A, which identifies various instances in which it authorized others to grant licenses

13  related to its works at issue presently or in the past.

14  **INTERROGATORY NO. 6:**

15  Describe in detail each occasion, that You are aware of, on which each Work In Suit, or portion

16  thereof, has been uploaded by You or with Your Authorization to a website for online listening,

17  purchase, distribution, or viewing, including but not limited to the name of the website, the URL of

18  the uploaded content, the identity of uploader, and the date of the upload.

19  **OBJECTIONS AND RESPONSE TO INTERROGATORY NO. 6:**

20      Uniglobe objects that this interrogatory is overbroad, unduly burdensome, vague, seeks

21  information irrelevant to the claims and defenses in this lawsuit, and is unlikely to lead to admissible

22  evidence. Uniglobe further objects that this interrogatory is vague and ambiguous in that "uploaded,"

23  "Authorization," and "online listening" are undefined.

24      Subject to and without waiving these objections, Uniglobe refers Defendants to

25  UNIGLOBE_0000051048-62, which is its Gross Contract Sales for rights sub-licensed by Vision

26  Films related to *5 Weddings*. Uniglobe further refers to Exhibit A, which identifies various contracts

27

28

1  Uniglobe executed concerning the licensing and distribution of the works at issue for rights related to

2  online distribution presently or in the past.

3  **INTERROGATORY NO. 7:**

4  Describe in detail each occasion, that You are aware of, on which each Work In Suit was uploaded in

5  whole or in part to the YouTube service by You or with Your authorization, including identification

6  of the URL of the uploaded video, the identity of the uploader, the channel to which it was uploaded,

7  and the date of each such authorized upload.

8  **OBJECTIONS AND RESPONSE TO INTERROGATORY NO. 7:**

9    Uniglobe objects that this interrogatory is overbroad, unduly burdensome, vague, seeks

10  information irrelevant to the claims and defenses in this lawsuit, seeks information that is known to

11  and equally available to Defendants, and is unlikely to lead to admissible evidence. Uniglobe further

12  objects that this interrogatory is vague and ambiguous in that "uploaded," "authorization," and

13  "authorized upload" are undefined.

14    Subject to and without waiving these objections, Uniglobe responds that it has authorized

15  Gravitas Ventures to display *1 a Minute* for rent on YouTube in the United States and Canada and that

16  it has authorized Vision Films, Movie Central, and Encourage TV to display the English-language

17  version of *5 Weddings* for rent, purchase, or ad-supported viewing on YouTube in North America.

18  Uniglobe has also authorized others to upload movie trailers for its works at issue. Uniglobe refers

19  Defendants to UNIGLOBE_0000051048-62, which is its Gross Contract Sales for rights sub-licensed

20  by Vision Films related to *5 Weddings*.

21    Uniglobe has also at times uploaded excerpts or trailers of some or all of its copyrighted works

22  at issue onto YouTube, has uploaded promotional pieces and/or interviews onto YouTube that may

23  contain small portions of the copyrighted works at issue, and has uploaded the entire work at issue

24  for one or more of the works at issue to make them publicly available for a very limited time for

25  promotional purposes. Uniglobe further responds that the details of Uniglobe's uploads onto

26  YouTube are known to and equally available to Defendants. Uniglobe does not recall ever removing

27

28

a video it has uploaded to YouTube for either public or private viewing. Uniglobe further responds that it has uploaded the following videos containing at least some of the works at issue:

| Channel | Video Title | Video ID | Work at Issue |
|---|---|---|---|
| Uniglobe | Americanizing Shelley \| Trailer \| WATCH ON AMAZON PRIME | U62okJc7hEA | Americanizing Shelley |
| Uniglobe | Dama Dam Remix \| Saru Maini \| 5 Weddings Original Soundtrack | Js2Q3B6xaFg | 5 Weddings |
| Uniglobe | Tere Rang \| Diljott \| 5 Weddings Original Soundtrack | B8Gtnm23jWw | 5 Weddings |
| Uniglobe | All American Girl \| 5 Weddings \| Nargis Fakhri, Mariana Vicente, Robert Watkins, Dawn Richard! | 1pf5VMAEJgc | 5 Weddings |
| Uniglobe | Mool Mantra \| JyoticaTangri \| 5 Weddings Soundtrack | Ky_WCVeZvF8 | 5 Weddings |
| Uniglobe | Ra Ma Da Sa\| Snatam Kaur \| 5 Weddings Original Soundtrack | 6lrTHDxvu7c | 5 Weddings |
| Uniglobe | '5 Weddings' \| In Cinemas 26 Oct | 6UEXuxkiGN0 | 5 Weddings |
| Uniglobe | 5 Weddings' \| In Cinemas 26 OCT | 57gR0ODyn8w | 5 Weddings |
| Uniglobe | 5 Weddings Promo Video \| Book Your Tickets Now. | rjvz6n0V00M | 5 Weddings |
| Uniglobe | 5 Weddings' \| Rajkummar Rao stands up to Nargis Fakhri 😊 | 28TrGEQcQvU | 5 Weddings |
| Uniglobe | 5 Weddings' \| DUTCH Trailer \| 21 Sept - In Netherlands, Belgium & Luxembourg Theaters | kSUzb8xtKHo | 5 Weddings |
| Uniglobe | 5 Weddings' \| 26 OCT \| Nargis Fakhri, Rajkummar Rao, Bo Derek, Candy Clark | gN7AeJ-mEIA | 5 Weddings |

