# EXHIBIT 21

to the Declaration of Paul Harold

```
1                 UNITED STATES DISTRICT COURT
2               NORTHERN DISTRICT OF CALIFORNIA
3                   SAN FRANCISCO DIVISION
4    MARIA SCHNEIDER, UNIGLOBE        )
     ENTERTAINMENT, LLC, and AST      )
5    PUBLISHING LTD., individually    )
     and on behalf of all others      )
6    similarly situated,              )
                                      ) CASE NO. 3:20-cv-4423
7              Plaintiffs,            )
                                      )
8       VS.                           )
                                      )
9    YOUTUBE, LLC, and GOOGLE LLC,    )
                                      )
10             Defendants.            )
                                      )
11   YOUTUBE, LLC, and GOOGLE LLC,    )
                                      )
12             Counter-Plaintiffs,    )
                                      )
13      VS.                           )
                                      )
14   GÁBOR CSUPÓ, PIRATE MONITOR      )
     LTD., LLC, and PIRATE MONITOR    )
15   LLC,                             )
                                      )
16             Counter-Defendants.    )
                                      )
17
18                      CONFIDENTIAL
19    REMOTELY CONDUCTED VIDEOTAPED 30(b)(6) DEPOSITION OF
                 UNIGLOBE ENTERTAINMENT, LLC
20             NAMRATA SINGH GUJRAL COOPER
          Burbank, California (Witness' Location)
21             Thursday, June 30, 2022
22
     Reported by:
23   LYDIA ZINN
     RPR, FCRR, CSR No. 9223
24   Job No. SF 5301785
25   PAGES 1 - 210
```

Page 1

CONFIDENTIAL

```
 1   A    Sorry.  What page was that, again?           11:47:02AM

 2   Q    Yeah.  It's page 21.

 3   A    I'm there, sir.

 4   Q    Okay.  So let's turn back again.  Paragraph 67.

 5   And the back of that -- the back of that sentence      11:47:20AM

 6   states "...and as a motion picture in October of 2016."

 7   Right?

 8   A    Yes, sir.

 9   Q    And that's not accurate.  Correct?

10          MR. EWING:  Objection to form.              11:47:42AM

11          THE WITNESS:  That's not entirely correct.

12   BY MR. RICHLIN:

13   Q    Okay.  All right.  Let's look at the next

14   paragraph.  Now we're looking at Americanizing Shelley.

15   Correct?                                           11:48:01AM

16   A    Yes, sir.

17   Q    And Americanizing Shelley, according to

18   paragraph 68, was registered with the US Copyright

19   Office for its dramatic work and music or choreography,

20   on November 18th, 2003, with a 2003 date of creation    11:48:18AM

21   and publication, and as a motion picture in March 2006.

22   That's how paragraph 68 reads.  Right?

23   A    Yes, sir.

24   Q    Paragraph 68 is not completely accurate, either.

25   Right?                                             11:48:37AM
```

Page 54

```
 1              MR. EWING:  Objection to form.          11:48:38AM

 2              THE WITNESS:  I believe the March 2006 part.

 3    BY MR. RICHLIN:

 4    Q.   Right.  Because Americanizing Shelley was not

 5    actually registered as a motion picture in March 2006   11:48:49AM

 6    with the US Copyright Office.  Correct?

 7    A    Again, it -- it's part of that -- it's part of

 8    Americanizing Shelley that was registered.  It's all --

 9    they're all parts of the sum of the creation.

10    Q    Okay.  I'm really just focusing on the words that   11:49:38AM

11    you said you reviewed in paragraph 68.  And those words

12    are that "Americanizing Shelley was registered with the

13    US Copyright Office," and then the last clause, "as a

14    motion picture in March of 2006."

15         Can you point to -- can you point me to any         11:49:58AM

16    document from March 2006 that shows that Americanizing

17    Shelley was registered with the US Copyright Office as

18    a motion picture at that time?

19    A    No, I can't.

20    Q    Okay.  And we can pull up the registration record;  11:50:28AM

21    but what it shows is that Americanizing Shelley was

22    only registered as a dramatic work, as a screenplay.

23    Correct?

24    A    As a dramatic work and a screenplay; but yes, a

25    dramatic work.                                           11:50:46AM
```

