# EXHIBIT 22

to the Declaration of Paul Harold

```
 1              UNITED STATES DISTRICT COURT

 2            NORTHERN DISTRICT OF CALIFORNIA

 3                SAN FRANCISCO DIVISION

 4   MARIA SCHNEIDER, UNIGLOBE        ) Case No.

 5   ENTERTAINMENT, LLC, and AST      ) 3:20-cv-04423-JD

 6   PUBLISHING LTD., individually and )

     on behalf of all others similar  )

 7   situated,                        )

 8           Plaintiffs,              )

             vs.                      )

 9   YOUTUBE, LLC and GOOGLE LLC,     )

10           Defendants.              )

     _____ )

11   YOUTUBE, LLC and GOOGLE LLC,     )

12           Counterclaimants,        )

13           vs.                      )

14   PIRATE MONITOR LTD, PIRATE MONITOR )

15   LLC, and GÁBOR CSUPÓ,            )

16           Counterclaim Defendants. )

     _____ )

17   VIRTUAL VIDEOCONFERENCE VIDEO-RECORDED DEPOSITION OF

18        NAMRATA SINGH GUJRAL COOPER, VOLUME II

19              MONDAY, AUGUST 1, 2022

20    Remotely Testifying from Los Angeles, California

21

22   Stenographically Reported By:

23   Hanna Kim, CLR, CSR 13083

24   Job No. 5341378

25   PAGES 211 - 349
```

                                          Page 211

1          A.   Has the ability to do that, yes, as long

2     as -- yes.

3          Q.   Thank you.

4               And is that the same portal where Uniglobe

5     goes to check if a display of its works on YouTube      03:55:20

6     was authorized?

7          A.   I'm sorry.  Could you repeat that?

8          Q.   Sure.

9               So if you see someone uploading a video

10    that contains Uniglobe's Works-in-Suit onto YouTube,     03:55:37

11    how would you determine whether that upload was

12    authorized or not?

13         A.   Well, as a matter of practice, I would

14    first go to the portal and ensure that it's not

15    included on the portal.  And then I would -- that       03:55:56

16    would be -- that would be a pretty good -- pretty

17    good reason.

18              If I doubted it, I would reach out to

19    the -- to Vision of the -- the relevant distributor

20    and ask if a company -- again, we're speaking about     03:56:14

21    companies here.  If a company has the right to -- to

22    monetize or exploit Uniglobe's product.  And -- and

23    then make that determination after.

24         Q.   Got it.  Thank you.

25              Let's -- let's review another exhibit that    03:56:40

                                                Page 300

```
 1   looks like it downloaded.  I think that's what
 2   that -- okay.  Opening file.
 3           Okay.  Okay.  I'm here, sir.
 4      Q.   If you can just review this video.
 5      A.   Okay.                                     04:46:40
 6      Q.   You can play it from the top to bottom, if
 7   you -- if that works for you.
 8      A.   Yeah, it's only showing me the video.  I'm
 9   not seeing anything underneath the video.
10      Q.   It's fine.  We are looking at the video    04:46:55
11   for now.
12      A.   Okay.
13      Q.   And just let me know when you're finished.
14      A.   (Witness reviews.)
15           I think it's done.                         04:48:18
16      Q.   Thank you.
17           Sitting here today, do you claim ownership
18   to the video content?
19           MR. EWING:  Objection to form.
20           THE WITNESS:  No, I do not.                04:48:30
21   BY MR. HUANG:
22      Q.   So there's no copyrighted work of yours
23   that's in this video?
24      A.   Not in this particular video, no.
25      Q.   Okay.  Let's go back to the Exhibit        04:48:51
```

                                              Page 328

1    Sharing folder.  And there's an Exhibit 35, if you

2    can open that.

3            (N. Cooper Deposition Exhibit 35 was

4            marked electronically.)

5            THE WITNESS:  Thirty-five.                04:49:01

6    BY MR. HUANG:

7        Q.   It is -- the title --

8        A.   Thirty-five?

9        Q.   Yeah, 35.  It is the title and description

10   for the video that was located at the zkMc URL.  It    04:49:10

11   was produced in this action with the Bates number

12   GOOG_Schneider/43293 [verbatim].

13           Can you take a moment -- can you take a

14   moment to review this document?

15       A.   Oh, sure.  It's just -- it's the two lines    04:49:32

16   or...

17       Q.   Yes, it's just the two lines.

18       A.   Okay.  Okay.  I see it, sir.

19       Q.   Is there anything in the title or the

20   description or any other field of this file that       04:50:07

21   would lead you to believe that this video was

22   infringing upon your copyright?

23           MR. EWING:  Objection to form.

24           THE WITNESS:  I mean, the title reads "5

25   Weddings."                                             04:50:24

                                                 Page 329

```
 1   BY MR. HUANG:
 2       Q.   Well, you just told me that you don't
 3   consider it to be copyright infringement if the only
 4   connection between a video and your Works-in-Suit is
 5   the title; right?                                04:50:37
 6       A.   Yes, sir.  That's what I said.
 7       Q.   And the description field of this file is
 8   empty; right?  That's on column K.
 9       A.   Yes, sir.
10       Q.   So if you can tell me which part of this   04:50:56
11   video, either the audio-visual content or the
12   description or the title that infringes upon your
13   copyright.
14            MR. EWING:  Objection to form.
15            THE WITNESS:  Are you -- I also mentioned   04:51:15
16   earlier that it's possible out of the many, many,
17   many infringements -- infringements that we
18   submitted, it's possible that I mistook one or two
19   of them.  That is not the case mostly.  This could
20   be one of those exceptions to the rule.          04:51:44
21   BY MR. HUANG:
22       Q.   Understood.
23            Did your attorney view -- review this list
24   of alleged infringements?
25            MR. EWING:  Objection to form.           04:51:56
```

Page 330

```
 1              CERTIFICATE OF REPORTER

 2

 3          I, Hanna Kim, a Certified Shorthand

 4     Reporter, do hereby certify:

 5          That prior to being examined, the witness

 6     in the foregoing proceedings was by me duly sworn to

 7     testify to the truth, the whole truth, and nothing

        but the truth;

 8          That said proceedings were taken before me

 9     at the time and place therein set forth remotely and

10     were taken down by me in shorthand and thereafter

11     transcribed into typewriting under my direction and

12     supervision;

13          I further certify that I am neither

14     counsel for, nor related to, any party to said

15     proceedings, not in anywise interested in the

16     outcome thereof.

17          Further, that if the foregoing pertains to

18     the original transcript of a deposition in a federal

19     case, before completion of the proceedings, review

20     of the transcript [x] was [ ] was not requested.

21          In witness whereof, I have hereunto

22     subscribed my name this 5th day of August, 2022.

23

24

25          Hanna Kim, CLR, CSR No. 13083
```

Page 345