# EXHIBIT 26

to the Declaration of Paul Harold

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3                SAN FRANCISCO DIVISION
 4
 5   MARIA SCHNEIDER, UNIGLOBE        ) Case No.
 6   ENTERTAINMENT, LLC, and AST      ) 3:20-cv-04423-JD
 7   PUBLISHING LTD., individually and )
 8   on behalf of all others similar  )
 9   situated,                        )
10           Plaintiffs,              )
             vs.                      )
11   YOUTUBE, LLC and GOOGLE LLC,     )
12           Defendants.              )
     _____ )
13   YOUTUBE, LLC and GOOGLE LLC,     )
14           Counterclaimants,        )
             vs.                      )
15   PIRATE MONITOR LTD, PIRATE MONITOR )
16   LLC, and GÁBOR CSUPÓ,            )
17           Counterclaim Defendants. )
     _____ )
18   VIRTUAL VIDEOCONFERENCE VIDEO-RECORDED DEPOSITION OF
19                   MAXIM LOZOVSKY
20   Remotely Testifying from Dubai, United Arab Emirates
21              Thursday, August 18, 2022
22
23   Stenographically Reported By:
24   Hanna Kim, CLR, CSR 13083
25   Job No. 5363254
```

                                              Page 1

1    are illegally placed online.  But the interpreter

2    doesn't recall if it was works or AST's works.

     Would that be okay to clarify?

4           MS. HARTMAN:  Yes.

5           THE MAIN INTERPRETER:  So yes, to the same    08:44:39

6    answer, except AST's works.

7           THE WITNESS:  And we believe that AZAPI

8    has enough qualifications, competence, and

9    experience to do this type of work effectively.

10          And when AZAPI informed us that such         08:45:15

11   lawsuit exists and offered to consider and make a

12   decision regarding potential joining of this claim,

13   we found that possible to follow this

14   recommendation.

15   BY MS. HARTMAN:                                      08:45:48

16       Q.   And when did you first communicate with

17   your attorneys about this lawsuit?

18       A.   During our first meeting in June of 2022.

19       Q.   I asked when you first communicated with

20   the attorneys about this lawsuit.  That was in      08:46:20

21   June 2022?

22       A.   If you're referring to attorneys, then the

23   answer is yes.

24       Q.   Have all of your communications until

25   June 2022 about this lawsuit been through AZAPI?    08:46:48

Page 73

```
 1        A.   Yes.

 2        Q.   Do you know with whom your attorneys are

 3   communicating about this lawsuit at AZAPI?

 4             THE MAIN INTERPRETER:  Counsel, was that

 5   "at" AZAPI?                                           08:47:15

 6             MS. HARTMAN:  Yes.

 7             THE MAIN INTERPRETER:  Could you repeat

 8   the question, please.

 9             MS. HARTMAN:  Yes, I will.

10   BY MS. HARTMAN:                                       08:47:21

11        Q.   Do you know with whom at AZAPI your

12   attorneys are communicating about this lawsuit?

13        A.   Yes.  With Maxim Ryabyko.

14        Q.   And then Mr. Ryabyko communicated with you

15   about this lawsuit; correct?                          08:47:47

16        A.   Yes.

17        Q.   Did you have any e-mail communications

18   with your attorneys prior to June 2022 about this

19   lawsuit?

20             MR. ZELCS:  Let me -- let me just ask       08:48:12

21   Catherine to clarify.

22             You're referring to outside counsel

23   involved in this litigation; correct?

24             MS. HARTMAN:  Yes.

25             THE WITNESS:  Prior to June, there was no   08:48:33
```

Page 74

1    e-mail correspondence.

2    BY MS. HARTMAN:

3        Q.   When you first joined this lawsuit, did

4    you provide any documents to your outside counsel in

5    connection with this lawsuit?                    08:48:48

6        A.   What do you mean by "first joined the

7    lawsuit"?

8        Q.   Do you know when you joined this lawsuit?

9        A.   I don't know the exact date.

10       Q.   Can you estimate?                        08:49:29

11       A.   It's possible that it was in June, but I

12   cannot be sure.

13       Q.   June of what year?

14       A.   2022.

15       Q.   Okay.  And when you've provided documents   08:50:00

16   in connection with this lawsuit, did you produce

17   them to AZAPI, or someone else?

18       A.   All legal doc- -- legal documents such as

19   contracts, we provided to AZAPI.

20       Q.   Did you provide -- go ahead.            08:50:35

21           (Translation.)

22           Did you provide any documents directly to

23   your attorneys in connection with this lawsuit?

24       A.   Not legal documents.  We provided

25   information charts showing where the works have or   08:51:06

                                              Page 75

```
 1              (Record marked.)

