# EXHIBIT 27

to the Declaration of Paul Harold

```
 1                UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
 2                    SAN FRANCISCO DIVISION
 3     MARIA SCHNEIDER, UNIGLOBE      )  Case No.
       ENTERTAINMENT, LLC, and AST    )
 4     PUBLISHING LTD., individually  )
       And on behalf of all others    )
 5     Similarly situated,            )
                                      )
 6           Plaintiffs,              )
                                      )
 7              vs.                   )
                                      )
 8     YOUTUBE, LLC and GOOGLE LLC,   )
                                      )
 9           Defendants.              )
       _____)
10     YOUTUBE, LLC and GOOGLE LLC,   )
                                      )
11           Counterclaimants,        )
                                      )
12              vs.                   )
                                      )
13     PIRATE MONITOR LTD, PIRATE     )
       MONITOR                        )
14     LLC, and GÁBOR CSUPÓ,          )
                                      )
15           Counterclaim Defendants. )
       _____)
16
17
18         REMOTE AND VIDEOTAPED DEPOSITION OF
19               MAXIM RYABYKO 30(B)(6)
20
21    Remotely Testifying from Dubai, United Arab Emirates
22
23
24    Reported by:
      Monna J. Nickeson, RPR, CRR, CCR, CSR CA 14430
25    JOB:  5363259


                                                    Page 1
```

| | | |
|---|---|---|
| 1 | part of the general policy. | 12:18 |
| 2 | Q.   Does AST keep records of all the | 12:18 |
| 3 | licenses that have been granted to upload its | 12:18 |
| 4 | works online? | 12:18 |
| 5 | A.   That's LitRes' responsibility. | 12:19 |
| 6 | Q.   So who would you consult if you | 12:19 |
| 7 | wanted an exhaustive list of every individual | 12:19 |
| 8 | or entity who had been authorized to upload all | 12:19 |
| 9 | or part of one of AST's works online? | 12:19 |
| 10 | A.   Well, we regularly asked LitRes for | 12:20 |
| 11 | an updated list which they provide us with, | 12:20 |
| 12 | showing the list of YouTube channels or partner | 12:20 |
| 13 | channels that has been authorized by them. | 12:20 |
| 14 | Q.   Did AST consider whether each video | 12:20 |
| 15 | in this list in Exhibit 6 may be a fair use of | 12:20 |
| 16 | the copyrighted work? | 12:20 |
| 17 | A.   After the conducted analysis we had | 12:21 |
| 18 | no doubt left that these works are in violation | 12:21 |
| 19 | and do not represent the fair use of the works. | 12:21 |
| 20 | THE INTERPRETER OF RECORD:  The | 12:21 |
| 21 | interpreter would like to have counsel ask for | 12:21 |
| 22 | permission for her to ask the witness to speak | 12:21 |
| 23 | up.  He's been a lot more faint ever since the | 12:21 |
| 24 | break.  Would that be okay? | 12:21 |
| 25 | MR. ZELCS:  Sure. | 12:21 |

Page 124

| | | |
|---|---|---|
| 1 | violation was accessible all over the world | 12:24 |
| 2 | unless YouTube limited access in some | 12:24 |
| 3 | countries. | 12:24 |
| 4 | BY MR. KRAMER: | 12:24 |
| 5 | Q.   Does AST know the country from which | 12:24 |
| 6 | this video was uploaded to YouTube? | 12:25 |
| 7 | A.   To the best of my knowledge, YouTube | 12:25 |
| 8 | is extremely careful in keeping the personal | 12:25 |
| 9 | information of their users private, including | 12:25 |
| 10 | their geo -- geographical -- geolocation. | 12:25 |
| 11 | Geolocation of the users.  So YouTube would be | 12:25 |
| 12 | the ones to have that information. | 12:25 |
| 13 | Q.   Sorry, I'm not sure that was -- that | 12:25 |
| 14 | answered my question.  Does AST know the | 12:26 |
| 15 | country from which this video was uploaded to | 12:26 |
| 16 | YouTube? | 12:26 |
| 17 | MR. ZELCS:  Objection to form. | 12:26 |
| 18 | THE WITNESS:  No, they don't know. | 12:26 |
| 19 | BY MR. KRAMER: | 12:26 |
| 20 | Q.   Does AST know the location of the | 12:26 |
| 21 | server on which this video resided after it was | 12:26 |
| 22 | uploaded to YouTube? | 12:26 |
| 23 | A.   It's a good question.  We did not | 12:26 |
| 24 | verify that information, did an intentional | 12:26 |
| 25 | research when compiling this list. | 12:27 |

