# EXHIBIT 29

to the Declaration of Paul Harold

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3                  SAN FRANCISCO DIVISION
 4
 5   MARIA SCHNEIDER, UNIGLOBE         ) Case No.
     ENTERTAINMENT, LLC, and AST       ) 3:20-cv-04423-JD
 6   PUBLISHING LTD., individually and )
     on behalf of all others similarly )
 7   situated,                         )
                                       )
 8            Plaintiffs,              )
                                       )
 9            vs.                      )
                                       )
10   YOUTUBE, LLC and GOOGLE LLC,      )
                                       )
11            Defendants.              )
     _____)
12   YOUTUBE, LLC and GOOGLE LLC,      )
                                       )
13            Counterclaimants,        )
                                       )
14            vs.                      )
                                       )
15   PIRATE MONITOR LTD, PIRATE MONITOR)
     LLC, and GÁBOR CSUPÓ,             )
16                                     )
              Counterclaim Defendants. )
17   _____)
18   VIRTUAL VIDEOCONFERENCE VIDEO-RECORDED DEPOSITION OF
19        GÁBOR CSUPÓ, 30(B)(6) OF PIRATE MONITOR LTD
20
21     Remotely Testifying from Los Angeles, California
22
23   Stenographically Reported By:
24   Hanna Kim, CLR, CSR 13083
25   Job No. 5301969-A
```

Page 185

1  Q. YouTube's claims against Pirate Monitor;
2  right?
3  A. That's right.
4  Q. And "PM" stands for Pirate Monitor in this
5  e-mail?
6  A. Yes.
7  Q. What did you mean when you said that
8  YouTube is trying to bring everything against PM?
9  A. By turning the -- the -- the whole claim
10  around and trying to blame their fraudulent activity
11  on a company who's actually trying to fight
12  fraudulent activity.
13  Q. In the next sentences you say, "Pirate
14  Monitor is clean. The company called IPLLC, who has
15  a contract with you and the Hungarian Film Fund,
16  acted as a full agent for the rights holder when it
17  uploaded those film clips to YT." [As read]
18  Do you see that?
19  A. Yes. To YouTube, yes.
20  Q. You were saying that it was IPLLC that
21  uploaded the videos to YouTube that are the subject
22  of YouTube's claims against Pirate Monitor; correct?
23  A. That's right.
24  Q. And you were saying that IPLLC was
25  authorized to upload those videos; right?

Page 186

1    A.   That's right.  And it's true.
2    Q.   IPLLC was authorized to upload those
3  videos by MEGA FILM; correct?
4    A.   And the Hungarian Film Fund and a bunch of
5  other producers, yes.
6    Q.   The next sentence reads "(only a couple of
7  minutes of film clips were uploaded so that we can
8  prove to our clients that YT is not doing anything,
9  despite our efforts to get them to let us know)."
10        Do you see that?
11   A.   That's right.
12   Q.   You were saying that the videos that were
13  uploaded to YouTube were only short clips of the
14  MEGA FILM's works; right?
15   A.   Gábor already knew, Kálomista already knew
16  that the -- the full-length videos were uploaded to
17  his channel.  So we just explaining that this --
18  this dispute -- about this issue between PM and --
19  and YouTube.
20   Q.   You were saying that short clips of MEGA
21  FILM's videos were uploaded to YouTube --
22   A.   That's right.
23   Q.   -- right?
24   A.   We -- we could do anything we wanted
25  with --

1    YouTube's counterclaims; correct?
2         A.   Absolutely.
3         Q.   And after those videos were uploaded,
4    IPLLC sent takedown notices to YouTube for those
5    same videos; right?
6         A.   I only know this about reading the lots of
7    documents.  I did not know that beforehand.
8         Q.   Do you know it to be true now?
9         A.   About the takedown notices.
10             I'm sorry, say it again.
11        Q.   Do you know that to be true now?
12        A.   I know that was done, yes.
13        Q.   How do you know that IPLLC sent takedown
14   notices for videos IPLLC itself uploaded to YouTube?
15        A.   I found it out after the fact that we read
16   all the correspondent documents in this lawsuit.
17   What happened is, Mr. Kálomista, after longest time,
18   we couldn't maintain his -- his own material on
19   YouTube without successfully removing all the
20   infringements.  He basically told me to take down
21   everything.  And I called up Endre and I said, "Take
22   them all down."
23             I never said to him to file takedown
24   notices.  All I said, "I got instructions from my
25   client to take all the materials down, what you guys

Page 253

1    CERTIFICATE OF REPORTER
2           I, Hanna Kim, a Certified Shorthand
3    Reporter, do hereby certify:
4           That prior to being examined, the witness
5    in the foregoing proceedings was by me duly sworn to
6    testify to the truth, the whole truth, and nothing
7    but the truth;
8           That said proceedings were taken before me
9    at the time and place therein set forth remotely and
10   were taken down by me in shorthand and thereafter
11   transcribed into typewriting under my direction and
12   supervision;
13          I further certify that I am neither
14   counsel for, nor related to, any party to said
15   proceedings, not in anywise interested in the
16   outcome thereof.
17          Further, that if the foregoing pertains to
18   the original transcript of a deposition in a federal
19   case, before completion of the proceedings, review
20   of the transcript [x] was [ ] was not requested.
21          In witness whereof, I have hereunto
     subscribed my name.
22   Dated:  12th day of July, 2022
23
24
                       Hanna Kim
25                     CLR, CSR No. 13083