# EXHIBIT 32

to the Declaration of Paul Harold

| | |
|---|---|
| **Message** | |
| **From:** | YouTube Copyright [youtube-disputes+2uy0l0018snsl07@google.com] |
| on behalf of | YouTube Copyright <youtube-disputes+2uy0l0018snsl07@google.com> [youtube-disputes+2uy0l0018snsl07@google.com] |
| **Sent:** | 1/24/2019 7:46:23 PM |
| **To:** | mschamberworks@gmail.com |
| **CC:** | mariaschneider@mac.com |
| **Subject:** | YouTube Copyright Complaint Submission |



# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request.

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Maria Schneider Your Full Legal Name (Aliases, usernames or initials not accepted): Maria Schneider Your Title or Job Position (What is your authority to make this complaint?): Composer/Performer Address: 50 West 72nd Street New York, NY 10023 US Username: Maria Schneider Official Page Email Address: mschamberworks@gmail.com Secondary Email Address: mariaschneider@mac.com Phone: 212-787-0354

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=wmAzXaz_UaY
- Describe the work allegedly infringed: My original song
    - Title of original song: Cerulean
    - Where does the content appear? Entire video

Country where copyright applies: US

I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube account.

Authorized Signature: Maria Schneider

Sincerely,

— The YouTube Team

Help center • Email options

©2019 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066, USA

Confidential

SCHNEIDER_0000009454