# EXHIBIT 38

to the Declaration of Paul Harold

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Case No. 20-cv-04423-JD

- - - - - - - - - - - - - - - - - -x

MARIA SCHNEIDER, et al, :

Plaintiffs, :

- vs - :

YOUTUBE LLC, et al, :

Defendants. :

- - - - - - - - - - - - - - - - - -x

***CONFIDENTIAL***

VIDEOTAPED DEPOSITION UPON ORAL EXAMINATION OF PAUL JESSOP, held in New York, NY, commencing at 9:16 a.m., September 28, 2022 , before Randi Friedman, a Registered Professional Reporter, within and for the State of New York.

JOB No. 5490181

PAGES 1 - 286

of your report, you were not able to see any ISRC being retained for those digital copies; is that accurate? 13:25:39 13:25:44 13:25:48

A That's correct. 13:25:48

Q Now let's talk about the Maria Schneider works. You said "downloaded Maria Schneider audio files." 13:25:52 13:25:54 13:25:58

How did you obtain copies of these audio files? 13:26:00 13:26:04

A I flexed my credit card and bought them from the Artist Direct website. 13:26:04 13:26:07

Q Which website? 13:26:14

A Artist Direct is the name of the website that they are available from. 13:26:15 13:26:16

Q What form were the audio files once you were able to download them? 13:26:19 13:26:22

A They were in MP3 format. 13:26:24

Q And did you use the same Kid3 audio metadata tag editor to review the metadata for those files? 13:26:26 13:26:30 13:26:33

A I did. 13:26:33

Q And what did you find? 13:26:34

A I found that in most of the cases, there was comprehensive metadata, which included not only track, title and artist information, but 13:26:36 13:26:38 13:26:42

also ISRC codes, and unusually ISWC codes identifying the music work. In one case, the ISRC codes were missing. I crosschecked that against the online database, SoundExchange, and found the ISRC codes that were present were the same ISRC codes that were lodged, registered at the SoundExchange database. And the ones that were missing were cited in the SoundExchange database, even though they hadn't found their way into the downloaded files. 13:26:46 13:26:50 13:26:56 13:27:00 13:27:05 13:27:08 13:27:10 13:27:13 13:27:17 13:27:22

Q Approximately how many different audio files of Ms. Schneider's did you download for this crosscheck? 13:27:24 13:27:25 13:27:28

A Three albums, so probably about 30. 13:27:29

Q How many of those were missing ISRCs? 13:27:32

A One album. 13:27:34

Q So approximately ten songs? 13:27:36

A Approximately. 13:27:39

Q Or ten works? Okay. 13:27:39

A Ten recordings. 13:27:41

Q Did you investigate why ISRCs were absent on that album? 13:27:56 13:28:01

A I didn't investigate beyond looking at the SoundExchange database, which showed they had been assigned. I was intrigued as to how they 13:28:04 13:28:06 13:28:09

had been omitted from the download, that I didn't do any further investigation. 13:28:13 13:28:16

Q Okay. Any other crosscheck you did besides what you just described? 13:28:17 13:28:27

A No. 13:28:35

Q Any other analysis that you did relating to this report besides what you just described or that's directly reflected in the report? 13:28:38 13:28:40 13:28:42 13:28:45

A No. 13:28:45

Q Did you take any of those MP3s that you have described as metadata you reviewed -- 13:28:55 13:29:01

A Sorry. Could you repeat? 13:29:03

Q I want to talk about those MP3s that we've just been talking about that were subject to your crosscheck; okay? 13:29:05 13:29:09 13:29:12

Did you take any of those MP3s and create a video with those MP3s using any form of video editor? 13:29:13 13:29:16 13:29:21

A There was some -- thank you for the prompt. The results of this are not in the report because it was inconclusive, but I did attempt to find where the CLFN tag was coming from. Not using the Schneider recordings, but using a dummy recording of my own for quality 13:29:23 13:29:26 13:29:30 13:29:33 13:29:38 13:29:43

to some extent calling for speculation. I reviewed those files. I looked at the metadata fields that were in them. I found a number of them that appeared to contain what was at least rights management information and appeared to be copyright management information. And some of those were in fields marked CLFN, which I know is the field name for the clip file name, and they appeared to be the name of the clip from which those video files were derived. And those file names were in nine cases out of ten, the names of recordings and works by Maria Schneider. 13:36:01 13:36:06 13:36:09 13:36:13 13:36:15 13:36:20 13:36:22 13:36:26 13:36:32 13:36:36 13:36:40 13:36:45

