# EXHIBIT 39

to the Declaration of Paul Harold

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1              UNITED STATES DISTRICT COURT
 2         FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                 SAN FRANCISCO DIVISION
 4
 5    _____
                                         )
 6    MARIA SCHNEIDER, UNIGLOBE          )
      ENTERTAINMENT, LLC, and AST        )
 7    PUBLISHING LTD., individually and  )
      on behalf of all others similarly  )
 8    situated,                          )
                                         )
 9              Plaintiffs,              )
                                         )
10    vs.                                ) No. 3:20-cv-4423
                                         )
11    YOUTUBE, LLC; and GOOGLE LLC,      )
                                         )
12              Defendants.              )
      _____)
13
14
15       HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
16       VIDEOTAPED DEPOSITION OF JOSEPH M. WINOGRAD
17                San Francisco, California
18              Thursday, September 29, 2022
19                       Volume I
20
21    Reported by:
      CATHERINE A. RYAN, RMR, CRR, B.S.
22    CSR No. 8239
23    Job No. 5490258
24
25    PAGES 1 - 281
```

Page 1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | Q    Is it your view that the Content ID | 10:45:53 |
| 2 | technology itself has the ability to automatically | |
| 3 | identify whether the use of a work in a video on | |
| 4 | YouTube infringes a copyright? | |
| 5 | A    That is -- no, that is not the intended | 10:46:11 |
| 6 | meaning of this sentence. | |
| 7 | Q    The Content ID system can't automatically | |
| 8 | determine what is and isn't infringing, right? | |
| 9 | A    Right. | |
| 10 | Q    The system can automatically identify | 10:46:20 |
| 11 | matches of a given reference file to a given video | |
| 12 | file, correct? | |
| 13 | A    Yes. | |
| 14 | Q    Let's assume, hypothetically, that a | |
| 15 | reference file for a musical composition that | 10:46:36 |
| 16 | Plaintiff Maria Schneider claims to own is in | |
| 17 | Content ID, and the Content ID system recognizes | |
| 18 | that someone has uploaded a video using that same | |
| 19 | composition. | |
| 20 | Has the Content ID system identified a | 10:46:53 |
| 21 | copyright infringement? | |
| 22 | A    It may have. | |
| 23 | Q    What do you mean, "it may have"? | |
| 24 | A    So copyright management technologies -- | |
| 25 | copyright management systems I describe in the | 10:47:09 |

Page 66

1          I, the undersigned, a Certified Shorthand
2    Reporter of the State of California, do hereby
3    certify:
4          That the foregoing proceedings were taken
5    before me at the time and place herein set forth;
6    that any witnesses in the foregoing proceedings,
7    prior to testifying, were administered an oath; that
8    a record of the proceedings was made by me using
9    machine shorthand which was thereafter transcribed
10   under my direction; that the foregoing is a true
11   record of the testimony given.
12         Further, that if the foregoing pertains to the
13   original transcript of a deposition in a Federal
14   Case, before completion of the proceedings, review
15   of the transcript [ X ] was [  ] was not requested.
16            I further certify that I am neither
17   financially interested in the action nor a relative
18   or employee of any attorney or any party to this
19   action.
20         IN WITNESS WHEREOF, I have this date
21   subscribed my name this 5th day of October, 2022.
22
23         *[signature: Catherine A. Ryan]*
24         Catherine A. Ryan, RMR, CRR, B.S.
25         CSR No. 8239

Page 278

## Errata Sheet

| Page: Line | Change | Reason |
|---|---|---|
| 15:17-18 | Replace <Authority [sic]> with <Administrator> | To correct transcription errors |
| 41:7 | Insert < But Verance does a number of indirect things related to the hundreds of millions of consumers who interact with Cinavia technology.> between <.> and <Q> | To clarify the record |
| 53:22 | Replace <and> with <in the> | To correct transcription errors |
| 80:25 | Replace <subscribers> with <channels> | To clarify the record |
| 85:7 | Replace <knows> with <"knows" –> | To correct transcription errors |
| 118:17 | Insert <, which I now see is on page 6 of that report for the second half of 2021.> between <based> and <.> | To clarify the record |
| 135:25 | Replace <anyone> with <"anyone"> | To correct transcription errors |
| 156:18 | Replace <billed> with <built> | To correct transcription errors |
| 160:15 | Replace <too> with <to> | To correct transcription errors |
| 160:17 | Replace <too> with <to> | To correct transcription errors |
| 164:25 | Replace <threat> with <thread> | To correct transcription errors |
| 173:3 | Insert <,> between <systems> and <are> | To correct transcription errors |
| 173:3 | Insert <not> between <likely> and <to> | To correct transcription errors |
| 197:2 | Replace <four – some> with <for some> | To correct transcription errors |
| 205:4 | Replace < discovery> with <"discovery"> | To clarify the record |
| 205:5 | Replace <rights management> with <"rights management"> | To clarify the record |
| 205:9 | Replace <rights management> with <"rights management"> | To clarify the record |
| 218:14 | Replace <base> with <basis> | To correct transcription errors |
| 221:25 | Replace <machine> with <regime> | To correct transcription errors |
| 244:2 | Replace <DMC> with <DMCA > | To correct transcription errors |

____X____    Subject to the above changes, I certify that the transcript is true and correct.

_____    No changes have been made. I certify that the transcript is true and correct.

_____                                    11/2/2022
(Signature)                                                         (date)

## ACKNOWLEDGMENT OF DEPONENT

I, Joseph Winograd, do hereby certify that I have read and examined the foregoing testimony, and that the same is a correct transcription of the answers given by me to the questions therein propounded, except for the corrections or changes in form or substance, if any, noted in the attached Errata Sheet.

_____  
(Signature)

11/2/2022  
(date)