1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARIA SCHNEIDER et al.          ,

Plaintiff(s),

v.

YOUTUBE, LLC et al.          ,

Defendant(s).

Case No. 3:20-cv-04423-JD

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Andrew Ellis          , an active member in good standing of the bar of Georgia          , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Plaintiffs          in the above-entitled action. My local co-counsel in this case is Joshua Schiller          , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 330653          .

505 North 7th Street, St. Louis, MO
MY ADDRESS OF RECORD

(314) 241-4844
MY TELEPHONE # OF RECORD

aellis@koreintillery.com
MY EMAIL ADDRESS OF RECORD

44 Montgomery Street, San Francisco, CA
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(415) 293-6800
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

jischiller@bsfllp.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 536041          .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0          times in the 12 months preceding this application.

1    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2    the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3    Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4    Dated: __March 6, 2023_____                        Andrew Ellis_____

5                                                        APPLICANT

6    ═══════════════════════════════════════════════════════════════════

7

8                         ORDER GRANTING APPLICATION

9                    FOR ADMISSION OF ATTORNEY PRO HAC VICE

10

11   IT IS HEREBY ORDERED THAT the application of Andrew Ellis_____is

12   granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13   must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14   counsel designated in the application will constitute notice to the party.

15   Dated: ___3/7/2023_____

16

17   _____

18                    UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California