UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING LTD., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>Defendants. | CASE NO.: 3:20-cv-04423-JD<br><br>**STIPULATION TO CHANGE BRIEFING SCHEDULE**<br><br>Judge: Hon. James Donato |
| YOUTUBE, LLC and GOOGLE LLC,<br><br>Counterclaimants,<br><br>v.<br><br>PIRATE MONITOR LTD, PIRATE MONITOR LLC, and GÁBOR CSUPÓ,<br><br>Counterclaim Defendants. | |

1  The Court previously entrusted the parties to address scheduling issues by agreement
2  provided the agreements did not impact the Court (*see* Dkt. No. 154 at 55:18-19).  With respect
3  to one of the series of motions set for hearing in this matter for April 13, 2023 (Dkt. No. 260),
4  the Parties through their undersigned counsel have agreed that, to accommodate a personnel
5  matter, Counterclaimants' time to respond shall be extended by one week until March 24, 2023.
6  Counterclaim Defendants shall reply by March 31, 2023 which is two weeks before the
7  scheduled hearing.

 **IT IS SO STIPULATED**, through Counsel of Record.

Dated:  March 9, 2023                               Respectfully submitted,

   */s/ David H. Kramer*
David H. Kramer, SBN 168452
Maura L. Rees, SBN 191698
Lauren Gallo White, SBN 309075
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: dkramer@wsgr.com
Email: mrees@wsgr.com
Email: lwhite@wsgr.com

Brian M. Willen
Catherine R. Hartman
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, NY  10019-6022
Telephone: (212) 999-5800
Facsimile: (212) 999-5801
Email: bwillen@wsgr.com
Email: chartman@wsgr.com

Attorneys for Defendants and Counterclaimants
YOUTUBE, LLC and GOOGLE LLC

| | |
|---|---|
| Dated:  March 9, 2023 | Respectfully submitted, |
| | */s/ Philip C. Korologos* |
| | George A. Zelcs |
| | Randall P. Ewing, Jr. |
| | Ryan Z. Cortazar |
| | KOREIN TILLERY, LLC |
| | 205 North Michigan, Suite 1950 |
| | Chicago, IL 60601 |
| | Telephone: (312) 641-9750 |
| | Facsimile: (312) 641-9751 |
| | Email: gzelcs@koreintillery.com |
| | Email: rewing@koreintillery.com |
| | Email: rcortazar@koreintillery.com |
| | |
| | Stephen M. Tillery |
| | Steven M. Berezney, SBN 329923 |
| | Carol O'Keefe |
| | KOREIN TILLERY, LLC |
| | 505 North 7th Street, Suite 3600 |
| | St. Louis, MO 63101 |
| | Telephone: (314) 241-4844 |
| | Facsimile: (314) 241-3525 |
| | Email: stillery@koreintillery.com |
| | Email: sberezney@koreintillery.com |
| | Email: cokeefe@koreintillery.com |
| | |
| | Joshua Irwin Schiller, SBN 330653 |
| | BOIES SCHILLER FLEXNER LLP |
| | 44 Montgomery St., 41st Floor |
| | San Francisco, CA 94104 |
| | Phone: (415) 293-6800 |
| | Facsimile: (415) 293-6899 |
| | Email: jischiller@bsfllp.com |
| | |
| | Philip C. Korologos |
| | Joanna Wright |
| | Jeffrey P. Waldron, Jr. |
| | BOIES SCHILLER FLEXNER LLP |
| | 55 Hudson Yards, 20th Floor |
| | New York, NY 10001 |
| | Phone: (212) 446-2300 |
| | Facsimile: (212) 446-2350 |
| | Email: pkorologos@bsfllp.com |
| | Email: jwright@bsfllp.com |
| | Email: jwaldron@bsfllp.com |
| | |
| | Attorneys for MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING LTD., and Attorneys for Counterclaim-Defendants PIRATE MONITOR LTD. and GABOR CSUPO |

**ATTORNEY ATTESTATION**

I, David H. Kramer, am the ECF User whose ID and password are being used to file this document. In compliance with N.D. Cal. Civil L.R. 5-1(h)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the other Signatories.

By: */s/ David H. Kramer*
David H. Kramer