| | |
|---|---|
| George A. Zelcs* | Joshua Irwin Schiller, CA Bar #330653 |
| gzelcs@koreintillery.com | jischiller@bsfllp.com |
| Randall P. Ewing, Jr.* | **BOIES SCHILLER FLEXNER LLP** |
| rewing@koreintillery.com | 44 Montgomery St., 41st Floor |
| Ryan Z. Cortazar* | San Francisco, CA 94104 |
| rcortazar@koreintillery.com | Telephone: (415) 293-6800 |
| **KOREIN TILLERY, LLC** | Facsimile: (415) 293-6899 |
| 205 North Michigan, Suite 1950 | |
| Chicago, IL 60601 | Philip C. Korologos* |
| Telephone: (312) 641-9750 | pkorologos@bsfllp.com |
| Facsimile: (312) 641-9751 | Joanna Wright* |
| | jwright@bsfllp.com |
| Stephen M. Tillery* | Jeffrey Waldron* |
| stillery@koreintillery.com | jwaldron@bsfllp.com |
| Steven M. Berezney, CA Bar #329923 | **BOIES SCHILLER FLEXNER LLP** |
| sberezney@koreintillery.com | 55 Hudson Yards, 20th Floor |
| Carol O'Keefe* | New York, NY 10001 |
| cokeefe@koreintillery.com | Telephone: (212) 446-2300 |
| **KOREIN TILLERY, LLC** | Facsimile: (212) 446-2350 |
| 505 North 7th Street, Suite 3600 | |
| St. Louis, MO 63101 | |
| Telephone: (314) 241-4844 | |
| Facsimile: (314) 241-3525 | |

*Admitted *pro hac vice*

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING LTD., individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> YOUTUBE, LLC and GOOGLE LLC, <br><br> Defendants. | CASE NO.: 3:20-cv-04423-JD <br><br> **PLAINTIFFS' INTERIM ADMINISTRATIVE MOTION TO SEAL PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR CLASS CERTIFICATION** <br><br> Judge: Hon. James Donato <br><br> DATE: April 13, 2023 <br> TIME: 10:00 a.m. |

Pursuant to Civil Local Rules 7-11 and 79-5, Plaintiffs submit this interim administrative motion to file under seal the unredacted versions of Plaintiffs' Reply in Support of Motion for Class Certification and related declaration and exhibits, portions of which contain information designated as Confidential or Highly Confidential by the parties. Plaintiffs do not anticipate moving to seal any of the documents Plaintiffs designated as Confidential or Highly Confidential. By agreement of the parties and pursuant to ¶ 31 of Your Honor's Standing Order for Civil Cases, the reasons for sealing will be discussed in a forthcoming omnibus sealing motion filed jointly by the parties addressing the sealing of confidential information related to Plaintiffs' Motion for Class Certification, and any dispositive motions or *Daubert* motions filed by the parties. The joint sealing motion will be filed two weeks after the final reply related to the aforementioned motions is submitted.

Respectfully submitted,

Dated: March 13, 2023

/s/ *Philip Korologos*
Philip C. Korologos*
Joanna Wright*
Jeffrey Waldron*
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards, 20th Floor
New York, NY 10001
Telephone: (212) 446-2300
Facsimile: (212) 446-2350

Joshua Irwin Schiller, CA Bar #330653
*jischiller@bsfllp.com*
BOIES SCHILLER FLEXNER LLP
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Telephone: (415) 293-6800
Facsimile: (415) 293-6899

George A. Zelcs *
Randall P. Ewing, Jr.*
Ryan Z. Cortazar*
KOREIN TILLERY, LLC
205 North Michigan, Suite 1950
Chicago, IL 60601
Telephone: (312) 641-9750
Facsimile: (312) 641-9751

Stephen M. Tillery*
Steven M. Berezney, CA Bar #329923
Carol O'Keefe *
KOREIN TILLERY, LLC
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

*Admitted *pro hac vice*

*Attorneys for Plaintiffs*