George A. Zelcs*
*gzelcs@koreintillery.com*
Randall P. Ewing, Jr.*
*rewing@koreintillery.com*
Ryan Z. Cortazar*
*rcortazar@koreintillery.com*
**KOREIN TILLERY, LLC**
205 North Michigan, Suite 1950
Chicago, IL 60601
Telephone: (312) 641-9750
Facsimile: (312) 641-9751

Stephen M. Tillery*
*stillery@koreintillery.com*
Steven M. Berezney, CA Bar #329923
*sberezney@koreintillery.com*
Carol O'Keefe*
*cokeefe@koreintillery.com*
**KOREIN TILLERY, LLC**
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

*Admitted *pro hac vice*
*Attorneys for Plaintiffs*

Joshua Irwin Schiller, CA Bar #330653
*jischiller@bsfllp.com*
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293-6800

Philip C. Korologos*
*pkorologos@bsfllp.com*
Joanna Wright*
*jwright@bsfllp.com*
Jeffrey Waldron*
*jwaldron@bsfllp.com*
**BOIES SCHILLER FLEXNER LLP**
55 Hudson Yards, 20th Floor
New York, NY 10001
Telephone: (212) 446-2300
Facsimile: (212) 446-2350

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

|  |  |
|---|---|
| MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING LTD., individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> YOUTUBE, LLC and GOOGLE LLC, <br><br> Defendants. | CASE NO.: 3:20-cv-04423-JD <br><br> **REPLY DECLARATION OF JEFFREY WALDRON IN FURTHER SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** <br><br> Judge: Hon. James Donato <br><br> Date:   April 13, 2023 <br> Time:  10:00 a.m. |

JEFFREY WALDRON hereby declares as follows:

1.      I am an attorney at Boies Schiller Flexner LLP, co-counsel to Plaintiffs and putative class representatives Maria Schneider, Uniglobe Entertainment, LLC, and AST Publishing, Ltd.  I make this reply declaration in further support of Plaintiffs' Motion for Class Certification filed on February 13, 2023 [ECF No. 245] (the "Motion" or "Mot.").  I have personal knowledge of the facts stated herein and, if called as a witness, I could and would competently testify thereto.

2.      Plaintiffs have moved to certify four classes: (1) the Registered Works Infringement Class; (2) the Foreign Unregistered Works Infringement Class; (3) the International Standard Recording Code ("ISRC") Class; and (4) the Clip Filename ("CLFN") Class.  (*See* Mot. at 3–4.)

3.      Attached to the Declaration of Jeffrey Waldron in Support of Plaintiffs' Motion for Class Certification (the "Waldron Declaration") [ECF No. 246] as **Exhibits 65** and **68** are true and correct copies of notices of removal for the works *Hang Gliding*, *Bulería, Soleá, Y Rumba, Green Piece, Last Season, Lately* and *Gush*.

4.      Attached to the Waldron Declaration as **Exhibits 67** and **70** are true and correct copies of the copyright registration records for the following copyrighted works by Ms. Schneider: *Hang Gliding*, *Bulería, Soleá, Y Rumba, Green Piece, Last Season, Lately* and *Gush* bearing dates of registration with the United States Copyright Office (USCO) in 1989 (*Lately*), 1992 (*Green Piece* and *Last Season*), 1993 (*Gush*), 2003 (*Hang* Gliding), and 2004 (*Buleria, solea y rumba*).

5.      Attached to the Waldron Declaration as **Exhibit 61** is a true and correct copy of a document entitled "Plaintiffs' February 25, 2022 List of Infringements" ("List of Infringements").

6.      The List of Infringements (Ex. 61) identified infringements of: *Hang Gliding* (List of Infringements #116), *Bulería, Soleá, Y Rumba* (List of Infringements #27) *Green Piece* (List of Infringements #77)*, Last Season* (List of Infringements #126)*, Lately* (List of Infringements #133), and *Gush* (List of Infringements #280).

7.      Attached hereto as **Exhibit 92** is a true and correct copy of excerpts of Ms. Schneider's Amended Responses and Objections to Defendants' Interrogatories No. 1–9 which at page 6 incorporates by reference Plaintiffs February 25, 2022, List of Infringements. These interrogatory responses (at pp. 4–6) include identification of the works that Ms. Schneider alleges were infringed and provides the unique URL for each known instance of infringement through the incorporation of the List of Infringements.  The interrogatory responses are signed and affirmed by Ms. Schneider declaring that the information contained therein was accurate, including that the alleged infringements were displayed without authorization.  The interrogatory responses also provided Ms. Schneider's contact information.

8.      Attached to the Waldron Declaration as **Exhibits 62** and **63** are true and correct copies of notices of removal for the English version of *5 Weddings*.

