# EXHIBIT 92

Filed Under Seal