# EXHIBIT 98

Message

| | |
|---|---|
| **From:** | YouTube Copyright [youtube-disputes+2hmrdpo6y99rq07@google.com] |
| **on behalf of** | YouTube Copyright <youtube-disputes+2hmrdpo6y99rq07@google.com> [youtube-disputes+2hmrdpo6y99rq07@google.com] |
| **Sent:** | 10/21/2020 6:00:30 PM |
| **To:** | uniglobeentertainment@gmail.com |
| **CC:** | team@uniglobeentertainment.com |
| **Subject:** | YouTube Copyright Complaint Submission |



Hi UniGlobe Entertainment,

Thank you very much for your notification. We were unable to remove all of the URLs you submitted.

The following URL(s) have been removed:

```
http://www.youtube.com/watch?v=7Oy7RKzE0TU
http://www.youtube.com/watch?v=gEjglbGEvEE
```

We require a more detailed description of your copyrighted work for the following URL(s):

http://www.youtube.com/watch?v=YXWFYPk11GM

We won't be able to process your request until you have provided us with this information.

We encourage you to provide whatever specifics you feel will be most useful. Information such as the title of the work, its author's name, the date of creation of the work, a copyright registration number (if the work is registered), and/or the specific timestamps at which your work appears in the video in question will greatly assist us in processing your request.

Thank you very much for your cooperation. We look forward to hearing from you.

- The YouTube Team

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Uniglobe Entertainment
Your Full Legal Name (Aliases, usernames or initials not accepted): Nayomi Cooper
Your Title or Job Position (What is your authority to make this complaint?): President
Address:
3319 Clifden Ln
Burbank, CA 91504
US
Username: UniGlobe Entertainment
Email Address: uniglobeentertainment@gmail.com
Secondary Email Address: team@uniglobeentertainment.com
Phone: 4243338230

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=7Oy7RKzE0TU

- Describe the work allegedly infringed: My company, organization or client's video (not from YouTube)
    - Title of original video: 5 Weddings
    - Link to video:
    - Where does the content appear? Entire video

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=YXWFYPk11GM

- Describe the work allegedly infringed: My company, organization or client's video (not from YouTube)

Confidential                                                                                                       UNIGLOBE_0000032107

- - o	Title of original video: America's Forgotten
  - o	Link to video:
  - o	Where does the content appear? Links to allegedly infringing downloads

- URL of allegedly infringing video to be removed:
http://www.youtube.com/watch?v=gEjglbGEvEE

- Describe the work allegedly infringed: My company, organization or client's video (not from YouTube)
  - o	Title of original video: 5 Weddings
  - o	Link to video:
  - o	Where does the content appear? Entire video

Country where copyright applies: US

I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.

- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and

- This notification is accurate.

- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.

- I understand that abuse of this tool will result in termination of my YouTube account.

Authorized Signature: Nayomi Cooper

Help center • Email options

©2020 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066, USA

Confidential

UNIGLOBE_0000032108