# EXHIBIT 3

to the Declaration of Qifan Huang



Wilson Sonsini Goodrich & Rosati
Professional Corporation

650 Page Mill Road
Palo Alto, California 94304-1050

O: 650.493.9300
F: 650.493.6811

September 22, 2022

**<u>Via Electronic Mail</u>**

Phil Korologos
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards, 20th Floor
New York, New York 10001

  Re: *Schneider et al. v. YouTube, LLC et al.*, Case No. 3:20-cv-04423-JD

Dear Phil:

  I write regarding the expert reports of Drs. Charles D. Cowan and Hal J. Singer, served by Plaintiffs on September 1, 2022. The experts' reports are expressly and materially incomplete and both Cowan and Singer purport to reserve the right to supplement their opinions at an unspecified date after the Court-ordered expert disclosure deadline. *See, e.g.*, Cowan Report ¶¶ 4-8, 45, 48, 67, 74-75; Singer Report ¶¶ 9-10, 98; *see also* September 6, 2022 email from P. Korologos to D. Kramer. Neither the Federal Rules of Civil Procedure nor the Court's Scheduling Order (ECF No. 155) permit Plaintiffs to serve incomplete reports or otherwise supplement them. While we understand that Plaintiffs claim the right to do so in anticipation of receiving further information from Defendants, Plaintiffs did not raise this issue or seek the Court's advance approval.

  As things stand, it would be unfair and largely impossible for Defendants to conduct meaningful depositions of Dr. Cowan or Dr. Singer given that neither has stated his complete opinions in this case. It also makes little sense for Defendants to prepare completed rebuttal reports, as Plaintiffs' experts have not set out their complete opinions for rebuttal. [1]

  While we continue to negotiate a path forward to avoid litigating over the propriety of Cowan and Singer's "placeholder" reports and the need for multiple rebuttals and depositions, we only have an agreement in principle. Accordingly, Defendants object to the reports of Drs. Cowan and Singer in toto as failing to comply with Rule 26(a)(2) and the Court's Scheduling Order.

     Very truly yours,

     WILSON SONSINI GOODRICH & ROSATI
     Professional Corporation

     */s/ David H. Kramer*

---

[1] Defendants have nevertheless retained Dr. Steven R. Peterson and Mr. Greg Halm as rebuttal experts in anticipation of Plaintiffs' forthcoming completed opinions. *See* Exs. A & B. Defendants reserve the right to retain additional experts to rebut Plaintiffs' forthcoming opinions.

AUSTIN BEIJING BOSTON BRUSSELS HONG KONG LONDON LOS ANGELES NEW YORK PALO ALTO
SAN DIEGO SAN FRANCISCO SEATTLE SHANGHAI WASHINGTON, DC WILMINGTON, DE

# EXHIBIT A

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING LTD., individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br>v.<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>        Defendants<br><br><br><br><br><br>_____<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>        Counterclaimants,<br><br>v.<br><br>PIRATE MONITOR LTD, PIRATE MONITOR LLC, and GÁBOR CSUPÓ,<br><br>        Counterclaim Defendants.<br><br>_____ | CASE NO.:  3:20-cv-04423-JD |

PRELIMINARY EXPERT REBUTTAL REPORT OF STEVEN R. PETERSON

September 22, 2022

## I.      Qualifications and Assignment

### A.      Qualifications

1.      My name is Steven R. Peterson.  I am an Executive Vice President at Compass Lexecon. Compass Lexecon is an economics consulting firm that specializes in the economics of competition, finance, and regulation, among other areas.  I received my A.B. in economics from the University of California, Davis, in 1987 and my Ph.D. in economics from Harvard University in 1992.  While at Harvard, my areas of specialization were economic theory and industrial organization. Industrial organization is the study of the interactions of larger firms that can strategically influence their environments.  Industrial organization includes the study of firms' costs and the factors that affect costs.  I have also served as an adjunct faculty member in the Department of Economics at Northeastern University where I taught courses on the economics of regulation and public policy.  During my career, I have consulted on the economics of antitrust and competition, mergers, estimation of damages, valuation, and public policy. I have extensive experience with the economics of intellectual property.  A copy of my current curriculum vitae is attached.

### B.      Assignment

2.      I have been asked by counsel for YouTube, LLC, and Google LLC (jointly "YouTube") to review the analyses of Dr. Hal Singer and Dr. Charles D. Cowan in the matter *Maria Schneider et al. v. YouTube, LLC et al.*, and to address the reliability of their methods and conclusions.

3.      I am being compensated at a rate of $930 per hour for my time working on this case. Staff at Compass Lexecon who are working under my direction are also being compensated at standard hourly rates. Compass Lexecon's compensation is not contingent upon the opinions I reach or the outcome of this matter.

