1  George A. Zelcs*  
   gzelcs@koreintillery.com  
2  Randall P. Ewing, Jr*  
   rewing@koreintillery.com  
3  Ryan Z. Cortazar*  
   rcortazar@koreintillery.com  
4  **KOREIN TILLERY, LLC**  
   205 North Michigan, Suite 1950  
5  Chicago, IL  60601  
   Telephone: (312) 641-9750  
6  Facsimile: (312) 641-9751  

7  Stephen M. Tillery*  
   stillery@koreintillery.com  
8  Steven M. Berezney, CA Bar #329923  
   sberezney@koreintillery.com  
9  Carol O'Keefe*  
   cokeefe@koreintillery.com  
10 **KOREIN TILLERY, LLC**  
   505 North 7th Street, Suite 3600  
11 St. Louis, MO  63101  
   Telephone: (314) 241-4844  
12 Facsimile: (314) 241-3525  

   Joshua Irwin Schiller, CA Bar #330653  
   jischiller@bsfllp.com  
   **BOIES SCHILLER FLEXNER LLP**  
   44 Montgomery St., 41st Floor  
   San Francisco, CA  94104  
   Telephone: (415) 293-6800  
   Facsimile: (415) 293-6899  

   Philip C. Korologos*  
   pkorologos@bsfllp.com  
   Joanna Wright*  
   jwright@bsfllp.com  
   Jeffrey Waldron  
   jwaldron@bsfllp.com  
   **BOIES SCHILLER FLEXNER LLP**  
   55 Hudson Yards, 20th Floor  
   New York, NY 10001  
   Telephone: (212) 446-2300  
   Facsimile: (212) 446-2350  

13 *Admitted pro hac vice

14 Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING LTD., individually and on behalf of all others similarly situated,<br><br>              Plaintiffs,<br>     v.<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>              Defendants. | CASE NO.: 3:20-cv-04423-JD<br><br>**PLAINTIFFS' INTERIM ADMINISTRATIVE MOTION TO SEAL PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE PLAINTIFFS' PROPOSED EXPERTS JOSEPH M. WINOGRAD AND PAUL JESSOP**<br><br>Judge: Hon. James Donato<br><br>Date:  April 13, 2023<br>Time:  10:00 a.m. |

Pursuant to Civil Local Rules 7-11 and 79-5, Plaintiffs submit this interim administrative motion to file under seal the unredacted versions of Plaintiffs' Opposition to Defendants' Motion to Exclude Plaintiffs' Proposed Experts Joseph M. Winograd and Paul Jessop and related declarations and exhibits, portions of which contain information designated as Confidential or Highly Confidential by the parties. Plaintiffs do not anticipate moving to seal any of the documents Plaintiffs designated as Confidential or Highly Confidential. By agreement of the parties and pursuant to ¶ 31 of Your Honor's Standing Order for Civil Cases, the reasons for sealing will be discussed in a forthcoming omnibus sealing motion filed jointly by the parties addressing the sealing of confidential information related to Plaintiffs' Motion for Class Certification, and any dispositive motions or *Daubert* motions filed by the parties. The joint sealing motion will be filed two weeks after the final reply related to the aforementioned motions is submitted.

Dated: March 17, 2023

Respectfully submitted,

/s/ *Philip Korologos*
Philip C. Korologos*
Joanna Wright*
Jeffrey Waldron*
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards, 20th Floor
New York, NY 10001
Telephone: (212) 446-2300
Facsimile: (212) 446-2350

Joshua Irwin Schiller, CA Bar #330653
BOIES SCHILLER FLEXNER LLP
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Telephone: (415) 293-6800
Facsimile: (415) 293-6899

George A. Zelcs*
Randall P. Ewing, Jr.*
Ryan Z. Cortazar *
KOREIN TILLERY, LLC
205 North Michigan, Suite 1950
Chicago, IL 60601
Telephone: (312) 641-9750
Facsimile: (312) 641-9751

Stephen M. Tillery*
Steven M. Berezney, CA Bar #329923
Carol O'Keefe*
KOREIN TILLERY, LLC
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

*Admitted *pro hac vice*

*Attorneys for Plaintiffs*