KEKER, VAN NEST & PETERS LLP
ROBERT A. VAN NEST - # 84065
rvannest@keker.com
DAN JACKSON - # 216091
djackson@keker.com
JULIA L. ALLEN - # 286097
jallen@keker.com
TRAVIS SILVA - # 295856
tsilva@keker.com
ANNA PORTO - # 319903
aporto@keker.com
LUKE APFELD - # 327029
lapfeld@keker.com
AMOS J. B. ESPELAND - # 332895
aespeland@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

DAVID H. KRAMER, SBN 168452
MAURA L. REES, SBN 191698
LAUREN GALLO WHITE, SBN 309075
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: dkramer@wsgr.com
       mrees@wsgr.com
       lwhite@wsgr.com

Attorneys for Defendants and Counterclaimants
YOUTUBE, LLC and GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING, LTD., individually and on behalf of all others similarly situated,

Plaintiffs,

v.

YOUTUBE, LLC and GOOGLE LLC,

Defendants.

YOUTUBE, LLC and GOOGLE LLC,

Counterclaimants,

v.

PIRATE MONITOR LTD., PIRATE MONITOR LLC, and GÁBOR CSUPÓ,

Counterclaim Defendants.

Case No. 3:20-cv-04423-JD

**NOTICE OF APPEARANCE OF ROBERT A. VAN NEST, DAN JACKSON, JULIA L. ALLEN, TRAVIS SILVA, ANNA PORTO, LUKE APFELD AND AMOS J. B. ESPELAND**

Dept.:     Courtroom 11 – 19th Floor
Judge:     Hon. James Donato

Date Filed:   July 2, 2020
Trial Date:   June 12, 2023

**TO THE CLERK OF THE COURT AND TO ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that the following attorneys hereby enter their appearance as counsel of record for Defendants and Counterclaimants YouTube, LLC and Google LLC in the above-captioned matter.

ROBERT A. VAN NEST – Bar No. 84065
DAN JACKSON – Bar No. 216091
JULIA L. ALLEN – Bar No. 286097
TRAVIS SILVA – Bar No. 295856
ANNA PORTO – Bar No. 319903
LUKE APFELD – Bar No. 327029
AMOS J. B. ESPELAND – Bar No. 332895
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111
Telephone:  (415) 391-5400
Facsimile:   (415) 397-7188
Email:  rvannest@keker.com
Email:  djackson@keker.com
Email:  jallen@keker.com
Email:  tsilva@keker.com
Email:  aporto@keker.com
Email:  lapfeld@keker.com
Email:  aespeland@keker.com

///

///

///

///

///

///

///

///

///

///

///

///

///

///

2106892

1    Please serve said counsel with all pleadings, orders, motions, notices, and other filings in

2    this action.

3    Dated:  March 17, 2023                    KEKER, VAN NEST & PETERS LLP

4

5                                    By:    /s/ Robert A. Van Nest

6                                           ROBERT A. VAN NEST
                                            DAN JACKSON
7                                           JULIA L. ALLEN
                                            TRAVIS SILVA
8                                           ANNA PORTO
                                            LUKE APFELD
                                            AMOS J. B. ESPELAND
9
                                            DAVID H. KRAMER
10                                          MAURA L. REES
                                            LAUREN GALLO WHITE
11                                          WILSON SONSINI GOODRICH &
                                            ROSATI
12                                          Professional Corporation
                                            650 Page Mill Road
13                                          Palo Alto, CA 94304-1050
                                            Telephone: (650) 493-9300
14                                          Email: dkramer@wsgr.com
15                                               mrees@wsgr.com
                                                 lwhite@wsgr.com
16
                                            Attorneys for Defendants and
17                                          Counterclaimants
                                            YOUTUBE, LLC and GOOGLE LLC
18

19

20

21

22

23

24

25

26

27

28

2106892