UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING LTD., individually and on behalf of all others similarly situated;<br><br>Plaintiffs,<br><br>v.<br><br>YOUTUBE, LLC; and GOOGLE LLC;<br><br>Defendants. | CASE NO. 3:20-cv-4423-JD<br><br>**[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO EXCLUDE TESTIMONY FROM PLAINTIFFS' PROPOSED EXPERTS JOSEPH M. WINOGRAD AND PAUL JESSOP**<br><br>Judge: Hon. James Donato<br><br>Date: April 13, 2023<br>Time: 10:00 a.m. |

The Court, having considered Defendants' Motion to Exclude Testimony from Plaintiffs' Proposed Experts Joseph M. Winograd and Paul Jessop pursuant to Federal Rule of Evidence 702 and *Daubert v. Merrell Dow Pharmaceuticals*, *Inc*., 509 U.S. 579 (1993) and its progeny, and having considered all papers filed in connection with this motion, hereby **DENIES** the motion.

**IT IS SO ORDERED**.

Date: _____    _____
  THE HONORABLE JAMES DONATO
  United States District Judge