George A. Zelcs*
gzelcs@koreintillery.com
Randall P. Ewing, Jr.*
rewing@koreintillery.com
Ryan Z. Cortazar*
rcortazar@koreintillery.com
**KOREIN TILLERY, LLC**
205 North Michigan, Suite 1950
Chicago, IL 60601
Telephone: (312) 641-9750
Facsimile: (312) 641-9751

Stephen M. Tillery*
stillery@koreintillery.com
Steven M. Berezney, CA Bar #329923
sberezney@koreintillery.com
Carol O'Keefe *
cokeefe@koreintillery.com
**KOREIN TILLERY, LLC**
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

Joshua Irwin Schiller, CA Bar #330653
jischiller@bsfllp.com
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Telephone: (415) 293-6800
Facsimile: (415) 293-6899

Philip C. Korologos*
pkorologos@bsfllp.com
Joanna Wright*
jwright@bsfllp.com
Jeffrey Waldron
jwaldron@bsfllp.com
**BOIES SCHILLER FLEXNER LLP**
55 Hudson Yards, 20th Floor
New York, NY 10001
Telephone: (212) 446-2300
Facsimile: (212) 446-2350

*Admitted *pro hac vice*

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING LTD., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>Defendants. | CASE NO.: 3:20-cv-04423-JD<br><br>**DECLARATION OF JEFFREY WALDRON IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE PLAINTIFFS' PROPOSED EXPERTS JOSEPH M. WINOGRAD AND PAUL JESSOP**<br><br>Judge: Hon. James Donato<br><br>Date: April 13, 2023<br>Time: 10:00 a.m. |

JEFFREY WALDRON hereby declares as follows:

1. I am an attorney at Boies Schiller Flexner LLP, co-counsel to Plaintiffs and putative class representatives Maria Schneider, Uniglobe Entertainment, LLC, and AST Publishing, Ltd. I make this declaration in support of Plaintiffs' Opposition to Defendants' Motion to Exclude Plaintiffs' Proposed Experts Joseph M. Winograd and Paul Jessop filed March 17, 2023. I have knowledge of the facts stated herein from my personal knowledge and, if called as a witness, I could and would competently testify thereto.

2. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts of the September 28, 2022 deposition of Paul Jessop.

3. Attached hereto as **Exhibit 2** is a true and correct copy of excerpts of the July 5, 2022, deposition of Fabio Magagna.

4. Attached hereto as **Exhibit 3** is a true and correct copy of excerpts of the September 30, 2022 deposition of Francois-Xavier Nuttall.

5. Attached hereto as **Exhibit 4** is a true and correct copy of excerpts of the June 14, 2022 deposition of Maria Schneider.

6. Attached hereto as **Exhibit 5** is a true and correct copy of excerpts of the September 29, 2022 deposition of Joseph M. Winograd, Ph.D.

7. Attached hereto as **Exhibit 6** is a true and correct copy of the Expert Report of Paul Jessop dated September 1, 2022.

8. Attached hereto as **Exhibit 7** is a true and correct copy of the Expert Report of Joseph M. Winograd, Ph.D. dated September 1, 2022.

9. Attached hereto as **Exhibit 8** is a true and correct copy of the Expert Report of Greg Halm, dated December 29, 2022.

10. Attached hereto as **Exhibit 9** is a true and correct copy of Defendants' Responses and Objections to Plaintiffs' Fourth Set of Requests for Production, dated June 27, 2022.

11. Attached hereto as **Exhibit 10** is a true and correct copy of Defendants' Responses and Objections to Plaintiffs' Fifth Set of Requests for Production, dated July 5, 2022.

12. Attached hereto as **Exhibit 11** is a true and correct copy of excerpts of Plaintiff's Amended Objections and Responses to Defendants' Interrogatory 9, dated September 9, 2022.

13. Attached hereto as **Exhibit 12** is a true and correct copy of a YouTube presentation entitled "Abuse Threat in Watch Next" dated May 29, 2019, and bearing production number GOOG-SCHNDR-00051863.

14. Attached hereto as **Exhibit 13** is a true and correct copy of a YouTube document entitled "Life of a YouTube upload" dated February 15, 2020, bearing production number GOOG-SCHNDR-00034775.

15. Attached hereto as **Exhibit 14** is a true and correct copy of a YouTube presentation entitled "WatchNext Infra: past, present and future" dated March 6, 2020, and bearing production number GOOG-SCHNDR-00034975.

16. Attached hereto as **Exhibit 15** is a true and correct copy of an internal YouTube spreadsheet bearing in its native form the production number GOOG-SCHNDR-00040616.

17. Attached hereto as **Exhibit 16** is a true and correct copy of an internal YouTube spreadsheet bearing in its native form the production number GOOG-SCHNDR-00053786.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 17th day of March 2023 at New York, New York.

*/s/ Jeffrey Waldron*
Jeffrey Waldron

DECLARATION OF JEFFREY WALDRON IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE PLAINTIFFS' PROPOSED EXPERTS JOSEPH M. WINOGRAD AND PAUL JESSOP

**ATTESTATION**

My user ID and password are being used in the electronic filing of this document and, in compliance with N.D. Cal. Civil L.R. 5-1(h)(3), I hereby attest that concurrence in the filing of the document has been obtained from each of the other Signatories.

                                                      */s/ Philip Korologos*
                                                      Philip Korologos