# EXHIBIT 4

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

------------------------------------x

MARIA SCHNEIDER, UNIGLOBE
ENTERTAINMENT, LLC and AST
PUBLISHING LTD., individually and
on behalf of all others similarly
situated,

                Plaintiffs,

-against-      Case No. 3:20-cv-4423

YOUTUBE, LLC; and GOOGLE LLC,

                Defendants.

------------------------------------x


    REMOTE VIDEOTAPED DEPOSITION OF
          MARIA SCHNEIDER
        New York, New York
          June 14, 2022



Reported By:

ERIC J. FINZ

Page 2

```
 1
 2                June 14, 2022
                  9:32 a.m.
 3
 4       Videotaped Deposition of MARIA
 5   SCHNEIDER, taken by Defendants, pursuant
 6   to Notice, at the offices of Wilson
 7   Sonsini Goodrich & Rosati, 1301 Avenue of
 8   the Americas, New York, New York, before
 9   ERIC J. FINZ, a Shorthand Reporter and
10   Notary Public within and for the State of
11   New York.
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
 1
 2       A P P E A R A N C E S: (All Via Remote)
 3    KOREIN TILLERY LLC
      Attorneys for Plaintiffs
 4       205 North Michigan
         Chicago, Illinois 60601
 5
      BY:  GEORGE Z. ZELCS, ESQ.
 6         gzelcs@koreintillery.com
 7         -AND-
 8    BOIES SCHILLER & FLEXNER LLP
         55 Hudson Yards
 9       New York, New York 10001
10    BY:  PHILIP C. KOROLOGOS, ESQ.
            pkorologos@bsfllp.com
11
12
      WILSON SONSINI GOODRICH & ROSATI
13    Attorneys for Defendants
         650 Page Mill Road
14       Palo Alto, California 94304
15    BY:  MAURA L. REES, ESQ.
            mrees@wsgr.com
16         ANDREW KRAMER, ESQ.
            akramer@wsgr.com
17
18
19
20    ALSO PRESENT:
21       THOMAS DEVINE, Videographer
22
23
24
25
```

Page 4

```
 1              MARIA SCHNEIDER
 2        THE VIDEOGRAPHER:  Good
 3   morning.  We are going on the
 4   record at approximately 9:32 a.m.,
 5   on June 14, 2022.
 6        This is the videotaped
 7   deposition of Maria Schneider, in
 8   the matter of Maria Schneider,
 9   Uniglobe Entertainment, LLC and AST
10   Publishing, Limited, individually
11   and on behalf of others similarly
12   situated, v. YouTube, LLC and
13   Google LLC, defendants, Case
14   No. 3:20-cv-4423.
15        This deposition is being taken
16   at 1301 Avenue of the Americas, New
17   York, New York.  My name is Thomas
18   Devine with Veritext, and I am the
19   videographer.  The court reporter
20   is Eric Finz also with Veritext.  I
21   am not authorized to administer an
22   oath, I am not related to any party
23   in this action, nor am I
24   financially interested in the
25   outcome.
```

Page 5

```
 1              MARIA SCHNEIDER
 2        If there are any objections to
 3   proceeding -- to the proceeding,
 4   please state them at the time of
 5   your appearance.  Counsel and all
 6   present will now state their
 7   appearances and affiliations for
 8   the record, beginning with the
 9   noticing attorney.
10        MS. REES:  This is Maura Rees
11   from Wilson Sonsini representing
12   Google and YouTube.
13        MR. ZELCS:  George Zelcs on
14   behalf of the plaintiffs and the
15   witness.
16        MR. KOROLOGOS:  Philip
17   Korologos with Boies Schiller for
18   the plaintiffs.
19        MR. KRAMER:  Andrew Kramer
20   with Wilson Sonsini for the
21   plaintiff.
22        THE VIDEOGRAPHER:  Thank you.
23   Eric, would you please swear in the
24   witness.
25
```

Page 6

1  MARIA SCHNEIDER
2  MARIA SCHNEIDER,
3  having been first duly sworn by the
4  Notary Public (Eric J. Finz), was
5  examined and testified as follows:
6       EXAMINATION BY
7       MS. REES:
8     Q.   Good morning.
9     A.   Good morning.
10    Q.   Could you please state your
11  full name and current address for the
12  record?
13    A.   Maria Schneider. 50 West 72nd
14  Street, apartment 510, New York, New York
15  10023.
16    Q.   Is there any reason that
17  you're aware of that you're not able to
18  give your best testimony today?
19    A.   No.
20    Q.   Have you ever had your
21  deposition taken before?
22    A.   No.
23    Q.   You understand that you are
24  testifying under oath the same as if you
25  were in a court of law?

