George A. Zelcs*
*gzelcs@koreintillery.com*
Randall P. Ewing, Jr.*
*rewing@koreintillery.com*
Ryan Z. Cortazar*
*rcortazar@koreintillery.com*
**KOREIN TILLERY, LLC**
205 North Michigan, Suite 1950
Chicago, IL  60601
Telephone: (312) 641-9750
Facsimile: (312) 641-9751

Stephen M. Tillery*
*stillery@koreintillery.com*
Steven M. Berezney, CA Bar #329923
*sberezney@koreintillery.com*
Carol O'Keefe *
*cokeefe@koreintillery.com*
**KOREIN TILLERY, LLC**
505 North 7th Street, Suite 3600
St. Louis, MO  63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

Joshua Irwin Schiller, CA Bar #330653
*jischiller@bsfllp.com*
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery St., 41st Floor
San Francisco, CA  94104
Telephone: (415) 293-6800
Facsimile: (415) 293-6899

Philip C. Korologos*
*pkorologos@bsfllp.com*
Joanna Wright*
*jwright@bsfllp.com*
Jeffrey Waldron
*jwaldron@bsfllp.com*
**BOIES SCHILLER FLEXNER LLP**
55 Hudson Yards, 20th Floor
New York, NY 10001
Telephone: (212) 446-2300
Facsimile: (212) 446-2350

*Admitted *pro hac vice*

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING LTD., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>Defendants. | CASE NO.: 3:20-cv-04423-JD<br><br>**DECLARATION OF JEFFREY WALDRON IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE PLAINTIFFS' PROPOSED EXPERTS CHARLES D. COWAN AND HAL J. SINGER**<br><br>Judge: Hon. James Donato<br><br>Date: April 13, 2023<br>Time: 10:00 a.m. |

JEFFREY WALDRON hereby declares as follows:

1. I am an attorney at Boies Schiller Flexner LLP, co-counsel to Plaintiffs and putative class representatives Maria Schneider, Uniglobe Entertainment, LLC, and AST Publishing, Ltd. I make this declaration in support of Plaintiffs' Opposition to Defendants' Motion to Exclude Plaintiffs' Proposed Experts Charles D. Cowan and Hal J. Singer filed March 17, 2023. I have knowledge of the facts stated herein from my personal knowledge and, if called as a witness, I could and would competently testify thereto.

2. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts of the January 17, 2023, deposition of Charles D. Cowan.

3. Attached hereto as **Exhibit 2** is a true and correct copy of excerpts of the January 18, 2023, deposition of Greg Halm.

4. Attached hereto as **Exhibit 3** is a true and correct copy of excerpts of the January 13, 2023, deposition of Hal J. Singer.

5. Attached hereto as **Exhibit 4** is a true and correct copy of the Expert Report of Charles D. Cowan, dated November 17, 2023.

6. Attached hereto as **Exhibit 5** is a true and correct copy of the Expert Report of Hal J. Singer, dated November 17, 2022.

7. Attached hereto as **Exhibit 6** is a true and correct copy of the Expert Report of Greg Halm, dated December 29, 2022.

8. Attached hereto as **Exhibit 7** is a true and correct copy of Defendants' Responses and Objections to Plaintiffs' Third Set of Interrogatories, dated June 27, 2022.

9. Attached hereto as **Exhibit 8** is a true and correct copy of a letter from Defendants' counsel to Plaintiffs' counsel, dated January 14, 2022.

10. Attached hereto as **Exhibit 9** is a true and correct copy of a letter from Defendants' counsel to Plaintiffs' counsel, dated October 25, 2022.

11. Attached hereto as **Exhibit 10** is a true and correct copy of Law360 webpage entitled "Defense Attys Should Fess to Corp. Client Errors, Judge says," available at the URL

1  https://www.law360.com/articles/1586463/print?section=classaction, dated March 15, 2023, and
2  last accessed on March 17, 2023.

3      12.    Attached hereto as **Exhibit 11** is a true and correct copy of a YouTube takedown
4  notice form.

6      I declare under penalty of perjury under the laws of the United States of America that the
7  foregoing is true and correct. Executed this 17th day of March 2023 at New York, New York.

                                                  */s/ Jeffrey Waldron*
                                                  Jeffrey Waldron

**ATTESTATION**

My user ID and password are being used in the electronic filing of this document and, in compliance with N.D. Cal. Civil L.R. 5-1(h)(3), I hereby attest that concurrence in the filing of the document has been obtained from each of the other Signatories.

                                              */s/ Philip Korologos*
                                              Philip Korologos

DECLARATION OF JEFFREY WALDRON IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE PLAINTIFFS' PROPOSED EXPERTS CHARLES D. COWAN AND HAL J. SINGER