| | |
|---|---|
| George A. Zelcs* <br> *gzelcs@koreintillery.com* <br> Randall P. Ewing, Jr.* <br> *rewing@koreintillery.com* <br> Ryan Z. Cortazar* <br> *rcortazar@koreintillery.com* <br> **KOREIN TILLERY, LLC** <br> 205 North Michigan, Suite 1950 <br> Chicago, IL  60601 <br> Telephone: (312) 641-9750 <br> Facsimile: (312) 641-9751 <br><br> Stephen M. Tillery* <br> *stillery@koreintillery.com* <br> Steven M. Berezney, CA Bar #329923 <br> *sberezney@koreintillery.com* <br> Carol O'Keefe * <br> *cokeefe@koreintillery.com* <br> **KOREIN TILLERY, LLC** <br> 505 North 7th Street, Suite 3600 <br> St. Louis, MO  63101 <br> Telephone: (314) 241-4844 <br> Facsimile: (314) 241-3525 | Joshua Irwin Schiller, CA Bar #330653 <br> *jischiller@bsfllp.com* <br> **BOIES SCHILLER FLEXNER LLP** <br> 44 Montgomery St., 41st Floor <br> San Francisco, CA  94104 <br> Telephone: (415) 293-6800 <br> Facsimile: (415) 293-6899 <br><br> Philip C. Korologos* <br> *pkorologos@bsfllp.com* <br> Joanna Wright* <br> *jwright@bsfllp.com* <br> Jeffrey Waldron <br> *jwaldron@bsfllp.com* <br> **BOIES SCHILLER FLEXNER LLP** <br> 55 Hudson Yards, 20th Floor <br> New York, NY 10001 <br> Telephone: (212) 446-2300 <br> Facsimile: (212) 446-2350 |

*Admitted *pro hac vice*

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING LTD., individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> YOUTUBE, LLC and GOOGLE LLC, <br><br> Defendants. | CASE NO.: 3:20-cv-04423-JD <br><br> **DECLARATION OF JEFFREY WALDRON IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE PLAINTIFFS' PROPOSED EXPERTS CHARLES D. COWAN AND HAL J. SINGER** <br><br> Judge: Hon. James Donato <br><br> Date: April 13, 2023 <br> Time: 10:00 a.m. |

1  JEFFREY WALDRON hereby declares as follows:

2  1. I am an attorney at Boies Schiller Flexner LLP, co-counsel to Plaintiffs and

3  putative class representatives Maria Schneider, Uniglobe Entertainment, LLC, and AST

4  Publishing, Ltd. I make this declaration in support of Plaintiffs' Opposition to Defendants'

5  Motion to Exclude Plaintiffs' Proposed Experts Charles D. Cowan and Hal J. Singer filed March

6  17, 2023. I have knowledge of the facts stated herein from my personal knowledge and, if called

7  as a witness, I could and would competently testify thereto.

8  2. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts of the January

9  17, 2023, deposition of Charles D. Cowan.

10  3. Attached hereto as **Exhibit 2** is a true and correct copy of excerpts of the January

11  18, 2023, deposition of Greg Halm.

12  4. Attached hereto as **Exhibit 3** is a true and correct copy of excerpts of the January

13  13, 2023, deposition of Hal J. Singer.

14  5. Attached hereto as **Exhibit 4** is a true and correct copy of the Expert Report of

15  Charles D. Cowan, dated November 17, 2023.

16  6. Attached hereto as **Exhibit 5** is a true and correct copy of the Expert Report of Hal

17  J. Singer, dated November 17, 2022.

18  7. Attached hereto as **Exhibit 6** is a true and correct copy of the Expert Report of

19  Greg Halm, dated December 29, 2022.

20  8. Attached hereto as **Exhibit 7** is a true and correct copy of Defendants' Responses

21  and Objections to Plaintiffs' Third Set of Interrogatories, dated June 27, 2022.

22  9. Attached hereto as **Exhibit 8** is a true and correct copy of a letter from Defendants'

23  counsel to Plaintiffs' counsel, dated January 14, 2022.

24  10. Attached hereto as **Exhibit 9** is a true and correct copy of a letter from Defendants'

25  counsel to Plaintiffs' counsel, dated October 25, 2022.

26  11. Attached hereto as **Exhibit 10** is a true and correct copy of Law360 webpage

27  entitled "Defense Attys Should Fess to Corp. Client Errors, Judge says," available at the URL

28

https://www.law360.com/articles/1586463/print?section=classaction, dated March 15, 2023, and last accessed on March 17, 2023.

12.  Attached hereto as **Exhibit 11** is a true and correct copy of a YouTube takedown notice form.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 17th day of March 2023 at New York, New York.

　　　　　　　　　　　　　　　　　　　　　*/s/ Jeffrey Waldron*
　　　　　　　　　　　　　　　　　　　　　　Jeffrey Waldron

**ATTESTATION**

My user ID and password are being used in the electronic filing of this document and, in compliance with N.D. Cal. Civil L.R. 5-1(h)(3), I hereby attest that concurrence in the filing of the document has been obtained from each of the other Signatories.

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Philip Korologos*
　　　　　　　　　　　　　　　　　　　　　　　　　Philip Korologos