# EXHIBIT 11



**3. Removal options**

Removal timing for targeted videos

○ Scheduled: Send a 7-day notice
Once the request is validated, YouTube gives the uploader 7 days to remove the video and avoid a copyright strike. If they don't, the video is removed after 7 days.

○ Standard: Request removal now
These removals can lead to a copyright strike. YouTube processes the video removal after validating the request.

Copies ⓘ

☐ Prevent copies of these videos from appearing on YouTube going forward
If your takedown request is valid, YouTube will make its best effort to prevent new uploads from appearing on the platform. Learn more

**4. Legal agreements**

☐ I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

☐ The information in this notification is accurate, and under penalty of perjury, I am the owner, or an agent authorized to act on behalf of the owner, of an exclusive right that is allegedly infringed.

☐ I understand that abuse of this tool, such as submitting removal requests for content I do not own, may result in termination of my YouTube account.

Signature (required)

ⓘ Make sure your signature contains your full legal name, which is usually your first and last name as stated on a government-issued ID. YouTube won't be able to process your request without this info.