DAVID H. KRAMER, SBN 168452
MAURA L. REES, SBN 191698
LAUREN GALLO WHITE, SBN 309075
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email:  dkramer@wsgr.com
        mrees@wsgr.com
        lwhite@wsgr.com

BRIAN M. WILLEN (admitted *Pro Hac Vice*)
CATHERINE R. HARTMAN (admitted *Pro Hac Vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, NY 10019-6022
Telephone: (212) 999-5800
Facsimile: (212) 999-5801
Email:  bwillen@wsgr.com
Email:  chartman@wsgr.com

Attorneys for Defendants and Counterclaimants
YOUTUBE, LLC and GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING LTD., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>Defendants<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>Counterclaimants,<br><br>v.<br><br>PIRATE MONITOR LTD, PIRATE MONITOR LLC, and GÁBOR CSUPÓ,<br><br>Counterclaim Defendants. | CASE NO.: 3:20-cv-04423-JD<br><br>**DECLARATION OF KELLY M. KNOLL IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO EXCLUDE PORTIONS OF THE EXPERT REPORT AND TESTIMONY OF DEFENDANTS' EXPERT FRANCOIS-XAVIER NUTTALL**<br><br>Date:   April 13, 2023<br>Time:   10:00 a.m.<br>Dept.:  11<br>Judge:  Hon. James Donato |

I, Kelly M. Knoll, declare as follows:

1. I am an attorney at Wilson, Sonsini, Goodrich & Rosati, P.C., counsel to Defendants and Counterclaimants YouTube, LLC and Google LLC. I am over the age of 18 and am competent to make this declaration. I make each of the following statements based on my personal knowledge and could, if necessary, testify to the truth of each of them.

2. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts of the transcript of the September 30, 2022 deposition of Francois-Xavier Nuttall, accompanied by a true and correct copy of the Errata Sheet submitted by Defendants.

3. Attached hereto as **Exhibit 2** is a true and correct copy of excerpts of the transcript of the September 28, 2022 deposition of Paul Jessop, accompanied by a true and correct copy of the Errata Sheet submitted by Plaintiffs.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 17th day of March in San Carlos, California.

  */s/ Kelly M. Knoll*
  Kelly M. Knoll

**ATTORNEY ATTESTATION**

I, David H. Kramer, am the ECF User whose ID and password are being used to file this document. In compliance with N.D. Cal. Civil L.R. 5-1(h)(3), I hereby attest that the concurrence in the filing of this document has been obtained from the signatory.

  */s/ David H. Kramer*
  David H. Kramer