# EXHIBIT 2

to the Declaration of Kelly Knoll

in Support of Nuttall Opposition

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Case No. 20-cv-04423-JD

- - - - - - - - - - - - - - - - - -x
MARIA SCHNEIDER, et al, :
Plaintiffs, :
- vs - :
YOUTUBE LLC, et al, :
Defendants. :
- - - - - - - - - - - - - - - - - -x

***CONFIDENTIAL***

VIDEOTAPED DEPOSITION UPON ORAL EXAMINATION OF PAUL JESSOP, held in New York, NY, commencing at 9:16 a.m., September 28, 2022 , before Randi Friedman, a Registered Professional Reporter, within and for the State of New York.

JOB No. 5490181
PAGES 1 - 286

APPEARANCES:

BOIES SCHILLER FLEXNER, LLP
Attorneys for Plaintiffs
55 Hudson Yards, 20th Floor
New York, New York 10001
BY: ROBERT DWYER, ESQ.
PHILIP C. KOROLOGOS, ESQ.
(Via Telephone)

KOREIN TILLERY, LLC
Attorneys for Plaintiffs
505 North 7th Street, Suite 3600
St. Louis, Missouri 63101
BY: CAROL O'KEEFE, ESQ.
GEORGE A. ZELCS, ESQ.
(Via Telephone)

WILSON SONSINI GOODRICH & ROSATI
Attorneys for Defendants
1301 Avenue of the Americas
New York, New York 10019
BY: ELI B. RICHLIN, ESQ.
KELLY KNOLL, ESQ.
KENI SABATH

ALSO PRESENT:
Deverell Write - Videographer
FX Nuttall

MR. DWYER: Objection to form. Mischaracterizes. 14:50:32 14:50:32

THE WITNESS: Mr. Bornheimer reported on a much wider process than that, so all of the metadata was removed in the experiment that he did. 14:50:39 14:50:40 14:50:43 14:50:47

BY MR. RICHLIN: 14:50:48

Q Mr. Bornheimer didn't provide any testimony at all regarding his usage of the CLFN field; correct? 14:50:50 14:50:52 14:50:56

MR. DWYER: Objection to form. 14:50:57

THE WITNESS: That is true. He does not reference the CLFN field expressively. 14:50:59 14:51:01 14:51:03

BY MR. RICHLIN: 14:51:04

Q Did you talk with Mr. Bornheimer? 14:51:05

A I did not. 14:51:06

Q Did you ask him whether Maria Schneider ever used the CLFN field for metadata purposes? 14:51:07 14:51:08 14:51:11

MR. DWYER: He just said he didn't talk to him. I don't know why you keep asking questions. 14:51:13 14:51:14 14:51:16

MR. RICHLIN: Bob, he's got to answer the question. If you have an 14:51:18 14:51:19

objection -- 14:51:20

MR. DWYER: Object to form. 14:51:21

MR. RICHLIN: Thank you. 14:51:22

THE WITNESS: Could you repeat the question, please? 14:51:23 14:51:24

MR. RICHLIN: Randi, can you read it back, please? 14:51:25 14:51:26

(Whereupon the reporter read back the requested portion of the record.) 14:51:27 14:51:27

THE WITNESS: I need to respond to that in two different ways. Two parallel ways. Firstly, I did not talk to him about it. And; secondly, I would not expect anybody to be using the CLFN field for metadata -- rights management purposes. It's clear in the report that the CLFN field is an artifact of a coding process, which is not, to use your term from earlier, volitional. 14:51:46 14:51:47 14:51:50 14:51:52 14:51:54 14:51:57 14:52:01 14:52:03 14:52:07 14:52:09

BY MR. RICHLIN: 14:52:11

Q I want to ask you a couple questions about the experiment that Mr. Bornheimer ran. You have some thoughts about that experiment? 14:52:12 14:52:13 14:52:19

MR. DWYER: Object to the form. Vague. No foundation. 14:52:23 14:52:24

BY MR. RICHLIN: 14:52:25

Q You can answer. 14:52:28

A It's an experiment that I would be 14:52:30 nervous about doing as part of a legal 14:52:32 proceeding. 14:52:34

Q And why is that, sir? 14:52:35

A Because the terms of the service of 14:52:36 YouTube service specifically make it a breach to 14:52:38 download that material, even if there are 14:52:43 plug-ins available on the Google Chrome's door. 14:52:47 Whether that amounts to a 1201 problem, I don't 14:52:52 know. That's for somebody else to decide. 1201 14:52:57 anti-circumvention problem, I don't know. But I 14:52:57 would be checking with counsel before I did that 14:53:01 experiment myself. 14:53:06

Q So I'll just break that apart. 14:53:11

You're aware, sir, that in general, 14:53:15 YouTube does not permit the download of videos 14:53:17 that are streaming on its platform? 14:53:21

A I am. 14:53:23

Q And so you did not run an experiment 14:53:24 like this for purposes of your report; correct? 14:53:28

A I did not. 14:53:30

Q Are you familiar with how what are 14:53:58 called video stripping programs work? 14:54:03

Witness: Paul Jessop— September 28, 2022 Deposition
*Schneider v. YouTube, LLC*, No. 3:20-cv-04423-JD (N.D. Cal.)

