1  DAVID H. KRAMER, SBN 168452
   MAURA L. REES, SBN 191698
2  LAUREN GALLO WHITE, SBN 309075
   WILSON SONSINI GOODRICH & ROSATI
3  Professional Corporation
   650 Page Mill Road
4  Palo Alto, CA 94304-1050
   Telephone: (650) 493-9300
5  Facsimile: (650) 565-5100
   Email: dkramer@wsgr.com
6         mrees@wsgr.com
          lwhite@wsgr.com
7
   BRIAN M. WILLEN (admitted *Pro Hac Vice*)
   CATHERINE R. HARTMAN (admitted *Pro Hac Vice*)
   WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
   1301 Avenue of the Americas, 40th Floor
   New York, NY 10019-6022
   Telephone: (212) 999-5800
   Facsimile: (212) 999-5801
   Email: bwillen@wsgr.com
   Email: chartman@wsgr.com

8  Attorneys for Defendants and Counterclaimants
   YOUTUBE, LLC and GOOGLE LLC

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12  MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING LTD., individually and on behalf of all others similarly situated,

         Plaintiffs,

         v.

    YOUTUBE, LLC and GOOGLE LLC,

         Defendants

    _____

    YOUTUBE, LLC and GOOGLE LLC,

         Counterclaimants,

         v.

    PIRATE MONITOR LTD, PIRATE MONITOR LLC, and GÁBOR CSUPÓ,

         Counterclaim Defendants.

CASE NO.: 3:20-cv-04423-JD

**DEFENDANTS AND COUNTERCLAIMANTS' INTERIM ADMINISTRATIVE MOTION TO SEAL RE OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

Pursuant to Civil Local Rules 7-11 and 79-5, Defendants-Counterclaimants YouTube, LLC and Google LLC ("Defendants") submit this interim administrative motion to file under seal the unredacted version of Defendants and Counterclaimants' Opposition to Plaintiffs' Motion for Partial Summary Judgment and related declaration and exhibits. The reasons for sealing will be discussed in a forthcoming omnibus sealing motion filed jointly by the parties by April 7, 2023, by agreement of the parties and pursuant to ¶ 31 of Your Honor's Standing Order for Civil Cases.

Respectfully submitted,

Dated: March 17, 2023

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: _____*/s/ David H. Kramer*_____
David H. Kramer
dkramer@wsgr.com

Attorneys for Defendants and Counterclaimants
YOUTUBE, LLC and GOOGLE LLC