DAVID H. KRAMER, SBN 168452
MAURA L. REES, SBN 191698
LAUREN GALLO WHITE, SBN 309075
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email:  dkramer@wsgr.com
        mrees@wsgr.com
        lwhite@wsgr.com

BRIAN M. WILLEN (admitted *Pro Hac Vice*)
CATHERINE R. HARTMAN (admitted *Pro Hac Vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, NY 10019-6022
Telephone: (212) 999-5800
Facsimile: (212) 999-5801
Email:  bwillen@wsgr.com
Email:  chartman@wsgr.com

Attorneys for Defendants and Counterclaimants
YOUTUBE, LLC and GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING LTD., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>Defendants<br>——————————————————<br>YOUTUBE, LLC and GOOGLE LLC,<br><br>Counterclaimants,<br><br>v.<br><br>PIRATE MONITOR LTD, PIRATE MONITOR LLC, and GÁBOR CSUPÓ,<br><br>Counterclaim Defendants. | CASE NO.:  3:20-cv-04423-JD<br><br>**CERTIFICATE OF SERVICE** |

I, Deborah Grubbs, declare:

I am employed in Santa Clara County, State of California.  I am over the age of 18 years and not a party to the within action.  My business address is Wilson Sonsini Goodrich & Rosati, 650 Page Mill Road, Palo Alto, California 94304-1050.

On this date, I served:

**1.**     **CONFIDENTIAL VERSION OF DEFENDANTS' AND COUNTERCLAIMANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

**2.**     **CONFIDENTIAL VERSION OF PAUL H. HAROLD IN SUPPORT OF DEFENDANTS' AND COUNTERCLAIMANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

3.     **CONFIDENTIAL VERSON OF EXHIBIT 3 TO THE DECLARATION OF PAUL H. HAROLD**

4.     **CONFIDENTIAL VERSON OF EXHIBIT 4 TO THE DECLARATION OF PAUL H. HAROLD**

5.     **CONFIDENTIAL VERSON OF EXHIBIT 7 TO THE DECLARATION OF PAUL H. HAROLD**

6.     **CONFIDENTIAL VERSON OF EXHIBIT 8 TO THE DECLARATION OF PAUL H. HAROLD**

7.     **CONFIDENTIAL VERSON OF EXHIBIT 9 TO THE DECLARATION OF PAUL H. HAROLD**

8.     **CONFIDENTIAL VERSON OF EXHIBIT 10 TO THE DECLARATION OF PAUL H. HAROLD**

☒   By forwarding the document(s) by electronic transmission on this date to the Internet email address listed below:

BSFYouTube@bsfllp.com and Ktyoutube@koreintillery.com

I am readily familiar with Wilson Sonsini Goodrich & Rosati's practice for collection and processing of documents for delivery according to instructions indicated above.  In the ordinary course of business, documents would be handled accordingly.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.  Executed at San Mateo, California on March 17, 2023.

_____
Deborah Grubbs