DAVID H. KRAMER, SBN 168452
MAURA L. REES, SBN 191698
LAUREN GALLO WHITE, SBN 309075
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: dkramer@wsgr.com
       mrees@wsgr.com
       lwhite@wsgr.com

BRIAN M. WILLEN (admitted *Pro Hac Vice*)
CATHERINE R. HARTMAN (admitted *Pro Hac Vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, NY 10019-6022
Telephone: (212) 999-5800
Facsimile: (212) 999-5801
Email: bwillen@wsgr.com
Email: chartman@wsgr.com

Attorneys for Defendants and Counterclaimants
YOUTUBE, LLC and GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING LTD., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>Defendants<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>Counterclaimants,<br><br>v.<br><br>PIRATE MONITOR LTD, PIRATE MONITOR LLC, and GÁBOR CSUPÓ,<br><br>Counterclaim Defendants. | CASE NO.: 3:20-cv-04423-JD<br><br>**DECLARATION OF CHENYUAN ZHU IN SUPPORT OF DEFENDANTS AND COUNTERCLAIMANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date: April 13, 2023<br>Time: 10:00 a.m.<br>Dept.: 11<br>Judge: Hon. James Donato |

I, Chenyuan Zhu, declare as follows:

1. I am currently Product Manager for Content ID for Defendant Google LLC ("YouTube"). I previously worked in and then led YouTube's copyright operations team. I am familiar with YouTube's practices regarding copyright operations. I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would testify competently to them.

## YouTube's DMCA Processes

2. YouTube enables copyright holders to quickly and efficiently obtain the removal of allegedly infringing materials from the service, pursuant to the safe harbor provisions of the Digital Millennium Copyright Act ("DMCA"). YouTube has designated an agent for receipt of DMCA takedown notices, and set up a team for processing such notices and removing allegedly infringing material identified in them. YouTube has also adopted and enforces a repeat infringer policy by which those who have repeatedly been the subject of notices that contain the required information are terminated from the service. In general, in accordance with that policy, YouTube assesses "strikes" against those accused of infringement in such takedown notices, and terminates those who accrue three or more strikes, removing all channels and all content identified with the terminated user's account.

3. Given the size of YouTube, the scale of these efforts and the cost of undertaking them is substantial. YouTube employs a team of 20 full-time employees and over 300 vendors dedicated to handling takedown notices and implementing its repeat infringer policy. YouTube receives millions of takedown notices a year, over 100,000 of which per year are directed to videos on the service that are either private or unlisted. Each year, pursuant to its repeat infringer policy, YouTube terminates hundreds of thousands of users, out of the hundreds of millions on the service, based on their accrual of three or more strikes.

## Private and Unlisted Video Functions

4. For over a decade, YouTube has offered users tools for the purpose of giving them greater control over who may view the content they upload to the service. Users may make videos they upload publicly accessible, direct that they be treated as private, or designate them as "unlisted."

5. Using the private video function, users can restrict access to videos that they upload to those that the uploader specifically designates. A user need not share a private video with anyone, but can authorize up to 50 other users to access a private video. Once a user designates a video as private, only those specifically authorized by the user can access it. Private videos do not appear in search results on the service.

6. Users can also designate videos as unlisted. Like private videos, unlisted videos do not appear in YouTube search results. But unlisted videos can be accessed by anyone with the video's URL—the specific, unique location at which the video resides. That means that by sharing an unlisted video's URL, an user can share the video easily, without making it readily accessible to everyone. Users employ the unlisted video function to share content within a school, a community, or among their customers without broadcasting it to YouTube's much larger global audience. A news outlet, for example, may upload videos to YouTube and set them to be unlisted, then share the video URLs with subscribers to its own website, to attract traffic there, rather than to YouTube.

7. YouTube's purpose in offering private and unlisted video functionalities is to enhance users' control over the audiences for their content. YouTube certainly does not offer those functionalities for the purpose of undermining its repeat infringer policy. To the contrary, YouTube's repeat infringer policy applies with equal force to private and unlisted videos. YouTube receives and processes takedown notices, assesses strikes and terminates users for public, private and unlisted videos alike.

