| | |
|---|---|
| DAVID H. KRAMER, SBN 168452<br>MAURA L. REES, SBN 191698<br>LAUREN GALLO WHITE, SBN 309075<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone: (650) 493-9300<br>Facsimile: (650) 565-5100<br>Email: dkramer@wsgr.com<br>     mrees@wsgr.com<br>     lwhite@wsgr.com | BRIAN M. WILLEN (admitted *Pro Hac Vice*)<br>CATHERINE R. HARTMAN (admitted *Pro Hac Vice*)<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>1301 Avenue of the Americas, 40th Floor<br>New York, NY 10019-6022<br>Telephone: (212) 999-5800<br>Facsimile: (212) 999-5801<br>Email: bwillen@wsgr.com<br>Email: chartman@wsgr.com |

Attorneys for Defendants and Counterclaimants
YOUTUBE, LLC and GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING LTD., individually and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br><br>    v.<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>                Defendants<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>                Counterclaimants,<br><br>    v.<br><br>PIRATE MONITOR LTD, PIRATE MONITOR LLC, and GÁBOR CSUPÓ,<br><br>                Counterclaim Defendants. | CASE NO.: 3:20-cv-04423-JD<br><br>**DECLARATION OF PAUL HAROLD IN SUPPORT OF DEFENDANTS AND COUNTERCLAIMANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date:   April 13, 2023<br>Time:  10:00 a.m.<br>Dept.:  11<br>Judge:  Hon. James Donato<br><br>**PUBLIC VERSION - REDACTED** |

1   I, Paul N. Harold, hereby declare as follows:

2   1.   I am an attorney at Wilson, Sonsini, Goodrich & Rosati, counsel for Defendants YouTube, LLC and Google LLC (together, "YouTube") in this matter. I submit this declaration in support of YouTube's Opposition to Plaintiffs' Motion for Partial Summary Judgment. I make this declaration based on my personal knowledge, and, if called as a witness, I could and would testify competently to the information set forth herein.

2.   For a decade, Plaintiff Maria Schneider used private and unlisted videos on YouTube. Ms. Schneider used private or unlisted videos to share her works with musicians with whom she was collaborating. Attached as **Exhibit 1** is a true and correct copy of the Corrected Declaration of Maria Schneider in Opposition to Defendants' Motion For Summary Judgment, filed October 13, 2022 as Docket No. 184. In her declaration Ms. Schneider admits, "I have on several occasions posted private or unlisted videos containing my works to Youtube to be used by new individual musicians subbing with my band who need to learn my compositions." Ex. 1 ¶ 43. Attached as **Exhibit 2** is a true and correct copy of a July 3, 2018 email from Schneider to Nate Wood, produced as SCHNEIDER_0000151016, where Schneider provides Mr. Wood with "a link to 'Data Lords' on youtube (as an unlisted video that's not public)." She asks Mr. Wood to "speak after you listen, to discuss the approach to take on this music." Attached hereto as **Exhibit 3** is a true and correct copy of an email thread produced as SCHNEIDER_0000124909 and designated CONFIDENTIAL in which ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

3.   Ms. Schneider used private or unlisted videos to control how others could share videos containing her works on YouTube. In her summary judgment declaration, Ms. Schneider admits to having "authorized others to post videos containing [her] works on YouTube," some of which she authorized to be "publicly available" while others she authorized to be "unlisted." Ex. 1 ¶ 44.

HAROLD DECLARATION ISO OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT       -1-       CASE NO.: 3:20-CV-04423-JD

1      4.    Ms. Schneider and her agents used private or unlisted videos to share drafts of videos among themselves. ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████ Attached as **Exhibit 4** is a true and correct copy of the April 2013 email thread between Schneider and Le Claire, produced as SCHNEIDER_0000125604 and designated CONFIDENTIAL. In December 2013, Le Claire shared with Schneider a video apparently containing a performance of Work-in-Suit "A Potter's Song." Le Claire wrote to Schneider, "The jazz standard Potter's video is in dropbox and I also uploaded it as an unlisted video on youtube in case that was easier." Attached as **Exhibit 5** is a true and correct copy of the December 2013 email from Le Claire to Schneider, produced as SCHNEIDER_0000125644.

    5.    Ms. Schneider and her agents also used private or unlisted videos to share performances of her works with friends. Months after filing this suit, in November 2020, Schneider uploaded a video containing live performances of her works at the Jazz Standard jazz club as part of a Thanksgiving concert. Ex. 6 at 102:21-104:19. Attached as **Exhibit 6** is a true and correct copy of excerpts of the transcript from the June 14, 2022 deposition of Maria Schneider. ████████████████████████████████████████████████████████████ Ex. 7 at -156859. Attached hereto as **Exhibit 7** is a true and correct copy of a November 2020 email thread between Schneider and Meg Gibson, produced as SCHNEIDER_0000156859 and designated CONFIDENTIAL. Attached as **Exhibit 8** is a true and correct copy of a November 2020 email thread, produced as SCHNEIDER_0000019723 and designated CONFIDENTIAL, where ███████████████████████████████████████████████████████████████████████████████████████

HAROLD DECLARATION ISO OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT     -2-     CASE NO. 3:20-CV-04423-JD

6. Ms. Schneider also used private videos to share content privately with friends. Attached as **Exhibit 9** is a true and correct copy of a May 2012 email thread, produced as SCHNEIDER_0000176383 and designated CONFIDENTIAL, between Schneider and Lucia Guimaraes in which ███████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

████████

7. Plaintiff Uniglobe Entertainment LLC also made use of YouTube's private or unlisted video function. Uniglobe used unlisted videos to share sample videos of its works with prospective business partners. Attached as **Exhibit 10** is a true and correct copy of an email thread produced as UNIGLOBE_0000028764 and designated CONFIDENTIAL in which █████

███████████████████████████████████████████████████

████████████████████████████████

8. Other leading online services offer users the ability to store or communicate privately. I have reviewed the websites of Facebook, Snapchat, Twitter, Dropbox, Pinterest, and Apple, all of which offer features for private storage or communication. These features include:

   a. On Facebook, the ability to limit the visibility of posts to Friends, the ability to send private messages to other Facebook users, and the ability to create closed groups or pages to share content with designated users;

   b. On Snapchat, the ability to send "Snaps" (i.e., messages) privately and the ability to share Stories with a designated group of contacts;

   c. On Twitter, the ability to send private Direct Messages and the ability to restrict the visibility of posts to Followers;

   d. On Dropbox, the ability to store files privately, the ability to make files and folders available to designated users, and the ability to make files and folders accessible to others with the URL;

   e. On Pinterest, the ability to post content to "Secret Boards" that are visible only to designated users; and

      f.   On Apple, the ability to store files privately via Apple Cloud, the ability to send private emails to others, and the ability to send private, encrypted iMessages to other users.

9. Each of these services claims safe harbor under the provisions of the Digital Millennium Copyright Act (DMCA) and each has provided contact information for a designated agent to receive DMCA takedown notices that is listed in the U.S. Copyright Office's DMCA Designated Agent Directory. *See* U.S. Copyright Office, DMCA Designated Agent Directory, https://dmca.copyright.gov/osp/.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on March 17, 2023 at Washington, D.C.

                    */s/ Paul N. Harold*
                    Paul N. Harold

**ATTORNEY ATTESTATION**

I, David H. Kramer, am the ECF User whose ID and password are being used to file this document. In compliance with N.D. Cal. Civil L.R. 5-1(h)(3), I hereby attest that the concurrence in the filing of this document has been obtained from the signatory.

                    */s/ David H. Kramer*
                    David H. Kramer