# EXHIBIT 2

to the Declaration of Paul Harold

Message
___

| | |
|---|---|
| **From:** | Maria Schneider [mariaschneider@me.com] |
| on behalf of | Maria Schneider <mariaschneider@me.com> [mariaschneider@me.com] |
| **Sent:** | 7/3/2018 7:40:58 PM |
| **To:** | Nate Wood [natewood@gmail.com] |
| **Subject:** | Sue & Data Lords |
| **Attachments:** | Sue (rev 5-29-18) - Rhythm - Drums.pdf; ATT00002.bin; Data Lords - Drums scanned.pdf; ATT00004.bin |

Hi Nate,

I'm excited to work with you. But, oh dear, I realize I never sent you music.
Here are the sound flies and the pdf's. Is there a chance we could speak after you listen, to discuss the approach to take on this music with two drummers? I leave for Norway on Sunday night.

Thanks much! Maria

Here is a link to "Data Lords" on youtube (as an unlisted video that's not public)
https://youtu.be/FtwcvU0MShs

https://www.dropbox.com/s/qkjfabq2hjl06w5/1-01%20Sue%20%28Or%20in%20a%20Season%20of%20Crime%29.mp3?dl=0

SCHNEIDER_0000151016