# EXHIBIT 3

to the Declaration of Paul Harold

DOCUMENT SEALED IN ITS ENTIRETY