# EXHIBIT 5

to the Declaration of Paul Harold

Message
___

| | |
|---|---|
| **From**: | Marie Le Claire [meemer40@earthlink.net] |
| on behalf of | Marie Le Claire <meemer40@earthlink.net> [meemer40@earthlink.net] |
| **Sent**: | 12/3/2013 8:12:31 PM |
| **To**: | MARIA SCHNEIDER [mariaschneider@mac.com] |
| **Subject**: | potter's videos |

The jazz standard Potter's video is in dropbox and I also uploaded it as an unlisted video on youtube in case that was easier. Here is a link
http://www.youtube.com/watch?v=ZU-J2ClH-lc&feature=youtu.be

I also put the edited rehearsal video of potter's in dropbox…It's about 18min long and covers the whole song once through with you explaining certain parts. I thought that like the video with Gary, we would probably like to hold some stuff back for when we launch the new project… let me know if the rehearsal video should include more..

If you go to the dropbox website instead of just going to the folder, you can watch the videos without having to download them… FYI

SCHNEIDER_0000125644