# EXHIBIT 6

to the Declaration of Paul Harold

```
 1
 2   UNITED STATES DISTRICT COURT
 3   NORTHERN DISTRICT OF CALIFORNIA
 4   SAN FRANCISCO DIVISION
 5   ------------------------------------x
 6   MARIA SCHNEIDER, UNIGLOBE
     ENTERTAINMENT, LLC and AST
 7   PUBLISHING LTD., individually and
     on behalf of all others similarly
 8   situated,
 9                              Plaintiffs,
10   -against-            Case No. 3:20-cv-4423
11   YOUTUBE, LLC; and GOOGLE LLC,
12                              Defendants.
13   ------------------------------------x
14
15        REMOTE VIDEOTAPED DEPOSITION OF
                  MARIA SCHNEIDER
16              New York, New York
                  June 14, 2022
17
18
19   Reported By:
20   ERIC J. FINZ
21
22
23
24
25
                                          Page 1
```

```
 1
 2                          June 14, 2022
                             9:32 a.m.
 3
 4         Videotaped Deposition of MARIA
 5   SCHNEIDER, taken by Defendants, pursuant
 6   to Notice, at the offices of Wilson
 7   Sonsini Goodrich & Rosati, 1301 Avenue of
 8   the Americas, New York, New York, before
 9   ERIC J. FINZ, a Shorthand Reporter and
10   Notary Public within and for the State of
11   New York.
12
13
14
15
16
17
18
19
20
21
22
23
24
25
                                                  Page 2
```

```
 1
 2    A P P E A R A N C E S: (All Via Remote)
 3    KOREIN TILLERY LLC
      Attorneys for Plaintiffs
 4         205 North Michigan
           Chicago, Illinois 60601
 5
      BY:   GEORGE Z. ZELCS, ESQ.
 6          gzelcs@koreintillery.com
 7                 -AND-
 8    BOIES SCHILLER & FLEXNER LLP
           55 Hudson Yards
 9         New York, New York 10001
10    BY:   PHILIP C. KOROLOGOS, ESQ.
            pkorologos@bsfllp.com
11
12
      WILSON SONSINI GOODRICH & ROSATI
13    Attorneys for Defendants
           650 Page Mill Road
14         Palo Alto, California 94304
15    BY:   MAURA L. REES, ESQ.
            mrees@wsgr.com
16          ANDREW KRAMER, ESQ.
            akramer@wsgr.com
17
18
19
20    ALSO PRESENT:
21         THOMAS DEVINE, Videographer
22
23
24
25
```

| | | |
|---|---|---|
| 1 | MARIA SCHNEIDER | |
| 2 | performances of any of your copyrighted | 12:20:53 |
| 3 | works? | 12:20:57 |
| 4 | A.   Yes. | 12:20:57 |
| 5 | Q.   Do you recall which ones? | 12:20:58 |
| 6 | A.   I can recall two of them, | 12:21:01 |
| 7 | probably, that there were samples of | 12:21:07 |
| 8 | various things in there.  Things from my | 12:21:10 |
| 9 | latest album. | 12:21:18 |
| 10 | Q.   And then was this YouTube | 12:21:21 |
| 11 | video also embedded on Facebook? | 12:21:23 |
| 12 | A.   I believe that the Jazz | 12:21:28 |
| 13 | Standard did it on Facebook, on their | 12:21:34 |
| 14 | Facebook channel. | 12:21:37 |
| 15 | Q.   So this is another video that | 12:21:43 |
| 16 | you authorized to be uploaded to YouTube | 12:21:45 |
| 17 | that's not listed in your responses to | 12:21:46 |
| 18 | interrogatory No. 4 and interrogatory | 12:21:48 |
| 19 | No. 8? | 12:21:50 |
| 20 | A.   Yeah, these are works that | 12:21:50 |
| 21 | were on my latest album that came out | 12:21:56 |
| 22 | that year, 2020. | 12:21:58 |
| 23 | MS. REES:  Can we look at tab | 12:22:18 |
| 24 | 30. | 12:22:20 |
| 25 | 25. | 12:22:27 |

Page 101

```
 1              MARIA SCHNEIDER
 2            (Schneider Exhibit 25 for              12:22:27
 3       identification, email dated                 12:22:27
 4       November 30, 2020, production               12:22:27
 5       numbers SCHNEIDER 115185 through            12:22:27
 6       SCHNEIDER 115196.)                          12:22:49
 7            THE WITNESS:  Okay.  This is           12:22:49
 8       going to take a while to read.              12:22:50
 9            MS. REES:  The question I have         12:22:56
10       for you is about the first page of          12:22:57
11       this email chain.                           12:22:59
12            THE WITNESS:  Okay.                    12:23:00
13            Do you mind if I look at what          12:23:11
14       leads up to it?                             12:23:12
15            MR. ZELCS:  Sure, go ahead.            12:23:13
16            THE WITNESS:  Okay.                    12:25:32
17   BY MS. REES:                                    12:25:34
18       Q.   Do you recognize Exhibit 25?           12:25:34
19       A.   Recognize it, no.  But I've            12:25:35
20   read it.                                        12:25:37
21       Q.   Is this an email exchange              12:25:37
22   about that Jazz Standard Thanksgiving           12:25:40
23   2020 concert?                                   12:25:44
24       A.   Yes.                                   12:25:45
25       Q.   And at the bottom of the first         12:25:45
```

