| | |
|---|---|
| George A. Zelcs* | Joshua Irwin Schiller, CA Bar #330653 |
| *gzelcs@koreintillery.com* | *jischiller@bsfllp.com* |
| Randall P. Ewing, Jr.* | **BOIES SCHILLER FLEXNER LLP** |
| *rewing@koreintillery.com* | 44 Montgomery St., 41st Floor |
| Ryan Z. Cortazar* | San Francisco, CA 94104 |
| *rcortazar@koreintillery.com* | Telephone: (415) 293-6800 |
| **KOREIN TILLERY, LLC** | Facsimile: (415) 293-6899 |
| 205 North Michigan, Suite 1950 | |
| Chicago, IL 60601 | Philip C. Korologos* |
| Telephone: (312) 641-9750 | *pkorologos@bsfllp.com* |
| Facsimile: (312) 641-9751 | Joanna Wright* |
| | *jwright@bsfllp.com* |
| Stephen M. Tillery* | Jeffrey Waldron* |
| *stillery@koreintillery.com* | *jwaldron@bsfllp.com* |
| Steven M. Berezney, CA Bar #329923 | **BOIES SCHILLER FLEXNER LLP** |
| *sberezney@koreintillery.com* | 55 Hudson Yards, 20th Floor |
| Carol O'Keefe* | New York, NY 10001 |
| *cokeefe@koreintillery.com* | Telephone: (212) 446-2300 |
| **KOREIN TILLERY, LLC** | Facsimile: (212) 446-2350 |
| 505 North 7th Street, Suite 3600 | |
| St. Louis, MO 63101 | |
| Telephone: (314) 241-4844 | |
| Facsimile: (314) 241-3525 | |

*Admitted *pro hac vice*

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING LTD., individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br> v. <br><br> YOUTUBE, LLC and GOOGLE LLC, <br><br> Defendants. | CASE NO.: 3:20-cv-04423-JD <br><br> **DECLARATION OF JEFFREY WALDRON IN FURTHER SUPPORT OF PLAINTIFF'S MOTION TO EXCLUDE PORTIONS OF THE EXPERT REPORT AND TESTIMONY OF DEFENDANTS' EXPERT GREG HALM** <br><br> Judge: Hon. James Donato <br><br> Date: April 13, 2023 <br> Time: 10:00 a.m. |

1   JEFFREY WALDRON hereby declares as follows:

2   1. I am an attorney at Boies Schiller Flexner LLP, co-counsel to Plaintiffs and putative class representatives Maria Schneider, Uniglobe Entertainment, LLC, and AST Publishing, Ltd. I make this declaration in support of Plaintiffs' Reply in Support of Plaintiffs' Motion to Exclude Portions of the Expert Report and Testimony of Defendants' Expert Greg Halm filed on March 24, 2023. I have knowledge of the facts stated herein from my personal knowledge and, if called as a witness, I could and would competently testify thereto.

2. Attached hereto as **Exhibit 14** is a true and correct copy of excerpts of the January 17, 2023, deposition of Charles D. Cowan.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 24th day of March 2023.

*/s/ Jeffrey Waldron*
Jeffrey Waldron

**ATTESTATION**

My user ID and password are being used in the electronic filing of this document and, in compliance with N.D. Cal. Civil L.R. 5-1(h)(3), I hereby attest that concurrence in the filing of the document has been obtained from each of the other Signatories.

*/s/ Philip Korologos*
Philip Korologos
