| | |
|---|---|
| George A. Zelcs* | Joshua Irwin Schiller, CA Bar #330653 |
| gzelcs@koreintillery.com | jischiller@bsfllp.com |
| Randall P. Ewing, Jr.* | **BOIES SCHILLER FLEXNER LLP** |
| rewing@koreintillery.com | 44 Montgomery St., 41st Floor |
| Ryan Z. Cortazar* | San Francisco, CA 94104 |
| rcortazar@koreintillery.com | Telephone: (415) 293-6800 |
| **KOREIN TILLERY, LLC** | Facsimile: (415) 293-6899 |
| 205 North Michigan, Suite 1950 | |
| Chicago, IL 60601 | Philip C. Korologos* |
| Telephone: (312) 641-9750 | pkorologos@bsfllp.com |
| Facsimile: (312) 641-9751 | Joanna Wright* |
| | jwright@bsfllp.com |
| Stephen M. Tillery* | Jeffrey Waldron* |
| stillery@koreintillery.com | jwaldron@bsfllp.com |
| Steven M. Berezney, CA Bar #329923 | **BOIES SCHILLER FLEXNER LLP** |
| sberezney@koreintillery.com | 55 Hudson Yards, 20th Floor |
| Carol O'Keefe* | New York, NY 10001 |
| cokeefe@koreintillery.com | Telephone: (212) 446-2300 |
| **KOREIN TILLERY, LLC** | Facsimile: (212) 446-2350 |
| 505 North 7th Street, Suite 3600 | |
| St. Louis, MO 63101 | |
| Telephone: (314) 241-4844 | |
| Facsimile: (314) 241-3525 | |

*Admitted *pro hac vice*

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING LTD., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>Defendants. | CASE NO.: 3:20-cv-04423-JD<br><br>**PLAINTIFFS' INTERIM ADMINISTRATIVE MOTION TO SEAL PLAINTIFFS' REPLY IN SUPPORT OF PLAINTIFFS' MOTION TO EXCLUDE PORTIONS OF THE EXPERT REPORT AND TESTIMONY OF DEFENDANTS' EXPERT FRANCOIS-XAVIER NUTTALL**<br><br>Judge: Hon. James Donato<br><br>Date: April 13, 2023<br>Time: 10:00 a.m. |

1  Pursuant to Civil Local Rules 7-11 and 79-5, Plaintiffs submit this interim administrative
2  motion to file under seal the unredacted versions of Plaintiffs' Reply in Support of Plaintiffs'
3  Motion to Exclude Portions of the Expert Report and Testimony of Defendants' Expert
4  Francois-Xavier Nuttall and related declarations and exhibits, portions of which contain
5  information designated as Confidential or Highly Confidential by the parties.  Plaintiffs do not
6  anticipate moving to seal any of the documents Plaintiffs designated as Confidential or Highly
7  Confidential.  By agreement of the parties and pursuant to ¶ 31 of Your Honor's Standing Order
8  for Civil Cases, the reasons for sealing will be discussed in a forthcoming omnibus sealing motion
9  filed jointly by the parties addressing the sealing of confidential information related to Plaintiffs'
10 Motion for Class Certification, and any dispositive motions or *Daubert* motions filed by the
11 parties.  The joint sealing motion will be filed two weeks after the final reply related to the
12 aforementioned motions is submitted.

Respectfully submitted,

Dated:  March 24, 2023

/s/ *Philip Korologos*
Philip C. Korologos*
*pkorologos@bsfllp.com*
Joanna Wright*
*jwright@bsfllp.com*
Jeffrey Waldron*
*jwaldron@bsfllp.com*
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards, 20th Floor
New York, NY 10001
Telephone: (212) 446-2300
Facsimile: (212) 446-2350

Joshua Irwin Schiller, CA Bar #330653
*jischiller@bsfllp.com*
BOIES SCHILLER FLEXNER LLP
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Telephone: (415) 293-6800
Facsimile: (415) 293-6899

George A. Zelcs*
*gzelcs@koreintillery.com*
Randall P. Ewing, Jr.*
*rewing@koreintillery.com*
Ryan Z. Cortazar*
*rcortazar@koreintillery.com*
KOREIN TILLERY, LLC
205 North Michigan, Suite 1950
Chicago, IL 60601
Telephone: (312) 641-9750
Facsimile: (312) 641-9751

Stephen M. Tillery*
*stillery@koreintillery.com*
Steven M. Berezney, CA Bar #329923
*sberezney@koreintillery.com*
Carol O'Keefe*
*cokeefe@koreintillery.com*
KOREIN TILLERY, LLC
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

*Admitted *pro hac vice*

*Attorneys for Plaintiffs*