George A. Zelcs*
gzelcs@koreintillery.com
Randall P. Ewing, Jr.*
rewing@koreintillery.com
Ryan Z. Cortazar*
rcortazar@koreintillery.com
**KOREIN TILLERY, LLC**
205 North Michigan, Suite 1950
Chicago, IL  60601
Telephone: (312) 641-9750
Facsimile: (312) 641-9751

Stephen M. Tillery*
stillery@koreintillery.com
Steven M. Berezney, CA Bar #329923
sberezney@koreintillery.com
Carol O'Keefe*
cokeefe@koreintillery.com
**KOREIN TILLERY, LLC**
505 North 7th Street, Suite 3600
St. Louis, MO  63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

*Admitted *pro hac vice*

*Attorneys for Plaintiffs*

Joshua Irwin Schiller, CA Bar #330653
jischiller@bsfllp.com
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery St., 41st Floor
San Francisco, CA  94104
Telephone: (415) 293-6800
Facsimile: (415) 293-6899

Philip C. Korologos*
pkorologos@bsfllp.com
Joanna Wright*
jwright@bsfllp.com
Jeffrey Waldron*
jwaldron@bsfllp.com
**BOIES SCHILLER FLEXNER LLP**
55 Hudson Yards, 20th Floor
New York, NY 10001
Telephone: (212) 446-2300
Facsimile: (212) 446-2350

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING LTD., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>Defendants. | CASE NO.:  3:20-cv-04423-JD<br><br>**PLAINTIFFS' INTERIM ADMINISTRATIVE MOTION TO SEAL PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Judge:  Hon. James Donato<br><br>DATE:  April 13, 2023<br>TIME:   10:00 a.m. |

1    Pursuant to Civil Local Rules 7-11 and 79-5, Plaintiffs submit this interim administrative

2   motion to file under seal the unredacted version of Plaintiffs' Reply in support of their Motion for

3   Partial Summary Judgment, portions of which contain information designated as Confidential or

4   Highly Confidential by Defendants.  By agreement of the parties and pursuant to ¶ 31 of Your

5   Honor's Standing Order for Civil Cases, the reasons for sealing will be discussed in a forthcoming

6   omnibus sealing motion filed jointly by the parties addressing the sealing of confidential

7   information related to Plaintiffs' Motion for Class Certification and dispositive and *Daubert*

8   motions filed by the parties. The joint sealing motion will be filed two weeks after the final reply

9   related to the aforementioned motions is submitted.

10   Dated:  March 24, 2023

11

12                                Respectfully submitted,

13                                 */s/ Carol O'Keefe*

14                                Carol O'Keefe (*pro hac vice*)
                                  Stephen M. Tillery (*pro hac vice*)

15                                Steven M. Berezney, CA Bar #329923
                                  KOREIN TILLERY, LLC

16                                505 North 7th Street, Suite 3600
                                  St. Louis, MO 63101

17                                Telephone: (314) 241-4844
                                  Facsimile: (314) 241-3525

18
                                  George A. Zelcs (*pro hac vice*)
19                                Randall P. Ewing, Jr. (*pro hac vice*)
                                  Ryan Z. Cortazar (*pro hac vice*)
20                                KOREIN TILLERY, LLC
                                  205 North Michigan, Suite 1950
21                                Chicago, IL 60601
                                  Telephone: (312) 641-9750
22                                Facsimile: (312) 641-9751

23                                Philip C. Korologos (*pro hac vice*)
                                  Joanna Wright (*pro hac vice*)
24                                Jeffrey Waldron (*pro hac vice*)
                                  BOIES SCHILLER FLEXNER LLP
25                                55 Hudson Yards, 20th Floor
                                  New York, NY 10001
26                                Telephone: (212) 446-2300
                                  Facsimile: (212) 446-2350

27                                Joshua Irwin Schiller, CA Bar #330653
28                                2

BOIES SCHILLER FLEXNER LLP
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Telephone: (415) 293-6800
Facsimile: (415) 293-6899

*Attorneys for Plaintiffs*

3