| | |
|---|---|
| George A. Zelcs (pro hac vice)<br>  *gzelcs@koreintillery.com*<br>Randall P. Ewing, Jr. (pro hac vice)<br>  *rewing@koreintillery.com*<br>Ryan Z. Cortazar (pro hac vice)<br>  *rcortazar@koreintillery.com*<br>**KOREIN TILLERY, LLC**<br>205 North Michigan, Suite 1950<br>Chicago, IL  60601<br>Telephone: (312) 641-9750<br><br>Stephen M. Tillery (pro hac vice)<br>  *stillery@koreintillery.com*<br>Steven M. Berezney, CA Bar #329923<br>  *sberezney@koreintillery.com*<br>Carol O'Keefe (pro hac vice)<br>  *cokeefe@koreintillery.com*<br>**KOREIN TILLERY, LLC**<br>505 North 7th Street, Suite 3600<br>St. Louis, MO  63101<br>Telephone: (314) 241-4844 | Joshua Irwin Schiller, CA Bar #330653<br>  *jischiller@bsfllp.com*<br>**BOIES SCHILLER FLEXNER LLP**<br>44 Montgomery Street<br>41st Floor<br>San Francisco, CA  94104<br>Telephone: (415) 293-6800<br><br>Philip C. Korologos (pro hac vice)<br>  *pkorologos@bsfllp.com*<br>Joanna Wright (pro hac vice)<br>  *jwright@bsfllp.com*<br>Jeffrey Waldron (pro hac vice)<br>  *jwaldron@bsfllp.com*<br>**BOIES SCHILLER FLEXNER LLP**<br>55 Hudson Yards, 20th Floor<br>New York, NY 10001<br>Telephone: (212) 446-2300 |

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING, LTD., individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>    Defendants. | Case No. 3:20-cv-04423-JD<br><br>**DECLARATION OF ANDREW M. ELLIS IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Judge: Hon. James Donato<br>Courtroom: 11<br><br>DATE: April 13, 2023<br>TIME:   10:00 a.m. |

I, Andrew M. Ellis, declare as follows:

1. I am an attorney at Korein Tillery LLC, co-counsel to Plaintiffs and putative class representatives Maria Schneider, Uniglobe Entertainment, LLC, and AST Publishing, Ltd. I make this declaration in support of Plaintiffs' Reply in support of their Motion for Partial Summary Judgment filed on March 24, 2023. I have knowledge of the facts stated herein from my personal knowledge and, if called as a witness, I could and would competently testify thereto.

2. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts of Plaintiffs' First Set of Requests for the Production of Documents to Defendants YouTube, LLC and Google LLC, served on October 28, 2020. Request No. 70 requested "All Documents You intend to use in support of Your affirmative defenses." Request No. 75 requested "All Documents Concerning Your claim that You are entitled to one or more safe harbors under the DMCA for the allegations in this Lawsuit."

3. Attached hereto as **Exhibit 2** is a true and correct copy of excerpts of Plaintiff Maria Schneider's First Set of Interrogatories to Defendants YouTube, LLC and Google LLC, served on October 28, 2020. Interrogatory No. 3 requested that Defendants "State the bases (including all facts and the application of law to fact) for Your contention that Defendants are not liable for any alleged infringement that arises by reason of the storage at the direction of users of material residing on the YouTube service." Interrogatory No. 4 requested that Defendants "State the bases (including all facts and the application of law to fact) for Your contention that Defendants are entitled to the safe harbor from liability for copyright infringement under 17 U.S.C. § 512."

4. Attached hereto as **Exhibit 3** is a true and correct copy of the YouTube Copyright Transparency Report for H2 2021 bearing the beginning bates number GOOG-SCHNDR-00052970.

5. Attached hereto as **Exhibit 4** is a true and correct copy of excerpts of the SEC Form 10-K filed by Alphabet Inc. for the Fiscal Year Ended December 31, 2020 bearing the beginning bates number GOOG-SCHNDR-00041505.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 24th day of March 2023 in Atlanta, Georgia.

/s/ Andrew M. Ellis
Andrew M. Ellis (*pro hac vice*)

KOREIN TILLERY, LLC
505 North 7th Street, Suite 3600
St. Louis, MO  63101
Telephone: (314) 241-4844

**ATTESTATION**

My user ID and password are being used in the electronic filing of this document and, in compliance with N.D. Cal. Civil L.R. 5-1(h)(3), I hereby attest that concurrence in the filing of the document has been obtained from each of the other Signatories.

> /s/ Carol L. O'Keefe
> Carol L. O'Keefe