# EXHIBIT 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA SCHNEIDER and PIRATE MONITOR LTD, individually and on behalf of all others similarly situated;<br><br>Plaintiffs,<br><br>vs.<br><br>YOUTUBE, LLC; GOOGLE LLC; and ALPHABET INC.;<br><br>Defendants. | Case Number: 3:20-cv-04423-JD<br><br>**PLAINTIFFS' FIRST SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS TO DEFENDANTS YOUTUBE, LLC AND GOOGLE LLC** |

Pursuant to Federal Rules of Civil Procedure 26 and 34, Plaintiffs Maria Schneider and Pirate Monitor LTD ("Pirate Monitor"), by their attorneys Boies Schiller Flexner LLP and Korein Tillery, LLC, request that Defendants, YouTube, LLC ("YouTube") and Google LLC ("Google") respond to the following document requests (the "Requests") within thirty days of service and produce responsive documents, and afterwards supplement such production as may become necessary to comply with the requirements of Rule 26(e) of the Federal Rules of Civil Procedure.

**DEFINITIONS**

1. The words and phrases used in these Requests shall have the meanings ascribed to them under the Federal Rules of Civil Procedure, unless otherwise stated. All definitions herein include both the singular and plural.

2. "And" and "Or" shall be construed either disjunctively or conjunctively as necessary to bring within the scope of the discovery request all responses that might otherwise

   c) Videos posted to Your platform, Including any videos that a User chose to remove;

   d) Policies related to copyright;

   e) Repeat Infringers;

   f) Access to Content ID.

**REQUEST NO. 70**

  All Documents You intend to use in support of Your affirmative defenses.

**REQUEST NO. 71**

  All Documents supporting Your claim that "Pirate Monitor has misused the YouTube service and engaged in a fraudulent scheme to obtain access to YouTube's copyright management systems," as stated in Paragraph 1 of Your Counterclaims.

**REQUEST NO. 72**

  All Documents supporting Your claim that Pirate Monitor "intended to fool YouTube into believing that Pirate Monitor could be trusted not to abuse YouTube's powerful copyright management tools, Including Content ID," as stated in Paragraph 1 of Your Counterclaims.

**REQUEST NO. 73**

  Documents sufficient to identify all Persons You claim spent time "processing Pirate Monitor's bogus takedowns and investigating its misconduct."

**REQUEST NO. 74**

  All Documents subject to Your preservation efforts and obligations in relation to this Lawsuit.

**REQUEST NO. 75**

  All Documents Concerning Your claim that You are entitled to one or more safe harbors under the DMCA for the allegations in this Lawsuit.

**REQUEST NO. 76**

  All Documents identified in Your Initial Disclosures, Including Documents identified in any subsequent amendments to Your Initial Disclosures.

**REQUEST NO. 77**

All Documents Concerning any insurance policies relevant to this action, Including the policy through IMI Assurance Inc. identified in Your Initial Disclosures.

DATED:   New York, New York
         October 28, 2020

By:   */s/ Joshua Irwin Schiller*

George A. Zelcs *(pro hac vice)*
Randall P. Ewing, Jr. *(pro hac vice)*
Ryan Z. Cortazar *(pro hac vice)*
**KOREIN TILLERY, LLC**
205 North Michigan, Suite 1950
Chicago, IL  60601
Telephone: (312) 641-9750
Facsimile: (312) 641-9751

Stephen M. Tillery *(pro hac vice)*
Steven M. Berezney, CA Bar #329923
Michael E. Klenov, CA Bar #277028
Carol O'Keefe *(pro hac vice)*
**KOREIN TILLERY, LLC**
505 North 7th Street, Suite 3600
St. Louis, MO  63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

Joshua Irwin Schiller, CA Bar #330653
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery St., 41st Floor
San Francisco, CA  94104
Phone: (415) 293-6800
Fax: (415) 293-6899

Philip C. Korologos *(pro hac vice)*
Joanna C. Wright *(pro hac vice)*
**BOIES SCHILLER FLEXNER LLP**
55 Hudson Yards, 20th Floor
New York, NY  10001
Phone: (212) 446-2300
Fax: (212) 446-2350

*Attorneys for Maria Schneider and
Pirate Monitor LTD*

## CERTIFICATE OF SERVICE

I hereby certify that the following counsel of record were served by email on October 28, 2020:

>DAVID H. KRAMER
>dkramer@wsgr.com
>MAURA L. REES
>mrees@wsgr.com
>LAUREN GALLO WHITE
>lwhite@wsgr.com
>WILSON SONSINI GOODRICH & ROSATI
>Professional Corporation
>650 Page Mill Road
>Palo Alto, CA 94304-1050
>Telephone: (650) 493-9300
>Facsimile:  (650) 565-5100
>
>*Attorneys for Defendants and Counterclaimants*
>YOUTUBE, LLC and GOOGLE LLC

                                            /s/ Demetri Blaisdell
                                            Demetri Blaisdell