1  DAVID H. KRAMER, SBN 168452
   MAURA L. REES, SBN 191698
2  LAUREN GALLO WHITE, SBN 309075
   WILSON SONSINI GOODRICH & ROSATI
3  Professional Corporation
   650 Page Mill Road
4  Palo Alto, CA 94304-1050
   Telephone: (650) 493-9300
5  Facsimile: (650) 565-5100
   Email: dkramer@wsgr.com
6         mrees@wsgr.com
          lwhite@wsgr.com

BRIAN M. WILLEN (admitted *Pro Hac Vice*)
CATHERINE R. HARTMAN (admitted *Pro Hac Vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, NY 10019-6022
Telephone: (212) 999-5800
Facsimile: (212) 999-5801
Email: bwillen@wsgr.com
Email: chartman@wsgr.com

Attorneys for Defendants and Counterclaimants
YOUTUBE, LLC and GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING LTD., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>Defendants<br><br>―――――――――――――――――――<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>Counterclaimants,<br><br>v.<br><br>PIRATE MONITOR LTD, PIRATE MONITOR LLC, and GÁBOR CSUPÓ,<br><br>Counterclaim Defendants. | CASE NO.: 3:20-cv-04423-JD<br><br>**DECLARATION OF QIFAN HUANG IN SUPPORT OF DEFENDANTS AND COUNTERCLAIMANTS' REPLY TO MOTION TO EXCLUDE TESTIMONY FROM PLAINTIFFS' PROPOSED EXPERTS CHARLES D. COWAN AND HAL J. SINGER**<br><br>Date: April 13, 2023<br>Time: 10:00 a.m.<br>Dept.: 11<br>Judge: Hon. James Donato |

1   I, Qifan Huang, declare as follows:

2   1. I am an attorney at Wilson, Sonsini, Goodrich & Rosati, P.C., counsel to Defendants and Counterclaimants YouTube, LLC and Google LLC (together, "YouTube"). I am over the age of 18 and am competent to make this declaration. I make each of the following statements based on my personal knowledge and could, if necessary, testify to the truth of each of them.

2. Attached hereto as **Exhibit A** is a letter from Plaintiffs' counsel to YouTube's counsel dated January 28, 2022.

3. Attached hereto as **Exhibit B** is a letter from Plaintiffs' counsel to YouTube's counsel dated February 11, 2022.

4. Attached hereto as **Exhibit C** is a true and correct copy of excerpts of the transcript of the January 17, 2023 deposition of Charles D. Cowan, accompanied by a true and correct copy of the Errata Sheet submitted by Plaintiffs. To assist the Court, portions of the transcript that are cited in the motion are highlighted in yellow.

5. Attached hereto as **Exhibit D** is a true and correct copy of excerpts of the transcript of the January 18, 2023 deposition of Greg Halm, accompanied by a true and correct copy of the Errata Sheet submitted by Defendants. To assist the Court, portions of the transcript that are cited in the motion are highlighted in yellow.

6. Attached hereto as **Exhibit E** is a true and correct copy of excerpts of the transcript of the January 13, 2023 deposition of Hal J. Singer, accompanied by a true and correct copy of the Errata Sheet submitted by Plaintiffs. To assist the Court, portions of the transcript that are cited in the motion are highlighted in yellow.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 24, 2023 in Sunnyvale, California.

　　　　　　　　　　　　　　　　　　　　/s/   Qifan Huang
　　　　　　　　　　　　　　　　　　　　　   Qifan Huang

Attorneys for Defendants and Counterclaimants
YOUTUBE, LLC and GOOGLE LLC

**ATTORNEY ATTESTATION**

I, David H. Kramer, am the ECF User whose ID and password are being used to file this document. In compliance with N.D. Cal. Civil L.R. 5-1(h)(3), I hereby attest that the concurrence in the filing of this document has been obtained from the signatory.

                                                    */s/ David H. Kramer*
                                                    David H. Kramer