# EXHIBIT D

to the Declaration of Qifan Huang

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

- - - - - - - - - - - - - - - - - - - - - x

MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING LTD., individually and on behalf of all others similarly situated,

Plaintiffs,

-against-

Case No. 3:20-cv-04423-JD

YOUTUBE, LLC; and GOOGLE LLC;

Defendants.

- - - - - - - - - - - - - - - - - - - - - x

**CONFIDENTIAL**

Videotaped oral deposition of GREG HALM, taken pursuant to notice, was held at the law offices of BOIES SCHILLER & FLEXNER LLP, 55 Hudson Yards, New York, New York 10001, commencing January 18, 2023, 9:07 a.m., on the above date, before Leslie Fagin, a Court Reporter and Notary Public in the State of New York.

- - -

MAGNA LEGAL SERVICES
320 West 37th Street, 12th Floor
New York, New York 10018
(866) 624-6221



APPEARANCES:

KOREIN TILLERY, LLC
Attorneys for Plaintiffs
205 North Michigan, Suite 1950
Chicago, Illinois 60601
BY: CAROL O'KEEFE, ESQUIRE

-and-

BOIES SCHILLER & FLEXNER LLP
55 Hudson Yards, 20th Floor
New York, New York 10001
BY: PHILIP C. KOROLOGOS, ESQUIRE
JEFFREY WALDRON, ESQUIRE

WILSON SONSINI GOODRICH & ROSATI
Attorneys for Defendants
650 Page Mill Road
Palo Alto, California 94304-1050
BY: ANDREW KRAMER, ESQUIRE

ALSO PRESENT:
CHARLES COWAN
JACOB USCINOWICZ, Videographer
Magna Legal Services



inference that perhaps none were identified.

Q. You know from sitting through Dr. Cowan's deposition yesterday that that inference is not correct, right?

MR. KRAMER: Objection to form.

Q. You can answer.

A. Not necessarily. Dr. Cowan yesterday talked about things that he did and findings he reached, but I haven't seen them and so I have no way to evaluate whether those findings are valid or not, whether those might be class members or not.

Q. So when Dr. Cowan testified yesterday that he was able to use his methodology on a sample set of take down notice data and was able to identify some class members, you don't believe him?

A. It's not that I don't believe him, it's that the way that this process typically works is that those would -- and when I say this process, I'm referring to the expert discovery process, is those would be identified, I would be able to evaluate the methodology and we would go from there.



G. Halm

As it stands right now, he said it. I'm not saying that -- I have no basis to say, one way or the other, whether he is right. I'm sure he believes it. I just have no basis upon which to evaluate that or not.

Q. Is it your understanding that Dr. Cowan was required to identify in his report any class members?

A. He has assertions in his report or opinions that his methodology will work in the absence of identifying class members and drawing an inference to the population from those identified in the sample. There is no proof that the methodology will work or does work.

So I suppose what you are saying is, is he entitled perhaps to say it works and not prove that it works. He can do that. I just don't know how helpful that would be and it certainly doesn't give me the ability to evaluate whether it would work or has worked or doesn't work.

Q. Are you finished with your answer?

A. I am.



G. Halm

Q. If you were to assume that Dr. Cowan had applied his methodologies as set forth in his report and in doing so, had been able to identify some class members, would that change any of the opinions summarized in paragraph 14-A of your report?

MR. KRAMER: Objection to form.

MR. KOROLOGOS: What's the basis of the objection?

MR. KRAMER: Incomplete hypothetical.

Q. You can answer.

A. That's a difficult question, frankly, for me to comprehend because of my opinion for reasons, other than the lack of identification of class members. His methodology won't work to identify class members, so it's hard for me to understand the hypothetical where it does work, given my conclusion that it won't work.

Q. You understand my question was limited to paragraph 14-A of your report?

A. I do. It's a difficult question because you are asking me to assume away one



Witness: Greg Halm — January 18, 2023 Deposition
*Schneider v. YouTube, LLC*, No. 3:20-cv-04423-JD (N.D. Cal.)

**Errata Sheet**

| **Page:Line** | **Change** | **Reason** |
|---|---|---|
| 9:21 | Replace <is> with <has> | To correct transcription errors |
| 9:21 | Replace <826> with <1,826> | To correct transcription errors |
| 10:4 | Replace <variants> with <variation> | To correct transcription errors |
| 21:16 | Replace <created a copyright on the > with <can query the copyright owner> | To correct transcription errors |
| 23:25 | Replace <826> with <1,826> | To correct transcription errors |
| 25:16 | Replace <identify> with <identified> | To correct transcription errors |
| 42:21 | Replace <except> with <accept> | To correct transcription errors |
| 45:13 | Replace <I've> with <I haven't> | To correct transcription errors |
| 60:16 | Replace <title> with <tight> | To correct transcription errors |
| 66:9 | Insert <and> between <me> and <in> | Clarify the record |
| 70:9 | Insert <not> between <had> and <been> | To correct transcription errors |
| 81:19 | Replace <so> with <to> | To correct transcription errors |
| 87:5 | Replace <RC> with <CV> | To correct transcription errors |
| 99:15 | Replace <INDB> with <IMDb> | To correct transcription errors |
| 123:17 | Replace <you> with <I> | To correct transcription errors |
| 133:19 | Replace <interest> with <difference> | To correct transcription errors |
| 141:12 | Replace <comes> with <hums> | To correct transcription errors |
| 152:12 | Replace <it> with <in> | To correct transcription errors |
| 167:15 | Replace <but> with <about> | To correct transcription errors |

____X____ Subject to the above changes, I certify that the transcript is true and correct.

Witness: Greg Halm — January 18, 2023 Deposition
*Schneider v. YouTube, LLC*, No. 3:20-cv-04423-JD (N.D. Cal.)

____________ No changes have been made. I certify that the transcript is true and correct.

________________________________ February 22, 2023
(signature) (date)

2

Witness: Greg Halm — January 18, 2023 Deposition
*Schneider v. YouTube, LLC*, No. 3:20-cv-04423-JD (N.D. Cal.)

ACKNOWLEDGMENT OF DEPONENT

I, Greg Halm, do hereby certify that I have read and examined the foregoing testimony, and that the same is a correct transcription of the answers given by me to the questions therein propounded, except for the corrections or changes in form or substance, if any, noted in the attached Errata Sheet.

______________________________ (signature)

February 22, 2023
(date)

3