# EXHIBIT 2

to the Declaration of Qifan Huang

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Case No. 20-cv-04423-JD

- - - - - - - - - - - - - - - - - -x
MARIA SCHNEIDER, et al, :
Plaintiffs, :
- vs - :
YOUTUBE LLC, et al, :
Defendants. :
- - - - - - - - - - - - - - - - - -x

***CONFIDENTIAL***

VIDEOTAPED DEPOSITION UPON ORAL EXAMINATION OF PAUL JESSOP, held in New York, NY, commencing at 9:16 a.m., September 28, 2022 , before Randi Friedman, a Registered Professional Reporter, within and for the State of New York.

JOB No. 5490181
PAGES 1 - 286

APPEARANCES:

BOIES SCHILLER FLEXNER, LLP
Attorneys for Plaintiffs
55 Hudson Yards, 20th Floor
New York, New York 10001
BY: ROBERT DWYER, ESQ.
PHILIP C. KOROLOGOS, ESQ.
(Via Telephone)

KOREIN TILLERY, LLC
Attorneys for Plaintiffs
505 North 7th Street, Suite 3600
St. Louis, Missouri 63101
BY: CAROL O'KEEFE, ESQ.
GEORGE A. ZELCS, ESQ.
(Via Telephone)

WILSON SONSINI GOODRICH & ROSATI
Attorneys for Defendants
1301 Avenue of the Americas
New York, New York 10019
BY: ELI B. RICHLIN, ESQ.
KELLY KNOLL, ESQ.
KENI SABATH

ALSO PRESENT:
Deverell Write - Videographer
FX Nuttall

Q Have you ever written any articles on the field of transcoding? 09:44:33 09:44:36
A No. 09:44:38
Q Have you ever written any articles in the field of video editing? 09:44:47 09:44:51
A No. 09:44:55
Q Have you ever written any articles in the field of search engines? 09:44:55 09:44:57
A No. 09:44:59
Q Have you ever written any articles in the field of social media platforms? 09:45:03 09:45:04
A No. 09:45:09
Q Have you ever written any articles regarding user-generated content platforms? 09:45:11 09:45:13
A No. 09:45:17
Q Have you ever submitted an article to a peer-reviewed journal? 09:45:27 09:45:30
A No. 09:45:32
Q So you've never had an article accepted for publication by a peer-reviewed journal; correct? 09:45:34 09:45:36 09:45:38
A Correct. 09:45:40
Q Have you ever served on the editorial body of a peer-reviewed journal? 09:45:41 09:45:44
A No. 09:45:48

Q Have you ever been asked to review articles for publication by a peer-reviewed journal? 09:45:50 09:45:51 09:45:53

A No. 09:46:10

Q Let's go back to your education as reflected in Jessop 2. 09:46:22 09:46:24

What degree did you receive from Trinity Hall Cambridge? 09:46:26 09:46:41

A Initially, Bachelor of Arts, and subsequently Master of Arts, in the usual way, after ten terms from first graduation. 09:46:44 09:46:47 09:46:49

Q When did you receive your B.A. degree? 09:46:54

A 1983. 09:46:58

Q And when did you receive the M.A. degree? 09:47:00 09:47:02

A 1986, I think. 09:47:13

Q So is that something else that would need to be updated from Jessop 2? 09:47:17 09:47:18

A No, because the dates reflect the attendance of the college, not dates of awarded degrees. 09:47:20 09:47:24 09:47:31

Q What did you do to receive your M.A. degree after you finished attending Trinity Hall in 1983? 09:47:31 09:47:33 09:47:37

A I -- 09:47:46

MR. DWYER: Object to form. 09:47:53

BY MR. RICHLIN: 09:47:55

Q You can answer. 09:47:56

A The procedure at Cambridge is that the award of the higher degree is based on the work while in residence, but is delayed for a period to reflect subsequent experience outside of the academic workplace. So no further academic work was required for the award of that degree. That was all done during the time of residence ending in 1983. 09:48:05 09:48:08 09:48:14 09:48:18 09:48:24 09:48:28 09:48:31 09:48:45

Q In your experience, do individuals who receive a B.A. from Trinity subsequently receive an M.A. as a matter of course? 09:48:47 09:48:54 09:48:58

