| | |
|---|---|
| DAVID H. KRAMER, SBN 168452<br>MAURA L. REES, SBN 191698<br>LAUREN GALLO WHITE, SBN 309075<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone: (650) 493-9300<br>Facsimile: (650) 565-5100<br>Email: dkramer@wsgr.com<br>     mrees@wsgr.com<br>     lwhite@wsgr.com | BRIAN M. WILLEN (admitted *Pro Hac Vice*)<br>CATHERINE R. HARTMAN (admitted *Pro Hac Vice*)<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>1301 Avenue of the Americas, 40th Floor<br>New York, NY 10019-6022<br>Telephone: (212) 999-5800<br>Facsimile: (212) 999-5801<br>Email: bwillen@wsgr.com<br>Email: chartman@wsgr.com |

Attorneys for Defendants and Counterclaimants
YOUTUBE, LLC and GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING LTD., individually and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>  Defendants<br><br>―――――――――――――――――<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>  Counterclaimants,<br><br>  v.<br><br>PIRATE MONITOR LTD, PIRATE MONITOR LLC, and GÁBOR CSUPÓ,<br><br>  Counterclaim Defendants. | CASE NO.: 3:20-cv-04423-JD<br><br>**DEFENDANTS AND COUNTERCLAIMANTS' INTERIM ADMINISTRATIVE MOTION TO SEAL RE OPPOSITION TO COUNTERCLAIM DEFENDANTS PIRATE MONITOR LTD. AND GABOR CSUPO'S MOTION FOR SUMMARY JUDGMENT** |

1  Pursuant to Civil Local Rules 7-11 and 79-5, Defendants-Counterclaimants YouTube,
2  LLC and Google LLC submit this interim administrative motion to file under seal the unredacted
3  version of Defendants and Counterclaimants' Opposition to Counterclaim Defendants Pirate
4  Monitor Ltd. and Gabor Csupo's Motion for Summary Judgment and related declarations and
5  exhibits. The reasons for sealing will be discussed in a forthcoming omnibus sealing motion filed
6  jointly by the parties by April 7, 2023, by agreement of the parties and pursuant to ¶ 31 of Your
7  Honor's Standing Order for Civil Cases.

Respectfully submitted,

Dated: March 24, 2023

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation


By:   */s/ David H. Kramer*
      David H. Kramer
      dkramer@wsgr.com

Attorneys for Defendants and
Counterclaimants
YOUTUBE, LLC and GOOGLE LLC

INTERIM ADMINISTRATIVE MOTION TO SEAL
OPPOSITION TO COUNTERCLAIM DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT

-1-

CASE NO.: 3:20-CV-04423-JD