# EXHIBIT 1

to the Declaration of Chenyuan Zhu

Case 3:20-cv-04423-JD Document 296-2 Filed 03/24/23 Page 2 of 7


Copyright Claims Block Sci-Fi, Cartoon Network Comic-Con Panels

Send us a Tip! | Shop | Subscribe    GIZMODO
The Future Is Here
We may earn a commission from links on this page

HOME   LATEST   TECH   REVIEWS   HOW TO   SCIENCE   SPACEFLIGHT   EARTHER   IO9   VIDEO





TELEVISION

# These TV Companies' Comic-Con Livestreams Went Dark Thanks to Their Own Copyright Claims

By Alyse Stanley   Published July 23, 2020 | Comments (14)

     



https://gizmodo.com/these-television-companies-comic-con-livestreams-went-d-1844489177    1/6

Copyright Claims Block Star Trek, Cartoon Network, Comic-Con Panels

It wouldn't be a virtual event without a few technical difficulties. Though I can't imagine the media giants showcasing at San Diego Comic-Con's online event were worried about copyright violations affecting their panels. Considering, you know, they're the ones that own the copyright.

Watch



Grace Caroline Currey on *Shazam: Fury of the Gods*

They Got Married in a Taco Bell in the Metaverse
Thursday 5:53PM

Is Chat GPT-4 Worth the Upgrade? | Future Tech
Thursday 4:18PM

Of course, that's exactly what happened.

On Thursday, ViacomCBS livestreamed an hour-long panel for this year's virtual SDCC to showcase properties in its ever-expansive *Star Trek* universe such as *Picard, Discovery*, and the upcoming *Star Trek: Lower Decks*. The stream briefly went dark, however, after YouTube's copyright bots flagged the stream and replaced it with a warning that read: "Video unavailable: This video contains content from CBS CID, who has blocked it on copyright grounds."

ADVERTISEMENT

The hiccup occurred as the cast and producers of *Discovery* performed an "enhanced" read-through of the show's season 2 finale accompanied by sound effects and on-screen storyboards. Evidently, the video *sounded* enough like the real deal to trigger YouTube's software, even if it was obvious from looking at the stream that it wasn't pirated content.

It only took about 20 minutes for the feed to be restored, but the irony of CBS's own panel running afoul of its copyright (even accidentally) was too good for audiences to gloss over. As noted by io9's Beth Elderkin, a later Cartoon Network panel livestream was similarly pulled offline over a copyright claim from its parent company, Turner Broadcasting.

Copyright Claims: Black Star Trek, Cartoon Network, Comic-Con, Genesis



### Apple MacBook Air Laptop

**Powerful performance**
The M1 chip delivers 3.5x faster performance than the previous generation all while using way less power. Get up to 18 hours of battery life.

Buy for **$800** at Amazon

ADVERTISEMENT

Copyright Claims: Black Star Trek, Cartoon Network, Comic-Con Panels

### YouTube Will Let AI Suggest Replies to Video Comments

Google announced Wednesday that it had implemented its SmartReply system for YouTube creators,…

Read more



YouTube did not immediately respond to Gizmodo's request for comment, but all signs to this being copyright bots getting a little too overzealous. Obviously, Turner and CBS get zero benefit from blocking their own marketing content, particularly at a time when the ongoing covid-19 pandemic has pushed major media events like SDCC online. And given that this has happened twice now, chances are CBS and Turner won't be the last media companies scrambling to correct an erroneous flag by YouTube's software during SDCC.

ADVERTISEMENT

Copyright Claims Block Star Trek, Cartoon Network Comic-Con Panels

While inarguably a first-world problem, hopefully YouTube can tinker with its overeager copyright bots to prevent this annoyance in the future (after all, who *knows* how long we'll be social distancing for at this point). Even though the panel was restored, international *Star Trek* fans won't be able to catch it on YouTube thanks to this copyright snafu. The recording (sans embarrassing downtime in the middle) is also available on the series's official website, as CBS's *Star Trek* Twitter account points out.

IO9 » TELEVISION