# EXHIBIT 3

to the Declaration of Chenyuan Zhu



TRENDING: | REALITY TV | THROWBACKS | WEIRD STUFF | FAMOUS REAL ESTATE | ALL THINGS DISNEY | VIRAL STORIES | WTF!? | THE ROYALS



# DID MADONNA REALLY BLOCK A K-POP GROUP'S VIDEO ON YOUTUBE?

Bradley Stern | Published: April 2, 2017

Sony Records / Kevin Mazur, Getty Images

SHARE  TWEET



Play Madonna
on Amazon Music Unlimited (ad)

YouTube presents plenty of copyright challenges for record labels, publishers and artists hoping to protect their content and clamp down on unofficial uploads of their material. (They also seem to be imposing some eyebrow-raising **restrictions on LGBT vloggers** as of late, but that's a whole other thing.)

Sometimes, even videos uploaded on official accounts catch a snag. And, in the latest instance of a video getting wrongly flagged for copyright, it's Queen of Pop **Madonna** — well, her publishing company anyway — who just incited a global scandal.



VOTE NOW: TOP 25

POPCRUSH WEEKEND
COUNTDOWN: VOTE

YOU MAY LIKE

Did Madonna Really Block 4 K-Pop Group's Video on YouTube?

A Teaspoon On An Em 12 Lbs Of Fat A Week
Women's Health News

Over the weekend, fans noticed that K-pop troupe Secret's video for their song "Madonna" (found here), the No. 1-debuting 2010 title track from the group's second mini-album, is now blocked by Warner/Chapell, Madonna's publishing company from when she was signed to Warner Bros. Records. (Madonna switched over to Live Nation after releasing her final Warner album in 2009, *Celebration*.)

For those who haven't already heard the Secret song, "Madonna" is indeed a nod to the "Unapologetic Bitch" herself: "The song is about living with confidence by becoming an icon in this generation, like the American star Madonna," AllKPop reported at the time.

The "Madonna" block, naturally, incited some anger within the K-pop community, with fingers angrily being pointed at Madge herself for the move.

But unless Madonna herself was hungrily scanning old K-pop videos to find musical inspiration for her *Rebel Heart* follow-up (which she should be doing), stumbled upon the tribute track and felt an unholy (water) hydrangea-level rage, chances are the block was probably due to the fact that "Secret" also happens to be the name of M's 1994 No. 3 *Bedtime Stories* mega-hit, and the video was accidentally flagged in an automated round-up of non-official uploads bearing the same artist and track title.

Warner/Chappell even responded to the controversy on Twitter, claiming they had no idea it happened, further making a case that it was an unintentional infringement match.

"This is most likely a mistake, have already sent email to dept that handles this, should be corrected in next day or two," they wrote.

While we wait for this clear wrong to be righted, why not celebrate both acts? "Madonna" is a fierce, horn-heavy self-empowerment ode to the Material Girl — the catchiest since Robbie Williams' "She's Madonna." And as for Madge's "Secret"? One of her most overlooked hits from the '90s, to be sure. Watch both below.

In the end, there's really only one way to remedy this whole situation: collab, ladies!

Did Madonna Really Block 4 K-Pop Groups' Video on YouTube?

**K-Pop Groups That Have Disbanded Over the Years:**



YouTube



Did Madonna Really Block 4 K-Pop Groups' Videos on YouTube?

SISTAR
Bid adieu in May 2017, the 4-piece girl group announced that they were parting ways after their final
release on May 2017.

**NEXT: WONDER GIRLS: THE UPS AND DOWNS OF K-POP'S ENDURING GIRL GROUP**

---

**Filed Under:** Madonna, Secret

**Categories:** K-Pop, Music News

Comments ▾          LEAVE A COMMENT

**YOU MAY LIKE**                                        SPONSORED LINKS BY TABOOLA

Dermatologist: If You Have Toenail Fungus Try This Tonight (It's Genius!)
Healthy Guru

Level Up Your D&D Game
D&D Beyond                                               Sign Up

Camp Lejeune: Check Compensation
Camp Lejeune Justice                                     Click Here

Shop SKECHERS Today
$38.00
Skechers                                                 Shop now

This Tiny Device Helped Me Relieve Excruciating Back Pain in Minutes
Health Insight Journal                                   Learn More

Amazon Left Scrambling As Prime Users Find Out About Secret Deals
Online Shopping Tools

                                                         CCPA Notice

▲ BACK TO TOP

---



POPCRUSH

**INFORMATION**              **FOLLOW US**

Contact Us
Privacy
Advertise
Exercise My Data Rights

© 2023 PopCrush, Townsquare Media, Inc. All rights reserved.

Do Not Sell or Share My Personal Information