# EXHIBIT 7

to the Declaration of Chenyuan Zhu



## This has gone too far...

 TwoSetViolin ✓
4.03M subscribers        Subscribe        👍 64K  👎  ↗ Share   ＋ Save   ...

668,737 views  Dec 6, 2022
Sign up for our world tour announcement: https://www.twosetviolin.com/worldtour
Practice Apparel!: https://www.twosetapparel.com
Follow TwoSet Apparel: https://www.instagram.com/twosetapparel/
Submit your music memes: http://www.reddit.com/r/lingling40hrs
***Passionate about Classical Music? Join our team! Go to this link:
https://www.twosetviolin.com/apply

_____

S H O P: https://www.twosetapparel.com
W E B S I T E: http://www.twosetviolin.com
F A C E B O O K: http://www.facebook.com/twosetviolin
I N S T A G R A M: http://www.instagram.com/twosetviolin
T W I T T E R: http://www.twitter.com/twosetviolin
T I K T O K: https://www.tiktok.com/@twosetviolin
W E I B O: https://www.weibo.com/twosetviolinoff...