# EXHIBIT 12

to the Declaration of Chenyuan Zhu



An official website of the United States government

Here's how you know

**United States**
**Attorney's Office**
District of Arizona

Menu

Search

**PRESS RELEASE**

# MediaMuv Principals Charged with Stealing Millions in Music Royalties



Wednesday, December 1, 2021

**Share** >

**For Immediate Release**

U.S. Attorney's Office, District of Arizona

PHOENIX, Ariz. – Jose Teran, 36, of Scottsdale, Arizona appeared today in federal court on charges for Conspiracy, Wire Fraud, Transactional Money Laundering, and Aggravated Identity Theft. In mid-November, a federal grand jury in Phoenix returned a 30-count indictment against Teran, and his co-conspirator, Webster Batista, 38, of Doral, Florida. On November 18, Special Agents with the Internal Revenue Service – Criminal Investigation arrested Batista at his residence in Florida.

According to the indictment, from 2016 to the present, Teran and Batista used fraudulent pretenses and made false representations to collect over $20 million in royalty payments for music that was monetized through a third-party company. Through their company MediaMuv, Teran and Batista allegedly first claimed they had the legal right to monetize over 50,000+ songs on February 13, 2017. The indictment alleges that contractual agreements were executed between MediaMuv and two third party companies in which MediaMuv made false and fraudulent affirmations that they had legal rights over the music they claimed to control. According to the indictment, Teran and Batista did not pay anything to the top 30 artists or their

3/18/23, 2:12 PM    MediaMuv Principals Charged with Stealing Millions in Music Royalties | United States Department of Justice

representatives, whose music generated royalties that the defendants collected. Teran and Batista allegedly used the identities of others to make false claims about ownership and to create the false impression that MediaMuv had other employees. The indictment further alleges that Teran and Batista used the fraudulent proceeds to purchase high-end items such as cars, jewelry, and property.

If convicted, Teran and Batista face up to 5 years in prison for Conspiracy, up to 20 years for Wire Fraud, up to 10 years for Transactional Money Laundering, and a mandatory consecutive sentence of 2 years for Aggravated Identity Theft. They may also be fined up to $250,000 per felony conviction.

An indictment is simply a method by which a person is charged with criminal activity and raises no inference of guilt. An individual is presumed innocent until evidence is presented to a jury that establishes guilty beyond a reasonable doubt.

Internal Revenue Service – Criminal Investigation conducted the investigation in this case. Assistant U.S. Attorneys Raymond K. Woo and Seth T. Goertz, District of Arizona, Phoenix, are handling the prosecution.

CASE NUMBER:        CR21-0955-PHX-DLR
RELEASE NUMBER:   2021-090_Batista

# # #

For more information on the U.S. Attorney's Office, District of Arizona, visit
http://www.justice.gov/usao/az/
*Follow the U.S. Attorney's Office, District of Arizona, on Twitter @USAO_AZ for the latest news.*

*Updated December 2, 2021*

---

## Topics

**FINANCIAL FRAUD**

## Component

USAO - Arizona

Release Number: 2021-090_Batista

District of Arizona | MediaMuv Principals Charged with Stealing Millions in Music Royalties | United States Department of Justice

# Related Content

**PRESS RELEASE**

## Arizona Licensed Insurance Agent Charged with Scheme to Defraud Elderly Clients

March 14, 2023

**PRESS RELEASE**

## Scottsdale Man Convicted of Investment Fraud

March 9, 2023

**PRESS RELEASE**

## MediaMuv L.L.C. Principal Pleads Guilty to Stealing Millions in Music Royalties

February 10, 2023

 **District of Arizona**

Main Office:

Two Renaissance Square 40 N. Central Avenue, Suite 1800

Phoenix, AZ 85004

 Phoenix: (602) 514-7500

Tucson: (520) 620-7300

Flagstaff: (928)556-0833

Yuma: (928) 314-6410

 **Stay Connected**





Archives

Budget & Performance

FOIA

Accessibility

Legal Policies & Disclaimers

Privacy Policy

For Employees

Information Quality

Office of the Inspector General

No FEAR Act Data

Small Business

Vote.gov

3/9/22, 2:16 PM    Media uv Principals Charged with Stealing Millions in Music Royalties | USAO-AZ | United States Department of Justice

Español

**Have a question about Government Services?**

Contact USA.gov