# EXHIBIT 13

to the Declaration of Chenyuan Zhu

| | |
|---|---|
| **From:** | Albina Gabrelyan <albinaa@google.com> |
| **To:** | yt-copyright-ops <yt-copyright-ops@google.com> |
| **Sent:** | Fri, 15 Nov 2019 14:19:13 +0000 |
| **Subject:** | Suspicious takedowns_Pirate Monitor LLC |

Hey guys!
Thijs brought to my attention some takedowns submitted by Pirate Monitor LLC which seems to be a TPA . There was a good response to FRD with docs couple of months ago (though the company in docs is called Intellectual Property LLC).

Thijs noticed that recently they started submitting high volume of notices all targeting the same looking channels. I did some digging and there are definitely similar patterns in the channels they are targeting:
- **Recent** sign up date
- All from **Pakistan**
- All videos uploaded **recently** + with the same **title** + all about 30-40 seconds **length** + 0 **views**
- All **emails** looking the same : ransomnova19@gmail.com OR ransomnova7@gmail.com OR ransomnova25@gmail.com OR ransomnova10@gmail.com
- All with huge **Grads** score (15 - 19)

Examples: Movie Mania , Ramson Nova, Avengers , Ransom Nova 10

So I wanted to discuss:

1) Do you think it's enough signs to suspend these accounts for Spam ? If yes, can we do this or it's another team who handles it?
2) In their response to FRD Pirate Monitor LLC states that *"I would like you to respond to our repeated request to enter Content ID due to the large number of announcements. We have not yet received a substantive answer on this matter."* So we were thinking if they are attempting to qualify for CID/CMT/CVP and aiming to get a consistent number of CRR by claiming against a channel they're somehow related to? Saying all these, can we start pushing back with FRD2 to their notices? I also noticed they have Hungary as a sign up date but US address. Also the address in a TD notice is different from the address in their response to FRD. Maybe there is something else we can check that I'm missing here?

Thank you!

--

| | | | |
|---|---|---|---|
| Albina Gabrelyan | Copyright Operations Specialist - YouTube | albinaa@google.com | Dublin, Ireland |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00037970