# EXHIBIT 14a

to the Declaration of Chenyuan Zhu

DOCUMENT SEALED IN ITS ENTIRETY