# EXHIBIT 14b

to the Declaration of Chenyuan Zhu

DOCUMENT SEALED IN ITS ENTIRETY