# EXHIBIT 15a

to the Declaration of Chenyuan Zhu

DOCUMENT SEALED IN ITS ENTIRETY