# EXHIBIT 15b

to the Declaration of Chenyuan Zhu

DOCUMENT SEALED IN ITS ENTIRETY