# EXHIBIT 16

to the Declaration of Chenyuan Zhu

**Sent:**     Mon, 02 Dec 2019 06:23:17 -0800
**From:**     noreply+support@google.com
**To:**       accounts-support@google.com
Attachment

full_name: Csupó Gábor
Username_youtube: usintellectualpropertyllc@gmail.com
email_prefill_req: info@usipllc.com
field_with_p_value: youtube
url_youtube: https://www.youtube.com/channel/UCQYFNHE9sWaaGx9_6iFiu2w
suspended_reason_youtube: Dear Sir,

Our channel has been terminated for a reason we don't understand.

Intellectual Property LLC (IP LLC) is charged with the copyright protection
of the works of these companies: MEGA FILM Kft and Hungarian National Film
Fund.

Lately, unknown users published a massive quantity of their copyright
protected works on your platform. Because of your suspension, it is
impossible for us to respect our liabilities. E.g. we are unable to take
down the illegally uploaded copies of the Oscar-winner 'Son of Saul' -
among others -, that makes measurable damage for us as well as for the
copyright owner.

As if that were not enough, Content ID was not granted for us - though we
asked it several times before -, so we had to fill your take down notice
forms by hand, manually - in thousands.

With our present appeal, we want you to stop suspension of our account, and
restore it to prevent you from committing further illegal actions against
us.

All rights reserved.

Csupó Gábor, MD


:---- Automatically added fields ----:
Language: en
lllLanguage: en
country_code: HU
auto-helpcenter-id: 1
auto-helpcenter-name: accounts
auto-internal-helpcenter-name: accounts
auto-full-url:
https://support.google.com/accounts/contact/suspended?p=youtube&hl=en
auto-user-logged-in: true
auto-user-was-internal: false
IssueType: suspended
form-id: suspended
form: suspended
subject-line-field-id: Username
body-text-field-id:
AutoDetectedBrowser: Firefox 70.0
AutoDetectedOS: Windows NT 10.0

CONFIDENTIAL

MendelExperiments:
10800170,10800177,10800235,10800244,10800253,10800267,10800284,10800286
Form.support-content-visit-id: 637108930939717306-694259259
experiment_0_id:
experiment_0_status: OFF

CONFIDENTIAL

GOOG-SCHNDR-00052418