# EXHIBIT 17a

to the Declaration of Chenyuan Zhu

# Ticket T7-12674468

Conversation with **usintellectualpropertyllc@gmail.com** · Re: YouTube Copyright Complaint Submission

---

**usintellectualpropertyllc@gmail.com**                                    Apr 12, 2019, 4:46 AM

To:

Subject: Copyright Complaint Submission

Video IDs: xyAsLEPtGE8

---

**video-rights**                                                            Apr 12, 2019, 4:46 AM

To: usintellectualpropertyllc@gmail.com

Subject: YouTube Copyright Complaint Submission



## Szerzőijog-bitorlásról szóló értesítés megerősítése

Köszönjük a beküldött anyagot. Ellenőrizni fogjuk, hogy érvényes-e, és tartalmaz-e minden szükséges elemet. Ha lépéseket teszünk a kérelmeddel kapcsolatban, erre az e-mailre válaszolva értesíteni fogunk.

Az általad megadott adatok:

Szerzői jog tulajdonosának neve (esetleg a vállalat neve): MEGA FILM Kft

Teljes név (álnév, felhasználónév vagy a monogram nem használható): Csupó Gábor
Beosztás vagy munkakör (milyen minőségben teszel panaszt?): Meghatalmazott képviselő

Cím:
5277 Shoshone Ave
Encino, California 91316
HU

Felhasználónév: Pirate Monitor LLC
E-mail cím: usintellectualpropertyllc@gmail.com
Telefon: +1 310 994-8100

CONFIDENTIAL

A vélhetőleg jogsértő, eltávolítandó videó URL-je:
http://www.youtube.com/watch?v=xyAsLEPtGE8
Jellemezd a művet, amelynek szerzői jogát vélhetőleg megsértették: A
cégem, szervezetem vagy ügyfelem videója (nem a YouTube-ról)

- Az eredeti videó címe: Zimmer Feri
- Link a videóhoz:
- Hol jelenik meg a tartalom? A teljes videóban

Ország, amelyre a szerzői jog érvényes: HU

Jóhiszeműen kijelentem, hogy:

- Én vagyok az állítólagosan megsértett kizárólagos jogosultság
  tulajdonosa vagy a tulajdonos felhatalmazott ügynöke.
- Jóhiszemű meggyőződésem, hogy az anyag kifogásolt módon történő
  felhasználását nem engedélyezte a szerzői jog tulajdonosa,
  képviselője vagy a törvény; és
- Ez a bejelentés pontos.
- Tudomásul veszem, hogy kedvezőtlen jogi következményekkel járhat,
  ha ennek a folyamatnak a segítségével hamisan vagy rosszhiszeműen
  vádolok valakit szerzőijog-bitorlással.
- Megértettem, hogy az eszközzel való visszaélés a YouTube-fiókom
  megszüntetését eredményezi.

Hitelesített aláírás: Csupó Gábor

Tisztelettel:

— A YouTube csapata

Súgó • E-mail beállításai

©2019 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066, USA



**video-rights**                                             Apr 13, 2019, 10:14 AM
To: usintellectualpropertyllc@gmail.com
Subject: YouTube Copyright Complaint Submission

CONFIDENTIAL                                                   GOOG-SCHNDR-00000371

Subject: YouTube Copyright Complaint Submission



Kedves Pirate Monitor LLC!

Köszönjük az értesítést! A tartalmat eltávolítottuk.

- A YouTube csapata

Az általad megadott adatok:

Szerzői jog tulajdonosának neve (esetleg a vállalat neve): MEGA FILM Kft
Teljes név (álnév, felhasználónév vagy a monogram nem használható): Csupó Gábor
Beosztás vagy munkakör (milyen minőségben teszel panaszt?): Meghatalmazott képviselő
Cím:
5277 Shoshone Ave
Encino, California 91316
HU
Felhasználónév: Pirate Monitor LLC
E-mail cím: usintellectualpropertyllc@gmail.com
Telefon: +1 310 994-8100

A vélhetőleg jogsértő, eltávolítandó videó URL-je:
http://www.youtube.com/watch?v=xyAsLEPtGE8
Jellemezd a művet, amelynek szerzői jogát vélhetőleg megsértették: A
cégem, szervezetem vagy ügyfelem videója (nem a YouTube-ról)

○ Az eredeti videó címe: Zimmer Feri
○ Link a videóhoz:
○ Hol jelenik meg a tartalom? A teljes videóban

Ország, amelyre a szerzői jog érvényes: HU

Jóhiszeműen kijelentem, hogy:

• Én vagyok az állítólagosan megsértett kizárólagos jogosultság
  tulajdonosa vagy a tulajdonos felhatalmazott ügynöke.
• Jóhiszemű meggyőződésem, hogy az anyag kifogásolt módon történő
  felhasználását nem engedélyezte a szerzői jog tulajdonosa,
  képviselője vagy a törvény; és

CONFIDENTIAL

GOOG-SCHNDR-00000372

- Ez a bejelentés pontos.
- Tudomásul veszem, hogy kedvezőtlen jogi következményekkel járhat, ha ennek a folyamatnak a segítségével hamisan vagy rosszhiszeműen vádolok valakit szerzőijog-bitorlással.
- Megértettem, hogy az eszközzel való visszaélés a YouTube-fiókom megszüntetését eredményezi.

Hitelesített aláírás: Csupó Gábor

*Súgó • E-mail beállításai*

©2019 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066, USA



---

**usintellectualpropertyllc@gmail.com**                                        Apr 15, 2019, 1:07 AM
To: youtube-disputes+3cx0vxtm6yup207@google.com
Subject: Re: YouTube Copyright Complaint Submission

Tisztelt YouTube,

Értesítésüket köszönjük!

Egyúttal megjegyezzük, hogy eddig 16 jogsértő tartalmat jelentettünk be, amiből csupán 10 lett eltávolítva. Ld. a felsorolást levelünk után.

