# EXHIBIT 17b

to the Declaration of Chenyuan Zhu



**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Shayna Himelfarb, hereby certify that the document "**GOOG-SCHNDR-00000370**" is, to the best of my knowledge and belief, a true and accurate translation from Hungarian into English.

_____
Shayna Himelfarb

Sworn to before me this
June 30, 2022

_____
Signature, Notary Public



_____
Stamp, Notary Public

# Ticket T7-12674468

Conversation with **usintellectualpropertyllc@gmail.com** · Re: YouTube Copyright Complaint Submission

---

**usintellectualpropertyllc@gmail.com**                                    Apr 12, 2019, 4:46 AM

To:

Subject: Copyright Complaint Submission

Video IDs: xyAsLEPtGE8

---

**video-rights**                                                           Apr 12, 2019, 4:46 AM

To: usintellectualpropertyllc@gmail.com

Subject: YouTube Copyright Complaint Submission

---

[icon:] YouTube

## Confirmation of copyright infringement notification

Thank you for the submitted material. We will check if it is valid and contains all the necessary elements. If we take action on your request, we will notify you in response to this email.

The information you provided:

Name of the copyright owner (possibly the company name): MEGA FILM Kft

Full name (pseudonym, username or initials may not be used): Gábor Csupó Position or job title (in what capacity are you submitting a complain?): Authorized representative

Address:
5277 Shoshone Ave
Encino, California 91316
HU

User name: Pirate Monitor LLC
Email address: usintellectualpropertyllc@gmail.com
Telephone: +1 310 994-8100

                                    GOOG-SCHNDR-00000370

URL of the allegedly infringing video to be removed:
http://www.youtube.com/watch?v=xyAsLEPtGE8
Identify the work whose copyright is allegedly infringed: Video of my
company, organisation or client (not from YouTube)

o Original video title: Zimmer Feri
o Link to the video:
o Where does the content appear? In the full video

Country to which the copyright applies: HU

I declare in good faith that:

- I am the owner of the exclusive rights that is allegedly infringed or an
  authorised agent of the owner.
- I have a good faith belief that the use of the material in the manner
  complained of is not authorized by the copyright owner, its agent, or
  the law; and
- This notification is accurate.
- I understand that there may be adverse legal consequences if I use this
  process to falsely or in bad faith accuse someone of copyright
  infringement.
- I understand that misuse of this instrument will result in the
  termination of my YouTube account.

Authenticated signature: Gábor Csupó

Sincerely,

– YouTube Team

Help • E mail settings

©2019 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066, USA

[icon]

**video-rights**                                            Apr 13, 2019, 10:14 AM
To: usintellectualpropertyllc@gmail.com

CONFIDENTIAL                                    GOOG-SCHNDR-00000371

Subject: YouTube Copyright Complaint Submission

[icon:] YouTube

Dear Pirate Monitor LLC,

Thank you for the notification! The content has been removed.

- YouTube Team

The information you provided:

Name of the copyright owner (possibly the company name): MEGA FILM Kft
Full name (pseudonym, username or initials may not be used): Gábor Csupó Position or
job title (in what capacity are you submitting a complain?): Authorized representative
Address:
5277 Shoshone Ave
Encino, California 91316
HU
User name: Pirate Monitor LLC
Email address: usintellectualpropertyllc@gmail.com
Telephone: +1 310 994-8100

URL of the allegedly infringing video to be removed:
http://www.youtube.com/watch?v=xyAsLEPtGE8
Identify the work whose copyright is allegedly infringed: Video of my
company, organisation or client (not from YouTube)

o  Original video title: Zimmer Feri
o  Link to the video:
o  Where does the content appear? In the full video

Country to which the copyright applies: HU

I declare in good faith that:

• I am the owner of the exclusive rights that is allegedly infringed or an
  authorised agent of the owner.
• I have a good faith belief that the use of the material in the manner
  complained of is not authorized by the copyright owner, its agent, or
  the law; and

GOOG-SCHNDR-00000372

- This notification is accurate.
- I understand that there may be adverse legal consequences if I use this process to falsely or in bad faith accuse someone of copyright infringement.
- I understand that misuse of this instrument will result in the termination of my YouTube account.

Authenticated signature: Gábor Csupó

Help • E mail settings

©2019 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066, USA

[icon]

| usintellectualpropertyllc@gmail.com | Apr 15, 2019, 1:07 AM |
|---|---|
| To: youtube-disputes+3cx0vxtm6yup207@google.com | |
| Subject: Re: YouTube Copyright Complaint Submission | |

Dear YouTube,

Thank you for your notification!

At the same time, we note that we have reported 16 infringing content to date, of which only 10 have been removed. See the list after our letter.

1, Please take immediate action to remove the remaining videos as soon as possible.

2, We also request that our attached Content ID and Content Verification Program request be processed without delay, as we would like to file removal requests for more content and to pursue advertising revenue for unlawful uploads of incomplete movies.

3, We note and hereby draw your attention to the fact that the unlawful, unauthorised display of our copyrighted content on YouTube's website also raises legal liability for YouTube (YouTube vs. Puls 4, Vienna Commercial Court verdict last year).

We look forward to your prompt action and feedback on the above.

