# EXHIBIT 18

to the Declaration of Chenyuan Zhu

# Ticket T63-13976887

Conversation with **usintellectualpropertyllc@gmail.com** · Copyright Tools Application Received

**Contact Us Form**                                                   Jun 3, 2019, 5:56 AM

To: yt-copyright-tools@google.com

Subject: Your Copyright Tools Inquiry

```
full_name: Csupó Gábor
contact_email: usintellectualpropertyllc@gmail.com
phone: +1 310 994-8100
country_region: USA
trying_to_protect_content: agent
rights_owner: legal_rep
copyright_owner_name: Magyar Nemzeti Filmalap Közhasznú Nonprofit Zrt
company_name: Intellectual Property LLC
company_website:
youtube_channel_ownership: yes1
channel_url:
https://www.youtube.com/channel/UCQYFNHE9sWaaGx9_6iFiu2w?view_as=subscriber
youtube_partner_program: no2
copyright_takedown_request: yes3
takedown_request_count: 11
last_copyright_takedown_request: 2019-06-03
copyright_takedown_email: usintellectualpropertyllc@gmail.com
host_distribute_content: yt
host_distribute_content: website
protect_content: other
protect_content_other_text: Hungary's national film heritage.
your_content_is: original_videos
copyright_title_list: The Hungarian Republic's complete film heritage.
rights_management_issues: reupload
rights_management_issues: not_making_money
rights_management_issues: reused_video_credit
rights_management_issues: remove_copies
management_tool_access: none_of_these
declaration_of_accuracy: accurate
signature: Csupó Gábor
gkms_email: usintellectualpropertyllc@gmail.com
subject_line:
Your Copyright Tools Inquiry


:---- Automatically added fields ----:
Language: en
IIILanguage: en
country_code: HU
auto-helpcenter-id: 95
auto-helpcenter-name: youtube
auto-internal-helpcenter-name: youtube
auto-full-url:
https://support.google.com/youtube/contact/copyright_management_tools_form?
auto-user-logged-in: true
auto-user-was-internal: false
IssueType: copyright_management_tools_form
form-id: copyright_management_tools_form
form: copyright_management_tools_form
subject-line-field-id: subject_line
body-text-field-id:
AutoDetectedBrowser: Firefox 67.0
AutoDetectedOS: Linux x86_64
MendelExperiments: 10800170,10800177,10800236,10800245,10800247
Form.support-content-visit-id: 636951477358419149-790490126
```

**Internal_FirstWorkflow**                                                                    Jun 5, 2019, 8:10 AM
To: usintellectualpropertyllc@gmail.com
Subject: Copyright Tools Application Received

Hello,

Thank you again for your interest in YouTube's rights management tools. Based on the information you provided, we recommend managing your rights using our online webform. This is the fastest and simplest way to report copyright infringement. Note that you can submit up to 10 video URLs per complaint. Please note that replies to this email will not be reviewed.

Before you submit, consider whether fair use, fair dealing, or a similar exception to copyright applies. These requests should only be sent in by the copyright owner or an agent authorized to act on the owner's behalf.  Please understand that abuse of this legal process may result in the suspension of your account or other legal consequences. You can learn more about copyright takedowns and use the webform here.

Regards,

The YouTube Legal Support Team

CONFIDENTIAL                                                                                       GOOG-SCHNDR-00000274