# EXHIBIT 19a

to the Declaration of Chenyuan Zhu

**Ticket T63-40953178**

Conversation with **intellectualpropertyllcus@gmail.com** · Copyright Tools Application Received

---

**Contact Us Form**  Nov 25, 2019, 5:50 AM
To: yt-copyright-tools@google.com
Subject: A szerzői jogok kezelésére szolgáló eszközökkel kapcsolatos érdeklődés

```
full_name: Csupó Gábor
contact_email: usintellectualpropertyllc@gmail.com
phone: 1-310-994-8100
country_region: Euróba
trying_to_protect_content: agent
rights_owner: legal_rep
copyright_owner_name: MEGA FILM Kft
company_name: Intellectual Property LLC
company_website: http://www.megafilm.hu/
youtube_channel_ownership: yes1
channel_url: https://www.youtube.com/channel/UCQYFNEZ9sNazGx9_6iFiu2w
youtube_partner_program: no2
copyright_takedown_request: yes3
takedown_request_count: 1001
content_verification_tool: no
copyright_match_tool: no
last_copyright_takedown_request: 2019. 11. 16.
copyright_takedown_email: usintellectualpropertyllc@gmail.com
host_distribute_content: website
protect_content: entertainment
your_content_is: original_videos
copyright_title_list: Zimmer Feri, Zimmer Feri 2, vakvagányok, Kámé eon,
Csak szex és más semmi, Ámbár tanár úr, Csudafilm, 6:3, avagy játszd újra,
Tutti!, Apán csájulna, Tibor vagyok, de hódítani akarok, Hamvadó
cigarettavég, Színem színe ország, Caeh Tamás film...
rights_management_issues: reupload
rights_management_issues: not_making_money
rights_management_issues: remove_UGC
rights_management_issues: reuses_video_credit
rights_management_issues: remove_copies
management_tool_access: none_of_these
declaration_of_accuracy: accurate
signature: Csupó Gábor
gkms_email: intellectualpropertyllc.us@gmail.com
subject_line:
A szerzői jogok kezelésére szolgáló eszközökkel kapcsolatos érdeklődés

:---- Automatically added fields ----:
Language: hu
TTLanguage: hu
country_code: HU
auto-helpcenter-id: 95
auto-helpcenter-name: youtube
auto-internal-helpcenter-name: youtube
auto-full-url:
https://support.google.com/youtube/contact/copyright_management_tools_form?
auto-user-logged-in: true
auto-user-was-internal: false
IssueType: copyright_management_tools_form
form-id: copyright_management_tools_form
form: copyright_management_tools_form
subject-line-field-id: subject_line
body-text-field-id:
AutoDetectedBrowser: Firefox 70.0
AutoDetectedOS: Windows NT 10.0
MendelExperiments:
10800170,10800177,10800235,10800244,10800253,10800267,10800284,10800286
form.support-content-visit-id: 637102854513799377-673978860
```

---

**Internal_FirstWorkflow**  Mar 13, 2020, 3:20 AM
To: intellectualpropertyllcus@gmail.com
Subject: Copyright Tools Application Received

Üdvözlünk!

Még egyszer köszönjük érdeklődésed a YouTube jogkezelési eszközei iránt. Az általad megadott információk alapján azt javasoljuk, jogaidat webes űrlapunk segítségével kezeld. A szerzői jog-sértések bejelentésének ez a leggyorsabb és legegyszerűbb módja. Felhívjuk figyelmed, hogy panaszonként legfeljebb 10 videó URL-jét küldheted be. Felhívjuk figyelmed, hogy az erre az e-mailre írt válaszokat nem figyeljük.

Beküldés előtt gondold át, hogy vonatkozik-e az esetre a méltányos használat, a tisztességes felhasználás vagy hasonló, szerzői jog alól való kivétel. Ilyen kérelmet csak a szerzői jog tulajdonosa, vagy a tulajdonos nevében eljáró, meghatalmazott képviselő küldhet be. Fontos tudni, hogy a jogi eljárással való visszaélés fiókfelfüggesztést vagy más jogi következményeket vonhat maga után. További információt a szerzői jog megsértése miatti eltávolításról, illetve a webes űrlap használatáról itt találsz.

Üdvözlettel:

A YouTube jogi ügyfélszolgálati csapata

CONFIDENTIAL                                                                                                                                    GOOG-SCHNDR-00051540