# EXHIBIT 19b

to the Declaration of Chenyuan Zhu

Certificate of Accuracy

I, Aranka Berman, Translator, am competent to translate from Hungarian into English, and hereby certify that the following is, to the best of my knowledge and belief, a true and accurate translation of the following document from Hungarian into English.

- GOOG-SCHNDR-00051540

_____         _____March 22, 2023_____
Name – Translator                 Date



Interest regarding copyright management tools

Welcome,

Again, thank you for your interest regarding YouTube's legal management tool. Based on the information you have provided, we recommend that you manage your rights with the assistance of our web-based form. It is the fastest and simplest method of reporting infringement of copyright. Please note that you can submit up to 10 video URLs per complaint. Please note that we do not monitor responses sent to this email address.

Before you submit it, please consider whether the case is an exception based on fair use, fair trade or some other copyright law. A request such as this may be submitted only by the copyright owner, or an authorized person on behalf of the copyright owner. It is important to know that any abuse of the legal process may result in account suspension or other legal consequences. Additional information regarding removal due to infringement of copyright and the use of the web form can be found here.

Best regards,

You Tube customer service team

CONFIDENTIAL

GOOG-SCHNDR-00051540