# EXHIBIT 20

to the Declaration of Chenyuan Zhu

## Ticket T63-46617331

Conversation with **piratemonitorltd@gmail.com** · Copyright Tools Application Received

**Contact Us Form**  Apr 21, 2020, 12:20 AM
To: yt-copyright-tools@google.com
Subject: Your Copyright Tools Inquiry

```
full_name: Pirate Monitor LTD
contact_email: info@piratemonitor.org
phone: +1 310 994 8100
country_region: USA
trying_to_protect_content: copyright_owner
rights_owner: individual_creator
copyright_owner_name: Pirate Monitor LTD \ Gabor Csupo
company_name: NA
company_website: NA
youtube_partner_program: no2
copyright_takedown_request: yes3
takedown_request_count: 1
last_copyright_takedown_request: March 23 2020
copyright_takedown_email: piratemonitorltd@gmail.com info@piratemonitor.org
host_distribute_content: other_host_distribute
host_distribute_other_text: DVD distribution
protect_content: entertainment
your_content_is: original_videos
copyright_title_list: Joska Menni Amerika / Immigrants (PA 2 228 928)
rights_management_issues: reupload
rights_management_issues: not_making_money
rights_management_issues: reused_video_credit
rights_management_issues: remove_copies
management_tool_access: none_of_these
declaration_of_accuracy: accurate
signature: Gabor Csupo
gkms_email: piratemonitorltd@gmail.com
subject_line:
Your Copyright Tools Inquiry


:---- Automatically added fields ----:
Language: en
IIILanguage: en
country_code: US
auto-helpcenter-id: 95
auto-helpcenter-name: youtube
auto-internal-helpcenter-name: youtube
```

CONFIDENTIAL                                                                                              GOOG-SCHNDR-00034930

```
auto-full-url:
https://support.google.com/youtube/contact/copyright_management_tools_form?pli=1
auto-user-logged-in: true
auto-user-was-internal: false
IssueType: copyright_management_tools_form
form-id: copyright_management_tools_form
form: copyright_management_tools_form
subject-line-field-id: subject_line
body-text-field-id:
AutoDetectedBrowser: Firefox 75.0
AutoDetectedOS: Windows NT 10.0
MendelExperiments:
10800177,10800235,10800244,10800253,10800267,10800284,10800286,10800300
Form.support-content-visit-id: 637230498015942867-1837756646
```

**Internal_FirstWorkflow**                                                                 Jul 9, 2020, 6:16 AM

To: piratemonitorltd@gmail.com

Subject: Copyright Tools Application Received

Hello,

Thank you again for your interest in YouTube's rights management tools. Based on the information you provided, we recommend managing your rights using our online webform. This is the fastest and simplest way to report copyright infringement. Note that you can submit up to 10 video URLs per complaint.

The Copyright Match Tool is intended to find identical or nearly identical matches to audiovisual content only. Copyright holders who primarily own non-audiovisual content are not eligible for the tool at this time.

To ensure the tool will be useful and generate matches safely, users primarily looking to protect content they may not own exclusive rights to (e.g. news, reviews, or gaming channels) are not suitable for the Copyright Match Tool at this time. You may wish to consider managing your rights through a third-party service provider. YouTube maintains a directory of such

CONFIDENTIAL

service providers. To ensure safe matching, channels that contain content they may not own exclusive rights to (e.g. reviews, news, gaming) are not eligible for the Copyright Match Tool.

Users who wish to be considered for our Content Verification Program should have a strong track record of successful takedowns using our webform. If you have used other accounts to submit such requests, you may resubmit this form from those accounts. You are welcome to resubmit the copyright tools form 90 days from the date of your last submission and we will reevaluate your submission.

Regards,

The YouTube Legal Support Team

CONFIDENTIAL

GOOG-SCHNDR-00034932