# EXHIBIT 2a

to the Declaration of Andrew T. Kramer

DOCUMENT SEALED IN ITS ENTIRETY