# EXHIBIT 13

to the Declaration of Andrew T. Kramer

PUBLIC VERSION - REDACTED

# TAX INVOICE

**PAID**

**BILL FROM:**
Sarfraz Arshad Khan

**INVOICE NO.**
M97634253

**CURRENCY**
USD

**DATE ISSUED**
23 Aug 2019

**BILL TO:**
Zsombor Oszlánczi

**FOR**
Youtube video uploading in bulk -- 2
Project ID: 20916218

| Description | Hours | Hourly rate | Amount |
|---|---|---|---|
| $75 for uploading 1837 videos | - | - | $75.00 |
| | | Total (USD) | $75.00 |

Powered by  freelancer

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                          GOOG-SCHNDR-00054236