# EXHIBIT 15

to the Declaration of Andrew T. Kramer

PUBLIC VERSION - REDACTED



# TAX INVOICE

**BILL FROM**
Freelancer International Pty Limited
Level 37
Grosvenor Place
225 George Street
Sydney, NSW 2000
Australia

Freelancer International Pty Limited
(trading as Freelancer.com)
ABN 81 134 845 748

**BILL TO**
Sarfraz Arshad Khan (@sarfrazjbd)



**FOR**
Services on Freelancer.com

**INVOICE NO.**
GAF-97543980

**CURRENCY**
USD

**DATE ISSUED**
22 Aug 2019

| Description | Amount |
|---|---|
| Project fee taken (Youtube video uploading in bulk -- 2) (USD), Project id: 20916218 | $15.00 |
| **Total** | **$15.00** |

For questions about this invoice, please email support@freelancer.com

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                              GOOG-SCHNDR-00054238