# EXHIBIT 22a

to the Declaration of Andrew T. Kramer

Message

**From:** Holman Endre [endre@holman.hu]
on behalf of   Holman Endre <endre@holman.hu> [endre@holman.hu]
**Sent:** 1/8/2020 8:11:15 AM
**To:** GABOR CSUPO [gcsupo@gmail.com]
**Subject:** Fwd: Filmlista
**Attachments:** Mega_Film_filmlist.pdf

Szia Gábor,

A Paki gyerek a "Csak szex és más semmi" és a "Zimmer Feri 1"-et töltötte fel.

Csatoltam a teljes film listát.

A népszerűbb filmek:
- Zimmer Feri 2
- Vakvagányok
- 6:3
- Apám beájulna
- Tibor vagyok, de hódítani akarok

A fentieket javasoljuk, de ha Kálomista tud sikeresebbet, akkor jelezze.

Ami fontos lenne az egy angol nyelvű szerződés tervezet, amit az aláírás előtt George meg tud nézni.

Üdv, &re

PIRATEMONITOR_0000000136

EXHIBIT
17A

| Filmjeink/ Movies | English title | TV/ Feature | Best available quality | Műfaj/Genre | Logline | | Gyártás éve/ Year of produciton | Rendező/ Director | Hossz/ Length | Irány | Trailer |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Immigrants | Immigrants | Animated feature | 35mm kópia | Animációs vígjáték/Animation, comedy | Jóska, the Hungarian immigrant and Vladislav, his Russian roommate's search for the american dream, through all kinds of adventures and comical situations. From Gábor Csupó, the Primetime Emmy winning director of The Simpsons and the Rugrats. | Jóska a magyar bevándorló és orosz szobatársa Vladislav kalandjai és komikus helyzetei az amerikai álom keresése közben. Csupó Gábortól, a Simpson család és a Fecsegő Tipegők Primetime Emmy győztes rendezőjétől. | 2008 | Gabor Csupo | 78 min | Közép-kelet európai régió | https://www.imdb.com/title/tt1193627/?ref_=vi_i_tt |
| Majdnem szűz | Virtually a virgin | Feature | 35mm kópia | Dráma/Drama | Nominated for the Moscow International Film Festival, the story of a young girl, forced by her boyfriend into prostitution. | Egy a barátja által prostitúcióba kényszerített fiatal lány története ami jelölve lett a Moszkvai Nemzetközi Film Fesztiválra. | 2008 | Péter Bacsó | 103 min | Világszerte | https://www.imdb.com/title/tt1153115/?ref_=vi_i_tt |
| Szíven szúrt ország | A country, stabbed in the heart | TV | 720*576, DVD | Dramatizált dokumentum/ Dramatized documentary | „Nihil sine Deo" – „Nothing without God". These three words were the motto of the great sportsman of a prosperous Hungarian handball team, who was murdered in 2009 after a winning match. | "Nihil sine Deo"- "Semmit Isten nélkül". Ez a három szó volt a mottója, a 2009-ben egy győztes meccs után meggyilkolt híres és sikeres kézilabdázónak, a Magyar válogatott tagjának. | 2009 | Tamás Babos, Mano Csillag, György Kivés, Gábor Kálomista, János Vecsernyés | 84 min | Közép-kelet európai régió | https://www.imdb.com/title/tt1434483/?ref_=vi_i_tt |
| Kaméleon | Chameleon | Feature | 1920*1080, Full HD | Thriller, dráma, vígjáték/Comedy, drama, thriller | What happens, when a successful conman falls in love with his victim, who's also a millionaire's daughter? | Mi történik ha egy sikeres bűnöző beleszeret az áldozatába aki ráadásul egy milliomos lánya? | 2008 | Krisztina Goda | 108 min | Világszerte | https://youtu.be/UHKwINOOVMQ |
| A fekete Bojtár | The black sheperd | TV | 1920*1080, Full HD | Dráma/Drama | Greed and jealousy leads to a tragedy in a young couple's life - set in the old, rural Hungary. | Kapzsiság és Féltékenység vezet egy tragédiához egy fiatal pár életében- régi és vidéki környezetben játszódva. | 2015 | László Vitézy | 86 min | | https://youtu.be/0nE5R3JkQ |
| Hamvadó cigarettavég | Smoldering Cigarette-end | Feature | 720*576, DVD | Romantikus musical, dráma/ Drama, musical, romance | The famous chanson singer, Katalin Karády, the General - her love, and a poor songwriter in the 1940's Budapest. Three different world intertwined by peculiar events. | A híres dal énekes, Karády Katalin szerelme, a hadvezér és a szegény dalíró az 1940- es évek Budapestjén. Három különböző világ összefonódása különös események következtében. | 2001 | Péter Bacsó | 120 min | közép-kelet európai régió | https://www.imdb.com/title/tt0285260/?ref_=vi_i_tt |
| Vakvagányok | Blind guys | Feature | 720*576, DVD | Dráma, vígjáték, musical/Comedy, Drama, Music | A failed rockstar tries to make a musical with blind people for the money. A movie with the award winning contemporary dancer, Yvette Bozsik. | Egy bukott rocksztár igyekszik egy musicalt szervezni vak emberekkel, profit reményében. Yvette Bozsik díjnyertes kortárs táncos szereplésével. | 2001 | Péter Tímár | 118 min | Közép-kelet európai régió | https://www.imdb.com/title/tt0251458/?ref_=vi_i_tt |

