# EXHIBIT 22b

to the Declaration of Andrew T. Kramer



City of New York, State of New York, County of New York

I, Shayna Himelfarb, hereby certify that the document "**PIRATEMONITOR_0000000136**" is, to the best of my knowledge and belief, a true and accurate translation from Hungarian into English.

_____
Shayna Himelfarb

Sworn to before me this
June 30, 2022

_____
Signature, Notary Public



_____
Stamp, Notary Public

**LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS**
1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001  |  T 212.689.5555  |  F 212.689.1059  |  WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE

**EXHIBIT 17B**

Message

| | |
|---|---|
| **From:** | Holman Endre [endre@holman.hu] |
| on behalf of | Holman Endre <endre@holman.hu> [endre@holman.hu] |
| **Sent:** | 1/8/2020 8:11:15 AM |
| **To:** | GABOR CSUPO [gcsupo@gmail.com] |
| **Subject:** | Fwd: Filmlist |
| **Attachments:** | Mega_Film_filmlist.pdf |

Hi Gábor,

The Paki kid uploaded only "Csak szex és más semmi" and "Zimmer Feri 1".

I have attached the full list of films.

The most popular movies:
- Zimmer Feri 2
- Vakvagányok
- 6:3
- Apám beájulna
- Tibor vagyok, de hódítani akarok

We suggest the above, but if Kálomista knows of a more successful one, please let us know.

What would be important is a draft contract in English that George can look at before signing.

Hi, &re

PIRATEMONITOR_0000000136