# EXHIBIT 26

to the Declaration of Andrew T. Kramer

| | |
|---|---|
| **Message** | |
| **From**: | Pirate Monitor Ltd. [info@piratemonitor.org] |
| **Sent**: | 3/25/2020 11:58:46 AM |
| **To**: | YouTube Copyright <youtube-disputes+28673gqgg97d407@google.com> [youtube-disputes+28673gqgg97d407@google.com] |
| **Subject**: | FW: YouTube Copyright Complaint Submission |

Here you are, as requested.

Sent from Mail for Windows 10

**From:** Gabor Csupo
**Sent:** Wednesday, March 25, 2020 4:51 AM
**To:** info@piratemonitor.org
**Subject:** Fwd: YouTube Copyright Complaint Submission

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+28673gqgg97d407@google.com>
Date: Tue, Mar 24, 2020 at 1:28 AM
Subject: YouTube Copyright Complaint Submission
To: <piratemonitorltd@gmail.com>



Hi piratemonitorltd@gmail.com,

Thank you for your notification. It appears you have made a claim on behalf of a company, but your account is not associated with a corporate email address. Please understand that YouTube receives a large number of fraudulent copyright takedown requests, some of which involve impersonating the company that holds copyright to the material in question. In order to prevent this, we need to ask you for more information.

Please help us verify that you are affiliated with the corporate entity listed as the copyright owner in your notice. There are several ways you can do this:

1. Forward this message to your corporate email, if you have one, and then reply to this email address from that account.
2. If your company doesn't have a corporate email address, please provide a website or other publicly available listing where we can verify your company's existence and your affiliation with it.
3. If neither of these options is applicable to you, please provide an explanation.
4. If you do not actually represent a company, please let us know.

Please understand that We won't be able to process your request until we have received this verification.

- The YouTube Team

Here is the information you filled in:

PIRATEMONITOR_0000000014

**EXHIBIT 21**

Copyright Owner Name (Company Name if applicable): Pirate Monitor LTD
Your Full Legal Name (Aliases, usernames or initials not accepted): Gabor Csupo
Your Title or Job Position (What is your authority to make this complaint?): Director / Owner
Address:
5277 Shoshone Ave
Encino, California 91316
US
Username: piratemonitorltd@gmail.com
Email Address: piratemonitorltd@gmail.com
Phone: 3109948100

- URL of allegedly infringing video to be removed:
  http://www.youtube.com/watch?v=W7DbEbnvGxM
- Describe the work allegedly infringed: My company, organization or client's video (not from YouTube)
    - Title of original video: Immigrants Joska Menni Amerika
    - Link to video:
    - Where does the content appear? Entire video

Country where copyright applies: US

I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube account.

Authorized Signature: Gabor Csupo

Help center · Email options

©2020 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066, USA