# EXHIBIT 30

to the Declaration of Andrew T. Kramer

1

2  UNITED STATES DISTRICT COURT

3  NORTHERN DISTRICT OF CALIFORNIA

4  SAN FRANCISCO DIVISION

5  ------------------------------------x

6  MARIA SCHNEIDER, UNIGLOBE
   ENTERTAINMENT, LLC and AST

7  PUBLISHING LTD., individually and
   on behalf of all others similarly

8  situated,

9                      Plaintiffs,

10  -against-          Case No. 3:20-cv-4423

11  YOUTUBE, LLC; and GOOGLE LLC,

12                      Defendants.

13  ------------------------------------x

14

15      REMOTE VIDEOTAPED DEPOSITION OF
              MARIA SCHNEIDER

16            New York, New York
               June 14, 2022

17

18

19  Reported By:

20  ERIC J. FINZ

21

22

23

24

25

                                    Page 1

```
 1                  MARIA SCHNEIDER
 2              MR. ZELCS:  Is that -- I'm       14:49:47
 3         sorry.  Form.  Objection; form.       14:49:48
 4         A.    Through a third-party they      14:49:52
 5    can.  Yeah, I mean --  I don't understand  14:49:56
 6    the question.  Please ask again.           14:50:02
 7         Q.    Whether directly or through a   14:50:04
 8    third-party, Modern Works could claim      14:50:07
 9    your compositions on Content ID on your    14:50:09
10    behalf.                                     14:50:12
11         A.    Yes.  And I said I didn't want  14:50:15
12    that to happen.                            14:50:17
13              THE WITNESS:  I might have to    14:50:41
14         use a bathroom break.                 14:50:42
15              MS. REES:  Sure.                 14:50:44
16              THE WITNESS:  Five minutes.      14:50:45
17              THE VIDEOGRAPHER:  Thank you.    14:50:47
18         The time is approximately 2:51, we    14:50:48
19         are going off the record.  This is    14:50:50
20         the end of media 3.                   14:50:51
21              (A recess was taken.)            14:50:57
22              THE VIDEOGRAPHER:  The time is   14:58:10
23         approximately 2:59, we're back on     14:58:12
24         the record.  This is the beginning    14:58:15
25         of media 5.                           14:58:17
```

Page 163

```
 1                  MARIA SCHNEIDER
 2     April.  If you can help with that I'd be       15:56:55
 3     happy to pay, I would be most grateful,        15:56:56
 4     and we should discuss some kind of             15:56:59
 5     service you could offer.  I don't have         15:57:00
 6     the final master yet but hopefully in          15:57:01
 7     about a week I will."                          15:57:03
 8             Do you see that?                       15:57:05
 9        A.   I do.                                  15:57:05
10        Q.   So was Noah Becker at AdRev            15:57:05
11     offering to give you free access to block     15:57:12
12     on Content ID?                                 15:57:17
13        A.   Yes.  He was.  And this goes          15:57:19
14     further to the point that it was a            15:57:24
15     special thing that he talked about with       15:57:28
16     people in the context of us having all        15:57:30
17     traipsed to Washington, telling our sob       15:57:36
18     stories on a private hearing.  So it was      15:57:39
19     a very special, you know, situation for       15:57:44
20     two people.                                    15:57:49
21        Q.   And did you take up Noah              15:57:50
22     Becker on his offer to provide you with       15:57:52
23     free blocking on Content ID?                   15:57:54
24        A.   My -- my first thought was I          15:57:56
25     felt badly taking it from him for free.       15:58:01
```

Page 193

```
 1              MARIA SCHNEIDER
 2    Because he's a business person there        15:58:05
 3    at -- and I -- sorry, I just want to read   15:58:09
 4    my words.                                   15:58:18
 5              But then this all put me in        15:58:22
 6    kind of a moral dilemma.                    15:58:28
 7         Q.   What was the moral dilemma?       15:58:30
 8         A.   The moral dilemma is that I       15:58:33
 9    save myself and the cause that I'm          15:58:39
10    fighting is, you know, that not everybody   15:58:41
11    has the wherewithal and the opportunity     15:58:46
12    to go to a closed hearing and be sitting    15:58:50
13    next to somebody and having that            15:58:54
14    opportunity.  So it felt to me using a      15:58:56
15    situation for my own gain and not for the   15:58:59
16    reason I was there, which was being there   15:59:03
17    on the behalf of a massive group of         15:59:05
18    people that need help with infringement.    15:59:11
19         Q.   So you turned down                15:59:17
20    Mr. Becker's offer to allow you to use      15:59:19
21    AdRev for blocking your works through       15:59:20
22    Content ID on YouTube?                      15:59:23
23         A.   I ended up letting it go.         15:59:25
24         Q.   You ended up letting it go        15:59:48
25    because that would be an opportunity to     15:59:50
```

Page 194

```
 1              MARIA SCHNEIDER
 2           C E R T I F I C A T E
 3    STATE OF NEW YORK    )
                                : ss.
 4    COUNTY OF NEW YORK   )
 5
 6         I, ERIC J. FINZ, a Shorthand
 7    Reporter and Notary Public within and for
 8    the State of New York, do hereby certify:
 9         That MARIA SCHNEIDER, the witness
10    whose deposition is hereinbefore set
11    forth, was duly sworn by me and that such
12    deposition is a true record of the
13    testimony given by the witness.
14         I further certify that I am not
15    related to any of the parties to this
16    action by blood or marriage, and that I
17    am in no way interested in the outcome of
18    this matter.
19         IN WITNESS WHEREOF, I have hereunto
20    set my hand this 21st day of June, 2022.
21
22
23
24              ERIC J. FINZ
25
```

                                    Page 262