# EXHIBIT 35

to the Declaration of Andrew T. Kramer

1  George A. Zelcs *(pro hac vice)*
     gzelcs@koreintillery.com
2  Randall P. Ewing, Jr. *(pro hac vice)*
     rewing@koreintillery.com
3  Ryan Z. Cortazar *(pro hac vice)*
     rcortazar@koreintillery.com
4  **KOREIN TILLERY, LLC**
   205 North Michigan, Suite 1950
5  Chicago, IL  60601
   Telephone: (312) 641-9750
6  Facsimile: (312) 641-9751

7  Stephen M. Tillery *(pro hac vice)*
     stillery@koreintillery.com
8  Steven M. Berezney, CA Bar #329923
     sberezney@koreintillery.com
9  Carol O'Keefe *(pro hac vice)*
     cokeefe@koreintillery.com
10 **KOREIN TILLERY, LLC**
   505 North 7th Street, Suite 3600
11 St. Louis, MO  63101
   Telephone: (314) 241-4844
12 Facsimile: (314) 241-3525

13 Joshua Irwin Schiller, CA Bar #330653
     jischiller@bsfllp.com
14 **BOIES SCHILLER FLEXNER LLP**
   44 Montgomery St., 41st Floor
15 San Francisco, CA  94104
   Telephone:  (415) 293-6800
16 Facsimile: (415) 293-6899

17 Philip C. Korologos *(pro hac vice)*
     pkorologos@bsfllp.com
18 Joanna Wright *(pro hac vice)*
     jwright@bsfllp.com
19 **BOIES SCHILLER FLEXNER LLP**
   55 Hudson Yards, 20th Floor
20 New York, NY  10001
   Telephone:  (212) 446-2300
21 Facsimile: (212) 446-2350

22

23

24 *Attorneys for Maria Schneider and Pirate Monitor Ltd.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| MARIA SCHNEIDER, individually and on behalf of all others similarly situated;<br><br>Plaintiffs,<br><br>vs.<br><br>YOUTUBE, LLC; and GOOGLE LLC;<br><br>Defendants. | CASE NO.  3:20-cv-4423<br><br>**PIRATE MONITOR LTD'S AMENDED RESPONSES AND OBJECTIONS TO DEFENDANTS' INTERROGATORY NUMBER 4** |

Pursuant to Federal Rules of Civil Procedure 26 and 33, Counter-Defendant Pirate Monitor Ltd. ("Pirate Monitor") submits the following responses and objections to Defendants YouTube, LLC ("YouTube") and Google LLC ("Google") (collectively "Defendants") Second Set of Interrogatories to Plaintiff Pirate Monitor Ltd., dated November 5, 2020 (the "Requests"), in the above-captioned action (the "Action").

By submitting these Responses, Pirate Monitor does not concede or waive any arguments regarding the scope, relevance, and timing of any discovery in the Action.

Pirate Monitor reserves the right to amend or revise these Responses, including based on any responses or objections submitted by Defendants to any of Pirate Monitor's discovery requests. Pirate Monitor also asserts that any discovery obligations should be mutual between parties, so that if any of Pirate Monitor objections are overridden, Defendants should be subject to the same scope of discovery, including definitions and instructions for discovery compliance.

**GENERAL OBJECTIONS**

Pirate Monitor raises the same General Objections as its initial interrogatory responses. Pirate Monitor's responses are based solely on facts reasonably known to Pirate Monitor at the time of responding to these Interrogatories. Pirate Monitor reserves the right to supplement, amend, or otherwise modify these responses.

**OBJECTIONS TO DEFINITIONS**

Pirate Monitor objects to the definition of "Works In Suit" to the extent it requires Pirate Monitor to assert that a copyright for a specific work has been infringed prior to discovery. Pirate Monitor responds for all works for which it holds copyrights.

**SPECIFIC OBJECTIONS AND RESPONSES**

**INTERROGATORY NO. 4**: Identify each individual who has worked for Pirate Monitor or who is or has been affiliated with Pirate Monitor, including each of its principals, officers, directors, managers, employees, agents, and independent contractors, along with their positions(s).

**OBJECTIONS AND AMENDED RESPONSE:**  Pirate Monitor Ltd. objects on the grounds that this interrogatory is overbroad and irrelevant to the claims and defenses in this lawsuit.

Subject to and without waiving these objections, the General Objections, or the Objections to Definitions, Gábor Csupó is the sole owner and managing director of Pirate Monitor Ltd. ==Jozsef Kovacs was a prior owner of Pirate Monitor Ltd. Zoltan Buzas and Endre Holman performed certain limited tasks related to Pirate Monitor Ltd.==

**VERIFICATION**

Pirate Monitor has read the foregoing responses to Defendants' Interrogatories and states that the answers contained therein are true to the best of its knowledge, information, and belief.

Signed: /s/ Gábor Csupó

Dated: June 10, 2021

| | |
|---|---|
| Dated: June 10, 2021 | Respectfully submitted, |

/s/ Randall P. Ewing, Jr.
George A. Zelcs *(pro hac vice)*
Randall P. Ewing, Jr. *(pro hac vice)*
Ryan Z. Cortazar *(pro hac vice)*
**KOREIN TILLERY, LLC**
205 North Michigan, Suite 1950
Chicago, IL  60601
Telephone: (312) 641-9750
Facsimile: (312) 641-9751

Stephen M. Tillery *(pro hac vice)*
Steven M. Berezney, CA Bar #329923
Michael E. Klenov, CA Bar #277028
Carol O'Keefe *(pro hac vice)*
**KOREIN TILLERY, LLC**
505 North 7th Street, Suite 3600
St. Louis, MO  63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

Joshua Irwin Schiller, CA Bar #330653
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery St., 41st Floor
San Francisco, CA  94104
Phone: (415) 293-6800
Fax: (415) 293-6899

Philip C. Korologos *(pro hac vice)*
Joanna C. Wright *(pro hac vice)*
**BOIES SCHILLER FLEXNER LLP**
55 Hudson Yards, 20th Floor
New York, NY  10001
Phone: (212) 446-2300
Fax: (212) 446-2350

*Attorneys for Maria Schneider and
Pirate Monitor Ltd.*