# EXHIBIT 37a

to the Declaration of Andrew T. Kramer

DOCUMENT SEALED IN ITS ENTIRETY