

March 31, 2023

**<u>VIA ECF</u>**
Honorable James Donato
United States District Judge
San Francisco Courthouse, Courtroom 11, 19th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Dear Judge Donato:

     I write pursuant to paragraph 13 of the Court's Standing Order for Civil Cases to advise the Court that Jeffrey Waldron will argue Plaintiffs' Motion to Exclude Portions of the Expert Report and Testimony of Defendants' Expert Francois-Xavier Nuttall.  Mr. Waldron is a second-year associate at BSF and this will be his first opportunity to argue in court.

                                          Respectfully,

                                          <u>*/s/ Philip Korologos*</u>
                                          Philip Korologos
                                          *Counsel for Plaintiffs*

copy to: All Counsel via ECF