George A. Zelcs *
  gzelcs@koreintillery.com
Randall P. Ewing, Jr. *
  rewing@koreintillery.com
Ryan Z. Cortazar *
  rcortazar@koreintillery.com
**KOREIN TILLERY, LLC**
205 North Michigan, Suite 1950
Chicago, IL  60601
Telephone: (312) 641-9750
Facsimile:  (312) 641-9751

Stephen M. Tillery *
  stillery@koreintillery.com
Steven M. Berezney, CA Bar #329923
  sberezney@koreintillery.com
Carol O'Keefe *
  cokeefe@koreintillery.com
**KOREIN TILLERY, LLC**
505 North 7th Street, Suite 3600
St. Louis, MO  63101
Telephone: (314) 241-4844
Facsimile:  (314) 241-3525
*Admitted *pro hac vice*

*Attorneys for Counterclaim-Defendants*
*Pirate Monitor Ltd. and Gabor Csupo*

Joshua Irwin Schiller, CA Bar #330653
  jischiller@bsfllp.com
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery Street, 41st Floor
San Francisco, CA  94104
Telephone: (415) 293-6800
Facsimile:  (415) 293-6899

Philip C. Korologos *
  pkorologos@bsfllp.com
Joanna Wright *
  jwright@bsfllp.com
Jeffrey Waldron *
  jwaldron@bsfllp.com
**BOIES SCHILLER FLEXNER LLP**
55 Hudson Yards, 20th Floor
New York, NY 10001
Telephone: (212) 446-2300
Facsimile:  (212) 446-2350

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING, LTD., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>Defendants. | Case No. 3:20-cv-04423-JD<br><br>**COUNTERCLAIM-DEFENDANTS' INTERIM ADMINISTRATIVE MOTION TO SEAL THEIR REPLY IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT**<br><br>Judge:      Hon. James Donato<br><br>Date:      April 13, 2023<br>Time:      10:00 a.m. |
| YOUTUBE, LLC and GOOGLE LLC,<br><br>Counterclaimants,<br><br>v.<br><br>PIRATE MONITOR LTD, et al.,<br><br>Counterclaim Defendants. | |

Case No. 3:20-cv-04423-JD

1    Pursuant to Civil Local Rules 7-11 and 79-5, Counterclaim-Defendants submit this interim

2   administrative motion to file under seal the unredacted version of Counterclaim-Defendants'

3   Reply in support of their Motion for Summary Judgment, portions of which contain information

4   designated as Confidential or Highly Confidential by Defendants.  By agreement of the parties and

5   pursuant to ¶ 31 of Your Honor's Standing Order for Civil Cases, the reasons for sealing will be

6   discussed in a forthcoming omnibus sealing motion filed jointly by the parties addressing the

7   sealing of confidential information related to Plaintiffs' Motion for Class Certification and

8   dispositive and *Daubert* motions filed by the parties. The joint sealing motion will be filed two

9   weeks after the final reply related to the aforementioned motions is submitted.

10

11   Dated: March 31, 2023                        Respectfully submitted,

12

13                                        /s/ Randall P. Ewing
                                          Randall P. Ewing, Jr. (*pro hac vice*)
14                                        *rewing@koreintillery.com*
                                          George A. Zelcs (*pro hac vice*)
15                                        *gzelcs@koreintillery.com*
                                          Ryan Z. Cortazar (*pro hac vice*)
16                                        *rcortazar@koreintillery.com*
                                          KOREIN TILLERY, LLC
17                                        205 North Michigan, Suite 1950
                                          Chicago, IL 60601
18                                        Telephone: (312) 641-9750
                                          Facsimile: (312) 641-9751
19

20                                        Stephen M. Tillery (*pro hac vice*)
                                          *stillery@koreintillery.com*
21                                        Steven M. Berezney, CA Bar #329923
                                          *sberezney@koreintillery.com*
22                                        Carol O'Keefe (*pro hac vice*)
                                          *cokeefe@koreintillery.com*
23                                        KOREIN TILLERY, LLC
                                          505 North 7th Street, Suite 3600
24                                        St. Louis, MO 63101
                                          Telephone: (314) 241-4844
25                                        Facsimile: (314) 241-3525

26

27                                        Joshua Irwin Schiller, CA Bar #330653
                                          *jischiller@bsfllp.com*
28                                        BOIES SCHILLER FLEXNER LLP

44 Montgomery St., 41st Floor
San Francisco, CA 94104
Telephone: (415) 293-6800
Facsimile: (415) 293-6899

Philip C. Korologos (*pro hac vice*)
*pkorologos@bsfllp.com*
Joanna Wright (*pro hac vice*)
*jwright@bsfllp.com*
Jeffrey Waldron (*pro hac vice*)
*jwaldron@bsfllp.com*
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards, 20th Floor
New York, NY 10001
Telephone: (212) 446-2300
Facsimile: (212) 446-2350

*Attorneys for Counterclaim-
Defendants Pirate Monitor Ltd. and Gabor Csupo*