| | |
|---|---|
| George A. Zelcs (pro hac vice)<br>  gzelcs@koreintillery.com<br>Randall P. Ewing, Jr. (pro hac vice)<br>  rewing@koreintillery.com<br>Ryan Z. Cortazar (pro hac vice)<br>  rcortazar@koreintillery.com<br>**KOREIN TILLERY, LLC**<br>205 North Michigan, Suite 1950<br>Chicago, IL  60601<br>Telephone: (312) 641-9750<br><br>Stephen M. Tillery (pro hac vice)<br>  stillery@koreintillery.com<br>Steven M. Berezney, CA Bar #329923<br>  sberezney@koreintillery.com<br>Carol O'Keefe (pro hac vice)<br>  cokeefe@koreintillery.com<br>**KOREIN TILLERY, LLC**<br>505 North 7th Street, Suite 3600<br>St. Louis, MO  63101<br>Telephone: (314) 241-4844 | Joshua Irwin Schiller, CA Bar #330653<br>  jischiller@bsfllp.com<br>**BOIES SCHILLER FLEXNER LLP**<br>44 Montgomery Street<br>41st Floor<br>San Francisco, CA  94104<br>Telephone: (415) 293-6800<br><br>Philip C. Korologos (pro hac vice)<br>  pkorologos@bsfllp.com<br>Joanna Wright (pro hac vice)<br>  jwright@bsfllp.com<br>Jeffrey Waldron (pro hac vice)<br>  jwaldron@bsfllp.com<br>**BOIES SCHILLER FLEXNER LLP**<br>55 Hudson Yards, 20th Floor<br>New York, NY 10001<br>Telephone: (212) 446-2300 |

*Attorneys for Counterclaim-Defendants Pirate Monitor Ltd. and Gabor Csupo*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING, LTD., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>Defendants.<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>Counterclaimants,<br><br>v.<br><br>PIRATE MONITOR LTD, et al.,<br><br>Counterclaim Defendants. | Case No. 3:20-cv-04423-JD<br><br>**DECLARATION OF RANDALL P. EWING, JR. IN SUPPORT OF COUNTERCLAIM-DEFENDANTS PIRATE MONITOR LTD. AND GABOR CSUPO'S REPLY IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT**<br><br><br>Judge:      Hon. James Donato<br>Courtroom:  11<br>DATE:       April 13, 2023<br>TIME:       10:00 a.m. |

I, Randall P. Ewing, Jr., declare as follows:

1. I am an attorney at Korein Tillery LLC, co-counsel to Plaintiffs and putative class representatives Maria Schneider, Uniglobe Entertainment, LLC, and AST Publishing, Ltd., and Attorneys for Counterclaim-Defendants Pirate Monitor Ltd. and Gabor Csupo.  I make this declaration in support of Counterclaim-Defendants Pirate Monitor Ltd. and Gabor Csupo's Reply in support of their Motion for Summary Judgment filed on March 31, 2023.  I have knowledge of the facts stated herein from my personal knowledge and, if called as a witness, I could and would competently testify thereto.

2. Attached hereto as **Exhibit A** is a true and correct copy of Counterclaim-Defendant Gabor Csupo's Objections and Responses to Defendants' First Set of Interrogatories to Counterclaim-Defendant Gabor Csupo, served on Defendants on June 24, 2021.

3. Attached hereto as **Exhibit B** is a true and correct copy of a publicly-available "YouTube Help" webpage titled, "Requirements for copyright infringement notifications: Videos", available at the URL https://support.google.com/youtube/answer/6005900?hl=en&ref_topic=9282363 as it appeared on March 31, 2023.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: March 31, 2023
Fort Lauderdale, Florida

                                                     */s/ Randall P. Ewing, Jr.*
                                                     Randall P. Ewing, Jr.