# EXHIBIT B

# Requirements for copyright infringement notifications: Videos

>  **Tip:** The easiest way to request a removal of a video you believe infringes on your copyright is by using our webform ⧉ .
>
> To request the removal of non-video content, such as channel banner images, your request must include this required info.

To request a copyright infringement notification for a video, you must include the required info listed below. Without this info, we can't proceed with your request.

You can submit the info below in the body of an email (not in an attachment) to copyright@youtube.com ⧉ or via fax or postal mail.

## 1. Your contact info

YouTube and the uploader of the content you're requesting to remove may need to get in touch with you about your request. In your request, include one or more of the following:

- Your email address
- Your physical address
- Your telephone number

## 2. Description of your copyrighted work

In your request, make sure you clearly and completely describe your copyrighted content that you're trying to protect.

If you believe more than one of your copyrighted works have been infringed, the law allows a representative list of such works to be included in your request.

## 3. Specific URLs of the videos in question

Your request must include specific links to the video or videos you believe infringes on your copyright.

> Include the URL or URLs of the exact video or videos in the following format:
>
> **www.youtube.com/watch?v=xxxxxxxxxxx**

General info such as a channel name or channel URL is not adequate.

## 4. Agree to and include the following two statements:

"I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law."

"The information in this notification is accurate, and under penalty of perjury, I am the owner, or an agent authorized to act on behalf of the owner, of an exclusive right that is allegedly infringed."

## 5. Your signature

Complete removal requests need the physical or electronic signature of the copyright owner or an agent authorized to act on their behalf.

To meet this requirement, the copyright owner or authorized agent may enter their full legal name as their signature at the bottom of the request. A full legal name should be a first and last name, not a company name.

Case 3:20-cv-04423-JD   Document 299-2   Filed 03/31/23   Page 3 of 3

Include the info above in the body of an email (not in an attachment) to copyright@youtube.com. You can also submit your request via fax or postal mail.

---

## Need more help?
Try these next steps:

 **Ask the Help Community**
Get answers from community experts