# EXHIBIT 4

to the Declaration of Qifan Huang

PUBLIC VERSION - REDACTED

Page 1

U.S. DISTRICT COURT

CALIFORNIA NORTHERN DISTRICT - SAN FRANCISCO

MARIA SCHNEIDER, et al.,         )
                                 )
            Plaintiff,           )
                                 )
    vs.                          ) Case No.:
                                 ) 3:20-cv-04423-JD
YOUTUBE, LLC, et al.,            )
                                 )
            Defendant.           )
_____)

VIDEOTAPED REMOTE DEPOSITION OF

CRISTOS GOODROW

SAN FRANCISCO, CALIFORNIA

JUNE 28, 2022

REPORTED BY: SANDRA S. PETRITSCH, CSR NO. 11684

FILE NO. 846011



```
                                                    Page 2
 1            U.S. DISTRICT COURT
 2       CALIFORNIA NORTHERN DISTRICT - SAN FRANCISCO
 3
 4   MARIA SCHNEIDER, et al.,    )
                                 )
 5            Plaintiff,         )
                                 )
 6       vs.                     ) Case No.:
                                 ) 3:20-cv-04423-JD
 7   YOUTUBE, LLC, et al.,       )
                                 )
 8            Defendant.         )
     _____)
 9
10
11
12
13
14
15
16       Videotaped remote deposition of CRISTOS GOODROW,
17   taken on behalf of Plaintiff, in San Francisco, California
18   commencing at 9:17 a.m., Tuesday, June 28, 2022, before
19   Sandra S. Petritsch, CSR No. 11684.
20
21
22
23
24
25
```

```
                                                    Page 4
 1                       I N D E X
 2   WITNESS: CRISTOS GOODROW
 3   EXAMINATION                                        PAGE
 4      By Mr. Korologos                                   6
 5                      E X H I B I T S
 6   NUMBER         DESCRIPTION                         PAGE
 7   128    Abuse Threat in Watch Next                    24
            5/29/2019 (44 pages)
 8
     129    Learned Ranking Function for                  39
 9          WatchNext 2/2020 (26 pages)
10   130    Watch Next Eng Review                         46
            5/8/2017 (90 pages)
11
     131    Watch Next Nominators                         97
12          10/18/2019 (20 pages)
13   132    On YouTube's Recommendation                  114
            System - September 15, 2021
14          (17 pages)
15   133    WatchNext/Autoplay Deep Dive                 119
            5/16/2019 (24 pages)
16
17
18       INSTRUCTIONS NOT TO ANSWER:
19            (None)
20
21
22       INFORMATION REQUESTED:
23            (None)
24
25
```

```
                                                    Page 3
 1              A P P E A R A N C E S:
 2   FOR PLAINTIFF:
 3   BOIES, SCHILLER & FLEXNER, LLP
     BY: PHILIP C. KOROLOGOS, Esq.
 4       WALESKA SUERO GARCIA, Esq.
     55 Hudson Yards, 20th Floor
 5   New York, New York  10001
     (216) 446-2300 (via videoconferencing)
 6   pkorologos@bsfllp.com
 7   KOREIN|TILLERY, LLC
     BY: GEORGE ANDREW ZELCS, Esq.
 8   205 N. Michigan Plaza, Suite 1950
     Chicago, Illinois  60601
 9   (312) 641-9750 (via videoconferencing)
     gzelcs@koreintillery.com
10
11   FOR DEFENDANT:
12   WILSON, SONSINI, GOODRICH AND ROSATI, PC
     BY: LAUREN GALLO WHITE, Esq.
13       KELLY KNOLL, Esq.
     One Market Plaza
14   Spear Tower, Suite 3300
     San Francisco, California  94105-1126
15   (415) 947-2000 (via videoconferencing)
     lwhite@wsgr.com
16
17
     ALSO PRESENT:
18
     Peter Van der Vlugt, Videographer
19
     Sam Reed Dippo - YouTube
20
21
22
23
24
25
```

```
                                                    Page 5
 1   SAN FRANCISCO, CA; TUESDAY, JUNE 28, 2022; 9:17 a.m.
 2                   CRISTOS GOODROW,
 3       having first been duly sworn, was
 4       examined and testified as follows:
 5
 6                     PROCEEDINGS
 7       VIDEOGRAPHER:  We are now on the record.  This
 8   begins Videotape No. 1 in the deposition of Cristos
 9   Goodrow in the matter of Maria Schneider vs. YouTube, LLC.
10   Today is Tuesday, June 28th of 2022.  And the time is
11   9:17 a.m.  This deposition is being taken virtually at the
12   request of Boies, Schiller, Flexner, LLP.  The
13   videographer is Peter Van der Vlugt of Magna Legal
14   Services, and the court reporter is Sandi Petritsch of
15   Magna Legal Services
16       Will counsel and all parties present state their
17   appearances and whom they represent.
18       MR. KOROLOGOS:  Philip Korologos with Boies,
19   Schiller, Flexner for Plaintiffs.
20       ALSO PRESENT:  Waleska Suero Garcia with Boies,
21   Schiller, Flexner for the plaintiffs.
22       MR. ZELCS:  George Zelcs on behalf of the
23   plaintiffs.
24       MS. WHITE:  Lauren White with Wilson|Sonsini on
25   behalf of Defendants Google and YouTube.  And with me are
```



