# EXHIBIT 7

to the Declaration of Qifan Huang

PUBLIC VERSION - REDACTED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

---oOo---

MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING LTD., individually and on behalf of all others similarly situated;

Plaintiffs,

vs. Case No. 3:20-cv-04423-JD

YOUTUBE, LLC; and GOOGLE LLC;

Defendants.
_____________________________/

THIS TRANSCRIPT CONTAINS

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY TESTIMONY

REMOTE VIDEOTAPED DEPOSITION OF AMY WU

SEE ATTACHED LETTER FOR DESIGNATIONS

PALO ALTO, CALIFORNIA

TUESDAY, MAY 24, 2022

STENOGRAPHICALLY REPORTED BY:

ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR

CSR LICENSE NO. 9830

JOB NO. 832769



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
---oOo---

MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING LTD., individually and on behalf of all others similarly situated;

Plaintiffs,

vs. Case No. 3:20-cv-04423-JD

YOUTUBE, LLC; and GOOGLE LLC;

Defendants.

_________________________/

Remote Videotaped Deposition of Amy Wu, taken on behalf of the Plaintiffs, on Tuesday, May 24, 2022, beginning 9:06 a.m., and ending at 5:29 p.m., Pursuant to Notice, and before me, ANDREA M. IGNACIO, CSR, RPR, CRR, CLR ~ No. 9830.

**A P P E A R A N C E S:**

**COUNSEL FOR PLAINTIFFS:**
BOIES SCHILLER FLEXNER LLP
By: PHILIP C. KOROLOGOS, Esq.
DEMETRI BLAISDELL, Esq.
55 Hudson Yards, 20th Floor
New York, NY 10001
(212) 446-230

-- and --

KOREIN TILLERY, LLC
By: GEORGE ZELCS, Esq.
CAROL O'KEEFE, Esq.
RYAN CORTAZAR, Esq.
DAVID WALCHAK, Esq.
205 North Michigan, Suite 1950
Chicago, IL 60601
Telephone: (312) 641-9750

**R E M O T E A P P E A R A N C E S:** (Cont.)

**COUNSEL FOR THE DEFENDANTS:**
WILSON SONSINI GOODRICH & ROSATI
**BY:** MAURA REES, Esq.
KELLY M. KNOLL, Esq.
650 Page Mill Road
Palo Alto, CA 94304-1050
(650) 493-9300

**ALSO PRESENT:** Peter van der Vlugt, Videographer
Matthew Gubiotti, Google

---oOo---

I N D E X

**WITNESS:** Amy Wu

| EXAMINATION | PAGE |
| --- | --- |
| By Mr. Korologos | 7 |

E X H I B I T S

| EXHIBIT | PAGE |
| --- | --- |
| Exhibit 101 Tech Talks, Bates GOOG-SCHNDR-00042647 - '48 | 45 |
| Exhibit 102 Watch Next Overview 1-22-16 Product Review, Bates GOOG-SCHNDR-00040865 - '941 | 47 |
| Exhibit 103 Autoplay DeepDive Charles Wu 4/2021 Bates GOOG-SCHNDR-00040723 - '747 | 115 |
| Exhibit 104 Watch Next Introduction, Bates GOOG-SCHNDR-00040752 - '53 | 133 |
| Exhibit 105 YouTube Watch Next's New Hire Guide Bates GOOG-SCHNDR-00042675 - '78 | 136 |

---oOo---

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

** See Attached June 17, 2022 Wilson Sonsini Letter of Designations

---oOo---



REMOTE ZOOM DEPOSITION
TUESDAY, MAY 24, 2022
9:06 a.m.

**THE VIDEOGRAPHER:** We are now on the record. This begins Videotape No. 1 in the deposition of Amy Wu. In the matter of Maria Schneider versus YouTube LLC.

Today is Tuesday May 24, 2022, and the time is 9:06 a.m. This deposition is being taken virtually at the request of Boies Schiller & Flexner LLP.

The videographer is Peter van der Vlugt of Magna Legal Services.

The court reporter is Andrea Ignacio of Magna Legal Services.

Will counsel and all parties present state their appearances and whom they represent.

**MR. KOROLOGOS:** Good morning, it's Philip Korologos with Boies Schiller & Flexner on behalf of the Plaintiffs and the Putative Class.

**MS. REES:** This is Maura Rees from Wilson Sonsini on behalf of Google and YouTube. And with me today are Kelly Knoll from Wilson Sonsini, and Matt Gubiotti from Google.

**MR. ZELCS:** George Zelcs on behalf of the plaintiffs. With me are Carol O'Keefe, Ryan Cortazar and David Walchak all from Korein Tillery.

**MR. KOROLOGOS:** And also from Bose Schiller is Demetri Blaisdell.

**THE VIDEOGRAPHER:** Will the court reporter please swear in the witness.

AMY WU,
having been sworn as a witness,
by the Certified Shorthand Reporter,
testified as follows:

EXAMINATION
**BY MR. KOROLOGOS:**

**Q Good morning, Ms. Wu.**
A Good morning.
**Q As we discussed a little bit before, we're going to be using a platform for exhibits, and we're using Zoom for the deposition today.**
**If at any time you have difficulty hearing me, please interrupt so that you can have a clear understanding of what my questions are, and as I need to get a clear understanding of your answers.**

**And if there are interruptions, I apologize for that, but such as the life of doing things remotely these days.**
**Would you state your name for the record, please.**
A Amy Wu.
**Q And what is your address?**
A Home address?
**Q Yes.**
A [redacted]
**Q And where are you employed?**
A At Google.
**Q And when did you join Google?**
A I joined Google in, I believe it was, 2007.
**Q And what was your position when you first joined Google?**
A When I first joined Google, my position was product manager.
**Q For what product?**
A When I first joined Google, I was product manager within Search.
**Q And how long were you product manager within Search?**
A I believe I was in Search for about a year.
**Q Did you say one year?**

