# EXHIBIT 12

to the Declaration of Qifan Huang

PUBLIC VERSION - REDACTED



# Watch Next Overview

January 22, 2016 Product Review

Confidential & Proprietary

# Agenda

Mission

History, team, and 2015 highlights

Product and architecture walkthrough

+ metrics, challenges, opportunities, lessons learned

Current projects and roadmap

How you can help

Confidential & Proprietary 

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# What's the big deal?

 of YT Watch Time

+5.1% last year

Confidential & Proprietary

# What's the big deal?

Exposure for other features (p13n, Mix, paid movies, live events, playlists, ads)

Perception of YouTube: what kind of videos do we have?

Brand image for Creators on "their watch page"

A foot into embeds

Related graph data for Ads, p13n, Legos, researchers, etc.

# Mission

Help every user find another compelling video to watch next at scale.

Confidential & Proprietary 

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY  GOOG-SCHNDR-00040875

# Some 2015 highlights

- Autoplay launched, ▮▮▮ viewtime/visitor on desktop
- Stricter next episode promotion, ▮▮▮ site-wide viewtime/visitor.
- Mobile/tablet data+features incorporated in the WN sibyl, deep retrieval model (multiple launches)
    - ▮▮▮ mobile viewtime/visitor, ▮▮▮ tablet viewtime/visitor, ▮▮▮ desktop viewtime/visitor
- UI changes that allow more related items to show by default (if users see them, they will click)
    - Increased mobile/tablet suggestion to 12, ▮▮▮ on mobile, ▮▮▮ viewtime/visitor on tablet
    - Removed "Suggestions" title on mobile, ▮▮▮ app-wide viewtime/visitor
- Freshness: caching, cowatch pipeline, intraday sessions (from 65 hours to 32 hours)
- Live events in Watch Next panel
- Corpus-specific suggestions for Kids, Gaming, Music
- **+9.4%** coverage of unique video ids by using mobile/tablet logs in the cowatch pipeline
- Autoplay using Mix candidates for music
- Support MDx autoplay (▮▮▮ MDx watchtime)
- Increased infrastructure reliability and scalability by upgrading the experiment framework, indexing, topics pipeline, InnerTube support/migration

Confidential & Proprietary 

# Watch Next rabbit hole



Top entry points

- Click on a link to watch page (from a friend, from a 3P site)
- Homepage → click on a recommendation, channel page, or subscription
- Search (broad or navigational)

Watch next is a primary navigation tool for users on YouTube

Confidential & Proprietary     go/sequences



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                    GOOG-SCHNDR-00040896

# User needs (go/ytneeds)

Information
- e.g. searched for "how to poach an egg" on YT or Google
- Explore best, most tightly related videos
- Continuation of viewer's search process
- Depth-first, refinement

Entertainment
- E.g. enjoy a favorite show or relax/laugh
- Exploration of broadly related topics or topics of interest to the user
- Good opportunity to introduce other YT features: channels, live events, etc
- Variety may be helpful

Confidential & Proprietary  

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                         GOOG-SCHNDR-00040897

# How are we doing? ([link](#))





HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                       GOOG-SCHNDR-00040898

# What are we good at? (a lot!)

In general:
- Videos with a lot of history and co-watch data
- Videos we understand (good annotations)

Searching for informational videos: "how to skin a catfish"
Music, Music autoplay: Adele - Hello
Popular videos, esp. entertainment: Jimmy Fallon, Adele & The Roots Sing "Hello"
Vlogs: Stitch Fix Unboxing | July 2015
Educational series: The Big Bang: Crash Course Big History #1

Confidential & Proprietary 

## Advertiser and Creator brand sensitivity

- Driver of traffic
- Brand image: Part of "their" watchpage



Confidential & Proprietary



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                                                                                 GOOG-SCHNDR-00040911

## Creators care.  A lot. Views == revenue



Confidential & Proprietary

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                                 GOOG-SCHNDR-00040912

# Key challenges / open questions

**Diversity**
- Related to the video vs. related to the viewer
- Facilitate association of YT with a wide variety of content vs. all cat videos

**Sentiment**
- Same topic but different points of view. What is our social responsibility if any?

**Creator story**
- What role should we play in a creator's user acquisition strategy?

**User experience**
- Hard to get right; requires a lot of experimentation to build intuition. Resources!

**User perception**
- Freshness, racy content, major factor in the reinforcement of YT's brand

**Objective functions**
- Watchtime (fundamentals work) vs DAVs/long term effects (not well understood or attributed)

Confidential & Proprietary 

## What we've learned

████████████████████████████████████

████████████████████████████████████████

████████████████████████

User perception is formed not from their average experience, it's from their best, worst, last experience (peak-end rule), so it's important to do our best for every video
- E.g., Racy filtering makes a big difference to YouTube brand even if most videos users encounter are not racy.  (ariane)

YouTube has a lot of data to leverage
- E.g., +5% watchtime from applying Sibyl, current model trains on 135B samples

Confidential & Proprietary 

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                    GOOG-SCHNDR-00040914

# What we've learned

[REDACTED]

[REDACTED]
[REDACTED]
[REDACTED]
[REDACTED]

[REDACTED]
[REDACTED]
[REDACTED]

Low impact / negative
    Many researchers interested in experimenting with Watch Next, only a few successful
    Hiding Watch Next (e.g. inline player)




Confidential & Proprietary

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY     GOOG-SCHNDR-00040915

# Q1 OKR highlights ([link](#))



Confidential & Proprietary

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                                                                                   GOOG-SCHNDR-00040918

## Autonav on mobile

Timeline:
- Now: user studies
- Android: experiment end of Jan
- iOS: experiment beginning of Feb
- Capture 1 month of data + iterate
- Launch in Q2

Expected site-wide impact: ▮▮▮▮ watchtime
- Desktop experiment was ▮▮▮, with no way to turn it off.
- Assuming a ▮▮▮ opt-out rate (double desktop rate)
- mobile = ▮▮▮

Confidential & Proprietary