# EXHIBIT 13

to the Declaration of Qifan Huang

PUBLIC VERSION - REDACTED

# Watch Next Eng Review

Brad Froehle, Lukasz Heldt, Su-Lin Wu
(representing the work of many others)
5/8/2017

Confidential & Proprietary



# Agenda

Goals:

- Overview of current state of Watch Next
- Details for selected areas in
  - Systems and Infrastructure
  - Candidate nomination and ranking
- Future directions

Informative review: no decisions needed at this time

Confidential & Proprietary





# Mission

Help every user find another compelling video to watch next, at scale.

Confidential & Proprietary



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00052177

# Watch Next: Desktop



Confidential & Proprietary

# Watch Next: Mobile/Tablet/TV



GOOG-SCHNDR-00052179

# Watch Next Beyond Main App

- Music
- Kids
- Gaming
- Externally available API
- Embedded video endscreen (offsite suggestions)

Confidential & Proprietary



GOOG-SCHNDR-00052180

```
Slide 7
--------
1       is it available for YT Go?
                Rongmei Zhang, 5/9/2017

1       My understanding is that YT Go would need related items restricted
to the YT Go corpus, is that correct?  It might be possible to filter
suggestions, but some analysis might be needed to see if there is enough
coverage to provide a reasonable user experience.
+bfroehle@google.com
                Su-Lin Wu, 5/9/2017
```

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00052181

# Challenges

User Intents

- Finding -- continuation of search
- Browsing -- continuation of homepage, direct watch
- Navigation -- lean back autoplay, episodic series, more from uploader

Creator/Advertiser Expectations

- Large driver of traffic
- Part of their watch page experience
- Brand perception for Creators and YouTube

Confidential & Proprietary



GOOG-SCHNDR-00052182

# Goals

1. Success metrics

- Watchtime
- Freshness
- DAVs
- Satisfaction (panel bad rate)

Secondary considerations

- Effect on partner traffic
- Exposure for paid movies, live events, Red originals, playlists etc
- Perception of YouTube and creators
- Embed strategy
- Related graph data

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

```
Slide 9
--------
1        And also perception of regulators and governments.
                  Cristos Goodrow, 5/8/2017
```

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00052184

# YouTube and Watch Next are Growing



Confidential & Proprietary



Confidential & Proprietary



go/sequences

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00052187

# Recent Accomplishments (Q4 through today)





- Systems and infrastructure simplifications
  - Flattened nominator graph
  - Experiments auto-pushed

(in collaboration with many, including Home/Recs, Research, Content Id, Abuse)

---

Confidential & Proprietary





Appendix

Confidential & Proprietary



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00052240