# EXHIBIT 18

to the Declaration of Qifan Huang

PUBLIC VERSION - REDACTED

# Autoplay DeepDive

charleswu
04/2021

PLAINTIFFS'
EXHIBIT
103

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY







GOOG-SCHNDR-00040724

# Core Metrics Share

[Rasta](#)

| | VWT% | Views% | Enabled% |
|---|---|---|---|
| All | | | |
| Android | | | |
| IOS | | | |
| Web | | | |
| TVHTML5 | | | |



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00040725

# Caveats

- Client stops autoplay after LACT

| Web/Mobile | TVHTML5 | MWeb |
|------------|---------|------|
| XXm | Xh | XXm |



- Logging
  - WATCH_NEXT_AUTOPLAY
  - Try go/rtseeker-user-guide
- Loop: ...A->B->...->A
  - Algorithm: Ep3->Ep1->Ep2->Ep3->...
  - Watch History failure
- Most autoplay trails are short
  - Could be as long as 90+ videos though

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00040726



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# Main App Flow

- Nomination
  - WatchNext nominators
  - Music nomination when there's an "autoplay seed".
- Scoring
  - WatchNext scoring
  - Extra XLQ filtering
- Post-processing
  - Policies and priorities
- Override
  - TVHTML5: automix on music watch

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00040734



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00040737



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00040740

# Autoplay Training Data Reweighting

- (with SIR team) If user opted in autoplay, but watched a non-autoplay(lower-position) WN suggestion, then penalize the autoplay suggestion.
  - Negative results



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00040743

# Thank You

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00040744