# EXHIBIT 19

to the Declaration of Qifan Huang

PUBLIC VERSION - REDACTED



**YouTube Developer's Handbook**

Search this site

- Home
- System overviews
  - Accounts and identity
  - Who or what are YouTube content owners?
  - Life of a video watch
  - Life of an upload
  - Life of a YouTube dollar
  - **Life of a video recommendation**
- Coding
- Experiments
- Production
- YTFE and Python Only
- Community, guidelines, and standards
- Writing good documentation

# Life of a video recommendation

Review outdated · Reviewed by liwei on 2020-05-01 · Edited 2020-07-21

Was this page helpful?

go/yt-video-recommendation

YouTube helps users discover new content they love by providing personalized suggestions. Every time a user loads the YouTube homepage or a video watch page, YouTube suggests other videos to watch. With billions of videos in its corpus, how does YouTube know which videos to suggest? Our challenge is to infer, and then prioritize, the top few hundred candidates that the user is most likely to find satisfying and engaging, subject to YouTube's responsibility objectives.

Recommendations, or *recs*, are suggestions based on what YouTube might already know about the user, through the user's past interactions on the YouTube platform and their current activity. This article is an introduction to how we make this magic.

**Contents**

- The user experience
  - Recs on mobile
  - Home page
  - Watch page
- The recommendation process
  - Generating candidate pools
  - Filtering the initial candidate list
  - Pre-scoring candidates
  - Scoring
  - Ranking and diversifying the finalists
  - Presentation to the user
  - Improving the scoring models
- Teams that contribute to recommendations
- Data that's excluded from video recommendations
- More information
  - Recommendations and scoring
  - Diversity and ranking
  - Watch Next nominators
  - Watch Next infrastructure
  - Scoring model

## The user experience

*Surface* refers to a page that the user sees. Some aspects of video recommendations are particular to each surface, with some differences between YouTube Home and watch pages. (Home as a surface refers to the Home option on the YouTube homepage.) YouTube users see video recommendations on YouTube Home, and as Up next recommendations on the YouTube watch page.

## Recs on mobile

The vast majority of watches, over 80%, are from the YouTube mobile app, also known as the *main app*. The graphic below shows how recommendations appear on the mobile version of the YouTube main app:



## Home page

When a user visits youtube.com, the Home option loads by default. The graphic below shows how the desktop version of YouTube Home displays recommended videos.



## Watch page

When a user loads a video, clicks on a recommendation from the Home page, or clicks on a search result, they see a video watch page containing their chosen video, along with a queue of other recommendations under Up next. After the video finishes playing, additional recommendations appear within the video play area as clickable thumbnails known in this context as *endscreen impressions*. The Up Next scrolling items are also called impressions.

The graphic below shows the watch page on the YouTube desktop app during and after a video watch:



> **Note:** The word "impression" is used in other parts of YouTube to mean completely different things, for example ad impressions.

## The recommendation process

The recommendation process works like a funnel, as shown in the graphic below:



The basic strategy is to narrow down the selection pool in stages. At a high level, the stages are:

1. Generate a pool of video candidates through *nomination*.
2. Narrow down the candidate pools through filtering and pre-scoring.
3. Score the finalists.
4. Rank and diversify the top-scored candidates for display to the end user.
5. Log the top recommendations for use as training data to improve the scoring models.

The following graphic shows the infrastructure components that are involved, as used by Watch Next and Home.



## Generating candidate pools

Whenever a YouTube user visits the Home page or a watch page, a Recs Server receives a request for a list of videos the user might want to watch next, based on factors such as the user's watch history and their other interactions within the YouTube app. The Recs server also referred to as the *suggestion server* for Watch Next recommendations.

The Recs server is a middle-tier service responsible for generating recommendations on one or more YouTube surfaces. YouTube Home is an example of a surface. There are multiple Recs servers, all using the same Recs3 platform to generate personalized recommendations for videos, playlists, channels, backstage posts, and stories.

