# EXHIBIT 21

to the Declaration of Qifan Huang

PUBLIC VERSION - REDACTED

**SOUND RECORDING AND AUDIOVISUAL CONTENT LICENSE**

This Sound Recording and Audiovisual Content License (the "**Agreement**") is entered into as of the latest of the dates stated in the signature block below (the "**Effective Date**") between **[FULL LEGAL NAME OF PROVIDER]**, a **[STATE] [LLC, Corporation, individual, etc.]** with offices located at **[PROVIDER ADDRESS]** ("**Provider**") and Google LLC, organized in the state of Delaware, with offices located at 1600 Amphitheatre Parkway, Mountain View, CA 94043, and Google Ireland Limited and Google Commerce Limited, each an entity with registered address at Gordon House, Barrow Street, Dublin 4, Ireland (Google LLC, Google Ireland Limited, and Google Commerce Limited are collectively referred to in this Agreement as "**Google**"). This Agreement is comprised of the terms stated in this document together with its exhibits and the addendum attached to this Agreement, and all references to this Agreement will be interpreted accordingly.

1. **DEFINITIONS.** Unless otherwise defined in this Agreement, capitalized terms will have the meanings stated in the CIMA and Exhibit A attached hereto.

2. **LICENSE.**

    (a) **Provider Content License.** Provider grants to Google a non-exclusive, limited right and license to use, including all rights necessary for Google to:

    (i) host, index, buffer, cache, route, transmit, store, reproduce (including as Conditional Downloads), synchronize, modify (to the extent necessary to operate or optimize the Google Services), reformat, excerpt (including for use in connection with the Google Services relating to or promoting the availability of such content on the Google Services, including e.g. to create thumbnails, short-form interstitials, bumpers, and previews of), and analyze;

    (ii) stream, perform, communicate to the public, make available, display, and distribute; and

    (iii) create algorithms and improvements to the Google Services based on;

    any content owned or controlled or claimed (in whole or in part) by Provider embodied within audio-only and audiovisual works (including any metadata relating to such content) distributed via the YouTube Service to users located in the Territory.

    (b) **Art Track Creation and Ownership.** Provider authorizes Google to create Provider Art Tracks on Provider's behalf. As between the parties, Provider will own all right, title and interest in and to the Provider Art Tracks (excluding any third party content independently included by Google in Provider Art Tracks), and Provider exclusively licenses such Provider Art Tracks to Google. Provider will have no right to license or distribute Art Tracks to any third parties during the Term or after expiration or termination of the Term. Google will not be required to deliver any Provider Art Tracks or metadata to Provider. Provider licenses all album artwork, cover art, artist images, lyrics, and any other materials provided to Google by Provider for use in connection with Provider Art Tracks. Google may also elect to use in connection with Provider Art Tracks pictorial material not provided to Google by Provider.

    (c) **Brand Features License.** Provider grants to Google a limited, non-exclusive, worldwide, royalty-free right and license to use Provider's Brand Features in connection with the Provider Content licensed under this Agreement, including for use in presentations, marketing or sales materials, financial reports, press releases and customer lists. As between Google and Provider, any goodwill associated with Google's use of the Provider Brand Features will inure to the benefit of Provider.

    (d) **Artwork/Images License.** Without limiting Section 2(a), Provider grants to Google a limited, non-exclusive, worldwide, royalty-free right and license to use (and make minor modifications to) any images, including album artwork, cover art, other artist images and any associated materials

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                    GOOG-SCHNDR-00020258

provided or otherwise made available to Google by Provider in connection with the Google Services, including in any advertising or marketing of Google, on its own or with its co-marketing partners. Where such materials are delivered by Provider to Google, Provider will deliver such images and any associated materials to Google in accordance with Google's then-current image specifications.

(e) **Other Product Features**. Google and/or its Affiliates may make available certain product features that allow Google, its Affiliates and/or authorized third parties (including users) to create derivative works of content on the Google Services.  If Provider elects to enable such feature(s) for Provider Content (as Provider may choose to do in its sole discretion), then, in addition to the rights granted in this Agreement, the license grant in this Agreement is amended to include the right for Google, its Affiliates and/or authorized third parties to use and create derivative works of such Provider Content to the extent necessary to enable such feature.

(f) **Reservation of Rights.** Except for the licenses granted in this Agreement: (i) as between Google and Provider, all rights, title and interest (including all intellectual property rights) in and to the Provider Content, Provider Brand Features, and associated materials provided to Google by Provider will remain with Provider (in each case, subject to applicable law), and (ii) as between Google and Provider, all rights, title and interest (including all intellectual property rights) in and to the Google Services, related information and files, other Google systems, software and technology will remain with Google (in each case, subject to applicable law). As between Google and Provider, Google has the sole right and decision-making authority with respect to the design, appearance, functionality, hosting, performance, and maintenance of all Google Services. Google is under no obligation to use any of the rights granted to it by Provider in this Agreement. Except as otherwise stated in this Agreement, this Agreement does not affect any right (including any statutory, legal, compulsory or implied right) or defense that any party (or any third party) would have had, or will have, independent of this Agreement, including rights under copyright (including the U.S. Copyright Act), trademark, trade secret, moral rights, privacy rights, rights of publicity, or any other intellectual property or proprietary rights or analogous laws in other jurisdictions. If Google has an independent legal basis for the use of any content claimed by Provider, or licenses any of the same rights granted in this Agreement, or any portion thereof, from a third party, then Google will have no payment obligations to Provider under this Agreement in connection therewith.

(g) **Sub-license.** The rights and licenses granted to Google under this Section 2 may be sub-licensed by Google to any of its Affiliates, and Google may use its Affiliates in performing its obligations under this Agreement. Google will remain directly liable to Provider for a breach of such grant of rights, license, or obligation by any such Affiliate.

## 3.  PROVIDER OBLIGATIONS.

(a) **User Account and Content Delivery**. At all times during the Term, Provider will maintain a YouTube user account(s) with which Provider Content will be associated and will deliver to Google the Entire Catalog (including accompanying metadata, album artwork, assets required to create Provider Art Tracks and, if available, artist images) and, in Provider's discretion, Provider Non-Music Content, in each case, for each country in the Territory, in accordance with Section 2 of Exhibit C, and as follows:

(i)   in all formats in which the content was produced (e.g., 4K, 360);

(ii)  in, at a minimum, the audio and/or audiovisual quality stated in the Google Specs, and if Provider delivers to any other of Provider's licensees any Provider Content of a higher quality than required in the Google Specs, Provider will deliver such higher quality Provider Content to Google; and

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00020259

(iii) no later than, on a country by country basis, the date and time that each sound recording and/or music video in the Entire Catalog is released or distributed to the public in any format or on any medium (i.e., date and time with the earlier of physical release, or digital distribution).

**(b) Catalog Commitment.**

(i) <u>Availability on the Google Services.</u>

(A) *AVOD Service*. Subject to Section 3(b)(ii), at all times during the Term, Provider will make available (and set a policy of Monetize in the System) all Provider Music Videos on the AVOD Service, no later than the date and time that each such music video (including in each format) is first made available on a Similar Free Service. For clarity, Provider has no obligation to make available Provider Sound Recordings, Provider Art Tracks, or Provider Non-Music Content on the AVOD Service (and may, in its sole discretion, set a policy of Monetize, Track, or Block in the System for such content on the AVOD Service in each country of the Territory).

(B) *Subscription Offerings*. Subject to Section 3(b)(ii), at all times during the Term, Provider will make available (and set a policy of Monetize in the System) the Entire Catalog in the Subscription Offerings, no later than the date and time that each Provider Sound Recording and Provider Music Video (including in each format) is first made available on any tier of any digital distribution partner or platform in the applicable country. For clarity, Provider has no obligation to make available Provider Non-Music Content in the Subscription Offerings.

(ii) <u>Withholding Rights</u>. Provider may:

(A) hold back or initiate removal of Provider Content affected by a Bona Fide Artist Issue or a Legal Issue from the YouTube Service in the affected country(ies) in the Territory as follows:

(1) for Provider Videos, Provider Art Tracks and Provider Audio-Only Tracks, by means of the System or by providing updates to Google in the Metadata Feed; and

(2) for User Videos containing Provider Content, by means of Google's standard process for removal of such videos (subject to Google's applicable policies).

(B) exclude a reasonable number of Limited Exclusives as follows:

(1) from the AVOD Service, Provider Music Videos; and

(2) from the Subscription Offerings, Provider Music Videos and Provider Sound Recordings.

**Provider acknowledges and agrees that withheld content may impact the applicable AVOD Service Percentage Rate.**

(iii) <u>Identify withheld content</u>. As soon as possible after delivery, Provider will identify, via the Metadata Feed or other mutually agreed methods, all Provider Sound Recordings and Provider Videos withheld under Sections 3(b)(i) and 3(b)(ii) above.

(iv) <u>Minimize Content Withheld</u>. Provider will not itself or through a third party take or encourage any actions that frustrate the purpose of the catalog commitment, which is to maximize the amount of Provider Content available on the YouTube Service. For example, Provider will not precipitate any Bona Fide Artist Issues and will work in good faith to minimize the amount of

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00020260

content blocked as a result of any Bona Fide Artist Issues. Provider will offer Google exclusive offers that are comparable to the Limited Exclusives, and the quantity and duration of any Limited Exclusives on other platforms will not frustrate the intent of this Agreement.

(c) **Third-Party Clearances.** Provider will be responsible for procuring and paying for all necessary rights, licenses and clearances, including any required payments to recording artists, directors, actors, producers, composition rights holders, unions, guilds, collective bargaining associations, performers' societies, and all other rights holders and royalty participants associated with Google's authorized exploitations of the Provider Content; except that Provider will not be responsible for obtaining the rights that Google is responsible for obtaining as stated in Section 4(a). Notwithstanding anything to the contrary in this Agreement, Provider will clear any synchronization rights with respect to compositions and all rights with respect to lyrics embodied in both Provider Music Videos and Provider Music Videos in User Videos worldwide. If Google is required to make payment to any performers' society, collective, union, or any party covered as a Provider obligation under this Section 3(c), Google will have the right to deduct payments made to such parties from amounts otherwise due to Provider under this Agreement.

(d) **Provider Data.** Provider will provide Google with the accurate and complete metadata required by Google's then-current data specification via the Metadata Feed or other Google-provided interface along with every delivery of Provider Content, with updates to be provided promptly as necessary, for Google to fulfill its calculation, payment, geo-filtering and reporting obligations in this Agreement (as well as, in Google's discretion, under any other agreements between the parties), as well as to create algorithms based on Provider Content for search functionality and content identification and for other uses for Google's business purposes. Such metadata will include ISRC (for each country in which it is used), title, artist name, territorial restrictions, and, to the extent available to Provider, publisher data (including ownership splits), ISWC, ISNI, songwriter data, and timed-lyric data. Subject to Sections 3(b), Provider may use the Metadata Feed to Block or restrict Provider Content, and such Blocking or restricting of Provider Content will be solely Provider's responsibility. Google will have the right to rely on the metadata delivered by Provider to Google with respect to ownership or rights information. If there are any conflicts between (i) the Metadata Feed, or any metadata or rules indicated by Provider in the System, and (ii) any terms in this Agreement, the information in subsection (i) will control.

(e) **Claims and Disputes.** Google may establish policies and processes with respect to Provider claims and removals, including with respect to disputes, and Provider will comply with such policies and processes. If a third party provides Google with a claim of ownership of any material contained within Provider Content, then (i) the usage policy and/or match policy on such Provider Content may be altered (e.g., Provider Content may be Blocked from the YouTube Service), and (ii) if Provider disputes the third party claim, Provider will participate in a procedure, in accordance with Google's policies, to resolve the dispute. If, during the course of evaluating whether Provider has rights to specific content, Provider reviews content designated as private by the user, Provider will not disclose the content to any third party except as necessary for this process or a judicial proceeding.

