| | |
|---|---|
| DAVID H. KRAMER, SBN 168452 | BRIAN M. WILLEN (admitted *Pro Hac Vice*) |
| MAURA L. REES, SBN 191698 | CATHERINE R. HARTMAN (admitted *Pro Hac Vice*) |
| LAUREN GALLO WHITE, SBN 309075 | WILSON SONSINI GOODRICH & ROSATI |
| KELLY M. KNOLL, SBN 305579 | Professional Corporation |
| WILSON SONSINI GOODRICH & ROSATI | 1301 Avenue of the Americas, 40th Floor |
| Professional Corporation | New York, NY 10019-6022 |
| 650 Page Mill Road | Telephone: (212) 999-5800 |
| Palo Alto, CA 94304-1050 | Facsimile: (212) 999-5801 |
| Telephone: (650) 493-9300 | Email: bwillen@wsgr.com |
| Facsimile: (650) 565-5100 | Email: chartman@wsgr.com |
| Email: dkramer@wsgr.com | |
|       mrees@wsgr.com | |
|       lwhite@wsgr.com | |
|       kknoll@wsgr.com | |

Attorneys for Defendants and Counterclaimants
YOUTUBE, LLC and GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING LTD., individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>    Defendants<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>    Counterclaimants,<br><br>    v.<br><br>PIRATE MONITOR LTD, PIRATE MONITOR LLC, and GÁBOR CSUPÓ,<br><br>    Counterclaim Defendants. | CASE NO.: 3:20-cv-04423-JD<br><br>**DECLARATION OF QIFAN HUANG IN SUPPORT OF DEFENDANTS' SEALING REQUESTS**<br><br>**[ADDITIONAL EXHIBITS PART 3 OF 4]** |