# EXHIBIT 36

to the Declaration of Qifan Huang

PUBLIC VERSION - REDACTED

# Abuse Threat in Watch Next

5/29/2019, heldt@

Confidential & Proprietary



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00051863

# How Recommender Works?

Confidential & Proprietary



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# Everything starts with Users



Confidential & Proprietary



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00051865

# User Interaction Logs

| U_1 | Search("foo bar") → **Watch(v10)** → Search("foo bar") → **Watch(v59)** |
|-----|-----|

| U_2 | Home → **Watch(v93)** → WN → **Watch(v20)** → Home → **Watch(v9)** |
|-----|-----|

| U_3 | External → **Watch(v3)** → External → **Watch(v12)** → WN → **Watch(v9)** → WN → **Watch(v40)** |
|-----|-----|

● ● ●

| U_n | **Watch(v6)** → Endscreen → **Watch(v1)** |
|-----|-----|

Confidential & Proprietary

You Tube

# Discovery task



Confidential & Proprietary

                                    GOOG-SCHNDR-00051867

# Nomination: ██████ ██ ██████



Confidential & Proprietary

# Nomination: ████ ██ ████

██████████████████████████████████
██████████████████████████████████
██████████████████████████████████

██████████████████████████████



2-d embedding

Confidential & Proprietary

You Tube

GOOG-SCHNDR-00051869

# Ranking: 

**Do fine-grained reranking to maximize RASTA metrics**

- Main optimization objective is **YouTube Time** but there are constraints:
    - video length
    - likes/dislikes
    - appeal (measured through surveys)
    - dismissals

- Solution: train multiple objectives

Confidential & Proprietary

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

## Ranking: 

Confidential & Proprietary

GOOG-SCHNDR-00051871

# Ranking: 

## Objectives combination function

- Tuned to maximize YouTube Time with tradeoffs to secondary objectives



Confidential & Proprietary

# Ranking: 

## Shortcomings

- Tends to generalize poorly
  - only works well on the trained distribution
  - *e.g. language is not an important feature*



(a) Husky classified as wolf      (b) Explanation







Confidential & Proprietary

# What's wrong with trusting users?

1. [Ab]users can manipulate the system
   … by mimicking users actions

2. Real users might be susceptible to manipulation (clickbait, fake news, sensationalism)

3. Real users are reinforcing undesired behavior

Confidential & Proprietary

You Tube

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00051875

# [Ab]users manipulate the system

Confidential & Proprietary



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00051876



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00051877



Confidential & Proprietary

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00051878



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



Confidential & Proprietary



Analysis source

Confidential & Proprietary



Confidential & Proprietary



Confidential & Proprietary

# [Ab]users manipulate the system - Behavioral Abuse

Confidential & Proprietary



# Behavioral Abuse



Confidential & Proprietary

GOOG-SCHNDR-00051885

# Examples of behavioral abuse



Confidential & Proprietary

GOOG-SCHNDR-00051886

## Behavioral abuse:



Confidential & Proprietary

# Real users might be susceptible to manipulation

Confidential & Proprietary



# Users susceptible to manipulation

**Definition of Recommender system**

ML Recommender system is relying on the **expertise** of **most engaged users** to learn what are the best suggestions for the rest of users.

Confidential & Proprietary



GOOG-SCHNDR-00051889

# Users susceptible to manipulation

## Relying on users works great for entertainment

  

 

Confidential & Proprietary

# Users susceptible to manipulation

## Relying on users does not work for controversial topics (XLQ)

  

3 UNUSUAL WAYS TO USE
APPLE CIDER VINEGAR FO...

Confidential & Proprietary

# Users susceptible to manipulation

**What is different about these topics?**

1. Bad suggestions in controversial content are more damaging to society and YouTube brand
2. Informational clickbait is harder to detect from engagement signals
3. Controversial topics require far more expertise

Confidential & Proprietary



# Users susceptible to manipulation



Confidential & Proprietary

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00051893

# Users susceptible to manipulation



Confidential & Proprietary



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00051894

# Users susceptible to manipulation



Date

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00051895

# Real users reinforcing undesired behavior

Confidential & Proprietary



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00051896

# Real users reinforcing undesired behavior

## VOITP

- "Expert" users are creating highly undesired connections between videos



MINI TOP Model Caryell Rodriguez SWIMWEAR...
Academia y Agencia de Mod...
649K views



Miss Teen Swimsuit Competition
Maine Films
1.5M views



Desfile Oh Soleil en la Semana de la Moda Baño...
GranCanariaTv.com
848K views



Traje de Baño - Mini Venezuela Mundo 2016 -...
JRPTVE
20K views



Desfile L'été Moda Praia Verão 2019 no Fashion...
L'été Moda Praia
1.3M views





OhSoleil, Desfile Tenerife Moda, Colección Verano...
OhSoleil Marca de ropa infan...
478K views

Confidential & Proprietary

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00051897

# Real users reinforcing undesired behavior

**Solution**



GOOG-SCHNDR-00051898

# Common techniques

Confidential & Proprietary

You Tube

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00051899



Confidential & Proprietary



Confidential & Proprietary





Confidential & Proprietary

GOOG-SCHNDR-00051902



Confidential & Proprietary

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00051903



Confidential & Proprietary



Notes Summary:

No speaker notes are contained in this presentation.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00051906