# EXHIBIT 38

to the Declaration of Qifan Huang

PUBLIC VERSION - REDACTED

# WatchNext Infra: past*, present and future

2020-03-06, bfroehle@

*: Timelines, dates, and historical anecdotes are only approximately correct.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# In the beginning....



GOOG-SCHNDR-00034976

# The Distant Past (~2007)

- Initial "related" feature, launched on YouTube & Google Video.
- Implementations:
  - searched for video title.
  - search for video keywords/tags.
  - more from the same uploader.
- "RelatedVideoMixer" branched from Google Video Search (& YT Search).
- Uses **Superroot** Specializer framework.
- Cohosted with search until 2011 (then split to "related superroot").

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

```
Slide 3
--------
1       This is very interesting to know about and probably explains the
related superroot turndown that i've been hearing about.
                Shitong Shou, 3/5/2020
```

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00034978

# Co-Watch & Related SSTables



- pre-2010?
- "Co-search", Co-watch
- Pairwise all-time counts of co-interaction.
- Top-k calculation & serving.
- **MapReduce + PatchPanel**
- High quality, but computation slow; initially run only once per week!
  - Speeding this up will become a common theme over the coming years.



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00034979

```
Slide 4
--------
2       This may be too small to see. The link may have this information, I
requested for access and maybe can read more from there.
                Shitong Shou, 3/5/2020
```

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# Related Mustang, Sibyl

3

- Related Mustang (2011 Q4)
  - Index the related graph, query by search.
  - DocInfo holds canonical video metadata.
  - Hope was for Mustang to support new advanced ranking capabilities; in practice, only used for key-value lookups.

- Sibyl (2011)
  - Linear/Logistic regression.
  - Predict clicks initially; switch to (subtree) watch time in 2012.
  - Bent the curve. (See figure).



Youtube Watches By Referrer

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

```
Slide 5
--------
3       Would you say this is the first stab at "personalizing" watch next?
                Shitong Shou, 3/5/2020
```

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00034982



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

```
Slide 6
--------
4       Does this parse video metadata?
                Shitong Shou, 3/5/2020
```

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00034984

# (Near) Real-Time Architectures

- Replace MapReduces + SSTables with Bigtable + Processor Framework.
  - "Combined Processor" (2013) for aggregation
  - "Eggbeater" (2015) for top-k.
- New Retrieval Stack (2015-2016)
  - Mustang to Muppet (follow Search)
  - Librarian to Union Repositories
  - Add **Muppet Instant** tier (early 2016). Faster docinfo updates.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

## Candidate Generation Pipeline (2015)



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

```
Slide 8
--------
5       What does this stand for?
                Shitong Shou, 3/5/2020
```

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00034987



## Candidate Service (2016)

Batch / Continuous Indexing

Serving

Continuous candidate generation "Eggbeater"

exp candidate generation job

⋮

exp candidate generation job

exp sstables import job

bt/mix-<cell>

Updated via BT replication

bt/srv-<cell>

bt/srv-<cell>

WN Superroot

candidate-service

memcache

Possible replicated read to reduce long tail latency and increase availability

GOOG-SCHNDR-00034988

# Evolving the Superroot (~2015-2017?)

- Web SR migrating from Specializers (Callbacks) to Producer Graphs.
  - P13n Server changing from Control Flows to Stubby4 + Fibers.
- Decision Point: Fold in with P13n? Stay with Superroot?
  - Stubby4 seemed risky.
  - Producer Graphs offered readability improvements w/ incremental migration strategy.
- Producer Graphs hard to use; pivot to new Fiber-based SR Flows.
- Adopt some common patterns seen in P13n:
  - Superroot "Sources" (standard WatchNext API for nominators)

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                    GOOG-SCHNDR-00034989

```
Slide 10
--------
6       Probably not the right slide but one thing perhaps worth mentioning
is where the p13n.GWR call fit in the WN serving path.
                Shitong Shou, 3/5/2020
```

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00034990

## Matchmaker (2016)

7

# Exiting Muppet (2016-2018)

- 👎 Muppet is expensive and hard to maintain.
- 👎 Can't easily ingest streaming updates to co-watch data.
- For each use case, find a new canonical backend:
  - Candidate Service (co-watch)
  - Channel Service (more-from-uploader)
  - ...
  - **Discovery Video Metadata Service** (docinfo; 2018)
- Saved >100 kGCU; silver Perfy.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

```
Slide 12
--------
7       Do you think if it's a good idea to include a slide like
https://screenshot.googleplex.com/m6SRRONWgtC
                Shitong Shou, 3/5/2020
```

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00034993

## WatchNext, circa 2018



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# Convergence in Discovery (2017+)

