# EXHIBIT 39

to the Declaration of Qifan Huang

CONFIDENTIALLY SEALED IN ITS ENTIRETY