# EXHIBIT 40

to the Declaration of Qifan Huang

CONFIDENTIALLY SEALED IN ITS ENTIRETY