# EXHIBIT 45

to the Declaration of Qifan Huang

PUBLIC VERSION - REDACTED

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | **Ads/AVOD (figures in $ millions)** | | | | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | | | | |
| 3 | | 2017-01-01 | 2017-02-01 | 2017-03-01 | 2017-04-01 | 2017-05-01 | 2017-06-01 | 2017-07-01 | 2017-08-01 | 2017-09-01 | 2017-10-01 | 2017-11-01 | 2017-12-01 | FY2017 | | CAC (Content Acquisition Costs) | |
| 4 | Revenue | | | | | | | | | | | | | | | COS (Cost of Sales) | |
| 5 | CAC | | | | | | | | | | | | | | | Infra (Infrastructure Costs) | |
| 6 | COS + Infra | | | | | | | | | | | | | | | OpEx (Operating Expenses) | |
| 7 | **Gross Margin** | | | | | | | | | | | | | | | | |
| 8 | OpEx | | | | | | | | | | | | | | | | |
| 9 | **Op. Inc** | | | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | | | | |
| 12 | | 2018-01-01 | 2018-02-01 | 2018-03-01 | 2018-04-01 | 2018-05-01 | 2018-06-01 | 2018-07-01 | 2018-08-01 | 2018-09-01 | 2018-10-01 | 2018-11-01 | 2018-12-01 | FY2018 | | | |
| 13 | Revenue | | | | | | | | | | | | | | | | |
| 14 | CAC | | | | | | | | | | | | | | | | |
| 15 | COS + Infra | | | | | | | | | | | | | | | | |
| 16 | **Gross Margin** | | | | | | | | | | | | | | | | |
| 17 | OpEx | | | | | | | | | | | | | | | | |
| 18 | **Op. Inc** | | | | | | | | | | | | | | | | |
| 19 | | | | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | | | | |
| 21 | | 2019-01-01 | 2019-02-01 | 2019-03-01 | 2019-04-01 | 2019-05-01 | 2019-06-01 | 2019-07-01 | 2019-08-01 | 2019-09-01 | 2019-10-01 | 2019-11-01 | 2019-12-01 | FY2019 | | | |
| 22 | Revenue | | | | | | | | | | | | | | | | |
| 23 | CAC | | | | | | | | | | | | | | | | |
| 24 | COS + Infra | | | | | | | | | | | | | | | | |
| 25 | **Gross Margin** | | | | | | | | | | | | | | | | |
| 26 | OpEx | | | | | | | | | | | | | | | | |
| 27 | **Op. Inc** | | | | | | | | | | | | | | | | |
| 28 | | | | | | | | | | | | | | | | | |
| 29 | | | | | | | | | | | | | | | | | |
| 30 | | 2020-01-01 | 2020-02-01 | 2020-03-01 | 2020-04-01 | 2020-05-01 | 2020-06-01 | 2020-07-01 | 2020-08-01 | 2020-09-01 | 2020-10-01 | 2020-11-01 | 2020-12-01 | FY2020 | | | |
| 31 | Revenue | | | | | | | | | | | | | | | | |
| 32 | CAC | | | | | | | | | | | | | | | | |
| 33 | COS + Infra | | | | | | | | | | | | | | | | |
| 34 | **Gross Margin** | | | | | | | | | | | | | | | | |
| 35 | OpEx | | | | | | | | | | | | | | | | |
| 36 | **Op. Inc** | | | | | | | | | | | | | | | | |

**PLAINTIFFS' EXHIBIT 142**