# EXHIBIT 54

to the Declaration of Qifan Huang

PUBLIC VERSION - REDACTED

**Exhibit 4—Chart Summarizing Data From Content ID Statistics**

| Year (all data as of August 1 of the relevant year) | Number of Private or Unlisted Videos[1] | Total Number of Videos | Publicly Displayed Videos | Percentage of All Videos that are Private or Unlisted[2] |
|---|---|---|---|---|
| 2017 | | | | |
| 2018 | | | | |
| 2019 | | | | |
| 2020 | | | | |

---

[1] Values computed by subtracting total number of "publicly displayed" videos from "videos on the platform" as set forth in Exhibit 3. O'Keefe Decl. ¶ 5.

[2] Values computed by dividing the derived Number of Private or Unlisted Videos by the Total Number of Videos on the YouTube platform. O'Keefe Decl. ¶ 5.