# EXHIBIT 55

to the Declaration of Qifan Huang

PUBLIC VERSION - REDACTED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

---oOo---

MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING LTD., individually and on behalf of all others similarly situated,

Plaintiffs,

vs. Case No. 3:20-cv-04423-JD

YOUTUBE, LLC; and GOOGLE LLC,

Defendants.
__________________________/

HIGHLY CONFIDENTIAL PURSUANT TO

THE PROTECTIVE ORDER

30(b)(6) VIDEOTAPED DEPOSITION OF YOUTUBE BY AND

THROUGH THEIR CORPORATE DESIGNEE,

FABIO MAGAGNA, Ph.D.

TUESDAY, JULY 5, 2022

STENOGRAPHICALLY REPORTED BY:

CINDY A. HAYDEN, RMR-CRR

JOB NO. 848073



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

---oOo---

MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING LTD., individually and on behalf of all others similarly situated,

Plaintiffs,

vs.

Case No. 3:20-cv-04423-JD

YOUTUBE, LLC; and GOOGLE LLC,

Defendants.

___________________________

Remote Videotaped Deposition of Fabio Magagna, Ph.D., taken on behalf of the Plaintiffs, on Tuesday, July 5, 2022, beginning 10:00 a.m., and ending at 12:38 p.m., pursuant to Notice, and before me, Cindy A. Hayden, RMR-CRR.



A P P E A R A N C E S:

COUNSEL FOR PLAINTIFFS:

KOREIN TILLERY, LLC
BY: CAROL O'KEEFE, Esq.
505 North 7th Street, Suite 3600
St. Louis, Missouri 63101
Telephone: (314) 241-4844
cokeefe@koreintillery.com

COUNSEL FOR THE DEFENDANTS:
WILSON SONSINI GOODRICH & ROSATI
BY: ELI B. RICHLIN, Esq.
1301 Avenue of the Americas, 40th Floor
New York, New York 10019-6022
(212) 999.5800
erichlin@wsgr.com

ALSO PRESENT: Richard Loftus, Videographer
Matthew Gubiotti, Google

---oOo---

determine whether someone who applies for copyright protection products through your webform will obtain access to the copyright match tool?

MR. RICHLIN: Objection to scope.

You can answer.

THE WITNESS: I -- I don't know the -- the review process of -- I'm not familiar with the details of the review process.

BY MS. O'KEEFE:

Q. Do you know how many content owners, beyond those with a sufficient history of DMCA takedowns or membership in the YouTube partner platform, have actually been granted access to the copyright match tool?

MR. RICHLIN: Objection to form. Objection to scope.

You can answer.

THE WITNESS: I don't know. I'm not familiar with the number.

BY MS. O'KEEFE:

Q. What are the matching parameters that are utilized for the copyright match tool?

MR. RICHLIN: Objection to form. Objection to scope.

You can answer.



THE WITNESS: So in the copyright match tool, we serve -- so the goal is to find copies of your video. I think that's important for the context.

So the parameter -- the match parameter we use is -- if I recall it correctly, is [REDACTED] match, or we call it "[REDACTED]," which means a use of video has to consist at least [REDACTED] of the source videos. But that can also consist more.

So they can -- for example, if they do a compilation and use the fuller length of my video and a full length of somebody else's video, that would be still within the parameter.

BY MS. O'KEEFE:

Q. And just to be clear, the [REDACTED] parameter means that the potentially infringing video -- at least [REDACTED] of the potentially infringing video consists of the copyright match user's source video; is that correct?

MR. RICHLIN: Objection to form. Objection to scope.

THE WITNESS: I -- I would say the -- the user video contains [REDACTED] of the source video. This is how I would say it.

