# EXHIBIT 58

to the Declaration of Qifan Huang

PUBLIC VERSION - REDACTED



Wilson Sonsini Goodrich & Rosati
Professional Corporation

One Market Plaza
Spear Tower, Suite 3300
San Francisco, California 94105-1126

O: 415.947.2000
F: 415.947.2099

LAUREN GALLO WHITE
Internet: LWHITE@wsgr.com

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

January 10, 2023

**Via Electronic Mail**

Carol O'Keefe
KOREIN TILLERY
One U.S. Bank Plaza
505 North 7th Street, Suite 3600
St. Louis, MO 63101-1625

      Re:    *Schneider et al. v. YouTube, LLC et al.*, Case No. 3:20-cv-04423-JD

Dear Carol:

      The Court's order of December 15th (ECF No. 213) directed Defendants to produce "the complaint origin and country of origin data fields, and the field identifying the type of copyrighted work that was infringed" for the takedown notice data Defendants previously produced on October 7, as well as "the Content ID statistics in numerator and denominator form." The Court denied Plaintiffs' requests for any additional data. *Id.*

      Pursuant to the Court's order, we attach a table containing takedown notice data from the 90 days Plaintiffs requested, which includes the additional categories of data approved by the Court. Please note that this updated table contains two columns identifying the type of copyrighted work that was infringed. Where a user selected as the type of work anything besides "Other," the type of work the user selected can be found in the column titled "allegedly_infringed_copyrighted_work_type." Where the user selected "Other" as the type of work in YouTube's webform and was prompted to identify the type of copyrighted work in a separate text box, the free-form text entered by the user can be found in a separate column titled "other_copyrighted_work_type." Additionally, please note that, if YouTube received multiple counter-notifications in response to a takedown notice, this table represents each takedown notice and counternotification pair on a separate row, with the same data in each field.

      As before, this information includes data accessible through the ordinary course of business and may not include, for example, data associated with certain videos previously deleted by their uploader. Defendants do not and cannot verify the accuracy of the claimant-supplied information.

      As for the Content ID statistics (*see* ECF No. 199 at 3), and designating this information "Highly Confidential – Attorneys' Eyes Only," Defendants disclose that, according to their data:

WILSON SONSINI

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Carol O'Keefe
KOREIN TILLERY
January 10, 2023
Page 2

    (i) On August 1, 2017, approximately ▮▮▮▮ of the ▮▮▮▮ publicly displayed videos on the platform were monetized through Content ID; on August 1, 2018, approximately ▮▮▮▮ of the ▮▮▮▮ publicly displayed videos on the platform were monetized through Content ID; on August 1, 2019, approximately ▮▮▮▮ of the ▮▮▮▮ publicly displayed videos on the platform were monetized through Content ID; and, on August 1, 2020, approximately ▮▮▮▮ of the ▮▮▮▮ publicly displayed videos on the platform were monetized through Content ID;

    (ii) On August 1, 2017, approximately ▮▮▮▮ of the ▮▮▮▮ videos on the platform were monetized, blocked, and tracked through Content ID; on August 1, 2018, approximately ▮▮▮▮ of the ▮▮▮▮ videos on the platform were monetized, blocked, and tracked through Content ID; on August 1, 2019, approximately ▮▮▮▮ of the ▮▮▮▮ videos on the platform were monetized, blocked, and tracked through Content ID; and, on August 1, 2020, approximately ▮▮▮▮ of the ▮▮▮▮ videos on the platform were monetized, blocked, and tracked through Content ID.

    Per the parties' prior correspondence and agreement, the numbers above reflect Content ID claims data worldwide and are not limited to claims in the United States. As explained in meet and confer discussions in July 2022, these percentages are based on available data, which excludes data that is not retained in the ordinary course of business.

    With this production, we consider the matter closed on Plaintiffs' requested data.

    Very truly yours,

    WILSON SONSINI GOODRICH & ROSATI
    Professional Corporation

    */s Lauren Gallo White*

    Lauren Gallo White