# EXHIBIT 60

to the Declaration of Qifan Huang

PUBLIC VERSION - REDACTED

# TAX INVOICE

**PAID**

**BILL FROM:**
Sarfraz Arshad Khan

**INVOICE NO.**
M100060042

**CURRENCY**
USD

**DATE ISSUED**
16 Sep 2019

**BILL TO:**
Zsombor Oszlánczi

**FOR**
Youtube video uploading in bulk -- 2
Project ID: 20916218

| Description | Hours | Hourly rate | Amount |
|---|---|---|---|
| Uploading the other half of the videos (1800) [$75] + Uploading on separate channels [25$] | - | - | $100.00 |
| | | **Total (USD)** | **$100.00** |

Powered by *freelancer*

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                    GOOG-SCHNDR-00054237