1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          NORTHERN DISTRICT OF CALIFORNIA

10                               SAN FRANCISCO DIVISION

11   MARIA SCHNEIDER, UNIGLOBE                )   CASE NO.:  3:20-cv-04423-JD
     ENTERTAINMENT, LLC, and AST              )
12   PUBLISHING LTD., individually and on     )   **[PROPOSED]**
     behalf of all others similarly situated, )   **ORDER GRANTING DEFENDANTS'**
13                                            )   **SEALING REQUESTS**
                                              )
14                  Plaintiffs,               )
                                              )
15         v.                                 )
                                              )
16   YOUTUBE, LLC and GOOGLE LLC,             )
                                              )
17                  Defendants.               )
                                              )
18   _____      )
                                              )
19   YOUTUBE, LLC and GOOGLE LLC,             )
                                              )
20                  Counterclaimants,         )
                                              )
21         v.                                 )
                                              )
22   PIRATE MONITOR LTD, PIRATE               )
     MONITOR LLC, and GÁBOR CSUPÓ,            )
23                                            )
                    Counterclaim Defendants.  )
24   _____      )

25

26

27

28

1   Pursuant to Civil Local Rules 7-11 and 79-5, and after consideration of the Joint Sealing

2   Submission by Plaintiffs Maria Schneider, Uniglobe Entertainment, LLC, and AST Publishing

3   LTD. ("Plaintiffs") and Defendants-Counterclaimants YouTube, LLC and Google LLC

4   ("YouTube"); the Declaration of Qifan Huang in Support of YouTube's Sealing Requests; the

5   Declaration of Chenyuan Zhu in Support of YouTube's Sealing Requests; the Declaration of

6   Amy Wu in Support of YouTube's Sealing Requests; the Declaration of Arpan Agrawal in

7   Support of YouTube's Sealing Requests; and the previously filed Declarations of Joanne Suk

8   (ECF No. 194-2) and Waleed Diab (ECF No. 194-5); pursuant to Local Rule 79-5(c), the Court

9   rules that good cause exists to seal portions of the following documents related to the parties'

10  class certification briefing and the parties' respective motions to exclude expert testimony:

11  **Category 1: Descriptions of the Technical Infrastructure and System Design of YouTube's**
    **Products and Functions**

12

| Portions Sought to be Sealed | Basis for Sealing | GRANTED /DENIED |
|---|---|---|
| Exhibit 7 to the Huang Declaration<br>Originally filed at Dkt. Nos. 243-13 & 247-12 as Exhibit 12 to Plaintiffs' Motion of Class Certification<br><br>Excerpts of the May 24, 2022 deposition of Amy Wu 99:4; 99:6; 99:8-9; 99:11-12; 99:14-15; 99:17-19; 100:2; 100:12; 100:14-23 | Good cause exists to seal YouTube's confidential, highly sensitive technical engineering information that, if disclosed, would bring competitive harm to YouTube and allow potential competitors an unfair advantage.<br><br>*See* Declaration of Amy Wu ("Wu Decl.). | |
| Exhibit 8 to the Huang Declaration<br>Originally filed at Dkt. Nos. 243-17 & 247-16 as Exhibit 16 to Plaintiffs' Motion of Class Certification<br><br>Expert Report of Joseph N. Winograd, Ph.D., dated September 1, 2022<br>Portions of pages 61-67 and 69 | Good cause exists to seal YouTube's confidential, highly sensitive technical engineering information that, if disclosed, would bring competitive harm to YouTube and allow | |
| Exhibit 19 to the Huang Declaration<br>Originally filed at Dkt. Nos. 244-10 & 248-4 as | | |

| Portions Sought to be Sealed | Basis for Sealing | GRANTED /DENIED |
|---|---|---|
| Exhibit 44 to Plaintiffs' Motion of Class Certification<br><br>GOOG-SCHNDR-00052429, "Life of a YouTube Recommendation"<br>Portions of pages -430 to -438 | potential competitors an unfair advantage.<br><br>*See* Wu Decl. | |
| Exhibit 32 to the Huang Declaration<br>Originally filed at Dkt. Nos. 261-5 & 264-2 as Exhibit 1 to Motion to Exclude Plaintiffs' Proposed Experts Winograd and Jessop<br><br>Expert Report of Joseph M. Winograd for Plaintiffs, dated September 1, 2022<br>Portions of pages 61-67 and 69 | | |
| Exhibit 34 to the Huang Declaration<br>Originally filed at Dkt. Nos. 276-7 & 278-10 as Exhibit 7 to Opp. to Motion to Exclude Plaintiffs' Proposed Experts Winograd and Jessop<br><br>Expert Report of Joseph N. Winograd, Ph.D., dated September 1, 2022<br>Portions of pages 61-67 and 69 | | |
| Exhibit 8 to the Huang Declaration<br>Originally filed at Dkt. Nos. 243-17 & 247-16 as Exhibit 16 to Plaintiffs' Motion of Class Certification<br><br>Expert Report of Joseph N. Winograd, Ph.D., dated September 1, 2022<br>Portions of pages 30 and 85 | Good cause exists to seal YouTube's confidential, highly sensitive technical engineering information that, if disclosed, would bring competitive harm to YouTube and allow potential competitors an unfair advantage.<br><br>*See* Wu Decl. | |
| Exhibit 32 to the Huang Declaration<br>Originally filed at Dkt. Nos. 261-5 & 264-2 as Exhibit 1 to Motion to Exclude Plaintiffs' Proposed Experts Winograd and Jessop<br><br>Expert Report of Joseph M. Winograd for Plaintiffs, dated September 1, 2022<br>Portions of pages 30 and 85 | | |
| Exhibit 34 to the Huang Declaration<br>Originally filed at Dkt. Nos. 276-7 & 278-10 as Exhibit 7 to Opp. to Motion to Exclude Plaintiffs' Proposed Experts Winograd and Jessop | | |

