# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Civil Minutes

Date: April 13, 2023   Judge: Hon. James Donato

Time: 10:12 a.m. – 11:30 a.m.

| | |
|---|---|
| Case No. | **20-cv-04423-JD** |
| Case Name: | **Schneider et al. v. YouTube, LLC et al.** |
| Attorney(s) for Plaintiff(s): | George Zelcs/ Philip Korologos |
| Attorney(s) for Defendant(s): | David Kramer/Julia Lees Allen/Robert Addy Van Nest/Eric Tuttle |

Court Reporter: Ana Dub

Deputy Clerk: Lashanda Scott

## PROCEEDINGS

Hearing re motion for class certification -- Held.

## NOTES AND ORDERS

The motion for class certification, Dkt. No. 245, is submitted.