George A. Zelcs*
*gzelcs@koreintillery.com*
Randall P. Ewing, Jr.*
*rewing@koreintillery.com*
Ryan Z. Cortazar*
*rcortazar@koreintillery.com*
**KOREIN TILLERY, LLC**
205 North Michigan, Suite 1950
Chicago, IL  60601
Telephone: (312) 641-9750
Facsimile: (312) 641-9751

Stephen M. Tillery*
stillery@koreintillery.com
Steven M. Berezney, CA Bar #329923
*sberezney@koreintillery.com*
Carol O'Keefe*
*cokeefe@koreintillery.com*
**KOREIN TILLERY, LLC**
505 North 7th Street, Suite 3600
St. Louis, MO 3101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

Joshua Irwin Schiller, CA Bar #330653
*jischiller@bsfllp.com*
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Telephone: (415) 293-6800
Facsimile: (415) 293-6899

Philip C. Korologos*
*pkorologos@bsfllp.com*
Jeffrey Waldron*
*jwaldron@bsfllp.com*
**BOIES SCHILLER FLEXNER LLP**
55 Hudson Yards, 20th Floor
New York, NY 10001
Phone: (212) 446-2300
Fax: (212) 446-2350

*Admitted *pro hac vice*

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING LTD., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>Defendants. | CASE NO.:  3:20-cv-04423-JD<br><br>**DECLARATION OF PHILIP KOROLOGOS IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION FOR FURTHER ARGUMENT OR FOR LEAVE TO FILE SUPPLEMENTAL BRIEFING IN FURTHER SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Judge:  Hon. James Donato |

I, Philip Korologos, hereby declare as follows:

1. I am a partner at Boies Schiller Flexner LLP, co-counsel to Plaintiffs and putative class representatives Maria Schneider, Uniglobe Entertainment, LLC, and AST Publishing, Ltd. I am an attorney duly licensed to practice before the courts of the state of New York and numerous federal courts and admitted *pro hac vice* for this case. [ECF 39.] I make this declaration in support of Plaintiffs' Administrative Motion for Further Argument or for Leave to File a Sur-Reply in Further Support of Plaintiffs' Motion for Class Certification.

2. In a teleconference between the parties at approximately 8:40 a.m. PT on May 5, 2023, Plaintiffs' counsel asked whether Defendants would agree to Plaintiffs' request for further argument or supplemental briefing related to Plaintiffs' motion for class certification [ECF 245] in light of Defendants' letter, a true and correct copy of which is attached hereto as **Exhibit A**, in which Defendants disclose for the first time a desire to withdraw their affirmative defense under the safe harbor provisions of the DMCA (17 U.S.C. § 512) should no infringement class be certified, which letter was sent yesterday at approximately 4:32 p.m. PT.

3. At Defendant's request during this morning's conversation, I memorialized Plaintiffs' request in an email sent at approximately 9:15 a.m. PT to counsel for Defendants, a true and correct copy of which is attached hereto as **Exhibit B**. As I noted in this morning's email,

> "Because of the pendency of a decision on class certification, we ask that you provide a response to us by noon Pacific time today. While we realize that is short, we would like to be sure to alert the Court to this issue promptly for obvious reasons. As a result, we will assume that YouTube has not consented (and will so inform the Court) should we not hear back from you by noon Pacific Time today."

4. Shortly before noon PT today, Defendants responded to Plaintiffs' request for their agreement to further argument or briefing via an email indicating: "Defendants oppose reopening class certification, which is briefed, argued, and ripe for resolution. Defendants will file an opposition, if warranted, after reviewing Plaintiffs' filing."

I declare under penalty of perjury that the foregoing is true and correct. Executed this 5th day of May, 2023, at Chatham, New York.

*/s/ Philip Korologos*
Philip C. Korologos

-2-     Case No. 3:20-cv-04423-JD
DECLARATION OF PHILIP KORLOGOS IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION FOR FURTHER ARGUMENT OR FOR LEAVE TO FILE SUPPLEMENTAL BRIEIFNG IN FURTHER SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION