# EXHIBIT A



Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809

415 391 5400
keker.com

**Julia L. Allen**
(415) 676-2265
jallen@keker.com

May 4, 2023

**VIA ELECTRONIC MAIL**

Carol O'Keefe
Korein Tillery LLC
505 North 7th Street, Suite 3600
St. Louis, Missouri 63101
KTYouTube@KoreinTillery.com

Philip Korologos
Boies Schiller Flexner LLP
55 Hudson Yards, Ste 20th Floor
New York, NY 10001
BSFYouTube@bsfllp.com

Re:   *Schneider et al. v. YouTube, LLC et al.*, Case No. 3:20-cv-04423-JD
      Defendants' DMCA Safe Harbor Affirmative Defense

Counsel:

We write to inform Plaintiffs of an issue related to Defendants' affirmative defenses.

The parties' pretrial filings are due May 11, and, as you are aware, the Court has yet to issue an order on Plaintiffs' pending motion for class certification (Dkt. 245).

Accordingly, to streamline the issues for trial, Defendants have decided they will not pursue an affirmative defense to Plaintiffs' copyright infringement claims based on the DMCA safe harbor under 17 U.S. Code § 512 should the Court deny the motion for class certification of Plaintiffs' copyright infringement claims.

To be clear, this decision is specifically conditioned on the Court denying the pending motion for class certification as to Plaintiffs' copyright infringement claims. However, we wanted to promptly inform Plaintiffs given the potential impact of this decision on the upcoming pretrial filings deadline.

Regards,

*Julia Allen*

Julia L. Allen

cc:   Lauren White
      Dave Kramer
      Qifan Huang