# EXHIBIT B

| | |
|---|---|
| **From:** | Philip Korologos |
| **To:** | Robert Van Nest |
| **Cc:** | Julia L. Allen; Travis Silva; White, Lauren Gallo; Kramer, David; BSFYouTube; KTYouTube |
| **Subject:** | Administrative Motion re Class Certification |
| **Date:** | Friday, May 5, 2023 12:17:25 PM |

Bob:

I called your office this morning to get YouTube's position on an administrative motion we plan to file this afternoon in *Schneider v. YouTube* in light of Julia Allen's letter of last night indicating that if the Court does not certify an infringement class, Defendants intend to seek to withdraw their affirmative defense pursuant to the DMCA safe harbors (17 U.S.C. § 512). When I did not reach you this morning, I was able to discuss this issue at approximately 8:40 a.m. PT with Julia and Travis Silva and made the request below.

In light of Defendant's new position, which was obviously not known to us at the time class certification was briefed, we plan to request from the Court an opportunity either for the parties further to argue class certification, and/or to submit short supplemental briefing, on whether, in light of YouTube's new position on its affirmative defense seeking to invoke the DMCA safe harbors, the Court should at a minimum certify an issues class on such DMCA defenses with respect to infringement claims.

Because of the pendency of a decision on class certification, we ask that you provide a response to us by noon Pacific time today. While we realize that is short, we would like to be sure to alert the Court to this issue promptly for obvious reasons. As a result, we will assume that YouTube has not consented (and will so inform the Court) should we not hear back from you by noon Pacific Time today.

Finally, and irrespective of the above, please note that should the contingent aspect of your request to withdraw YouTube's DMCA safe harbor affirmative defense become a reality because the Court does not certify an infringement class, Plaintiffs do not consent to the removal from Defendants' Answer their DMCA affirmative defense.

Happy to discuss any of the above with you at your convenience.

Best,

Phil


**Philip Korologos**
Partner

**BOIES SCHILLER FLEXNER LLP**

55 Hudson Yards
New York, NY 10001
(t) +1 212 446 2390
(m) +1 917 331 8000
pkorologos@bsfllp.com
www.bsfllp.com