1

2

3

4

5

6

7

8

9

10

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

11

12

13

14

15

16

17

MARIA SCHNEIDER, UNIGLOBE
ENTERTAINMENT, LLC, and AST
PUBLISHING, LTD., individually and on
behalf of all others similarly situated,

Plaintiffs,

v.

YOUTUBE, LLC and GOOGLE LLC,

Defendants.

Case No. 3:20-cv-04423-JD

**[PROPOSED] ORDER GRANTING
PLAINTIFFS' ADMINISTRATIVE
MOTION FOR FURTHER ARGUMENT
OR FOR LEAVE TO FILE
SUPPLEMENTAL BRIEFING IN
FURTHER SUPPORT OF PLAINTIFFS'
MOTION FOR CLASS
CERTIFICATION**

18

19

20

21

22

Plaintiffs' Administrative Motion for Further Argument or for Leave to File

Supplemental Briefing in Further Support of Plaintiffs' Motion for Class Certification is

**GRANTED.**

        **IT IS SO ORDERED.**

23

24

25

Date: _____

_____
THE HONORABLE JAMES DONATO
United States District Judge

26

27

28

[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION FOR
FURTHER ARGUMENT OR FOR LEAVE TO FILE SUPPLEMENTAL BRIEFING IN FURTHER
SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION