KEKER, VAN NEST & PETERS LLP
ROBERT A. VAN NEST - # 84065
rvannest@keker.com
DAN JACKSON - # 216091
djackson@keker.com
JULIA L. ALLEN - # 286097
jallen@keker.com
TRAVIS SILVA - # 295856
tsilva@keker.com
ANNA PORTO - # 319903
aporto@keker.com
LUKE APFELD - # 327029
lapfeld@keker.com
AMOS J. B. ESPELAND - # 332895
aespeland@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:      415 397 7188

DAVID H. KRAMER, SBN 168452
LAUREN GALLO WHITE, SBN 309075
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: dkramer@wsgr.com
           lwhite@wsgr.com

Attorneys for Defendants and Counterclaimants
YOUTUBE, LLC and GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING, LTD., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>Defendants. | Case No. 3:20-cv-04423-JD<br><br>**DECLARATION OF TRAVIS SILVA IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' ADMINISTRATIVE MOTION FOR FURTHER ARGUMENT OR LEAVE TO FILE SUPPLEMENTAL BRIEFING RE CLASS CERTIFICATION**<br><br>Trial Date:  June 12, 2023 |
| YOUTUBE, LLC and GOOGLE LLC,<br><br>Counterclaimants,<br><br>v.<br><br>PIRATE MONITOR LTD., PIRATE MONITOR LLC, and GÁBOR CSUPÓ,<br><br>Counterclaim Defendants. | |

DECLARATION OF TRAVIS SILVA IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' ADMINISTRATIVE MOTION FOR FURTHER ARGUMENT OR LEAVE TO FILE SUPPLEMENTAL BRIEFING RE CLASS CERTIFICATION
Case No. 3:20-cv-04423-JD

2143350

I, Travis Silva, declare and say that:

1. I am an attorney licensed to practice law in the State of California. I am a partner with the law firm of Keker, Van Nest & Peters LLP, and am counsel for Defendants and Counterclaimants YouTube, LLC and Google LLC in the above-captioned action. I have personal knowledge of the facts set forth herein, and if called upon as a witness thereto, could do so competently under oath.

2. Attached as **Exhibit A** is a true and correct copy of an excerpt from the transcript of proceedings held on April 13, 2023 in this matter.

I declare under penalty of perjury that the foregoing is true and correct under the laws of the state of California. Executed on May 8, 2023 at San Francisco, California.

By: */s/ Travis Silva\**
    TRAVIS SILVA

---

\* Pursuant to Civil Local Rule 5-1, the filing attorney certifies that he has obtained the concurrence of the signatory to this document.

1

DECLARATION OF TRAVIS SILVA IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' ADMINISTRATIVE MOTION FOR FURTHER ARGUMENT OR LEAVE TO FILE SUPPLEMENTAL BRIEFING RE CLASS CERTIFICATION
Case No. 3:20-cv-04423-JD

2143350