UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*SCHNEIDER, ET AL. v. YOUTUBE, LLC and GOOGLE LLC*
Case No. 3:20-cv-04423-JD

DEFENDANTS' OMNIBUS MOTIONS IN LIMINE AND PLAINTIFFS' RESPONSES THERETO

## INDEX OF EXHIBITS

| EXHIBIT | DESCRIPTION |
|---|---|
| **1** | **Declaration of Travis Silva in Support of Defendants' and Counterclaimants' Motions in Limine** |
| 1-1 | Plaintiffs' Rule 26(a)(1) Initial Disclosures dated October 22, 2020 |
| 1-2 | Plaintiff AST Publishing LTD's Rule 26(a)(1) Initial Disclosures dated December 22, 2021 |
| 1-3 | Plaintiff Uniglobe Entertainment LLC's Rule 26(a)(1) Initial Disclosures dated December 22, 2021 |
| 1-4 | Maria Schneider's Objections and Responses to Defendant YouTube, LLC and Google LLC's Fifth Set of Interrogatories to Plaintiff Maria Schneider (Nos. 12-20) dated May 31, 2022 |
| 1-5 | Plaintiff Uniglobe Entertainment LLC's Objections and Responses to Defendant YouTube, LLC and Google LLC's Second Set of Interrogatories to Plaintiff Uniglobe Entertainment, LLC (Nos. 13-21) dated May 31, 2022 |
| 1-6 | Plaintiff AST Publishing LTD's Objections and Responses to Defendant YouTube, LLC and Googe LLC's Second Set of Interrogatories to Plaintiff AST Publishing LTD (Nos. 13-21) dated May 31, 2022 |
| 1-7 | Email correspondence from Carol O'Keefe to Julia Allen, Robert Van Nest, et al. re Schneider v. YouTube: follow up, dated April 25, 2023 |
| 1-8 | Excerpt from the deposition transcript of Hal Singer dated January 13, 2023 |
| 1-9 | excerpt from the deposition transcript of Maria Schneider dated June 14, 2022 |
| 1-10 | Deposition Exhibit 38 from the deposition of Maria Schneider dated June 14, 2022 |
| 1-11 | Deposition Exhibit 3 from the deposition of Maria Schneider dated June 14, 2022 |
| 1-12 | Document produced in this action and bearing Bates number SCHNEIDER_0000030419 |
| 1-13 | Content ID License Agreement between Maria Schneider, Uniglobe Entertainment, LLC, AST Publishing Ltd. And Google LLC |
| 1-14 | Excerpt from the deposition of Namrata Singh Gujral Cooper dated June 30, |

