# EXHIBIT 4

| | |
|---|---|
| George A. Zelcs* | Joshua Irwin Schiller, CA Bar #330653 |
|   gzelcs@koreintillery.com |   jischiller@bsfllp.com |
| Randall P. Ewing, Jr.* | **BOIES SCHILLER FLEXNER LLP** |
|   rewing@koreintillery.com | 44 Montgomery Street, 41st Floor |
| Ryan Z. Cortazar* | San Francisco, CA 94104 |
|   rcortazar@koreintillery.com | Telephone: (415) 293-6800 |
| **KOREIN TILLERY, LLC** | Facsimile: (415) 293-6899 |
| 205 North Michigan, Suite 1950 | |
| Chicago, IL 60601 | Philip C. Korologos* |
| Telephone: (312) 641-9750 |   pkorologos@bsfllp.com |
| Facsimile: (312) 641-9751 | Jeffrey Waldron* |
| |   jwaldron@bsfllp.com |
| Stephen M. Tillery* | **BOIES SCHILLER FLEXNER LLP** |
|   stillery@koreintillery.com | 55 Hudson Yards, 20th Floor |
| Steven M. Berezney, CA Bar #329923 | New York, NY 10001 |
|   sberezney@koreintillery.com | Telephone: (212) 446-2300 |
| Carol O'Keefe* | Facsimile: (212) 446-2350 |
|   cokeefe@koreintillery.com | |
| **KOREIN TILLERY, LLC** | |
| 505 North 7th Street, Suite 3600 | |
| St. Louis, MO 63101 | |
| Telephone: (314) 241-4844 | |
| Facsimile: (314) 241-3525 | |

\* Admitted *pro hac vice*

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING, LTD., individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>    Defendants. | Case No. 3:20-cv-04423-JD<br><br>**DECLARATION OF JEFFREY WALDRON IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION IN LIMINE NO. 3 TO EXCLUDE IMPROPER ALLEGED INFRINGEMENTS**<br><br>Date:    May 25, 2023<br>Time:    1:30 p.m.<br>Dept.:   11<br>Judge:   Hon. James Donato |

Case No. 3:20-cv-04423-JD

DECLARATION OF JEFFREY WALDRON IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION IN LIMINE NO. 3 TO EXCLUDE IMPROPER ALLEGED INFRINGEMENTS

I, Jeffrey Waldron, declare as follows:

1. I am an attorney at Boies Schiller Flexner LLP, co-counsel to Plaintiffs and putative class representatives Maria Schneider, Uniglobe Entertainment, LLC, and AST Publishing, Ltd. I make this declaration in support of Plaintiffs' Opposition to Defendants' Motion in Limine No. 3 to Exclude Improper Alleged Infringements. I have knowledge of the facts stated herein from my personal knowledge and, if called as a witness, I could and would competently testify thereto.

2. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts of Plaintiff Maria Schneider's Amended Objections and Responses to Defendants' Interrogatory No. 6, dated September 9, 2022.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 5th day of May 2023 at New York, New York.

                                        */s/ Jeffrey Waldron*
                                          Jeffrey Waldron

2     Case No. 3:20-cv-04423-JD

DECLARATION OF JEFFREY WALDRON IN SUPPORT OF PLAINTIFFS'
OPPOSITION TO DEFENDANTS' MOTION IN LIMINE NO. 3 TO EXCLUDE
IMPROPER ALLEGED INFRINGEMENTS

**ATTESTATION**

My user ID and password are being used in the electronic filing of this document and, in compliance with N.D. Cal. Civil L.R. 5-1(h)(3), I hereby attest that concurrence in the filing of the document has been obtained from each of the other Signatories.

