KEKER, VAN NEST & PETERS LLP
ROBERT A. VAN NEST - # 84065
rvannest@keker.com
DAN JACKSON - # 216091
djackson@keker.com
JULIA L. ALLEN - # 286097
jallen@keker.com
TRAVIS SILVA - # 295856
tsilva@keker.com
ANNA PORTO - # 319903
aporto@keker.com
LUKE APFELD - # 327029
lapfeld@keker.com
AMOS J. B. ESPELAND - # 332895
aespeland@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

DAVID H. KRAMER, SBN 168452
LAUREN GALLO WHITE, SBN 309075
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email:  dkramer@wsgr.com
        lwhite@wsgr.com

Attorneys for Defendants and Counterclaimants
YOUTUBE, LLC and GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING, LTD., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>Defendants. | Case No. 3:20-cv-04423-JD<br><br>**DEFENDANTS AND COUNTERCLAIMANTS' INTERIM ADMINISTRATIVE MOTION TO SEAL RE PLAINTIFFS' OPPOSITIONS TO DEFENDANTS' MOTIONS IN LIMINE**<br><br>Dept.:     Courtroom 11 – 19th Floor<br>Judge:     Hon. James Donato<br><br>Date Filed: July 2, 2020<br><br>Trial Date: June 12, 2023 |
| YOUTUBE, LLC and GOOGLE LLC,<br><br>Counterclaimants,<br><br>v.<br><br>PIRATE MONITOR LTD., PIRATE MONITOR LLC, and GÁBOR CSUPÓ,<br><br>Counterclaim Defendants. | |

DEFENDANTS AND COUNTERCLAIMANTS' INTERIM ADMINISTRATIVE MOTION TO SEAL RE
PLAINTIFFS' OPPOSITIONS TO DEFENDANTS' MOTIONS IN LIMINE
Case No. 3:20-cv-04423-JD

2101334

Pursuant to Civil Local Rules 7-11 and 79-5, Defendants-Counterclaimants YouTube, LLC and Google LLC submit this interim administrative motion to file under seal the unredacted version of select exhibits attached to Plaintiffs' Oppositions to Defendants-Counterclaimants' Motions in *Limine*. The reasons for sealing will be discussed in a forthcoming omnibus sealing motion filed jointly by the parties by May 18, 2023, by agreement of the parties and pursuant to ¶ 31 of Your Honor's Standing Order for Civil Cases.

                                                       Respectfully submitted,

Dated:  May 11, 2023                            KEKER, VAN NEST & PETERS LLP

                                       By:   /s/ *Robert A. Van Nest*
                                              ROBERT A. VAN NEST
                                              DAN JACKSON
                                              JULIA L. ALLEN
                                              TRAVIS SILVA
                                              ANNA PORTO
                                              LUKE APFELD
                                              AMOS J. B. ESPELAND

                                              DAVID H. KRAMER
                                              LAUREN GALLO WHITE
                                              WILSON SONSINI GOODRICH & ROSATI
                                              Professional Corporation
                                              650 Page Mill Road
                                              Palo Alto, CA 94304-1050
                                              Telephone: (650) 493-9300
                                              Email:  dkramer@wsgr.com
                                                            lwhite@wsgr.com

                                              Attorneys for Defendants and Counterclaimants
                                              YOUTUBE, LLC and GOOGLE LLC

1

DEFENDANTS AND COUNTERCLAIMANTS' INTERIM ADMINISTRATIVE MOTION TO SEAL RE
PLAINTIFFS' OPPOSITIONS TO DEFENDANTS' MOTIONS IN LIMINE
Case No. 3:20-cv-04423-JD

2101334