| | |
|---|---|
| KEKER, VAN NEST & PETERS LLP<br>ROBERT A. VAN NEST - # 84065<br>rvannest@keker.com<br>DAN JACKSON - # 216091<br>djackson@keker.com<br>JULIA L. ALLEN - # 286097<br>jallen@keker.com<br>TRAVIS SILVA - # 295856<br>tsilva@keker.com<br>ANNA PORTO - # 319903<br>aporto@keker.com<br>LUKE APFELD - # 327029<br>lapfeld@keker.com<br>AMOS J. B. ESPELAND - # 332895<br>aespeland@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:    415 391 5400<br>Facsimile:    415 397 7188 | DAVID H. KRAMER, SBN 168452<br>LAUREN GALLO WHITE, SBN 309075<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone: (650) 493-9300<br>Facsimile: (650) 565-5100<br>Email:  dkramer@wsgr.com<br>           lwhite@wsgr.com |

Attorneys for Defendants and Counterclaimants
YOUTUBE, LLC and GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING, LTD., individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>    Defendants.<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>    Counterclaimants,<br><br>    v.<br><br>PIRATE MONITOR LTD., PIRATE MONITOR LLC, and GÁBOR CSUPÓ,<br><br>    Counterclaim Defendants. | Case No. 3:20-cv-04423-JD<br><br>**PROOF OF SERVICE**<br><br>Date Filed:  July 2, 2020<br><br>Trial Date:  June 12, 2023 |

PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker, Van Nest & Peters LLP, 633 Battery Street, San Francisco, CA 94111-1809.

On May 11, 2023, I served the following document(s):

- **Plaintiffs' Opposition to MIL 1 – Ex 1 [Unredacted/Filed Under Seal]**
- **Plaintiffs' Opposition to MIL 5 – Ex 5 [Unredacted/Filed Under Seal]**
- **Plaintiffs' Opposition to MIL 6 – Ex 1 [Unredacted/Filed Under Seal]**
- **Plaintiffs' Opposition to MIL 6 – Ex 2 [Unredacted/Filed Under Seal]**
- **Plaintiffs' Opposition to MIL 7 – Ex 1 [Unredacted/Filed Under Seal]**
- **Plaintiffs' Opposition to MIL 7 – Ex 2 [Unredacted/Filed Under Seal]**

☑ by **E-MAIL VIA PDF FILE**, by transmitting on this date via e-mail a true and correct copy scanned into an electronic file in Adobe "pdf" format. The transmission was reported as complete and without error.

| | |
|---|---|
| George A. Zelcs | Stephen M. Tillery |
| Randall P. Ewing, Jr. | Steven M. Berezney |
| Ryan Z. Cortazar | Carol O'Keefe |
| David W. Walchak | Michael E. Klenov |
| Marc A. Wallenstein | Andrew M. Ellis |
| KOREIN TILLERY, LLC | KOREIN TILLERY, LLC |
| 205 North Michigan, Suite 1950 | 505 North 7th Street, Suite 3600 |
| Chicago, IL 60601 | St. Louis, MO 63101 |
| gzelcs@koreintillery.com | stillery@koreintillery.com |
| rewing@koreintillery.com | sberezney@koreintillery.com |
| rcortazar@koreintillery.com | cokeefe@koreintillery.com |
| dwalchak@koreintillery.com | mklenov@koreintillery.com |
| mwallenstein@koreintillery.com | aellis@koreintillery.com |

| | |
|---|---|
| Joshua Irwin Schiller<br>BOIES SCHILLER FLEXNER LLP<br>44 Montgomery Street, 41st Floor<br>San Francisco, CA 94104<br>jischiller@bsfllp.com<br><br>Sabria A. McElroy<br>BOIES SCHILLER FLEXNER LLP<br>401 East Las Olas Blvd., Suite 1200<br>Fort Lauderdale, FL  33301<br>smcelroy@bsfllp.com | Philip C. Korologos<br>Joanna Wright<br>Jeffrey Waldron<br>Robert Dwyer<br>BOIES SCHILLER FLEXNER LLP<br>55 Hudson Yards, 20th Floor<br>New York, NY 10001<br>pkorologos@bsfllp.com<br>jwright@bsfllp.com<br>jwaldron@bsfllp.com<br>rdwyer@bsfllp.com |

Executed on May 11, 2023, at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

*Julie A. Selby*
Julie A. Selby