| | |
|---|---|
| George A. Zelcs* | Joshua Irwin Schiller, CA Bar #330653 |
| gzelcs@koreintillery.com | jischiller@bsfllp.com |
| Randall P. Ewing, Jr.* | **BOIES SCHILLER FLEXNER LLP** |
| rewing@koreintillery.com | 44 Montgomery St., 41st Floor |
| Ryan Z. Cortazar* | San Francisco, CA 94104 |
| rcortazar@koreintillery.com | Telephone: (415) 293-6800 |
| **KOREIN TILLERY, LLC** | Facsimile: (415) 293-6899 |
| 205 North Michigan, Suite 1950 | |
| Chicago, IL 60601 | Philip C. Korologos* |
| Telephone: (312) 641-9750 | pkorologos@bsfllp.com |
| Facsimile: (312) 641-9751 | Jeffrey Waldron* |
| | jwaldron@bsfllp.com |
| Stephen M. Tillery* | **BOIES SCHILLER FLEXNER LLP** |
| stillery@koreintillery.com | 55 Hudson Yards, 20th Floor |
| Steven M. Berezney, CA Bar #329923 | New York, NY 10001 |
| sberezney@koreintillery.com | Telephone: (212) 446-2300 |
| Carol O'Keefe* | Facsimile: (212) 446-2350 |
| cokeefe@koreintillery.com | |
| **KOREIN TILLERY, LLC** | |
| 505 North 7th Street, Suite 3600 | |
| St. Louis, MO 63101 | |
| Telephone: (314) 241-4844 | |
| Facsimile: (314) 241-3525 | |

*Admitted *pro hac vice*

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING LTD., individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>　　　　　Defendants. | CASE NO.: 3:20-cv-04423-JD<br><br>**PLAINTIFFS' INTERIM ADMINISTRATIVE MOTION TO SEAL PLAINTIFFS' MOTIONS IN LIMINE AND DEFENDANTS' OPPOSITIONS THERETO**<br><br>Judge: Hon. James Donato<br><br>DATE: May 25, 2023<br>TIME: 1:30 p.m. |

Pursuant to Civil Local Rules 7-11 and 79-5, Plaintiffs submit this interim administrative motion to file under seal the unredacted versions of Plaintiffs' Motions in Limine, Defendants' oppositions thereto, and the associated exhibits, portions of which contain information designated as Confidential or Highly Confidential by the parties. Plaintiffs do not anticipate moving to seal any of the documents Plaintiffs designated as Confidential or Highly Confidential. By agreement of the parties and pursuant to ¶ 31 of Your Honor's Standing Order for Civil Cases, the reasons for sealing will be discussed in a forthcoming omnibus sealing motion filed jointly by the parties addressing the sealing of confidential information related to motions in limine filed on May 11, 2023. The joint sealing motion will be filed on May 18, 2023.

Respectfully submitted,

Dated: May 11, 2023

/s/ Philip Korologos
Philip C. Korologos*
Jeffrey Waldron*
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards, 20th Floor
New York, NY 10001
Telephone: (212) 446-2300
Facsimile: (212) 446-2350

Joshua Irwin Schiller, CA Bar #330653
jischiller@bsfllp.com
BOIES SCHILLER FLEXNER LLP
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Telephone: (415) 293-6800
Facsimile: (415) 293-6899

George A. Zelcs *
Randall P. Ewing, Jr.*
Ryan Z. Cortazar*
KOREIN TILLERY, LLC
205 North Michigan, Suite 1950
Chicago, IL 60601
Telephone: (312) 641-9750
Facsimile: (312) 641-9751

2

Plaintiffs' Interim Admin. Mot. to Seal Plaintiffs' Mots. in Limine
and Defendants' Oppositions Thereto                                   3:20-cv-4423-JD

Stephen M. Tillery*
Steven M. Berezney, CA Bar #329923
Carol O'Keefe *
KOREIN TILLERY, LLC
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

*Admitted *pro hac vice*

*Attorneys for Plaintiffs*

3

Plaintiffs' Interim Admin. Mot. to Seal Plaintiffs' Mots. in Limine
and Defendants' Oppositions Thereto                                    3:20-cv-4423-JD