**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

*SCHNEIDER, et al. v. YOUTUBE, LLC, et al.*

Case No. 3:20-cv-04423-JD

PLAINTIFFS' OMNIBUS MOTIONS IN LIMINE
AND DEFENDANTS' RESPONSES THERETO

**INDEX OF EXHIBITS**

| EXHIBIT | DESCRIPTION |
|---|---|
| **1** | **Declaration of Jeffrey Waldron in Support of Plaintiffs' Motion in Limine No. 1 to Exclude Evidence of YouTube's Receipt of Takedown Notices Directed at Private or Unlisted Videos** |
| 1-1 | Exhibit 1 Submitted in Support of Plaintiffs' Motion in Limine No. 1— Excerpts of Plaintiffs' First Set of Requests for the Production of Documents to Defendants Nos. 70 and 75, dated October 28, 2020 |
| 1-2 | Exhibit 2 Submitted in Support of Plaintiffs' Motion in Limine No. 1— Excerpts of Plaintiffs' First Set of Interrogatories Nos. 3 and 4, dated October 28, 2020 |
| 1-3 | Exhibit 3 Submitted in Support of Plaintiffs' Motion in Limine No. 1— Defendants' Amended Responses and Objections to Plaintiff Maria Schneider's Interrogatories Nos. 3, 4 and 7, dated June 17, 2022 |
| **2** | **Declaration of Jeffrey Waldron in Support of Plaintiffs' Motion in Limine No.2 to Exclude Testimony or Evidence Contesting Facts Described in Plaintiffs' Proffer of Evidence Concerning DMCA Factual Disputes** |
| 2-1 | Exhibit 1 Submitted in Support of Plaintiffs' Motion in Limine No. 2— Transcript of the October 13, 2022, proceedings held in this case |
| **3** | **Declaration of Jeffrey Waldron in Support of Plaintiffs' Motion in Limine No. 3 to Exclude Evidence that Certain YouTube Contracts Permit Users to Upload Copyrighted Material without Authorization** |
|  |  |

| | | |
|---|---|---|
| 3-1 | Exhibit 1 Submitted in Support of Plaintiffs' Motion in Limine No. 3—Excerpts of the July 14, 2022, deposition of Joanne Suk | |
| 3-2 | Exhibit 2 Submitted in Support of Plaintiffs' Motion in Limine No. 3—Defendants' Amended Disclosures, dated June 9, 2022 | |
| 3-3 | Exhibit 3 Submitted in Support of Plaintiffs' Motion in Limine No. 3—Content Licensing Agreement dated September 15, 2020, bearing production number GOOG-SCHNDR-00020659 | |
| 3-4 | Exhibit 4 Submitted in Support of Plaintiffs' Motion in Limine No. 3—Content Identification and Management Agreement, bearing production number GOOG-SCHNDR-00000859 | |
| 3-5 | Exhibit 5 Submitted in Support of Plaintiffs' Motion in Limine No. 3—Publishing Licensing Agreement, bearing production number GOOG-SCHNDR-00020802 | |
| 3-6 | Exhibit 6 Submitted in Support of Plaintiffs' Motion in Limine No. 3—Sound Recording and Audiovisual Content License, bearing production number GOOG-SCHNDR-00020862 | |
| 3-7 | Exhibit 7 Submitted in Support of Plaintiffs' Motion in Limine No. 3—YouTube's Terms of Service dated June 9, 2010 | |
| **4** | **Declaration of Jeffrey Waldron in Support of Plaintiffs' Motion in Limine No. 4 to Exclude Evidence Related to an Unsuccessful Takedown Notice Submitted by Uniglobe Entertainment, LLC for** | |
| 4-1 | Exhibit 1 Submitted in Support of Plaintiffs' Motion in Limine No. 4—Excerpts of the August 1, 2022, deposition of Nayomi Cooper | |
| 4-2 | Exhibit 2 Submitted in Support of Plaintiffs' Motion in Limine No. 4—Excerpts of Defendants' Responses and Objections to Plaintiffs' First Set of Requests for Production dated December 4, 2020 | |

2
DECLARATION OF GARRETT R. BROSHUIS IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT TO ADD ADDITIONAL PARTIES

| | | |
|---|---|---|
| | 4-3 | Exhibit 3 Submitted in Support of Plaintiffs' Motion in Limine No. 4—Notice of partial removal following a successful Takedown Notice bearing production number GOOG-SCHNDR-00040200, dated October 18, 2020 |
| | 4-4 | Exhibit 4 Submitted in Support of Plaintiffs' Motion in Limine No. 4—Email from the YouTube Copyright team to Uniglobe Entertainment subjected "YouTube Copyright Complaint Submission" dated October 19, 2020, bearing production number UNIGLOBE_0000032092 |
| | 4-5 | Exhibit 5 Submitted in Support of Plaintiffs' Motion in Limine No. 4—Document entitled "Plaintiffs' February 25, 2022 List of Infringements." |
| | 4-6 | Exhibit 6 Submitted in Support of Plaintiffs' Motion in Limine No. 4—Document converted from an Excel spreadsheet that was produced bearing production number GOOG-SCHNDR-00043480 in its native form |
| | **5** | **Declaration of Jeffrey Waldron in Support of Plaintiffs' Motion in Limine No. 5 to Exclude Testimony and Evidence Regarding the Presence of Copyright Management Information Added by Users after Videos are Uploaded to the YouTube Platform** |
| | 5-1 | Exhibit 1 Submitted in Support of Plaintiffs' Motion in Limine No. 5—Excerpts of Plaintiffs' First Set of Requests for the Production of Documents to Defendants, dated October 28, 2020 |
| | 5-2 | Exhibit 2 Submitted in Support of Plaintiffs' Motion in Limine No. 5—Letter from C. O'Keefe to M. Rees concerning Defendants' production of videos and related data and revenue information, dated June 10, 2022 |
| | 5-3 | Exhibit 3 Submitted in Support of Plaintiffs' Motion in Limine No. 5—Letter from C. O'Keefe to L. Gallo White concerning Plaintiffs' data request proposals, dated July 12, 2022 |
| | 5-4 | Exhibit 4 Submitted in Support of Plaintiffs' Motion in Limine No. 5—Letter from C. O'Keefe to L. Gallo White summarizing Plaintiffs' positions on data collection, dated July 20, 2022 |
| | **6** | **Declaration of Jeffrey Waldron in Support of Plaintiffs' Motion in Limine No. 6 to Exclude Testimony and Evidence that a Plaintiff Transferred an** |

