# EXHIBIT 1

| | |
|---|---|
| George A. Zelcs* | Joshua Irwin Schiller, CA Bar #330653 |
| *gzelcs@koreintillery.com* | *jischiller@bsfllp.com* |
| Randall P. Ewing, Jr.* | **BOIES SCHILLER FLEXNER LLP** |
| *rewing@koreintillery.com* | 44 Montgomery Street, 41st Floor |
| Ryan Z. Cortazar* | San Francisco, CA 94104 |
| *rcortazar@koreintillery.com* | Telephone: (415) 293-6800 |
| **KOREIN TILLERY, LLC** | Facsimile: (415) 293-6899 |
| 205 North Michigan, Suite 1950 | |
| Chicago, IL 60601 | Philip C. Korologos* |
| Telephone: (312) 641-9750 | *pkorologos@bsfllp.com* |
| Facsimile: (312) 641-9751 | Joanna Wright* |
| | *jwright@bsfllp.com* |
| Stephen M. Tillery* | Jeffrey Waldron* |
| *stillery@koreintillery.com* | *jwaldron@bsfllp.com* |
| Steven M. Berezney, CA Bar #329923 | **BOIES SCHILLER FLEXNER LLP** |
| *sberezney@koreintillery.com* | 55 Hudson Yards, 20th Floor |
| Carol O'Keefe* | New York, NY 10001 |
| *cokeefe@koreintillery.com* | Telephone: (212) 446-2300 |
| **KOREIN TILLERY, LLC** | Facsimile: (212) 446-2350 |
| 505 North 7th Street, Suite 3600 | |
| St. Louis, MO 63101 | |
| Telephone: (314) 241-4844 | |
| Facsimile: (314) 241-3525 | |

* Admitted *pro hac vice*

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING, LTD., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>Defendants. | Case No. 3:20-cv-04423-JD<br><br>**DECLARATION OF JEFFREY WALDRON IN SUPPORT OF PLAINTIFFS' MOTION IN LIMINE NO. 1 TO EXCLUDE EVIDENCE OF THE NUMBER OF TAKEDOWN NOTICES YOUTUBE RECEIVES DIRECTED AT PRIVATE OR UNLISTED VIDEOS**<br><br>Date:     May 25, 2023<br>Time:    1:30 p.m.<br>Dept.:    11<br>Judge:    Hon. James Donato |

I, Jeffrey Waldron, declare as follows:

1. I am an attorney at Boies Schiller Flexner LLP, co-counsel to Plaintiffs and putative class representatives Maria Schneider, Uniglobe Entertainment, LLC, and AST Publishing, Ltd. I make this declaration in support of Plaintiffs' Motion in Limine No. 1 to Exclude Evidence of the Number of Takedown Notices YouTube receives directed at Private or Unlisted Videos. I have knowledge of the facts stated herein from my personal knowledge and, if called as a witness, I could and would competently testify thereto.

2. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts of Plaintiffs' First Set of Requests for the Production of Documents to Defendants Nos. 70 and 75, dated October 28, 2020.

3. Attached hereto as **Exhibit 2** is a true and correct copy of excerpts of Plaintiffs' First Set of Interrogatories Nos. 3 and 4, dated October 28, 2020.

4. Attached hereto as **Exhibit 3** is a true and correct copy of Defendants' Amended Responses and Objections to Plaintiff Maria Schneider's Interrogatories Nos. 3, 4 and 7, dated June 17, 2022.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 27th day of April, 2023 at New York, New York.

　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Jeffrey Waldron*
　　　　　　　　　　　　　　　　　　　　　　　　　Jeffrey Waldron

**ATTESTATION**

My user ID and password are being used in the electronic filing of this document and, in compliance with N.D. Cal. Civil L.R. 5-1(h)(3), I hereby attest that concurrence in the filing of the document has been obtained from each of the other Signatories.

　　　　　　　　　　　　　　　　　　　　　　*/s/ Philip Korologos*
　　　　　　　　　　　　　　　　　　　　　　Philip Korologos

# EXHIBIT 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| MARIA SCHNEIDER and PIRATE MONITOR LTD, individually and on behalf of all others similarly situated;<br><br>Plaintiffs,<br><br>vs.<br><br>YOUTUBE, LLC; GOOGLE LLC; and ALPHABET INC.;<br><br>Defendants. | Case Number: 3:20-cv-04423-JD<br><br>**PLAINTIFFS' FIRST SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS TO DEFENDANTS YOUTUBE, LLC AND GOOGLE LLC** |

Pursuant to Federal Rules of Civil Procedure 26 and 34, Plaintiffs Maria Schneider and Pirate Monitor LTD ("Pirate Monitor"), by their attorneys Boies Schiller Flexner LLP and Korein Tillery, LLC, request that Defendants, YouTube, LLC ("YouTube") and Google LLC ("Google") respond to the following document requests (the "Requests") within thirty days of service and produce responsive documents, and afterwards supplement such production as may become necessary to comply with the requirements of Rule 26(e) of the Federal Rules of Civil Procedure.

