# EXHIBIT 3

George A. Zelcs*
  gzelcs@koreintillery.com
Randall P. Ewing, Jr.*
  rewing@koreintillery.com
Ryan Z. Cortazar*
  rcortazar@koreintillery.com
**KOREIN TILLERY, LLC**
205 North Michigan, Suite 1950
Chicago, IL 60601
Telephone: (312) 641-9750
Facsimile: (312) 641-9751

Stephen M. Tillery*
  stillery@koreintillery.com
Steven M. Berezney, CA Bar #329923
  sberezney@koreintillery.com
Carol O'Keefe*
  cokeefe@koreintillery.com
**KOREIN TILLERY, LLC**
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

* Admitted *pro hac vice*

*Attorneys for Plaintiffs*

Joshua Irwin Schiller, CA Bar #330653
  jischiller@bsfllp.com
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293-6800
Facsimile: (415) 293-6899

Philip C. Korologos*
  pkorologos@bsfllp.com
Joanna Wright*
  jwright@bsfllp.com
Jeffrey Waldron*
  jwaldron@bsfllp.com
**BOIES SCHILLER FLEXNER LLP**
55 Hudson Yards, 20th Floor
New York, NY 10001
Telephone: (212) 446-2300
Facsimile: (212) 446-2350

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING, LTD., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>Defendants. | Case No. 3:20-cv-04423-JD<br><br>**DECLARATION OF JEFFREY WALDRON IN SUPPORT OF PLAINTIFFS' MOTION IN LIMINE NO. 3 TO EXCLUDE EVIDENCE THAT CERTAIN YOUTUBE CONTRACTS PERMIT USERS TO UPLOAD COPYRIGHTED MATERIAL WITHOUT AUTHORIZATION**<br><br>Date:      May 25, 2023<br>Time:      1:30 p.m.<br>Dept.:     11<br>Judge:     Hon. James Donato |

I, Jeffrey Waldron, declare as follows:

1. I am an attorney at Boies Schiller Flexner LLP, co-counsel to Plaintiffs and putative class representatives Maria Schneider, Uniglobe Entertainment, LLC, and AST Publishing, Ltd. I make this declaration in support of Plaintiffs' Motion in Limine No. 3 to Exclude Evidence that Certain YouTube Contracts Permit Users to Upload Copyrighted Material without Authorization. I have knowledge of the facts stated herein from my personal knowledge and, if called as a witness, I could and would competently testify thereto.

2. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts of the July 14, 2022, deposition of Joanne Suk.

3. Attached hereto as **Exhibit 2** is a true and correct copy of Defendants' Amended Disclosures, dated June 9, 2022.

4. Attached hereto as **Exhibit 3** is a true and correct copy of a Content Licensing Agreement dated September 15, 2020, bearing production number GOOG-SCHNDR-00020659.

5. Attached hereto as **Exhibit 4** is a true and correct copy of Content Identification and Management Agreement, bearing production number GOOG-SCHNDR-00000859.

6. Attached hereto as **Exhibit 5** is a true and correct copy of a Publishing Licensing Agreement, bearing production number GOOG-SCHNDR-00020802.

7. Attached hereto as **Exhibit 6** is a true and correct copy of a Sound Recording and Audiovisual Content License, bearing production number GOOG-SCHNDR-00020862.

8. Attached hereto as **Exhibit 7** is a true and correct copy of YouTube's Terms of Service dated June 9, 2010.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 27th day of April, 2023 at New York, New York.

_____*/s/ Jeffrey Waldron*_____
Jeffrey Waldron

DECLARATION OF JEFFREY WALDRON IN SUPPORT OF PLAINTIFFS' MOTION IN LIMINE NO. 3 TO EXCLUDE EVIDENCE THAT CERTAIN YOUTUBE CONTRACTS PERMIT ITS USERS TO UPLOAD COPYRIGHTED MATERIAL WITHOUT AUTHORIZATION

1

**ATTESTATION**

2     My user ID and password are being used in the electronic filing of this document and, in

3 compliance with N.D. Cal. Civil L.R. 5-1(h)(3), I hereby attest that concurrence in the filing of the

4 document has been obtained from each of the other Signatories.

5

6                                                     */s/ Philip Korologos*
                                                     Philip Korologos

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT 1

Filed Under Seal

# EXHIBIT 2

1   DAVID H. KRAMER, SBN 168452              BRIAN M. WILLEN (admitted *Pro Hac Vice*)
    MAURA L. REES, SBN 191698               WILSON SONSINI GOODRICH & ROSATI
2   LAUREN GALLO WHITE, SBN 309075          Professional Corporation
    WILSON SONSINI GOODRICH & ROSATI        1301 Avenue of the Americas, 40th Floor
3   Professional Corporation                New York, NY 10019-6022
    650 Page Mill Road                      Telephone: (212) 999-5800
4   Palo Alto, CA 94304-1050                Facsimile: (212) 999-5801
    Telephone: (650) 493-9300               Email: bwillen@wsgr.com
5   Facsimile: (650) 565-5100
    Email: dkramer@wsgr.com
6          mrees@wsgr.com
           lwhite@wsgr.com
7

