# EXHIBIT 6

George A. Zelcs*
 gzelcs@koreintillery.com
Randall P. Ewing, Jr.*
 rewing@koreintillery.com
Ryan Z. Cortazar*
 rcortazar@koreintillery.com
**KOREIN TILLERY, LLC**
205 North Michigan, Suite 1950
Chicago, IL  60601
Telephone: (312) 641-9750
Facsimile: (312) 641-9751

Stephen M. Tillery*
 stillery@koreintillery.com
Steven M. Berezney, CA Bar #329923
 sberezney@koreintillery.com
Carol O'Keefe*
 cokeefe@koreintillery.com
**KOREIN TILLERY, LLC**
505 North 7th Street, Suite 3600
St. Louis, MO  63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

Joshua Irwin Schiller, CA Bar #330653
 jischiller@bsfllp.com
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery Street, 41st Floor
San Francisco, CA  94104
Telephone: (415) 293-6800
Facsimile: (415) 293-6899

Philip C. Korologos*
 pkorologos@bsfllp.com
Joanna Wright*
 jwright@bsfllp.com
Jeffrey Waldron*
 jwaldron@bsfllp.com
**BOIES SCHILLER FLEXNER LLP**
55 Hudson Yards, 20th Floor
New York, NY 10001
Telephone: (212) 446-2300
Facsimile: (212) 446-2350

* Admitted *pro hac vice*

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING, LTD., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>Defendants. | Case No. 3:20-cv-04423-JD<br><br>**DECLARATION OF JEFFREY WALDRON IN SUPPORT OF PLAINTIFFS' MOTION IN LIMINE NO. 6 TO EXCLUDE TESTIMONY AND EVIDENCE THAT A PLAINTIFF TRANSFERRED AN EXCLUSIVE RIGHT IN A WORK**<br><br>Date:      May 25, 2023<br>Time:     1:30 p.m.<br>Dept.:    11<br>Judge:   Hon. James Donato |

1    I, Jeffrey Waldron, declare as follows:

2    1.    I am an attorney at Boies Schiller Flexner LLP, co-counsel to Plaintiffs and

3    putative class representatives Maria Schneider, Uniglobe Entertainment, LLC, and AST

4    Publishing, Ltd.  I make this declaration in support of Plaintiffs' Motion in Limine No. 6 to

5    Exclude Testimony and Evidence that a Plaintiff Transferred an Exclusive Right in a Work.  I

6    have knowledge of the facts stated herein from my personal knowledge and, if called as a witness,

7    I could and would competently testify thereto.

8    2.    Attached hereto as **Exhibit 1** is a true and correct copy of a Vision Films

9    Distribution Agreement signed by Nayomi Cooper, dated February 14, 2018, bearing production

10   number UNIGLOBE_0000010256.

11

12   I declare under penalty of perjury that the foregoing is true and correct. Executed this 27th

13   day of April, 2023 at New York, New York.

14

15                                              _/s/ Jeffrey Waldron_

16                                              Jeffrey Waldron

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF JEFFREY WALDRON IN SUPPORT OF PLAINTIFFS' MOTION IN
LIMINE NO. 6 TO EXCLUDE TESTIMONY AND EVIDENCE THAT A PLAINTIFF
TRANSFERRED AN EXCLUSIVE RIGHT IN A WORK

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ATTESTATION**

My user ID and password are being used in the electronic filing of this document and, in compliance with N.D. Cal. Civil L.R. 5-1(h)(3), I hereby attest that concurrence in the filing of the document has been obtained from each of the other Signatories.

<u>      */s/ Philip Korologos*      </u>
Philip Korologos

DECLARATION OF JEFFREY WALDRON IN SUPPORT OF PLAINTIFFS' MOTION IN
LIMINE NO. 6 TO EXCLUDE TESTIMONY AND EVIDENCE THAT A PLAINTIFF
TRANSFERRED AN EXCLUSIVE RIGHT IN A WORK

# EXHIBIT 1



**DISTRIBUTION AGREEMENT**

**Vision Films, Inc** of 333 Washington Blvd. #357, Marina Del Rey, CA, 90292, USA (**"VISION"**)
Contact: Lise Romanoff, its Managing Director/CEO, Email: lise@visionfilms.net
and

**Uniglobe Entertainment LLC**, of 3319 Clifden Lane, Burbank, CA 91504, Contact: Nayomi Cooper
Tel: 818-370-9712, Email: nayomi@uniglobeentertainment.com, collectively the ("Licensor")

Dated: February 14, 2018

This Agreement and the Standard Terms and Conditions and Schedules attached hereto, (collectively herein the "Agreement") sets forth the terms of the understanding by and between VISION and Licensor confirming VISION's acquisition of certain Rights (as defined herein) in and to the Program(s) as described herein. For good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the Parties agree as follows:

**DEAL TERMS**

1.  The following terms have the following meanings:

"Program(s)"       **5 WEDDINGS**
                   including any and all bonus materials and versions, as available.

"Territory"        World (excluding India and SAARC Nations (Afghanistan, Bangladesh, Bhutan, India, Nepal, the Maldives, Pakistan and Sri Lanka)

"Languages"        All languages (excluding Indian languages such as Hindi, Punjabi, Gujrati and Telegu as well all other SAARC Nations regional languages.) For the sake of clarity, Licensor will not release in any of these languages in VISION's Territories without first seeking written approval that it will not conflict with any exclusive license.

"Term"             Seven (7) years from the Domestic Release Date as described herein, plus a six (6) month Sell-Off Period for USA/Canadian Home Video at the end of the Term, to be automatically extended in five (5) year increments unless either party notifies the other of its intention to Terminate at least 60 days before the end of the initial Term. For the sake of clarity, any license VISION enters into with 3rd Parties shall remain in effect until the end of each license.

"Rights Granted"   Licensor grants to VISION the exclusive Right for the length of the Term in the Territory to sell, manufacture, distribute, license, sub-license, lease, rent, promote, advertise, publicize, and to exploit all or part of the Program(s), and to authorize others to do so by the following Rights, as further defined in the Definitions attached hereto as **Schedule B**:

                   1) all forms of Theatrical exhibition in theatres where a fee is charged to the public, or when a theatre is rented and so-called "four-walled", whether or not a fee is charged to the public; and

                   2) all forms of Home Video Rights, including by not limited to physical units such as DVD and Blu Ray (and any other digital or electronic format, or otherwise that

becomes the standard during the Term) whether sold in retail, on-line or direct to the public through direct marketing; and

3) all forms of Video on Demand and Pay-Per-View Rights now known or hereafter invented, including but not limited to Video-on-Demand (Cable VOD, Transactional VOD (TVOD), Subscription VOD (SVOD), Ad Supported VOD (AVOD), Free VOD (FVOD), Internet VOD (IVOD or IPTV), Pay-Per-View, Demand View, Electronic Sell Through (EST), Mobile/Wireless, and Manufacture on Demand (MOD) on the following Platforms, including but not limited to those Platforms listed by way of example in the attached **Schedule C**; and

4) all forms of Ancillary/Non-theatrical Rights to Airlines, Hotels, Ships at Sea (including governmental, military installations, embassies, industrial, educational or otherwise); and

5) all forms of Television Rights, including but not limited to Pay and Free, Cable, Satellite and Terrestrial broadcast including any VOD, Digital, or any so-called "time-shifted or catch-up TV rights" as required by the broadcasters; and

6) all forms of Incidental Rights related to the above

| | |
|---|---|
| "Reserved Rights" | All Rights not specially granted above shall be retained by Licensor, including but not limited to Sequels, Prequels, Remakes, Stock Footage, Soundtrack and Merchandising Rights.<br><br>1) Private Screenings and Film Festival submissions (any time).<br>2) Licensor may order DVDs from VISION at a preferable wholesale rate of $5.00 each, with Licensor covering shipping costs. Licensor has the right to re-sell such DVDs via its website or otherwise at no less than the then current SRP (Licensor can release day and date with VISION's DVD/VOD release).<br><br>For the sake of clarity, Licensor shall be entitled to 100% of revenues from exploitation of their Reserved Rights. |
| "Distribution Fee" | VISION shall be entitled to a Distribution Fee of <u>Twenty Five (25%) percent</u> of all Gross Receipts. |
| "Gross Receipts" | Gross Receipts are defined as all non-refundable monies actually received or credited to VISION from the exploitation of all of the Rights of the Program(s) in the Territory, whether received during or after the Term, from any and all sources including, without limitation, revenues paid by distributors as royalties, advances, guarantees, license fees, and "overages".<br><br>VISION makes no representation as to the amount of Gross Receipts, but shall use its best sales efforts to maximize revenues in the Territory and to manage all of the timing of the release windows for all Rights Granted. |
| "Delivery Materials" | Licensor shall fill out the Metadata as listed in **Schedule D** and at its own expense deliver all of the Delivery Materials as listed in **Schedule E** by the Delivery Date, or VISION is hereby pre-approved to create such Delivery Materials as needed, according to the Rate Card attached as **Schedule F**, or as otherwise approved in writing by Licensor.<br><br>Licensor will be solely responsible for all third party clearances, all residual costs and all royalties payable to third parties, including, without limitation, all music clearance costs, guild and union residuals and other payments, and all third party profit |

DocuSigned by:

*Namrata Singh Dayal*

F8A9644AD1BC456

participations and other contingent compensation associated with the Program(s).

| | |
|---|---|
| "Delivery Date" | Within 30 days from execution. |

"International
Sales Approval"    Licensor and VISION have agreed on a list of pre-approved License Fee Minimums
for International sales that is attached hereto as **Schedule G**.  For the first two (2)
years of this Agreement, if the License Fee offered is lower than the pre-approved
Minimum, VISION must receive Licensor's approval in writing before entering into
such deal.  Such approval required of Licensor shall be responded to and either
granted or countered within two (2) business days, or shall be automatically deemed
approved. After the first (2) years, License Fee Minimums shall be in accordance with
industry norms for similar product in the applicable Territory.

