# EXHIBIT 8

KEKER, VAN NEST & PETERS LLP
ROBERT A. VAN NEST - # 84065
rvannest@keker.com
DAN JACKSON - # 216091
djackson@keker.com
JULIA L. ALLEN - # 286097
jallen@keker.com
TRAVIS SILVA - # 295856
tsilva@keker.com
ANNA PORTO - # 319903
aporto@keker.com
LUKE APFELD - # 327029
lapfeld@keker.com
AMOS J. B. ESPELAND - # 332895
aespeland@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

DAVID H. KRAMER, SBN 168452
MAURA L. REES, SBN 191698
LAUREN GALLO WHITE, SBN 309075
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: dkramer@wsgr.com
       mrees@wsgr.com
       lwhite@wsgr.com

Attorneys for Defendants and Counterclaimants
YOUTUBE, LLC and GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING, LTD., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>Defendants. | Case No. 3:20-cv-04423-JD<br><br>**DECLARATION OF TRAVIS SILVA IN SUPPORT OF DEFENDANTS' OPPSITIONS TO PLAINTIFFS' MOTIONS IN LIMINE**<br><br>Date:     May 25, 2023<br>Time:     1:30 p.m.<br>Dept.:    Courtroom 11 – 19th Floor<br>Judge:    Hon. James Donato<br><br>Date Filed: July 2, 2020<br><br>Trial Date: June 12, 2023 |
| YOUTUBE, LLC and GOOGLE LLC,<br><br>Counterclaimants,<br><br>v.<br><br>PIRATE MONITOR LTD., PIRATE MONITOR LLC, and GÁBOR CSUPÓ,<br><br>Counterclaim Defendants. | |

I, Travis Silva, declare and say that:

1.      I am an attorney licensed to practice law in the State of California. I am a partner with the law firm of Keker, Van Nest & Peters LLP, and am counsel for Defendants and Counterclaimants YouTube, LLC and Google LLC in the above-captioned action. I have personal knowledge of the facts set forth herein, and if called upon as a witness thereto, could do so competently under oath.

2.      Attached as **Exhibit 1** is a true and correct copy of an excerpt from the deposition of Kevin Zhu dated June 21, 2022.

3.      Attached as **Exhibit 3A** is a true and correct copy of the Publishing License Agreement between "A" Side Music LLC d/b/a Modern Works Music Publishing and Google Inc, dated April 30, 2014, and bates numbered GOOG-SCHNDR-00002434–2452.

4.      Attached as **Exhibit 3B** is a true and correct copy of an excerpt from the deposition of Joanne Suk dated July 14, 2022

5.      Attached as **Exhibit 4A** is a true and correct copy of Plaintiff's Preliminary List of Infringements dated February 1, 2022.

6.      Attached as **Exhibit 4B** is a true and correct copy of an excerpt from the deposition of Namrata Singh Gujral Cooper dated June 30, 2022.

7.      Attached as **Exhibit 5** is a true and correct copy of correspondence from Lauren White to Carol O'Keefe dated October 25, 2022.

8.      Attached as **Exhibit 7A** is a true and correct copy of an excerpt from Defendants and Counterclaimants YouTube, LLC and Google LLC's Responses and Objections to Plaintiff Maria Schneider's First Set of Interrogatories (Nos. 1-14) dated December 17, 2020.

9.      Attached as **Exhibit 7B** is a true and correct copy of an excerpt from the deposition of David Rosenstein dated July 1, 2022.

10.      Attached as **Exhibit 7C** is a true and correct copy of an excerpt from Defendant and Counterclaimant YouTube, LLC's Responses and Objections to Plaintiffs' Notice of Deposition to YouTube, LLC Pursuant to F.R.C.P. 30(b)(6) dated June 20, 2022.

1        11.      Attached as **Exhibit 7D** is a true and correct copy of correspondence from Demetri

2   Blaisdell to Lauren White dated March 25, 2022.

3        I declare under penalty of perjury that the foregoing is true and correct under the laws of

4   the state of California. Executed on May 5, 2023 at San Francisco, California.

6                                                By:   _/s/ Travis Silva_

7                                                      TRAVIS SILVA

2134650

# Exhibit 1

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

---oOo---


MARIA SCHNEIDER, UNIGLOBE
ENTERTAINMENT, LLC, and
AST PUBLISHING LTD.,
individually and on behalf
of all others similarly
situated;

        Plaintiffs,
vs.              Case No. 3:20-cv-04423-JD

YOUTUBE, LLC; and GOOGLE
LLC;

        Defendants.
_____/



CONFIDENTIAL

THIS TRANSCRIPT CONTAINS

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY TESTIMONY
17  30(b)(1) REMOTE VIDEOTAPED DEPOSITION OF KEVIN ZHU
PALO ALTO, CALIFORNIA

TUESDAY, JUNE 21, 2022




STENOGRAPHICALLY REPORTED BY:

ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR

CSR LICENSE NO. 9830 JOB NO. 842689



```
 1              UNITED STATES DISTRICT COURT

 2              NORTHERN DISTRICT OF CALIFORNIA

 3                      ---oOo---

 4

 5   MARIA SCHNEIDER, UNIGLOBE
     ENTERTAINMENT, LLC, and
 6   AST PUBLISHING LTD.,
     individually and on behalf
 7   of all others similarly
     situated;
 8
                 Plaintiffs,
 9   vs.                          Case No. 3:20-cv-04423-JD

10   YOUTUBE, LLC; and GOOGLE
     LLC;
11
                 Defendants.
12   _____/

13

14

15          30(b)(1) Remote Videotaped Deposition of

16     Kevin Zhu, taken on behalf of the Plaintiffs, on

17     Tuesday, June 21, 2022, beginning 12:30 p.m., and

18     ending at 6:38p.m., Pursuant to Notice, and

19     before me, ANDREA M. IGNACIO, CSR, RPR, CRR, CLR ~

20     No. 9830.

21

22

23

24

25
```



```
 1     A P P E A R A N C E S:

 2

 3        COUNSEL FOR PLAINTIFFS:

 4            BOIES SCHILLER FLEXNER LLP

 5            By:  PHILIP C. KOROLOGOS, Esq.

 6                 JEFFREY WALDRON, Esq.

 7            55 Hudson Yards, 20th Floor

 8            New York, NY 10001

 9            (212) 446-230

10

11                  -- and --

12

13            KOREIN TILLERY, LLC

14            By:  CAROL O'KEEFE, Esq.

15                 RYAN CORTAZAR, Esq.

16            205 North Michigan, Suite 1950

17            Chicago, IL 60601

18            Telephone: (312) 641-9750

19

20

21

22

23

24

25
```



Page 4

1       R E M O T E   A P P E A R A N C E S:   (Cont.)

2

3

4            COUNSEL FOR THE DEFENDANTS:

5                 WILSON SONSINI GOODRICH & ROSATI

6                 BY:   BRIAN M. WILLEN, Esq.

7                      QIFAN HUANG, Esq.

8                      BEN HEWITT, Summer Associate

9                 650 Page Mill Road

10                Palo Alto, CA 94304-1050

11                (650) 493-9300

12

13

14           ALSO PRESENT:   Richard Loftus, Videographer

15                           Samuel Reed Dippo, YouTube/Google

16

17                           ---oOo---

18

19

20

21

22

23

24

25



Page 148

| | | |
|---|---|---|
| 1 | that, you know, matching feature that I described just | 18:10 |
| 2 | now. | 18:10 |
| 3 | But there's also the -- the features of the | 18:10 |
| 4 | tool that prevent -- that -- that, you know, allow | 18:10 |
| 5 | you -- or there's -- there's -- there's features of -- | 18:10 |
| 6 | of -- of -- well, leaving those features of the tool | 18:10 |
| 7 | also include the -- the option within the web form to | 18:10 |
| 8 | ask us to do our best to prevent copies of the -- of | 18:10 |
| 9 | the videos that your reviewer is alleging are | 18:10 |
| 10 | infringing. | 18:11 |
| 11 | And if those -- if that takedown request is | 18:11 |
| 12 | approved and the video is removed, then exact copies | 18:11 |
| 13 | are prevented from being uploaded.  And so, you know, | 18:11 |
| 14 | those -- those copies -- those -- those were videos | 18:11 |
| 15 | that may have, like, been -- could -- that -- that -- | 18:11 |
| 16 | that could be designated as private if they -- they | 18:11 |
| 17 | were not prevented from being uploaded altogether. | 18:11 |
| 18 | So I -- I think there are some aspects | 18:11 |
| 19 | that -- that act on -- there's some aspects of copy | 18:11 |
| 20 | match tool that do act on, you know, potentially | 18:11 |
| 21 | private videos. | 18:11 |
| 22 | MS. O'KEEFE:  Q.  But the copyright claimant | 18:11 |
| 23 | had not filed a DMCA takedown notice against a private | 18:11 |
| 24 | version of a video that has been detected by the | 18:11 |
| 25 | copyright match tool; correct? | 18:11 |



Page 149

```
 1           MR. WILLEN:  Objection to the form.          18:12
 2           THE WITNESS:  It's possible to file a        18:12
 3   takedown request against a private video.  We assess 18:12
 4   those -- we would review those takedown requests as we 18:12
 5   would any other takedown request.  And I -- and      18:12
 6   anecdotally, I've seen takedown requests be filed     18:12
 7   through the web form for private videos.             18:12
 8           I -- you know, so I -- as I understand your   18:12
 9   question, sort of, you're saying it's not possible to 18:12
10   do it.  So -- so there's -- there are -- there are -- 18:12
11   it's -- it's possible to file a takedown request for 18:12
12   private videos.                                      18:12
13           MS. O'KEEFE:  Q.  Has it always been the case 18:12
14   that private videos are only viewable by someone who 18:12
15   has an invitation from the channel owner?            18:12
16           MR. WILLEN:  Objection to the form.          18:13
17           THE WITNESS:  I don't work on that feature,   18:13
18   so I don't know the answer to whether that's always  18:13
19   been the case or not.                                18:13
20           MS. O'KEEFE:  Q.  Is it possible that in the  18:13
21   past, anyone with a direct link to the URL of a      18:13
22   private video could have viewed the private video?   18:13
23       A   I guess I would say that's not how I         18:13
24   understand the purpose of the private video setting to 18:13
25   be.  But again, I -- I -- I don't have enough        18:13
```



Page 159

1                    CERTIFICATE OF REPORTER

2

3          I, ANDREA M. IGNACIO, hereby certify that the

4     witness in the foregoing remote deposition was by me

5     remotely sworn to tell the truth, the whole truth, and

6     nothing but the truth in the within-entitled cause;

7          That said deposition was taken in shorthand

8     by me, a disinterested person, at the time and place

9     therein stated, and that the testimony of the said

10    witness was thereafter reduced to typewriting, by

11    computer, under my direction and supervision;

12         That before completion of the deposition,

13    review of the transcript [ ] was [x] was not

14    requested.  If requested, any changes made by the

15    deponent (and provided to the reporter) during the

16    period allowed are appended hereto.

17         I further certify that I am not of counsel or

18    attorney for either or any of the parties to the said

19    deposition, nor in any way interested in the event of

20    this cause, and that I am not related to any of the

21    parties thereto.

22    Dated:

23    _____
                    *Andrea M. Ignacio*

24    ANDREA M. IGNACIO, RPR, CRR, CCRR, CLR, CSR No. 9830

25



# Exhibit 3A

# Exhibit 3B

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

---oOo---


MARIA SCHNEIDER, UNIGLOBE
ENTERTAINMENT, LLC, and
AST PUBLISHING LTD.,
individually and on behalf
of all others similarly
situated;

        Plaintiffs,

vs.                    Case No. 3:20-cv-04423-JD

YOUTUBE, LLC; and GOOGLE
LLC;

        Defendants.

_____/


CONFIDENTIAL ATTORNEYS' EYES ONLY

REMOTE VIDEOTAPED DEPOSITION OF JOANNE SUK

THURSDAY, JULY 14, 2022




STENOGRAPHICALLY REPORTED BY:

ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR

CSR LICENSE NO. 9830

JOB NO. 850947



Page 109

| | | |
|---|---|---|
| 1 | block a music video, a user-generated video, that | 12:34 |
| 2 | contains Provider Music Videos? | 12:34 |
| 3 | MR. HAROLD:  Objection; form. | 12:34 |
| 4 | THE WITNESS:  Can you repeat the first part | 12:34 |
| 5 | of your question. | 12:34 |
| 6 | MS. O'KEEFE:  Q.  As a general rule, in the | 12:34 |
| 7 | absence of a contractually delineated reason, is a | 12:34 |
| 8 | provider able to block a user-generated video that | 12:34 |
| 9 | contains a Provider Music Video? | 12:34 |
| 10 | MR. HAROLD:  Objection; form. | 12:34 |
| 11 | THE WITNESS:  Not that I'm aware of.  You | 12:34 |
| 12 | know, like I said, other- -- unless otherwise allowed | 12:34 |
| 13 | under applicable law, but not that I'm generally aware | 12:35 |
| 14 | of. | 12:35 |
| 15 | MS. O'KEEFE:  Okay. | 12:35 |
| 16 | THE WITNESS:  But again, my knowledge on the | 12:35 |
| 17 | SRAV side is quite -- much more limited. | 12:35 |
| 18 | MS. O'KEEFE:  Okay. | 12:35 |
| 19 | Q   Moving on to sound recordings as opposed to | 12:35 |
| 20 | Provider Music Video. | 12:35 |
| 21 | As a general rule, in the absence of a | 12:35 |
| 22 | contractually delineated reason, is a provider able to | 12:35 |
| 23 | block a user-generated video that contains the | 12:35 |
| 24 | Provider Sound Recordings? | 12:35 |
| 25 | MR. HAROLD:  Objection; form. | 12:35 |



Page 125

| | | |
|---|---|---|
| 1 | Yes, this appears to be the current version | 13:51 |
| 2 | of the PLA. | 13:51 |
| 3 | Q   Turning to page 1 of the agreement and Bates | 13:51 |
| 4 | ending in '20802.  Can you tell me in simple English | 13:51 |
| 5 | what an "Art Track" is. | 13:51 |
| 6 | MR. HAROLD:  Objection; form. | 13:51 |
| 7 | THE WITNESS:  An Art Track is a master | 13:51 |
| 8 | recording that has -- is played back to a user with | 13:52 |
| 9 | the -- with an associated image. | 13:52 |
| 10 | MS. O'KEEFE:  Q.  So when -- when there's a | 13:52 |
| 11 | playback of Bruce Springsteen's "Born to Run," and a | 13:52 |
| 12 | copy of The Boss' album cover is the still image | 13:52 |
| 13 | that's associated with that, would that necessarily be | 13:52 |
| 14 | considered an Art Track? | 13:52 |
| 15 | Or is an Art Track only created by Google? | 13:52 |
| 16 | MR. HAROLD:  Objection; form. | 13:52 |
| 17 | THE WITNESS:  Yeah, so it would be when it's | 13:52 |
| 18 | been delivered by -- it would be a master recording | 13:52 |
| 19 | that had been delivered by a label, and I believe it | 13:53 |
| 20 | uses some tools in order to create the ultimate Art | 13:53 |
| 21 | Track asset. | 13:53 |
| 22 | MS. O'KEEFE:  Okay. | 13:53 |
| 23 | Q   So an Art Track can only be created by a | 13:53 |
| 24 | mas- -- when it's a master recording that is delivered | 13:53 |
| 25 | by a label; is that correct? | 13:53 |



Page 200

1                 CERTIFICATE OF REPORTER

2

3         I, ANDREA M. IGNACIO, hereby certify that the

4    witness in the foregoing remote deposition was by me

5    remotely sworn to tell the truth, the whole truth, and

6    nothing but the truth in the within-entitled cause;

7         That said remote deposition was taken in

8    shorthand by me, a disinterested person, remotely at

9    the time stated, and that the testimony of the said

10   witness was thereafter reduced to typewriting, by

11   computer, under my direction and supervision;

12        That before completion of the deposition,

13   review of the transcript [ ] was [x] was not

14   requested.  If requested, any changes made by the

15   deponent (and provided to the reporter) during the

16   period allowed are appended hereto.

17        I further certify that I am not of counsel or

18   attorney for either or any of the parties to the said

19   deposition, nor in any way interested in the event of

20   this cause, and that I am not related to any of the

21   parties thereto.

