UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING, LTD., individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>　　　　　　Defendants.<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>　　　　　　Counterclaimants,<br><br>　v.<br><br>PIRATE MONITOR LTD, et al.<br><br>　　　　　　Counterclaim Defendants. | Case No. 3:20-cv-04423-JD<br><br>**JOINT PROPOSED VOIR DIRE**<br><br>Judge:　　　Hon. James Donato<br>Trial Date:　June 12, 2023<br>Time:　　　9 a.m.<br>Courtroom:　11 |

Pursuant to Paragraph 12 of the Court's Standing Order for Civil Jury Trials Before Judge James Donato, Plaintiffs and Defendants submit the following list of joint proposed voir dire questions[1]:

1. Counsel for the plaintiffs will introduce themselves and their clients.
   a. Do you know any of the attorneys or law firms?
   b. Do you know Maria Schneider, Nayomi Cooper (also known as Namrata Singh Gujral), or Maxim Lozovsky?
   c. Do you know anyone that works for Uniglobe Entertainment LLC or AST Publishing Ltd.?
   d. Have you or anyone close to you had any financial or business dealings with any of those people or companies, including stock ownership?
   e. Do you have any strong positive or negative opinions about any of those people or companies?

2. Counsel for the defendants will introduce themselves and their clients.
   a. Do you know any of the attorneys or law firms?
   b. Do you or does anyone in your family work for Google or YouTube?
   c. Do you have friends that work for Google or YouTube?
   d. Have you or anyone close to you had any financial or business dealings with any of those companies, including stock ownership?
   e. Do you have any strong positive or negative opinions about YouTube or its senior executives, its products or its services?
   f. Do you have any strong positive or negative opinions about Google or its senior executives, its products or its services?

---

[1] As is noted in the Joint Pretrial Statement, there are several pending motions, and resolution of those motions may affect the nature and scope of the issues to be tried. The parties may modify these proposed questions after any pending motions are decided.

3. Defendants YouTube and Google are very large companies; Plaintiff Schneider is an individual and Plaintiffs Uniglobe and AST are relatively small companies. Could that cause you to favor one side over the other, regardless of what the evidence shows?

4. Does anyone feel as a general rule that large companies take advantage of small companies and individuals? If so, would that affect your views in our trial?

5. Do you or does anyone in your family own their own business (LLC or corporation)?

6. Here is a list of potential witnesses who may testify at trial. Do you know any of these people?

   a. Arpan Agrawal
   b. Julian Bill
   c. Zachary Bornheimer
   d. Dan Coleman
   e. Nayomi Cooper
   f. Charles Cowan
   g. Gábor Csupó
   h. Thierry Foucu
   i. Brad Froehle
   j. Cristos Goodrow
   k. Greg Halm
   l. Alex Holz
   m. Paul Jessop
   n. Marie LeClaire
   o. Maxim Lozovsky
   p. Fabio Magagna
   q. Francois-Xavier Nuttall
   r. Steve Peterson
   s. David Rosenstein
   t. Maxim Ryabyko

|   |   |   |   |
|---|---|---|---|
| 1 | | u. | Andrew Sanders |
| 2 | | v. | Maria Schneider |
| 3 | | w. | Hal Singer |
| 4 | | x. | Pierce Stacy |
| 5 | | y. | Joanne Suk |
| 6 | | z. | Chris Ting |
| 7 | | aa. | Sherry Vlahos |
| 8 | | bb. | Joe Winograd |
| 9 | | cc. | Amy Wu |
| 10 | | dd. | Kevin Zhu |

7. Anyone here an internet content creator, such as, for example, a blogger, podcaster, social media influencer, or video producer? How about any member of your family or someone else close to you?

8. Does anybody here have a particular technical expertise in producing video on the internet or social media?

9. Does anyone here have experience with licensing an idea or a product to someone else?

10. Who has ever worked in or had any experience in finance, financial modeling or accounting?

11. Do you or any of your friends or family use YouTube or other social media apps or internet platforms to make money?

12. Have you ever uploaded copyrighted content, including music or videos, to YouTube or other video sites? How often?

13. Should people be able to upload copyright-protected music or videos without the permission of the copyright owner?

14. How do you listen to music?
    a. What services do you use?
    b. Do you have a subscription for any music services?
    c. If yes, what do you like or not like about your subscription service?

15. Should people be allowed to download or stream music or videos from the internet without paying for it?
16. Anyone here an artist? Any member of your family or someone close to you an artist? What type of work?
    a. Any composers? Authors? Movie producers?
17. Is YouTube used extensively by yourself or your family?
18. Does anybody here go on the YouTube website or app almost on a daily or weekly basis?
19. Have you or your family been satisfied with your experience in using YouTube?
20. Is Google used extensively by yourself or your family?
21. Have you or your family been satisfied with your experience in using Google?
22. Do you or does your employer use YouTube or Google in any way as part of a business, e.g., advertising?
23. Does anyone have a legal background?
24. Do you have any education, training, or experience in copyright law or other intellectual property law, such as patent, trademark, trade secrets, or right of publicity law?
25. Do you have any strong positive or negative opinions about copyright law or other intellectual property law, such as patent, trademark, trade secrets, or right of publicity law?
26. Who here has considered registering for a copyright or has registered a copyright to protect a creative work? How about any member of your family or someone else close to you?
27. Has anyone ever felt that an idea or creation was taken from you? What were the circumstances? Was there a lawsuit involved?
28. Have you, any member of your family, or anyone close to you ever been involved in a dispute over a copyright?
29. Do you have any strong positive or negative opinions about class action lawsuits?[2]
30. Do you speak or read any of the following languages:

---

[2] The parties agree that this question should not be asked if a class is not certified. Defendants object to proceeding with trial without resolution of the pending class certification motion.

      a.    Russian?

      b.    Hungarian?

