| | | |
|---|---|---|
| 1 | George A. Zelcs* | KEKER, VAN NEST & PETERS LLP |
|   | *gzelcs@koreintillery.com* | ROBERT A. VAN NEST - # 84065 |
| 2 | Randall P. Ewing, Jr.* | rvannest@keker.com |
|   | *rewing@koreintillery.com* | DAN JACKSON - # 216091 |
| 3 | Ryan Z. Cortazar * | djackson@keker.com |
|   | *rcortazar@koreintillery.com* | JULIA L. ALLEN - # 286097 |
| 4 | **KOREIN TILLERY, LLC** | jallen@keker.com |
|   | 205 North Michigan, Suite 1950 | TRAVIS SILVA - # 295856 |
| 5 | Chicago, IL  60601 | tsilva@keker.com |
|   | Telephone: (312) 641-9750 | ANNA PORTO - # 319903 |
| 6 | Facsimile: (312) 641-9751 | aporto@keker.com |
| 7 | Stephen M. Tillery* | LUKE APFELD - # 327029 |
|   | *stillery@koreintillery.com* | lapfeld@keker.com |
| 8 | Steven M. Berezney, CA Bar #329923 | AMOS J. B. ESPELAND - # 332895 |
|   | *sberezney@koreintillery.com* | aespeland@keker.com |
| 9 | Carol O'Keefe* | 633 Battery Street |
|   | *cokeefe@koreintillery.com* | San Francisco, CA 94111-1809 |
| 10 | **KOREIN TILLERY, LLC** | Telephone:     415 391 5400 |
|    | 505 North 7th Street, Suite 3600 | Facsimile:      415 397 7188 |
| 11 | St. Louis, MO  63101 | |
|    | Telephone: (314) 241-4844 | A*ttorneys for Defendants and Counterclaimants* |
| 12 | Facsimile: (314) 241-3525 | *YouTube, LLC and Google LLC* |
| 13 | *Admitted pro hac vice | |
| 14 | *Attorneys for Plaintiffs and Counterclaim Defendants* | |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING, LTD., individually and on behalf of all others similarly situated, | Case No. 3:20-cv-04423-JD |
| Plaintiffs, | Judge: Hon. James Donato |
| v. | |
| YOUTUBE, LLC and GOOGLE LLC, | Trial Date:  June 12, 2023<br>Time: 9:00 a.m |
| Defendants. | |
| YOUTUBE, LLC and GOOGLE LLC, | **JOINT WITNESS LIST** |
| Counterclaimants, | |
| v. | |
| PIRATE MONITOR LTD., et al.,<br>Counterclaim-Defendants. | |

*Additional Counsel*

Joshua Irwin Schiller, CA Bar #330653
*jischiller@bsfllp.com*
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery Street, 41st Floor
San Francisco, CA  94104
Telephone: (415) 293-6800
Facsimile: (415) 293-6899

Philip C. Korologos*
*pkorologos@bsfllp.com*
Jeffrey Waldron*
*jwaldron@bsfllp.com*
**BOIES SCHILLER FLEXNER LLP**
55 Hudson Yards, 20th Floor
New York, NY 10001
Telephone: (212) 446-2300
Facsimile: (212) 446-2350

  *Admitted *pro hac vice*

*Attorneys for Plaintiffs and Counterclaim-Defendants*

DAVID H. KRAMER, SBN 168452
LAUREN GALLO WHITE, SBN 309075
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email:   dkramer@wsgr.com
         lwhite@wsgr.com

*Attorneys for Defendants and Counterclaimants*

1    Pursuant to Paragraph 14 of this Court's Standing Order for Civil Jury Trials, the Parties hereby submit this joint list of all witnesses who are likely to be called at trial (other than solely for impeachment or rebuttal purposes), including a brief statement describing the substance of the testimony to be given by each witness and an estimate of minutes or hours the witness's testimony is expected to take (direct and cross).

In order to streamline the presentation of evidence at trial, and to minimize the inconvenience for all witnesses, Defendants proposed that each witness be called to testify only one time, such that a witness who appears on both parties' lists need not testify multiple times. Plaintiffs did not agree to Defendants' proposal or offer any rationale for declining.

Plaintiffs disagree to a blanket approach of calling each witness only once during the trial. Plaintiffs object to Defendants' attempt to confuse the jury by presenting portions of their case-in-chief during Plaintiffs' case-in-chief.   Nonetheless, Plaintiffs have noted for Defendants that they are willing to consider Defendants' proposal on a witness-by-witness basis provided Defendants provide sufficient prior disclosure concerning the scope of anticipated examination by Defendants following Plaintiff's examination to determine the impact such agreement might have on the fair presentation of Plaintiffs' case.

The parties reserve the right to call any witness on either party's list.

