| | |
|---|---|
| George A. Zelcs* | KEKER, VAN NEST & PETERS LLP |
| gzelcs@koreintillery.com | ROBERT A. VAN NEST - # 84065 |
| Randall P. Ewing, Jr.* | rvannest@keker.com |
| rewing@koreintillery.com | DAN JACKSON - # 216091 |
| Ryan Z. Cortazar * | djackson@keker.com |
| rcortazar@koreintillery.com | JULIA L. ALLEN - # 286097 |
| **KOREIN TILLERY, LLC** | jallen@keker.com |
| 205 North Michigan, Suite 1950 | TRAVIS SILVA - # 295856 |
| Chicago, IL 60601 | tsilva@keker.com |
| Telephone: (312) 641-9750 | ANNA PORTO - # 319903 |
| Facsimile: (312) 641-9751 | aporto@keker.com |
| Stephen M. Tillery* | LUKE APFELD - # 327029 |
| stillery@koreintillery.com | lapfeld@keker.com |
| Steven M. Berezney, CA Bar #329923 | AMOS J. B. ESPELAND - # 332895 |
| sberezney@koreintillery.com | aespeland@keker.com |
| Carol O'Keefe* | 633 Battery Street |
| cokeefe@koreintillery.com | San Francisco, CA 94111-1809 |
| **KOREIN TILLERY, LLC** | Telephone: 415 391 5400 |
| 505 North 7th Street, Suite 3600 | Facsimile: 415 397 7188 |
| St. Louis, MO 63101 | *Attorneys for Defendants and Counterclaimants* |
| Telephone: (314) 241-4844 | *YouTube, LLC and Google LLC* |
| Facsimile: (314) 241-3525 | |

*Admitted *pro hac vice*

*Attorneys for Plaintiffs and Counterclaim Defendants*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING, LTD., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>Defendants. | Case No. 3:20-cv-04423-JD<br><br>**JOINT SUBMISSION RE VERDICT FORMS AND SUPPORTING STATEMENTS** |
| YOUTUBE, LLC and GOOGLE LLC,<br><br>Counterclaimants,<br><br>v.<br><br>PIRATE MONITOR LTD, et al.<br>Counterclaim Defendants. | Judge: Hon. James Donato<br>Trial Date: June 12, 2023<br>Time: 9 a.m.<br>Courtroom: 11 |

| | |
|---|---|
| *Additional Counsel* | DAVID H. KRAMER, SBN 168452 |
| Joshua Irwin Schiller, CA Bar #330653 | LAUREN GALLO WHITE, SBN 309075 |
| *jischiller@bsfllp.com* | WILSON SONSINI GOODRICH & ROSATI |
| **BOIES SCHILLER FLEXNER LLP** | Professional Corporation |
| 44 Montgomery Street, 41st Floor | 650 Page Mill Road |
| San Francisco, CA 94104 | Palo Alto, CA 94304-1050 |
| Telephone: (415) 293-6800 | Telephone: (650) 493-9300 |
| Facsimile: (415) 293-6899 | Facsimile: (650) 565-5100 |
| | Email: dkramer@wsgr.com |
| Philip C. Korologos* | lwhite@wsgr.com |
| *pkorologos@bsfllp.com* | *Attorneys for Defendants and Counterclaimants* |
| Jeffrey Waldron* | |
| *jwaldron@bsfllp.com* | |
| **BOIES SCHILLER FLEXNER LLP** | |
| 55 Hudson Yards, 20th Floor | |
| New York, NY 10001 | |
| Telephone: (212) 446-2300 | |
| Facsimile: (212) 446-2350 | |
| *Admitted *pro hac vice* | |
| *Attorneys for Plaintiffs and Counterclaim-Defendants* | |

Pursuant to Paragraph 10 of the Court's Standing Order for Civil Jury Trials Before Judge James Donato, Plaintiffs and Defendants respectfully submit the following Joint Proposed Verdict Forms and Supporting Statements.

1. Attached hereto as Exhibit 1 is Plaintiffs' Proposed Verdict Form.
2. Attached hereto as Exhibit 2 is Defendants' Proposed Verdict Form.
3. Attached hereto as Exhibit 3 is Plaintiffs' Statement in Support of Plaintiffs' Proposed Verdict Form.
4. Attached hereto as Exhibit 4 is Defendants' Statement in Support of Defendants' Proposed Verdict Form.

| | |
|---|---|
| | Respectfully submitted, |
| Dated: May 11, 2023 | /s/ *Philip Korologos* |

    Philip C. Korologos*
    *pkorologos@bsfllp.com*
    Jeffrey Waldron*
    *jwaldron@bsfllp.com*
    BOIES SCHILLER FLEXNER LLP
    55 Hudson Yards, 20th Floor
    New York, NY 10001
    Telephone: (212) 446-2300
    Facsimile: (212) 446-2350

    Joshua Irwin Schiller, CA Bar #330653
    *jischiller@bsfllp.com*
    BOIES SCHILLER FLEXNER LLP
    44 Montgomery St., 41st Floor
    San Francisco, CA 94104
    Telephone: (415) 293-6800
    Facsimile: (415) 293-6899

    George A. Zelcs*
    *gzelcs@koreintillery.com*
    Randall P. Ewing, Jr.*
    *rewing@koreintillery.com*
    Ryan Z. Cortazar*
    *rcortazar@koreintillery.com*
    KOREIN TILLERY, LLC
    205 North Michigan, Suite 1950
    Chicago, IL 60601
    Telephone: (312) 641-9750
    Facsimile: (312) 641-9751

    Stephen M. Tillery*
    *stillery@koreintillery.com*
    Steven M. Berezney, CA Bar #329923
    *sberezney@koreintillery.com*
    Carol O'Keefe*
    *cokeefe@koreintillery.com*
    KOREIN TILLERY, LLC
    505 North 7th Street, Suite 3600
    St. Louis, MO 63101
    Telephone: (314) 241-4844
    Facsimile: (314) 241-3525

    *Admitted *pro hac vice*
    *Attorneys for Plaintiffs*

| | | |
|---|---|---|
| Dated: May 11, 2023 | | KEKER, VAN NEST & PETERS LLP |
| | By: | /s/ *Robert A. Van Nest* |
| | | ROBERT A. VAN NEST |
| | | DAN JACKSON |
| | | JULIA L. ALLEN |
| | | TRAVIS SILVA |
| | | ANNA PORTO |
| | | LUKE APFELD |
| | | AMOS J. B. ESPELAND |
| | | |
| | | DAVID H. KRAMER |
| | | LAUREN GALLO WHITE |
| | | WILSON SONSINI GOODRICH & ROSATI |
| | | Professional Corporation |
| | | 650 Page Mill Road |
| | | Palo Alto, CA 94304-1050 |
| | | Telephone: (650) 493-9300 |
| | | Email: dkramer@wsgr.com |
| | | lwhite@wsgr.com |
| | | |
| | | Attorneys for Defendants and Counterclaimants |
| | | YOUTUBE, LLC and GOOGLE LLC |

**ATTESTATION**

My user ID and password are being used in the electronic filing of this document and, in compliance with N.D. Cal. Civil L.R. 5-1(h)(3), I hereby attest that concurrence in the filing of the document has been obtained from each of the other Signatories.

*/s/ Philip Korologos*
Philip Korologos
