# EXHIBIT 1

Plaintiffs' Proposed Verdict Form

## **Verdict Form**

When answering the following questions and filling out this Verdict Form, please follow the directions provided throughout the form.  Your answer to each question must be unanimous.  Some of the questions contain legal terms that are defined and explained in detail in the Jury Instructions.  Please refer to the Jury Instructions if you are unsure about the meaning or usage of any legal term that appears in the questions below.

We, the jury, unanimously agree to the answers to the following questions and return them under the instructions of this Court as our verdict in this case:

## A.   FINDINGS ON COPYRIGHT INFRINGEMENT CLAIMS

<u>**Question No. 1**</u>:   **Primary, Contributory, or Vicarious Infringement for the Named Plaintiffs**

For each work listed below, has the indicated Plaintiff—Maria Schneider, Uniglobe Entertainment, LLC ("Uniglobe"), or AST Publishing Ltd. ("AST")—proven that it is more likely than not that Defendants YouTube LLC and Google LLC ("YouTube") are liable for (a) primary copyright infringement, (b) vicarious copyright infringement , and/or (c) contributory copyright infringement in accordance with the instructions given to you?

For any works for which you found that YouTube is liable for any infringement, (d) indicate the number of videos (*i.e.*, the number of URLs) that infringe, whether that infringement is primary, vicarious, or contributory.

*With respect to each work, please answer "Yes" (for the Plaintiff) or "No" (for YouTube) in each box in columns 1(a), 1(b), and 1(c) in **Table 1**. For any work for which you answer "Yes" for any of column 1(a), 1(b), or 1(c), write the number of videos that you find infringed the given work, whether that video infringed primarily, vicariously, or contributorily. Where a box indicates "N/A", that indicates there is no primary infringement claim at issue for that work.*

**Table 1**

| Plaintiff | Work | Question 1(a): <u>Primary Infringement</u> | Question 1(b): <u>Vicarious Infringement</u> | Question 1(c): <u>Contributory Infringement</u> | Question 1(d): <u>Number of Infringing URLs</u> |
|---|---|---|---|---|---|
| Maria Schneider | Alchemy | | | | |
| Maria Schneider | Allegresse | N/A | | | |

| <u>Plaintiff</u> | <u>Work</u> | Question 1(a): <u>Primary Infringement</u> | Question 1(b): <u>Vicarious Infringement</u> | Question 1(c): <u>Contributory Infringement</u> | Question 1(d): <u>Number of Infringing URLs</u> |
|---|---|---|---|---|---|
| Maria Schneider | Anthem | | | | |
| Maria Schneider | Baytrail Shuffle | | | | |
| Maria Schneider | Bird Count | | | | |
| Maria Schneider | Buleria, Solea y Rumba | | | | |
| Maria Schneider | City Sunrise | | | | |
| Maria Schneider | Coot Stew | | | | |
| Maria Schneider | Dance You Monster to My Soft Song | N/A | | | |
| Maria Schneider | El Viento | | | | |
| Maria Schneider | Evanescence | N/A | | | |
| Maria Schneider | Green Piece | | | | |
| Maria Schneider | Gumba Blue | | | | |
| Maria Schneider | Gush | | | | |
| Maria Schneider | Hang Gliding | N/A | | | |
| Maria Schneider | Journey Home | | | | |
| Maria Schneider | Last Season | N/A | | | |
| Maria Schneider | Lately | | | | |
| Maria Schneider | My Lament | | | | |
| Maria Schneider | Scenes from Childhood - Bombshelter Beast | | | | |

| <u>Plaintiff</u> | <u>Work</u> | Question 1(a): <u>Primary Infringement</u> | Question 1(b): <u>Vicarious Infringement</u> | Question 1(c): <u>Contributory Infringement</u> | Question 1(d): <u>Number of Infringing URLs</u> |
|---|---|---|---|---|---|
| Maria Schneider | Scenes from Childhood - Coming About | | | | |
| Maria Schneider | Scenes from Childhood - Night Watchman | | | | |
| Maria Schneider | Sea of Tranquility | | | | |
| Maria Schneider | Smooth Talk | | | | |
| Maria Schneider | Sue (or In a Season of Crime) | | | | |
| Maria Schneider | The Grail | | | | |
| Maria Schneider | Three Romances - Danca Ilusoria | | | | |
| Maria Schneider | Three Romances - Pas de Deux | | | | |
| Maria Schneider | Three Romances – Choro Dancado | N/A | | | |
| Maria Schneider | Tork's Café | | | | |
| Maria Schneider | Wyrgly | N/A | | | |
| | | | | | |
| Uniglobe | 5 Weddings (English) | N/A | | | |
| Uniglobe | 5 Weddings (Hindi) | N/A | | | |
| | | | | | |
| AST | My Children | N/A | | | |

