# EXHIBIT 2

Defendants' Proposed Verdict Form

## Verdict Form

When answering the following questions and filling out this Verdict Form, please follow the directions provided throughout the form. Your answer to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Jury Instructions. Please refer to the Jury Instructions if you are unsure about the meaning or usage of any legal term that appears in the questions below.

We, the jury, unanimously agree to the answers to the following questions and return them under the instructions of this Court as our verdict in this case:

## **QUESTION 1**

For each allegedly infringing video listed below, has Maria Schneider proven by the preponderance of the evidence that YouTube LLC and Google LLC ("YouTube") are liable for (a) direct copyright infringement, (b) contributory copyright infringement, and/or (c) vicarious copyright infringement as described in Jury Instruction Nos. 41, 43–44?

If your answer is no for all of Ms. Schneider's works, you do not need to fill out **Table 1**. If your answer is no for all of Ms. Schneider's works, check this box ☐, stop, and continue to Question 6.

If you find that YouTube infringed some of Ms. Schneider's works, state, for each allegedly infringing video, whether Ms. Schneider has proven each theory of liability by the preponderance of the evidence by writing either Yes (for Ms. Schneider) or No (for YouTube) in the appropriate box of **Table 1**.  Where a box below has been filled with black, that indicates there is no direct infringement claim at issue for that work.

**Table 1**

| Work (Number of Videos) | Video No. | Q1(a) Direct Please write either Yes (for Ms. Schneider) or No (for YouTube) | Q1(b) Contributory Please write either Yes (for Ms. Schneider) or No (for YouTube) | Q1(c) Vicarious Please write either Yes (for Ms. Schneider) or No (for YouTube) |
|---|---|---|---|---|
| Alchemy (1) | 1 | | | |
| Allegresse (4) | 2 | ███ | | |
| | 3 | ███ | | |
| | 4 | ███ | | |
| | 5 | ███ | | |

2148461

| | | | | |
|---|---|---|---|---|
| Anthem (2) | 6 | | | |
| | 7 | | | |
| Baytrail Shuffle (1) | 8 | | | |
| Bird Count (16) | *This and the remaining rows to be split according to the number of allegedly infringing videos actually presented at trial* | | | |
| Buleria, Solea y Rumba (3) | | | | |
| City Sunrise (3) | | | | |
| Coot Stew (3) | | | | |
| Dance You Monster to My Soft Song (21) | | ■■■■■■ | | |
| El Viento (1) | | | | |
| Evanescence (2) | | ■■■■■■ | | |
| Green Piece (9) | | | | |
| Gumba Blue (10) | | | | |
| Gush (2) | | | | |
| Hang Gliding (23) | | ■■■■■■ | | |
| Journey Home (7) | | | | |
| Last Season (9) | | ■■■■■■ | | |
| Lately (1) | | | | |
| My Lament (10) | | | | |
| Scenes from Childhood - Bombshelter Beast (9) | | | | |
| Scenes from Childhood - Coming About (9) | | | | |

| | | | |
|---|---|---|---|
| Scenes from Childhood - Night Watchman (9) | | | |
| Sea of Tranquility (2) | | | |
| Smooth Talk (6) | | | |
| Sue (or In a Season of Crime) (27) | | | |
| The Grail (1) | | | |
| Three Romances[1] (23) | ■ | | |
| Tork's Café (1) | | | |

*If you found YouTube liable for infringing any of Ms. Schneider's works, continue to Question 2. If you did not find YouTube liable for infringing any of Ms. Schneider's works, continue to Question 6.*

## QUESTION 2

Did YouTube prove by a preponderance of the evidence that YouTube is not liable to Ms. Schneider for infringement because the Publishing Licensing Agreement that Modern Works Publishing granted to YouTube contained a valid express or implied license for Ms. Schneider's works, as described in Jury Instruction Nos. 46 or Jury Instruction No. 47?

