| | |
|---|---|
| George A. Zelcs* | KEKER, VAN NEST & PETERS LLP |
| *gzelcs@koreintillery.com* | ROBERT A. VAN NEST - # 84065 |
| Randall P. Ewing, Jr.* | rvannest@keker.com |
| *rewing@koreintillery.com* | DAN JACKSON - # 216091 |
| Ryan Z. Cortazar * | djackson@keker.com |
| *rcortazar@koreintillery.com* | JULIA L. ALLEN - # 286097 |
| **KOREIN TILLERY, LLC** | jallen@keker.com |
| 205 North Michigan, Suite 1950 | TRAVIS SILVA - # 295856 |
| Chicago, IL  60601 | tsilva@keker.com |
| Telephone: (312) 641-9750 | ANNA PORTO - # 319903 |
| Facsimile: (312) 641-9751 | aporto@keker.com |
| Stephen M. Tillery* | LUKE APFELD - # 327029 |
| *stillery@koreintillery.com* | lapfeld@keker.com |
| Steven M. Berezney, CA Bar #329923 | AMOS J. B. ESPELAND - # 332895 |
| *sberezney@koreintillery.com* | aespeland@keker.com |
| Carol O'Keefe* | 633 Battery Street |
| *cokeefe@koreintillery.com* | San Francisco, CA 94111-1809 |
| **KOREIN TILLERY, LLC** | Telephone:    415 391 5400 |
| 505 North 7th Street, Suite 3600 | Facsimile:    415 397 7188 |
| St. Louis, MO  63101 | *Attorneys for Defendants and Counterclaimants* |
| Telephone: (314) 241-4844 | *YouTube, LLC and Google LLC* |
| Facsimile: (314) 241-3525 | |

*Admitted *pro hac vice*

*Attorneys for Plaintiffs and Counterclaim Defendants*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING, LTD., individually and on behalf of all others similarly situated, | Case No. 3:20-cv-04423-JD |
| Plaintiffs, | **JOINT EXHIBIT LIST** |
| v. | |
| YOUTUBE, LLC and GOOGLE LLC, | |
| Defendants. | |
| YOUTUBE, LLC and GOOGLE LLC, | Judge:        Hon. James Donato |
| Counterclaimants, | Trial Date:  June 12, 2023 |
| v. | Time:          9 a.m. |
| PIRATE MONITOR LTD, et al. | Courtroom: 11 |
| Counterclaim Defendants. | |

*Additional Counsel*

Joshua Irwin Schiller, CA Bar #330653
*jischiller@bsfllp.com*
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293-6800
Facsimile: (415) 293-6899

Philip C. Korologos*
*pkorologos@bsfllp.com*
Jeffrey Waldron*
*jwaldron@bsfllp.com*
**BOIES SCHILLER FLEXNER LLP**
55 Hudson Yards, 20th Floor
New York, NY 10001
Telephone: (212) 446-2300
Facsimile: (212) 446-2350
*Admitted *pro hac vice*
*Attorneys for Plaintiffs and Counterclaim-Defendants*

DAVID H. KRAMER, SBN 168452
LAUREN GALLO WHITE, SBN 309075
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: dkramer@wsgr.com
lwhite@wsgr.com
*Attorneys for Defendants and Counterclaimants*

Pursuant to Paragraph 15 of the Court's Standing Order for Civil Jury Trials Before Judge James Donato, Plaintiffs and Defendants respectfully submit the following Joint Disputed and Withdrawn Exhibit List, attached hereto as Exhibit 1, and Joint Stipulated Exhibit List, attached hereto as Exhibit 2.

Respectfully submitted,

Dated: May 11, 2023

/s/ Philip Korologos
Philip C. Korologos*
pkorologos@bsfllp.com
Jeffrey Waldron*
jwaldron@bsfllp.com
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards, 20th Floor
New York, NY 10001
Telephone: (212) 446-2300
Facsimile: (212) 446-2350

Joshua Irwin Schiller, CA Bar #330653
jischiller@bsfllp.com
BOIES SCHILLER FLEXNER LLP
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Telephone: (415) 293-6800
Facsimile: (415) 293-6899

Carol O'Keefe*
cokeefe@koreintillery.com
Stephen M. Tillery*
stillery@koreintillery.com
Steven M. Berezney, CA Bar #329923
sberezney@koreintillery.com
KOREIN TILLERY, LLC
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

George A. Zelcs*
gzelcs@koreintillery.com
Randall P. Ewing, Jr.*
rewing@koreintillery.com
Ryan Z. Cortazar*
rcortazar@koreintillery.com

2

Case No. 3:20-cv-04423-JD

JOINT EXHIBIT LIST

|   |   |
|---|---|
| 1 | KOREIN TILLERY, LLC |
| 2 | 205 North Michigan, Suite 1950 |
|   | Chicago, IL 60601 |
| 3 | Telephone: (312) 641-9750 |
|   | Facsimile: (312) 641-9751 |

*Admitted *pro hac vice*
*Attorneys for Plaintiffs*

Dated:  May 11, 2023                    KEKER, VAN NEST & PETERS LLP

By:  /s/ *Robert A. Van Nest*
    ROBERT A. VAN NEST
    DAN JACKSON
    JULIA L. ALLEN
    TRAVIS SILVA
    ANNA PORTO
    LUKE APFELD
    AMOS J. B. ESPELAND

DAVID H. KRAMER
LAUREN GALLO WHITE
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Email:  dkramer@wsgr.com
        lwhite@wsgr.com

Attorneys for Defendants and Counterclaimants
YOUTUBE, LLC and GOOGLE LLC

1

**ATTESTATION**

2   My user ID and password are being used in the electronic filing of this document and, in

3 compliance with N.D. Cal. Civil L.R. 5-1(h)(3), I hereby attest that concurrence in the filing of the

4 document has been obtained from each of the other Signatories.

5                                                                     */s/ Philip Korologos*

6                                                                      Philip Korologos

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28