| | |
|---|---|
| George A. Zelcs* | KEKER, VAN NEST & PETERS LLP |
| gzelcs@koreintillery.com | ROBERT A. VAN NEST - # 84065 |
| Randall P. Ewing, Jr.* | rvannest@keker.com |
| rewing@koreintillery.com | DAN JACKSON - # 216091 |
| Ryan Z. Cortazar * | djackson@keker.com |
| rcortazar@koreintillery.com | JULIA L. ALLEN - # 286097 |
| **KOREIN TILLERY, LLC** | jallen@keker.com |
| 205 North Michigan, Suite 1950 | TRAVIS SILVA - # 295856 |
| Chicago, IL  60601 | tsilva@keker.com |
| Telephone: (312) 641-9750 | ANNA PORTO - # 319903 |
| Facsimile: (312) 641-9751 | aporto@keker.com |
| Stephen M. Tillery* | LUKE APFELD - # 327029 |
| stillery@koreintillery.com | lapfeld@keker.com |
| Steven M. Berezney, CA Bar #329923 | AMOS J. B. ESPELAND - # 332895 |
| sberezney@koreintillery.com | aespeland@keker.com |
| Carol O'Keefe* | 633 Battery Street |
| cokeefe@koreintillery.com | San Francisco, CA 94111-1809 |
| **KOREIN TILLERY, LLC** | Telephone:     415 391 5400 |
| 505 North 7th Street, Suite 3600 | Facsimile:     415 397 7188 |
| St. Louis, MO  63101 | *Attorneys for Defendants and Counterclaimants* |
| Telephone: (314) 241-4844 | *YouTube, LLC and Google LLC* |
| Facsimile: (314) 241-3525 | |

*Admitted pro hac vice

*Attorneys for Plaintiffs and Counterclaim Defendants*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING, LTD., individually and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br><br>    v.<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>                Defendants. | Case No. 3:20-cv-04423-JD<br><br>**JOINT PROPOSED JURY INSTRUCTIONS** |
| YOUTUBE, LLC and GOOGLE LLC,<br><br>                Counterclaimants,<br><br>    v.<br><br>PIRATE MONITOR LTD, et al.<br>                Counterclaim Defendants. | Judge:          Hon. James Donato<br>Trial Date:   June 12, 2023<br>Time:           9 a.m.<br>Courtroom:  11 |

*Additional Counsel*

Joshua Irwin Schiller, CA Bar #330653
*jischiller@bsfllp.com*
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery Street, 41st Floor
San Francisco, CA  94104
Telephone: (415) 293-6800
Facsimile: (415) 293-6899

Philip C. Korologos*
*pkorologos@bsfllp.com*
Jeffrey Waldron*
*jwaldron@bsfllp.com*
**BOIES SCHILLER FLEXNER LLP**
55 Hudson Yards, 20th Floor
New York, NY 10001
Telephone: (212) 446-2300
Facsimile: (212) 446-2350
*Admitted *pro hac vice*
*Attorneys for Plaintiffs and Counterclaim-Defendants*

DAVID H. KRAMER, SBN 168452
LAUREN GALLO WHITE, SBN 309075
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: dkramer@wsgr.com
lwhite@wsgr.com
*Attorneys for Defendants and Counterclaimants*

Pursuant to Paragraph 7 of the Court's Standing Order for Civil Jury Trials Before Judge James Donato, Plaintiffs and Defendants respectfully submit the following Joint Proposed Jury Instructions, attached hereto as Exhibit 1.

Respectfully submitted,

Dated:  May 11, 2023

/s/ *Carol O'Keefe*
Carol O'Keefe*
*cokeefe@koreintillery.com*
Stephen M. Tillery*
*stillery@koreintillery.com*
Steven M. Berezney, CA Bar #329923
*sberezney@koreintillery.com*
KOREIN TILLERY, LLC
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

George A. Zelcs*
*gzelcs@koreintillery.com*
Randall P. Ewing, Jr.*
*rewing@koreintillery.com*
Ryan Z. Cortazar*
*rcortazar@koreintillery.com*
KOREIN TILLERY, LLC
205 North Michigan, Suite 1950
Chicago, IL 60601
Telephone: (312) 641-9750
Facsimile: (312) 641-9751

Philip C. Korologos*
*pkorologos@bsfllp.com*
Jeffrey Waldron*
*jwaldron@bsfllp.com*
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards, 20th Floor
New York, NY 10001
Telephone: (212) 446-2300
Facsimile: (212) 446-2350

Joshua Irwin Schiller, CA Bar #330653
*jischiller@bsfllp.com*
BOIES SCHILLER FLEXNER LLP
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Telephone: (415) 293-6800
Facsimile: (415) 293-6899

*Admitted *pro hac vice*
Attorneys for Plaintiffs*

3

Case No. 3:20-cv-04423-JD

JOINT PROPOSED JURY INSTRUCTIONS

| | | |
|---|---|---|
| 1 | Dated: May 11, 2023 | KEKER, VAN NEST & PETERS LLP |
| 2 | | |
| 3 | | By: /s/ *Robert A. Van Nest* |
| | | ROBERT A. VAN NEST |
| 4 | | DAN JACKSON |
| | | JULIA L. ALLEN |
| 5 | | TRAVIS SILVA |
| | | ANNA PORTO |
| 6 | | LUKE APFELD |
| | | AMOS J. B. ESPELAND |
| 7 | | |
| | | DAVID H. KRAMER |
| 8 | | LAUREN GALLO WHITE |
| | | WILSON SONSINI GOODRICH & |
| 9 | | ROSATI |
| | | Professional Corporation |
| 10 | | 650 Page Mill Road |
| | | Palo Alto, CA 94304-1050 |
| 11 | | Telephone: (650) 493-9300 |
| | | Email: dkramer@wsgr.com |
| 12 | | lwhite@wsgr.com |
| 13 | | |
| | | Attorneys for Defendants and |
| 14 | | Counterclaimants |
| | | YOUTUBE, LLC and GOOGLE LLC |

**ATTESTATION**

My user ID and password are being used in the electronic filing of this document and, in compliance with N.D. Cal. Civil L.R. 5-1(h)(3), I hereby attest that concurrence in the filing of the document has been obtained from each of the other Signatories.

                                                            */s/ Carol O'Keefe*

                                                            Carol O'Keefe