George A. Zelcs*
gzelcs@koreintillery.com
Randall P. Ewing, Jr.*
rewing@koreintillery.com
Ryan Z. Cortazar *
rcortazar@koreintillery.com
**KOREIN TILLERY, LLC**
205 North Michigan, Suite 1950
Chicago, IL  60601
Telephone: (312) 641-9750
Facsimile: (312) 641-9751

Stephen M. Tillery*
stillery@koreintillery.com
Steven M. Berezney, CA Bar #329923
sberezney@koreintillery.com
Carol O'Keefe*
cokeefe@koreintillery.com
**KOREIN TILLERY, LLC**
505 North 7th Street, Suite 3600
St. Louis, MO  63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

Joshua Irwin Schiller, CA Bar #330653
jischiller@bsfllp.com
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery Street, 41st Floor
San Francisco, CA  94104
Telephone: (415) 293-6800
Facsimile: (415) 293-6899

Philip C. Korologos*
pkorologos@bsfllp.com
Jeffrey Waldron*
jwaldron@bsfllp.com
**BOIES SCHILLER FLEXNER LLP**
55 Hudson Yards, 20th Floor
New York, NY 10001
Telephone: (212) 446-2300
Facsimile: (212) 446-2350

*Admitted *pro hac vice*

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING, LTD., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>Defendants. | Case No. 3:20-cv-04423-JD<br><br>**DECLARATION OF PHILIP KOROLOGOS IN SUPPORT OF PLAINTIFF AST PUBLISHING, LTD.'S ADMINISTRATIVE MOTION TO ATTEND THE FINAL PRETRIAL CONFERENCE TELEPHONICALLY OR BY VIDEO CONFERENCE**<br><br>Judge:   Hon. James Donato |

Case No. 3:20-cv-04423-JD

DECLARATION OF PHILIP KOROLOGOS IN SUPPORT OF PLAINTIFF AST PUBLISHING LTD.'S ADMINISTRATIVE MOTION TO ATTEND THE FINAL PRETRIAL CONFERENCE TELEPHONICALLY OR BY VIDEO CONFERENCE

I, Philip Korologos, hereby declare as follows:

1. I am a partner at Boies Schiller Flexner LLP, co-counsel to Plaintiffs and putative class representatives Maria Schneider, Uniglobe Entertainment, LLC, and AST Publishing, Ltd. ("AST"). I am an attorney duly licensed to practice before the courts of the state of New York and numerous federal courts and admitted *pro hac vice* for this case. [ECF 39.] I make this declaration in support of Plaintiff AST Publishing, Ltd.'s Administrative Motion to Attend the Final Pretrial Conference Telephonically or by Video Conference.

2. In a teleconference between the parties on May 5, 2023, Plaintiffs' counsel asked whether Defendants would agree to Plaintiff AST's request to allow its primary party representative, Maxim Lozovskiy, to attend the final pretrial conference scheduled on May 25, 2023, by telephone or video conference. At Defendants' request, Plaintiffs' counsel memorialized their request in an email sent the same day at approximately 3:35 p.m. PT to Defendants' counsel.

3. In response to Plaintiffs' email, Defendants' counsel stated, "Defendants take no position on your request," and that Defendants would "defer to the Court's preference on AST's presence."

I declare under penalty of perjury that the forgoing is true and correct. Executed this 16th day of May 2023, at Chatham, New York.

/s/ *Philip Korologos*
Philip C. Korologos