UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING LTD., individually and on behalf of all others similarly situated;<br><br>Plaintiffs,<br><br>vs.<br><br>YOUTUBE, LLC; and GOOGLE LLC;<br><br>Defendants. | CASE NO. 3:20-cv-4423-JD<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF AST PUBLISHING LTD.'S ADMINISTRATIVE MOTION TO ATTEND THE FINAL PRETRIAL CONFERENCE TELEPHONICALLY OR BY VIDEO CONFERENCE** |

Plaintiff AST Publishing, Ltd.'s Administrative Motion to Attend the Final Pretrial Conference Telephonically or By Video Conference is **GRANTED**.

**IT IS SO ORDERED.**

Date: _____   _____
THE HONORABLE JAMES DONATO
United States District Judge