

May 18, 2023

**VIA ECF**
Honorable James Donato
United States District Judge
San Francisco Courthouse, Courtroom 11, 19th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Dear Judge Donato:

      I write pursuant to paragraph 13 of the Court's Standing Order for Civil Cases to advise the Court that Plaintiffs plan to have Jeffrey Waldron argue certain of the motions at next week's May 25 Pretrial Conference. Mr. Waldron is a second-year associate at Boies Schiller Flexner, and this will be his first opportunity to argue in court. Mr. Waldron will argue:

(a) Plaintiffs' Motion to Exclude Portions of the Expert Report and Testimony of Defendants' Expert Francois-Xavier Nuttall (ECF 256);

(b) Plaintiffs' Motion in Limine No. 7 to Exclude Testimony Related to the Marginal Cost of Adding Additional Reference Files to the Content ID Database (ECF 315); and

(c) Defendants' Motion in Limine No. 7 to Exclude Evidence of Google and/or YouTube's Financial Condition and Potential Liabilities (ECF 311).

      Respectfully,

*/s/ Philip Korologos*
Philip C. Korologos
*Counsel for Plaintiffs*

Copy to: All Counsel via ECF