KEKER, VAN NEST & PETERS LLP
ROBERT A. VAN NEST - # 84065
rvannest@keker.com
DAN JACKSON - # 216091
djackson@keker.com
JULIA L. ALLEN - # 286097
jallen@keker.com
TRAVIS SILVA - # 295856
tsilva@keker.com
ANNA PORTO - # 319903
aporto@keker.com
LUKE APFELD - # 327029
lapfeld@keker.com
AMOS J. B. ESPELAND - # 332895
aespeland@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

DAVID H. KRAMER, SBN 168452
LAUREN GALLO WHITE, SBN 309075
QIFAN HUANG, SBN 339672
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email:   dkramer@wsgr.com
         lwhite@wsgr.com
         qhuang@wsgr.com

Attorneys for Defendants and Counterclaimants
YOUTUBE, LLC and GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING, LTD., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>Defendants. | Case No. 3:20-cv-04423-JD<br><br>**DECLARATION OF QIFAN HUANG IN SUPPORT OF DEFENDANTS' SEALING REQUESTS** |
| YOUTUBE, LLC and GOOGLE LLC,<br><br>Counterclaimants,<br><br>v.<br><br>PIRATE MONITOR LTD., PIRATE MONITOR LLC, and GÁBOR CSUPÓ,<br><br>Counterclaim Defendants. | |

1    I, Qifan Huang, declares as follows:

2    1.    I am an attorney at Wilson, Sonsini, Goodrich & Rosati, P.C., counsel to
3  Defendants and Counterclaimants YouTube, LLC and Google LLC (together, "YouTube"). I am
4  over the age of 18 and am competent to make this declaration. I make each of the following
5  statements based on my personal knowledge and could, if necessary, testify to the truth of each of
6  them.

7    2.    YouTube submits this Declaration in support of its requests pursuant to Civil
8  Local Rules 7-11 and 79-5 to seal portions of documents submitted in connection with parties'
9  pretrial submissions, including Plaintiffs' motions in limine and YouTube's oppositions thereto
10 (Dkt. No. 315), YouTube's motions in limine and Plaintiffs' oppositions thereto (Dkt. No. 311),
11 and parties' Joint Pretrial Statement (Dkt. No. 322).

12   3.    Mindful of the interest of public access to litigation documents, YouTube has
13 carefully reviewed each document, and has proposed sealing only limited portions covering the
14 most sensitive information contained therein. YouTube's narrowed sealing requests are limited to
15 the documents attached to my declaration as Exhibits 1 to 14 and described below. The specific
16 exhibits are attached below, with portions that YouTube request to be sealed highlighted in red:

17   4.    Attached as **Exhibit 1** are excerpts of Defendants' Amended Responses and
18 Objections to Schneider Interrogatory Nos. 3, 4, and 7, dated June 17, 2022, originally filed at
19 Dkt. Nos. 314-3 at 16-31 and 315-2 at 16 as Exhibit 3 to the Declaration of Jeffrey Waldron in
20 Support of Plaintiffs' Motion in Limine No. 1.

21   5.    Attached as **Exhibit 2** is the standard YouTube Content Licensing Agreement
22 ("CLA"), bearing production number GOOG-SCHNDR-00020659, originally filed at Dkt. Nos.
23 314-4 at 33-58 and 315-4 at 16 as Exhibit 3 to the Declaration of Jeffrey Waldron in Support of
24 Plaintiffs' Motion in Limine No. 3.

25   6.    Attached as **Exhibit 3** is the standard YouTube Publishing Licensing Agreement
26 ("PLA"), bearing production number GOOG-SCHNDR-00020802, originally filed at Dkt. Nos.
27 314-4 at 67-90 and 315-4 at 18 as Exhibit 5 to the Declaration of Jeffrey Waldron in Support of
28 Plaintiffs' Motion in Limine No. 3.

7.     Attached as **Exhibit 4** is the standard YouTube Sound Recording and Audiovisual Content License ("SRAV"), bearing production number GOOG-SCHNDR-00020862, originally filed at Dkt. Nos. 314-4 at 91-127 and 315-4 at 19 as Exhibit 6 to the Declaration of Jeffrey Waldron in Support of Plaintiffs' Motion in Limine No. 3.

