George A. Zelcs*
*gzelcs@koreintillery.com*
Randall P. Ewing, Jr.*
*rewing@koreintillery.com*
Ryan Z. Cortazar *
*rcortazar@koreintillery.com*
**KOREIN TILLERY, LLC**
205 North Michigan, Suite 1950
Chicago, IL 60601
Telephone: (312) 641-9750
Facsimile: (312) 641-9751

Stephen M. Tillery*
*stillery@koreintillery.com*
Steven M. Berezney, CA Bar #329923
*sberezney@koreintillery.com*
Carol O'Keefe*
*cokeefe@koreintillery.com*
**KOREIN TILLERY, LLC**
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

*Admitted *pro hac vice*

*Attorneys for Plaintiffs and Counterclaim Defendants*

KEKER, VAN NEST & PETERS LLP
ROBERT A. VAN NEST - # 84065
rvannest@keker.com
DAN JACKSON - # 216091
djackson@keker.com
JULIA L. ALLEN - # 286097
jallen@keker.com
TRAVIS SILVA - # 295856
tsilva@keker.com
ANNA PORTO - # 319903
aporto@keker.com
LUKE APFELD - # 327029
lapfeld@keker.com
AMOS J. B. ESPELAND - # 332895
aespeland@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

*Attorneys for Defendants and Counterclaimants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING, LTD., individually and on behalf of all others similarly situated,

Plaintiffs,

v.

YOUTUBE, LLC and GOOGLE LLC,

Defendants.

YOUTUBE, LLC and GOOGLE LLC,

Counterclaimants,

v.

PIRATE MONITOR LTD., PIRATE MONITOR LLC, and GÁBOR CSUPÓ,

Counterclaim Defendants.

Case No. 3:20-cv-04423-JD

**[PROPOSED] ORDER GRANTING DEFENDANTS' SEALING REQUESTS**

Dept.: Courtroom 11 – 19th Floor
Judge: Hon. James Donato

Date Filed: July 2, 2020

Trial Date: June 12, 2023

*Additional Counsel*

Joshua Irwin Schiller, CA Bar #330653
*jischiller@bsfllp.com*
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293-6800
Facsimile: (415) 293-6899

Philip C. Korologos*
*pkorologos@bsfllp.com*
Jeffrey Waldron*
*jwaldron@bsfllp.com*
**BOIES SCHILLER FLEXNER LLP**
55 Hudson Yards, 20th Floor
New York, NY 10001
Telephone: (212) 446-2300
Facsimile: (212) 446-2350

*Admitted *pro hac vice*

*Attorneys for Plaintiffs and Counterclaim-Defendants*

DAVID H. KRAMER, SBN 168452
LAUREN GALLO WHITE, SBN 309075
QIFAN HUANG, SBN 339672
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: dkramer@wsgr.com
lwhite@wsgr.com
qhuang@wsgr.com

*Attorneys for Defendants and Counterclaimants*

Pursuant to Civil Local Rules 7-11 and 79-5, and after consideration of the Joint Sealing Submission by Plaintiffs Maria Schneider, Uniglobe Entertainment, LLC, and AST Publishing LTD. ("Plaintiffs") and Defendants-Counterclaimants YouTube, LLC and Google LLC ("YouTube"); the Declaration of Qifan Huang in Support of YouTube's Sealing Requests; the Declaration of Chenyuan Zhu in Support of YouTube's Sealing Requests; the Declaration of Waleed Diab in Support of YouTube's Sealing Requests; the Declaration of Joanne Suk in Support of YouTube's Sealing Requests; and the previously filed Declarations of Arpan Agrawal (Dkt No. 301-1) and Amy Wu (Dkt. No. 233-1); pursuant to Local Rule 79-5(c), the Court rules that good cause exists to seal portions of the following documents related to the parties' pretrial filings:

| **Portions Sought to be Sealed** | **Basis for Sealing** | **GRANTED/ DENIED** |
|---|---|---|
| Exhibit 1 to the Huang Declaration<br>Originally filed at Dkt. Nos. 314-3 at 16-31 & 315-2 at 16 as Exhibit 3 to Plaintiffs' Motion in Limine No. 1<br><br>Defendants' Amended Responses and Objections to Schneider Interrogatory Nos. 3, 4, 7 dated June 17, 2022 | | |
| 6:20-24; 9:4-5 | Good cause exists to seal confidential operational policies and guidelines about YouTube's copyright management tools, including details about YouTube's copyright policies and mechanisms to counter abuse that, if disclosed, would allow third parties to circumvent these policies and tools.<br><br>*See* Declaration of Chenyuan Zhu ("Zhu Decl."). | |
| Exhibit 2 to the Huang Declaration<br>Originally filed at Dkt. Nos. 314-4 at 33-58 & 315-4 at 16 as Exhibit 3 to Plaintiffs' Motion in Limine No. 3<br><br>GOOG-SCHNDR-00020659, Content License Agreement | | |
| Portions of page -682 | Good cause exists to seal confidential, specific pricing terms in YouTube's business contracts that, if disclosed, would cause competitive harm by damaging YouTube's standing with its existing licensors, prejudicing its ability to negotiate future license agreements, and allowing YouTube competitors to benefit from the knowledge of YouTube's negotiation of these royalties to price their own products. | |

