# Exhibit 3

to the Declaration of Qifan Huang

PUBLIC VERSION - REDACTED

**PUBLISHING LICENSE AGREEMENT**

This publishing license agreement (the "**Agreement**"), which includes the attached exhibits, is entered into by **[FULL LEGAL NAME OF LICENSOR]**, a [STATE] [LLC, corporation, individual, etc] with offices located at [Licensor address] ("**Licensor**") and **Google LLC**, a Delaware limited liability company, with offices located at 1600 Amphitheatre Parkway, Mountain View, CA, 94043 ("**Google**") and becomes effective on the Effective Date.

1.   <u>**Definitions**</u>

1.1   In this Agreement, unless expressly stated otherwise:

"**Affiliate**" means any entity that directly or indirectly controls, is controlled by, or is under common control with, a party.

"**Art Track**" means a musical sound recording that is played back to a user with (an) accompanying image(s) that is, in each case, designated by the relevant licensor (or by Google on such licensor's behalf) using tools, including auto-generation tools, provided by Google. Static image Art Tracks will be treated as Audio-Only Tracks for the purposes of calculating Royalties under this Agreement.

"**Audio Library**" means a collection of Sound Recordings that Google makes available to users (as authorized by the relevant Sound Recording Licensors) for inclusion in User Videos created by such users and made available on the Services. The YouTube "AudioSwap" service (and any successor service) is an Audio Library.

"**Audio-Only Track**" means a musical sound recording that is Conditionally Downloaded by, or played back to, a user without an accompanying video.

"**AVOD Service**" means the ad-supported, free-to-the-consumer, streaming service available on YouTube that excludes the SVOD Services, YouTube TV (or any successor service/brand for such service), or any other paid offerings on YouTube, whether now existing or later created.

"**Block**" has the meaning given to it in the CIMA.

"**Bundle Percentage**" has the meaning given to it in paragraph 13 of Exhibit A.

"**CIMA**" has the meaning given to it in Section 4.1.

"**Conditional Download(ing)**" means a user's receipt of a digital transmission that results in a specifically identifiable, tethered (but obfuscated) reproduction of such digital file that is available to the user for offline playback on the user's device for up to thirty-one (31) consecutive days (as such time period may be renewed periodically), which transmission may originate either directly from the Services or from another device (subject to any applicable limitations under this Agreement).

"**Confidential Information**" means information that one party (or an Affiliate) discloses to the other party in connection with this Agreement, and that is marked as confidential or would normally be considered confidential information under the circumstances. It does not include information that is independently developed by the recipient, is lawfully given to the recipient by a third party without confidentiality obligations, or becomes public through no fault of the recipient.

"**Conflict**" means, for a given Musical Work, a conflict between the claims made to Google by two or more licensors of Musical Works on the Services regarding the ownership of the rights in such Musical Work (or part thereof).

"**Contract Year**" means a period of one year starting on the Effective Date or the relevant anniversary of the Effective Date, as applicable.

1

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00020802

"**Data Exchange**" has the meaning given to it in Section 3.1.

"**Dispute**" means that (a) a Video or Audio-Only Track has been identified as including a Musical Work (either via the System or by a manual claim by a music publishing rights licensor) and (b) the uploader of the Video or Audio-Only Track either disputes that the Video or Audio-Only Track includes such Musical Work or asserts that it is otherwise entitled to use such Musical Work within the Video or Audio-Only Track on the Services.

"**Effective Date**" means the date on which this Agreement is signed by both parties.

"**Family Account**" has the meaning given to it in paragraph 15 of Exhibit A.

"**Free Trial**" has the meaning given to it in paragraph 14 of Exhibit A.

"**Licensor Art Track Allocation**" means, for each SVOD Service, a fraction, calculated for each accounting period under this Agreement, in which: (a) the numerator is the number of not in Conflict or Dispute on-demand streams and playbacks of Conditional Downloads in the Territory (via the relevant SVOD Service) of Art Tracks that have been identified by or in Google's systems as embodying Licensor Works; and (b) the denominator is the total number of on-demand streams and playbacks of Conditional Downloads in the Territory (via the relevant SVOD Service) of all Audio-Only Tracks and Videos.

"**Licensor Audio-Only Allocation**" means, for each SVOD Service, a fraction, calculated for each accounting period under this Agreement, in which: (a) the numerator is the number of not in Conflict or Dispute on-demand streams and playbacks of Conditional Downloads in the Territory (via the relevant SVOD Service) of Audio-Only Tracks that have been identified by or in Google's system as embodying Licensor Works; and (b) the denominator is the total number of on-demand streams and playbacks of Conditional Downloads in the Territory (via the relevant SVOD Service) of all Audio-Only Tracks and Videos.

"**Licensor Music Video Allocation**" means, for each SVOD Service, a fraction, calculated for each accounting period under this Agreement, in which: (a) the numerator is the number of not in Conflict or Dispute on-demand streams and playbacks of Conditional Downloads in the Territory (via the relevant SVOD Service) of Music Videos that have been identified by or in Google's systems as embodying Licensor Works; and (b) the denominator is the total number of on-demand streams and playbacks of Conditional Downloads in the Territory (via the relevant SVOD Service) of all Audio-Only Tracks and Videos.

"**Licensor User Cover Video Allocation**" means, for each SVOD Service, a fraction, calculated for each accounting period under this Agreement, in which: (a) the numerator is the number of not in Conflict or Dispute on-demand streams and playbacks of Conditional Downloads in the Territory (via the relevant SVOD Service) of User Cover Videos that have been identified by or in Google's systems as embodying Licensor Works; and (b) the denominator is the total number of on-demand streams and playbacks of Conditional Downloads in the Territory (via the relevant SVOD Service) of all Audio-Only Tracks and Videos.

"**Licensor User Video with Commercial Sound Recording Allocation**" means, for each SVOD Service, a fraction, calculated for each accounting period under this Agreement, in which: (a) the numerator is the number of not in Conflict or Dispute on-demand streams and playbacks of Conditional Downloads in the Territory (via the relevant SVOD Service) of User Videos with Commercial Sound Recordings that have been identified by or in Google's systems as embodying Licensor Works; and (b) the denominator is the total number of on-demand streams and playbacks of Conditional Downloads in the Territory (via the relevant SVOD Service) of all Audio-Only Tracks and Videos.

"**Licensor Work**" means a Musical Work (or portion thereof) that is owned, controlled, or administered by Licensor.

2

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00020803

"**Monetize**" has the meaning given to it in the CIMA.

"**Musical Work**" means a musical composition, including lyrics (if any).

"**Music Video**" means a Video licensed by, and delivered by or on behalf of, a Sound Recording Licensor for use on the Services, and which is designated as a music video by or on behalf of such Sound Recording Licensor. User Videos and Art Tracks are not Music Videos.

"**Net Ad Revenue**" means, for each accounting period under this Agreement, revenues recognized by Google, in accordance with U.S. Generally Accepted Accounting Principles, in the Territory from ads provided by Google or a Google-approved third party and displayed or streamed on the Playback Pages, or on or in the YouTube Video Player, less, off the top, VAT (if any) and other applicable taxes, and any carriage or in-app commission fees (if any). Net Ad Revenue specifically excludes any e-commerce and referral fees received by Google, including fees for tickets, merchandise and any "upsells".

"**Net Subscription Revenue**" means, for each separate SVOD Service, for each accounting period under this Agreement, any revenues recognized by Google, in accordance with U.S. Generally Accepted Accounting Principles, in the Territory from users in consideration for access to the relevant SVOD Service (including subscription fees from users of such SVOD Service (pro rated for 'bundled' subscription offers to reflect the portion of the bundled offer that is attributed to the SVOD Service, as reasonably determined by Google)), less, off the top, VAT (if any) and other applicable taxes, refunds, charge-backs, declined payments, carriage or in-app commission fees or any other fees payable to platform, device or other distribution partners in connection with SVOD Service transactions. Net Subscription Revenue for a particular SVOD Service excludes any Net Ad Revenue, and Net Subscription Revenue from any other SVOD Service. Net Subscription Revenue also excludes any e-commerce and referral fees received by Google, including fees for tickets, merchandise and any "upsells".

