# Exhibit 5

to the Declaration of Qifan Huang

PUBLIC VERSION - REDACTED

| video_id | title | status | visibility | category | time_created_utc | username | parent_channel_id | upload_ip | length | description | view_count | comment_count |
|----------|-------|--------|-----------|----------|------------------|----------|-------------------|-----------|--------|-------------|------------|---------------|
| YXWFYPk11GM | 20th Century Fox Intro [HD] | REJECTED | PUBLIC | Music | 11/14/2012 17:13 | | | | 21 | Taken from | 12474565 | 0 |