# Exhibit 6

to the Declaration of Qifan Huang

PUBLIC VERSION - UNDER SEAL IN ITS ENTIRETY