# Exhibit 9

to the Declaration of Qifan Huang

PUBLIC VERSION - REDACTED

**This report has been moved to deck format @go/cidmusicfeedback!**

**ATTORNEY-CLIENT PRIVILEGED & CONFIDENTIAL**

**Content ID Launches for Music Labels**
Owner: amatson@

Title: [In-Flight Report] Content ID Launches for Music Labels: Q4-19

To: global-mpt@google.com, mps-label-ptm@google.com, teamspirit@google.com, lipsztein@google.com, brianwc@google.com, mbonanni@google.com, stevenicholls@google.com, mikedrake@google.com, shoshanayun@google.com, alisondow@google.com
Cc: yilingsu@google.com, julianb@google.com, drosenstein@google.com, monicamorse@google.com, contentid-pm@google.com, ytps-cid@google.com, yt-partner-ops-enterprise-smes@google.com, yt-ppg-leads@google.com, ppg-music@google.com, ariel@google.com, ytps-music@google.com, cid-leads@google.com
Bcc: cid-notes@google.com, yt-ppg-notes@google.com

Bcc: cid-notes@, yt-ppg-notes@



# Q3 2019 "In Flight" Report
# Content ID Launches for Music Labels
go/cid-music
PS: amatson | PM: kezhu, julianb

**tl;dr:**
Over 2018 and 2019 we've launched multiple Content ID features to align with music label deal terms (go/major-dt, indie SRAV deal tracking), to assist with YouTube Music efforts (go/rm-v-day), and to address music label pain points.

Below is an update on past, recent, and upcoming launches with summary of feedback, open items, and next steps.

**Top improvements (What have we done recently?)**
- More claims, more money: Missed Matches/Recall: Shorter audio matches, live improvements(reduced time to slate for audio matches), transformed content (director's cut, audio-check w Cam) Claim classification corrections (addresses revenue):Metadata Match Improved SongUGC/PremiumUGC, manual claim PremiumUGC (link out to FR). Missed/misclassified claims: Full album block/SongUGC classification not applying correctly (continued metadata match improvement:b/77336675 fixed! Addresses other issues in b/hotlists/1061569. UMG most highly impacted)

1

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00038782

- Antipiracy/leak prevention: Protecting/Empowering New Releases: Content Windowing with Scheduled Match Policy, SVOD-only Tier expansion to indies, 48 Hour Dispute Block positive feedback, SongUGC block expansion to indies, update to new release asset protection.
- System improvements: Data quality/asset model: Sound Recording Shares, Canonical metadata improvements. Increased automation of claims: Reducing potential claims queue. b/123761338","Logic Update: UGC as Partner Uploaded for Premium Music Partners: Created a way for Premium music partners to classify claims on videos not in channels linked to CO as partner uploaded claims, Shows as "partner uploaded"
-  protect artist uploaded MVs from Comp claims (b/137779370) raised by indies ex-US Brazil, APAC

**Top Partner Issues** - map to above buckets, stack rank by prio, likely to be fixed at top ("previously #1 top partner issues fixed"- get from go/cidfeedback tracking)
- Managing uploader reaction to claims: Dispute quality
- Improved Licensing Structure: Whitelisting, micro-licensing. Many partners don't know where to go to get proper licensing (project gumby, flexible claiming)
- More granular rights control: Split rights aka Madonna Problem (also gumby), Remove full album block for some videos, Change in Artist Rep Asset Ownership + Challenges


**Launch Updates**
1. Sound Recording Shares | All music label partners
2. Total Recall: Live threshold improvements for audio
3. Blocking Full Album UGC launched for WMG, UMG, & 44 indies; pending SME and indie expansion
   a. Indie partner opt-out
      i. Some Indies have chosen to opt out of this features, for various reasons listed here.
      ii. The main reason for opt out is that they have partnered artist channels that are not linked to their CO who like to upload their own full albums to their channels, and the labe does not want these blocked.
      iii. Solution: they should be relying on Art Tracks for official playlisting of album content. More input from partners may be needed; discussion pending with BD/product for ultimate solution.
4. Blocking SongUGC LIve for Major labels only but expansion to indies imminent with indie SRAV
5. Audio Short Match ███████ | Now live for all music labels - lowered the audio short-match threshold (min audio match length) to ███ for select references to address top feedback from the music industry (re: missed matches). This does not apply to melody match claims. Lowered to ███ for select partners.
6. SVOD-only Tier | Major labels + Select Indies

**Live - lowering audio threshold to** ███████

| HIGHLIGHTS |

**SR Shares Launched!**

**Tracking of Feature Usage by Label**
- PTM dash to *ensure partners aren't using features outside of terms* Dashboard complete! go/mps-

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00038783

compliance

## UPDATES BY FEATURE + OPEN ITEMS

### Sound Recording Shares | All music label partners

- Updated how sound recording assets are represented in Content ID / Content Manager: Showing partner data for each ISRC as a separate "Sound Recording Share" with metadata, ownership, and policy
- Gives music labels more transparency and control over their data. V2 of this feature will apply the ownership from the union of all shares, helping prevent ownership loss during asset merge
- WIP: Lowlight - bug for AT data on SR
- UMG quote: "Excited about them [sound recording shares] but a little confused, don't know what to expect."
- Up next: ability to merge shares on same SR, V2 to take ownership across shares
- Open FRs/bugs Hotlist

