# Exhibit 12

to the Declaration of Qifan Huang

PUBLIC VERSION - REDACTED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

---oOo---

MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING LTD., individually and on behalf of all others similarly situated;

Plaintiffs,

vs. Case No. 3:20-cv-04423-JD

YOUTUBE, LLC; and GOOGLE LLC;

Defendants.

_____________________________/

THIS TRANSCRIPT CONTAINS

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY TESTIMONY

REMOTE VIDEOTAPED DEPOSITION OF AMY WU

SEE ATTACHED LETTER FOR DESIGNATIONS

PALO ALTO, CALIFORNIA

TUESDAY, MAY 24, 2022

STENOGRAPHICALLY REPORTED BY:

ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR

CSR LICENSE NO. 9830

JOB NO. 832769



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
---oOo---

MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING LTD., individually and on behalf of all others similarly situated;

Plaintiffs,

vs. Case No. 3:20-cv-04423-JD

YOUTUBE, LLC; and GOOGLE LLC;

Defendants.

_________________________/

Remote Videotaped Deposition of Amy Wu, taken on behalf of the Plaintiffs, on Tuesday, May 24, 2022, beginning 9:06 a.m., and ending at 5:29 p.m., Pursuant to Notice, and before me, ANDREA M. IGNACIO, CSR, RPR, CRR, CLR ~ No. 9830.

**A P P E A R A N C E S:**

**COUNSEL FOR PLAINTIFFS:**
BOIES SCHILLER FLEXNER LLP
By: PHILIP C. KOROLOGOS, Esq.
DEMETRI BLAISDELL, Esq.
55 Hudson Yards, 20th Floor
New York, NY 10001
(212) 446-230

-- and --

KOREIN TILLERY, LLC
By: GEORGE ZELCS, Esq.
CAROL O'KEEFE, Esq.
RYAN CORTAZAR, Esq.
DAVID WALCHAK, Esq.
205 North Michigan, Suite 1950
Chicago, IL 60601
Telephone: (312) 641-9750

**R E M O T E A P P E A R A N C E S:** (Cont.)

**COUNSEL FOR THE DEFENDANTS:**
WILSON SONSINI GOODRICH & ROSATI
**BY:** MAURA REES, Esq.
KELLY M. KNOLL, Esq.
650 Page Mill Road
Palo Alto, CA 94304-1050
(650) 493-9300

**ALSO PRESENT:** Peter van der Vlugt, Videographer
Matthew Gubiotti, Google

---oOo---

I N D E X

**WITNESS:** Amy Wu

| EXAMINATION | PAGE |
|---|---|
| By Mr. Korologos | 7 |

E X H I B I T S

| EXHIBIT | PAGE |
|---|---|
| Exhibit 101 Tech Talks, Bates GOOG-SCHNDR-00042647 - '48 | 45 |
| Exhibit 102 Watch Next Overview 1-22-16 Product Review, Bates GOOG-SCHNDR-00040865 - '941 | 47 |
| Exhibit 103 Autoplay DeepDive Charles Wu 4/2021 Bates GOOG-SCHNDR-00040723 - '747 | 115 |
| Exhibit 104 Watch Next Introduction, Bates GOOG-SCHNDR-00040752 - '53 | 133 |
| Exhibit 105 YouTube Watch Next's New Hire Guide Bates GOOG-SCHNDR-00042675 - '78 | 136 |

---oOo---

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

** See Attached June 17, 2022 Wilson Sonsini Letter of Designations

---oOo---



REMOTE ZOOM DEPOSITION
TUESDAY, MAY 24, 2022
9:06 a.m.

**THE VIDEOGRAPHER:** We are now on the record. This begins Videotape No. 1 in the deposition of Amy Wu. In the matter of Maria Schneider versus YouTube LLC.

Today is Tuesday May 24, 2022, and the time is 9:06 a.m. This deposition is being taken virtually at the request of Boies Schiller & Flexner LLP.

The videographer is Peter van der Vlugt of Magna Legal Services.

The court reporter is Andrea Ignacio of Magna Legal Services.

Will counsel and all parties present state their appearances and whom they represent.

**MR. KOROLOGOS:** Good morning, it's Philip Korologos with Boies Schiller & Flexner on behalf of the Plaintiffs and the Putative Class.

**MS. REES:** This is Maura Rees from Wilson Sonsini on behalf of Google and YouTube. And with me today are Kelly Knoll from Wilson Sonsini, and Matt Gubiotti from Google.