| | | | |
|---|---|---|---|
| Uniglobe | Kelly McGillis (Top Gun) on Uniglobe Ent's "1 a Minute" (edited interview) w/ Joy Behar | e30_oUxa_SQ | 1 a Minute |
| Uniglobe | 1 a Minute \| Olivia Newton-John, Melissa Etheridge, Deepak Chopra | dQ28_dmAOZs | 1 a Minute |
| Uniglobe | Namrata Singh Gujral on FOX | OhOhsne99U8 | Americanizing Shelley |
| Uniglobe | Namrata Singh Gujral on CBS | 5_JrTP05nZU | Americanizing Shelley |
| Uniglobe | NBC Covers AS (Namrata Singh Gujral Interview) | 6OfKYlMSKdw | Americanizing Shelley |
| Uniglobe | ABC covers Americanizing Shelley | vXa9DmWctAo | Americanizing Shelley |
| Uniglobe | Showbiz India & ZEE TV COVER Americanizing Shelley | 3UOCsjYCzPI | Americanizing Shelley |
| Uniglobe | Dancin' In The Clouds - Steve Azar, Namrata Singh Gujral (Country Music meets Bollywood) | -Zmn6xUSwvk | Americanizing Shelley |
| Uniglobe | Americanizing Shelley | SccbRXcoTGA | Americanizing Shelley |
| Thrive Channel | Thrive With Namrata \| Ep 12 \| Prognosis, Mindset and Cancer | YRXo5QG2e3I | 1 a Minute |
| Thrive Channel | Thrive With Namrata \| Ep 11 \| Air, Water and Cancer | C5GbY61HfD4 | 1 a Minute |
| Thrive Channel | Thrive With Namrata \| Ep 10 \| Stress, Depression and Cancer | U4FqGsUWrIU | 1 a Minute |
| Thrive Channel | Thrive With Namrata \| Ep 9 \| Family, Social Support and Cancer | zCAX9T3I7Yw | 1 a Minute |
| Thrive Channel | Thrive With Namrata \| Ep 8 \| Death, Life After Death and Cancer | YT-SZwv-H1c | 1 a Minute |

| | | | |
|---|---|---|---|
| Thrive Channel | Thrive With Namrata \| Ep 7 \| Peace, Joy and Cancer | kcRU9qxsPTI | 1 a Minute |
| Thrive Channel | Thrive With Namrata \| Ep 6 \| Cancer Charities, Research and Cancer | jAWZh3waFZ8 | 1 a Minute |
| Thrive Channel | Thrive With Namrata \| Ep 5 \| Fear, Faith and Cancer | Z-n2F4uNrLE | 1 a Minute |
| Thrive Channel | Thrive With Namrata \| Ep 4 \| Lead Time Bias, Early Detection and Cancer | LxOgnUdcFuo | 1 a Minute |
| Thrive Channel | Thrive With Namrata \| Ep 3 \| Meat, Animal Products and Cancer | ij1tEt07cRU | 1 a Minute |
| Thrive Channel | Exclusive Clip Namrata Singh Gujral | l8p7IkzaLBk | 1 a Minute |
| Thrive Channel | Exclusive Clip Deepak Chopra | _qGOzFxBWQc | 1 a Minute |
| Thrive Channel | Exclusive Clip Olivia Newton John | O_Yi6vYDTpI | 1 a Minute |
| Thrive Channel | Thrive With Namrata \| Ep 2 \| Ritual, Religion and Cancer | U1IJ6_gmEdc | 1 a Minute |
| Thrive Channel | Thrive With Namrata \| Ep 1 \| Food, Fads and Cancer | 7fngN7RH3QE | 1 a Minute |
| Thrive Channel | Destination Survival \| Ep 13 \| How Does One Thrive After Cancer? | A5VhJgGlfJ8 | 1 a Minute |
| Thrive Channel | Destination Survival \| Ep 12 \| IVF and Infertility in Young Cancer Survivors | FasHuoxeAk8 | 1 a Minute |
| Thrive Channel | Destination Survival \| Ep 11 \| How to Cope With Anxiety & Fear of Death After Cancer | e6-dZAuKx7I | 1 a Minute |
| Thrive Channel | Destination Survival \| Ep 10 \| Life After Cancer Can Be a Gift | Mqew0YUSfPQ | 1 a Minute |

| Thrive Channel | Destination Survival \| Ep 9 \| Celebrity Cancer Survivors and Celebs Affected By Cancer | HT-3TfZUBEk | 1 a Minute |
|---|---|---|---|
| Thrive Channel | Destination Survival \| Ep 8 \| How Others Have Dealt With Chemotherapy | FSsDqZm95eE | 1 a Minute |
| Thrive Channel | Destination Survival \| Ep 7 \| Is Cancer Curable? Conventional and Alternative Therapies for Cancer | 7mb5E8KUxsk | 1 a Minute |
| Thrive Channel | Destination Survival \| Ep 6 \| Fear of Recurrence & Relapse Normal After Cancer | aALpy__b9jA | 1 a Minute |
| Thrive Channel | Destination Survival \| Ep. 5 \| Fabulous Possible After Loss of Hair and Body Parts Post Cancer | rw6pqjvqIxw | 1 a Minute |
| Thrive Channel | Destination Survival \| Ep. 4 \| Sadness Normal When Loved One Diagnosed With Cancer | q0xuZlDe_7U | 1 a Minute |
| Thrive Channel | Destination Survival \| Ep. 3 \| Why Me? Finding the Courage to Deal With Cancer | w1SdrtxDwKs | 1 a Minute |
| Thrive Channel | Exclusive Clip Melissa Etheridge | 7Nc4KiXcYJ0 | 1 a Minute |
| Thrive Channel | Destination Survival \| Ep. 2 \| Shock of Cancer but Coping With Cancer Doable | xxL8HBnSz1Q | 1 a Minute |
| Thrive Channel | Destination Survival \| Ep. 1 \| Millions More Surviving Cancer | 8q6YCVFxudU | 1 a Minute |
| Uniglobe (partially blocked) | 5 Weddings \| Rajkummar Rao, Nargis Fakhri, Bo Derek, CandyClark \| Dir: Namrata Singh Gujral | xuINU7BRDTs | 5 Weddings |
| Uniglobe (Private) | Americanizing Shelley Trailer ƒ web | wvURM8KfC-4 | Americanizing Shelley |