Page 55

CONFIDENTIAL

```
 1   Q    But not on the face of the registration as a          11:50:47AM

 2   motion picture.  Correct?

 3            MR. EWING:  Objection to form.

 4            THE WITNESS:  If I'm observing it literally,

 5   then I don't see that.                                     11:51:00AM

 6   BY MR. RICHLIN:

 7   Q    Okay.  And so turning back to paragraph 68 as

 8   Exhibit -- of Exhibit 4, the statement "as a motion

 9   picture in March 2006" -- that's not entirely accurate.

10   Correct?                                                   11:51:23AM

11            MR. EWING:  Objection to form.

12            THE WITNESS:  As a literal observation, that

13   is correct.

14   BY MR. RICHLIN:

15   Q    It's correct that the words in paragraph 68 are       11:51:34AM

16   not entirely accurate.  That's your testimony.  Right?

17            MR. EWING:  Objection.  Objection to form.

18            THE WITNESS:  March 2006 appears to be a date

19   when a different document was uploaded to the

20   US Copyright Office, but I am sorry.  I -- I -- I don't    11:51:59AM

21   agree that any of these pictures were not copyrighted

22   correctly.

23   BY MR. RICHLIN:

24   Q    Yeah.  Ms. Cooper, I -- I'm really not asking for

25   your legal conclusions.  Your attorney will have a lot    11:52:21AM
```

Page 56

CONFIDENTIAL

```
 1    of chance to ask you questions.  You'll provide your      11:52:25AM

 2    testimony.  Just answer the questions, and we'll

 3    continue moving on.  Okay?

 4    A    Okay.

 5    Q    Okay.  So I really just want to focus.  And I'll     11:52:32AM

 6    just ask the question very clearly.  Was Americanizing

 7    Shelley registered with the US Copyright Office as a

 8    motion picture in March 2006?

 9          MR. EWING:  Objection to form.

10          THE WITNESS:  In a literal sense, it does not       11:52:49AM

11    appear so.

12    BY MR. RICHLIN:

13    Q    Okay.  Just one moment.  All right.  Let's look at

14    the next paragraph.  So we're still in Exhibit 4, the

15    Complaint.  We're on page 21.  Now we're looking at --   11:54:03AM

16    at -- at paragraph 69.  Okay?

17    A    Yes, sir.

18    Q    All right.  This -- this states that 1 a Minute

19    was registered with the US Copyright Office as a motion

20    picture on September 3rd, 2010, with a 2008 date of      11:54:18AM

21    creation and publication.  Is that right?

22    A    Yes, sir.

23    Q    And has -- has the 1 a Minute -- and here --

24    strike that.

25          Here the registration is reflected as a motion      11:54:33AM
```

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL

```
 1            MR. EWING:  Objection to form.            12:09:25PM

 2            THE WITNESS:  It was not released in theaters

 3     until 2010.  Correct.

 4     BY MR. RICHLIN:

 5     Q    So when we were -- let's just review paragraphs   12:09:31PM

 6     67, 68, and 69.

 7            In 67, as we've already -- you've already

 8     testified that, in fact, 5 Weddings was not registered

 9     with the US Copyright Office as a motion picture in

10     October 2016.  Correct?                             12:09:48PM

11     A    Yes.

12     Q    Paragraph 68, as you've testified, Americanizing

13     Shelley was not actually registered with the

14     US Copyright Office as a motion picture in March 2006.

15     Correct?                                            12:10:03PM

16     A    Yes.

17     Q    And in paragraph 69, 1 a Minute was not actually

18     released as a film until 2010.  Correct?

19            MR. EWING:  Objection to form.

20            THE WITNESS:  Yes.                           12:10:23PM

21     BY MR. RICHLIN:

22     Q    Are there any other inaccuracies that you're aware

23     of in the First Amended Complaint filed by plaintiffs

24     in this action?

25            MR. EWING:  Objection to form.               12:10:33PM
```

Page 66

CONFIDENTIAL

1   Q    Do you still have Exhibit 3 in front of you,          12:15:34PM

2   ma'am?

3   A    I think this is -- yes, I do.

4   Q    Okay.  And on page -- still on page 4 of the PDF,

5   line 8, 5 Weddings was authored by Uniglobe through       12:15:50PM

6   work-for-hire agreements.  Correct?

7   A    Yes, sir.

8   Q    And when you say -- you testified that Uniglobe

9   created the content.  Do you -- are you referring to

10  Uniglobe's entry into work-for-hire agreements and        12:16:13PM

11  directing the creation of the 5 Weddings motion

12  picture?

13  A    Entering into agreements was a part of it.

14  Q    What else beyond entering into work-for-hire

15  agreements gives Uniglobe ownership of the copyrights     12:16:47PM

16  for 5 Weddings motion picture?