 2    BY MS. HARTMAN:

 3         Q.    How many times has AST communicated with

 4    its counsel about this case?

 5         A.    Five or six times.                    09:00:18

 6         Q.    And were all of those times online?

 7         A.    Almost all of them, with the exception of

 8    one time that was -- took place in person after

 9    arrival to Dubai.

10         Q.    Have you seen the Complaint in this case,  09:01:00

11    sir?

12         A.    AZAPI handles that, so I did not

13    specifically review it.

14         Q.    Do you know if there's been an Amended

15    Complaint filed in this case?                    09:01:34

16         A.    No, I don't have knowledge about that.

17         Q.    Who would have knowledge about that?

18         A.    Maxim Ryabyko.

19         Q.    What claims are AST asserting in this

20    case?                                            09:02:04

21         A.    The claims include the fact that works for

22    which AST has exclusive copyright were published

23    online without payment for them, which could have

24    led to AST and our authors being deprived of due

25    income.                                          09:03:32
```

Page 80

1         Q.    Thank you.

2              Do you know what causes of action AST is

3    asserting in this case?

4         A.    The cause of action would have been

5    presented, provided by AZAPI.                        09:04:07

6         Q.    So sitting here today, you're not sure

7    what causes of action AST is asserting; correct?

8         A.    Well, I believe that I did my best trying

9    to relay the cause of this action, which is our

10   belief that free distribution of AST copyrighted     09:04:59

11   content has caused damage to AST and the authors.

12              THE CHECK INTERPRETER:   Check interpreter

13   would like to clarify that it was exclusive

14   copyright.

15   BY MS. HARTMAN:                                       09:05:19

16        Q.    What relief is AST seeking in this case?

17        A.    I may be incorrect in stating those, so I

18   believe that it's best that AZAPI provides that

19   response.

20        Q.    Have you heard of the Digital Millennium    09:05:52

21   Copyright Act?

22              THE MAIN INTERPRETER:   The interpreter

23   needs one second, please.

24              MS. HARTMAN:   Yes.

25              THE MAIN INTERPRETER:   One sec.           09:06:31

                                             Page 81

```
 1   sound on the interpreter's end has been corrected.
 2   The witness can hear the interpreter well.
 3   BY MS. HARTMAN:
 4        Q.   Are you aware that AST is seeking to act
 5   as a class representative?                           09:09:53
 6        A.   Yes.
 7        Q.   And how many classes of people does AST
 8   seek to represent in this case?
 9        A.   As far as I know -- hold on.  Could
10   you clarify?  Are you saying how many classes would  09:10:31
11   be represented by AST?
12        Q.   Yes.
13        A.   I'm not able to answer that question.  I
14   thought you were asking how many entities are listed
15   in the lawsuit.                                      09:10:55
16        Q.   Can you describe the classes of persons
17   that you seek to represent in this case?
18             THE MAIN INTERPRETER:  The interpreter
19   seeks clarification.
20             "Classes of persons," would that be proper 09:11:12
21   to say categories for the purpose --
22             MS. HARTMAN:  No.
23             THE MAIN INTERPRETER:  -- of interpre- --
24   no?
25             MS. HARTMAN:  Classes.                     09:11:21
```

Page 83

```
 1                THE MAIN INTERPRETER:  Classes, okay.

 2           The interpreter needs just one second.

 3           So in the suggestions that the interpreter

 4   is finding, category actually is an option for this

 5   legal term.                                    09:11:46

 6           The interpreter would like to check with

 7   the check interpreter to see if she's aware of and

 8   just, you know, can corroborate or at least confirm

 9   my choice here.

10           (Interpreters confer.)                 09:12:01

11                THE MAIN INTERPRETER:  Okay.  So the

12   interpreter is ready to render the question.

13           (Translation.)