Page 126

| | | | |
|---|---|---|---|
| 1 | Q. | I'm sorry, so is the answer no? | 12:27 |
| 2 | A. | No, we don't know. | 12:27 |
| 3 | Q. | Does AST know how many times this | 12:27 |
| 4 | video was viewed? | | 12:27 |
| 5 | A. | We did not record that fact. | 12:27 |
| 6 | Q. | So is the answer no? | 12:27 |
| 7 | A. | I don't have that information.  I | 12:27 |
| 8 | doubt that AST employees do.  It's possible | | 12:27 |
| 9 | that the lawyers do. | | 12:27 |
| 10 | Q. | Does AST know ---know -- I'm sorry. | 12:27 |
| 11 | Strike that. | | 12:28 |
| 12 | | Does AST know if this video was | 12:28 |
| 13 | viewed by someone in Russia? | | 12:28 |
| 14 | A. | At a minimum, it has been viewed by | 12:28 |
| 15 | AZAPI employees who are in Russia. | | 12:28 |
| 16 | Q. | Does AST know if this video has been | 12:28 |
| 17 | viewed by someone in the United States? | | 12:28 |
| 18 | A. | I will have speculations in that | 12:28 |
| 19 | regard. | | 12:28 |
| 20 | Q. | If an individual viewed this video | 12:28 |
| 21 | in Russia, does AST believe that YouTube | | 12:29 |
| 22 | infringed AST's copyright in the United States? | | 12:29 |
| 23 | A. | To my knowledge, this videos are | 12:29 |
| 24 | accessible to all, so if this link was | | 12:30 |
| 25 | available in Russia, my understanding is that | | 12:30 |

Page 127

```
 1      the technical point of view, technically making     12:33
 2      it available, is an act of a violation in the      12:33
 3      United States.                                      12:33
 4          Q.   Does AST know the country or               12:33
 5      countries from which any of the 108 videos in       12:33
 6      this list were uploaded?                            12:33
 7              THE INTERPRETER OF RECORD:  The             12:33
 8          interpreter will interpret that question        12:33
 9          after she makes an addition to the previous     12:33
10          response by the witness.                        12:33
11              The witness ended that response             12:33
12          saying, is a violation in the United States     12:33
13          even if there were no views from the            12:33
14          United States.                                  12:33
15              The interpreter's apologies to not          12:33
16          interpret your question.                        12:34
17              THE WITNESS:  Could you repeat that         12:34
18          question?                                       12:34
19      BY MR. KRAMER:                                      12:34
20          Q.   Of course.  Does AST know the              12:34
21      country from which any of the 108 videos listed     12:34
22      in Exhibit 6 were uploaded to YouTube?              12:34
23          A.   No, because YouTube keeps that             12:34
24      information private.  It's not publicly             12:34
25      available.                                          12:34
```

Page 129

| | | |
|---|---|---|
| 1 | at in that list of infringements before we | 12:50 |
| 2 | turned to this exhibit, right? | 12:51 |
| 3 | A. It seems that way. | 12:51 |
| 4 | Q. Underneath that URL, it says, | 12:51 |
| 5 | "Describe the work allegedly infringed, colon." | 12:51 |
| 6 | Do you see that? | 12:51 |
| 7 | A. Yes, I do see that. | 12:51 |
| 8 | Q. Can you please read for me what is | 12:51 |
| 9 | provided for the description of the allegedly | 12:51 |
| 10 | infringed work? | 12:51 |
| 11 | (The Court Reporter requested | 12:52 |
| 12 | clarification.) | 12:52 |
| 13 | THE WITNESS: Akunin, Boris; Pelagia | 12:52 |
| 14 | and the Black Monk. | 12:52 |
| 15 | BY MR. KRAMER: | 12:52 |
| 16 | Q. Pelagia and the Black Monk is a book | 12:52 |
| 17 | written by Boris Akunin; is that right? | 12:52 |
| 18 | A. I believe so. | 12:52 |
| 19 | Q. And Pelagia and the Red Rooster are | 12:52 |
| 20 | separate books, right? | 12:52 |
| 21 | A. Correct. | 12:53 |
| 22 | Q. So is this takedown notice incorrect | 12:53 |
| 23 | in saying that this video infringes the | 12:53 |
| 24 | Black Monk, or is the list of infringements we | 12:53 |
| 25 | looked at earlier incorrect in identifying it | 12:53 |