Q The first part of your answer was you stating that the question to some extent calls for speculation. 13:36:52 13:36:53 13:36:57

What did you mean by that? 13:36:58

A I mean that I am not party to the process by which those fields were included in what I am told was an uploaded file which generated the text file I was given, but I do know the name of the field, which is CLFN. I do know the meaning of that field is clip file name, and I know what was in it, which was the name of a Maria Schneider work and recording. And I draw the conclusion from that, that there was a Maria 13:36:59 13:37:01 13:37:08 13:37:11 13:37:16 13:37:19 13:37:22 13:37:25 13:37:28

objection -- 14:51:20

MR. DWYER: Object to form. 14:51:21

MR. RICHLIN: Thank you. 14:51:22

THE WITNESS: Could you repeat the question, please? 14:51:23 14:51:24

MR. RICHLIN: Randi, can you read it back, please? 14:51:25 14:51:26

(Whereupon the reporter read back the requested portion of the record.) 14:51:27 14:51:27

THE WITNESS: I need to respond to that in two different ways. Two parallel ways. Firstly, I did not talk to him about it. And; secondly, I would not expect anybody to be using the CLFN field for metadata -- rights management purposes. It's clear in the report that the CLFN field is an artifact of a coding process, which is not, to use your term from earlier, volitional. 14:51:46 14:51:47 14:51:50 14:51:52 14:51:54 14:51:57 14:52:01 14:52:03 14:52:07 14:52:09

BY MR. RICHLIN: 14:52:11

Q I want to ask you a couple questions about the experiment that Mr. Bornheimer ran. You have some thoughts about that experiment? 14:52:12 14:52:13 14:52:19

MR. DWYER: Object to the form. Vague. No foundation. 14:52:23 14:52:24

that. 15:40:39

Q Even as to sound recordings, not all sound recordings have ISRCs; correct? 15:40:42 15:40:45

A That is true. 15:40:48

Q For example, if a mother films her daughter performing at the school orchestra, has that as a video and uploads it, there's no obligation to associate ISRC with that video; correct? 15:40:50 15:40:53 15:40:59 15:41:02 15:41:06

A There's no obligation to associate ISRC with any media entity, but within the commercial music media sector, that is to say people trying to earn a living from music, it is becoming extremely hard to get into distribution without having an ISRC assigned to it because many services and management organizations require it as a matter of policy. 15:41:07 15:41:10 15:41:17 15:41:22 15:41:27 15:41:35 15:41:38 15:41:44

Q We'll turn to the professional commercial music media sector in a moment. 15:41:46 15:41:49

Going back to my example, would it be your expectation that for the example I provided, where a mother films her daughter's school orchestra performance, that that video would have an ISRC associated with it? 15:41:52 15:41:54 15:41:57 15:42:00 15:42:02

A In today's world, I would not expect 15:42:05

C E R T I F I C A T I O N

I, Randi Friedman, Registered Professional Reporter and Notary Public of the State of New York, do hereby certify:

THAT, the witness whose testimony is herein before set forth, was duly sworn by me, and THAT, the within transcript is a true record of the testimony given by said witness.

I further certify that I am not related either by blood or marriage to any of the parties to this action; and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand this day, October 4, 2022.

Randi C. Friedman

Randi Friedman, RPR

Witness: Paul Jessop— September 28, 2022 Deposition
*Schneider v. YouTube, LLC*, No. 3:20-cv-04423-JD (N.D. Cal.)