9.      Attached to the Waldron Declaration as **Exhibit 64** is a true and correct copy of the copyright registration record for the screenplay of *5 Weddings* as a dramatic work.  The screenplay is registered to Uniglobe Entertainment, LLC, "a Wyoming limited liability company with its principal place of business in Los Angeles County, California."

10.     Attached to the Waldron Declaration as **Exhibits 73** and **74** are true and correct copies of notices of removal for *Zuleikha Opens Her Eyes*.

11.     Attached to the Waldron Declaration as **Exhibits 75** and **76** are true and correct copies of notices of removal for *My Children*.

12.     Attached hereto as **Exhibit 97** is a true and correct copy of a document produced by Defendants bearing production number GOOG-SCHDR-00040009 entitled "Ticket T63-43810058," regarding AZAPI's application for the Content Verification Program dated February 6, 2020.  ██████████████████████████████████████████
███████████████████████████████

13.     Attached hereto as **Exhibit 82** is a true and correct copy of excerpts of the June 22, 2022, deposition of Julian Bill.

14.     Attached hereto as **Exhibit 83** is a true and correct copy of excerpts of the January 17, 2023, deposition of Plaintiffs' Expert Dr. Charles D. Cowan.

15.     Attached hereto as **Exhibit 84** is a true and correct copy of excerpts of the September 28, 2022, deposition of Plaintiffs' Expert Paul Jessop.

16.     Attached hereto as **Exhibit 85** is a true and correct copy of excerpts of the July 5, 2022, deposition of Fabio Magagna.

17.     Attached hereto as **Exhibit 86** is a true and correct copy of excerpts of the September 30, 2022, deposition of Defendants' Expert Francois-Xavier Nuttall.

18.     Attached hereto as **Exhibit 87** is a true and correct copy of excerpts of the July 1, 2022, deposition of David Rosenstein.

19.     Attached hereto as **Exhibit 88** is a true and correct copy of excerpts of the January 13, 2023, deposition of Plaintiffs' Expert Dr. Hal J. Singer.

20.     This paragraph intentionally omitted.

21.     Attached hereto as **Exhibit 90** is a true and correct copy of excerpts of the September 29, 2022, deposition of Plaintiffs' Expert Joseph Winograd.

22.     Attached hereto as **Exhibit 91** is a true and correct copy of excerpts of the June 21, 2022, 30(b)(6) deposition of Kevin Zhu.

23.     Attached hereto as **Exhibit 92**, and referenced above, is a true and correct copy of excerpts of Ms. Schneider's Amended Responses and Objections to Defendants' Interrogatories No. 1–9 dated September 9, 2022.

24.     Attached hereto as **Exhibit 93** is a true and correct copy of the transcript of the July 7, 2022, proceedings held in this case.

25.     Attached hereto as **Exhibit 94** is a true and correct copy of excerpts of Defendants' Responses and Objections to Plaintiff's RFA Nos. 67–70, dated July 5, 2022.

26.     Attached hereto as **Exhibit 95** is a true and correct copy of a YouTube document dated November 19, 2019, bearing production number GOOG-SCHNDR-00006651.

27.      Attached hereto as **Exhibit 96** is a true and correct copy of a document entitled "Pirate Monitor LLC Termination," dated November 20, 2019, bearing production number GOOG-SCHNDR-00035749.

28.      Attached hereto as **Exhibit 97**, and referenced above, is a true and correct copy of a document produced by Defendants bearing production number GOOG-SCHDR-00040009 entitled "Ticket T63-43810058," regarding AZAPI's application for the Content Verification Program dated February 6, 2020.

29.      Attached hereto as **Exhibit 98** is a true and correct copy of an email between YouTube Copyright and Uniglobe Entertainment entitled "YouTube Copyright Complaint Submission" dated October 21, 2020, bearing production number UNIGLOBE_0000032107.

30.      Attached hereto as **Exhibit 99** is a true and correct copy of Form SR, the USCO's form "for registration of published or unpublished sound recordings," available on the Office's public website at https://www.copyright.gov/forms/formsr.pdf.


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Dated: March 13, 2023
New York, New York.


                                                        _/s/ Jeffrey Waldron_____
                                                        Jeffrey Waldron

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ATTESTATION**

My user ID and password are being used in the electronic filing of this document and, in compliance with N.D. Cal. Civil L.R. 5-1(h)(3), I hereby attest that concurrence in the filing of the document has been obtained from each of the other Signatories.

*/s/ Philip Korologos*
Philip Korologos

REPLY DECLARATION OF JEFFREY WALDRON IN FURTHER SUPPORT OF PLAINTIFFS'
MOTION FOR CLASS CERTIFICATION