## II.      Summary of Conclusions

4.      To calculate the amount of money that YouTube should purportedly disgorge as the result of alleged copyright infringement, Dr. Singer attempts to estimate YouTube's revenue in the

2

counterfactual scenario in which YouTube excludes allegedly infringing videos from its available content.[1]  However, Dr. Singer does not correctly model the removal of infringing content from YouTube and, therefore, his model does not measure the effect of alleged infringement on YouTube's revenues.  I will address Dr. Singer's updated report and the appropriate measures of revenue, costs, and profit for potential disgorgement after Dr. Singer submits an updated report.

5.      Dr. Cowan's report describes the methods he intends to use to (1) identify the members of the proposed Copyright Infringement Class; (2) calculate damages owed to members of the proposed Copyright Infringement Class; and (3) identify the members of and calculate damages owed to the proposed Copyright Management Information Class.[2]  Dr. Cowan has neither fully explained his proposed methodologies nor implemented any of them.  I will address the reliability of both Dr. Cowan's statistical analyses and data processing methods after Dr. Cowan submits an updated report.

September 22, 2022

_Steven R. Peterson_ (signature)

_____

Steven R. Peterson

---

[1]      Expert Report of Hal J. Singer, September 1, 2022 ("Singer Report"), ¶ 1 and ¶3.

[2]      Expert Report of Charles D. Cowan, Ph.D., September 1, 2022, ¶ 3.



Curriculum Vitae

# Steven R. Peterson, Ph.D.

**Office:**  Compass Lexecon
200 State Street
9th Floor
Boston, MA 02109
(617) 520-0200 main
(617) 520-0217 direct
speterson@compasslexecon.com

**PROFESSIONAL EXPERIENCE**

Compass Lexecon
Boston, MA
*Executive Vice President,* April 2013 – present
*Managing Director, Boston Office*, January 2007 – June 2010
*Senior Vice President*, January 2006 – March 2013
*Managing Director,* August 1999 – December 2005

The Economics Resource Group, Inc.
*Senior Economist*, 1992 – July 1999
*Economist*, 1990 – 1992

Northeastern University, Boston, MA
*Adjunct Faculty*, 2011 – 2017

Harvard University, Cambridge, MA
*Teaching Fellow*, 1989 – 1990

**EDUCATION**

Harvard University, Cambridge, MA
Ph.D. in Economics, 1992
Dissertation:  "Strategic Aspects of Litigation and Settlement"

University of California, Davis
A.B., Economics, 1987, Highest Honors

**TESTIMONY AND CONSULTING EXPERIENCE**

Canadian National Railway
> *Before the Surface Transportation Board, In re Application of the National Railroad Passenger Corporation under 49 U.S.C. § 24308(a), Docket No. FD 35743,* Verified Statement of Steven R. Peterson, May 27, 2022. Reply Verified Statement of Steven R. Peterson, July 26, 2022.  Rebuttal Verified Statement of Steven R. Peterson, August 25, 2022.

MGM Studios
> Consultant to MGM on acquisition by Amazon Inc. (2022).

Equal Justice Under Law
> *Nathan Wright et al., v. Family Support Division of the Missouri Department of Social Services et al.,* in the United States District Court for the Eastern District of Missouri Eastern Division.  Affidavit (November 15, 2019).  Deposition (December 4, 2019).  Rebuttal Affidavit (January 31, 2020).

Google, LLC
> In re: *Determination of Rates and Terms for the Digital Performance of Sound Recording and Making of Ephemeral Copies to Facilitate Those Performances,* before the United States Copyright Royalty Judges, The Library of Congress. Written Direct Testimony (September 23, 2019, Amended December 10, 2019). Written Rebuttal Testimony (January 10, 2020, Amended February 7, 2020). Trial Testimony (August 25-26, 2020).

Radio Music License Committee
> *Radio Music License Committee v. Broadcast Music, Inc.,* in the United States District Court for the Southern District of New York.  Expert Report (July 22, 2019).  Expert Rebuttal Report (August 19, 2019).  Deposition (September 11, 2019).

Legal Aid Justice Center
> *Damian Stinnie et al., v. Richard Holcomb in his official capacity as the Commissioner of the Virginia Department of Motor Vehicles,* in the United States District Court for the Western District of Virginia, Charlottesville Division. Hearing Testimony (November 15, 2018).  Expert Report (May 1, 2019). Deposition (May 24, 2019).

Keweenaw Bay Indian Community
> *Keweenaw Bay Indian Community v. Nick A. Khouri et al.,* in the United States District Court for the Western District of Michigan. Expert Report (May 25, 2018). Supplemental Report (August 3, 2018). Deposition (September 6, 2018).

2

United States Soccer Federation, Inc.

> *North American Soccer League, LLC v. United States Soccer Federation, Inc.* in the United States District Court for the Eastern District of New York.  Declaration (October 16, 2017). Reply Declaration (November 1, 2017).

Radio Music License Committee

> In an Arbitration before the Hon. Vaughn Walker, Kenneth R. Feinberg, Esq., and Lee A. Freeman, Jr., Esq. between: *SESAC, Inc., SESAC, LLC, and SESAC Holdings, Inc., Claimants v. Radio Music License Committee, Respondent,* Expert Report (December 23, 2016).  Reply Expert Report (January 23, 2017). Hearing Testimony (February 23 and March 10, 2017).