Page 7

1       MARIA SCHNEIDER
2     A.   Yes.
3     Q.   So because we are having this
4  deposition transcribed by the court
5  reporter, please try to give audible
6  answers to my questions rather than, for
7  example, nodding or shaking your head.
8     A.   Okay.
9     Q.   If you'd like to take a break
10  at any time, just let me know and we can
11  do that. Although if a question is
12  pending at the time, I will ask you to
13  answer the question before we take a
14  break.
15    A.   Sounds good.
16    Q.   Did you do anything to prepare
17  for your deposition today?
18    A.   Yes.
19    Q.   What did you do?
20    A.   I had some Zoom conversations
21  with Phil and George.
22    Q.   Did you speak with any other
23  attorneys in preparing for your
24  deposition today?
25    A.   Randall. Randall -- oh, my

Page 8

1       MARIA SCHNEIDER
2  God. Randall at their law firm.
3     Q.   Okay. And for how long did
4  you meet with your attorneys in
5  preparation for this deposition?
6     A.   We had several two-hour
7  meetings.
8     Q.   Do you know how many?
9     A.   I don't recall. I'm sorry.
10    Q.   When were those meetings?
11    A.   I don't know. Sporadic. I've
12  had a busy spring. So sporadic. You
13  know, I've been working a lot. So in
14  between gigs. I can't tell you exactly
15  when.
16    Q.   Did you have a meeting
17  yesterday with your counsel?
18    A.   I did not, no.
19    Q.   Were you shown any documents
20  during these meetings with your counsel?
21    A.   Yes.
22    Q.   Did any of those documents
23  refresh your recollection?
24    A.   Yes.
25    Q.   Can you identify those

Page 9

1       MARIA SCHNEIDER
2  documents for me?
3     A.   No. No, I'm sorry. I don't
4  know. Just seeing documents that I
5  hadn't seen in a long time, you know.
6  Started, I had to kind of dig into my
7  brain to remember some things. But I
8  don't recall which ones right now.
9       MS. REES: So, counsel, if
10  there are any documents that you're
11  aware of that refreshed the
12  witness's recollection, under Judge
13  Donato's standing order we'd like
14  to have those produced.
15      MR. ZELCS: We're not aware of
16  any.
17      THE WITNESS: Can I ask
18  something? What do you mean by
19  refresh your memory? Specifically
20  what does that mean?
21      MS. REES: Refresh your
22  recollection means that you have --
23  you didn't have a memory of
24  something before you saw the
25  document, and then after you saw

Page 10

MARIA SCHNEIDER
the document you did.
    Q.   Using that definition, can you recall any documents that refreshed your recollection?
    A.   No. No. Just that I obviously don't have all those documents memorized in my head. It's a lot of emails and things.
    Q.   Approximately how many documents did you review in preparation for your deposition?
    A.   I don't know. I'm sorry, I can't tell you a number.
    Q.   Are you aware that this case was filed as a class action?
    A.   Yes, I am aware of that.
    Q.   And are you seeking to act as the class representative?
    A.   Yes, I am.
    Q.   How many classes of persons do you seek to represent in this case?
    A.   I don't know what you mean by that how many classes? I'm not sure what you mean by that.

Page 11

MARIA SCHNEIDER
    Q.   Can you describe the classes of persons that you seek to represent in this case?
    A.   I'm sorry, I don't -- I wish I understood the question. Can you tell me exactly what you mean? You mean people who haven't been given Content ID, things like that?
    Q.   Is that your understanding of who --
    A.   The classes are stated --
    MR. ZELCS:  Let her finish the question.
    THE WITNESS:  Okay.
    MR. ZELCS:  Before you start to answer, please.
    Q.   The question was, is that your understanding of who the class members are in the putative class?
    A.   I think the class members are defined in the complaint. I don't feel like I have a knowledge exactly to put that in a testimony, because I'm not sure I understand fully the question.