## Errata Sheet

| Page: Line | Change | Reason |
|---|---|---|
| 4:4 | Remove <Excerpt of> | To clarify the record |
| 6:25 | Replace <in> with <and> | To correct transcription errors |
| 12:13 | Replace <outlying> with <outline> | To clarify the record |
| 17:23 | Insert <,> between <County Analytics> and <I> | To correct transcript error |
| 24:20 | Replace <for> with <from> | To clarify the record |
| 29:16 | Replace <DMX> with <DMS> | To clarify the record |
| 30:19 | Insert <of> between <master > and <philosophy> | To correct transcription errors |
| 35:9 | Replace <into, unlike commerce, a smooth one> with <into electronic commerce, a smooth one> | To clarify the record |
| 36:2 | Replace <former> with <formal> | To clarify the record |
| 40:23 | Replace <Rockster> with <Grokster> | To correct transcription errors |
| 44:8 | Insert <a> between <did> and <little> | To correct transcription errors |
| 46:1 | Insert <meaning> between <,> and <without> | To clarify the record |
| 46:10 | Remove <I hate it when that happens> | To correct transcription errors |
| 46:20 | Replace <recording> with <recorded> | To correct transcription errors |
| 51:5 | Replace <omissions> with <permissions> | To clarify the record |
| 52:3 | Replace <Nick> with <Nic> | To correct transcription errors |
| 53:4 | Replace <ISNI, ISNI> with <ISNI, ISNI-IA> | To clarify the record |
| 53:8 | Replace <Allison Randall> with <Alison Randle> | To correct transcription errors |
| 53:11 | Replace <Randall> with <Randle> | To correct transcription errors |
| 53:17 | Replace <Randall> with <Randle> | To correct transcription errors |
| 54:9 | Replace <Randall> with <Randle> | To correct transcription errors |
| 57:13 | Replace <IRC> with <ISRC> | To clarify the record |

Witness: Paul Jessop— September 28, 2022 Deposition
*Schneider v. YouTube, LLC*, No. 3:20-cv-04423-JD (N.D. Cal.)

| 62:17 | Replace <In practice, both the lecture series> with <In practice: both. The lecture series> | To clarify the record |
|---|---|---|
| 65:20 | Replace <of Berkeley in California> with <of California at Berkeley> | To clarify the record |
| 68:2 | Replace <my> with <any> | To clarify the record |
| 69:7 | Replace <Rockster> with <Grokster> | To correct transcription errors |
| 72:10 | Replace <U.S.> with <U.K.> | To clarify the record |
| 78:4 | Replace <Zetz-- Zeltz --> with <Zelcs> | To correct transcription errors |
| 90:14 | Replace <Wileska> with <Waleska> | To correct transcription errors |
| 93:7 | Replace <Foku> with <Foucu> | To correct transcription errors |
| 93:10 | Replace <Foku> with <Foucu> | To correct transcription errors |
| 94:23 | Replace <Union Globe> with <Uniglobe> | To correct transcription errors |
| 95:3 | Replace <have> with <had> | To correct transcription errors |
| 102:9 | Replace <team> with <teams> | To correct transcription errors |
| 110:13 | Replace <for> with <from> | To correct transcription errors |
| 112:14 | Replace <was> with <wasn't> | To clarify the record |
| 112:15 | Replace <substantiated> with <instantiated> | To clarify the record |
| 113:25 | Remove <.> | To correct transcription errors |
| 115:4 | Replace <NXK> with <Annex K> | To clarify the record |
| 116:11 | Replace <Artist Direct> with <ARTISTDirect> | To correct transcription errors |
| 116:13 | Replace < Artist Direct> with <ARTISTDirect> | To correct transcription errors |
| 118:1 | Replace <that> with <but> | To correct transcription errors |
| 119:10 | Replace <the> with <a> | To clarify the record |
| 129:10 | Replace <of> with <on> | To clarify the record |
| 131:2 | Replace <there is> with <varies> | To correct transcription errors |
| 133:19 | Insert <be> between <will> and <the> | To correct transcription errors |
| 141:20 | Replace <,> with <.> | To correct transcription errors |