**YouTube's Copyright Management Tools**

8. YouTube's efforts to assist copyright holders in protecting their content do not stop with the DMCA's takedown notice and repeat infringer process. YouTube has also invested hundreds of millions of dollars in cutting-edge technologies and operations to assist copyright holders in protecting against the unauthorized use of their work on the service.

9. YouTube developed its Emmy Award-winning Content ID system, which utilizes proprietary technology to enable eligible users to automatically identify use of their copyright-protected audio or video works in videos on the service. When the system identifies what it

1  believes to be a video matching a copyrighted work, it enables the user to "claim" that video, and
2  (i) monetize it by sharing in the advertising revenue the video generates; (ii) block the video from
3  appearing on the service; or (iii) track views of the video.

4        10.     YouTube also offers a Content Verification Program and Copyright Match Tool to
5  copyright owners to enable them to identify use of their works on the service. YouTube's Content
6  Verification Tool ("CVP"), which YouTube has offered for over a decade, enhances copyright
7  owners' ability to search for videos on YouTube that may use their copyrighted content, and, if
8  they so choose, to send YouTube takedown notices in accordance with the DMCA for content
9  they contend infringes their copyrights. To use CVP, a copyright owner first enters keywords into
10 a search box. The CVP tool then tries to match that search criteria with video titles, descriptions,
11 tags, and other information associated with the video. If the CVP tool finds a video matching one
12 of the keywords, the copyright owner can then choose whether to request removal of that video.
13 Further, the tool enables the copyright holder to submit copyright takedown requests for up to 100
14 videos per submission. CVP is generally available to copyright owners who apply to use it, and
15 who demonstrate a need for enhanced search and removal abilities through a history of submitting
16 complete and valid DMCA takedown requests.

17       11.     YouTube's Copyright Match Tool uses aspects of the video-fingerprinting
18 technology that powers Content ID to help copyright claimants automatically detect videos that
19 they may wish to submit DMCA takedown notices for. The Copyright Match Tool is available to
20 any YouTube user who's submitted a valid takedown notice through the webform. Once a
21 takedown notice is confirmed as valid, the Copyright Match Tool starts scanning YouTube
22 uploads for potential matches to the videos reported in the removal request. The tool surfaces these
23 potential matches to the claimant so they can decide what action to take next. For creators in the
24 YouTube Partner Program (YPP), or any channel that's filled out the copyright management tools
25 application and shown a need for an advanced rights management tool, the Copyright Match Tool
26 will scan for reuploads of their videos on other YouTube channels. Creators who have access to
27 this feature of the Copyright Match Tool simply need to be the first to upload a video to YouTube
28 (they can upload as public, private, or unlisted). Users can choose to archive the match and leave

1  the video up, file a takedown request (with the option to ask YouTube to automatically prevent

2  copies), or contact the uploader through the service. As of December 2021, YouTube has made the

3  Copyright Match Tool available to more than 2,400,000 channels.

4     12.    YouTube also provides a webform that allows copyright owners to quickly and

5  easily submit DMCA-compliant notices to YouTube. *See* "YouTube Help: Submit a copyright

6  takedown notice," https://support.google.com/youtube/answer/2807622.

7     13.    YouTube discloses information about copyright enforcement on its service in a

8  biannual copyright transparency report. Attached as **Exhibit A** is a true and correct copy of

9  YouTube's H1 2021 Copyright Transparency Report, produced as GOOG-SCHNDR-00041492.

10 Among other things, the report describes copyright management tools that YouTube makes

11 available to rightsholders and data about how those tools are used.

12

13     I declare under penalty of perjury under the laws of the United States of America that the

14 foregoing is true and correct to the best of my knowledge.

15     Executed on March 17, 2023 at San Bruno, California.

16                              */s/ Chenyuan Zhu*
                                Chenyuan Zhu
17

18

19                       **ATTORNEY ATTESTATION**

20     I, David H. Kramer, am the ECF User whose ID and password are being used to file this

21 document. In compliance with N.D. Cal. Civil L.R. 5-1(h)(3), I hereby attest that the concurrence

22 in the filing of this document has been obtained from the signatory.

23                              */s/ David H. Kramer*
                                David H. Kramer
24

25

26

27

28

ZHU DECLARATION ISO OPPOSITION TO             -4-              CASE NO. 3:20-CV-04423-JD
PLAINTIFFS' MOTION FOR PARTIAL SUMMARY
JUDGMENT