Page 102

|   |   |   |
|---|---|---|
| 1 | MARIA SCHNEIDER | |
| 2 | page -- | 12:25:48 |
| 3 |     A.   Can I say something?  To amend | 12:25:49 |
| 4 | that. | 12:25:51 |
| 5 |     Q.   Yes. | 12:25:52 |
| 6 |     A.   It wasn't a concert.  It was | 12:25:53 |
| 7 | a -- I mean, it was a prepared video. | 12:25:55 |
| 8 |     Q.   Okay.  So at the bottom of the | 12:25:59 |
| 9 | first page of this Exhibit 25, there is | 12:26:04 |
| 10 | an email from you, where you say, "Thanks | 12:26:07 |
| 11 | again for the video, Marie.  Many people | 12:26:12 |
| 12 | have written how much they loved it.  How | 12:26:15 |
| 13 | many views have there been on YouTube." | 12:26:17 |
| 14 | Do you see that? | 12:26:19 |
| 15 |     A.   Yes. | 12:26:19 |
| 16 |     Q.   And then the email above that | 12:26:19 |
| 17 | shows Marie Le Claire responding, "At | 12:26:24 |
| 18 | this point it's gotten 8,400 views on | 12:26:27 |
| 19 | Facebook and 1,683 on the YouTube one | 12:26:31 |
| 20 | that's embedded on your site." | 12:26:34 |
| 21 | Do you see that? | 12:26:37 |
| 22 |     A.   That is correct. | 12:26:37 |
| 23 |     Q.   And your response is, "Wow, | 12:26:38 |
| 24 | wonderful." | 12:26:40 |
| 25 | Do you see that? | 12:26:41 |

Page 103

| | | |
|---|---|---|
| 1 | MARIA SCHNEIDER | |
| 2 | A. Yes. | 12:26:41 |
| 3 | Q. What was wonderful? | 12:26:42 |
| 4 | A. We had people that -- from all | 12:26:44 |
| 5 | over the world that were so devastated | 12:26:46 |
| 6 | that the Jazz Standard closed, and people | 12:26:48 |
| 7 | that had come to hear the band year after | 12:26:51 |
| 8 | year. And it was also a year in which, | 12:26:53 |
| 9 | you know, we were going to go around and | 12:26:58 |
| 10 | advertise through concerts the Data Lords | 12:27:02 |
| 11 | project. So it was nice that we were | 12:27:06 |
| 12 | able to reach an audience after COVID. | 12:27:09 |
| 13 | Q. And is that why you authorized | 12:27:13 |
| 14 | the upload of this video to YouTube? | 12:27:16 |
| 15 | A. Yes. | 12:27:19 |
| 16 | Q. And you didn't have to pay | 12:27:20 |
| 17 | anything to YouTube for that, right, it | 12:27:28 |
| 18 | was free? | 12:27:30 |
| 19 | A. Yes, it was. | 12:27:30 |
| 20 | Q. So this Jazz Standard | 12:27:31 |
| 21 | Thanksgiving 2020 video, do you recall | 12:27:39 |
| 22 | that it included a clip from the show | 12:27:41 |
| 23 | Mister Rogers' Neighborhood? | 12:27:44 |
| 24 | A. Yes. | 12:27:46 |
| 25 | Q. Did anybody clear the rights | 12:27:46 |

Page 104

| | | |
|---|---|---|
| 1 | MARIA SCHNEIDER | |
| 2 | for the Mister Rogers' Neighborhood clip | 12:27:49 |
| 3 | before that video was posted to YouTube? | 12:27:52 |
| 4 | A.   No, it was a spontaneous | 12:27:53 |
| 5 | moment when we did a Zoom call with the | 12:27:56 |
| 6 | band, and I had seen this beautiful video | 12:27:58 |
| 7 | of my drummer who played at age, I think, | 12:28:02 |
| 8 | 6, violin with his dad on YouTube -- I | 12:28:09 |
| 9 | mean on Mister Rogers.  And I asked him | 12:28:13 |
| 10 | spontaneously, you know, would you show | 12:28:16 |
| 11 | everybody.  And he did.  And I didn't | 12:28:21 |
| 12 | think to ask him if it was -- if he had | 12:28:23 |
| 13 | the rights for that. | 12:28:25 |
| 14 | Q.   So if there was no permission | 12:28:30 |
| 15 | from Mister Rogers' Neighborhood to use | 12:28:34 |
| 16 | that clip, was that video infringing | 12:28:36 |
| 17 | Mister Rogers' Neighborhood's copyrights? | 12:28:38 |
| 18 | A.   Yes.  And I shouldn't have | 12:28:41 |
| 19 | done it.  I should have thought about it. | 12:28:42 |
| 20 | And I should reach out to Mister Rogers | 12:28:44 |
| 21 | and rectify that. | 12:28:49 |
| 22 | Q.   Okay. | 12:28:51 |
| 23 | MS. REES:  I think we are at a | 12:28:53 |
| 24 | good point to stop for lunch. | 12:28:55 |
| 25 | MR. ZELCS:  Okay. | 12:28:56 |

Page 105