A With the correction that it's Trinity Hall -- Trinity is next door and much larger -- yes. 09:49:01 09:49:03 09:49:06

Q Okay. Was the field from which you received both your B.A. and M.A., is that engineering and computer science? 09:49:07 09:49:20 09:49:23

A It is. 09:49:25

Q Did you have a specific focus in engineering and computer science while you attended Trinity Hall? 09:49:26 09:49:28 09:49:31

A In engineering, no. And that 09:49:41

constituted the first year of my studies. In computer science there was a minor specialization in computer graphics. That constituted the second two years. 09:49:44 09:49:48 09:49:51 09:49:55

Q In September 1985, did you begin to attend University College full time? 09:50:14 09:50:19

A I did. 09:50:21

Q What did you do between June of 1983 and September of 1985? 09:50:22 09:50:25

A I worked for British Telecommunications at their research laboratories in Martlesham, M-A-R-T-L-E-S-H-A-M, Heath in Suffolk, England. 09:50:30 09:50:31 09:50:45 09:50:52

Q Was that a full-time position? 09:50:55

A It was. 09:50:56

Q Did you work there full time while you were attending Trinity Hall? 09:50:59 09:51:00

A I did not. 09:51:02

Q Did you work for them continuously from 1979 through 1996? 09:51:05 09:51:08

A In that period I was on the payroll and employed as a salaried member of staff. During each of the periods of academic work I was directed to attend those universities as my -- as the duties of my employment. 09:51:21 09:51:24 09:51:29 09:51:34 09:51:38

Q So during the periods when you were attending university, you did not have other professional responsibilities with British Telecom during those periods; is that accurate? 09:51:50 09:51:51 09:51:55 09:51:58

A During the summer vacations I was expected to attend as a summer intern, effectively, at one of their work locations. But I was not expected to attend during term time, and my duties were to dedicate myself to my studies. 09:52:01 09:52:03 09:52:17 09:52:22 09:52:26 09:52:28

Q What degree did you receive from University College? 09:52:30 09:52:31

A I did not receive a degree from University College. 09:52:34 09:52:35

Q Your LinkedIn profile, Jessop 2, reflects DMX management studies. What does that refer to? 09:52:39 09:52:41 09:52:46

A At the end of my period of studies at University College at Oxford, I was quite ill and wasn't able to take the final exams, so I used the credit that I built up there, and the experience and knowledge and subsequent work experience, and was awarded a degree -- diploma in management studies from MidKent College, which specializes in that area. 09:52:46 09:52:50 09:52:53 09:52:56 09:52:58 09:53:02 09:53:05 09:53:12

Q Can you spell MidKent College? 09:53:15
A Sorry. Mid, Kent, K-E-N-T. 09:53:17
Q MidKent. When did you receive the degree from MidKent College? 09:53:21 09:53:25
A Approximately 1988. 09:53:35
Q So you did not receive any degree from University College; correct? 09:53:43 09:53:46
A University College is not a degree-awarding institution. The University of Oxford is, but I did not receive a degree from the University of Oxford. 09:53:52 09:53:53 09:53:56 09:53:59
Q Are the words MidKent College reflected on your LinkedIn profile, sir? 09:54:00 09:54:03
A They're not. 09:54:06
Q What coursework did you take at University College at Oxford between September 1985 and June of 1987? 09:54:09 09:54:11 09:54:13
A I followed the entire course of the master philosophy in management studies. 09:54:16 09:54:19
Q What is the general subject matter of that coursework? 09:54:23 09:54:25
A That is a course in management studies which focuses on the academic study of management as a science and a practice. 09:54:28 09:54:31 09:54:36
Q Did any of that coursework relate to 09:54:40

the field of computer science? 09:54:41

A No. 09:54:55

Q None of the coursework while you were at University College related to the field of transcoding; correct? 09:55:06 09:55:08 09:55:10

A Correct. 09:55:12

Q And this is long before social media platforms were used to generate content platforms, so those weren't things you studied at the time; correct? 09:55:12 09:55:16 09:55:19 09:55:22