1, Kérjük, haladéktalanul intézkedjenek a további jogsértés mihamarabbi megszüntetéséről a fennmaradó videók esetében is.

2, Kérjük továbbá csatolt Content ID és Content Verification Program kérelmünk haladéktalan elbírálását, mivel szeretnénk még több tartalomra eltávolítási kérelmet beadni, továbbá a reklámbevételeket elkövetelni a nem teljes filmeket érintő jogtalan feltöltések után.

3, Megjegyezzük és ezúton hívjuk fel figyelmüket, hogy jogvédett tartalmaink jogsértő, engedély nélküli megjelenítése a YouTube weboldalán felveti a YouTube jogi felelősségét is (YouTube vs. Puls 4, Vienna Commercial Court tavalyi ítélete szerint).

Fentiekben várjuk mihamarabbi intézkedésüket és visszajelzésüket.

Tisztelettel, Csupó Gábor
Managing Director
Pirate Monitor LLC, a MEGA FILM Kft meghatalmazott képviselője


1, Zimmer Feri - Pista Papa
https://www.youtube.com/watch?v=UPQKq6aEK1c

2, Zimmer Feri 2. [TELJES FILM] (2010) HUN - OnlineFilmekMagyarul
https://www.youtube.com/watch?v=TBe8sLe7478

3, Zimmer Feri 2.Teljes film 2016 HD - Benjamin Duncan - ELTÁVOLÍTVA
https://www.youtube.com/watch?v=yxAs6lR6wGc

4, Zimmer Feri - besztof
https://www.youtube.com/watch?v=xPXgNGxqjLw

CONFIDENTIAL

5, Zimmer Feri 1 Werk részletek Tímár Péter 1997 - Éva Bencsik - ELTÁVOLÍTVA
https://www.youtube.com/watch?v=g4Cjrba6HLk

6, Zimmer Feri - Abendessen - Tamás Vetró
https://www.youtube.com/watch?v=oboBqX4O40o

7, Zimmer Feri trailer with ENG sub - hungaricom - ELTÁVOLÍTVA
https://www.youtube.com/watch?v=gwcxV8iAYVI

8, Zimmer Feri kolbászkái - András Dániel - ELTÁVOLÍTVA
https://www.youtube.com/watch?v=xyAsLEPtGE8

9, zimmer feri kavefozes rejtelmei 1997ben - Tam Flo
https://www.youtube.com/watch?v=cgONEqcu26w

10, zimmer feri 2 tibike okos - homer44a - ELTÁVOLÍTVA
https://www.youtube.com/watch?v=OstZtrhDxEU

11, littlestar zimmer feri 2 sample - lászló Nagy - ELTÁVOLÍTVA
https://www.youtube.com/watch?v=1fv6abLXKNk

12, Zimmer Frei Film . HUN - united1127
https://www.youtube.com/watch?v=kojinLTZU7s

13, Zimmer Feri Paródia - Lucifer Channel - ELTÁVOLÍTVA
https://www.youtube.com/watch?v=2atF9YEIGoY

14, Zimmer Feri 2 paródia - Lucifer Channel - ELTÁVOLÍTVA
https://www.youtube.com/watch?v=EQJECTx_G2U

15, Pucold a burgonyát - MrEyesis - ELTÁVOLÍTVA
https://www.youtube.com/watch?v=t5ob3YplM1Y

16, Huntube Poop: Zimmer ireF - Csak G - ELTÁVOLÍTVA
https://www.youtube.com/watch?v=CujFI61p8Os

YouTube Copyright <youtube-disputes+3cx0vxtm6yup207@google.com> ezt írta (időpont: 2019. ápr. 13., Szo, 19:14):



Kedves Pirate Monitor LLC!

Köszönjük az értesítést! A tartalmat eltávolítottuk.

- A YouTube csapata

Az általad megadott adatok:

Szerzői jog tulajdonosának neve (esetleg a vállalat neve): MEGA FILM Kft
Teljes név (álnév, felhasználónév vagy a monogram nem használható): Csupó Gábor
Beosztás vagy munkakör (milyen minőségben teszel panaszt?): Meghatalmazott képviselő
Cím:
5277 Shoshone Ave
Encino, California 91316
HU
Felhasználónév: Pirate Monitor LLC
E-mail cím: usintellectualpropertyllc@gmail.com
Telefon: +1 310 994-8100

CONFIDENTIAL

A véhetőleg jogsértő, eltávolítandó videó URL-je:

http://www.youtube.com/watch?v=xyAsLEPtGE8

Jellemezd a művet, amelynek szerzői jogát véhetőleg megsértették: A cégem, szervezetem vagy ügyfelem videója (nem a YouTube-ról)

○ Az eredeti videó címe: Zimmer Feri
○ Link a videóhoz:
○ Hol jelenik meg a tartalom? A teljes videóban

Ország, amelyre a szerzői jog érvényes: HU

Jóhiszeműen kijelentem, hogy:

- Én vagyok az állítólagosan megsértett kizárólagos jogosultság tulajdonosa vagy a tulajdonos felhatalmazott ügynöke.
- Jóhiszemű meggyőződésem, hogy az anyag kifogásolt módon történő felhasználását nem engedélyezte a szerzői jog tulajdonosa, képviselője vagy a törvény; és
- Ez a bejelentés pontos.
- Tudomásul veszem, hogy kedvezőtlen jogi következményekkel járhat, ha ennek a folyamatnak a segítségével hamisan vagy rosszhiszeműen vádolok valakit szerzőijog-bitorlással.
- Megértettem, hogy az eszközzel való visszaélés a YouTube-fiókom megszüntetését eredményezi.

Hitelesített aláírás: Csupó Gábor

Súgó • E-mail beállításai

©2019 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066, USA



---

**dahili@google.com**                                          Apr 15, 2019, 6:27 AM

To: usintellectualpropertyllc@gmail.com

Subject: **Re: YouTube Copyright Complaint Submission**

Welcome!