Sincerely, Gábor Csupó
Managing Director
Pirate Monitor LLC, authorized representative of MEGA FILM Kft


1, Zimmer Feri - Pista Papa
https://www.youtube.com/watch?v=UPQKq6aEK1c

2, Zimmer Feri 2. [FULL MOVIE] (2010) HUN - OnlineFilmekMagyarul
https://www.youtube.com/watch?v=TBe8sLe7478

3, Zimmer Feri 2. Full movie 2016 HD - Benjamin Duncan - REMOVED
https://www.youtube.com/watch?v=yxAs6IR6wGc

4, Zimmer Feri - bestof
https://www.youtube.com/watch?v=xPXgNGxqjLw

GOOG-SCHNDR-00000373

5, Zimmer Feri 1 Werk parts Tímár Péter 1997 - Éva Bencsik - REMOVED
https://www.youtube.com/watch?v=g4Cjrba6HLk

6, Zimmer Feri - Abendessen - Tamás Vetró
https://www.youtube.com/watch?v=oboBqX4O40o

7, Zimmer Feri trailer with ENG sub - hungaricom - REMOVED
https://www.youtube.com/watch?v=gwcxV8iAYVI

8, Zimmer Feri kolbászkái - András Dániel - REMOVED
https://www.youtube.com/watch?v=xyAsLEPtGE8

9, zimmer feri kavefozes rejtelmei 1997ben - Tam Flo
https://www.youtube.com/watch?v=cgONEqcu26w

10, zimmer feri 2 tibike okos - homer44a - REMOVED
https://www.youtube.com/watch?v=OstZtrhDxEU

11, littlestar zimmer feri 2 sample - László Nagy - REMOVED
https://www.youtube.com/watch?v=1fv6abLXKNk

12, Zimmer Frei Film . HUN - united1127
https://www.youtube.com/watch?v=kojinLTZU7s

13, Zimmer Feri Parody - Lucifer Channel - REMOVED
https://www.youtube.com/watch?v=2atF9YEIGoY

14, Zimmer Feri 2 parody - Lucifer Channel - REMOVED
https://www.youtube.com/watch?v=EQJECTx_G2U

15, Pucold a burgonyát - MrEyesis - REMOVED
https://www.youtube.com/watch?v=t5ob3YpIM1Y

16, Huntube Poop: Zimmer ireF - Csak G - REMOVED
https://www.youtube.com/watch?v=CujFI61p8Os

YouTube Copyright <youtube-disputes+3cx0vxtm6yup207@google.com> wrote (date: 13 apr. 2019, Time, 19:14):

# [icon:] YouTube

Dear Pirate Monitor LLC,

Thank you for the notification! The content has been removed.

- YouTube Team

The information you provided:

Name of the copyright owner (possibly the company name): MEGA FILM Kft
Full name (pseudonym, username or initials may not be used): Gábor Csupó Position or
job title (in what capacity are you submitting a complain?): Authorized representative
Address:
5277 Shoshone Ave
Encino, California 91316
HU
User name: Pirate Monitor LLC
Email address: usintellectualpropertyllc@gmail.com
Telephone: +1 310 994-8100

CONFIDENTIAL

GOOG-SCHNDR-00000374

URL of the allegedly infringing video to be removed:
http://www.youtube.com/watch?v=xyAsLEPtGE8
Identify the work whose copyright is allegedly infringed: Video of my company, organisation or client (not from YouTube)

o   Original video title: Zimmer Feri
o   Link to the video:
o   Where does the content appear? In the full video

Country to which the copyright applies: HU

I declare in good faith that:

- I am the owner of the exclusive rights that is allegedly infringed or an authorised agent of the owner.
- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I understand that there may be adverse legal consequences if I use this process to falsely or in bad faith accuse someone of copyright infringement.
- I understand that misuse of this instrument will result in the termination of my YouTube account.

Authenticated signature: Gábor Csupó

Help • E mail settings

©2019 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066, USA

[icon]

| | |
|---|---|
| **dahili@google.com** | Apr 15, 2019, 6:27 AM |
| To: usintellectualpropertyllc@gmail.com | |
| Subject: Re: YouTube Copyright Complaint Submission | |

Welcome!

CONFIDENTIAL

GOOG-SCHNDR-00000375

Thank you for your email! Under copyright law, we require a full copyright notice for each removal request.

Another complaint is best submitted through your YouTube account, using our online form.

Thank you very much for your cooperation!

Sincerely,

The YouTube Team

On April 15, 2019 usintellectualpropertyllc@gmail.com wrote:

Dear YouTube,

Thank you for your notification!

At the same time, we note that we have reported 16 infringing content so far, of which only 10 have been removed. See the list after your letter.

1, Please take immediate action to terminate further infringements as soon as possible for the remaining videos.

2, We also ask you to immediately review our appended Content ID and Content Verification Program application as we would like to submit more content removal requests, as well as to generate advertising revenue after unauthorized uploads to non-full movies.

3, We note and hereby note that unauthorized unauthorized disclosure of our copyrighted content on YouTube will also raise YouTube's legal liability (YouTube vs. Puls 4, according to a ruling of the Vienna Commercial Court last year).

We look forward to your prompt action and feedback.

Sincerely, Gábor Csupó
Managing Director
Pirate Monitor LLC, Authorized Representative of MEGA FILM Ltd.