| Title (HU) | Title (EN) | Type | Format | Genre | Description (EN) | Description (HU) | Year | Director | Length | Region | Link |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A Rózsa vére | Rose blood | Feature | 720*576, DVD | Dráma/Drama | Set in the late 90's countryside of Hungary on how the change of the regime did not change the people and how they have to find ways to make ends meet. | a 90-es évek végén, a vidéki Magyarországon játszódó film arról, hogy a rendszerváltás nem hozott igazi változást, és az emberek sem változtak meg. | 1998 | Dezső Zsigmond | 100 min | Közép-kelet európai régió | https://www.imdb.com/title/tt0141796/?ref_=vi_i_tt |
| Zimmer Feri | Zimmer Feri | Feature | 720*576, DVD | Vígjáték/Comedy | What you need to make money during summer? A greedy but negligent enterpreneur who rents a summer house to have guests, spoiled food to feed them and an incompetent staff to take care of them. Film it backwards and you'll get a great comedy about the early 90's near lake Balaton, in Hungary. | Mi kell hozzá, hogy pénzt keress nyáron? Egy kapzsi de hanyag vállakozó kibérel egy nyári házat ahol romlott étellel, nem hozzá értő személyzettel fogad vendégeket. Remek komédia a 90 es évek eleji balatoni hangulattal fűszerezve. | 1998 | Péter Tímár | 97 min | közép-kelet európai régió | https://www.imdb.com/title/tt0134230/?ref_=vi_i_tt |
| Zimmer Feri 2. | Zimmer Feri 2. | Feature | 720*576, DVD | Vígjáték/Comedy | 12 years after his previous business Mr. Fikász now buys an old and haunted castle but his ideas on running a guesthouse are the same as last time. | 12 évvel az utolsó vállalkozása után, Fikász úr vesz egy öreg és kísértet járta kastélyt, de az ötelete, hogy üzemeltesse mint vendégház, ugyan olyan mint legutóbb. | 2010 | Péter Tímár | 100 min | közép-kelet európai régió | https://youtu.be/LMDkdOoCP2I |
| 6:3 avagy játszd újra Tutti! | 6:3, play it again, Tutti | Feature | 720*576, DVD | Vígjáték/Comedy | What would you do if you could travel back in time to see the legendary football match in 1953, when Hungary beat England in "The match of the century"? | Mit csinálnál ha vissza tudnál menni az időben, hogy megnézd a legendás 1953-as Magyarország-Anglia foci meccset, az "Évszázad Meccsét"? | 1999 | Péter Tímár | 94 min | Világszerte | https://www.imdb.com/title/tt0183386/?ref_=vi_i_tt |
| Sobri, ponyvafilm | Sobri | Feature | 720*576, DVD | Kaland/Adventure | Based on legends and historical events, a film about the famous Hungarian rascal in the late 1800's. | A legendákon és történelmi eseményeken alapuló film a híres magyar gazemberről az 1800-as évek végén. | 2002 | Emil Novák | 87 min | | nem elérhető trailer ehhez a filmhez/not available |
| Csak szex és más semmi | Just sex and nothing else | Feature | 1920*1080, Full HD | Vígjáték/Comedy | After she discovered her fiancé is living a double life, Dora, a successful woman in her mid 30's places an ad, searching for sex with no strings attached - only to have a baby. | A Miután a sikeres, 30-as évei közepén járó Dóra rájön, hogy vőlegénye kettős életet él, felad egy szex hirdetést. Célja, hogy áldott állapotba kerüljön. | 2005 | Krisztina Goda | 97 min | kke | https://youtu.be/xjKYGShREvg |
| Zuhanórepülés | Nose dive | Feature | 720*576, DVD | Akció, dráma/ Action, drama | Theo just got out after he served his time in prison to fall in love with the head of the maffia's little sister. One big job left and he's done with the gangsters... | Theo frissen szabadult a börtönből, majd szerelembe esik a maffifőnök kishugával. Egy nagy ultólsó munka maradt, aztán felhagy a gengszter élettel. | 2007 | Erika Novák | 90 min | Világszerte | https://www.imdb.com/title/tt0926174/?ref_=vi_i_tt |
| Csudafilm | Wondermovie | Feature | 720*576, DVD | Vígjáték/Comedy | Montreal and Primetime Emmy winner Elemer Ragalyi's film about a homeless man who turns out to be an heir of a Greek millionaire. | A Montreal és Primetime Emmy győztes Ragályi Elemér filmje egy hajléktalan férfiről akiről kiderül, hogy egy görög milliárdos örököse. | 2005 | Elemér Ragályi | 89 min | Török - Kína - Kke | https://www.imdb.com/title/tt0407763/?ref_=vi_i_tt |