Page 6

1  Kelly Knoll, also with Wilson|Sonsini; and Sam Reed Dippo
2  from YouTube.
3         (Sworn in.)
4         EXAMINATION
5  BY MR. KOROLOGOS:
6     Q   Good morning.
7     A   Good morning.
8     Q   Have you been deposed before?
9     A   Yes.
10    Q   As you probably remember from that, it's
important that we try not to talk over each other; but
it's also important to make sure that you understand my
questions. And particularly, since we're doing this
virtually, if you have any difficulty understanding or
hearing my question, please feel free to interrupt and
we'll make sure we get that cleared up. What's most
important is that you and I both understand each other;
but, also, that the court reporter can understand what
each of us says so that she can write it down for us.
20        Is that fair?
21    A   Yes.
22    Q   Good. What's your current position?
23    A   I am a vice president of engineering at Google,
and I work on YouTube.
25    Q   And do you do anything other than work on

Page 7

1  YouTube in that position?
2     A   No. I can't think of other things that I do
outside of my work at YouTube.
4     Q   How long have you been a vice president of
engineering at Google?
6     A   About six years, I think.
7     Q   So since about 2015/2016?
8     A   I think 2016.
9     Q   And what was your position before that?
10    A   I was a director of engineering.
11    Q   Also at Google?
12    A   That's correct.
13    Q   And did you also work on YouTube as a director
of engineering?
15    A   Yes.
16    Q   And when did you become a director of
engineering at Google working on YouTube?
18    A   I think that was March of 2011.
19    Q   And prior to that what position did you hold?
20    A   I was a director of engineering at Google
working on Google shopping.
22    Q   And when did you start that?
23    A   I think I was promoted to director, maybe, in
2010.
25    Q   And prior to being promoted to director, were

Page 8

1  you also working on Google shopping?
2     A   Yes.
3     Q   And when did you start working on Google
shopping?
5     A   In February of 2008.
6     Q   And is that when you joined Google?
7     A   Yes.
8     Q   What are your primary responsibilities as a
vice president of engineering at Google working on
YouTube?
11    A   I'm responsible for the engineering organization
of Core Experiences.
13    Q   What is Core Experiences?
14    A   Core Experiences is an organization that
includes the main app of YouTube and YouTube Kids.
16    Q   Did you say, "YouTube Kids"?
17    A   That's correct. YouTube Kids app.
18    Q   So both the Kids YouTube app and the main
YouTube app?
20    A   That's correct.
21    Q   What aspects of engineering for the main YouTube
app do you oversee?
23    A   I oversee just the main app of YouTube and
actually binary that is distributed on Android devices,
Ios, or Apple devices. Also, the the Web version of

Page 9

1  YouTube. Those are the areas.
2     Q   And does that include overseeing the search and
discovery function within YouTube?
4     A   Yes.
5     Q   And what is the search and discovery function?
6     A   Well, the search function I feel like that's
somewhat explanatory. It's what happens when you visit
YouTube and search for a video or for anything and then
the responses or results can be videos or channels or a
variety of different things. And then the discovery
aspect is essentially the recommendation systems on the
main YouTube app, excluding what happens in what we call
the shorts player.
14    Q   As in not longs?
15    A   Correct.
16    Q   How does the -- let me withdraw that.
17        Do you view the search function and discovery
function as separate buckets?
19        MS. WHITE: Objection to the form.
20        THE WITNESS: Well, there are separate teams,
but they use many of the same techniques and they
actually -- like a lot of the systems -- are used for both
parts. Both functioning's.
24    Q   (By Mr. Korologos) What is YouTube's WatchNext
function?

3 (Pages 6 to 9)



```
                                                          Page 10
 1              MS. WHITE:  Objection to the form.
 2              THE WITNESS:  WatchNext is a set of
 3     recommendations that are surfaced when you're watching a
 4     video from what you might be interested in watching next.
 5         Q   (By Mr. Korologos)  And what's the relationship
 6     between YouTube's search and discovery functions and
 7     WatchNext?
 8         A   WatchNext is one of the search and discovery
 9     functions.
10         Q   Am I correct that WatchNext populates the
11     recommendations' list that would appear on a user's watch
12     page while they're watching a video?
13         A   Yes.  Those are the WatchNext recommendations
14     that appear when you're watching a video.
15         Q   And those recommendations are, I believe you
16     used the word, surfaced by YouTube's discovery function?
17              MS. WHITE:  Object to form.
18              THE WITNESS:  Those recommendations are surfaced
19     in response to the video the user is watching and their
20     watch history.
21         Q   (By Mr. Korologos)  How does WatchNext do that?
22         A   WatchNext uses information about the video that
23     you happen to be watching and the videos that you've
24     watched previously, along with information about other
25     instances in which people have watched similar videos and
```

```
                                                          Page 11
 1     recommends a set of videos that are most likely to be
 2     something you'd be interested in watching next.
 3         Q   And is that -- let me withdraw that.
 4             Is the way that WatchNext does that something
 5     that the search and discovery function of YouTube that you
 6     oversee performs?
 7              MS. WHITE:  Object to form.
 8              THE WITNESS:  I'm not sure I understood exactly.
 9     What is the question?
10              MR. KOROLOGOS:  Let me ask it a different way.
11         Q   (By Mr. Korologos)  The manner in which you have
12     generally described what WatchNext does, is that something
13     that is done using the engineering that you oversee in
14     search and discovery?
15         A   Yes.
16         Q   And am I correct that in addition to populating
17     the recommendations on a user's watch page, WatchNext also
18     populates autoplay with a recommended video that would
19     play next if the user has autoplay enabled while they're
20     watching a video?
21              MS. WHITE:  Object to form.
22              THE WITNESS:  The WatchNext system is
23     responsible for choosing all of those recommendations,
24     yes.
25         Q   (By Mr. Korologos)  For chooses both
```

```
                                                          Page 12
 1     recommendations, but also what is going to be played next
 2     via autoplay, if autoplay is enabled?
 3              MS. WHITE:  Object to form.
 4              THE WITNESS:  The video that would be played
 5     next, if autoplay is enabled, is just the top
 6     recommendation provided by WatchNext.
 7         Q   (By Mr. Korologos)  If I'm watching a video and
 8     WatchNext has done its thing and created a
 9     recommendations' list that appears on my view screen, as
10     long as I'm not in full screen mode and I can see it, and
11     the video I'm watching ends, autoplay is enabled -- the
12     first question to make sure I understand your answer --
13     the next video that would play would be the top video
14     that's on that recommendations' list?
15              MS. WHITE:  Object to form.
16              THE WITNESS:  If the autoplay is enabled and the
17     video concludes after some amount of countdown, the top
18     recommendation from the WatchNext list will play.
19         Q   (By Mr. Korologos)  Now I'm watching video that
20     was at the top of the recommendations' list, will the next
21     video that plays be generated from a new recommendations'
22     list as I'm watching that video or will it be the second
23     video that was on the watch list -- I'm sorry, the
24     recommendations' list -- of the list that appears on the
25     watch page when I was watching the first video?
```

```
                                                          Page 13
 1             Do you understand that?
 2              MS. WHITE:  Object to the form.
 3              THE WITNESS:  I think it depends on the setting.
 4     In some instances, yes.  And in some instances, no.
 5         Q   (By Mr. Korologos)  Let me ask it this way:
 6     When a recommendations' list is generated to populate both
 7     the recommendations' list that's on the watch page, but
 8     also to choose the next video that's going to play in
 9     autoplay, if autoplay is enabled, how frequently is that
10     recommendations' list regenerated?
11              MS. WHITE:  Object to form.
12              THE WITNESS:  I don't understand "how
13     frequently."  In terms of how many times a day or
14     something?
15         Q   (By Mr. Korologos)  Well, let me ask it this
16     way:  Is the recommendations' list -- let me withdraw
17     that.
18             Is a recommendations' list generated each time a
19     new video is being watched by the user?
20         A   A new list of recommendations is generated
21     for -- well, what I would say, WatchNext recommendations
22     is generated for every visit to a watch page.
23         Q   And if I visit a watch page, am I able to watch
24     more than one video without that being considered a visit
25     to a new watch page?
```