A I believe it was about one year roughly.
**Q So that would be some time in 2008?**
A Would have been until some time in 2008.
**Q And where did you shift to next? What position and -- and what area?**
A Next I went to -- that was also product manager. Actually, sorry. When I first joined, it was associate product manager. Actually it was -- I recall that was officially my title. So when I went to -- next was Ads, and I was also an associate product manager at that time.
**Q And how long were you an associate product managers in Ads?**
A I -- I was an associate product manager in Ads for about a year until -- and then after that I was, you know, product manager.
**Q And so you elevated from associate product manager to product manager but stayed within Ads?**
A Yes.
**Q And how long were you product manager in Ads?**
A I believe it was probably about a year or two. Maybe two years, if I recall correctly.
**Q So that takes us up to about 2011?**
A I'm not sure if it was exactly 2011. I just know it was roughly about -- about a year as an



associate product manager, and then probably another couple of years at the product manager.
**Q What was your next position?**
A My next position was also product manager.
**Q In what area?**
A I was a product manager in Google Play.
**Q How long were you product manager in Google Play?**
A I believe it was around maybe three years or so. I can't recall the exact length though, but I think it was three or maybe four years.
**Q And where did you go after that?**
A After Google Play, I went to YouTube.
**Q Okay. And when did you go to YouTube?**
A Let me think. I believe it was 20 -- I believe it was around 2016.
**Q And how did you end up going to YouTube?**
A Can you clarify what you mean by that?
**Q Sure.**
**How did you end up changing your position in or about 2016 from being a product manager in Google Play to shifting over to YouTube?**
**MS. REES:** Object to the form of the question.
**MR. KOROLOGOS:** Q. You can answer.

A Do you -- do you -- can you clarify? Do you mean kind of the mechanics or --
**Q No.**
**What -- what was it that is the principal cause for you changing positions from working for Google Play to working for YouTube?**
A So I just -- you know, I -- it was kind of time to make a change. I had been on Google Play for, I guess, around three for years at the time, and I was interested in, you know, this YouTube, moving to YouTube from there.
**Q And did you apply for the position?**
A I did apply internally, yes.
**Q And when you went to YouTube in 2016, did you go in as a product manager?**
A Yes; I was a product manager.
**Q For what? For Watch Next?**
A Yes.
**Q And that's a position you've held since 2016?**
A Yes.
**Q Prior to 2016, had you had any involvement with YouTube?**
A Not that I can recall.
**Q So when you were associate product manager in Search and then associate product manager in Ads,**

**those were both with respect to Google?**
A Those were both Google, within Google, yes.
**Q So Google Search and Google Ads, and not YouTube Search or YouTube Ads?**
A That's right.
**Q Are there any other product managers for Watch Next today?**
A No.
**Q Have there been since you became product manager for Watch Next in 2016?**
A Yes.
**Q Who else has been product manager for Watch Next along with you since 2016, and during what periods of time?**
A There was one person who covered for me while I was out on maternity leave. And I'm trying to remember. I think that was -- you asked what period of time; is that right?
**Q Yes, yep.**
A That was 2017. Late 2017 until early 2018.
**Q And who was that that covered for you?**
A It was an associate product manager.
**Q And what is the person's name?**
A Her name is Lexie Judd.
**Q During that late -- let me withdraw that.**

**Did anybody else hold the position of product manager in Watch Next from 2016 to the present other than you or Ms. Judd?**
A No one else has been the Watch Next product manager during that time, as far as I can recall.
**Q And aside from your maternity leave, which I take it was from late 2017 to early 2018, have you been actively working as the product manager for Watch Next since 2016?**
A Yes.
**Q How many people are in the Watch Next group?**
A It -- define -- can you define "group"?
**Q Well, you tell me.**
**What -- is Watch Next considered a group within YouTube? Or an area? Or a division? Or something like that?**
A Yes, there is a core Watch Next team, let's call it.
**Q And is that a team that you manage?**
A I -- I don't know about manage, but I'm the product manager for that team, for Watch Next, yes.
**Q Who manages the team?**
A Well, by "team," there -- there is an engineering manager for the team who, you know, just -- you know, is the -- is the manager.



**Q And the engineering manager manages the engineers that are on the team?**
A Yes.
**Q And are there non-engineers that are on the team?**
A It depends on how you define "team."
**Q I'm talking about the core Watch Next team that you referred to.**
A I would consider the core team to be the engineers and myself. There are some others that, you know, we work with, but I don't -- I don't know if I would, you know, consider them part of the team, so to speak, when I'm speaking of the team.
**Q Okay. Who is on the core Watch Next team today?**
A There are engineers on the team and myself.
**Q What are their names?**
A One of their -- one of their names is Brad Forehle.
**Q Anybody else?**
A Another person who works on Watch Next is Charles Wu.
**Q Anybody else?**
A Another person who works on Watch Next is Lukasz Heldt.

**Q Anybody else?**
A Another person who works on Watch Next is Li Wei.
**Q How do you spell Li Wei's name?**
A L-I, W-E-I.
**Q Anybody else?**
A Another person that works on Watch Next is Hariharan. I don't recall his last name currently at the moment.
**Q H-A-R-I-H-A-N?**
A H -- H-A-R-I-H-A-R-A-N, I believe. I -- so the -- that's what I recall at the moment.
**Q Okay.**
A That may not be the right spelling.
**Q Anybody else you can recall?**
A Another person would be Yi Wu.
**Q Anybody else?**
A I can't recall the rest of it right now. That's the list that I have so far.
**Q What about Cristos Goodrow?**
A I wouldn't consider Cristos part of the Watch Next Core team.
**Q What about Andre Rohe?**
A I also wouldn't consider Andre to be part of the Watch Next team.