The first step is to nominate a list of candidates that could potentially be recommended. The graphic below shows the process of retrieving the first ▮▮▮▮▮▮▮▮



The candidate generation process begins anew every time a user visits YouTube. For signed-out users, YouTube can obtain a limited watch history using a Visitor ID that is tied to the specific device. The first task is to choose a suitable number of candidates for recommendation.



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                    GOOG-SCHNDR-00052431

The graphic below shows the nomination portion of candidate retrieval:



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
GOOG-SCHNDR-00052432



## Filtering the initial candidate list

The graphic below shows filtering of the candidate lists:



There are many filters in use within YouTube at any one time. Here are some of the more important filters:

Filters, like nominators, are a reusable and sharable resource. The Filters section of the WatchNext Recs3 Developer Guide provides pointers to filters used for Discovery and Watch Next, respectively.

## Pre-scoring candidates

## Scoring

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



Getting features from backends



Calling the model server



Calculating the scores



Notes on the scoring model:

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
GOOG-SCHNDR-00052434



## Ranking and diversifying the finalists

The graphic below shows the ranking phase which identifies the top few or so candidates:



> **Note:** The numbers in the graphic are for illustration purposes only:

Here's a more detailed graphical depiction of ranking, sorting, and diversification as it occurs on the Recs server:



## Whole-page optimization





## Presentation to the user

The final step is performed by the YouTube front end, when the top ranked candidates are shown to the end user as a scroll list. The graphic below shows an example of what this looks like on the desktop version of the Watch page.



## Improving the scoring models



## Teams that contribute to recommendations

Many teams work on the technologies that this doc describes, mostly organized into the areas of responsibility, discovery, and knowledge.

- The Responsibility team tackles sensitive information and aims to make sure that we provide the best access to the highest quality information in verticals such as News, Medical, Financial, and Science.

- The Discovery team creates recommendations for various YouTube surfaces and use cases, and core infrastructure like watch history, creates the Home front-end, and reaches out to users outside of YouTube via notifications and embedded content.

- The Knowledge team builds platforms for use with classifiers and features that can be used to increase user engagement and satisfaction and support responsibility.

This high-level description does not include all sub-teams or projects. For more information, dig around on Teams.

## Data that's excluded from video recommendations

YouTube's video recommendations process does not consider the following:



## More information

To learn more about personalization and Watch Next, see the team sites for YouTube Personalization and YouTube Watch Next.

### Recommendations and scoring

To learn more about recommendations:

- Discover Novel Content page from YouTube Personalization site. General discussion on best ways to recommend novel content to a spectrum of different users.
- Recs3 site provides a detailed technical explanation of how candidate recommendations work, Google-wide. Other groups besides Watch Next use Recs3; the Recs3 infrastructure itself is not YouTube-specific.
- YouTube Recommendations, from YouTube Machine Learning team site. This page has a collection of detailed design docs on YouTube recommendations and modeling.
- YouTube Recommendations Guide, from YouTube Machine Learning site. This guide covers various things that a YouTube engineer might want to do or know, such as training a ranking model, setting up experiments and logs, and adding features.

To learn more about the YouTube scoring service:



To learn more about existing Features in the YouTube scoring service:



To add your own Features to an existing Scoring Model:



### Diversity and ranking

- 2020 Homepage Diversity: Similarity Demotions, slide show and tech talk. Describes the process of ranking candidates to promote dissimilarity.

### Watch Next nominators



To write your own nominator:



### Watch Next infrastructure



### Scoring model



To learn more about model training:

- YouTube Recommendations from YouTube Machine Learning team site.
- Watch Next Ranking Models, slideshow. Describes model architecture for the Watch Next scoring model, including training data.

---

Was this page helpful?

👍 👎

View Markdown source · Edit this page · Project · File a documentation bug · Incoming links · Recent CLs · Served by g3doc