(f) **Pillar Abuse Review**.

(i) Provider will not itself or through a third party take or encourage any actions that frustrate the purpose of the Pillars, which is to incentivize Provider to comply with the operational best practices stated in Exhibit C, including taking any actions in bad faith solely for the purpose of meeting the requirements stated in Exhibit C to achieve or remain in a higher tier (e.g. precipitating Bona Fide Artist Issues and/or Legal Issues to withhold content from the YouTube Services while maintaining compliance with the Tier A content commitment requirements; not delivering content as required or timing delivery to impact a Pillar; claiming Provider Music Videos as Provider Non-Music Content; relying on an email address that is shared widely across many users; posting inconsequential comments).

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00020261

(ii)   If Google reasonably believes that Provider has itself or through a third party taken or encouraged an action described in Section 3(f)(i) above, Google will notify Provider and Provider will participate in a discussion with Google to review Provider's compliance with its obligations under Section 3(f)(i) above.

(iii)  If, following the review, the parties agree with Google's assessment, then Provider will, within five (5) business days, provide to Google a plan of action (which Provider will, upon Google's request, promptly revise until deemed satisfactory by Google), detailing how Provider will adjust its business practices to not frustrate the purpose of this Agreement (and, if applicable, Provider will receive the Tier C Percentage Rates until the next Pillar Review).

(iv)  If, following the review, Provider demonstrates that it was not taking such an action, then Provider may continue with its current business practices (and, if applicable, Provider will receive the applicable Percentage Rate).

(v)   If, following the review, the parties continue to disagree, then the dispute will immediately be escalated to YouTube's Global Director of Music Partnerships and Provider's CEO.

(vi)  If the parties are unable, within ten (10) business days of the escalation, to come to an agreement, then Google may adjust Provider's tier status, and therefore the applicable Percentage Rate(s) that Provider receives, to coincide with Google's reasonable, good faith assessment of Provider's actions.

(vii) The review process described in Sections 3(f)(i) to 3(f)(vi) above does not affect any other remedy under this Agreement or any other right (including any statutory, legal, compulsory or implied right) or defense that either party would have had, or will have.

## 4.  GOOGLE OBLIGATIONS.

(a)  **Third-Party Clearances.** The licenses and authorizations granted by Provider in this Agreement include all rights necessary for the exploitation of Provider Content on the Google Services in the Territory, except that, as between Provider and Google, with respect to musical compositions embodied in Provider Music Videos, Provider Art Tracks, and Provider Audio-Only Tracks (and any User Videos containing any of the foregoing), Google will be responsible for obtaining licenses for any Performing Right and reproduction right throughout the Territory that are necessary for the exploitation of such content on the YouTube Service in each country of the Territory.

(b)  **Territory Restrictions.** Provider may specify, in the Metadata Feed or other Google interface provided for such purpose, the countries in which Google may make available Provider Content which will be all countries where Provider owns or controls the Provider Content. Google will use commercially reasonable efforts (e.g., by using IP address) to restrict access to playback of Provider Content to users located in the countries in the Territory identified by Provider. Google does not guarantee that its efforts to limit or prevent such access will be effective in every instance. With respect to Subscription Offerings (including for the purposes of determining content availability and/or for royalty calculation and reporting purposes), user location may be deemed identified by reference to the user's home country, which may be verified by reference to the user's billing address (e.g., if the user is traveling).

## 5.  OTHER FEATURES, CONTENT IDENTIFICATION, AND OTHER SERVICES AND AGREEMENTS.

(a)  **Live Streams.** Streams of Provider Content by Provider in real time via the Google Services (i.e., so-called "live streams") will be subject to terms provided by Google for the applicable Google Service (which may be made available to Provider via the applicable Google Service). With respect to any conflict between this Agreement and such terms, such terms will control in connection with the applicable "live stream".

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                              GOOG-SCHNDR-00020262

**(b)** **Other Opt-In Features**. If Google makes available any opt-in features that are subject to additional or separate terms, and Provider chooses, in its sole discretion, to opt-in to any such feature(s), Provider's use of such feature(s) will be subject to such terms. With respect to any otherwise irreconcilable conflict between this Agreement and such terms, such terms will control in connection with such feature.

**(c)** **Provider Channel and Playback Page**. Subject to Provider's compliance with the terms of this Agreement and the YouTube Service's then-current terms of service, Google may make available to Provider a Playback Page for Provider Content and a Provider Channel on which Provider may prominently display the Provider Brand Features and a collection of Provider Content. Google has sole discretion over the style and format of the Playback Pages on the Google Services, which may be revised or modified by Google from time to time.

**(d)** **Content Display**. Google has no obligation to host or display any Provider Content (or portion thereof).

**(e)** **CIMA and Content Identification.** The availability of the System is subject to the terms of the CIMA. Provider authorizes Google during the Term of the CIMA to use Provider Content for audio identification purposes in connection with any Google Services, including as stated in the CIMA.

**(f)** **Cross Authentication.** If Google offers another music subscription service, then, at Google's discretion, subscribers to the other Google music subscription service may access the Subscription Offerings and vice versa at no additional cost to Google. Additionally, if Google offers a site-wide Subscription Offering that includes Provider Content, then, at Google's discretion, subscribers to such Subscription Offering may access all other Subscription Offerings at no additional cost to Google. No person will be counted as both a Subscription Offering user and a user of the other Google music subscription service (i.e., subscribers will not be double counted).

**(g)** **Service Combination**. Provider acknowledges that Google is in the process of combining the services licensed under the Google Play Agreements and music portion of the YouTube Service, and Provider agrees to the following with respect to such combination, notwithstanding anything to the contrary in this Agreement or in the Google Play Agreements:

   (i)   the terms of the Google Play Agreements will continue to apply to such services licensed under the Google Play Agreements, except as otherwise stated in this Agreement;

   (ii)  Google may use Provider's feeds (of data, audio and other assets) provided under the Google Play Agreements under this Agreement in accordance with the terms of this Agreement. Without limiting the foregoing, Google may transfer assets from the Google Play servers to the YouTube servers and any sound recordings and images provided under the Google Play Agreements, upon the transfer of such data from the Google Play Music servers to the YouTube servers, will be deemed authorized for the creation of art tracks under this Agreement;

   (iii) the Google Play services may be branded with YouTube or other Google-owned or controlled branding); and

   (iv)  if Google chooses to migrate users from the Google Play subscription service to a Subscription Offering, the terms applicable to such users from the date on which the migration is complete will be this Agreement and not the applicable Google Play Agreement(s).

**(h)** **Conflicts**. If Provider has a Content Hosting Services Agreement or Content License Agreement with Google, then, notwithstanding anything to the contrary in such Content Hosting Services

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00020263

Agreement or Content License Agreement, this Agreement will apply to content associated with Provider's content owner corresponding to this Agreement, and the Content Hosting Services Agreement or Content License Agreement, as applicable, will apply to content associated with Provider's content owner corresponding to such Content Hosting Services Agreement or Content License Agreement, as applicable. If any provision of content to Google by Provider under this Agreement is subject to any of Provider's terms and conditions (or the terms and conditions of a contractor of Provider) other than those stated in this Agreement (e.g., terms and conditions on a website on which such content is hosted), the terms of this Agreement will supersede all such other terms and conditions in their entirety.

6. **PAYMENTS, TAXES, REPORTING.**

    **(a) Royalties.** Subject to the terms of this Agreement, Google will pay to Provider the royalties ("**Royalties**") stated in Exhibits B-D.

    **(b) Advertising.** Provider acknowledges and agrees that Google may serve advertising on the YouTube Service, including the display of ads on the Playback Pages and within the YouTube video player, in conjunction with the display or playback of Provider Content. Google has sole discretion over the style, format and frequency of the ads, which may be modified by Google from time to time. Provider will not include any advertisements, promotions, or sponsorships as part of the Provider Content, including metadata. Provider may include product placement in the body of Provider Music Videos, subject to applicable law and Google's applicable policies. Google reserves the right to remove from display to users any Provider Content containing: (i) any promotions, sponsorships or other advertisements (other than product placements); or (ii) product placements which do not comply with Google's applicable policies. Additionally, Google may elect not to serve some or all advertisements in connection with any Provider Content containing product placements. Google may automatically place (A) buy buttons from vendors approved by Google against Provider Content and (B) Google branding and links on claimed User Videos and other audiovisual content (in addition to Provider Videos) if Provider provides Google with the data necessary for such matching and placement. Google may give Provider the opportunity to provide input with respect to the selection and placement of such buy buttons. However, Google will retain final control over all aspects of buy buttons on the Google Services and no payment or reporting will be due in connection therewith. Provider acknowledges that due to technical or policy limitations, in some cases the type and frequency of advertising may be limited. By way of example, in some cases advertisements may be limited to only those sold or provided by Google and/or its Affiliates.

    **(c) Payment Terms.** Google will pay to Provider the Royalties owed under this Agreement within approximately sixty (60) days after the end of each calendar month of the Term if: (i) Provider's earned balance is at least $100 (or its equivalent in local currency) at the time payment is due; (ii) Provider has an active AdSense account that is in good standing associated with Provider's YouTube user account(s) or such other type of payment account as required by Google in the future; and (iii) Provider provides any additional information reasonably required by Google to process payment, including accurate contact information and tax identification numbers and forms. Any bank fees related to returned or cancelled checks due to a contact or payment information error or omission may be deducted from the newly issued payment. All payments made under this Agreement are subject to the limitations and deductions stated in this Agreement. Except as stated in this Agreement, Provider is not entitled to any share of revenues derived from the Google Services, including any revenues derived from advertisements that may appear on any search results pages or the YouTube Service homepage. The number of queries, impressions of and clicks on ads, as reported by Google to the applicable advertiser, will be the number used in calculating payments under this Agreement. Payments to Provider will be made in the manner that Provider indicates to Google from Google's available payment methods (e.g., wire, EFT).

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY          GOOG-SCHNDR-00020264

**(d) Miscellaneous Payment Information.** Google may create an account for Provider, where Provider will be able to access information about advertising revenue payments to Provider under this Agreement.  Provider understands and agrees that this account is made available to Provider for this purpose only, and that the account may not be used for any other purpose unless expressly agreed to in writing by Provider and Google.

**(e) Prohibited Acts.** Provider will not engage in any unauthorized activities relating to the Google Services. Without limiting the foregoing, Provider will not (and will not authorize or encourage any third party to) directly or indirectly:

    (i)    generate queries, impressions of or clicks on any ad(s); or

    (ii)   obtain access to Provider Content

through any automated, deceptive, fraudulent or other invalid means, including repeated manual clicks, the use of robots or other automated query tools, computer generated search requests, and the fraudulent use of other search engine optimization services or software. Google reserves the right to investigate any activity that may violate this Agreement, and Provider will cooperate with Google in any investigation of suspected violative activities. Further, if Provider is in breach of this Agreement, in addition to any other rights or remedies in this Agreement (and regardless of and without limiting the CIMA), Google reserves the right to restrict Provider's access, in whole or in part, to the System.

**(f) Taxes.** As between the parties, Google will be responsible for any taxes relating to payments it makes under or related to this Agreement other than taxes based on Provider's income. Provider will be responsible for any taxes relating to payments it makes to third parties related to this Agreement.

**(g) Currency.** For purposes of calculating payments, the U.S. dollar equivalent of local currency in the applicable country(ies) will be measured at the interbank rate of exchange between the U.S. dollar and the local currency, as determined by an internationally-recognized exchange rate source chosen in Google's discretion using the average daily exchange rate for the applicable accounting period.