- Redundant efforts between Home and WatchNext.
  - Hard & slow to share ideas; requires reimplementation.
- Scoring Service (2017)
  - Common **feature extraction**, later **scoring** & **request logs**.
- Brain (DistBelief, then TensorFlow)
- Recs3 (2018+)
  - Shared APIs for Nomination, Filtering, Scoring, Packing.
  - Incremental migration paths, still in progress.
- Discovery Data Backends + Scaffolding

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# Watch Next Suggestions (today)

- New entrypoint for WatchNext recs.
- Analogous to P13n Browse.
  - WatchNext for Desktop, Mobile, Living Room, Kids App.
  - "One page type" but with conditional values for logged-in/logged-out, living room, kids, etc.
  - Plus a few other low-traffic users: v3 Data API, Creator Endscreen.
  - Pagination via recomputation; only on desktop today, coming to mobile soon.

```
Slide 15
--------
1       Need to find a good system diagram, especially one which shows
dependencies between WN & P13n.
                Brad Froehle, 3/6/2020
```

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00034997



GOOG-SCHNDR-00034998

# Near-Term Plans

- Migrate **GetWatchRecs** & **Scoring Service** logic to run directly inside WatchNext.
  - Reduced load on data backends, lower latency; expect ~50 kGCU cost savings?
- Replace **Polynomial** wrapped Superroot code with native Recs3 abstractions.
  - Unified Filtering.
  - Recs3 Scoring + Packing.
  - Recs3 Mendel Config.
- **Watch Feed** for infinite scroll; support additional content types (Posts, Shopping, etc).

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                    GOOG-SCHNDR-00034999

# A Future Vision

- Home & WatchNext interoperable.
  - Lower barriers to share ideas, techniques, and code between surfaces.
  - Replace the GenericSearch RPC interface w/ BrowseService?
  - Scaled support for 1st & 2nd party teams via Recs3 + Scoring Service + Shared ML Infra.
- Resilient and Efficient.
  - End-to-end SLOs; understand & resolve latency issues; measure & reduce resource cost.
  - Maintain velocity while reducing frequency and severity of outages.
- Understandable and Debuggable.
  - Trace logging (understand quality from sampled logs).

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00035000

Notes Summary:

Slide 1: 'References:
Matchmaker
Related Video Sibyl Targeting Nov 2012
Launched Related Videos Mustang
Life of Related Graph
WatchNext Superroot on Polynomial
Related Video Eng Review (2011)'
Slide 2: 'Timelines, dates, and historical anecdotes are only approximately
correct.

https://sites.google.com/a/google.com/related-video/docs/historic-
designs/intro'

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
GOOG-SCHNDR-00035001

Notes Summary:

Slide 3:
'https://docs.google.com/document/d/1uv5UoPZfjfnz95d1_iat2vX0WWreEBgqEQKgKB
Xf_cc/edit

Keep exploring new ideas:
topic clusters
keywords clusters

https://docs.google.com/presentation/d/1FeT_k1_m8oU3H8hvLrxe0nQzJ-
QHTgy4WRzbiCa5GVY/edit#slide=id.i0

https://sites.google.com/a/google.com/related-video/team-
blog/dedicatedrelatedsuperroot100ytsitetraffic'

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

```
Notes Summary:

Slide 4:
'https://docs.google.com/presentation/d/1LhocZeONWrxjIybuWdyKDsZh3t_7hEO_0l
oguXZ1MIA/edit#slide=id.p

https://sites.google.com/a/google.com/related-video/team-
blog/launchedrelatedvideosmustang
```



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Notes Summary:



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY   GOOG-SCHNDR-00035004

Notes Summary:

Slide 5: 'Sibyl: https://sites.google.com/a/google.com/related-video/team-blog/sibyl-launch-document
Sibyl w/ Subtree WT: https://sites.google.com/a/google.com/related-video/team-blog/subtreewatchtimesibylmodel
Key metrics from the holdback experiment
Watchpage playbacks per session ███████
Watch time per session █████


Mustang: https://sites.google.com/a/google.com/related-video/team-blog/launchedrelatedvideosmustang

████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Notes Summary:



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00035006

Notes Summary:

If you are talking to the related SSTables for related candidates or the
BTFE for docinfo, please contact the related videos team to see about
whether it is feasible to migrate you and how we might do it.'
Slide 6:
'https://docs.google.com/presentation/d/128LeX9o_xPV18pTsUtgtI_u01sQkkS26NL
ehOY_NnNM/edit#slide=id.i15'



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

```
Notes Summary:

Slide 12: 'https://docs.google.com/document/d/1EM2Lh8hWrkJAoGgbKOuKdnmPuO-
Nbg-WJOpecvXXBCI/edit

DVMS launch: http://ariane/207155'
Slide 14: 'Scoring Service: http://ariane/192891, http://ariane/206961'
Slide 17: 'http://go/wn-recs3-roadmap'
```

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00035008