| Portions Sought to be Sealed | Basis for Sealing | GRANTED /DENIED |
|---|---|---|
| Expert Report of Joseph N. Winograd, Ph.D., dated September 1, 2022<br>Portions of pages 30 and 85 | | |
| Exhibit 8 to the Huang Declaration<br>Originally filed at Dkt. Nos. 243-17 & 247-16 as Exhibit 16 to Plaintiffs' Motion of Class Certification<br><br>Expert Report of Joseph N. Winograd, Ph.D., dated September 1, 2022<br>Portions of pages 26-27 | Good cause exists to seal YouTube's confidential, highly sensitive technical engineering information that, if disclosed, would bring competitive harm to YouTube and allow potential competitors an unfair advantage.<br><br>*See* Wu Decl. | |
| Exhibit 32 to the Huang Declaration<br>Originally filed at Dkt. Nos. 261-5 & 264-2 as Exhibit 1 to Motion to Exclude Plaintiffs' Proposed Experts Winograd and Jessop<br><br>Expert Report of Joseph M. Winograd for Plaintiffs, dated September 1, 2022<br>Portions of pages 26-27 | | |
| Exhibit 34 to the Huang Declaration<br>Originally filed at Dkt. Nos. 276-7 & 278-10 as Exhibit 7 to Opp. to Motion to Exclude Plaintiffs' Proposed Experts Winograd and Jessop<br><br>Expert Report of Joseph N. Winograd, Ph.D., dated September 1, 2022<br>Portions of pages 26-27 | | |
| Exhibit 12 to the Huang Declaration<br>Originally filed at Dkt. Nos. 244-2 & 247-29 as Exhibit 29 to Plaintiffs' Motion of Class Certification<br><br>GOOG-SCHNDR-00040865, "Watch Next Overview"<br>Portions of pages -914 to -915, and -918 | Good cause exists to seal YouTube's confidential, highly sensitive technical engineering information that, if disclosed, would bring competitive harm to YouTube and allow potential competitors an unfair advantage.<br><br>*See* Wu Decl. | |
| Exhibit 13 to the Huang Declaration<br>Originally filed at Dkt. Nos. 244-4 & 247-32 as Exhibit 32 to Plaintiffs' Motion of Class Certification<br><br>GOOG-SCHNDR-00052174, "Watch Next Eng | | |

| Portions Sought to be Sealed | Basis for Sealing | GRANTED /DENIED |
|---|---|---|
| Review"<br>Portions of pages -188 | | |
| Exhibit 18 to the Huang Declaration<br>Originally filed at Dkt. Nos. 244-9 & 247-40 as<br>Exhibit 40 to Plaintiffs' Motion of Class Certification<br><br>GOOG-SCHNDR-00040723, "Autoplay Deep Dive"<br>Portions of pages -726, -730 to -736, -739 to -740, -742 to -743 | | |
| Exhibit 36 to the Huang Declaration<br>Originally filed at Dkt. Nos. 276-12 & 278-15 as<br>Exhibit 12 to Opp. to Motion to Exclude Plaintiffs' Proposed Experts Winograd and Jessop<br><br>GOOG-SCHNDR-00051863, "Abuse Threat in Watch Next"<br>Portions of pages -867 to -873, -877 to -883, -885 to -887, -893 to -895, -898, -900 to -904 | | |
| Exhibit 38 to the Huang Declaration<br>Originally filed at Dkt. Nos. 276-14 & 278-17 as<br>Exhibit 14 to Opp. to Motion to Exclude Plaintiffs' Proposed Experts Winograd and Jessop<br><br>GOOG-SCHNDR-00034975, "WatchNext Infra: past, present and future"<br>Portions of pages -981, -983, -986, -991, -994, -996, -35003 to -007 | | |
| Exhibit 17 to the Huang Declaration<br>Originally filed at Dkt. Nos. 244-8 & 247-37 as<br>Exhibit 37 to Plaintiffs' Motion of Class Certification<br><br>GOOG-SCHNDR-00034775, "Life of a YouTube Upload"<br>Portions of pages -776 to -797 | Good cause exists to seal YouTube's confidential, highly sensitive technical engineering information that, if disclosed, would bring competitive harm to YouTube and allow potential competitors an unfair advantage.<br><br>*See* Wu Decl. | |
| Exhibit 37 to the Huang Declaration<br>Originally filed at Dkt. Nos. 276-13 & 278-16 as<br>Exhibit 13 to Opp. to Motion to Exclude Plaintiffs' Proposed Experts Winograd and Jessop<br><br>GOOG-SCHNDR-00034775, "Life of a YouTube | | |

| Portions Sought to be Sealed | Basis for Sealing | GRANTED /DENIED |
|---|---|---|
| Upload"<br>Portions of pages -776 to -797 | | |

**Category 2: Product Design Documents, Internal Analyses and Experiments, Metrics and Statistics, and Other Business Logic and Strategies of YouTube's Products and Functions**

| Portions Sought to be Sealed | Basis for Sealing | GRANTED /DENIED |
|---|---|---|
| Exhibit 1 to the Huang Declaration<br>Originally filed at Dkt. Nos. 243-1 & 245<br><br>Plaintiffs' Motion for Class Certification<br>Portions of page 11 | Good cause exists to seal YouTube's confidential product design information, internal analyses, metrics and statistics, user experiments, and other related business logic and strategies about Content ID, YouTube search, and other YouTube functions that, if disclosed, may result in competitive harm and invite abuse from malicious actors to circumvent YouTube's systems.<br><br>*See* Wu Decl. | |
| Exhibit 7 to the Huang Declaration<br>Originally filed at Dkt. Nos. 243-13 & 247-12 as Exhibit 12 to Plaintiffs' Motion of Class Certification<br><br>Excerpts of the May 24, 2022 deposition of Amy Wu 115:2; 115:5; 115:10; 115:12 | | |
| Exhibit 8 to the Huang Declaration<br>Originally filed at Dkt. Nos. 243-17 & 247-16 as Exhibit 16 to Plaintiffs' Motion of Class Certification<br><br>Expert Report of Joseph N. Winograd, Ph.D., dated September 1, 2022<br>Portions of pages 3, 10, 53, 57, and 59 | | |
| Exhibit 12 to the Huang Declaration<br>Originally filed at Dkt. Nos. 244-2 & 247-29 as Exhibit 29 to Plaintiffs' Motion of Class Certification<br><br>GOOG-SCHNDR-00040865, "Watch Next Overview"<br>Portions of pages -873, -882, -896, and -920 | | |
| Exhibit 13 to the Huang Declaration<br>Originally filed at Dkt. Nos. 244-4 & 247-32 as Exhibit 32 to Plaintiffs' Motion of Class Certification<br><br>GOOG-SCHNDR-00052174, "Watch Next Eng Review"<br>Portions of pages -185 to -187, and -240 | | |