| EXHIBIT | DESCRIPTION |
|---|---|
|  | 2022 |
| 1-15 | Plaintiff AST Publishing LTD's Responses and Objections to YouTube and Google's First Set of Document Request, dated December 27, 2021 |
| 1-16 | License Agreement No. 205-VREM-16, and bates labelled AST_0000000021 - 25, translated from Russian into English |
| 1-17 | Additional Agreement to Amendment Agreement No. 2 dated April 25, 2014 to License Agreement No. 2M-13 dated January 1, 2013, and bates labelled AST_0000035017, translated from Russian to English |
| 1-18 | Supplementary Agreement to License Contracts No. 12-VREM–14 dated 02/13/2014, No. 84/09 T dated 10/01/2012, No. 85/09 T dated 09/01/2012, No. 86/09 T dated 10/01/2012, No. 16-VREM–14 dated 02/14/2014, No. 28-AVA-13 dated 05/15/2013, No. 166/10/T dated 10/19/2010, No. 205-VREM-16 dated 05/25/2016, No. 554-VREM-16 dated 05/25/2016, and bates labelled AST_0000000018, translated from Russian to English. |
| 1-19 | Supplementary Agreement to License Contract No. 205-VREM-16 dated 05/25/2016, dated May 27, 2021, and bates labelled AST_0000000026, translated from Russian to English. |
| 1-20 | Agreement to License Contracts: No. 166/10/T dated 10/19/20120, No. 86/09/T dated 10/01/2012, No. 12-VREM-14 dated 02/13/2014, No. 16-VREM-14 dated 02/14/2014, No. 205-VREM-16 dated 05/25/2016, No. 554-VREM-16 dated 05/25/2016, No. 182-VR-18 dated 03/24/201[cut off text], No. 183-VR-18 dated 03/24/2018, No. 150-VR-P-20 dated 03/04/2020, No. 15[1]-VR-P-20 dated 03/05/2020, No. 84/09/T dated 09/01/2012, No. 28-AVA-13 dated 05/15/2013, dated Mary 1, 2021, and bates labelled AST_0000000020, translated from Russian to English |
| 1-21 | Supplementary Agreement to License Contracts No. 205-VREM-16 dated 05/25/2016, No. 554-VREM-16 dated 05/25/2016, dated August 21, 2020, and bates labelled AST_0000000019, translated from Russian to English |
| 1-22 | Addendum No. 1 to Agreement No. 181/17-F dated September 18, 2017, and bates labelled AST_0000000061-62, translated from Russian to English |
| 1-23 | Appendix No. 14 dated October 31, 2018 to Agreement No. 175/17-F dated August 10, 2017, and bates labelled AST_0000000142--143, translated from Russian to English |
| 1-24 | Appendix No. 54 dated November 15, 2019 to Agreement No. 221/18-F dated April 23, 2018 between AST Publishing Limited Liability Company and Direct of Audiobook Department, dated November 15, 2019, and bates labelled AST_0000000139-141, translated from Russian to English |
| 1-25 | Addendum No. 1 to Agreement No. 410/19 dated October 15, 2019, and bates labelled AST_0000000137-138, translated from Russian to English |
| 1-26 | Appendix No. 18 dated February 1, 2017 to the contract No. 111/16-F of May 4, 2016, and bates labelled AST_0000000047-49, translated from Russian to English |

| EXHIBIT | DESCRIPTION |
|---|---|
| 1-27 | Email regarding AristoBook & LitRes, sent November 20, 2019, and bates labelled AST_0000044483-44485, translated from Russian to English |
| 1-28 | Email regarding eBook Applications LLC Content Volume 7, sent November 6, 2019, and bates labelled AST_0000049541-49550, translated from Russian to English |
| 1-29 | Email regarding Copyright Infringement, sent March 21, 2022, and bates labelled AZAPI_0000004025-4026, translated from Russian to English |
| 1-30 | Email regarding YouTube video blocking claim, sent September 9, 2015, and bates labelled AZAPI_0000007470-7471, translated from Russian to English |
| 1-31 | Letter from Paul Harold to Randall Ewing, dated June 8, 2022 |
| 1-32 | Letter from Andrew Kramer to Randall Ewing, dated August 23, 2022 |
| 1-33 | Letter from Randall Ewing to Paul Harold, dated June 15, 2022 |
| 1-34 | Letter from Randall Ewing to Andrew Kramer, dated September 30, 2022 |
| 1-35 | Association of Copyright Holders, Licensors, and Licensees for the Protection of Copyrights on the Internet ("Azapi")'s Responses and Objections to YouTube and Google's Non-Party Document Subpoena, dated May 31, 2022 |
| 1-36 | Plaintiff Maria Schneider's First Amended Responses and Objections to Defendants' First and Second Set of Interrogatories, dated March 8, 2021 |
| 1-37 | Excerpt from the deposition transcript of Paul Jessop dated September 28, 2022 |
| 1-38 | Content ID License Agreement between Maria Schneider, Uniglobe Entertainment, LLC, AST Publishing Ltd. And Google LLC |
| 1-39 | Excerpt from the deposition of Joseph Winograd dated September 29, 2022 |
| 1-40 | Excerpt from the deposition of Maxim Ryabyko dated August 19, 2022 |
| 1-41 | Excerpt from the deposition of Maria Schneider dated June 14, 2022 |
| **2** | **Declaration of Jeffrey Waldron in Support of Plaintiffs' Opposition to Defendants' Motion in Limine No. 1 to Exclude Certain Evidence About Damages** |
| 2-1 | Report of Hal J. Singer, dated November 17, 2022 |
| **3** | **Declaration of Jeffrey Waldron in Support of Plaintiffs' Opposition to Defendants' Motion in Limine No. 2 to Exclude Improper Opinion Testimony and Related Irrelevant and Prejudicial Testimony** |
| 3-1 | Excerpts of the June 14, 2022, deposition of Maria Schneider |
| 3-2 | YouTube document entitled "Copyright Transparency Report," for the first half of 2022 |