                                                     */s/ Philip Korologos*
                                                     Philip Korologos

3    Case No. 3:20-cv-04423-JD

DECLARATION OF JEFFREY WALDRON IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION IN LIMINE NO. 3 TO EXCLUDE IMPROPER ALLEGED INFRINGEMENTS

# EXHIBIT 1

George A. Zelcs *(pro hac vice)*
  gzelcs@koreintillery.com
Randall P. Ewing, Jr. *(pro hac vice)*
  rewing@koreintillery.com
Ryan Z. Cortazar *(pro hac vice)*
  rcortazar@koreintillery.com
**KOREIN TILLERY, LLC**
205 North Michigan, Suite 1950
Chicago, IL  60601
Telephone: (312) 641-9750
Facsimile: (312) 641-9751

Stephen M. Tillery *(pro hac vice)*
  stillery@koreintillery.com
Steven M. Berezney, CA Bar #329923
  sberezney@koreintillery.com
Michael E. Klenov, CA Bar #277028
  mklenov@koreintillery.com
Carol O'Keefe *(pro hac vice)*
  cokeefe@koreintillery.com
**KOREIN TILLERY, LLC**
505 North 7th Street, Suite 3600
St. Louis, MO  63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

Joshua Irwin Schiller, CA Bar #330653
  jischiller@bsfllp.com
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery St., 41st Floor
San Francisco, CA  94104
Telephone:  (415) 293-6800
Facsimile: (415) 293-6899

Philip C. Korologos *(pro hac vice)*
  pkorologos@bsfllp.com
Joanna C. Wright *(pro hac vice)*
  jwright@bsfllp.com
Demetri Blaisdell *(pro hac vice)*
  dblaisdell@bsfllp.com
**BOIES SCHILLER FLEXNER LLP**
55 Hudson Yards, 20th Floor
New York, NY  10001
Telephone:  (212) 446-2300
Facsimile: (212) 446-2350

*Attorneys for Maria Schneider*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING LTD., individually and on behalf of all others similarly situated;<br><br>Plaintiffs,<br><br>vs.<br><br>YOUTUBE, LLC, and GOOGLE LLC;<br><br>Defendants. | CASE NO. 3:20-cv-4423-JD<br><br>**PLAINTIFF MARIA SCHNEIDER'S AMENDED OBJECTIONS AND RESPONSES TO YOUTUBE AND GOOGLE'S INTERROGATORIES 1-9 TO PLAINTIFF MARIA SCHNEIDER** |

1  **society, clearinghouse, or publishing administrator).**

2  **OBJECTIONS AND RESPONSE:** Schneider objects that Interrogatory No. 5 is overbroad and

3  seeks information irrelevant to the claims and defenses in this lawsuit.

4      Subject to and without waiving these objections, the General Objections, or the Objections to

5  Definitions, for the Works in Suit Schneider has authorized ASCAP to grant certain public performance

6  rights. Schneider has retained ArtistShare Music Publishing as a publishing administrator that is

7  contractually bound to seek and obtain her express written authorization separately for each and every

8  such license granted.

9  **INTERROGATORY NO. 6: Describe in detail the circumstances under which You first**

10  **became aware of each alleged infringement identified in Your response to Interrogatory No.**

11  **2, including but not limited to the date and the manner in which the alleged infringement**

12  **came to Your attention.**

13  **OBJECTIONS AND RESPONSE:** Schneider objects that this Interrogatory is unduly burdensome,

14  seeks irrelevant information, and calls for information protected by privileges. Subject to and without

15  waiving those objections, Schneider responds that she became aware of the following videos identified

16  in her list of infringements on or shortly before the following dates:

| Video ID | Date |
|---|---|
| jxg8bkMVs80 | May 14, 2019 |
| 0GijvVT8E44 | December 9, 2015 |
| wVD3i_Mz50Q | October 3, 2018 |
| KCT92cxPINM | March 6, 2018 |
| 0UgcuTp_6jI | November 12, 2008 |
| CsFd-3Ug-70 | April 5, 2018 |
| gvGoetSAdvM | October 3, 2018 |
| iLUjozjowyA | April 5, 2018 |
| 6H1EI2ivOQY | November 20, 2017 |
| mYC8eqZl4pY | April 5, 2018 |
| s34Oj_za7ZU | September 21, 2012 |
| 7H1Yddt2gbU | April 5, 2018 |
| GmCPHZiqZ_4 | November 16, 2009 |
| o51Yk6n6aIw | June 7, 2012 |
| bj34mMJKXNE | April 5, 2018 |