| | |
|---|---|
| | **Exclusive Right in a Work** |
| 6-1 | Exhibit 1 Submitted in Support of Plaintiffs' Motion in Limine No. 6—Vision Films Distribution Agreement signed by Nayomi Cooper, dated February 14, 2018, bearing production number UNIGLOBE_0000010256 |
| 7 | **Declaration of Jeffrey Waldron in Support of Plaintiffs' Motion in Limine No.7 to Exclude Testimony Related to the Marginal Cost of Adding Additional Reference Files to the Content ID Database** |
| 7-1 | Exhibit 1 Submitted in Support of Plaintiffs' Motion in Limine No. 7— Excerpts of the July 5, 2022, deposition of Fabio Magagna |
| 7-2 | Exhibit 2 Submitted in Support of Plaintiffs' Motion in Limine No. 7— Excerpts of Plaintiffs' First Set of Requests for the Production of Documents to Defendants, No. 23, dated October 28, 2020 |
| 7-3 | Exhibit 3 Submitted in Support of Plaintiffs' Motion in Limine No. 7— A document downloaded from https://www.blog.google/documents/27/How_Google_Fights_Piracy_2018.pdf/ (last accessed April 27, 2023) entitled "How Google Fights Piracy," dated November 2018, that was produced in black and white as a document bearing on its first page production number GOOGSCHNDR-00021221 |
| 7-4 | Exhibit 4 Submitted in Support of Plaintiffs' Motion in Limine No. 7— Document converted from an Excel spreadsheet that was produced bearing production number GOOG-SCHNDR- 00040616 in its native form |
| 8 | **Declaration of Travis Silva in Support of Defendants' Oppositions to Plaintiffs' Motions in Limine** |
| 8-1 | Exhibit 1 Submitted in Support of Defendants' Opposition to Plaintiffs' Motion in Limine Nos. 1 & 2— Excerpt from the deposition of Kevin Zhu dated June 21, 2022 |
| 8-3A | Exhibit 3A Submitted in Support of Defendants' Opposition to Plaintiffs' Motion in Limine No. 3— Publishing License Agreement between "A" Side Music LLC d/b/a Modern Works Music Publishing and Google Inc, dated April 30, 2014, and bates numbered GOOG-SCHNDR-00002434–2452 |

| | |
|---|---|
| 8-3B | Exhibit 3B Submitted in Support of Defendants' Opposition to Plaintiffs' Motion in Limine No. 3— Excerpt from the deposition of Joanne Suk dated July 14, 2022 |
| 8-4A | Exhibit 4A Submitted in Support of Defendants' Opposition to Plaintiffs' Motion in Limine No. 4— Plaintiff's Preliminary List of Infringements dated February 1, 2022 |
| 8-4B | Exhibit 4B Submitted in Support of Defendants' Opposition to Plaintiffs' Motion in Limine No. 4— Excerpt from the deposition of Namrata Singh Gujral Cooper dated June 30, 2022 |
| 8-5 | Exhibit 5 Submitted in Support of Defendants' Opposition to Plaintiffs' Motion in Limine Nos. 3 & 5— Correspondence from Lauren White to Carol O'Keefe dated October 25, 2022 |
| 8-7A | Exhibit 7A Submitted in Support of Defendants' Opposition to Plaintiffs' Motion in Limine No. 7— Excerpt from Defendants and Counterclaimants YouTube, LLC and Google LLC's Responses and Objections to Plaintiff Maria Schneider's First Set of Interrogatories (Nos. 1-14) dated December 17, 2020 |
| 8-7B | Exhibit 7B Submitted in Support of Defendants' Opposition to Plaintiffs' Motion in Limine No. 7— Excerpt from the deposition of David Rosenstein dated July 1, 2022 |
| 8-7C | Exhibit 7C Submitted in Support of Defendants' Opposition to Plaintiffs' Motion in Limine No. 7— Excerpt from Defendant and Counterclaimant YouTube, LLC's Responses and Objections to Plaintiffs' Notice of Deposition to YouTube, LLC Pursuant to F.R.C.P. 30(b)(6) dated June 20, 2022 |
| 8-7D | Exhibit 7D Submitted in Support of Defendants' Opposition to Plaintiffs' Motion in Limine No. 7— Correspondence from Demetri Blaisdell to Lauren White dated March 25, 2022 |