**DEFINITIONS**

1. The words and phrases used in these Requests shall have the meanings ascribed to them under the Federal Rules of Civil Procedure, unless otherwise stated. All definitions herein include both the singular and plural.

2. "And" and "Or" shall be construed either disjunctively or conjunctively as necessary to bring within the scope of the discovery request all responses that might otherwise

   c) Videos posted to Your platform, Including any videos that a User chose to remove;

   d) Policies related to copyright;

   e) Repeat Infringers;

   f) Access to Content ID.

**REQUEST NO. 70**

All Documents You intend to use in support of Your affirmative defenses.

**REQUEST NO. 71**

All Documents supporting Your claim that "Pirate Monitor has misused the YouTube service and engaged in a fraudulent scheme to obtain access to YouTube's copyright management systems," as stated in Paragraph 1 of Your Counterclaims.

**REQUEST NO. 72**

All Documents supporting Your claim that Pirate Monitor "intended to fool YouTube into believing that Pirate Monitor could be trusted not to abuse YouTube's powerful copyright management tools, Including Content ID," as stated in Paragraph 1 of Your Counterclaims.

**REQUEST NO. 73**

Documents sufficient to identify all Persons You claim spent time "processing Pirate Monitor's bogus takedowns and investigating its misconduct."

**REQUEST NO. 74**

All Documents subject to Your preservation efforts and obligations in relation to this Lawsuit.

**REQUEST NO. 75**

All Documents Concerning Your claim that You are entitled to one or more safe harbors under the DMCA for the allegations in this Lawsuit.

**REQUEST NO. 76**

All Documents identified in Your Initial Disclosures, Including Documents identified in any subsequent amendments to Your Initial Disclosures.

**REQUEST NO. 77**

All Documents Concerning any insurance policies relevant to this action, Including the policy through IMI Assurance Inc. identified in Your Initial Disclosures.

DATED:    New York, New York
          October 28, 2020

By:    */s/ Joshua Irwin Schiller*

George A. Zelcs *(pro hac vice)*
Randall P. Ewing, Jr. *(pro hac vice)*
Ryan Z. Cortazar *(pro hac vice)*
**KOREIN TILLERY, LLC**
205 North Michigan, Suite 1950
Chicago, IL  60601
Telephone: (312) 641-9750
Facsimile: (312) 641-9751

Stephen M. Tillery (*pro hac vice*)
Steven M. Berezney, CA Bar #329923
Michael E. Klenov, CA Bar #277028
Carol O'Keefe *(pro hac vice)*
**KOREIN TILLERY, LLC**
505 North 7th Street, Suite 3600
St. Louis, MO  63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

Joshua Irwin Schiller, CA Bar #330653
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery St., 41st Floor
San Francisco, CA  94104
Phone: (415) 293-6800
Fax: (415) 293-6899

Philip C. Korologos *(pro hac vice)*
Joanna C. Wright *(pro hac vice)*
**BOIES SCHILLER FLEXNER LLP**
55 Hudson Yards, 20th Floor
New York, NY  10001
Phone: (212) 446-2300
Fax: (212) 446-2350

*Attorneys for Maria Schneider and
Pirate Monitor LTD*

# CERTIFICATE OF SERVICE

I hereby certify that the following counsel of record were served by email on October 28, 2020:

> DAVID H. KRAMER
> dkramer@wsgr.com
> MAURA L. REES
> mrees@wsgr.com
> LAUREN GALLO WHITE
> lwhite@wsgr.com
> WILSON SONSINI GOODRICH & ROSATI
> Professional Corporation
> 650 Page Mill Road
> Palo Alto, CA 94304-1050
> Telephone: (650) 493-9300
> Facsimile:  (650) 565-5100
>
> *Attorneys for Defendants and Counterclaimants*
> YOUTUBE, LLC and GOOGLE LLC

/s/ *Demetri Blaisdell*
Demetri Blaisdell

# EXHIBIT 2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA SCHNEIDER and PIRATE MONITOR LTD, individually and on behalf of all others similarly situated;<br><br>Plaintiffs,<br><br>vs.<br><br>YOUTUBE, LLC; GOOGLE LLC; and ALPHABET INC.;<br><br>Defendants. | Case Number: 3:20-cv-04423-JD<br><br>**PLAINTIFF MARIA SCHNEIDER'S FIRST SET OF INTERROGATORIES TO DEFENDANTS YOUTUBE, LLC AND GOOGLE LLC** |

Pursuant to Federal Rules of Civil Procedure 26 and 33, Plaintiff Maria Schneider, by her attorneys Boies Schiller Flexner LLP and Korein Tillery, LLC, serves the following Interrogatories on Defendants YouTube, LLC ("YouTube") and Google LLC ("Google"). Verified written responses must be provided within thirty days of service.