8   Attorneys for Defendants and Counterclaimants
    YOUTUBE, LLC and GOOGLE LLC

9                UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                 SAN FRANCISCO DIVISION

12

13  MARIA SCHNEIDER, UNIGLOBE          )   CASE NO.: 3:20-cv-04423-JD
    ENTERTAINMENT, LLC, and AST        )
14  PUBLISHING LTD., individually and on )  **AMENDED DISCLOSURES OF**
    behalf of all others similarly situated, )  **DEFENDANTS AND**
15                                      )   **COUNTERCLAIMANTS YOUTUBE,**
                                        )   **LLC AND GOOGLE LLC**
16              Plaintiffs,             )
                                        )
17         v.                           )   Judge: Hon. James Donato
                                        )
18  YOUTUBE, LLC and GOOGLE LLC,        )
                                        )
19              Defendants.            )
                                        )
20                                      )
    _____ )
21                                      )
    YOUTUBE, LLC and GOOGLE LLC,        )
22                                      )
                                        )
23              Counterclaimants,       )
                                        )
24         v.                           )
                                        )
25  PIRATE MONITOR LTD, PIRATE          )
    MONITOR LLC, and GÁBOR CSUPÓ,       )
26                                      )
                                        )
27              Counterclaim Defendants. )
                                        )
28  _____ )

Pursuant to Federal Rule of Civil Procedure 26(a)(1), Defendants and Counterclaimants YouTube, LLC ("YouTube") and Google LLC ("Google") (collectively, "Defendants") provide the following amended disclosures ("Disclosures") to Plaintiffs Maria Schneider, Uniglobe Entertainment LLC, AST Publishing Ltd. ("Plaintiffs"), and Counterclaim Defendants Pirate Monitor LTD, Pirate Monitor LLC, and Gábor Csupó ("Counterclaim Defendants").

## I.      RIGHT TO CLARIFY, AMEND, MODIFY, AND SUPPLEMENT

These Disclosures are made to the best of Defendants' present knowledge, information, and belief, formed after an inquiry that is reasonable under the circumstances. Plaintiffs were ordered by the Court to identify, by dates certain, a final list of copyrighted works they claim to have been infringed, and a final list of videos that allegedly infringed those works. *See* Scheduling Order, ECF No. 98 (Nov. 16, 2021). Those deadlines passed months ago, but as recently as May 10, 2022, Plaintiff served a letter purporting to revoke certain copyrighted works and to add new ones. Defendants do not believe these attempted additions and subtractions from the case are valid, but the attempted, belated changes prevent Defendants from determining the precise nature of the documents or witnesses they may need to respond to Plaintiffs' claims.

Accordingly, Defendants have not yet completed their investigation, collection of information, discovery, or analysis relating to this action, and they reserve the right to clarify, amend, modify, and supplement the information contained in these Disclosures and to rely on and use any such additional information: if and when Defendants obtain additional information, if the scope of the case changes, or to the extent required by the Federal Rules of Civil Procedure.

These Disclosures are made without waiver of, or prejudice to, any objections Defendants may have. Defendants expressly reserve all such objections, including but not limited to the admissibility in evidence of these Disclosures or the subject matter thereof.

## II.     DISCLOSURES

### 1.   Disclosure Pursuant to 26(a)(1)(A)(i)

Defendants identify the following persons as individuals who may have discoverable information that Defendants may use to support their claims or defenses. In light of their ongoing investigation, Defendants expressly reserve the right to call these witnesses to testify about additional matters or to supplement these Disclosures and call additional witnesses.

| Name / Address / Telephone | Information Topics |
|---|---|
| Maria Schneider (Plaintiff)<br><br>Contact through Plaintiffs' Counsel | The basis for Plaintiffs' claims of infringement in the Complaint; Plaintiff's rights to the copyrighted works at issue; licenses granted by Plaintiff to use the copyrighted works at issue; Plaintiff's use of the YouTube service and Content ID; Plaintiff's representations in connection with the upload and removal of content from the YouTube service; Plaintiff's public statements regarding copyrights, Defendants, and Content ID; Defendants' affirmative defenses. |
| Pirate Monitor LTD (Counterclaim Defendant)<br><br>Contact through Plaintiffs' Counsel | Fraudulent use of YouTube's services by Counterclaim Defendants, their agents, and/or their co-conspirators, including uploads to YouTube of videos containing copyrighted works and issuance of takedown notices to YouTube; communications between and among Counterclaim Defendants, their agents, co-conspirators, and/or YouTube; the PirateMonitor software. |
| David Rosenstein<br><br>Contact through Defendants' Counsel:<br>Wilson Sonsini Goodrich & Rosati<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>(650) 493-9300<br>Attn: Maura L. Rees | Operation of the YouTube service; YouTube's terms and policies governing the use of its service; development, operation, and functionality of YouTube's Content ID technology; YouTube's guidelines for the use of Content ID. |
| Fabio Magagna<br>Julian Bill<br>Lucas Pollack<br><br>Contact through Defendants' Counsel | Development, operation, and functionality of YouTube's Content ID technology; YouTube's guidelines for the use of Content ID. |
| Joanne Suk<br>Alex Holz<br><br>Contact through Defendants' Counsel | YouTube's content licensing agreements and partnerships, including for the works in suit. |