"Domestic
 Release Date"    VISION shall release the Program no later than six (6) months from complete Delivery
unless mutually agreed upon (the "Domestic Release Date").  Licensor agrees to
release in India and or the SAARC Nations day and date with, or after the USA
release.

"Distribution
Expenses"    Distribution Expenses shall consist of the Delivery Expenses, Theatrical Expenses,
Promotional Advertising and Marketing Expenses, VOD Expenses, DVD Expenses,
Domestic Sales Expenses and International Sales Expenses as itemized and capped
below.

"Delivery
Expenses"    Delivery Expenses are not included in the above caps and shall include all of the
items in the Delivery Schedule set forth as Schedule "E" herein, and reasonable and
costs necessary to enable VISION to deliver the Program(s) to the various Theatrical,
Home Video, Television, Ancillary, VOD and Digital Platforms that are not paid for by
the Licensees, including but not limited to the costs for quality check (QC) and any
necessary fixes to pass technical acceptance, creation of the Digital Masters, DCP,
and closed caption files.

Any costs that VISION incurs and may recoup shall be direct and verifiably paid to
third parties, or if created in-house by VISION, according to the Rate Card attached
as Schedule F, unless otherwise approved in writing by Licensor.

Licensor shall supply a Trailer that Sales Agency approves, or VISION shall create at
a cost to be mutually agreed upon.

"Domestic
Release
Expenses and
International
Sales Expenses"    VISION shall not spend any more than $45,000.00 in aggregate, unless otherwise
approved in writing by Licensor.

An itemized breakdown is as follows:
$20,000.00 Capped amount for a day and date VOD/Theatrical Release in the United
States of America, which is a material condition of this Agreement, including a
premiere red carpet event in Los Angeles if Licensor can get cast to attend in as many
theatres as we can get for the budget.
VISION and Licensor shall identify the best option for the theatrical release and such
option shall be mutually approved by both parties at least three months prior to
release. This amount is a cap against actual and verifiable expenses, the exact
amount, the number of screens, and the theatrical release and marketing plan to be
mutually agreed upon in writing no later than 3 months prior to the release.
$5,000.00 Flat Fee for a DVD/VOD PR campaign to advertise the Program(s) directly
to the consumer including an industry active publicist and media buys on Amazon and
Facebook. ("Promotional Advertising and Marketing Expenses").
$5,000.00 Flat Fee for VOD for the encoding, metadata and transport costs to release
across all Platforms listed in Schedule B (with the exception of delivery to Netflix

DocuSigned by:

*Namrata Singh Gujral*

F8A9644AD1BC456...

UNIGLOBE_0000010258

which shall be at VISION's exact costs), providing Licensor delivers technically satisfactory Delivery Materials as listed in Schedule D. ("VOD Expenses")

$5,000.00 Flat Fee DVD authoring and DVD Box Art and other promotional materials. ("DVD Expenses")

$10,000.00 Flat Fee to cover the cost of all Domestic and International Sales including but not limited to Sales Market attendance, a buyer's screening in Cannes, Posters, Flyers and Ads in the Trades. ("International Expenses").

Any Delivery items that VISION is authorized to create for Licensor at the exact and verifiable cost, or according the Rate Card.

**"Sub-Distribution"**     In North America, VISION takes the Distribution Fee from the net amount it receives from its DVD sub-distributor for their sales and servicing.  Such net amount is all monies actually received after sub-distributor's sales and fulfillment costs, warehousing/ picking/ packing/ shipping and handling costs, retailer-related costs and deductions such as spiffs/ MDFs/ vendor managed inventory fees and slotting fees, returns fees, and replication costs.  DVD Reserves if any shall only be held back on returnable units, and shall be liquidated the earlier of one (1) year from the calendar quarter in which the Reserve was originally established.

VISION is direct with all the VOD platforms. VISION will provide copies of its sub-distributor's reports, and the reports it receives from all the VOD Platforms via VISION's reporting portal, and shall provide Licensor with credentials to access it at all times.

**"Allocation of Gross Receipts"**     Gross Receipts shall be retained or paid as follows:

a.   First, VISION shall retain its Distribution Fee;
b.   Next, VISION shall deduct all Distribution Expenses that are outlined herein;
c.   Licensor's share of Gross Receipts from VISION's exploitation of all Rights Granted shall be paid to Licensor according to the terms outlined below.

All Gross Receipts and all Distribution Expenses for the Program(s) shall be cross-collateralized among all Rights Granted hereunder but not crossed with any other Program.

**"Payments and Reporting Statements"**     VISION shall render Reporting Statements no later than sixty (60) days following the end of each calendar quarter, and shall pay Licensor its Share of Gross Receipts that is then due.

The Reporting Statements shall include a summary of all sales made to date and the terms of each sale, as well as a detailed accounting statement of all Gross Receipts received including an itemized list of all recoupable Distribution Expenses.

For Television and International sales, VISION shall also include hard copies of all fully executed 3rd Party License Agreements for Licensor's reference.

Timely reporting and payment of all amounts due Licensor by VISION is a Material Condition of this Agreement.  Non-payment and/or lack of remitting timely Reporting Statements to Licensor shall hereby constitute a breach and shall be enforceable as outlined herein.

DocuSigned by:

*Namrata Singh Gujral*

F8A9644AD1BC456...

UNIGLOBE_0000010259

"Auditing, Examination of Books"   VISION shall maintain books and records relating to the Gross Receipts from the exploitation of the Rights Granted pursuant to this Agreement.  Licensor shall have the right, at its own expense, to audit the books and records of VISION pertaining to the Program (s). Such examination shall take place at VISION's offices during normal business hours upon at least thirty (30) days prior written notice to VISION, and in such manner as not to interfere with VISION's normal business activities. Licensor may not exercise its audit rights more than once annually or for more than one consecutive five ( day period annually, and only with respect to Reporting statements received by Licenso within two (2) years prior to the commencement of the audit.  Such audit will be limited t only those books, records and accounts applicable and not deemed accepted and relevant to the Program(s), and will be conducted by an independent certified public accountant that is not retained on a contingency basis. Licensor will bear the costs of ar audit it conducts, unless such audit shown an underpayment to Licensor of ten percent (10%) or more, which shall cause VISION to reimburse Licensor for reasonable third party/outside audit costs up to $7,500.00.

2.   Condition Precedent:

VISION shall have no obligation to Licensor hereunder unless and until VISION approves, in its sole discretion, the Delivery Materials and Chain of Title for the Rights granted to VISION herein.

Agreed by Vision Films, Inc.                    Agreed by Licensor


*Lise Romanoff*                                  DocuSigned by:
                                                 *Namrata Singh Gujral*
                                                 F8A9844AD1BC456.
Signed: ..............................................   Signed: ..............................................

Name:  Lise Romanoff                             Name:  Nayomi Cooper       Namrata Singh Gujral

Title: Managing Director/ CEO                    Title:                     Uniglobe Entertainment
Date: February 14, 2018
                                                                            President

                                                                 team@uniglobeentertainment.com

Confidential

STANDARD TERMS AND CONDITIONS

1. **CREDITS, ARTWORK, APPROVALS AND PROMOS**

   a. Licensor shall have free access to all marketing and master materials that VISION creates.

   b. The name and logo of VISION as distributor (and presented by in the credit block) may appear on all advertising, packaging or other distribution material for the Program in accordance with entertainment industry custom and practice, along with the Licensor's and Copyright Owner's logos.

   c. VISION shall comply with all paid advertising credit obligations provided by Licensor in writing to VISION at the time of delivery of the marketing materials.

   d. VISION shall not make any changes to the Program (except for standard censorship) without Licensor's prior written consent, not to be unreasonably withheld.

   e. Licensor grants VISION the non-exclusive right to use the images, names and likenesses of the cast and crew of the Program, Licensor's name and logo, and of the name of the Program in connection with the distribution, sale, packaging, advertising, and other exploitation of the Program.

   f. Artists or Talent photo, bio, likeness including in key art and poster requires Artists pre-approvals. Licensor shall assist in receiving such approvals in a prompt fashion, the denial of which cannot be unreasonable withheld by Artists. Any merchandise or commercial tie-ins require Artists prior written consent in each instance, except solely as Artists names may appear in the billing block for the Program, as provided in Billing block by Licensor.  For the avoidance of doubt, Artists shall not be represented as using, consuming or endorsing any product, commodity or service without Artists prior written consent.

   g. Licensor shall have meaningful consultation over the Key Art.  Such meaningful suggestions shall be made within two (2) business days, but in all cases, VISION and Licensor agree that VISION's sub-distributors shall have the final approval.

2. **REPRESENTATIONS AND WARRANTIES**

Licensor represents and warrants that at the time of execution of this Agreement and continuing throughout the Term:

   a. It is a corporation or LLC or other entity duly formed and validly existing in good standing under the laws of its state and has the full right, power, legal capacity and authority to enter into and carry out the terms of this Agreement.

   b. It has no agreement with or obligations to any third party with respect to the Program that might conflict or interfere with any of the provisions of this Agreement or the use or enjoyment by VISION of any of the Rights.

   c. Any and all third party payments including but not limited to profit participations, residuals, music synchronization, performance and other mechanical fees, and any other license fees (including, without limitation, all literary, artistic, musical, technological and/or intellectual property rights fees, fringes, talent deferments and guild related expenses) in connection with the Program ("Third Party Payments") shall be the obligation of Licensor and shall not be the

obligation of or paid for by VISION. Licensor shall deliver the Program free and clear of any claims, liens or encumbrances. If VISION is notified of any claim, it shall immediately remit such claim to Licensor, and Licensor shall have thirty (30) days to remedy the situation. If Licensor is unable to remedy the situation within thirty (30) days, if necessary to protect VISION's rights hereunder, VISION shall have the right, but not the obligation, to make such Third Party Payments on behalf of Licensor and deducting such costs and expenses from the Licensor's share of Gross Receipts.

d.      Neither the Program nor any part thereof, nor any materials contained therein or synchronized therewith, nor the title thereof, nor the exercise of any right, license or privilege herein granted, violates or will violate, or infringes or will infringe, any trademark, trade name, service mark

DocuSigned by:

*Namrata Singh Duyral*

F8A9644AD1BC456...