22   Dated:

23   _Andrea M. Ignacio_____

24    ANDREA M. IGNACIO, RPR, CRR, CCRR, CLR, CSR No. 9830

25



# Exhibit 4A

*Schneider, et al. v. YouTube, et al.*: Plaintiffs' February 1, 2022 Preliminary List of Infringements

## AST Publishing Ltd.

| | | |
|---|---|---|
| 1. | https://www.youtube.com/watch?v=F8JnyUM3rTA | My Children |
| 2. | https://www.youtube.com/watch?v=Dkk3im7Adug | Zuleikha Opens Her Eyes |
| 3. | https://www.youtube.com/watch?v=LCeJiHSPNtI | My Children |
| 4. | https://www.youtube.com/watch?v=o878yndaHqY | Zuleikha Opens Her Eyes |
| 5. | https://www.youtube.com/watch?v=EtpGEiQfZwU | Zuleikha Opens Her Eyes |
| 6. | https://www.youtube.com/watch?v=1_P6wB-l1S8 | Zuleikha Opens Her Eyes |
| 7. | https://www.youtube.com/watch?v=BLmihMyUFig | History of the Russian State |
| 8. | https://www.youtube.com/watch?v=CVTbPBUNNbY | Zuleikha Opens Her Eyes |
| 9. | https://www.youtube.com/watch?v=f2Ren3Rvm2k | Zuleikha Opens Her Eyes |
| 10. | https://www.youtube.com/watch?v=fICXqknsmLw | My Children |
| 11. | https://www.youtube.com/watch?v=FyQsS7DOPio | History of the Russian State |
| 12. | https://www.youtube.com/watch?v=G2ohmx4-fn8 | My Children |
| 13. | https://www.youtube.com/watch?v=j0Iz81gckOA | Zuleikha Opens Her Eyes |
| 14. | https://www.youtube.com/watch?v=JdJtCl43NIw | My Children |
| 15. | https://www.youtube.com/watch?v=nIWBd1aWkO8 | My Children |
| 16. | https://www.youtube.com/watch?v=pXOhkAvCz3w | My Children |
| 17. | https://www.youtube.com/watch?v=Qz1TS_N_D0E | My Children |
| 18. | https://www.youtube.com/watch?v=RRb2KSZoxp0 | My Children |
| 19. | https://www.youtube.com/watch?v=vjN5pmpBblg | My Children |
| 20. | https://www.youtube.com/watch?v=ZbIuMr3n8oM | Nutty Buddha |
| 21. | https://www.youtube.com/watch?v=2XJl1AP_vg8 | Pelagia and the Red Rooster |
| 22. | https://www.youtube.com/watch?v=7LFHLHjyt4w | Pelagia and the Red Rooster |
| 23. | https://www.youtube.com/watch?v=hjl3Wd_nslg | Spy Novel |
| 24. | https://www.youtube.com/watch?v=iOQzgWY8ye4 | The Life of Wonderful People and Animals: Short Stories About All Sorts of Different Things |
| 25. | https://www.youtube.com/watch?v=TMJcIsphe9U | Pelagia and the Red Rooster |
| 26. | https://www.youtube.com/watch?v=uC8HMU40sjg | Children's Book |
| 27. | https://www.youtube.com/watch?v=x7Rb2H3Ow8w | Pelagia and the Red Rooster |
| 28. | https://www.youtube.com/watch?v=msJslyYoqIc | Zuleikha Opens Her Eyes |
| 29. | https://www.youtube.com/watch?v=OeCBn65F0LM | Zuleikha Opens Her Eyes |
| 30. | https://www.youtube.com/watch?v=FubxlOZE59s | History of the Russian State |
| 31. | https://www.youtube.com/watch?v=LAE9A2mEgjQ | History of the Russian State |
| 32. | https://www.youtube.com/watch?v=NzJ1hnFbWV8 | History of the Russian State |
| 33. | https://www.youtube.com/watch?v=T-rm0HawLU4 | History of the Russian State |

| | |
|---|---|
| 34. https://www.youtube.com/watch?v=eYz5lG2fwD8 | History of the Russian State |
| 35. https://www.youtube.com/watch?v=0s2YAGC9QfE | History of the Russian State |
| 36. https://www.youtube.com/watch?v=6sXPe9H9B6Q | History of the Russian State |
| 37. https://www.youtube.com/watch?v=o-2VuEzq3mE | History of the Russian State |
| 38. https://www.youtube.com/watch?v=5GhwQLkWeEk | Nutty Buddha |
| 39. https://www.youtube.com/watch?v=B-ofBbFd1dA | Nutty Buddha |
| 40. https://www.youtube.com/watch?v=_dLfMtSQaOA | Nutty Buddha |
| 41. https://www.youtube.com/watch?v=7niKMT8Ebzo | Nutty Buddha |
| 42. https://www.youtube.com/watch?v=PVR_Vh183YQ | Nutty Buddha |
| 43. https://www.youtube.com/watch?v=31RE4aCalqk | #Selfmama. Life Hacks For a Working Mom |
| 44. https://www.youtube.com/watch?v=NVrwV0lv-Ao | #Selfmama. Life Hacks For a Working Mom |
| 45. https://www.youtube.com/watch?v=dVJBnoMsaFU | #Selfmama. Life Hacks For a Working Mom |
| 46. https://www.youtube.com/watch?v=Rsy_Nt_RIA4 | #Selfmama. Life Hacks For a Working Mom |
| 47. https://www.ij-youtube.com/watch?v=ij-Sig0gLvM | #Selfmama. Life Hacks For a Working Mom |
| 48. https://www.youtube.com/watch?v=zqUY-1EPoHQ | #Selfmama. Life Hacks For a Working Mom |
| 49. https://www.youtube.com/watch?v=IskMLDPaSW8 | Nutty Buddha |
| 50. https://www.youtube.com/watch?v=1msrqAnySo0 | Nutty Buddha |
| 51. https://www.youtube.com/watch?v=LoE42FIyj_k | Nutty Buddha |
| 52. https://www.youtube.com/watch?v=b64kzcWDyMQ | Nutty Buddha |
| 53. https://www.youtube.com/watch?v=XADInsjCzoA | Nutty Buddha |
| 54. https://www.youtube.com/watch?v=XZi7xGavCQM | Nutty Buddha |
| 55. https://www.youtube.com/watch?v=2p0XwoMhD8w | Nutty Buddha |
| 56. https://www.youtube.com/watch?v=qTY7kZ8IJr8 | Nutty Buddha |
| 57. https://www.youtube.com/watch?v=33XpsthqLh4 | Zuleikha Opens Her Eyes |
| 58. https://www.youtube.com/watch?v=35smRhWalRw | Zuleikha Opens Her Eyes |
| 59. https://www.youtube.com/watch?v=6lobmEWKguY | Zuleikha Opens Her Eyes |
| 60. https://www.youtube.com/watch?v=d8Kz7XgcnCE | Zuleikha Opens Her Eyes |
| 61. https://www.youtube.com/watch?v=gkYeLPuyGDo | Zuleikha Opens Her Eyes |
| 62. https://www.youtube.com/watch?v=GoKF13r7qmE | Zuleikha Opens Her Eyes |
| 63. https://www.youtube.com/watch?v=kao2UyhpoFM | Zuleikha Opens Her Eyes |
| 64. https://www.youtube.com/watch?v=KdJKA9fgypo | Zuleikha Opens Her Eyes |
| 65. https://www.youtube.com/watch?v=KU6DnOzl-Wg | Zuleikha Opens Her Eyes |
| 66. https://www.youtube.com/watch?v=KWxEjYfxoAM | Zuleikha Opens Her Eyes |
| 67. https://www.youtube.com/watch?v=mFLyGEC-ngs | Zuleikha Opens Her Eyes |
| 68. https://www.youtube.com/watch?v=pq_Hqvo4Axo | Zuleikha Opens Her Eyes |
| 69. https://www.youtube.com/watch?v=rC601GLgrz8 | Zuleikha Opens Her Eyes |
| 70. https://www.youtube.com/watch?v=SJMcZCMqVHk | Zuleikha Opens Her Eyes |

| 71. | https://www.youtube.com/watch?v=TqEjXl073e8 | Zuleikha Opens Her Eyes |
|---|---|---|
| 72. | https://www.youtube.com/watch?v=tvLepq93Ark | Zuleikha Opens Her Eyes |
| 73. | https://www.youtube.com/watch?v=Wm69143Kbks | Zuleikha Opens Her Eyes |
| 74. | https://www.youtube.com/watch?v=XXH7Q8WC5mI | Zuleikha Opens Her Eyes |
| 75. | https://www.youtube.com/watch?v=sIAqpHuMGC8 | History of the Russian State |
| 76. | https://www.youtube.com/watch?v=bL28DPwwRMw | History of the Russian State |
| 77. | https://www.youtube.com/watch?v=UyqFMGjejp8 | History of the Russian State |
| 78. | https://www.youtube.com/watch?v=xnq-0HWxOGg | History of the Russian State |
| 79. | https://www.youtube.com/watch?v=gDKB4WxsZRA | History of the Russian State |
| 80. | https://www.youtube.com/watch?v=vd5i2vGhnT8 | History of the Russian State |
| 81. | https://www.youtube.com/watch?v=DQMpI47Ghaw | History of the Russian State |
| 82. | https://www.youtube.com/watch?v=Nb4vt4vL8f0 | History of the Russian State |
| 83. | https://www.youtube.com/watch?v=E1kvzMGZkIw | History of the Russian State |
| 84. | https://www.youtube.com/watch?v=d5nyF8yIAsk | Children's Book |
| 85. | https://www.youtube.com/watch?v=Ds4NAqcB1cY | Children's Book |
| 86. | https://www.youtube.com/watch?v=_ZX78_3Ye44 | Children's Book |
| 87. | https://www.youtube.com/watch?v=TaCVz7wGwQY | History of the Russian State |
| 88. | https://www.youtube.com/watch?v=M1tNkX-4HMM | History of the Russian State |
| 89. | https://www.youtube.com/watch?v=QUB6h8S8GTw | My Children |
| 90. | https://www.youtube.com/watch?v=cbONp7eg1s0 | My Children |
| 91. | https://www.youtube.com/watch?v=t8ViX9BHntI | Nutty Buddha |
| 92. | https://www.youtube.com/watch?v=T4QgipiiMac | Nutty Buddha |
| 93. | https://www.youtube.com/watch?v=6CLQ5jNxask | Pelagia and the Red Rooster |
| 94. | https://www.youtube.com/watch?v=bKJ7-GCuq10 | Pelagia and the Red Rooster |
| 95. | https://www.youtube.com/watch?v=XCdu4m6rS0Y | Zuleikha Opens Her Eyes |
| 96. | https://www.youtube.com/watch?v=IbmXmZcMJa4 | Zuleikha Opens Her Eyes |
| 97. | https://www.youtube.com/watch?v=sXtnmw6N7AI | Zuleikha Opens Her Eyes |
| 98. | https://www.youtube.com/watch?v=nuTEfCbTamk | Zuleikha Opens Her Eyes |
| 99. | https://www.youtube.com/watch?v=L8TbuZZAEs4 | Zuleikha Opens Her Eyes |
| 100. | https://www.youtube.com/watch?v=KKkVxct5Vv0 | Zuleikha Opens Her Eyes |
| 101. | https://www.youtube.com/watch?v=Au7rAzGko-4 | Zuleikha Opens Her Eyes |
| 102. | https://www.youtube.com/watch?v=Q10PDhVM3FE | Zuleikha Opens Her Eyes |
| 103. | https://www.youtube.com/watch?v=lAiGZTrbFO8 | Zuleikha Opens Her Eyes |
| 104. | https://www.youtube.com/watch?v=TmKHoVN2Uqo | Zuleikha Opens Her Eyes |
| 105. | https://www.youtube.com/watch?v=YvJA7Vehyok | Zuleikha Opens Her Eyes |
| 106. | https://www.youtube.com/watch?v=o4fiwAVZyYk | Zuleikha Opens Her Eyes |

Maria Schneider

| 1. | https://www.youtube.com/watch?v=jxg8bkMVs80 | A Potter's Song |
|---|---|---|
| 2. | https://www.youtube.com/watch?v=lMf9TEERK6I | A Potter's Song |
| 3. | https://www.youtube.com/watch?v=FSG_OyJFtMU | Alchemy |
| 4. | https://www.youtube.com/watch?v=0GijvVT8E44 | Allegresse, Scenes from Childhood – Bombshelter Beast, Scenes from Childhood - Coming About, Scenes from Childhood - Night Watchman, Sky Blue, Three Romances - Danca Ilusoria |
| 5. | https://www.youtube.com/watch?v=nQeQ85rtV9M | Allegresse |
| 6. | https://www.youtube.com/watch?v=UHXxuBs0WaA | Allegresse |
| 7. | https://www.youtube.com/watch?v=uj4a4Ux8zu4 | Allegresse |
| 8. | https://www.youtube.com/watch?v=wVD3i_Mz50Q | Allegresse |
| 9. | https://www.youtube.com/watch?v=-5a3Y8OWrqo | Anthem |
| 10. | https://www.youtube.com/watch?v=cH3X7gQ5zWs | Anthem |
| 11. | https://www.youtube.com/watch?v=sR-58-9Oxwg | Arbiters of Evolution |
| 12. | https://www.youtube.com/watch?v=CjoYXMyCt8U | Baytrail Shuffle |
| 13. | https://www.youtube.com/watch?v=-4yl6Ov8_F0 | Bird Count |
| 14. | https://www.youtube.com/watch?v=fODO9S9lglQ | Bird Count |
| 15. | https://www.youtube.com/watch?v=IKWevLYtAyk | Bird Count |
| 16. | https://www.youtube.com/watch?v=iSqAT5APmp4 | Bird Count |
| 17. | https://www.youtube.com/watch?v=IxFH6IVEvNQ | Bird Count |
| 18. | https://www.youtube.com/watch?v=JWDKANMITSs | Bird Count |
| 19. | https://www.youtube.com/watch?v=M7siWzTxA14 | Bird Count |
| 20. | https://www.youtube.com/watch?v=n7CnP_OvIMc | Bird Count |
| 21. | https://www.youtube.com/watch?v=q9IfSdwK370 | Bird Count |
| 22. | https://www.youtube.com/watch?v=RL5621vqvFo | Bird Count |
| 23. | https://www.youtube.com/watch?v=UMoWHeT4HMw | Bird Count |
| 24. | https://www.youtube.com/watch?v=VzfiwjiOYUw | Bird Count |
| 25. | https://www.youtube.com/watch?v=yLdk7XCx_70 | Bird Count |
| 26. | https://www.youtube.com/watch?v=YPqHpp5wxeQ | Bird Count |
| 27. | https://www.youtube.com/watch?v=_BDD2aBzsk8 | Buleria, Solea y Rumba |
| 28. | https://www.youtube.com/watch?v=iRGzg-ojYYg | Buleria, Solea y Rumba |
| 29. | https://www.youtube.com/watch?v=SAHrrFipBeIk | Buleria, Solea y Rumba |
| 30. | https://www.youtube.com/watch?v=e9PupT0kZdM | Cerulean Skies |
| 31. | https://www.youtube.com/watch?v=GZii89KY_j4 | Cerulean Skies |
| 32. | https://www.youtube.com/watch?v=KCT92cxPINM | Cerulean Skies |
| 33. | https://www.youtube.com/watch?v=pkXY3453QwQ | Cerulean Skies |
| 34. | https://www.youtube.com/watch?v=WY-sorw_Vjo | Cerulean Skies |
| 35. | https://www.youtube.com/watch?v=9yb0F850Hpc | City Sunrise |
| 36. | https://www.youtube.com/watch?v=YA_SZ1aduWc | City Sunrise |
| 37. | https://www.youtube.com/watch?v=zIcCXKKqP74 | City Sunrise |
| 38. | https://www.youtube.com/watch?v=0UgcuTp_6jI | Coot Stew |
| 39. | https://www.youtube.com/watch?v=8zev6y1HAmI | Coot Stew |

| 40. | https://www.youtube.com/watch?v=jwzEtZ-sAi8 | Coot Stew |
|---|---|---|
| 41. | https://www.youtube.com/watch?v=YlCWsv4aLUw | Coot Stew |
| 42. | https://www.youtube.com/watch?v=_SGfAHecnD8 | Dance, You Monster, To My Soft Song |
| 43. | https://www.youtube.com/watch?v=03OLk1mx6Bg | Dance, You Monster, To My Soft Song |
| 44. | https://www.youtube.com/watch?v=3c8w1uHS16s | Dance, You Monster, To My Soft Song |
| 45. | https://www.youtube.com/watch?v=5frCejRhNgU | Dance, You Monster, To My Soft Song |
| 46. | https://www.youtube.com/watch?v=79fq5NLGlJU | Dance, You Monster, To My Soft Song |
| 47. | https://www.youtube.com/watch?v=8fMy9xHsTIA | Dance, You Monster, To My Soft Song |
| 48. | https://www.youtube.com/watch?v=8SZA1uXQkIg | Dance, You Monster, To My Soft Song |
| 49. | https://www.youtube.com/watch?v=aMrTrzB6g9o | Dance, You Monster, To My Soft Song |
| 50. | https://www.youtube.com/watch?v=aWfIyLG-o2c | Dance, You Monster, To My Soft Song |
| 51. | https://www.youtube.com/watch?v=CsFd-3Ug-70 | Dance, You Monster, To My Soft Song |
| 52. | https://www.youtube.com/watch?v=dTBSLAorDR4 | Dance, You Monster, To My Soft Song |
| 53. | https://www.youtube.com/watch?v=gvGoetSAdvM | Dance, You Monster, To My Soft Song |
| 54. | https://www.youtube.com/watch?v=h8MSExWnPKE | Dance, You Monster, To My Soft Song |
| 55. | https://www.youtube.com/watch?v=IHn5If05-0s | Dance, You Monster, To My Soft Song |
| 56. | https://www.youtube.com/watch?v=iLUjozjowyA | Dance, You Monster, To My Soft Song |
| 57. | https://www.youtube.com/watch?v=lJBj95Yj5MM | Dance, You Monster, To My Soft Song |
| 58. | https://www.youtube.com/watch?v=nbp43Xm7H1U | Dance, You Monster, To My Soft Song |
| 59. | https://www.youtube.com/watch?v=ORzMQkYho-o | Dance, You Monster, To My Soft Song |
| 60. | https://www.youtube.com/watch?v=S1Kj4AZAamw | Dance, You Monster, To My Soft Song |
| 61. | https://www.youtube.com/watch?v=TLM5LJH6og0 | Dance, You Monster, To My Soft Song |
| 62. | https://www.youtube.com/watch?v=v8ewhUYPnTM | Dance, You Monster, To My Soft Song |
| 63. | https://www.youtube.com/watch?v=WkPfTjucN9Q | Dance, You Monster, To My Soft Song |
| 64. | https://www.youtube.com/watch?v=aqmDcOAUbfM | El Viento |
| 65. | https://www.youtube.com/watch?v=6H1EI2ivOQY | Evanescence, Hang Gliding, Journey Home, Three Romances - Choro Dancado |
| 66. | https://www.youtube.com/watch?v=mYC8eqZl4pY | Evanescence |
| 67. | https://www.youtube.com/watch?v=NIrGXnXPNH0 | Evanescence |
| 68. | https://www.youtube.com/watch?v=s34Oj_za7ZU | Evanescence |
| 69. | https://www.youtube.com/watch?v=YkF5s-AtQf0 | Evanescence |
| 70. | https://www.youtube.com/watch?v=7H1Yddt2gbU | Green Piece |
| 71. | https://www.youtube.com/watch?v=AjmbD0f7YLU | Green Piece |
| 72. | https://www.youtube.com/watch?v=GmCPHZiqZ_4 | Green Piece |
| 73. | https://www.youtube.com/watch?v=gv_kLThZUOc | Green Piece |
| 74. | https://www.youtube.com/watch?v=i8KHucjr4K0 | Green Piece |
| 75. | https://www.youtube.com/watch?v=mUdwiI1Z9Lc | Green Piece |
| 76. | https://www.youtube.com/watch?v=o51Yk6n6aIw | Green Piece |
| 77. | https://www.youtube.com/watch?v=pJToOM-kkH0 | Green Piece |
| 78. | https://www.youtube.com/watch?v=sECNlywWBSg | Green Piece, Last Season |
| 79. | https://www.youtube.com/watch?v=Y-fZtwJHG-4 | Green Piece |
| 80. | https://www.youtube.com/watch?v=yWBRIu0mxPk | Green Piece |
| 81. | https://www.youtube.com/watch?v=_ayLOO4wZuM | Gumba Blue |
| 82. | https://www.youtube.com/watch?v=0MlnqV-_phA | Gumba Blue |
| 83. | https://www.youtube.com/watch?v=4icLu3ocQGs | Gumba Blue |
| 84. | https://www.youtube.com/watch?v=5J9WIsiePXs | Gumba Blue |