31. Do you have any strong positive or negative opinions about Russian companies?
32. Do you have any strong positive or negative opinions about Russian individuals?
33. Do you have any strong positive or negative opinions about Hungarian companies?
34. Do you have any strong positive or negative opinions about Hungarian individuals?
35. Do you have any strong positive or negative opinions about Indian companies?
36. Do you have any strong positive or negative opinions about Indian individuals?
37. Have you or anyone close to you ever appeared in court as a plaintiff or defendant, a witness, an expert, or a victim?
38. Have you read or heard anything about this case other than what you've heard here today?
39. Do you have any interest in the trial or the outcome of this case based on the information you've learned so far?
40. Do you have any difficulty understanding English, or reading documents in English?
41. Is there anything I have not asked you about that you believe could affect your ability to be a fair and impartial juror?

|   |   |   |
|---|---|---|
| 1 |  | Respectfully submitted, |
| 2 | Dated: May 11, 2023 | /s/ *Philip Korologos* |
| 3 |  | Philip C. Korologos* |
|   |  | pkorologos@bsfllp.com |
| 4 |  | Jeffrey Waldron* |
|   |  | jwaldron@bsfllp.com |
| 5 |  | BOIES SCHILLER FLEXNER LLP |
|   |  | 55 Hudson Yards, 20th Floor |
| 6 |  | New York, NY 10001 |
| 7 |  | Telephone: (212) 446-2300 |
|   |  | Facsimile: (212) 446-2350 |
| 8 |  |  |
|   |  | Joshua Irwin Schiller, CA Bar #330653 |
| 9 |  | jischiller@bsfllp.com |
| 10 |  | BOIES SCHILLER FLEXNER LLP |
|   |  | 44 Montgomery St., 41st Floor |
| 11 |  | San Francisco, CA 94104 |
|   |  | Telephone: (415) 293-6800 |
| 12 |  | Facsimile: (415) 293-6899 |
| 13 |  |  |
|   |  | George A. Zelcs* |
| 14 |  | gzelcs@koreintillery.com |
|   |  | Randall P. Ewing, Jr.* |
| 15 |  | rewing@koreintillery.com |
|   |  | Ryan Z. Cortazar* |
| 16 |  | rcortazar@koreintillery.com |
|   |  | KOREIN TILLERY, LLC |
| 17 |  | 205 North Michigan, Suite 1950 |
|   |  | Chicago, IL 60601 |
| 18 |  | Telephone: (312) 641-9750 |
| 19 |  | Facsimile: (312) 641-9751 |
| 20 |  | Stephen M. Tillery* |
|   |  | stillery@koreintillery.com |
| 21 |  | Steven M. Berezney, CA Bar #329923 |
| 22 |  | sberezney@koreintillery.com |
|   |  | Carol O'Keefe* |
| 23 |  | cokeefe@koreintillery.com |
|   |  | KOREIN TILLERY, LLC |
| 24 |  | 505 North 7th Street, Suite 3600 |
|   |  | St. Louis, MO 63101 |
| 25 |  | Telephone: (314) 241-4844 |
| 26 |  | Facsimile: (314) 241-3525 |
| 27 |  | *Admitted *pro hac vice* |
|   |  | *Attorneys for Plaintiffs* |
| 28 |  |  |

| | | |
|---|---|---|
| Dated: May 11, 2023 | | KEKER, VAN NEST & PETERS LLP |
| | By: | /s/ *Robert A. Van Nest* |
| | | ROBERT A. VAN NEST |
| | | DAN JACKSON |
| | | JULIA L. ALLEN |
| | | TRAVIS SILVA |
| | | ANNA PORTO |
| | | LUKE APFELD |
| | | AMOS J. B. ESPELAND |
| | | |
| | | DAVID H. KRAMER |
| | | LAUREN GALLO WHITE |
| | | WILSON SONSINI GOODRICH & ROSATI |
| | | Professional Corporation |
| | | 650 Page Mill Road |
| | | Palo Alto, CA 94304-1050 |
| | | Telephone: (650) 493-9300 |
| | | Email:  dkramer@wsgr.com |
| | |              lwhite@wsgr.com |
| | | |
| | | Attorneys for Defendants and Counterclaimants |
| | | YOUTUBE, LLC and GOOGLE LLC |

**ATTESTATION**

My user ID and password are being used in the electronic filing of this document and, in compliance with N.D. Cal. Civil L.R. 5-1(h)(3), I hereby attest that concurrence in the filing of the document has been obtained from each of the other Signatories.

                                        */s/ Philip Korologos*
                                         Philip Korologos