**Plaintiffs' Witness List**

| Witness | Substance of Testimony | Estimated Time for Plaintiffs' Examination | Estimated Time for Defendants' Examination[1] |
|---|---|---|---|
| Maria Schneider | Schneider Infringement Claims; CMI Claims; Defendants' Affirmative Defenses | 2.5 hours | |

---

[1] Defendants have not added additional time for witnesses that appear both on Defendants' and Plaintiffs' witness list as Defendants maintain that each witness should testify only once rather than being called twice to avoid unnecessarily wasting the time of the jury, the Court, and the witnesses.  Should witnesses be forced to testify twice, Defendants will revise their time estimates accordingly.

| Witness | Substance of Testimony | Estimated Time for Plaintiffs' Examination | Estimated Time for Defendants' Examination[1] |
|---|---|---|---|
| Nayomi Cooper | Uniglobe Infringement Claims; Defendants' Affirmative Defenses | 1.5 hours | |
| Maxim Lozovsky | AST Infringement Claims; Defendants' Affirmative Defenses | 1.5 hours (Translation Required) | |
| Maxim Ryabyko | AST Infringement Claims; Defendants' Affirmative Defenses | 1 hour (Translation Required) | |
| Zachary Bornheimer | Schneider Infringement Claims; Defendants' Affirmative Defenses | 0.25 hours | |
| Marie LeClaire | Schneider Infringement Claims; Defendants' Affirmative Defenses | 0.25 hours | |
| Andrew Sanders | Schneider Infringement Claims; Defendants' Affirmative Defenses | 0.25 hours | 5 minutes |
| Charles Cowan (Expert) | Class Membership[2] | 0.5 hours | |
| Paul Jessop (Expert) | ISRC and CLFN Metadata; CMI Claims | 1.5 hours | 30 minutes |
| Hal Singer (Expert) | Direct and Indirect Revenues; Statutory Damage Factors | 1 hour | 30 minutes |

---

[2] Defendants do not allocate time to Mr. Cowan unless the Court certifies a class; Defendants reserve the right to adjust time estimates should a class be certified.

| Witness | Substance of Testimony | Estimated Time for Plaintiffs' Examination | Estimated Time for Defendants' Examination[1] |
|---|---|---|---|
| Joe Winograd (Expert) | Plaintiffs' Infringement Claims; Copyright Identification and Management Systems and Processes; YouTube's Matching Technology; WatchNext and AutoPlay; Defendants' Affirmative Defenses | 2 hours | 45 minutes |
| Julian Bill | Plaintiffs' Infringement Claims; Copyright Identification and Management Systems and Processes; YouTube's Matching Technology; Defendants' Affirmative Defenses | 0.75 hour | |
| Brad Froehle | Copyright Identification and Management Systems and Processes; YouTube's Matching Technology; Defendants' Affirmative Defenses | 0.5 hours | 10 minutes |
| Cristos Goodrow | Plaintiffs' Infringement Claims; Copyright Identification and Management Systems and Processes; YouTube's Matching Technology; Defendants' Affirmative Defenses | 1 hour | |
| David Rosenstein | Plaintiffs' Infringement Claims; Copyright Identification and Management Systems and Processes; YouTube's Matching Technology; Defendants' Affirmative Defenses | 0.5 hours | 10 minutes |

| Witness | Substance of Testimony | Estimated Time for Plaintiffs' Examination | Estimated Time for Defendants' Examination[1] |
|---|---|---|---|
| Pierce Stacy | Plaintiffs' Infringement Claims; Copyright Identification and Management Systems and Processes; YouTube's Matching Technology; YouTube Copyright Operations Team; Defendants' Affirmative Defenses | 2 hours | 45 minutes |
| Joanne Suk | Google Licenses; Defendants' Affirmative Defenses | 0.5 hours | |
| Chris Ting | Copyright Operations Team; DMCA Takedown Evaluation and Review; Defendants' Affirmative Defenses | 1 hour | 25 minutes |
| Amy Wu | Plaintiffs' Infringement Claims; WatchNext and AutoPlay; Defendants' Affirmative Defenses | 0.5 hour | |
| Kevin Zhu | Plaintiffs' Infringement Claims; Copyright Identification and Management Systems; YouTube's Matching Technology; DMCA Takedown Evaluation and Review; YouTube Copyright Operations Team; Defendants' Affirmative Defenses | 1.75 hours | |

**Defendants' Witness List**

| Witness | Substance of Testimony | Estimated Time for Defense Examination | Estimated Time for Plaintiffs' Examination |
|---|---|---|---|
| Arpan Agrawal | YouTube Platform & Services; damages | 45 minutes | 15 minutes |
| Julian Bill | YouTube Platform & Services | 45 minutes | |
| Zach Bornheimer | Use of YouTube's Platform and Services; CMI/Metadata Claim | 15 minutes | |
| Dan Coleman | Use of YouTube's Platform and Services; Licenses and Agreements re Works in Suit | 20 minutes | 30 minutes |
| Nayomi Cooper | Ownership of Works in Suit; Use of YouTube's Platform and Services; Licenses and Agreements re Works in Suit; Damages | 1 hour | |
| Gábor Csupó | Defendants' Counterclaim | 1 hour | 1 hour |
| Thierry Foucu | YouTube Platform & Services; CMI/Metadata Claim | 30 minutes | 15 minutes |
| Cristos Goodrow | YouTube Platform & Services | 45 minutes | |
| Greg Halm | Class certification (subject to removal based on the Court's class certification order) | 0 minutes[3] | 30 minutes |
| Alex Holz | Licenses and Agreements re Works in Suit; YouTube Platform & Services; CMI/Metadata Claim | 30 minutes | 30 minutes |
| Marie Le Claire | Use of YouTube's Platform and Services; CMI/Metadata Claim | 15 minutes | |