| Plaintiff | Work | Question 1(a): Primary Infringement | Question 1(b): Vicarious Infringement | Question 1(c): Contributory Infringement | Question 1(d): Number of Infringing URLs |
|---|---|---|---|---|---|
| AST | Zuleikha Opens Her Eyes | N/A | | | |
| AST | Children's Book | N/A | | | |
| AST | History of the Russian State | N/A | | | |
| AST | Nutty Buddha | N/A | | | |
| AST | Pelagia and the Red Rooster | N/A | | | |
| AST | Life of Wonderful People and Animals | N/A | | | |
| AST | Spy Novel | N/A | | | |
| AST | #Selfmama - Lifehacks for the Working Mother | | | | |

**<u>Question No. 2</u>:   Primary, Contributory, or Vicarious Infringement for the Infringement Classes**

For the Registered Works Class and the Foreign Unregistered Works Class, has the class proven through the evidence presented by representative Plaintiffs Maria Schneider, Uniglobe, and/or AST that it is more likely than not that YouTube is liable for (a) primary copyright infringement, (b) contributory copyright infringement, and/or (c) vicarious copyright infringement in accordance with the instructions given to you?

*With respect to each class, please answer "Yes" (for the Class) or "No" (for YouTube) in each box in **Table 2**.*

**Table 2**

| <u>Class</u> | Question 2(a): <u>Primary Infringement</u> | Question 2(b): <u>Contributory Infringement</u> | Question 2(c): <u>Vicarious Infringement</u> |
|---|---|---|---|
| Registered Works Class |  |  |  |
| Foreign Unregistered Works Class |  |  |  |

*If you answered "Yes" for any of the boxes in **Table 1** or **Table 2**, then continue to Question No. 3.  If you answered "No" for all of the boxes in **Table 1** and **Table 2**, then skip Questions 3 - 6 and continue to Question 7.*

### B.   FINDINGS ON DEFENDANTS' AFFIRMATIVE DEFENSES TO INFRINGEMENT CLAIMS

**Question No. 3:**   **YouTube's Affirmative Defenses of License, Statute of Limitations, or Fair Use**

For each work listed below, has YouTube proven that it is more likely than not that it is not liable for infringement as a result of its affirmative defenses of (a) license, (b) statute of limitations, or (c) fair use in accordance with the instructions given to you?  For any work for which you have found that YouTube has established an affirmative defense (*i.e.*, you answered "Yes" in any box in columns 3(a), 3(b), or 3(c) of **Table 3**), then (d) you must determine the number of videos (*i.e.*, the number of URLs) that are <u>*not*</u> subject to any defense and enter that number in the box in Column 3(d) in **Table 3**.

*With respect to each work, please answer "Yes" (for Defendants) or "No" (for the Plaintiff) in each box in columns 3(a), 3(b), and 3(c) in **Table 3**.  For any work for which you answered "Yes" in any of columns 3(a), 3(b), and 3(c) in **Table 3**, then for each work, enter in column 3(d) the difference between (i) the number of infringing URLs you found for such work in column 1(d) in **Table 1** above and (ii) the number of URLs for which YouTube has proven that the video is subject to an affirmative defense.  For any work that you found was not subject to any affirmative defense (i.e., you entered "No" in each of columns 3(a), 3(b), and 3(c) of **Table 3** for such work), enter in column 3(d) the number of videos you found infringed that work as entered in column 1(d) of **Table 1** for that work.*