If you found that YouTube proved its express license affirmative defense, its implied license affirmative defense, or both, check YES (for YouTube). If you found that YouTube did proved neither its express license affirmative defense nor its implied license affirmative defense, check NO (for Ms. Schneider).

Yes (for YouTube)   _____          No (for Ms. Schneider)   _____

---

[1] The parties dispute whether "Three Romances" is one work or three. Defendants will raise this issue with the Court before or during trial, then amend this form to conform to the Court's ruling.

*If you found for YouTube on this question, continue to Question 6.  If you found for Ms. Schneider on this question, proceed to Question 3.*

## **QUESTION 3**

**Table 2** contains the same list of allegedly infringing videos as **Table 1**.  You will provide your answers to Questions 3–5 in **Table 2**.  You only need to answer Questions 3–5 about videos that you found YouTube to have infringed.  So, start by crossing out in **Table 2** the rows associated with any videos where you did not find infringement.  You will answer Questions 3–5 for the remaining videos.

For each of the videos in **Table 2**, did YouTube prove that YouTube is not liable for infringement because YouTube had a license under the Terms of Service agreement, as described in Jury Instruction No. 46?

Please enter either Yes (for YouTube) or No (for Ms. Schneider) in the appropriate box in the **Table 2** below.  You do not need to answer Question 3 where the question is blacked out.

*Please continue to Question 4.*

## **QUESTION 4**

For each of the videos in **Table 2**, did YouTube prove by a preponderance of the evidence that Ms. Schneider's infringement claim is barred because she did not file her lawsuit within one year of when she knew, or should have known, about the alleged infringement, as described in Jury Instruction No. X?[2]

Please enter either Yes (for YouTube) or No (for Ms. Schneider) in the appropriate box in the **Table 2** below.

*Continue to Question 5.*

---

[2] The parties dispute which limitations period applies.   Defendants will raise this issue with the Court before or during trial, then amend this form to conform to the Court's ruling.

**QUESTION 5**

For each of the videos in **Table 2** below, did YouTube prove by a preponderance of the evidence that the allegedly infringing video made fair use of the work that Ms. Schneider alleges was infringed, as described in Jury Instruction No. 45?

Please enter either Yes (for YouTube) or No (for Ms. Schneider) in the appropriate box in the **Table 2** below.

*Please continue to Question 6.*

**Table 2**

| Work (Number of Videos) | Video No. | Q3: Terms of Service License Please answer either "Yes" (for YouTube) or "No" (for Ms. Schneider). | Q4: Limitations period Please answer either "Yes" (for YouTube) or "No" (for Ms. Schneider). | Q5:  Fair use Please answer either "Yes" (for YouTube) or "No" (for Ms. Schneider). |
|---|---|---|---|---|
| Alchemy (1) | 1 | | | |
| Allegresse (4) | 2 | | | |
| | 3 | | | |
| | 4 | | | |
| | 5 | | | |
| Anthem (2) | 6 | | | |
| | 7 | | | |
| Baytrail Shuffle (1) | 8 | | | |
| Bird Count (16) | *This and the remaining rows to be split according to the number of allegedly infringing videos actually presented at trial* | | | |

| | | | |
|---|---|---|---|
| Buleria, Solea y Rumba (3) | | | |
| City Sunrise (3) | | | |
| Coot Stew (3) | | | |
| Dance You Monster to My Soft Song (21) | | | |
| El Viento (1) | | | |
| Evanescence (2) | | | |
| Green Piece (9) | | | |
| Gumba Blue (10) | | | |
| Gush (2) | | | |
| Hang Gliding (23) | | | |
| Journey Home (7) | | | |
| Last Season (9) | | | |
| Lately (1) | | | |
| My Lament (10) | | | |
| Scenes from Childhood - Bombshelter Beast (9) | | | |
| Scenes from Childhood - Coming About (9) | | | |
| Scenes from Childhood - Night Watchman (9) | | | |
| Sea of Tranquility (2) | | | |
| Smooth Talk (6) | | | |
| Sue (or In a Season of Crime) (27) | | | |
| The Grail (1) | | | |
| Three Romances (23) | | | |
| Tork's Café (1) | | | |

**QUESTION 6**

You will provide your answers to Questions 6–7 in **Table 3**, below.  For each work that Uniglobe claims to own, did Uniglobe prove by the preponderance of the evidence that Uniglobe owns that work, as described in Jury Instruction Nos. 32–33?