8.     Attached as **Exhibit 5** is the YouTube metadata file for video ID YXWFYPk11GM, bearing production number GOOG-SCHNDR-00043480, originally filed at Dkt. Nos. 314-5 at 63-64 and 315-5 at 63 as Exhibit 6 to the Declaration of Jeffrey Waldron in Support of Plaintiffs' Motion in Limine No. 4.

9.     Attached as **Exhibit 6** is an internal YouTube spreadsheet bearing production number GOOG-SCHNDR-00040616, originally filed at Dkt. Nos. 314-6 at 87-88 and 315-8 at 87 as Exhibit 4 to the Declaration of Jeffrey Waldron in Support of Plaintiffs' Motion in Limine No. 7.

10.    Attached as **Exhibit 7** is a YouTube PLA with Ms. Schneider's publisher dated April 30, 2014, bearing production number GOOG-SCHNDR-00002434, originally filed at Dkt. Nos. 314-7 at 13-32 and 315-9 at 13 as Exhibit 3A to the Declaration of Travis Silva in Support of Defendants' Oppositions to Plaintiffs' Motions in Limine.

11.    Attached as **Exhibit 8** is the Expert Report of Hal J. Singer, Ph.D., dated November 17, 2022, originally filed at Dkt. Nos. 312-1 and 311-3 at 5-85 as Exhibit 1 to the Declaration of Jeffrey Waldron in Support of Plaintiffs' Opposition to Defendants' Motion in Limine No. 1.

12.    Attached as **Exhibit 9** is an internal YouTube document bearing production number GOOG-SCHNDR-00038782, originally filed at Dkt. Nos. 312-2 and 311-6 at 57 as Exhibit 5 to the Declaration of Jeffrey Waldron in Support of Plaintiffs' Opposition to Defendants' Motion in Limine No. 5.

13.    Attached as **Exhibit 10** is the Expert Report of Joseph N. Winograd, Ph.D., dated September 1, 2022, originally filed at Dkt. Nos. 312-3 and 311-7 at 5-91 as Exhibit 1 to the Declaration of Jeffrey Waldron in Support of Plaintiffs' Opposition to Defendants' Motion in Limine No. 6.

14. Attached as **Exhibit 11** is an internal YouTube document entitled "Life of a YouTube Upload," bearing production number GOOG-SCHNDR-00034775, originally filed at Dkt. Nos. 312-4 and 311-7 at 92-116 as Exhibit 2 to the Declaration of Jeffrey Waldron in Support of Plaintiffs' Opposition to Defendants' Motion in Limine No. 6.

15. Attached as **Exhibit 12** are excerpts of the May 24, 2022 deposition of Amy Wu, originally filed at Dkt. Nos. 312-5 and 311-8 at 5-15 as Exhibit 1 to the Declaration of Jeffrey Waldron in Support of Plaintiffs' Opposition to Defendants' Motion in Limine No. 7.

16. Attached as **Exhibit 13** is the Expert Report of Hal J. Singer, Ph.D., dated November 17, 2022, originally filed at Dkt. Nos. 312-6 and 311-8 at 16-96 as Exhibit 2 to the Declaration of Jeffrey Waldron in Support of Plaintiffs' Opposition to Defendants' Motion in Limine No. 7.

17. Attached as **Exhibit 14** is parties' Joint Pretrial Statement, originally filed at Dkt. Nos. 321-1 and 322.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 18th day of May, 2023 at Palo Alto, California.

*/s/ Qifan Huang*
Qifan Huang

**ATTORNEY ATTESTATION**

I, Robert A. Van Nest, am the ECF User whose ID and password are being used to file this document. In compliance with N.D. Cal. Civil L.R. 5-1(h)(3), I hereby attest that the concurrence in the filing of this document has been obtained from the signatory.

*/s/Robert A. Van Nest*
Robert A. Van Nest