| Portions Sought to be Sealed | Basis for Sealing | GRANTED/ DENIED |
|---|---|---|
| | *See* Declaration of Waleed Diab ("Diab Decl."). | |
| Exhibit 3 to the Huang Declaration<br>Originally filed at Dkt. Nos. 314-4 at 67-90 & 315-4 at 18 as Exhibit 5 to Plaintiffs' Motion in Limine No. 3<br><br>GOOG-SCHNDR-00020802, Publishing License Agreement | | |
| Portions of pages -816 to -818, -820 to -821 | Good cause exists to seal confidential, specific pricing terms in YouTube's business contracts that, if disclosed, would cause competitive harm by damaging YouTube's standing with its existing licensors, prejudicing its ability to negotiate future license agreements, and allowing YouTube competitors to benefit from the knowledge of YouTube's negotiation of these royalties to price their own products.<br><br>*See* Declaration of Joanne Suk ("Suk Decl."). | |
| Exhibit 4 to the Huang Declaration<br>Originally filed at Dkt. Nos. 314-4 at 91-127 & 315-4 at 19 as Exhibit 6 to Plaintiffs' Motion in Limine No. 6<br><br>GOOG-SCHNDR-00020862, Sound Recording and Audiovisual Content License | | |
| Portions of pages -883 to -885, -889 to -893, -895 to -896 | Good cause exists to seal confidential, specific pricing terms in YouTube's business contracts that, if disclosed, would cause competitive harm by damaging YouTube's standing with its existing licensors, prejudicing its ability to negotiate future license agreements, and allowing YouTube competitors to benefit from the knowledge of YouTube's negotiation of these royalties to price their own products.<br><br>*See* Diab Decl. | |
| Exhibit 5 to the Huang Declaration<br>Originally filed at Dkt. Nos. 314-5 at 63-64 & 315-5 at 63 as Exhibit 6 to Plaintiffs' Motion in Limine No. 4<br><br>GOOG-SCHNDR-00043480, metadata file for video ID YXWFYPk11GM | | |
| Portion of page -480 | Good cause exists to seal personally identifiable information of third-party users that is irrelevant to the issues in dispute and, if disclosed, would intrude on their privacy.<br><br>*See* Zhu Decl. | |
| Exhibit 6 to the Huang Declaration<br>Originally filed at Dkt. Nos. 314-6 at 87-88 & 315-8 at 87 as Exhibit 4 to Plaintiffs' Motion in | | |

| Portions Sought to be Sealed | Basis for Sealing | GRANTED/ DENIED |
|---|---|---|
| Limine No. 7<br><br>GOOG-SCHNDR-00040616, internal YouTube spreadsheet | | |
| Entirety | Good cause exists to seal YouTube's confidential financial information that, if disclosed, would cause competitive harm by damaging YouTube's standing with its existing advertising partners and content creators and prejudicing its ability to negotiate future license agreements.<br><br>*See* Declaration of Arpan Agrawal ("Agrawal Decl."), Dkt. No. 301-1. | |
| Exhibit 7 to the Huang Declaration<br>Originally filed at Dkt. Nos. 314-7 at 13-32 & 315-9 at 13 as Exhibit 3A to Defendants' Oppositions to Plaintiffs' Motions in Limine<br><br>GOOG-SCHNDR-00002434, Publishing License Agreement | | |
| Portions of pages -447 to -448, -451 to -452 | Good cause exists to seal confidential, specific pricing terms in YouTube's business contracts that, if disclosed, would cause competitive harm by damaging YouTube's standing with its existing licensors, prejudicing its ability to negotiate future license agreements, and allowing YouTube competitors to benefit from the knowledge of YouTube's negotiation of these royalties to price their own products.<br><br>*See* Suk Decl. | |
| Exhibit 8 to the Huang Declaration<br>Originally filed at Dkt. Nos. 312-1 & 311-3 at 5-85 as Exhibit 1 to Plaintiffs' Opposition to Defendants' Motion in Limine No. 1<br><br>Expert Report of Hal J. Singer dated November 17, 2022 | | |
| Portions of pages 20-21 | Good cause exists to seal YouTube's confidential financial information, including its revenues, costs, and profit that, if disclosed, would cause competitive harm by damaging YouTube's standing with its existing advertising partners and content creators and prejudicing its ability to negotiate future license agreements.<br><br>*See* Agrawal Decl. (Dkt. No. 301-1). | |
| Portions of page 54 | Good cause exists to seal YouTube's confidential product design information, internal analyses, metrics and statistics, user experiments, and other related business logic and strategies about Content ID, YouTube search, and other | |