"**Ownership Data**" means the following information regarding a Musical Work: (i) the full title; (ii) the International Standard Musical Work Code (ISWC); (iii) the name(s) of the writer(s); (iv) information identifying the owner(s)/administrator(s) of the reproduction (or "mechanical") rights in the Musical Work in the Territory and the proportions in which those rights are owned/administered, if there is more than one owner/administrator; (v) to the extent Licensor has it, information identifying the owner(s)/administrator(s) of the public performance rights in the Musical Work in the Territory, and the proportions in which those rights are owned/administered, if there is more than one owner/administrator; (vi) any other information that may be used, generally, within the music publishing industry, from time to time, to identify a Musical Work and the owner(s)/administrator(s) of the rights in such Musical Work; and (vii) the necessary ISRC(s) or asset ID code(s) to identify which Sound Recording(s) or Music Video(s) the Musical Work is embodied in.

"**Playback Page**" means a page on the Services that is dedicated to a Video or Audio-Only Track on which a user can play such Video or Audio-Only Track and also see more detailed information relating to such Video or Audio-Only Track.

"**Policy**" has the meaning given to it in the CIMA.

"**Prior Agreement**" has the meaning given to it in Section 11.1.

"**Promoter Account**" has the meaning given to it in paragraph 15 of Exhibit A.

"**Royalties**" has the meaning given to it in Section 5.2.

"**Services**" means the Google service known as YouTube, which includes all YouTube websites (including mirror and derivative sites), all international, replacement or successor versions thereof, the YouTube Video Player, APIs, and any associated applications (e.g., the 'YouTube Music' and 'YouTube Kids' applications), and:

3

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

(a)     the AVOD Service; and
(b)     the SVOD Services
each of which may include the making available and delivery of Conditional Downloads.

"**Sound Recording**" means a sound recording of a Musical Work as licensed by, and delivered by or on behalf of, a Sound Recording Licensor for use on the Services (including for use in the System as a reference file).

"**Sound Recording Licensor**" means an entity that (a) licenses to Google sound recordings or music Videos for use on the Services, and (b) provides certain metadata and other information (e.g., ISRCs) that Google requires, from time to time, in order to identify usage of such sound recordings and music Videos on the Services.

"**SVOD Service(s)**" means one or more subscription services that permit users to access, stream and get additional features (e.g., Conditional Downloading) on, all or a subset of content on YouTube, for which a fee is paid (or a Free Trial is activated) by or on behalf of a user. Certain content may only be available within one or more SVOD Services, but components of the Services whereby users pay a fee in exchange for access to specific creator- or channel-related benefits or to specific items of content, such as rentals and purchases, paid-for channels and live pay-per-view, are not SVOD Services.

"**System**" means Google's content identification and management system, also commonly known as "Content ID" and "CMS".

"**Term**" has the meaning given to it in Section 11.1.

"**Territory**" means the United States and its territories and possessions, including Puerto Rico.

"**Third-Party Legal Proceeding**" has the meaning given to it in Section 9.1.

"**Total Allocation**" means, for each SVOD Service, a fraction, calculated for each accounting period under this Agreement, in which: (a) the numerator is the total number of not in Conflict or Dispute on-demand streams and playbacks of Conditional Downloads in the Territory (via the relevant SVOD Service) of Art Tracks, Audio-Only Tracks, Music Videos, User Cover Videos, and User Videos with Commercial Sound Recordings, in each case, that have been identified by or in Google's systems as embodying Licensor Works; and (b) the denominator is the total number of all on-demand streams and playbacks of Conditional Downloads in the Territory (via the relevant SVOD Service) of all Audio-Only Tracks and Videos.

"**Track**" has the meaning given to it in the CIMA.

"**User Cover Video**" means a User Video that embodies a Licensor Work, but that is not a User Video with Commercial Sound Recording.

"**User Video**" means any Video uploaded to the Services by a user, including any such Videos that embody Licensor Works (i.e., User Cover Videos and User Videos with Commercial Sound Recordings). Music Videos and Art Tracks (including static image Art Tracks) are not User Videos.

"**User Video with Commercial Sound Recording**" means a User Video that embodies at least one Sound Recording of a Licensor Work.

"**Video**" means any on-demand audiovisual content on the Services, including User Videos and Art Tracks.

"**YouTube Accrued Royalties Payment Agreement**" means, if applicable, the YouTube Accrued Royalties Payment Agreement between Google and Licensor, as amended from time to time.

Google Confidential

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                                 GOOG-SCHNDR-00020805

"**YouTube Video Player**" means a digital media player that is made available to users and used in the transmission, performance or playback of audio or audiovisual content so that the digital data that embodies such audio or audiovisual content can be perceived by and communicated to a user of the digital media player when used in conjunction with the aid of a machine or device, and which is embeddable in non-YouTube-branded products, services and applications, including those of third parties and Google services other than the Services.

1.2     The words "**include**" and "**including**" will not limit the generality of any words preceding them.

1.3     References to any statute or other legislative enactment include references to that statute or legislative enactment as amended or re-enacted from time to time.

2.     **License; Grant of Rights**

2.1     Licensor grants to Google the right to use all Licensor Works on the Services in the Territory during the Term, and in accordance with the terms of this Agreement, including all rights necessary for Google to:

(a)     reproduce (including (i) as database, cached and archival copies, (ii) as Conditional Downloads, and (iii) under 2.1(b)), distribute, display, embed, link to, and adapt (including to create short-form interstitials, promotional videos, bumpers and previews of) the Licensor Works (including, for clarity, lyrics in the Licensor Works), as embodied in Videos and Audio-Only Tracks on the Services and for transfer onto, or reception or performance by, users' individual electronic devices;

(b)     synchronize Licensor Works (including, for clarity, lyrics in Licensor Works) in connection with the operation of the Services (including for the generation of Art Tracks, Audio-Only Tracks and any similar feature) and the use of the Services by users;

(c)     publicly display (including in translated form) the lyrics of Licensor Works (in whole or in part) in, on, or around Videos and Audio-Only Tracks, including in timed-relation with sound recordings embodying the Licensor Works;

(d)     include in any Audio Library Licensor Works that are embodied in Sound Recordings that have been authorized for inclusion in the relevant Audio Library by the Sound Recording Licensors for such Sound Recordings, and make the Licensor Works (as embodied in such Sound Recordings) available to users via the Audio Library for the purpose of creating User Videos (embodying the Sound Recordings) for use on the Services; and

(e)     create algorithms and improvements to the Services based on Licensor Works.

2.2     A subscriber to an SVOD Service in the Territory may continue to have access to the SVOD Service's content and features when travelling outside the Territory.

2.3     **Scope of Rights**. All rights granted in this Agreement are granted on a non-exclusive basis. Licensor acknowledges that the license in Section 2.1 provides Google with all of the rights in Licensor Works (excluding public performance rights) that are necessary to operate the Services in the Territory. The rights granted to Google in this Agreement may be sub-licensed to Google's Affiliates solely in connection with the use, supply and operation of the Services. Google will remain directly liable to Licensor for a breach of the license by any such Affiliate.

2.4     **Third-Party License**. If Google licenses the rights (or any part thereof) granted under this Agreement from a third party, Royalties will not be payable by Google to Licensor for the relevant use(s) of the rights.

2.5     **Reservation of Rights.** This Agreement does not authorise any use of the Licensor Works that is not expressly addressed in this Agreement. Licensor reserves all rights not expressly granted to Google in

5

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                    GOOG-SCHNDR-00020806

this Agreement. Except as specifically stated in this Agreement, no rights are granted to users under this Agreement. Unless expressly stated otherwise, this Agreement does not affect any right or defense that either party has or would have outside of this Agreement, including under the laws of copyright (including the U.S. Copyright Act), trademarks, trade secrets, moral rights, privacy rights, publicity rights, or any other intellectual property or proprietary rights, or under analogous laws in any jurisdiction. Nothing in this Agreement implies an acknowledgement of what constitutes the "necessary rights" referred to in Section 2.1. Google is under no obligation to use any of the rights granted to it by Licensor in this Agreement.

2.6     **Covenant Not to Sue.** Licensor covenants and agrees, for itself, its Affiliates, and its/their respective agents and representatives, solely in relation to the shares of Musical Works owned or controlled by Licensor, not to commence, maintain, join or directly or indirectly support, assist, fund or otherwise participate in any legal action against Google or any user (including any user with a commercial purpose or who is earning revenue) for use of the Licensor Works on the Services during the Term where such use is consistent with Google's authorisation under this Agreement, including a user's failure to obtain a synchronization license for the Licensor Works.

2.7     **Third-Party Clearances.** Licensor is responsible for procuring and paying for all third-party rights, licenses and clearances, including any required payments to writers, composers, producers, co-publishers (where applicable) and all other royalty participants, necessary for Google's authorized use of the Licensor Works under this Agreement.