### Blocking Full Album UGC | WMG, UMG

- [Add number of albums now blocked] Partners consider this a success, as they believe widely-viewed full-album user uploads compete with official content
- Expansion to SME pending SPM/BD go-ahead, expansion to all music labels: ETA?
- Open Items:
  - Partners want to change conditions to catch more content: ███████████████
    ████████████████████████
  - UMG and WMG would like ability to unblock videos on one-off basis
  - Eng investigating examples of block not applied from UMG and WMG
  - Full list of open bugs/FRs: Full Album Block - hotlist
  - https://b.corp.google.com/issues/140288561 viewer messaging
  - b/120318180 creator confusion

### Blocking SongUGC | Major labels only

- Feature is included in Indie SRAV; ramping up enablement to Indies in Q4/Q1: 100-150 COs in Q4, dependent on Merlin members, ~2k eligible COs in 2019
- Open Items:
  - Currently enabling feature via whitelist but will need a flag-based system on CO level in H1. PM/PS to standardize process to add feature for partners
  - UMG flagged examples of delay in SongUGC Content Type applying
  - Metadata match improvements to be made for SongUGC block logic [PRD]
  - Content Type claim filter to be added to view claims by SongUGC only
  - Full list of open bugs/FRs: Block SongUGC - hotlist

### Audio Short Match ██████████ Add partners this is rolled out for

- **Shifted to automatic claims with "Total Recall" project,** reducing operational work in the Potential claims queue: Total Recall dashboard
- Open Items:
  - 

3

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00038784

SVOD-only Tier | **Major labels + Select Indies**
- Ability to allow content on SVOD-only only for select period of time **launched to 25 partners**: major labels and select indie partners; enabled as part of new Indie SRAV
- Open Items:
  - Flag in CO and currently enabled via whitelist. PM/PS to standardize process.
  - Ongoing work - PTMs working with partners to overcome operational blocks on partner side and fill coverage gaps

Scheduled Match Policy | **All partners**
- Launched to all partners, specific use case for windowing music content
- Open Items:
  - Partners requesting ability to create relative timeframe policies (e.g. 1 month) and asset level scheduling to **cut down on saved policies** in UI.
  - Music partners can deliver one-off scheduled match policies via DDEX - Pending PM/eng decision to add one-off scheduled policies via **CSV and API**

48 Hour Dispute Block | **All partners**
- Match duration lowered for all partners; audio claims now included resulting in music label benefit
- Open Items:
  - In discussion with product on logic for "likely fair use" channels/disputes

Tracking Hotlist for all open Bugs & FRs : **Music Labels - Claim/Policy Launches**

Use Culvert to pull in all resolved bugs/FRs from hotlists

| RESOLVED FEEDBACK | FR / Link |
|---|---|
| ● | |
| ● | |
| ● | |
| ● | |
| ● | |
| ● | |

| NEXT UP |
|---|

- **Metadata Match improvements for SongUGC**
- **Full album block to all labels**
- **Sound Recording Shares merge shares option and V2 ownership**

4

GOOG-SCHNDR-00038785

- Merge improvements
- Whitelisting improvements

**Additional Resources**

- go/cid-essentials
- go/coplaybook

*Thank you!*

Bcc: cid-notes@, yt-ppg-notes@



# YouTube Q4 "In Flight" Report
# 2018 Content ID Launches for Music Labels
## go/cid-music
PS: amatson | PM: kezhu, famag

### tl;dr:
In 2018 we launched 6 Content ID features to align with major label deal terms (go/major-dt), to assist with YouTube Music efforts (go/rm-v-day), and to address music label pain points.

Below is a Q4 update on these launches with feedback, open items, and next steps.

**Comms | Impacted Partners:**
7. Blocking Full Album UGC | WMG, UMG
8. Blocking SongUGC | Major labels only
9. Audio Short Match ███████ | Major labels only
10. SVOD-only Tier | Major labels + Select Indies
11. Scheduled Match Policy | All partners
12. 48 Hour Dispute Block | All partners

**HIGHLIGHTS**

**Music coverage**

5

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

- The ability for the Major labels and select indies to deliver SVOD-only content facilitated more productive conversations with traditional holdback artists and distributed labels, contributing to our music corpus coverage efforts. Examples include Big Machine Label Group (UMG) and Kiddinx (WMG).

**Uploader complaints**
- 0% increase in uploader concerns related to launches; no PR incidents.

**Tracking of Feature Usage by Label**
- Based on feedback from schema council, RM eng resolved b/71550920, allowing data to be pushed to Arcata for PTM dash to *ensure partners aren't using features outside of terms*
- Dashboard work in progress at go/mps-compliance

## UPDATES BY FEATURE + OPEN ITEMS

### Blocking Full Album UGC | WMG, UMG
- **>80k full-album UGC videos blocked** for WMG and UMG. Partners consider this a success, as they believe widely-viewed full-album user uploads compete with official content
- Expansion to SME pending SPM/BD go-ahead
- Open Items:
  - Partners want to change conditions to catch more content: ███████████████
    ████████████████████████████
  - UMG and WMG would like ability to unblock videos on one-off basis
  - Eng investigating examples of block not applied from UMG and WMG
  - Full list of open bugs/FRs: Full Album Block - hotlist

### Blocking SongUGC | Major labels only
- Feature is included in Indie SRAV; ramping up enablement to Indies in Q4/Q1: 100-150 COs in Q4, dependent on Merlin members, ~2k eligible COs in 2019
- Open Items:
  - Currently enabling feature via whitelist but will need a flag-based system on CO level in H1. PM/PS to standardize process to add feature for partners
  - UMG flagged examples of delay in SongUGC Content Type applying
  - Metadata match improvements to be made for SongUGC block logic
  - Content Type claim filter to be added to view claims by SongUGC only
  - Full list of open bugs/FRs: Block SongUGC - hotlist