**MR. ZELCS:** George Zelcs on behalf of the plaintiffs. With me are Carol O'Keefe, Ryan Cortazar and David Walchak all from Korein Tillery.

**MR. KOROLOGOS:** And also from Bose Schiller is Demetri Blaisdell.

**THE VIDEOGRAPHER:** Will the court reporter please swear in the witness.

AMY WU,
having been sworn as a witness,
by the Certified Shorthand Reporter,
testified as follows:

EXAMINATION

**BY MR. KOROLOGOS:**

**Q Good morning, Ms. Wu.**
A Good morning.
**Q As we discussed a little bit before, we're going to be using a platform for exhibits, and we're using Zoom for the deposition today.**
**If at any time you have difficulty hearing me, please interrupt so that you can have a clear understanding of what my questions are, and as I need to get a clear understanding of your answers.**

**And if there are interruptions, I apologize for that, but such as the life of doing things remotely these days.**
**Would you state your name for the record, please.**
A Amy Wu.
**Q And what is your address?**
A Home address?
**Q Yes.**
A [redacted]
**Q And where are you employed?**
A At Google.
**Q And when did you join Google?**
A I joined Google in, I believe it was, 2007.
**Q And what was your position when you first joined Google?**
A When I first joined Google, my position was product manager.
**Q For what product?**
A When I first joined Google, I was product manager within Search.
**Q And how long were you product manager within Search?**
A I believe I was in Search for about a year.
**Q Did you say one year?**

A I believe it was about one year roughly.
**Q So that would be some time in 2008?**
A Would have been until some time in 2008.
**Q And where did you shift to next? What position and -- and what area?**
A Next I went to -- that was also product manager. Actually, sorry. When I first joined, it was associate product manager. Actually it was -- I recall that was officially my title. So when I went to -- next was Ads, and I was also an associate product manager at that time.
**Q And how long were you an associate product managers in Ads?**
A I -- I was an associate product manager in Ads for about a year until -- and then after that I was, you know, product manager.
**Q And so you elevated from associate product manager to product manager but stayed within Ads?**
A Yes.
**Q And how long were you product manager in Ads?**
A I believe it was probably about a year or two. Maybe two years, if I recall correctly.
**Q So that takes us up to about 2011?**
A I'm not sure if it was exactly 2011. I just know it was roughly about -- about a year as an

MAGNA LEGAL SERVICES



associate product manager, and then probably another couple of years at the product manager.

**Q What was your next position?**

A My next position was also product manager.

**Q In what area?**

A I was a product manager in Google Play.

**Q How long were you product manager in Google Play?**

A I believe it was around maybe three years or so. I can't recall the exact length though, but I think it was three or maybe four years.

**Q And where did you go after that?**

A After Google Play, I went to YouTube.

**Q Okay. And when did you go to YouTube?**

A Let me think. I believe it was 20 -- I believe it was around 2016.

**Q And how did you end up going to YouTube?**

A Can you clarify what you mean by that?

**Q Sure.**

**How did you end up changing your position in or about 2016 from being a product manager in Google Play to shifting over to YouTube?**

**MS. REES:** Object to the form of the question.

**MR. KOROLOGOS:** Q. You can answer.

A Do you -- do you -- can you clarify? Do you mean kind of the mechanics or --

**Q No.**

**What -- what was it that is the principal cause for you changing positions from working for Google Play to working for YouTube?**

A So I just -- you know, I -- it was kind of time to make a change. I had been on Google Play for, I guess, around three for years at the time, and I was interested in, you know, this YouTube, moving to YouTube from there.

**Q And did you apply for the position?**

A I did apply internally, yes.

**Q And when you went to YouTube in 2016, did you go in as a product manager?**

A Yes; I was a product manager.

**Q For what? For Watch Next?**

A Yes.

**Q And that's a position you've held since 2016?**

A Yes.

**Q Prior to 2016, had you had any involvement with YouTube?**

A Not that I can recall.

**Q So when you were associate product manager in Search and then associate product manager in Ads, those were both with respect to Google?**

A Those were both Google, within Google, yes.

**Q So Google Search and Google Ads, and not YouTube Search or YouTube Ads?**

A That's right.

**Q Are there any other product managers for Watch Next today?**

A No.

**Q Have there been since you became product manager for Watch Next in 2016?**

A Yes.

**Q Who else has been product manager for Watch Next along with you since 2016, and during what periods of time?**

A There was one person who covered for me while I was out on maternity leave. And I'm trying to remember. I think that was -- you asked what period of time; is that right?