| | | | |
|---|---|---|---|
| Uniglobe (Unlisted) | 5 Weddings' \| In Cinemas 26 OCT \| Nargis Fakhri, Rajkummar Rao, Bo Derek, Candy Clark | 0Jh2zyhZYoc | 5 Weddings |
| Uniglobe (Private) | My Movie | e3o3Q28w4vw | 5 Weddings |
| Uniglobe (Private) | '5 Weddings' \| In cinemas 26 Oct | u5sBr-NkUrk | 5 Weddings |
| Uniglobe (Private) | #5Weddings \| 26 OCT \| In Theaters | ScLGCQBa0Rg | 5 Weddings |
| Uniglobe (Private) | '5 Weddings' \| In Cinemas 26 Oct | R7qxizkITQI | 5 Weddings |
| Uniglobe (Private) | '5 Weddings' / In Cinemas 26 Oct / 52 Countries | 77la_4XdZYs | 5 Weddings |
| Uniglobe (Private) | 5W  TRLR  ENG  HD  ST  NOSUB WISUPERS | kYTPf7oP8aQ | 5 Weddings |
| Uniglobe (Private) | 5W  TRLR  ENG  HD  ST  NOSUB NOSUPERS | u4iRMQl3eEc | 5 Weddings |
| Uniglobe (Unlisted) | 5 Weddings' \| 26 OCT \| Nargis Fakhri \| Rajkummar Rao \| Bo Derek \| Candy Clark | XyylKYR_vFw | 5 Weddings |
| Uniglobe (Private) | NA CHAH KE | vsOtZ8XOFh4 | 5 Weddings |
| Uniglobe (Private) | AMERICAN BEAUTY | 6DuG0UKAPlM | 5 Weddings |
| Uniglobe (Private) | '5 Weddings' \| INDIA Trailer \| 21 Sept - India, Pakistan, World | QACm2t5yGYQ | 5 Weddings |
| Uniglobe (Private) | Namrata Singh Gujral - Demo Reel | YyoN-RSQ3HQ | Americanizing Shelley |
| Uniglobe (Removed) | E! COVERS Americanizing Shelley & Dr 90210 (Dr. Rey) | H68uMR575Pg | Americanizing Shelley |

1   **INTERROGATORY NO. 8:**

2   Describe in detail any and all searches You have conducted on YouTube's platform for the Works In

3   Suit or any alleged infringements of the Works in Suit, including the dates of those searches, the search

4   terms and methodologies You employed, and the results of those searches.

5   **OBJECTIONS AND RESPONSE TO INTERROGATORY NO. 8:**

6        Uniglobe objects that this interrogatory is overbroad, unduly burdensome, vague, seeks

7   information irrelevant to the claims and defenses in this lawsuit, unlikely to lead to admissible

8   evidence, and subject to the attorney-client and work product privileges. Subject to and without

9   waiving these objections, Uniglobe answers that it has searched for infringements using the titles of

10  the copyrighted works at issue. Uniglobe does not recall and did not maintain records of the dates of

11  its searches, the search terms and methodologies used beyond the titles of the works at issue, or the

12  results of specific searches. Uniglobe further refers to its response to Interrogatory no. 12 concerning

13  searches for infringements since it joined the lawsuit.

14  **INTERROGATORY NO. 9:**

15  Describe in detail each alleged violation of Section 1202 of the Copyright Act that You contend

16  Defendants committed regarding Your Works in Suit, including for each alleged violation, the specific

17  Work In Suit on which CMI appeared, the specific CMI that Defendants allegedly removed, and the

18  URL of the YouTube video displaying the content without the alleged CMI.

19  **OBJECTIONS AND RESPONSE TO INTERROGATORY NO. 9:**

20        Uniglobe objects that this interrogatory is overbroad, unduly burdensome, vague, calls for legal

21  conclusions, and is a premature contention interrogatory.

22  **INTERROGATORY NO. 10:**

23  Describe in detail each occasion on which You identified a video on YouTube that You believe to

24  include Your copyrighted content, and for each, specify whether or not You submitted a takedown

25  notice and the date of any such takedown notice.

26  **OBJECTIONS AND RESPONSE TO INTERROGATORY NO. 10:**

27

28

| MFHo1pOLiJI | 3/9/2022 | 5 Weddings |
|---|---|---|
| dPRW-rcgNdw | 11/7/2020 | 5 Weddings |
| iRq-vhvdDyY | 2/13/2020 | 5 Weddings |
| JsBsAv0fkLQ | 1/26/2019 | 5 Weddings |
| peohLrmrS9Q | 1/11/2019 | 5 Weddings |
| 1P6j6exo0Zc | 12/1/2018 | 5 Weddings |
| 6zTXNOlwf6w | 11/24/2018 | 5 Weddings |
| ayopK67mJmE | 6/13/2018 | 5 Weddings |
| PYh1ZUdwdLg | 9/17/2021 | 5 Weddings |
| CWTNtMVP0KM | 7/8/2020 | 5 Weddings |
| ZBAEu6Fl-rA | 2/13/2020 | 5 Weddings |
| io4A9AhLW2E | 3/29/2019 | 5 Weddings |
| LO5ubB0_GKM | 7/14/2018 | 5 Weddings |
| 812tGtJryis | 6/9/2018 | 5 Weddings |

**INTERROGATORY NO. 11:**

Describe in detail each occasion on which You requested access to Content ID and any response You received to such request.

**OBJECTIONS AND RESPONSE TO INTERROGATORY NO. 11:**

Uniglobe objects that this interrogatory is overbroad, unduly burdensome, vague, seeks information that is known to and equally available to Defendants, and seeks information irrelevant to the claims and defenses in this lawsuit. Subject to and without waiving these objections, Uniglobe answers that it has requested access to Content ID on February 4, 2019, via email from legal@uniglobe.com to copyright@youtube.com and received no substantive response.