17          MR. EWING:  Objection to form.

18          THE WITNESS:  Conception.

19  BY MR. RICHLIN:

20  Q    Anything else?                                        12:17:09PM

21  A    First -- yes.

22  Q    Oh, sorry.  Go ahead.

23  A    Oh, that's -- I'm trying to...

24  Q    I don't want to -- yeah.  No.  I don't want to

25  interrupt.  So let me -- let's just get a clean record.   12:17:21PM

Page 69

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | Q    -- if your attorney wants to ask you that question | 12:32:47PM |
| 2 | about the document later, that's your time to answer. | |
| 3 | Okay? | |
| 4 | A    Okay. | |
| 5 | Q    Thank you. | 12:32:53PM |
| 6 |     Ms. Cooper, is -- are the copyrights to | |
| 7 | 5 Weddings, the motion picture, owned by Uniglobe | |
| 8 | Wyoming or Uniglobe Delaware? | |
| 9 |        MR. EWING:  Objection to form. | |
| 10 |        THE WITNESS:  I'm not sure. | 12:33:31PM |
| 11 | BY MR. RICHLIN: | |
| 12 | Q    Well, has to be one or the other.  Right? | |
| 13 | A    Yes. | |
| 14 |        MR. EWING:  Objection to form. | |
| 15 | BY MR. RICHLIN: | 12:33:40PM |
| 16 | Q    Can't be both.  Right? | |
| 17 | A    Yes. | |
| 18 | Q    Okay.  Let's go back to -- let's go back to | |
| 19 | Exhibit 4. | |
| 20 | A    I'm here. | 12:34:01PM |
| 21 | Q    Okay.  If you go to the -- the bottom of page 6, | |
| 22 | which is the seventh page of the document, | |
| 23 | paragraph 17. | |
| 24 | A    I'm here. | |
| 25 | Q    Do you see that? | 12:34:33PM |

Page 77

```
 1              MR. EWING:  Objection to form.              12:41:30PM

 2              THE WITNESS:  Yes.

 3    BY MR. RICHLIN:

 4    Q    And that's why Uniglobe Wyoming is in -- is a

 5    plaintiff and asserts ownership in this litigation; but   12:41:39PM

 6    as to the Indian -- Indian board that we looked at,

 7    Uniglobe Delaware asserted ownership there.  Correct?

 8              MR. EWING:  Objection to form.

 9              THE WITNESS:  Yes.  The majority of the

10    contracts in India, because it was field production,    12:41:59PM

11    was under Delaware.  So that is what the Censor Board

12    advised that we do.

13    BY MR. RICHLIN:

14    Q    And so for the Censor Board it was more convenient

15    to assert ownership on behalf of Uniglobe Delaware.     12:42:15PM

16    Correct?

17              MR. EWING:  Objection to form.

18              THE WITNESS:  I can't speak to the person.

19    He was head of the Censor Board.  I can't speak to why

20    he guided me regarding that; but yes, that was the      12:42:29PM

21    guidance.

22    BY MR. RICHLIN:

23    Q    And -- and you responded to that guidance and made

24    the representation that you made, as reflected in

25    Exhibit 10.  Correct?                                    12:42:38PM
```

Page 82

| | | |
|---|---|---|
| 1 | reason that the names are identical, and we didn't name | 1:41:41PM |
| 2 | the Delaware company something different.  So -- so, | |
| 3 | no, I am not indicating that Delaware only owns the | |
| 4 | copyright to 5 Weddings. | |
| 5 | BY MR. RICHLIN: | 1:41:58PM |
| 6 | Q    Can you answer which entity, as between Uniglobe | |
| 7 | Entertainment LLC Delaware and Uniglobe Entertainment | |
| 8 | LLC Wyoming owns the copyrights to the 5 Weddings | |
| 9 | motion picture, Hindi version? | |
| 10 | A    Permission to go into a couple of details. | 1:42:34PM |
| 11 | Q    If -- if it's a straightforward question, did you | |
| 12 | understand the question? | |
| 13 | A    I understood the question, but it's not | |
| 14 | straightforward. | |
| 15 | Q    It's -- it's -- the answer can either be Uniglobe | 1:42:46PM |
| 16 | Entertainment LLC Delaware, Uniglobe Entertainment LLC | |
| 17 | Wyoming, or I can't answer. | |
| 18 |          MR. EWING:  Objection.  One second. | |
| 19 |      The answer can be whatever you believe the | |
| 20 | appropriate answer is; not whatever Mr. Richlin directs | 1:43:02PM |
| 21 | you the answer is. | |
| 22 |          MR. RICHLIN:  Randall, Randall, stop making | |
| 23 | speaking objections.  Stop instructing the witness. | |
| 24 | It's inappropriate. | |
| 25 |          MR. EWING:  There wasn't a question.  The | 1:43:17PM |

Page 93

```
 1    preceding comment was not a question that you had        1:43:18PM

 2    pending.  You made a statement.

 3              MR. RICHLIN:  Randall, stop.  Randall, stop.

 4    Q.   Ms. Cooper, can you answer my question?

 5    A    I'll answer it this way.  If you have a child --     1:43:35PM

 6    my daughter -- ask, "Is Namrata your parent or Joe your

 7    parent," the truth is they're both her parents.

 8         The truth is both Uniglobe Entertainments own

 9    5 Weddings.

10    Q    Okay.  And what is the chain of title that          1:43:55PM

11    reflects that both Uniglobe entities own 5 Weddings?

12    A    I'm going to go back to what I stated earlier.

13    The two are separate entities for functionality of

14    movie production and distribution; but inherently, the

15    two are the same.  I don't think it would be fair to     1:44:44PM

16    pick one over the other.

17    Q    Okay.  The Hindi version of 5 Weddings -- that was

18    completed as a work-for-hire agreement.  Correct?

19    A    For -- yes.  From my recollection, most of the

20    contracts were work-made-for-hire.                       1:45:26PM

21    Q    And what work-made-for-hire agreements were

22    entered into that led to the creation of the Hindi

23    version of the 5 Weddings motion picture?

24    A    The majority of them were the contracts for the

25    English-language version of the film.                    1:45:58PM
```