14                THE WITNESS:  I can only speculate that

15   AST -- AST is seeking to represent themselves in    09:12:45

16   this lawsuit.  And as to the classes of persons, I

17   don't know.

18   BY MS. HARTMAN:

19      Q.   Does AST know whether it is seeking to

20   represent anyone other than AST in this lawsuit?    09:13:01

21      A.   I don't have any knowledge of that.

22      Q.   Does AST understand that it has a role for

23   monitoring this action?

24                THE MAIN INTERPRETER:  Is that rule or

25   wall?                                          09:13:29
```

Page 84

```
 1              MS. HARTMAN:  Role.

 2              THE MAIN INTERPRETER:  Rule, R-U-L-L

 3    [sic]?

 4              MS. HARTMAN:  R-O-L-E.

 5              THE MAIN INTERPRETER:  R-O-L-E.  Role.  I    09:13:37

 6    am sorry.  Counsel, thank you.  I couldn't tell.

 7              MS. HARTMAN:  It's okay.

 8              THE MAIN INTERPRETER:  Could you repeat

 9    the question?

10    BY MS. HARTMAN:                                         09:13:46

11        Q.   Does AST understand that it has a role for

12    monitoring this action?

13        A.   I suspect so, but it falls more under the

14    zone of responsibilities for my attorneys and AZAPI.

15        Q.   What is your understanding of the duties      09:14:25

16    that a class representative owes to absent members

17    of the class?

18              THE MAIN INTERPRETER:  Counsel, the

19    interpreter needs you to repeat it.  She heard most

20    of it, except a couple of words.                       09:14:40

21    BY MS. HARTMAN:

22        Q.   What is your understanding of the duties

23    that a class representative owes to absent members

24    of the class?

25        A.   I don't -- I don't have such                  09:15:03
```

Page 85

```
 1    understanding.  I'm not a lawyer.

 2        Q.   Do you understand that AST is a class

 3    representative in this case?

 4            MR. ZELCS:  Objection.  Asked and

 5    answered.                                        09:15:19

 6    BY MS. HARTMAN:

 7        Q.   You can answer.

 8        A.   Yes, I do understand that.

 9        Q.   Do you know what the class period is for

10    the putative class?                              09:15:52

11            THE MAIN INTERPRETER:  "Class period"?

12            MS. HARTMAN:  Yes.

13            THE WITNESS:  No.

14    BY MS. HARTMAN:

15        Q.   Does AST have any agreements with any    09:16:09

16    Plaintiffs in this case?

17        A.   No.

18        Q.   Is AST aware of any agreements among the

19    Plaintiffs?

20        A.   No.                                      09:16:31

21        Q.   Have you spoken with any of the other

22    Plaintiffs or their representatives other than their

23    attorneys?

24        A.   No.

25        Q.   Has AZAPI spoken with any of the other   09:16:52
```

Page 86

```
 1              THE VIDEOGRAPHER:  The time is 9:32, and

 2    we're back on the record.

 3    BY MS. HARTMAN:

 4         Q.   Mr. Lozovsky, did you have any

 5    communications with your attorneys during the break?  09:33:16

 6         A.   Briefly.

 7         Q.   What did you discuss?

 8         A.   I was asked how I feel.

 9         Q.   Did you discuss anything else?

10         A.   No.  No.                                   09:33:37

11              MS. HARTMAN:  Andrew, please go ahead and

12    mark the exhibit from Tab 7.

13              (Lozovsky Deposition Exhibit 5 was marked

14              electronically.)

15    BY MS. HARTMAN:                                      09:33:57

16         Q.   And I'm showing you what has been marked

17    as Exhibit 5, which is a copy of the First Amended

18    Class Action Complaint in this action.

19              Please go ahead and open it.

20              Have you seen this document before, sir?   09:34:31

21         A.   No.

22         Q.   Did you review a version of the Complaint

23    that was translated into Russian?