Page 136

```
 1                MR. KRAMER:  Yes.                            01:40
 2          A.    I do.                                        01:40
 3    BY MR. KRAMER:                                           01:40
 4          Q.    The first page says, AST Publishing          01:40
 5    LTD, right?                                              01:40
 6          A.    Yes.                                         01:41
 7          Q.    And under AST's name, like in the            01:41
 8    exhibit we just looked at, there's a list of             01:41
 9    YouTube URLs, right?                                     01:41
10          A.    In the left column of this table,            01:41
11    yes.                                                     01:41
12          Q.    Pages 1 through 3 of this exhibit            01:41
13    lists 64 YouTube videos, correct?                        01:41
14          A.    Correct.                                     01:41
15          Q.    And these YouTube videos are alleged         01:41
16    infringements that AST has put at issue in this          01:41
17    case, right?                                             01:41
18          A.    I don't believe that all of the              01:42
19    links are infringements.  Because the procedure          01:42
20    for verification takes place gradually, and the          01:42
21    last stage of checking against the partner               01:42
22    channels are to -- placed just recently a few            01:42
23    days ago.                                                01:42
24                (The Court Reporter requested                01:42
25          clarification.)                                    01:42
```

Page 151

```
1                THE WITNESS:  To place just recently      01:42
2        a few days ago.                                   01:42
3    BY MR. KRAMER:                                        01:42
4        Q.   AST served this list of                      01:43
5    infringements on July 5th, 2022, right?               01:43
6        A.   That is the date that is listed              01:43
7    here.  When the attorneys submitted that, in          01:43
8    fact, I don't know.                                   01:43
9        Q.   When AST served this list of                 01:43
10   infringements, it had not completed a check to        01:43
11   ensure that each video on this list was not in        01:43
12   fact authorized; is that right?                       01:43
13       A.   I believe that's correct.                    01:44
14       Q.   And yet this video is titled                 01:44
15   "Supplemental List of Infringements," right?          01:44
16       A.   That's correct, because at the time          01:45
17   this list was being compiled, we did not yet          01:45
18   have the updated list of partner channels from        01:45
19   LitRes, and in its absence we deemed these            01:45
20   links to be infringements based on the data           01:45
21   available to us.                                      01:45
22            However, I don't remember that               01:45
23   decision to be final because we did not have          01:45
24   the verified list of the partners just yet.  We       01:46
25   did pass it on to the attorneys and said              01:46
```

Page 152

| | | |
|---|---|---|
| 1 | that they were infringement based on the | 01:46 |
| 2 | available-then criteria.  So it's a little hard | 01:46 |
| 3 | to comment on the finality of this document. | 01:46 |
| 4 |       Q.   AST -- it -- | 01:46 |
| 5 |       A.   It is possible that this | 01:46 |
| 6 | communication occurred between us and the | 01:46 |
| 7 | attorneys as to what procedures have to be | 01:46 |
| 8 | completed in order for a final answer to -- in | 01:46 |
| 9 | order to arrive at a final answer. | 01:46 |
| 10 |       Q.   Okay.  So AST couldn't determine | 01:46 |
| 11 | whether each video on this list was infringing | 01:47 |
| 12 | or not without confirming with LitRes; is that | 01:47 |
| 13 | right? | 01:47 |
| 14 |       A.   It's the other way around.  Without | 01:47 |
| 15 | the list from LitRes, each one of these blanks | 01:47 |
| 16 | is deemed to be a violation until proven | 01:48 |
| 17 | otherwise by a list from LitRes. | 01:48 |
| 18 |       Q.   So in monitoring for infringement of | 01:48 |
| 19 | AST's works, AZAPI assumes that a use of AST's | 01:48 |
| 20 | work that is not a use by AST or LitRes | 01:48 |
| 21 | themselves is an infringement until proven | 01:48 |
| 22 | authorized; is that right? | 01:48 |
| 23 |       A.   Well, any use is a bit broad of a | 01:49 |
| 24 | statement. | 01:49 |
| 25 |       (The Court Reporter requested | 01:49 |

Page 153

```
 1                    C E R T I F I C A T E
 2              I, MONNA J. NICKESON, CCR, CSR, CLR, RPR,
 3   CRR, the undersigned Certified Court Reporter,
 4   authorized to administer oaths and affirmations in and
 5   for the states of Washington (3322), Oregon (16-0441),
 6   Idaho (1045), and California (14430), do hereby
 7   certify:
 8              That the sworn testimony and/or proceedings,
 9   a transcript of which is attached, was given before me
10   at the time and place stated therein; that the witness
11   was duly sworn or affirmed to testify to the truth;
12   that the testimony and/or proceedings were
13   stenographically recorded by me and transcribed under
14   my supervision.  That the foregoing transcript contains
15   a full, true, and accurate record of all the testimony
16   and/or proceedings occurring at the time and place
17   stated in the transcript; that a review of which was
18   not requested; that I am in no way related to any party
19   to the matter, nor to any counsel, nor do I have any
20   financial interest in the event of the cause.
21   IN WITNESS WHEREOF I have set my hand on
22   August 24, 2022.
23   [signature: Monna J. Nickeson]
24   MONNA J. NICKESON, CCR, CSR, CLR, RPR, CRR
25
```

Page 162