## Errata Sheet

| Page: Line | Change | Reason |
|---|---|---|
| 4:4 | Remove <Excerpt of> | To clarify the record |
| 6:25 | Replace <in> with <and> | To correct transcription errors |
| 12:13 | Replace <outlying> with <outline> | To clarify the record |
| 17:23 | Insert <,> between <County Analytics> and <I> | To correct transcript error |
| 24:20 | Replace <for> with <from> | To clarify the record |
| 29:16 | Replace <DMX> with <DMS> | To clarify the record |
| 30:19 | Insert <of> between <master > and <philosophy> | To correct transcription errors |
| 35:9 | Replace <into, unlike commerce, a smooth one> with <into electronic commerce, a smooth one> | To clarify the record |
| 36:2 | Replace <former> with <formal> | To clarify the record |
| 40:23 | Replace <Rockster> with <Grokster> | To correct transcription errors |
| 44:8 | Insert <a> between <did> and <little> | To correct transcription errors |
| 46:1 | Insert <meaning> between <,> and <without> | To clarify the record |
| 46:10 | Remove <I hate it when that happens> | To correct transcription errors |
| 46:20 | Replace <recording> with <recorded> | To correct transcription errors |
| 51:5 | Replace <omissions> with <permissions> | To clarify the record |
| 52:3 | Replace <Nick> with <Nic> | To correct transcription errors |
| 53:4 | Replace <ISNI, ISNI> with <ISNI, ISNI-IA> | To clarify the record |
| 53:8 | Replace <Allison Randall> with <Alison Randle> | To correct transcription errors |
| 53:11 | Replace <Randall> with <Randle> | To correct transcription errors |
| 53:17 | Replace <Randall> with <Randle> | To correct transcription errors |
| 54:9 | Replace <Randall> with <Randle> | To correct transcription errors |
| 57:13 | Replace <IRC> with <ISRC> | To clarify the record |

| | | |
|---|---|---|
| 62:17 | Replace <In practice, both the lecture series> with <In practice: both. The lecture series> | To clarify the record |
| 65:20 | Replace <of Berkeley in California> with <of California at Berkeley> | To clarify the record |
| 68:2 | Replace <my> with <any> | To clarify the record |
| 69:7 | Replace <Rockster> with <Grokster> | To correct transcription errors |
| 72:10 | Replace <U.S.> with <U.K.> | To clarify the record |
| 78:4 | Replace <Zetz-- Zeltz –> with <Zelcs> | To correct transcription errors |
| 90:14 | Replace <Wileska> with <Waleska> | To correct transcription errors |
| 93:7 | Replace <Foku> with <Foucu> | To correct transcription errors |
| 93:10 | Replace <Foku> with <Foucu> | To correct transcription errors |
| 94:23 | Replace <Union Globe> with <Uniglobe> | To correct transcription errors |
| 95:3 | Replace <have> with <had> | To correct transcription errors |
| 102:9 | Replace <team> with <teams> | To correct transcription errors |
| 110:13 | Replace <for> with <from> | To correct transcription errors |
| 112:14 | Replace <was> with <wasn't> | To clarify the record |
| 112:15 | Replace <substantiated> with <instantiated> | To clarify the record |
| 113:25 | Remove <.> | To correct transcription errors |
| 115:4 | Replace <NXK> with <Annex K> | To clarify the record |
| 116:11 | Replace <Artist Direct> with <ARTISTDirect> | To correct transcription errors |
| 116:13 | Replace < Artist Direct> with <ARTISTDirect> | To correct transcription errors |
| 118:1 | Replace <that> with <but> | To correct transcription errors |
| 119:10 | Replace <the> with <a> | To clarify the record |
| 129:10 | Replace <of> with <on> | To clarify the record |
| 131:2 | Replace <there is> with <varies> | To correct transcription errors |
| 133:19 | Insert <be> between <will> and <the> | To correct transcription errors |
| 141:20 | Replace <,> with <.> | To correct transcription errors |

Witness: Paul Jessop— September 28, 2022 Deposition
*Schneider v. YouTube, LLC*, No. 3:20-cv-04423-JD (N.D. Cal.)