Radio Music License Committee

> *Radio Music License Committee v. Global Music Rights, LLC.* in the United States District Court for the Eastern District of Pennsylvania.  Declaration (November 18, 2016). Declaration (July 21, 2017).

TransCanada Corporation

> Consultant to TransCanada Corporation on its acquisition of Columbia Pipeline Group (March – June 2016).

Sanum Investments Limited

> In an Arbitration Under the Rules of the Singapore International Arbitration Centre between: *Sanum Investment Limited, Claimant, versus ST Group Co., Ltd., Sithat Xaysoulivong, S.T. Vegas Co., Ltd., S.T. Vegas Enterprise Ltd., Xaya Construction Co., Ltd. and Xaysana Xaysoulivong*, *Respondents*, Witness Statement, with Joseph P. Kalt and Eric Henson (April 20, 2016).

National Association of Broadcasters and Pandora Media, Inc.

> In re: *Determination of Royalty Rates and terms for Ephemeral Recording and Digital Performance of Sound Recordings*, before the United States Copyright Royalty Judges, Library of Congress. Expert Report (February 23, 2015), Deposition Testimony (March 24, 2015), Hearing Testimony (May 14, 2015).

National Association of Broadcasters

> In re: *Antitrust Consent Decree Review: American Society of Composers, Authors and Publishers/Broadcast Music, Inc.*  Comments on Behalf of the National Association of Broadcasters (August 6, 2014).

Leidos, Inc.

> *United States of America v. Leidos, Inc.,* in the United States District Court for the District of Columbia.  Expert Report (March 28, 2014).

Radio Music License Committee

*Radio Music License Committee v. SESAC, Inc., SESAC, LLC, and SESAC Holdings, Inc.* in the United States District Court for the Eastern District of Pennsylvania.  Declaration (November 14, 2013).  Deposition (December 4, 2013).  Trial Testimony (December 10, 2013).

BJ's Wholesale Club, Inc.
 *Irene Cappalli v. BJ's Wholesale Club Inc.* in the United States District Court, District of Rhode Island.  Expert Report (March 15, 2012). Deposition (April 27, 2012). Declaration (February 12, 2013).

National Marine Fisheries Service
 Consultant to National Marine Fisheries Service on market power and excessive-share limits in the Surf Clam and Ocean Quahog fisheries (2010 – 2011).

Energy Intensive Manufacturers Working Group
 *Coalition for Responsible Regulation, Inc. et al. v. United States Environmental Protection Agency*, in the United States Court of Appeals for the District of Columbia Circuit. Declaration (September 14, 2010).

Amex Construction Company, Inc.
 *ExxonMobil Oil Corporation v. Amex Construction Company, Inc.*, in the United States District Court, Northern District of Illinois, Eastern Division. Expert Report (February 15, 2010). Deposition (March 2, 2010).

Delta Air Lines, Inc.
 Consultant to Delta Air Lines on LaGuardia/Reagan National Airport slot swap with U.S. Airways (2009 – 2010).

Imperial Credit Industries, Inc.
 *In re: Imperial Credit Industries, Inc.,* in the United States Bankruptcy Court, Central   District of California, Santa Ana Division. Rebuttal Report (April 27, 2007). Trial Testimony (May 22, 2008).

Delta Air Lines, Inc.
 Consultant to Delta Air Lines on Delta-Northwest merger (2007 – October 2008).

Greater Lakeside Corporation
 *The Higbee Company v. Greater Lakeside Corporation, Causeway LLC of Delaware, Broadway Management Corporation, and Jeffrey Feil,* in the United States District Court for the Eastern District of Louisiana. Expert Report (September 18, 2007). Supplemental Expert Report (September 25, 2007). Deposition (October 19, 2007).

TransCanada Corporation
 Consultant to TransCanada Corporation on its acquisition of ANR Group (2007).

4

Exxon Mobil Corporation
> *JAAM, Inc., d/b/a Tigerland Exxon v. Exxon Mobil Corporation and Mon Valley Petroleum, Inc.,* in the United States District Court for the Western District of Pennsylvania. Expert Report (January 12, 2007).

Finova Capital
> *In Re: Finova Capital Corporation and Finova Mezzanine Capital, Inc.,* in the United States Bankruptcy Court for the District of Delaware. Expert Report (May 19, 2006). Deposition (August 2, 2006).

Volvo Cars of North America, Inc.
> *Bay Ridge Volvo American, Inc. et al. v. Volvo Cars of North America, Inc.,* in the United States District Court Southern District of New York. Expert Report (June 1, 2005). Deposition (August 17, 2005). Supplemental Expert Report (November 11, 2005).