Page 12

MARIA SCHNEIDER
    Q.   Do you know what the class period is for the putative class?
    A.   The class period? I do not know what the class period is.
    Q.   Did you negotiate a fee arrangement with your counsel in this case?
    A.   No.
    Q.   Do you have a written retention agreement with Boies Schiller or Korein Tillery?
    A.   A retention, yes. If what you mean is an agreement for them to be attorneys in this case, yes.
    Q.   Are there any arrangements relating to attorneys' fees in that agreement?
    A.   Attorneys' fees? I don't recall. I don't recall the agreement.
    Q.   Do you have to pay the lawyers that are representing you in this case?
    A.   I do not.
    Q.   Are they representing you on a contingent fee basis?

Page 13

MARIA SCHNEIDER
    A.   Can you explain? No, I don't believe. What is a con -- what do you mean?
    Q.   Is it your understanding that your lawyers will get paid attorneys' fees for this case in any manner?
    A.   I don't know about that. I don't know how that works. I'm sorry.
    Q.   Is it your understanding that you may be ordered to pay YouTube's attorneys' fees if you don't prevail in this case?
    A.   Sorry, I don't know.
    Q.   Do you have an agreement with your counsel for them to reimburse you if you are ordered to pay YouTube's attorneys' fees in this case?
    A.   I don't -- I don't know. I'm sorry, I don't recall. I haven't thought about these things. I'm sorry.
    Q.   What's your understanding of the duties that a class representative owes to absent members of the class?
    A.   To -- to the absent members of

Page 210

MARIA SCHNEIDER

A. I do not know what YouTube allows and doesn't allow.

Q. You don't know whether YouTube allows people to use third-party software to download videos from YouTube?

A. I mean, I don't know what YouTube -- I can't speak to this. This isn't my area of expertise, I'm sorry.

Q. Okay. So if I ask you, do you use embedded file metadata to prevent or detect copyright infringement on internet sites, do you know whether you do that?

A. I don't know what tools can be used out there to find metadata. But I know that metadata is considered the most important tool for creators to get paid. It's everything. Copyright management information is the international, it gives the opportunity for the international standard, the ISRC codes, to identify that recorded work. There are ISWC codes that identify your song in ASCAP.

So it's very important

Page 211

MARIA SCHNEIDER

information in managing the use of your work.

Q. Why don't we look at your interrogatory response on that. So that would be Exhibit 20, I believe, in your pile of exhibits.

THE WITNESS: Which one am I looking for?

MR. ZELCS: 20.

THE WITNESS: My gosh. Was that early or late?

Q. I'm going to ask you to look at page 16, interrogatory No. 9.

And starting on page 17 is your response to interrogatory No. 9. It says, "Schneider has identified the following international standard musical word codes, ISWCs."

A. Wait. I think I must be on the wrong form.

MR. ZELCS: Exhibit 20.

Q. Page 17.

A. This is 20. What page, 16?

Q. Page 17 is where your

Page 212

MARIA SCHNEIDER

response --

A. I thought you said 16.

Q. -- the response to the interrogatory is.

A. Okay.

Q. And right before the chart it says, "Schneider has identified the following international standard musical word codes and international standard recording codes associated with her works."

Do you see that?

A. Mm-hmm. I have. I see that.

Q. Okay. Does this interrogatory response list all of the ISWC and ISRC codes that you're aware of associated with your musical works?

A. Oh, gosh, I can't answer that without really spending time with this.

Q. Well, when you answered this interrogatory, did you make an effort to comprehensively include all of the ISWC and ISRC --

A. Let me see what this is. I

Page 213

MARIA SCHNEIDER

don't know if these are ISRC codes. It looks like -- oh, there is ISWC, okay. Thank you.

So ISWC is for the song. And then the ISRC codes for the things that were recorded. There were a couple by a woman that I collaborated with who died. And I don't have access to those.

Q. But is it your belief that this interrogatory response comprehensively listed all of the ISWC codes and ISRC codes that you're aware of associated with your copyrighted works?