| 146:11 | Replace <what other> with <whatever> | To correct transcription errors |
|---|---|---|
| 146:16 | Insert <,> between <field> and <or> | To correct transcription errors |
| 146:17 | Insert <,> between <field> and <that> | To correct transcription errors |
| 149:1 | Replace <100> with <700> | To clarify the record |
| 151:8 | Remove indent after <No.> | To correct transcription errors |
| 157:6 | Replace <that that's an assumption or that's true> with <that there's an assumption that that's true> | To correct transcription errors |
| 158: 17 | Replace <information> with <metadata> | To clarify the record |
| 160:6 | Replace <it's> with <it> | To correct transcription errors |
| 160:9 | Replace <needs> with <needed> | To correct transcription errors |
| 160:17 | Insert <,> between <align it> and <to> | To correct transcription errors |
| 160:18 | Insert <,> between <co-exist> and <with> | To correct transcription errors |
| 160:19 | Insert <that> between <process> and <does> | To correct transcription errors |
| 167:14 | Replace <expressively> with <expressly> | To correct transcription errors |
| 168:14 | Replace <using> with <actively inserting> | To clarify the record |
| 170:5 | Replace <bantered> with <bandied> | To correct transcription errors |
| 174:15 | Insert <of> between <status> and <that> | To correct transcription errors |
| 174:15 | Replace <is> with <as> | To correct transcription errors |
| 178:12 | Replace <Yes> with <I have not investigated all such programs> | To clarify the record |
| 179:21 | Replace <Correct> with <At this point in the report, yes, though I refer to YouTube removing CMI elsewhere> | To clarify the record |
| 180:7 | Replace <"compositing"> with <"composites"> | To correct transcription errors |
| 180:17 | Insert <and users> between <creators> and <.> | To clarify the record |
| 198:12 | Replace <detail> with <detailed> | To correct transcription errors |
| 198:20 | Replace <copyright law is what attests, those> with <copyright lawyers will attest, those> | To clarify the record |
| 203:14 | Replace <Dixa> with <Deezer> | To clarify the record |

Witness: Paul Jessop— September 28, 2022 Deposition
*Schneider v. YouTube, LLC,* No. 3:20-cv-04423-JD (N.D. Cal.)

| 204:17 | Insert <Some may of course be required for other reasons such as compliance with laws or inter-party agreements.> after <.> | To clarify the record |
|---|---|---|
| 207:11 | Replace <or> with <a> | To clarify the record |
| 213:8 | Replace <discussions> with <operations> | To clarify the record |
| 223:22 | Replace <sufficiently> with <efficiently> | To clarify the record |
| 227:8-9 | Insert <bad> between <gets> and <again> | To correct transcription errors |
| 236:4 | Replace <used that way> with <actively inserted> | To clarify the record |
| 236:5 | Insert <themselves> between <recordings> and <.> | To clarify the record |
| 236:15 | Replace <Standards> with <Standardization> | To clarify the record |
| 237:6 | Replace <I got a thing that> with <I've got to think that> | To correct transcription errors |
| 240:3 | Replace <protocol buffer's> with <Protocol Buffers> | To correct transcription errors |
| 240:10 | Replace <call> with <called> | To correct transcription errors |
| 240:17 | Replace <date> with data.> | To correct transcription errors |
| 240:20 | Replace <,> with <.> | To correct transcription errors |
| 242:14 | Replace <heightened number> with <height and number> | To correct transcription errors |
| 242:15 | Replace <coded> with <codec> | To correct transcription errors |
| 242:16 | Replace <accounts> with <counts> | To correct transcription errors |
| 242:16 | Insert < start finding fields that have rights management implications> between < 'title,'> and <so I hope> | To clarify the record |
| 256:14 | Replace <hourly> with <aurally> | To clarify the record |
| 260:22 | Replace <Allegresse> with <Allégreese> | To correct transcription errors |
| 266:23 | Replace <oral> with <aural> | To clarify the record |

Witness: Paul Jessop— September 28, 2022 Deposition
*Schneider v. YouTube, LLC,* No. 3:20-cv-04423-JD (N.D. Cal.)

____x____ Subject to the above changes, I certify that the transcript is true and correct.

__________ No changes have been made. I certify that the transcript is true and correct.

____________________ 28 OCT 2022
(Signature) (date)

Witness: Paul Jessop— September 28, 2022 Deposition
*Schneider v. YouTube, LLC*, No. 3:20-cv-04423-JD (N.D. Cal.)

ACKNOWLEDGMENT OF DEPONENT

I, Paul Jessop, do hereby certify that I have read and examined the foregoing testimony, and that the same is a correct transcription of the answers given by me to the questions therein propounded, except for the corrections or changes in form or substance, if any, noted in the attached Errata Sheet.

[signature] 28 OCT 2022

(Signature) (date)

6