A That's correct. 09:55:23

Q So I know you worked with British Telecom for a long time. Can you describe -- provide an overview of your responsibilities with British Telecom as they progressed through time? 09:55:32 09:55:33 09:55:39 09:55:41

A So I was recruited direct from high school and did a whole year of what I think we would today call student apprentice work, which involved project work, trying to solve real-world problems, experience working with linesmen, I think you would call them, and clerical and managerial staff around the operation. 09:55:46 09:55:48 09:55:55 09:55:59 09:56:02 09:56:06 09:56:11

And at the end of that year, I went up to Cambridge, and during the summer vacation returned -- sorry, went to the research 09:56:13 09:56:18 09:56:24

laboratories, where I did a project on a telephone testing rig to ensure that the telephones they were distributing met national and international standards. 09:56:27 09:56:32 09:56:35 09:56:38

During the second summer vacation, I returned again to the research laboratories and did a project on high-quality audio coding for videoconferencing systems, and we need to remember those were the days before video was widely available, so audio conferencing was the peak of the technology, and this was to improve the audio quality of that. 09:56:39 09:56:44 09:56:49 09:56:59 09:57:03 09:57:05 09:57:11 09:57:14

I upon graduation was given accelerated promotion and went back to the laboratories as a manager of a small team, working on telephone development and consumer electronics development, acting effectively as the technical lead with contractors who were manufacturing these devices. And after two years there I was lucky enough to be awarded a scholarship to go back to university to study management studies, as we talked about a few moments ago. 09:57:16 09:57:22 09:57:25 09:57:27 09:57:29 09:57:34 09:57:38 09:57:43 09:57:46 09:57:49 09:57:52

At the end of that period, I went into corporate strategy, working in a team with some 09:57:52 09:58:00

very senior board members, advising the board of 09:58:05
the company on strategic acquisitions, on the 09:58:09
implementation of fiberoptics in the network, and 09:58:18
other subjects like that. 09:58:21

I then moved into marketing for 09:58:21
consumer products and became a marketing 09:58:30
product -- product marketing specialist in 09:58:34
high-tech products and was responsible for the 09:58:37
first consumer internet access service, which 09:58:39
worked at the speed of 64 kilobits, but was the 09:58:48
first sort of always-on technology that was 09:58:53
available, and developed a series of conceptual 09:58:55
designs for services and products that would meet 09:59:04
evolving consumer needs, and was extremely 09:59:08
frustrated that none of those could be supported 09:59:12
by the billing systems that the company had, and 09:59:15
that eventually persuaded me that this was not a 09:59:19
good place to deploy my innovation talents 09:59:24
because the company was more interested in phone 09:59:29
calls than in meeting customer needs. 09:59:33

Some of the products that we were 09:59:36
contemplating looked very much like modern social 09:59:38
media platforms, answering questions like how can 09:59:42
I tell my whole soccer team that the practice 09:59:46
tonight has been delayed by 30 minutes, which at 09:59:50

video monitor is 4:54 p.m. We're off the record. This ends Media 5. 16:53:43 16:53:46

(Whereupon there was a brief recess.) 16:53:52 16:53:55

MR. VIDEOGRAPHER: We are back on the record. The time on the video monitor is 5:11 p.m. This starts Media 6. 17:10:21 17:10:22 17:10:23

MR. DWYER: Eli, I just want to raise something. Since it seems apparent that you have a full copy of Exhibit 9 which you marked a part of, I think we're entitled to the full copy of Exhibit 9. Whether you mark it or not, I think you're still required to produce it to us because; otherwise, you've marked part of a document that, you know, you're withholding part of it, and that's not a proper procedure. 17:10:27 17:10:28 17:10:32 17:10:35 17:10:38 17:10:42 17:10:43 17:10:45 17:10:47 17:10:50

MR. RICHLIN: Okay. I think I'm entitled to use whatever I want as an exhibit in a deposition, especially to impeach and examine the views of the witness, but I will consider your request and taken under advisement. 17:10:52 17:10:55 17:10:57 17:10:59 17:11:02 17:11:04

MR. DWYER: So you're not going to give it to me right now? 17:11:05 17:11:06

MR. RICHLIN: At the next break I will think about what you stated, but I'm not going to stop the deposition right now and consider it. 17:11:09 17:11:10 17:11:12 17:11:14