CONFIDENTIAL                                          GOOG-SCHNDR-00000375

Köszönjük az e-mailed! A szerzői jogi törvény értelmében minden egyes eltávolítási kérelemnél teljes szerzői jogi értesítésre van szükségünk.

Másik panaszt legkönnyebben a YouTube fiókodon keresztül nyújthatsz be, az internetes űrlapunk használatával.

Nagyon köszönjük az együttműködést!

Sincerely:

The YouTube Team

On April 15, 2019 usintellectualpropertyllc@gmail.com wrote:

> Dear YouTube,
>
> Thank you for your notification!
>
> At the same time, we note that we have reported 16 infringing content so far, of which only 10 have been removed. See the list after your letter.
>
> 1, Please take immediate action to terminate further infringements as soon as possible for the remaining videos.
>
> 2, We also ask you to immediately review our appended Content ID and Content Verification Program application as we would like to submit more content removal requests, as well as to generate advertising revenue after unauthorized uploads to non-full movies.
>
> 3, We note and hereby note that unauthorized unauthorized disclosure of our copyrighted content on YouTube will also raise YouTube's legal liability (YouTube vs. Puls 4, according to a ruling of the Vienna Commercial Court last year).
>
> We look forward to your prompt action and feedback.
>
> Sincerely, Gábor Csupó
> Managing Director
> Pirate Monitor LLC, Authorized Representative of MEGA FILM Ltd.
>
> 1, Zimmer Feri - Pista Papa
> https://www.youtube.com/watch?v=UPQKq6aEK1c
>
> 2, Zimmer Feri 2. ) HUN - OnlineFilmsHungarian
> https://www.youtube.com/watch?v=TBe8sLe7478
>
> 3, Zimmer Feri 2.Total Movie 2016 HD - Benjamin Duncan - REMOVED
> https://www.youtube.com/watch?v=yxAs6lR6wGc
>
> 4, Zimmer Feri - bestof
> https://www.youtube.com/watch?v=xPXgNGxqjLw
>
> 5, Zimmer Feri 1 Werk details Peter Tímár 1997 - Éva Bencsik - REMOVED
> https://www.youtube.com/watch?v= g4Cjrba6HLk
>
> 6, Zimmer Feri - Abendessen - Tamás Vetró
> https://www.youtube.com/watch?v=oboBqX4O40o
>
> 7, Zimmer Feri trailer with ENG sub - hungaricom - REMOVED
> https://www.youtube.com/watch?v= gwcxV8iAYVI

GOOG-SCHNDR-00000376

8, Zimmer Feri's Sausages - András Dániel - REMOVED
https://www.youtube.com/watch?v=xyAsLEPtGE8

9, zimmer feri kavefozes mysteries in 1997 - Tam Flo
https://www.youtube.com/watch?v = cgONEqcu26w

10, zimmer feri 2 tibike smart - homer44a - REMOVED
https://www.youtube.com/watch?v=OstZtrhDxEU

11, littlestar zimmer feri 2 sample - laszlo Great - REMOVED
https://www.youtube.com/watch?v=1fv6abLXKNk

12, Zimmer Frei Film. HUN - united1127
https://www.youtube.com/watch?v=kojinLTZU7s

13, Zimmer Feri Parody - Lucifer Channel - REMOVED
https://www.youtube.com/watch?v=2atF9YElGoY

14, Zimmer Feri 2 Parody - Lucifer Channel - REMOVED
https://www.youtube.com/watch?v=EQJECTx_G2U

15, Pucold Potatoes - MrEyesis - REMOVED
https://www.youtube.com/watch?v=t5ob3YpIM1Y

16, Huntube Poop: Zimmer ireF - Only G - REMOVED
https://www.youtube.com/watch?v=CujFl61p8Os

YouTube Copyright < youtube-disputes+3cx0vxtm6yup207@google.com > wrote this on (April 13, 2019, Sat, 19:14):



Dear Pirate Monitor LLC!

Thank you for your notification! Content removed.

- The YouTube team

Data you provide:

Name of the copyright owner (possibly company name): MEGA FILM Kft
Full name (alias, username or monogram not usable): Gábor Csupó
Position or job (how do you complain?): Authorized representative
Address:
5277 Shoshone Ave
Encino, California 91316
EN
Username: Pirate Monitor LLC
Email: usintellectualpropertyllc@gmail.com
Phone: +1 310 994-8100

URL of the video you are supposed to be infringing to remove:

http://www.youtube.com/watch?v=xyAsLEPtGE8

Characterize a work whose copyright is allegedly infringed: A video
from my company, organization, or client (not YouTube)

GOOG-SCHNDR-00000377

- Original video title: Zimmer Feri
- Link to video:
- Where does the content appear? In the full video

Country to which the copyright applies: HU

I declare in good faith that:

- I am the owner of the allegedly exclusive exclusive right or the authorized agent of the owner.
- I have the good faith belief that the use of the material in an objectionable manner has not been authorized by the copyright owner, its agent or the law; and
- This announcement is accurate.
- I acknowledge that it may have adverse legal consequences if, through this process, I accuse someone wrongfully or in bad faith of infringing copyright.
- I understand that abuse of the device will result in the termination of my YouTube account.

Authorized signature: Gábor Csupó

Súgó • E-mail beállításai

©2019 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066, USA



---

**usintellectualpropertyllc@gmail.com**                                   Apr 17, 2019, 5:13 AM
To: youtube-disputes+3cx0vxtm6yup207@google.com
Subject: Re: YouTube Copyright Complaint Submission

Tisztelt YouTube,

Mit értenek "teljes szerzői jogi értesítés" alatt? Cégünk teljes körűen képviseli a jogtulajdonost!

Csatoljuk felhatalmazásunkat, amit az általunk bejelentett videók végső jogtulajdonosától kaptunk. Ez a felhatalmazás egyrészt jogosultsággal ruházza fel cégünket, másrészt kötelezettséget ró ránk annak érdekében, hogy eljárjunk a YouTube-bal szemben Megbízónk engedélye nélkül feltöltött, szerzői jogi törvény által védett tartalmainak eltávolíttatásával, ill. monetizálásval kapcsolatban.