1, Zimmer Feri - Pista Papa
https://www.youtube.com/watch?v=UPQKq6aEK1c

2, Zimmer Feri 2. ) HUN - OnlineFilmsHungarian
https://www.youtube.com/watch?v=TBe8sLe7478

3, Zimmer Feri 2.Total Movie 2016 HD - Benjamin Duncan - REMOVED
https://www.youtube.com/watch?v=yxAs6IR6wGc

4, Zimmer Feri - bestof
https://www.youtube.com/watch?v=xPXgNGxqjLw

5, Zimmer Feri 1 Werk details Peter Tímár 1997 - Éva Bencsik - REMOVED
https://www.youtube.com/watch?v=g4Cjrba6HLk

6, Zimmer Feri - Abendessen - Tamás Vetró
https://www.youtube.com/watch?v=oboBqX4O40o

7, Zimmer Feri trailer with ENG sub - hungaricom - REMOVED
https://www.youtube.com/watch?v=gwcxV8iAYVI

CONFIDENTIAL

8, Zimmer Feri's Sausages - András Dániel - REMOVED
https://www.youtube.com/watch?v=xyAsLEPtGE8

9, zimmer feri kavefozes mysteries in 1997 - Tam Flo
https://www.youtube.com/watch?v=cgONEqcu26w

10, zimmer feri 2 tibike smart - homer44a - REMOVED
https://www.youtube.com/watch?v=OstZtrhDxEU

11, littlestar zimmer feri 2 sample - Laszlo Nagy - REMOVED
https://www.youtube.com/watch?v=1fv6abLXKNk

12, Zimmer Frei Film. HUN - united1127
https://www.youtube.com/watch?v=kojinLTZU7s

13, Zimmer Feri Parody - Lucifer Channel - REMOVED
https://www.youtube.com/watch?v=2atF9YEIGoY

14, Zimmer Feri 2 Parody - Lucifer Channel - REMOVED
https://www.youtube.com/watch?v=EQJECTx_G2U

15, Pucold Potatoes - MrEyesis - REMOVED
https://www.youtube.com/watch?v=t5ob3YpIM1Y

16, Huntube Poop: Zimmer ireF - Only G - REMOVED
https://www.youtube.com/watch?v=CujFI61p8Os

YouTube Copyright < youtube-disputes+3cx0vxtm6yup207@google.com > wrote this on (April 13, 2019, Sat, 19:14):

[icon:] YouTube

Dear Pirate Monitor LLC!

Thank you for your notification! Content removed.

- The YouTube team

Data you provide:

Name of the copyright owner (possibly company name): MEGA FILM Kft
Full name (alias, username or monogram not usable): Gábor Csupó
Position or job (how do you complain?): Authorized representative
Address:
5277 Shoshone Ave
Encino, California 91316
EN
Username: Pirate Monitor LLC
Email: usintellectualpropertyllc@gmail.com
Phone: +1 310 994-8100

URL of the video you are supposed to be infringing to remove:

http://www.youtube.com/watch?v=xyAsLEPtGE8

Characterize a work whose copyright is allegedly infringed: A video from my company, organization, or client (not YouTube)

- ○ Original video title: Zimmer Feri
- ○ Link to video:
- ○ Where does the content appear? In the full video

Country to which the copyright applies: HU

I declare in good faith that:

- I am the owner of the allegedly exclusive exclusive right or the authorized agent of the owner.
- I have the good faith belief that the use of the material in an objectionable manner has not been authorized by the copyright owner, its agent or the law; and
- This announcement is accurate.
- I acknowledge that it may have adverse legal consequences if, through this process, I accuse someone wrongfully or in bad faith of infringing copyright.
- I understand that abuse of the device will result in the termination of my YouTube account.

Authorized signature: Gábor Csupó

Help • E mail settings

©2019 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066, USA

[icon]

| | |
|---|---|
| **usintellectualpropertyllc@gmail.com** | Apr 17, 2019, 5:13 AM |
| To: youtube-disputes+3cx0vxtm6yup207@google.com | |
| Subject: Re: YouTube Copyright Complaint Submission | |

Dear YouTube,

What do you mean by "full copyright notice"? Our company fully represents the copyright owner!

We attach the authorization we have received from the final rights holder of the videos we have notified. This authorization gives our firm both the right and the obligation to act against YouTube for the removal or monetization of content uploaded without our Client's permission and protected by copyright law.

For your information, they only allow the same video to be submitted once. We tried in vain to resubmit our Takedown Notice, but this was not possible. See attached screenshot. See attached screenshot.

1, We continue to request that you remove the other infringing videos immediately!

CONFIDENTIAL

2, Please continue to grant us access to the Content ID and Content Verification Program!
Our company will not only provide legal protection for MEGA FILM Ltd, but will also contract with other rights holders, so we will be filing removal requests for more content in the near future and requesting advertising revenue for unlawful uploads of incomplete movies.

3, In the light of "DIRECTIVE (EU) 2019 OF THE EUROPEAN PARLIAMENT AND OF THE COUNCIL on copyright and related rights in the Digital Single Market and amending Directives", we note again that the unlawful, unauthorised display of our copyrighted content on YouTube's website also raises legal liability against YouTube!

If we do not see constructive action by YouTube in the first two points, we will be forced to enforce our Clients' copyright in other ways - by filing a joint claim for damages.

We look forward to your prompt action and feedback on the above.