| Title (HU) | Title (EN) | Type | Format | Genre | Synopsis (EN) | Synopsis (HU) | Year | Director | Length | Region | Link |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Apám beájulna | How to make your parents mad | Feature | 720*576, DVD | Kaland, vígjáték, romantikus/Adventure, comedy, drama | Two teenagers travel through Europe to find love, their lost money, and happiness in this adventurous roadmovie. | Két tinédzser Európát átszelő kalandos utáza, az elveszett pénzük, a szerelem és boldoságuk keresése közben. | 2003 | Tamás Sas | 90 min | Világszerte | https://www.imdb.com/title/tt0370294/?ref_=vi_tt_tt |
| Cseh Tamás film | Tamás Cseh | TV | 720*576, DVD | Zenés dokumentumfilm/ Documentary, music | Tamás Cseh, the famous Hungarian musician guides us through the momentous places of his life and career, unravels secrets and stories with his friends. | Cseh Tamás a híres magyar zenész végigvezet minket a karrierje és élete legfontosabb állomásain, betekintést nyerhetünk a titkaiba és történeteibe a barátairól. | 2001 | Gergely Fonyó | 85 min | | |
| Ámbár tanár úr | Mr. Although | Feature | 720*576, DVD | Vígjáték/ Comedy | A middle-aged teacher falls in love with one of his students. | Egy középkorú tanár szerelmes lesz egy diákjába. | 1998 | Koltai Róbert | 85 min | Világszerte | https://www.imdb.com/title/tt0131193/?ref_=vi_tt_tt |
| A Hortobágy legendája | Legend of Hortobágy | TV | 720*576, DVD | Dráma/Drama | Stories, set in different times at Hungary's famous land, the Hortobágy and the stubborn but just, honest and kindhearted people who lives there. | Történetek, Magyarország híres Hortobágyáról, a különböző időben játszódó filmben megismerhetjük a makacs de hűséges, melegszivű helyi lakosokat. | 2008 | László Vitézy | 80 min | közép-kelet európai régió | https://youtu.be/ODMvBdizXkY |
| Égi madár | Skybird | TV | 720*576, DVD | Dráma/Drama | When a young girl marries for the name and the money but the love of her life comes back. Adaptation of a novel by Zsigmond Móricz. | Móricz Zsigmond novella adaptációja egy fiatal lányról aki egy idősebb tehetős férfival köt házasságot a névért és pénzért, ám visszatér élete nagy szerelme. | 2011 | László Vitézy | 76 min | Világszerte | https://youtu.be/mUjGM6S7D |
| Pillangó | Butterfly | TV | 720*576, DVD | Romantikus dráma/ Drama, Romance | Based on Zsigmond Móricz's novel, Butterfly, about love, that conquers all. | Móricz Zsigmond Pillangó című novelláján alapuló dráma, a mindent elsöprő szerelemről. | 2012 | László Vitézy | 100 min | Világszerte | https://youtu.be/A0P9KcLFJec |
| A kőmajmok Háza | House of the stone monkeys | TV | 1920*1080, Full HD | Családi film/Family | The summer of 2012, a boy, who lives with his mother in an apartment. Another boy, spending his vacation with his grandparents in the same building in the summer of 1982. Present and past entwined in this story about a boy who's father is far but yet so close. | 2012 nyara, egy fiú az édesannyával él egy lakásban. 1982 nyara, egy másik fiú ugyanabban az épületben tölti a nyári vakációját a nagyszüleivel. Múlt és jelen összefonódása egy fiúról akinek az apja messze van, mégis közel. | 2014 | Gergely Fonyó | 80 min | közép-kelet európai régió | https://youtu.be/k9-chXMJ2U |
| A herceg haladéka | The Prince's reprieve | Feature | 720*576, DVD | Dráma/Drama | Alida, the young model got shot in a robbery but before she dies, the dark prince gives her an offer. She has one minute to find someone who would die for her, only then she can get her life back. | Alindát a fiatal modellt egy rablás közben meglőnek, de mielőtt meghalna a fekete herceg ajánlatot tesz neki. Egy perce van találni valakit aki meghal helyette, ha ez sikerül, életben marad. | 2006 | Péter Tímár | 92 min | Minden irány | https://www.imdb.com/title/tt0407987/?ref_=vi_tt_tt |
| Tibor vagyok, de hódítani akarok | Young, dumb and full of love | Feature | 720*576, DVD | Vígjáték/ Comedy | What happens when an awkward teenage boy meets the woman of his dreams? | Mi történik ha egy cikis tinédzser találkozik álmai nőjével? | 2006 | Gergely Fonyó | 79 min | közép-kelet európai régió | https://www.imdb.com/title/tt0431787/?ref_=vi_tt_tt |