Page 14

1   A   Every video is a different visit to a watch
2   page.
3   Q   So each time I watch a new video, I'm watching a
4   new watch page or visiting --
5   A   You're visiting -- right.  You're visiting a new
6   watch page.  That's a new visit.
7   Q   And so each visit will result in the generation
8   of a recommendations' list unique to that watch page; and,
9   therefore, unique to that video?
10      MS. WHITE:  Object to the form.
11      THE WITNESS:  It will be generated, but it could
12  be identical.  The uniqueness is -- it's regenerated each
13  time, but it could be the exact same set.
14  Q   (By Mr. Korologos)  But it could be different?
15  A   It depends on the setting.
16  Q   What setting?
17  A   Well, if you visited; for instance, if you
18  visited a play list, then the user's expectations are that
19  the video would play in the order of that play list and
20  the WatchNext would display all of the members of the play
21  list in their sequence.  And so in that setting the user
22  expects that the top of WatchNext would have the next
23  video that someone has put in the play list, and the one
24  after that would be the subsequent one and so on.
25      Another setting would be if you're watching a

Page 15

1   video that's episodic; so, for instance, episode three of
2   seven, then you would -- the user would -- expect that the
3   subsequent video would be episode four of seven, and then
4   the video after that would be episode five of seven and so
5   the WatchNext system is designed so that it would show you
6   the episodes in some order.
7   Q   So when you were using the term "setting,"
8   you're describing the circumstances surrounding which the
9   video is played; not some switch within the program or the
10  app?
11  A   That's right.  The context of the user and the
12  video.
13  Q   How would you describe what the goal is of the
14  WatchNext function?
15      MS. WHITE:  Object to the form.
16      THE WITNESS:  I would say it's trying to help
17  people find the videos they most want to watch next.
18  Q   (By Mr. Korologos)  And would your answer change
19  to describe the goal of the autoplay feature on YouTube?
20  A   No.
21  Q   Mr. Goodrow, am I correct that the general
22  process for the recommendations' system within YouTube can
23  be described as nominating candidates out of billions of
24  videos on the YouTube platform and then ranking those
25  candidates and then filtering out or tweaking the ranks of

Page 16

1   those candidates?
2       MS. WHITE:  Object to the form.
3       THE WITNESS:  I think that's a fair conceptual
4   way of thinking about it, yes.
5   Q   (By Mr. Korologos)  And in that process,
6   generally speaking -- we'll get into some of the
7   details -- how does YouTube nominate candidates from the
8   billions of videos on the platform?
9   A   There are many ways.  There are many ways.
10  Q   And how would you generally describe those
11  ways?
12  A   I'm not quite sure how to describe them.  There
13  is a variety of different technical approaches.  There is
14  a variety of different systems that use different pieces
15  of information.
16  Q   Approximately how many videos do -- let me
17  withdraw that.
18      Approximately how many videos are there on the
19  YouTube system that are analyzed when candidates are
20  nominated?
21      MS. WHITE:  Object to the form.
22      THE WITNESS:  I don't know.
23  Q   (By Mr. Korologos)  Is it more than a billion?
24  A   I mean, in theory -- I think it depends on what
25  you mean by analyzing.  In theory, all videos could be