**Q What about Sue-Lin Wu?**
A Sue-Lin, I would not consider her to currently be part of the Watch Next's core team.
**Q Was she previously?**
A Yes.
**Q What about Todd Obray? I'm not sure I'm pronouncing that right.**
A I also wouldn't consider him to be part of the core Watch Next team.
**Q What is the purpose of the core Watch Next team?**
A The purpose of the core Watch Next team is to connect viewers with the content that they would love to watch and be satisfied by watching.
**Q And am I correct that Watch Next is a back-end service for YouTube?**
A You could describe it that way.
**Q And what is a back-end service, in your mind?**
A In my mind, back-end service -- services usually don't deal with, you know, the -- the UI, the look and feel of the product.
**Q UI being user interface?**
A Yes.
**Q And am I correct that Watch Next generates video suggestions on the YouTube Watch Page?**

A Watch Next does -- does provide recommendations. You can call them suggestions, if you would like, onto the -- on the YouTube Watch Page.
**Q And is that what you refer to them internally as "recommendations"?**
A Yes.
**Q And what is the Watch Page? Is that the page that one has open when one watches the video?**
A Yes.
**Q And Watch Next also populates what might get played using Autoplay; is that correct?**
A Autoplay is one of the features that Watch Next supports, yes. Although can you -- can you clarify what you mean by "Autoplay" just so --
**Q Yeah, let's -- let's clear that up.**
**So from the user's perspective, YouTube refers to Autoplay as the playing by YouTube of videos suggested for the user by Watch Next; is that correct?**
**MS. REES:** Object to the form of the question.
**MR. KOROLOGOS:** Q. You can answer.
A So my understanding, the -- you know, Autoplay is -- is a feature that, you know, essentially lets the -- you know, it's a feature that is providing an easy way for users to move on to the



next video that they want to watch. And it's the feature where, you know, you finish a video on the Watch Page. You see this countdown that starts. The user can choose to cancel, you know, leave the page, or they can choose to, you know, keep going, at which point another video would play after the one that they're currently watching. That's the Autoplay feature.

**Q And when you say that the countdown starts, that's the countdown to the playing of the video selected by the Autoplay process of YouTube; correct?**

**MS. REES:** Object to the form of the question.

**THE WITNESS:** The -- the video -- so after the countdown completes, then the next video that is played is the -- is the recommendation that, you know -- that we think that users would most likely want to watch next.

**MR. KOROLOGOS:** Q. And that's played automatically by YouTube without any involvement by the user --

**MS. REES:** Object.

**MR. KOROLOGOS:** Q. -- after it's played in Autoplay; is that correct?

**MS. REES:** Object to the form of the

question.

**THE WITNESS:** Well, the -- after -- you know, the -- the user can choose to, you know, either move forward and -- and watch the next video, or they can choose to, you know, to cancel the count down, or to do something else, or choose another video, you know, entirely altogether on the page. Or, you know do any number of other things. That -- that's up to them.

But if they, you know, like the next video and they want to continue on to watching it, then they may choose to do so.

**MR. KOROLOGOS:** Q. And if the user does nothing, what happens?

A If the user chooses to let the countdown complete and not interfere with the countdown, then the next video would start playing.

**Q And who selects that video that gets played at that point?**

A I --

**MS. REES:** Object to the form of the question.

**MR. KOROLOGOS:** What's the nature of the objection?

**MS. REES:** The nature of the objection is that it's unclear what you mean when you say -- when

you're saying "who selects the video."

**MR. KOROLOGOS:** Q. You can answer.

A The -- well, the next video, I don't know if it's a "who," but it's the -- the Autoplay feature is serving up the -- the video that we think that the user might be most likely to watch next. So it's based off of, you know, what we think the user might want to watch.

**MR. KOROLOGOS:** Q. And so it is automatically played by YouTube; is that correct?

**MS. REES:** Object to the form of the question.

**THE WITNESS:** Well, you know, if -- if the user again doesn't -- you know, doesn't interfere with the countdown and chooses to let that complete and the next video to be played, then, you know, that -- that next video would be played, you know, for the -- for the user. Again, based off of what we think, you know, they might want to watch next.

**MR. KOROLOGOS:** Q. And is it correct or incorrect to state that after a user watches a YouTube video, YouTube will automatically play another related video based on the user's viewing history?

A After the video is complete, there are many factors that go into what is -- you know, what's the

video that's played next. Viewing history is -- is one of many considerations.

**Q And is it accurate to say that based on those considerations, YouTube will automatically play another related video after the user watches a YouTube video?**

**MS. REES:** Object to the form of the question.

**THE WITNESS:** Can you repeat the question again?

**MR. KOROLOGOS:** Sure.

**Q Is it accurate to say that, based on the considerations you've just generally identified, YouTube will automatically play another related video after the user watches a YouTube video?**

A It may or may not.

**Q Under what circumstances might it be and under what circumstances might it not be?**

A It just -- it depends a lot on the context, and what -- you know, what the user might want to watch next.

**Q Does YouTube ever automatically play another related video after a user watches a YouTube video?**

**MS. REES:** Object to the form of the question.



played next is usually determined after the user, you know, starts to watch the -- the current video.

**Q How soon after the user starts watching the current video?**

A Pretty soon.

**Q Meaning less than a second?**

A I think so, but I couldn't say for sure.

**Q More than a second. It's something small like that. Not minutes, or hours, or anything like that?**

A It wouldn't be hours.

**Q Could it be minutes?**

A It could be in some cases, but that's -- you know, I -- I don't know for sure. That's more within, you know, the engineering team. I never personally measured that myself.

**Q Okay. Now, we talked when we went through a list and got all of your recollection with respect to how YouTube goes about trying to understand the intent of a user.**

**What other factors go into determining what video will play next automatically pursuant to Autoplay?**

A Well -- well, ultimately we're trying to -- I mean, you know, depending on what you mean by "user

intent."

Generally, you know, our -- the main factor is to, you know, try to, you know, understand or guess what the user might want to watch next. You know, you can call that maybe intent or something else. But it's basically what -- you know, what they might like to see. That is the main factor.

As to if there's any -- you know, that's -- that's really the main factor. I can't think of any other at the moment.