**(h) Payment Limitations & Deductions.** In addition to Google's rights under Section 3(f) above, Google may suspend or deduct payments as follows:

    (i)    Google will not be liable for (and reserves the right to withhold payment or charge back Provider's account or demand a refund from Provider for) any payment based on (A) amounts resulting from Provider's breach of Sections 3, 6(e) and 7, and further may temporarily suspend or chargeback Provider for such amounts; (B) any amounts which result from invalid queries, invalid views/watchtime or invalid clicks on ads, generated by any person, bot, automated program or similar device, including, through any views/watchtime, clicks or impressions; (1) originating from Provider's IP addresses or computers under Provider's control, or (2) solicited by payment of money, false representation or request for users to click on ads; (C) ads delivered to users whose browsers have JavaScript disabled (as long as Google does not retain revenue from such ads); or (D) clicks co-mingled with a significant number of invalid clicks described in (B) above. Google reserves the right to withhold payment of (or exclude from the royalty calculations) amounts due as a result of any of the foregoing, pending Google's reasonable investigation, and Provider agrees to cooperate with Google in its investigation of any of the foregoing. In addition, Google will not be liable for (and reserves the right to withhold payment or charge back Provider's account or demand a refund from Provider for) any payment based on Google advertisements for its own products and/or services;

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY          GOOG-SCHNDR-00020265

    (ii)   if a third party provides Google with a claim of ownership of any material contained within Provider Content, Google may temporarily suspend any payments accruing to Provider in connection therewith while Google investigates the claim. If such dispute is not resolved in Provider's favor, Google may cancel such payments altogether;

    (iii)  Google may net out the following from revenues under this Agreement: refunds, taxes, chargebacks, declined payments or any fees payable to platform, device or other distribution partners in connection with Subscription Offering transactions, including any carriage or (subject to Section 8 of Exhibit B) in-app commission fees; and

    (iv)  Google may withhold or deduct any taxes of whatever kind required by law or any local or governmental taxing authority with respect to the payments or revenues under this Agreement. Provider and Google are each solely responsible for any taxes required by law or related to any income earned in connection with this Agreement.

**(i)** **Reporting.** Google will use commercially reasonable efforts to provide Provider with usage reports in the form generally made available to then-current similarly-situated Google partners within sixty (60) days of the end of each calendar month in which Provider's earned balance is at least $100 (or its equivalent in local currency) at the time such report is due. Such reports will contain, at a minimum, for the AVOD Service and the Subscription Offerings on a per video basis for all Provider Content (i) the total views and revenue generated for that month; (ii) the daily views generated; and (iii) the total views generated on a territory-by-territory basis. Notwithstanding the foregoing, with respect to Subscription Offerings, Google may: (x) replace views with watchtime in such reports; and (y) exclude views that do not meet the durational threshold described in Section 4 of Exhibit B from such reports.

**7.**  **REPRESENTATIONS AND WARRANTIES.** Each party represents and warrants that it has full power and authority to enter into this Agreement and that upon execution and delivery hereof, this Agreement will constitute the valid and binding obligations of the party. Provider represents and warrants that: (a) it has and will maintain throughout the Term all rights, authorizations and licenses that are required for it to (i) fully perform its obligations in this Agreement, (ii) grant the rights and licenses granted in this Agreement, including with respect to all of the content, data or other materials made available or claimed by Provider under this Agreement, to permit Google to exploit the content, data and other materials (including the Provider Content and Brand Features) as contemplated in this Agreement, and (iii) designate the Policies; (b) all data provided by Provider under this Agreement will be accurate and complete; and (c) Google's authorized use of the Provider Content and Provider's Brand Features does not infringe any third party right, including rights arising from contracts between Provider and third parties, copyright, trademark, trade secret, moral rights, privacy rights, rights of publicity, or any other intellectual property or proprietary rights.

**8.**  **DISCLAIMERS.** TO THE MAXIMUM EXTENT PERMITTED BY LAW, GOOGLE AND PROVIDER MAKE NO WARRANTIES OTHER THAN THE EXPRESS WARRANTIES STATED IN THIS AGREEMENT. GOOGLE AND PROVIDER DISCLAIM ALL OTHER WARRANTIES, EXPRESS OR IMPLIED, INCLUDING (A) IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE (B) WARRANTIES AS TO THE QUALITY OR PERFORMANCE OF THE MATERIALS, INFORMATION, GOODS, SERVICES, TECHNOLOGY OR CONTENT PROVIDED UNDER OR IN CONNECTION WITH THIS AGREEMENT, INCLUDING THE DELIVERY OR AVAILABILITY OF ANY ADVERTISEMENTS, AND ANY LIMITATIONS ON USER ACCESS TO OR USE OF CONTENT; AND (C) WARRANTIES AS TO THE PERFORMANCE OF COMPUTERS, TECHNOLOGY, NETWORKS OR ADS (INCLUDING ALL WARRANTIES REGARDING POSITIONING, LEVELS, QUALITY OR TIMING OF (I) AVAILABILITY AND DELIVERY OF ANY IMPRESSIONS, CREATIVE, OR TARGETS; (II) CONVERSIONS OR OTHER RESULTS FOR ANY ADS OR TARGETS; (III) THE ACCURACY OF ANY DATA PROVIDED BY GOOGLE OR ITS AFFILIATES (E.G., REACH, SIZE OF AUDIENCE, DEMOGRAPHICS OR OTHER PURPORTED CHARACTERISTICS OF AUDIENCE); AND (IV) THE ADJACENCY OR PLACEMENT OF ADS). TO THE MAXIMUM EXTENT PERMITTED BY LAW, GOOGLE MAKES NO WARRANTY THAT

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOGLE SERVICES WILL BE UNINTERRUPTED, TIMELY OR ERROR-FREE OR THAT THE RESULTS OR INFORMATION OBTAINED FROM USE OF GOOGLE SERVICES WILL BE ACCURATE OR RELIABLE.

9. **INDEMNIFICATION.**

    **(a) Obligations**. Subject to Section 9(c):

        (i) <u>Google's Obligations</u>. Google will defend Provider and its Affiliates, and indemnify them against Indemnified Liabilities relating to any allegation or Third-Party Legal Proceeding to the extent based upon or otherwise arising from any third-party claim that Provider's authorized use of any Google Brand Features or Google's technology used to provide the Google Services infringes any United States trademark, copyright or trade secret of such third party. In no event will Google have any obligations or liability under this Section 9(a)(i) arising from any content, technology, information or data provided or made available to Google by Provider, users, or any third parties.

        (ii) <u>Provider's Obligations</u>. Provider will defend Google and its Affiliates, and indemnify them against Indemnified Liabilities relating to any allegation or Third-Party Legal Proceeding to the extent based upon or otherwise arising from any third-party claim: (A) relating to Google's authorized use of any Provider Content, Provider's Brand Features, or any other content or materials made available or claimed by Provider under this Agreement (including with respect to rights Provider is required to clear under this Agreement); (B) alleging facts that would constitute a breach of Provider's representations and warranties in this Agreement; (C) that the Provider Content contains content that is defamatory, obscene, or otherwise illegal; (D) relating to breaches of Sections 6(e) or 12(d) by Provider; or (E) that a Provider Channel or Provider Content violates or encourages violation of any applicable laws or the then-current YouTube Service community guidelines. Google syndication partners will be deemed third party beneficiaries of this indemnity.

    **(b) Exclusions.** This Section 9 will not apply to the extent the underlying allegation arises from: (i) the indemnified party's breach of this Agreement; (ii) modification to the indemnifying party's technology by anyone other than the indemnifying party; (iii) combination of the indemnifying party's technology with materials not provided by the indemnifying party; (iv) failure to use the most current, supported version of the indemnifying party's technology provided under this Agreement; or (v) the indemnifying party's technology's compliance with the indemnified party's design or request for customized features.

    **(c) Conditions.** Section 9(a) above is conditioned on the following:

        (i) the indemnified party must promptly notify the indemnifying party of the allegation, or any allegation(s) that preceded the Third-Party Legal Proceeding, and cooperate reasonably with the indemnifying party to resolve the allegation(s) and Third-Party Legal Proceeding. If a breach of this Section 9(c)(i) prejudices the defense of the Third-Party Legal Proceeding, the indemnifying party's obligations under this Section 9 will be reduced in proportion to the prejudice; and

        (ii) the indemnified party must tender sole control of the indemnified portion of the Third-Party Legal Proceeding to the indemnifying party, subject to the following: (A) the indemnified party may appoint its own non-controlling counsel, at its own expense; and (B) any settlement requiring the indemnified party to admit liability, pay money, or take (or refrain from taking) any action, will require the indemnified party's prior written consent, not to be unreasonably withheld, conditioned, or delayed.

10. **LIMITATION OF LIABILITY.** TO THE MAXIMUM EXTENT PERMITTED BY LAW, EXCEPT FOR (A) AMOUNTS PAYABLE PURSUANT TO THE PARTIES' INDEMNIFICATION OBLIGATIONS UNDER

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00020267

SECTION 9, (B) PAYMENT OBLIGATIONS UNDER SECTION 6, AND (C) BREACHES OF CONFIDENTIALITY UNDER SECTION 12(D): (I) NEITHER PARTY HERETO WILL BE LIABLE TO THE OTHER FOR INDIRECT, INCIDENTAL, LIQUIDATED, SPECIAL, PUNITIVE OR EXEMPLARY DAMAGES OR PENALTIES, INCLUDING LOSSES OF BUSINESS, REVENUE OR ANTICIPATED PROFITS; AND (II) IN NO EVENT WILL EITHER PARTY'S TOTAL AGGREGATE LIABILITY FOR ANY AND ALL CAUSES OF ACTION ARISING OUT OF OR RELATED TO THIS AGREEMENT EXCEED THE NET AMOUNT SUCH PARTY HAS ACTUALLY RECEIVED AND RETAINED (AFTER ACCOUNTING FOR ALL DEDUCTIONS, AND OTHER OFFSETS PROVIDED FOR UNDER THIS AGREEMENT) UNDER THIS AGREEMENT DURING THE SIX (6) MONTHS IMMEDIATELY PRECEDING THE DATE ON WHICH SUCH CLAIM ARISES. TO THE MAXIMUM EXTENT PERMITTED BY LAW, THE LIMITATIONS OF LIABILITY STATED IN THIS SECTION 10 WILL APPLY REGARDLESS OF THE CAUSE OF ACTION UNDER WHICH SUCH DAMAGES ARE SOUGHT, WHETHER FOR BREACH OF CONTRACT, NEGLIGENCE, STRICT LIABILITY, OR OTHER TORT, WHETHER OR NOT THE PARTIES WERE OR SHOULD HAVE BEEN AWARE OR ADVISED OF THE POSSIBILITY OF SUCH DAMAGE, AND REGARDLESS OF WHETHER ANY REMEDY FAILS OF ITS ESSENTIAL PURPOSE. THE LIMITATIONS OF LIABILITY STATED IN THIS SECTION APPLICABLE TO "GOOGLE" WILL APPLY IN THE AGGREGATE TO GOOGLE LLC, GOOGLE IRELAND LIMITED, GOOGLE COMMERCE LIMITED, AND ALPHABET INC. THE PARTIES AGREE THAT THE MUTUAL AGREEMENTS MADE IN THIS SECTION REFLECT A REASONABLE ALLOCATION OF RISK, AND THAT EACH PARTY WOULD NOT ENTER INTO THIS AGREEMENT WITHOUT THESE LIMITATIONS ON LIABILITY. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, NOTWITHSTANDING ANYTHING TO CONTRARY CONTAINED IN THIS AGREEMENT, WHERE APPLICABLE LAWS OR REGULATIONS SET OUT ANY LIMIT OR CAP ON LIABILITY WHICH RESULTS IN AN AMOUNT LESSER THAN THE TOTAL AGGREGATE LIABILITY AS PROVIDED IN THIS SECTION 10, SUCH LESSER AMOUNT WILL APPLY.

11. **TERM AND TERMINATION**.