| Portions Sought to be Sealed | Basis for Sealing | GRANTED /DENIED |
|---|---|---|
| Exhibit 18 to the Huang Declaration<br>Originally filed at Dkt. Nos. 244-9 & 247-40 as Exhibit 40 to Plaintiffs' Motion of Class Certification<br><br>GOOG-SCHNDR-00040723, "Autoplay Deep Dive"<br>Portions of pages -725, -727 to -728, -737 to -738 | | |
| Exhibit 32 to the Huang Declaration<br>Originally filed at Dkt. Nos. 261-5 & 264-2 as Exhibit 1 to Motion to Exclude Plaintiffs' Proposed Experts Winograd and Jessop<br><br>Expert Report of Joseph M. Winograd for Plaintiffs, dated September 1, 2022<br>Portions of pages 3, 10, 53, 57, and 59 | | |
| Exhibit 33 to the Huang Declaration<br>Originally filed at Dkt. Nos. 261-6 & 264-3 as Exhibit 2 to Motion to Exclude Plaintiffs' Proposed Experts Winograd and Jessop<br><br>Excerpts of the September 29, 2022 deposition of Joseph M. Winograd, with Errata<br>245:16-17; 247:17; 247:22-23; 247:25; 248:16; 250:12; 254:10; 254:18-19 | | |
| Exhibit 34 to the Huang Declaration<br>Originally filed at Dkt. Nos. 276-7 & 278-10 as Exhibit 7 to Opp. to Motion to Exclude Plaintiffs' Proposed Experts Winograd and Jessop<br><br>Expert Report of Joseph N. Winograd, Ph.D., dated September 1, 2022<br>Portions of pages 3, 10, 53, 57, and 59 | | |
| Exhibit 1 to the Huang Declaration<br>Originally filed at Dkt. Nos. 243-1 & 245<br><br>Plaintiffs' Motion for Class Certification<br>Portions of pages 1, 4, and 18 | Good cause exists to seal YouTube's confidential product design information, internal analyses, metrics and statistics, user experiments, and other related business logic and strategies | |
| Exhibit 20 to the Huang Declaration<br>Originally filed at Dkt. Nos. 244-12 & 248-10 as Exhibit 50 to Plaintiffs' Motion of Class Certification | | |

| Portions Sought to be Sealed | Basis for Sealing | GRANTED /DENIED |
|---|---|---|
| Letter from L. Gallo White to C. O'Keefe dated Jan. 10, 2023<br>Portions of page 2 | about Content ID, YouTube search, and other YouTube functions that, if disclosed, may result in competitive harm and invite abuse from malicious actors to circumvent YouTube's systems.<br><br>*See* Declaration of Chenyuan Zhu ("Zhu Decl."). | |
| Exhibit 22 to the Huang Declaration<br>Originally filed at Dkt. Nos. 271-1 & 272<br><br>Plaintiffs' Reply in Support of Motion of Class Certification<br>Portions of pages 3 and 10 | | |
| Exhibit 3 to the Huang Declaration<br>Originally filed at Dkt. Nos. 243-4 & 247-2 as Exhibit 2 to Plaintiffs' Motion of Class Certification<br><br>Excerpts of the June 22, 2022 deposition of Julian Bill 184:4 | Good cause exists to seal YouTube's confidential product design information, internal analyses, metrics and statistics, user experiments, and other related business logic and strategies about Content ID, YouTube search, and other YouTube functions that, if disclosed, may result in competitive harm and invite abuse from malicious actors to circumvent YouTube's systems.<br><br>*See* Zhu Decl. | |
| Exhibit 5 to the Huang Declaration<br>Originally filed at Dkt. Nos. 243-8 & 247-6 as Exhibit 6 to Plaintiffs' Motion of Class Certification<br><br>Excerpts of the July 5, 2022 deposition of Fabio Magagna<br>74:7; 74:9; 74:16; 74:18; 74:24 | | |
| Exhibit 8 to the Huang Declaration<br>Originally filed at Dkt. Nos. 243-17 & 247-16 as Exhibit 16 to Plaintiffs' Motion of Class Certification<br><br>Expert Report of Joseph N. Winograd, Ph.D., dated September 1, 2022<br>Portions of pages 18, 21, 39, 43, 69, and 83 | | |
| Exhibit 23 to the Huang Declaration<br>Originally filed at Dkt. Nos. 271-3 & 272-2 as Exhibit 82 to the Reply Declaration of Jeffrey Waldron in Further Support of Plaintiffs' Motion of Class Certification | | |

| Portions Sought to be Sealed | Basis for Sealing | GRANTED /DENIED |
|---|---|---|
| Excerpts of the June 22, 2022 deposition of Julian Bill 155:20; 156:12; 157:2; 157:5; 157:15; 157:22 | | |
| Exhibit 24 to the Huang Declaration<br>Originally filed at Dkt. Nos. 271-6 & 272-5 as Exhibit 85 to the Reply Declaration of Jeffrey Waldron in Further Support of Plaintiffs' Motion of Class Certification<br><br>Excerpts of the July 5, 2022, deposition of Fabio Magagna<br>74:7; 74:9; 74:16; 74:18; 74:24 | | |
| Exhibit 32 to the Huang Declaration<br>Originally filed at Dkt. Nos. 261-5 & 264-2 as Exhibit 1 to Motion to Exclude Plaintiffs' Proposed Experts Winograd and Jessop<br><br>Expert Report of Joseph M. Winograd for Plaintiffs, dated September 1, 2022<br>Portions of pages 18, 21, 39, 43, 69, and 83 | | |
| Exhibit 33 to the Huang Declaration<br>Originally filed at Dkt. Nos. 261-6 & 264-3 as Exhibit 2 to Motion to Exclude Plaintiffs' Proposed Experts Winograd and Jessop<br><br>Excerpts of the September 29, 2022 deposition of Joseph M. Winograd, with Errata<br>52:11-13 | | |
| Exhibit 34 to the Huang Declaration<br>Originally filed at Dkt. Nos. 276-7 & 278-10 as Exhibit 7 to Opp. to Motion to Exclude Plaintiffs' Proposed Experts Winograd and Jessop<br><br>Expert Report of Joseph N. Winograd, Ph.D., dated September 1, 2022<br>Portions of pages 18, 21, 39, 43, 69, and 83 | | |
| Exhibit 4 to the Huang Declaration<br>Originally filed at Dkt. Nos. 243-7 & 247-5 as Exhibit 5 to Plaintiffs' Motion of Class Certification<br><br>Excerpts of the June 28, 2022 deposition of Cristos | Good cause exists to seal YouTube's confidential product design information, internal analyses, | |