| EXHIBIT | DESCRIPTION |
|---|---|
| 3-3 | Document entitled "YouTube Help: How Content ID works" available at the URL https://support.google.com/youtube/answer/2797370 and last accessed on May 5, 2023 |
| **4** | **Declaration of Jeffrey Waldron in Support of Plaintiffs' Opposition to Defendants' Motion in Limine No. 3 to Exclude Improper Alleged Infringements** |
| 4-1 | Excerpts of Plaintiff Maria Schneider's Amended Objections and Responses to Defendants' Interrogatory No. 6, dated September 9, 2022.e |
| **5** | **Declaration of Jeffrey Waldron in Support of Plaintiffs' Opposition to Defendants' Motion in Limine No. 5 Re International Standard Recording Codes** |
| 5-1 | Excerpts of Defendants' Second Set of Interrogatories, No. 9, dated November 5, 2020 |
| 5-2 | Excerpts of Plaintiffs' Responses and Objections to Defendants' Second Set of Interrogatories, dated December 14, 2020 |
| 5-3 | Excerpts of Plaintiff Maria Schneider's Amended Objections and Responses to Defendants' Interrogatory No. 9, dated September 9, 2022 |
| 5-4 | Plaintiffs' February 25, 2022, List of Infringements |
| 5-5 | YouTube document entitled "Q3 2019 'In Flight' Report: Content ID Launches for Music Labels", bearing production number GOOG-SCHNDR-00038782 |
| **6** | **Declaration of Jeffrey Waldron in Support of Plaintiffs' Opposition to Defendants' Motion in Limine No. 6 to Exclude Discovery Search Results** |
| 6-1 | Expert Report of Joseph M. Winograd, dated September 1, 2022 |
| 6-2 | YouTube document entitled "Life of a YouTube upload" dated February 15, 2020, bearing production number GOOG-SCHNDR-00034775 |
| 6-3 | Document downloaded from https://www.blog.google/documents/27/How_Google_Fights_Piracy_2018.pdf/ (last accessed May 5, 2023) entitled "How Google Fights Piracy," dated November 2018, that was produced in black and white as a document bearing on its first page production number GOOG-SCHNDR-00021221 |
| 6-4 | YouTube document entitled "Copyright Transparency Report," for the first half of 2021 |
| **7** | **Declaration of Jeffrey Waldron in Support of Plaintiffs' Opposition to Defendants' Motion in Limine No. 7 to Exclude Evidence of Google and/or YouTube's Financial Condition and Potential Liabilities** |
| 7.1 | Excerpts of the May 24, 2022, deposition of Amy Wu |
| 7.2 | Expert Report of Hal J. Singer, dated November 17, 2022 |

| EXHIBIT | DESCRIPTION |
|---------|-------------|
| 7.3 | Form 10-K for Alphabet Inc., dated December 31, 2021 |
| **8** | **Declaration of Jeffrey Waldron in Support of Plaintiffs' Opposition to Defendants' Motion in Limine No. 8 to Preclude Relitigation of Issues in the Court's Summary Judgment Order** |
| 8.1 | Rule 26(a)(1) Initial Disclosures, dated October 22, 2020 |