| | | |
|---|---|---|
| 1 | h53bJkTiEAk | March 6, 2018 |
| | i8qDiJpnYLk | March 18, 2010 |
| 2 | 2jKJNdGJpOA | April 5, 2018 |
| | dhxeIKZqskg | October 14, 2020 |
| 3 | iduI_77k25Y | November 21, 2017 |
| | JNbjrkRcWfU | February 4, 2014 |
| 4 | njbsZ2sevIs | March 10, 2013 |
| | ZXlaXbI0Eqg | December 15, 2016 |
| 5 | UDbfm95WcUk | January 24, 2013 |
| 6 | J84Rqbebgv8 | November 21, 2017 |
| | uapafgmFBvg | April 5, 2018 |
| 7 | qlhJWE0Okgs | October 7, 2016 |
| | xU3h-zYCLkU | October 7, 2016 |
| 8 | uia54xZZSJY | October 12, 2014 |
| 9 | tYPU7t-hfKo | February 5, 2017 |
| | dSFaHPfONcI | September 8, 2015 |
| 10 | Z9N68OSIqps | March 4, 2016 |
| | 2_YT4SvCPeo | February 26, 2016 |
| 11 | wdIW_AoTi_4 | March 4, 2016 |
| 12 | AlJ6K1x9WIw | July 28, 2015 |
| | bjuli8HHcYo | June 2, 2014 |
| 13 | RiGKxmxq3Qk | May 6, 2015 |
| | nSk8IMTU5TE | January 26, 2016 |
| 14 | C3FD5pG3RMc | January 13, 2016 |
| | Z8cdqri2-r8 | January 11, 2016 |
| 15 | EaY_KMBoJ3g | September 8, 2015 |
| 16 | jPEFzfWrXHg | March 24, 2017 |
| | P470eEhealc | November 13, 2015 |
| 17 | k7BWXiMYJdE | February 27, 2017 |
| | MZM5ekpurvA | March 11, 2014 |
| 18 | s486ogPgw8w | November 16, 2009 |
| 19 | WGOgXhqUOv0 | April 5, 2018 |
| | 0h32JZX-6mM | April 5, 2018 |
| 20 | 33vXhTXfNEs | August 17, 2018 |
| | XrKR5T8MPQQ | April 5, 2018 |
| 21 | ZfNjWC-J9dQ | October 3, 2018 |
| 22 | jUmxA2x8V_E | October 3, 2018 |
| | 6_meisQfQRM | March 10, 2013 |
| 23 | F_pBEtaI1c0 | April 5, 2018 |
| | z0J0PKKBWGI | July 5, 2017 |
| 24 | 2_6R2_ym0lU | April 5, 2018 |
| | 2qhVGVAEkRk | April 5, 2018 |
| 25 | XiMEiJihyFg | October 3, 2018 |
| 26 | 67_ah73gu5w | October 5, 2017 |
| | jD-vgLXihXE | October 20, 2015 |
| 27 | SaygoLgAe4Y | October 11, 2016 |

| | | |
|---|---|---|
| 1 | QeuWiDIDEC8 | April 5, 2018 |
| | 2GcpEgKR7pk | April 26, 2017 |
| 2 | 38cSEMHyIWM | April 26, 2017 |
| | o7is3iGyF8Q | November 15, 2010 |
| 3 | unu5RGsToeI | March 10, 2013 |
| | 4jQEbX0PJ0E | October 6, 2017 |
| 4 | 4tzCZ5jHMtA | April 5, 2018 |
| | gOi2s3gX584 | November 21, 2017 |
| 5 | OjovWaymKk0 | October 6, 2017 |
| 6 | OQbUmCasz2s | February 16, 2012 |
| | ZffGvuvWwBk | September 19, 2016 |
| 7 | JnvZ5YqCmkA | December 11, 2007 |
| | 1EEkdOrB_Ko | February 18, 2016 |
| 8 | w4LrrKTMfN0 | June 22, 2020 |
| 9 | EtA6n9JpzLA | September 11, 2012 |
| | G12e3KguIM8 | March 6, 2018 |
| 10 | JEHlGQrBoQk | October 6, 2017 |
| | OvJO2dyroow | August 15, 2018 |
| 11 | pFnVIQVf5rA | April 5, 2018 |
| 12 | sP_RyLdK2uE | April 5, 2018 |
| | -VV3QuF8Ajw | May 9, 2020 |
| 13 | Hcc054DjdLY | November 15, 2010 |
| | O28Y6pwbA-Q | June 16, 2019 |
| 14 | OSab1Crbf_U | October 14, 2020 |
| 15 | yH7JUS8TY1M | November 21, 2016 |
| | 3eA2lvKjIxw | November 15, 2010 |
| 16 | La9ElPIumhQ | December 12, 2013 |
| | 8KKwsPvf1rE | December 12, 2013 |
| 17 | qDg8ZmbESmE | April 11, 2011 |
| 18 | 2wUkhTsAC0M | November 15, 2010 |
| | VX3G65NVu1g | June 18, 2019 |
| 19 | e04yCOqalv8 | March 1, 2013 |
| | mRlj6wqzW74 | March 1, 2013 |
| 20 | FQq7XkFC0Do | March 1, 2013 |
| 21 | ASN9OqlqIXU | March 10, 2014 |
| | YIwyHj2Cn_Q | March 10, 2014 |
| 22 | NML2WgRpVRc | March 10, 2014 |
| | I9jiYSUhcPQ | March 10, 2014 |
| 23 | i8UlsGKsZM4 | March 10, 2014 |
| | 5oYGhrUETFc | March 10, 2014 |
| 24 | fc8kek2xGUc | March 10, 2014 |
| 25 | i8BC-LH-IMg | December 7, 2010 |
| | 7jfjtKRDFQI | March 1, 2013 |
| 26 | htmgVKwSpMg | March 10, 2013 |
| | L0cMR-x8ufo | May 5, 2013 |
| 27 | RX6OLGPCsFc | August 18, 2007 |