**DEFINITIONS**

1. The words and phrases used in these Requests shall have the meanings ascribed to them under the Federal Rules of Civil Procedure, unless otherwise stated. All definitions herein include both the singular and plural.

2. "And" and "Or" shall be construed either disjunctively or conjunctively as necessary to bring within the scope of the discovery request all responses that might otherwise be construed to be outside of its scope.

3. "Answer" means the Defendants' answer filed on September 21, 2020.

**INTERROGATORY NO. 3**

State the bases (including all facts and the application of law to fact) for Your contention that Defendants are not liable for any alleged infringement that arises by reason of the storage at the direction of users of material residing on the YouTube service.

**INTERROGATORY NO. 4**

State the bases (including all facts and the application of law to fact) for Your contention that Defendants are entitled to the safe harbor from liability for copyright infringement under 17 U.S.C. § 512.

**INTERROGATORY NO. 5**

Describe in detail every step of the video file upload process You describe in the Answer at Paragraph 33, including all changes to Metadata that take place during the process of uploading a video to Your platform and the number of copies and location of all copies that are made of each video. If the video file upload process has changed during the Relevant Period, describe in detail every step of the process that is in use or was in use at any time during the Relevant Period, including the time period during which each process was in use.

**INTERROGATORY NO. 6**

Describe in detail all procedures or means of raising challenges to copyright infringement for videos posted on Your platform other than through the Content ID System or via Takedown Notices. If these procedures or means of raising challenges have changed during the Relevant Period, describe in detail all procedures that are in use or were in use at any time during the Relevant Period, including the time period during which each procedure was in place.

**INTERROGATORY NO. 7**

State the bases (including all facts and the application of law to fact) for Your contention that Defendants do not have actual or constructive knowledge that uploaded videos infringing Plaintiffs' copyrights are routinely publicly performed, publicly displayed, distributed, and/or reproduced on YouTube. If the bases differ for YouTube or Google, state the bases for each Defendant separately.

DATED:   New York, New York

October 28, 2020

By:   /s/ Joshua Irwin Schiller

George A. Zelcs *(pro hac vice)*
Randall P. Ewing, Jr. *(pro hac vice)*
Ryan Z. Cortazar *(pro hac vice)*
**KOREIN TILLERY, LLC**
205 North Michigan, Suite 1950
Chicago, IL  60601
Telephone: (312) 641-9750
Facsimile: (312) 641-9751

Stephen M. Tillery (*pro hac vice*)
Steven M. Berezney, CA Bar #329923
Michael E. Klenov, CA Bar #277028
Carol O'Keefe *(pro hac vice)*
**KOREIN TILLERY, LLC**
505 North 7th Street, Suite 3600
St. Louis, MO  63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

Joshua Irwin Schiller, CA Bar #330653
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery St., 41st Floor
San Francisco, CA  94104
Phone: (415) 293-6800
Fax: (415) 293-6899

Philip C. Korologos *(pro hac vice)*
Joanna C. Wright *(pro hac vice)*
**BOIES SCHILLER FLEXNER LLP**
55 Hudson Yards, 20th Floor
New York, NY  10001
Phone: (212) 446-2300
Fax: (212) 446-2350

*Attorneys for Maria Schneider and Pirate Monitor LTD*

| Plaintiff Maria Schneider's First Set Interrogatories to Defendants | Page **11** of **12** | Case No. 3:20-cv-04423-JD |
|---|---|---|

# CERTIFICATE OF SERVICE

I hereby certify that the following counsel of record were served by email on October 28, 2020:

>DAVID H. KRAMER
>dkramer@wsgr.com
>MAURA L. REES
>mrees@wsgr.com
>LAUREN GALLO WHITE
>lwhite@wsgr.com
>WILSON SONSINI GOODRICH & ROSATI
>Professional Corporation
>650 Page Mill Road
>Palo Alto, CA 94304-1050
>Telephone: (650) 493-9300
>Facsimile:  (650) 565-5100
>
>*Attorneys for Defendants and Counterclaimants*
>YOUTUBE, LLC and GOOGLE LLC

                                                  */s/ Demetri Blaisdell*
                                                  Demetri Blaisdell

# EXHIBIT 3
Filed Under Seal