| | |
|---|---|
| Kevin Zhu<br><br>Contact through Defendants' Counsel | YouTube's Digital Millennium Copyright Act (DMCA) takedown policies and procedures; YouTube's repeat infringer policy, and its enforcement of that policy; YouTube's receipt of, and response to, DMCA takedown requests submitted to YouTube by Plaintiffs; Plaintiffs' use of YouTube; videos uploaded to YouTube's service by Plaintiffs; resources that YouTube makes available to copyright owners to request the removal of allegedly infringing content. |
| Thierry Foucu<br><br>Contact through Defendants' Counsel | YouTube's transcoding of user videos. |
| Gábor Csupó<br>(Counterclaim Defendant)<br><br>Contact through Plaintiffs' Counsel | Fraudulent use of YouTube's services by Counterclaim Defendants, their agents, and/or their co-conspirators, including uploads to YouTube of videos containing copyrighted works and issuance of takedown notices to YouTube; communications between and among Counterclaim Defendants, their agents, co-conspirators, and/or YouTube; the PirateMonitor software. |
| Intellectual Property LLC ("IPLLC")<br><br>Contact through Plaintiffs' Counsel | Fraudulent use of YouTube's services by Counterclaim Defendants, their agents, and/or their co-conspirators, including uploads to YouTube of videos containing copyrighted works and issuance of takedown notices to YouTube; communications between and among Counterclaim Defendants, their agents, co-conspirators, and/or YouTube; the PirateMonitor software. |
| Modern Works Music Publishing<br>Dan Coleman, President<br>PO Box 120365<br>Nashville TN 37212<br>(615) 280-0088<br><br>Counsel: Pryor Cashman<br>7 Times Square<br>40th Floor<br>New York, NY 10036 | Administration and licensing of Ms. Schneider's copyrighted works. |
| ASCAP | Administration and licensing of Ms. Schneider's copyrighted works. |
| Uniglobe Entertainment LLC ("Uniglobe")<br>(Plaintiff)<br><br>Contact through Plaintiffs' Counsel | The basis for Plaintiffs' claims of infringement in the Complaint; Plaintiff's rights to the copyrighted works at issue; licenses granted by Plaintiff to use the copyrighted works at issue; Plaintiff's use of the YouTube service and Content ID; Plaintiff's representations in connection with the upload and removal of content from the YouTube service; |

| | |
|---|---|
| | Plaintiff's public statements regarding copyrights, Defendants, and Content ID; Defendants' affirmative defenses. |
| Nayomi Cooper<br><br>Contact through Plaintiffs' Counsel | The basis for Plaintiffs' claims of infringement in the Complaint; Plaintiff's rights to the copyrighted works at issue; licenses granted by Plaintiff to use the copyrighted works at issue; Plaintiff's use of the YouTube service and Content ID; Plaintiff's representations in connection with the upload and removal of content from the YouTube service; Plaintiff's public statements regarding copyrights, Defendants, and Content ID; Defendants' affirmative defenses. |
| AST Publishing Ltd. ("AST") (Plaintiff)<br><br>Contact through Plaintiffs' Counsel | The basis for Plaintiffs' claims of infringement in the Complaint; Plaintiff's rights to the copyrighted works at issue; licenses granted by Plaintiff to use the copyrighted works at issue; Plaintiff's use of the YouTube service and Content ID; Plaintiff's representations in connection with the upload and removal of content from the YouTube service; Plaintiff's public statements regarding copyrights, Defendants, and Content ID; Defendants' affirmative defenses. |
| Maxim Lazovsky<br><br>Contact through Plaintiffs' Counsel | The basis for Plaintiffs' claims of infringement in the Complaint; Plaintiff's rights to the copyrighted works at issue; licenses granted by Plaintiff to use the copyrighted works at issue; Plaintiff's use of the YouTube service and Content ID; Plaintiff's representations in connection with the upload and removal of content from the YouTube service; Plaintiff's public statements regarding copyrights, Defendants, and Content ID; Defendants' affirmative defenses. |
| Association of Copyright Holders, Licensors, and Licenses for the Protection of Copyrights on the Internet ("AZAPI")<br><br>Contact through Plaintiffs' Counsel | Administration and licensing of AST's copyrighted works; AST's communications with YouTube |
| Maxim Ryabyko<br><br>Contact through Plaintiffs' Counsel | Administration and licensing of AST's copyrighted works; AST's communications with YouTube |
| LitRes LLC<br><br>Contact through Plaintiffs' Counsel | Administration and licensing of AST's copyrighted works |
| Sergey Anuryev<br><br>Contact through Plaintiffs' Counsel | Administration and licensing of AST's copyrighted works |

| Sherry Vlahos<br><br>Contact through Defendants' Counsel | Portion of counterclaimants' damages claim under §512(f) consisting of attorneys' fees incurred in this litigation to address Counterclaim Defendants' misconduct |
|---|---|

Defendants also incorporate by reference Plaintiffs' disclosures of individuals allegedly with relevant knowledge.

Others not yet known to Defendants may possess discoverable information that Defendants may use to support their claims and defenses. In particular, because Plaintiffs claim not to have identified with specificity final lists of either the copyrighted works or the allegedly infringing content at issue, despite the Court's Orders requiring such identification long ago, Defendants may not yet know the identity of every person who may have information relevant to their defenses. Accordingly, Defendants may identify and call as witnesses additional persons if, during the course of discovery and investigation relating to this case, Defendants learn that such additional persons have relevant knowledge.