**SCHEDULE B**

**DEFINITIONS**

1. **RIGHTS GRANTED**

   a. **Video On Demand ("VOD")"** means any and all services that comprise the point-to-point transmission of audio-visual programming at the instigation of and/or at a time scheduled by the End User (and not from a selection of viewing times pre-established or scheduled by the Licensee), expressly excluding Pay Per View. The licensed VOD rights include, without limitation, the following:

      i.   "Cable VOD" means any and all services that comprise the transmission of audio-visual programming for temporary storage on an End User's Set Top Box in a secure but viewable form at the instigation of and/or at a time scheduled by the End User (and not from a selection of viewing times pre-established or scheduled by the Licensee), expressly excluding Pay Per View, which transmission does not permit the End User to retain a permanent copy of the Program (or part thereof).

      ii.  "Free Cable VOD" means any and all services that comprise the transmission of audio-visual programming for temporary storage on an End User's Set Top Box in a secure but viewable form at the instigation of and/or at a time scheduled by the End User (and not from a selection of viewing times pre-established or scheduled by the Licensee), expressly excluding Pay Per View, which transmission:  (i) does not permit the End User to retain a permanent copy of the Program (or part thereof); and (ii) involves no payment being levied to the End User for the right to receive the relevant transmission and/or the service within which the transmission is made, other than fees or taxes imposed by any government or agency thereof, fees for the purchase or rental of any receiving device and/or standard charges.

      iii. "Transactional Cable VOD" means any and all services that comprise the transmission of audio-visual programming for temporary storage on an End User's Set Top Box in a secure but viewable form at the instigation of and/or at a time scheduled by the End User (and not from a selection of viewing times pre-established or scheduled by the Licensee), expressly excluding Pay Per View, which transmission:  (i) does not permit the End User to retain a permanent copy of the Program (or part thereof); and (ii) involves a payment being levied to the End User for the right to receive the relevant transmission and/or the service within which the transmission is made (whether by way of charges over and above standard charges associated with the provision of access to the Internet, subscription for the service itself, one-off payment for the particular transmission or otherwise), other than fees or taxes imposed by any government or agency thereof, fees for the purchase of rental of any receiving device and/or standard charges.

      iv.  "Subscription Video On Demand ("SVOD (Cable)")" means any and all services that comprise the transmission of audio-visual programming for temporary storage on an End User's Set Top Box in a secure but viewable form at the instigation of and/or at a time scheduled by the End User (and not from a selection of viewing times pre-established or scheduled by the Licensee), expressly excluding Pay Per View, which transmission:  (i) does not permit the End User to retain a permanent copy of the Program (or part thereof) and (ii) is offered in return for a periodic subscription by the End User for such service.

      v.   "Ad Supported Cable Video On Demand ("AVOD (Cable)")" means any and all services that comprise the transmission of audio-visual programming for temporary storage on an End User's Set Top Box in a secure but viewable form at the instigation of and/or at

DocuSigned by:

*Namrata Singh Dujral*

F8A9644AD1BC456...

a time scheduled by the End User (and not from a selection of viewing times pre-established or scheduled by the Licensee), expressly excluding Pay Per View, which transmission: (i) does not permit the End User to retain a permanent copy of the Program (or part thereof) and (ii) such service is covered solely by advertising, other than fees or taxes imposed by any government or agency thereof, fees for the purchase or rental of any receiving device and/or standard charges.

vi.   "Internet Video On Demand ("IVOD")" means the right to transmit the Program in its entirety via the Internet (expressly excluding transmission via Free IPTV or IPVOD or Pay IPTV or IPVOD), which transmission: (i) does not permit the End User to retain a permanent copy of the Program (or part thereof); (ii) is intended for reception on a Personal Computer.

vii.  "Free Internet Video On Demand ("Free IVOD")" means the right to transmit the Program in its entirety via the Internet (expressly excluding transmission via Free IPTV or IPVOD or Pay IPTV or IPVOD), which transmission: (i) does not permit the End User to retain a permanent copy of the Program (or part thereof); (ii) is intended for reception on a Personal Computer; and (iii) involves no payment being levied to the End User for the right to receive the relevant transmission and/or the service within which the transmission is made, other than fees or taxes imposed by any government or agency thereof, fees for the purchase or rental of any receiving device and/or standard charges associated with the provision of access to the Internet.

viii. "Transactional Internet Video On Demand ("Pay IVOD")" means the right to transmit the Program in its entirety via the Internet (expressly excluding transmission via Free IPTV or IPVOD or Pay IPTV or IPVOD), which transmission: (i) does not permit the End User to retain a permanent copy of the Program (or part thereof); (ii) is intended for reception on a Personal Computer; and (iii) involves a payment being levied to the End User for the right to receive the relevant transmission and/or the service within which the transmission is made (whether by way of charges over and above standard charges associated with the provision of access to the Internet, subscription for the service itself, one-off payment for the particular transmission or otherwise), other than fees or taxes imposed by any government or agency thereof, fees for the purchase of rental of any receiving device and/or standard charges associated with the provision of access to the Internet.

ix.   "Ad Supported Internet Video On Demand ("AVOD")" means the right to transmit the Program in its entirety via the Internet (expressly excluding transmission via Free IPTV or IPVOD or Pay IPTV or IPVOD), which transmission: (i) does not permit the End User to retain a permanent copy of the Program (or part thereof); (ii) is intended for reception on a Personal Computer; and (iii) the cost for such service is covered solely by advertising, other than fees or taxes imposed by any government or agency thereof, fees for the purchase or rental of any receiving device and/or standard charges associated with the provision of access to the Internet.

x.    "Subscription Internet Video On Demand ("SVOD")" means the right to transmit the Program in its entirety via the Internet (expressly excluding transmission via Free IPTV or IPVOD or Pay IPTV or IPVOD), which transmission: (i) does not permit the End User to retain a permanent copy of the Program (or part thereof); (ii) is intended for reception on a Personal Computer; and (iii) the End User pays a periodic subscription for such service, other than fees or taxes imposed by any government or agency thereof, fees for the purchase or rental of any receiving device and/or standard charges associated with the provision of access to the Internet.

xi.   "Internet Protocol Video On Demand ("IPVOD")" means the transmission of the Program in encrypted form utilising Internet protocols sent through DSL (or xDSL) or

DocuSigned by:

*Namrata Singh Duggal*

F8A9644AD1BC456...

fiber optics to a Set Top Box at the place of reception for the purpose of viewing such programming at that place of reception, which transmission: (i) shall be made only at a time designated by the Licensee;   (ii) does not permit the End User to retain a copy of the Program other than as expressly permitted; (iii) is intended for reception on a Television Set.

xii.   "Free Internet Protocol Video On Demand  ("Free IPVOD") or IPTV " means the transmission of the Program in encrypted form utilising Internet protocols sent through DSL (or xDSL) or fiber optics to a Set Top Box at the place of reception for the purpose of viewing such programming at that place of reception, which transmission: (i) shall be made only at a time designated by the Licensee;   (ii) does not permit the End User to retain a copy of the Program other than as expressly permitted  ; (iii) is intended for reception on a Television Set; and (iv) involves no payment being levied to the End User for the right to receive the relevant transmission or the service within which the transmission is made, other than fees or taxes imposed by any government or agency thereof, or fees for the purchase or rental of any receiving device.

xiii.   "Transactional Internet Protocol Video On Demand ("Pay IPVOD") or IPTV" means the encrypted transmission of the Program utilising Internet protocols and sent through DSL (or xDSL) or fiber optics to a Set Top Box at the place of reception for the purpose of viewing such programming at that place of reception, which transmission: (i) shall be made only at a time designated by the Licensee;   (ii) does not permit the End User to retain a copy of the Program other than as expressly permitted in the Schedule; (iii) is intended for reception on a Television Set; and (iv) involves a supplemental or premium payment in addition to any basic service fee, fees or taxes imposed by any government or agency thereof, or fees for the purchase or rental of any receiving device, which payment is being levied to the End User for the right to receive the relevant transmission and/or the service within which the transmission is made.

xiv.   "Ad Supported Internet Protocol Video On Demand ("AVOD (IP)")" means the encrypted transmission of the Program utilising Internet protocols and sent through DSL (or xDSL) or fiber optics to a Set Top Box at the place of reception for the purpose of viewing such programming at that place of reception, which transmission: (i) shall be made only at a time designated by the Licensee;   (ii) does not permit the End User to retain a copy of the Program other than as expressly permitted in the Schedule; (iii) is intended for reception on a Television Set; and (iv) the cost for such service is covered solely by advertising, other than fees or taxes imposed by any government or agency thereof, fees for the purchase or rental of any receiving device and/or standard charges associated with the provision of access to the Internet.

xv.   "Subscription Internet Protocol Video On Demand ("SVOD (IP)")" means the encrypted transmission of the Program utilising Internet protocols and sent through DSL (or xDSL) or fiber optics to a Set Top Box at the place of reception for the purpose of viewing such programming at that place of reception, which transmission: (i) shall be made only at a time designated by the Licensee;   (ii) does not permit the End User to retain a copy of the Program other than as expressly permitted in the Schedule; (iii) is intended for reception on a Television Set; and (iv) the End User pays a periodic subscription for such service, other than fees or taxes imposed by any government or agency thereof, fees for the purchase or rental of any receiving device and/or standard charges associated with the provision of access to the Internet.