| | | |
|---|---|---|
| 85. | https://www.youtube.com/watch?v=bj34mMJKXNE | Gumba Blue |
| 86. | https://www.youtube.com/watch?v=fpmbjtKJO_o | Gumba Blue |
| 87. | https://www.youtube.com/watch?v=h53bJkTiEAk | Gumba Blue |
| 88. | https://www.youtube.com/watch?v=hObvnnYGdPE | Gumba Blue |
| 89. | https://www.youtube.com/watch?v=VEHnMxYIU4Y | Gumba Blue |
| 90. | https://www.youtube.com/watch?v=YB72IE_6Hvs | Gumba Blue |
| 91. | https://www.youtube.com/watch?v=i8qDiJpnYLk | Gush |
| 92. | https://www.youtube.com/watch?v=rj6eOPIb_tE | Gush |
| 93. | https://www.youtube.com/watch?v=1HOXysb3Qis | Hang Gliding |
| 94. | https://www.youtube.com/watch?v=2jKJNdGJpOA | Hang Gliding |
| 95. | https://www.youtube.com/watch?v=7ZWuOSwb-mg | Hang Gliding |
| 96. | https://www.youtube.com/watch?v=8PSMTRdQMg4 | Hang Gliding |
| 97. | https://www.youtube.com/watch?v=aMwhevPdpoM | Hang Gliding |
| 98. | https://www.youtube.com/watch?v=BRv4M84WFCo | Hang Gliding |
| 99. | https://www.youtube.com/watch?v=d38FWexVIHk | Hang Gliding |
| 100. | https://www.youtube.com/watch?v=dhxeIKZqskg | Hang Gliding |
| 101. | https://www.youtube.com/watch?v=dxv5uH1i1A4 | Hang Gliding |
| 102. | https://www.youtube.com/watch?v=FjV1k4f4UzM | Hang Gliding |
| 103. | https://www.youtube.com/watch?v=HrJjJukZoRU | Hang Gliding |
| 104. | https://www.youtube.com/watch?v=idul_77k25Y | Hang Gliding |
| 105. | https://www.youtube.com/watch?v=JNbjrkRcWfU | Hang Gliding |
| 106. | https://www.youtube.com/watch?v=N9S7OLW0Tzw | Hang Gliding |
| 107. | https://www.youtube.com/watch?v=-NiutCd87HU | Hang Gliding |
| 108. | https://www.youtube.com/watch?v=njbsZ2sevIs | Hang Gliding |
| 109. | https://www.youtube.com/watch?v=NoKFS5MwUZQ | Hang Gliding |
| 110. | https://www.youtube.com/watch?v=qNtRvI8aeas | Hang Gliding |
| 111. | https://www.youtube.com/watch?v=t8paG3E0dsU | Hang Gliding |
| 112. | https://www.youtube.com/watch?v=TIUAdc1ksYM | Hang Gliding |
| 113. | https://www.youtube.com/watch?v=U_WTMCz-ejM | Hang Gliding |
| 114. | https://www.youtube.com/watch?v=VcmuaXJfBuM | Hang Gliding |
| 115. | https://www.youtube.com/watch?v=XiPyoyGEclY | Hang Gliding |
| 116. | https://www.youtube.com/watch?v=ZXlaXbI0Eqg | Hang Gliding |
| 117. | https://www.youtube.com/watch?v=iADcRHk9kr8 | Home |
| 118. | https://www.youtube.com/watch?v=U4O0cGrTGy0 | Home |
| 119. | https://www.youtube.com/watch?v=UDbfm95WcUk | In a Pinch |
| 120. | https://www.youtube.com/watch?v=CiHIu-6hyXc | Journey Home |
| 121. | https://www.youtube.com/watch?v=J84Rqbebgv8 | Journey Home |
| 122. | https://www.youtube.com/watch?v=JWMQo8Qx8a8 | Journey Home |
| 123. | https://www.youtube.com/watch?v=lPkpTRqJRVQ | Journey Home |
| 124. | https://www.youtube.com/watch?v=NaM-9uAmxIY | Journey Home |
| 125. | https://www.youtube.com/watch?v=7re5xbgoDgU | Last Season |
| 126. | https://www.youtube.com/watch?v=9k3f38sWzUI | Last Season |
| 127. | https://www.youtube.com/watch?v=iaVlsqSPF-o | Last Season |
| 128. | https://www.youtube.com/watch?v=Kxf9FCn0jUU | Last Season |
| 129. | https://www.youtube.com/watch?v=N9gyv6Wr-ls | Last Season |
| 130. | https://www.youtube.com/watch?v=QfhzwrFrZ5M | Last Season |

| 131. | https://www.youtube.com/watch?v=SVqj0QJqSFA | Last Season |
|------|----------------------------------------------|-------------|
| 132. | https://www.youtube.com/watch?v=uapafgmFBvg | Last Season |
| 133. | https://www.youtube.com/watch?v=CeZE2e1_qHg | Lately |
| 134. | https://www.youtube.com/watch?v=2VgVIqCVVgQ | My Lament |
| 135. | https://www.f_youtube.com/watch?v=f_8PFUposOU | My Lament |
| 136. | https://www.youtube.com/watch?v=FYT6NSZRz0Q | My Lament |
| 137. | https://www.youtube.com/watch?v=g1d73vwTWcc | My Lament |
| 138. | https://www.youtube.com/watch?v=GV_AyY72oPs | My Lament |
| 139. | https://www.youtube.com/watch?v=iUi0gxQL1C0 | My Lament |
| 140. | https://www.youtube.com/watch?v=k09S8ZdeuCg | My Lament |
| 141. | https://www.youtube.com/watch?v=MfPoPwyfnd4 | My Lament |
| 142. | https://www.youtube.com/watch?v=qull3eEjrgo | My Lament |
| 143. | https://www.youtube.com/watch?v=s486ogPgw8w | My Lament |
| 144. | https://www.youtube.com/watch?v=TDLniVjIdJ8 | My Lament |
| 145. | https://www.youtube.com/watch?v=WGOgXhqUOv0 | Prairie Dance |
| 146. | https://www.youtube.com/watch?v=0h32JZX-6mM | Rich's Piece |
| 147. | https://www.youtube.com/watch?v=zXs2is9L_vU | Rich's Piece |
| 148. | https://www.youtube.com/watch?v=33vXhTXfNEs | Scenes from Childhood - Bombshelter Beast |
| 149. | https://www.youtube.com/watch?v=AFKVhjfB1B0 | Scenes from Childhood - Bombshelter Beast |
| 150. | https://www.youtube.com/watch?v=TCryn53_DKI | Scenes from Childhood - Bombshelter Beast |
| 151. | https://www.youtube.com/watch?v=gxabL31wWCw | Scenes from Childhood - Coming About |
| 152. | https://www.youtube.com/watch?v=J5PoSikRfS0 | Scenes from Childhood - Coming About |
| 153. | https://www.youtube.com/watch?v=XrKR5T8MPQQ | Scenes from Childhood - Coming About |
| 154. | https://www.youtube.com/watch?v=ZfNjWC-J9dQ | Scenes from Childhood - Coming About |
| 155. | https://www.youtube.com/watch?v=DtGzhsHyXj8 | Scenes from Childhood – Night Watchman |
| 156. | https://www.youtube.com/watch?v=jUmxA2x8V_E | Scenes from Childhood - Night Watchman |
| 157. | https://www.youtube.com/watch?v=lbZxZlahStA | Scenes from Childhood - Night Watchman |
| 158. | https://www.youtube.com/watch?v=jhb_IJ3Spu4 | Sea of Tranquility |
| 159. | https://www.youtube.com/watch?v=3Ys_hXvxiuE | Sky Blue |
| 160. | https://www.youtube.com/watch?v=6_meisQfQRM | Sky Blue |
| 161. | https://www.youtube.com/watch?v=F_pBEtaI1c0 | Sky Blue |
| 162. | https://www.youtube.com/watch?v=FDeEkNhUpjo | Sky Blue |
| 163. | https://www.youtube.com/watch?v=KvWMDjp9Ybo | Sky Blue |
| 164. | https://www.youtube.com/watch?v=vsTiByu-ArU | Sky Blue |
| 165. | https://www.youtube.com/watch?v=XDF3BwZYu-4 | Sky Blue |
| 166. | https://www.youtube.com/watch?v=xwpz4wAnEwo | Sky Blue |
| 167. | https://www.youtube.com/watch?v=z0J0PKKBWGI | Sky Blue |
| 168. | https://www.youtube.com/watch?v=2_6R2_ym0lU | Smooth Talk |
| 169. | https://www.youtube.com/watch?v=2qhVGVAEkRk | Smooth Talk |
| 170. | https://www.youtube.com/watch?v=iBLAvt3l8ho | Smooth Talk |
| 171. | https://www.youtube.com/watch?v=mCcVbuqBK1Q | Smooth Talk |
| 172. | https://www.youtube.com/watch?v=quTyHp4xIvc | Smooth Talk |
| 173. | https://www.youtube.com/watch?v=t2-frNBx_zE | Smooth Talk |
| 174. | https://www.youtube.com/watch?v=t3acqkK1GBI | Smooth Talk |
| 175. | https://www.youtube.com/watch?v=TriQvMz-O8A | Smooth Talk |
| 176. | https://www.youtube.com/watch?v=XiMEiJihyFg | Some Circles |

| 177. | https://www.youtube.com/watch?v=_2oua7NKfGg | Sue (or In a Season of Crime) |
|------|-----------------------------------------------|-------------------------------|
| 178. | https://www.youtube.com/watch?v=1VdoNmXLkAI | Sue (or In a Season of Crime) |
| 179. | https://www.youtube.com/watch?v=25Et0RP6gRo | Sue (or In a Season of Crime) |
| 180. | https://www.youtube.com/watch?v=2v9x2XfOgaM | Sue (or In a Season of Crime) |
| 181. | https://www.youtube.com/watch?v=4HrLqsZsP58 | Sue (or In a Season of Crime) |
| 182. | https://www.youtube.com/watch?v=4twPe-UVCHc | Sue (or In a Season of Crime) |
| 183. | https://www.youtube.com/watch?v=5fodh5Ta_28 | Sue (or In a Season of Crime) |
| 184. | https://www.youtube.com/watch?v=67_ah73gu5w | Sue (or In a Season of Crime) |
| 185. | https://www.youtube.com/watch?v=6uqz9NsI3xs | Sue (or In a Season of Crime) |
| 186. | https://www.youtube.com/watch?v=AP5SsoIyX9c | Sue (or In a Season of Crime) |
| 187. | https://www.youtube.com/watch?v=B6j678cirAY | Sue (or In a Season of Crime) |
| 188. | https://www.youtube.com/watch?v=Cb0GNvj5nyc | Sue (or In a Season of Crime) |
| 189. | https://www.youtube.com/watch?v=cISctWSdJas | Sue (or In a Season of Crime) |
| 190. | https://www.youtube.com/watch?v=D86p4q--QeI | Sue (or In a Season of Crime) |
| 191. | https://www.youtube.com/watch?v=fxirdWpMThw | Sue (or In a Season of Crime) |
| 192. | https://www.youtube.com/watch?v=GLASVeg6pIc | Sue (or In a Season of Crime) |
| 193. | https://www.youtube.com/watch?v=HnLmJyk7Bx4 | Sue (or In a Season of Crime) |
| 194. | https://www.youtube.com/watch?v=hRTnFPqlHuk | Sue (or In a Season of Crime) |
| 195. | https://www.youtube.com/watch?v=IMa7Gr4Ld0o | Sue (or In a Season of Crime) |
| 196. | https://www.youtube.com/watch?v=jD-vgLXihXE | Sue (or In a Season of Crime) |
| 197. | https://www.youtube.com/watch?v=nUu_09qw1qc | Sue (or In a Season of Crime) |
| 198. | https://www.youtube.com/watch?v=p-AnkfK7RWw | Sue (or In a Season of Crime) |
| 199. | https://www.youtube.com/watch?v=qju2iRvyZXQ | Sue (or In a Season of Crime) |
| 200. | https://www.youtube.com/watch?v=SaygoLgAe4Y | Sue (or In a Season of Crime) |
| 201. | https://www.youtube.com/watch?v=uia54xZZSJY | Sue (or In a Season of Crime) |
| 202. | https://www.youtube.com/watch?v=VZxUYgbFzpA | Sue (or In a Season of Crime) |
| 203. | https://www.youtube.com/watch?v=woro0S6ROBw | Sue (or In a Season of Crime) |
| 204. | https://www.youtube.com/watch?v=y5kqSWyhsfw | Sue (or In a Season of Crime) |
| 205. | https://www.youtube.com/watch?v=QeuWiDIDEC8 | Swing Street |
| 206. | https://www.youtube.com/watch?v=pptZGOshusY | The Grail |
| 207. | https://www.youtube.com/watch?v=N_6g6aR9JiQ | The Monarch and the Milkweed |
| 208. | https://www.youtube.com/watch?v=2GcpEgKR7pk | The Pretty Road |
| 209. | https://www.youtube.com/watch?v=38cSEMHyIWM | The Pretty Road |
| 210. | https://www.youtube.com/watch?v=4BusIj1AsNg | The Pretty Road |
| 211. | https://www.youtube.com/watch?v=55-Mnur8hcQ | The Pretty Road |
| 212. | https://www.youtube.com/watch?v=9tKujw5RmIo | The Pretty Road |
| 213. | https://www.youtube.com/watch?v=i5KJqXZzTuQ | The Pretty Road |
| 214. | https://www.youtube.com/watch?v=o7is3iGyF8Q | The Pretty Road |
| 215. | https://www.youtube.com/watch?v=tDqHVuO7r_U | The Pretty Road |
| 216. | https://www.youtube.com/watch?v=unu5RGsToeI | The Pretty Road |
| 217. | https://www.youtube.com/watch?v=WTTY5d9yi3U | The Pretty Road |
| 218. | https://www.youtube.com/watch?v=XZnXIqso7fU | The Pretty Road |
| 219. | https://www.youtube.com/watch?v=zPuwf3rGuVM | The Pretty Road |
| 220. | https://www.youtube.com/watch?v=38BhcPm0Kj4 | The Thompson Fields |
| 221. | https://www.youtube.com/watch?v=O77kEGL_5Ag | The Thompson Fields |
| 222. | https://www.youtube.com/watch?v=rG3Jvg0T-6I | The Thompson Fields |

| 223. | https://www.youtube.com/watch?v=TjOJhSziHYU | The Thompson Fields |
| 224. | https://www.youtube.com/watch?v=WLePiLr63do | The Thompson Fields |
| 225. | https://www.youtube.com/watch?v=4jQEbX0PJ0E | Three Romances - Choro Dancado |
| 226. | https://www.youtube.com/watch?v=4tzCZ5jHMtA | Three Romances - Choro Dancado |
| 227. | https://www.youtube.com/watch?v=5z3qs6qNAg4 | Three Romances - Choro Dancado |
| 228. | https://www.youtube.com/watch?v=BBPiMzlGxRU | Three Romances - Choro Dancado |
| 229. | https://www.youtube.com/watch?v=bWzNqEHLww8 | Three Romances - Choro Dancado |
| 230. | https://www.youtube.com/watch?v=gOi2s3gX584 | Three Romances - Choro Dancado |
| 231. | https://www.youtube.com/watch?v=Hxe1Km0vo5g | Three Romances - Choro Dancado |
| 232. | https://www.youtube.com/watch?v=IGDGYxTfEMk | Three Romances - Choro Dancado |
| 233. | https://www.youtube.com/watch?v=K37Ek9WJPGY | Three Romances - Choro Dancado |
| 234. | https://www.youtube.com/watch?v=npB1ayZJbHg | Three Romances - Choro Dancado |
| 235. | https://www.youtube.com/watch?v=o_LKmI01p3Y | Three Romances - Choro Dancado |
| 236. | https://www.youtube.com/watch?v=OjovWaymKk0 | Three Romances - Choro Dancado |
| 237. | https://www.youtube.com/watch?v=OQbUmCasz2s | Three Romances - Choro Dancado |
| 238. | https://www.youtube.com/watch?v=psVsKCONJSA | Three Romances - Choro Dancado |
| 239. | https://www.youtube.com/watch?v=uFP3TMiRi58 | Three Romances - Choro Dancado |
| 240. | https://www.youtube.com/watch?v=U-ifGyDrtuE | Three Romances - Choro Dancado |
| 241. | https://www.youtube.com/watch?v=yiu1NcalCMs | Three Romances - Choro Dancado |
| 242. | https://www.youtube.com/watch?v=ZffGvuvWwBk | Three Romances - Choro Dancado |
| 243. | https://www.youtube.com/watch?v=532OX4c1he8 | Three Romances - Danca Ilusoria |
| 244. | https://www.youtube.com/watch?v=Ebck2BssRx0 | Three Romances - Danca Ilusoria |
| 245. | https://www.youtube.com/watch?v=JnvZ5YqCmkA | Three Romances - Danca Ilusoria |
| 246. | https://www.youtube.com/watch?v=0R-9t73KfiM | Three Romances - Pas de Deux |
| 247. | https://www.youtube.com/watch?v=WhbQ7JYy6Tc | Three Romances - Pas de Deux |
| 248. | https://www.youtube.com/watch?v=trDIrMJIqV4 | Tork's Café |
| 249. | https://www.youtube.com/watch?v=1EEkdOrB_Ko | Walking by Flashlight |
| 250. | https://www.youtube.com/watch?v=AMSGBeNFRk0 | Walking by Flashlight |
| 251. | https://www.youtube.com/watch?v=qRQ-1Ze0KbU | Walking by Flashlight |
| 252. | https://www.youtube.com/watch?v=tYPU7t-hfKo | Walking by Flashlight |
| 253. | https://www.youtube.com/watch?v=w4LrrKTMfN0 | Winter Morning Walks (full song cycle) |
| 254. | https://www.youtube.com/watch?v=_2UqFk6mjvs | Wyrgly |
| 255. | https://www.youtube.com/watch?v=0zEMThwa9-c | Wyrgly |
| 256. | https://www.youtube.com/watch?v=7S-13Kkfu0k | Wyrgly |
| 257. | https://www.youtube.com/watch?v=aOXIpwzAO9Q | Wyrgly |
| 258. | https://www.youtube.com/watch?v=EpmJwSU0VsI | Wyrgly |
| 259. | https://www.youtube.com/watch?v=EtA6n9JpzLA | Wyrgly |
| 260. | https://www.youtube.com/watch?v=Fdsytt_obpU | Wyrgly |
| 261. | https://www.youtube.com/watch?v=fxrSAv3JRNM | Wyrgly |
| 262. | https://www.youtube.com/watch?v=G12e3KguIM8 | Wyrgly |
| 263. | https://www.youtube.com/watch?v=iRxT0gwW1FM | Wyrgly |
| 264. | https://www.youtube.com/watch?v=IzDMxODgna0 | Wyrgly |
| 265. | https://www.youtube.com/watch?v=JEHlGQrBoQk | Wyrgly |
| 266. | https://www.youtube.com/watch?v=JPasUzKkp2E | Wyrgly |
| 267. | https://www.youtube.com/watch?v=kccYhY-OTXM | Wyrgly |
| 268. | https://www.youtube.com/watch?v=o_xc_ycxi0M | Wyrgly |