---

[3] Defendants do not allocate time to Mr. Halm unless the Court certifies a class; Defendants reserve the right to adjust time estimates should a class be certified. Plaintiffs anticipate examining Mr. Halm on cross examination concerning one or more classes for 30 minutes.

| Witness | Substance of Testimony | Estimated Time for Defense Examination | Estimated Time for Plaintiffs' Examination |
|---|---|---|---|
| Maxim Lozovsky | Ownership of Works in Suit; Use of YouTube's Platform and Services; Licenses and Agreements re Works in Suit; Damages | 45 minutes | |
| Francois-Xavier Nuttall | CMI / Metadata Claim | 30 minutes | 30 minutes |
| Steve Peterson | Damages | 30 minutes | 30 minutes |
| Maxim Ryabyko | Ownership of Works in Suit; Use of YouTube's Platform and Services; Licenses and Agreements re Works in Suit; Damages | 15 minutes (by deposition designation)[4] | |
| Maria Schneider | Use of YouTube's Platform and Services; Licenses and Agreements re Works in Suit; Damages; CMI/Metadata Claim | 1.5 hours | |
| Joanne Suk | Licenses and Agreements re Works in Suit | 45 minutes | |
| Sherry Vlahos | Defendants' Counterclaim; Damages | 15 minutes | 15 minutes |
| Amy Wu | YouTube Platform & Services | 30 minutes | |
| Kevin Zhu | YouTube Platform & Services; Licenses and Agreements re Works in Suit; Defendants' Counterclaim | 1 hour | |

---

[4] Plaintiffs' counsel have represented that Mr. Ryabyko may not appear for trial. Should that change and Mr. Ryabyko appear, Defendants reserve the right to amend their estimates accordingly.

|   |   |   |
|---|---|---|
| 1 |  | Respectfully submitted, |
| 2 |  |  |
| 3 | Dated: May 11, 2023 | /s/     *Philip Korologos* |
| 4 |  | Philip C. Korologos* |
|   |  | Jeffrey Waldron* |
| 5 |  | BOIES SCHILLER FLEXNER LLP |
|   |  | 55 Hudson Yards, 20th Floor |
| 6 |  | New York, NY 10001 |
| 7 |  | Phone: (212) 446-2300 |
|   |  | Fax: (212) 446-2350 |

Dated: May 11, 2023

/s/     *Philip Korologos*
Philip C. Korologos*
Jeffrey Waldron*
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards, 20th Floor
New York, NY 10001
Phone: (212) 446-2300
Fax: (212) 446-2350

Joshua Irwin Schiller, CA Bar #330653
BOIES SCHILLER FLEXNER LLP
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Phone: (415) 293-6800
Fax: (415) 293-6899

George A. Zelcs*
Randall P. Ewing, Jr.*
Ryan Z. Cortazar*
KOREIN TILLERY, LLC
205 North Michigan, Suite 1950
Chicago, IL 60601
Telephone: (312) 641-9750
Facsimile: (312) 641-9751

Stephen M. Tillery*
Steven M. Berezney, CA Bar #329923
Carol O'Keefe*
KOREIN TILLERY, LLC
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

*Admitted pro hac vice

*Attorneys for Plaintiffs Schneider, Uniglobe and AST and for Counterclaim Defendants Pirate Monitor Ltd. and Csupo*

|   |   |
|---|---|
| 1 | KEKER, VAN NEST & PETERS LLP |
| 3 | By: /s/ *Robert A. Van Nest* |
|   | ROBERT A. VAN NEST |
|   | DAN JACKSON |
|   | JULIA L. ALLEN |
|   | TRAVIS SILVA |
|   | ANNA PORTO |
|   | LUKE APFELD |
|   | AMOS J. B. ESPELAND |
|   |   |
|   | DAVID H. KRAMER |
|   | LAUREN GALLO WHITE |
|   | WILSON SONSINI GOODRICH & ROSATI |
|   | Professional Corporation |
|   | 650 Page Mill Road |
|   | Palo Alto, CA 94304-1050 |
|   | Telephone: (650) 493-9300 |
|   | Email:  dkramer@wsgr.com |
|   | lwhite@wsgr.com |
|   |   |
|   | Attorneys for Defendants and Counterclaimants |
|   | YOUTUBE, LLC and GOOGLE LLC |

**ATTESTATION**

My user ID and password are being used in the electronic filing of this document and, in compliance with N.D. Cal. Civil L.R. 5-1(h)(3), I hereby attest that concurrence in the filing of the document has been obtained from each of the other Signatories.

                                                */s/ Philip Korologos*
                                                 Philip Korologos