**Table 3**

| Plaintiff | Work | Question 3(a): License Defense | Question 3(b): Statute of Limitations Defense | Question 3(c): Fair Use Defense | Question 3(d): Number of URLs Not Subject to Any Defense |
|---|---|---|---|---|---|
| Maria Schneider | Alchemy | | | | |
| Maria Schneider | Allegresse | | | | |
| Maria Schneider | Anthem | | | | |
| Maria Schneider | Baytrail Shuffle | | | | |
| Maria Schneider | Bird Count | | | | |
| Maria Schneider | Buleria, Solea y Rumba | | | | |
| Maria Schneider | City Sunrise | | | | |
| Maria Schneider | Coot Stew | | | | |
| Maria Schneider | Dance You Monster to My Soft Song | | | | |
| Maria Schneider | El Viento | | | | |
| Maria Schneider | Evanescence | | | | |
| Maria Schneider | Green Piece | | | | |
| Maria Schneider | Gumba Blue | | | | |
| Maria Schneider | Gush | | | | |
| Maria Schneider | Hang Gliding | | | | |
| Maria Schneider | Journey Home | | | | |
| Maria Schneider | Last Season | | | | |
| Maria Schneider | Lately | | | | |

| Plaintiff | Work | Question 3(a): License Defense | Question 3(b): Statute of Limitations Defense | Question 3(c): Fair Use Defense | Question 3(d): Number of URLs Not Subject to Any Defense |
|---|---|---|---|---|---|
| Maria Schneider | My Lament | | | | |
| Maria Schneider | Scenes from Childhood - Bombshelter Beast | | | | |
| Maria Schneider | Scenes from Childhood - Coming About | | | | |
| Maria Schneider | Scenes from Childhood - Night Watchman | | | | |
| Maria Schneider | Sea of Tranquility | | | | |
| Maria Schneider | Smooth Talk | | | | |
| Maria Schneider | Sue (or In a Season of Crime) | | | | |
| Maria Schneider | The Grail | | | | |
| Maria Schneider | Three Romances - Danca Ilusoria | | | | |
| Maria Schneider | Three Romances - Pas de Deux | | | | |
| Maria Schneider | Three Romances – Choro Dancado | | | | |
| Maria Schneider | Tork's Café | | | | |

| <u>Plaintiff</u> | <u>Work</u> | Question 3(a): <u>License Defense</u> | Question 3(b): <u>Statute of Limitations Defense</u> | Question 3(c): <u>Fair Use Defense</u> | Question 3(d): <u>Number of URLs Not Subject to Any Defense</u> |
|---|---|---|---|---|---|
| Maria Schneider | Wyrgly | | | | |
| | | | | | |
| Uniglobe | 5 Weddings (English) | | | | |
| Uniglobe | 5 Weddings (Hindi) | | | | |
| | | | | | |
| AST | My Children | | | | |
| AST | Zuleikha Opens Her Eyes | | | | |
| AST | Children's Book | | | | |
| AST | History of the Russian State | | | | |
| AST | Nutty Buddha | | | | |
| AST | Pelagia and the Red Rooster | | | | |
| AST | Life of Wonderful People and Animals | | | | |
| AST | Spy Novel | | | | |
| AST | #Selfmama - Lifehacks for the Working Mother | | | | |

*If you answered "No" for any of the boxes in **Table 3** or you have a positive number in any box in column 3(d) of **Table 3**, then continue to Question No. 4.  If you answered "Yes" for all of the boxes in **Table 3** and all of your entries in column 3(d) are zero, then skip Questions 4 - 6 and continue to Question 7.*

**Question No. 4:   YouTube's Affirmative Defenses Limiting Liability Under the DMCA Safe Harbors**

If you have found that Defendants are liable to Plaintiffs for any infringement claims (*i.e.*, you said "Yes" in any box in **Table 1** or **Table 2**) and if you have found that Defendants are not entitled to an affirmative defense of license, statute of limitations, or fair use for all such infringement claims (*i.e.*, you said "No" in any box in **Table 3**), then please answer the following questions in accordance with the instructions given to you as to whether Defendants avoid being held liable for such copyright infringement claims because they satisfy the DMCA safe harbors.

a. Has YouTube failed to adopt or reasonably implement a policy that provides for the termination of repeat infringers in appropriate circumstances?

_____ YES (for Plaintiffs) _____ NO (for Defendants)

b. Has YouTube failed to accommodate or interfered with Standard Technical Measures?