Please answer either Yes (for Uniglobe) or No (for YouTube) in the appropriate box in **Table 3**.

*If you found for YouTube on both works, please continue to Question 13.  Otherwise, continue to Question 7.*

**QUESTION 7**

You only need to answer Question 7 for videos associated with works that you found Uniglobe owns in Question 6.  So, start by crossing out in **Table 3** all rows associated with the names of any works where you did not find that Uniglobe owns the work.  You will answer Question 7 about videos associated with the remaining works.

For each video listed in **Table 3** below that you have not crossed out, has Uniglobe proven by the preponderance of the evidence that YouTube is liable for (a) contributory copyright infringement, and/or (b) vicarious copyright infringement, as described in Jury Instruction Noa. 43 and 44?

If your answer is no for all of Uniglobe's works, you do not need to continue filling out **Table 1**.  If your answer is no for all of Uniglobe's works, check this box □, stop, and continue to Question 13.

If you find that YouTube infringed some of Uniglobe's works, state, for each allegedly infringing video, whether Uniglobe has proven either theory of liability by the preponderance of the evidence by writing either Yes (for Uniglobe) or No (for YouTube) in the appropriate box of **Table 3**.

Please answer either Yes (for Uniglobe) or No (for YouTube) in the appropriate box.

**Table 3**

| Work (Number of Videos) | Q6: Ownership<br><br>Please answer either Yes (for Uniglobe) or No (for YouTube). | Video No. | Q7(a): Contributory Infringement<br><br>Please answer either Yes (for Uniglobe) or No (for YouTube) | Q7(b): Vicarious Infringement<br><br>Please answer either Yes (for Uniglobe) or No (for YouTube) |
|---|---|---|---|---|
| *5 Weddings (English)* (43) | | 218 | | |
| | | 219 | | |
| | | 220 | | |
| | | … | | |
| *5 Weddings (Hindi)* (63) | | *This and the remaining rows to be split according to the number of allegedly infringing videos actually presented at trial* | | |

*If you found for Uniglobe for any video for Question 7(a) or Question 7(b), please continue to Question 8.  If you found for YouTube on all videos for Question 7(a) and Question 7(b), please continue to Question 13.*

## **QUESTION 8**

Did Uniglobe prove by the preponderance of the evidence that *5 Weddings (Hindi)* was a foreign work, as described in Jury Instruction No. 34?  Please check either Yes (for Uniglobe) or No (for YouTube), below:

Yes (for Uniglobe)   _____        No (for YouTube)   _____

*Please continue to Question 9.*

## **QUESTION 9**

Did YouTube prove by a preponderance of the evidence that YouTube is not liable to Uniglobe for infringement because the Content Hosting Services Agreement that ValleyArm

Digital Ltd. granted to YouTube contained a valid license for Uniglobe's works, as described in Jury Instruction No. 46?

Yes (for YouTube)    _____        No (for Uniglobe)    _____

*Please continue to Question 10.*


## QUESTION 10

**Table 4** contains the same list of videos as **Table 3**.  You will provide your answers to Questions 10–12 in **Table 4**.  You only need to answer Questions 10–12 for videos that you found YouTube to have infringed.  So, start by crossing out in **Table 4** the rows for each video where you did not find infringement.  You will answer Questions 10–12 for the remaining videos.