| Portions Sought to be Sealed | Basis for Sealing | GRANTED/ DENIED |
|---|---|---|
| | YouTube functions that, if disclosed, may result in competitive harm and invite abuse from malicious actors to circumvent YouTube's systems.<br><br>*See* Zhu Decl. | |
| Exhibit 9 to the Huang Declaration<br>Originally filed at Dkt. Nos. 312-2 & 311-6 at 57 as Exhibit 5 to Plaintiffs' Opposition to Defendants' Motion in Limine No. 5<br><br>GOOG-SCHNDR-00038782, Content ID Launches for Music Labels | | |
| Portions of pages -783 to -784, -786 to -790, -792 to -794, -796, -798 to -799, -802 to -803 | Good cause exists to seal YouTube's confidential product design information, internal analyses, metrics and statistics, user experiments, and other related business logic and strategies about Content ID, YouTube search, and other YouTube functions that, if disclosed, may result in competitive harm and invite abuse from malicious actors to circumvent YouTube's systems.<br><br>*See* Zhu Decl. | |
| Exhibit 10 to the Huang Declaration<br>Originally filed at Dkt. Nos. 312-3 & 311-7 at 5-91 as Exhibit 1 to Plaintiffs' Opposition to Defendants' Motion in Limine No. 6<br><br>Expert Report of Joseph N. Winograd, Ph.D., dated September 1, 2022 | | |
| Portions of pages 3, 10, 53, 57, and 59 | Good cause exists to seal YouTube's confidential product design information, internal analyses, metrics and statistics, user experiments, and other related business logic and strategies about Content ID, YouTube search, and other YouTube functions that, if disclosed, may result in competitive harm and invite abuse from malicious actors to circumvent YouTube's systems.<br><br>*See* Declaration of Amy Wu ("Wu Decl."), Dkt. No. 233-1. | |
| Portions of pages 11 and 68 | Good cause exists to seal YouTube's confidential product design information, internal analyses, metrics and statistics, user experiments, and other related business logic and strategies about Content ID, YouTube search, and other YouTube functions that, if disclosed, may result in competitive harm and invite abuse from malicious actors to circumvent YouTube's systems.<br><br>*See* Zhu Decl. | |

| **Portions Sought to be Sealed** | **Basis for Sealing** | **GRANTED/ DENIED** |
|---|---|---|
| Portions of pages 18, 21, 39, 43, 69, and 83 | Good cause exists to seal YouTube's confidential product design information, internal analyses, metrics and statistics, user experiments, and other related business logic and strategies about Content ID, YouTube search, and other YouTube functions that, if disclosed, may result in competitive harm and invite abuse from malicious actors to circumvent YouTube's systems.<br><br>*See* Zhu Decl. | |
| Portions of pages 20, 38, 40, and 83-84 | Good cause exists to seal YouTube's confidential product design information, internal analyses, metrics and statistics, user experiments, and other related business logic and strategies about Content ID, YouTube search, and other YouTube functions that, if disclosed, may result in competitive harm and invite abuse from malicious actors to circumvent YouTube's systems.<br><br>*See* Zhu Decl. | |
| Portions of pages 26-27 | Good cause exists to seal YouTube's confidential, highly sensitive technical engineering information that, if disclosed, would bring competitive harm to YouTube and allow potential competitors an unfair advantage.<br><br>*See* Wu Decl. (Dkt. No. 233-1). | |
| Portions of pages 30 and 85 | Good cause exists to seal YouTube's confidential, highly sensitive technical engineering information that, if disclosed, would bring competitive harm to YouTube and allow potential competitors an unfair advantage.<br><br>*See* Wu Decl. (Dkt. No. 233-1). | |
| Portions of page 50 | Good cause exists to seal YouTube's confidential product design information, internal analyses, metrics and statistics, user experiments, and other related business logic and strategies about Content ID, YouTube search, and other YouTube functions that, if disclosed, may result in competitive harm and invite abuse from malicious actors to circumvent YouTube's systems.<br><br>*See* Zhu Decl. | |
| Portions of pages 61-67 and 69 | Good cause exists to seal YouTube's confidential, highly sensitive technical engineering information that, if disclosed, would bring competitive harm to YouTube and allow potential competitors an unfair advantage. | |