3.      **Data Exchange**

3.1     So that each Licensor Work can be identified and associated with the corresponding sound recording(s) embodying such Licensor Work, Licensor will provide Ownership Data to Google (and such process is referred to as "**Data Exchange**"). Licensor will use commercially reasonable efforts to:

(a)     provide Ownership Data for all existing Licensor Works within thirty (30) days after full execution of this Agreement; and

(b)     subsequently provide updated Ownership Data as frequently as is necessary to reflect any acquisition, creation or loss of Licensor Works, but no less frequently than monthly throughout the Term.

3.2     At the Effective Date, Licensor is required to provide Ownership Data by delivering a CSV file in the form included in Exhibit B. On written notice to Licensor, Google may require Licensor to provide Ownership Data via a different method/format. However, Google will continue to accept Ownership Data in CSV file format for a reasonable period (as reasonably determined by Google) after the date on which the notice is given.

3.3     **Use of Third-Party Service Provider**. Licensor may engage a reputable third-party service provider to assist Licensor with Data Exchange and/or the management of Licensor Works within the System, provided that: (i) Licensor notifies Google in writing of any such engagement; and (ii) the relevant service provider (which may be engaged, from time to time, by more than one licensor of Musical Works on the Services) executes Google's standard non-disclosure agreement for such service providers. Licensor acknowledges that: (x) notwithstanding any such engagement of a service provider, Licensor remains liable for all of its obligations under this Agreement; and (y) to the extent that Licensor requests that Google delivers reports directly to a service provider engaged in accordance with this Section 3.3, Google's obligations with regards to the delivery of such reports will be fully satisfied if it delivers the reports to the service provider, as requested.

4.      **Content Management**

4.1     **Access to System and Content Management Tools.** The availability of the System will be subject to Licensor separately executing Google's standard Content Identification and Management Agreement

6

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00020807

(the "**CIMA**"). Access to any other tools or features that Google may make available from time to time will be subject to Licensor's ongoing compliance with Google's policies for such tools or features. Without prejudice to Section 11.2, and in addition to any other rights or remedies that may be available to Google, if Licensor is in breach of this Agreement, Google may restrict Licensor's access, in whole or in part, to the System.

4.2     **Catalog Commitment and Monetization.** Subject to Section 4.3 (Licensor Blocks and Removals), Licensor will make available its entire repertoire of Licensor Works (including any Licensor Works acquired by Licensor during the Term) for all uses on the Services. A default Policy of Monetize will be applied to all Licensor Works across the Services.

4.3     **Licensor Blocks and Removals.** Subject to Section 4.4 (Disputes), if there is a bona fide songwriter/composer issue or an actual legal claim relating to the use of a Licensor Work in the Territory (or part of it), Licensor may:

(a)     apply a Block Policy to; or

(b)     use any tool(s) provided by Google to initiate removal from the Services of

the affected Video(s) or Audio-Only Track(s), which embody the Licensor Work, in the Territory, provided that nothing limits any rights that Google or the uploader(s) of the relevant Video(s) or Audio-Only Track(s) may have under applicable law. Licensor may not apply a Block Policy to, or initiate removal of, Art Tracks in the United States and any territories and possessions in which the federal copyright law of the United States applies.

4.4     **Disputes**. Google may establish policies and procedures to resolve Disputes (or any other disagreements) relating to Licensor claims and removals, and Licensor will cooperate with Google to resolve such Disputes (or other disagreements). If, during the course of evaluating whether Licensor has rights to specific content, Licensor reviews content designated as private by a user, Licensor will not disclose the content to any third party except as necessary for this process or a judicial proceeding.

4.5     **Conflicts**. A Conflict may be caused when two or more licensors claim rights to the same Musical Work. If there are any Conflicts regarding ownership of Musical Works that are claimed as Licensor Works, then: (a) Google will promptly notify Licensor (which may be by email or via the System) of such Conflicts; and (b) Licensor will work directly with the other licensors to resolve the Conflicts. Google may notify Licensor (including by email or via the System) to request that Licensor confirm its ownership claims for certain Musical Works that are in Conflict and, if Licensor fails to confirm such ownership claims within the time period specified in the notice (which will be no less than thirty (30) days), Licensor will be deemed to have withdrawn its claims for such Musical Works for the relevant period. Google and Licensor will discuss in good faith ways of automating Conflict resolution and improving the speed at which Conflicts are resolved.

4.6     **Google Removals**. Google has no obligation to make available Videos or Audio-Only Tracks embodying Licensor Works. Further, while Google does not intend, and does not undertake, to monitor content on the Services, if Google is notified by Licensor, or otherwise becomes aware and determines, that any Licensor Work, or Video or Audio-Only Track embodying a Licensor Work:

(a)     violates the intellectual property rights or any other rights of any third party;
(b)     violates any applicable law or is subject to an injunction;
(c)     is pornographic, obscene or otherwise violates Google's policies or other terms of service as may be updated by Google from time to time; or
(d)     may create liability for Google,

Google may elect not to display, or to cease displaying the relevant Video or Audio-Only Track on the Services with no liability to Google. By way of example only, Google may bleep out or scramble explicit

7

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00020808

lyrics or replace an explicit version of a Video or Audio-Only Track with the non-explicit version of the Video or Audio-Only Track (if there is one), based on user preference.

4.7     **Google Servers.** Google and its Affiliates will protect, with commercially reasonable security, the servers within their control that host Licensor Works.

## 5.     Payments and Taxes

5.1     **Advertising.** Google and its Affiliates may serve advertising on any of the Services, including by displaying ads on the Playback Pages and within the YouTube Video Player in conjunction with the display or playback of Videos or Audio-Only Tracks embodying Licensor Works. Google has sole discretion over the style and format of the ads, which may be modified from time to time.

5.2     **Royalties**. Subject to the terms of this Agreement, Google will pay to Licensor the royalties stated in Exhibit A (the "**Royalties**"). The Royalties will be calculated by Google separately for the AVOD Service and for each SVOD Service based on the current Ownership Data in the System, as provided to Google by its music publishing licensors (including Licensor) in the Territory, as at the point at which such calculations are made. Google will retain all other revenues derived from the Services, including any revenues from ads that may appear on the homepage and any search results pages.

5.3     **Multiple SVOD Services**. If any Video or Audio-Only Track embodying a Licensor Work is available in more than one SVOD Service that a particular user has subscribed to, and the user watches such Video or Audio-Only Track, then Google will pay Licensor, in accordance with Exhibit A, based on the SVOD Service in which that Video or Audio-Only Track was viewed or, if that is not technically feasible for Google, based on the SVOD Service with the highest ranking, as determined by Google. Google will rank SVOD Services based on the SVOD Service with the most Net Subscription Revenue in the relevant period, as of the date on which such determination is made. Google may recalculate rankings based on factors such as, by way of example only, adding or removing SVOD Services or if there is a significant change in the composition of any SVOD Services. Licensor will be paid for views in one SVOD Service only, and will not be paid for the same view of a Video or Audio-Only Track embodying a Licensor Work in multiple SVOD Services.

5.4     **Payment Terms.** Within sixty (60) days after the end of each calendar month during the Term, Google will pay to Licensor any Royalties payable for such month, provided that: (i) Licensor's earned balance is at least one hundred US dollars ($100) at the time payment is calculated; (ii) Licensor has an active AdSense account (or such other type of payment account as may be required by Google from time to time) associated with Licensor's YouTube user account(s); and (iii) Licensor provides any additional information reasonably required by Google in order to process payment, including accurate contact information and tax identification numbers and forms. Google has no obligation to pay any Royalties relating to Musical Works (or parts thereof) claimed as Licensor Works that are in Conflict or Dispute. The number of queries, impressions of and clicks on ads, as reported by Google to the relevant advertiser, will be the number used in calculating payments under this Agreement. Google will pay Licensor by electronic funds transfer to Licensor's designated bank account. Any bank fees related to returned or cancelled payments due to a contact or payment information error or omission by Licensor may be deducted from any newly issued payment. If Google overpays Licensor for any period, Google may withhold the amount of such overpayment and offset it against any amount(s) that would subsequently otherwise be payable by Google to Licensor under this Agreement or the YouTube Accrued Royalties Payment Agreement.

5.5     Google's payment or crediting of royalties to a third-party licensor for the use of Musical Works that are Licensor Works (but which had not been identified by Licensor as Licensor Works) extinguishes Google's payment obligations to Licensor for the use of such Licensor Works for which the third-party licensor was paid or was credited with royalties. Licensor's sole recourse regarding Royalties that would otherwise have been payable by Google will be to the third-party licensor that received or was credited with such payment.