### Audio Short Match ██████████ Major labels only
- Launched to UMG, SME, WMG
- **7M short audio match claims** made for majors
- Per in-person meeting with UMG Ops team, they "*love getting these short matches*"
- Both automatic and pending claims made for WMG, UMG: Pending claims capped at 1k/day
- SME to be informed of automatic short match in next QBR, pending claims cap to be added then
- **Shifting to automatic claims with "Total Recall" project** reduces operational work in the Potential claims queue: Total Recall dashboard
- Open Items:

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00038787

- CDBaby/AdRev and others have expressed interest in shorter audio matching
- Expansion to more partners pending evaluation and will be based on CID behavior and **cleanliness of reference corpus** (See "Total Recall" project below)

SVOD-only Tier | **Major labels + Select Indies**
- Ability to allow content on SVOD-only only for select period of time **launched to 25 partners**: major labels and select indie partners; enabled as part of new Indie SRAV
- Open Items:
  - Flag in CO and currently enabled via whitelist. PM/PS to standardize process.
  - Ongoing work - PTMs working with partners to overcome operational blocks on partner side and fill coverage gaps

Scheduled Match Policy | **All partners**
- Launched to all partners, specific use case for windowing music content
- Open Items:
  - Partners requesting ability to create relative timeframe policies (e.g. 1 month) and asset level scheduling to **cut down on saved policies** in UI.
  - Music partners can deliver one-off scheduled match policies via DDEX - Pending PM/eng decision to add one-off scheduled policies via **CSV and API**

48 Hour Dispute Block | **All partners**
- Match duration lowered for all partners; audio claims now included resulting in music label benefit
- Open Items:
  - In discussion with product on logic for "likely fair use" channels/disputes

Tracking Hotlist for all open Bugs & FRs : Music Labels - Claim/Policy Launches

| RESOLVED FEEDBACK | FR / Link |
|---|---|
| **Easier DDEX delivery**<br>• The custom policy in DDEX delivery now takes match_conditions from saved policy to allow for easier scheduling | b/73873722 |
| **SongUGC definition updated in codebase**<br>• SongUGC definition now fully matches SRAV definition | b/71634581 |
| **Classical short audio match disallowed**<br>• Short audio classical genre claims are now disallowed as they are commonly bad claims | b/74415913 |
| ███████████████████████████████<br>███████████████████████<br>████████████████████████████████████<br>█████████<br>• Ongoing discussions around potential claims queue improvements. Larger issue in b/21021353 to be resolved separately | b/74413866 |

7

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00038788

**Claim filter for short audio claims**
- ███ match duration filter added to claim queues to allow enabled partners to more easily view short audio matches | b/74433798
- 48hour dispute block was not applying in some instances - eng has fixed the issue | b/78780805

## NEXT UP

**Sound Recording Shares**
- Updating how sound recording assets are represented in Content ID / Content Manager: Showing partner data for each ISRC as a separate "Sound Recording Share" with metadata, ownership, and policy
- Gives music labels more transparency and control over their data. V2 of this feature will apply the ownership from the union of all shares, helping prevent ownership loss during asset merge
- 5 Trusted Tester partners trained in person [training]: V1.1 display only rolled out to UMG and soon for SME and The Orchard
- UMG concerns on ISRC updates, no asset ID support in DDEX; Active discussion with Delivery+RM eng

**Total Recall**
- Initially started as audio short match launch and since expanded to "Total Recall" task force, focusing on recall losses for music partners. Working to decrease manual efforts and increase match claim recall (aka make more claims!) Product team hotlist
- Rolled out to major labels first due to well understood reference corpus. Plan to extend to other labels starting Q1 2019

## Additional Resources

- go/cid-essentials
- go/coplaybook

*Thank you!*

---

**Resources**
Scripts: https://plx.corp.google.com/scripts2/script_53._8d04d0_db77_439b_8509_6f05e0907060
https://plx.corp.google.com/scripts2/script_5b._bd2dd6_0000_2d1f_8afc_001a11401126

8

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00038789

Whitelist: https://cs.corp.google.com/piper///depot/google3/production/config/cdd/youtube-partner-fe/feature_config.gcl

---

## Q1'18 CID Policy/Claim Launches: March 30th

Hi All,

This will be the last weekly PS digest with updates on the CID Policy / Claiming Changes. As of March 19th, all features (except Torso Scan) have launched!

Please see below for post-launch analysis, including remaining open FRs/action items. Feel free to reach out with any questions or comment directly in the doc here.

Thank you,
Amanda

---



# YouTube Landing
# CID Policy & Claiming Updates, Major Labels

**go/ytlandings-cidmajorsQ118**
PS: amatson | PM: kezhu, famag

## tl;dr:
In Q1 2018 we launched 6 updates to Content ID policy and claiming features to align with major label deal terms (go/major-dt) and prepare for YouTube Music efforts (go/rm-v-day).