**Q Yes, yep.**

A That was 2017. Late 2017 until early 2018.

**Q And who was that that covered for you?**

A It was an associate product manager.

**Q And what is the person's name?**

A Her name is Lexie Judd.

**Q During that late -- let me withdraw that.**

**Did anybody else hold the position of product manager in Watch Next from 2016 to the present other than you or Ms. Judd?**

A No one else has been the Watch Next product manager during that time, as far as I can recall.

**Q And aside from your maternity leave, which I take it was from late 2017 to early 2018, have you been actively working as the product manager for Watch Next since 2016?**

A Yes.

**Q How many people are in the Watch Next group?**

A It -- define -- can you define "group"?

**Q Well, you tell me.**

**What -- is Watch Next considered a group within YouTube? Or an area? Or a division? Or something like that?**

A Yes, there is a core Watch Next team, let's call it.

**Q And is that a team that you manage?**

A I -- I don't know about manage, but I'm the product manager for that team, for Watch Next, yes.

**Q Who manages the team?**

A Well, by "team," there -- there is an engineering manager for the team who, you know, just -- you know, is the -- is the manager.



**Q Okay. And whether they are on a comment page or watching more videos, that is more time that they may see advertisements; correct?**
A I'm not sure they can see ads while they're writing a comment.
**Q Well, there are ads on the Watch Page; aren't there?**
A There are ads on the Watch Page, but I don't -- you know, if they're writing any comments, I don't know if, you know, they -- the ad may or may not be playing. I don't recall if -- I guess the UI is. It wouldn't cover -- I don't remember if it covers up the ad. I don't -- that's -- if it's playing in the video, I don't think so. So it may or may not, you know. There -- there may or may the not be an ad playing when they're writing a comment.
**Q Okay. But when they're watching videos more than when they did before, they're watching more ads; correct?**
A Not necessarily. I -- you know, they could be watching more ads or they could not. It just depends on, you know, where the ad is -- is showing up. I'm not sure. I -- you know, they -- they could be watching -- potentially they could be more -- watching more ads.

**Q Well, what -- as a -- as a product manager in Watch Next for over six years now, do you have a view as to whether users who watch YouTube more than they previously did watch more ads?**
A They could be watching more ads. I mean, it's -- you know, we have a whole separate Ads team that deals with advertising and how often ads show up in ad load. That's really not my area of expertise in Watch Next.
You know, I'm really focused on how do we drive user happiness and user satisfaction. And, you know, I -- I'm really not the expert on the ads or how they work. And it's not my goal to be, you know, trying to drive that. So I -- I kind of leave that to the other teams.
**Q Well, so is that a no, you do not have a view as to whether users who watch YouTube more than they used to are going to watch more ads?**
A They could be watching more ads. I just don't know, you know, the exact mechanics of how, you know, ads and ad load might work on YouTube. I mean, to the extent that, you know, generally speaking, people who watch, you know, or, you know, who -- you know, to the extent that, generally speaking, more views, you know, might be correlated with more

revenue, I mean, it could happen. But again, I'm not really the expert on the ad system. My focus is primarily on viewers.
**Q Well, I'm asking for an expert opinion. I'm asking for your views, given your extensive experience at Google overall where you used to be in Ads. And where you are now at YouTube in Watch Next for six years, whether you have an understanding. Not whether users could be watching more ads, but whether they do watch more ads when they watch more on YouTube than they used to.**
**MS. REES:** Object to the form of the question.
**MR. KOROLOGOS:** Q. You can answer.
A I mean, in -- again, in my personal opinion, I guess --
**Q That's all I can ask for.**
A -- in my personal opinion, I mean, again it's, you know -- you know, increases in views across, you know, a product tends to be correlated, you know, with an increase, you know, in -- in revenue.
But, you know, again, I -- I haven't -- you know, I know I haven't done that analysis, so I couldn't say for sure. I don't -- it's not something I really track or measure. So, you know, again, I'm

you know, primarily focused on viewers. So I think, you know, it's my personal understanding that there's, you know -- that, you know, that kind of at least there is a correlation there. So -- but I can't -- I haven't done the analysis to say, like, you know, here it is definitively for sure.
**Q Is there a difference between your use of the term "view time per visitor" and "YouTube Watch Time"?**
A Yes.
**Q What is the difference?**
A The difference is that view time per visitor is dividing the view time by the number of visitors.
**Q And watch time is total time that anybody, whether it's many more people or fewer people, that somebody is watching YouTube. Not one person obviously. It takes a lot of people.**
A Yes.
**Q Okay.**
A Yes.
**Q If you look back a few pages to the page that bears production number '873, I think it's going to be page 9 in the thumbnails.**
A Uh-huh.
**Q That's the page that says "What's the big deal?" And then the only other information on the**