**INTERROGATORY NO. 12:**

Separately for each alleged infringement identified in the Preliminary List of Infringements, describe in detail the circumstances under which You first became aware of each alleged infringement, including but not limited to (i) the date on which each alleged infringement came to Your attention,

(ii) the process by which You identified each alleged infringement, such as any efforts to search for potential infringements and any search terms used to search for potential infringements, and (iii) the means by which You tied each alleged infringement to the relevant Works in Suit.

**OBJECTIONS AND RESPONSE TO INTERROGATORY NO. 12:**

Uniglobe objects that this interrogatory is overbroad, unduly burdensome, vague, and seeks information irrelevant to the claims and defenses in this lawsuit, unlikely to lead to admissible evidence, and subject to the attorney-client and work product privileges. Subject to and without waiving those objections, Uniglobe responds that it became aware of the following videos identified in its list of infringements on or shortly before the following dates:

| Video ID | Date |
|---|---|
| MdvKsrhUZjk | 11/23/2019 |
| vtMuFUvZIKQ | 1/13/2019 |
| zxlXKaZIOXc | 11/29/2021 |
| 2khBi6eF_Ug | 2/17/2021 |
| eE_zrpIc7KY | 10/18/2020 |
| nYAitmKpI-0 | 4/1/2021 |
| s72M75ERAsw | 12/8/2018 |
| 32ndTa1ayjM | 1/2/2019 |
| 9a6CVS_E4g4 | 12/8/2018 |
| pzrf9aKkt4c | 10/23/2019 |
| y528NN6C3eg | 7/24/2020 |
| CHk7CXt18Qk | 3/28/2019 |
| rQ30pij0aTI | 10/18/2020 |
| P-LG7yQvJgw | 11/29/2021 |
| xQeQIAOmljI | 11/30/2018 |
| Da5pche-VRU | 12/15/2019 |

| | |
|---|---|
| 1 | YXWFYPk11GM | 10/18/2020 |
| 2 | ndnf4uazkMc | 6/5/2018 |
| 3 | XYmVVIRAexE | 12/7/2018 |
| 4 | 1QKR4BAnryw | 11/6/2018 |
| 5 | MWhApYbq-Ws | 11/6/2018 |
| 6 | Z6uHMoQDBUY | 11/6/2018 |
| 7 | EbdBkfVWoyQ | 12/7/2018 |
| 8 | tTuz9adnJnc | 12/7/2018 |
| 9 | 4VDRBBaAHBA | 3/28/2019 |
| 10 | MN5sdy2-9gw | 12/7/2018 |
| 11 | GcQXh2Vitj4 | 11/12/2018 |
| 12 | 6YRVFCgkO4Q | 11/12/2018 |
| 13 | LhbV4q_7rZc | 11/6/2018 |
| 14 | TcyRstsn4Yc | 11/12/2018 |
| 15 | qqLkprJAbS0 | 11/8/2018 |
| 16 | lTjsYzthw2w | 11/6/2018 |
| 17 | j_d8aMfGLpU | 7/5/2019 |
| 18 | gIMD4lDOqZo | 11/8/2018 |
| 19 | WueYfxt7pyE | 11/8/2018 |
| 20 | 6sxpn9Fkask | 11/8/2018 |
| 21 | Q8GtDJHRrT0 | 11/8/2018 |
| 22 | 93k3t0ucRcc | 11/6/2018 |
| 23 | XWS_9m1Q9zs | 10/18/2020 |
| 24 | uzJmxe5-JLM | 11/12/2018 |
| 25 | eZsFcEZKFnY | 3/28/2019 |
| 26 | I4zDTeVAFhQ | 11/12/2018 |

| | |
|---|---|
| 0WsA_bFZLO4 | 12/7/2018 |
| tUXokpUDowo | 7/25/2020 |
| tAd9eNlofow | 8/22/2019 |
| oALeGrzzWyM | 11/6/2018 |
| gYoO4kvPXb8 | 3/28/2019 |
| JXPnx9ecRB8 | 3/28/2019 |
| GZGFjHFasm0 | 12/7/2018 |
| 9rlTLrrs45I | 12/26/2019 |
| v7DimtzJJfU | 2/17/2021 |
| T4EVgNJPzSs | 2/10/2020 |
| BXxcVepqpB4 | 11/26/2018 |
| syOC1jb4Zkg | 5/28/2019 |
| oMCD2RHLiBE | 1/3/2019 |
| TSZYjt13aK0 | 5/2/2019 |
| qG7SWm3fkbY | 1/2/2019 |
| Bp0uDowHfeU | 11/12/2018 |
| fdV22iNAuec | 11/12/2018 |
| kSqyW1id1BY | 4/25/2019 |
| dWA5YLpPWps | 4/25/2019 |
| XDQW9NJbsBY | 4/9/2019 |
| e0qH3HheDOQ | 4/25/2019 |
| Oy5pIXGaCqA | 12/23/2018 |
| ytexvuWvepg | 11/12/2018 |
| Lp0x4_i5D9E | 11/26/2018 |
| oIqgCz27Uj8 | 11/26/2018 |
| jfWXu8M4LN4 | 12/24/2018 |