Page 94

1    Q    Okay.  Other than Tim Griffin and Andy Glickman,        1:58:48PM

2    were there others who provided work that went into the

3    creation of Americanizing Shelley and performed that

4    work subject to work-for-hire agreements?

5    A    Yes.                                                    1:59:15PM

6    Q    And is Uniglobe today -- is it in possession of

7    all of the work-for-hire agreements that generated work

8    that went into the creation of Americanizing Shelley?

9    A    Yes.

10   Q    And have all of those work-for-hire agreements       1:59:32PM

11   been produced?

12            MR. EWING:  Objection to form.

13            THE WITNESS:  I've -- a lot of the work, I've

14   relied on my attorneys to -- to execute, so I -- I

15   assume they have.                                           1:59:56PM

16   BY MR. RICHLIN:

17   Q    Okay.  Approximately how many work-for-hire

18   agreements did Americanizing Shelley LLC enter into

19   that generated the creation of the Americanizing

20   Shelley motion picture?                                     2:00:16PM

21   A    I don't remember the exact number, but as a

22   general rule of thumb for independent films we look at

23   anything from 50 to 100, so I would say maybe 75.

24   Q    Okay.  Somewhere -- somewhere in that range is

25   what you would expect?                                      2:00:52PM

Page 101

CONFIDENTIAL

| 1 | A     Yes, that is my understanding. | 2:25:07PM |

2   Q     And is there any other document that you can

3   identify, sitting here today, that provides Uniglobe

4   Entertainment with ownership of copyrights in

5   Americanizing Shelley, the motion picture?          2:25:25PM

6   A     I can't say for a fact there isn't one, but I

7   cannot recall another document right now.

8   Q     Okay.  All right.  Let's talk about 1 a Minute.

9   What's the basis for Uniglobe's assertion of ownership

10  as to 1 a Minute, the motion picture?               2:26:20PM

11  A     Uniglobe is the content creator.

12  Q     And in -- in Uniglobe's answer to interrogatory --

13  an interrogatory, Uniglobe stated that 1 a Minute was

14  produced through work-for-hire agreements.  Is that how

15  Uniglobe produced 1 a Minute?                        2:26:47PM

16          MR. EWING:  Objection to form.

17          THE WITNESS:  Yes, I believe so.

18  BY MR. RICHLIN:

19  Q     Approximately how many work-for-hire agreements

20  did Uniglobe enter into that generated the creation of  2:27:06PM

21  1 a Minute?

22  A     Anywhere from 20 to 50.

23  Q     So fewer than the 50 to a hundred that you

24  estimated earlier for 5 Weddings?

25  A     Yeah, because 5 Weddings is a narrative, and this  2:27:40PM

Page 112

1    A    Yes, I did, to the best of my ability that I          3:05:00PM

2    could.

3    Q    Okay.  When did Uniglobe create the YouTube

4    channel?

5    A    Sorry.  I'm not trying to delay.  I'm just          3:05:30PM

6    thinking about it.  Give me just a moment, please.

7    Q    Mm-hm.  I'll point you to a -- on the right hand

8    of the page "Stats."  That says "Joined February 18,

9    2007."  So, as you think, you can let me know if that

10   reflects your best recollection of when Uniglobe          3:05:50PM

11   joined -- joined YouTube and created a YouTube channel.

12   A    I think it might have been 2007.

13   Q    Okay.  Who from Uniglobe created the YouTube

14   channel?

15   A    I did.                                                3:06:13PM

16   Q    And at the time that you created the YouTube

17   channel, you agreed to YouTube's Terms of Service.

18   Correct?

19   A    Yes.  I -- yeah.  Okay.

20          MR. RICHLIN:  Let's -- let's mark as              3:06:34PM

21   Exhibit 19 tab 39, please.

22   (Deposition Exhibit 19 marked for identification.)