24         A.   No.

25         Q.   Do you know what copyrighted works AST     09:35:08
```

Page 90

1    connection with the books in the History of the

2    Russian State collection?

3          A.    The copyright for the audiobooks.

4          Q.    Is AST asserting the right to reproduce

5    the books in the History of the Russian State?        09:44:27

6                THE MAIN INTERPRETER:  Was it reproduce

7    audiobooks?

8                MS. HARTMAN:  Yes.  Yes, yes.

9                THE WITNESS:  Yes.  Yes.

10   BY MS. HARTMAN:                                        09:44:51

11         Q.    How did AST secure the copyrights in the

12   History of the Russian State in the audiobooks?

13         A.    AST held negotiations with the author and

14   signed a contract for exclusive copyright.

15         Q.    In the audiobooks; correct?              09:45:40

16         A.    Yes, audiobooks included.

17         Q.    Is AST the sole owner of the copyrights in

18   the audiobooks of the History of the Russian State?

19         A.    Yes.

20         Q.    In what form -- no, let me withdraw that.  09:46:28

21               What is an audiobook?

22         A.    An audiobook is the digital file that

23   contains a cover with an image, a soundtrack that --

24   in the form of the read text, audibly read text, and

25   the metadata included in that file.                   09:47:25

Page 95

```
 1         A.    Natalia Knyavitz, the head of the

 2    production department of audiobooks for AST.

 3         Q.    Typically are individuals that read for

 4    audiobooks for AST employees of AST?

 5         A.    No, they're not employees of AST.          09:50:42

 6         Q.    So how does AST own copyrights in their

 7    readings of the audiobooks for History of the

 8    Russian State?

 9         A.    AST Publishers have agreements with the

10    voice performers, with the readers, who agree to     09:51:26

11    deprive themselves of --

12              THE MAIN INTERPRETER:  Or the interpreter

13    may look up the exact term.

14              THE WITNESS:  -- for that type the

15    contract, giving up their rights -- copyrights for   09:51:43

16    the sound out -- sound recording.

17    BY MS. HARTMAN:

18         Q.    Have those agreements been produced in

19    this case?