| 146:11 | Replace <what other> with <whatever> | To correct transcription errors |
|---|---|---|
| 146:16 | Insert <,> between <field> and <or> | To correct transcription errors |
| 146:17 | Insert <,> between <field> and <that> | To correct transcription errors |
| 149:1 | Replace <100> with <700> | To clarify the record |
| 151:8 | Remove indent after <No.> | To correct transcription errors |
| 157:6 | Replace <that that's an assumption or that's true> with <that there's an assumption that that's true> | To correct transcription errors |
| 158: 17 | Replace <information> with <metadata> | To clarify the record |
| 160:6 | Replace <it's> with <it> | To correct transcription errors |
| 160:9 | Replace <needs> with <needed> | To correct transcription errors |
| 160:17 | Insert <,> between <align it> and <to> | To correct transcription errors |
| 160:18 | Insert <,> between <co-exist> and <with> | To correct transcription errors |
| 160:19 | Insert <that> between <process> and <does> | To correct transcription errors |
| 167:14 | Replace <expressively> with <expressly> | To correct transcription errors |
| 168:14 | Replace <using> with <actively inserting> | To clarify the record |
| 170:5 | Replace <bantered> with <bandied> | To correct transcription errors |
| 174:15 | Insert <of> between <status> and <that> | To correct transcription errors |
| 174:15 | Replace <is> with <as> | To correct transcription errors |
| 178:12 | Replace <Yes> with <I have not investigated all such programs> | To clarify the record |
| 179:21 | Replace <Correct> with <At this point in the report, yes, though I refer to YouTube removing CMI elsewhere> | To clarify the record |
| 180:7 | Replace <"compositing"> with <"composites"> | To correct transcription errors |
| 180:17 | Insert <and users> between <creators> and <.> | To clarify the record |
| 198:12 | Replace <detail> with <detailed> | To correct transcription errors |
| 198:20 | Replace <copyright law is what attests, those> with <copyright lawyers will attest, those> | To clarify the record |
| 203:14 | Replace <Dixa> with <Deezer> | To clarify the record |

| 204:17 | Insert <Some may of course be required for other reasons such as compliance with laws or inter-party agreements.> after <.> | To clarify the record |
|---|---|---|
| 207:11 | Replace <or> with <a> | To clarify the record |
| 213:8 | Replace <discussions> with <operations> | To clarify the record |
| 223:22 | Replace <sufficiently> with <efficiently> | To clarify the record |
| 227:8-9 | Insert <bad> between <gets> and <again> | To correct transcription errors |
| 236:4 | Replace <used that way> with <actively inserted> | To clarify the record |
| 236:5 | Insert <themselves> between <recordings> and <.> | To clarify the record |
| 236:15 | Replace <Standards> with <Standardization> | To clarify the record |
| 237:6 | Replace <I got a thing that> with <I've got to think that> | To correct transcription errors |
| 240:3 | Replace <protocol buffer's> with <Protocol Buffers> | To correct transcription errors |
| 240:10 | Replace <call> with <called> | To correct transcription errors |
| 240:17 | Replace <date> with data.> | To correct transcription errors |
| 240:20 | Replace <,> with <.> | To correct transcription errors |
| 242:14 | Replace <heightened number> with <height and number> | To correct transcription errors |
| 242:15 | Replace <coded> with <codec> | To correct transcription errors |
| 242:16 | Replace <accounts> with <counts> | To correct transcription errors |
| 242:16 | Insert < start finding fields that have rights management implications> between < 'title,'> and <so I hope> | To clarify the record |
| 256:14 | Replace <hourly> with <aurally> | To clarify the record |
| 260:22 | Replace <Allegresse> with <Allégreese> | To correct transcription errors |
| 266:23 | Replace <oral> with <aural> | To clarify the record |

Witness: Paul Jessop— September 28, 2022 Deposition
*Schneider v. YouTube, LLC*, No. 3:20-cv-04423-JD (N.D. Cal.)

____x____ Subject to the above changes, I certify that the transcript is true and correct.

________ No changes have been made. I certify that the transcript is true and correct.

[signature] 28 OCT 2022

(Signature) (date)

5

Witness: Paul Jessop— September 28, 2022 Deposition
*Schneider v. YouTube, LLC*, No. 3:20-cv-04423-JD (N.D. Cal.)

ACKNOWLEDGMENT OF DEPONENT

I, Paul Jessop, do hereby certify that I have read and examined the foregoing testimony, and that the same is a correct transcription of the answers given by me to the questions therein propounded, except for the corrections or changes in form or substance, if any, noted in the attached Errata Sheet.

(Signature)

28 OCT 2022
(date)

6