Israel Electric Corporation, Ltd.
> *Israel Electric Corporation Ltd. vs. the Public Utilities Authority, the Minister of National Infrastructures, the Minister of Finance, the Israel Securities Authority and the Government Corporations Authority (Request for Injunction)*: In the Israeli Supreme Court, No. /04, August 2004. Statement (August 30, 2004), with Joseph P. Kalt and Paul B. Vasington.

Flying J, Inc.
> *Flying J, Inc. v. Comdata Network, Inc.,* in the United States District Court of Utah (Northern Division). Declaration (June 22, 2004). Damages Report (June 22, 2004). Deposition (October 6, 2004). Hearing Testimony (November 19, 2004).

Musicmatch, Inc.
> *Gracenote, Inc. v. Musicmatch Inc., In the United States District Court Northern District of California (Oakland Division).* Expert Report (February 17, 2004). Declaration (February 24, 2004). Deposition (March 2004).

Monica Pappas, Bill DeVitt, and Monica Pappas Associates
> *The Healthcare Financial Group, Inc., v. Monica Pappas DeVitt et al., in the District Court, Arapahoe County, Colorado.* Filed written expert testimony on lost-profits damages (February 2003).

Ticketmaster Corporation
> Evaluated damages from asserted anti-competitive conduct (2003).

Amoco Production Company, Amerada Hess Corporation, and Shell Western E&P, Inc.
> Assessed fair market value of $CO_2$ for payment of royalties. Analyzed issues of market structure of $CO_2$ industry and marketability of $CO_2$ at the well (2002).

American Airlines
> Conducted analysis of market structure, capacity additions, and pricing in an antitrust suit asserting predatory conduct (2001).

For a Mutual Insurance Company
> Conducted market research and performed benchmarking analyses to establish pricing approach and prices for new internet services (2000).

Bass Enterprises Production Company
> Assessed fair market rental value of oil-bearing property temporarily taken by the federal government (2000).

Boeing Company
> Filed declaration of behalf of Boeing Company (Delta Launch Services, Inc.) for a NASA administrative proceeding regarding release of contract information under the Freedom of Information Act (2000).

Honeywell, Inc.
> Conducted study of damages arising from monopolization in the market for ring laser gyroscope inertial navigation systems. Conducted analysis of damages arising from patent infringement (1998).

British Airways, Plc.
> Conducted study of the competitive effects of British Airways' proposed alliance with American Airlines. Advised on and assisted with presentations before the European Commission (1998).

HarperCollins Publishers
> *Brother Records, Inc., et al., v. HarperCollins Pub. Inc., et. al.* Filed written expert testimony on damages in libel litigation (December 1997).

Northeast Utilities
> *Before the Federal Energy Regulatory Commission, OA97-237-000, ER 97-1079-000, and EC97-35-000.* Conducted analysis of competition in the New England generation market. Filed affidavit in support of NU's Answer to Requests to Reject or Condition Approval of Market-Based Rates (with Frank A. Felder) (July 1997).

McDonnell Douglas Corporation
> *McDonnell Douglas Corporation v. National Aeronautics and Space Administration, in the U.S. District Court for the District of Columbia.* Filed affidavit describing how the public release of cost and price information affects negotiations and competition in markets for launch services (November 1996).

6

Pennzoil

> *Before the Federal Energy Regulatory Commission, Docket No, IS95-35-000.* Provided written direct testimony (October 1996) and oral testimony (January 1997) on the cost of capital of oil pipeline facilities.

Pennzoil

> *Before the Federal Energy Regulatory Commission, Docket No. IS94-37-000* and *Docket No. IS 94-23-000.* Provided written direct testimony (April 1995) and oral testimony (November 1995).

BP Exploration (Alaska) Inc.

> Modeled the costs and benefits associated with increased enhanced oil recovery activities within the Prudhoe Bay Unit (1995).

Burlington Northern Industries-Santa Fe Pacific Corporation

> Performed cost-benefit analysis of the proposed Burlington Northern/Santa Fe merger.  Analyzed the benefits accruing to shippers from expanded single-line service (1994 – 1995).

## PUBLICATIONS AND RESEARCH

"Using Economics to Identify Common Impact in Antitrust Class Certification," American Bar Association, Section of Antitrust Law, Economics Committee Newsletter, Vol. 11, No. 1, Spring 2011 (with Andrew Lemon).

"Rigorous Analysis to Bridge the Inference Gap in Class Certification" (with Andrew Lemon), *Journal of Competition Law and Economics*, March 2011.

"Oil Price Volatility and Speculation" (with Kenneth Grant), *The Energy Daily*, August 25, 2009.

"Understanding Today's Crude Oil and Product Markets" (with Kenneth Grant and David Ownby), American Petroleum Institute, 2006.

"Understanding Natural Gas Markets" (with Charles Augustine and Bob Broxson), American Petroleum Institute, 2006.

"Regulatory Failure in the California Electricity Crisis" (with Charles Augustine), *The Electricity Journal*, August/September 2003.

"Market Power Analysis in a Dynamic Electric Power Industry" (with F. Felder), *The Electricity Journal*, April 1997.