A. I think it's the works that were in suit. If I understand that. To my best -- I mean, let's see, what does it say here. Associated with her works in suit. So yes.

Q. And are these ISWC and ISRC codes something that you personally maintain? Do you have this information in a database somewhere?

A. ISWC codes are on the ASCAP website for anybody in the public to see.

54 (Pages 210 to 213)

Page 214

```
 1             MARIA SCHNEIDER
 2    ISRC codes are, yes, are something that I
 3    maintain.  But there's also, you know, an
 4    international database of these that
 5    immediately identify a recorded work.
 6         Q.   Do you have any information
 7    about how often it's the case that ISWC
 8    or ISRC codes reflected in this
 9    interrogatory response are in the
10    embedded file metadata of videos uploaded
11    to YouTube?
12         A.   I don't know.  But I know on
13    every recorded work of mine that would be
14    put on YouTube, there would be an ISRC
15    code.  There would be CMI on those.
16    That's put in by the engineer when they
17    make -- they give you the files, when you
18    get -- when you master a recording.
19         Q.   Those are in a sound recording
20    file, though, not in a video file?
21         A.   Sound recording, yes.
22         Q.   We looked at earlier, I don't
23    have the number in front of me, an
24    exhibit that showed the videos that you
25    uploaded to your Maria Schneider official
```

Page 215

```
 1             MARIA SCHNEIDER
 2    YouTube page.  Do you recall that?
 3         A.   The three videos, yes.
 4         Q.   Well, three videos currently
 5    on the page, but then there was a longer
 6    list of deleted videos that are no longer
 7    on the page.
 8         A.   Yeah, they were mostly, except
 9    for the Jazz Standard one, I think they
10    were all, what do you call, unlisted,
11    private, whatever they call it.
12         Q.   Did you ensure that there were
13    ISRC codes in the embedded file metadata
14    of those videos before you uploaded them?
15         A.   There were only short
16    snippets.  Those videos had short
17    snippets of music in them.  And I don't
18    know what Marie Le Claire put on them,
19    she was the videographer.
20         Q.   And is it the same answer for
21    ISWC codes, do you know whether there
22    were ISWC codes in the embedded file
23    metadata for those videos that you
24    uploaded to or Marie Le Claire uploaded
25    to your official YouTube channel?
```

Page 216

```
 1             MARIA SCHNEIDER
 2         A.   I don't think there would have
 3    been ISWC codes.
 4         Q.   Do you remember earlier we saw
 5    an exhibit where you gave permission to
 6    Royal Academy of Music to put a video of
 7    a performance of one of your works on
 8    YouTube?
 9         A.   Mm-hmm.
10         Q.   Do you know whether the Royal
11    Academy of Music put embedded file
12    metadata in those videos reflecting ISRC
13    or ISWC codes associated with your
14    compositions?
15         A.   I do not know.
16         Q.   Did you ask them to do that?
17         A.   I did not.
18         MS. REES:  Exhibit 44.
19         (Schneider Exhibit 44 for
20    identification, email dated April
21    10, 2020, production numbers
22    SCHNEIDER 0000124202 through
23    SCHNEIDER 0000124203.)
24         MS. REES:  Exhibit 44 is a
25    document with Bates numbers
```

Page 217

```
 1             MARIA SCHNEIDER
 2    SCHNEIDER 0000124202.
 3    BY MS. REES:
 4         Q.   Do you recognize Exhibit 44?
 5         A.   I do.
 6         Q.   This is an email between you
 7    and Christopher D'Amico.
 8         A.   Yes.
 9         Q.   Who is Christopher D'Amico?
10         A.   Well, I don't know him.  And I
11    think I referenced this earlier.  He's
12    somebody from ASCAP.
13         Q.   So you have a question to him
14    at the bottom of the page.  You say, "Do
15    most major record labels put the ISWC
16    code in the metadata of downloads and
17    CDs?  I'm guessing a lot of independent
18    artists don't because they don't know
19    better."
20              Do you see that?
21         A.   That's correct.
22         Q.   Are you talking -- when you
23    say in the metadata of downloads and CDs,
24    are you talking about embedded file
25    metadata?
```