MR. DWYER: Okay. As long as you consider it and say yes or no before the end of the deposition. 17:11:14 17:11:15 17:11:17

MR. RICHLIN: That is fair. 17:11:17

MR. DWYER: Thank you. 17:11:18

MR. RICHLIN: Okay. 17:11:19

BY MR. RICHLIN: 17:11:19

Q Mr. Jessop, let's talk about CLFN. 17:11:21

A Yes. 17:11:25

Q We discussed it briefly before, CLFN refers to clip file name; correct? 17:11:31 17:11:34

A That is the meaning assigned to it, yes. 17:11:37 17:11:39

Q When was the first time that you heard of CLFN? 17:11:40 17:11:41

A In the course of these proceedings. 17:11:44

Q So prior to the investigation that you conducted as part of this case, you had never heard of CLFN before; correct? 17:11:46 17:11:49 17:11:51

A I would not expect to have heard of it because it's the parameter in a video context, 17:11:54 17:11:56

and my expertise is in audio and my experience is in audio, so it didn't come as a surprise to me that there was a field name that I wasn't familiar with. 17:12:00 17:12:02 17:12:05 17:12:07

Q Okay. So the answer is prior to the investigation you conducted, you had never heard of CLFN; correct? 17:12:07 17:12:11 17:12:12

A Correct. Yes. 17:12:14

Q Okay. Are you aware of whether CLFN is used by any other entity for digital rights management? 17:12:15 17:12:21 17:12:28

A I have no evidence who uses CLFN, or what they use it for, except what I discovered through my own analysis of the files that I was asked to look at. 17:12:31 17:12:36 17:12:39 17:12:42

Q And that analysis was that CLFN exists in a handful of cases within the data that you identified and analyzed; correct? 17:12:44 17:12:48 17:12:52

MR. DWYER: Objection to form. 17:12:54

THE WITNESS: CLFN exists in some of the files that were a very particular subsample of the available files from the YouTube service. 17:12:57 17:12:58 17:13:03 17:13:07

BY MR. RICHLIN: 17:13:08

Q You have no evidence that plaintiffs 17:13:09

have ever used CLFN for digital rights management; correct? 17:13:12 17:13:15

A With the understanding that it's not a field that you would expect to be used that way by the creator of audio recordings, that is correct. 17:13:20 17:13:25 17:13:27 17:13:30

Q Are you aware of what video software editors create the CLFN tag? 17:13:33 17:13:37

A I am not aware of that. 17:13:41

Q Are you aware of whether Apple software uses a CLFN tag? 17:13:46 17:13:50

A I have a strong suspicion that it is, indeed, Apple software, because Apple was the entity that registered the tag name with the International Organization for Standards, an appointed registration agency, so it would appear that they had an interest in making an open standards definition available to the world. Whether that means they used it, I can't be sure, but it looks that way. 17:13:54 17:14:02 17:14:07 17:14:12 17:14:13 17:14:18 17:14:22 17:14:25 17:14:28

Q And putting Apple to the side, are you aware of any other video editing software platform that makes use of the CLFN field? 17:14:29 17:14:31 17:14:35

A The CLFN field is a QuickTime tag, and Apple are not the only people to produce software 17:14:38 17:14:41

language that I was familiar with. 17:25:53

On consideration, I suspect that it's Google's protocol buffer's system which has been used to express this data, and my understanding from public sources is that is a system used extensively within the Google family for communicating structured data between applications. And to interpret it using the available libraries requires access to what's call the schema, which is, if you like, the specification for how it's put together, and that had not been given to me. 17:25:59 17:26:02 17:26:05 17:26:08 17:26:12 17:26:15 17:26:18 17:26:22 17:26:24 17:26:28 17:26:30

Consequently, I took a more brute force approach and wrote some code that just crawled over each file in turn and pulled out each field name and the associated value, because those were clear from the structure of the date in the text files. And I then -- it then output a single file which contained the file name from which the field came. The line number in which it had been found, the field name and the value that it had been given. So I now had a dataset which had essentially flattened all of the metadata that was in 727 files. 17:26:34 17:26:37 17:26:41 17:26:45 17:26:48 17:26:51 17:26:58 17:27:03 17:27:06 17:27:09 17:27:12 17:27:15