Tájékoztatásul közöljük, hogy ugyanazt a videót kizárólag egyszer engedi a rendszerük bejelenteni. Hiába próbáltuk újra benyújtani Takedown Notice-unkat, ez nem volt lehetséges. Ld. csatolt képernyőmentést.

1, Továbbra is kérjük, hogy haladéktalanul távolítsák el a többi jogsértő videót is!

2, Továbbra is kérjük, hogy adjanak hozzáférést a Content ID és Content Verification Program használatához!

Cégünk nem csak a MEGA FILM Kft jogvédelmét fogja ellátni, hanem más jogtulajdonosokkal is le fog szerződni, így a közeljövőben még több tartalomra fogunk eltávolítási kérelmeket beadni, és a reklámbevételeket elkövetelni a nem teljes filmeket érintő jogtalan feltöltések után.

3, A "DIRECTIVE (EU) 2019 OF THE EUROPEAN PARLIAMENT AND OF THE COUNCIL on copyright and related rights in the Digital Single Market and amending Directives" ismeretében ismét megjegyezzük, hogy a jogvédett tartalmaink jogsértő, engedély nélküli megjelenítése a YouTube weboldalán felveti a YouTube jogi felelősségét is!

Amennyiben az első két pontban meghatározottakban nem tapasztalunk a YouTube részéről konstruktivitást, úgy kénytelenek leszünk más módon érvényesíteni Megbízóink szerzői jogait - kártérítési igényünk együttes benyújtásával.

Fentiekben várjuk mihamarabbi intézkedésüket és visszajelzésüket.

Tisztelettel, Csupó Gábor
Managing Director
Pirate Monitor LLC, a MEGA FILM Kft meghatalmazott képviselője


1, Zimmer Feri - Pista Papa
https://www.youtube.com/watch?v=UPQKq6aEK1c

2, Zimmer Feri 2. [TELJES FILM] (2010) HUN - OnlineFilmekMagyarul
https://www.youtube.com/watch?v=TBe8sLe7478

3, Zimmer Feri 2.Teljes film 2016 HD - Benjamin Duncan - ELTÁVOLÍTVA
https://www.youtube.com/watch?v=yxAs6lR6wGc

4, Zimmer Feri - besztof
https://www.youtube.com/watch?v=xPXgNGxqjLw

5, Zimmer Feri 1 Werk részletek Tímár Péter 1997 - Éva Bencsik - ELTÁVOLÍTVA
https://www.youtube.com/watch?v=g4Cjrba6HLk

6, Zimmer Feri - Abendessen - Tamás Vetró
https://www.youtube.com/watch?v=oboBqX4O40o

7, Zimmer Feri trailer with ENG sub - hungaricom - ELTÁVOLÍTVA
https://www.youtube.com/watch?v=gwcxV8iAYVI

8, Zimmer Feri kolbászkái - András Dániel - ELTÁVOLÍTVA
https://www.youtube.com/watch?v=xyAsLEPtGE8

9, zimmer feri kavefozes rejtelmei 1997ben - Tam Flo
https://www.youtube.com/watch?v=cgONEqcu26w

10, zimmer feri 2 tibike okos - homer44a - ELTÁVOLÍTVA
https://www.youtube.com/watch?v=OstZtrhDxEU

11, littlestar zimmer feri 2 sample - lászló Nagy - ELTÁVOLÍTVA
https://www.youtube.com/watch?v=1fv6abLXKNk

12, Zimmer Frei Film . HUN - united1127
https://www.youtube.com/watch?v=kojinLTZU7s

13, Zimmer Feri Paródia - Lucifer Channel - ELTÁVOLÍTVA
https://www.youtube.com/watch?v=2atF9YEIGoY

14, Zimmer Feri 2 paródia - Lucifer Channel - ELTÁVOLÍTVA
https://www.youtube.com/watch?v=EQJECTx_G2U

15, Pucold a burgonyát - MrEyesis - ELTÁVOLÍTVA
https://www.youtube.com/watch?v=t5ob3YplM1Y

16, Huntube Poop: Zimmer ireF - Csak G - ELTÁVOLÍTVA
https://www.youtube.com/watch?v=CujFl61p8Os

YouTube Copyright <youtube-disputes+3cx0vxtm6yup207@google.com> ezt írta (időpont: 2019. ápr. 15., H, 15:27):

                                                        GOOG-SCHNDR-00000379

Welcome!

Köszönjük az e-mailed! A szerzői jogi törvény értelmében minden egyes eltávolítási kérelemnél teljes szerzői jogi értesítésre van szükségünk.

Másik panaszt legkönnyebben a YouTube fiókodon keresztül nyújthatsz be, az internetes űrlapunk használatával.

Nagyon köszönjük az együttműködést!

Sincerely:

The YouTube Team

On April 15, 2019 usintellectualpropertyllc@gmail.com wrote:

> Dear YouTube,
>
> Thank you for your notification!
>
> At the same time, we note that we have reported 16 infringing content so far, of which only 10 have been removed. See the list after your letter.
>
> 1, Please take immediate action to terminate further infringements as soon as possible for the remaining videos.
>
> 2, We also ask you to immediately review our appended Content ID and Content Verification Program application as we would like to submit more content removal requests, as well as to generate advertising revenue after unauthorized uploads to non-full movies.
>
> 3, We note and hereby note that unauthorized unauthorized disclosure of our copyrighted content on YouTube will also raise YouTube's legal liability (YouTube vs. Puls 4, according to a ruling of the Vienna Commercial Court last year).
>
> We look forward to your prompt action and feedback.
>
> Sincerely, Gábor Csupó
> Managing Director
> Pirate Monitor LLC, Authorized Representative of MEGA FILM Ltd.
>
>
> 1, Zimmer Feri - Pista Papa
> https://www.youtube.com/watch?v=UPQKq6aEK1c
>
> 2, Zimmer Feri 2. ) HUN - OnlineFilmsHungarian
> https://www.youtube.com/watch?v=TBe8sLe7478
>
> 3, Zimmer Feri 2.Total Movie 2016 HD - Benjamin Duncan - REMOVED
> https://www.youtube.com/watch?v=yxAs6lR6wGc
>
> 4, Zimmer Feri - bestof
> https://www.youtube.com/watch?v=xPXgNGxqjLw
>
> 5, Zimmer Feri 1 Werk details Peter Timár 1997 - Éva Bencsik - REMOVED
> https://www.youtube.com/watch?v= g4Cjrba6HLk
>
> 6, Zimmer Feri - Abendessen - Tamás Vetró
> https://www.youtube.com/watch?v=oboBqX4O40o