Sincerely, Gábor Csupó
Managing Director
Pirate Monitor LLC, authorized representative of MEGA FILM Kft
1, Zimmer Feri - Pista Papa
https://www.youtube.com/watch?v=UPQKq6aEK1c

2, Zimmer Feri 2. [FULL MOVIE] (2010) HUN - OnlineFilmekMagyarul
https://www.youtube.com/watch?v=TBe8sLe7478

3, Zimmer Feri 2. Full movie 2016 HD - Benjamin Duncan - REMOVED
https://www.youtube.com/watch?v=yxAs6IR6wGc

4, Zimmer Feri - bestof
https://www.youtube.com/watch?v=xPXgNGxqjLw

5, Zimmer Feri 1 Werk parts Tímár Péter 1997 - Éva Bencsik - REMOVED
https://www.youtube.com/watch?v=g4Cjrba6HLk

6, Zimmer Feri - Abendessen - Tamás Vetró
https://www.youtube.com/watch?v=oboBqX4O40o

7, Zimmer Feri trailer with ENG sub - hungaricom - REMOVED
https://www.youtube.com/watch?v=gwcxV8iAYVI

8, Zimmer Feri kolbászkái - András Dániel - REMOVED
https://www.youtube.com/watch?v=xyAsLEPtGE8

9, zimmer feri kavefozes rejtelmei 1997ben - Tam Flo
https://www.youtube.com/watch?v=cgONEqcu26w

10, zimmer feri 2 tibike okos - homer44a - REMOVED
https://www.youtube.com/watch?v=OstZtrhDxEU

11, littlestar zimmer féri 2 sample - lászló Nagy - REMOVED
https://www.youtube.com/watch?v=1fv6abLXKNk

12, Zimmer Frei Film . HUN - united1127
https://www.youtube.com/watch?v=kojinLTZU7s

13, Zimmer Feri Parody - Lucifer Channel - REMOVED
https://www.youtube.com/watch?v=2atF9YEIGoY

14, Zimmer Feri 2 parody - Lucifer Channel - REMOVED
https://www.youtube.com/watch?v=EQJECTx_G2U
15, Pucold a burgonyát - MrEyesis - REMOVED
https://www.youtube.com/watch?v=t5ob3YpIM1Y
16, Huntube Poop: Zimmer ireF - Csak G - REMOVED
https://www.youtube.com/watch?v=CujFI61p8Os

YouTube Copyright <youtube-disputes+3cx0vxtm6yup207@google.com> wrote (daee: 15 apr. 2019, M, 15:27):

Welcome!

Thank you for your email! Under copyright law, we require a full copyright notice for each removal request.

Another complaint is best submitted through your YouTube account, using our online form.

Thank you very much for your cooperation!

Sincerely:

The YouTube Team

On April 15, 2019 usintellectualpropertyllc@gmail.com wrote:

Dear YouTube,

Thank you for your notification!

At the same time, we note that we have reported 16 infringing content so far, of which only 10 have been removed. See the list after your letter.

1, Please take immediate action to terminate further infringements as soon as possible for the remaining videos.

2, We also ask you to immediately review our appended Content ID and Content Verification Program application as we would like to submit more content removal requests, as well as to generate advertising revenue after unauthorized uploads to non-full movies.

3, We note and hereby note that unauthorized unauthorized disclosure of our copyrighted content on YouTube will also raise YouTube's legal liability (YouTube vs. Puls 4, according to a ruling of the Vienna Commercial Court last year).

We look forward to your prompt action and feedback.

Sincerely, Gábor Csupó
Managing Director
Pirate Monitor LLC, Authorized Representative of MEGA FILM Ltd.

1, Zimmer Feri - Pista Papa
https://www.youtube.com/watch?v=UPQKq6aEK1c

2, Zimmer Feri 2. ) HUN - OnlineFilmsHungarian
https://www.youtube.com/watch?v=TBe8sLe7478

3, Zimmer Feri 2.Total Movie 2016 HD - Benjamin Duncan - REMOVED
https://www.youtube.com/watch?v=yxAs6IR6wGc

4, Zimmer Feri - bestof
https://www.youtube.com/watch?v=xPXgNGxqjLw

5, Zimmer Feri 1 Werk details Péter Tímár 1997 - Éva Bencsik - REMOVED
https://www.youtube.com/watch?v=g4Cjrba6HLk

6, Zimmer Feri - Abendessen - Tamás Vetró
https://www.youtube.com/watch?v=oboBqX4O40o

GOOG-SCHNDR-00000380

7, Zimmer Feri trailer with ENG sub - hungaricom - REMOVED
https://www.youtube.com/watch?v=gwcxV8iAYVI

8, Zimmer Feri's Sausages - András Dániel - REMOVED
https://www.youtube.com/watch?v=xyAsLEPtGE8

9, zimmer feri kavefozes mysteries in 1997 - Tam Flo
https://www.youtube.com/watch?v=cgONEqcu26w

10, zimmer feri 2 tibike smart - homer44a - REMOVED
https://www.youtube.com/watch?v=OstZtrhDxEU

11, littlestar zimmer feri 2 sample - Laszlo Nagy - REMOVED
https://www.youtube.com/watch?v=1fv6abLXKNk

12, Zimmer Frei Film. HUN - united1127
https://www.youtube.com/watch?v=kojinLTZU7s

13, Zimmer Feri Parody - Lucifer Channel - REMOVED
https://www.youtube.com/watch?v=2atF9YEIGoY

14, Zimmer Feri 2 Parody - Lucifer Channel - REMOVED
https://www.youtube.com/watch?v=EQJECTx_G2U

15, Pucold Potatoes - MrEyesis - REMOVED
https://www.youtube.com/watch?v=t5ob3YpIM1Y

16, Huntube Poop: Zimmer ireF - Only G - REMOVED
https://www.youtube.com/watch?v=CujFI61p8Os

YouTube Copyright < youtube-disputes+3cx0vxtm6yup207@google.com > wrote this on (April 13, 2019, Sat, 19:14):

[icon:] YouTube

---

Dear Pirate Monitor LLC!