PIRATEMONITOR_0000000139

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Idegölő | Nerve-racking | Feature | 720*576, DVD | Krimi vígjáték/ Comedy, crime | A hitman gets the worst toothache of his life while he's on a mission in Greece. | Egy bérgyilkosnak egy görögországi munka során megfájdul a foga. | 2006 | Gergely Fonyó | 96 min | közép-kelet európai régió | https://youtu.be/NSaFGTDO8xo |
| Csandra szekere | Csandra's chariot | TV | 1920*1080, Full HD | Dráma/Drama | Naftali, the well-educated, young man in a rural slum encourages the community to start a small business so they can make a living by that, but the regime wants it otherwise. | Naftali, a tanult fiatal férfi, egy szegényes falusi környezetben igyekszik rávenni a közösséget, hogy fogjanak egy kis vállalkozásba, amiből megélhetnének de a rendszer másképpen képzeli el. | 2017 | László Vitézy | 70 min | közép-kelet európai régió | https://youtu.be/u0i9ovTdiNs |
| A galamb papné | The parson's wife | TV | 1920*1080, Full HD | Dráma/Drama | Some time around the turn of the century the parson of a small village is about to marry a young woman from the city when the handsome and rich wencher comes back to set everything upside down. | Valahol a századforduló idején egy kis városban élő férfi házasodni készül egy fiatal nővel, amikor egy sármos, gazdag szoknyavadász érkezik a városból, hogy megbolygasson mindent. | 2013 | László Vitézy | 105 min | közép-kelet európai régió | https://www.imdb.com/title/tt2631467/?ref_=ext_il_li |
| A színésznő | The actress | TV | 1920*1080, Full HD | Dráma/Drama | Anna is a celebrated actress in the 1960's Hungary, but the regime wants her to serve his country in a different role. | Anna egy ünnepelt színésznő az 1960-as évek Magyarországán de a kormánynak az a szándéka, hogy más szerepben szolgálja a hazáját. | 2018 | László Vitézy | 70 min | közép-kelet európai régió | https://youtu.be/wGFei8SzPo |