Page 17

1   nominated.
2   Q   And what I'm trying to get is an understanding
3   of what's the population of that "all videos" phrase you
4   just used.
5   A   The population is all of the videos that are on
6   YouTube.
7   Q   Do you know how many there are?
8   A   No.  I don't know how many there are.
9   Q   And do you know approximately how many there
10  are?
11  A   No.
12  Q   Do you know if it's more than a billion?
13  A   I believe that it's more than a billion, yes.
14  Q   Do you believe it's more than ▇▇▇▇▇▇
15  A   I believe it's more than ▇▇▇▇
16  Q   Do you know if it's more than ▇▇▇▇▇▇
17  A   I don't know if it's more than ▇▇▇▇
18  Q   Do you know if it's more than ▇▇▇▇▇▇
19  A   I believe it's more than ▇▇▇▇▇
20  Q   So you think it's more than ▇▇▇ but you're
21  not sure if it's more than ▇▇▇ is that right?
22  A   That's correct.
23  Q   In the recommendations' system, when candidates
24  are nominated before they're ranked, approximately how
25  many candidates tend to be nominated?



5 (Pages 14 to 17)

```
                                                    Page 74
 1   the past in connection with recommendation that you
 2   recall?
 3       A   As I recall they have been used in the past in
 4   nomination for recommendations.
 5       Q   And do you recall how they were used to help
 6   generate nominations?
 7       A   Yes.
 8       Q   What do you recall?
 9       A   As I recall there was, at some point, a
10   nominator that would take the Legos of the video you were
11   watching or the videos you had watched and then nominate
12   for recommendation other videos that had the same Legos.
13       Q   And you're not sure one way or the other whether
14   that still happens within recommendations?
15           MS. WHITE:  Object to form.
16           THE WITNESS:  I'm not sure, that's correct.
17           MR. KOROLOGOS:  Okay.
18       Q   (By Mr. Korologos)  Does the YouTube
19   recommendation system attempt to avoid recommending videos
20   to the viewer that the viewer has recently watched?
21       A   Not necessarily.
22       Q   When you say, "not necessarily," what do you
23   mean?
24       A   I mean that in certain circumstances it takes
25   into consideration if the viewer had recently watched it.
```

```
                                                    Page 75
 1   In other circumstances it doesn't.
 2       Q   What are the circumstances where it does and
 3   what are the circumstances where it doesn't?
 4       A   An example where it doesn't tear, if you had or
 5   the user had recently watched -- if the user had gotten
 6   part way through a long video.  So I watch math lectures
 7   on YouTube and if I only got halfway through one, it might
 8   recommend that video again to me even though I had already
 9   "watched" it.
10       Q   What about in generating an up next list on the
11   watch page; does the recommendation system try to avoid
12   putting duplicative videos on that list?
13       A   Duplicate?  What exactly do you mean by
14   "duplicate"?
15       Q   The same video.  What is essentially the same
16   video that's on the platform twice.
17           MS. WHITE:  Object to the form.
18           THE WITNESS:  I don't know if we have duplicate
19   filtering in WatchNext.
20       Q   (By Mr. Korologos)  Do you have duplicate
21   filtering in search?
22       A   Yes.  The search system filters duplicates.
23       Q   Meaning that the search list that is presented
24   to the user who is engaged in the search will eliminate a
25   duplicate result?
```

```
                                                    Page 76
 1       A   In all cases.
 2       Q   Did you say in many cases?
 3       A   In all cases.  I'll come closer.
 4       Q   I think it's a connectivity issue and not just
 5   where you're sitting.  It sounded garbled and that's why I
 6   followed up.
 7           In the cases where it does eliminate duplicates,
 8   what does the search system consider to be a duplicate?
 9       A   As I recall, it's either an 80 or 90 percent
10   complete match of the video content.
11       Q   And how is that 80 or 90 percent complete match
12   of the video content determined?
13       A   It's determined by the matching system.
14       Q   What kind of matching system?
15       A   I really can't say.
16       Q   You can't say what?
17       A   I don't understand it well-enough to be able to
18   describe it.
19       Q   Is it -- let me withdraw that.
20           Does it have a name?
21           MS. WHITE:  Object to form.
22           THE WITNESS:  I call it the match system.
23       Q   (By Mr. Korologos)  What do other people call
24   it?
25       A   I think they also call it the match system.
```

```
                                                    Page 77
 1       Q   Is it the same as the copyright match system?
 2       A   I don't know.
 3       Q   Do you know what the copyright match system
 4   is?
 5       A   Vaguely.
 6       Q   Or the copyright match tool?
 7       A   Not really.
 8       Q   What's your vague understanding of the copyright
 9   match system?
10       A   My understanding is there is a system that
11   compares reference files to videos uploaded to YouTube.
12       Q   Is that the copy -- the content -- ID system?
13       A   That's my vague understanding of the content ID
14   system.  Experts might say that one particular part is
15   exactly ID and another part is something else.
16       Q   Is it your understanding that the content ID
17   system is the matching system used to eliminate duplicates
18   in search as you've described?
19       A   No.
20       Q   Is it your understanding that technology used by
21   the content ID system is used to eliminate those
22   duplicates?
23       A   I don't know.
24       Q   Who would know?
25       A   Someone working on the match system.
```