**Q Well, once -- let me withdraw that.**

**In addition to determining -- let me withdraw that, too.**

**In addition to formulating an understanding of what YouTube believes the user might want to watch next, doesn't YouTube also have to figure out what video might satisfy that want?**

A Well, it is our goal to find, you know, the -- the video that might be the most satisfying to the user. That is one of our goals. I guess I -- I can't see that as the same as a video that they might like to watch.

**Q Okay. But how does YouTube determine which video might satisfy the user's wants?**

A Well, as I mentioned earlier, there's lots of

factors. Like the video that they're currently watching or, you know, what -- what their past viewing history have might have been.

**Q Well, those go to what the user might want to watch next, right, in terms of the desires of the user; correct?**

A Those are factors that would go into what users might want to watch next, yes.

**Q Okay. How does the Watch Next function of YouTube determine what videos might be used to populate a list that satisfies the user?**

A I see.

So you're talking about Watch Next as a whole; not Autoplay specifically?

**Q Well, let's stick with Autoplay, and then we'll come back to Watch Next.**

A Well, Autoplay is based off of Watch Next. So it's -- it's, you know, the same starting list, if that makes sense.

**Q That's what I was going to come back to. But now that we've established that, let's -- let's answer the question.**

A So your question -- sorry. Repeat the question so I have it.

**Q Sure.**

**And let me try to approach it a different way.**

A Okay.

**Q Am I correct that Watch Next is a function that helps identify potential videos that might interest a user that is watching a video on YouTube at a given time?**

A Yes.

**Q And Watch Next then takes those identified potential videos and provides a scoring, a ranking of those videos, based on a variety of factors related to what YouTube understands from information it has about the user to try to determine what the user might want to watch next; is that right?**

A Yes.

**Q And then for Autoplay, the Watch Next function may apply some filtering to make sure that there's not offensive material or other issues that might better identify a video that the user will watch from that list; is that right?**

A Yes.

**Q And that latter function is sometimes called twiddling or twiddler; is that right?**

A I would -- I would kind of call it more post-processing, I mean, with this one method.



YouTube that is focused on takedowns and those kinds of things. And, you know, we receive and respect whatever outcome, you know, comes out of that team. That's -- but that -- that's not something that we ourselves are focused on.

**Q When you say you receive and respect whatever comes -- let me withdraw that.**

**When you say we receive and respect whatever outcome comes out of the takedown notice team, what do you mean?**

A Well, I mean that, you know, if something has been taken down from YouTube, then that's something that, you know, obviously we and Recommendations would respect as well. We wouldn't be showing that in our recommendations.

**Q Okay. If a video has been blocked as a result of a content ID match, is that also something that you would respect as well?**

A Has been blocked. Not -- I'm not super familiar with all the ways that -- you know, what happens after content ID. But whatever, you know, there's a whole team around content ID. And again, whatever outcomes they have or they've blocked it, I guess, or something else, then we respect that in Watch Next.

**Q Is there any information from the Content ID team that feeds into the Watch Next algorithm?**

A There was a period of time in Autoplay where we excluded videos that had been copyright muted. So if somebody had, you know, muted a video due to a -- I guess a content ID claim, then we had exclude -- filtered that video from -- from Autoplay for a time because we thought that might not be a good user experience to have this muted video. There's that.

Then that was -- that was a case where, you know, I guess we were -- I don't remember who exactly the signal came from, but that would be, you know, a content ID related thing in the algorithm.

**Q Any other content ID related things in the algorithm that you can recall?**

A I -- I think that content ID might be an input into one of the spam and abuse signals that we use in the algorithm, but that's produced by a different team. So, you know, I -- I -- I don't know for sure, but that's my understanding.

**Q And what team is that, spam and abuse signals?**

A Internally, that's called the Elmo team.

**Q Elmo?**

A Yes.

**Q And what does the Elmo team do?**

A To my knowledge, they produce signals that help us in -- you know, help us understand, you know, how spammie or abusive a creator might be.

**Q And what do you mean when you say "spammie or abusive" by the word "abusive"?**

A Again, I'm not sure if -- if -- how -- how that team is defining it. I -- you know, I'm not an expert on the spam and abuse signals. So, you know, it's -- so, yeah, I'm not -- I don't -- I'm not really sure how -- what the exact definition is.

**Q Do you know who's on the Elmo team?**

A I don't remember who the individuals are on the Elmo team.

**Q Do you recall any of them?**

A No.

**Q Do you have any understanding of how the spam and abuse team uses content ID information?**

A Kind of, at least in my kind of cursory understanding. I believe one of the ways is they might use it to help figure out if the -- if a creator is re-uploading, like, a lot of duplicates, you know, to the -- to the extent that content ID helps identify, you know -- you know, overlap in content between two videos. It could help them determine

if -- if somebody is uploading, you know, duplicates of the same video repeatedly. That's at least my understanding.

**Q Any other understanding of how the spam and abuse team uses content ID information?**

A That's the only one that I'm aware of.

**Q Is -- you mentioned that for a period of time Watch Next excluded videos that had been copyright muted. What do you mean by "copyright muted"? Is that where the sound is turned off but the video could play?**

A Yes. This is for Autoplay specifically. Not all of Watch Next. And it -- to my understanding, it's videos where part of the video, at least part of the video, had been muted. So, you know, sound turned off for -- you know, for, you know, I guess, due to being, you know, for copyright reasons.

**Q And is that exclusion something that Autoplay still does or did it stop doing that?**

A I believe it's no longer using that filter.

**Q Do you know why it stopped?**

A The -- the team that was providing us that signal, you know, made some changes. So it was -- that signal was just no longer available to us.