    **(a) Term.** This Agreement will commence on the Effective Date and, unless terminated earlier under Section 11(b) below, will continue until the end of the calendar month that is three (3) years after the Effective Date (the "**Initial Term**"), after which this Agreement will automatically renew for additional one (1) year periods (each a "**Renewal Term**"), unless either party provides sixty (60) days' written notice of termination before the end of the Initial Term or a Renewal Term as the case may be (the Initial Term and, if applicable, Renewal Terms, collectively, the "**Term**").

    **(b) Termination.**

        (i) Either party may terminate this Agreement: (A) immediately upon written notice to the other party if (1) the other party files a petition for bankruptcy, becomes insolvent, or makes an assignment for the benefit of its creditors, or a receiver is appointed for the other party or its business, or (2) the other party breaches Section 12(d) of this Agreement (Confidentiality); or (B) with thirty (30) days' prior written notice for any other breach, if such breach is not cured within the notice period.

        (ii) Google may terminate this Agreement: (A) immediately upon written notice to Provider if Provider breaches its representations and warranties in Section 7 of this Agreement or if Google or its Affiliates reasonably determine that it is impracticable to continue providing all or part of the YouTube Service in light of applicable law; (B) for any or no reason upon sixty (60) days' prior written notice. In addition, Google may terminate this Agreement and/or suspend Provider's AdSense account if Provider breaches Section 6(e) of this Agreement.

        (iii) If, for any given Pillar Review, Provider reasonably believes that it meets a more favorable tier status than the tier status determined by Google, then Provider may, within five (5) business days of such Pillar Review, notify Google and Google will use commercially reasonable efforts to provide, within twenty (20) business days of Provider's notice, any

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

additional information available to demonstrate how it determined Provider's tier status. If by the end of such period Google has not adjusted Provider's then-current tier status to align with Provider's assessment and Provider continues to reasonably believe that it meets a more favorable tier status, then Provider may, within five (5) business days, provide Google a termination notice and this Agreement will terminate thirty (30) days following Google's receipt of such notice.

(c) **Content Removal.**  Upon expiration or termination of this Agreement, Provider will be responsible for removing the Provider Content by means of its YouTube user account or such other means as provided by Google, and Conditional Downloads may be accessible to users who have made such Conditional Downloads before the expiration or termination of this Agreement, for up to thirty-one (31) days post termination or expiration of this Agreement. If Provider has a surviving CIMA, all of Provider's claims within the System may be set to Track (and Provider may choose to change the match policy to Block). If Provider does not have a surviving CIMA, all of Provider's claims within the System may be released (inclusive of Provider claims relating to content set to Monetized). Upon expiration or termination of this Agreement, Provider Content that has not been removed and any further use by Provider of the YouTube Website will be governed by the YouTube Terms of Service and otherwise subject to any applicable YouTube policies (e.g., YouTube may elect to remove any such Provider Content), as may be updated from time to time. Google will have the right to remove any Provider Content at any time upon expiration or termination of this Agreement, and Provider acknowledges and agrees that removal of Provider Content may result in the removal of all comments and view counts related to such content.

## 12. GENERAL.

(a) **Assignment.** Neither party may assign or transfer any of its rights or delegate any of its obligations under this Agreement, except as expressly stated in this Agreement, without the prior written consent of the other party, which will not unreasonably be withheld; provided, however, that Google may assign this Agreement, in whole or in part, without consent to an Affiliate but only if (i) the assignee agrees in writing to be bound by the terms of this Agreement and (ii) the assigning party remains liable for obligations under this Agreement. Any attempted assignment, delegation or transfer in derogation hereof will be null and void. This Agreement will be binding upon the successors and permitted assigns of both parties.

(b) **Notices.** All notices of termination or breach must be in English, in writing and addressed to the other party's Legal Department with a copy to the party's primary contact. Such notices sent to Google will be sent via email to legal-notices@google.com and music-partner-support@youtube.com. Such notices sent to Provider will be sent to Provider's Legal Department and primary contact at the address listed in the preamble or via email. Except as otherwise stated in this Agreement, all other notices must be in English, in writing and addressed to the other party's primary contact. Such notices sent to Google will be sent via email to music-partner-support@youtube.com. Such notices sent to Provider will be sent to Provider's primary contact at the address listed in the preamble or via email. Notice will be treated as given on receipt, as verified by written or automated receipt or by electronic log (as applicable).

(c) **Change of Control.** If a party experiences a change of control (for example, through a stock purchase or sale, merger, or other form of corporate transaction): (a) that party will give written notice to the other party within thirty (30) days after the change of control; and (b) the other party may immediately terminate this Agreement any time between the change of control and thirty (30) days after it receives that written notice.

(d) **Confidentiality.** The recipient of Confidential Information will not disclose it, except to Affiliates, employees, agents or professional advisors who need to know it and who have agreed in writing (or in the case of professional advisors are otherwise bound) to keep it confidential.  Further, Google may make certain limited disclosures of Provider's Confidential Information to effectuate

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00020269

the purposes of this Agreement or its agreements with other rights holders and/or artists and writers, provided that any such disclosures are made subject to binding confidentiality obligations. The recipient will ensure that those people and entities use the received Confidential Information only to exercise rights and fulfill obligations under this Agreement, while using reasonable care to keep it confidential. The recipient may also disclose Confidential Information when required by law after giving reasonable notice to the discloser if allowed by law. Neither party may make any public statement regarding this Agreement without the other's written approval. Nothing in this Agreement will prohibit or limit Google from disclosing certain Confidential Information to content owners or licensors or for general aggregated industry purposes as Google deems reasonably appropriate.

(e) **Covenant Not to Sue.** In consideration of Google's entering into this Agreement, effective upon the Effective Date and through the end of the Term, Provider covenants and agrees, for itself and its respective agents and representatives not to bring, assert, pursue, maintain, join in or directly or indirectly support, assist, fund, lend resources to, or otherwise participate in any litigation, throughout the Territory, involving or asserting any claim based upon or alleging any form of copyright infringement arising from Google's exploitation of the rights licensed by Provider to Google in this Agreement through the operation of the Google Services, and in accordance with this Agreement, that Provider has, had or may have against Google before the Effective Date or during the Term. Such covenant not to sue will apply to and be binding on a third party solely to the extent Provider has the legal authority to grant the covenant not to sue in this Agreement on behalf of such third party without violation of any legal or contractual obligation to such party (e.g., an agreement with an artist, performer, songwriter, composer, rights collecting society, co-publisher or sub-publisher). Subject to the following sentence, the foregoing covenant not to sue does not include any legal claim to be asserted against any party other than Google or its Affiliates, including, (i) any legal claim against any third party arising from the incorporation or use of a sound recording or a musical composition in a video or failure to pay royalties or other consideration due to any copyright owner for use of a sound recording or a musical composition in a video; or (ii) any legal claim against any third party (including a user) arising from the incorporation or use of a sound recording or a musical composition in a video (regardless of whether such video is a User Video). Nonetheless, Provider covenants not to sue any user who synchronizes and makes available any Provider Content in a User Video uploaded to the YouTube Service, to the extent Provider's claim is based on the alleged infringement of rights or authorized uses granted by Provider to Google in this Agreement.

(f) **Compliance with Anti-Bribery Laws**. In performing its obligations under this Agreement, Provider will comply with all applicable commercial and public anti-bribery laws ("**Anti-Bribery Laws**"), including the U.S. Foreign Corrupt Practices Act of 1977 and the UK Bribery Act of 2010, which prohibit corrupt offers of anything of value, either directly or indirectly to anyone, including government officials, to obtain or keep business or to secure any other improper commercial advantage. Furthermore, Provider will not make any facilitation payments, which are payments to induce officials to perform routine functions they are otherwise obligated to perform. "Government officials" include any government employee; candidate for public office; and employee of government-owned or government-controlled companies, public international organizations, and political parties. Google may terminate this Agreement immediately upon written notice to Provider if Google believes, in good faith, that Provider has violated or caused Google to violate any Anti-Bribery Laws.

(g) **Miscellaneous.** The words "**include**" and "**including**" do not limit the generality of any words preceding them, and references to any statute or other legislative enactment include references to that statute or legislative enactment as amended or re-enacted from time to time. References to the "**United States**" include the United States, its territories and possessions, including Puerto Rico. The parties are independent contractors. This Agreement does not create any agency, partnership, or joint venture between the parties. This Agreement does not confer any benefits on any third party (except to Google's Affiliates, as applicable) unless it expressly states that it does. Neither party will be liable for failure or delay in performance to the extent caused by

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00020270

circumstances beyond its reasonable control. If any term (or part of a term) of this Agreement is invalid, illegal or unenforceable, the rest of this Agreement will remain in effect. Neither party will be treated as having waived any rights by not exercising (or delaying the exercise of) any rights under this Agreement. Any amendment must be in writing, signed by both parties, and expressly state that it is amending this Agreement. This Agreement states all terms agreed between the parties and supersedes all other agreements between the parties relating to its subject matter. In entering into this Agreement neither party has relied on, and neither party will have any right or remedy based on, any statement, representation or warranty (whether made negligently or innocently), except those expressly stated in this Agreement. This Agreement will be construed as if jointly drafted by the parties. ALL CLAIMS ARISING OUT OF OR RELATING TO THIS AGREEMENT WILL BE GOVERNED BY CALIFORNIA LAW, EXCLUDING CALIFORNIA'S CONFLICT OF LAWS RULES, AND WILL BE LITIGATED EXCLUSIVELY IN THE FEDERAL OR STATE COURTS OF SANTA CLARA COUNTY, CALIFORNIA, USA; THE PARTIES CONSENT TO PERSONAL JURISDICTION IN THOSE COURTS. The metadata provided by Provider to Google via the Metadata Feed and all exhibits and attachments to this Agreement are considered part of, and incorporated by reference into, this Agreement. The parties may execute this Agreement in counterparts, including facsimile, PDF, and other electronic copies, which taken together will constitute one instrument. The following sections will survive any expiration or termination of this Agreement: 7, 8, 9, 10, 11(b), 11(c), 12(b), 12(d), 12(g), and any other sections that under their terms or by implication should survive.

This Agreement has been duly executed by the parties as of the latest date indicated below.

**Google LLC**

BY:_____

NAME:_____

TITLE:_____

DATE:_____

**[FULL LEGAL NAME OF PROVIDER]**

BY:_____

NAME:_____

TITLE:_____

DATE:_____

**Google Ireland Limited**

BY:_____

NAME:_____

TITLE:_____

DATE:_____

**Google Commerce Limited**

BY:_____

NAME:_____

TITLE:_____

DATE:_____

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00020271

**EXHIBIT A**
**DEFINITIONS**

"**Affiliate**" means any entity that directly or indirectly controls or is controlled by, or is under common control with, a party.

"**Alternative Tier**" has the meaning stated in Exhibit B, Section 6.

"**Anti-Bribery Laws**" has the meaning stated in Section 12(f).

"**Art Track**" means a musical sound recording that is played back to a user with accompanying pictorial material (which may include lyrics) that is, in each case, designated by the applicable licensor (or by Google on such licensor's behalf) using tools, including auto-generation tools, provided by Google.

"**Audio-Only Track**" means a musical sound recording that is made into a Conditional Download by or played back to a user without an accompanying video.

"**AVOD Service**" means the free-to-the consumer portion of the YouTube Service, which excludes the Subscription Offerings, YouTube TV (or any successor product/brand for such product), or any other paid offerings on YouTube, existing now or at any point in the future.

"**Block**" has the meaning stated in the CIMA.

"**Bona Fide Artist Issue**" means a bona fide loss or lack of artist consent that causes Provider to withhold any Provider Content from the AVOD Service and/or the Subscription Offerings.

"**Brand Features**" means the names, logos, trademarks, designs and trade names of a party.

"**Bundle Percentage**" means a percentage equal to the dollar value of the applicable Subscription Offering in the applicable Subscription Bundle (as reasonably determined by Google) divided by the regular retail price of the applicable Subscription Offering in the applicable country in the Territory (or, at Google's option, the Major Rate).