| Portions Sought to be Sealed | Basis for Sealing | GRANTED /DENIED |
|---|---|---|
| Goodrow 17:12-22 | metrics and statistics, user experiments, and other related business logic and strategies about Content ID, YouTube search, and other YouTube functions that, if disclosed, may result in competitive harm and invite abuse from malicious actors to circumvent YouTube's systems.

*See* Zhu Decl. | |
| Exhibit 8 to the Huang Declaration Originally filed at Dkt. Nos. 243-17 & 247-16 as Exhibit 16 to Plaintiffs' Motion of Class Certification

Expert Report of Joseph N. Winograd, Ph.D., dated September 1, 2022 Portions of pages 11 and 68 | | |
| Exhibit 9 to the Huang Declaration Originally filed at Dkt. Nos. 243-19 & 247-18 as Exhibit 18 to Plaintiffs' Motion of Class Certification

Expert Report of Hal J. Singer dated November 17, 2022 Portions of page 54 | | |
| Exhibit 26 to the Huang Declaration Originally filed at Dkt. Nos. 261-2 & 262-5 as Exhibit D to Motion to Exclude Plaintiffs' Experts Cowan and Singer

Expert Report of Hal J. Singer, Ph.D. for Plaintiffs, dated November 17, 2022, with Errata Portions of page 54 | | |
| Exhibit 27 to the Huang Declaration Originally filed at Dkt. Nos. 261-3 & 262-6 as Exhibit E to Motion to Exclude Plaintiffs' Experts Cowan and Singer

Excerpts of the January 13, 2023 deposition of Hal J. Singer, with Errata 30:14 | | |
| Exhibit 29 to the Huang Declaration Originally filed at Dkt. Nos. 279-4 & 280-5 as Exhibit 3 to Opp. to Motion to Exclude Plaintiffs' Experts Cowan and Singer

Excerpts of the January 13, 2023 deposition of Hal J. Singer 117:12 | | |

| Portions Sought to be Sealed | Basis for Sealing | GRANTED /DENIED |
|---|---|---|
| Exhibit 30 to the Huang Declaration<br>Originally filed at Dkt. Nos. 279-6 & 280-7 as Exhibit 5 to Opp. to Motion to Exclude Plaintiffs' Experts Cowan and Singer<br><br>Expert Report of Hal J. Singer, Ph.D., dated November 17, 2022<br>Portions of page 54 | | |
| Exhibit 32 to the Huang Declaration<br>Originally filed at Dkt. Nos. 261-5 & 264-2 as Exhibit 1 to Motion to Exclude Plaintiffs' Proposed Experts Winograd and Jessop<br><br>Expert Report of Joseph M. Winograd for Plaintiffs, dated September 1, 2022<br>Portions of pages 11 and 68 | | |
| Exhibit 34 to the Huang Declaration<br>Originally filed at Dkt. Nos. 276-7 & 278-10 as Exhibit 7 to Opp. to Motion to Exclude Plaintiffs' Proposed Experts Winograd and Jessop<br><br>Expert Report of Joseph N. Winograd, Ph.D., dated September 1, 2022<br>Portions of pages 11 and 68 | | |
| Exhibit 47 to the Huang Declaration<br>Originally filed at Dkt. Nos. 257-3 & 258-3 as Exhibit 1 to Motion to Exclude Defendants' Expert Peterson<br><br>Expert Rebuttal Report of Steven R. Peterson, dated December 29, 2022<br>Portions of pages 11 and 68 | | |
| Exhibit 5 to the Huang Declaration<br>Originally filed at Dkt. Nos. 243-8 & 247-6 as Exhibit 6 to Plaintiffs' Motion of Class Certification<br><br>Excerpts of the July 5, 2022 deposition of Fabio Magagna<br>80:8-81:25 | Good cause exists to seal YouTube's confidential product design information, internal analyses, metrics and statistics, user experiments, and other related business logic and strategies | |
| Exhibit 8 to the Huang Declaration<br>Originally filed at Dkt. Nos. 243-17 & 247-16 as | | |

| Portions Sought to be Sealed | Basis for Sealing | GRANTED /DENIED |
|---|---|---|
| Exhibit 16 to Plaintiffs' Motion of Class Certification<br><br>Expert Report of Joseph N. Winograd, Ph.D., dated September 1, 2022<br>Portions of pages 20, 38, 40, and 83-84 | about Content ID, YouTube search, and other YouTube functions that, if disclosed, may result in competitive harm and invite abuse from malicious actors to circumvent YouTube's systems.<br><br>*See* Zhu Decl. | |
| Exhibit 24 to the Huang Declaration<br>Originally filed at Dkt. Nos. 271-6 & 272-5 as Exhibit 85 to the Reply Declaration of Jeffrey Waldron in Further Support of Plaintiffs' Motion of Class Certification<br><br>Excerpts of the July 5, 2022, deposition of Fabio Magagna<br>80:8-81:25 | | |
| Exhibit 32 to the Huang Declaration<br>Originally filed at Dkt. Nos. 261-5 & 264-2 as Exhibit 1 to Motion to Exclude Plaintiffs' Proposed Experts Winograd and Jessop<br><br>Expert Report of Joseph M. Winograd for Plaintiffs, dated September 1, 2022<br>Portions of pages 20, 38, 40, and 83-84 | | |
| Exhibit 34 to the Huang Declaration<br>Originally filed at Dkt. Nos. 276-7 & 278-10 as Exhibit 7 to Opp. to Motion to Exclude Plaintiffs' Proposed Experts Winograd and Jessop<br><br>Expert Report of Joseph N. Winograd, Ph.D., dated September 1, 2022<br>Portions of pages 20, 38, 40, and 83-84 | | |
| Exhibit 8 to the Huang Declaration<br>Originally filed at Dkt. Nos. 243-17 & 247-16 as Exhibit 16 to Plaintiffs' Motion of Class Certification<br><br>Expert Report of Joseph N. Winograd, Ph.D., dated September 1, 2022<br>Portions of page 50 | Good cause exists to seal YouTube's confidential product design information, internal analyses, metrics and statistics, user experiments, and other related business logic and strategies about Content ID, | |
| Exhibit 32 to the Huang Declaration<br>Originally filed at Dkt. Nos. 261-5 & 264-2 as Exhibit 1 to Motion to Exclude Plaintiffs' Proposed Experts | | |