| | |
|---|---|
| 2tJegYsmlqU | August 18, 2007 |
| Ft3wa0bMAmE | March 11, 2014 |
| oZgAVwfcUY0 | March 31, 2017 |
| NJy_RXOgsts | March 1, 2013 |
| AH3obBV5sEw | March 1, 2013 |
| EAJPUC0mgJ8 | March 11, 2014 |
| n6U7zQLKe04 | March 1, 2013 |
| JERfM3g0FnM | March 1, 2013 |
| wmAzXaz_UaY | January 24, 2019 |
| CVelapFHlP0 | March 1, 2013 |
| o4rYUveHBZM | August 19, 2013 |
| lICbkKWrf-I | January 3, 2018 |
| mp3jyAIpXQM | December 12, 2013 |
| Fc7KMjwkILU | April 5, 2018 |
| FYyKploAjGA | February 26, 2018 |
| noOCWwfe44E | February 26, 2018 |
| 6UZdlk5mIwc | February 26, 2018 |
| 2Rl1MhhpbyM | February 26, 2018 |
| M-DlDYGAExs | March 1, 2013 |
| TIUAdc1ksYM | February 28, 2020 |
| BRv4M84WFCo | February 28, 2020 |
| VWxY2Suh5QY | February 28, 2020 |
| dxv5uH1i1A4 | February 28, 2020 |
| qNtRvI8aeas | February 28, 2020 |
| HrJjJukZoRU | February 28, 2020 |
| aMwhevPdpoM | February 28, 2020 |
| 1HOXysb3Qis | February 28, 2020 |
| bWzNqEHLww8 | February 28, 2020 |
| Hxe1Km0vo5g | February 28, 2020 |
| yiu1NcalCMs | February 28, 2020 |
| 5z3qs6qNAg4 | February 28, 2020 |
| f7XoyThF9cs | February 28, 2020 |
| 9ZZf2_XX4Lk | February 28, 2020 |
| gxabL31wWCw | February 28, 2020 |
| V1km88MConA | February 28, 2020 |

For all videos that Schneider became aware of prior to February 28, 2020, Schneider or her agents identified the above videos by conducting searches for unauthorized copies of her work on YouTube and/or Google using her name and/or the titles of the Works in Suit or by being alerted to the video by a third party. In those instances in which Schneider sent a takedown notice, Schneider became aware of the video on or shortly before the day the takedown notices were sent.

Schneider further responds that information about the circumstances in which she became aware of infringements identified in response to Interrogatory No. 2 on or after February 2020 are to at least some extent protected by the work-product doctrine and attorney-client privilege. Subject to and without waiving this objection, Schneider responds that her litigation counsel used services provided by Pex on a few of her works in February 2020. Schneider reviewed the results and identified some potential infringements on February 28, 2020, as set forth above.