**B.      Disclosure Pursuant to 26(a)(1)(A)(ii)**

Defendants identify the following categories of documents or electronically stored information that may be used to support their claims or defenses:

- YouTube Terms of Service, and applicable policies and public statements, that governed the use of the YouTube service from 2014 on;
- Documents reflecting YouTube's policies and procedures for responding to DMCA takedown notices from copyright owners, including YouTube's repeat infringer policy;
- Documents reflecting resources YouTube makes available to copyright owners to request the removal of allegedly infringing content from YouTube's service;
- Documents reflecting YouTube's administration of its Content ID system;
- Documents relating to the video upload process on YouTube;
- Plaintiffs' and Counterclaim Defendants' use of YouTube, including documents identifying any videos they uploaded to YouTube;
- Documents relating to any works to which Plaintiffs hold the copyrights and that Plaintiffs identify in the Complaint as having been uploaded to YouTube;
- Documents reflecting any YouTube content licensing agreements and partnerships that relate to the copyrighted works that Plaintiffs identify in the Complaint;
- Documents relating to any application by any Plaintiff or Counterclaim Defendant to use YouTube's Content ID system, and YouTube's response to any such application;
- Documents reflecting any DMCA takedown notices or complaints that YouTube received from Plaintiffs, Counterclaim Defendants or their representatives, and any actions YouTube took in response to those notices;

- Documents sufficient to demonstrate YouTube's entitlement to one or more safe harbors under the DMCA with respect to videos about which Plaintiffs complain;
- Any correspondence or other communications between YouTube and Plaintiffs or between Plaintiffs during the relevant time period.

Defendants may assert a claim of privilege or immunity and withhold from production any documents, whether or not included above, that are protected from discovery by the attorney-client privilege, work product protection, or any other privilege or immunity. Defendants may also identify, disclose, and use additional documents to support their claims and defenses based on information learned during the course of this litigation.

### C.      Disclosure Pursuant to 26(a)(1)(A)(iii)

Defendants/Counterclaimants are entitled to damages resulting from Counterclaim Defendants' breach of the parties' agreement and fraud or in the alternative from its violations of 17 U.S.C. § 512(f). Defendants/Counterclaimants do not know the full extent of those misrepresentations because Counterclaim Defendants appear to have created YouTube accounts and uploaded videos using myriad false identities. Based on what Defendants/Counterclaimants have been able to discern thus far, however, Counterclaim Defendants' scheme involved the upload and takedown of hundreds or thousands of videos. YouTube calculates its actual damages as between $140,000 – $165,000. That amount is based on an estimated $20,000 – $25,000 in costs to respond to and investigate Counterclaim Defendants' misconduct (calculated by multiplying individuals' hourly rates by the number of person hours spent investigating and responding to Counterclaim Defendants' bogus takedowns and misconduct), plus $120,000 – $140,000 in attorneys' fees thus far incurred to further investigate and pursue claims against Counterclaim Defendants. Further, YouTube is entitled to punitive damages for Counterclaim Defendants' fraud. YouTube reserves the right to revise and supplement its damages calculation as new information comes to light.

### D.      Disclosure Pursuant to 26(a)(1)(A)(iv)

Google has no insurance policy to disclose under Rule 26(a)(1)(A)(iv).

1    Dated: June 9, 2022                      WILSON SONSINI GOODRICH & ROSATI
                                              Professional Corporation
2

3
                                              By: */s/ Maura L. Rees*
4                                                     Maura L. Rees

5                                             DAVID H. KRAMER, SBN 168452
                                              MAURA L. REES, SBN 191698
6                                             LAUREN GALLO WHITE, SBN 309075
                                              WILSON SONSINI GOODRICH & ROSATI
7                                             Professional Corporation
                                              650 Page Mill Road
8                                             Palo Alto, CA 94304-1050
                                              Telephone: (650) 493-9300
9                                             Facsimile: (650) 565-5100
                                              Email: dkramer@wsgr.com
10                                            Email: mrees@wsgr.com
                                              Email: lwhite@wsgr.com
11

12                                            BRIAN M. WILLEN (admitted *Pro Hac Vice*)
                                              WILSON SONSINI GOODRICH & ROSATI
13                                            Professional Corporation
                                              1301 Avenue of the Americas, 40th Floor
14                                            New York, NY 10019-6022
                                              Telephone: (212) 999-5800
15                                            Facsimile: (212) 999-5801
                                              Email: bwillen@wsgr.com
16

17                                            Attorneys for Defendants and Counterclaimants
                                              YOUTUBE, LLC and GOOGLE LLC
18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I, Shallen Torrez, declare:

I am employed in Santa Clara County, State of California. I am over the age of 18 years and not a party to the within action. My business address is Wilson Sonsini Goodrich & Rosati, 650 Page Mill Road, Palo Alto, California 94304-1050.

On this date, I served:

1.    **AMENDED DISCLOSURES OF DEFENDANTS YOUTUBE, LLC AND GOOGLE LLC**

☒     By forwarding the document(s) by electronic transmission on this date to the Internet email address listed below:

BSFYouTube@bsfllp.com and Ktyoutube@koreintillery.com

I am readily familiar with Wilson Sonsini Goodrich & Rosati's practice for collection and processing of documents for delivery according to instructions indicated above. In the ordinary course of business, documents would be handled accordingly.