xvi.   "Satellite Video On Demand ("SatVOD") means the right to transmit the Program in its entirety from a satellite to a satellite dish at the place of reception for the purpose of viewing such programming at that place of reception  (expressly excluding any transmission via the Internet, MATV or MMDS) at the instigation of and/or at a time scheduled by the End User, expressly excluding Pay Per View, which transmission: (i)

DocuSigned by:

Namrata Singh Agrual

F8A9644AD1BC458...

does not permit the End User to retain a permanent copy of the Program (or part thereof); (ii) is intended for reception on a Television Set.

xvii.   "Free  Satellite Video On Demand ("Free SatVOD")" means the right to transmit the Program in its entirety from a satellite to a satellite dish at the place of reception for the purpose of viewing such programming at that place of reception (expressly excluding any transmission via the Internet, MATV or MMDS), at the instigation of and/or at a time scheduled by the End User, expressly excluding Pay Per View, which transmission: (i) does not permit the End User to retain a permanent copy of the Program (or part thereof); (ii) is intended for reception on a Television Set; and (iii) involves no payment being levied to the End User for the right to receive the relevant transmission or the service within which the transmission is made, other than fees or taxes imposed by any government or agency  thereof, or fees for the purchase or rental of any receiving device.

xviii.   "Transactional  Satellite VOD" means the right to transmit the Program in its entirety from a satellite to a satellite dish at the place of reception for the purpose of viewing such programming at that place of reception (expressly excluding any transmission via the Internet, MATV or MMDS), at the instigation of and/or at a time scheduled by the End User, expressly excluding Pay Per View,  which transmission: (i) does not permit the End User to retain a permanent copy of the Program (or part thereof); (ii) is intended for reception on a Television Set; and (iii) involves a supplemental or premium payment in addition to any basic service fee, fees or taxes imposed by any government or agency thereof, or fees for the purchase or rental of any receiving device, which payment is being levied to the End User for the right to receive the relevant transmission and/or the service within which the transmission is made.

xix.   "Ad Supported Satellite Video On Demand ("AVOD (Sat)")" means the right to transmit the Program in its entirety from a satellite to a satellite dish at the place of reception for the purpose of viewing such programming at that place of reception (expressly excluding any transmission via the Internet, MATV or MMDS), at the instigation of and/or at a time scheduled by the End User, expressly excluding Pay Per View, which transmission: (i) does not permit the End User to retain a permanent copy of the Program (or part thereof); (ii) is intended for reception on a Television Set; and (iii) the cost for such service is covered solely by advertising, other than fees or taxes imposed by any government or agency thereof, fees for the purchase or rental of any receiving device and/or standard charges.

xx.   "Subscription Satellite Video On Demand ("SVOD (Sat)")" means the right to transmit the Program in its entirety from a satellite to a satellite dish at the place of reception for the purpose of viewing such programming at that place of reception (expressly excluding any transmission via the Internet, MATV or MMDS), at the instigation of and/or at a time scheduled by the End User, expressly excluding Pay Per View,  which transmission: (i) does not permit the End User to retain a permanent copy of the Program (or part thereof); (ii) is intended for reception on a Television Set; and (iii) the End User pays a periodic subscription for such service, other than fees or taxes imposed by any government or agency thereof, fees for the purchase or rental of any receiving device and/or standard charges.

b.   **Pay Per View ("PPV") or Demand View:**  means television exhibition whereby an End User pays a separate premium for each exhibition of each individual program chosen by such End User to be viewed via a linear channel.  The licensed Pay Per View rights include, without limitation the following:

i.   "Satellite Pay Per View" means television exhibition from a satellite to a satellite dish at the place of reception for the purpose of viewing such programming at that place of

DocuSigned by:

*Namrata Singh Dujral*

F8A9844AD1BC456.

reception (expressly excluding any transmission via the Internet, MATV or MMDS) whereby an End User pays a separate premium for each exhibition of each individual program chosen by such End User to be viewed via a linear channel.

ii.    "Cable Pay Per View" means transmission of the Program by coaxial cable, fibre optic cable or other cable television network (expressly including MATV and MMDS, but excluding any transmission via the Internet) whereby an End User pays a separate premium for each exhibition of each individual program chosen by such End User to be viewed via a linear channel.

iii.   "Pay per View IPVOD" means the encrypted transmission of the Program utilising Internet protocols and sent through DSL (or xDSL) or cable networks to a Set Top Box at the place of reception for the purpose of viewing such programming at that place of reception, which transmission: (i) shall be made only at a time designated by the Licensee;   (ii) does not permit the End User to retain a copy of the Program other than as expressly permitted in the Schedule; (iii) is intended for reception on a Television Set; and (iv) involves a supplemental or premium payment in addition to any basic service fee, fees or taxes imposed by any government or agency thereof, or fees for the purchase or rental of any receiving device, which payment is being levied to the End User for the right to receive the relevant transmission and/or the service within which the transmission is made (v) the End User pays a separate premium for each exhibition of each individual program chosen by such End User to be viewed via a linear channel.

c.   **Electronic Sell Through ("EST")"** means the right to make the Program available in its entirety via the Internet (expressly excluding any transmission via Free IPTV / IPVOD or Pay IPTV / IPVOD), which transmission: (i) permits the End User to retain a copy of the Program on  a Personal Computer and/or Mobile Device subject to the restrictions specified in Clause F (as specified in the Schedule); and (ii) involves a payment being levied to the End User for the right to receive the relevant transmission or service within which the transmission is made, in addition to fees or taxes imposed by any government or agency thereof or fees for the purchase or rental of any receiving device.

d.   **Mobile / Wireless Rights:**  means the right to transmit the Program in its entirety through Mobile Communications Technologies (as may be granted in the Schedule), which transmission: (i) does not permit the End User to retain a permanent copy of the Program (or part thereof); (ii) is intended for reception on Mobile Devices.  The licensed Mobile/Wireless rights include, without limitation, the following:

i.    Free Mobile / Wireless Rights" means the right to transmit the Program in its entirety Mobile Communications Technologies (as may be granted in the Schedule), which transmission: (i) does not permit the End User to retain a permanent copy of the Program (or part thereof); (ii) is intended for reception on Mobile Devices; and (iii) involves no payment being levied to the End User for the right to receive the relevant transmission and/or the service within which the transmission is made, other than fees or taxes imposed by any government or agency thereof, fees for the purchase or rental of any Mobile Device, or standard call charges associated with such Mobile Device.

ii.    "Transactional Mobile /Wireless Rights" means the right to transmit the Program in its entirety  Mobile Communications Technologies (as may be granted in the Schedule), which transmission:   (i) does not permit the End User to retain a permanent copy of the Program (or part thereof); (ii) is intended for reception on Mobile Devices; and (iii) involves a payment being levied to the End User for the right to receive the relevant transmission and/or the service within which the transmission is made (whether by way of data charges over and above standard call charges, subscription for the service itself, one-off payment for the particular transmission or otherwise), other than fees or taxes imposed by any government or agency thereof, fees for the purchase of rental of any Mobile Device and/or standard call charges associated with such Mobile Device.

DocuSigned by:

*Namrata Singh Goyal*

F8A9644AD1BC456...

iii. "Ad supported Mobile /Wireless Rights" means the right to transmit the Program in its entirety Mobile Communications Technologies (as may be granted in the Schedule), which transmission:  (i) does not permit the End User to retain a permanent copy of the Program (or part thereof); (ii) is intended for reception on Mobile Devices; and (iii) the cost for such service is covered solely by advertising, other than fees or taxes imposed by any government or agency thereof, fees for the purchase or rental of any receiving device and/or standard charges.

iv. "Subscription Mobile /Wireless Rights" means the right to transmit the Program in its entirety Mobile Communications Technologies (as may be granted in the Schedule), which transmission:  (i) does not permit the End User to retain a permanent copy of the Program (or part thereof); (ii) is intended for reception on Mobile Devices; and (iii) the End User pays a periodic subscription for such service, other than fees or taxes imposed by any government or agency thereof, fees for the purchase or rental of any receiving device and/or standard charges.

b. **Manufacture on Demand ("MOD")** means recording the Program onto Discs in a secure, commercial environment utilizing centralized production facilities. For the avoidance of doubt, MOD does not include: (i) a consumer using a personal computer or connected DVD burner, whether or not such personal computer or connected DVD burner is connected to a wide area distribution network such as the Internet or is otherwise receiving Content for burning to a Disc; (ii) a replicator that uses glass masters, metal stampers, and hot polycarbonates to replicate discs; or (iii) in-store production environments connected to an end consumer ordering system or kiosk.

c. **Home Video Rights** means the exclusive right to design, manufacture, produce, distribute, license, sub-license, lease, rent, exhibit, promote, market, advertise, publicize and in all manner and form exploit the Program(s) and all elements thereof, and to authorize others to do all of the foregoing, by means of and in connection with "Videograms," which for purposes hereof includes without limitation videocassettes, videodiscs, videotapes, DVDs, High-Definition DVDs, Blu-ray discs, Universal Media Discs, CD-ROM, DVD-ROM and all other hard carrier devices now known or hereafter devised and designed to be used in conjunction with a personal reproduction, player or viewing apparatus which causes a visual image (whether or not synchronized with sound) to be seen on a screen, display or device, e.g., a television receiver, computer display, hand-held device or any other screen, display or device now known or hereafter devised, which Videograms also include menus, other navigational designs and elements and such other materials (e.g., "bonus" materials) as VISION determines in its sole discretion.  Home Video Rights shall include the exclusive rights (i) to distribute the Program(s) through standard retail channels by means of download to any tangible or hard carrier Videogram storage device using any and all forms of digital or electronic transmission to the retailer; (ii) to distribute Videograms through Internet-based retailers (e.g., Amazon.com and Walmart.com); (iii) to perform and exhibit (via downloading or streaming) short clips of the Videograms for purposes of marketing and selling hard-carrier devices; (iv) in conjunction with the sale of a Videogram unit to authorize digital copy(ies) thereof; and (v) to use Videograms of the Program(s) or any portions or excerpts or abridged versions thereof to in-pack or on-pack or as premiums to be sold together with other products or items, as long as the Program(s) is accounted for on an appropriate and pro-rata basis if bundled with other Program(s).

d. **Theatrical Rights** means the exclusive right to license, sub-license, distribute, exhibit, advertise, promote, market, publicize and in all manner and form exploit the Program(s), and to authorize others to do all of the foregoing, by any and all means of display in motion picture theaters open to the general public where a fee is charged for admission, or when a theatre is rented and so-called "four-walled", whether or not a fee is charged to the public.