| 269. | https://www.youtube.com/watch?v=oArWYN0zX4M | Wyrgly |
|------|---------------------------------------------|--------|
| 270. | https://www.youtube.com/watch?v=OvJO2dyroow | Wyrgly |
| 271. | https://www.youtube.com/watch?v=pFnVIQVf5rA | Wyrgly |
| 272. | https://www.youtube.com/watch?v=sP_RyLdK2uE | Wyrgly |
| 273. | https://www.youtube.com/watch?v=TXeBgcbZqFA | Wyrgly |
| 274. | https://www.youtube.com/watch?v=VzDpxQIjJ6A | Wyrgly |
| 275. | https://www.youtube.com/watch?v=ZgSlFkdISL4 | Wyrgly |
| 276. | https://www.youtube.com/watch?v=zjKng4A35y8 | Wyrgly |
| 277. | https://www.youtube.com/watch?v=ZKrgshAOxvo | Wyrgly |
| 278. | https://www.youtube.com/watch?v=-VV3QuF8Ajw | Allegresse |
| 279. | https://www.youtube.com/watch?v=f7XoyThF9cs | Green Piece |
| 280. | https://www.youtube.com/watch?v=jYDwvSjoB9c | Gush |
| 281. | https://www.youtube.com/watch?v=2x_nXDQv-t4 | Three Romances - Choro Dancado |
| 282. | https://www.youtube.com/watch?v=Hcc054DjdLY | Hang Gliding |
| 283. | https://www.youtube.com/watch?v=O28Y6pwbA-Q | Hang Gliding |
| 284. | https://www.youtube.com/watch?v=OSab1Crbf_U | Hang Gliding |
| 285. | https://www.youtube.com/watch?v=VWxY2Suh5QY | Hang Gliding |
| 286. | https://www.youtube.com/watch?v=zIrDYcrxaqo | Journey Home |
| 287. | https://www.youtube.com/watch?v=yH7JUS8TY1M | My Lament |
| 288. | https://www.youtube.com/watch?v=9ZZf2_XX4Lk | Scenes from Childhood - Coming About |
| 289. | https://www.youtube.com/watch?v=V1km88MConA | Scenes from Childhood - Coming About |
| 290. | https://www.youtube.com/watch?v=7m6E03fTdW8 | Sea of Tranquility |
| 291. | https://www.youtube.com/watch?v=3eA2lvKjIxw | Sky Blue |
| 292. | https://www.youtube.com/watch?v=9XNvAuxKteY | Sky Blue |
| 293. | https://www.youtube.com/watch?v=eE5-7xbKQ-Y | Sky Blue |
| 294. | https://www.youtube.com/watch?v=La9EIPIumhQ | Sky Blue |
| 295. | https://www.youtube.com/watch?v=QxzukFO9U3I | Sky Blue |
| 296. | https://www.youtube.com/watch?v=31dLG9GfJ-c | Sue (or In a Season of Crime) |
| 297. | https://www.youtube.com/watch?v=BPAvQ5jG7M0 | Sue (or In a Season of Crime) |
| 298. | https://www.youtube.com/watch?v=Gp0iEfxztCU | Sue (or In a Season of Crime) |
| 299. | https://www.youtube.com/watch?v=8KKwsPvf1rE | The Pretty Road |
| 300. | https://www.youtube.com/watch?v=dSFaHPfONcl | The Pretty Road |
| 301. | https://www.youtube.com/watch?v=qDg8ZmbESmE | The Pretty Road |
| 302. | https://www.youtube.com/watch?v=-1tu8dl_y_4 | Three Romances - Choro Dancado |
| 303. | https://www.youtube.com/watch?v=bs51YXRbzyw | Three Romances - Choro Dancado |
| 304. | https://www.youtube.com/watch?v=GrH2QuK5y1c | Three Romances - Choro Dancado |
| 305. | https://www.youtube.com/watch?v=0vK_cW477N0 | Three Romances - Danca Ilusoria |
| 306. | https://www.youtube.com/watch?v=2wUkhTsAC0M | Three Romances - Danca Ilusoria |
| 307. | https://www.youtube.com/watch?v=DvcZVunjd9M | Walking by Flashlight |
| 308. | https://www.youtube.com/watch?v=VX3G65NVu1g | Walking by Flashlight |
| 309. | http://www.youtube.com/watch?v=e04yCOqalv8 | Concert in the Garden |
| 310. | http://www.youtube.com/watch?v=mRlj6wqzW74 | Evanescence |
| 311. | http://www.youtube.com/watch?v=M-DlDYGAExs | Three Romances - Choro Dancado |
| 312. | http://www.youtube.com/watch?v=FQq7XkFC0Do | Last Season |
| 313. | http://www.youtube.com/watch?v=ASN9OqlqIXU | Journey Home |
| 314. | http://www.youtube.com/watch?v=YIwyHj2Cn_Q | Buleria, Solea y Rumba |

| 315. | http://www.youtube.com/watch?v=NML2WgRpVRc | Buleria, Solea y Rumba |
|------|---------------------------------------------|------------------------|
| 316. | http://www.youtube.com/watch?v=I9jiYSUhcPQ | Three Romances - Choro Dancado, Three Romances - Pas de Deux |
| 317. | http://www.youtube.com/watch?v=i8UlsGKsZM4 | Three Romances - Pas de Deux |
| 318. | http://www.youtube.com/watch?v=5oYGhrUETFc | El Viento |
| 319. | http://www.youtube.com/watch?v=fc8kek2xGUc | El Viento |
| 320. | http://www.youtube.com/watch?v=i8BC-LH-IMg | Green Piece |
| 321. | http://www.youtube.com/watch?v=7jfjtKRDFQI | Hang Gliding |
| 322. | http://www.youtube.com/watch?v=htmgVKwSpMg | Lately |
| 323. | http://www.youtube.com/watch?v=L0cMR-x8ufo | Sea of Tranquility |
| 324. | https://www.youtube.com/watch?v=Z9N68OSIqps | Gumba Blue |
| 325. | https://www.youtube.com/watch?v=RX6OLGPCsFc | Journey Home |
| 326. | http://www.youtube.com/watch?v=2_YT4SvCPeo | Hang Gliding |
| 327. | https://www.wdtube.com/watch?v=wdIW_AoTi_4 | Hang Gliding |
| 328. | http://www.youtube.com/watch?v=2tJegYsmIqU | Three Romances - Choro Dancado |
| 329. | http://www.youtube.com/watch?v=AlJ6K1x9WIw | Concert in the Garden |
| 330. | http://www.youtube.com/watch?v=TPKsQoQdtB | Nocturne |
| 331. | http://www.youtube.com/watch?v=bjuli8HHcYo | Three Romances - Danca Ilusoria |
| 332. | http://www.youtube.com/watch?v=RiGKxmxq3Qk | Scenes from Childhood - Coming About |
| 333. | https://www.youtube.com/watch?v=nSk8IMTU5TE | Gush |
| 334. | http://www.youtube.com/watch?v=Ft3wa0bMAmE | Gumba Blue |
| 335. | http://www.youtube.com/watch?v=oZgAVwfcUY0 | Wyrgly |
| 336. | http://www.youtube.com/watch?v=MZM5ekpurvA | Journey Home, Three Romances - Choro Dancado, Evanescence, Hang Gliding |
| 337. | http://www.youtube.com/watch?v=NJy_RXOgsts | Sky Blue |
| 338. | http://www.youtube.com/watch?v=AH3obBV5sEw | The Pretty Road |
| 339. | http://www.youtube.com/watch?v=T-p1kPrYN_8 | The Pretty Road |
| 340. | http://www.youtube.com/watch?v=EAJPUC0mgJ8 | The Pretty Road |
| 341. | http://www.youtube.com/watch?v=n6U7zQLKe04 | Cerulean Skies |
| 342. | http://www.youtube.com/watch?v=JERfM3g0FnM | Cerulean Skies |
| 343. | http://www.youtube.com/watch?v=wmAzXaz_UaY | Cerulean Skies |
| 344. | http://www.youtube.com/watch?v=CVelapFHlP0 | Aires de Lando |
| 345. | https://www.youtube.com/watch?v=C3FD5pG3RMc | Arbiters of Evolution |
| 346. | https://www.youtube.com/watch?v=Z8cdqri2-r8 | The Thompson Fields |
| 347. | http://www.youtube.com/watch?v=EaY_KMBoJ3g | The Thompson Fields |
| 348. | http://www.youtube.com/watch?v=o4rYUveHBZM | Walking by Flashlight |
| 349. | http://www.youtube.com/watch?v=jPEFzfWrXHg | The Thompson Fields |
| 350. | http://www.youtube.com/watch?v=P470eEhealc | Walking by Flashlight |
| 351. | http://www.youtube.com/watch?v=lICbkKWrf-I | Walking by Flashlight |

Uniglobe Entertainment, LLC

| | | |
|---|---|---|
| 1. | https://www.youtube.com/watch?v=ndnf4uazkMc | 5 Weddings |
| 2. | https://www.youtube.com/watch?v=xQeQIAOmljI | 5 Weddings |
| 3. | https://www.youtube.com/watch?v=9rlTLrrs45I | 5 Weddings |
| 4. | https://www.youtube.com/watch?v=0WsA_bFZLO4 | 5 Weddings |
| 5. | https://www.youtube.com/watch?v=tTuz9adnJnc | 5 Weddings |
| 6. | https://www.youtube.com/watch?v=G4pdGR8_Wak | 5 Weddings |
| 7. | https://www.youtube.com/watch?v=EbdBkfVWoyQ | 5 Weddings |
| 8. | https://www.youtube.com/watch?v=XYmVVIRAexE | 5 Weddings |
| 9. | https://www.youtube.com/watch?v=GZGFjHFasm0 | 5 Weddings |
| 10. | https://www.youtube.com/watch?v=9a6CVS_E4g4 | 5 Weddings |
| 11. | https://www.youtube.com/watch?v=P-LG7yQvJgw | 5 Weddings |
| 12. | https://www.youtube.com/watch?v=s72M75ERAsw | 5 Weddings |
| 13. | https://www.youtube.com/watch?v=MN5sdy2-9gw | 5 Weddings |
| 14. | https://www.youtube.com/watch?v=tAd9eNlofow | 5 Weddings |
| 15. | https://www.youtube.com/watch?v=j_d8aMfGLpU | 5 Weddings |
| 16. | https://www.youtube.com/watch?v=XWS_9m1Q9zs | 5 Weddings |
| 17. | https://www.youtube.com/watch?v=rQ30pij0aTI | 5 Weddings |
| 18. | https://www.youtube.com/watch?v=tUXokpUDowo | 5 Weddings |
| 19. | https://www.youtube.com/watch?v=2khBi6eF_Ug | 5 Weddings |
| 20. | https://www.youtube.com/watch?v=v7DimtzJJfU | 5 Weddings |
| 21. | https://www.youtube.com/watch?v=T4EVgNJPzSs | 5 Weddings |
| 22. | https://www.youtube.com/watch?v=4VDRBBaAHBA | 5 Weddings |
| 23. | https://www.youtube.com/watch?v=CHk7CXt18Qk | 5 Weddings |
| 24. | https://www.youtube.com/watch?v=CTsgYx5jzLE | 5 Weddings |
| 25. | https://www.youtube.com/watch?v=JXPnx9ecRB8 | 5 Weddings |
| 26. | https://www.youtube.com/watch?v=eZsFcEZKFnY | 5 Weddings |
| 27. | https://www.youtube.com/watch?v=gYoO4kvPXb8 | 5 Weddings |
| 28. | https://www.youtube.com/watch?v=hBw1CZuhaI8 | 5 Weddings |
| 29. | https://www.youtube.com/watch?v=oDPRNnKOvMU | 5 Weddings |
| 30. | https://www.youtube.com/watch?v=vrR1SHFuaCU | 5 Weddings |
| 31. | https://www.youtube.com/watch?v=z1ZRXMhdiso | 5 Weddings |
| 32. | https://www.youtube.com/watch?v=1QKR4BAnryw | 5 Weddings |
| 33. | https://www.youtube.com/watch?v=LhbV4q_7rZc | 5 Weddings |
| 34. | https://www.youtube.com/watch?v=lTjsYzthw2w | 5 Weddings |
| 35. | https://www.youtube.com/watch?v=93k3t0ucRcc | 5 Weddings |
| 36. | https://www.youtube.com/watch?v=MWhApYbq-Ws | 5 Weddings |
| 37. | https://www.youtube.com/watch?v=oALeGrzzWyM | 5 Weddings |
| 38. | https://www.youtube.com/watch?v=AqYVJVtBEmE | 5 Weddings |
| 39. | https://www.youtube.com/watch?v=Z6uHMoQDBUY | 5 Weddings |

| | | |
|---|---|---|
| 40. | https://www.youtube.com/watch?v=qqLkprJAbS0 | 5 Weddings |
| 41. | https://www.youtube.com/watch?v=6sxpn9Fkask | 5 Weddings |
| 42. | https://www.youtube.com/watch?v=gIMD4lDOqZo | 5 Weddings |
| 43. | https://www.youtube.com/watch?v=Q8GtDJHRrT0 | 5 Weddings |
| 44. | https://www.youtube.com/watch?v=WueYfxt7pyE | 5 Weddings |
| 45. | https://www.youtube.com/watch?v=B-rXUIOvqGQ | 5 Weddings |
| 46. | https://www.youtube.com/watch?v=6YRVFCgkO4Q | 5 Weddings |
| 47. | https://www.youtube.com/watch?v=GcQXh2Vitj4 | 5 Weddings |
| 48. | https://www.youtube.com/watch?v=TcyRstsn4Yc | 5 Weddings |
| 49. | https://www.youtube.com/watch?v=uzJmxe5-JLM | 5 Weddings |
| 50. | https://www.youtube.com/watch?v=I4zDTeVAFhQ | 5 Weddings |
| 51. | https://www.youtube.com/watch?v=Bp0uDowHfeU | 5 Weddings |
| 52. | https://www.youtube.com/watch?v=ytexvuWvepg | 5 Weddings |
| 53. | https://www.youtube.com/watch?v=kACIRWOWyos | 5 Weddings |
| 54. | https://www.youtube.com/watch?v=fdV22iNAuec | 5 Weddings |
| 55. | https://www.youtube.com/watch?v=RDClE8d7syc | 5 Weddings |
| 56. | https://www.youtube.com/watch?v=A-rlPjin9pUk | 5 Weddings |
| 57. | https://www.youtube.com/watch?v=w-HJMv_Rq9A | 5 Weddings |
| 58. | https://www.youtube.com/watch?v=FOA0B1HZSbM | 5 Weddings |
| 59. | https://www.youtube.com/watch?v=3ZxmoYJNuhU | 5 Weddings |
| 60. | https://www.youtube.com/watch?v=BXxcVepgpB4 | 5 Weddings |
| 61. | https://www.youtube.com/watch?v=Lp0x4_i5D9E | 5 Weddings |
| 62. | https://www.youtube.com/watch?v=oIggCz27Uj8 | 5 Weddings |
| 63. | https://www.youtube.com/watch?v=d-WLjvFFsmc | 5 Weddings |
| 64. | https://www.youtube.com/watch?v=MxuGM1VIb78 | 5 Weddings |
| 65. | https://www.youtube.com/watch?v=LYaqRxoTnCU | 5 Weddings |
| 66. | https://www.youtube.com/watch?v=XDQW9NJbsBY | 5 Weddings |
| 67. | https://www.youtube.com/watch?v=dWA5YLpPWps | 5 Weddings |
| 68. | https://www.youtube.com/watch?v=e0qH3HheDOQ | 5 Weddings |
| 69. | https://www.youtube.com/watch?v=kSqyW1id1BY | 5 Weddings |
| 70. | https://www.youtube.com/watch?v=TSZYjt13aK0 | 5 Weddings |
| 71. | https://www.youtube.com/watch?v=kMYGXoz-nqM | 5 Weddings |
| 72. | https://www.youtube.com/watch?v=wuhLfQMg73E | 5 Weddings |
| 73. | https://www.youtube.com/watch?v=J2C52oL0_VQ | 5 Weddings |
| 74. | https://www.youtube.com/watch?v=syOC1jb4Zkg | 5 Weddings |
| 75. | https://www.youtube.com/watch?v=Tbo_ehNC8Dc | 5 Weddings |
| 76. | https://www.youtube.com/watch?v=Oy5pIXGaCqA | 5 Weddings |
| 77. | https://www.youtube.com/watch?v=jfWXu8M4LN4 | 5 Weddings |
| 78. | https://www.youtube.com/watch?v=rvc_Wgtrlqw | 5 Weddings |
| 79. | https://www.youtube.com/watch?v=wXVW0aRrQb0 | 5 Weddings |
| 80. | https://www.youtube.com/watch?v=0gftlOVKlJ0 | 5 Weddings |

| 81. | https://www.youtube.com/watch?v=qG7SWm3fkbY | 5 Weddings |
|---|---|---|
| 82. | https://www.youtube.com/watch?v=LnFeC79Bj1s | 5 Weddings |
| 83. | https://www.youtube.com/watch?v=gJkR4bMBusQ | 5 Weddings |
| 84. | https://www.youtube.com/watch?v=32ndTa1ayjM | 5 Weddings |
| 85. | https://www.youtube.com/watch?v=qnH5Yhv2eF8 | 5 Weddings |
| 86. | https://www.youtube.com/watch?v=hJrud5AzEFc | 5 Weddings |
| 87. | https://www.youtube.com/watch?v=SOdfCcN7Dq0 | 5 Weddings |
| 88. | https://www.youtube.com/watch?v=U5SM5EVUuRA | 5 Weddings |
| 89. | https://www.youtube.com/watch?v=oMCD2RHLiBE | 5 Weddings |
| 90. | https://www.youtube.com/watch?v=Hrr0rwe9G3w | 5 Weddings |
| 91. | https://www.youtube.com/watch?v=hwlagGDDpRM | 5 Weddings |
| 92. | https://www.youtube.com/watch?v=ZSMIRn6GRD0 | 5 Weddings |
| 93. | https://www.youtube.com/watch?v=x1v6lDWe1vM | 5 Weddings |
| 94. | https://www.youtube.com/watch?v=b-cBFyifxyc | 5 Weddings |
| 95. | https://www.youtube.com/watch?v=LGxUeTMR34U | 5 Weddings |
| 96. | https://www.youtube.com/watch?v=Cb1v7EkCFEc | 5 Weddings |
| 97. | https://www.youtube.com/watch?v=l7jmPPl4qyA | 5 Weddings |
| 98. | https://www.youtube.com/watch?v=aik4jM9eaY4 | 5 Weddings |
| 99. | https://www.youtube.com/watch?v=VHeQVjyW_I | 5 Weddings |
| 100. | https://www.youtube.com/watch?v=p19Ae3hwAec | 5 Weddings |
| 101. | https://www.youtube.com/watch?v=ACGcIKzs7ug | 5 Weddings |
| 102. | https://www.youtube.com/watch?v=IFIbUFI_vGc | 5 Weddings |
| 103. | https://www.youtube.com/watch?v=shkrzacGaDs | 5 Weddings |
| 104. | https://www.youtube.com/watch?v=KS9N7SBksGo | 5 Weddings |
| 105. | https://www.youtube.com/watch?v=F5lwMz1UidI | 5 Weddings |
| 106. | https://www.youtube.com/watch?v=vtMuFUvZIKQ | 5 Weddings |
| 107. | https://www.youtube.com/watch?v=cD7Viy3-CEY | 5 Weddings |
| 108. | https://www.youtube.com/watch?v=PTTZnwpVfz4 | 5 Weddings |
| 109. | https://www.youtube.com/watch?v=94eQcOGqoNM | 5 Weddings |
| 110. | https://www.youtube.com/watch?v=g5tiRP4bNFM | 5 Weddings |
| 111. | https://www.youtube.com/watch?v=dPPAqTXNCxc | 5 Weddings |
| 112. | https://www.youtube.com/watch?v=GcKMGxPNuTQ | 5 Weddings |
| 113. | https://www.youtube.com/watch?v=r7M0RmCdduY | 5 Weddings |
| 114. | https://www.youtube.com/watch?v=avTTfVjSmnc | 5 Weddings |
| 115. | https://www.youtube.com/watch?v=rhCUB4_uYPE | 5 Weddings |
| 116. | https://www.youtube.com/watch?v=kcwfoLeT7ew | 5 Weddings |
| 117. | https://www.youtube.com/watch?v=BLtb2l_8AcU | 5 Weddings |
| 118. | https://www.youtube.com/watch?v=dX3XtRaJaeQ | 5 Weddings |
| 119. | https://www.youtube.com/watch?v=WOKr8T11loM | 5 Weddings |
| 120. | https://www.youtube.com/watch?v=jqIvOZbNdLg | 5 Weddings |
| 121. | https://www.youtube.com/watch?v=Wgl8JS78KeA | 5 Weddings |