_____ YES (for Plaintiffs) _____ NO (for Defendants)

c. Does YouTube have the right and ability to control the infringing activity at issue and receive a financial benefit directly attributable to the infringing activity?

_____ YES (for Plaintiffs) _____ NO (for Defendants)

d. Did YouTube have actual or red flag knowledge of Plaintiffs' infringements?

_____ YES (for Plaintiffs) _____ NO (for Defendants)

e. Did YouTube, upon obtaining actual knowledge of infringement or awareness of apparent infringement, expeditiously remove, or disable access to, the infringing material?

_____ YES (for Plaintiffs) _____ NO (for Defendants)

*If you answered "Yes" for any of the questions 4.a through 4.e, then continue to Question No. 5.*

*If you answered "No" for all of the questions 4.a through 4.e, then skip Questions 5 - 6 and continue to Question 7.*

## C.   DAMAGES – INFRINGEMENT CLAIMS

**Question No. 5:   Statutory Damages**

Ms. Schneider, Uniglobe, and the Registered Works Infringement Class may seek a statutory damages award within a range established by Congress for each work infringed.  The purpose of statutory damages is not only to compensate the Plaintiffs for their losses, which may be hard to prove, but also to penalize Defendants and deter future violations of the copyright laws.

The amount you may award as statutory damages is not less than $750, nor more than $30,000 for each work that you determine was infringed.  However, if you find the infringement was willful in accordance with the instructions given to you, you may award as much as $150,000 for each work willfully infringed.  And, if you find the infringement was innocent in accordance with the instructions given to you, you may award as little as $200 for each work innocently infringed.

*Indicate the amount you award as statutory damages per infringed work below.*

Amount of statutory damages per infringed work:   $ _____

*Continue to and separately answer Question 6.*

**<u>Question No. 6</u>:   Defendants' Profits**

Ms. Schneider, Uniglobe, AST, the Registered Works Infringement Class, and the Foreign Unregistered Works Infringement Class may seek an award equal to the amount of any profits of Defendants attributable to infringements of their works.  You must determine the amount of any profits of Defendants attributable to any infringements of Plaintiffs' works separate from any statutory damages determination.

*Indicate the amounts you determine for each question 6.a through 6.g below.*

a.   Total number of videos infringing Maria Schneider's works (the sum of your numbers in column 3(d) of **Table 3** for all of Ms. Schneider's works):   _____

b.   Total number of videos infringing Uniglobe's works (the sum of your numbers in column 3(d) of **Table 3** for both of Uniglobe's works):   _____

c.   Total number of videos infringing AST's works (the sum of your numbers in column 3(d) of **Table 3** for all of AST's works   _____

d.   Defendants' profits per infringing video:   $_____

e.   Defendants' profits attributable to infringements of Maria Schneider's works (line 1 x line 4):   $_____

f.   Defendants' profits attributable to infringements of Uniglobe's works (line 2 x line 4):   $_____

g.   Defendants' profits attributable to infringements of AST's works (line 3 x line 4):   $_____

## D.   FINDINGS ON CMI CLAIMS

**Question No. 7:**   **Maria Schneider's ISRC Claims under 17 U.S.C. § 1202(b)**

(a)  For each work listed below, has Maria Schneider proven that it is more likely than not that (1) YouTube distributed, imported for distribution, or publicly performed sound recordings of musical works or copies of such works owned by Ms. Schneider, (2) knowing or having reason to know that ISRC codes had been removed from those sound recordings, and (3) knowing or having reason to know that it will induce, enable, facilitate, or conceal copyright infringement in accordance with the instructions given to you?

*With respect to each work in **Table 4**, please answer "Yes" (for Ms. Schneider) or "No" (for YouTube) in each box in the column for Question 7(a).*

(b)  If you found that YouTube did violate 17 U.S.C. § 1202(b) for any work in **Table 4**, (*i.e.*, you entered "Yes" for any work in the Question 7(a) column in **Table 4**), then indicate in the appropriate box for such work in the Question 7(b) column in **Table 4** the number of times that YouTube committed a violation with respect to that work.