For each video, did YouTube prove that YouTube is not liable for infringement because YouTube had a license to the work under the Terms of Service agreement, as described in Jury Instruction No. 46?

Please enter either Yes (for YouTube) or No (for Uniglobe) in the appropriate blank in the **Table 4** below.

*Please continue to Question 11.*


## QUESTION 11

For each of the videos in **Table 4**, did YouTube prove by a preponderance of the evidence that Uniglobe's infringement claim is barred because it did not file its lawsuit within one year of when it knew, or should have known, about the alleged infringement, as described in Jury Instruction No. #?

Please enter either Yes (for YouTube) or No (for Uniglobe) in the appropriate blank in the **Table 4** below.

*Please continue to Question 12.*

2148461

**QUESTION 12**

For each of the videos in **Table 4** below, did YouTube prove by a preponderance of the evidence that the allegedly infringing video made fair use of the work that Uniglobe alleges was infringed by that video, as described in Jury Instruction No. 45?

Please enter either Yes (for YouTube) or No (for Uniglobe) in the appropriate blank in the **Table 4** below.

*Please continue to Question 13.*

**Table 4**

| Work (Number of Videos) | Video No. | Q10: Terms of Service<br><br>Please answer either "Yes" (for YouTube) or "No" (for Uniglobe). | Q11: Limitations Period<br><br>Please answer either "Yes" (for YouTube) or "No" (for Uniglobe). | Q12: Fair Use<br><br>Please answer either "Yes" (for YouTube) or "No" (for Uniglobe). |
|---|---|---|---|---|
| *5 Weddings (English)* (43) | 218 | | | |
| | 219 | | | |
| | 220 | | | |
| | … | | | |
| *5 Weddings (Hindi)* (63) | *This and the remaining rows to be split according to the number of allegedly infringing videos actually presented at trial* | | | |

**QUESTION 13**

You will provide your answers to Questions 13–14 in **Table 5**, below.  For each work that AST claims to own, did AST prove by the preponderance of the evidence that AST owns that work, as described in Jury Instruction No. 32?

Please answer either Yes (for AST) or No (for YouTube) in the appropriate box in **Table 5**.

*If you found for YouTube on all works, please continue to Question 19.  Otherwise, continue to Question 14.*

**QUESTION 14**

For each work in **Table 5** below, did AST prove by the preponderance of the evidence that the work was a foreign work, as described in Jury Instruction No. 34?

Please answer either Yes (for AST) or No (for YouTube) in **Table 5** below.  You only need to answer Question 13 for works where you found, in Question 12, that AST owns the work.

*Please continue to Question 15.*

**Table 5**

| Work | Q12: Ownership<br><br>Please answer either "Yes" (for AST) or "No" (for YouTube). | Q13: Foreign work?<br><br>Please answer either "Yes" (for AST) or "No" (for YouTube). |
|---|---|---|
| My Children (11) | | |
| Zuleikha Opens Her Eyes (37) | | |
| Children's Book (4) | | |
| History of the Russian State (23) | | |
| Nutty Buddha (16) | | |
| Pelagia and the Red Rooster (6) | | |
| Life of Wonderful People and Animals (1) | | |
| Pelagia and the Red Rooster (6) | | |
| Spy Novel (1) | | |
| #Selfmama - Lifehacks for the Working Mother (6) | | |

## QUESTION 15

**Table 6** contains the same list of works as **Table 5**.  You will provide your answers to Question 15 in **Table 6**.  You only need to answer Question 15 for videos associated with works that you found are both owned by AST and also foreign works.  So, start by crossing out in **Table 6** all rows associated with any works where you did not find ownership and where you did not find the work to be a foreign work.  You will answer Question 15 for videos associated with the remaining works.

For each video for each work that you have not crossed out in **Table 6** below, has AST proven by the preponderance of the evidence that YouTube is liable for (a) direct copyright infringement, (b) contributory copyright infringement, and/or (c) vicarious copyright infringement?