| Portions Sought to be Sealed | Basis for Sealing | GRANTED/ DENIED |
|---|---|---|
| | *See* Wu Decl. (Dkt. No. 233-1). | |
| Exhibit 11 to the Huang Declaration<br>Originally filed at Dkt. Nos. 312-4 & 311-7 at 92-116 as Exhibit 2 to Plaintiffs' Opposition to Defendants' Motion in Limine No. 6<br><br>GOOG-SCHNDR-00034775, "Life of a YouTube Upload" | | |
| Portions of pages -776 to -797 | Good cause exists to seal YouTube's confidential, highly sensitive technical engineering information that, if disclosed, would bring competitive harm to YouTube and allow potential competitors an unfair advantage.<br><br>*See* Wu Decl. (Dkt. No. 233-1). | |
| Exhibit 12 to the Huang Declaration<br>Originally filed at Dkt. Nos. 312-5 & 311-8 at 5-15 as Exhibit 1 to Plaintiffs' Opposition to Defendants' Motion in Limine No. 7<br><br>Excerpts of the May 24, 2022 deposition of Amy Wu | | |
| 8:10 | Good cause exists to seal personally identifiable information of a YouTube employee and third-party users that is irrelevant to the issues in dispute and, if disclosed, would intrude on their privacy.<br><br>*See* Wu Decl. (Dkt. No. 233-1). | |
| 82:1; 82:7; 82:22; 83:5; 83:7; 83:20; 83:22; 83:25; 84:2; 84:12; 84:17; 84:19-20; and 85:13 | Good cause exists to seal YouTube's confidential metrics and statistics about YouTube functions that, if disclosed, may result in competitive harm.<br><br>*See* Wu Decl. (Dkt. No. 233-1). | |
| Exhibit 13 to the Huang Declaration<br>Originally filed at Dkt. Nos. 312-6 & 311-8 at 16-96 as Exhibit 2 to Plaintiffs' Opposition to Defendants' Motion in Limine No. 7<br><br>Expert Report of Hal J. Singer dated November 17, 2022 | | |
| Portions of pages 20-21 | Good cause exists to seal YouTube's confidential financial information, including its revenues, costs, and profit that, if disclosed, would cause competitive harm by damaging YouTube's standing with its existing advertising partners and content creators and prejudicing its ability to negotiate future license agreements. | |

| Portions Sought to be Sealed | Basis for Sealing | GRANTED/ DENIED |
|---|---|---|
| | *See* Agrawal Decl. (Dkt. No. 301-1). | |
| Portions of page 54 | Good cause exists to seal YouTube's confidential product design information, internal analyses, metrics and statistics, user experiments, and other related business logic and strategies about Content ID, YouTube search, and other YouTube functions that, if disclosed, may result in competitive harm and invite abuse from malicious actors to circumvent YouTube's systems.<br><br>*See* Zhu Decl. | |

Pursuant to Local Rule 79-5(c), the Court further rules that compelling reasons exist to seal portions of the parties' Joint Pretrial Statement:

| Portions Sought to be Sealed | Basis for Sealing | GRANTED/ DENIED |
|---|---|---|
| Exhibit 14 to the Huang Declaration<br>Originally filed at Dkt. Nos. 321-1 & 322<br><br>Joint Pretrial Statement | | |
| 4:9 | Compelling reasons exist to seal specific information revealing or purporting to reveal the share of private and unlisted videos in YouTube's corpus that, if disclosed, may result in competitive harm.<br><br>*See* Zhu Decl. | |
| 6:2-3 | Compelling reasons exist to seal confidential operational policies and guidelines about YouTube's repeat infringer policy that, if disclosed, would allow third parties to circumvent the policy.<br><br>*See* Zhu Decl. | |
| 4:19; 4:21 | Compelling reasons exist to seal specific technical information concerning the operation of YouTube's Copyright Match Tool that, if disclosed, may result in competitive harm and invite abuse from malicious actors to circumvent YouTube's systems.<br><br>*See* Zhu Decl. | |

**IT IS SO ORDERED.**

Dated: ______________________________

______________________________
HONORABLE JAMES DONATO
UNITED STATES DISTRICT JUDGE