8

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00020809

5.6 **Non-Qualifying Ads.** Notwithstanding any other provision of this Agreement, Google will not be liable, and reserves the right to withhold payment or charge back Licensor's account or demand a refund from Licensor, for any payment based on the following:

(a) any amounts which result from invalid queries, or invalid clicks on ads, generated by any person, bot, automated program or similar device, including through any clicks or impressions: (i) originating from Licensor's IP addresses or computers under Licensor's control, or (ii) solicited by payment of money, false representation or request for users to click on ads;

(b) ads delivered to users whose browsers have JavaScript disabled;

(c) Google advertisements for its own products or services;

(d) clicks co-mingled with a significant number of invalid clicks, as described in Section 5.6(a); or

(e) as a result of any breach of Section 5.7 (Prohibited Acts) or Section 7 (Representations and Warranties) by Licensor.

Google may withhold payment of amounts due as a result of any of the foregoing, pending Google's reasonable investigation and Licensor will cooperate with Google in any such investigation.

5.7 **Prohibited Acts.** Licensor will not, and will not authorize or encourage any third party to, directly or indirectly generate queries, impressions of, or clicks on any ad or to obtain access to Licensor Works through any automated, deceptive, fraudulent or other invalid means, including via repeated manual clicks, the use of robots or other automated query tools, computer generated search requests, and the fraudulent use of other search engine optimization services or software. Google may investigate any activity that may violate this Section 5.7, and Licensor will cooperate with Google in any such investigation.

5.8 **Full Payment.** Royalties payments will represent a full and final settlement for the exploitation of the Licensor Works by Google on the Services in the Territory for the period from inception of the Services to the end of the Term.

5.9 **Taxes**. Google will be responsible for any taxes relating to payments it makes under or related to this Agreement other than taxes based on Licensor's income. If Google is required to deduct or withhold taxes from any payments made to Licensor and remit such taxes to the local taxing jurisdiction, then Google will withhold such taxes and will pay to Licensor the remaining net amount after the taxes have been withheld. Licensor will be responsible for any taxes relating to payments it makes to third parties in relation to this Agreement.

5.10 **Reporting**. Within sixty (60) days after the end of each calendar month, Google will make available to Licensor, via the System, usage reports for the AVOD Service and the SVOD Services (for which Google has used the rights granted by Licensor in this Agreement) in the form generally made available to similarly situated Google partners at that time. At a minimum, the reports will include, on a per Licensor Work basis, for all Videos and Audio-Only Tracks embodying Licensor Works: (i) the total views/plays and Licensor's share of revenue generated for that month; and (ii) the number of daily views/plays.

6. **Songwriter Credits and Tools**. Google may use the Ownership Data, and data received from its other music licensors, together with its own data regarding the usage of Musical Works (including Licensor Works) on the Services, to: (a) provide songwriter/composer credits on the Services; (b) create tools and analytics for songwriters/composers (for example, in the form of dashboards) and publicly available metrics, insights and charts; and (c) create algorithms for, and improvements to, the Services. Accordingly, Licensor grants to Google (and its Affiliates) the right to use for such purposes the Ownership Data provided by Licensor under this Agreement.

7. **Representations and Warranties**

9

Google Confidential

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00020810

7.1 Each party represents and warrants that it has full power and authority to enter into and fulfill its obligations under this Agreement.

7.2 Licensor represents and warrants that:

(a) it has and will maintain throughout the Term all rights, authorizations and licenses that are required to fully perform its obligations under this Agreement, to grant the rights and licenses granted in this Agreement, and to permit Google to exploit the Licensor Works as contemplated in this Agreement;

(b) all data provided by Licensor under this Agreement will be accurate and complete; and

(c) Google's authorized use of Licensor Works does not and will not infringe any third-party rights, including rights arising from contracts between Licensor and third parties, copyright, trademark, trade secret, moral rights, privacy rights, rights of publicity, or any other intellectual property or proprietary rights.

8. **Disclaimers.** TO THE MAXIMUM EXTENT PERMITTED BY LAW, EXCEPT FOR THE EXPRESS WARRANTIES MADE BY THE PARTIES IN SECTION 7 (REPRESENTATIONS AND WARRANTIES), THE PARTIES DISCLAIM ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE OR NON-INFRINGEMENT.

9. **Indemnification**

9.1 **Indemnity**. Licensor will indemnify Google and its Affiliates, directors, officers and employees against all liabilities, damages, losses, costs, fees (including reasonable legal fees) and expenses relating to any allegation or third-party legal proceeding to the extent based upon or otherwise arising from:

(a) Google's (and its Affiliates') authorised use of any Licensor Works or Musical Works that are not Licensor Works but which are claimed by Licensor (including under Section 3 (Data Exchange)) as Licensor Works, or any other content or materials made available by Licensor to Google under this Agreement; or

(b) a claim alleging facts that would constitute a breach of Licensor's warranties in Section 7 (Representations and Warranties)

(each a "**Third-Party Legal Proceeding**").

9.2 **Conditions**. The obligation to indemnify under Section 9.1 (Indemnity) is subject to:

(a) Google promptly notifying Licensor of the Third-Party Legal Proceeding and cooperating reasonably with Licensor to resolve the Third-Party Legal Proceeding; and

(b) Google not agreeing to any settlement of the Third-Party Legal Proceeding that requires Licensor to admit liability, pay money, or take (or refrain from taking) any action, without Licensor's prior written consent (not to be unreasonably withheld or delayed).

10. **Limitation of Liability**

10.1 IN THIS SECTION 10 (LIMITATION OF LIABILITY): (A) "**LIABILITY**" MEANS ANY LIABILITY, WHETHER UNDER CONTRACT, TORT (INCLUDING NEGLIGENCE), OR OTHERWISE, AND WHETHER OR NOT FORESEEABLE OR CONTEMPLATED BY THE PARTIES; AND (B) "**CLAIM**" MEANS ANY CLAIM, DEMAND, PROCEEDING, ACTION OR COMPLAINT OF ANY NATURE UNDER OR IN CONNECTION WITH THIS AGREEMENT.

10

Google Confidential

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

10.2 **Limited Liabilities**. SUBJECT TO SECTION 10.3 (UNLIMITED LIABILITIES):

(A) NEITHER PARTY WILL HAVE ANY LIABILITY ARISING OUT OF OR RELATING TO THIS AGREEMENT FOR:

(I) LOSS OF PROFITS, REVENUE, BUSINESS OPPORTUNITY, AND ANTICIPATED SAVINGS;

(II) LOSS OR CORRUPTION OF DATA;

(III) INDIRECT, SPECIAL OR INCIDENTAL LOSSES; OR

(IV) EXEMPLARY OR PUNITIVE DAMAGES; AND

(B) EACH PARTY'S TOTAL AGGREGATE LIABILITY FOR ALL CLAIMS IN A CONTRACT YEAR UNDER THIS AGREEMENT IS LIMITED TO THE GREATER OF:

(I) FIFTY THOUSAND US DOLLARS (US$50,000); OR

(II) THE AMOUNT PAID AND PAYABLE BY GOOGLE TO LICENSOR UNDER THIS AGREEMENT IN THE RELEVANT CONTRACT YEAR.

10.3 **Unlimited Liabilities**. NOTHING IN THIS AGREEMENT EXCLUDES OR LIMITS EITHER PARTY'S LIABILITY FOR:

(A) DEATH OR PERSONAL INJURY RESULTING FROM ITS NEGLIGENCE OR THE NEGLIGENCE OF ITS EMPLOYEES, CONTRACTORS OR AGENTS;

(B) FRAUD OR FRAUDULENT MISREPRESENTATION;

(C) BREACH OF SECTION 12 (CONFIDENTIALITY);

(D) PAYMENT OBLIGATIONS UNDER SECTION 5 (PAYMENTS AND TAXES);

(E) INDEMNITY OBLIGATIONS UNDER SECTION 9 (INDEMNIFICATION); OR

(F) MATTERS FOR WHICH LIABILITY CANNOT BE EXCLUDED OR LIMITED UNDER APPLICABLE LAW.