### Comms/PRD/Ariane/Audience:
13. Scheduled Match Policy  |  PRD  |  Ariane  |  All partners
14. 48 Hour Dispute Block  |  Ariane  |  All partners
15. Blocking SongUGC |  PRD  |  Ariane  |  Major labels
16. SVOD-only Tier |  PRD  |  Ariane  |  Major labels
17. Blocking Full Album UGC  |  PRD  |  Ariane  |  WMG, UMG
18. Short Audio Claims ██████  |  PRD  |  Ariane  |  UMG

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00038790

## SUMMARY

**THINGS WE DID WELL THAT WE PLAN TO CONTINUE DOING:**

- **XFN Alignment:** Excellent internal communication between product and partner-facing teams, collaboration with RM and Music eng/PM/PS.
- **Learning from Q4 Launch Delay:** Based on full album block launch delay for WMG in Q4, where partner was informed prior to feature availability, we revised PM/eng testing process and re-strategized PS external comms plans for partner-facing teams on each launch.
- **Partner comms:** Involvement of PTMs/SPMs and Legal/BD teams in custom comms for major labels added value and allowed for seamless external training and announcement of features.

**THINGS WE PLAN TO DO TO HAVE MORE IMPACT:**

- **Additional Tracking of Feature Usage by Majors:** b/71550920 PTM Dashboard being built to ensure partners aren't using features outside of terms. *Pending RM eng to push data for scheduled policies to Arcata* based on feedback from schema council. PM kezhu@ to add internal tracking of blocked SongUGC per partner.
- **Address Partner Post-launch Feedback:** Multiple requests for feature improvements and modifications. Feedback for each feature below.

## METRICS

**Uploader complaints**
- 0% increase in uploader concerns; no PR incidents. Support & Social were prepped with reactive comms, and there was no noticeable increase in complaints from uploaders.

**Music coverage**
- Ability for majors to tier/window/schedule content has opened opportunity for increase in music content coverage. Exact coverage increase % to be provided in follow up.

**Full album block**
- >40k full album videos have now been blocked for WMG alone. Partners consider this a success, as they believe widely-viewed full-album user uploads compete with official content.

**Short audio match precision** (dashboard)
- >12k short match claims made and only 5 (.04%) claims disputed. 4% of overall claims expired or were released, 44% of claims confirmed/active, 52% pending UMG action.
- Per in-person meeting with UMG, they "love getting these short matches" and are excited we can catch this content to decrease the manual claim work. The partner is excited for automatic matches to be made to cut down on potential claim queue review.

| TOP FEEDBACK: Scheduled Match Policy | FR / Link | Owner |
|---|---|---|
| **Add relative time and asset-based scheduling**<br>• Partners have requested that we add ability to create relative timeframe policies (e.g. 1 month) and asset level scheduling to | b/19556048 | PM |

10

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00038791

| | | |
|---|---|---|
| cut down on saved policies in UI | | |
| **Allow scheduling through CSV and API**<br>• Music partners can deliver one-off scheduled match policies via DDEX. Partners in other verticals would like the ability to deliver one-off scheduled policies via CSV and API | pending | Delivery eng |

| TOP FEEDBACK: Blocking SongUGC | FR / Link | Owner |
|---|---|---|
| **Allow for easier DDEX delivery**<br>• Partners would like the custom policy in DDEX delivery to take match_conditions from saved policy to allow for easier scheduling<br>• To be resolved before Majors migrate to DDEX for CID | b/73873722 | Delivery eng |
| **Update SongUGC definition in codebase**<br>• SongUGC definition does not fully match SRAV definition<br>• UMG raised questions around Content Type discrepancies<br>• PM to complete analysis and eng to update | b/71634581 | RM eng & PM |
| **Fix delay in SongUGC Content Type applying to UGC**<br>• UMG flagged examples where SongUGC Content Type is not being applied (██████ match + metadata match UGC showing as standard UGC at initial time of claim)<br>• RM eng to look into delay | b/77336675 | RM eng |

| TOP FEEDBACK: SVOD-only Tier | FR / Link | Owner |
|---|---|---|
| **Majors to deliver missing content and complete testing**<br>• Major label PTMs working with Majors to overcome operational blocks on partner side and fill coverage gaps | go/majors-svod | Major label PTMs |

| TOP FEEDBACK: Blocking Full Album UGC | FR / Link | Owner |
|---|---|---|
| **Unblock videos on one-off basis**<br>• Partners would like more control and ability to unblock videos on one-off basis | b/73780939 | RM eng |

| TOP FEEDBACK: Short Audio Claims | FR / Link | Owner |
|---|---|---|
| ████████████████████ | b/74413866 | Matching |

11

GOOG-SCHNDR-00038792



| | | eng |
|---|---|---|
| • Larger issue in b/21021353 to be resolved separately | | |
| **Add Potential claims queue filter for short match**<br>• UMG cannot filter to see short matches: claim reason is not annotated as "short match" the way it is for CO level short matches. Current workaround: filter to ▮▮▮▮ match duration<br>• This request adds a ▮▮▮▮ filter for potential claims queue and deprecates the "short match" reason filter. | b/74433798 | RM eng |
| **Disallow short audio claims on classical music**<br>• Short audio classical genre claims are commonly bad claims. This request disallows short audio match claims on classical genre content | b/74415913 | Matching eng |

## Additional Resources

- RM Eng team Remix meeting notes at go/rm-remix-sync
- YTM catalog notes at go/ytm-catalog-notes

*Thank you!*

---

Bcc: cid-notes@, yt-ppg-notes@

| **Q1'18 CID Policy/Claim Launches: March 16th** |
|---|
| Hi All,<br><br>This is a weekly PS digest with updates on the Upcoming CID Policy / Claiming Changes to summarize various moving parts!<br><br>Please feel free to reach out with any questions/concerns or comment directly in the doc here.<br><br>Thank you,<br>Amanda |
| **Upcoming Launches** |