Page 82

page is "████ of YT Watch Time," and below that it says:
"+5.1% last year"
Do you see that?
A Yes.
Q So is this indicating that in January of 2016 Watch Next was the source of ████ of the YouTube watch time?
A At the time of this presentation, yes.
Q And that was an increase of 5.1 percent compared to a year earlier?
A Not necessarily, no.
Q Because it may have been at some point last year but not necessarily a year before?
A No. The -- the top line number is the -- you know, the percent of -- of Watch Next as a part of total YouTube time. And I believe the bottom number is just, you know, the increase of total, you know, YouTube Watch Time in the past year.
Q I see.
So this -- this is saying what Watch Next attributed to ████ of the overall YouTube Watch Time, and the YouTube Watch Time itself increased by 5.1 percent during the prior year?
A Yes, the 5.1 percent increased from -- from

Page 83

Watch Next, you know launches and such. I believe that's -- that's what I meant. I don't recall exactly, but that's how I would interpret this.
Q Okay. And let me see if I understand.
So the ████ of YouTube Watch Time is just that, that the -- the launch source of watch time for everybody that has watched YouTube, ████ of that is attributable to Watch Next; is that right?
A What do you mean by "launch," "launch time"?
Q Well I'm using it the same way as you just used it, "launches and such" from Watch Next.
A I see.
That's what -- I was referring to the 5.1 percent. That line.
Q Okay. And I want to talk about the whole page which luckily is only two lines. But the second line is 5.1. I wanted to start with the first line.
A Okay.
Q So am I correct in understanding that the ████ of YouTube time is ████ of everybody that has watched YouTube that -- on a time watched basis, that ████ comes from videos that are launched by or for the user through the Watch Next function of YouTube?
A The ████ of YouTube Watch Time, that's

Page 84

referring to of the total time spent watching by, you know, all users on YouTube. ████ of that time comes from users using Watch Next which includes, you know, Watch Next and including Autoplay as well.
Q Okay. So Autoplay and Recommendations; right?
A On the Watch Page.
Q Recommendations on the Watch Page, right.
A Yes.
Q Those two sources.
Any other sources that make up the ████?
A I don't believe so.
Q And 5.1 percent increase -- let me withdraw that.
Where it says "+5.1% last year," is that an indication that the ████ of YouTube Watch Time that is attributable to Watch Next through Recommendations in Autoplay, that that ████ has gone up to ████ by 5.1 percent over the prior year?
A No.
Q What does it mean?
A I -- I'm interpreting this to mean that in the prior year, watch time driven by -- or watch

Page 85

time -- sorry. Just give me one second. My -- my daughter seems to have burst in here.
Can we hold that thought for one second?
Q All right. Take care of your daughter.
A Sorry.
THE VIDEOGRAPHER: Off the record. 11:54.
(Recess taken.)
THE VIDEOGRAPHER: On the record. 11:55 a.m.
MR. KOROLOGOS: Okay. Let me withdraw the question just to clear things up, and -- and we'll start over.
Q Let me -- let me ask it this way: The ████ of YouTube Watch Time is as of January 2016; correct?
A Yes.
Q What's your understanding of what it was and what the "+5.1% last year" phrase indicates that figure was for January of 2015?
A I'm not sure what it was in January of 2015. The 5 -- you know, I guess I would explain it as the -- you know, if overall YouTube Watch Time, you know, outside of Watch Next grew in that period, then I can't be sure what the percent Watch Next was of the total in the -- in the prior year.
Q Is the -- your understanding of the 5.1

MAGNA LEGAL SERVICES

Witness: Amy Wu — May 24, 2022
*Schneider v. YouTube, LLC*, No. 3:20-cv-04423-JD (N.D. Cal.)