| | |
|---|---|
| LnFeC79Bj1s | 1/2/2019 |
| hwlagGDDpRM | 1/3/2019 |
| 0gftlOVKlJ0 | 1/2/2019 |
| RDClE8d7syc | 11/26/2018 |
| U5SM5EVUuRA | 1/3/2019 |
| Tbo_ehNC8Dc | 12/19/2018 |
| aik4jM9eaY4 | 1/13/2019 |
| wuhLfQMg73E | 5/21/2019 |
| hJrud5AzEFc | 1/2/2019 |
| M08Luko8qOY | 8/1/2019 |
| 94eQcOGqoNM | 1/19/2019 |
| kcwfoLeT7ew | 1/19/2019 |
| ACGcIKzs7ug | 1/13/2019 |
| rHRl1KwFD-U | 8/1/2019 |
| jtx2h_n6190 | 7/28/2019 |
| 5jo856X3xrc | 1/31/2020 |
| BLtb2l_8AcU | 1/19/2019 |
| 0kp4-jQ-eAI | 2/26/2020 |
| neTjKw5I5NY | 11/5/2019 |
| rhCUB4_uYPE | 1/19/2019 |
| cD7Viy3-CEY | 1/13/2019 |
| PTTZnwpVfz4 | 1/19/2019 |
| eCypwSPjTTM | 10/23/2019 |
| nU1Uiuou8YU | 8/1/2019 |
| dPPAqTXNCxc | 1/19/2019 |
| cqk6blF2BbQ | 10/23/2019 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| XOa49qklHxg | 4/19/2020 |
| F5lwMz1UidI | 1/13/2019 |
| 6AAFWzIG-bU | 8/21/2019 |
| g5tiRP4bNFM | 1/19/2019 |
| Wgl8JS78KeA | 7/28/2019 |
| IFIbUFI_vGc | 1/13/2019 |
| nmVqnyfatDc | 8/20/2019 |
| avTTfVjSmnc | 1/19/2019 |
| GcKMGxPNuTQ | 1/19/2019 |
| PESDkngpq28 | 11/3/2019 |
| EMxlJuW6dps | 8/4/2020 |
| WOKr8T11loM | 7/3/2019 |
| jqIvOZbNdLg | 7/9/2019 |
| LwwzyKYsUvg | 3/9/2020 |
| PtKuQ97e1BA | 6/13/2020 |
| dX3XtRaJaeQ | 6/28/2019 |
| 3UqGmLF0EK4 | 4/14/2020 |
| GahnH3SEL4Y | 12/26/2019 |
| SKfFmNLjs5E | 11/29/2021 |
| g7TeGRwEhts | 2/15/2016 |
| wsFG-0Vty_w | 2/15/2016 |
| O61nlXAOJRU | 2/15/2016 |
| n8u_eLJJEVw | 2/15/2016 |
| NAN9enJCRTs | 2/15/2016 |
| gEjglbGEvEE | 10/19/2020 |
| MkTiKEZyZ-U | 11/29/2021 |

| | |
|---|---|
| RypcZRESN6g | 11/29/2021 |
| duZfOBQzqqE | 10/18/2020 |
| 7Oy7RKzE0TU | 10/18/2020 |
| CRVl4Yk43Uc | 11/22/2020 |
| COLhvHjwfN8 | 9/11/2011 |
| izsB0IiaQVo | 5/18/2012 |
| nJNtX4Eqlag | 4/27/2012 |
| MU4tQVkwdDU | 8/8/2011 |
| mmDB9mr1-wU | 12/23/2011 |
| xOKNzP2JJoc | 10/6/2011 |
| GSd3sKrJCOQ | 4/27/2012 |
| WZU80Qj_k8M | 10/6/2011 |
| oZ_DXytqCZE | 8/8/2011 |
| 2_C8fwdKXqQ | 9/11/2011 |
| o4PslasNv2E | 4/27/2012 |
| fyE8bEuPuNE | 6/24/2011 |
| fkgMNRVQEWw | 4/27/2012 |
| 4zaSWbAwQMM | 8/8/2011 |
| K0RRxi5ZJQE | 6/24/2011 |
| WXcYtHMwLew | 10/6/2011 |
| qVLSBBp9tB4 | 10/6/2011 |
| tm18PPB81OQ | 12/23/2011 |
| lC27DRmEmYQ | 5/15/2012 |
| tmdVYldVMZc | 11/12/2011 |
| JjjhGdSb7d4 | 5/15/2012 |
| eooKBn0EMws | 12/23/2011 |

UNIGLOBE ENTERTAINMENT LLC'S AMENDED RESPONSES & OBJECTIONS TO DEFENDANTS' FIRST SET OF INTERROGATORIES

| | | |
|---|---|---|
| 1 | XkQq0x34eLQ | 3/1/2012 |
| 2 | NUr3Q8QdaLI | 6/24/2011 |
| 3 | W2cXzhv-Wh4 | 6/24/2011 |
| 4 | 2DTS5uv_CLU | 6/21/2011 |
| 5 | TvkuMoq--SI | 7/11/2011 |
| 6 | ovox4DeaA3U | 5/21/2011 |
| 7 | c4zBodI5mxQ | 5/15/2012 |
| 8 | O-aLmGtd8BA | 9/11/2011 |
| 9 | r3zyzvYiJ-A | 5/15/2012 |
| 10 | dj2PeRb2jF4 | 6/24/2011 |
| 11 | 0u6G71bAEUQ | 2/25/2022 |
| 12 | 7i0yRcLv-yM | 11/21/2011 |
| 13 | N1YOJWSLuRg | 9/11/2011 |
| 14 | u2zf7r4JqCc | 5/18/2012 |
| 15 | UD3F6wpkhZg | 8/8/2011 |
| 16 | 2b5BTAQNZ3E | 9/2/2015 |
| 17 | LaXZyIjfcFU | 2/25/2022 |
| 18 | bYBW5wzLvC0 | 9/2/2015 |
| 19 | KyalEm3AfQM | 2/25/2022 |
| 20 | _btX7GfWj1s | 6/24/2011 |
| 21 | _MFM4O1mVhI | 8/1/2019 |
| 22 | 0DJ_kmmTsak | 4/27/2020 |
| 23 | 1z_NE2e0Z7s | 9/11/2011 |
| 24 | 2243Pm_38F4 | 9/2/2015 |
| 25 | 2jabc9ScwC8 | 9/2/2015 |
| 26 | 3f0IUEEsf8M | 5/15/2012 |