23   BY MR. RICHLIN:

24   Q    All right.  Ms. Cooper, we've marked as Exhibit 19

25   a document that has the Bates stamp GOOG, G-O-O-G         3:06:55PM

Page 123

CONFIDENTIAL

```
 1    use, reproduce, distribute, prepare derivative works       3:10:18PM

 2    of, display, and perform any content that Uniglobe

 3    uploaded to YouTube.  Correct?

 4              MR. EWING:  Objection to form.

 5              THE WITNESS:  Sorry, but no, that's not how I     3:10:37PM

 6    understood it.

 7    BY MR. RICHLIN:

 8    Q    Okay.  You disagree that Uniglobe granted YouTube

 9    a license to works that Uniglobe uploaded to YouTube?

10    A    No.  I think the license is granted to the            3:10:58PM

11    extent -- to our uploads of our own content, but I

12    don't think the license was a license to -- for

13    unlimited -- you know, John, Dick, and Harry to exploit

14    the picture on YouTube, no.

15    Q    Okay.  So you do agree, though, that Uniglobe         3:11:23PM

16    granted YouTube a license with respect to works that

17    you uploaded.  We can agree on that.  Correct?

18    A    Yes, but limited to what was uploaded by Uniglobe.

19    Q    Okay.  So why did you not list YouTube as a

20    licensee in Exhibit A to your interrogatory responses,    3:11:43PM

21    or otherwise in your interrogatory responses?

22              MR. EWING:  Objection to form.

23              THE WITNESS:  Because I think the -- the list

24    covers licensors that have been granted license for

25    monetary exchange; and that was never the case with       3:12:07PM
```

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL

1    there?                                                    3:27:00PM

2    A    I'm here, sir.

3    Q    Okay.  Interrogatory 9 asks for the occasions of

4    when each Work in Suit was uploaded in full or in part

5    to YouTube.                                               3:27:12PM

6        And then the response -- the response lists

7    authorizations to upload certain works by Gravitas

8    Ventures, and by Vision Films, and Movie Central, and

9    then a long list of uploads.  Do you see that?

10   A    Are we talking about Number 9?                       3:27:33PM

11   Q    No.  I'm talking about the Response to

12   Interrogatory Number 7 on page 9.

13   A    Oh, on page 9.  I'm sorry.  What paragraph are you

14   referring to on page 9?

15   Q    Okay.  So first on page 9, do you see the heading   3:28:04PM

16   for Interrogatory Number 7?

17   A    I do.

18   Q    Okay.  So Interrogatory Number 7 asks for the

19   identification and detailing of when each Work in Suit

20   was uploaded to YouTube by you or through your           3:28:21PM

21   authorization.  Do you see that?

22   A    Yes, I do, sir.

23   Q    Okay.  And then if you go down on page -- on the

24   same page, your response, you state that Uniglobe has

25   authorized Gravitas Ventures to display 1 a Minute for   3:28:39PM

                                                    Page 132

CONFIDENTIAL

```
1    rent on YouTube, and that it has authorized Vision        3:28:43PM

2    Films, Movie Central, and Encourage TV to display

3    5 Weddings on YouTube.  Correct?

4    A    Yes.  I see that in paragraph 2.

5    Q    Okay.  And that reflects that those are Works in      3:28:56PM

6    Suit that have been uploaded to YouTube with Uniglobe's

7    authorization.  Correct?

8    A    Yes, sir.  That's correct.

9    Q    Okay.  And -- and in addition to that, there's a

10   list from pages 10 all the way through page 14 of a       3:29:19PM

11   number of other -- a number of other instances of

12   uploads.  Do you see that?

13   A    Yes, sir, I do.

14   Q    And those are uploads by Uniglobe of part or all

15   of -- of the Works in Suit.  Correct?                     3:29:43PM

16   A    Yes, sir, I believe that's correct.

17   Q    Okay.  All of those uploads are subject to

18   YouTube's Terms of Service.  Correct?

19        MR. EWING:  Objection to form.

20        THE WITNESS:  I imagine they would be.               3:30:11PM

21   BY MR. RICHLIN:

22   Q    Okay.  Sometimes you've -- Uniglobe has uploaded

23   full copies of the Works in Suit; and at other times

24   it's uploaded clips or trailers.  Correct?

25   A    Yes.  That's correct.                                3:30:51PM
```

Page 133

1   Q    Okay.  Let's just talk about full uploads.  Which    3:30:53PM

2   Works in Suit have you uploaded the entirety of to

3   YouTube?

4   A    The only one I can remember right now is

5   5 Weddings in entirety.                                   3:31:24PM

6        However, if you look at the various episodes on

7   the Thrive channel, one of the shows, I believe, has

8   excerpts from 1 a Minute, which, if pieced together,

9   would probably form the entire picture.

10  Q    And as to either the upload of 5 Weddings in full    3:32:04PM

11  or the uploads of the 1 a Minute clips on the Thrive

12  channel that sum up to equal all or practically all of

13  1 a Minute, would Uniglobe ever remove any of those

14  videos from YouTube service?

15  A    I'm so sorry.  You skipped out for a second.  Did    3:32:31PM

16  Uniglobe do what?

17  Q    Did Uniglobe ever remove any of those videos from

18  the YouTube service?

19  A    I think we made 5 Weddings private, versus -- or

20  unpublished; but I don't know that we actually deleted   3:33:06PM

21  it.