20         A.    Of course.  Well, have they been provided?  09:51:51

21    Is -- is that the question?

22         Q.    Yes.

23         A.    If they were demand- -- if -- if they were

24    demanded, they would have been produced.  I don't

25    have a recollection of whether or not they were      09:52:30
```

Page 97

1     of that book, Counsel?

2             MS. HARTMAN:   The Life of Wonderful

3     People.

4             THE MAIN INTERPRETER:   The Life.   Thank

5     you.                                         10:26:46

6             THE WITNESS:   The interpreter skipped the

7     name of the female who opens her eyes and just said

8     "female was her name."

9             Witness just clarified that it's Zule.

10            THE WITNESS:   And yes, that is the correct   10:26:56

11    list.

12    BY MS. HARTMAN:

13        Q.   Is AST asserting any other Works-in-Suit

14    in this lawsuit?

15        A.   Only for the Audiobooks.               10:27:03

16        Q.   Is it asserting any additional works other

17    than the ones we just discussed?

18        A.   No.

19        Q.   So if I refer to these works as the

20    "Works-in-Suit," you'll understand what I'm       10:27:46

21    referring to; correct?

22        A.   Yes.

23        Q.   Did AST author any of the Works-in-Suit?

24        A.   No.

25        Q.   And AST is only asserting copyrights in    10:28:20

                                            Page 112

1     the Audiobooks for the Works-in-Suit; correct?

2          A.    Yes.

3          Q.    And did AST secure those copyrights in the

4     Audiobooks for the Works-in-Suit based on the

5     agreements with the authors of the books?          10:28:54

6          A.    Yes.

7          Q.    And have all those agreements been

8     produced in this lawsuit?

9          A.    Yes.

10         Q.    And is AST the sole owner of the          10:29:28

11    copyrights in the Russian-language Audiobooks of the

12    Works-in-Suit?

13         A.    Yes.

14         Q.    And were all of the Works-in-Suit first

15    published in Russia?                                10:30:06

16         A.    Yes.

17         Q.    And what is your basis for believing that

18    all of the Works-in-Suit were first published in

19    Russia?

20         A.    AST Publishing has exclusive rights to all  10:30:49

21    of these Audiobooks and were the first ones to

22    publish them in Russia.

23         Q.    Have any of the Russian-language

24    Audiobooks for the Works-in-Suit been registered

25    with the United States Copyright Office?          10:31:11

                                             Page 113

1        Q.   Please describe to me the purpose for

2   which AST uses YouTube.

3        A.   The page in question, the image of the

4   page, is used to promote paper books.

5        Q.   Does AST use YouTube to promote audiobooks   02:10:07

6   as well?

7        A.   Yes.

8        Q.   And AST uploads videos to the You- -- to

9   this YouTube channel; correct?

10           THE MAIN INTERPRETER:  Is its AST channel,   02:10:33

11   as in AST's YouTube channel -- channel?  I'm sorry?

12           MS. HARTMAN:  I'm referring to AST's

13   YouTube channel.

14           THE MAIN INTERPRETER:  YouTube channel.

15   All right.  Thank you.                                02:10:48

16           (Translation.)

17           THE WITNESS:  Yes.

18   BY MS. HARTMAN:

19        Q.   And YouTube has never deleted any videos

20   from its YouTube channel; right?                      02:10:58

21        A.   It's most likely the cast -- the case.

22   I'm not familiar with such instances.

23        Q.   Who would know?

24        A.   Anastasia Sokolova from AST's digital

25   content administration.                               02:11:48

Page 177

1        Q.   The logo from this channel shows "ACT,"

2    but that's the same as AST; correct?

3        A.   Yes.

4        Q.   And if you look near that logo, it shows

5    that AST has accumulated almost 17,000 subscribers;        02:12:09

6    correct?

7        A.   Almost 17,000, it -- if that's the number.

8    Yes.

9        Q.   And this YouTube channel has been viewed

10    over 5 million times; correct?                            02:12:42

11        A.   Based on this picture, yes.

12        Q.   And if you look under "Stats" on the right

13    side of the page, it says that AST's YouTube account

14    was created in January 2011; right?

15        A.   Well, if we were to trust this page --          02:13:09

16    this picture, then yes.

17        Q.   Do you have any reason to believe that

18    that's not accurate?

19        A.   I don't have such a reason.

20        Q.   Does AST have any other channels on            02:13:50

21    YouTube?

22        A.   Yes.

23        Q.   What are the names of those YouTube

24    channels?

25        A.   Audiokniga AST.                                 02:14:08

                                                Page 178

1       Q.   Who has access to the YouTube channel

2   Audiokniga?

3       A.   Anastasia Sokolova, from digital content

4   AST's department, has access.

5       Q.   What has AST uploaded to the Audiokniga        02:14:48

6   YouTube channel?

7       A.   Audio- -- fragments of audiobooks and

8   descriptions of such fragments.

9       Q.   For what purpose?

10       A.   For the purpose of promotion and making        02:15:19

11   the book popular.

12       Q.   Has Audiokniga uploaded fragments of

13   audiobooks of the Works-in-Suit?

14       A.   Yes.

15       Q.   And it did so to promote and make the        02:15:48

16   books, the audiobooks, more popular; correct?

17       A.   Yes.

18       Q.   Does AST have any other channels on

19   YouTube?

20       A.   Not to the best of my knowledge.        02:16:13

21       Q.   Has AST ever had any other channels on

22   YouTube?

23       A.   It's possible, back when the policy to

24   manage presence on host sites and -- and social

25   media -- or social networks was still being        02:17:09

                                                Page 179

1  developed.

2      Since that policy has been approved, only

3  two channels have remained; one for the promotion of

4  paper books, the other for the promotion of the

5  audiobooks.                                      02:17:42

6      Q.   And which YouTube channel promotes paper

7  books for AST?

8      A.   The one you showed, the image that you

9  showed.

10     Q.   In Exhibit 14; correct?                 02:18:12

11     A.   Yes.

12     Q.   And the YouTube channel for Audiokniga

13 promotes audiobooks; correct?

14     A.   Yes.

15     Q.   And the audio -- the Audiokniga YouTube   02:18:29

16 channel has fragments of the Works-in-Suit; correct?

17     A.   Yes.

18     Q.   Which Works-in-Suit are on the Audiokniga

19 the YouTube channel as authorized by AST?

20     A.   There's a table that lists those books.   02:19:31

21 Off the top of my head, Nutty Buddha comes to mind,

22 the History of the Russian State comes to mind.

23 Almost --

24         THE MAIN INTERPRETER:  The interpreter

25 didn't catch the meaning of the rest of that answer.   02:20:01

                                          Page 180

1                    marked electronically.)

2    BY MS. HARTMAN:

3        Q.   I am showing you what has been marked as

4    Exhibit 15a.  It is the YouTube terms of service in

5    effect when AST joined YouTube in January 2011.        02:22:43

6    That was produced in this action with the Bates

7    number GOOG-SCHNDR '54079.  And I'm also showing you

8    the English translation of that document, which has

9    been marked Exhibit 15b.

10             Have you seen this -- the terms of service   02:23:04

11   before?

12             THE MAIN INTERPRETER:  Counsel, is the

13   question do you recognize it or do you remember

14   seeing this?  What was the -- that question?

15             MS. HARTMAN:  Have you seen the terms of     02:23:45

16   service before.

17             THE WITNESS:  No.

18   BY MS. HARTMAN:

19       Q.   But AST agreed to the terms of service

20   when it joined YouTube; correct?                       02:24:01

21             MR. ZELCS:  Objection.  Form.

22             THE WITNESS:  Yes.

23   BY MS. HARTMAN:

24       Q.   Did you read the terms of service --

25             MR. ZELCS:  Are you -- are you asking him    02:24:42

                                                    Page 182