"Testing the Merits of Providing Customized Risk Management" (with Frank A. Felder and Sarah E. Tobiason), 17th Annual North American Conference of the United States Association for Energy Economics, International Association for Energy Economics, October 1996.

"Competition Between Regulators and Venue Shopping by Natural Gas Pipelines in California" (with Joseph P. Kalt), 14th Annual Conference of the Advanced Workshop in Regulation and Public Utility Economics, May 1995.

"Environmental Regulation and International Competitiveness:  What Does the Evidence Tell Us?" (with Adam B. Jaffe, Paul R. Portney, and Robert N. Stavins), *Journal of Economic Literature*, Vol. 33, March 1995.

"Implementation of the Core of a Two Person Exchange Economy without Integer Games or Refinements of Nash Equilibrium" (with Simon Grant, Stephen King, and Ben Polak), *Economics Letters*, 1992.

**OTHER REPORTS AND PRESENTATIONS**

 "The Economic Impact of Delta Air Lines Seattle Expansion," (with Bryan Keating). August 14, 2015.

 "Antitrust Analysis of Aftermarkets," American Bar Association, Section of Antitrust, 2010 Spring Meeting (with Edward Schwartz and Paula Render).

"Do Environmental Regulations Impair Competitiveness?  A Critical Review of Economic Studies" (with Barry Galef and Kenneth Grant).  Prepared by ICF Consulting Group and The Economics Resource Group, Inc., for the Office of Policy Analysis and Review, Office of Air and Radiation, U.S. Environmental Protection Agency, September 1995.

"Indexing Natural Gas Pipeline Rates" (with Amy B. Candell, Joseph P. Kalt, Sheila M. Lyons, and Stephen Makowka). Explored indexing as a form of Incentive regulation for natural gas pipelines and created the Pipeline Producer Price Index that could be used to implement indexing proposals. The Economics Resource Group, Inc., April 1995.

"Environmental Regulations and the Competitiveness of U.S. Industry" (with A. Jaffe, P. Portney and R. Stavins), U.S. Department of Commerce, Economics and Statistics Administration, Washington, DC, NTIS No. PB-93-193514, July 1993.

**HONORS AND AWARDS**

Jacob K. Javits Fellow, Harvard University, 1987 – 1991

Phi Beta Kappa, University of California, Davis, 1987

# EXHIBIT B

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING LTD., individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br> v. <br><br> YOUTUBE, LLC and GOOGLE LLC, <br><br> Defendants <br><br><br><br><br> | CASE NO.:  3:20-cv-04423-JD |
| YOUTUBE, LLC and GOOGLE LLC, <br><br> Counterclaimants, <br><br> v. <br><br> PIRATE MONITOR LTD, PIRATE MONITOR LLC, and GÁBOR CSUPÓ, <br><br> Counterclaim Defendants. <br><br> | |

PRELIMINARY EXPERT REBUTTAL REPORT OF GREG HALM, CPA

September 22, 2022

## A. Scope of Engagement.

1.      I have been retained by Google LLC ("Google") through its counsel, Wilson Sonsini Goodrich Rosati LLP ("WSGR"), in the matter *Maria Schneider et al. v. YouTube, LLC et al.* YouTube, LLC ("YouTube") is a subsidiary of Google (collectively, "Defendants"). Plaintiffs allege that Defendants engaged in acts causing allegedly infringing works to be reproduced, distributed, displayed, and publicly performed on the internet, specifically through YouTube's video streaming service.[1] Plaintiffs seek disgorgement of Defendants' profits derived from their alleged improper acts.

2.      Plaintiffs retained two damages experts (Hal J. Singer, Ph.D. and Charles D. Cowan, Ph.D.). Dr. Singer and Dr. Cowan each submitted reports in this matter dated September 1, 2022 (the "Singer Report" and "Cowan Report"). I have been asked by WSGR to review and analyze the opinions and methodologies expressed by Dr. Singer and Dr. Cowan.

3.      Dr. Singer claims to calculate YouTube's revenue resulting from its alleged infringement with respect to a proposed Copyright Infringement Class,[2] and Dr. Cowan sets forth a method he intends to use to compute YouTube's "direct ad revenues" associated with the proposed Copyright Infringement Class,[3] as well as statutory damages for the proposed Copyright Infringement Class and a proposed CMI Class.[4] Dr. Cowan also proposes a methodology to estimate the size of each proposed class and the number of violations associated

---

[1] First Amended Class Action Complaint, ¶ 1.

[2] *See, e.g.,* Singer Report, ¶¶ 7, 15. The First Amended Class Action Complaint defines the Copyright Infringement Class at ¶ 103.

[3] Cowan Report, ¶¶ 68-70.

[4] Cowan Report, ¶¶ 65-67 and 76-77.

with each proposed class.[5]

**B. Expert Background.**

4.      I am a Managing Director at Berkeley Research Group LLC ("BRG"). I specialize in providing forensic accounting and other economic consulting services in complex commercial disputes. Prior to BRG, I was employed at FTI Consulting and LECG in similar capacities. I have been employed in this line of work for over 14 years.