Q Can we stop there for a moment? Was 17:27:19

there more you wanted to say? 17:27:22

A I want to say lots more. 17:27:23

Q Okay. 17:27:25

A But I'm happy to stop as long as I can remember where I got to. 17:27:25 17:27:27

Q Yeah, I want to allow you to fully answer the question. I just want to make sure I'm focusing you on the question itself. 17:27:29 17:27:30 17:27:32

A Okay. I think I'm not wasting your time on this. 17:27:35 17:27:37

Q Continue on. I don't want to cut you off. 17:27:37 17:27:39

A So this was a flattened dataset, and I loaded it into Microsoft Excel and created what Microsoft calls a pivot table, which allows the summarization of large datasets. And this document that you gave me, Jessop 10, is an extract from that pivot table which shows from the 727 files, how often each field name occurs. And I went through this and looked not only at the name, but also at the content of those fields and flagged the ones that I thought were apparently containing what I would regard as rights management metadata. And I was inclusive in that rather than conservative, and I sent 17:27:44 17:27:46 17:27:54 17:27:57 17:28:02 17:28:06 17:28:11 17:28:18 17:28:24 17:28:28 17:28:32 17:28:36 17:28:39

those out to another process for separate analysis. 17:28:44 17:28:46

But this file is the list of the fields and the frequency with which they occur. And on the middle of the fourth page about 40 percent of the way down, 35 maybe, we find CLFN, ten occurrences, and this gives some context to those ten occurrences which I report in the report proper, because these were all of the other fields that I found. And you will note that until you get down to the top of the third page, they are all intensely technical and the sort of metadata you would expect to find about display heightened number of video streams and video coded ID. And it's not until you get to 212 accounts at the term "title," so I hope that gives you some context for this document. 17:28:47 17:28:50 17:28:54 17:29:02 17:29:06 17:29:10 17:29:14 17:29:18 17:29:20 17:29:24 17:29:28 17:29:32 17:29:37 17:29:39 17:29:51

Q It does. Thank you, sir. And so just to restate part of your testimony, let me know if this is accurate, the CLFN field that you discuss at length in your report is found on Page 3 of what's been marked as Jessop 10; correct? 17:29:53 17:29:56 17:30:00 17:30:04 17:30:08

A Page 4. 17:30:10

Q Page 4, excuse me. Page 4? 17:30:11

A Yes. 17:30:13

Q And you found that there were ten occurrences of the CLFN field within the metadata that you analyzed; correct? 17:30:13 17:30:16 17:30:18
A Correct. 17:30:21
Q And that compares with the other metadata fields which you found had dozens, if not, hundreds more instances within the metadata; correct? 17:30:22 17:30:25 17:30:30 17:30:33
A Indeed, as you would expect, because all the -- all files need metadata that is technical. Only these ones contain the CLFN field, which was particular. 17:30:34 17:30:36 17:30:39 17:30:43
Q How many metadata fields, separate fields, did you identify? If you know without counting. 17:30:46 17:30:48 17:30:53
A I don't know. But you can -- you can work it out from the numbers on the page. 17:30:54 17:30:55
Q This lists all the metadata fields you identified? 17:30:59 17:31:00
A This lists all of them. I think you'll find that the very tail end are fields that appeared exactly once. So they're all here. And 75,000 appears at the very top of the last page, which is the total amount of metadata fields across all of the field names. 17:31:01 17:31:02 17:31:07 17:31:11 17:31:16 17:31:17

Witness: Paul Jessop— September 28, 2022 Deposition
*Schneider v. YouTube, LLC*, No. 3:20-cv-04423-JD (N.D. Cal.)