GOOG-SCHNDR-00000380

7, Zimmer Feri trailer with ENG sub - hungaricom - REMOVED
https://www.youtube.com/watch?v = gwcxV8iAYVl

8, Zimmer Feri's Sausages - András Dániel - REMOVED
https://www.youtube.com/watch?v=xyAsLEPtGE8

9, zimmer feri kavefozes mysteries in 1997 - Tam Flo
https://www.youtube.com/watch?v = cgONEqcu26w

10, zimmer feri 2 tibike smart - homer44a - REMOVED
https://www.youtube.com/watch?v=OstZtrhDxEU

11, littlestar zimmer feri 2 sample - laszlo Great - REMOVED
https://www.youtube.com/watch?v=1fv6abLXKNk

12, Zimmer Frei Film. HUN - united1127
https://www.youtube.com/watch?v=kojinLTZU7s

13, Zimmer Feri Parody - Lucifer Channel - REMOVED
https://www.youtube.com/watch?v=2atF9YEIGoY

14, Zimmer Feri 2 Parody - Lucifer Channel - REMOVED
https://www.youtube.com/watch?v=EQJECTx_G2U

15, Pucold Potatoes - MrEyesis - REMOVED
https://www.youtube.com/watch?v=t5ob3YpIM1Y

16, Huntube Poop: Zimmer ireF - Only G - REMOVED
https://www.youtube.com/watch?v=CujFl61p8Os

YouTube Copyright < youtube-disputes+3cx0vxtm6yup207@google.com > wrote this on (April 13, 2019, Sat, 19:14):



Dear Pirate Monitor LLC!

Thank you for your notification! Content removed.

- The YouTube team

Data you provide:

Name of the copyright owner (possibly company name): MEGA FILM Kft
Full name (alias, username or monogram not usable): Gábor Csupó
Position or job (how do you complain?): Authorized representative
Address:
5277 Shoshone Ave
Encino, California 91316
EN
Username: Pirate Monitor LLC
Email: usintellectualpropertyllc@gmail.com
Phone: +1 310 994-8100

URL of the video you are supposed to be infringing to remove:

http://www.youtube.com/watch?v=xyAsLEPtGE8

GOOG-SCHNDR-00000381

Characterize a work whose copyright is allegedly infringed: A video from my company, organization, or client (not YouTube)

- Original video title: Zimmer Feri
- Link to video:
- Where does the content appear? In the full video

Country to which the copyright applies: HU

I declare in good faith that:

- I am the owner of the allegedly exclusive exclusive right or the authorized agent of the owner.
- I have the good faith belief that the use of the material in an objectionable manner has not been authorized by the copyright owner, its agent or the law; and
- This announcement is accurate.
- I acknowledge that it may have adverse legal consequences if, through this process, I accuse someone wrongfully or in bad faith of infringing copyright.
- I understand that abuse of the device will result in the termination of my YouTube account.

Authorized signature: Gábor Csupó

Súgó • E-mail beállításai

©2019 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066, USA



---

**dahili@google.com**                                      Apr 17, 2019, 7:06 AM

To: usintellectualpropertyllc@gmail.com

Subject: Re: YouTube Copyright Complaint Submission

Welcome!

Thank you for your notification! In order to take the steps you requested, we need two more things:

CONFIDENTIAL

GOOG-SCHNDR-00000382

1. Statement that the complainant is in good faith that the use of the material in a manner that is objectionable has not been authorized by the copyright owner, its agent or the law.
2. A statement that the information in the notification is correct and you are aware of your criminal liability that the complainant is entitled to act on behalf of the owner of the allegedly exclusive right.

Please submit these statements in response and we will be able to proceed with your complaint.

The easiest way to submit a complete complaint is through our web form .

Sincerely,

The YouTube Team

On April 17, 2019 usintellectualpropertyllc@gmail.com wrote:

Dear YouTube,

What do you mean by "complete copyright notice"? Our company fully represents the right holder!

We'll attach your authorization to the final rights owner of the videos we announce. On the one hand, this authorization confers on our company the right to, and on the other hand, the obligation to act upon the removal or removal of copyrighted content copyrighted by YouTube without the permission of our Client. about monetization.

For your information, the same video is only allowed to be reported once by their system. We tried to re-submit our Takedown Notice, but this was not possible. See attached screenshot.

1, Please continue to remove other infringing videos immediately!

2, Please continue to give access to the Content ID and Content Verification Program!

Our company will not only protect the rights of MEGA FILM Ltd., but will also contract with other rights holders, so we will be submitting more requests for removal in the near future, and to make advertising revenue for unauthorized uploads of non-full films.

3, A " DIRECTIVE (EU) 2019 OF THE EUROPEAN PARLIAMENT AND OF THE COUNCIL"Knowing we note again that the display of copyrighted content illegal without a permit raises the YouTube legal responsibility of the YouTube website!

If you do not experience as defined below in the first two paragraphs of the Committee on YouTube constructive, we will be forced to otherwise enforce the copyrights of our clients - a joint claim for damages; filing.

We look forward to your prompt action and feedback.