Thank you for your notification! Content removed.

- The YouTube team

Data you provide:

Name of the copyright owner (possibly company name): MEGA FILM Kft
Full name (alias, username or monogram not usable): Gábor Csupó
Position or job (how do you complain?): Authorized representative
Address:
5277 Shoshone Ave
Encino, California 91316
EN
Username: Pirate Monitor LLC
Email: usintellectualpropertyllc@gmail.com
Phone: +1 310 994-8100

URL of the video you are supposed to be infringing to remove:

http://www.youtube.com/watch?v=xyAsLEPtGE8

---

Characterize a work whose copyright is allegedly infringed: A video from my company, organization, or client (not YouTube)

- o Original video title: Zimmer Feri
- o Link to video:
- o Where does the content appear? In the full video

Country to which the copyright applies: HU

I declare in good faith that:

- I am the owner of the allegedly exclusive exclusive right or the authorized agent of the owner.
- I have the good faith belief that the use of the material in an objectionable manner has not been authorized by the copyright owner, its agent or the law; and
- This announcement is accurate.
- I acknowledge that it may have adverse legal consequences if, through this process, I accuse someone wrongfully or in bad faith of infringing copyright.
- I understand that abuse of the device will result in the termination of my YouTube account.

Authorized signature: Gábor Csupó

Help • E mail settings

©2019 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066, USA

[icon]

---

| **dahili@google.com** | Apr 17, 2019, 7:06 AM |
|---|---|
| To: usintellectualpropertyllc@gmail.com | |
| Subject: Re: YouTube Copyright Complaint Submission | |

Welcome!

Thank you for your notification! In order to take the steps you requested, we need two more things:

GOOG-SCHNDR-00000382

1. Statement that the complainant is in good faith that the use of the material in a manner that is objectionable has not been authorized by the copyright owner, its agent or the law.

2. A statement that the information in the notification is correct and you are aware of your criminal liability that the complainant is entitled to act on behalf of the owner of the allegedly exclusive right.

Please submit these statements in response and we will be able to proceed with your complaint.

The easiest way to submit a complete complaint is through our web form .

Sincerely:

The YouTube Team

On April 17, 2019 usintellectualpropertyllc@gmail.com wrote:

Dear YouTube,

What do you mean by "complete copyright notice"? Our company fully represents the right holder!

We'll attach your authorization to the final rights owner of the videos we announce. On the one hand, this authorization confers on our company the right to, and on the other hand, the obligation to act upon the removal or removal of copyrighted content copyrighted by YouTube without the permission of our Client. about monetization.

For your information, the same video is only allowed to be reported once by their system. We tried to re-submit our Takedown Notice, but this was not possible. See attached screenshot.

1, Please continue to remove other infringing videos immediately!

2, Please continue to give access to the Content ID and Content Verification Program!

Our company will not only protect the rights of MEGA FILM Ltd., but will also contract with other rights holders, so we will be submitting more requests for removal in the near future, and to make advertising revenue for unauthorized uploads of non-full films.

3, A " DIRECTIVE (EU) 2019 OF THE EUROPEAN PARLIAMENT AND OF THE COUNCIL"Knowing we note again that the display of copyrighted content illegal without a permit raises the YouTube legal responsibility of the YouTube website!

If you do not experience as defined below in the first two paragraphs of the Committee on YouTube constructive, we will be forced to otherwise enforce the copyrights of our clients - a joint claim for damages; filing.

We look forward to your prompt action and feedback.

Sincerely, Gábor Csupó
Managing Director
Pirate Monitor LLC, Authorized Representative of MEGA FILM Ltd.


1, Zimmer Feri - Pista Papa
https://www.youtube.com/watch?v=UPQKq6aEK1c

2, Zimmer Feri 2.[FULL FILM] ( 2010) HUN - OnlineFilmsHungarian
https://www.youtube.com/watch?v=TBe8sLe7478

3, Zimmer Feri 2.Full Movie 2016 HD - Benjamin Duncan - REMOVED

CONFIDENTIAL

https://www.youtube.com/watch?v=yxAs6IR6wGc
4, Zimmer Feri - bestof
https://www.youtube.com/watch?v=xPXgNGxqjLw

5, Zimmer Feri 1 Werk details Peter Tímár 1997 - Éva Bencsik - REMOVED
https://www.youtube.com/watch?v=g4Cjrba6HLk

6, Zimmer Feri - Abendessen - Tamás Vetró
https://www.youtube.com/watch?v=oboBqX4O40o

7, Zimmer Feri trailer with ENG sub - hungaricom - REMOVED
https://www.youtube.com/watch?v=gwcxV8iAYVI

8, Zimmer Feri's Sausages - András Dániel - REMOVED
https://www.youtube.com/watch?v=xyAsLEPtGE8

9, zimmer feri kavefozes mysteries in 1997 - Tam Flo
https://www.youtube.com/watch?v=cgONEqcu26w

10, zimmer feri 2 tibike smart - homer44a - REMOVED
https://www.youtube.com/watch?v=OstZtrhDxEU