20 (Pages 74 to 77)



| Page 122 | Page 124 |
|---|---|
| 1  home trying to provide a diverse set of suggestions.<br>2      Q   Is there -- let me withdraw that.<br>3          Under what circumstances is there an effort by<br>4  YouTube in its search function what it provides in a<br>5  response to a query an effort to increase the diversity of<br>6  videos watched by a user?<br>7      MS. WHITE:  Objection to form.<br>8      THE WITNESS:  The search function isn't trying<br>9  to increase the set of the diversity of the set of videos<br>10 to watch.  The search function, when it tries to provide<br>11 diversities, is trying to ensure that the user gets to see<br>12 a diverse set of results.  It's not -- it doesn't have as<br>13 the goal to get the user to watch a diverse set.  Just to<br>14 make sure that it's offering a diverse set.  And that's<br>15 only for certain queries like you described.  Maybe funny<br>16 video or something.<br>17     Q   (By Mr. Korologos)  Am I correct that as the<br>18 number of videos on the YouTube platform has increased<br>19 over time that the ability of YouTube to find videos to<br>20 recommend to users through its WatchNext function that<br>21 users want to watch gets easier?<br>22     MS. WHITE:  Objection to form.<br>23     MR. KOROLOGOS:  Let me withdraw that because the<br>24 easier might be confusing.<br>25     Q   (By Mr. Korologos)  Am I correct that the | 1  problem, whereas if you think about that same pretty<br>2  simplistic algorithm, it kind of has no chance of working<br>3  on YouTube because I could rank the most viewed videos for<br>4  you and like they probably wouldn't even be in your<br>5  language or it's not going to work at all.  So I don't<br>6  know -- I don't believe -- that's right.  I don't think<br>7  that's a simple statement to make.<br>8     Q   (By Mr. Korologos)  Well, if I move away from it<br>9  being simple in general to being specific to YouTube, as<br>10 opposed to other networks like Apple Plus or Netflix or<br>11 something like that, does the number of different videos<br>12 that are on the platform increase the opportunities for<br>13 YouTube to be able to provide a specific video that is<br>14 more likely to be a video that the user wants to watch and<br>15 does watch?<br>16     MS. WHITE:  Objection to form.<br>17     THE WITNESS:  I think that inside your question<br>18 is a premise that what people want to watch will continue<br>19 to fragment and be more widely dispersed across content.<br>20 If you don't believe that, and I don't think everybody<br>21 does -- there are some people that believe that's just a<br>22 temporary situation and pretty soon everybody in the world<br>23 is going to watch hundred different shows and that's it.<br>24 So if you believe that, then having more videos is not a<br>25 particular advantage or doesn't make it any easier. |

| Page 123 | Page 125 |
|---|---|
| 1  ability of YouTube's recommendations' system to provide to<br>2  a user a video that the user wants to watch improves with<br>3  more content being on the YouTube platform?<br>4      MS. WHITE:  Objection to form.<br>5      THE WITNESS:  You know, I don't think so.<br>6      Q   (By Mr. Korologos)  Well, if you had for videos<br>7  on the platform, doesn't that give you a greater<br>8  opportunity to find a video that more particularly matches<br>9  what a user might be looking for?<br>10     MS. WHITE:  Objection to form.<br>11     THE WITNESS:  I think that's a way of thinking<br>12 about it, but I think you also have to consider -- for<br>13 instance, if you have a smaller corpus and you have a<br>14 service that's well-known for that corpus like, I don't<br>15 know, let's take Netflix or Apple Plus; is their<br>16 recommendation problem easier or harder?  Well, a strategy<br>17 that might work that's pretty simple in the Netflix or<br>18 Apple Plus case, just show at the top always the shows<br>19 that or the videos that most of the people like and that's<br>20 a pretty -- that's a pretty -- straightforward<br>21 recommendation algorithm.<br>22         And it may work very well for those services<br>23 because the people are kind of self-selecting in.  When<br>24 they go to Apple Plus, they expect to see Ted Lasso or<br>25 whatever it is and so that's an easier recommendation | 1      Q   (By Mr. Korologos)  What's your belief?<br>2      A   I believe that content, consumption, and<br>3  interest will continue to fragment and so I believe that<br>4  having a larger set of videos will be more likely to<br>5  satisfy a larger number of users.<br>6      MR. KOROLOGOS:  Why don't we take a break until<br>7  four o'clock and let me use that time to organize all of<br>8  my notes and see if we can finish things off during the<br>9  next session.<br>10     VIDEOGRAPHER:  Off the record at 3:47.<br>11     (Recess from 3:47 p.m. to 4:05 p.m.)<br>12     VIDEOGRAPHER:  On the record at 4:05.<br>13     Q   (By Mr. Korologos)  Mr. Goodrow, did you do a<br>14 pod cast with Lex Fridman?  L-e-x F-r-i-d-m-a-n.<br>15     A   Yes.<br>16     Q   When did you do that; do you recall?<br>17     A   I think it was in 2019.<br>18     Q   Past couple of years; two or three years?<br>19     A   It was before Covid.<br>20     Q   We've talked some today about how the<br>21 recommendations' system works, how WatchNext works, and<br>22 how autoplay works; how would you describe a perfectly<br>23 tuned autoplay feature on YouTube?<br>24     MS. WHITE:  Objection to form.<br>25     THE WITNESS:  A perfectly tuned autoplay feature |



MAGNA LEGAL SERVICES

Page 126

1  on YouTube would correctly anticipate all of the videos I
2  want to watch.  I wouldn't say it's the autoplay feature
3  in particular, but I would say that the best WatchNext
4  suggestions would correctly anticipate all the videos I
5  would want to watch and in the sequence that I would want
6  to watch them, and the one that I most wanted to watch
7  after each one would be at the top.
8      **Q   (By Mr. Korologos)  And that's irrespective of**
9  **whether you knew of the existence of those videos before**
10 **the WatchNext list was populated?**
11     A   When you say me, you're talking --
12     **Q   Well, I used you because you seem to shift into**
13 **the first person in your answer.**
14     A   Oh.  So, in this case, you're talking about the
15 user?
16     **Q   Yes.**
17     A   I see.
18         Right.  The WatchNext suggestions would surface
19 videos that the user was unaware or might surface videos
20 that the user was unaware existed on YouTube.
21         **MR. KOROLOGOS:**  I have no further questions.
22 Ms. White may have some questions.
23         **MS. WHITE:**  Can we take a two minute recess?
24         **MR. KOROLOGOS:**  Sure.
25         **VIDEOGRAPHER:**  Off the record at 4:08.