**Q Which team was providing that signal?**

MAGNA LEGAL SERVICES

Page 98

A I'm not sure.
**MS. REES:** Phil, are we getting to a point where we can take a lunch break?
**MR. KOROLOGOS:** Yeah, let me just wrap up the page that we're on.
**Q Are you familiar with the Copyright Knights team?**
A No.
**Q Do you still have the features for machine learning page in front of you, page '888 of Exhibit 102?**
A Yes.
**Q The third column over on the right says:**
**"Lots more to add"**
**Do you see that?**
A Yes.
**Q And there's a list of what looks like about ten bullets.**
**Have any of these factors been added to the machine learning scoring process since they were potential candidates to add back in January 2016?**
A I believe at least some of these were probably added.
**Q Which ones?**
A Let's see. I think we probably added some

Page 99

"User context." This is pretty broad, but my guess is we added some more User context features.
**Q Anything else?**
A The "[redacted]" huh, I'm not -- huh, I'm not sure about that one.
"[redacted]" We might have added a signal that -- actually, I don't know. I don't think we -- I think [redacted].
**Q Anything else?**
A We might have provided some more "[redacted]" as well.
**Q Anything else?**
A Potentially "[redacted]"
**Q What does that refer to?**
A I think it [redacted]
**Q Would that be the candidate video or the video being watched?**
A Probably both.
**Q Okay. Right below that it says:**
**"Knowledge graph"**
**What's that refer to?**

Page 100

A I wonder if this -- my guess would have been maybe [redacted] but I -- I don't know if -- if that is exactly what I meant here. But Knowledge graph is, again, an understanding of -- of -- you know, of content. Like top -- you know, what topic it is and such.
**Q Two above, Knowledge graph, it says:**
**"Structured metadata (paid)"**
**What's that refer to?**
A I'm not sure. I don't know.
**Q And then the bottom one says:**
[redacted]
**What's that refer to?**
A [redacted]
**Q Okay. Back to the question of which were added since 2016 as factors for the ranking or**

Page 101

**scoring.**
**Any others on the list that you believe were added, other than the ones you've already identified?**
A I believe so, but I can't be sure because some of these are quite vague. Probably didn't do a good of list -- you know, of writing these here. Some of them are quite vague, so I can't be sure.
**MR. KOROLOGOS:** Okay. Why don't we take a break for lunch.
Does 45 minutes work for people to come back at -- at 1:15?
**THE WITNESS:** If I could request a slightly longer lunch, because I need to do some, you know, baby stuff --
**MR. KOROLOGOS:** Okay.
**THE WITNESS:** -- during the lunch.
**MR. KOROLOGOS:** Okay.
**THE WITNESS:** Maybe an hour, if that works.
**MR. KOROLOGOS:** Okay. Sure. 1:30. We'll come back.
**THE VIDEOGRAPHER:** Off the record 12:27 p.m.
(Lunch break taken at 12:27 p.m.)
---oOo---

MAGNA LEGAL SERVICES



Page 106

**Q But either -- either -- well, did you mean by that sentence to convey that it was candidates from other sources across YouTube Search and Discovery that encourage viewers to watch more videos? Or did you mean it to say Watch Next encourages viewers to watch more videos?**
A I can't be sure what exactly I meant when I wrote this sentence.
**Q Well, do you feel that Watch Next encourages viewers to watch more videos?**
A I'd say -- I would say not exactly.
**Q Why not?**
A I would say that, you know, Watch Next presents viewers with videos that they might want to watch. And, you know, to the extent that, you know, that kind of, you know, enables them access to the videos and they, you know, would use that to watch more, then that is something that we would do.
**Q Which encourages people to watch more videos; right?**
A It would present, you know -- it would present options to the viewer, and they could watch more videos if they so choose, or they could choose to not watch anymore videos.
**Q And over time, Watch Next has encouraged more**

Page 107

**watching; correct? More watch time?**
A Well, in general, Watch Next -- you know, again, our goal is to connect viewers with videos that they might want to watch. And to the extent that, you know, if they watch a video, it's a good indication that they're happy. Then, you know, that's something that we -- that we do look for when we are building a product.
**Q And by connecting viewers with videos that they might want to watch, those are attempts, are they not, to get the viewer or influence the viewer to watch the videos that you're connecting the viewer to; right?**
A I wouldn't put it that way.
**Q How would you put it?**
A I would say that, you know, we are helping use -- viewers have easier access to videos that they would want to watch. And so we're just trying to provide, you know, a better User Experience and kind of, you know, connect them with those videos more easily.
**Q And some of that connection is to automatically play videos for users through the Autoplay function; correct?**
A Autoplay is a feature that helps viewers to

Page 108

connect videos that they want to watch. And they can choose to turn on that feature and -- and use it, you know, or turn it off. And, you know, they can decide if they want to be using that feature to connect to more videos they want to watch.
**Q And YouTube turns that feature on automatically for users who are over 18; correct?**
A Yes.
**Q And when that feature is on, Autoplay will automatically play a video that is selected by YouTube through the process we talked about this morning, to provide a user what YouTube sometimes refers to as a lean back experience; correct?**
**MS. REES:** Object to the form of the question.
**MR. KOROLOGOS:** Q. You can answer.
A Sorry. Can you repeat the question?
**Q Sure.**
**When the Autoplay feature is on, Autoplay will automatically play a video that is selected by YouTube through the Autoplay process we talked about this morning, to provide a user what YouTube sometimes refers to as a lean back experience?**
**MS. REES:** Object to the form of the question.

Page 109

**THE WITNESS:** Perhaps you can break the question down a little bit. Just -- it's a little bit -- I can still -- what's the -- what's the question?
**MR. KOROLOGOS:** Well, let's take it in small steps then.
**Q You established that Autoplay is on by default for people over 18 on YouTube; correct?**
A Yes.
**Q And most users leave it on; correct?**
A I don't remember the exact breakdown of what percent people have -- leave it on.
**Q Well, do you remember whether it's more or less than 50 percent?**
**MS. REES:** Objection to the form of the question.
**THE WITNESS:** I don't. I don't recall exactly.
**MR. KOROLOGOS:** Q. Is it more than 10 percent?
A It might be, yes.
**Q Is it more than 20 percent?**
A I'm not sure. I'm not sure if it's 20 percent.
**Q Is it more than 30 percent?**

Page 110

A I'm not sure.
**Q Is it more than 60 percent?**
A I'm not sure.
**Q Is it more than 70 percent?**
A I'm not sure.
**Q Do you know what the percentage is for YouTube on TV?**
**MS. REES:** Object to the form of the question.
**THE WITNESS:** Can you clarify what you mean by that?
**MR. KOROLOGOS:** Sure.
**Q TV HTML5 has a platform for YouTube. That has Autoplay on it; correct?**
A Yes.
**Q Do you know approximately what percentage of users have Autoplay enabled on TV HTML5?**
A I don't recall.
**Q Do you have any estimate in your mind?**
A I'm not sure. I don't. I don't have a number in mind.
**Q Could be 10 percent? Could be 90 percent? Could be anything?**
A I -- I believe it's more than 10 percent, but I don't -- I don't know the exact number.