"**CIMA**" means the Content Identification and Management Agreement entered into by the parties.

"**Conditional Download**" means a user's receipt of a digital transmission that results in a specifically identifiable, tethered (but obfuscated) reproduction of such digital file that is available to such user for offline playback on the applicable device for up to thirty-one (31) consecutive days (as such time period may be renewed periodically), which transmission may originate either directly from the YouTube Service or from another device (subject to any restrictions and limitations applicable under this Agreement).

"**Confidential Information**" means information that one party or an Affiliate of such party discloses to the other party in connection with this Agreement, and that is marked as confidential or would normally be considered confidential information under the circumstances. It does not include information that the recipient already knew, that becomes public through no fault of the recipient, that is independently developed by the recipient, or that is rightfully given to the recipient by a third party without confidentiality obligations.

"**Effective Date**" has the meaning stated in the preamble.

"**Entire Catalog**" means the full catalog of sound recordings and music videos owned, controlled, or distributed by Provider, if applicable, its Affiliates, and, if applicable, its and their distributed labels (including any catalogs acquired by Provider, its Affiliates, or its or their distributed labels during the Term, and all music videos produced by or on behalf of Provider, its Affiliates, or its or their distributed labels during the Term).

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                        GOOG-SCHNDR-00020272

"**Expired Reference Overlap**" means a Reference File that the System recognizes as containing one or more segments of one or more reference files provided by one or more other partners that expires in the System prior to Provider taking action to either "exclude overlap" associated with or "assert exclusive rights" to such segment(s) of such Reference File via the System.

"**Family Account**" has the meaning stated in Exhibit B, Section 12(b).

"**Free Trial**" has the meaning stated in Exhibit B, Section 12(a).

"**Google Play Agreements**" means the agreements then-currently in effect between the parties applicable to the Google Play subscription service, the Google Play store, the Google Play locker, and the Google Play radio service.

"**Google Services**" means Google websites, applications, products and services, including the YouTube Service.

"**Google Specs**" means Google's then-current delivery specifications available at https://goo.gl/qRPSE9, which Google may update (in whole or in part) throughout the Term.

"**ID File**" has the meaning stated in the CIMA.

"**Indemnified Liabilities**" means any and all losses, damages, expenses, costs or settlement amounts, including reasonable outside attorneys' fees.

"**Initial Term**" has the meaning stated in Section 11(a).

"**Legal Issue**" means an actual legal or contractual issue that restricts Provider's rights to grant rights to Google (i.e. loss of rights to a third party, lack of rights from a distributed label, or an actual legal claim; each of which is separate from a Bona Fide Artist Issue) and that causes Provider to withhold any Provider Content from the AVOD Service and/or the Subscription Offerings.

"**Limited Exclusives**" means one-off, limited-time, occasional exclusivity windows and holdbacks with respect to individual sound recordings, in each case, with a single third-party partner.

"**Major Rate**" means a rate, for a certain royalty calculation, that is at least as favorable as Google pays to at least one of the "major" record labels (i.e., Universal Music Group, Sony Music Entertainment and/or Warner Music Group).

"**Metadata Feed**" means the feed and/or other method described in the Google Specs through which Provider provides to Google data associated with Provider Non-Music Content, Provider Sound Recordings, Provider Music Videos, Provider Audio-Only Tracks, Provider Art Tracks, including text, images, and closed captioning.

"**Monetize**" has the meaning stated in the CIMA.

"**Music Licensors**" means Google's content licensors who license music content to Google under (a) a sound recording or audiovisual license agreement (or equivalent agreement), (b) a publishing license agreement, including with a collective rights management organization, or (c) any other agreement (e.g., a standard content license agreement), but solely with respect to music content licensed under such other agreement.

"**Music Share**" means, with respect to each accounting period under this Agreement, an amount equal to a fraction, the numerator of which is the number of On-Demand Streams and plays of Conditional Downloads with a minimum duration of thirty (30) seconds (or, at Google's option, watchtime) of all Music Videos, Audio-Only Tracks, and Art Tracks provided by, licensed by or claimed by Music Licensors

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00020273

(including Provider), including as embodied in User Videos, in the Subscription Offering in the Territory during such period, and the denominator of which is the number of On-Demand Streams and plays of Conditional Downloads with a minimum duration of thirty (30) seconds (or, at Google's option, watchtime) of all content (including Provider Content) available via the Subscription Offering in the Territory during such period.

"**Music Videos**" means all music videos delivered to Google by or on behalf of Music Licensors, or claimed by Music Licensors as a music video asset.

"**Nearly Complete Video**" has the meaning stated in the definition of Premium UGC.

"**Net Ad Revenues**" means, with respect to each accounting period under this Agreement, any revenues recognized under the U.S. Generally Accepted Accounting Principles by Google from ads displayed or streamed on the Playback Pages or in the embedded YouTube video player containing Provider Content in the Territory during such period. Net Ad Revenues specifically exclude any e-commerce and referral fees received by Google from "upsells". Net Ad Revenues do not include (a) any funds from ads that are rejected by Google because they violate Google's general ad policies and terms and conditions, (b) Net Subscription Revenues, or (c) any other Google subscription service revenue.

"**Net Subscription Revenues**" means, for each Subscription Offering, with respect to each accounting period under this Agreement, revenues recognized under the U.S. Generally Accepted Accounting Principles by Google from any fees charged by Google to users for access to such Subscription Offering, including those received for bundled offers (pro-rated to reflect the portion of the bundled offer applicable to such Subscription Offering) in the Territory during such period. Net Subscription Revenues specifically exclude any e-commerce and referral fees received by Google from any "upsells". Net Subscription Revenues do not include Net Ad Revenues or any other Google subscription service revenue.

"**Non-Single**" means any Provider Sound Recording that has not been released as a Provider Music Video or as a Single.

"**On-Demand Stream**" means a digital transmission of a digital file upon request, at a time chosen by the user.

"**Percentage Rate**" means at Google's election on a country-by-country basis (a) the percentage rate applicable to a particular type of Provider Content in a particular portion of the YouTube Service as stated in Exhibit C or (b) the Major Rate for the applicable country.

"**Per Sub Minimum**" means, for each accounting period under this Agreement, at Google's election on a country-by-country basis, solely for the countries listed on Exhibit D (a) the applicable rate, if any listed in Exhibit D or otherwise listed in this Agreement (e.g., with respect to Family Plans) or (b) the Major Rate for the applicable country.

"**Performing Right**" means the right commonly referred to as the public performance right (in the United States), the performing right, or the making available right.

"**Pillar**" has the meaning stated in the preamble of Exhibit C.

"**Pillar Review**" has the meaning stated in the preamble of Exhibit C.

"**Playback Pages**" means a page or pages on the YouTube Service dedicated to a video or Audio-Only Track identified as containing Provider Content on which users can view or listen to such Provider Content and view other information relating to such Provider Content.

"**Policy**" has the meaning stated in the CIMA.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                    GOOG-SCHNDR-00020274

"**Premium UGC**" means a User Video for which (a) the artist name, album name or song title is included in the user-provided metadata, (b) at least ninety percent (90%) of a Provider Music Video (a "**Nearly Complete Video**") is included, and (c) at least ninety percent (90%) of the User Video consists of such Nearly Complete Video.

"**Product**" means a Provider Music Video, a Single, a Non-Single, or an album or other collection of sound recordings.

"**Promoter Account**" means an account used by a person who works for or on behalf of an OEM or music rightsholder, or an influencer, to demonstrate, promote, influence or encourage use of a Subscription Offering.

"**Provider Art Track**" means an Art Track of a complete Provider Sound Recording.

"**Provider Audio-Only Track**" means an Audio-Only Track consisting of a Provider Sound Recording.

"**Provider Channel**" means a page of the YouTube Service that is dedicated to the Provider Videos, and whose look and feel is largely controlled by Provider subject to the YouTube Service templates.

"**Provider Content**" means, collectively, the Provider Non-Music Content, Provider Sound Recordings, the Provider Music Videos, Provider Audio-Only Tracks, Provider Art Tracks, the Metadata Feed, and all other data and information contained within, or provided or otherwise made available to Google by Provider in association with the provision of, such content, including text, images, artwork, cover art, other artist images, closed captioning, metadata, any other associated materials and any copies that Google makes of any or all of the foregoing in connection with this Agreement.

"**Provider Music Videos**" means all music videos delivered to Google by or on behalf of Provider, or claimed by Provider as a music video asset. Provider Music Videos specifically exclude Provider Non-Music Content.

"**Provider Non-Music Content**" means all videos that are delivered to Google by Provider, that do not constitute Provider Music Videos.

"**Provider Share**" means, with respect to each accounting period under this Agreement, an amount equal to a fraction, the numerator of which is the number of On-Demand Streams and plays of Conditional Downloads with a minimum duration of thirty (30) seconds (or, at Google's option, watchtime) of claimed Provider Music Videos, Provider Audio-Only Tracks, and Provider Art Tracks, including as embodied in User Videos (in each case, solely to the extent Google exploits the rights to the applicable content as granted to it by Provider under this Agreement) in a Subscription Offering in the Territory during such period and the denominator of which is the number of On-Demand Streams and plays of Conditional Downloads with a minimum duration of thirty (30) seconds (or, at Google's option, watchtime) of all Music Videos, Audio-Only Tracks, and Art Tracks provided by, licensed by or claimed by Music Licensors (including Provider), including as embodied in User Videos, in such Subscription Offering in the Territory during such period.

"**Provider Song UGC**" means a User Video for which (a) the artist name, album name or song title is included in the metadata; (b) the vast majority (as determined by Google) of a Provider Sound Recording is included; and (c) the vast majority (as determined by Google) of the User Video is comprised of one or more musical sound recordings.

"**Provider Sound Recordings**" means (a) sound recordings delivered to Google by Provider in digital form in connection with this Agreement, (b) all sound recordings embedded within User Videos on Google Services which match ID Files corresponding to such sound recordings using the System, and (c) all sound recordings owned or controlled by Provider, which are embedded within User Videos that Provider "claims" using the System. For clarity, sound recordings embodied in Provider Videos are deemed to be part of the Provider Video, not a Provider Sound Recording.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                        GOOG-SCHNDR-00020275

"**Provider Videos**" means, collectively Provider Non-Music Content and Provider Music Videos.

"**Reference Files**" has the meaning stated in the CIMA.

"**Renewal Term**" has the meaning stated in Section 11(a).

"**Royalties**" has the meaning stated in Section 6(a).

"**Similar Free Service**" means any other free-to-the-user digital distribution partner or platform (or, in the case of partners and platform who have multiple tiers, the free-to-the-user tier of such partner or platform).

"**Single**" means an emphasis track in the country of the Territory concerned that Provider uses to drive awareness, including so-called "lead singles" or "stand-out tracks" but excluding tracks that are solely promoted to editorial outlets or tastemakers. A recording is deemed released as a Single on the date when Provider begins to promote the sound recording concerned, including at radio (i.e., the so-called "add" date at terrestrial radio).

"**Subscription Bundle**" has the meaning stated in Exhibit B, Section 9.

"**Subscription Offerings**" means one or more subscription services that are part of the YouTube Service that permit users to access, stream, and (if Google enables such functionality) create Conditional Downloads, and get additional features on, all or a subset of content on the YouTube Service for which a fee is paid (or a Free Trial is activated) by or on behalf of a user, which includes Provider Content for which Google utilizes rights granted under this Agreement. Certain content may only be available within one or more Subscription Offerings. Any paid services in which users pay a distinct fee in exchange for access to specific content or bundles of content (e.g., rentals, purchases, paid channels, live pay-per-view, and YouTube TV) are not Subscription Offerings under this Agreement, even if Google makes available Provider Content from the AVOD Service (i.e., without premium subscription features available on such Provider Content) or, for users of a Subscription Offering, Provider Content from such Subscription Offering (i.e., with premium subscription features available on such Provider Content solely to such users) for playback within the same user interface as such paid-for services. Each Subscription Offering may be branded with one or more Google brands or trade names.