| Portions Sought to be Sealed | Basis for Sealing | GRANTED/DENIED |
|---|---|---|
| Winograd and Jessop<br><br>Expert Report of Joseph M. Winograd for Plaintiffs, dated September 1, 2022<br>Portions of page 50 | YouTube search, and other YouTube functions that, if disclosed, may result in competitive harm and invite abuse from malicious actors to circumvent YouTube's systems.<br><br>*See* Zhu Decl. | |
| Exhibit 34 to the Huang Declaration<br>Originally filed at Dkt. Nos. 276-7 & 278-10 as Exhibit 7 to Opp. to Motion to Exclude Plaintiffs' Proposed Experts Winograd and Jessop<br><br>Expert Report of Joseph N. Winograd, Ph.D., dated September 1, 2022<br>Portions of page 50 | | |
| Exhibit 28 to the Huang Declaration<br>Originally filed at Dkt. Nos. 261-4 & 262-7 as Exhibit F to Motion to Exclude Plaintiffs' Experts Cowan and Singer<br><br>Excerpts of the Expert Rebuttal Report of Steven R. Peterson, Ph.D., dated December 29, 2022<br>Portions of page 27 | Good cause exists to seal YouTube's confidential product design information, internal analyses, metrics and statistics, user experiments, and other related business logic and strategies about Content ID, YouTube search, and other YouTube functions that, if disclosed, may result in competitive harm and invite abuse from malicious actors to circumvent YouTube's systems.<br><br>*See* Wu Decl. | |
| Exhibit 29 to the Huang Declaration<br>Originally filed at Dkt. Nos. 279-4 & 280-5 as Exhibit 3 to Opp. to Motion to Exclude Plaintiffs' Experts Cowan and Singer<br><br>Excerpts of the January 13, 2023 deposition of Hal J. Singer<br>142:6; 142:8; 145:24 | | |
| Exhibit 47 to the Huang Declaration<br>Originally filed at Dkt. Nos. 257-3 & 258-3 as Exhibit 1 to Motion to Exclude Defendants' Expert Peterson<br><br>Expert Rebuttal Report of Steven R. Peterson, dated December 29, 2022<br>Portions of pages 7 and 27 | | |
| Exhibit 40 to the Huang Declaration<br>Originally filed at Dkt. Nos. 276-16 & 278-19 as Exhibit 16 to Opp. to Motion to Exclude Plaintiffs' Proposed Experts Winograd and Jessop | Good cause exists to seal YouTube's confidential product design information, | |

| Portions Sought to be Sealed | Basis for Sealing | GRANTED /DENIED |
|---|---|---|
| GOOG-SCHNDR-00053786 Entirety | internal analyses, metrics and statistics, user experiments, and other related business logic and strategies about Content ID, YouTube search, and other YouTube functions that, if disclosed, may result in competitive harm and invite abuse from malicious actors to circumvent YouTube's systems.  *See* Zhu Decl. | |

**Category 3: Operational Policies and Guidelines and Abuse Prevention Mechanisms about YouTube's Copyright Management Tools**

| Portions Sought to be Sealed | Basis for Sealing | GRANTED /DENIED |
|---|---|---|
| Exhibit 1 to the Huang Declaration Originally filed at Dkt. Nos. 243-1 & 245  Plaintiffs' Motion for Class Certification Portions of page 17-18 | Good cause exists to seal confidential operational policies and guidelines about YouTube's copyright management tools, including details about YouTube's copyright policies and mechanisms to counter abuse that, if disclosed, would allow third parties to circumvent these policies and tools.  *See* Zhu Decl. | |

| Portions Sought to be Sealed | Basis for Sealing | GRANTED /DENIED |
|---|---|---|
| Exhibit 6 to the Huang Declaration Originally filed at Dkt. Nos. 243-12 & 247-11 as Exhibit 11 to Plaintiffs' Motion of Class Certification<br><br>Excerpts of the June 29, 2022 deposition of Chris Ting 107:11-12; 107:14-17; 107:25-108:3; Errata 107:17 | Good cause exists to seal confidential operational policies and guidelines about YouTube's copyright management tools, including details about | |
| Exhibit 42 to the Huang Declaration Originally filed at Dkt. Nos. 253-5 & 254-5 as Exhibit 3 to Motion to Exclude Defendants' Expert Halm<br><br>Excerpts of the June 29, 2022 deposition of Chris Ting 107:11-12; 107:14-17; 107:25-108:3; Errata 107:17 | YouTube's copyright policies and mechanisms to counter abuse that, if disclosed, would allow third parties to circumvent these policies and tools.<br><br>*See* Zhu Decl. | |
| Exhibit 10 to the Huang Declaration Originally filed at Dkt. Nos. 243-22 & 247-23 as Exhibit 23 to Plaintiffs' Motion of Class Certification<br><br>Excerpts of Defendants' Amended Responses and Objections to Schneider Interrogatory No. 4 dated June 17, 2022 6:20-24; 9:4-5 | Good cause exists to seal confidential operational policies and guidelines about YouTube's copyright management tools, including details about YouTube's copyright | |
| Exhibit 44 to the Huang Declaration Originally filed at Dkt. Nos. 253-11 & 254-11 as Exhibit 9 to Motion to Exclude Defendants' Expert Halm<br><br>Excerpts of Defendants' Amended Responses and Objections to Plaintiffs' Interrogatory No. 4, dated June 17, 2022 6:20-24; 9:4-5 | policies and mechanisms to counter abuse that, if disclosed, would allow third parties to circumvent these policies and tools.<br><br>*See* Zhu Decl. | |
| Exhibit 14 to the Huang Declaration Originally filed at Dkt. Nos. 244-5 & 247-33 as Exhibit 33 to Plaintiffs' Motion of Class Certification<br><br>GOOG-SCHNDR-00041383, "Automated Madison Suspension Propagation (SpiderMADison)" Portions of pages -383 to -385, and -387 | Good cause exists to seal confidential operational policies and guidelines about YouTube's copyright management tools, including details about | |