Schneider further responds that her litigation counsel used YouTube's search function to identify potential infringements based on her name and/or the titles of the Works in Suit from February 16, 2021, to August 12, 2021. Schneider's litigation counsel spent approximately 28 hours searching YouTube and compiling the list of potential infringements from February 16, 2021, to August 12, 2021. Schneider's litigation counsel sent those results to her on August 18, 2021. To the extent Schneider was not previously aware of a video as set forth above, Schneider became aware of the remaining infringements included on her November 29, 2021 list of preliminary infringements on or shortly after August 18, 2021.

Schneider further responds that for infringements identified on the list of infringements for the first time on February 25, 2022, Schneider's litigation counsel spent approximately 4 hours using YouTube's search function to search for Schneider's name and/or the titles of the Works in Suit. For these searches, Schneider's litigation counsel filtered results by upload date. Schneider became aware of any infringements she was not previously aware of on or shortly after February 23, 2022.

For videos on Schneider's July 5, 2022 supplemental list of infringements, Schneider discovered those videos as a result of Content ID matches provided by Defendants. Schneider's counsel viewed each Content ID result provided by Defendants and determined that the videos on Schneider's July 5, 2022 supplemental list of infringements contained Schneider's copyrighted works without authorization.

**INTERROGATORY NO. 7: Describe in detail each occasion on which each Work In Suit has been uploaded by You or with Your authorization to a website for online listening,**

**VERIFICATION**

Maria Schneider has read the foregoing responses to Defendants' Interrogatories, and the answers contained therein are true to the best of her knowledge, information, and belief.

Signed: *Maria Schneider*

Dated: Sept 9, 2022

| | | |
|---|---|---|
| 1 | Dated: September 9, 2022 | Respectfully submitted, |
| 2 | | |
| 3 | | /s/ Randall P. Ewing, Jr.<br>George A. Zelcs *(pro hac vice)*<br>Randall P. Ewing, Jr. *(pro hac vice)* |
| 4 | | Ryan Z. Cortazar *(pro hac vice)* |
| 5 | | **KOREIN TILLERY, LLC**<br>205 North Michigan, Suite 1950 |
| 6 | | Chicago, IL  60601<br>Telephone: (312) 641-9750 |
| 7 | | Facsimile: (312) 641-9751 |
| 8 | | Stephen M. Tillery *(pro hac vice)* |
| 9 | | Steven M. Berezney, CA Bar #329923<br>Michael E. Klenov, CA Bar #277028 |
| 10 | | Carol O'Keefe *(pro hac vice)*<br>**KOREIN TILLERY, LLC** |
| 11 | | 505 North 7th Street, Suite 3600<br>St. Louis, MO  63101 |
| 12 | | Telephone: (314) 241-4844<br>Facsimile: (314) 241-3525 |
| 13 | | |
| 14 | | Joshua Irwin Schiller, CA Bar #330653<br>**BOIES SCHILLER FLEXNER LLP** |
| 15 | | 44 Montgomery St., 41st Floor<br>San Francisco, CA  94104 |
| 16 | | Phone: (415) 293-6800<br>Fax: (415) 293-6899 |
| 17 | | |
| 18 | | Philip C. Korologos *(pro hac vice)*<br>Joanna C. Wright *(pro hac vice)* |
| 19 | | Demetri Blaisdell *(pro hac vice)*<br>**BOIES SCHILLER FLEXNER LLP** |
| 20 | | 55 Hudson Yards, 20th Floor<br>New York, NY  10001 |
| 21 | | Phone: (212) 446-2300<br>Fax: (212) 446-2350 |
| 22 | | |
| 23 | | *Attorneys for Maria Schneider* |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | MARIA SCHNEIDER'S AMENDED<br>OBJECTIONS & RESPONSES TO DEFENDANTS' INTERROGATORIES 1-9 | 20 | CASE NO. 3:20-CV-4423-JD |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 9, 2022, I caused the foregoing Plaintiff Maria Schneider's Amended Objections and Responses to YOUTUBE's and GOOGLE'S Interrogatories 1-9 to Plaintiff Maria Schneider to be served on all opposing counsel of record by email at the addresses listed below:

Schneidervyoutube@wsgr.com

                                                /s/ Randall P. Ewing, Jr.