I declare under penalty of perjury under the laws of the United States of America and State of California that the foregoing is true and correct. Executed at Sunnyvale, California on June 9, 2022.

*/s/ Shallen Torrez*
Shallen Torrez

# EXHIBIT 3

Filed Under Seal

# EXHIBIT 4
Filed Under Seal

# EXHIBIT 5
Filed Under Seal

# EXHIBIT 6

Filed Under Seal

# EXHIBIT 7

# Terms of Service

## 1. Your Acceptance

A. By using or visiting the YouTube website or any YouTube products, software, data feeds, and services provided to you on, from, or through the YouTube website (collectively the "Service") you signify your agreement to (1) these terms and conditions (the "Terms of Service"), (2) Google's Privacy Policy, found at www.youtube.com/t/privacy and incorporated herein by reference, and (3) YouTube's Community Guidelines, found at www.youtube.com/t/community_guidelines and also incorporated herein by reference. If you do not agree to any of these terms, the Google Privacy Policy, or the Community Guidelines, please do not use the Service.

B. Although we may attempt to notify you when major changes are made to these Terms of Service, you should periodically review the most up-to-date version www.youtube.com/t/terms). YouTube may, in its sole discretion, modify or revise these Terms of Service and policies at any time, and you agree to be bound by such modifications or revisions. Nothing in these Terms of Service shall be deemed to confer any third-party rights or benefits.

## 2. Service

A. These Terms of Service apply to all users of the Service, including users who are also contributors of Content on the Service. "Content" includes the text, software, scripts, graphics, photos, sounds, music, videos, audiovisual combinations, interactive features and other materials you may view on, access through, or contribute to the Service. The Service includes all aspects of YouTube, including but not limited to all products, software and services offered via the YouTube website, such as the YouTube channels, the YouTube "Embeddable Player," the YouTube "Uploader" and other applications.

B. The Service may contain links to third party websites that are not owned or controlled by YouTube. YouTube has no control over, and assumes no responsibility for, the content, privacy policies, or practices of any third party websites. In addition, YouTube will not and cannot censor or edit the content of any third-party site. By using the Service, you expressly relieve YouTube from any and all liability arising from your use of any third-party website.

C. Accordingly, we encourage you to be aware when you leave the Service and to read the terms and conditions and privacy policy of each other website that you visit.

## 3. YouTube Accounts

A. In order to access some features of the Service, you will have to create a YouTube or Google account. You may never use another's account without permission. When creating your account, you must provide accurate and complete information. You are solely responsible for the activity that occurs on your account, and you must keep your account password secure. You must notify YouTube immediately of any breach of security or unauthorized use of your account.

B. Although YouTube will not be liable for your losses caused by any unauthorized use of your account, you may be liable for the losses of YouTube or others due to such unauthorized use.

## 4. General Use of the Service—Permissions and Restrictions

YouTube hereby grants you permission to access and use the Service as set forth in these Terms of Service, provided that:

A. You agree not to distribute in any medium any part of the Service or the Content without YouTube's prior written authorization, unless YouTube makes available the means for such distribution through functionality offered by the Service (such as the Embeddable Player).

B. You agree not to alter or modify any part of the Service.

C. You agree not to access Content through any technology or means other than the video playback pages of the Service itself, the Embeddable Player, or other explicitly authorized means YouTube may designate.

D. You agree not to use the Service for any of the following commercial uses unless you obtain YouTube's prior written approval:
 • the sale of access to the Service;
 • the sale of advertising, sponsorships, or promotions placed on or within the Service or Content; or
 • the sale of advertising, sponsorships, or promotions on any page of an ad-enabled blog or website containing Content delivered via the Service, unless other material not obtained from YouTube appears on the same page and is of sufficient value to be the basis for such sales.

E. Prohibited commercial uses do not include:
 • uploading an original video to YouTube, or maintaining an original channel on YouTube, to promote your business or artistic enterprise;
 • showing YouTube videos through the Embeddable Player on an ad-enabled blog or website, subject to the advertising restrictions set forth above in Section 4.D; or
 • any use that YouTube expressly authorizes in writing.

(For more information about what constitutes a prohibited commercial use, see our FAQ.)

F. If you use the Embeddable Player on your website, you may not modify, build upon, or block any portion or functionality of the Embeddable Player, including but not limited to links back to the YouTube website.

G. If you use the YouTube Uploader, you agree that it may automatically download and install updates from time to time from YouTube. These updates are designed to improve, enhance and further develop the Uploader and may take the form of bug fixes, enhanced functions, new software modules and completely new versions. You agree to receive such updates (and permit YouTube to deliver these to you) as part of your use of the Uploader.

H. You agree not to use or launch any automated system, including without limitation, "robots," "spiders," or "offline readers," that accesses the Service in a manner that sends more request messages to the YouTube servers in a given period of time than a human can reasonably produce in the same period by using a conventional on-line web browser. Notwithstanding the foregoing, YouTube grants the operators of public search engines permission to use spiders to copy materials from the site for the sole purpose of and solely to the extent necessary for creating publicly available searchable indices of the materials, but not caches or archives of such materials. YouTube reserves the right to revoke these exceptions either generally or in specific cases. You agree not to collect or harvest any personally identifiable information, including account names, from the Service, nor to use the communication systems provided by the Service (e.g., comments, email) for any commercial solicitation purposes. You agree not to solicit, for commercial purposes, any users of the Service with respect to their Content.