DocuSigned by:

*Namrata Singh Dujral*

F5A9644AD1BC456...

UNIGLOBE_0000010268

e. **Ancillary/Non-Theatrical Rights** means the exclusive right to license, sub-license, distribute, exhibit, advertise, promote, market, publicize and in all manner and form exploit the Program(s), and to authorize others to do all of the foregoing, in prisons, educational institutions, libraries, museums, businesses, clubs, summer camps, hospitals and other similar institutions, and on army bases, oil drilling rigs, ships-at-sea and airlines that are operated by a shipping line or flying the flag of the Territory, by all means of exhibition, display, broadcast, or transmission.

f. **Television Rights** means the exclusive right to license, sub-license, distribute, exhibit, transmit, advertise, promote, market, publicize and in all manner and form exploit the Program(s), and to authorize others to do all of the foregoing, by any and all means of broadcast television, free television, pay and subscription television, cable and satellite television, and any and all other forms of television exhibition of the Program(s) (including without limitation any forms of television exhibition for viewing over a cellular phone, personal computer, pda or other mobile device) regardless of the technology employed.

g. **Incidental Rights** are included with all of the Rights Granted and means the usual and customary incidental rights in connection with the Program(s), including, but not limited to, the following: (i) the right to use any and all elements of the Program(s) and all Delivery Materials (including without limitation the names, voices, likenesses and biographies of all persons appearing in and/or connected with the Program(s) subject to any contractual restrictions of which Licensor gives VISION timely written notice), and any portions thereof, in connection with the publicity, advertising, marketing and packaging of the Program(s), including without limitation the right to reproduce, distribute and exhibit any and all visual images and/or sound recordings contained in the Program(s) and/or the Delivery Materials throughout the Territory with respect to advertising, marketing, and/or publicizing Videograms of the Program(s) in digital media; provided, however, that neither VISION nor any of its authorized sublicensees or subdistributors shall direct any such advertising or marketing efforts towards customers or viewers outside of the Territory) by any and all means of distribution, and in any and all media now or hereafter known or devised; (ii) the right to change the title with the mutual approval of the Licensor, of or otherwise modify the Program(s), but only to meet the requirements of censorship, community standards or other laws or regulations in the Territory; (iii) the right to prepare closed-caption versions of the Program(s) for the hearing-impaired; (iv) the right to dub or add subtitles to the Program(s) in the languages granted herein; (v) the right to include in the audiovisual encoding of Videograms other programs, trailers, promotions, contests, and advertising for VISION's other Program(s)s, products and services; and (vi) the right to sublicense or subdistribute, or act as a sales agent for, any of the Rights Granted upon such terms and conditions as VISION, in its sole discretion, may deem proper or expedient; provided, however, that VISION shall provide Licensor with prompt notice of any such sublicense or subdistribution agreements and shall provide Licensor with transparent reporting with respect to any such agreements.

DocuSigned by:

*Namrata Singh Dysal*

F8A9644AD1BC456...

## SCHEDULE C

CABLE VOD (Premium VOD for first run new releases)
iNDemand
      Comcast
      Cox Communications
      Time Warner Cable
      Brighthouse Communications
Vubiquity
      Verizon Fios
      Charter
      various MSOs i.e. Suddenlink, Mediacom
Dish Network
Direct TV

DOWNLOADS (TVOD, EST platforms) we release on these same time as Cable VOD
Amazon Instant
Apple iTunes
Microsoft XBox
Sony Playstation
Blockbuster
Walmart/Vudu
Vimeo
Google Play
Hoopla (Libraries)
Overdrive (Libraries)
FandangoNow

PREMIUM SUBSCRIPTION SVOD - we release on these 2 to 4 months after TVOD
Amazon Prime
HULU
Netflix
And many more specialty thematic platforms!

STREAMING AVOD  - we may release on these down the line when revenues from TVOD tapers off
Big Star
YouTube/Google TV

CANADA PLATFORMS
Shaw
Rogers
Bell
Telus
And more!

DocuSigned by:

*Namrata Singh Gujral*

F8A9644AD1BC456...

UNIGLOBE_0000010270

## SCHEDULE D

META DATA:

1.    Legally approved and cleared "Title" name
2.    Run time for the feature
3.    Run time for the trailer
4.    Run time for any extra bonus materials
5.    Rating / Rating explanation issued by the MPAA (if any)
6.    Genre (s) (list all possible)
7.    Cast / along with their Key Credits
8.    Writer / Key Credits
9.    Director / Key Credits
10.   Producer / Key Credits
11.   Composer or other notable Crew Members
12.   Copyright
13.   Year of the Production
14.   Theatrical Release Year/Distributor
15.   DVD Release Year/Distributor
16.   TV Release Year/Broadcaster
17.   Long Synopsis (1000 maximum characters including spaces)
18.   Medium Synopsis (250 maximum characters including spaces)
19.   Short Synopsis (190 maximum characters including spaces)
20.   Digital copies of ALL Reviews, and summary of best quotes, and LINKS
21.   LINKS – official website, IMDB, and TRAILER, and password protected full film if available

DocuSigned by:

*Namrata Singh Gujral*

F8A9644AD1BC456...

## SCHEDULE E

*Licensor shall deliver all Delivery Materials listed below and noted with an Asterisk.  The balance of the Delivery Materials listed below shall be only on an as-needed Basis.

1. **PICTURE ITEMS**

   All materials set forth herein shall be of first class technical quality and suitable for passing a quality control evaluation (QC) clearing them technically for both U.S. Broadcast *and* Tier 1 VOD Platforms (iTunes, Netflix, etc).  No deviation may be made from the below requirements without prior written consent from Vision Films ("Vision"). QC Evaluations should only be conducted by a facility approved by Vision. *It is the Producer's responsibility to maintain copies of all materials delivered to Vision, including feature, trailer and collateral assets. Vision cannot be held responsible for the storage or loss of the only copy of a film's assets. If you would like your hard drive returned to you, make sure to provide both your courier account number and shipping address to the Director of Digital Operations and your materials will be returned to you.*

   a. **Mezzanine (Hard Drive) Masters**

      The following mezzanine assets should be delivered via Aspera, Signiant or on external hard drive with a USB 3.0 or eSata connection (USB 2.0 and FW400 are not acceptable). Internal hard drives delivered without enclosures will not be accepted. All hard drives, and the files contained therein, must be slated and labeled clearly and appropriately. *Do not deliver your only copy of assets to Vision.* Vision cannot be held responsible for the storage or loss of the only copy of a film's assets.

      i. *High Definition Master (Feature and Trailer):
         4:3 (if available) and 16:9 1920x1080 Quicktime ProRes 422 (HQ) .MOV files with a video bitrate of approximately 150Mbit. Inter frame compressed formats such as H.264, MPEG2, or MPEG4 are not acceptable and will be rejected. Video that has been up-scaled, up-converted or "up-rezzed" to 1080 will not be accepted. Quicktime ProRes 4444 files should not be delivered unless they accompany 422 submasters. All mezzanine assets should be the final color corrected version of the feature or trailer with final mixed audio and fully-filled M&E (or Mix Minus Narration), recorded in 1080 at the original frame rate (23.976fps is preferred). The Vision Films animated logo should be included at the head of the feature, prior to any producer logos. 29.97fps or interlaced masters should not be delivered unless cleared by Vision first.

      ii. Ultra-High-Definition (4K) Master (Feature and Trailer) *only if film's resolution is native 4K or higher.* Quicktime ProRes 4444 .MOV files. Files that have been up-scaled, up-converted or "up-rezzed" from a lower resolution to 4K will not be accepted.

      iii. 3D Masters (Feature and Trailer) *only if film was shot in 3D:*
         1. Left eye / Right Eye 16:9 1920x1080 Quicktime ProRes 422 (HQ) .MOV files with a video bitrate of approximately 150Mbit.
         2. Side-by-side 16:9 1920x1080 Quicktime ProRes 422 (HQ) .MOV files with a video bitrate of approximately 150Mbit. 3D content shall be in anamorphic side-by-side multiplex with Left Eye in 960x1080 resolution and Right Eye in 960x1080.

      iv. DCI Compliant DCP master (unencrypted) for both the feature and trailer, contained on an EXT3 formatted CRU drive (with case and enclosure).

      v. *Marketing Versions:
         1. Trailer: A 1280x720 H.264 .MOV (encoded for high bandwidth streaming) of the trailer. Trailer file should have stereo audio, have no bars, no tone or slate and not be watermarked.
         2. Feature: A 1280x720 .MOV watermarked screener with a file size of about 4GB or less. Video bitrate should be no higher than 5 Mbps with an AAC stereo audio bitrate of 320Kbps. Screener should be continuously watermarked (i.e. not intermittent) "FOR SCREENING PURPOSES ONLY" with watermark displayed prominently in the lower third of the frame at 50% transparency. Please contact the digital operations department for further specs and guidance.

      vi. *Closed Captioning: .SCC English closed caption file conformed to and matching the version of the feature delivered. Captions must match the spoken words in

DocuSigned by:

*Namrata Singh Gujral*

F8A9644AD1BC456...

the dialogue and convey background noises and other sounds to the fullest extent possible and must be displayed on the screen at a speed that can be read by viewers. Captions should not block other important visual content on the screen, overlap one another or run off the edge of the video screen. Captions should not be censored or bleeped. Vision Films has a very specific caption spec. Contact the Digital Operations department for further information regarding content and timing.

vii.   *Textless elements (covering main and end credits, lower-thirds, forced narrative, and any subtitled dialogue) are required and shall be tied at the end of each master or delivered as separate files in the same resolution, aspect ratio and frame rate as the feature. Deliver for all versions (1080, 4K, 3D) as applicable.