| 122. | https://www.youtube.com/watch?v=jtx2h_n6190 | 5 Weddings |
|------|---------------------------------------------|------------|
| 123. | https://www.youtube.com/watch?v=M08Luko8qOY | 5 Weddings |
| 124. | https://www.youtube.com/watch?v=UySr1ParwZQ | 5 Weddings |
| 125. | https://www.youtube.com/watch?v=_MFM4O1mVhI | 5 Weddings |
| 126. | https://www.youtube.com/watch?v=nU1Uiuou8YU | 5 Weddings |
| 127. | https://www.youtube.com/watch?v=rHRl1KwFD-U | 5 Weddings |
| 128. | https://www.youtube.com/watch?v=nmVqnyfatDc | 5 Weddings |
| 129. | https://www.youtube.com/watch?v=6AAFWzIG-bU | 5 Weddings |
| 130. | https://www.youtube.com/watch?v=cqk6blF2BbQ | 5 Weddings |
| 131. | https://www.youtube.com/watch?v=eCypwSPjTTM | 5 Weddings |
| 132. | https://www.youtube.com/watch?v=pzrf9aKkt4c | 5 Weddings |
| 133. | https://www.youtube.com/watch?v=PESDkngpq28 | 5 Weddings |
| 134. | https://www.youtube.com/watch?v=5BwcXqK59T4 | 5 Weddings |
| 135. | https://www.youtube.com/watch?v=4O4HbOk67ew | 5 Weddings |
| 136. | https://www.youtube.com/watch?v=MdvKsrhUZjk | 5 Weddings |
| 137. | https://www.youtube.com/watch?v=neTjKw5I5NY | 5 Weddings |
| 138. | https://www.youtube.com/watch?v=Da5pche-VRU | 5 Weddings |
| 139. | https://www.youtube.com/watch?v=GahnH3SEL4Y | 5 Weddings |
| 140. | https://www.youtube.com/watch?v=5jo856X3xrc | 5 Weddings |
| 141. | https://www.youtube.com/watch?v=Q9i_M85aq8o | 5 Weddings |
| 142. | https://www.youtube.com/watch?v=0kp4-jQ-eAI | 5 Weddings |
| 143. | https://www.youtube.com/watch?v=LwwzyKYsUvg | 5 Weddings |
| 144. | https://www.youtube.com/watch?v=3UqGmLF0EK4 | 5 Weddings |
| 145. | https://www.youtube.com/watch?v=XOa49qklHxg | 5 Weddings |
| 146. | https://www.youtube.com/watch?v=0DJ_kmmTsak | 5 Weddings |
| 147. | https://www.youtube.com/watch?v=PtKuQ97e1BA | 5 Weddings |
| 148. | https://www.youtube.com/watch?v=y528NN6C3eg | 5 Weddings |
| 149. | https://www.youtube.com/watch?v=co0rhNhuM9A | 5 Weddings |
| 150. | https://www.youtube.com/watch?v=EMxlJuW6dps | 5 Weddings |
| 151. | https://www.youtube.com/watch?v=7o5UhhW_2XM | 5 Weddings |
| 152. | https://www.youtube.com/watch?v=7Oy7RKzE0TU | 5 Weddings |
| 153. | https://www.youtube.com/watch?v=YXWFYPk11GM | 5 Weddings |
| 154. | https://www.youtube.com/watch?v=gEjglbGEvEE | 5 Weddings |
| 155. | https://www.youtube.com/watch?v=CRVl4Yk43Uc | 5 Weddings |
| 156. | https://www.youtube.com/watch?v=wsFG-0Vty_w | Americanizing Shelley |
| 157. | https://www.youtube.com/watch?v=O61nlXAOJRU | Americanizing Shelley |
| 158. | https://www.youtube.com/watch?v=g7TeGRwEhts | Americanizing Shelley |
| 159. | https://www.youtube.com/watch?v=NAN9enJCRTs | Americanizing Shelley |
| 160. | https://www.youtube.com/watch?v=n8u_eLJJEVw | Americanizing Shelley |
| 161. | https://www.youtube.com/watch?v=eE_zrpIc7KY | Americanizing Shelley |
| 162. | https://www.youtube.com/watch?v=zxlXKaZIOXc | 5 Weddings |

| 163. | https://www.youtube.com/watch?v=c6g7dDRfPNg | 5 Weddings |
|------|---------------------------------------------|------------|
| 164. | https://www.youtube.com/watch?v=RypcZRESN6g | 5 Weddings |
| 165. | https://www.youtube.com/watch?v=nYAitmKpI-0 | 5 Weddings |
| 166. | https://www.youtube.com/watch?v=xLPjBYEPXL8 | 5 Weddings |
| 167. | https://www.youtube.com/watch?v=SKfFmNLjs5E | 5 Weddings |
| 168. | https://www.youtube.com/watch?v=MkTiKEZyZ-U | |
| 169. | https://www.youtube.com/watch?v=v220SddNuZk | |
| 170. | https://www.youtube.com/watch?v=S-hj8jdzN4c | |
| 171. | https://www.youtube.com/watch?v=SZ3RrZ8ajzs | |
| 172. | https://www.youtube.com/watch?v=duZfOBQzqqE | |
| 173. | https://www.youtube.com/watch?v=o7Djt_6Bn9U | |
| 174. | https://www.youtube.com/watch?v=sAafKISWhms | |
| 175. | https://www.youtube.com/watch?v=xVBYSZbghh0 | |

# Exhibit 4B

```
 1                UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3                  SAN FRANCISCO DIVISION
 4   MARIA SCHNEIDER, UNIGLOBE      )
     ENTERTAINMENT, LLC, and AST    )
 5   PUBLISHING LTD., individually  )
     and on behalf of all others    )
 6   similarly situated,            )
                                    ) CASE NO. 3:20-cv-4423
 7              Plaintiffs,         )
                                    )
 8     VS.                          )
                                    )
 9   YOUTUBE, LLC, and GOOGLE LLC,  )
                                    )
10              Defendants.         )
                                    )
11   YOUTUBE, LLC, and GOOGLE LLC,  )
                                    )
12              Counter-Plaintiffs, )
                                    )
13     VS.                          )
                                    )
14   GÁBOR CSUPÓ, PIRATE MONITOR    )
     LTD., LLC, and PIRATE MONITOR  )
15   LLC,                           )
                                    )
16              Counter-Defendants. )
                                    )
17
18                    CONFIDENTIAL
19    REMOTELY CONDUCTED VIDEOTAPED 30(b)(6) DEPOSITION OF
                UNIGLOBE ENTERTAINMENT, LLC
20              NAMRATA SINGH GUJRAL COOPER
            Burbank, California (Witness' Location)
21                Thursday, June 30, 2022
22
     Reported by:
23   LYDIA ZINN
     RPR, FCRR, CSR No. 9223
24   Job No. SF 5301785
25   PAGES 1 - 210
```

Page 1

CONFIDENTIAL

```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3               SAN FRANCISCO DIVISION
 4   MARIA SCHNEIDER, UNIGLOBE        )
     ENTERTAINMENT, LLC, and AST      )
 5   PUBLISHING LTD., individually    )
     and on behalf of all others      )
 6   similarly situated,              )
                                      ) CASE NO. 3:20-cv-4423
 7              Plaintiffs,           )
                                      )
 8      VS.                           )
                                      )
 9   YOUTUBE, LLC, and GOOGLE LLC,    )
                                      )
10              Defendants.           )
                                      )
11   YOUTUBE, LLC, and GOOGLE LLC,    )
                                      )
12              Counter-Plaintiffs,   )
                                      )
13      VS.                           )
                                      )
14   GÁBOR CSUPÓ, PIRATE MONITOR      )
     LTD., LLC, and PIRATE MONITOR    )
15   LLC,                             )
                                      )
16              Counter-Defendants.   )
                                      )
17
18              Confidential remotely conducted videotaped
19   30(b)(6) deposition of UNIGLOBE ENTERTAINMENT, LLC,
20   NAMRATA SINGH GUJRAL COOPER, taken on behalf of
21   Defendants, at Burbank, California, beginning at
22   9:49 a.m. and ending at 6:24 p.m., on Thursday,
23   June 30, 2022, before LYDIA ZINN, Certified Shorthand
24   Reporter No. 9223.
25
```

Page 2

```
 1    APPEARANCES (via videoconference):
 2    For Plaintiffs Maria Schneider; Uniglobe Entertainment,
      LLC; AST Publishing Ltd.; and
 3    Namrata Singh Gujral Cooper:
                              Korein Tillery, LLC
 4                            205 North Michigan
                              Suite 1950
 5                            Chicago, IL  60601
                              (312) 641-9750
 6                            rewing@koreintillery.com
                              gzelcs@koreintillery.com
 7                 BY:  RANDALL P. EWING
                       GEORGE A. ZELCS
 8
      For Defendants YouTube, LLC; Google LLC:
 9                            Wilson Sonsini Goodrich &
                                Rosati
10                            1301 Avenue of the Americas
                              40th Floor
11                            New York, NY 10019
                              (212) 497-7781
12                            erichlin@wsgr.com
                   BY:  ELI B. RICHLIN
13
                              Wilson Sonsini Goodrich &
14                              Rosati
                              650 Page Mill Road
15                            Palo Alto, CA  94304-1050
                              (650) 849-3456
16                            qhuang@wsgr.com
                   BY:  QIFAN HUANG
17
18
      Also Present:
19    Kevin Metti, Courtroom Connect
      Julio Pena, Videographer, Veritext
20
21
22
23
24
25
                                              Page  3
```

```
 1    describe searches that were run:  searches directly,        4:46:45PM

 2    searches using matches, litigation counsel searching

 3    based upon titles of Works in Suit.

 4         And then the last paragraph states that Uniglobe

 5    played the video, and listened, and watched for a match     4:47:05PM

 6    between the video and the relevant work, or by

 7    observing a link provided in connection with the video

 8    to a third-party website where the work at issue could

 9    be found.  Do you see that?

10    A    Are you finding -- sorry.  I'm finding that            4:47:20PM

11    there's a lot of disturbance on the audio.

12    Q    Let me -- yeah.  Let me try again.

13         I'm at the very last paragraph of page 31,

14    starting with line 21.  Just let me know once you're

15    there.                                                      4:47:44PM

16    A    I'm here.

17    Q    Okay.  Can you just review that for a moment?  And

18    then let me know once you've reviewed that paragraph.

19    A    Sure.

20         I read it, sir.                                        4:48:12PM

21    Q    Okay.  So that's the process after Uniglobe

22    identified a potential infringement that Uniglobe

23    determined, whether or not there was actual

24    infringement.  Correct?

25    A    Yes.  That's correct.                                  4:48:28PM
```

Page 162

1    Q    Just looking at the title of something, that might    4:48:31PM

2    not be enough.  Correct?

3              MR. EWING:  Objection to form.

4              THE WITNESS:  Yes.  I -- I'm fairly certain

5    in most cases I viewed everything.                    4:48:50PM

6        I will say there was a time there were

7    infringements literally by the minute, and it was very

8    overwhelming.  So I can't guarantee that, but I'm

9    relatively certain that's how I -- identified it.

10   BY MR. RICHLIN:                                       4:49:08PM

11   Q    Okay.  So let's just -- let's just talk about

12   those different approaches.  Searching for a title,

13   which is one of the things that you said you did --

14   that just identifies a title that may match one of the

15   Works in Suit.  Correct?                              4:49:19PM

16   A    Yes.

17   Q    But then to determine whether or not your Work in

18   Suit has actually been matched, you need to actually

19   watch the video and look at it.  Correct?

20   A    Yes.  For the most part, I'm pretty sure that's   4:49:38PM

21   what I did.

22   Q    Okay.  And is that your -- was that your practice

23   as well with respect to sending Takedown Notices?

24              MR. EWING:  Objection.  Form.

25              THE WITNESS:  I would say largely that is the   4:50:07PM

Page 163

1          I, the undersigned, a Certified

2  Shorthand Reporter of the State of California, do

3  hereby certify:

4       That the foregoing proceedings were taken before

5  me at the time and place herein set forth; that any

6  witnesses in the foregoing proceedings, prior to

7  testifying, were placed under oath; that a verbatim

8  record of the proceedings was made by me using machine

9  shorthand which was thereafter transcribed under my

10  direction; further, that the foregoing is an accurate

11  transcription thereof.

12       I further certify that I am neither financially

13  interested in the action nor a relative or employee of

14  any attorney or any of the parties.

15     IN WITNESS WHEREOF, I have this date subscribed my

16  name.

17

18  Dated: July 6, 2022

19

20

21

22

23              LYDIA ZINN, RPR, FCRR

24              CSR No. 9223

25

Page 207

# Exhibit 5



Wilson Sonsini Goodrich & Rosati
Professional Corporation

One Market Plaza
Spear Tower, Suite 3300
San Francisco, California 94105-1126

O: 415.947.2000
F: 415.947.2099

LAUREN GALLO WHITE
Internet: LWHITE@wsgr.com

October 25, 2022

**<u>Via Electronic Mail</u>**

Carol O'Keefe
KOREIN TILLERY
One U.S. Bank Plaza
505 North 7th Street, Suite 3600
St. Louis, MO 63101-1625

  Re: *Schneider et al. v. YouTube, LLC et al.*, Case No. 3:20-cv-04423-JD

Dear Carol:

  I write in response to your letter of October 13, regarding Defendants' production of data pursuant to the Court's August 30 Order.

  It is troubling that Plaintiffs continue to demand data neither requested in your letter brief to the Court nor contemplated by the Court's August 30 Order. Throughout your October 13 letter, you take the untenable position that Plaintiffs are necessarily entitled to all data fields and types discussed at any point during the parties' meet-and-confers. *See, e.g.*, October 13 Letter at 1-2 ("Since this field was also a subject of our meet and confer process, it should have been produced . . . ."). Not so. The Court ordered YouTube to produce limited categories of data in response to the specific requests set out in Plaintiffs' letter brief. Plaintiffs cannot rewrite the Court's order now to include data requests the Court did not have the opportunity to consider, much less grant.

  *Claimant Information*. Defendants have satisfied the Court's order to produce the takedown-notice data Plaintiffs requested in their letter brief for a 90-day sample period. Plaintiffs' attempt to contort their two-word request for "claimant information" into a request for any and all information in Defendants' takedown-notice database that could conceivably "aid in the identification of discrete claimants" is unreasonable. Indeed, Plaintiffs do not even try to define what that information might be apart from claimant email address and country of origin and, even as to those two categories, offer no reason for their production now.

  *Claimant Email Addresses*. Plaintiffs provide no justification for their invasive demand that YouTube produce the email address of every person who submitted a takedown notice corresponding to the roughly 1.7 million videos in the sample data. Plaintiffs plainly do not need these email addresses for purposes of seeking class certification, and there is no need to identify

**WILSON SONSINI**

Carol O'Keefe
KOREIN TILLERY
October 25, 2022
Page 2

the members of a putative class that has not actually been certified at this time. Plaintiffs did not raise in their letter briefs—and the Court did not order—the production of many thousands of private email addresses. If a copyright infringement class is certified, we agree to revisit your new claimant email address request.

   ***Claimant Country of Origin***. We disagree that Plaintiffs are entitled to "country of origin" data simply because it was discussed as part of an unrealized compromise. The question was not presented to the Court. Nevertheless, to the extent that that information is readily available, Defendants are willing to supplement their October 7 data production to include "country of origin" information.

   ***Complaint Origin***. As we explained in the cover letter accompanying Defendants' production, the sample data Defendants produced on October 7 does not include takedown notices submitted through the Content ID system. While we believe that obviates any need for "complaint_origin" data, Defendants are willing to supplement their production to include this field.

   ***Copyrighted Work***. The "title of copyrighted work" field contains the description of the copyrighted work that the claimant provided in submitting their takedown notice through one of YouTube's copyright tools. Depending on the type of work at issue (e.g. video, song, software) and the complaint origin (e.g., which copyright tool was used), the user may have supplied a video URL, a copyright registration number, or some other identifier. We have already provided that information. There is no separate specific data field for copyright registration numbers that Defendants have withheld.[1]

   ***Counter Notification Data***. In the course of our meet-and-confers, Plaintiffs requested data showing whether a counter notification had been submitted for each sample takedown notice. *See* July 12, 2022 Letter from C. O'Keefe to L. Gallo White (seeking data showing that "No counterclaim was filed"). That data has been provided. Plaintiffs indicated during the meet-

---

   [1] We note that the portion of Chris Ting's deposition that you cite does not indicate that there is a dedicated field in YouTube's webform for copyright registration number, much less that YouTube stores that data in a specific database field. Mr. Ting simply explained that, in response to a follow-up, case-specific request from YouTube for additional information about a copyrighted work at issue, a claimant could provide a copy of that work, further description, or a copyright registration number in their correspondence.

WILSON
SONSINI

Carol O'Keefe
KOREIN TILLERY
October 25, 2022
Page 3

and-confers that their requests for data concerning counter notification date, reason, and resolution, however, were made "[s]olely" in connection with arguments on fair use. *Id.*

The Court's order makes no mention of counter-notice data.[2] Dkt. No. 165. And as to fair use, the Court rejected Plaintiffs' requests for any information beyond the Content ID percentage YouTube had offered to produce. *See id.* (ordering YouTube to produce only "the percentage of disputed Content ID claims for the year 2021 where the user selected fair use as the ground for the dispute"). Plaintiffs' demand for counter-notice date, reason, and resolution data thus finds no support in the order.