**Table 4**

| ISRC Work | Question 7(a) Violation of 17 U.S.C. § 1202(b) | Question 7(b): Number of Violations |
|---|---|---|
| A Potter's Song | | |
| Alchemy | | |
| Dance You Monster to My Soft Song | | |
| Hang Gliding | | |
| Scenes from Childhood - Coming About | | |

| ISRC Work | Question 7(a)<br><br>Violation of<br>17 U.S.C. § 1202(b) | Question 7(b):<br><br>Number of<br>Violations |
|---|---|---|
| Sue (or In a Season of Crime) | | |
| The Grail | | |
| The Thompson Fields | | |
| Three Romances - Choro Dancado | | |
| Walking by Flashlight (Big Band) | | |

**<u>Question No. 8</u>:  ISRC Class Claims under 17 U.S.C. § 1202(b)**

Has the ISRC Class proven through the evidence presented by Maria Schneider that it is more likely than not that (1) YouTube distributed, imported for distribution, or publicly performed sound recordings of musical works or copies of such works owned by members of the ISRC Class, (2) knowing or having reason to know that ISRC codes had been removed from those sound recordings, and (3) knowing or having reason to know that it will induce, enable, facilitate, or conceal copyright infringement in accordance with the instructions given to you?

_____YES (for the ISRC Class)          _____NO (for YouTube)

*If you answered "Yes" for any of the boxes in the Question 7(a) column in **Table 4** or answered "Yes" to Question No. 8, then continue to Question No. 9.  If you answered "No" for all of the boxes in the Question 7(a) column in **Table 4** and answered "No" to Question 8, then skip Question 9 and continue to Question 10.*

**Question No. 9**:  **Damages for violations with respect to ISRC Codes**

If you find for Maria Schneider or for the ISRC Class on any of their ISRC claims, then you must determine their damages.  Plaintiffs seek a statutory damage award, established by Congress, for each violation.  The purpose of the statutory damages is not only to compensate the Plaintiffs for their losses, which may be hard to prove, but also to penalize Defendants and deter future violations of the copyright laws.

The amount of statutory damages per violation that you may award is not less than $2,500 or more than $25,000 for each violation.  If you find that YouTube innocently violated 17 U.S.C. § 1202(b) with respect to ISRC codes in accordance with the instructions provided to you, then you may, but are not required to, reduce the statutory damages award below the $2,500 minimum per violation.

*Indicate the amount you award as statutory damages per infringed work below.*

Amount of statutory damages per violation with respect to ISRC Codes:   $ _____

**Question No. 10:  Maria Schneider's CLFN Claims under 17 U.S.C. § 1202(b)**

(a)  For each work listed below, has Maria Schneider proven that it is more likely than not that YouTube intentionally removed or altered copyright management information in the CLFN metadata field associated with the work, knowing that such removal or alteration will induce, enable, facilitate, or conceal copyright infringement in accordance with the instructions given to you?

*With respect to each work in **Table 5**, please answer "Yes" (for Ms. Schneider) or "No" (for YouTube) in each box in the column for Question 10(a).*

(b)  If you found that YouTube did violate 17 U.S.C. § 1202(b) for any work in **Table 5** (*i.e.*, you entered "Yes" for any work in the Question 10(a) column in **Table 5**), then indicate in the appropriate box for such work in the Question 10(b) column in **Table 5** the number of times that YouTube committed a violation with respect to that work.

**Table 5**

| CLFN Work | Question 10(a)<br>Violation of<br>17 U.S.C. § 1202(b) | Question 10(b):<br>Number of<br>Violations |
|---|---|---|
| A Potter's Song | | |
| Allegresse | | |
| Cerulean Skies | | |
| My Lament | | |
| Scenes from Childhood – Bombshelter Beast | | |
| Sky Blue | | |

| CLFN Work | Question 10(a) Violation of 17 U.S.C. § 1202(b) | Question 10(b): Number of Violations |
|---|---|---|
| Three Romances – Choro Dancado | | |
| Wyrgly | | |

**Question No. 11**:  CLFN Class Claims under 17 U.S.C. § 1202(b)

Has the CLFN Class proven through the evidence presented by Maria Schneider that it is more likely than not that YouTube intentionally removed or altered copyright management information in the CLFN metadata field associated with the class's works, knowing that such removal or alteration will induce, enable, facilitate, or conceal copyright infringement in accordance with the instructions given to you?