If your answer is no for all of AST's works, you do not need to continue filling out Table 15. If your answer is no for all of Uniglobe's works, check this box ☐, stop, and continue to Question 19.

If you find that YouTube infringed some of AST's works, state, for each allegedly infringing video, whether AST has proven any theory of liability by the preponderance of the evidence by writing either Yes (for Uniglobe) or No (for YouTube) in the appropriate box of **Table 6**.

**Table 6**

| Work (Number of Videos) | Video No. | Q1(a) Direct<br><br>Please write either Yes (for AST) or No (for YouTube) | Q1(b) Contributory<br><br>Please write either Yes (for AST) or No (for YouTube) | Q1(c) Vicarious<br><br>Please write either Yes (for AST) or No (for YouTube) |
|---|---|---|---|---|
| My Children (11) | 283 | | | |
| Zuleikha Opens Her Eyes (37) | 219 | | | |
| | 220 | | | |
| Children's Book (4) | 221 | | | |
| | 222 | | | |
| History of the Russian State (23) | 223 | | | |
| | 224 | | | |
| | 225 | | | |
| Nutty Buddha (16) | 226 | | | |
| | 227 | | | |
| Pelagia and the Red Rooster (6) Life of Wonderful People and Animals (1) Pelagia and the Red Rooster (6) Spy Novel (1) My Children (11) | 228 | | | |

| | | | |
|---|---|---|---|
| Zuleikha Opens Her Eyes (37) | *This and the remaining rows to be split according to the number of allegedly infringing videos actually presented at trial* | | |
| Children's Book (4) | | | |
| History of the Russian State (23) | | | |
| Nutty Buddha (16) | | | |
| Pelagia and the Red Rooster (6) | | | |
| Life of Wonderful People and Animals (1) | | | |
| Pelagia and the Red Rooster (6) | | | |
| Spy Novel (1) | | | |
| #Selfmama - Lifehacks for the Working Mother (6) | | | |

2148461

**QUESTION 16**

**Table 7** contains the same list of videos as **Table 6**.  You will provide your answers to Questions 16–18 in **Table 7**.  You only need to answer Questions 16–18 for videos that you found YouTube to have infringed.  So, start by crossing out in **Table 7** the rows associated with any videos where you did not find infringement in **Table 6**.  You will answer Questions 16–18 for the remaining videos.

For each video, did YouTube prove that YouTube is not liable for infringement because YouTube had a license under the Terms of Service agreement, as described in Jury Instruction No. 46?

Please enter either Yes (for YouTube) or No (for AST) in the appropriate blank in the **Table 7** below.

*Please continue to Question 17.*


**QUESTION 17**

For each of the videos in **Table 7**, did YouTube prove by a preponderance of the evidence that AST's infringement claim is barred because it did not file its lawsuit within one year of when it knew, or should have known, about the alleged infringement, as described in Jury Instruction No. #51?

Please enter either Yes (for YouTube) or No (for AST) in the appropriate blank in the **Table 7** below.

*Please continue to Question 18.*

**QUESTION 18**

For each of the videos in **Table 7** below, did YouTube prove by a preponderance of the evidence that the allegedly infringing video made fair use of the work that AST alleges the video infringed, as described in Jury Instruction No. 45?

Please enter either Yes (for YouTube) or No (for AST) in the appropriate box in the **Table 7** below.