## 11. Term and Termination

11.1 **Term.** This Agreement will commence on the Effective Date and will continue until the end of the calendar month that is three (3) years after the Effective Date unless terminated earlier in accordance with Section 11.2 (Termination) (the "**Initial Term**"). After the Initial Term, this Agreement will automatically renew for additional one (1) year terms unless either party gives at least sixty (60) days' written notice before the end of the Initial Term or then-current renewal term (as applicable) of its intent not to renew (the Initial Term and all renewal terms, collectively, the "**Term**"). This Agreement supersedes and replaces any prior publishing license agreement between the parties for YouTube in the Territory (the "**Prior Agreement**"), and the Prior Agreement will automatically terminate on the Effective Date, subject to any terms of the Prior Agreement that were deemed (in the Prior Agreement) to survive any expiry or termination of the Prior Agreement.

11.2 **Termination.**

(a) Either party may suspend performance or terminate this Agreement upon written notice to the other party if the other party:

Google Confidential

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                    GOOG-SCHNDR-00020812

(i)    is in material breach of this Agreement where such breach is incapable of remedy; or

(ii)    is in material breach of this Agreement where such breach is capable of remedy, and fails to remedy that breach within thirty (30) days after receiving written notice of such breach.

(b)    Either party may suspend performance or terminate this Agreement with immediate effect upon written notice to the other party, if:

(i)    the other party is, or is deemed for the purposes of any applicable law to be, unable to pay its debts as they fall due for payment;

(ii)    a petition for bankruptcy or other document relating to the insolvency of the other party is filed with a court or any other competent body;

(iii)    the other party makes an assignment for the benefit of its creditors, or a receiver (or a similar supervisor or officer) is appointed for the other party, its business or its assets; or

(iv)    any event analogous to the events listed in (i) to (iii) above takes place in any jurisdiction.

(c)    Google may terminate this Agreement immediately upon written notice to Licensor if Licensor breaches its warranties in Section 7 (Representations and Warranties).

(d)    Google may terminate this Agreement for convenience upon no less than sixty (60) days' prior written notice to Licensor.

11.3    **Content Removal.** Following any expiry or termination of this Agreement, if Licensor has a surviving CIMA, Licensor will manage the display of Licensor Works on the Services via the System under such CIMA, save that: (a) all of Licensor's claims within the System may be set to a Track Policy (and Licensor may choose to change the match Policy to Block); and (b) Licensor will no longer be able to apply a Monetize Policy. If Licensor does not have a surviving CIMA, all of Licensor's claims within the System may be released (including Licensor claims relating to 'monetized' content) and Google will use commercially reasonable efforts to cease display of Licensor Works to users within thirty (30) days after the effective date of expiry or termination (provided that the parties acknowledge and agree that any expiry or termination of this Agreement will be without prejudice to any separate rights to continue to include Licensor Works in the Services that may exist under applicable law (including, for example, under the principles of "fair use")).

11.4    **Survival.** Sections 8 (Disclaimers), 9 (Indemnification), 10 (Limitation of Liability), 11 (Term and Termination), 12 (Confidentiality) and 13 (General), and any other clauses that under their terms or by implication ought to survive, will survive the expiry or termination of this Agreement.

## 12.    <u>Confidentiality</u>.

12.1    The recipient of Confidential Information will not disclose it, except to Affiliates, employees, agents or professional advisors who need to know it and who have agreed in writing (or, in the case of professional advisors, are otherwise bound) to keep it confidential. The recipient will ensure that those people and entities use the received Confidential Information only to exercise rights and fulfil obligations under this Agreement, and that they keep it confidential. The recipient may also disclose Confidential Information when required by law, after giving reasonable notice to the discloser (if giving such notice is permitted by law).

12.2    Section 12.1 does not prevent Licensor from sharing (on a confidential basis) with an individual songwriter/composer client of Licensor such information as is reasonably required to explain to that songwriter/composer the basis and calculation methodology of the underlying payments, from Google to Licensor under this Agreement, on which his/her Licensor distributions are based (including, if applicable, for the AVOD Service, on a video-by-video basis, the number of views and the Net Ad

Google Confidential

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00020813

Revenues reported by Google to Licensor for each Video and Audio-Only Track that embodies a Licensor Work in which the relevant writer/composer holds rights). Notwithstanding the foregoing, in no circumstances will Licensor disclose to any songwriter/composer client or other third party (save in accordance with Section 12.1) the total Royalties (or any sub-totals for the AVOD Service or any SVOD Service) paid, credited or otherwise reported to Licensor for any period.

## 13.   General

13.1   **Publicity.** Neither party may make any public statement about this Agreement (other than to confirm the existence of this Agreement) without the other's written approval.

13.2   **Notices.** All notices of termination or breach must be in English, in writing and addressed to the other party's Legal Department. The email address for notices being sent to Google's Legal Department is legal-notices@google.com.  All other notices must be in English, in writing and addressed to the other party's primary contact. Emails are written notices. Notice will be treated as given on receipt, as verified by written or automated receipt or by electronic log (as applicable).

13.3   **Assignment**. Neither party may assign any part of this Agreement without the written consent of the other party, except to an Affiliate where: (a) the assignee has agreed in writing to be bound by the terms of this Agreement; (b) the assigning party remains liable for obligations under this Agreement if the assignee defaults on them; and (c) the assigning party has notified the other party of the assignment. Any other attempt to assign is void.

13.4   **Change of Control**. If a party experiences a change of control (for example, through a stock purchase or sale, merger, or other form of corporate transaction): (i) that party will give written notice to the other party within thirty (30) days after the change of control; and (ii) the other party may immediately terminate this Agreement at any time between the change of control and thirty (30) days after it receives that written notice.

13.5   **Force Majeure**. Neither party will be liable for failure or delay in performance to the extent caused by circumstances beyond its reasonable control.

13.6   **No Waiver**. Neither party will be treated as having waived any rights by not exercising (or delaying the exercise of) any rights under this Agreement.

13.7   **Independent Contractors; No Agency**. The parties are independent contractors. This Agreement does not create any agency, partnership, joint venture, or employment relationship.

13.8   **No Third-Party Beneficiaries**. This Agreement does not confer any benefits on any third party unless it expressly states that it does. Google's Affiliates, directors, officers and employees are third-party beneficiaries under Section 9.1 (Indemnity).

13.9   **Counterparts**. The parties may execute this Agreement in counterparts, including facsimile, PDF, and other electronic copies, which taken together will constitute one document.

13.10   **Amendments**. Any amendment must be in writing, signed by both parties, and expressly state that it is amending this Agreement.

13.11   **Entire Agreement**. Subject to Section 10.3(B), this Agreement states all terms agreed between the parties and supersedes all other agreements between the parties relating to its subject matter. In entering into this Agreement, neither party has relied on, and neither party will have any right or remedy based on, any statement, representation or warranty (whether made negligently or innocently), except those expressly stated in this Agreement.

13.12   **Severability**. If any part of this Agreement is invalid, illegal, or unenforceable, the rest of this Agreement will remain in effect.

13

Google Confidential

GOOG-SCHNDR-00020814

13.13   **Conflicting Terms**. To the extent this Agreement conflicts with the CIMA, this Agreement will govern.

13.14   **Conflicting Languages**. If this Agreement is translated into any other language, and there is a discrepancy between the English text and the translated text, the English text will govern.

13.15   **Governing Law**. ALL CLAIMS ARISING OUT OF OR RELATING TO THIS AGREEMENT WILL BE GOVERNED BY CALIFORNIA LAW, EXCLUDING CALIFORNIA'S CONFLICT OF LAWS RULES, AND WILL BE LITIGATED EXCLUSIVELY IN THE FEDERAL OR STATE COURTS OF SANTA CLARA COUNTY, CALIFORNIA, USA. THE PARTIES CONSENT TO PERSONAL JURISDICTION IN THOSE COURTS.


**Signed by the parties' authorized representatives on the dates below**.

| GOOGLE | [LICENSOR] |
|---|---|
| By: | By: |
| Name: | Name: |
| Title: | Title: |
| Date: | Date: |

Google Confidential

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                    GOOG-SCHNDR-00020815

## EXHIBIT A

## ROYALTIES

Where Google uses the rights granted in this Agreement for the exhibition of content via the Services, the royalty rates in this Exhibit A will apply. If there is no Prior Agreement between Google and Licensor, Royalties will be payable from the date on which Google sets up Licensor's "Content Owner" in the System. Google will set up Licensor's Content Owner as soon as reasonably practicable after the Effective Date.