12

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00038793

48 hour hold down - disputed audio claims
[**Launching this Monday 3/19**, all music partners]
- Reactive comms for creators & most partners
- Proactive comms to Majors/other music partners, per SPM discretion

Scheduled Match Policy
[**Launching this Monday 3/19** to all partners]
- Already launched to Majors only, DDEX & policy builderInternal training

## Launched Features & Pending AIs/FRs

Blocking SongUGC
[Launched this week 3/12: Majors only]
- FR: **Easier DDEX delivery**
  - Policy builder saved policy can be delivered via xml2/DDEX
  - This FR allows custom policy to take match_conditions from saved policy, watch_conditions from feed to allow for easier scheduling via DDEX
  - To be resolved before Majors migrate to DDEX for CID
- FR: **Eng update to SongUGC definition**
  - UMG raised questions around "Content Type" discrepancies
  - FR to be prioritized

SVOD-only Tier
[Launched: Majors only]
- go/majors-svod: PTMs working with Majors to overcome operational blocks on partner side

Blocking Full Album UGC
[Launched: WMG, UMG_MK Test CO]
- FR: **Unblock videos on one-off basis**
  - UMG hesitant to enable main CO due to inability to unblock videos on one-off basis
  - SME not notified; comms/enablement pending this FR and go-ahead from PM/SPM/BD

Short Audio Claims ████████
[Launched: UMG only, Broader launch Q2]
- FR: ██████████████████████████████████████████████████████
  ██████████████████████████████████████████████████████

- FR: **Add Potential claims queue filter for short match**
  - Claim reason not listed as "short match", Workaround: filter to ████ match duration
  - May choose to add/rely on ████ match duration filters instead of annotated reason
- FR: **Disallow short audio claims on classical music**
  - Disallow claims on classical genre

## Tracking Feature Usage

13

GOOG-SCHNDR-00038794

**PTM Dashboard**
[owners: Majors PTMs: aravindh, stevech, dsaraujo]
- FR: **Data for scheduled policies to be pushed to Arcata**
  - To ensure partners aren't using features outside of terms
  - Feedback from schema council to be addressed; eng to allocate time/implement

**General SongUGC Tracking**
[owner: kezhu]
- Additional internal tracking of blocked SongUGC per partner
- **AI kezhu:** to investigate necessary next steps to add this tracking

---

### Additional Resources

**More info**
- More info on remaining non-launch-blocking bugs at go/rm-remix-sync
- YTM catalog notes at go/ytm-catalog-notes

---

### *Thank you!*

---

### Q1'18 CID Policy/Claim Launches: March 10th

Hi All,

This is a weekly PS digest with updates on the Upcoming CID Policy / Claiming Changes to summarize various moving parts!

Please feel free to reach out with any questions/concerns or comment directly in the doc here.

Thank you,
Amanda

### Launch Updates

SVOD-only Tier
[Launched: Majors only]
- go/majors-svod: PTMs working with Majors to overcome operational blocks on partner side

Scheduled Match Policy
[Launched: Majors only, DDEX & policy builder]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00038795

- Updated: launching **3/19** to all partners; Internal training

**Blocking Full Album UGC**
[Launched - WMG, UMG_MK Test CO]
- FR: **Unblock videos on one-off basis**
  - UMG hesitant to enable main CO due to inability to unblock videos on one-off basis
  - SME not notified; comms/enablement pending this FR and go-ahead from PM/SPM/BD

**Short Audio Claims** ████████
[Launched - UMG only, Broader launch Q2]
- FR: ████████████████████████████████████████████

  ████████████████████████████████████████████
- FR: **Add Potential claims queue filter for short match**
  - Claim reason not listed as "short match", Workaround: filter to ████ match duration
  - May choose to add/rely on ████ match duration filters instead of annotated reason
- FR: **Disallow short audio claims on classical music**
  - Disallow claims on classical genre

**Blocking SongUGC**
[Updated: Launching **3/12** for Majors only, tracking]
- FR: **Easier DDEX delivery**
  - At launch, Policy builder saved policy can be delivered via xml2/DDEX
  - This FR allows custom policy to take match_conditions from saved policy, watch_conditions from feed to allow for easier scheduling via DDEX
  - To be resolved before Majors migrate to DDEX for CID
- FR: **Eng update to SongUGC definition**
  - UMG raised questions around "Content Type" discrepancies
  - FR to be prioritized

**48 hour hold down - disputed audio claims**
[Updated: Launching **3/19**, all music partners]
- Reactive comms for creators & most partners
- Proactive comms to Majors/other music partners, per SPM discretion

| **Tracking Feature Usage** |
| --- |

**PTM Dashboard**
[owners: Majors PTMs: aravindh, stevech, dsaraujo]
- FR: **Data for scheduled policies to be pushed to Arcata**
  - To ensure partners aren't using features outside of terms
  - Feedback from schema council:
    - Create a flattened list of dd_asset instead of modifying cd_asset
    - Add the following fields (intervaltime, subscription required, songugc, policy action) to a new dd_claim_country_policy table
  - Eng to allocate time and begin work to implement

15

GOOG-SCHNDR-00038796

**General SongUGC Tracking**
[owner: kezhu]
- Additional internal tracking of blocked SongUGC per partner
- **AI kezhu:** to investigate necessary next steps to add this tracking

| Additional Resources |
| --- |

**More info**
- More info on remaining non-launch-blocking bugs at go/rm-remix-sync
- YTM catalog notes at go/ytm-catalog-notes

| ***Thank you!*** |
| --- |

March 2nd

| Q1'18 CID Policy/Claim Launches: March 2nd |
| --- |

Hi All,

This is a weekly PS digest with updates on the Upcoming CID Policy / Claiming Changes to summarize various moving parts!