**Errata Sheet**

| Page:Line | Change | Reason |
|---|---|---|
| 10:2 | Replace <at> with <as> | To clarify the record |
| 11:9 | Replace <for> with <or four> | To correct transcription errors |
| 11:10 | Insert <, in> between <this> and <YouTube> | To correct transcription errors |
| 14:19 | Replace <Forehle> with <Froehle> | To correct transcription errors |
| 15:22 | Replace <Core> with <core> | To correct transcription errors |
| 16:2 | Replace <Sue-Lin> with <Su-Lin> | To correct transcription errors |
| 16:3 | Replace <Next's> with <Next> | To correct transcription errors |
| 16:6 | Replace <Obray> with <Beaupre> | To correct transcription errors |
| 23:9 | Insert <and> between <playing> and <navigation> | To correct transcription errors |
| 28:24 | Replace <their> with <the> | To correct transcription errors |
| 28:24 | Replace <that> with <what> | To correct transcription errors |
| 35:21 | Replace <can't see> with <count --> | To correct transcription errors |
| 36:3 | Remove <have> between <history> and <might> | To clarify the record |
| 40:7 | Remove <out> between <know,> and <videos> | To clarify the record |
| 60:15 | Remove <what> between <when> and <the> | To correct transcription errors |
| 61:1 | Replace <, like,> with <what I> | To correct transcription errors |
| 61:2 | Replace <paraphrase> with <paraphrased> | To correct transcription errors |
| 61:4 | Insert <it> between <think> and <might> | To correct transcription errors |
| 62:8 | Insert <is> between <know,> and <one> | To clarify the record |
| 62:11 | Replace <end – end use> with <and – and use> | To correct transcription errors |
| 62:14 | Replace <End use. End use> with <And use. And | To correct transcription errors |

| | use> | |
|---|---|---|
| 63:2 | Replace <four> with <for> | To correct transcription errors |
| 71:9 | Replace <Obray> with <Beaupre> | To correct transcription errors |
| 71:11 | Replace <Obray> with <Beaupre> | To correct transcription errors |
| 84:1 | Remove <of> between <to> and <the> | To clarify the record |
| 93:8 | Replace <spammie> with <spammy> | To correct transcription errors |
| 93:10 | Replace <spammie> with <spammy> | To correct transcription errors |
| 94:13 | Replace <and> with <in> | To correct transcription errors |
| 94:21 | Replace <content ID> with <Content ID> | To correct transcription errors |
| 94:22 | Replace <content ID> with <Content ID> | To correct transcription errors |
| 95:6 | Replace <content ID> with <Content ID> | To correct transcription errors |
| 95:13 | Replace <content ID> with <Content ID> | To correct transcription errors |
| 95:16 | Replace <content ID> with <Content ID> | To correct transcription errors |
| 96:4 | Replace <spammie> with <spammy> | To correct transcription errors |
| 96:23 | Replace <content ID> with <Content ID> | To correct transcription errors |
| 100:5 | Replace <top> with <topic> | To clarify the record |
| 101:6 | Insert <job> between <good> and <of> | To correct transcription errors |
| 101:6 | Replace <list> with <listing> | To clarify the record |
| 107:19 | Replace <User Experience> with <user experience> | To correct transcription errors |
| 114:15 | Replace <lyingly> with <likely> | To correct transcription errors |
| 117:8 | Replace <value> with <valued> | To correct transcription errors |
| 117:12 | Replace <value> with <valued> | To correct transcription errors |
| 117:15 | Replace <through> with <user> | To clarify the record |

Witness: Amy Wu — May 24, 2022
*Schneider v. YouTube, LLC*, No. 3:20-cv-04423-JD (N.D. Cal.)

| | | |
|---|---|---|
| 129:23 | Replace <For> with <From> | To correct transcription errors |
| 130:24 | Replace <it> with <it's> | To clarify the record |
| 146:10 | Remove <to> between <connect> and <viewers> | To clarify the record |
| 149:21 | Replace <At> with <Beyond> | To correct transcription errors |
| 149:22 | Replace <of the> with <as a> | To correct transcription errors |
| 163:17 | Replace <a> with <an> | To correct transcription errors |
| 167:3 | Insert <not> between <I'm> and <sure> | To correct transcription errors |
| 174:23 | Replace <look> with <looking> | To correct transcription errors |
| 186:9 | Replace <Kamal> with <Carola> | To correct transcription errors |

AW ____ Subject to the above changes, I certify that the transcript is true and correct.

____ No changes have been made. I certify that the transcript is true and correct.

____________________ (signature)

6/27/22
(date)

Witness: Amy Wu — May 24, 2022
*Schneider v. YouTube, LLC*, No. 3:20-cv-04423-JD (N.D. Cal.)

ACKNOWLEDGMENT OF DEPONENT

I, Amy Wu, do hereby acknowledge that I have read and examined the foregoing testimony, and the same is a true and complete transcription of the testimony given by me and any corrections appear on the attached Errata sheet signed by me.

6/27/22
(Date)

(Signature)