| | | |
|---|---|---|
| 1 | 3ZxmoYJNuhU | 11/26/2018 |
| 2 | 4O4HbOk67ew | 11/23/2019 |
| 3 | 5BwcXqK59T4 | 11/5/2019 |
| 4 | 6m-k-jnYb9A | 6/24/2011 |
| 5 | 7o5UhhW_2XM | 9/17/2020 |
| 6 | AqYVJVtBEmE | 11/6/2018 |
| 7 | A-rlPjn9pUk | 11/26/2018 |
| 8 | asESv2lu7yU | 2012 |
| 9 | b-cBFyifxyc | 1/3/2019 |
| 10 | B-rXUIOvqGQ | 11/12/2018 |
| 11 | buIdiBm9D4g | 5/15/2012 |
| 12 | c6g7dDRfPNg | 3/14/2021 |
| 13 | Cb1v7EkCFEc | 1/3/2019 |
| 14 | co0rhNhuM9A | 7/30/2020 |
| 15 | CTsgYx5jzLE | 3/28/2019 |
| 16 | Cwn4BYB3chw | 9/2/2015 |
| 17 | dU-4xOm08oI | 9/2/2015 |
| 18 | d-WLjvFFsmc | 11/26/2018 |
| 19 | dXYCzInmOeY | 9/2/2015 |
| 20 | Et9pCK3Kw9c | 8/8/2011 |
| 21 | F6wkWO0q_8Q | 2012 |
| 22 | FaEjyb7lGok | 5/16/2012 |
| 23 | FOA0B1HZSbM | 11/26/2018 |
| 24 | G4pdGR8_Wak | 12/7/2018 |
| 25 | g7fsmXEwNCk | 9/2/2015 |
| 26 | gJkR4bMBusQ | 1/2/2019 |
| 27 | | |
| 28 | | |

| | |
|---|---|
| hBw1CZuhaI8 | 3/28/2019 |
| hcx_L3c6nGs | 8/8/2011 |
| Hrr0rwe9G3w | 1/3/2019 |
| J2C52oL0_VQ | 5/22/2019 |
| jqsD2iI-iVU | 2012 |
| K43Q4uCh1jE | 3/16/2012 |
| kACIRWOWyos | 11/12/2018 |
| kMYGXoz-nqM | 5/21/2019 |
| KS9N7SBksGo | 1/13/2019 |
| l7jmPPl4qyA | 1/5/2019 |
| LGxUeTMR34U | 1/3/2019 |
| LYaqRxoTnCU | 3/18/2019 |
| mg3okGoy2X4 | 6/24/2011 |
| MxuGM1VIb78 | 11/26/2018 |
| O4pf5XO12v0 | 9/2/2015 |
| o7Djt_6Bn9U | 10/18/2020 |
| oDPRNnKOvMU | 3/28/2019 |
| p19Ae3hwAec | 1/13/2019 |
| PrsUssh1rpI | 2012 |
| q9Ga2g0DZ5c | 9/2/2015 |
| Q9i_M85aq8o | 2/19/2020 |
| qcNHbiu9Mu8 | 2012 |
| QCzUyIny0x0 | 5/15/2012 |
| qnH5Yhv2eF8 | 1/2/2019 |
| rvc_Wgtrlqw | 12/24/2018 |

| | |
|---|---|
| --S0kaee5wo | 2012 |
| sAafKlSWhms | 10/18/2020 |
| S-hj8jdzN4c | 10/18/2020 |
| shkrzacGaDs | 1/13/2019 |
| SOdfCcN7Dq0 | 1/2/2019 |
| sqxaZV3eRN8 | 9/2/2015 |
| SZ3RrZ8ajzs | 10/18/2020 |
| txCC4NZxk8g | 3/16/2012 |
| TYZp3Yoa1BM | 8/8/2011 |
| u9ZpxEu9Dk0 | 2012 |
| uKFfxB28Bnk | 9/2/2015 |
| uwi20PJCSKQ | 4/27/2012 |
| UySr1ParwZQ | 8/1/2019 |
| v220SddNuZk | 11/29/2021 |
| VHeQVjyW_I | 1/13/2019 |
| vrR1SHFuaCU | 3/28/2019 |
| VvjTJn5f6rw | 4/27/2012 |
| w-HJMv_Rq9A | 11/26/2018 |
| wXVW0aRrQb0 | 1/2/2019 |
| x1v6lDWe1vM | 1/3/2019 |
| xLPjBYEPXL8 | 4/1/2021 |
| xVBYSZbghh0 | 10/18/2020 |
| XyyyyhlPtD0 | 2012 |
| yKnahbi8V2U | 2011 |
| z1ZRXMhdiso | 3/8/2019 |
| zG9vvXtlCzg | 2012 |

UNIGLOBE ENTERTAINMENT LLC'S AMENDED RESPONSES & OBJECTIONS TO DEFENDANTS' FIRST SET OF INTERROGATORIES

3:20-cv-4423

| ZSMIRn6GRD0 | 1/3/2019 |
|---|---|

For all videos that Uniglobe became aware of prior to September 14, 2021, Uniglobe identified the above videos by conducting searches for unauthorized copies of its works on YouTube using the titles of the Works in Suit, by being alerted to the video by a third party, or by being alerted to the video through its YouTube Studio page under the Copyright tab and "Matches." In those instances in which Uniglobe sent a takedown notice, Uniglobe became aware of the video on or shortly before the takedown notices were sent.

Uniglobe further responds that its litigation counsel used YouTube's search function to identify potential infringements based the titles of the Works in Suit from September 7, 2021, to October 5, 2021. Uniglobe's litigation counsel spent approximately 9 hours searching YouTube and compiling the list of potential infringements. Uniglobe's litigation counsel sent those results to it on September 27, 2021. To the extent Uniglobe was not previously aware of a video as set forth above, it became aware of the remaining infringements included on its November 29, 2021 list of preliminary infringements on or shortly after September 27, 2021.