22  Q    Sitting here today, you don't recall having

23  deleted it.  Is that fair?

24  A    No, I don't recall having deleted it now.

25       MR. RICHLIN:  Okay.  Give me one moment.            3:33:47PM

Page 134

1    A    Yes, I am.                                              3:43:32PM

2    Q    Those are affiliates or associates of Vision

3    Films.  Correct?

4              MR. EWING:  Objection to form.

5              THE WITNESS:  I don't know, sir.                   3:43:46PM

6        I do know that they were granted a license to

7    showcase the picture on YouTube, but I'm not sure what

8    the affiliation is.

9    BY MR. RICHLIN:

10   Q    Okay.  Let me make sure we've got a clear record.      3:43:56PM

11   Let's put aside affiliation.  Do -- do Movie Central

12   and Encourage TV also have rights from Uniglobe to put

13   5 Weddings' English version on YouTube?

14   A    Yes, I believe those rights have been granted by

15   Vision to those companies.                                  3:44:25PM

16   Q    Okay.  That was my next question.  So the basis

17   for those rights is that Uniglobe provided a

18   distribution agreement to Vision, and then Vision is

19   allowed to provide further authorizations to those

20   other entities.  Is that correct?                           3:44:43PM

21   A    For clarification, Vision Films -- it reads the

22   "Distribution Agreement," but it -- in functionality,

23   it functions as a sales-agent agreement.  And, just

24   like any sales agent, they license out to third

25   parties.                                                    3:45:05PM

                                                      Page 139

1   sublicensees -- let me rephrase.                            3:48:44PM

2       Were any of those sublicensees also authorized to

3   upload 5 Weddings onto YouTube in their designated

4   territories?

5   A    I would have to go back and review each individual    3:49:23PM

6   contract.  There are several of them.

7   Q    Sitting here -- sitting here today, without

8   reviewing the agreements, are you aware that any

9   additional sublicensees or licensees were permitted to

10  put 5 Weddings up on YouTube in any territory beyond       3:49:40PM

11  Vision, Movie Central, and Encourage?

12  A    I'm simply speaking from experience here, and not

13  directly to 5 Weddings, but my thought is that if

14  Internet rights are granted, unless there's an

15  exclusion for a platform, as long as the location --       3:50:22PM

16  the geographical location parameters are met, I don't

17  believe it's excluded as a platform.

18  Q    Okay.  And in order to -- in order to understand

19  precisely who had the right, is your testimony that we

20  would need to go back and review the specific             3:50:51PM

21  agreements that are referenced here in Exhibit A?

22          MR. EWING:  Objection to form.

23          THE WITNESS:  Not necessarily, because they

24  would -- I -- it would be on the Gross Contract Sales,

25  or it would be -- it be would be pretty simple to find     3:51:12PM

CONFIDENTIAL

```
 1   know.                                               4:02:07PM

 2       I know what territories have the right to my

 3   pictures, and where they should be showcased.

 4   BY MR. RICHLIN:

 5   Q    Okay.  And -- and where -- who has the rights is,   4:02:14PM

 6   in general, depicted by the chart in Exhibit A, and

 7   that depends upon the territory.  Correct?

 8   A    The rights that are depicted in Exhibit A are --

 9   let's take a look here.  Yes.  They have a territory

10   column.  Yes.                                       4:02:42PM

11   Q    And they also have a specific rights.  And it's

12   not always the exact same rights in each territory.

13   Correct?

14   A    Yes, that's correct.

15           MR. RICHLIN:  Okay.  Let's take -- let's go   4:02:51PM

16   off the record.

17           THE REPORTER:  Mr. Peña, are you available?

18           THE VIDEOGRAPHER:  Sorry.  I was on mute.

19   The time is 4:03, and we're going off the record.

20   (Recess taken from 4:03 p.m. until 4:19 p.m.)        4:03:26PM

21           THE VIDEOGRAPHER:  The time is 4:19, and

22   we're back on the record.

23           MR. RICHLIN:  Okay.  Qifan, can you mark tab

24   25, please?

25   (Deposition Exhibit 21 marked for identification.)   4:20:04PM
```