```
1    with the Bates number GOOG-SCHNDR '52765.

2            It's a big document, so it's taking a

3    moment to upload.

4            Please open it when you see it.

5            Do you recognize this web page, sir?      02:38:36

6        A.   Well, it is similar to the one that we

7    have seen before, but what's additional here are the

8    images that go with the video -- videos.

9        Q.   Right.

10           This is the "VIDEOS" tab from AST's          02:39:19

11   YouTube channel; correct?

12       A.   Yes.

13       Q.   And pictured are YouTube videos that AST

14   has uploaded to its YouTube channel; correct?

15       A.   Yes.                                        02:39:41

16       Q.   And the exhibit shows many pages of

17   uploaded videos; correct?

18       A.   Yes.

19       Q.   How many videos has AST uploaded to its

20   YouTube channel?                                     02:40:16

21       A.   I don't know.

22       Q.   It's more than a thousand; correct?

23       A.   It's quite possible.

24       Q.   All of those uploads are subject to

25   YouTube's terms of service; correct?                 02:40:39
```

Page 185

```
 1        A.    Yes.

 2        Q.    Did AST create each of these videos?

 3        A.    From the things that I had enough time to

 4   scroll through and view, yes.

 5        Q.    Did AST obtain licenses to upload these      02:41:23

 6   videos to YouTube?

 7        A.    Wait.  Did they obtain the license from

 8   YouTube?

 9        Q.    No.

10              Did AST obtain licenses to upload these      02:41:48

11   videos to YouTube?

12        A.    Majority of these videos has been created

13   by the efforts of AST staff.  According to the

14   general practices and the employee contracts,

15   everything that is produced by the employees is        02:42:41

16   considered to be the property of AST.  So if I

17   understood your question correctly and based on what

18   I just mentioned, AST did obtain the copy -- the

19   license for uploading this content.

20        Q.    And AST uploaded many of these videos for    02:43:10

21   purposes of promoting the works contained in the

22   videos; correct?

23        A.    For the most part, yes.  But I saw some of

24   the pictures on several of the videos where the

25   author is present in the image.  So in that case, it    02:43:51
```

Page 186

1    strike that.

2          Do you know which of AST's works,

3    fragments of which have been uploaded to these

4    channels?

5          A.   No.                                      03:21:07

6          Q.   Does AST have a say in which fragments of

7    the works are uploaded to YouTube by LitRes'

8    authorized partners?

9          A.   No.  The only thing I know is a general

10   limitation as to the size of the fragment.         03:21:53

11         Q.   And what is that limitation?

12         A.   No greater than 10 percent of the entire

13   work.

14         Q.   Do you know how many videos containing

15   AST's works have been uploaded to YouTube by these  03:22:26

16   authorized channels?

17         A.   No.

18         Q.   How would you determine which videos --

19   strike that.

20              How would you determine which of AST's   03:22:59

21   works were uploaded to these channels by LitRes'

22   authorized partners?

23         A.   There are two possible ways for that.

24   First way, I would ask LitRes to tell me what they

25   allow to be published where, to whom.  And the      03:24:00

                                        Page 198

```
 1    second option, I would try it with my own efforts,

 2    or with the efforts of my colleagues to track this

 3    on YouTube.  Actually, there's a third way:  I would

 4    instruct AZAPI to handle that.