5.      I have consulted on a wide variety of matters related to forensic accounting and economic damages involving many industries. I have previously provided expert reports and testimony on matters in Federal Court, California State Court, and in arbitration, and I have been qualified to and have offered testimony on damages in Federal Court and in arbitration, including with respect to alleged profits from the improper use of copyrighted works. I have never been disqualified from offering expert testimony. I received a Bachelor of Science, *summa cum laude*, in Managerial Economics from the University of California at Davis and I am a Certified Public Accountant in California. A copy of my *curriculum vitae* is attached as **Appendix A** hereto.

6.      BRG is being compensated at a rate of $650 per hour for my time on this engagement. BRG is also being compensated for the work of staff working under my direction at standard hourly rates. BRG's compensation is not contingent upon the opinions I reach or the outcome of this matter.

**C. Summary of Preliminary Opinions.**

7.      It is my understanding that both Dr. Singer and Dr. Cowan intend to supplement

---

[5] Cowan Report, ¶¶ 14, 45-63.

their reports. In particular, Dr. Cowan's report only sets forth a proposed methodology, but has no actual findings from the implementation of his methodology. As such, I intend to provide a full analysis of Dr. Singer and Dr. Cowan's reports when they are supplemented.

8.     Based on my preliminary review of the Singer Report, I have found that Dr. Singer's calculations are based on assumptions that are not appropriately supported, inapplicable to the claims in this case, and are contradicted by published information. Further, Dr. Singer's model is flawed, and its results do not support his damages opinions.

9.     Based on my preliminary review of the Cowan Report, I have found that Dr. Cowan's proposed methodology for computing "direct ad revenues" is similarly flawed and relies on inaccurate assumptions as to YouTube's actual business model.

*************************

Respectfully Submitted,

Greg Halm

September 22, 2022

# Appendix A

**Curriculum Vitae**



**GREG HALM**

BERKELEY RESEARCH GROUP, LLC
2200 Powell Street, Suite 1200
Emeryville, CA 94608

Direct: 510.874.5956
ghalm@thinkBRG.com

## SUMMARY

Mr. Halm is a Managing Director at BRG and leads its San Francisco Bay Area office. Mr. Halm provides forensic accounting and financial consulting services in complex commercial disputes. Mr. Halm has a breadth of consulting experience and has testified at trial as a damages expert in Federal District Court and arbitration, and at deposition in both state and federal court. Mr. Halm's work has been relied upon by the Court. On many occasions Mr. Halm's work has also assisted parties in achieving settlements early in the litigation cycle.

Mr. Halm has consulted on many damages analysis engagements related to, among other issues, theft of trade secrets, copyright infringement, tortious business interference, breach of contract, unfair business practices, false advertising, and wage and hour matters. These engagements have covered a broad set of industries and businesses ranging from small business to large public enterprises.

Mr. Halm has substantial consulting experience in the consumer finance industry, where he specializes in advising clients in large-scale disputes involving significant amounts of data. Mr. Halm advises on case strategy, and frequently supports both subject matter experts and damages experts.

In addition to his experience on damages issues and consumer finance disputes, Mr. Halm has consulted on other financial consulting and forensic accounting engagements involving issues such as revenue recognition, the valuation of businesses and ownership interests, the analysis of business models and structures, forensic analysis and reconstruction of complex transactions, consideration of income tax effects of transactions, reconstruction of financial statements, and complex financial models.

## REPRESENTATIVE EXPERIENCE

**Damages Analysis Experience**
- Prepared a calculation of damages related to a system-wide computer outage at a major bank.
- Prepared a report on damages caused by an unlawful raid by a foreign government of the offshore office of a large financial institution.
- Prepared a calculation of damages related to allegedly unlawful solicitation of clients by a former member of a financial advisory firm.
- Prepared a calculation of damages resulting from construction defect repairs at a large mixed-use commercial property.
- Prepared a calculation of financial damages with respect to an alleged raid of employees from an insurance brokerage.