**Errata Sheet**

| Page: Line | Change | Reason |
|---|---|---|
| 4:4 | Remove <Excerpt of> | To clarify the record |
| 6:25 | Replace <in> with <and> | To correct transcription errors |
| 12:13 | Replace <outlying> with <outline> | To clarify the record |
| 17:23 | Insert <,> between <County Analytics> and <I> | To correct transcript error |
| 24:20 | Replace <for> with <from> | To clarify the record |
| 29:16 | Replace <DMX> with <DMS> | To clarify the record |
| 30:19 | Insert <of> between <master > and <philosophy> | To correct transcription errors |
| 35:9 | Replace <into, unlike commerce, a smooth one> with <into electronic commerce, a smooth one> | To clarify the record |
| 36:2 | Replace <former> with <formal> | To clarify the record |
| 40:23 | Replace <Rockster> with <Grokster> | To correct transcription errors |
| 44:8 | Insert <a> between <did> and <little> | To correct transcription errors |
| 46:1 | Insert <meaning> between <,> and <without> | To clarify the record |
| 46:10 | Remove <I hate it when that happens> | To correct transcription errors |
| 46:20 | Replace <recording> with <recorded> | To correct transcription errors |
| 51:5 | Replace <omissions> with <permissions> | To clarify the record |
| 52:3 | Replace <Nick> with <Nic> | To correct transcription errors |
| 53:4 | Replace <ISNI, ISNI> with <ISNI, ISNI-IA> | To clarify the record |
| 53:8 | Replace <Allison Randall> with <Alison Randle> | To correct transcription errors |
| 53:11 | Replace <Randall> with <Randle> | To correct transcription errors |
| 53:17 | Replace <Randall> with <Randle> | To correct transcription errors |
| 54:9 | Replace <Randall> with <Randle> | To correct transcription errors |
| 57:13 | Replace <IRC> with <ISRC> | To clarify the record |

Witness: Paul Jessop— September 28, 2022 Deposition
*Schneider v. YouTube, LLC,* No. 3:20-cv-04423-JD (N.D. Cal.)

| 62:17 | Replace <In practice, both the lecture series> with <In practice: both. The lecture series> | To clarify the record |
|---|---|---|
| 65:20 | Replace <of Berkeley in California> with <of California at Berkeley> | To clarify the record |
| 68:2 | Replace <my> with <any> | To clarify the record |
| 69:7 | Replace <Rockster> with <Grokster> | To correct transcription errors |
| 72:10 | Replace <U.S.> with <U.K.> | To clarify the record |
| 78:4 | Replace <Zetz-- Zeltz –> with <Zelcs> | To correct transcription errors |
| 90:14 | Replace <Wileska> with <Waleska> | To correct transcription errors |
| 93:7 | Replace <Foku> with <Foucu> | To correct transcription errors |
| 93:10 | Replace <Foku> with <Foucu> | To correct transcription errors |
| 94:23 | Replace <Union Globe> with <Uniglobe> | To correct transcription errors |
| 95:3 | Replace <have> with <had> | To correct transcription errors |
| 102:9 | Replace <team> with <teams> | To correct transcription errors |
| 110:13 | Replace <for> with <from> | To correct transcription errors |
| 112:14 | Replace <was> with <wasn't> | To clarify the record |
| 112:15 | Replace <substantiated> with <instantiated> | To clarify the record |
| 113:25 | Remove <.> | To correct transcription errors |
| 115:4 | Replace <NXK> with <Annex K> | To clarify the record |
| 116:11 | Replace <Artist Direct> with <ARTISTDirect> | To correct transcription errors |
| 116:13 | Replace < Artist Direct> with <ARTISTDirect> | To correct transcription errors |
| 118:1 | Replace <that> with <but> | To correct transcription errors |
| 119:10 | Replace <the> with <a> | To clarify the record |
| 129:10 | Replace <of> with <on> | To clarify the record |
| 131:2 | Replace <there is> with <varies> | To correct transcription errors |
| 133:19 | Insert <be> between <will> and <the> | To correct transcription errors |
| 141:20 | Replace <,> with <.> | To correct transcription errors |