Sincerely, Gábor Csupó
Managing Director
Pirate Monitor LLC, Authorized Representative of MEGA FILM Ltd.

1, Zimmer Feri - Pista Papa
https://www.youtube.com/watch?v=UPQKq6aEK1c

2, Zimmer Feri 2. [FULL FILM] ( 2010) HUN - OnlineFilmsHungarian
https://www.youtube.com/watch?v=TBe8sLe7478

3, Zimmer Feri 2.Full Movie 2016 HD - Benjamin Duncan - REMOVED

GOOG-SCHNDR-00000383

https://www.youtube.com/watch?v=yxAs6lR6wGc

**4, Zimmer Feri - bestof**
https://www.youtube.com/watch?v=xPXgNGxqjLw

**5, Zimmer Feri 1 Werk details Peter Tímár 1997 - Éva Bencsik - REMOVED**
https://www.youtube.com/watch?v= g4Cjrba6HLk

**6, Zimmer Feri - Abendessen - Tamás Vetró**
https://www.youtube.com/watch?v=oboBqX4O40o

**7, Zimmer Feri trailer with ENG sub - hungaricom - REMOVED**
https://www.youtube.com/watch?v= gwcxV8iAYVI

**8, Zimmer Feri's Sausages - András Dániel - REMOVED**
https://www.youtube.com/watch?v=xyAsLEPtGE8

**9, zimmer feri kavefozes mysteries in 1997 - Tam Flo**
https://www.youtube.com/watch?v = cgONEqcu26w

**10, zimmer feri 2 tibike smart - homer44a - REMOVED**
https://www.youtube.com/watch?v=OstZtrhDxEU

**11, littlestar zimmer feri 2 sample - lászló Great - REMOVED**
https://www.youtube.com/ watch? v = 1fv6abLXKNk

**12, Zimmer Frei Film. HUN - united1127**
https://www.youtube.com/watch?v=kojinLTZU7s

**13, Zimmer Feri Parody - Lucifer Channel - REMOVED**
https://www.youtube.com/watch?v=2atF9YElGoY

**14, Zimmer Feri 2 Parody - Lucifer Channel - REMOVED**
https://www.youtube.com/watch?v= EQJECTx_G2U

**15, Pucold Potatoes - MrEyesis - REMOVED**
https://www.youtube.com/watch?v=t5ob3YpIM1Y

**16, Huntube Poop: Zimmer ireF - Only G - REMOVED**
https://www.youtube.com/watch?v = CujFl61p8Os

**YouTube Copyright** < youtube-disputes+3cx0vxtm6yup207@google.com > **wrote this on** (April 15, 2019, H, 15:27):

Welcome!

Thank you for your e-mail! Under the Copyright Act, we require a complete copyright notice for each removal request.

The easiest way to file a different complaint is through your YouTube account using our online form .

Thank you very much for your cooperation!

Sincerely:

The YouTube Team

On April 15, 2019 usintellectualpropertyllc@gmail.com wrote:

CONFIDENTIAL

Dear YouTube,

Thank you for your notification!

At the same time, we note that we have reported 16 infringing content so far, of which only 10 have been removed. See the list after your letter.

1, Please take immediate action to terminate further infringements as soon as possible for the remaining videos.

2, We also ask you to immediately review our appended Content ID and Content Verification Program application as we would like to submit more content removal requests, as well as to generate advertising revenue after unauthorized uploads to non-full movies.

3, We note and hereby note that unauthorized unauthorized disclosure of our copyrighted content on YouTube will also raise YouTube's legal liability (YouTube vs. Puls 4, according to a ruling of the Vienna Commercial Court last year).

We look forward to your prompt action and feedback.

Sincerely, Gábor Csupó
Managing Director
Pirate Monitor LLC, Authorized Representative of MEGA FILM Ltd.


1, Zimmer Feri - Pista Papa
https://www.youtube.com/watch?v=UPQKq6aEK1c

2, Zimmer Feri 2. ) HUN - OnlineFilmsHungarian
https://www.youtube.com/watch?v=TBe8sLe7478

3, Zimmer Feri 2.Total Movie 2016 HD - Benjamin Duncan - REMOVED
https://www.youtube.com/watch?v=yxAs6lR6wGc

4, Zimmer Feri - bestof
https://www.youtube.com/watch?v=xPXgNGxqjLw

5, Zimmer Feri 1 Werk details Peter Tímár 1997 - Éva Bencsik - REMOVED
https://www.youtube.com/watch?v=g4Cjrba6HLk

6, Zimmer Feri - Abendessen - Tamás Vetró
https://www.youtube.com/watch?v=oboBqX4O40o

7, Zimmer Feri trailer with ENG sub - hungaricom - REMOVED
https://www.youtube.com/watch?v=gwcxV8iAYVI

8, Zimmer Feri's Sausages - Dániel András - REMOVED
https://www.youtube.com/watch?v=xyAsLEPtGE8

9, zimmer feri kavefozes mysteries in 1997 - Tam Flo
https://www.youtube.com/watch?v=cgONEqcu26w

10, zimmer feri 2 chick smart - homer44a - REMOVED
https://www.youtube.com/watch?v=OstZtrhDxEU

11, littlestar zimmer feri 2 sample - laszlo Great - REMOVED
https://www.youtube.com/watch?v=1fv6abLXKNk

12, Zimmer Frei Film. HUN - united1127
https://www.youtube.com/watch?v=kojinLTZU7s

13, Zimmer Feri Parody - Lucifer Channel - REMOVED
https://www.youtube.com/watch?v=2atF9YElGoY

14, Zimmer Feri 2 Parody - Lucifer Channel - REMOVED
https://www.youtube.com/watch?v=EQJECTx_G2U

15, Pucold Potatoes - MrEyesis - REMOVED
https://www.youtube.com/watch?v=t5ob3YplM1Y

GOOG-SCHNDR-00000385

16, Huntube Poop: Zimmer ireF - Only G - REMOVED
https://www.youtube.com/watch?v=CujFl61p8Os

YouTube Copyright < youtube-disputes+3cx0vxtm6yup207@google.com > wrote this on (April 13, 2019, Sat, 19:14):



Dear Pirate Monitor LLC!