11, littlestar zimmer feri 2 sample - László Nagy - REMOVED
https://www.youtube.com/watch?v=1fv6abLXKNk

12, Zimmer Frei Film. HUN - united1127
https://www.youtube.com/watch?v=kojinLTZU7s

13, Zimmer Feri Parody - Lucifer Channel - REMOVED
https://www.youtube.com/watch?v=2atF9YEIGoY

14, Zimmer Feri 2 Parody - Lucifer Channel - REMOVED
https://www.youtube.com/watch?v=EQJECTx_G2U

15, Pucold Potatoes - MrEyesis - REMOVED
https://www.youtube.com/watch?v=t5ob3YpIM1Y

16, Huntube Poop: Zimmer ireF - Only G - REMOVED
https://www.youtube.com/watch?v=CujFI61p8Os

YouTube Copyright < youtube-disputes+3cx0vxtm6yup207@google.com > wrote this on (April 15, 2019, H, 15:27):

Welcome!

Thank you for your e-mail! Under the Copyright Act, we require a complete copyright notice for each removal request.

The easiest way to file a different complaint is through your YouTube account using our online form .

Thank you very much for your cooperation!

Sincerely:

The YouTube Team

On April 15, 2019 usintellectualpropertyllc@gmail.com wrote:

GOOG-SCHNDR-00000384

Dear YouTube,

Thank you for your notification!

At the same time, we note that we have reported 16 infringing content so far, of which only 10 have been removed. See the list after your letter.

1, Please take immediate action to terminate further infringements as soon as possible for the remaining videos.

2, We also ask you to immediately review our appended Content ID and Content Verification Program application as we would like to submit more content removal requests, as well as to generate advertising revenue after unauthorized uploads to non-full movies.

3, We note and hereby note that unauthorized unauthorized disclosure of our copyrighted content on YouTube will also raise YouTube's legal liability (YouTube vs. Puls 4, according to a ruling of the Vienna Commercial Court last year).

We look forward to your prompt action and feedback.

Sincerely, Gábor Csupó
Managing Director
Pirate Monitor LLC, Authorized Representative of MEGA FILM Ltd.


1, Zimmer Feri - Pista Papa
https://www.youtube.com/watch?v=UPQKq6aEK1c

2, Zimmer Feri 2. ) HUN - OnlineFilmsHungarian
https://www.youtube.com/watch?v=TBe8sLe7478

3, Zimmer Feri 2.Total Movie 2016 HD - Benjamin Duncan - REMOVED
https://www.youtube.com/watch?v=yxAs6IR6wGc

4, Zimmer Feri - bestof
https://www.youtube.com/watch?v=xPXgNGxqjLw

5, Zimmer Feri 1 Werk details Peter Tímár 1997 - Éva Bencsik - REMOVED
https://www.youtube.com/watch?v=g4Cjrba6HLk

6, Zimmer Feri - Abendessen - Tamás Vetró
https://www.youtube.com/watch?v=oboBqX4O40o

7, Zimmer Feri trailer with ENG sub - hungaricom - REMOVED
https://www.youtube.com/watch?v=gwcxV8iAYVI

8, Zimmer Feri's Sausages - Dániel András - REMOVED
https://www.youtube.com/watch?v=xyAsLEPtGE8

9, zimmer feri kavefozes mysteries in 1997 - Tam Flo
https://www.youtube.com/watch?v=cgONEqcu26w

10, zimmer feri 2 chick smart - homer44a - REMOVED
https://www.youtube.com/watch?v=OstZtrhDxEU

11, littlestar zimmer feri 2 sample - Laszlo Nagy - REMOVED
https://www.youtube.com/watch?v=1fvfiabLXKNk

12, Zimmer Frei Film. HUN - united1127
https://www.youtube.com/watch?v=kojinLTZU7s

13, Zimmer Feri Parody - Lucifer Channel - REMOVED
https://www.youtube.com/watch?v=2atF9YEIGoY

14, Zimmer Feri 2 Parody - Lucifer Channel - REMOVED
https://www.youtube.com/watch?v=EQJECTx_G2U

15, Pucold Potatoes - MrEyesis - REMOVED
https://www.youtube.com/watch?v=t5ob3YpIM1Y

16, Huntube Poop: Zimmer ireF - Only G - REMOVED
https://www.youtube.com/watch?v=CujFI61p8Os

YouTube Copyright < youtube-disputes+3cx0vxtm6yup207@google.com > wrote this on (April 13, 2019, Sat, 19:14):

[icon:] YouTube

---

Dear Pirate Monitor LLC!

Thank you for your notification! Content removed.

- The YouTube team

Data you provide:

Name of the copyright owner (possibly company name): MEGA FILM Kft
Full name (alias, username or monogram not usable): Gábor Csupó
Position or job (how do you complain?): Authorized representative
Address:
5277 Shoshone Ave
Encino, California 91316
EN
Username: Pirate Monitor LLC
Email: usintellectualpropertyllc@gmail.com
Phone: +1 310 994-8100

URL of the video you are supposed to be infringing to remove:
http://www.youtube.com/watch?v=xyAsLEPtGE8
Characterize a work whose copyright is allegedly infringed: A video from my company, organization, or client (not YouTube)

○ Original video title: Zimmer Feri
○ Link to video:
○ Where does the content appear? In the full video

Country to which the copyright applies: HU

I declare in good faith that:

• I am the owner of the allegedly exclusive exclusive right or the authorized agent of the owner.
• I have the good faith belief that the use of the material in an objectionable manner has not been authorized by the copyright owner,

---

CONFIDENTIAL

GOOG-SCHNDR-00000386

its agent or the law; and

- This announcement is accurate.
- I acknowledge that it may have adverse legal consequences if, through this process, I accuse someone wrongfully or in bad faith of infringing copyright.
- I understand that abuse of the device will result in the termination of my YouTube account.