Page 127

1      (Recess from 4:08 p.m. to 4:11 p.m.)
2          **VIDEOGRAPHER:**  On the record 4:11.
3          **MS. WHITE:**  We have no questions for
4  Mr. Goodrow.
5          **MR. KOROLOGOS:**  Okay.  Thank you, everybody.
6  Nice meeting you, Mr. Goodrow.
7          **THE WITNESS:**  Nice meeting you.
8          **VIDEOGRAPHER:**  Off the record at 4:12.
9      (Time Noted:  4:12 p.m.)

Page 128

1  STATE OF CALIFORNIA    )
                          ) SS.
2  COUNTY OF SACRAMENTO   )
3
4
5
6
7      I, the undersigned, declare under penalty
8  of perjury that I have read the foregoing transcript,
9  and I have made any corrections, additions or deletions
10 that I was desirous of making; that the foregoing is a
11 true and correct transcript of my testimony contained
12 therein.
13     EXECUTED this ____ day of _____,
14 _____, at _____, _____.
            (City)            (State)
15
16
17
18         _____
19              CRISTOS GOODROW
20
21
22
23
24
25

Page 129

1         REPORTER'S CERTIFICATE
2
3
4      I, SANDRA S. PETRITSCH, CSR No. 11684, Certified
5  Shorthand Reporter, certify;
6      That the foregoing proceedings were
7  stenographically reported by me at the time and place
8  therein set forth and were thereafter transcribed;
9      That the foregoing is a true and correct
10 transcript of my shorthand notes so taken.
11     I further certify that I am not a relative or
12 employee of any attorney or any of the parties nor
13 financially interested in the action.
14     I declare under penalty of perjury under the
15 laws of California that the foregoing is true and correct.
16     Dated this 22nd day of July, 2022.
17
18
19
20 _____
   SANDRA S. PETRITSCH, CSR No. 11684
21
22
23
24
25



Witness: Cristos Goodrow — June 28, 2022 Deposition
*Schneider v. YouTube, LLC*, No. 3:20-cv-04423-JD (N.D. Cal.)
Job No. 846011

**Errata Sheet**

| Page:Line | Change | Reason |
| --- | --- | --- |
| 7:21 | Replace <shopping> with <Shopping> | To correct transcription errors |
| 8:23 | Replace <YouTube and> with <YouTube, the> | To correct transcription errors |
| 8:24 | Replace <actually> with <actual> | To correct transcription errors |
| 8:25 | Replace <Ios> with <iOS> | To correct transcription errors |
| 9:7 | Insert <self-> before <explanatory> | To correct transcription errors |
| 9:23 | Replace <functioning's> with <functions> | To correct transcription errors |
| 10:4 | Replace <from> with <for> | To correct transcription errors |
| 13:22 | Replace <is> with <are> | To clarify the record |
| 14:17 | Replace <visited; for> with <visited -- for> | To correct transcription errors |
| 14:18 | Replace <play list> with <playlist> | To correct transcription errors |
| 14:19 | Replace <video> with <videos> | To clarify the record |
| 14:19 | Replace <play list> with <playlist> | To correct transcription errors |
| 14:20-14:21 | Replace <play list> with <playlist> | To correct transcription errors |
| 14:23 | Insert <then> between <and> and <the> | To correct transcription errors |
| 14:23 | Replace <play list> with <playlist> | To correct transcription errors |
| 15:1 | Replace <;> with <,> | To correct transcription errors |
| 19:4 | Replace <user and> with <user.  And> | To correct transcription errors |
| 19:12 | Replace <learn> with <learned> | To correct transcription errors |
| 20:6 | Replace <that and> with <that -- and> | To correct transcription errors |
| 20:7 | Replace <responsibile> with <responsible> | To correct transcription errors |
| 20:21 | Replace <, we> with <.  We> | To correct transcription errors |

Witness: Cristos Goodrow — June 28, 2022 Deposition
*Schneider v. YouTube, LLC*, No. 3:20-cv-04423-JD (N.D. Cal.)
Job No. 846011

| | | |
|---|---|---|
| 20:22 | Replace <, we> with <.  We> | To correct transcription errors |
| 21:7 | Insert <rate> between <to> and <a> | To correct transcription errors |
| 30:18 | Replace <pushes> with <push> | To clarify the record |
| 32:17 | Replace <watched> with <watch> | To correct transcription errors |
| 32:19 | Replace <video.  But> with <video, but> | To correct transcription errors |
| 32:24 | Replace <watched> with <watch> | To correct transcription errors |
| 36:1 | Replace <value watch time and satisfaction which stems> with <valued watch time or satisfaction, which comes> | To correct transcription errors |
| 37:2 | Replace <author or authoritative> with <authoritativeness> | To clarify the record |
| 38:19 | Replace <mention> with <understand> | To correct transcription errors |
| 40:9 | Replace <Andres> with <Andre> | To correct transcription errors |
| 40:16 | Replace <supervised> with <supervise> | To clarify the record |
| 41:1 | Replace <Liwei> with <Li Wei> | To correct transcription errors |
| 41:17 | Replace <Yee Wu (phonetic)> with <Yi Wu> | To correct transcription errors |
| 44:9 | Replace <released> with <raised> | To correct transcription errors |
| 45:16 | Replace <distribution and means> with <distributions and the means> | To correct transcription errors |
| 46:9 | Replace <derive more viewers> with <provide more value to viewers> | To correct transcription errors |
| 46:10 | Replace <of the experiments weighing> with <of experiments weighting> | To correct transcription errors |
| 46:14 | Replace <apps> with <at> | To correct transcription errors |
| 46:15 | Replace <valued> with <value to> | To correct transcription errors |
| 48:2 | Replace <videos in> with <videos, in> | To correct transcription errors |