Page 111

**Q Is it more than 20 percent?**
A It could be. I'm not -- I don't recall the -- the number.
**Q Is it more than 80 percent?**
A I don't recall. I don't know.
**Q Do you have any recollection of what percentage of users on a web platform have YouTube -- I'm sorry -- have Autoplay enabled?**
A I don't recall the number, no.
**Q Do you have any estimate in your mind?**
A I think similarly, it's probably more than 10 percent. But beyond that, I don't -- I don't know the -- you know, the exact number.
**Q So in your mind, it could be as -- withdraw that.**
**So in your mind, it could either be 15 percent or 95 percent. Either of those are possibilities?**
A It's-- it's possible. You know, it just depends on what people have chosen.
**Q And you have no understanding of what percentage of users on the web have Autoplay enabled other than to say that you think it's more than 10 percent?**
A I believe it's -- it's -- it's more than

Page 112

10 percent, but I just don't remember the -- you know, I don't recall the -- the details of exactly what percentage it is.
**Q Okay. You understand I'm not asking for the exact percentage. I'm asking for your best understanding of what you think the number might be as an estimate.**
A Yes, I understand you're asking for an estimate.
**Q And -- and you're not sure beyond saying that you think it may be more than 10 percent?**
A I'm pretty sure it's more than 10 percent. I -- but beyond that, I don't have a -- an accurate guess.
**Q Do you have -- what -- let me withdraw that.**
**What is your best guess, realizing that I'm asking you to guess?**
**MS. REES:** Objection to the form of the question.
**MR. KOROLOGOS:** Q. You can answer.
A I don't know. I mean, my best guess is that it's -- it's at least 10 percent. But again I -- I don't have a great guess beyond that. I'm -- I -- I just don't recall. I'm not sure.
**MR. KOROLOGOS:** Q. Do you know whether

Page 113

people are more likely to have it enabled on TV HTML5 versus on the web?
A Sorry. What -- what are we comparing? TV HTML5 and?
**Q And web.**
A So are -- versus web or can you clarify?
**Q Autoplay is available on HTML5; correct?**
A Yes.
**Q And it's on by default for people who are over 18; right?**
A Yes.
**Q And Autoplay is available on the web and is on automatically or by default for people who are over 18; correct?**
A Yes.
**Q And the question is: Given that people can turn it off, do you have an understanding of whether the percentage of users who leave it on using TV HTML5 is higher, or lower, or the same as it is for people who leave Autoplay on when access -- when accessing YouTube through the web?**
A I see.
My guess is that it would be -- I believe it would be -- I believe it would be higher.
**Q Higher on which?**



A On TV HTML5.
**Q And including because you're aware that in order to turn it off on TV HTML5, you have to go to the settings page rather than just click a button that is on the Watch Page, correct, like you can for the web?**
A Well, I was thinking -- I'm not -- I'm not as familiar with the -- the TV user interface, but I was thinking more that, you know, we -- we know that typically people on TV might, you know, be more used to this type of experience or, you know, it's -- it's pretty -- it can be pretty onerous to be using the remote to navigate around a video product. And so, they may be more likely -- you know, users may be more lyingly to appreciate or to enjoy this type of -- this type of, you know, Autoplay experience.
**Q Okay. What about comparison of web to the mobile platforms? Are you able to provide your understanding as to whether people using the Android and iOS mobile platforms to access YouTube are more or less likely to leave Autoplay enabled than people when they are accessing YouTube on the web?**
A Comparing web and mobile, I would ex- -- I would guess or expect that web users might use Autoplay more often than people on mobile.

**Q Would it surprise you to hear that over [REDACTED] of users accessing YouTube through TV HTML5 leave Autoplay enabled?**
A Yes, that would surprise me.
**Q Would it surprise you that over [REDACTED] of people who access YouTube on the web leave Autoplay enabled?**
A Yes, that would also surprise me.
**Q And would it surprise you that over [REDACTED] of users who access YouTube using a mobile app leave Autoplay enabled?**
A [REDACTED]. I guess that would be perhaps a little bit surprising, but not shocking.
**R. KOROLOGOS:** Okay. Let's mark as exhibit -- Plaintiff's Exhibit 103 a document that bears Production No. GOOG-SCHNDR-0040723.
(Document remotely marked Exhibit 103 for identification.)
**MR. KOROLOGOS:** It takes a while to come up.
**Q You have that exhibit on your screen, Ms. Wu?**
A Yes.
**Q And you this is "Autoplay DeepDive" apparently presented by Charles Wu in April of last year, about a year ago?**
A Yes.

**Q Are you familiar with this presentation?**
A I am familiar with it, yes.
**Q Were you one of the people this was presented to?**
A I don't recall if I -- it was presented to me or if I saw it before or afterwards.
**Q Were you involved in its preparation?**
A I was not the author of this presentation. I may have been consulted as part of it. I don't remember the details of that.
**Q Were you involved in presenting it?**
A I don't believe so.
**Q Do you know to whom it was presented?**
A I don't recall.
**Q Who's Charles Wu?**
A Charles Wu is on the Watch Next team.
**Q And what is his role on the Watch Next team?**
A He is an engineer.
**Q And focusing on what area?**
A He works on Autoplay and some other aspects of Watch Next as well.
**Q If you look at the third page of the document which bears production number ending '725, do you see it says:**
**"Core Metrics Share"?**

A Yes.
**Q And this would be for Autoplay; correct?**
A Yes, I believe so.
**Q And you understand VWT to be viewer watch time percentage?**
A No.
**Q What do you understand it to be?**
A Value watch time percentage.
**Q All right.**
**What is value watch time percentage? What's that mean?**
A Value watch time is watch time that we think users would have rated four or five stars out of five.
**Q And how is that determined or measured?**
A We send through surveys.
**Q Surveys of use -- of users?**
A Yes.
**Q The next column says:**
**"Views%"**
**Do you see that?**
A Yes.
**Q And those are percent -- percentage of views on those different platforms that are attributed to Autoplay; is that right?**
A Yes.