"**System**" has the meaning stated in the CIMA.

"**Term**" has the meaning stated in Section 11(a).

"**Territory**" means the world unless otherwise designated by Provider in the Metadata Feed, Google-provided interface to the Metadata Feed, or the System with respect to each item of Provider Content.

"**Third-Party App Store**" means a third-party "app store" such as Apple Inc.'s "App Store".

"**Third-Party Legal Proceeding**" means any legal proceeding filed by a third party before a court or government tribunal (including any civil, administrative, investigative or appellate proceeding).

"**Track**" has the meaning stated in the CIMA.

"**User Video**" means any video submitted to or streamed via the YouTube Service by a user.

"**User Video with Audiovisual Excerpt**" means a User Video on the YouTube Service which (a) the System matches to an audiovisual portion of a Provider Music Video, or (b) contains audiovisual Provider Music Video content embedded within User Videos that Provider "claims" using the System, each of which do not constitute Premium UGC.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                        GOOG-SCHNDR-00020276

"**User Video with Provider Content Visual Excerpt**" means a User Video on the YouTube Service which (a) the System matches to a visual portion of a Provider Music Video (but not the accompanying audio), or (b) contains visual only Provider Music Video content embedded within User Videos that Provider "claims" using the System.

"**User Video with Provider Sound Recording**" means a User Video on the YouTube Service that includes a Provider Sound Recording.

"**YouTube Service**" means the Google service known as YouTube located at http://www.youtube.com, including all mirror and/or derivative sites and all replacement, successor and/or international versions thereof, including the YouTube video player and YouTube websites, applications (e.g., YouTube Main app, YouTube Music app), APIs, embeds, products and services, and any of the foregoing that are made available for syndication.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00020277

**EXHIBIT B**
**PAYMENT TERMS**

1.  **AVOD Service Royalties.** With respect to Google's exploitation of the rights granted to it by Provider under this Agreement for the AVOD Service, Google will pay to Provider the applicable AVOD Service Percentage Rate of Net Ad Revenues in the Territory that are attributable to On-Demand Streams and Conditional Download playbacks of Provider claimed: Provider Art Tracks, Provider Audio-Only Tracks, Provider Music Videos, Provider Non-Music Content, Premium UGC (which will be treated as Provider Music Videos for the purposes of the Percentage Rate and all reporting), User Videos with Audiovisual Excerpts, User Videos with Provider Content Visual Excerpts, User Videos with Provider Sound Recordings, and User Videos with Provider Non-Music Content all solely to the extent Google exploits the rights to the applicable content as granted to it by Provider under this Agreement for the AVOD Service in the Territory. No amounts will be payable under this Agreement for playbacks in audio-only/background mode of User Videos with Provider Content Visual Excerpts or User Videos with Provider Non-Music Content.

2.  **Subscription Offering Royalties**. With respect to Google's exploitation of the rights granted to it by Provider under this Agreement for each Subscription Offering in which Provider Content is included, for each accounting period under this Agreement, Google will pay to Provider with respect to such Subscription Offering, the greater of:

    (a) the applicable Per Sub Minimum multiplied by the number of users of the Subscription Offering in the applicable countries in the Territory who subscribe to such Subscription Offering during such accounting period, excluding Free Trial users and users of any other Google subscription service, further multiplied by the applicable Provider Share; or

    (b) the applicable Subscription Offering Percentage Rate of Net Subscription Revenues that are attributable to such Subscription Offering multiplied by the applicable Provider Share and further multiplied by the Music Share.

3.  **Advertising in Subscription Offerings.** If any Subscription Offering contains advertisements, then (a) royalties arising from the serving of any ads within any Subscription Offering (if applicable) will also be calculated and paid in accordance with Section 1 of this Exhibit B; and (b) Provider's share of advertising revenue from such Subscription Offering will be added to Provider's share of Net Subscription Revenues for such Subscription Offering when determining the applicability of the Per Sub Minimum for such Subscription Offering.

4.  **Calculations**. Google may, in its discretion, choose to: (a) calculate Provider Share for a Subscription Offering on a per-user basis instead of across the entire Subscription Offering; and/or (b) include On-Demand Streams and plays of Conditional Downloads that meet a different minimum duration (i.e. a minimum duration other than thirty (30) seconds), or no minimum duration, as reasonably determined by Google in the calculation of the Music Share and/or Provider Share, provided that Google applies the same durational threshold to similarly situated music licensors in any country of the Territory; and/or (c) adjust the manner in which Google pro-rates the Music Share and/or the Provider Share (e.g., remove a content type from the calculation), provided that Google applies the same proration to similarly situated recorded music licensors in any country of the Territory. Google will also have the right to amortize any pre-payments (e.g., for annual subscriptions) across the time period for which the pre-payment applies. Further, for purposes of calculating payments for a Subscription Offering, Google will have the right to calculate subscribers for such Subscription Offering for a particular calendar month by either (y) looking at the number of subscribers to such Subscription Offering at a defined point of time in such calendar month (e.g., at the end of such month) and users who may have been subscribers during such month but are not subscribers at such defined point in such month will not constitute subscribers for such month, or (z) adding the number of subscribers on each day of such calendar month and dividing that sum by the number of days in such calendar month. Plays of excerpts of Provider Content (e.g., as short-form interstitials, bumpers and previews) will be

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00020278

royalty-free and will not count as On-Demand Streams or plays of Conditional Downloads in the calculation of Provider Share or Music Share.

5. **Multiple Claimants to User Videos.** With respect to User Videos, Google will have the right to apportion payment to each claiming owner or administrator (including a user) of the exploited rights in such User Video on a pro-rata basis either across all claims on such video or across claims for those portions of the video actually viewed by a user, as determined by Google.

6. **Alternative Tiers.** Google may offer additional features and/or tiers of service, such as a lossless or HD tier of service, or other programs (each an "**Alternative Tier**"). If Google launches an Alternative Tier, Provider authorizes the inclusion of Provider Content in such Alternative Tier provided that Google will pay Provider the Major Rate for such Alternative Tier.

7. **Per Sub Minimums.** The Per Sub Minimums in Exhibit D are for monthly subscribers, and may be pro-rated by Google for shorter subscription periods. The Per Sub Minimums may be reduced as permitted in this Agreement for bundles and will be deemed waived in the case of a Free Trial. With respect to any ad-supported Subscription Offering, the applicable Per Sub Minimums will be reduced by ███████████████████. If Google launches a Subscription Offering for which Provider is not required to comply with the content commitment under Section 3(b) of this Agreement, then no Per Sub Minimum will apply to such Subscription Offering. Google will be entitled to a discount on the Per Sub Minimum that is equal to the percentage of revenue attributable to fees payable to platform, device or other distribution partners in connection with Subscription Offering transactions, including any carriage or (subject to Section 8 of this Exhibit B) in-app commission fees. Google will be permitted to give users whose payment methods cease working a grace period during which the user can continue to access the applicable Subscription Offering, to permit the user a time period to enter a new payment method and continue to have uninterrupted access to the Subscription Offering (and no Per Sub Minimum will be due for up to seventy-two (72) hours of the grace period). When such new payment method is entered, it will be charged for such user's continued access to such Subscription Offering retroactive to the date of the last successful payment.

8. **App Store Payment.**   For in-app commission fees: (a) if Google elects to charge a higher retail price for subscriptions sold through Third-Party App Stores, as compared to the retail price for the same subscriptions sold other than through Third-Party App Stores, then the amount of the difference in the applicable retail prices (up to a maximum of ████████████████ of the higher retail price) will not be taken into account when determining and calculating the Net Subscription Revenue with respect to such subscriptions sold through a Third-Party App Store; and (b) if Google does not elect to increase the retail price as set forth in subsection (a) above, then Google will be entitled to a discount on the Per Sub Minimum that is equal to the percentage of revenue actually paid to or withheld by the applicable partner in connection with Subscription Offering transactions, up to a maximum discount of ███████████████ of the Per Sub Minimum.

9. **Bundling**. Google will have the right to bundle Subscription Offerings with other products and services ("**Subscription Bundles**"). With respect to Subscription Bundles, Google will have the right to lower the Per Sub Minimum (if any) by multiplying the applicable Per Sub Minimum in Exhibit D by the Bundle Percentage. No revenue will be attributable to the Subscription Offering portion of a Subscription Bundle during a Free Trial. Google may bundle the AVOD Service in its absolute discretion and no additional revenues will be due to Provider under this Agreement with respect to such bundles (e.g., if the AVOD Service (or portions thereof) are made available via a paid application or website).

10. **Payment Variation.** If it is not technically feasible for Google to pay Provider as stated in this Agreement (e.g., different rates by territory or type of content, or calculating pro ratas as stated in this Agreement), Google may elect to overpay Provider temporarily. Google reserves the right to reclaim

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                    GOOG-SCHNDR-00020279

any overpaid amounts. If the Territory includes multiple countries, Google may calculate the payments above by country in the Territory.

11. **Users Who Subscribe to Multiple Subscriptions**. If any Provider Content is available in more than one Subscription Offering and a user subscribes to more than one Subscription Offering, Google will calculate Provider's payment for the applicable Provider Content in a Subscription Offering based on the Subscription Offering(s) with the highest ranking as determined by Google. Google will rank Subscription Offerings based on the Subscription Offerings with the highest amount of revenues as of the date on which such determination is made.  Google may recalculate such rankings based on factors such as, by way of example only, adding or removing Subscription Offerings or if there is a significant change in the composition of any Subscription Offerings. In no event will Google be required to attribute views of Provider Content to more than one Subscription Offering by a user who subscribes to more than one Subscription Offering.

12. **Free Trials and Promotional Plans.** The following discounts to the Per Sub Minimum will apply:

    (a) **Free Trials.** Google and its Affiliates may offer on a royalty-free basis to prospective subscribers free or nominally priced (e.g., $1.00 per month) trials of each Subscription Offering, whether directly or in connection with third-party promotional partners, such as device manufacturers or wireless carriers ("**Free Trials**").

    (b) **Family Accounts.** Google may offer family subscription accounts for Subscription Offerings (each, a "**Family Account**") as follows. Each Family Account may be shared by up to six people, consisting of one "Master Account Holder" (the user who pays for the Family Account) and up to five "Sub-Account Holders". The Per Sub Minimum for a Family Account will be ▮▮▮▮▮▮▮▮▮▮ of the otherwise applicable Per Sub Minimum and, there will be no separate Per Sub Minimum for each Master Account Holder and Sub-Account Holder under such Family Account. The free trial period, if any, for each Sub-Account Holder will be determined by (i.e., will be the same as) the Master Account Holder's free trial period. Except as expressly stated in this Agreement, each Sub-Account Holder will be treated as a "subscriber" for the purposes of this Agreement, and all terms of this Agreement will apply equally and separately to each such subscriber. Each Family Account will be permitted a number of concurrent streams not to exceed six concurrent streams per Family Account.

    (c) **Annual and Semi-Annual Plans.** Google may offer discounted plans, in which a subscriber pays a discounted price for a full year of access or for six (6) months of access to a particular Subscription Offering. In such cases, the applicable Per Sub Minimum will be discounted by an amount equal to the corresponding discount given on the then applicable standard retail price for a full year or six (6) months of access, up to a maximum discount to the applicable Per Sub Minimum of ▮▮▮▮ for a full year subscription and ▮▮▮▮ for a six (6) month subscription.

    (d) **Student Plans.** Google may offer discounted student plans, in which student subscribers pay a discounted price for access to a particular Subscription Offering. In such cases, the applicable Per Sub Minimum will also be discounted by an amount equal to the corresponding discount to the standard retail price of the Subscription Offering, subject to a maximum discount of ▮▮▮▮▮▮▮▮▮.