| Portions Sought to be Sealed | Basis for Sealing | GRANTED /DENIED |
|---|---|---|
| Exhibit 15 to the Huang Declaration<br>Originally filed at Dkt. Nos. 244-6 & 247-34 as Exhibit 34 to Plaintiffs' Motion of Class Certification<br><br>GOOG-SCHNDR-00000918, "SpiderMADison: Copyright Suspension Expansion to Linked Channels"<br>Portions of pages -918 to -920, and -922 to -923 | YouTube's copyright policies and mechanisms to counter abuse that, if disclosed, would allow third parties to circumvent these policies and tools. | |
| Exhibit 16 to the Huang Declaration<br>Originally filed at Dkt. Nos. 244-7 & 247-35 as Exhibit 35 to Plaintiffs' Motion of Class Certification<br><br>GOOG-SCHNDR-00001059, "Trust & Safety/ SpiderMADsense"<br>Portions of -059 to -060, and -063 | *See* Zhu Decl. | |
| Exhibit 41 to the Huang Declaration<br>Originally filed at Dkt. Nos. 253-4 & 254-4 as Exhibit 2 to Motion to Exclude Defendants' Expert Halm<br><br>Excerpts of the January 18, 2023 deposition of Greg Halm<br>97:5 | Good cause exists to seal confidential operational policies and guidelines about YouTube's copyright management tools, including details about YouTube's copyright policies and mechanisms to counter abuse that, if disclosed, would allow third parties to circumvent these policies and tools.<br><br>*See* Zhu Decl. | |

**Category 4: YouTube's Financial Information, Including Revenues, Costs, and Profits**

| Portions Sought to be Sealed | Basis for Sealing | GRANTED /DENIED |
|---|---|---|
| Exhibit 9 to the Huang Declaration<br>Originally filed at Dkt. Nos. 243-19 & 247-18 as Exhibit 18 to Plaintiffs' Motion of Class Certification | Good cause exists to seal YouTube's confidential financial information, including | |

| Portions Sought to be Sealed | Basis for Sealing | GRANTED /DENIED |
|---|---|---|
| Expert Report of Hal J. Singer dated November 17, 2022<br>Portions of pages 20-21 | its revenues, costs, and profit that, if disclosed, would cause | |
| Exhibit 26 to the Huang Declaration<br>Originally filed at Dkt. Nos. 261-2 & 262-5 as Exhibit D to Motion to Exclude Plaintiffs' Experts Cowan and Singer<br><br>Expert Report of Hal J. Singer, Ph.D. for Plaintiffs, dated November 17, 2022, with Errata<br>Portions of pages 20-21 | competitive harm by damaging YouTube's standing with its existing advertising partners and content creators and prejudicing its ability to negotiate future license agreements. | |
| Exhibit 30 to the Huang Declaration<br>Originally filed at Dkt. Nos. 279-6 & 280-7 as Exhibit 5 to Opp. to Motion to Exclude Plaintiffs' Experts Cowan and Singer<br><br>Expert Report of Hal J. Singer, Ph.D., dated November 17, 2022<br>Portions of pages 20-21 | *See* Agrawal Decl. | |
| Exhibit 31 to the Huang Declaration<br>Originally filed at Dkt. Nos. 279-7 & 280-8 as Exhibit 6 to Opp. to Motion to Exclude Plaintiffs' Experts Cowan and Singer<br><br>Expert Rebuttal Report of Greg Halm, dated December 29, 2022<br>Portions of pages 48, 50, and 52-54 | | |
| Exhibit 35 to the Huang Declaration<br>Originally filed at Dkt. Nos. 276-8 & 278-11 as Exhibit 8 to Opp. to Motion to Exclude Plaintiffs' Proposed Experts Winograd and Jessop<br><br>Expert Rebuttal Report of Greg Halm, dated December 29, 2022<br>Portions of pages 48, 50, and 52-54 | | |
| Exhibit 43 to the Huang Declaration<br>Originally filed at Dkt. Nos. 253-9 & 254-9 as Exhibit 7 to Motion to Exclude Defendants' Expert Halm<br><br>Expert Rebuttal Report of Greg Halm dated | | |

| Portions Sought to be Sealed | Basis for Sealing | GRANTED /DENIED |
|---|---|---|
| December 29, 2022<br>Portions of pages 48, 50, and 52-54 | | |
| Exhibit 45 to the Huang Declaration<br>Originally filed at Dkt. Nos. 253-12 & 254-12 as Exhibit 10 to Motion to Exclude Defendants' Expert Halm<br><br>Exhibit 142 to the July 1, 2022 deposition of Arpan Agrawal<br>Cells B4:N9, B13:N18, B22:N27, and B31:N36 | | |
| Exhibit 47 to the Huang Declaration<br>Originally filed at Dkt. Nos. 257-3 & 258-3 as Exhibit 1 to Motion to Exclude Defendants' Expert Peterson<br><br>Expert Rebuttal Report of Steven R. Peterson, dated December 29, 2022<br>Portions of pages 7-8, 13-14, 24-27, 47, 50, and 53 | | |
| Exhibit 48 to the Huang Declaration<br>Originally filed at Dkt. Nos. 273-1 & 274-2 as Exhibit 1 to Opp. to Motion to Exclude Defendants' Expert Peterson<br><br>Excerpts of the January 20, 2023 deposition of Steven R. Peterson, with Errata<br>153:6-8; 153:11; 153:14-15; 153:20; 154:11-15; 154:21-24; 155:12; 156:9-10 | | |
| Exhibit 25 to the Huang Declaration<br>Originally filed at Dkt. Nos. 261-1 & 262<br><br>Defendants and Counterclaimants' Motion to Exclude Testimony from Plaintiffs' Proposed Experts Charles D. Cowan and Hal J. Singer<br>Portions of pages 13 | Good cause exists to seal YouTube's confidential financial information, including its revenues, costs, and profit that, if disclosed, would cause | |
| Exhibit 27 to the Huang Declaration<br>Originally filed at Dkt. Nos. 261-3 & 262-6 as Exhibit E to Motion to Exclude Plaintiffs' Experts Cowan and Singer<br><br>Excerpts of the January 13, 2023 deposition of Hal J. | competitive harm by damaging YouTube's standing with its existing advertising partners and content creators and prejudicing | |