I. In your use of the Service, you will comply with all applicable laws.

J. YouTube reserves the right to discontinue any aspect of the Service at any time.

## 5. Your Use of Content

In addition to the general restrictions above, the following restrictions and conditions apply specifically to your use of Content.

A. The Content on the Service, and the trademarks, service marks and logos ("Marks") on the Service, are owned by or licensed to YouTube, subject to copyright and other intellectual property rights under the law.

B. Content is provided to you AS IS. You may access Content for your information and personal use solely as intended through the provided functionality of the Service and as permitted under these Terms of Service. You shall not download any Content unless you see a "download" or similar link displayed by YouTube on the Service for that Content. You shall not copy, reproduce, distribute, transmit, broadcast, display, sell, license, or otherwise exploit any Content for any other purposes without the prior written consent of YouTube or the respective licensors of the Content. YouTube and its licensors reserve all rights not expressly granted in and to the Service and the Content.

C. You agree not to circumvent, disable or otherwise interfere with security-related features of the Service or features that prevent or restrict use or copying of any Content or enforce limitations on use of the Service or the Content therein.

D. You understand that when using the Service, you will be exposed to Content from a variety of sources, and that YouTube is not responsible for the accuracy, usefulness, safety, or intellectual property rights of or relating to such Content. You further understand and acknowledge that you may be exposed to Content that is inaccurate, offensive, indecent, or objectionable, and you agree to waive, and hereby do waive, any legal or equitable rights or remedies you have or may have against YouTube with respect thereto, and, to the extent permitted by applicable law, agree to indemnify and hold harmless YouTube, its owners, operators, affiliates, licensors, and licensees to the fullest extent allowed by law regarding all matters related to your use of the Service.

## 6. Your Content and Conduct

A. As a YouTube account holder you may submit Content to the Service, including videos and user comments. You understand that YouTube does not guarantee any confidentiality with respect to any Content you submit.

B. You shall be solely responsible for your own Content and the consequences of submitting and publishing your Content on the Service. You affirm, represent, and warrant that you own or have the necessary licenses, rights, consents, and permissions to publish Content you submit; and you license to YouTube all patent, trademark, trade secret, copyright or other proprietary rights in and to such Content for publication on the Service pursuant to these Terms of Service.

C. For clarity, you retain all of your ownership rights in your Content. However, by submitting Content to YouTube, you hereby grant YouTube a worldwide, non-exclusive, royalty-free, sublicenseable and transferable license to use, reproduce, distribute, prepare derivative works of, display, and perform the Content in connection with the Service and YouTube's (and its successors' and affiliates') business, including without limitation for promoting and redistributing part or all of the Service (and derivative works thereof) in any media formats and through any media channels. You also hereby grant each user of the Service a non-exclusive license to access your Content through the Service, and to use, reproduce, distribute, display and perform such Content as permitted through the functionality of the Service and under these Terms of Service. The above licenses granted by you in video Content you submit to the Service terminate within a commercially reasonable time after you remove or delete your videos from the Service. You understand and agree, however, that YouTube may retain, but not display, distribute, or perform, server copies of your videos that have been removed or deleted. The above licenses granted by you in user comments you submit are perpetual and irrevocable.

D. You further agree that Content you submit to the Service will not contain third party copyrighted material, or material that is subject to other third party proprietary rights, unless you have permission from the rightful owner of the material or you are otherwise legally entitled to post the material and to grant YouTube all of the license rights granted herein.

E. You further agree that you will not submit to the Service any Content or other material that is contrary to the YouTube Community Guidelines, currently found at www.youtube.com/t/community_guidelines, which may be updated from time to time, or contrary to applicable local, national, and international laws and regulations.

F. YouTube does not endorse any Content submitted to the Service by any user or other licensor, or any opinion, recommendation, or advice expressed therein, and YouTube expressly disclaims any and all liability in connection with Content. YouTube does not permit copyright infringing activities and infringement of intellectual property rights on the Service, and YouTube will remove all Content if properly notified that such Content infringes on another's intellectual property rights. YouTube reserves the right to remove Content without prior notice.

## 7. Account Termination Policy

A. YouTube will terminate a user's access to the Service if, under appropriate circumstances, the user is determined to be a repeat infringer.

GOOG-SCHNDR-00034933

B. YouTube reserves the right to decide whether Content violates these Terms of Service for reasons other than copyright infringement, such as, but not limited to, pornography, obscenity, or excessive length. YouTube may at any time, without prior notice and in its sole discretion, remove such Content and/or terminate a user's account for submitting such material in violation of these Terms of Service.

## 8. Digital Millennium Copyright Act

A. If you are a copyright owner or an agent thereof and believe that any Content infringes upon your copyrights, you may submit a notification pursuant to the Digital Millennium Copyright Act ("DMCA") by providing our Copyright Agent with the following information in writing (see 17 U.S.C 512(c)(3) for further detail):
- A physical or electronic signature of a person authorized to act on behalf of the owner of an exclusive right that is allegedly infringed;
- Identification of the copyrighted work claimed to have been infringed, or, if multiple copyrighted works at a single online site are covered by a single notification, a representative list of such works at that site;
- Identification of the material that is claimed to be infringing or to be the subject of infringing activity and that is to be removed or access to which is to be disabled and information reasonably sufficient to permit the service provider to locate the material;
- Information reasonably sufficient to permit the service provider to contact you, such as an address, telephone number, and, if available, an electronic mail;
- A statement that you have a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- A statement that the information in the notification is accurate, and under penalty of perjury, that you are authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.