**Suggested Master Build Specs**
The following should precede the program on all masters with continuous time code:
1.     Ten (10) seconds of 75% SMPTE bars and 1k tone (on all channels at -20dBFS)
2.     Five (5) seconds of black
3.     Ten (10) second slate (see slate and labeling info below)
4.     Five (5) seconds of black
5.     Main Feature (first audio/video should appear at 1:00:00:00).
6.     Five (5) seconds of black
7.     Ten (10) second of Slate
8.     Five (5) seconds of black
9.     Feature Textless
       Time code must be non-drop frame, continuous and without breaks. Feature textless may, alternatively, be delivered as a separate file.

**Audio Map**
Audio in feature and trailer files should be discrete (i.e. not interleaved) with proper stereo separation (where applicable) and mapped as follows:
**CH1**: 5.1 Left, **CH2**: 5.1 Right, **CH3**: 5.1 Center, **CH4**: 5.1 LFE, **CH5**: 5.1 Left Surround, **CH6**: 5.1 Right Surround, **CH7**: Stereo Composite English Left, **CH8**: Stereo Composite English Right, **CH9**: Stereo Music & Effects Left (fully-filled), **CH10**: Stereo Music & Effects Right (fully-filled). All tracks must be mono compatible so as not to cause cancellation when left and right audio tracks are mixed for monophonic playback.

**\*Quality Control (cannot be waived)**
All materials set forth herein shall be of first class technical quality and suitable for passing a quality control evaluation (QC) clearing them technically for both U.S. Broadcast *and* Tier 1 VOD Platforms (iTunes, Netflix, etc).  All masters, submasters and conversion masters (including 3D and 4K versions, as applicable) *must* be delivered accompanied by a satisfactory 100% written QC report (checking video and all channels of audio) indicating that the element(s) is/are free of any artifacting, density shifts, over modulated or distorted audio, missing audio, corruption, black frames, missing frames, freeze frames, cadence errors, luminance or color anomalies, audio and video drops, digital hits, borders, improper framing, etc. Such report should originate from, and be certified by, a reputable lab or post facility that conducts QCs on a regular basis that is acceptable to Vision. Consult the director of digital operations for a list of preferred and approved facilities. *A Record Report or Delivery Report is not considered a QC Report and will not pass as such. Should a satisfactory QC report not be delivered to Vision, Producer or Licensor shall be liable for the full cost of all quality control evaluations ordered by Vision, including any applicable rush, shipping, or further handling charges.*

**Slates and Labeling**
*All materials (including and especially hard drives) must be properly slated and labeled (unless specifically indicated otherwise).* All labels and slates should contain (at a minimum) the title, running time, aspect ratio, frame rate, standard/version info, audio configuration, textless material location, name of laboratory, and date of creation. All materials with incomplete or inaccurate labels and/or slates will be returned for correction. If a hard drive needs to be returned, ensure it is accompanied with the return address and pre-paid label or courier account number. Delivery hard drives will be stored by Vision free of charge for six (6) months after initial delivery. After that period they will be destroyed or recycled.

DocuSigned by:

*Namrata Singh Gujral*

F8A9844AD1BC456...

UNIGLOBE_0000010273

b. **Disc Screening Copies**
    i.   One fully authored (with no menus) SD DVD5 containing the feature, clear of any watermarks or property burn-in. Should be delivered as an image file (.iso or .img), not as a physical DVD.
    ii.  \*One fully authored sales copy (with stereo audio and no menus) SD DVD5 containing the feature and trailer, with trailer at the head. This DVD5 should have a continuous watermark in the title-safe lower third of the frame with 50% transparency (ex: FOR SCREENING PURPOSES ONLY). Should be delivered as an image file (.iso or .img), not as a physical DVD.
    iii. One fully authored (with no menus) 1080 BluRay containing the feature, clear of any watermarks or burn-in. Deliver on BD-R disc.

c. **Audio Materials**
    All audio materials should be uncompressed PCM, continuous (i.e. longplay; not split into reels) and no less than 48Khz, 16bit. AAC or AC3 audio may *not* be delivered. Audio files should be discrete, not interleaved.
    i.    \*<u>5.1 Surround Mix</u>: Delivery of .WAV or .AIFF files of the highest sampling and bit rate available for 5.1 surround (L,R,C,LFE,Ls,Rs).
    ii.   \*<u>Stereo Mix</u>: Delivery of .WAV or .AIFF files of the highest sampling and bit rate available for the stereo mix (L,R).
    iii.  \*<u>5.1 Surround Music & Effects Tracks</u>: Delivery of .WAV or .AIFF files of the highest sampling and bit rate available for the fully-filled music and effects tracks (M&E) for 5.1 surround (L,R,C,LFE,Ls,Rs). The M&E tracks should contain any and all effects recorded originally in the dialogue track, fully recorded, equalized and in sync with the picture and should contain no discernible dialogue.
    iv.   \*<u>Stereo Music & Effects Tracks</u>: Delivery of Stereo .WAV or .AIFF file(s) of the highest sampling and bit rate available for the fully-filled music and effects tracks. Tracks should contain any and all effects recorded originally in the dialogue track, fully recorded, equalized and in sync with the picture and should contain no discernible dialogue.
    v.    <u>Stereo Dialogue/Music/Effects Tracks</u>: Delivery of .WAV or .AIFF files of the highest sampling and bit rate available for the fully-filled dialogue, music and effects tracks (DME) for Stereo (Lt/Rt or Lo/Ro).  Should be 100% equalized in sync with the picture.
    vi.   <u>5.1 Surround Dialogue/Music/Effects Tracks</u>: Delivery of .WAV or .AIFF files of the highest sampling and bit rate available for the fully-filled dialogue, music and effects tracks (DME) for 5.1 surround (L,R,C,LFE,Ls,Rs).  Should be 100% equalized in sync with the picture.
    vii.  <u>Music Files</u>: 48KHz .WAV or .AIFF files of the original, undipped music cues from the picture. This recording shall not be a copy of the music tracks, but rather the music as it was originally recorded (whether or not included in the final version of the picture).
    viii. <u>Pro Tools Session Files</u>: If available.

d. **Trailers**
    One or more completed trailers of the Picture, as listed above. All trailer masters should be the final color-corrected version of the trailer and contain final mixed audio, fully-filled stereo and 5.1 M&E (either embedded in the file or delivered as separate discrete audio files), and recorded in the same format and aspect ratio as the Picture (e.g.: 16x9 (1.78) 1080/23.98p). Trailers should <u>not</u> have a "Coming Soon" card, contact info or any web addresses. A textless pass of the trailer should also be delivered as a separate mezzanine file. *Bars, Tone, Slate, 5.1 Audio, M&E and textless should not need to be included for the marketing version of the trailer.*

2. <u>**DVD EXTRAS (if available)**</u>
    Delivery of Quicktime ProRes 422 (HQ) files of all final DVD bonus materials, including but not limited to, interviews, commentary (as conformed .WAV or .AIFF file), and behind the scenes footage. All items supplied to Vision should be fully cleared for use in all media, worldwide, in perpetuity.

DocuSigned by:

*Namrata Singh Dujral*

F8A9644AD1BC458...

3. **DOCUMENTATION**
   a. *Music cue sheets (for both trailer and feature) in digital format (such as PDF or MS Excel) as well as any applicable composer agreements, master use and synchronization licenses, and proof of payment for all fees mentioned therein. All composer agreements and licenses shall include language that prevents injunctive relief and shall preclude Licensor from terminating the license.
   b. *Stock footage/clip cue sheets in digital format as well as any applicable licenses or agreements. If no stock footage was used, a statement to this effect is required.
   c. *English Dialogue Continuity Script -or- English Combined Continuity, Dialogue and Spotting List. Should contain, at a minimum, character names and time code (hours, minutes & seconds, not feet+frames) and be suitable for dubbing and subtitling. Should also contain a listing of all on-screen text including lower-thirds as well as main and end credits. Deliver for feature, trailer, and extras.
   d. Final shooting script in PDF format.
   e. Lab List including all vendors used in the post-production of the title, including but not limited to the transfer house, visual effects company, sound house, dubbing facility, etc. This list should include the name, address, phone number, website, and person to be contacted at each of these facilities.
   f. Laboratory Access to all film, video and sound elements (executed). Only applies if tape or film elements exist.
   g. Access to any foreign language version sound tracks for the picture held by the Licensor or which Licensor has access to for the purpose of creating duplicates, at cost of copy.
   h. As rated/available, a clearly legible copy of the fully paid rating certificate issued by the Classification and Rating Administration of the Motion Program Association of America ("MPAA"), evidencing a rating of not more restrictive than "R".
   i. *A statement indicating the correct copyright notice for the Picture to be included on all packing thereof.
   j. *Copyright registration certificate, or proof of filing, evidencing registration of the script and of the entire motion picture with the U.S. Copyright Office. Proof of filing must include all of the following items: **1)** a PDF copy of the USCO application, **2)** the USCO packing slip indicating what media was sent for filing, **3)** proof of payment from USCO, and **4)** the courier shipping label for your media.
   k. A current (i.e., dated no earlier than thirty (30) days prior to the Delivery Date) UCC search report (indicating all parties or entities holding secured interests in each Program and obtained from one of Vision's pre-approved vendors) of Licensor from the state of its incorporation (or domicile if a person) and principal place of business. Each UCC Report must include copies of any referenced filings.
   l. A current (i.e., dated no earlier than thirty (30) days prior to the Delivery Date) copyright report issued by one of Vision's pre-approved vendors.
   m. A current (i.e., dated no earlier than thirty (30) days prior to the Delivery Date) title report and opinion issued by one of Vision's pre-approved vendors.
   n. Five (5) original notarized Certificates of Origin issued by an authorized agent in the country of origin (see provided template).
   o. *Full chain-of-title: Clearly legible copies of all chain-of-title documents (as well as a certified and signed summary of this chain) evidencing Licensor's proper ownership and permitting the use of any and all literary, dramatic, musical and other material used in the production of each Program or upon which each Program and/or screenplay may be based, together with certificates of authorship and proof of payment (if available) in connection with the acquisition of the necessary rights in and to such material and the exercise of all options related thereto. This includes, but may not necessarily be limited to, copies of copyright registration (or proof of filing), any and all assignments, clip and music license agreements, agreements for the writer(s), com-poser(s), director(s), key talent and anyone else listed in the opening titles of the picture or credit block.
   p. *Errors and Omissions Insurance coverage naming Vision Films, Inc. and any direct or indirect parent, subsidiary and affiliates, and the successors, licensees, assigns and customers of each of them, and the officers, directors, agents, attorneys and employees of each of them are added as additional insured, inclusive of Title, Music, and Clips. Coverage must be worldwide and include all media. The minimum coverage shall be Three Millions U.S. Dollars ($3,000,000) for a single occurrence and Five Million U.S. Dollars ($5,000,000) for aggregate claims with a deductible of no more than Twenty-Five Thousand U.S. Dollars ($25,000) for a minimum term of Three (3) years from the respective delivery date.