Your claim that YouTube's production of counter notification data is "insufficient" because "YouTube rejects the vast majority of counter notifications and refuses even to process them" is puzzling. YouTube publicly discloses statistics concerning its processing of counter notifications. *See* Copyright Transparency Report ("We accepted fewer than 19% of counter notifications submitted for removals that occurred during the second half of 2021."). Further, the granular data that Plaintiffs seek about each counter notification does not appear relevant in identifying class members since Plaintiffs have not conditioned membership on whether a counter notification resulted in a video's reinstatement. *See* Dkt. No. 190 at 3-4 (seeking certification of classes where videos were simply "removed from YouTube due to a successful Takedown Notice").

Nevertheless, without waiving these objections or conceding the data's relevance, Defendants can agree to produce the date of the counter notifications identified in the takedown data produced on October 7.

**Revenue Data**. We confirm that the produced revenue data reflects the total gross advertising revenue associated with each removed URL (before, for example, any revenue sharing). The negative values in that data, which amount to a small fraction of a cent, should be disregarded; the revenue for such videos is $0.

**Deprecated Data**. We have repeatedly informed Plaintiffs of YouTube's retention policies and made clear that YouTube does not retain certain information concerning user-

---

[2] The Court's Order is reasonably construed as including only those categories of data Plaintiffs claimed to need "for each successful takedown notice where the video was removed"—namely, "the date of the notice, claimant information, copyright owner information, copyrighted work infringed, URL of the infringing video, and Google gross ad revenue associated with the infringing video." Dkt. No. 156.

**WILSON SONSINI**

Carol O'Keefe
KOREIN TILLERY
October 25, 2022
Page 4

deleted videos. *See, e.g.*, January 15, 2021 Letter from L. Gallo White to J. Wright. Defendants cannot produce data they no longer possess.

***CLFN Metadata***. Defendants produced the "clfn" data in their databases for the entire 90-day sample of allegedly infringing videos—beyond the 30-day sample required by the Court. In so doing, Defendants more than satisfied their obligations. Your insistence that Defendants produce even more "clfn" metadata exceeds your request to the Court, and the data the Court ordered produced. Even more, your request is makework. All of the classes Plaintiffs seek to certify required the removal of a video in response to a takedown notice. *See* Dkt. No. 190 at 5 ("A successful Takedown Notice is required for all four classes."); *id.* at 3-4 (limiting proposed "Clip Filename Class" to persons whose works were "removed from YouTube due to a successful Takedown Notice"). Given this, and given that Defendants have already produced available "clfn" metadata for more than 1.7 million videos, there is no reasonable basis for Plaintiffs to request more.

Very truly yours,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

*/s Lauren Gallo White*

Lauren Gallo White

# Exhibit 7A

1   DAVID H. KRAMER, State Bar No. 168452
    MAURA L. REES, State Bar No. 191698
2   LAUREN GALLO WHITE, State Bar No.
    309075
3   WILSON SONSINI GOODRICH & ROSATI
    Professional Corporation
4   650 Page Mill Road
    Palo Alto, CA 94304-1050
5   Telephone: (650) 493-9300
    Facsimile: (650) 565-5100
6   Email: dkramer@wsgr.com
           mrees@wsgr.com
7          lwhite@wsgr.com

    BRIAN M. WILLEN (admitted *Pro Hac Vice*)
    WILSON SONSINI GOODRICH & ROSATI
    Professional Corporation
    1301 Avenue of the Americas, 40th Floor
    New York, NY 10019-6022
    Telephone: (212) 999-5800
    Facsimile: (212) 999-5801
    Email: bwillen@wsgr.com

8   Attorneys for Defendants and Counterclaimants
9   YOUTUBE, LLC and GOOGLE LLC

10            UNITED STATES DISTRICT COURT

11          NORTHERN DISTRICT OF CALIFORNIA

12              SAN FRANCISCO DIVISION

13 | MARIA SCHNEIDER and PIRATE MONITOR )   CASE NO.: 3:20-cv-04423-JD
      LTD, individually and on behalf of all others )
14 | similarly situated,                          )   **DEFENDANTS AND
                                                   )   COUNTERCLAIMANTS YOUTUBE,**
15 |              Plaintiffs,                       )   **LLC AND GOOGLE LLC'S
                                                   )   RESPONSES AND OBJECTIONS TO**
16 |       v.                                      )   **PLAINTIFF MARIA SCHNEIDER'S
                                                   )   FIRST SET OF INTERROGATORIES**
17 | YOUTUBE, LLC and GOOGLE LLC,                  )   **(NOS. 1-14)**
                                                   )
18 |              Defendants.                       )    Judge: Hon. James Donato
                                                   )
19 |_____)
                                                   )
20 | YOUTUBE, LLC and GOOGLE LLC,                  )
                                                   )
21 |              Counterclaimants,                 )
                                                   )
22 |       v.                                      )
                                                   )
23 | PIRATE MONITOR LTD,                           )
                                                   )
24 |              Counterclaim Defendant.           )
                                                   )
25 |_____)

26

27            ***CONTAINS CONFIDENTIAL INFORMATION***

28

Pursuant to Federal Rules of Civil Procedure 26 and 33 and the Local Rules of the United States District Court for the Northern District of California, Defendants and Counterclaimants YouTube, LLC and Google LLC (collectively, "Defendants") hereby respond to Plaintiff Maria Schneider's First Set of Interrogatories ("Interrogatories") as follows:

## RESPONSES AND OBJECTIONS

All responses to the Interrogatories are based upon the information presently known to Defendants and are given without prejudice to Defendants' right to revise and supplement these responses. An answer to an Interrogatory shall not be deemed a waiver of any applicable objection. Likewise, an answer to an Interrogatory shall not be deemed an admission of any assertions contained in that Interrogatory.

## OBJECTIONS TO DEFINITIONS AND INSTRUCTIONS

1.      As a threshold matter, Plaintiffs' prolix Definitions, much like the Complaint, are replete with unsubstantiated assumptions and improper advocacy. Their nested structure, vagueness, and overbreadth render interpreting the Interrogatories themselves (let alone drafting responses to those questions) an unduly burdensome effort that is disproportionate to the needs of this case.

2.      Defendants object to the definition of "AutoPlay Feature" as vague and ambiguous. In particular, the definition is vague and ambiguous in its use of the undefined term "queues." Plaintiffs' "description" in Paragraph 37 of the Complaint provides no more clarity, as it merely parrots the vague and ambiguous definition provided in these Interrogatories. Defendants further object to this definition as overly broad and unduly burdensome to the extent it encompasses information not relevant to the parties' claims or defenses and would require Defendants to collect information that is disproportionate to the needs of this case.

3.      Defendants object to the definition of "CMI Video" as vague and ambiguous. In particular, the definition is vague and ambiguous in its use of the undefined terms "CMI," "containing," and "initiated." Defendants further object to this definition as overly broad and unduly burdensome to the extent it requires Defendants to collect information relating to every

video uploaded to YouTube, regardless of their relevance to the parties' claims or defenses in this case.

4.      Defendants object to the definition of "Communication" to the extent it exceeds the scope contemplated by the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the Northern District of California, or other applicable law. Defendants further object to the definition as overly broad and unduly burdensome to the extent it encompasses information not relevant to the parties' claims or defenses and would require Defendants to collect information that is disproportionate to the needs of this case.

5.      Defendants object to the definition of "Concerning" as vague and ambiguous. In particular, the term is vague and ambiguous in its use of the undefined terms "relating," "referring," "describing," "evidencing," and "construing." Defendants further object to this definition as overly broad and unduly burdensome to the extent it encompasses information not relevant to the parties' claims or defenses.

6.      Defendants object to the definition of "Content ID System" as vague and ambiguous, particularly in its use of the phrase "YOUR copyright management tool." Defendants have created and made available many tools for protecting the copyrights of others. Defendants further object to Plaintiffs' descriptions in Paragraphs 2, 8, 9, 10, and 12 of the Complaint as inaccurate in their characterization of Content ID. Defendants specifically object to Plaintiffs' characterization of Content ID as being "completely divorced" from YouTube, LLC's repeat-infringer policy. *See* Compl. ¶ 12. For purposes of responding to the Interrogatories, the "Content ID System" will be defined as a tool YouTube provides to certain users for the purpose of managing copyrighted works that scans videos uploaded to YouTube and compares them against files previously provided to YouTube by copyright owners. *See* "How Content ID works," https://support.google.com/youtube/answer/2797370?hl=en.

7.      Defendants object to the definition of "Document" to the extent it exceeds the scope contemplated by the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the Northern District of California, or other applicable law. Defendants further

object to this definition as overly broad and unduly burdensome to the extent it encompasses information not relevant to the parties' claims or defenses and would require Defendants to collect information that is disproportionate to the needs of this case.

8.      Defendants object to the definition of "ID3 Tags" as vague and ambiguous. In particular, the definition is vague and ambiguous in its use of the undefined terms "metadata container," "audio files," and "ID3v1 and ID3v2 tags."

9.      Defendants object to the definition of "Metadata" as overly broad (especially insofar as it encompasses "any information"), vague, and ambiguous. In particular, the definition is vague and ambiguous in its use of the phrases "attached to," "embedded in," "part of," and "provides information."

10.     Defendants object to the definition of "Pirate Monitor" as overly broad, vague and ambiguous, and unduly burdensome. In particular, the definition is overly broad because it encompasses "present or former … agents, representatives … investigators … advisors, and any other person acting on its behalf." For purposes of responding to the Interrogatories, "Pirate Monitor" will be defined as Pirate Monitor LTD and those authorized agents and employees known or believed by YouTube to be acting on its behalf and within the scope of their agency or employment.

11.     Defendants object to the definition of "Schneider" as overly broad, vague and ambiguous, and unduly burdensome. In particular, the definition is overly broad because it encompasses "all agents, representatives … investigators … advisors, and any other person acting on her behalf. For purposes of responding to the Interrogatories, "Schneider" will be defined as Maria Schneider and persons known or believed by YouTube to be acting on her behalf.

12.     Defendants object to the definition of "Tags" as vague and ambiguous, particularly in its use of the undefined term "descriptive keywords" and the phrase "find content."

13.     Defendants object to the definition of "Takedown Notice" as vague, ambiguous, and overly broad. In particular, the definition is vague and ambiguous in its use of the term "request" and the phrases "any other way" and "via Your online platform." Defendants object that the definition is overly broad and unduly burdensome to the extent it extends beyond notices submitted to Defendants. Defendants also object to the definition to the extent it calls for a legal conclusion as to whether content has been posted or displayed without license or permission. Defendants further object to the definition to the extent it encompasses non-written communications that do not satisfy the requirements set forth in 17 U.S.C. § 512(c)(3). For purposes of responding to the Interrogatories, "Takedown Notice" will be defined as notices that are compliant with 17 U.S.C. § 512(c)(3) and have been submitted through YouTube LLC's online form, *see* "Submit a copyright takedown notice," https://support.google.com/youtube/answer/2807622?hl=en, or to YouTube's designated agent via email, facsimile, or postal mail, *see* "Copyright Contact Information," https://support.google.com/youtube/answer/6005908?hl=en.

14.     Defendants object to the definition of "You," "Your," and "Yourself" on the grounds that the definition is overbroad, vague and ambiguous, and unduly burdensome. Defendants further object to the definition to the extent it seeks information not currently in the possession, custody, or control of Counterclaimants. Defendants will respond solely on behalf of themselves (Google LLC and YouTube, LLC), and not any other subsidiaries or affiliates, or any other person or entity. Defendants further object to the definition on the grounds that it includes Counterclaimants' attorneys and requires Defendants to provide a legal conclusion or to produce information that is protected by any privilege, including the attorney-client privilege, work product immunity doctrine, common interest privilege, or any other applicable privilege, immunity, or restriction on discovery. For purposes of responding to the Interrogatories, "You," "Your," and "Yourself" will be defined as Google LLC, YouTube, LLC, and those authorized agents and employees acting on its behalf and within the scope of their agency or employment.[1]

---

[1] Per the parties' agreement, Defendants will produce otherwise discoverable information that is retained by, owned by, possessed by, or in the control of Alphabet Inc.

DEFENDANTS' RESPONSES AND OBJECTIONS
TO MARIA SCHNEIDER'S FIRST SET OF         -5-         CASE NO. 3:20-CV-04423-JD
INTERROGATORIES

15.     Defendants object to the Instructions accompanying Plaintiff's Interrogatories to the extent that such Instructions purport to impose obligations on Defendants in excess of the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the Northern District of California, or any other applicable law, or to the extent that the Instructions purport to require Defendants to take actions or provide information not required by or which exceed the scope of the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the Northern District of California, or any other applicable law.

16.     Defendants object to the Instructions as to identification of individuals and "Users" as overbroad and unduly burdensome. In particular, the Instructions require Defendants to collect information (such as dates of hire and home telephone numbers) that is not relevant to the parties' claims or defenses in this action and is not proportional to the needs of the case. Defendants further object to the extent the Instructions seek confidential information relating to third parties or subject to privacy obligations, such home telephone numbers, physical addresses, and IP addresses.

17.     Defendants object to the definition of "Relevant Period" insofar as it calls for information beyond the scope of the three-year statute of limitations applicable to Plaintiff's claims. *See* 17 U.S.C. § 507(b).

multiple sub-parts (eight (8) in total), each of which will count against Plaintiff's allotted total number of interrogatories. Defendants further object to the extent that this Interrogatory calls for the production of proprietary, confidential, or trade secret information that has little or no connection to the parties' claims and defenses in this action, imposing a further burden on Google and YouTube that is out of line with Plaintiff's legitimate needs.

Subject to and without waiving any of the foregoing objections, Defendants will meet and confer with opposing counsel regarding an appropriate scope of information to be produced in response to this Interrogatory.

**INTERROGATORY NO. 11:**

**State the estimated monetary cost to You if You were to make Content ID available to Plaintiffs in this Lawsuit; the members of the proposed class(es) (including any subclasses) in this Lawsuit; once certified, the actual class(es) (including any subclasses) in this Lawsuit; and all Users.**

**RESPONSE TO INTERROGATORY NO. 11:**

Defendants object that this Interrogatory calls for speculation as to indeterminate "monetary costs" associated with making the Content ID tool available to four separate groups of people. In addition, Defendants object to this Interrogatory because it is an improper and premature contention interrogatory that cannot be answered without sufficient discovery. Among other things, Plaintiffs have not yet completely identified with specificity the copyrighted works to which they own exclusive copyrights. Without this, Defendants cannot assess the costs associated with making the Content ID tool available to Plaintiffs.

Defendants also object to this Interrogatory because it calls for information relevant to a putative class of plaintiffs that has not been certified by the Court. Defendants also object to this Interrogatory as vague and ambiguous in its use of the phrases "members of the proposed class(es) (including any subclasses) in this Lawsuit" and "once certified, the actual class(es) (including any subclasses) in this Lawsuit."

Defendants further object to this Interrogatory because it seeks information that Defendants do not collect and/or log in the ordinary course of its business and the production of

which is therefore not possible. Defendants also object to the extent that this Interrogatory calls for the production of proprietary, confidential, or trade secret information that has little or no connection to the parties' claims and defenses in this action, imposing a further burden on Defendants that is out of line with Plaintiff's legitimate needs. Defendants further object that this Interrogatory is compound to the extent that it contains multiple sub-parts, each of which will count against Plaintiff's allotted total number of interrogatories.

Subject to and without waiving any of the foregoing objections, Defendants respond as follows: Plaintiffs are not suited for the Content ID tool, and YouTube accordingly denied their prior applications. For the reasons stated above, Defendants cannot definitively assess the monetary costs associated with granting Plaintiffs access to the Content ID tool, in part because Defendants do not know how Plaintiffs would abuse the system. As detailed in Defendants' Answer and Counterclaims, Plaintiff Pirate Monitor has previously submitted fraudulent takedown requests to YouTube, and YouTube has incurred damages as a result of that misconduct. Were Pirate Monitor to similarly misuse the Content ID tool, the resulting monetary and non-monetary injuries to YouTube and third parties (including creators, partners, and viewers) could be considerably greater, given the scale and unilateral blocking and/or monetizing capabilities afforded by the Content ID tool. While a single takedown request impacts only one (or a handful) of videos, just one invalid reference file submitted through the Content ID tool can impact thousands of videos and users, stripping them of their ability to monetize their content or blocking the content altogether.

Separately, the two proposed classes in the Complaint are ill-defined and overbroad, and it is impossible to determine how many and what types of users comprise those groups. Thus, even were Defendants to speculate, they could not assess the monetary and non-monetary costs associated with granting the putative class members access to Content ID.

Finally, as of May 2019, YouTube had 2 billion monthly unique users. The monetary and non-monetary costs associated with granting each of those users access to the Content ID tool— which would allow them to block and/or monetize content that is not their own—could be

staggering. To begin, administration of the Content ID tool by YouTube requires manual (human) oversight. Such oversight, including policing misuse of Content ID, would be cost-prohibitive and practically infeasible. Moreover, the potential for rampant intentional or unintentional abuse of the tool, such as improper claims to ownership of copyrights and the censoring of content, would mean the end of YouTube as a viable service. Negligent or bad faith users could block content for the purpose of silencing competing creators or competing points of view. If the potential for such abuse or misuse expanded to include hundreds of thousands of users (or more) who are unqualified for access, that would threaten the platform's ability to serve as an outlet for widely sharing diverse viewpoints on almost any imaginable topic. Creators and partners would not want to participate in an ecosystem that allows for their content to be so easily suppressed by other third-party users based on fraudulent or negligent copyright claims.

Viewers would also lose access to the extensive and rich library of content that is currently on YouTube, undermining YouTube's goal of providing information that educates, builds understanding, and fosters open dialogue and communities of support. Entrepreneurs and existing businesses would be unable (or unwilling) to market their products and services in such an environment. While the monetary costs of granting such wide-open access could easily run into the many millions if not billions of dollars, the intangible harm to YouTube's core benefits, including providing a platform for expression, information, opportunity, and belonging, could prove even more devastating.

**INTERROGATORY NO. 12:**

**State all reasons why You do not: (1) provide Users with audio file conversion software that would automatically retain and encode CMI and (2) require Users who are uploading content to transfer CMI, including ISRC, ISWC, ID3 Tags, Tags, or other Metadata, in the original file to the converted video file.**

**RESPONSE TO INTERROGATORY NO. 12:**

Defendants object that this Interrogatory assumes factual predicates for which there is no record support at this time. Defendants further object that this Interrogatory is compound; this is

**VERIFICATION OF RESPONSES TO INTERROGATORIES NOS. 1, 5, AND 12**

I have read the foregoing Interrogatory responses, and the answers contained therein are true to the best of my knowledge, information and belief.

/s/ Thierry Foucu
_____
Thierry Foucu
Tech Lead Manager
Executed at San Jose, CA on December 4, 2020

**VERIFICATION OF RESPONSES TO INTERROGATORIES NOS. 2, 4, 6, 9, AND 11**

I have read the foregoing Interrogatory responses, and the answers contained therein are true to the best of my knowledge, information and belief.