_____YES (for the ISRC Class)          _____NO (for YouTube)

*If you answered "Yes" for any of the boxes in the Question 10(a) column in **Table 5** or answered "Yes" to Question No. 11, then continue to Question No. 12.  If you answered "No" for all of the boxes in the Question 10(a) column in **Table 5** and answered "No" to Question 12, then skip Question 12 and continue to Question 13.*

**Question No. 12**:  **Damages for Violations with Respect to Copyright Management Information in CLFN fields**

 If you find for Maria Schneider or for the CLFN Class on any of their CLFN claims, then you must determine their damages.  Plaintiffs seek a statutory damages award, established by Congress, for each violation.  The purpose of the statutory damages is not only to compensate the Plaintiffs for their losses, which may be hard to prove, but also to penalize Defendants and deter future violations of the copyright laws.

 The amount of statutory damages per violation that you may award is not less than $2,500 or more than $25,000 for each violation.  If you find that YouTube innocently violated 17 U.S.C. § 1202(b) with respect to copyright management information in CLFN fields in accordance with the instructions provided to you, then you may, but are not required to, reduce the statutory damages award below the $2,500 minimum per violation.

 *Indicate the amount you award as statutory damages per infringed work below.*


Amount of statutory damages per violation with respect to CLFN metadata:  $ _____

**E.   FINDINGS ON COUNTERCLAIMS**

<u>**Question No. 13**</u>**: Counterclaim Liability**

Has YouTube proven that it is more likely than not that Pirate Monitor Ltd. and Gabor Csupó violated 17 U.S.C. § 512(f) in accordance with the instructions given to you?

*With respect to each counterclaim defendant, please answer "Yes" (for YouTube) or "No" (for the Counterclaim Defendant).*

(a)   Is Pirate Monitor Ltd. liable for violating 17 U.S.C. § 512(f)?   _____

(b)   Is Mr. Csupó liable for violating 17 U.S.C. § 512(f)?   _____

*If you answered "Yes" to either of the subparts above, proceed to Question 14.  If you answered "No" to both of the subparts above, proceed to the end.*

**Question No. 14**:  **Counterclaim Affirmative Defenses—Inequitable, Equal Responsibility, Failure to Mitigate**

Have Pirate Monitor Ltd. and Mr. Csupó proven that it is more likely than not that they are not liable for violation of 17 U.S.C. § 512(f) as a result of their affirmative defenses that (a) YouTube's conduct was inequitable and harmed Pirate Monitor Ltd. and/or Mr. Csupó or (b) YouTube was equally responsible for the allegedly harmful conduct, in accordance with the instructions given to you?

*With respect to each Counterclaim Defendant, please answer "Yes" (for Counterclaim Defendants) or "No" (for YouTube) in each box in* **Table 6**.

**Table 6**

| Counterclaim Defendant | Question 14(a) Inequitable | Question 14(b) Equal Responsibility |
|---|---|---|
| *Pirate Monitor Ltd.* | | |
| Gabor Csupó | | |

*If you answered "No" in response to either Question 14(a) or Question 14(b) for either Pirate Monitor Ltd. or for Mr. Csupó, proceed for such Counterclaim Defendant to Question 15.  If you answered "Yes" in response to either Question 14(a) or Question 14(b) for both Counterclaim Defendants, then proceed to the end.*

**<u>Question No. 15</u>:**        **Counterclaim Damages**

If you found for YouTube on its claim against either Pirate Monitor Ltd. or Mr. Csupó on its 17 U.S.C. § 512(f) claim, and if you found that either Pirate Monitor Ltd. or Mr. Csupó  is not entitled to an affirmative defense, then you must determine the amount of YouTube's damages for its counterclaim.  YouTube must prove damages by a preponderance of the evidence and in accordance with the instructions given to you.


Amount of damages: $_____

You have now reached the end of the verdict form and should review it to ensure it accurately reflects your unanimous determinations. The Presiding Juror should then sign and date the verdict form in the spaces below and notify the Security Guard that you have reached a verdict. The Presiding Juror should retain possession of the verdict form and bring it when the jury is brought back into the courtroom.

DATED: _____, 2023          BY:_____

                                        PRESIDING JUROR