2148461

*Please continue to Question 19.*

**Table 7**

| Work (Number of Videos) | Video No. | Q16: Terms of Service<br><br>Please answer either "Yes" (for YouTube) or "No" (for AST). | Q17:  Limitations Period<br><br>Please answer either "Yes" (for YouTube) or "No" (for AST). | Q18:  Fair use<br><br>Please answer either "Yes" (for YouTube) or "No" (for AST). |
|---|---|---|---|---|
| My Children (11)Zuleikha Opens Her Eyes (37) Children's Book (4) History of the Russian State (23) Nutty Buddha (16) Pelagia and the Red Rooster (6) Life of Wonderful People and Animals (1) Pelagia and the Red Rooster (6) Spy Novel (1) My Children (11) | 283 | | | |
| | 219 | | | |
| | 220 | | | |
| | 221 | | | |
| | 222 | | | |
| | 223 | | | |
| | 224 | | | |
| | 225 | | | |
| | 226 | | | |
| | 227 | | | |
| | 228 | | | |
| Children's Book (4) | *This and the remaining rows to be split according to the number of allegedly infringing videos actually presented at trial* | | | |

| History of the Russian State (23) | | | | |
|---|---|---|---|---|
| Nutty Buddha (16) | | | | |
| Pelagia and the Red Rooster (6) | | | | |
| Life of Wonderful People and Animals (1) | | | | |
| Pelagia and the Red Rooster (6) | | | | |
| Spy Novel (1) | | | | |
| #Selfmama - Lifehacks for the Working Mother (6) | | | | |
| My Children (11) | | | | |

## QUESTION 19[3]

You only need to answer this Question 19 if you found that YouTube infringed at least one work for which YouTube could not prove an affirmative defense. If you did not find that YouTube infringed no works, or if you found that YouTube proved an affirmative defense to every instance of infringement that the plaintiffs proved, please continue to Question 25.

Did YouTube establish by a preponderance of the evidence the affirmative defense entitled Limitation on Liability for Information Residing on Systems of Networks at Direction of Users (17 U.S.C. § 512(c)), as described in Jury Instruction No. 48?

Please answer either Yes (for YouTube) or No (for Plaintiffs) here: _____

*If you found for YouTube, please continue to Question 25. If you found for the plaintiffs, please continue to Question 20.*

---

[3] Questions 19 and 20 correspond to the DMCA safe harbor defense. If a class is certified, Defendants intend to present this defense at trial. If a class is not certified, Defendants intend not to present this defense at trial.

**QUESTION 20**

Did YouTube establish by a preponderance of the evidence the affirmative defense entitled Limitation on Liability for Information Location Tools (17 U.S.C. § 512(d)), as described in Jury Instruction No. 49?

Please answer either Yes (for YouTube) or No (for Plaintiffs) here:  _____

*If you found for YouTube, please continue to Question 25.  If you found for the plaintiffs, please continue to Question 21.*

**QUESTION 21**

This Question 21 applies only to Ms. Schneider's infringement claims and to Uniglobe's infringement claim for *5 Weddings (English version)*.  If you found that YouTube is liable for infringing at least one of these works and that YouTube has not proven its affirmative defenses with respect to these works, you must answer this Question 21.  If you found that YouTube is not liable for infringing Ms. Schneider's works or Uniglobe's *5 Weddings (English version)*, or that YouTube proved its affirmative defenses with respect to these works, please continue to Question 25.

Consider only *5 Weddings (English version)* and Ms. Schneider's works where you found that YouTube infringed and where you did not find that YouTube proved an affirmative defense. Did YouTube prove by a preponderance of the evidence that its infringement of the works was innocent, as described in Instruction 56?

Yes (for YouTube)  _____          No (for Plaintiffs)  _____

*If you found for YouTube, continue to Question 23.  If you found for the plaintiffs, continue to Question 22.*

2148461

## QUESTION 22

Consider only *5 Weddings (English version)* and Maria Schneider's works where you found that YouTube infringed and where you did not find that YouTube proved an affirmative defense.  Did the plaintiffs prove by a preponderance of the evidence that its infringement of the works was willful, as described in Instruction 57?

Yes (for plaintiffs)      _____          No (for YouTube)      _____

*Please continue to Question 23.*

**Special note regarding Questions 21 and 22:  You cannot answer Yes to both questions.**

## QUESTION 23

If you find for Ms. Schneider on any of her infringement claims or for Uniglobe on any of its claims related to *5 Weddings (English version)*, you must determine the amount of statutory damages to award them.  You must set statutory damages within a range set by Congress.  The range is between $750 and $30,000 for each work that you determine was infringed.