References in this Exhibit A, and in the definitions of "Licensor Music Video Allocation", "Licensor User Cover Video Allocation", "Licensor User Video with Commercial Sound Recording Allocation", "Licensor Art Track Allocation", "Licensor Audio-Only Allocation", and "Total Allocation", to "**identified by or in Google's systems as embodying Licensor Works**" mean that: (i) Licensor has claimed (via the Data Exchange process or otherwise via the System) that the relevant Video or Audio-Only Track includes a Licensor Work; (ii) the claim is not in Conflict; and (iii) there is no Dispute. Where there is reference to Licensor's "pro rata share", such share will be calculated in accordance with paragraph 8 of this Exhibit A.

1.   **Licensor Music Videos.** For each accounting period under this Agreement, Google will pay to Licensor Licensor's pro-rata share of:

(a)   **Licensor's Share of Net Ad Revenues:** ▇▇▇▇▇▇ of Net Ad Revenues attributable, in the Territory during such accounting period, to on-demand streams and playbacks of Conditional Downloads of Music Videos that have been identified by or in Google's systems as embodying Licensor Works; and

(b)   **Licensor's Share of Net Subscription Revenue**: for each SVOD Service for which Google uses the rights granted under this Agreement, ▇▇▇▇▇▇ of Net Subscription Revenue for the SVOD Service, in the Territory during such accounting period, multiplied by the Licensor Music Video Allocation for such accounting period.

2.   **User Cover Videos.** For each accounting period under this Agreement, Google will pay to Licensor Licensor's pro-rata share of:

(a)   **Licensor's Share of Net Ad Revenues:** ▇▇▇▇▇▇ (which may be reduced to no less than ▇▇▇▇▇▇, if Google enters into a revenue sharing arrangement with the relevant user) of Net Ad Revenues attributable, in the Territory during such accounting period, to on-demand streams and playbacks of Conditional Downloads of User Cover Videos that have been identified by or in Google's systems as embodying Licensor Works; and

(b)   **Licensor's Share of Net Subscription Revenue**: for each SVOD Service for which Google uses the rights granted under this Agreement, ▇▇▇▇▇▇ (which may be reduced to no less than ▇▇▇▇▇▇, if Google enters into a revenue sharing arrangement with the relevant user) of Net Subscription Revenue for the SVOD Service, in the Territory during such accounting period, multiplied by the Licensor User Cover Video Allocation for such accounting period.

3.   **User Videos with Commercial Sound Recordings.** For each accounting period under this Agreement, Google will pay to Licensor Licensor's pro-rata share of:

(a)   **Licensor's Share of Net Ad Revenues:** ▇▇▇▇▇▇ of Net Ad Revenues attributable, in the Territory during such accounting period, to on-demand streams and playbacks of Conditional Downloads of User Videos with Commercial Sound Recordings that have been identified by or in Google's systems as embodying Licensor Works; and

(b)   **Licensor's Share of Net Subscription Revenue**: for each SVOD Service for which Google uses the rights granted under this Agreement, ▇▇▇▇▇▇ of Net Subscription

Google Confidential

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00020816

Revenue for the SVOD Service, in the Territory during such accounting period, multiplied by the Licensor User Video with Commercial Sound Recording Allocation for such accounting period.

4. **Licensor Art Tracks**. For each accounting period under this Agreement, Google will pay to Licensor Licensor's pro-rata share of:

(a) **Licensor's Share of Net Ad Revenues**: ██████████████ of Net Ad Revenues attributable, in the Territory during such accounting period, to on-demand streams and playbacks of Conditional Downloads of Art Tracks that have been identified by or in Google's systems as embodying Licensor Works; and

(b) **Licensor's Share of Net Subscription Revenue**: for each SVOD Service for which Google uses the rights granted under this Agreement, ██████████████ of Net Subscription Revenue for the SVOD Service, in the Territory during such accounting period, multiplied by the Licensor Art Track Allocation for such accounting period.

5. **Licensor Audio-Only Tracks**. For each accounting period under this Agreement, Google will pay Licensor Licensor's pro-rata share of:

(a) **Licensor's Share of AVOD Service Net Ad Revenues**: the applicable Revenue Percentage (as defined in paragraph 5(c) below) of Net Ad Revenues attributable, in the Territory during such accounting period, to on-demand streams and playbacks of Conditional Downloads of Audio-Only Tracks in the AVOD Service that have been identified by or in Google's systems as embodying Licensor Works, less applicable performance royalties that have been or will be expensed by Google in connection with Audio-Only Tracks in the AVOD Service that have been identified by or in Google's systems as embodying Licensor Works in the Territory during the applicable accounting period; and

(b) **Licensor's Share of SVOD Service Revenues**: For each SVOD Service for which Google uses the rights granted under this Agreement, (X) minus (Y) where:

(i) "**(X)**" means the greater of:

(A) the applicable Revenue Percentage of Net Ad Revenues attributable in the Territory during such accounting period to on-demand streams and playbacks of Conditional Downloads of Audio-Only Tracks (via that SVOD Service) that have been identified by or in Google's systems as embodying Licensor Works, plus the applicable Revenue Percentage of Net Subscription Revenue for such SVOD Service, in the Territory during the accounting period, multiplied by the Licensor Audio-Only Allocation for such accounting period; and

(B) the Licensor Audio-Only Allocation multiplied by the applicable Content Cost Percentage (as defined in paragraph 5(c) below) of the amounts expensed by Google to Sound Recording Licensors solely for on-demand streams and playbacks of Conditional Downloads of Audio-Only Tracks (via that SVOD Service) that have been identified by or in Google's systems as embodying Licensor Works, in the Territory during the accounting period.

(ii) "**(Y)**" means the applicable public performance royalties that have been or will be expensed by Google in connection with Audio-Only Tracks in that SVOD Service that have been identified by or in Google's systems as embodying Licensor Works, in the Territory during the applicable accounting period.

(c) **Audio-Only Rates**: The royalty calculations stated in this paragraph 5 will be made using the rates in the below table (the "**Audio-Only Rates**"):

16

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| Year | 2018 | 2019 | 2020 | 2021 | 2022 and beyond |
|---|---|---|---|---|---|
| "**Revenue Percentage**" | █████████████████████████████████████ | | | | |
| "**Content Cost Percentage**" | | | | | |

(d) **Changes to Audio-Only Rates**: If the rates that apply to interactive streams under 17 U.S.C. Section 115 and its implementing regulations for the periods from 2018-2022 are modified as the result of an appeal, or otherwise, then the final non-appealable rates resulting from the proceeding, as published in the Federal Register (the "**Revised Audio-Only Rates**"), will, to the extent such rates are used in the calculations for the SVOD Services and AVOD Service, as stated in this paragraph 5, apply instead of the Audio-Only Rates or any prior rates for Audio-Only Tracks (together, the "**Prior Audio-Only Rates**"), including on a retroactive basis, if and to the extent applicable. The relevant party will make a true-up payment (or, at Google's election, an offset against payments due to Licensor under this Agreement or any successor agreement) reflecting the difference between the Revised Audio-Only Rates and the Prior Audio-Only Rates, but only for the portion of the Term and the term of a prior agreement during which such Revised Audio-Only Rates are effective. To the extent that such Revised Audio-Only Rates reflect a materially different economic structure from the Prior Audio-Only Rates (e.g. per-play rates), then such rates will not automatically supersede the Audio-Only Rates, and instead, the parties will enter into good faith discussions as to whether and how this Agreement should be modified in response to the Revised Audio-Only Rates.

The rates and terms stated in this paragraph 5 will apply to any Audio-Only Service in the Territory, save that no Royalties are payable for rights commonly referred to as reproduction or mechanical reproduction rights in relation to any component of an Audio-Only Service that complies with 17 U.S.C. § 114 (including with the sound recording performance complement, as defined in 17 U.S.C. § 114(j)), as may be amended from time to time during the Term, for eligible non-subscription transmissions (as defined in 17 U.S.C. § 114(j)(6)) (i.e. is 'DMCA-compliant'). For the purposes of this paragraph 5, "**Audio-Only Service**" means a free-to-the-user, predominantly audio-only streaming service, which may or may not be supported by advertising, available on YouTube (including via any music-specific application, and which may be accessible on any user device). For clarity, any Videos that are made available within an Audio-Only Service will be licensed under this Agreement and Royalties for such Videos will be payable pursuant to paragraphs 1 to 4 of this Exhibit A (Royalties).

6. **U.S. SVOD Service Royalties Minimum.** For each accounting period under this Agreement, the "**U.S. SVOD Service Minimum**" will, for each SVOD Service for which Google uses the rights granted under this Agreement, equal the product of:

(the Total Allocation for that accounting period)

x



x

(the number of users who subscribe to the relevant SVOD Service in the Territory during that accounting period, excluding Free Trial users, Sub-Account Holders, Promoter Account users, in-store demo users, and users of any other Google subscription service).