Please feel free to reach out with any questions/concerns or comment directly in the doc here.

Thank you,
Amanda

| Launch Updates |
| --- |

SVOD-only Tier **[Launched - Majors only]**
- Feature enabled for Major Labels
- PTMs working with Majors to overcome operational blocks on partner side
  - More details and tracking at go/majors-svod

Scheduled Match Policy **[Launched - Majors only]**
- Feature is available for Majors via DDEX and policy builder
- Scheduled policy to launch to *all* partners 3/15. Internal training held 2/26

16

Blocking Full Album UGC **[Launched - WMG, UMG Test CO]**
- WMG: 1/16 Feature enabled
- UMG: 2/27 Feature enabled for UMG_MK CO for UMG to test
  - Hesitant to enable main CO due to inability to unblock videos on one-off basis (FR)
- SME: No comms sent/not enabled
  - Pending PM one-off unblock decision for UMG and go-ahead from SPM/BD

Short Audio Claims ███████ **[Launched - UMG only]**
- 2/28 Launched small set of short audio matches to potential claims queue for UMG
- Notified UMG/UMPG per requirement to enable & notify by 3/1
- Broader launch planned for Q2

Blocking SongUGC
- Feature to be made available in policy builder for Majors only 3/8
- Saved Policy deliverable via xml2/DDEX
- Easier delivery via DDEX pending FR
  - To be resolved before Majors transition to DDEX for CID

48 hour hold down - disputed audio claims
- Feature to launch for all music partners 3/12: In progress, sent to code review
- Reactive comms for creators & most partners; proactive to Majors/other music partners, per SPM discretion

## Tracking Feature Usage

**PTM Dashboard**
owners: Majors PTMs: aravindh, stevech, dsaraujo
- Dashboard in progress to ensure partners aren't using features outside of terms. Pending data for scheduled policies to be pushed to Arcata
  - **AI kezhu:** b/71550920 working on a schema for dashboard and taking to Schema Counsel, poletti will implement once schema is finalized

**General SongUGC Tracking**
owner: kezhu
- Additional internal tracking of blocked SongUGC per partner
  - **AI kezhu:** to investigate necessary next steps to add this tracking

## Additional Resources

**More info**
- More info on remaining non-launch-blocking bugs at go/rm-remix-sync
- YTM catalog notes at go/ytm-catalog-notes

17

GOOG-SCHNDR-00038798

|  |
|---|
| ***Thank you!*** |

---

Feb 22nd

| **Q1'18 CID Policy/Claim Launches: Feb 22nd** |
|---|
| Hi All,<br><br>This is a weekly PS digest with updates on the <u>Upcoming CID Policy / Claiming Changes</u> to summarize various moving parts!<br><br>Please feel free to reach out with any questions/concerns or comment directly in the doc <u>here</u>.<br><br>Thank you,<br>Amanda |
| **Launch Updates** |
| <u>SVOD-only Tier</u> **[Launched - majors only]**<ul><li>Majors approved turning on feature and are now enabled!</li><li>PTMs working with majors to overcome operational blocks on partner side<ul><li>More details and tracking at go/majors-svod</li></ul></li></ul><u>Scheduled Match Policy</u> **[Launched - majors only]**<ul><li>Feature is now available for majors via DDEX and <u>policy builder</u></li><li>3/15 planned launch to *all* partners. Activation/HC in progress; internal training 2/26</li></ul><u>Blocking Full Album UGC</u> **[Launched - WMG only]**<ul><li>WMG: Enabled 1/16</li><li>UMG: Concerns about inability to unblock videos on one-off basis<ul><li>**AI PM/PS teams:** Discussion and decision on workarounds/solution</li></ul></li><li>SME: No comms sent/not enabled<ul><li>Pending PM one-off unblock decision for UMG and go-ahead from SPM/BD</li></ul></li></ul><u>Short Audio Claims</u> ▆▆▆▆▆<ul><li>Requirement to enable and notify UMG and UMPG by 3/1</li><li>2/26 starting with small set of short audio matches to potential claims queue for *UMG only*<ul><li>**cohenh & Legal team:** Drafting high-touch comms based on agreement</li></ul></li></ul><u>Blocking SongUGC</u><ul><li>Feature to be made available in <u>policy builder</u>, Saved Policy deliverable via DDEX</li></ul> |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00038799

- 3/1 planned launch date for majors only

48 hour hold down - disputed audio claims
- In progress, sent to code review
- 3/7 planned launch date for all music partners: Reactive comms for creators and most partners; possible proactive comms to major/other music partners per SPM discretion

## Tracking Feature Usage

**PTM Dashboard** [owners: Majors PTMs: aravindh, stevech, dsaraujo]
- Dashboard in progress to ensure partners aren't using features outside of terms. Pending data for scheduled policies to be pushed to Arcata
  - **AI kezhu:** b/71550920 working on a schema for dashboard and taking to Schema Counsel, poletti will implement once schema is finalized

**General SongUGC Tracking** [owner: kezhu]
- Additional internal tracking of blocked SongUGC per partner
  - **AI kezhu:** to investigate necessary next steps to add this tracking

## Additional Resources

**More info**
- Internal SVOD testing details at go/svod-testing
- More info on remaining non-launch-blocking bugs at go/rm-remix-sync
- YTM catalog notes at go/ytm-catalog-notes

### *Thank you!*

---

Feb 13th

## Q1'18 CID Policy/Claim Launches: Feb 13th, 2018

Hi All,

This is a weekly PS digest with updates on the Upcoming CID Policy / Claiming Changes to summarize various moving parts!