Uniglobe further responds that for infringements identified for the first time on the list of infringements dated February 25, 2022, its litigation counsel spent approximately 3 hours using YouTube's search function to search for the titles of the works at issue. For these searches, Uniglobe's litigation counsel filtered results by upload date. Uniglobe became aware of any infringements it was not previously aware of on or shortly after February 23, 2022.

The means that Uniglobe used to tie each of these alleged infringement to the relevant work at issue involved Uniglobe playing the video and listening and watching for a match between the video and the relevant work at issue and/or by observing a link provided in connection with the video to a third-party website where the work at issue could be found without authorization.

1

## <u>VERIFICATION</u>

2    I have read the foregoing responses to Defendants' Interrogatories and state that the answers

3  contained therein are true to the best of my knowledge, information, and belief.

4

5                                              Signed:

6                                              Dated: June 27, 2022

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Dated: June 28, 2022

Respectfully submitted,

/s/ Randall P. Ewing, Jr.
George A. Zelcs (*pro hac vice*)
Randall P. Ewing, Jr. (*pro hac vice*)
Ryan Z. Cortazar (*pro hac vice*)
KOREIN TILLERY, LLC
205 North Michigan, Suite 1950
Chicago, IL 60601
Telephone: (312) 641-9750
Facsimile: (312) 641-9751

Stephen M. Tillery (*pro hac vice*)
Steven M. Berezney, CA Bar #329923
Carol O'Keefe (*pro hac vice*)
KOREIN TILLERY, LLC
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

Joshua Irwin Schiller, CA Bar #330653
BOIES SCHILLER FLEXNER LLP
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Phone: (415) 293-6800
Fax: (415) 293-6899

Philip C. Korologos (*pro hac vice*)
Joanna Wright (*pro hac vice*)
Demetri Blaisdell (*pro hac vice*)
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards, 20th Floor
New York, NY 10001
Phone: (212) 446-2300
Fax: (212) 446-2350

*Attorneys for Plaintiffs Maria Schneider,*
*Uniglobe Entertainment, LLC, and*
*AST Publishing Ltd.*

# EXHIBIT A

| WORK | Territory | Licensee | Rights | Right to Sub-License |
|------|-----------|----------|--------|---------------------|
| 5 Weddings | China (Mainland) | Beijing Huiya International Cultural Communication Co., Ltd. | Cinematic Rights, Video, Pay TV, Free TV, PPV, Closed Net/Internet VOD | YES |
| 5 Weddings | World | ValleyArm | Use of Content ID | YES |
| 1 a Minute | USA, Canada, India | Arrow Entertainment Inc. | All rights except TV in USA. Digital and Internet in Canada. Theatrical in India | NO |
| 1 a Minute | Australia and New Zealand | Accent Film Entertainment | Theatrical, non-theatrical, and public video. | NO |
| 1 a Minute | World | GALA GLOBAL | Airline media. | NO |
| 1 a Minute | US and Canada | Gravitas Ventures | Exclusive Transactional VOD, Subscription VOD, Ad-sponsored VOD, Television, Non-Theatrical, and Incidental Rights. | YES |
| 1 a Minute | World | Passion River Productions Inc. | Physical DVD | YES |
| 5 Weddings | Angola, Benin, Botswana, Burkina Faso, Burundi, Cameroon, Cape Verde Islands. Central  African Republic, Comoros, Congo, Democratic Republic of Congo, Equatorial Guinea (including  Malabo), Eritrea, Ethiopia, Gabon, The Gambia, Ghana, Guinea, Guinea Bissau, Ivory Coast (Cote d'Ivoire), Kenya, Lesotho, Liberia, Madagascar, Malawi, Mali,  Mauritius, Mayotte, Mozambique, Namibia, Niger, Nigeria, Reunion, Rwanda, Sao Tome & Principe, St. Helena, Senegal, Seychelles, Sierra Leone, South Africa, South Sudan, Swaziland, Tanzania, Togo, Uganda, Western Sahara, Zambia, Zanzibar and Zimbabwe. | M-NET | Pay Television and On Demand | NO |
| 5 Weddings | World, excluding India | Atrium Productions Ktt. | Ancillary - Airlines | YES |
| 5 Weddings | India | Amash Films/Raw E-Commerce | Theatrical, Home Video, Video on Demand, Pay-Per-View, Ancillary/Non-Theatrical Rights to Airlines, Hotels, Ships at Sea, Television Rights | YES |
| 5 Weddings | India | Media International | Theatrical, Home Video, VOD, Hotels, Ships, and TV | YES |
| 5 Weddings | Malaysia and Brunei | Suraya Filem Production & Distribution | Cinematic, Video, Pay TV, Free TV, Ancillary (Hotels), Pay-per-view, Closed Net/Internet VOD | YES |
| 5 Weddings | Mexico | Renaissance Media | Free TV | YES |
| 5 Weddings | Singapore | Blue String Entertainment | Cinematic, Video, Pay TV, Free TV, Pay-per-view, and Closed Net/Internet VOD | YES |
| Americanizing Shelley | UK, Gibraltar, Republic of Ireland, Malta | SCANBOX | Pay-per-view, Video, Pay TV, and Free TV rights | NO |
| Americanizing Shelley | SE Asia (Malaysia, Singapore, Borneo, Indonesia, and Ph | Gala Entertainment Corp | All formats | NO |
| Americanizing Shelley | World, excluding USA | INFRAME | All rights | YES |
| Americanizing Shelley | USA and Canada | Polychrome Pictures LLC | Pay-per-view, Non-theatrical, Digital Delivery, and Television | YES |
| 5 Weddings | World | Spirit Voyage | In-film soundtrack to 5 songs listed in Schedule C | NO |
| 5 Weddings | SAARC (excluding India; but broadcasting within SAARC nations only, which are limited to India, Pakistan, Sri Lanka, Nepal, Maldives, Bhutan, Bangladesh and Afghanistan). | Media International | SATELLITE, VOD, and PPV | YES |
| 5 Weddings | Australia including: Ashmore Islands, Christmas Islands, Norfolk Island, Papua New Guinea, Micronesia, Cocos (Keeling) Islands, New Britain, New Ireland, Admiralty Islands, Nauru, New Caledonia, Solomon Islands (including Bougainville), Vanuatu and New Zealand including: Cook Islands, Fiji, Fijian Islands, Kirabati (which includes the former Gilbert Islands, Ocean Island, Phoenix Island, Line Island), Niue Rarotonga; Samoan Islands (excluding American Samoa), Tokelau Islands, Tuvalu (fka Ellice Island), Tonga, Palau, Saipan. The Territory shall also include the Army, Navy, Air Force, Red Cross and other national or governmental installations as well as oil rigs and other commercial and/or industrial installations, wherever any of the aforementioned facilities and installations are located, to the extent that sales are made and/or servicing thereof is performed within the Australia, New Zealand or their possessions, territories or commonwealths. Ships and carriers flying the flags of the foregoing countries shall be considered and licensed as part of the Territory. | SC MOVIES PTY LTD | Media including without limitation Video-on-Demand and Mobile & Wireless | YES |
| 5 Weddings | United Kingdom & Eire French and French-Speaking Belgium, Switzerland, Monaco | AHS International | Cinematic and Closed Net/Internet VOD | YES |
| 5 Weddings | World excluding India and SAARC Nations (Afghanistan, Bangladesh, Bhutan, India, Nepal, the Maldives, Pakistan and Sri Lanka) | Vision Films Inc. | Theatrical, Home Video, Video on Demand and Pay-Per-View, Ancillary/Non-theatrical Airlines, Hotels, Ships at Sea, and Television | YES |
| Americanizing Shelley | Middle East (Bahrain, Egypt, Iraq, Iran, Jordan, Kuwait, Lebanon, Libya, Oman, Palestine, Qatar, Saudi Arabia, Sudan, Syria, Yemen, UAE) North Africa for purposes of Arabic Language TV rights (Algeria, Chad, Djibouti, Mauritania, Morocco, Somalia, Tunisia) | Falcon Films | Cinematic, PPV, Video, Pay TV, Free TV, and Ancillary (Hotel) | NO |
| Americanizing Shelley | Germany, Switzerland, Austria, German-speaking Liechtenstein, German Luxembourg, Alto Adige | RRS Entertainment | Cinematic, PPV, Video, Pay TV, Free TV, and Internet Rights | NO |