Page 148

CONFIDENTIAL

```
 1    A    Yes.                                           4:29:14PM

 2    Q    And so have any of the rights addressed by those

 3    agreements reverted back to Uniglobe yet?

 4         MR. EWING:  Objection to form.

 5         THE WITNESS:  Again, I don't remember if         4:29:37PM

 6    there was a written extension for this agreement.

 7         It's possible on paper it's reverted back, but I

 8    did agree that they could continue to exploit the

 9    picture on our behalf.  So as long as I kept -- kept --

10    as long as it was okay for me to do the, you know, the   4:29:56PM

11    Thrive channel, so yes.

12    BY MR. RICHLIN:

13    Q    Okay.  So --

14    A    Yes, they continue -- they continue to exist.

15    Q    Okay.  And it's your testimony that even and apart  4:30:11PM

16    from the agreement that we're looking at, Exhibit 21,

17    that there's a separate oral permission granted to you

18    by Brendan Gallagher from Gravitas Ventures to Uniglobe

19    to use certain content from 1 a Minute on the Thrive

20    channel on YouTube.  Is that correct?                 4:30:34PM

21    A    Yes.  I'll actually take that one step further.

22    So if you look at the Schedule I or 1 in this

23    agreement, and one of the exclusions is Amazon --

24    Gravitas actually does sell the DVD on Amazon.  And --

25    and that's just a verbal understanding between us.  And  4:30:54PM
```

Page 153

```
1    it's -- it's fine with me.                            4:30:57PM

2    Q    Okay.  So in addition to -- or in addition to the

3    contract, there's some additional verbal understandings

4    between Uniglobe and Gravitas that define additional

5    rights with respect to 1 a Minute.  Is that fair?      4:31:13PM

6    A    There's an understanding between Uniglobe and --

7    and Gravitas based on the years of history that we've

8    had working together.  We worked together for over ten

9    years now.

10   Q    Okay.  Is that typical of your relationships with  4:31:35PM

11   your -- with your counterparties, your licensees or

12   distributors; that you have --

13   A    Not at all.

14   Q    Okay.  So it's a special relationship that

15   Uniglobe has with Gravitas?                            4:31:50PM

16   A    Yes.

17   Q    Okay.  Are there any other distributors or

18   licensees where you have a written agreement, and then

19   you have additional verbal understandings with respect

20   to the subject works?                                  4:32:07PM

21   A    No.  I would not consider doing that with pretty

22   much anyone else.

23   Q    Okay.  But you did with Gravitas, based upon your

24   history and otherwise?

25   A    Yeah.  I could go into details, but I don't think  4:32:20PM
```

Page 154

```
 1    A    Okay.  I'm here.                              4:43:10PM

 2    Q    Okay.  If you look at the second row, Uniglobe

 3    licensed ValleyArm to use Content ID with respect to

 4    5 Weddings.  Correct?

 5    A    Yes.  I see that.                             4:43:27PM

 6    Q    Okay.  So ValleyArm has access to Content ID, and

 7    can monitor -- participate in Content ID with respect

 8    to 5 Weddings.  Correct?

 9           MR. EWING:  Objection.  Form.

10           THE WITNESS:  Yes, it appears ValleyArm has a  4:43:47PM

11    right to use Content ID for 5 Weddings.

12    BY MR. RICHLIN:

13    Q    Okay.  Are you aware of any other entities that

14    also have some rights to use Content ID with respect to

15    5 Weddings?                                       4:44:02PM

16    A    I can't think of one -- another one right now, but

17    again, it's -- if they do, then something is amiss.

18    Q    Okay.  But it's -- it's -- it's not accurate to

19    say that Uniglobe does not have access to Content ID

20    with respect to 5 Weddings.  Correct?             4:44:36PM

21           MR. EWING:  Objection to form.

22           THE WITNESS:  Well, it is accurate to say

23    that, because Uniglobe directly does not have that

24    access.  And Uniglobe has asked for that access.

25
```

                                              Page 160

```
 1   BY MR. RICHLIN:                                      4:44:50PM

 2   Q    Okay.  Does Uniglobe -- let me rephrase it.

 3        Is it inaccurate to say that Uniglobe indirectly,

 4   through ValleyArm, has access to Content ID with

 5   respect to 5 Weddings?                               4:45:03PM

 6   A    Indirectly and inefficiently, yes.

 7   Q    And do you know, in fact, whether or not ValleyArm

 8   has made Content ID claims with respect to 5 Weddings?

 9   A    I believe they have.

10   Q    Okay. All right. Can you go back to page 31, the  4:45:38PM

11   same exhibit?  We're still in Exhibit 3.

12   A    Thirty-one?

13   Q    Yeah.  Bottom of the page this time.

14   A    I'm so sorry.  I think I'm just getting tired.  Is

15   it 37 or 31?                                         4:46:04PM

16   Q    Thirty-one.  Thirty-one.  And I know it's a long

17   day.  If you need a coffee break, walk around --

18   A    No, thanks.  I'd rather -- I'd rather just get it

19   over and done with.

20   Q    Yep.  I understand.                             4:46:19PM

21   A    Okay.  I'm on page 31, sir.

22   Q    Okay.  All right.  So we're back on how Uniglobe

23   has identified alleged infringements.  Okay?

24        Can you describe to me -- well, withdrawn.

25        So the first -- first few paragraphs on page 31  4:46:40PM
```

                                            Page 161

1   BitTorrent websites to watch the film for free.           5:37:34PM

2   BY MR. RICHLIN:

3   Q    Okay.  So is it your testimony that what you just

4   watched, Exhibit 24 itself, contains any infringement

5   of 5 Weddings?                                            5:37:54PM

6            MR. EWING:  Objection.  Form.

7            THE WITNESS:  The visual portion of it does

8   not.