 5         Q.   Does AST keep track of what works are        03:24:42

 6    uploaded to YouTube by these authorized channels?

 7         A.   No.  AZAPI handles that.

 8         Q.   Do you know if any of these channels

 9    operated by LitRes' authorized partners have

10    monetized the YouTube videos containing AST's works   03:25:30

11    that have been uploaded with LitRes' authorization?

12              THE MAIN INTERPRETER:  Counsel, please

13    repeat the question.

14    BY MS. HARTMAN:

15         Q.   Do you know if any of these channels that    03:25:52

16    are operated by LitRes' authorized partners have

17    monetized the YouTube videos containing AST's works

18    that they have uploaded to YouTube?

19         A.   No, I don't know that.

20         Q.   Why was the information provided in          03:26:32

21    response to interrogatory 7 not included in AST's

22    initial interrogatory response?

23         A.   It's possible that at the time of

24    providing the initial responses, the full

25    information was not available.                         03:27:17
```

Page 199

```
 1   BY MS. HARTMAN:

 2        Q.   What do you mean?

 3        A.   What I'm trying to say is that I don't

 4   have the knowledge and the skills that AZAPI has.

 5   And I defer to them to work through that issue.        05:15:34

 6        Q.   What skills does AZAPI have that AST lacks

 7   in this context?

 8        A.   The ability to monitor the large volumes

 9   of content on the internet and identify violations.

10        Q.   Did AST bring this lawsuit to help AZAPI    05:16:31

11   get access to get content ID?

12             THE MAIN INTERPRETER:  Did AST bring the

13   lawsuit to help AZAPI?

14             MS. HARTMAN:  Get access to content ID.

15             THE MAIN INTERPRETER:  Right.  Okay.        05:16:51

16   Mm-hmm.

17             (Translation.)

18             THE WITNESS:  AST brought this lawsuit to

19   protect their right to works.  And there probably

20   are many means of ensuring that protection.  But we   05:17:22

21   trust the approaches that AZAPI employs.

22   BY MS. HARTMAN:

23        Q.   Does AST itself want direct access to

24   content ID?

25             MR. ZELCS:  Objection.  Form.  Asked and    05:18:03
```

Page 235

```
 1    answered.
 2    BY MS. HARTMAN:
 3         Q.   You can answer.
 4         A.   AST themselves, no.
 5         Q.   Is AST willing to get access to content ID   05:18:13
 6    through a -- through AZAPI?
 7         A.   Yes.
 8         Q.   Have you ever communicated with Maria
 9    Schneider?
10         A.   No.                                          05:18:51
11         Q.   Have you ever communicated with Uniglobe
12    Entertainment Limited?
13              THE MAIN INTERPRETER:  I'm sorry.
14    Entertainment Limited, Uni- -- what was the name of
15    the company?  I'm sorry.                              05:19:11
16              MS. HARTMAN:  Uniglobe Entertainment
17    Limited.
18              THE WITNESS:  No.
19    BY MS. HARTMAN:
20         Q.   Have you ever communicated with            05:19:19
21    PirateMonitor Limited?
22         A.   No.
23         Q.   One sec.
24              MS. HARTMAN:  And Andrew, can you please
25    pull the exhibit from Tab 17.                         05:20:04
```

Page 236

```
 1              CERTIFICATE OF REPORTER

 2

 3         I, Hanna Kim, a Certified Shorthand

 4    Reporter, do hereby certify:

 5         That prior to being examined, the witness

 6    in the foregoing proceedings was by me duly sworn to

 7    testify to the truth, the whole truth, and nothing

      but the truth;

 8         That said proceedings were taken before me

 9    at the time and place therein set forth remotely and

10    were taken down by me in shorthand and thereafter

11    transcribed into typewriting under my direction and

12    supervision;

13         I further certify that I am neither

14    counsel for, nor related to, any party to said

15    proceedings, not in anywise interested in the

16    outcome thereof.

17         Further, that if the foregoing pertains to

18    the original transcript of a deposition in a federal

19    case, before completion of the proceedings, review

20    of the transcript [x] was [ ] was not requested.

21         In witness whereof, I have hereunto

22    subscribed my name this 24th day of August, 2022.

23

24

25         Hanna Kim, CLR, CSR No. 13083

                                         Page 257
```