- Advised counsel in numerous matters regarding possible damages exposure for matters involving allegations of missed meal and rest breaks, and unrecorded overtime.
- Provided an expert report and testified at trial in a matter involving an alleged copyright infringement in connection with a t-shirt design.
- Prepared a calculation of financial damages with respect to an alleged raid of a group of financial advisors.
- Prepared a calculation of alleged financial damages stemming from the termination of an agreement between a financial institution and its service provider of identity theft and credit monitoring services to consumers.
- Provided an expert report and testimony with respect to alleged damages and valuation of an alleged trade secret anti-counterfeiting technology.
- Prepared a calculation of financial damages in a matter involving an alleged breach of reps and warrants in a purchase agreement.
- Prepared a calculation of financial damages in a matter involving alleged copyright infringement of residential appraisal management software. The matter also involved allegations of breach of contract between the software provider and the mortgage bank.
- Prepared a calculation of financial damages in a breach of contract dispute between two companies in the travel and leisure industry.
- Consulted on a calculation of lost profits suffered by a large inter-dealer broker as a result of the 9/11 attacks.
- Calculated lost earnings for a large resort casino in Atlantic City associated with various significant disasters.
- Prepared a calculation of financial damages in a matter involving the theft of customer account information and unfair business practices in the consumer banking industry.
- Prepared an analysis of financial damages in a dispute between a pomegranate juice seller and a large beverage company involving allegations of false advertising and unfair business practices.
- Prepared analysis of financial damages in a matter involving alleged theft of trade secrets and tortuous business interference in the asset management industry.
- Prepared analysis of lost wages in wage and hour case involving the calculation of restitution of lost wages in the banking industry.
- Assisted in calculation of lost profits and lost royalties in a matter involving an alleged theft of intellectual property in the fish processing industry.
- Conducted an analysis of financial damages in a matter involving a theft of customer account data from a printing business.
- Consulted for counsel in an arbitration matter regarding a royalty fee dispute in the video gaming industry.

**Other Forensic Accounting Experience**
- Performed an analysis of allegedly improper related-party transactions involving private equity funds.
- Provided a report on liability and damages issues in a dispute between a venture capital firm and its auditor over audit malpractice claims.
- Prepared a calculation of damages due to a pre-mature liquidation of a 457(b) plan.
- Provided an analysis of partnership distributions for a large mixed-use real estate development.

2



- Reconstructed GAAP financial statements of a television production company from the company's bank statements and other records, and performed a variety of financial and accounting analyses related to transactions entered into by the company.
- Prepared a complex insurance claim for a leading manufacturer of precision testing and measurement equipment whose property and operations were adversely impacted by a wildfire.
- Analyzed alleged export transactions wherein the alleged receivables were factored to various banks. Analyzed the flow of funds related to such transactions through multiple entities, bank accounts, and countries.
- Provided an analysis of historical financial data and calculated the EBITDA of a behavioral healthcare company.
- Prepared a variety of analyses involving the financial aspects of an advisor's role in the development of an Indian Gaming property.
- Prepared an accounting of various transaction classes, including distributions, related to an entity that developed and operated a solar power plant in India.
- Advised counsel representing a pharmaceutical company of accounting standards pertaining to joint ventures and collaborative arrangements.
- Advised a broker-dealer on changes in revenue recognition standards.
- Performed due diligence of the budgeting systems of a university.
- Investigated allegedly improper transactions of the CEO of a credit union.
- Performed a forensic analysis of various financing and sale transactions in a dispute between a bank and a former executive.
- Analyzed the propriety of the alleged importer's accounting for the transactions and traced the transactions through numerous bank accounts.
- Analyzed the structure and accounting records of a real estate development partnership in the context of allegations of improper transactions by the general partner.
- Provided an expert report on damages with respect to an alleged e-commerce fraud. The alleged fraud involved the exploitation of promotional subsidies. Mr. Halm correlated disparate data sets containing tens of thousands of transaction records.
- Provided forensic accounting analysis of banking transactions related to allegedly fraudulent banking transactions perpetrated on a significant account holder.
- Provided forensic accounting analysis of the banking transactions of an alleged perpetrator of a Ponzi scheme.
- Performed a forensic analysis of a San Francisco seafood business for purposes of estimating lost profits.
- Prepared a forensic analysis of cash transactions for a San Francisco non-profit.
- Consulted for an investment bank specializing in municipal bonds over large irregularities discovered in its accounting records. Identified the source of the irregularities and assisted the client with numerous regulatory complications stemming from the irregularities. Designed and implemented reporting software to mitigate the risk of future irregularities.
- Prepared a forensic analysis of expense report records for a wrongful termination matter.
- Conducted a forensic accounting analysis of tax shelter transactions.
- Analyzed the structure, business plans, and operating histories of several HVAC suppliers related to allegations of alter-ego.



- Consulted for counsel in a dispute over the alleged misappropriation of trading algorithms. Compiled database of trading profits from records located in multiple disparate data sources.
- Conducted an analysis of accounting irregularities contained in the books and records of a video game joint venture.
- Prepared a valuation of a competitive local exchange carrier.
- Prepared a valuation of a partnership interest and calculated lost distributions and wages.