| 146:11 | Replace <what other> with <whatever> | To correct transcription errors |
|---|---|---|
| 146:16 | Insert <,> between <field> and <or> | To correct transcription errors |
| 146:17 | Insert <,> between <field> and <that> | To correct transcription errors |
| 149:1 | Replace <100> with <700> | To clarify the record |
| 151:8 | Remove indent after <No.> | To correct transcription errors |
| 157:6 | Replace <that that's an assumption or that's true> with <that there's an assumption that that's true> | To correct transcription errors |
| 158: 17 | Replace <information> with <metadata> | To clarify the record |
| 160:6 | Replace <it's> with <it> | To correct transcription errors |
| 160:9 | Replace <needs> with <needed> | To correct transcription errors |
| 160:17 | Insert <,> between <align it> and <to> | To correct transcription errors |
| 160:18 | Insert <,> between <co-exist> and <with> | To correct transcription errors |
| 160:19 | Insert <that> between <process> and <does> | To correct transcription errors |
| 167:14 | Replace <expressively> with <expressly> | To correct transcription errors |
| 168:14 | Replace <using> with <actively inserting> | To clarify the record |
| 170:5 | Replace <bantered> with <bandied> | To correct transcription errors |
| 174:15 | Insert <of> between <status> and <that> | To correct transcription errors |
| 174:15 | Replace <is> with <as> | To correct transcription errors |
| 178:12 | Replace <Yes> with <I have not investigated all such programs> | To clarify the record |
| 179:21 | Replace <Correct> with <At this point in the report, yes, though I refer to YouTube removing CMI elsewhere> | To clarify the record |
| 180:7 | Replace <"compositing"> with <"composites"> | To correct transcription errors |
| 180:17 | Insert <and users> between <creators> and <.> | To clarify the record |
| 198:12 | Replace <detail> with <detailed> | To correct transcription errors |
| 198:20 | Replace <copyright law is what attests, those> with <copyright lawyers will attest, those> | To clarify the record |
| 203:14 | Replace <Dixa> with <Deezer> | To clarify the record |

| | | |
|---|---|---|
| 204:17 | Insert <Some may of course be required for other reasons such as compliance with laws or inter-party agreements.> after <.> | To clarify the record |
| 207:11 | Replace <or> with <a> | To clarify the record |
| 213:8 | Replace <discussions> with <operations> | To clarify the record |
| 223:22 | Replace <sufficiently> with <efficiently> | To clarify the record |
| 227:8-9 | Insert <bad> between <gets> and <again> | To correct transcription errors |
| 236:4 | Replace <used that way> with <actively inserted> | To clarify the record |
| 236:5 | Insert <themselves> between <recordings> and <.> | To clarify the record |
| 236:15 | Replace <Standards> with <Standardization> | To clarify the record |
| 237:6 | Replace <I got a thing that> with <I've got to think that> | To correct transcription errors |
| 240:3 | Replace <protocol buffer's> with <Protocol Buffers> | To correct transcription errors |
| 240:10 | Replace <call> with <called> | To correct transcription errors |
| 240:17 | Replace <date> with data.> | To correct transcription errors |
| 240:20 | Replace <,> with <.> | To correct transcription errors |
| 242:14 | Replace <heightened number> with <height and number> | To correct transcription errors |
| 242:15 | Replace <coded> with <codec> | To correct transcription errors |
| 242:16 | Replace <accounts> with <counts> | To correct transcription errors |
| 242:16 | Insert < start finding fields that have rights management implications> between < 'title,'> and <so I hope> | To clarify the record |
| 256:14 | Replace <hourly> with <aurally> | To clarify the record |
| 260:22 | Replace <Allegresse> with <Allégreese> | To correct transcription errors |
| 266:23 | Replace <oral> with <aural> | To clarify the record |

Witness: Paul Jessop— September 28, 2022 Deposition
*Schneider v. YouTube, LLC,* No. 3:20-cv-04423-JD (N.D. Cal.)

____x____ Subject to the above changes, I certify that the transcript is true and correct.

__________ No changes have been made. I certify that the transcript is true and correct.

__________________ 28 OCT 2022

(Signature) (date)

Witness: Paul Jessop— September 28, 2022 Deposition
*Schneider v. YouTube, LLC,* No. 3:20-cv-04423-JD (N.D. Cal.)

ACKNOWLEDGMENT OF DEPONENT

I, Paul Jessop, do hereby certify that I have read and examined the foregoing testimony, and that the same is a correct transcription of the answers given by me to the questions therein propounded, except for the corrections or changes in form or substance, if any, noted in the attached Errata Sheet.

________________________ (Signature)

28 OCT 2022
________________________ (date)

6