Thank you for your notification! Content removed.

- The YouTube team

Data you provide:

Name of the copyright owner (possibly company name): MEGA FILM Kft
Full name (alias, username or monogram not usable): Gábor Csupó
Position or job (how do you complain?): Authorized representative
Address:
5277 Shoshone Ave
Encino, California 91316
EN
Username: Pirate Monitor LLC
Email: usintellectualpropertyllc@gmail.com
Phone: +1 310 994-8100

URL of the video you are supposed to be infringing to remove:
http://www.youtube.com/watch?v=xyAsLEPtGE8
Characterize a work whose copyright is allegedly infringed: A video from my company, organization, or client (not YouTube)

○ Original video title: Zimmer Feri
○ Link to video:
○ Where does the content appear? In the full video

Country to which the copyright applies: HU

I declare in good faith that:

• I am the owner of the allegedly exclusive exclusive right or the authorized agent of the owner.
• I have the good faith belief that the use of the material in an objectionable manner has not been authorized by the copyright owner,

GOOG-SCHNDR-00000386

its agent or the law; and
- This announcement is accurate.
- I acknowledge that it may have adverse legal consequences if, through this process, I accuse someone wrongfully or in bad faith of infringing copyright.
- I understand that abuse of the device will result in the termination of my YouTube account.

Authorized signature: Gábor Csupó

Help • Email settings

©2019 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066, USA



---

**usintellectualpropertyllc@gmail.com**                                    Apr 24, 2019, 2:13 AM
To: youtube-disputes+3cx0vxtm6yup207@google.com
Subject: Re: YouTube Copyright Complaint Submission

Dear YouTube,

Please find attached the requested statement.

Now that our copyright notice is complete, we want you to give us access to your Content ID and Content Verification Program asap.

Thank you.

Cordially, Gábor Csupó
Managing Director
Pirate Monitor LLC, Authorized Representative of MEGA FILM Ltd.

YouTube Copyright <youtube-disputes+3cx0vxtm6yup207@google.com> ezt írta (időpont: 2019. ápr. 17., Sze, 16:06):

> Welcome!
>
> Thank you for your notification! In order to take the steps you requested, we need two more things:
>
> 1. Statement that the complainant is in good faith that the use of the material in a manner that is objectionable has not been authorized by the copyright owner, its agent or the law.
> 2. A statement that the information in the notification is correct and you are aware of your criminal liability that the complainant is entitled to act on behalf of the owner of the allegedly exclusive right.

CONFIDENTIAL

Please submit these statements in response and we will be able to proceed with your complaint.

The easiest way to submit a complete complaint is through our web form .

Sincerely:

The YouTube Team

On April 17, 2019 usintellectualpropertyllc@gmail.com wrote:

Dear YouTube,

What do you mean by "complete copyright notice"? Our company fully represents the right holder!

We'll attach your authorization to the final rights owner of the videos we announce. On the one hand, this authorization confers on our company the right to, and on the other hand, the obligation to act upon the removal or removal of copyrighted content copyrighted by YouTube without the permission of our Client. about monetization.

For your information, the same video is only allowed to be reported once by their system. We tried to re-submit our Takedown Notice, but this was not possible. See attached screenshot.

1, Please continue to remove other infringing videos immediately!

2, Please continue to give access to the Content ID and Content Verification Program!

Our company will not only protect the rights of MEGA FILM Ltd., but will also contract with other rights holders, so we will be submitting more requests for removal in the near future, and to make advertising revenue for unauthorized uploads of non-full films.

3, A " DIRECTIVE (EU) 2019 OF THE EUROPEAN PARLIAMENT AND OF THE COUNCIL"Knowing we note again that the display of copyrighted content illegal without a permit raises the YouTube legal responsibility of the YouTube website!

If you do not experience as defined below in the first two paragraphs of the Committee on YouTube constructive, we will be forced to otherwise enforce the copyrights of our clients - a joint claim for damages; filing.

We look forward to your prompt action and feedback.

Sincerely, Gábor Csupó
Managing Director
Pirate Monitor LLC, Authorized Representative of MEGA FILM Ltd.


1, Zimmer Feri - Pista Papa
https://www.youtube.com/watch?v=UPQKq6aEK1c

2, Zimmer Feri 2. [FULL FILM] ( 2010) HUN - OnlineFilmsHungarian
https://www.youtube.com/watch?v=TBe8sLe7478

3, Zimmer Feri 2.Full Movie 2016 HD - Benjamin Duncan - REMOVED
https://www.youtube.com/watch?v=yxAs6IR6wGc

4, Zimmer Feri - bestof
https://www.youtube.com/watch?v=xPXgNGxqjLw

5, Zimmer Feri 1 Werk details Peter Tímár 1997 - Éva Bencsik - REMOVED
https://www.youtube.com/watch?v= g4Cjrba6HLk

6, Zimmer Feri - Abendessen - Tamás Vetró
https://www.youtube.com/watch?v=oboBqX4O40o

7, Zimmer Feri trailer with ENG sub - hungaricom - REMOVED
https://www.youtube.com/watch?v= gwcxV8iAYVl

8, Zimmer Feri's Sausages - András Dániel - REMOVED
https://www.youtube.com/watch?v=xyAsLEPtGE8

9, zimmer feri kavefozes mysteries in 1997 - Tam Flo
https://www.youtube.com/watch?v = cgONEqcu26w

10, zimmer feri 2 tibike smart - homer44a - REMOVED
https://www.youtube.com/watch?v=OstZtrhDxEU

11, littlestar zimmer feri 2 sample - lászló Great - REMOVED
https://www.youtube.com/ watch? v = 1fv6abLXKNk