Authorized signature: Gábor Csupó

Help • Email settings

©2019 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066, USA

[icon]

---

**usintellectualpropertyllc@gmail.com**
To: youtube-disputes+3cx0vxtm6yup207@google.com
Subject: Re: YouTube Copyright Complaint Submission

Apr 24, 2019, 2:13 AM

Dear YouTube,

Please find attached the requested statement.

Now that our copyright notice is complete, we want you to give us access to your Content ID and Content Verification Program asap.

Thank you.

Cordially, Gábor Csupó
Managing Director
Pirate Monitor LLC, Authorized Representative of MEGA FILM Ltd.

YouTube Copyright <youtube-disputes+3cx0vxtm6yup207@google.com> ezt írta (időpont: 2019. ápr. 17., Sze, 16:06):

Welcome!

Thank you for your notification! In order to take the steps you requested, we need two more things:

1. Statement that the complainant is in good faith that the use of the material in a manner that is objectionable has not been authorized by the copyright owner, its agent or the law.
2. A statement that the information in the notification is correct and you are aware of your criminal liability that the complainant is entitled to act on behalf of the owner of the allegedly exclusive right.

GOOG-SCHNDR-00000387

Please submit these statements in response and we will be able to proceed with your complaint.

The easiest way to submit a complete complaint is through our web form .

Sincerely:

The YouTube Team

On April 17, 2019 usintellectualpropertyllc@gmail.com wrote:

Dear YouTube,

What do you mean by "complete copyright notice"? Our company fully represents the right holder!

We'll attach your authorization to the final rights owner of the videos we announce. On the one hand, this authorization confers on our company the right to, and on the other hand, the obligation to act upon the removal or removal of copyrighted content copyrighted by YouTube without the permission of our Client. about monetization.

For your information, the same video is only allowed to be reported once by their system. We tried to re-submit our Takedown Notice, but this was not possible. See attached screenshot.

1, Please continue to remove other infringing videos immediately!

2, Please continue to give access to the Content ID and Content Verification Program!

Our company will not only protect the rights of MEGA FILM Ltd., but will also contract with other rights holders, so we will be submitting more requests for removal in the near future, and to make advertising revenue for unauthorized uploads of non-full films.

3, A " DIRECTIVE (EU) 2019 OF THE EUROPEAN PARLIAMENT AND OF THE COUNCIL"Knowing we note again that the display of copyrighted content illegal without a permit raises the YouTube legal responsibility of the YouTube website!

If you do not experience as defined below in the first two paragraphs of the Committee on YouTube constructive, we will be forced to otherwise enforce the copyrights of our clients - a joint claim for damages; filing.

We look forward to your prompt action and feedback.

Sincerely, Gábor Csupó
Managing Director
Pirate Monitor LLC, Authorized Representative of MEGA FILM Ltd.


1, Zimmer Feri - Pista Papa
https://www.youtube.com/watch?v=UPQKq6aEK1c

2, Zimmer Feri 2. [FULL FILM] ( 2010) HUN - OnlineFilmsHungarian
https://www.youtube.com/watch?v=TBe8sLe7478

3, Zimmer Feri 2.Full Movie 2016 HD - Benjamin Duncan - REMOVED
https://www.youtube.com/watch?v=yxAs6IR6wGc

4, Zimmer Feri - bestof
https://www.youtube.com/watch?v=xPXgNGxqjLw

5, Zimmer Feri 1 Werk details Peter Tímár 1997 - Éva Bencsik - REMOVED
https://www.youtube.com/watch?v=g4Cjrba6HLk
6, Zimmer Feri - Abendessen - Tamás Vetró
https://www.youtube.com/watch?v=oboBqX4O40o

GOOG-SCHNDR-00000388

7, Zimmer Feri trailer with ENG sub - hungaricom - REMOVED
https://www.youtube.com/watch?v=gwcxV8iAYVI

8, Zimmer Feri's Sausages - András Dániel - REMOVED
https://www.youtube.com/watch?v=xyAsLEPtGE8

9, zimmer feri kavefozes mysteries in 1997 - Tam Flo
https://www.youtube.com/watch?v=cgONEqcu26w

10, zimmer feri 2 tibike smart - homer44a - REMOVED
https://www.youtube.com/watch?v=OstZtrhDxEU

11, littlestar zimmer feri 2 sample - László Nagy - REMOVED
https://www.youtube.com/watch?v=1fv6abLXKNk

12, Zimmer Frei Film. HUN - united1127
https://www.youtube.com/watch?v=kojinLTZU7s

13, Zimmer Feri Parody - Lucifer Channel - REMOVED
https://www.youtube.com/watch?v=2atF9YEIGoY

14, Zimmer Feri 2 Parody - Lucifer Channel - REMOVED
https://www.youtube.com/watch?v=EQJECTx_G2U

15, Pucold Potatoes - MrEyesis - REMOVED
https://www.youtube.com/watch?v=t5ob3YpIM1Y

16, Huntube Poop: Zimmer ireF - Only G - REMOVED
https://www.youtube.com/watch?v=CujFI61p8Os