Witness: Cristos Goodrow — June 28, 2022 Deposition
*Schneider v. YouTube, LLC*, No. 3:20-cv-04423-JD (N.D. Cal.)
Job No. 846011

| | | |
|---|---|---|
| 48:3 | Replace <uploaded here> with <uploaded, that appear> | To correct transcription errors |
| 48:4 | Replace <be> with <do> | To correct transcription errors |
| 48:6 | Remove <or> after <general> | To correct transcription errors |
| 48:7 | Replace <whatever they appear in the> with <wherever they appear -- of> | To correct transcription errors |
| 48:21 | Remove <if> | To clarify the record |
| 50:8 | Replace <;> with <,> | To correct transcription errors |
| 50:9 | Replace <not -- indicate> with <not indicate> | To correct transcription errors |
| 50:10 | Replace <they're> with <you're> | To correct transcription errors |
| 51:11 | Replace <borderline or content> with <borderline content> | To clarify the record |
| 51:12 | Replace <harmfulness information> with <harmful misinformation> | To correct transcription errors |
| 53:13 | Replace <or> with <and> | To clarify the record |
| 54:21 | Replace <categorize> with <have categorized> | To correct transcription errors |
| 54:22 | Insert <a> between <or> and <success> | To correct transcription errors |
| 60:9 | Insert <the> between <if> and <WatchNext> | To correct transcription errors |
| 61:1 | Remove <of> | To correct transcription errors |
| 62:6 | Add <the> between <use> and <related> | To clarify the record |
| 62:6 | Replace <graphs> with <graph> | To correct transcription errors |
| 62:7 | Replace <uses a> with <uses the> | To correct transcription errors |
| 62:18 | Replace <to those> with <does or> | To correct transcription errors |
| 62:19 | Replace <graphs> with <graph> | To correct transcription errors |
| 62:20 | Add <the> between <uses> and <related> | To clarify the record |

Witness: Cristos Goodrow — June 28, 2022 Deposition
*Schneider v. YouTube, LLC*, No. 3:20-cv-04423-JD (N.D. Cal.)
Job No. 846011

| | | |
|---|---|---|
| 62:21 | Replace <graphs> with <graph> | To correct transcription errors |
| 63:14 | Replace <Ad's> with <Ads> | To correct transcription errors |
| 64:8 | Replace <out,> with <about> | To correct transcription errors |
| 66:21 | Insert <only> between <video> and <through> | To correct transcription errors |
| 66:22 | Insert <it> between <and> and <has> | To correct transcription errors |
| 67:1 | Insert <it> between <to> and <.> | To correct transcription errors |
| 68:19 | Replace <or> with <for> | To correct transcription errors |
| 68:22 | Replace <as an> with <as a> | To correct transcription errors |
| 68:23 | Replace <university or maybe entry for U.S.C.> with <university.  There might be an entry for the U.S.C.> | To correct transcription errors |
| 69:3 | Replace <graphs> with <grass> | To correct transcription errors |
| 69:3 | Replace <tree> with <trees> | To correct transcription errors |
| 69:6 | Replace <keypoint> with <key point> | To correct transcription errors |
| 69:22 | Replace <your> with <linear> | To correct transcription errors |
| 72:14 | Replace <enumeration ... (unintelligible)> with <continuation> | To correct transcription errors |
| 72:15 | Insert <a> between <watching> and <video> | To correct transcription errors |
| 73:6 | Replace <time or top WatchNext section> with <timer, the top WatchNext suggestion> | To correct transcription errors |
| 75:4 | Replace <tear> with <care> | To correct transcription errors |
| 76:1 | <all> with <many> | To correct transcription errors |
| 76:3 | Replace <In all cases.> with <Not in all cases. Yes.> | To correct transcription errors |
| 76:17 | Replace <well-enough> with <well enough> | To correct transcription errors |

Witness: Cristos Goodrow — June 28, 2022 Deposition
*Schneider v. YouTube, LLC*, No. 3:20-cv-04423-JD (N.D. Cal.)
Job No. 846011

| | | |
|---|---|---|
| 77:13 | Replace <content ID> with <Content ID> | To correct transcription errors |
| 77:15 | Replace <ID> with <Content ID> | To correct transcription errors |
| 78:12 | Replace <Jeff VanderMeer> with <Geoff van der Meer> | To correct transcription errors |
| 79:5 | Replace <within a difference> with <within -- differ> | To correct transcription errors |
| 80:19 | Replace <an> with <the> | To correct transcription errors |
| 83:7 | Replace <that videos> with <the videos> | To correct transcription errors |
| 84:18 | Replace <That's not a setting.> with <That's a setting.> | To correct transcription errors |
| 86:12 | Remove <,> after <called> | To correct transcription errors |
| 87:5 | Replace <tags> with <terms> | To clarify the record |
| 87:6 | Replace <of> with <and> | To correct transcription errors |
| 87:13 | Replace <the uploaders> with <I thought you had said> | To correct transcription errors |
| 88:3 | Replace <;> with <,> | To correct transcription errors |
| 89:4 | Replace <but> with <-- but> | To correct transcription errors |
| 89:19 | Replace <funny> with <"funny"> | To clarify the record |
| 89:19 | Remove <title> | To clarify the record |
| 90:1 | Replace <;> with <:> | To correct transcription errors |
| 90:2 | Replace <rating> with <rate> | To correct transcription errors |
| 90:2 | Replace <on everything> with <time, everything> | To correct transcription errors |
| 91:3 | Replace <side-by-side's> with <side-by-sides> | To correct transcription errors |
| 92:2 | Replace <spamy> with <spammy> | To correct transcription errors |