**Q And then the third column, it says:**
**"Enabled%"**
**Do you see that?**
A Yes.
**Q And that's the percentage of people who have Autoplay enabled; is that right?**
A It would appear to be, yes.
**Q If you'll look in this same document, two pages further on, page 5 of the thumbnails, and also I'm going to ask you to look at page 6. You can obviously look at any other pages you wish to as well, but I'd like to focus you on those two pages for the moment. They bear production numbers ending in '727 and '728.**
**And what I'd like to first understand is what the difference in the headings of these two charts means.**
**First one on page '727 which is thumbnail page 5 says:**
**"Top Autoplay Nominators by Single-nominator (Exclusive) Impression Count."**
**Let me just ask what that means to start with.**
A This is -- so this is -- this is counting -- this is showing -- impression count would be -- an

impression is, you know, when a video shows up in Watch Next, that's an impression, you know, whether or not the user chose to -- chose to watch it or not.
So this is just saying for the Autoplay video, what are some of the top contributing nominators that, you know, fed into the determination of the Autoplay video.
**Q Okay. The next page has a similar heading that says:**
**"Top Autoplay Nominators by Impression Count (Exclusive and Overlapping)."**
**What does that mean, and how is that different than the first one we looked at?**
A Sure.
The difference between -- exclusive and overlapping? I see.
So the difference is -- in the second graph, you know, there might be sometimes multiple nominators that contribute to the Autoplay video. And the second graph is just counting all of them that have contributed. Whereas the first graph is trying to identify cases where the nominator was the -- either the sole contributor or I think there's some way that we -- we pick. You know, so it's basically the non -- the first one is counting in a way that is mutually

exclusive, and the second one is not mutually exclusive.
**Q Okay. How many different nominators are there for Autoplay? And these charts list nine, it looks like. A little bit more.**
A I believe there are more than nine.
**Q Do you know approximately how many there are?**
A I -- I believe there's about -- perhaps a dozen or a couple dozen. I don't remember the exact number.
**Q Where would we go to find out?**
A What do you mean by that?
**Q Is there a source you could go to? A document? Or a person? Or some other source? A link on the internal website to find out what all of the nominators are for Autoplay?**
A I don't recall a specific document that would have a list of all the nominators. You know, you -- I don't recall this -- a specific document that lists all of them.
**Q Who would you ask for either such a document or such a list?**
A I -- I might ask the engineering team.
**Q Who on the engineering team?**
A Probably -- probably Hari, the one that,

before, I listed earlier, Hariharan.
**Q Anybody else? What about Mr. Wu?**
A Which Ms. Wu?
**Q Mr. Wu, Charles Wu, who made this presentation.**
A I wouldn't ask him about -- no, I wouldn't ask him. He would not be the one that I would ask --
**Q Okay.**
A -- about the nominators.
**Q Anybody other than Hari?**
A I would -- if -- that's who I would ask about the nominators is Hari.
**Q Do you still have the second of the two charts we looked at, the one that has production No. '728, thumbnail number six in front of you? This is the "(Exclusive and Overlapping)" one.**
A Yes. And by the way, can I just request a break after we wrap up this -- this slide.
**Q If you want to take a break now, that's fine, and we can take a break in a few. Actually, it may take longer than a few minutes. So why don't we take a break now.**
A That would be great.
**Q Okay. Thank you.**
**THE VIDEOGRAPHER:** Off the record at



**Q Anything else?**
A Perhaps how many views a particular video got or received.
**Q Now, within the data available to you about views that a video got, are you able to identify the source of the view? In other words, why the video played?**
A I'm able to look at the traffic source, yes.
**Q The traffic source; is that what you called it?**
A Yes.
**Q What are the different traffic sources for which there's data?**
A To Watch Next, for example.
**Q What are the other traffic sources for which there's data?**
A The homepage.
**Q Anything else?**
A Search.
**Q Anything else?**
A An external list or external sites.
**Q Anything else?**
A I believe playlist is also one.
**Q Anything else?**
A I'd have to say that channel page is another

one.
**Q Anything else?**
A That's all I can recall at this time.
**Q When you mentioned Watch Next as a traffic source for which there is data, is that the Watch Next Recommendations feature, or the Watch Next function that includes both Recommendations and Autoplay?**
A Watch Next including the Watch Next feature, as well as Autoplay.
**Q And so you can separately see whether the traffic source was from Autoplay as compared to other sources, including the Recommendations page?**
**Let me withdraw that question.**
A Oh.
**Q It got a little messy.**
**So for every video you're able to determine whether it was played by Autoplay, if it was played by Autoplay?**
A For every video, generally we are able to identify which views came from Autoplay generally, yes.
**Q Are you able to identify from -- let me withdraw that.**
**What database do you access to determine information on a traffic source?**

A A database that has information about activity that happens on YouTube.
**Q What's the name of the database?**
A I believe it is called Activity Base.
**Q Activity Base?**
A Yes.
**Q Other than traffic source information, what data is in the Activity Base database?**
A What video -- what video was watched.
**Q You say what video was watched?**
A Yes.
**Q What other data available is in the Activity database -- I'm sorry -- the Activity Base database?**
A The number of times the video was watched.
**Q Anything else?**
A The channel of the video.
**Q Anything else?**
A The platform on which the video was watched.
**Q Anything else?**
A The language of the viewer, I believe.
**Q Anything else?**
A The country of the viewer.
**Q Anything else?**
A The -- the day -- the day that the watch took place.