    (e) **Demo Accounts**. Provider agrees to waive any applicable Per Sub Minimums for demos, internal testing and Promoter Accounts (up to a cap of 15,000 active Promoter Accounts at any one time).

    (f) **Winback Offers**. Notwithstanding anything to the contrary in this Agreement, Google may offer discounted "winback" trials for lapsed paid subscribers who previously subscribed for over six (6) months, and, in such cases, the applicable Per Sub Minimum will be discounted by an amount

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

equal to the corresponding discount to the standard retail price of the Subscription Offering, subject to a maximum discount of ███████████ for up to six (6) months.

(g) **Device-Specific Offers**. Google may offer discounted subscriptions for subscribers who subscribe to a subscription for a single Google assistant-enabled device primarily enabled for home use (for clarity, excluding mobile phones, e.g., a single device Google Home subscription). In such cases, the applicable Per Sub Minimum will be discounted by an amount equal to the corresponding discount to the standard retail price of the Subscription Offering, subject to a maximum discount of ███████████

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00020281

**EXHIBIT C**
**PILLARS AND PERCENTAGE RATES**

Each April 1st and October 1st of the Term that occurs at least one (1) month following the Effective Date, with respect to each of the Provider operational level requirements stated below (each, a "**Pillar**" and collectively, the "**Pillars**"), Google will determine Provider's then-current tier status (i.e. whether Provider is Tier A, Tier B or Tier C status) based on which of the following tier criteria have been met (each review, a "**Pillar Review**"). Provider's tier status for each Pillar will determine the applicable Percentage Rates, as described later in this Exhibit C.

1.   **Catalog Commitment.**

(a)  **Tier A Status**. At all times during the prior six (6) month period, Provider made available (and set to Monetize) the Entire Catalog (or the Entire Catalog, except for the permitted Tier A content exceptions described in 1(a)(i), (ii), and/or (iii) below) on the AVOD Service and the Subscription Offerings and each Provider Sound Recording and Provider Music Video will be made available no later than the date and time that such Provider Sound Recording and Provider Music Video (including in each format) was first made available on any tier of any digital distribution partner or platform in the applicable country.

**Permitted Tier A Content Exceptions**

(i)   Bona Fide Artist Issues and/or Limited Exclusives. During the prior twelve (12) months, no more than three (3) Products from the AVOD Service and/or any Subscription Offering for Bona Fide Artist Issues and/or Limited Exclusives (except, for clarity, any windowing in accordance with Section 1(a)(ii) below).

(ii)  Two-week Window for Provider Sound Recordings in the AVOD Service. Solely from the AVOD Service, some or all Provider Art Tracks and Provider Song UGC of newly-released Provider Sound Recordings for no more than a continuous two (2)-week window starting on the date the applicable Provider Sound Recording was first made generally available for sale to the public (and Provider also blocked such windowed Provider Sound Recordings from all other Similar Free Services for the same time period and in the same territory as they were blocked in the AVOD Service).

(iii) Legal Issue. Provider Content affected by a Legal Issue (but not a Bona Fide Artist Issue) in accordance with 3(b)(ii)(A).

(b)  **Tier B Status**. At all times during the prior six (6) month period, Provider made available (and set to Monetize) the Entire Catalog, except for permitted Tier B content exceptions described in 1(b)(i), (ii), (iii), and/or (iv) below, on the AVOD Service and the Subscription Offerings and each Provider Sound Recording and Provider Music Video will be made available no later than the date and time that such Provider Sound Recording and Provider Music Video (including in each format) was first made available on any tier of any digital distribution partner or platform in the applicable country.

**Permitted Tier B Content Exceptions**

(i)   Bona Fide Artist Issues and/or Limited Exclusives. During the prior twelve (12) months, four (4) or five (5) Products from the AVOD Service and/or any Subscription Offering for Bona Fide Artist Issues and/or as Limited Exclusives (except, for clarity, any windowing in accordance with Sections 1(b)(ii) and 1(b)(iii) below).

(ii)  Two-week Window for Singles in the AVOD Service. Solely from the AVOD Service, some or all Provider Art Tracks and Provider Song UGC of newly-released Singles for no more than a continuous two (2)-week window starting on the date the applicable Provider Sound Recording was first made generally available for sale to

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                    GOOG-SCHNDR-00020282

the public (and Provider also blocked such windowed Singles from all other Similar Free Services for the same time period and in the same territory as they were blocked in the AVOD Service, and Provider also communicated to Google in the Metadata Feed the newly released tracks that Provider deemed "Singles" (for clarity, such information does not limit Google's ability to deem a track as a "Single" if it otherwise meets the definition of a "Single")).

(iii)   Indefinite Window for Non-Singles in the AVOD Service. Solely from the AVOD Service, some or all Provider Art Tracks and Provider Song UGC of newly-released Non-Singles starting on the date the applicable Provider Sound Recording was first made generally available for sale to the public (Provider blocked from all other Similar Free Services such windowed Non-Singles for the same time period and in the same territory as they are blocked in the AVOD Service).

(iv)   Legal Issue. Provider Content affected by a Legal Issue (but not a Bona Fide Artist Issue) in accordance with 3(b)(ii)(A).

(c) **Tier C Status**. Provider adhered to the catalog commitment in Section 3(b) of this Agreement without meeting Tier A or Tier B status.

**2.  Content Delivery.**

(a) **Tier A and Tier B Status**.

(i)   If Provider has delivered ten thousand (10,000) or more Provider Sound Recordings prior to the then-current Pillar Review, all deliveries of Provider Content in the prior six (6) month period were in accordance with the Google Specs using DDEX as the metadata specification and either SFTP or Aspera as the file transfer method.

(ii)   If Provider has delivered fewer than ten thousand (10,000) Provider Sound Recordings prior to the then-current Pillar Review, all deliveries of Provider Content in the prior six (6) month period were in accordance with the Google Specs using either CSV or DDEX as the metadata specification and SFTP, Aspera, or CMS as the file transfer method.

(b) **Tier C Status**. Provider delivered content to Google but did not adhere to the Tier A/B requirements in 2(a) above during the prior six (6) month period.

**3.  Content ID.**

(a) **Tier A and Tier B Status**. Provider adhered to each of (i), (ii), and (iii) below:

(i)   The average monthly percentage of Provider claims made via the System during the prior six (6) month period as a result of Reference Files which do not comply with Google's then-current Content ID eligibility criteria available at https://goo.gl/YXRvVc was less than two percent (2%) of all Provider claims made via the System during the prior six (6) month period;

(ii)   During the prior (6) month period:

A.   Provider had less than one (1) Expired Reference Overlap per ten (10) new Reference Files delivered by Provider; or

B.   Provider had a total of less than fifteen (15) Expired Referenced Overlaps; and

(iii)   Partner Strikes.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                      GOOG-SCHNDR-00020283

A. The percentage of partner strikes (Provider may view its partner strikes in the "Partner Strikes" section of the System or at http://youtube.com/partner_strikes) that do not have a current appeal or external legal proceeding pending (only those Partner Strikes for which Provider delivers to Google proof of such appeal or legal proceeding will be removed from the calculation) was less than one-tenth of one percent (0.1%) of public Provider Videos uploaded by Provider during the prior six (6) month period; or

B. The total number of Partner Strikes that do not have a current appeal or external legal case pending (only those Partner Strikes for which Provider delivers to Google proof of such appeal or legal proceeding will be removed from the calculation) was less than three (3).

(b) **Tier C Status**. Provider did not adhere to one of more of the Tier A/B requirements in 3(a) above.

4. **YouTube Certification.**

   (a) **Tier A and Tier B Status**. As of the date of the then-current Pillar Review, Provider is in adherence with all of the following:

   (i) Throughout the prior six (6) month period Provider had an average of at least two (2) YouTube certifications from the YouTube certification programs (e.g., Content Ownership, Asset Monetization, Channel Growth) per Provider CMS login; and

   (ii) Provider is certified in all then-current YouTube certification programs.

   (b) **Tier C Status**. Provider did not adhere to one of more of the Tier A/B requirements in 4(a) above.

5. **Product Activation.**

   (a) **Tier A and Tier B Status**. Provider used commercially reasonable efforts to adhere with all of the following:

   (i) As of the date of the then-current Pillar Review, Provider has withheld less than ten percent (10%) of Provider Channels from upgrade to so-called "Official Artist Channel".

   (ii) On average during each calendar month, there was activity on each such "Official Artist Channel", which means at least one of the following occurred per channel:

   A. Provider Video uploaded and made public;
   B. Livestream;
   C. Reels posted;
   D. Playlist created;
   E. Comment on own channel;
   F. Comment on other channel;
   G. Community post; or
   H. Any other product activity feature that Google makes available to Provider.

   (b) **Tier C Status**. Provider did not adhere to one of more of the Tier A/B requirements in 5(a) above.

Until such time of the first Pillar Review, Provider will receive the Tier C AVOD Service Percentage Rates. If, at the time of a given Pillar Review, the period of time between the Effective Date and the date of such Pillar Review is less than the assessment period listed above (i.e. less than six (6) or twelve (12) months,

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00020284

as applicable), Google will determine Provider's then-current tier status based on the period between the Effective Date and the date of such Pillar Review. If, at the time of the then-current Pillar Review, Provider meets Tier A Status for all of the Pillars, then Provider's AVOD Service Percentage Rates until the next Pillar Review (or, if applicable, the end of the Term) will be the Tier A AVOD Service Percentage Rates listed below. If, at the time of the then-current Pillar Review, Provider meets Tier B Status for all of the Pillars (but does not meet Tier A Status for the Content Commitment Pillar), then Provider's AVOD Service Percentage Rates until the next Pillar Review (or, if applicable, the end of the Term) will be the Tier B AVOD Service Percentage Rates listed below. If, at the time of the then-current Pillar Review, Provider meets Tier C Status (but does not meet Tier A nor Tier B Status) for one or more of the Pillars then Provider's AVOD Service Percentage Rates until the next Pillar Review (or, if applicable, the end of the Term) will be the Tier C AVOD Service Percentage Rates listed below.

| AVOD Service Percentage Rates | |
|---|---|
| | |
| **Provider Art Tracks** | |
| **Provider Music Videos** | |
| **Provider Non-Music Content (and User Video with Provider Non-Music Content)** | |
| **User Video with Audiovisual Excerpt** | |
| **User Video with Provider Content Visual Excerpt** | |
| **User Video with Provider Sound Recording (and AVOD Service background mode enabled Provider Audio-Only Tracks)** | |

| Subscription Offerings Percentage Rate (Tier A, Tier B, and Tier C) |
|---|
| |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                    GOOG-SCHNDR-00020285