| Portions Sought to be Sealed | Basis for Sealing | GRANTED /DENIED |
|---|---|---|
| Singer, with Errata<br>169:14; 169:17-18; 169:20; 169:22-24; Errata 169:23 | its ability to negotiate future license agreements.<br><br>*See* Agrawal Decl. | |
| Exhibit 28 to the Huang Declaration<br>Originally filed at Dkt. Nos. 261-4 & 262-7 as Exhibit F to Motion to Exclude Plaintiffs' Experts Cowan and Singer<br><br>Excerpts of the Expert Rebuttal Report of Steven R. Peterson, Ph.D., dated December 29, 2022<br>Portions of pages 24-27 | | |
| Exhibit 29 to the Huang Declaration<br>Originally filed at Dkt. Nos. 279-4 & 280-5 as Exhibit 3 to Opp. to Motion to Exclude Plaintiffs' Experts Cowan and Singer<br><br>Excerpts of the January 13, 2023 deposition of Hal J. Singer<br>171:22-24; 172:22-24; 173:4; 173:14-16; 173:20 | | |
| Exhibit 33 to the Huang Declaration<br>Originally filed at Dkt. Nos. 261-6 & 264-3 as Exhibit 2 to Motion to Exclude Plaintiffs' Proposed Experts Winograd and Jessop<br><br>Excerpts of the September 29, 2022 deposition of Joseph M. Winograd, with Errata<br>162:4 | Good cause exists to seal YouTube's confidential financial information, including its revenues, costs, and profit that, if disclosed, would cause competitive harm by damaging YouTube's standing with its existing advertising partners and content creators and prejudicing its ability to negotiate future license agreements.<br><br>*See* Agrawal Decl. | |
| Exhibit 39 to the Huang Declaration<br>Originally filed at Dkt. Nos. 276-15 & 278-18 as Exhibit 15 to Opp. to Motion to Exclude Plaintiffs' Proposed Experts Winograd and Jessop<br><br>GOOG-SCHNDR-00040616<br>Entirety | | |
| Exhibit 46 to the Huang Declaration<br>Originally filed at Dkt. Nos. 257-1 & 258<br><br>Plaintiffs' Motion to Exclude Portions of the Expert | Good cause exists to seal YouTube's confidential financial information, including | |

| Portions Sought to be Sealed | Basis for Sealing | GRANTED /DENIED |
|---|---|---|
| Report and Testimony of Defendants' Expert Dr. Steven Peterson<br>Portions of page 3 | its revenues, costs, and profit that, if disclosed, would cause competitive harm by damaging YouTube's standing with its existing advertising partners and content creators and prejudicing its ability to negotiate future license agreements.<br><br>*See* Agrawal Decl. | |
| Exhibit 49 to the Huang Declaration<br>Originally filed at Dkt. Nos. 273-2 & 274-3 as Exhibit 2 to Opp. to Motion to Exclude Defendants' Expert Peterson<br><br>Excerpts of the January 13, 2023 deposition of Hal J. Singer, with Errata<br>242:20 | | |
| Exhibit 50 to the Huang Declaration<br>Originally filed at Dkt. Nos. 289-1 & 290<br><br>Plaintiffs' Reply in Support of Plaintiffs' Motion to Exclude Portions of the Expert Report and Testimony of Defendants' Expert Dr. Steven Peterson<br>Portions of page 3 | | |
| Exhibit 51 to the Huang Declaration<br>Originally filed at Dkt. Nos. 289-3 & 290-2 as Exhibit 2 to Motion to Exclude Defendants' Expert Peterson<br><br>Excerpts of the January 13, 2023 deposition of Hal J. Singer<br>242:20 | | |

**Category 5: Specific Pricing Terms in YouTube's Business Contracts**

| Portions Sought to be Sealed | Basis for Sealing | GRANTED /DENIED |
|---|---|---|
| Exhibit 11 to the Huang Declaration<br>Originally filed at Dkt. Nos. 244-1 & 247-28 as Exhibit 28 to Plaintiffs' Motion of Class Certification<br><br>GOOG-SCHNDR-00002434, Publishing License Agreement ("PLA") dated April 30, 2014<br>Portions of pages -447 to -448, and -451 to -452 | Good cause exists to seal confidential, specific pricing terms in YouTube's business contracts that, if disclosed, would cause competitive harm by damaging YouTube's standing with its existing licensors, | |

| Portions Sought to be Sealed | Basis for Sealing | GRANTED /DENIED |
|---|---|---|
|  | prejudicing its ability to negotiate future license agreements, and allowing YouTube competitors to benefit from the knowledge of YouTube's negotiation of these royalties to price their own products.<br><br>*See* Declaration of Joanne Suk, Dkt. No. 194-2. |  |
| Exhibit 21 to the Huang Declaration<br>Originally filed at Dkt. Nos. 244-14 & 248-14 as Exhibit 54 to Plaintiffs' Motion of Class Certification<br><br>GOOG-SCHNDR-00020258, YouTube Sound Recording and Audiovisual Content License ("SRAV")<br>Portions of pages -279 to -281, -285 to -287, and -289 to -291 | Good cause exists to seal confidential, specific pricing terms in YouTube's business contracts that, if disclosed, would cause competitive harm by damaging YouTube's standing with its existing licensors, prejudicing its ability to negotiate future license agreements, and allowing YouTube competitors to benefit from the knowledge of YouTube's negotiation of these royalties to price their own products.<br><br>*See* Declaration of Waleed Diab, Dkt. No. 194-5. |  |