YouTube's designated Copyright Agent to receive notifications of claimed infringement is Shadie Farazian, 901 Cherry Ave., San Bruno, CA 94066, email: copyright@youtube.com, fax: 650-872-8513. For clarity, only DMCA notices should go to the Copyright Agent; any other feedback, comments, requests for technical support, and other communications should be directed to YouTube customer service through support.google.com/youtube. You acknowledge that if you fail to comply with all of the requirements of this Section 5(D), your DMCA notice may not be valid.

B. Counter-Notice. If you believe that your Content that was removed (or to which access was disabled) is not infringing, or that you have the authorization from the copyright owner, the copyright owner's agent, or pursuant to the law, to post and use the material in your Content, you may send a counter-notice containing the following information to the Copyright Agent:
- Your physical or electronic signature;
- Identification of the Content that has been removed or to which access has been disabled and the location at which the Content appeared before it was removed or disabled;
- A statement that you have a good faith belief that the Content was removed or disabled as a result of mistake or a misidentification of the Content; and
- Your name, address, telephone number, and e-mail address, a statement that you consent to the jurisdiction of the federal court in San Francisco, California, and a statement that you will accept service of process from the person who provided notification of the alleged infringement.

If a counter-notice is received by the Copyright Agent, YouTube may send a copy of the counter-notice to the original complaining party informing that person that it may replace the removed Content or cease disabling it in 10 business days. Unless the copyright owner files an action seeking a court order against the Content provider, member or user, the removed Content may be replaced, or access to it restored, in 10 to 14 business days or more after receipt of the counter-notice, at YouTube's sole discretion.

## 9. Warranty Disclaimer

YOU AGREE THAT YOUR USE OF THE SERVICES SHALL BE AT YOUR SOLE RISK. TO THE FULLEST EXTENT PERMITTED BY LAW, YOUTUBE, ITS OFFICERS, DIRECTORS, EMPLOYEES, AND AGENTS DISCLAIM ALL WARRANTIES, EXPRESS OR IMPLIED, IN CONNECTION WITH THE SERVICES AND YOUR USE THEREOF. YOUTUBE MAKES NO WARRANTIES OR REPRESENTATIONS ABOUT THE ACCURACY OR COMPLETENESS OF THIS SITE'S CONTENT OR THE CONTENT OF ANY SITES LINKED TO THIS SITE AND ASSUMES NO LIABILITY OR RESPONSIBILITY FOR ANY (I) ERRORS, MISTAKES, OR INACCURACIES OF CONTENT, (II) PERSONAL INJURY OR PROPERTY DAMAGE, OF ANY NATURE WHATSOEVER, RESULTING FROM YOUR ACCESS TO AND USE OF OUR SERVICES, (III) ANY UNAUTHORIZED ACCESS TO OR USE OF OUR SECURE SERVERS AND/OR ANY AND ALL PERSONAL INFORMATION AND/OR FINANCIAL INFORMATION STORED THEREIN, (IV) ANY INTERRUPTION OR CESSATION OF TRANSMISSION TO OR FROM OUR SERVICES, (IV) ANY BUGS, VIRUSES, TROJAN HORSES, OR THE LIKE WHICH MAY BE TRANSMITTED TO OR THROUGH OUR SERVICES BY ANY THIRD PARTY, AND/OR (V) ANY ERRORS OR OMISSIONS IN ANY CONTENT OR FOR ANY LOSS OR DAMAGE OF ANY KIND INCURRED AS A RESULT OF THE USE OF ANY CONTENT POSTED, EMAILED, TRANSMITTED, OR OTHERWISE MADE AVAILABLE VIA THE SERVICES. YOUTUBE DOES NOT WARRANT, ENDORSE, GUARANTEE, OR ASSUME RESPONSIBILITY FOR ANY PRODUCT OR SERVICE ADVERTISED OR OFFERED BY A THIRD PARTY THROUGH THE SERVICES OR ANY HYPERLINKED SERVICES OR FEATURED IN ANY BANNER OR OTHER ADVERTISING, AND YOUTUBE WILL NOT BE A PARTY TO OR IN ANY WAY BE RESPONSIBLE FOR MONITORING ANY TRANSACTION BETWEEN YOU AND THIRD-PARTY PROVIDERS OF PRODUCTS OR SERVICES. AS WITH THE PURCHASE OF A PRODUCT OR SERVICE THROUGH ANY MEDIUM OR IN ANY ENVIRONMENT, YOU SHOULD USE YOUR BEST JUDGMENT AND EXERCISE CAUTION WHERE APPROPRIATE.