DocuSigned by:

Namrata Singh Dujsal

F8A9644AD1BC456...

UNIGLOBE_0000010275

q. A signed statement setting forth any and all guilds which may be applicable to the Picture (i.e., SAG, WGA, DGA, IATSE, AFTRA, ACTRA, etc.). If none, then a signed statement to that effect.

4. **CREDIT ITEMS**
   a. *Approved, final credit block in Word format containing copyright notice and placeholders for all logos.
   b. A complete typewritten English language statement of all third party screen and paid advertising credit, name and likeness, and other third party obligations, restrictions and approval rights [including, without limitation, all dubbing obligations (if any), director's editing rights, video mastering consultation or approval rights, etc.] for each individual and entity named in the billing block [with excerpts from each applicable third party agreement setting forth the precise extent and nature of such obligations, restrictions and/or approval rights], in the identical order as listed in the billing block.
   c. Final cast list as prepared by Producer's payroll company.

5. **PUBLICITY AND ADVERTISING MATERIALS**
   a. *Synopses (1-page, 1-paragraph, and 1-liner) in MS Word format.
   b. Trade reviews and press articles in PDF format, as available (do not send web links).
   c. A statement summarizing publicity obligations and restrictions.
   d. A minimum of 50 digital high-resolution select still images (300 dpi or higher) with a minimum resolution of 1920x1080. All delivered stills shall be deemed "approved" by Licensor/Producer and free of any restrictions related to their use.
   e. Layered Key art files in a digital format such as PSD.
   f. High-Res or vector graphic files of all logos to be included on all artwork and advertising.
   g. Press books and production notes as available.
   h. *Metadata sheet (contact marketing@visionfilms.net for a template).

Any other "industry standard" delivery materials Vision is required to deliver, by the terms of a contract with a third party, shall also be provided by Licensor within a reasonable amount of time. If those materials cannot be delivered by Licensor within a reasonable time frame, Licensor authorizes Vision to create them at Licensor's sole expense.

DocuSigned by:

*Namrata Singh Gujral*

F8A9644AD1BC456...

# SCHEDULE F

VISION FILMS

Rate Card August 10, 2016

## VOD Delivery

| | | | |
|---|---|---|---|
| **Feature + Trailer Setup** | $1,150 | **Metadata or Artwork Updates** | $50 |
| *Includes delivery to iTunes and first year reporting* | | **Trailer re-delivery** | $75 |
| *Assumes prior QC, CC File and Completed Artwork* | | **Feature re-delivery** | $175 |
| **Per additional direct platform** | $150 | | |
| **Per additional aggregated platform** | $195 | | |

## Quality Control

| | |
|---|---|
| **High Definition** | |
| 100% Written | $150 per facility hour (1/2 hour min)* |
| Tech QC | $75 per facility hour (1 hour min)* |
| Spot QC | $50 per facility hour (1 hour min) |
| **Standard Definition** | |
| 100% Written | $100 per facility hour (1/2 hour min)* |
| Tech QC | $60 per facility hour (1 hour min)* |
| Spot QC | $50 per facility hour (1 hour min) |

* One Pass QC - Video + 2.0 Audio. Assume an estimated 6 times facility run time
Two Pass QC - Video + 4 channels of audio. Assume an estimated 9 times facility run time
Three Pass QC - Video & up to twelve (12) audio channels will assume an estimate 12 times facility run time

## Editorial

| | | | |
|---|---|---|---|
| **Unsupervised NLE Edit** | $150/hr | **Remove Commerical Blacks** | $5/black |
| **ProTools Edit** | $150/hr | **Export/render time** | $25/hr |
| | | (1 hr min) | |

## DCP Creation

| | | | |
|---|---|---|---|
| **2K Unencrypted** | $15/min | **USB Drive** | $150.00 |
| **Encryption** | $150 | **CRU Drive** | $300.00 |
| **Subtitles** | $100/track | **CRU Drive Package** | $450.00 |
| | | *Package includes enclosure and tough case* | |

## Authoring and Screener Creation

| | | | |
|---|---|---|---|
| **DVD Authoring** | $1,750 | **DVD play-on-insert screener (DVD5, max 120min)** | $200.00 |
| *Includes:* | | **Blu-ray play-on-insert screener (BD25, max 120 min)** | $350.00 |
| *Encoding, Creation of main menu + 2 submenus,* | | | |
| *inclusion of 1 audio track and 1 subtitle file* | | **H264 / Online Screener** | *See Transcoding* |
| **Additional subtitle** | $25/ea | | |
| **Additional Audio tracks** | $25/ea | **Add watermark** | $0.50/min |

## Mezzanine File Services

| | | | | | |
|---|---|---|---|---|---|
| **Transcoding (HD)** | | | **Encode from tape (HD) to ProRes** | | |
| 15 min | $ | 50.00 | 15 min | $ | 100.00 |
| 30 min | $ | 100.00 | 30 min | $ | 200.00 |
| 60 min | $ | 125.00 | 60 min | $ | 350.00 |
| 90 min | $ | 150.00 | 90 min | $ | 400.00 |
| 120 min | $ | 175.00 | 120 min | $ | 450.00 |
| **Transcoding (SD)** | | | **Encode from tape (SD) to ProRes** | | |
| 15 min | $ | 30.00 | 15 min | $ | 65.00 |
| 30 min | $ | 60.00 | 30 min | $ | 130.00 |
| 60 min | $ | 70.00 | 60 min | $ | 250.00 |
| 90 min | $ | 80.00 | 90 min | $ | 265.00 |
| 120 min | $ | 90.00 | 120 min | $ | 280.00 |

## Tape Media Duplication and Conversion (HDCAM, HDCAM SR, D5, Digital Betacam)*

| | | | | | |
|---|---|---|---|---|---|
| **Duplication (HD)** | | | **Cross or down conversion (HD)** | | |
| 15 min | $ | 200.00 | 15 min | $ | 175.00 |
| 30 min | $ | 350.00 | 30 min | $ | 350.00 |
| 60 min | $ | 600.00 | 60 min | $ | 550.00 |
| 90 min | $ | 750.00 | 90 min | $ | 750.00 |
| 120 min | $ | 850.00 | 120 min | $ | 900.00 |
| **Duplication (SD)** | | | **Cross or up conversion (SD)** | | |
| 15 min | $ | 75.00 | 15 min | $ | 150.00 |
| 30 min | $ | 250.00 | 30 min | $ | 185.00 |
| 60 min | $ | 350.00 | 60 min | $ | 275.00 |
| 90 min | $ | 450.00 | 90 min | $ | 450.00 |
| 120 min | $ | 500.00 | 120 min | $ | 500.00 |

## Optical Media Duplication & Replication

| | |
|---|---|
| **Duplication (with label and clamshell)** | |
| DVD5 | $5 per unit |
| DVD9 | $7 per unit |
| BD25 | $25 per unit |
| BD50 | $30 per runit |

## Closed Captioning & Subtitling

| | | | |
|---|---|---|---|
| **English closed caption origination** | $7 per min | **File format conversion** | $0.50 per min |
| **Frame rate conversions** | $2 per min | *Certain formats may incur a premium* | |
| *includes multi-point spot check* | | | |

## Physical and Digital Delivery

| | | | |
|---|---|---|---|
| **Delivery via Signiant Media Shuttle** | *Feature + Trailer* | **Physical Delivery** | *Feature + Trailer* |
| *70-120 min* | $250 | *70-120 min* | $100 |
| *30-69 min* | $150 | *30-69 min* | $75 |
| *< 30 min* | $50 | *< 30 min* | $50 |
| | | **Cost of Hard Drive Not Included (See below)* | |
| **Upload to Streaming Platform (ex: YouTube)** | | | |
| *10-120 min* | $7 | | |
| <10 min | $2 | | |
| **500GB USB3 Hard drive** | $150 | | |
| **1TB USB3 Hard Drive** | $200 | | |
| **2TB USB3 Hard Drive** | $250 | | |

## Additional Services

| | | | |
|---|---|---|---|
| **Clearance and Legal Doc Coordination** | Vendor rate + 15% | **Dead Pixel Fixes (min 1 hr)** | $275/hr |
| **Delivery Coordination** | $150/hr | **Resize Images** | $10.00 |
| **Post-production coordination** | $150/hr | **Key Art repurposing** | $250-$500 |
| **Initial Web set up - images, synopsis, imdb research** | $200.00 | **Flyer Design** | $1000-$2000 |
| **Update Website/Website maintence & server** | $50/hr | **Flyer Mechanical** | $250-$500 |
| **Initial Catalog set up** | $100.00 | **Ad Design** | $500-$1000 |
| **Update Catalog** | $50/hr | **Ad Mechanical** | $250-$500 |
| | | **English Dialogue List** | $4/min |
| | | *Min charge $25* | |