/s/ Chenyuan Zhu
_____
Chenyuan Zhu
Manager, Copyright Operations
Executed at Pacifica, CA on December 4, 2020

Dated: December 17, 2020                    WILSON SONSINI GOODRICH & ROSATI
                                            Professional Corporation

                                            By:    /s/ David H. Kramer
                                                   _____
                                                   David H. Kramer

                                            *Attorneys for Defendants and Counterclaimants*
                                            YOUTUBE, LLC and GOOGLE LLC

1

**CERTIFICATE OF SERVICE**

2

I, Deborah Grubbs, declare:

3

I am employed in Santa Clara County, State of California. I am over the age of 18 years

4

and not a party to the within action. My business address is Wilson Sonsini Goodrich & Rosati,

5

650 Page Mill Road, Palo Alto, California 94304-1050.

6

On this date, I served:

7

**1.**      **DEFENDANTS AND COUNTERCLAIMANTS YOUTUBE, LLC AND**
           **GOOGLE LLC'S RESPONSES AND OBJECTIONS TO PLAINTIFF**

8

**MARIA SCHNEIDER'S FIRST SET OF INTERROGATORIES**
**(NOS. 1-14)**

9

☒      By forwarding the document(s) by electronic transmission on this date to the

10

Internet email address listed below:

11

BSFYouTube@bsfllp.com and Ktyoutube@koreintillery.com

12

I am readily familiar with Wilson Sonsini Goodrich & Rosati's practice for collection and

13

processing of documents for delivery according to instructions indicated above. In the ordinary

14

course of business, documents would be handled accordingly.

15

16

I declare under penalty of perjury under the laws of the United States of America and S

17

tate of California that the foregoing is true and correct. Executed at San Mateo, California on

18

December 17, 2020.

19

20

_____
                    Deborah Grubbs

21

22

23

24

25

26

27

28

# Exhibit 7B

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

_____
                                       )
MARIA SCHNEIDER, UNIGLOBE              )
ENTERTAINMENT, LLC, and AST            )
PUBLISHING LTD., individually          )
and on behalf of all others            )
similarly situated,                    )
                                       )
              Plaintiffs,              )
                                       )
vs.                                    )No. 3:20-CV-04423-JD
                                       )
YOUTUBE, LLC; and GOOGLE LLC,          )
                                       )
              Defendants.              )
_____)

CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER

VIDEOTAPED DEPOSITION OF DAVID ROSENSTEIN

July 1, 2022

9:07 A.M.

44 Montgomery, 41st Floor

San Francisco, California

REPORTED BY:

LANA L. LOPER,

RMR, CRR, CCP, CME, CLR, CSR No. 9667

 Magna Legal Services    866-624-6221    www.MagnaLS.com



Page 2

1    APPEARANCES:

2

3    FOR THE PLAINTIFFS:
          BOIES, SCHILLER & FLEXNER LLP
4         BY:  DEMETRI BLAISDELL, ESQ.
              JEFFREY WALDRON, ESQ. (VIA REALTIME)
5         55 Hudson Yards
          20th Floor
6         New York, NY 10001
          212-446-2350
7         dblaisdell@bsfllp.com
          jwaldron@bsfllp.com
8
          - - - and - - -
9
          KOREIN TILLERY, LLC
10        BY:  CAROL O'KEEFE, ESQ.
          505 North 7th Street
11        Suite 3600
          St. Louise, MO 63101
12        314-241-4844
          cokeefe@koreintillery.com
13

14
     FOR THE DEFENDANTS:
15        WILSON SONSINI GOODRICH & ROSATI
          BY:  DAVID H. KRAMER, ESQ.
16            QIFAN HUANG, ESQ.
          650 Page Mill Road
17        Palo Alto, CA 94304-1050
          650-493-9300
18        dkramer@wsgr.com
          qhuang@wsgr.com
19

20   ALSO PRESENT:

21        KEIGO PAINTER, Legal Videographer

22        SAMUEL REED DIPPO, YouTube In-house Counsel

23        AMNA QAMER, Boies Schiller Flexner Summer Associate

24

25



1  question.

2          THE WITNESS:  I don't believe there are

3  attorneys on the enterprise abuse team, but I'm not --

4  yeah, I don't believe so.

5  BY MR. BLAISDELL:

6      Q     And the sentence after the sentence I just

7  read, reads:

8              Using a combination of algorithms

9              and manual review, this team has

10             resolved millions of invalid claims in

11             the last year alone and acted on

12             millions more before they impacted

13             creators.

14             Did I read that correctly?

15     A     Yes.

16     Q     What portion of claims are reviewed by

17  algorithms and what portion are reviewed by manual

18  review?

19             MR. KRAMER:  Objection to the form of the

20  question, or the questions.

21             THE WITNESS:  I don't know.

22  BY MR. BLAISDELL:

23     Q     This states that the team that is now known as

24  the enterprise abuse team:

25                 Resolved millions of invalid



1          claims.

2          What does it mean for a member of the

3    enterprise abuse team to resolve an invalid claim?

4      A    I believe they generally will reach out to the

5    partner and ask the partner to either close the claim or

6    correct it, if there is a mistake.

7      Q    And the claim is considered resolved when it's

8    either closed or corrected?

9      A    I believe so.

10     Q    What are the leading causes of invalid claims?

11     A    So many.

12          The most common -- so these are the various

13   kinds of abuse and misuse that happen on the system.

14   And the most common situations are misuse, where a

15   rightsholder has delivered content that contains other

16   pieces of IP that they are not authorized to claim.

17          So, you know, some of the classic examples

18   would be, you know, if we had a gradient when the first

19   Mars -- not the most recent Mars landing, but the Mars

20   landing before that landed, there was a lot of NASA

21   footage that was -- it was a very big deal, and it was

22   turning up in lots of media clips.  That was making --

23   that would make invalid claims.

24          Music often contains licensed beat tracks, and

25   those make invalid claims.



Page 118

1          Sometimes content contain President -- you

2    know, President Kennedy's speech, going to the moon, and

3    that makes invalid claims.

4          There was a -- I think it was a Family Guy

5    episode that included a clip of -- from a viral YouTube

6    video, and that made invalid claims, including claiming

7    the original YouTube video.

8          Every Christmas, I would spend a few weeks

9    dealing with people's kindergarten classes getting

10   invalid claims, because they matched some part of melody

11   of public domain, Christmas Carol.

12         So there's a lot of things that cause invalid

13   claims.  Most of them are just due to the power of the

14   system and the complexity for rightsholders to

15   understand exactly what is in the references they

16   provide.

17         MR. BLAISDELL:  Okay.  We can go off the

18   record.

19         THE VIDEOGRAPHER:  We're going off the record.

20   The time is 12:35.

21         (Discussion off the record.)

22         (At the hour of 12:35 p.m., the luncheon

23         recess was taken; the proceedings

24         scheduled to resume at 1:35 p.m.)

25   ///



Page 258

```
 1   STATE OF CALIFORNIA          )

 2                                )

 3   COUNTY OF SAN FRANCISCO       )

 4

 5           I, Lana L. Loper, a Certified Shorthand

 6   Reporter, do hereby certify:

 7           That prior to being examined, the witness in

 8   the foregoing proceedings was by me duly sworn to

 9   testify to the truth, the whole truth, and nothing but

10   the truth;

11           That said proceedings were taken before me at

12   the time and place therein set forth and were taken down

13   by me in shorthand and thereafter transcribed into

14   typewriting under my direction and supervision;

15           I further certify that, pursuant to FCRP Rule

16   30(e)(1), the review and signature by the witness:

17           _X__ was requested by the deponent or a

18           party before the conclusion of the

19           deposition;

20           ___ was not requested by the deponent or

21           a party before the conclusion of the

22           deposition;

23           I further certify that I am neither counsel

24   for, nor related to, any party to said proceedings, nor

25   in anywise interested in the outcome thereof.
```



Page 259

1            In witness whereof, I have hereunto subscribed

2    my name.

3

4    Dated:  July 14, 2022

5

6    _Lana L. Loper_____

7    LANA L. LOPER, RMR, CRR, CCP, CME, CLR, CSR 9667

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



# Exhibit 7C

DAVID H. KRAMER, SBN 168452
MAURA L. REES, SBN 191698
LAUREN GALLO WHITE, SBN 309075
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email:  dkramer@wsgr.com
        mrees@wsgr.com
        lwhite@wsgr.com

BRIAN M. WILLEN (admitted *Pro Hac Vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, NY 10019-6022
Telephone: (212) 999-5800
Facsimile: (212) 999-5801
Email:  bwillen@wsgr.com

Attorneys for Defendants and Counterclaimants
YOUTUBE, LLC and GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING LTD., individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>        Defendants.<br>_____<br>YOUTUBE, LLC and GOOGLE LLC,<br><br>        Counterclaimants,<br><br>    v.<br><br>PIRATE MONITOR LTD, PIRATE MONITOR LLC, and GÁBOR CSUPÓ,<br><br>        Counterclaim Defendants.<br>_____ | CASE NO.:  3:20-cv-04423-JD<br><br>**DEFENDANT AND COUNTERCLAIMANT YOUTUBE, LLC'S RESPONSES AND OBJECTIONS TO PLAINTIFFS' NOTICE OF DEPOSITION TO YOUTUBE, LLC PURSUANT TO F.R.C.P. 30(b)(6)**<br><br>Judge:  Hon. James Donato |

Pursuant to Federal Rules of Civil Procedure 26 and 30 and the Local Rules of the United States District Court for the Northern District of California, Defendant and Counterclaimant YouTube, LLC ("Defendant") hereby responds to Plaintiffs' Notice of Deposition to YouTube, LLC pursuant to Federal Rule of Civil Procedure 30(b)(6) as follows:

## RESPONSES AND OBJECTIONS

1.      Pursuant to paragraph 16.a of Judge Donato's Standing Order for Civil Discovery, "[i]f a 30(b)(6) notice includes an overbroad topic, the overbroad topic shall be unenforceable and may not later be replaced with a proper topic. In other words, an overbroad topic burns one of the 10 subject matters and cannot be replaced with a substitute unless the Court so orders." Plaintiffs have previously demanded witnesses on five overbroad topics, with a host of improper subtopics. They have subsequently sought to offer substitutes for those, without a Court Order, and thus have only five topics remaining. We are willing to work with Plaintiffs to address reasonable requests for corporate testimony on the five remaining topics. But Plaintiffs instead requested corporate testimony on ten topics that remain overbroad and continue to include subtopics. At this point, Plaintiffs' request for ten topics for corporate testimony is improper and Plaintiffs can proceed on no more than five topics.

2.      Under Federal Rule of Civil Procedure 30(a)(2), a party "must obtain leave of court" if "the parties have not stipulated to the deposition" and "the deposition would result in more than 10 depositions being taken under this rule." Defendant objects to the corporate notice to the extent it will result in more than 10 depositions being taken in this case without leave of Court. Plaintiffs have already sought 10 individual depositions and demanded corporate testimony on 10 distinct topics that will require multiple corporate designees.  Defendant will continue to meet and confer with Plaintiffs about an appropriate number of witnesses as individuals and as corporate designees.

3.      Defendant objects to each Topic insofar as it is vague, ambiguous, overly broad, unduly burdensome, and/or does not describe with reasonable particularity the matters on which

examination is requested. Where Defendant agrees to designate a witness, it will make a good

faith effort to prepare the witness on the topic as reasonably construed.

4.      Defendant object to the Topics to the extent they seek legal conclusions or

Defendant's legal contentions or the basis therefor.

5.      Defendant objects to the Topics to the extent they seek information protected by

the attorney-client privilege or work product doctrine.

## DEFINITIONS

1.      "Relevant Time Period" means the period from January 1, 2015 to July 15, 2021.

## SPECIFIC RESPONSES AND OBJECTIONS TO TOPICS

**TOPIC NO. 1:**

**Content ID's matching process including the processing and use of reference files, the matching of videos to reference files, automated and manual match review processes, and data stored.**

**RESPONSE TO TOPIC NO. 1:**

Defendant objects to this Topic as overbroad, unduly burdensome, and vague, to the extent

it seeks information from outside the Relevant Time Period, and as violating the Court's Standing

Order insofar as it contains multiple subparts. Defendant further objects to this Topic as vague and

ambiguous in its use of "the processing and use of reference files," and "data stored."

Without waiver of the above objections, and subject to whether this Topic is one of the

topics on which Plaintiffs elect to proceed, Defendant will designate a witness to testify

concerning the Content ID matching process, within the Relevant Time Period.

**TOPIC NO. 2:**

**Past and present Repeat Infringer policies, including the circumstances under which copyright strikes are assigned or expire and users and channels are suspended or terminated and policy changes implemented or considered.**

**RESPONSE TO TOPIC NO. 2:**

Defendant objects to this Topic as overbroad, unduly burdensome, and vague (especially to

the extent it seeks information from outside the Relevant Time Period and/or testimony on all

"[p]ast and present Repeat Infringer policies"), and as violating the Court's Standing Order insofar

concerning any research or studies conducted by YouTube on the impact of Autoplay, Recommended Videos, and YouTube's copyright management efforts on YouTube's advertising revenues during the Relevant Time Period.

**TOPIC NO. 6:**

      **Analyses of the costs and resources of operating and expanding access to Content ID, Copyright Match, takedown/staydown, and other copyright management tools.**

**RESPONSE TO TOPIC NO. 6:**

      Defendant objects to this Topic as vague, overbroad, and unduly burdensome (especially to the extent it seeks information from outside the Relevant Time Period and/or testimony on all "[a]nalyses of the costs and resources"), and as violating the Court's Standing Order insofar as it contains multiple subparts. Defendant further objects to this topic to the extent that it calls for information protected by the attorney-client privilege or work product doctrine. Defendant further objects to this Topic as it does not describe the subject matter of the sought testimony with reasonable particularity. Defendant further objects to this Topic as vague and ambiguous in its uses of the phrases "analyses," "resources of," "takedown/staydown," and "other copyright management tools."

      Without waiver of the above objections, and subject to whether this Topic is one of the topics on which Plaintiffs elect to proceed, Defendant will designate a witness to testify concerning analyses of the resources required for YouTube to operate Content ID, Copyright Match, takedown/staydown, and other copyright management tools (other than YouTube's webform), and the implications for YouTube of expanding access to those tools, within the Relevant Time Period.

      Defendant will designate Kevin Zhu to testify on the same topics with respect to YouTube's copyright management webform during the Relevant Time Period.

**TOPIC NO. 7:**

      **The nature and sources of all metrics used to measure and project YouTube's revenue.**

Defendants object to this Topic as vague, overbroad, and unduly burdensome (especially to the extent that it seeks information from outside the Relevant Time Period and/or testimony on all "[p]ast and present policies and procedures"). Defendants further object to this Topic to the extent it calls for information protected by the attorney-client privilege or work product doctrine. Defendant further objects to this Topic as vague and ambiguous in its use of the phrases "filtering for" and "potentially subject to."

Without waiver of the above objections, Defendant will designate Kevin Zhu to testify concerning any process for automated or manual review of videos and claims of alleged infringement to determine whether the claims might potentially be impacted by the doctrine of fair use, within the Relevant Time Period.

Dated: June 20, 2022                           WILSON SONSINI GOODRICH & ROSATI
                                               Professional Corporation

                                               By:   */s/ Maura L. Rees*
                                                       Maura L. Rees

                                               *Attorneys for Defendant and Counterclaimant*
                                               YOUTUBE, LLC

## <u>CERTIFICATE OF SERVICE</u>

I, Maura Rees, declare:

I am employed in Santa Clara County, State of California. I am over the age of 18 years and not a party to the within action. My business address is Wilson Sonsini Goodrich & Rosati, 650 Page Mill Road, Palo Alto, California 94304-1050.

On this date, I served:

1. **DEFENDANT AND COUNTERCLAIMANT YOUTUBE, LLC'S RESPONSES AND OBJECTIONS TO PLAINTIFFS' NOTICE OF DEPOSITION TO YOUTUBE, LLC PURSUANT TO F.R.C.P. 30(b)(6)**

☒ By forwarding the document(s) by electronic transmission on this date to the Internet email address listed below:

BSFYouTube@bsfllp.com and Ktyoutube@koreintillery.com

I am readily familiar with Wilson Sonsini Goodrich & Rosati's practice for collection and processing of documents for delivery according to instructions indicated above. In the ordinary course of business, documents would be handled accordingly.

I declare under penalty of perjury under the laws of the United States of America and State of California that the foregoing is true and correct. Executed at Palo Alto, California on June 20, 2022.

_____
/s/ Maura L. Rees
Maura L. Rees

# Exhibit 7D



March 25, 2022

**VIA EMAIL**

Lauren Gallo White
Wilson Sonsini Goodrich & Rosati
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105-1126

Re:    *Schneider et al v. YouTube, LLC et al.*, Case No. 3:20-cv-4423 (N.D. Cal.)

Dear Lauren,

        We write on behalf of Plaintiffs in response to your letter of February 28, 2022 (the "2/28 Letter").

        **Documents concerning Plaintiffs and their copyrighted works (RFP Nos. 2, 3, 106, 107, 112 and 113):**  With respect to Request Nos. 2 and 3, you have not produced any responsive documents since we agreed to your search term proposal in our letter of February 11, 2022 (the "2/11 Letter"). Please provide a date certain when we can expect Defendants to begin producing documents in response to these RFPs.  Additionally, Defendants' Privilege Log of February 28, 2022 (the "2/28 Privilege Log") does not appear to contain any entries responsive to these Requests.  If there are documents withheld or redacted on the basis of privilege that have not yet been logged, please explain why.  Otherwise, please confirm that your search has not resulted in any privileged documents.

        With respect to Request Nos. 106, 107, 112, and 113, we have already provided several names of Uniglobe and AST personnel and agents in the proposed search terms.  We can also provide the following domain names of Uniglobe, AST, and AZAPI email servers: @uniglobeentertainment.com, @azapi.ru, and @eksmo-ast.ru. With this information, Defendants are in a better position to "identify the individuals *at YouTube* with whom Uniglobe and AST . . . had significant correspondence." Feb. 28, 2022 Letter from L. Gallo White to D. Blaisdell (emphasis added).  To the extent there are communications between the personnel and agents that we've identified and various support addresses at YouTube (such as support@support.youtube.com or copyright@youtube.com), YouTube is certainly much better positioned to identify the YouTube individuals involved in such communications.  We have proposed a reasonable set of narrow search terms for these Requests; if Defendants refuse to use the information at your disposal to even evaluate that proposal, we will have no choice but to conclude that Defendants are unwilling to engage and the parties are at impasse.

        **Documents concerning Plaintiffs' takedown notices (RFP Nos. 4, 5, 10, 11, 13 108, 109, 114 and 115):**  Defendants have produced two counternotices arising from your agreement to produce all counternotices "received in response to takedown notices of works identified as works in suit." Oct. 29 Letter from E. Richlin to D. Blaisdell; *see also* GOOG-SCHNDR-00041444; GOOG-SCHNDR-00041445.  Please confirm that there are no further responsive



counternotices. Additionally, please provide a date certain when you will complete substantial production of documents responsive to these Requests, which cover documents and communications beyond counternotices.