However, if in Question 21, you found that YouTube's infringement was innocent, you may award as little as $200 per work infringed.  And, if in Question 22, you found that YouTube's infringement was willful, you may award as much as $150,000 per work infringed.

Please do not answer this question for a plaintiff if you have found that YouTube did not infringe the work of that plaintiff or that YouTube proved an affirmative defense to that plaintiff's infringement claims.

Amount of statutory damages per infringement for Ms. Schneider:  $ _____

Amount of statutory damages per infringement for Uniglobe:  $ _____

*Please continue to Question 24.*

**QUESTION 24**

If you find for that YouTube infringed the work of Ms. Schneider, Uniglobe, or AST, then you must also determine the amount of any profits of the defendants to be awarded to the plaintiffs. This is separate from statutory damages.

You must determine the profits to be awarded to the plaintiffs according to Instructions No. 54.

For each question below, if you found that YouTube infringed the work of the plaintiff identified in the question, please answer the question. If you found that YouTube did not infringe the work of the plaintiff in the question or that YouTube established an affirmative defense to the plaintiff's claim for infringement, please write "N/A" for Not Applicable in the blank provided.

1. If YouTube infringed any of Ms. Schneider's works, how much profit was attributable to the infringement of Ms. Schneider's work(s), minus YouTube's expenses and the elements of the profit attributable to factors other than the infringement of Ms. Schneider's work(s)? _____

2. If YouTube infringed any of Uniglobe's works, how much profit was attributable to the infringement of Uniglobe's work(s), minus YouTube's expenses and the elements of the profit attributable to factors other than the infringement of Uniglobe work(s)? _____

3. If YouTube infringed any of AST's works, how much profit was attributable to the infringement of AST's work(s), minus YouTube's expenses and the elements of the profit attributable to factors other than the infringement of AST's work(s)? _____

*Please continue to Question 25.*

2148461

## QUESTION 25

For each work listed below in **Table 8**, has Ms. Schneider proven by a preponderance of the evidence that she did <u>not</u> grant YouTube permission to remove CLFN and ISRC codes from her videos, as described in Jury Instruction No. 60?

Please answer Yes (for Ms. Schneider) or No (for YouTube) in the appropriate box in **Table 8**, below.  If a box of the table has been filled with N/A for Not Applicable, please do not provide an answer for that box.  For any work where you answer No, you must cross out that work and you do not need to answer Questions 26 and 27 for that work.

*Please continue to Question 26.*

## QUESTION 26

For the works listed in **Table 8** where you answered Yes to Question 25, has Ms. Schneider proven by the preponderance of the evidence that (1) YouTube distributed, imported for distribution, or publicly performed recordings containing copies of works owned by Ms. Schneider, (2) knowing or having reason to know that ISRC codes had been removed from those recordings, and (3) knowing or having reason to know that it will induce, enable, facilitate, or conceal copyright infringement, as described in Jury Instruction No. 60?

If you found that Ms. Schneider proved by the preponderance of the evidence her CMI claim by meeting the three requirements above, please indicate in the appropriate box in **Table 8**, below, the number of times that YouTube committed a CMI violation by transcoding an uploaded video.  If you find that Ms. Schneider failed to meet her burden, please write 0 in the appropriate box in **Table 8**, below.  If a box of the table has been filled with black, please do not provide an answer for that box.

*Please continue to Question 27.*

## QUESTION 27

For the works listed in **Table 8** where you answered Yes to Question 25, has Ms. Schneider proven that it is more likely than not that YouTube (1) intentionally removed or

altered copyright management information in the CLFN metadata field associated with the work, (2) knowing that such removal or alteration will induce, enable, facilitate, or conceal copyright infringement, as described in Jury Instruction No. 60?