If the sum of:

(a) the portion of Licensor's advertising revenue share that relates to the relevant SVOD Service, as calculated under paragraphs 1(a), 2(a), 3(a), and 4(a) of this Exhibit A;

(b) Licensor's share of Net Subscription Revenue for the relevant SVOD Service, as calculated under paragraphs 1(b), 2(b), 3(b) and 4(b) of this Exhibit A; and

(c) the result of the revenue share calculations for Audio-Only Tracks for the relevant SVOD Service, as calculated under paragraph 5 of this Exhibit A

17

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY          GOOG-SCHNDR-00020818

is less than the U.S. SVOD Service Minimum for the relevant SVOD Service, then Google will pay to Licensor the U.S. SVOD Service Minimum instead of (and Licensor will not receive) the Royalties calculated under the relevant parts of paragraphs 1 through 5 of this Exhibit A for the relevant SVOD Service).

7. **Unclaimed Royalties.** The distribution of any royalties accrued by Google for the reproduction (but not public performance) of content embodying Unclaimed Musical Works (as defined below) on the Services in the Territory will be subject to Google's standard YouTube Accrued Royalties Payment Agreement and not this Agreement. "**Unclaimed Musical Works**" means Musical Works (or shares of Musical Works) for which ownership of the reproduction right has not been asserted to Google (or "claimed") via the System (or any other accepted method) by or on behalf of Licensor or any third-party licensor of rights in Musical Works for the Services in the Territory. For the purposes of this paragraph 7, Google may treat as Unclaimed Musical Works any Musical Works that remain in Conflict for a specified period of time, as reasonably determined by Google, but such period will be no less than one (1) year.

8. **Proration.** All calculations of Royalties (including the U.S. SVOD Service Minimum) may be prorated to account for: (a) the share of each Musical Work that Licensor claims as a Licensor Work in accordance with this Agreement; and (b) the number of Musical Works claims or total claims (as asserted via the System) on each streamed or Conditionally Downloaded Video or Audio-Only Track. Google may apportion payment to each claiming owner or administrator (including a user) of the exploited rights on a pro rata basis (either across all claims on the Video or Audio-Only Track, or across claims for those portions of the Video or Audio-Only Track actually viewed/listened to (as applicable) by a user, as determined by Google) with a proportional discount in any U.S. SVOD Service Minimum.

9. **Calculations.** Royalties will be calculated separately for each SVOD Service and may also be calculated separately for particular pools of subscribers (e.g., for Family Account subscribers). Playbacks of previews will not count towards any calculation of Licensor's pro-rata share under this Agreement (e.g., Licensor Music Video Allocation, Audio-Only Allocation, etc.). Google may choose to: (a) calculate Licensor's share for an SVOD Service on a per-user basis instead of across the entire SVOD Service; (b) substitute views in the Royalties calculations with watchtime; and/or (c) include in Royalties calculations only those views that exceed a minimum duration. Google may also amortize any pre-payments (e.g., for annual subscriptions) across the time period for which the pre-payment applies. Further, Google may calculate subscribers to an SVOD Service for a particular calendar month by either: (i) looking at the number of subscribers to such SVOD Service at a defined point of time in such calendar month (e.g., at the end of such month); or (ii) adding the number of subscribers on each day of such calendar month and dividing that sum by the number of days in such calendar month, in each case excluding Free Trial users.

10. **Alternative Tiers.** Google may offer additional tiers of, or features within, the Services (such as, by way of example only, a lossless or HD tier of service) or create/recognise new content types on the Services (each such tier, feature or content type, an "**Alternative Tier**"). Under this Agreement, Google may include Licensor Works in any Alternative Tier and, if the Alternative Tier is not already covered by the Royalty rates/provisions stated in this Agreement, Google will pay Licensor royalties at rates that are at least as favorable as the rates that it pays to at least one (1) major publisher for such Alternative Tier.

11. **Rate Change.** If any major publisher agrees to any royalty rates for the Services that are lower than the rates stated in this Exhibit A, including for bundling, Google may reduce Licensor's analogous rates accordingly, following written notice to Licensor.

12. **Cross Authentication.** If Google offers another music subscription service (e.g., Play Music), then Google may permit subscribers to the other Google music subscription service to access the SVOD Services and vice versa at no additional cost to them or to Google. Additionally, if Google offers a so-called 'site-wide' SVOD Service (e.g., YouTube Premium), then Google may permit subscribers to such SVOD Service to access all other SVOD Services at no additional cost to them or to Google. No person will be counted as a subscriber more than once, unless he/she is paying separately for more than one subscription service (e.g., an SVOD Service subscriber who accesses another Google music

Google Confidential

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00020819

subscription service will be counted only as a subscriber of the SVOD Service, and not as a subscriber of both the SVOD Service and the other Google music subscription service).

13. **Bundling**. If Google bundles an SVOD Service with other products and services (including other SVOD Services), Google may lower the U.S. SVOD Service Minimum for the SVOD Service by multiplying the U.S. SVOD Service Minimum by the Bundle Percentage. "**Bundle Percentage**" means: (a) a percentage equal to the dollar value of the SVOD Service in the bundle (as reasonably determined by Google) divided by the regular retail price of that SVOD Service in the Territory; or (b) for bundles of an SVOD Service with YouTube TV, ████████████████. No revenue will be attributable to the SVOD Service portion of a bundle during a Free Trial. For clarity, if Google bundles the AVOD Service (e.g., if the AVOD Service is made available via a paid application or website), then no additional Royalties will be payable to Licensor under this Agreement for such bundles.

14. **Free Trials**. "**Free Trial**" means a period of access to an SVOD Service that is granted to prospective subscribers to such SVOD Service either for free or for a nominal fee (e.g., $1 per month during the trial months). For the first month of any Free Trial offered by Google, any otherwise applicable U.S. SVOD Service Minimum will be waived, and for the second and third months of any Free Trial (if applicable), the applicable U.S. SVOD Service Minimum will be discounted by ████████████████. Such discounts will only apply to one Free Trial of each SVOD Service for a given prospective subscriber in any twelve (12) month period, except that Google may: (a) combine one fourteen (14) day Free Trial with one extended Free Trial of up-to-three (3) months (which may or may not be contiguous) in such twelve (12) month period, and use the applicable discounts for both Free Trials; and (b) apply the discounts to Free Trials offered to users who sign up via Google Home and similar assistant-enabled or -controlled devices regardless of when their last trial took place. Google may make any days within a Free Trial non-contiguous (e.g., a five (5) day trial followed by a two (2) week trial a month later would all count as part of the first trial month). Save as stated in this paragraph 14, if Google provides additional Free Trials of an SVOD Service to a prospective subscriber who has already had a Free Trial of that SVOD Service within the previous twelve (12) months, the full U.S. SVOD Service Minimum will apply to the additional Free Trial(s) of the SVOD Service. Free Trial users will have all of the same rights as paying subscribers to the relevant SVOD Service during their Free Trial. For clarity, a month will be up to thirty-one (31) days.

15. **Promotional Plans.** The following discounts to any applicable U.S. SVOD Service Minimum will apply:

   (a)   **Family Accounts.** If Google offers family subscription accounts for SVOD Services (each a "**Family Account**"), each Family Account may be shared by up to six (6) people, consisting of one (1) "**Master Account Holder**" (the user who pays for the Family Account) and up to five (5) "**Sub-Account Holders**". The U.S. SVOD Service Minimum for a Family Account will be ███ ████████████████ of the otherwise applicable U.S. SVOD Service Minimum and there will be no separate U.S. SVOD Service Minimum for each Master Account Holder and Sub-Account Holder under such Family Account. The Free Trial period, if any, for each Sub-Account Holder will be determined by (i.e., will be the same as) the Master Account Holder's Free Trial period. Except as expressly stated in this Agreement, each Sub-Account Holder will be treated as a "subscriber", and all terms of this Agreement will apply equally and separately to each such subscriber.

   (b)   **Annual and Six-Month Plans.** If Google offers discounted plans in which a subscriber pays a discounted price for a full year or six (6) months (as applicable) of access to a particular SVOD Service, the U.S. SVOD Service Minimum will be discounted for such plans by an amount equal to the corresponding discount to the standard retail price for a full year or six (6) months (as applicable) of access. However, the discounted amount will not exceed: (i) two (2) months' U.S. SVOD Service Minimum for a full year subscription, and (ii) one (1) month's U.S. SVOD Service Minimum for a six (6) month subscription.