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00038800

Please feel free to reach out with any questions/concerns or comment directly in the doc here.

Thank you,
Amanda

## AVOD/SVOD Policy Tiers (Windowing on SVOD-only)

**SVOD-only Launch/Comms Strategy**
- Ability can now be set in admin enabling major labels to deliver SVOD-only content
  - PM confirming whitelist variant details with eng
  - More info on remaining non-launch-blocking bugs at go/rm-remix-sync
- Comms on SVOD-only, Song UGC, and Scheduled policy sent to majors
- Actively requesting feedback from majors on testing/plans. SVOD-only ability to be flipped on all at once for majors if possible
  - WMG: PTM stevech@ confirming this week if ready to start testing
  - UMG: Working to consolidate DDEX feeds into one Global feed; Feb 25th target date.
  - SME: Confirmed they are ready to test
- Majors SPMs/PTMs will sync with nsheppard@ and team on comms to sub-labels

## Individual Features: Launch Updates

**Updates & Open Items**
- Scheduled Match Policy: go/scheduledpolicy
  - Feature is available for majors via DDEX
  - HC update in progress, planning activation/training for launching this feature to *all* partners 3/15
  - **AI kezhu:** Pending ETA on when this will be visible to majors in policy builder
  - **AI kezhu/eng:** PTM Dashboard for tracking partner usage. Pending b/71550920: data for scheduled policies to be pushed to Arcata for use in PTM dashboard to ensure partners aren't using features outside of terms
- Blocking SongUGC: go/blocksongugc
  - b/71634581 no longer considered blocking: Changing codebase to match SRAV definition on audio-only claims
  - **AI kezhu:** Confirm ability will appear in policy builder on 2/22
- Blocking Full Album UGC: go/fullalbumblock
  - Enabled for WMG 1/16

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00038801

- - **AI PM team:** UMG enablement still pending discussion on potential workarounds/solutions for UMG, who has reached out with concerns about inability to unblock videos on one-off basis. **PTM dsaraujo@** to provide example use-case.
  - **AI PM team:** No comms sent - SME comms and enablement pending "OK" from PMs/SPM after decision on one-off unblock. SME does not have this feature contractually, but may still be offered per BD/legal discretion
- Audio claims based on short matches ▮▮▮▮▮: go/audioshort-commdoc
  - **Requirement for UMG by 3/1/18.** Must notify UMG when short matches have begun being made
  - Feb 19th, starting with small set (~50 claims/week) of high confidence automatic short audio matches for UMG only.
  - **AI amatson:** Draft comms for UMG for when short matches start appearing 2/19
- 48 hour hold downs on disputed audio claims: go/48hrblock
  - **Pending additional work on claim mute** (e.g. b/68988191) and BD input

|  |
|---|
| ***Thank you!*** |

Feb 5th, 2018

| **Q1'18 CID Policy/Claim Launches: Feb 5th, 2018** |
|---|
| Hi All,<br><br>This is a weekly PS digest with updates on the Upcoming CID Policy / Claiming Changes to summarize various moving parts!<br><br>Please feel free to reach out with any questions/concerns or comment directly in the doc here.<br><br>Thank you,<br>Amanda |
| **AVOD/SVOD Policy Tiers (Windowing on SVOD-only)** |

21

**Launch/Comms Strategy**

- Ability can now be set in admin enabling major labels to deliver SVOD-only content
    - Bug bash and internal E2E test held 1/30
    - Blocking bugs have been resolved. More info at go/rm-remix-sync
- External comms go/tierpolicycomms: template + training deck
    - Clearly communicated to majors that we would not publish delivered SVOD-only content (make available to subscribers) until Feb 5th.
    - Actively requesting feedback from majors on testing/plans
        - UMG: Partner is working to consolidate DDEX feeds into one Global feed with Feb 12 target date. PTM tawanda@ working with UMG eng
        - WMG and SME: PTMs stevech@ and aravindh@ working with partners to begin external testing of the feature

**Individual Launch Updates / Open Items**

- PTM Dashboard for tracking partner usage
    - **AI kezhu/eng:** Pending data for scheduled policies to be pushed to Arcata for use in PTM dashboard to ensure partners aren't using features outside of terms
- Scheduled Match Policy: go/scheduledpolicy
    - Feature is now available for all majors via DDEX
    - **AI amatson:** Updating HC and finalizing comms for launching feature to *all* partners. Planning for launch to all partners 3/15
    - **AI kezhu/eng:** Pending ETA on when this will be visible to majors in policy builder
- Blocking SongUGC: go/blocksongugc
    - b/71634581 no longer considered blocking: Changing codebase to match SRAV definition on audio-only claims
    - **AI kezhu/eng:** Pending date this ability will appear in policy builder
- Blocking Full Album UGC: go/fullalbumblock
    - Enabled for WMG 1/16/2018
    - **AI PM team:** UMG enablement pending discussion on potential workarounds/solutions for UMG, who has reached out with concerns about inability to unblock videos on one-off basis
    - **AI PM team:** SME comms/enablement pending "OK" from PMs after discussion/decision on one-off unblock. SME does not have this feature contractually, but may still be offered per BD/legal discretion
- Audio claims based on short matches ████: go/audioshort-commdoc
    - **Requirement for UMG by 3/1/18.** Must notify UMG when short matches have begun being made
    - Mid-Feb starting with small set (~1% to 5% of full recall headroom) of high confidence automatic short audio matches for some music partners, based on