| | | | | |
|---|---|---|---|---|
| Americanizing Shelley | Australia and New Zealand, including surrounding islands | Rialto Distribution PTY LTD | Cinematic, PPV Rights, Video, Pay TV, and Free TV | NO |
| Americanizing Shelley | South Africa | STER KINEKOR PTY LTD | Cinematic, PPV, Video, Pay TV, and Free TV rights | NO |
| Americanizing Shelley | World | American Pride Film Groups | All rights. | YES |
| Americanizing Shelley | World, excluding North America (plus all US territories) | iDream Independent Pictures | Theatrical, Non-Theatrical, Video, Television, and Ships and Planes | NO |
| Americanizing Shelley | USA, Bahamas, and Bermuda | Brainstorm Media | Television and Broadband | NO |
| 5 Weddings | Bulgaria | Daro Film Distribution | Free TV | NO |
| 5 Weddings | United States and its protectorates | Foundation Sales & Consulting | Non-theatrical: Prisons through CorrConnect | NO |
| 5 Weddings | Taiwan | Sky Digi Entertainment Co. | Closed Net/Internet VOD | YES |
| 5 Weddings | Canada | Crossroads Television System/ YESTV | Free TV | YES |
| 5 Weddings | Russia, Belarus, Moldova, Karakhistan, Azerbaijan, Armenia, Georgia, Uzbekistan, Turkmenistan, Kyrgzstan and Ukraine. | Creative Media | VOD | NO |
| 5 Weddings | Australia and New Zealand | Bounty Entertainment Pty | VOD | NO |
| 5 Weddings | Canada, Canadian military vessels | Canal Evasion Inc. (Quebecor) | Specialty Television, Simulcasting, and Free Video on Demand | YES |
| 5 Weddings | World | Reel Women Network | The Reel Women's Network platforms | NO |
| 5 Weddings | United States and its territories and possessions | UVOD | Digital Distribution | NO |
| 1 a Minute | Australia, New Zealand | Accent Film Entertainment Inc. | Cinematic, Video, Ancillary (Hotel), TV, Pay TV, and Free TV | YES |
| 1 a Minute | World | Vista India Digital Media | Netflix | YES |
| 5 Weddings and American | World | CD Baby | All rights to in-film music | YES |
| Americanizing Shelley | Poland and Eastern Europe | HBO | TV | NO |
| Americanizing Shelley | Sweden, Norway, Denmark, and Finland | Parvision | Video | NO |
| Americanizing Shelley | Romania | Television Inc. | Free TV | NO |
| Americanizing Shelley | United States and Canada | Warner Brothers and Warner Home Video | Pay-per-view, Non-theatrical, Digital Delivery, and Television | YES |
| Americanizing Shelley | Russia | Murena | PPV, Video, Pay TV, and Free TV | NO |
| Americanizing Shelley | Brazil | Telecine | PPV, Pay TV | NO |
| Americanizing Shelley | Italy | Movie ON | All except ancillary | NO |
| 5 Weddings | United Arab Emirates | Eagle Films | All | YES |
| 1 a Minute | United States and Canada | Warner Brothers | PPV, VOD, Hotel, Airline, Wireless, and Internet | YES |