9   BY MR. RICHLIN:

10  Q    Okay, how about the audio portion of it?            5:38:04PM

11  A    The audio portion of it does not.

12  Q    And do you have any record of a description that

13  prompted or linked for users to go to a BitTorrent

14  website to watch 5 Weddings?

15           MR. EWING:  Objection.  Form.                   5:38:29PM

16           THE WITNESS:  I don't have any written

17  records, but I do remember a few instances.

18  BY MR. RICHLIN:

19  Q    Okay.  All right.  I know we were talking acronyms

20  before, and CMI came up.  And I now want to turn to      5:38:58PM

21  CMI.  Do you understand by "CMI" that I'm referring to

22  Copyright Management Information?

23  A    Yes, sir.

24  Q    And CMI was also defined in the Rule 30(b)(6)

25  notice that we looked at which was marked as Exhibit 1.   5:39:21PM

                                                 Page 185

CONFIDENTIAL

1          I, the undersigned, a Certified

2     Shorthand Reporter of the State of California, do

3     hereby certify:

4          That the foregoing proceedings were taken before

5     me at the time and place herein set forth; that any

6     witnesses in the foregoing proceedings, prior to

7     testifying, were placed under oath; that a verbatim

8     record of the proceedings was made by me using machine

9     shorthand which was thereafter transcribed under my

10    direction; further, that the foregoing is an accurate

11    transcription thereof.

12         I further certify that I am neither financially

13    interested in the action nor a relative or employee of

14    any attorney or any of the parties.

15         IN WITNESS WHEREOF, I have this date subscribed my

16    name.

17

18    Dated: July 6, 2022

19

20

21

22

23         LYDIA ZINN, RPR, FCRR

24         CSR No. 9223

25

Page  207

CONFIDENTIAL

```
1    ELI B. RICHLIN, ESQ.

2    erichlin@wsgr.com

3                                    July 6, 2022

4    RE: SCHNEIDER VS. YOUTUBE, LLC, and GOOGLE LLC

5    JUNE 30, 2022, NAMRATA SINGH GUJRAL COOPER, JOB NO. 5301785

6    The above-referenced transcript has been

7    completed by Veritext Legal Solutions and

8    review of the transcript is being handled as follows:

9    __ Per CA State Code (CCP 2025.520 (a)-(e)) - Contact Veritext

10       to schedule a time to review the original transcript at

11       a Veritext office.

12   __ Per CA State Code (CCP 2025.520 (a)-(e)) - Locked .PDF

13       Transcript - The witness should review the transcript and

14       make any necessary corrections on the errata pages included

15       below, noting the page and line number of the corrections.

16       The witness should then sign and date the errata and penalty

17       of perjury pages and return the completed pages to all

18       appearing counsel within the period of time determined at

19       the deposition or provided by the Code of Civil Procedure.

20   __ Waiving the CA Code of Civil Procedure per Stipulation of

21       Counsel - Original transcript to be released for signature

22       as determined at the deposition.

23   __ Signature Waived - Reading & Signature was waived at the

24       time of the deposition.

25
                                              Page 208
```

CONFIDENTIAL

1    _X_Federal R&S Requested (FRCP 30(e)(1)(B)) - Locked .PDF

2       Transcript - The witness should review the transcript and

3       make any necessary corrections on the errata pages included

4       below, noting the page and line number of the corrections.

5       The witness should then sign and date the errata and penalty

6       of perjury pages and return the completed pages to all

7       appearing counsel within the period of time determined at

8       the deposition or provided by the Federal Rules.

9    __ Federal R&S Not Requested - Reading & Signature was not

10      requested before the completion of the deposition.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 209

CONFIDENTIAL

1  RE: SCHNEIDER VS. YOUTUBE, LLC, and GOOGLE LLC

2  NAMRATA SINGH GUJRAL COOPER, JOB NO. 5301785

3          E R R A T A   S H E E T

4  PAGE _143_ LINE _20_ CHANGE __"Left hand" to

5  ___"Different"_____

6  REASON__ Misspoke_____

7  PAGE _175_ LINE _18_ CHANGE _Remove "to vote"__

8  _____

9  REASON _Misspoke_____

10 PAGE _183_ LINE _16_ CHANGE "reeds" to "reads"

11 _____

12 REASON__Typo_____

13 PAGE_____ LINE_____ CHANGE_____

14 _____

15 REASON_____

16 PAGE_____ LINE_____ CHANGE_____

17 _____

18 REASON_____

19 PAGE_____ LINE_____ CHANGE_____

20 _____

21 REASON_____

22

23 _____   08/01/2022___

24 WITNESS                             Date

25

                                        Page 210