**Mortgage Disputes Experience**
- Consulted for a loan servicer on matters involving allegedly improper loan servicing brought by government agencies.
- Provided an accounting for a service-member's loan subject to active-duty deferral.
- Consulted for large loan servicers on matters involving allegations of improperly charging borrowers for default loan servicing costs.
- Consulted for a large mortgage servicer on disputes with mortgage insurers over rescissions, as well as denials and curtailments of mortgage insurance claims.
- Consulted for a large multi-national bank on numerous disputes with mortgage insurers over billions in disputed coverage. Consulted on issues such as underwriting, fraud investigations, insurance claims, and residential property appraisals.
- Consulted on the quantification of financial damages associated with alleged violations of the Home Affordable Modification Program by one of the country's largest mortgage servicers.
- Consulted for counsel in securities litigation over RMBS with total par value of more than $10 billion. Consulted on statistical sampling and re-underwriting of thousands of mortgage loans.
- Consulted for counsel in securities litigation over RMBS. Conducted a statistical sample of mortgage loans and estimated the variance of appraised values from the sample of loans.
- Consulted for counsel in securities litigation over RMBS. Analyzed plaintiff's investment analysis documents.
- Consulted for counsel on a dispute involving allegations of predatory lending in the state of Missouri. Analyzed the economic structure of the high CLTV mortgage loan transactions at issue in the context of mortgage market in the late 1990s and early 2000s.
- Consulted for counsel in a dispute over financial guarantee insurance of various RMBS. Analyzed insurers' underwriting of the insurance policies. Analyzed the controls of the sponsor, master servicer, and underwriter, and the operation of such controls, over the acquisition, securitization, and servicing of mortgage loans.
- Consulted for a large multi-national bank on its fraud investigative practices for mortgage loans.

**Other Economic and Statistical Analysis Experience**
- Performed various analyses of a large Microsoft Access database used by an auto parts distributor.
- Advised counsel on statistical issues related to an effort to estimate the occurrence of a certain type of email in a population of unknown size.



- Provided financial consulting services to an airline in its efforts to obtain insurance recoveries in connection with a system failure.
- Assisted a leading maker of precision measuring and testing equipment in the preparation of a property damage and business interruption claim related to a wildfire that damaged the company's headquarters.
- Consulted for counsel on class certification issues pertaining to a proposed class of hundreds of thousands of purchasers of groceries through a home delivery website.
- Consulted for counsel on a highly publicized white collar crime matter. Provided statistical, accounting, and economic analysis.
- Consulted on statistical issues in matter involving an alleged breach of a contract for the purchase of thousands of bullet proof vests.
- Consulted for counsel on a breach of contract dispute involving a complex derivative instrument.
- Prepared a stock price correlation analysis and consulted on various statistical issues in a dispute between a large regional bank and its insurer.
- Consulted for counsel in a dispute over the alleged misappropriation of trading algorithms. Provided various statistical analyses.
- Analyzed the credit rating practices of a major bank regarding one of its customers.

**TESTIMONY**

*State of Washington v. Greyhound Lines, Inc.* Superior Court of the State of Washington in Spokane County. Deposition in August 2021.

*Price-Simms Holdings, LLC v. Candle3, LLC.* United States District Court for the Eastern District of California. Declaration in February 2021.

*Meridith Hutchens v. Polaris Greystone Financial Group, LLC.* American Arbitration Association. Trial Testimony in October 2020.

*E*Trade Financial Corporation, et al v. U.S. Specialty Insurance Company.* District Court of Harris County, Texas. Declaration in September 2020.

*Darren Thienes v. LoanCare, LLC.* Superior Court of the State of California in Marin County. Declarations in January 2020.

*PH Investor Co LLC v. AvalonBay Communities, Inc. and Pleasant Hill Manager, LLC.* Superior Court of the State of California in Contra Costa County. Depositions in October and November 2019.

*Gates Corporation v. CRP Industries, Inc.* Federal District Court for the District of Colorado. Declaration in May 2019.

*Bradley J. Puetz v. Teespring, Inc.* Federal District Court in the Northern District of California. Trial Testimony in May 2017.



_North Venture Partners, LLC, v. Vocus, Inc.,_ Federal District Court in the Northern District of California. Declarations in October 2015 and February 2016

_Document Security Systems, Inc., v. Coupons.com Incorporated_.  Federal District Court in the Western District of New York.  Deposition in January 2014.

## PUBLICATIONS

_Mortgage Servicers Will Bear Brunt of CARES Act Relief,_ published by Law360 on June 2, 2020. Recognized by Law360 as a Top 10 Most-Read Securities Article by Law360 Guest Experts in 2020.

_Suggested Modeling Principles to Support the PPP Necessity Certification_, published by thinksetmag.com on September 16, 2020.

## PRESENTATIONS

_Using Financial Information in Business Transactions_ – Presented at Practising Law Institute's Pocket MBA in San Francisco, CA on October 19, 2017, October 1, 2018, September 23, 2019

Participated in Panel Discussion at Deposition Skills Workshop held by Reed Smith LLP on July 20, 2018

_Recent Developments and Key Considerations in Consumer Finance False Claims Act (FCA) Litigation_ – CLE Presented with Paul Noring at BRG and Elizabeth McKeen and David Leviss at O'Melveny & Myers LLP on February 3, 2021.

## EDUCATION

B.S. in Managerial Economics, University of California at Davis, _Summa Cum Laude_
Accounting Coursework at University of California at Berkeley
Graduate-Level Statistics Coursework at Penn State University

## CERTIFICATIONS

Certified Public Accountant