12, Zimmer Frei Film. HUN - united1127
https://www.youtube.com/watch?v=kojinLTZU7s

13, Zimmer Feri Parody - Lucifer Channel - REMOVED
https://www.youtube.com/watch?v=2atF9YElGoY

14, Zimmer Feri 2 Parody - Lucifer Channel - REMOVED
https://www.youtube.com/watch?v= EQJECTx_G2U

15, Pucold Potatoes - MrEyesis - REMOVED
https://www.youtube.com/watch?v=t5ob3YpIM1Y

16, Huntube Poop: Zimmer ireF - Only G - REMOVED
https://www.youtube.com/watch?v = CujFl61p8Os

YouTube Copyright < youtube-disputes+3cx0vxtm6yup207@google.com > wrote this on (April 15, 2019, H, 15:27):

> Welcome!
>
> Thank you for your e-mail! Under the Copyright Act, we require a complete copyright notice for each removal request.
>
> The easiest way to file a different complaint is through your YouTube account using our online form .
>
> Thank you very much for your cooperation!
>
> Sincerely:
>
> The YouTube Team
>
> On April 15, 2019 usintellectualpropertyllc@gmail.com wrote:
>
> > Dear YouTube,
> >
> > Thank you for your notification!
> >
> > At the same time, we note that we have reported 16 infringing content so far, of which only 10 have been removed. See the list after your letter.
> >
> > 1, Please take immediate action to terminate further infringements as soon as possible for the remaining

CONFIDENTIAL

videos.

2, We also ask you to immediately review our appended Content ID and Content Verification Program application as we would like to submit more content removal requests, as well as to generate advertising revenue after unauthorized uploads to non-full movies.

3, We note and hereby note that unauthorized unauthorized disclosure of our copyrighted content on YouTube will also raise YouTube's legal liability (YouTube vs. Puls 4, according to a ruling of the Vienna Commercial Court last year).

We look forward to your prompt action and feedback.

Sincerely, Gábor Csupó
Managing Director
Pirate Monitor LLC, Authorized Representative of MEGA FILM Ltd.


1, Zimmer Feri - Pista Papa
https://www.youtube.com/watch?v=UPQKq6aEK1c

2, Zimmer Feri 2. ) HUN - OnlineFilmsHungarian
https://www.youtube.com/watch?v=TBe8sLe7478

3, Zimmer Feri 2.Total Movie 2016 HD - Benjamin Duncan - REMOVED
https://www.youtube.com/watch?v=yxAs6lR6wGc

4, Zimmer Feri - bestof
https://www.youtube.com/watch?v=xPXgNGxqjLw

5, Zimmer Feri 1 Werk details Peter Tímár 1997 - Éva Bencsik - REMOVED
https://www.youtube.com/watch?v= g4Cjrba6HLk

6, Zimmer Feri - Abendessen - Tamás Vetró
https://www.youtube.com/watch?v=oboBqX4O40o

7, Zimmer Feri trailer with ENG sub - hungaricom - REMOVED
https://www.youtube.com/watch?v = gwcxV8iAYVI

8, Zimmer Feri's Sausages - Dániel András - REMOVED
https://www.youtube.com/watch?v=xyAsLEPtGE8

9, zimmer feri kavefozes mysteries in 1997 - Tam Flo
https://www.youtube.com/watch?v = cgONEqcu26w

10, zimmer feri 2 chick smart - homer44a - REMOVED
https://www.youtube.com/watch?v=OstZtrhDxEU

11, littlestar zimmer feri 2 sample - laszlo Great - REMOVED
https://www.youtube.com/watch?v=1fv6abLXKNk

12, Zimmer Frei Film. HUN - united1127
https://www.youtube.com/watch?v=kojinLTZU7s

13, Zimmer Feri Parody - Lucifer Channel - REMOVED
https://www.youtube.com/watch?v=2atF9YElGoY

14, Zimmer Feri 2 Parody - Lucifer Channel - REMOVED
https://www.youtube.com/watch?v=EQJECTx_G2U

15, Pucold Potatoes - MrEyesis - REMOVED
https://www.youtube.com/watch?v=t5ob3YpIM1Y

16, Huntube Poop: Zimmer ireF - Only G - REMOVED
https://www.youtube.com/watch?v=CujFl61p8Os

YouTube Copyright < youtube-disputes+3cx0vxtm6yup207@google.com > wrote this on (April 13, 2019, Sat, 19:14):

CONFIDENTIAL

GOOG-SCHNDR-00000390



Dear Pirate Monitor LLC!

Thank you for your notification! Content removed.

- The YouTube team

Data you provide:

Name of the copyright owner (possibly company name): MEGA FILM Kft
Full name (alias, username or monogram not usable): Gábor Csupó
Position or job (how do you complain?): Authorized representative
Address:
5277 Shoshone Ave
Encino, California 91316
EN
Username: Pirate Monitor LLC
Email: usintellectualpropertyllc@gmail.com
Phone: +1 310 994-8100

URL of the video you are supposed to be infringing to remove:
http://www.youtube.com/watch?v=xyAsLEPtGE8
Characterize a work whose copyright is allegedly infringed: A video
from my company, organization, or client (not YouTube)

○ Original video title: Zimmer Feri
○ Link to video:
○ Where does the content appear? In the full video

Country to which the copyright applies: HU

I declare in good faith that:

• I am the owner of the allegedly exclusive exclusive right or the
  authorized agent of the owner.
• I have the good faith belief that the use of the material in an
  objectionable manner has not been authorized by the copyright owner,
  its agent or the law; and
• This announcement is accurate.
• I acknowledge that it may have adverse legal consequences if,
  through this process, I accuse someone wrongfully or in bad faith of

CONFIDENTIAL

GOOG-SCHNDR-00000391

infringing copyright.

- I understand that abuse of the device will result in the termination of my YouTube account.

**Authorized signature: Gábor Csupó**

Help • Email settings

©2019 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066, USA



CONFIDENTIAL

GOOG-SCHNDR-00000392