YouTube Copyright < youtube-disputes+3cx0vxtm6yup207@google.com > wrote this on (April 15, 2019, H, 15:27):

> Welcome!
>
> Thank you for your e-mail! Under the Copyright Act, we require a complete copyright notice for each removal request.
>
> The easiest way to file a different complaint is through your YouTube account using our online form .
>
> Thank you very much for your cooperation!
>
> Sincerely:
>
> The YouTube Team
>
> On April 15, 2019 usintellectualpropertyllc@gmail.com wrote:
>
>> Dear YouTube,
>>
>> Thank you for your notification!
>>
>> At the same time, we note that we have reported 16 infringing content so far, of which only 10 have been removed. See the list after your letter.
>>
>> 1, Please take immediate action to terminate further infringements as soon as possible for the remaining

CONFIDENTIAL

GOOG-SCHNDR-00000389

videos.

2, We also ask you to immediately review our appended Content ID and Content Verification Program application as we would like to submit more content removal requests, as well as to generate advertising revenue after unauthorized uploads to non-full movies.

3, We note and hereby note that unauthorized unauthorized disclosure of our copyrighted content on YouTube will also raise YouTube's legal liability (YouTube vs. Puls 4, according to a ruling of the Vienna Commercial Court last year).

We look forward to your prompt action and feedback.

Sincerely, Gábor Csupó
Managing Director
Pirate Monitor LLC, Authorized Representative of MEGA FILM Ltd.


1, Zimmer Feri - Pista Papa
https://www.youtube.com/watch?v=UPQKq6aEK1c

2, Zimmer Feri 2. ) HUN - OnlineFilmsHungarian
https://www.youtube.com/watch?v=TBe8sLe7478

3, Zimmer Feri 2.Total Movie 2016 HD - Benjamin Duncan - REMOVED
https://www.youtube.com/watch?v=yxAs6IR6wGc

4, Zimmer Feri - bestof
https://www.youtube.com/watch?v=xPXgNGxqjLw

5, Zimmer Feri 1 Werk details Peter Tímár 1997 - Éva Bencsik - REMOVED
https://www.youtube.com/watch?v=g4Cjrba6HLk

6, Zimmer Feri - Abendessen - Tamás Vetró
https://www.youtube.com/watch?v=oboBqX4O40o

7, Zimmer Feri trailer with ENG sub - hungaricom - REMOVED
https://www.youtube.com/watch?v=gwcxV8iAYVI

8, Zimmer Feri's Sausages - Dániel András - REMOVED
https://www.youtube.com/watch?v=xyAsLEPtGE8

9, zimmer feri kavefozes mysteries in 1997 - Tam Flo
https://www.youtube.com/watch?v=cgONEqcu26w

10, zimmer feri 2 chick smart - homer44a - REMOVED
https://www.youtube.com/watch?v=OstZtrhDxEU

11, littlestar zimmer feri 2 sample - Laszlo Nagy - REMOVED
https://www.youtube.com/watch?v=1fv6abLXKNk

12, Zimmer Frei Film. HUN - united1127
https://www.youtube.com/watch?v=kojinLTZU7s

13, Zimmer Feri Parody - Lucifer Channel - REMOVED
https://www.youtube.com/watch?v=2atF9YEIGoY

14, Zimmer Feri 2 Parody - Lucifer Channel - REMOVED
https://www.youtube.com/watch?v=EQJECTx_G2U

15, Pucold Potatoes - MrEyesis - REMOVED
https://www.youtube.com/watch?v=t5ob3YpIM1Y

16, Huntube Poop: Zimmer ireF - Only G - REMOVED
https://www.youtube.com/watch?v=CujFI61p8Os

YouTube Copyright < youtube-disputes+3cx0vxtm6yup207@google.com > wrote this on (April 13, 2019, Sat, 19:14):

CONFIDENTIAL

GOOG-SCHNDR-00000390

[icon:] YouTube

Dear Pirate Monitor LLC!

Thank you for your notification! Content removed.

- The YouTube team

Data you provide:

Name of the copyright owner (possibly company name): MEGA FILM Kft
Full name (alias, username or monogram not usable): Gábor Csupó
Position or job (how do you complain?): Authorized representative
Address:
5277 Shoshone Ave
Encino, California 91316
EN
Username: Pirate Monitor LLC
Email: usintellectualpropertyllc@gmail.com
Phone: +1 310 994-8100

URL of the video you are supposed to be infringing to remove:
http://www.youtube.com/watch?v=xyAsLEPtGE8
Characterize a work whose copyright is allegedly infringed: A video
from my company, organization, or client (not YouTube)

- Original video title: Zimmer Feri
- Link to video:
- Where does the content appear? In the full video

Country to which the copyright applies: HU

I declare in good faith that:

- I am the owner of the allegedly exclusive exclusive right or the
authorized agent of the owner.
- I have the good faith belief that the use of the material in an
objectionable manner has not been authorized by the copyright owner,
its agent or the law; and
- This announcement is accurate.
- I acknowledge that it may have adverse legal consequences if,
through this process, I accuse someone wrongfully or in bad faith of

CONFIDENTIAL

infringing copyright.

- I understand that abuse of the device will result in the termination of my YouTube account.

Authorized signature: Gábor Csupó

Help • Email settings

©2019 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066, USA

[icon]

CONFIDENTIAL

GOOG-SCHNDR-00000392