Witness: Cristos Goodrow — June 28, 2022 Deposition
*Schneider v. YouTube, LLC*, No. 3:20-cv-04423-JD (N.D. Cal.)
Job No. 846011

| | | |
|---|---|---|
| 92:3 | Replace <can with> with <can, with> | To correct transcription errors |
| 92:10 | Insert <--> between <thing> and <like> | To correct transcription errors |
| 92:11 | Replace <terms.  Where> with <terms, where> | To correct transcription errors |
| 92:12 | Replace <embed them with how you measure space or measure co-sign> with <you embed them in the same high-dimensional space and you measure like the cosine similarity> | To correct transcription errors |
| 92:13 | Replace <similarity or> with <similarity -- or> | To correct transcription errors |
| 92:14 | Replace <sophisticated, then> with <sophisticated.  Then> | To correct transcription errors |
| 92:15 | Replace <game> with <gain> | To correct transcription errors |
| 94:9 | Replace <play> with <Play> | To correct transcription errors |
| 98:12 | Replace <a way> with <the way> | To correct transcription errors |
| 98:13 | Replace <depicted. This> with <depicted, this> | To correct transcription errors |
| 99:5 | Replace <search in the video results> with <video in the search results> | To correct transcription errors |
| 99:7 | Replace <video or> with <video --> | To correct transcription errors |
| 100:11 | Replace <Internet> with <an embed> | To correct transcription errors |
| 100:22 | Replace <Web site, let's say your very own Web site> with <website, let's say your very own website> | To correct transcription errors |
| 100:23-100:24 | Replace <Web site> with <website> | To correct transcription errors |
| 103:25 | Replace <link> with <week> | To correct transcription errors |
| 104:20 | Replace <as an item and list> with <is just the appearance of an item in a list that was> | To correct transcription errors |
| 105:1 | Replace <user which> with <user -- which> | To correct transcription errors |

Witness: Cristos Goodrow — June 28, 2022 Deposition
*Schneider v. YouTube, LLC*, No. 3:20-cv-04423-JD (N.D. Cal.)
Job No. 846011

| | | |
|---|---|---|
| 108:6 | Replace <about crossroads?> with <about crossroads.> | To correct transcription errors |
| 108:6-108:8 | Remove <Why don't you provide me your understanding of what that has conveyed? That line that we just read.> from answer | To correct portion of transcript in which counsel's question is incorrectly identified as a portion of the deponent's answer |
| 108:11 | Replace  with <weight> | To correct transcription errors |
| 108:14 | Replace  with <weight> | To correct transcription errors |
| 108:16 | Replace <it's a connected> with <I guess it's a directed> | To correct transcription errors |
| 108:19 | Replace <Edge> with <edge> | To correct transcription errors |
| 109:11 | Replace <arrow band> with <arrow at the end> | To correct transcription errors |
| 109:11 | Replace <metrics space or> with <metric space or a> | To correct transcription errors |
| 110:1 | Replace <subpart to the> with <subpart of the> | To correct transcription errors |
| 110:2 | Replace <titled, definition> with <titled "definition"> | To correct transcription errors |
| 110:2 | Insert <design> between <nominator> and <document> | To correct transcription errors |
| 111:5 | Insert <close> between <long> and <co-watch> | To correct transcription errors |
| 111:6 | Replace <on the WatchNext> with <on the -- WatchNext> | To correct transcription errors |
| 116:7 | Replace <co-watch on the> with <co-watch -- on the> | To correct transcription errors |
| 111:9 | Replace <graph that is the> with <graph is -- | To correct transcription errors |

Witness: Cristos Goodrow — June 28, 2022 Deposition
*Schneider v. YouTube, LLC*, No. 3:20-cv-04423-JD (N.D. Cal.)
Job No. 846011

| | | |
|---|---|---|
| | the> | |
| 111:10 | Replace <videos is> with <videos -- is> | To correct transcription errors |
| 115:3 | Replace <PRQ> with <PR team> | To correct transcription errors |
| 120:1 | Replace <Andres> with <Andre> | To correct transcription errors |
| 121:25 | Replace <WatchNext at> with <WatchNext and in> | To correct transcription errors |
| 124:2 | Insert <recommendation> between <simplistic> and <algorithm> | To correct transcription errors |
| 124:5 | Replace <or> with <so> | To correct transcription errors |
| 124:23 | Insert <a> between <watch> and <hundred> | To correct transcription errors |

✓ _____   Subject to the above changes, I certify that the transcript is true and correct.

_____   No changes have been made, I certify that the transcript is true and correct.

_____           _____
(signature)                                           August 29, 2022
                                                              (date)

Witness: Cristos Goodrow — June 28, 2022 Deposition
*Schneider v. YouTube, LLC*, No. 3:20-cv-04423-JD (N.D. Cal.)
Job No. 846011

## ACKNOWLEDGMENT OF DEPONENT

I, Cristos Goodrow, do hereby certify that I have read and examined the foregoing testimony, and that the same is a correct transcription of the answers given by me to the questions therein propounded, except for the corrections or changes in form or substance, if any, noted in the attached Errata Sheet.

_____        _____
         (signature)                                              (date)

[Signature]        August 29, 2022