**Q Anything else?**
A I can't recall at this time.
**Q Does it have any information concerning the revenue generated for the videos watched?**
A I don't believe so, but I don't know.
**Q If you wanted to get that information, would you be able to do so?**
A I don't have an answer to that. Oh, there's an echo.
**Q I was not able to hear your answer because of the echo. I don't know if the echo is still there.**
**But are you hearing an echo as I speak?**
A No; it looks like it's good.
**Q Okay. So let me re-ask my question.**
**If you wanted to get information concerning the revenue generated from videos based on what the traffic source was for the different watches of those videos, would you be able to do so?**
A I'm not sure. I don't remember trying that.
**Q Let's go back to our list of things you have used the Dremel tool for.**
**We talked about identifying the top nominator. We talked about impressions that Watch Next might generate. We talked about views a video got or received and the traffic source, and then the**

MAGNA LEGAL SERVICES

**Errata Sheet**

| **Page:Line** | **Change** | **Reason** |
|---|---|---|
| 10:2 | Replace <at> with <as> | To clarify the record |
| 11:9 | Replace <for> with <or four> | To correct transcription errors |
| 11:10 | Insert <, in> between <this> and <YouTube> | To correct transcription errors |
| 14:19 | Replace <Forehle> with <Froehle> | To correct transcription errors |
| 15:22 | Replace <Core> with <core> | To correct transcription errors |
| 16:2 | Replace <Sue-Lin> with <Su-Lin> | To correct transcription errors |
| 16:3 | Replace <Next’s> with <Next> | To correct transcription errors |
| 16:6 | Replace <Obray> with <Beaupre> | To correct transcription errors |
| 23:9 | Insert <and> between <playing> and <navigation> | To correct transcription errors |
| 28:24 | Replace <their> with <the> | To correct transcription errors |
| 28:24 | Replace <that> with <what> | To correct transcription errors |
| 35:21 | Replace <can’t see> with <count --> | To correct transcription errors |
| 36:3 | Remove <have> between <history> and <might> | To clarify the record |
| 40:7 | Remove <out> between <know,> and <videos> | To clarify the record |
| 60:15 | Remove <what> between <when> and <the> | To correct transcription errors |
| 61:1 | Replace <, like,> with <what I> | To correct transcription errors |
| 61:2 | Replace <paraphrase> with <paraphrased> | To correct transcription errors |
| 61:4 | Insert <it> between <think> and <might> | To correct transcription errors |
| 62:8 | Insert <is> between <know,> and <one> | To clarify the record |
| 62:11 | Replace <end – end use> with <and – and use> | To correct transcription errors |
| 62:14 | Replace <End use. End use> with <And use. And | To correct transcription errors |

| | use> | |
|---|---|---|
| 63:2 | Replace <four> with <for> | To correct transcription errors |
| 71:9 | Replace <Obray> with <Beaupre> | To correct transcription errors |
| 71:11 | Replace <Obray> with <Beaupre> | To correct transcription errors |
| 84:1 | Remove <of> between <to> and <the> | To clarify the record |
| 93:8 | Replace <spammie> with <spammy> | To correct transcription errors |
| 93:10 | Replace <spammie> with <spammy> | To correct transcription errors |
| 94:13 | Replace <and> with <in> | To correct transcription errors |
| 94:21 | Replace <content ID> with <Content ID> | To correct transcription errors |
| 94:22 | Replace <content ID> with <Content ID> | To correct transcription errors |
| 95:6 | Replace <content ID> with <Content ID> | To correct transcription errors |
| 95:13 | Replace <content ID> with <Content ID> | To correct transcription errors |
| 95:16 | Replace <content ID> with <Content ID> | To correct transcription errors |
| 96:4 | Replace <spammie> with <spammy> | To correct transcription errors |
| 96:23 | Replace <content ID> with <Content ID> | To correct transcription errors |
| 100:5 | Replace <top> with <topic> | To clarify the record |
| 101:6 | Insert <job> between <good> and <of> | To correct transcription errors |
| 101:6 | Replace <list> with <listing> | To clarify the record |
| 107:19 | Replace <User Experience> with <user experience> | To correct transcription errors |
| 114:15 | Replace <lyingly> with <likely> | To correct transcription errors |
| 117:8 | Replace <value> with <valued> | To correct transcription errors |
| 117:12 | Replace <value> with <valued> | To correct transcription errors |
| 117:15 | Replace <through> with <user> | To clarify the record |

Witness: Amy Wu — May 24, 2022
*Schneider v. YouTube, LLC*, No. 3:20-cv-04423-JD (N.D. Cal.)

| | | |
|---|---|---|
| 129:23 | Replace <For> with <From> | To correct transcription errors |
| 130:24 | Replace <it> with <it's> | To clarify the record |
| 146:10 | Remove <to> between <connect> and <viewers> | To clarify the record |
| 149:21 | Replace <At> with <Beyond> | To correct transcription errors |
| 149:22 | Replace <of the> with <as a> | To correct transcription errors |
| 163:17 | Replace <a> with <an> | To correct transcription errors |
| 167:3 | Insert <not> between <I'm> and <sure> | To correct transcription errors |
| 174:23 | Replace <look> with <looking> | To correct transcription errors |
| 186:9 | Replace <Kamal> with <Carola> | To correct transcription errors |

AW ________ Subject to the above changes, I certify that the transcript is true and correct.

________ No changes have been made. I certify that the transcript is true and correct.

____________________
(signature)

6/27/22
(date)

Witness: Amy Wu — May 24, 2022
*Schneider v. YouTube, LLC*, No. 3:20-cv-04423-JD (N.D. Cal.)

## ACKNOWLEDGMENT OF DEPONENT

I, Amy Wu, do hereby acknowledge that I have read and examined the foregoing testimony, and the same is a true and complete transcription of the testimony given by me and any corrections appear on the attached Errata sheet signed by me.

6/27/22
(Date)

(Signature)