**EXHIBIT D**
**PER SUB MINIMUM**

| Country | Currency | Per Sub Minimum | | Country | Currency | Per Sub Minimum |
|---|---|---|---|---|---|---|
| Andorra | EUR | | | Lithuania | EUR | |
| Argentina | ARS | | | Luxembourg | EUR | |
| Australia | AUD | | | Macedonia | USD | |
| Austria | EUR | | | Malaysia | MYR | |
| Belarus | USD | | | Malta | EUR | |
| Belgium | EUR | | | Mexico | MXN | |
| Bolivia | BOB | | | Montenegro | EUR | |
| Bosnia and Herzegovina | USD | | | Netherlands | EUR | |
| Brazil | BRL | | | New Zealand | NZD | |
| Bulgaria | BGN | | | Nicaragua | USD | |
| Canada | CAD | | | Norway | NOK | |
| Chile | CLP | | | Panama | USD | |
| Colombia | COP | | | Paraguay | USD | |
| Costa Rica | CRC | | | Peru | PEN | |
| Croatia | HRK | | | Philippines | PHP | |
| Cyprus | EUR | | | Poland | PLN | |
| Czech Republic | CZK | | | Portugal | EUR | |
| Denmark | DKK | | | Romania | RON | |
| Dominican Republic | USD | | | Russia | RUB | |
| Ecuador | USD | | | San Marino | EUR | |
| El Salvador | USD | | | Serbia | EUR | |
| Estonia | EUR | | | Singapore | SGD | |
| Finland | EUR | | | Slovakia | EUR | |
| France | EUR | | | Slovenia | EUR | |
| Germany | EUR | | | South Africa | ZAR | |
| Greece | EUR | | | South Korea | KRW | |
| Guatemala | USD | | | Spain | EUR | |
| Honduras | USD | | | Sweden | SEK | |
| Hong Kong | HKD | | | Switzerland | CHF | |
| Hungary | HUF | | | Taiwan | TWD | |
| Iceland | EUR | | | Thailand | USD | |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                GOOG-SCHNDR-00020286

| | | | | | |
|---|---|---|---|---|---|
| India | INR | | Turkey | TRY | |
| Indonesia | IDR | | Ukraine | UAH | |
| Ireland | EUR | | United Kingdom | GBP | |
| Israel | ILS | | United States | USD | |
| Italy | EUR | | Uruguay | USD | |
| | | | Vatican City | EUR | |
| Japan | JPY | | Venezuela | USD | |
| Latvia | EUR | | Vietnam | USD | |
| Liechtenstein | CHF | | Rest of World | n/a | |

**Google Confidential**
SRAV v20180927

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00020287

**Addendum to Sound Recording and Audiovisual Content License**

Reference is made to the Sound Recording and Audiovisual Content License between Google and Provider being entered into simultaneously with this addendum (the "**SRAV**"). Google and Provider also wish to document the additional terms agreed herein in connection with Google's distribution of Provider Sound Recordings via a new audio-only tier of the YouTube Service (as described in greater detail below). This addendum to the SRAV (this "**Addendum**") will form part of the SRAV along with the terms stated in the SRAV as of the Effective Date. Capitalized terms used but not defined in this Addendum will have the meanings assigned to such terms in the SRAV.

In consideration of the mutual covenants and agreements set forth in this Addendum, Google and Provider agree to the following additional terms, effective as of the Effective Date:

| 1. | **Additional Definitions** | As used in this Addendum, the following terms will have the meanings as stated below: |
|---|---|---|
| | | "**Audio-Only Plays**" means Shuffle Plays and On-Demand Plays. |
| | | "**On-Demand Play**" means a single playback by a user of a Provider Sound Recording via the Audio-Only Service and not via the AVOD Service and/or Subscription Offerings, that does not conform with the Shuffle Plays Usage Rules defined below. |
| | | "**Shuffle Play**" means a single playback by a user of a Provider Sound Recording via the Audio-Only Service and not via the AVOD Service and/or Subscription Offerings, that conforms with the Shuffle Plays Usage Rules defined below. For clarity, playback of a Provider Sound Recording as a part of the playback of a playlist and/or station via the Audio-Only Service will be deemed a Shuffle Play. |
| 2. | **Audio-Only Service** | "**Audio-Only Service**" means a separate free-to-the-user, audio-only portion of the YouTube Service, which (i) may or may not be supported by advertising and (ii) allows users to playback sound recordings via On-Demand Plays and/or Shuffle Plays. The Audio-Only Service is separate and distinct from the AVOD Service, Subscription Offerings, YouTube TV (or any successor product/brand for such product), and any other free or paid offerings on YouTube, existing now or at any point in the future, but may be offered with the AVOD Service or other such free or paid offerings. Google may decide, from time to time (in its sole discretion) whether to make the Audio-Only Service, or a portion thereof, available. |
| 3. | **Audio-Only Content Usage Rules** | **Shuffle Plays Usage Rules** <br> Google will enforce the usage rules below in respect of the Shuffle Plays: <br> 1. a user may select a single song, album, artist, genre or playlist to generate a station algorithmically based on content similar to such selected song, album, artist, genre or playlist. Notwithstanding the foregoing, a user-selected song will not play as the first track of the station; <br> 2. a user may select playlists that are created by Google or a third party to playback in a randomized order, but will not have the ability to play (whether randomized or in order) a playlist of songs, albums or listening history |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00020288

|   |   |
|---|---|
|   | created in the AVOD Service by such user (though notwithstanding the foregoing, Google may include a user's listening history from the Audio-Only Service in the AVOD Service and Subscription Offerings); |
|   | 3.  a user will not have the ability to skip backwards or have the ability to restart the current Provider Sound Recording from the beginning, but will have the ability to skip no more than six (6) forward skips via a particular station or playlist per sixty (60) minutes; |
|   | 4.  a user will have the ability to stream no more than four (4) Sound Recordings by the same featured artist (or from an individual compilation album) via a particular station or playlist within a three (3) hour period; |
|   | 5.  a user will have the ability to stream no more than three (3) sound Recordings from the same featured artist album via a particular station or playlist within a three (3) hour period (and no more than two (2) of those sound recordings may be streamed consecutively); |
|   | 6.  a user will not have the ability to create Conditional Downloads or permanent downloads of any Provider Sound Recording from the Audio-Only Service; and |
|   | 7.  Google may from time to time present upsell prompts to a Subscription Offering or other interruptions to users of the Audio-Only Service. |
|   | **On-Demand Plays Usage Rules** |
|   | Google will enforce the usage rules below in respect of the On-Demand Plays: |
|   | 1.  a user will have the ability to stream Provider Sound Recordings via additional functionality as and when such additional functionality (if any) is provided by Google (e.g. a user may select a particular sound recording for playback); |
|   | 2.  a user will not have the ability to create Conditional Downloads or permanent downloads of any Provider Sound Recording from the Audio-Only Service; and |
|   | 3.  Google may from time to time present upsell prompts to a Subscription Offering or other interruptions to users of the Audio-Only Service. |
| **4.   Royalties** | Section 1 and Section 2 of Exhibit B to the SRAV will not apply with respect to the Audio-Only Service.<br><br>Google will pay to Provider the following royalties for Audio-Only Plays and the defined term "Royalties" includes such royalties for Audio-Only Plays:<br><br>1.  with respect to Shuffle Plays in the United States, for each accounting period during the Term during which Google makes Shuffle Plays via the Audio-Only Service, Google will pay ███████████████████████████████ and<br><br>2.  with respect to On-Demand Plays throughout the Territory and Shuffle Plays in the Territory excluding the United States, for each accounting period during the Term during which Google makes Audio-Only Plays available, Google will pay to Provider, calculated on a country-by-country basis, the greater of: |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

(i) Provider's Audio Share of ███ of Net Audio Ad Revenues (defined below) for the applicable country during the applicable accounting period, and

(ii) the applicable Audio Per Play Minimum multiplied by the number of Shuffle Plays and On-Demand Plays in the applicable country during the applicable accounting period,

(such greater amount together with the ███████████ is referred to in the Addendum as the "**Audio Royalties**").

As used in this Addendum:

Provider's "**Audio Share**" means, in a given country in a given month, an amount equal to a fraction, the numerator of which is the number of Audio-Only Plays in such country in such month and the denominator of which is the total number of audio-only plays of musical sound recordings via the Audio-Only Service in such country in such month.

The "**Audio Per Play Minimum**" means, on a country by country basis for the initial countries stated below, the following amounts with respect to Shuffle Plays and On-Demand Plays respectively:

For Shuffle Plays:

| 1.  | CA: | ███ | CAD |
|-----|-----|-----|-----|
| 2.  | UK: | | GBP |
| 3.  | JP: | | JPY |
| 4.  | AU: | | AUD |
| 5.  | FR: | | EUR |
| 6.  | DE: | | EUR |
| 7.  | NL: | | EUR |
| 8.  | IT: | | EUR |
| 9.  | ES: | | EUR |
| 10. | MX: | | MXN |
| 11. | IN: | | INR |
| 12. | SE: | | SEK |
| 13. | DK: | | DKK |
| 14. | NO: | | NOK |
| 15. | AT: | | EUR |
| 16. | IE: | | EUR |
| 17. | NZ: | | NZD |
| 18. | MY: | | MYR |
| 19. | TW: | | TWD |
| 20. | FI: | | EUR |
| 21. | BR: | | BRL |
| 22. | CH: | | EUR |
| 23. | BE: | | EUR |
| 24. | PT: | | EUR |
| 25. | HK: | | HKD |
| 26. | TH: | | THB |
| 27. | AR: | | ARS |

**Google Confidential**
SRAV v20180927

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00020290

| 28. UA: | ███ | UYU |
| 29. CO: | | COP |
| 30. CL: | | CLP |
| 31. PE: | | PEN |
| 32. LU: | | EUR |

For any additional countries in the Territory Google will pay to Provider the Major Rate as the Audio Per Play Minimum for Shuffle Plays in each such additional country.

<u>For On-Demand Plays:</u>

For On-Demand Plays, Google will pay to Provider the Major Rate as the Audio Per Play Minimum for On-Demand Plays for the country concerned in the Territory.

Google may in its discretion, choose to include only those plays of Provider Sound Recordings and audio recordings in the Audio-Only Service that meet a minimum duration of thirty (30) seconds in both the numerator and the denominator (as applicable) of the calculation of Provider's Audio Share, provided that Google applies the same minimum duration to all similarly situated sound recording music licensors.

Simultaneous streams of Provider Sound Recordings via the Audio-Only Service to grouped devices will be counted as a single stream per sound recording for purposes of reporting and calculating Audio Royalties.

"**Net Audio Ad Revenues**" means, with respect to each accounting period of the Term, any revenues recognized under the U.S. Generally Accepted Accounting Principles by Google from advertisements streamed by or on behalf of Google during Audio-Only Playback in the Territory during such period. Net Audio Ad Revenues specifically excludes (a) any e-commerce and referral fees received by Google from "upsells" and (b) any ads upselling users to a Subscription Offering. Net Audio Ad Revenues do not include (x) any funds from ads that are rejected by Google because they violate Google's general ad policies and terms and conditions, (y) Net Subscription Revenues, or (z) any other Google subscription service revenue.

| 5. | **Reporting** | Google will use commercially reasonable efforts to provide Provider with usage reports in the form generally made available to then-current similarly-situated Google partners within sixty (60) days of the end of each calendar month in which Provider's earned balance is at least $100 (or its equivalent in local currency) at the time such report is due. |
| 6. | **Reservation of Rights** | Nothing in this Addendum will prejudice the parties' respective positions as to (and will not constitute an acknowledgement in any respect of): (a) whether or not the royalties and other financial consideration (including cash and non-cash consideration) provided hereunder are reasonable or appropriate for the Audio-Only Service described herein for any time period; or (b) the interpretation of any other provision of the Digital Millennium Copyright Act, including 17 U.S.C. § 114 and § 112. The parties explicitly agree that the SRAV (including, without limitation, this Addendum) and its terms may not be introduced or relied upon in any proceeding, judicial or otherwise, for the purpose of interpreting or establishing criteria relating to the eligibility of a new subscription service making subscription digital audio transmissions not exempt under 17 U.S.C. § 114(d)(1) or a service |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| | | making eligible nonsubscription transmissions not exempt under 17 U.S.C. § 114(d)(1) for a statutory license as such under 17 U.S.C. § 114 and § 112. |
|---|---|---|
| 7. | **Termination** | Either party may terminate this Addendum with thirty (30) days' prior written notice for any breach, if such breach is not cured within the notice period.<br><br>Google may terminate this Addendum: (A) immediately upon written notice to Provider if Google or its Affiliates reasonably determine that it is impracticable to continue providing all or part of the Audio-Only Service in light of applicable law; or (B) for any or no reason upon sixty (60) days' prior written notice. |

**Google Confidential**
SRAV v20180927

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00020292