**Category 6: Personally Identifiable Information of Third Parties**

| Portions Sought to be Sealed | Basis for Sealing | GRANTED /DENIED |
|---|---|---|
| Exhibit 7 to the Huang Declaration<br>Originally filed at Dkt. Nos. 243-13 & 247-12 as Exhibit 12 to Plaintiffs' Motion of Class Certification<br><br>Excerpts of the May 24, 2022 deposition of Amy Wu 8:10 | Good cause exists to seal personally identifiable information of a YouTube employee that is irrelevant to the issues in dispute and, if disclosed, would intrude on her privacy.<br><br>*See* Wu Decl. | |
| Exhibit 15 to the Huang Declaration<br>Originally filed at Dkt. Nos. 244-6 & 247-34 as Exhibit 34 to Plaintiffs' Motion of Class Certification<br><br>GOOG-SCHNDR-00000918, "SpiderMADison: Copyright Suspension Expansion to Linked Channels"<br>Portion of page -920 | Good cause exists to seal personally identifiable information of third-party users that is irrelevant to the issues in dispute and, if disclosed, would intrude on their privacy.<br><br>*See* Zhu Decl. | |
| Exhibit 16 to the Huang Declaration<br>Originally filed at Dkt. Nos. 244-7 & 247-35 as Exhibit 35 to Plaintiffs' Motion of Class Certification<br><br>GOOG-SCHNDR-00001059, "Trust & Safety/ SpiderMADsense"<br>Portions of -063 | | |

Pursuant to Local Rule 79-5(c), the Court further rules that compelling reasons exist to seal portions of the following documents related to the parties' summary judgment motions:

| Portions Sought to be Sealed | Basis for Sealing | GRANTED /DENIED |
|---|---|---|
| Exhibit 52 to the Huang Declaration<br>Originally filed at Dkt. Nos. 263-1 & 265<br><br>Plaintiffs' Motion for Partial Summary Judgment<br>Portions of pages 1 and 3-5 | Compelling reasons exist to seal specific figures revealing or purporting to reveal the number of public and private videos in | |
| Exhibit 53 to the Huang Declaration<br>Originally filed at Dkt. Nos. 263-4 & 265-5 as Exhibit | YouTube's corpus (and | |

| Portions Sought to be Sealed | Basis for Sealing | GRANTED /DENIED |
|---|---|---|
| 3 to O'Keefe Decl. ISO Plaintiffs' Motion for Partial Summary Judgment<br><br>Letter from L. Gallo White to C. O'Keefe dated Jan. 10, 2023<br>Portions of page 2 | the number of those videos that are monetized, blocked, or tracked through Content ID) that, if disclosed, may result in competitive harm.<br><br>*See* Zhu Decl. | |
| Exhibit 54 to the Huang Declaration<br>Originally filed at Dkt. Nos. 263-5 & 265-6 as Exhibit 4 to O'Keefe Decl. ISO Plaintiffs' Motion for Partial Summary Judgment<br><br>Chart Summarizing Data from Content ID Statistics<br>Portions of page 1 | | |
| Exhibit 56 to the Huang Declaration<br>Originally filed at Dkt. Nos. 291-1 & 292<br><br>Plaintiffs' Reply in Support of Motion for Partial Summary Judgment<br>Portions of pages 1-2, 4, and 7-8 | | |
| Exhibit 57 to the Huang Declaration<br>Originally filed at Dkt. Nos. 259-1 & 260<br><br>Counterclaim Defendants Pirate Monitor Ltd. and Gabor Csupo's Motion for Summary Judgment<br>Portions of page 12 | | |
| Exhibit 58 to the Huang Declaration<br>Originally filed at Dkt. Nos. 259-8 & 260-20 as Exhibit 18 to Ewing Decl. ISO Counterclaim Defendants' Motion for Summary Judgment<br><br>Letter from L. Gallo White to C. O'Keefe dated Jan. 10, 2023<br>Portions of page 2 | | |
| Exhibit 52 to the Huang Declaration<br>Originally filed at Dkt. Nos. 263-1 & 265<br><br>Plaintiffs' Motion for Partial Summary Judgment<br>Portions of page 4 | Compelling reasons exist to seal specific technical information concerning the operation of YouTube's | |
| Exhibit 55 to the Huang Declaration<br>Originally filed at Dkt. Nos. 263-6 & 265-8 as Exhibit | Copyright Match Tool that, if disclosed, may | |

| Portions Sought to be Sealed | Basis for Sealing | GRANTED /DENIED |
|---|---|---|
| 6 to O'Keefe Decl. ISO Plaintiffs' Motion for Partial Summary Judgment<br><br>Excerpts of the July 5, 2022 deposition of Fabio Magagna<br>74:7; 74:9; 74:16; 74:18; 74:24 | result in competitive harm and invite abuse from malicious actors to circumvent YouTube's systems.<br><br>*See* Zhu Decl. | |
| Exhibit 59 to the Huang Declaration<br>Originally filed at Dkt. Nos. 295-24 & 296-43 as Exhibit 13 to Kramer Decl. ISO Opp. to Counterclaim Defendants' Motion for Summary Judgment<br><br>GOOG-SCHNDR-00054236<br>Portion of page -236 | Compelling reasons exist to seal personally identifiable information of third parties that is irrelevant to the issues in dispute and, if disclosed, would intrude on their privacy.<br><br>*See* Zhu Decl. | |
| Exhibit 60 to the Huang Declaration<br>Originally filed at Dkt. Nos. 295-25 & 296-44 as Exhibit 14 to Kramer Decl. ISO Opp. to Counterclaim Defendants' Motion for Summary Judgment<br><br>GOOG-SCHNDR-00054237<br>Portion of page -237 | | |
| Exhibit 61 to the Huang Declaration<br>Originally filed at Dkt. Nos. 295-26 & 296-45 as Exhibit 15 to Kramer Decl. ISO Opp. to Counterclaim Defendants' Motion for Summary Judgment<br><br>GOOG-SCHNDR-00054238<br>Portion of page -238 | | |

**IT IS SO ORDERED.**

Dated: _____

_____
HONORABLE JAMES DONATO
UNITED STATES DISTRICT JUDGE