## 10. Limitation of Liability

IN NO EVENT SHALL YOUTUBE, ITS OFFICERS, DIRECTORS, EMPLOYEES, OR AGENTS, BE LIABLE TO YOU FOR ANY DIRECT, INDIRECT, INCIDENTAL, SPECIAL, PUNITIVE, OR CONSEQUENTIAL DAMAGES WHATSOEVER RESULTING FROM ANY (I) ERRORS, MISTAKES, OR INACCURACIES OF CONTENT, (II) PERSONAL INJURY OR PROPERTY DAMAGE, OF ANY NATURE WHATSOEVER, RESULTING FROM YOUR ACCESS TO AND USE OF OUR SERVICES, (III) ANY UNAUTHORIZED ACCESS TO OR USE OF OUR SECURE SERVERS AND/OR ANY AND ALL PERSONAL INFORMATION AND/OR FINANCIAL INFORMATION STORED THEREIN, (IV) ANY INTERRUPTION OR CESSATION OF TRANSMISSION TO OR FROM OUR SERVICES, (IV) ANY BUGS, VIRUSES, TROJAN HORSES, OR THE LIKE, WHICH MAY BE TRANSMITTED TO OR THROUGH OUR SERVICES BY ANY THIRD PARTY, AND/OR (V) ANY ERRORS OR OMISSIONS IN ANY CONTENT OR FOR ANY LOSS OR DAMAGE OF ANY KIND INCURRED AS A RESULT OF YOUR USE OF ANY CONTENT POSTED, EMAILED, TRANSMITTED, OR OTHERWISE MADE AVAILABLE VIA THE SERVICES, WHETHER BASED ON WARRANTY, CONTRACT, TORT, OR ANY OTHER LEGAL THEORY, AND WHETHER OR NOT THE COMPANY IS ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. THE FOREGOING LIMITATION OF LIABILITY SHALL APPLY TO THE FULLEST EXTENT PERMITTED BY LAW IN THE APPLICABLE JURISDICTION.

YOU SPECIFICALLY ACKNOWLEDGE THAT YOUTUBE SHALL NOT BE LIABLE FOR CONTENT OR THE DEFAMATORY, OFFENSIVE, OR ILLEGAL CONDUCT OF ANY THIRD PARTY AND THAT THE RISK OF HARM OR DAMAGE FROM THE FOREGOING RESTS ENTIRELY WITH YOU.

The Service is controlled and offered by YouTube from its facilities in the United States of America. YouTube makes no representations that the Service is appropriate or available for use in other locations. Those who access or use the Service from other jurisdictions do so at their own volition and are responsible for compliance with local law.

## 11. Indemnity

To the extent permitted by applicable law, you agree to defend, indemnify and hold harmless YouTube, its parent corporation, officers, directors, employees and agents, from and against any and all claims, damages, obligations, losses, liabilities, costs or debt, and expenses (including but not limited to attorney's fees) arising from: (i) your use of and access to the Service; (ii) your violation of any term of these Terms of Service; (iii) your violation of any third party right, including without limitation any copyright, property, or privacy right; or (iv) any claim that your Content caused damage to a third party. This defense and indemnification obligation will survive these Terms of Service and your use of the Service.

## 12. Ability to Accept Terms of Service

You affirm that you are either more than 18 years of age, or an emancipated minor, or possess legal parental or guardian consent, and are fully able and competent to enter into the terms, conditions, obligations, affirmations, representations, and warranties set forth in these Terms of Service, and to abide by and comply with these Terms of Service. In any case, you affirm that you are over the age of 13, as the Service is not intended for children under 13. If you are under 13 years of age, then please do not use the Service. There are lots of other great web sites for you. Talk to your parents about what sites are appropriate for you.

## 13. Assignment

These Terms of Service, and any rights and licenses granted hereunder, may not be transferred or assigned by you, but may be assigned by YouTube without restriction.

## 14. General

You agree that: (i) the Service shall be deemed solely based in California; and (ii) the Service shall be deemed a passive website that does not give rise to personal jurisdiction over YouTube, either specific or general, in jurisdictions other than California. These Terms of Service shall be governed by the internal substantive laws of the State of California, without respect to its conflict of laws principles. Any claim or dispute between you and YouTube that arises in whole or in part from the Service shall be decided exclusively by a court of competent jurisdiction located in Santa Clara County, California. These Terms of Service, together with the Privacy Notice at www.youtube.com/t/privacy and any other legal notices published by YouTube on the Service, shall constitute the entire agreement between you and YouTube concerning the Service. If any provision of these Terms of Service is deemed invalid by a court of competent jurisdiction, the invalidity of such provision shall not affect the validity of the remaining provisions of these Terms of Service, which shall remain in full force and effect. No waiver of any term of this these Terms of Service shall be deemed a further or continuing waiver of such term or any other term, and YouTube's failure to assert any right or provision under these Terms of Service shall not constitute a waiver of such right or provision. YouTube reserves the right to amend these Terms of Service at any time and without notice, and it is your responsibility to review these Terms of Service for any changes. Your use of the Service following any amendment of these Terms of Service will signify your assent to and acceptance of its revised terms. YOU AND YOUTUBE AGREE THAT ANY CAUSE OF ACTION ARISING OUT OF OR RELATED TO THE SERVICES MUST COMMENCE WITHIN ONE (1) YEAR AFTER THE CAUSE OF ACTION ACCRUES. OTHERWISE, SUCH CAUSE OF ACTION IS PERMANENTLY BARRED.

Dated: June 9, 2010

GOOG-SCHNDR-00034934