DocuSigned by:

F8A9644AD1BC456...

| PRICING & PROJECTION SHEET | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **AS OF** | February 11, 2018 | | | | | | | |
| **TITLE** | 5 Weddings | | | | | | | |
| **CAST (IMDB Score)** | Bo Derek (1,924), Mariana Paola Vicente (6,655), Candy Clark (6,688) | | | | | | | |
| **GENRE** | Romantic Comedy | | | | | | | |
| **NOTES/SYNOPSIS (via IMDB)** | An American journalist travels to India to cover Bollywood weddings.  There, she uncovers a mosaic of cultural clashes, transgender tangles and lost loves with her travels culminating at a destination where the only journey is the one within. | | | | | | | |
| **PREPARED BY** | VISION FILMS INC. | | | | | | | |
| | These projections indicate possible License Fees and/or Minimum Guarantees.  These projections depend on many variable factors and can change at any time in either direction than what is noted below.  These estimates do not indicate any additional income (i.e. additional rights, windows, royalty's, overages etc.) which can be significant. These projections are strictly confidential and may not be disclosed to any other person or entity without the prior written consent from Vision Films Inc. Vision Films reserves the right to changes these projections after screening the final production in its entirety. | | | | | | | |

| 2 | | ALL RIGHTS HIGH / ESTIMATES | | | | ALL RIGHTS LOW / ESTIMATES | | | |
|---|---|---|---|---|---|---|---|---|---|
| **REGION** | | DVD, EST $/or TVOD | PAY TV $/or SVOD | FREE TV | ALL RIGHTS TOTAL / LOW | DVD, EST $/or TVOD | PAY TV $/or SVOD | FREE TV | ALL RIGHTS TOTAL / LOW |
| AS/RU | CIS / Russia & Baltic's | $4,000 | $4,000 | $16,000 | **$24,000** | $0 | $2,000 | $2,000 | $8,000 | $12,000 |
| EU/EE | Bulgaria | $2,000 | $2,000 | $4,000 | **$8,000** | $0 | $1,000 | $1,000 | $2,000 | $4,000 |
| EU/EE | Czech Rep & Slovakia | $2,000 | $4,000 | $8,000 | **$14,000** | $0 | $1,000 | $2,000 | $4,000 | $7,000 |
| EU/EE | Hungary | $2,000 | $4,000 | $6,000 | **$12,000** | $0 | $1,000 | $2,000 | $3,000 | $6,000 |
| EU/EE | Poland | $4,000 | $8,000 | $12,000 | **$24,000** | $0 | $2,000 | $4,000 | $6,000 | $12,000 |
| EU/EE | Romania | $2,000 | $2,000 | $6,000 | **$10,000** | $0 | $1,000 | $1,000 | $3,000 | $5,000 |
| EU/EE | Ex-Yugo | $2,000 | $2,000 | $6,000 | **$10,000** | $0 | $1,000 | $1,000 | $3,000 | $5,000 |
| EU/EE | Pan EE PTV | | $12,000 | | **$12,000** | | | $6,000 | | $6,000 |
| | | | | | | | | | |
| EU | France | $10,000 | $20,000 | $100,000 | **$130,000** | $0 | $5,000 | $10,000 | $50,000 | $65,000 |
| EU | Germany | $10,000 | $10,000 | $50,000 | **$70,000** | $0 | $5,000 | $5,000 | $25,000 | $35,000 |
| EU | Greece | $2,000 | $2,000 | $6,000 | **$10,000** | $0 | $1,000 | $1,000 | $3,000 | $5,000 |
| EU | Italy | $10,000 | $30,000 | $50,000 | **$90,000** | $0 | $5,000 | $15,000 | $25,000 | $45,000 |
| EU | Portugal | $2,000 | $2,000 | $4,000 | **$8,000** | $0 | $1,000 | $1,000 | $2,000 | $4,000 |
| EU | Spain | $4,000 | $6,000 | $100,000 | **$110,000** | $0 | $2,000 | $3,000 | $50,000 | $55,000 |
| EU | Turkey | $4,000 | $6,000 | $10,000 | **$20,000** | $0 | $2,000 | $3,000 | $5,000 | $10,000 |
| EU | United Kingdom | $10,000 | $20,000 | $100,000 | **$130,000** | $0 | $5,000 | $10,000 | $50,000 | $65,000 |
| | | | | | | | | | |
| EU/BE | Benelux | $4,000 | $8,000 | $12,000 | **$24,000** | $0 | $2,000 | $4,000 | $6,000 | $12,000 |
| | | | | | | | | | |
| EU/SC | Scandinavia | $4,000 | $8,000 | $12,000 | **$24,000** | $0 | $2,000 | $4,000 | $6,000 | $12,000 |
| | | | | | | | | | |
| AS | China | $2,000 | $4,000 | $12,000 | **$18,000** | $0 | $1,000 | $2,000 | $6,000 | $9,000 |
| AS | Hong Kong | $2,000 | $4,000 | $6,000 | **$12,000** | $0 | $1,000 | $2,000 | $3,000 | $6,000 |
| AS | India | $0 | $0 | $0 | **$0** | $0 | $0 | $0 | $0 | $0 |
| AS | Indonesia | $2,000 | $4,000 | $12,000 | **$18,000** | $0 | $1,000 | $2,000 | $6,000 | $9,000 |

DocuSigned by:

*Namrata Singh Gujral*

F8A9644AD1BC456...

UNIGLOBE_0000010278

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| AS | Japan | $10,000 | $10,000 | $30,000 | **$50,000** | $0 | $5,000 | $5,000 | $15,000 | $25,000 |
| AS | Malaysia | $2,000 | $4,000 | $6,000 | **$12,000** | | $1,000 | $2,000 | $3,000 | $6,000 |
| AS | Philippines | $2,000 | $4,000 | $6,000 | **$12,000** | $0 | $1,000 | $2,000 | $3,000 | $6,000 |
| AS | Singapore | $2,000 | $4,000 | $6,000 | **$12,000** | | $1,000 | $2,000 | $3,000 | $6,000 |
| AS | South Korea | $2,000 | $6,000 | $8,000 | **$16,000** | | $1,000 | $3,000 | $4,000 | $8,000 |
| AS | Taiwan | $4,000 | $4,000 | $6,000 | **$14,000** | $0 | $2,000 | $2,000 | $3,000 | $7,000 |
| AS | Thailand | $2,000 | $2,000 | $6,000 | **$10,000** | $0 | $1,000 | $1,000 | $3,000 | $5,000 |
| AS | Vietnam | $1,000 | $1,000 | $2,000 | **$4,000** | $0 | $500 | $500 | $1,000 | $2,000 |
| AS | Pan Asia FTV | | $16,000 | | **$16,000** | $0 | $8,000 | | | $8,000 |
| | | | | | | | | | | |
| AF | Africa / South Africa | $4,000 | $8,000 | $12,000 | **$24,000** | | $2,000 | $4,000 | $6,000 | $12,000 |
| | | | | | | | | | | |
| AS/AU | Australia & New Zealand | $10,000 | $10,000 | $40,000 | **$60,000** | $0 | $5,000 | $5,000 | $20,000 | $30,000 |
| | | | | | | | | | | |
| ME/S | Israel | $2,000 | $4,000 | $8,000 | **$14,000** | | $1,000 | $2,000 | $4,000 | $7,000 |
| ME | Middle East | $4,000 | $4,000 | $12,000 | **$20,000** | | $2,000 | $2,000 | $6,000 | $10,000 |
| | | | | | | | | | | |
| LA/CA | Central America | $2,000 | $4,000 | $8,000 | **$14,000** | | $1,000 | $2,000 | $4,000 | $7,000 |
| LA/NA | Mexico | $4,000 | $6,000 | $20,000 | **$30,000** | | $2,000 | $3,000 | $10,000 | $15,000 |
| LA/SA | Argentina, Paraguay, Uruguay | $4,000 | $4,000 | $10,000 | **$18,000** | | $2,000 | $2,000 | $5,000 | $9,000 |
| LA/SA | Brazil | $4,000 | $6,000 | $20,000 | **$30,000** | | $2,000 | $3,000 | $10,000 | $15,000 |
| LA/SA | Chile | $2,000 | $2,000 | $6,000 | **$10,000** | | $1,000 | $1,000 | $3,000 | $5,000 |
| LA/SA | Colombia | $2,000 | $2,000 | $6,000 | **$10,000** | | $1,000 | $1,000 | $3,000 | $5,000 |
| LA/SA | Peru, Ecuador, Bolivia | $2,000 | $2,000 | $6,000 | **$10,000** | | $1,000 | $1,000 | $3,000 | $5,000 |
| LA/SA | Venezuela | $2,000 | $2,000 | $6,000 | **$10,000** | | $1,000 | $1,000 | $3,000 | $5,000 |
| LA | Pan Latin America | $0 | $30,000 | $0 | **$30,000** | | | $15,000 | | $15,000 |
| | | | | | | | | | | |
| NA/CN | USA, Canada (English & French) | $100,000 | $300,000 | $100,000 | **$500,000** | | $50,000 | $150,000 | $50,000 | $250,000 |
| NA/CN | Ancillary | | $30,000 | | **$30,000** | $0 | | $15,000 | | $15,000 |
| | | | | | | | | | | |
| TOTAL | | $251,000 | $627,000 | $856,000 | **$1,734,000** | $0 | $125,500 | $313,500 | $428,000 | $867,000 |
| | | | | | $1,734,000 | | | | | $867,000 |

DocuSign by:

*Namrata Singh Dysal*

F8A9844AD1BC456