**Documents concerning videos containing Plaintiffs' copyrighted works (RFP Nos. 6, 7, 110, 111, 116 and 117):** With respect to Request Nos. 6, 110, and 116, we recognize that the parties have reached an agreement regarding the use of Content ID for the copyrighted works at issue, subject to certain ongoing discussions about further data.

With respect to Request Nos. 7, 111, and 117, your assertion in your 2/28 Letter that the discovery we seek is "ever-expanding" is not well taken. Request No. 7, served on October 28, 2020, seeks information concerning each Schneider infringing video, including revenue- and strikes-related data.[1] Request Nos. 111 and 117 seek the same information for infringing videos of Plaintiffs Uniglobe and AST. Revenue- and strikes-related data for infringing videos has been a critical component of discovery since the start of this case. In fact, rather than expanding our discovery requests, our compromise proposal in our letter of December 8, 2021 (which you have not responded to) substantially narrowed our initial Requests in the interest of compromise.

There is no need to fold these discussions into the parties' meet-and-confer over running Content ID: we put a tailored compromise proposal on the table over three months ago to which Defendants have yet to respond substantively. Defendants have acknowledged the relevance of this Request and instead your chief concern appears to be that you cannot even estimate the burden of providing this information since it is unknown how many matches there will be. However, it appears that Defendants have not yet determined the burden associated with pulling this information for one or a small number of videos, which is a logical first step towards any discussion of a compromise to alleviate undue burden. We note that Defendants' February 22, 2022 production contained GOOG-SCHNDR-00043844, a spreadsheet with monthly revenue data for hundreds of infringing videos, so Defendants should have some idea of the burden associated with gathering the information we are seeking. In any event, since this information almost certainly resides in databases or tables, the burden of adding additional works to a query is hardly significant—especially considering that each match represents an infringement of a work in suit. Accordingly, we reiterate our Dec. 8, 2021 compromise proposal with respect to (i) all video matches identified through the process of running Content ID as well as (ii) all infringing videos already identified by Plaintiffs. (We note that the data associated with 499 videos produced on February 22, 2022, does not contain any information about the breakdown of revenues between the user that posted the video, any third parties, and YouTube, nor does it contain any strikes-

---

[1] Request No. 7(d) seeks information concerning "whether the video was monetized through the Account Monetization Program and, for each video that was monetized, the total revenue collected for the video, the portion of the revenue that was paid to the User, to any third parties, and to You"; Request No. 7(e) seeks "For each User posting a Schneider Infringing Video, the identity of the User, Including the User's name, username, email address, IP address, affiliation, any other unique identifier used internally by YouTube or Google tied to a User, whether the User was enrolled in the Account Monetization Program and/or the YouTube Partner Program, whether the User was a Repeat Infringer, all videos uploaded by the User that were identified in the Content ID System as containing copyright protected work, and all Copyright Strikes issued to the User."



related information.)  We expect a substantive response by April 6, 2022 or we will consider the parties to be at impasse.

**Copyright policies and procedures (RFP Nos. 14 and 24):** As to Request No. 14, your 2/28 Letter references production of three documents from Defendants' February 2, 2022 production.  While GOOG-SCHNDR-0041318 does not appear to have a date associated with it, both GOOG-SCHNDR-00041330 and GOOG-SCHNDR-00042103 appear to be from 2018.  Please confirm that Defendants do not possess more recent presentations, including subsequent versions of the presentations you have identified.  Relatedly, these presentations include follow-up questions from employees and references to additional responsive documents. *See, e.g.*, GOOG-SCHNDR-00042103 at -42153 ("may be useful to echo some of the guidance from here: *https://docs.google.com/presentation/d/1wLbxgqymPowYloB4IuZis8BpRVfQTS9Cb3iLFkRiyd0/e dit#slide=id.g1408a5375c_1_848*").  Related documents that contain "useful . . . guidance" would clearly be responsive to this Request.  Please let us know when Plaintiffs can expect such documents to be produced.

As to Request No. 24, your 2/28 Letter refuses to provide additional clarifying information on the documents you have produced and instead directs Plaintiffs to propound interrogatories.  Typical of Defendants' productions, the documents you cite in response to this request (GOOG-SCHNDR-00040617, GOOG-SCHNDR-00040831, GOOG-SCHNDR-00040835, GOOG-SCHNDR-00040943) provide no context for deciphering which Request they are intended to satisfy; there are no communications attached, cover pages, titles, nor accessible links that would help shed light on what is being produced.  For example, GOOG-SCHNDR-00040617 and GOOG-SCHNDR-00040831 appear to show just two of the many sections of the "YouTube Flows" page ("Home" and "Client Docs: Overview").  Omitted are the "Roadmap" section, as well as the "Integration Guide" or "Reporting & Metrics" page situated under "Client Docs" (presumably the entire "Client Docs" section would be useful context, as GOOG-SCHNDR-00040617 itself recognizes when it expressly directs the user to the "<u>Client Docs</u> section for details on how YT Flows works.").  The further explanations we are seeking are necessary because Defendants have chosen to provide incomplete screenshots of interactive pages without context and using a variety of terms to refer to Defendants' systems.  Therefore, we ask that you review and respond to the questions Plaintiffs posed in our 2/11 Letter by April 6, 2022.

**Content ID policies and procedures (RFP Nos. 17, 18, 21, 22, 23, and 79):** As to Request No. 17, it has now been over four months since you agreed to produce 650 Content ID applications. *See* Dec. 17, 2021 Ltr. from E. Richlin to D. Blaisdell. Please provide a date certain in the next two weeks by which Plaintiffs can expect this production.

As to Request No. 18, we noted in our 2/11 Letter that we would review the schema and field descriptions for the Copyright Tools Application Data, when produced, and respond with a sampling proposal for the data.  We have significant concerns, however, with the schemas that were produced, which is the subject of a letter sent today from Ms. O'Keefe.  *See* GOOG-SCHNDR-00043858 (yt_cop_data.ls_data_ms_cop_tool_apps_data.).  Of particular relevance to this Request, we note that the schema for the "Copyright Tools Database" lacks data showing whether individuals were granted access to copyright tools and the reasons for those decisions.  Without such information, this table cannot possibly satisfy Request No. 18, which seeks "All



databases Concerning determinations of access to the Content ID system, encompassing the granting, denial, suspension, or termination of access."

With respect to Request Nos. 21, 22, and 23 (b) and (c), Defendants assert in your 2/28 Letter that you have produced "documents regarding Content ID's process for identifying matches of copyrighted works" (citing GOOG-SCHNDR-00039024). Defendants' production thus far is insufficient to satisfy these Requests for several reasons. First, the documents Defendants have produced reflect only a small part of "Content ID's process for identifying matches." For example, GOOG-SCHNDR-0039024 discusses reference overlaps and other claiming issues for partners, not the process by which Content ID identifies a match in the first instance. The few other internal documents on Content ID that Defendants have produced are similarly geared towards partner management and the claiming process rather than the Content ID tool's process for identifying whether an upload is a match. *See, e.g.*, GOOG-SCHNDR-00038946; GOOG-SCHNDR-00038961. The sample data Defendants produced from the arcata.d_Claim database (GOOG-SCHNDR-00043864) refer to many factors and concepts relevant to matching that remain inadequately explained by Defendants' production, including "offset[s]", "match score[s]", "claim flags", "primary" and other content owners, "policy rules", "claim quality," and "ownership micropercentages." Second, Defendants have not produced other relevant documents that are linked to those you have produced. The brief descriptions of these linked documents alone suggest they are clearly responsive, would further elucidate "how the Copyright ID tool works," would provide context for what has been produced, and regard "Content ID's process for identifying matches."[2] Third, we note that the document Defendants cite (and the few others concerning Content ID's processes we mention above) were produced in October 2021 and nothing responsive has been produced in the subsequent productions. Therefore, in addition to your ongoing investigation for additional responsive documents, please review these Content ID documents and produce all relevant documents that appear in links to these documents and other support documents by April 6, 2022.

As to documents concerning changes to the Content ID system (23(b)) and policies or procedures applicable to the Content ID system (23(c)), we reiterate that it is unreasonable to ask Plaintiffs to identify the changes and proposed changes that Defendants made to their own policies and system (a system from which Plaintiffs are excluded), especially in light of the relatively few documents Defendants have produced on Content ID. Nevertheless, in response to your request that we provide "information regarding changes which, based on your review of the documents we have already produced, you would like to understand better," please produce by April 6, 2022 documents concerning changes and proposed changes to the following: 180-day expiration of references (GOOG-SCHNDR-00039024); requirement of timestamps for all new manual claims (GOOG-SCHNDR-00038961); manual claiming policy prohibiting copyright owners from

---

[2] *See, e.g.,* GOOG-SCHNDR-00039024 at -39025 (link leading to information on "short matches" of less than 30 seconds); GOOG-SCHNDR-00039024 at -39025 (link to FAQ on limits concerning file size); GOOG-SCHNDR-00039024 at -39026 (article with "information on when assets can and will merge"); GOOG-SCHNDR-00039024 at -39031 (link to info on manual exclusions); GOOG-SCHNDR-00039024 at -39037 (link to update on "Material Not Appropriate for Content ID"); GOOG-SCHNDR-00039024 at -39040 ("calculation logic" for trust score); GOOG-SCHNDR-00039024 at -39040 ("Additional Resources & Tools").



monetizing <10 sec and unintentional uses of audio (GOOG-SCHNDR-00038961); allowing manual Content ID claims to be released upon editing and/or removing alleged infringing material; (GOOG-SCHNDR-00000924); monetization permitted during Content ID dispute (GOOG-SCHNDR-00000924), as well as any changes to the policies surrounding the factors referenced above from the arcata.d_Claim database (GOOG-SCHNDR-00043864).

Request No. 23(e) seeks all documents concerning the cost to YouTube or Google of developing and administering Content ID. We understand this Request to cover spreadsheets or other materials documenting costs, analyses of costs, or other communications concerning these costs. Defendants first asserted that you had determined "through a reasonable investigation that YouTube does not keep documents reflecting 'the cost to YouTube or Google of developing and administering the Content ID System' in the course of ordinary business." Oct. 29, 2021 Ltr. from E. Richlin to D. Blaisdell. In subsequent letters, Defendants indicated that further investigation led to the identification of additional responsive documents that would be produced or logged. *See* Dec. 17, 2021 Ltr. from E. Richlin to D. Blaisdell; Jan. 14, 2022 Ltr. from E. Richlin to P. Korologos. Despite multiple references to additional documents (plural), Defendants have only produced one such document (GOOG-SCHNDR-0004061) and have not logged any entries in your 2/28 Privilege Log (or previous logs) relating to costs. Please explain the status of these "additional documents." Additionally, please confirm that your investigation has only produced one responsive internal document about the costs of developing or administering Content ID.

Request No. 23(f) seeks production of the contracts that govern the relationship between Defendants and participants in the Content ID system. While Defendants have produced template agreements, you have refused to provide actual partner contracts and refused to answer our questions about the templates as part of our good-faith effort to determine if the templates can satisfy this request in place of partner contracts. *See* Oct. 29, 2021 Ltr. from E. Richlin to D. Blaisdell. We have already noted that partner contracts are relevant to the issue of damages. *See* Dec. 22, 2020 Ltr. from J. Wright to L. Gallo White. Specifically, these contracts are relevant to a hypothetical-license theory for actual damages because they will help us understand the fair market value of licenses obtained through Content ID negotiations in a market setting. *See, e.g., Oracle Corp. v. SAP AG,* 765 F.3d 1081, 1087-90 (9th Cir. 2014). Accordingly, your refusal to engage on both our clarifying questions and on our request for actual partner contracts shows that the parties are at impasse.

**Revenue and volume of videos posted to YouTube (RFP Nos. 46 and 47):** Our 2/24 Letter addressed Request No. 46 in more detail. As to Request No. 47, we noted in our 2/11 Letter that if "your production will show the number of users by month for the three years prior to the filing of the original complaint until the present, we can accept this offer in satisfaction of Request No. 47(d)." However, the documents you cite in your 2/28 Letter do not show users by month, they show what appear to be average monthly users for an unspecified period. If our last letter was unclear, in satisfaction of Request No. 47(d), we are willing to accept documents showing the number of users *each month* for the three years prior to the filing of the original complaint until the present. Please confirm by April 6, 2022 that you will produce these documents by April 15, 2022.

**Documents concerning repeat infringers (Request No. 49):** As noted above, we have written under separate cover about the schemas Defendants have produced, including GOOG-



SCHNDR-00043854 and GOOG-SCHNDR-00043857, the schemas ostensibly related to repeat infringers. Once our questions there are resolved and Defendants have produced the schema for the database(s) that contain the relevant data, we can provide a sampling proposal. However, we note here that the only apparent way to cross-reference these two tables is through "external_channel_id," which Defendants have indicated would need to be redacted. If that is the case, it is clear that Defendants will need to anonymize data through unique identifiers. We disagree that it would be "extremely burdensome" for Defendants, the largest data company in the world, to provide unique anonymous identifiers. *See, e.g.,* https://cloud.google.com/dlp/docs/deidentify-sensitive-data. Please explain your position.

As to the compromise proposal for Request No. 49 in our 2/11 Letter, Defendants rejected it, failed to offer a counterproposal,[3] but suggested you would consider a further-narrowed proposal by Plaintiffs. While we think a counterproposal would have been more efficient in bringing the parties to an agreeable middle ground, we will nevertheless attempt to refine our proposal once again in the interest of compromise. First, as you requested, we are willing to accept anonymization of "username" and "affiliation" in addition to the Person's name and email address. Second, we are willing to accept, instead of each video posted by the repeat infringer, aggregate statistics of the number of videos posted by that user prior to receipt of the copyright strike that resulted in termination on a monthly or other periodic basis. Similarly, instead of the amount of revenue for each video, we can accept the aggregate revenue for all videos posted by the user on a monthly or other periodic basis. Whether the user is enrolled in the Account Monetization Program and/or YouTube Partner Program can be determined with minimal burden by cross-referencing other accessible tables or databases, *see, e.g.* GOOG-SCHNDR-00043858 ("COPYRIGHT_TOOLS_APPLICATION_YPP [YouTube Partner Program]"), and thus must be produced. Finally, we will accept this information for a statistically random distribution of 5% of the repeat infringer channels identified in GOOG-SCHNDR-00037969, which we understand from this document will be approximately 100,000 repeat infringers. Despite Defendants' unwillingness to engage on our good-faith compromise proposal, we have offered a "significantly smaller sample size" and "pinpoint[ed] the precise information . . . from among the many categories that Request No. 49 seeks." Feb. 28, 2022 Ltr. from L. Gallo White to D. Blaisdell. Please confirm by April 6, 2022 whether you will accept this proposal.

**Non-custodian storage locations (Request No. 60):** Defendants continue to refuse to produce responsive documents on relevance grounds despite our explanation that producing documents sufficient to show non-custodian storage locations is a practical step towards

---

[3] Defendants instead reiterated your proposal to produce documents sufficient to show identifying information concerning users who uploaded videos identified by Plaintiffs as infringing, including whether Defendants identified those users as repeat infringers. *See* Feb. 28, 2022 Ltr. from L. Gallo White to D. Blaisdell. As we've noted, this proposal is irrelevant to Request No. 49, which seeks data concerning *all* repeat infringers, not merely those that may have uploaded works in suit. Moreover, since Defendants are statutorily obligated to terminate the accounts of repeat infringers, which we understand results in all videos that have been posted being removed, it is unlikely that any videos containing the copyrighted works at issue were posted by repeat infringers. Therefore this appears to be yet another "compromise" proposed by Defendants that would be a null set.



understanding how Defendants store documents relevant to the claims in this case. Accordingly, the parties remain at impasse.

**Document and data retention plans (RFP No. 69):** We reiterate that the parties are at an impasse given Defendants' refusal to engage further. Defendants are instead standing on the two documents you have produced, which are insufficient to show the document and data retention policies applicable to the six topics identified in this Request.

**Documents regarding Checks tool (RFP Nos. 85, 86 and 87):** As to Request No. 85, we have explained that Defendants' Dec. 3, 2021 compromise proposal would not be sufficient to satisfy this Request. *See* Dec. 18, 2021 Ltr. from P. Korologos to E. Richlin. Rather, we indicated we would review the production of documents pursuant to that compromise and determine whether we would need "to pursue documents concerning the internal and external policies and procedures that apply to the Checks function." *Id.* As discussed below, we have concerns that the documents produced are adequate to fulfill the compromise on Request Nos. 86 and 87, let alone the broader Request No. 85.

With respect to the compromise the parties reached for Request Nos. 86 and 87, Defendants indicated in your 2/28 Letter that your production is substantially complete. We have located just three documents discussing the Checks tool produced after this compromise: GOOG-SCHNDR-00040701 is a public-facing help page about uploading a video, noting that the Checks tool is one step in the upload process; GOOG-SCHNDR-00041457 contains a "walkthrough" with screenshots of a few pages relevant to the Checks tool for monetizing and non-monetizing users; GOOG-SCHNDR-00041470 is a product development document discussing "Pre-Publish Checks V1." Further, Defendants' Privilege Logs do not reflect any documents related to Checks. In sum, this minimal production, with just twenty total pages of internal material on one of YouTube's major initiatives, is not sufficient to satisfy Defendants agreement to produce documents "sufficient to show the purpose for the creation and implementation of the Checks tool, what videos the Checks tool runs references against, and documents sufficient to show the policy rationales behind the operation of the Checks tools." Among other deficiencies, GOOG-SCHNDR-00041470, apparently from 2019, refers to "v1" of the tool and includes various comments and suggestions by YouTube personnel. Since Checks was launched in March 2021, more than a year later, it seems likely that subsequent versions or similar documents are needed to show sufficiently the "implementation of the Checks tool" and the ultimate "policy rationales behind the operation of Checks." Please tell us whether Defendants will agree to produce further documents relevant to these Requests by April 6, 2022.

**Recommended Videos and YouTube Search (RFP Nos. 102 and 103):** Defendants refuse to expand your proposal to include the information sought in subparts (b)-(d) for each Request, which includes the process for selecting videos, the ability to control the selection of videos, and revenue attributable to videos selected for both Recommended Videos and YouTube Search. Instead, Defendants stand behind a proposed search you admit is likely to produce a null set and assert that "there is no way to design a search that would make Defendants likely to have documents that they simply do not have." Of course Defendants have documents concerning these subparts, you simply are choosing not to produce them or engage with us in our efforts to reach a compromise for them.



    We also note that recent productions have shown that the Watch Next algorithm powers video suggestions on every YouTube watch page, including Autoplay and other click-to-play experiences. *See, e.g.,* GOOG-SCHNDR-00042686. This apparent overlap between tools with recommendations (such as YouTube Search and Recommended Videos) and Autoplay (which Defendants have already acknowledged is highly relevant) further underscores the relevance and proportionality of information concerning YouTube Search and Recommended Videos. Although these documents were only recently produced, Defendants have always understood this connection and yet continue to refuse to engage. The parties remain at impasse.

Sincerely,

/s/  *Demetri Blaisdell*
Demetri Blaisdell