If you found that Ms. Schneider proved by the preponderance of the evidence her CMI claim by meeting the two requirements above, please indicate in the appropriate box in **Table 8**, below, the number of times that YouTube committed a CMI violation by transcoding an uploaded video.  If you find that Ms. Schneider failed to meet her burden, please write 0 in the appropriate box in **Table 8**, below.  If a box of the table has been filled with black, please do not provide an answer for that box.

*Please continue to Question 28.*

**Table 8**

| Work | Q24: Permission<br><br>Please answer Yes (for Ms. Schneider) or No (for YouTube).<br><br>If you answer No for any work, please cross out the rest of the row and do not answer Questions 25–26 for that work. | Q25: ISRC Codes<br><br>Please provide the number of violations, if any, in the empty boxes below. | Q26: CLFN Codes<br><br>Please provide the number of violations, if any, in the empty boxes below. |
|---|---|---|---|
| Alchemy | | | ■ |
| Dance You Monster to My Soft Song | | | ■ |
| Hang Gliding | | | ■ |
| Sue (or In a Season of Crime) | | | ■ |
| Three Romances - Choro Dancado | | | |
| A Potter's Song | | | |
| The Thompson Fields | | | ■ |
| Walking by Flashlight (Big Band) | | | ■ |
| Allegresse | | ■ | |

| | | | |
|---|---|---|---|
| My Lament | | | |
| Scenes from Childhood - Bombshelter Beast | | | |
| Wyrgly | | | |
| Cerulean Skies | | | |
| Sky Blue | | | |

## **QUESTION 28**

Did YouTube prove by a preponderance of the evidence that any of Ms. Schneider's claims relating to the removal of CLFN and ISRC are barred because she did not file her lawsuit within one year of when she knew, or should have known, about the alleged violation, as described in Jury Instruction No. #51?

Please indicate the number of violations, if any, for which YouTube has proven that Ms. Schneider's claims for those violations were time barred:  _____

*If you found that Ms. Schneider proved any of her CMI violations, and that YouTube did not prove its affirmative defense relating to the limitations period for all of those violations, please continue to Question 29.  Otherwise, please continue to Question 31.*

## **QUESTION 29**

If you find that Ms. Schneider proved any of her CMI claims by the preponderance of the evidence, please indicate whether YouTube's violation of the CMI statute was innocent, as described in Jury Instruction No. 61.

Please answer Yes (for YouTube) or No (for Ms. Schneider):  _____

*Please continue to Question 30.*

**QUESTION 30**

If you find for Ms. Schneider on any of her CMI claims, you must determine the amount of statutory damages to award her, as described in Jury Instruction No. 61.  Congress set the range for statutory damages between $2,500 and $25,000 for each violation.  However, if you found that YouTube's CMI violations were innocent, you may award an amount less than $2,500 per violation.

Amount of statutory damages per CMI violation:   $ _____

*Please continue to Question 31.*

**QUESTION 31**

Did YouTube prove by the preponderance of the evidence that Pirate Monitor LTD and/or Mr. Csupó is liable for violating 17 U.S.C. § 512(f), as described in Jury Instruction No. 68?

Please answer Yes (for YouTube) or No (for the defendant) below.

Is Pirate Monitor LTD liable for violating 17 U.S.C. § 512(f):       _____

Is Mr. Csupó liable for violating 17 U.S.C. § 512(f):       _____

*Please continue to Question 32.*

**QUESTION 32**

If you found that Pirate Monitor LTD and/or Mr. Csupó is liable to YouTube for violating 17 U.S.C. § 512(f), you must determine the amount of damages to award YouTube, as described in Jury Instruction No. 69.

Please state the amount of damages, including costs and attorneys' fees, that were incurred by YouTube, as a result of YouTube's reliance on misrepresentations by Pirate Monitor LTD and/or Mr. Csupó: _____

2148461