   (c)   **Student Plans.** Google may offer discounted student plans whereby student subscribers pay a discounted price for access to a particular SVOD Service. In such cases, the U.S. SVOD Service

Google Confidential

GOOG-SCHNDR-00020820

Minimum will also be discounted by an amount equal to the corresponding discount to the standard retail price of the SVOD Service, subject to a maximum discount of ███████████.

(d)    **Demo Accounts**. No U.S. SVOD Service Minimum will apply to (i) in-store demonstrations and (ii) up to ███████████ Promoter Accounts in the Territory at any given time. The relevant U.S. SVOD Service Minimum will apply to additional Promoter Accounts. "**Promoter Account**" means an account used by a person who works for or on behalf of an OEM, wireless carrier, bundle partner, music rightsholder or an influencer to demonstrate, promote, influence or encourage the use of an SVOD Service.

(e)    **Winback Offers**. Notwithstanding paragraph 14 of this Exhibit A (Free Trials), if Google offers discounted "winback" trials to lapsed paid subscribers who previously subscribed to an SVOD Service for over six (6) months, the U.S. SVOD Service Minimum will be discounted, in such cases, by an amount equal to the corresponding discount to the standard retail price of the SVOD Service, subject to a maximum discount of ███████████ and a maximum duration of six (6) months.

(f)    **Limited Device Offers**. If Google offers discounted subscription plans granting access to a particular SVOD Service on one (1) single non-mobile device (e.g., a Google Home-only or a desktop-only subscription), the U.S. SVOD Service Minimum will be discounted, in such cases, by an amount equal to the corresponding discount to the standard retail price of the SVOD Service, subject to a maximum discount of ███████████.

(g)    **Carrier-billing and In-app Fees**. Where carrier-billing charges, carriage or in-app commission fees, or any other fees to platform, device or other distribution partners are paid in connection with transactions for an SVOD Service and deducted from the relevant gross revenue calculation in accordance with this Agreement, the U.S. SVOD Service Minimum will be reduced by the same proportion as the effective reduction on the retail price of the relevant SVOD Service in the Territory.

16.    **Other Opt-In Features**. If Google makes available any opt-in features that are subject to additional or separate terms, and Licensor chooses to opt in to any such feature, Licensor's use of, or inclusion in, such feature will be subject to the additional or separate terms. If there is any irreconcilable conflict between such terms and this Agreement, such terms will control in connection with the relevant opt-in feature.

Google Confidential

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00020821

## EXHIBIT B

### File Format of YouTube Audio Composition Template (CSV)

### Field Definitions

| Field | Importance | Description |
|---|---|---|
| Custom_ID | Required | A unique value that you use to identify a composition asset. |
| Asset_ID | Optional | The ID of the composition asset you wish to update. Each particular value should only appear once on the CSV. |
| Related_ISRC | *Optional | The ISRC (International Standard Recording Code) of a sound recording. |
| Related_Asset_ID | *Optional | Related Asset IDs of the sound recording assets you would like to link your composition to. |
| ISWC | Optional | The unique ISWC (International Standard Musical Work Code) identifier for a composition. |
| Title | Required | The composition title. |
| Add_Asset_Labels | Optional | A list of labels to apply to the asset. You can apply a label to multiple assets to group them. You can use the labels as search filters to perform bulk updates or download reports. |
| HFA_Song_Code | Optional | A six-character code that the Harry Fox Agency (HFA) issued to uniquely identify a composition. |
| Writers | Required | Writers associated with the composition. |
| Match_Policy | Optional | If Content ID is in use, this field specifies the policy that YouTube will apply to content uploaded by other users that matches this video. If you do not specify a policy, the policy that is set as the 'Default Match Policy' in your CMS account will be used. |
| Publisher_Name | Required | The publisher's name. |
| Sync_Ownership_Share | Required | Provide ownership share information. If the asset has multiple owners (publishers), specify ownership data for each represented publisher in additional rows. In those additional rows, fill in the publisher_name and ownership data columns, but leave all other columns empty. |
| Sync_Ownership_Territory | Required if sync_ownership_ restriction is 'include'; can be blank if 'exclude' | Provide ownership territory information, US and Territories Only. **"AS GU MP PR UM US VI"** |
| Sync_Ownership_Restriction | Required if sync_ownership_ share is provided. | Specify whether to include or exclude the territories in the sync_ownership_territory column. Always **"include"** |
| Mechanical_Ownership_Share | **See Below | **This field can be left blank as it is not used.** Provide ownership share information. If the asset has multiple owners (publishers), specify ownership data for each represented publisher in additional rows. In those additional rows, fill in the publisher_name and ownership data columns, but leave all other columns empty. |

Google Confidential

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00020822

**Field Definitions (cont.)**

| Field | Importance | Description |
|---|---|---|
| Mechanical_Ownership _Territory | **See Below | **This field can be left blank as it is not used.** Provide ownership territory information. |
| Mechanical_Ownership _Restriction | **See Below | **This field can be left blank as it is not used.** Specify whether to include or exclude the territories in the mechanical_ownership_territory column. |
| Performance_Ownershi p_Share | **See Below | **This field can be left blank as it is not used.** Provide ownership share information. If the asset has multiple owners (publishers), specify ownership data for each represented publisher in additional rows. In those additional rows, fill in the publisher_name and ownership data columns, but leave all other columns empty. |
| Performance_Ownershi p_Territory | **See Below | **This field can be left blank as it is not used.** Provide ownership territory information. |
| Performance_Ownershi p_Restriction | **See Below | **This field can be left blank as it is not used.** Specify whether to include or exclude the territories in the performance_ownership_territory column. |
| Lyric_Ownership_ Share | **See Below | **This field can be left blank as it is not used.** Provide ownership share information. If the asset has multiple owners (publishers), specify ownership data for each represented publisher in additional rows. In those additional rows, fill in the publisher_name and ownership data columns, but leave all other columns empty. |
| Lyric_Ownership_ Territory | **See Below | **This field can be left blank as it is not used.** Provide ownership territory information. |
| Lyric_Ownership_ Restriction | **See Below. | **This field can be left blank as it is not used.** Specify whether to include or exclude the territories in the lyric_ownership_territory column. |

*Only one of these fields (Related ISRC; Related Asset ID) may be submitted at a given time.
**These columns can be left blank as they are not used.

Google Confidential

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00020823

**Field Formats**

| Field | Description | Example |
| --- | --- | --- |
| Custom_ID | This field has a maximum length of 64 bytes and may contain alphanumeric characters, hyphens (-), underscores (_), periods (.), arrobas (@), or forward slashes (/). | AAEE135A |
| Asset_ID | Asset ID may contain alphanumeric characters, hyphens (-), or underscores (_). | A123456789012 345 |
| Related_ISRC | A pipe-delimited ('|') list of ISRCs. No spaces around the pipe ('|'). | US0000088888| US0000099999 |
| Related_Asset_ID | A pipe-delimited ('|') list of related Asset IDs. Asset ID may contain alphanumeric characters, hyphens (-), or underscores (_). | (Not applicable if ISRC is provided) |
| ISWC | Text. Must contain exactly 11 characters. | T0910050000 |
| Title | Text. Maximum length of 255 characters. | My awesome title |
| Add_Asset_Labels | A pipe-delimited ('|') list of labels. Labels may contain spaces, meaning an individual label can be more than one word long. Each label must be at least 2 characters long and may not be longer than 30 characters. You can provide up to 30 labels per asset with a maximum combined total length of 500 characters. | Label One|Label Two |
| HFA_Song_Code | Text. Must contain exactly 6 characters. | G1497T |
| Writers | A pipe-delimited ('|') list of values. Maximum 50 writers. | Writer One|Writer Two|Writer Three |
| Match_Policy | Text. | Monetize in all countries |
| Publisher_Name | Text. | Foobar Publishing |
| Sync_Ownership_ Share | Numerical value between 0 and 100. No % symbol. | 50 |
| Sync_Ownership_ Territory | A space-delimited list of ISO country codes. For WW ownership, enter 'include' in the sync_ownership_restriction column and 'WW' in this column. For ISO country codes, see https://www.iso.org/obp/ui/#search/code/. | AS GU MP PR UM US VI |
| Sync_Ownership_ Restriction | Either 'include' or 'exclude'. If 'exclude' it will be treated as Worldwide ownership excluding the territories in the sync_ownership_territory column. | include |

Google Confidential

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00020824