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00038803

partner behavior, type of content/high quality reference corpus, and size (aka likely just major labels first).
- 48 hour hold downs on disputed audio claims: go/48hrblock
  - **Pending additional work on claim mute** (e.g. b/68988191) and BD input

---

***Thank you!***

---

January 29, 2018

---

### Q1'18 CID Policy/Claim Launches: Jan 29th, 2018

Hi All,

This is a weekly PS digest with updates on the Upcoming CID Policy / Claiming Changes to summarize various moving parts!

Please feel free to reach out with any questions/concerns or comment directly in the doc here.

Thank you,
Amanda

---

### AVOD/SVOD Policy Tiers (Windowing on SVOD-only)

**Launch/Comms Strategy**
- Launch still planned for Feb 1st
  - Blocking bugs can be found at go/rm-remix-sync.
  - Bug bash and E2E test scheduled for 1/30.
- External comms go/tierpolicycomms sent to Major labels: template + training deck
  - UMG: Partner is working to consolidate DDEX feeds into one Global feed with Feb 12 target date.
    - **AI PTM** to reach out to UMG eng to see how they are consolidating feeds.
  - WMG: Haven't confirmed that tiering will get us catalog that's been held back. One label, Rise, seems interested.
  - SME: Asked if there will be a SongUGC filter in YTA? FR filed for content type in YTA API: b/35156614, Content Type filter in Claims: b/69844998. FRs added to go/blocksongugc.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00038804

**Open Items**
- Scheduled match policy: go/scheduledpolicy
  - Feature is now available via DDEX, visibility in UI to be available on/after Feb 1st.
  - **AI Amanda:** Update HC and finalize comms for launching feature to all partners.
- Blocking SongUGC: go/blocksongugc
  - **Blocking bug b/71634581**: Changing codebase to match SRAV definition on audio only claims. A video can be both SongUGC and PremiumUGC. Will unintended Premium UGC get blocked when partners enable SongUGC?
- Blocking Full album UGC: go/fullalbumblock
  - **AI SPM/PTMs:** Update PS/PM when SME and UMG can be enabled for this feature and communicate launch, at SPM discretion.
- PTM Dashboard for tracking partner usage
  - **AI Kezhu/eng:** Push data for scheduled policies to Arcata for use in PTM dashboard to ensure partners aren't using features outside of terms.
- Claim details UI
  - **AI Kezhu:** More info needed/mocks on how various features will appear on Claims

|  |
| --- |
| ***Thank you!*** |

---

January 19, 2018

|  |
| --- |
| **Q1'18 CID Policy/Claim Launches** |

Hi All,

This is a weekly PS digest with updates on the Upcoming CID Policy / Claiming Changes to summarize various moving parts!

Please feel free to reach out with any questions/concerns or comment directly in the doc here.

Thank you,
Amanda

|  |
| --- |
| **AVOD/SVOD Policy Tiers (Windowing on SVOD-only)** |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00038805

**Launch/Comms Strategy** go/tierpolicycomms
- Launch planned for Feb 1st
  - Blocking bugs can be found at go/rm-remix-sync. Watch page bug: b/71585921
  - Bug bash to be held next week with E2E internal test scheduled for 1/29
- External comms to be sent to Major labels next week; aiming for Jan 22nd, pending legal sign-off.
  - Early comms give partners a chance to test/prepare.
  - Comms should focus on DDEX as main delivery method, even though some features have Policy Builder components.
  - **AI Kezhu/eng:** New open comment in comms from mbonanni@: *REDACTED - PRIVILEGE*



*REDACTED - PRIVILEGE*

**Comms** template + Training deck **w/ feed examples**
- Windowing rights for Art Tracks and Provider Music Videos via DDEX feed
  - Available Feb 1st, partners to test with PTM
- Display Update to Art Track ownership in Content Manager
  - After launch, ATs will have ownership immediately on delivery, rather than ownership added on StartDate
  - Open question: How this will appear in UI for EndDate. Question does not block sending comms to majors.
- Scheduled match policy
  - Draft comms on scheduling policies launch for all partners at go/scheduledpolicy
  - This feature is now available via DDEX, but visibility in UI to be available on or after Feb 1st.
- Blocking SongUGC
  - Planned to be available Feb 1st. More info at go/blocksongUGC
  - **Blocking bug: b/71634581**, changing codebase to match SRAV definition on audio only claims. It's currently possible for a video to be both SongUGC and PremiumUGC. Will unintended Premium UGC get blocked when partners enable SongUGC?
- Blocking Full album UGC
  - Launched for WMG 1/16, partner has been informed. Comms at go/fullalbumblock
  - **Open Item:** SME and UMG to be informed of this feature at SPM discretion. If waiting to inform partners, this portion of comms can be omitted.

**Open Item**

25

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

- Dashboard for tracking partner usage
  - PTMs are building dashboards with available AT data to ensure partners aren't using features outside of terms.
  - **AI Kezhu/eng:** For scheduled policies, the data isn't available yet. Pending data to be pushed to Arcata for use in PTM dashboard.
- Claim details UI
  - More info needed/mocks on how various features will appear on Claims

***Thank you!***



26

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-SCHNDR-00038807