| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10 | KEKER, VAN NEST & PETERS LLP<br>ROBERT A. VAN NEST - # 84065<br>rvannest@keker.com<br>DAN JACKSON - # 216091<br>djackson@keker.com<br>JULIA L. ALLEN - # 286097<br>jallen@keker.com<br>TRAVIS SILVA - # 295856<br>tsilva@keker.com<br>ANNA PORTO - # 319903<br>aporto@keker.com<br>LUKE APFELD - # 327029<br>lapfeld@keker.com<br>AMOS J. B. ESPELAND - # 332895<br>aespeland@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:    415 391 5400<br>Facsimile:    415 397 7188 | DAVID H. KRAMER, SBN 168452<br>LAUREN GALLO WHITE, SBN 309075<br>QIFAN HUANG, SBN 339672<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone: (650) 493-9300<br>Facsimile: (650) 565-5100<br>Email:  dkramer@wsgr.com<br>           lwhite@wsgr.com<br>           qhuang@wsgr.com |

11  Attorneys for Defendants and Counterclaimants
12  YOUTUBE, LLC and GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING, LTD., individually and on behalf of all others similarly situated,<br><br>                 Plaintiffs,<br><br>         v.<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>                 Defendants.<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>                 Counterclaimants,<br><br>         v.<br><br>PIRATE MONITOR LTD., PIRATE MONITOR LLC, and GÁBOR CSUPÓ,<br><br>                 Counterclaim Defendants. | Case No. 3:20-cv-04423-JD<br><br>**PROOF OF SERVICE RE UNREDACTED EXHIBITS 1-14 TO DECLARATION OF QIFAN HUANG IN SUPPORT OF DEFENDANTS' SEALING REQUEST**<br><br>Date Filed:  July 2, 2020<br><br>Trial Date:  June 12, 2023 |

PROOF OF SERVICE
Case No. 3:20-cv-04423-JD

2151599

# PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker, Van Nest & Peters LLP, 633 Battery Street, San Francisco, CA 94111-1809.

On May 18, 2023, I served the following document(s):

- **Exhibit 1 to Declaration of Qifan Huang In Support of Defendants' Sealing Request [Unredacted/Filed Under Seal]**
- **Exhibit 2 to Declaration of Qifan Huang In Support of Defendants' Sealing Request [Unredacted/Filed Under Seal]**
- **Exhibit 3 to Declaration of Qifan Huang In Support of Defendants' Sealing Request [Unredacted/Filed Under Seal]**
- **Exhibit 4 to Declaration of Qifan Huang In Support of Defendants' Sealing Request [Unredacted/Filed Under Seal]**
- **Exhibit 5 to Declaration of Qifan Huang In Support of Defendants' Sealing Request [Unredacted/Filed Under Seal]**
- **Exhibit 6 to Declaration of Qifan Huang In Support of Defendants' Sealing Request [Unredacted/Filed Under Seal]**
- **Exhibit 7 to Declaration of Qifan Huang In Support of Defendants' Sealing Request [Unredacted/Filed Under Seal]**
- **Exhibit 8 to Declaration of Qifan Huang In Support of Defendants' Sealing Request [Unredacted/Filed Under Seal]**
- **Exhibit 9 to Declaration of Qifan Huang In Support of Defendants' Sealing Request [Unredacted/Filed Under Seal]**
- **Exhibit 10 to Declaration of Qifan Huang In Support of Defendants' Sealing Request [Unredacted/Filed Under Seal]**
- **Exhibit 11 to Declaration of Qifan Huang In Support of Defendants' Sealing Request [Unredacted/Filed Under Seal]**
- **Exhibit 12 to Declaration of Qifan Huang In Support of Defendants' Sealing Request [Unredacted/Filed Under Seal]**
- **Exhibit 13 to Declaration of Qifan Huang In Support of Defendants' Sealing Request [Unredacted/Filed Under Seal]**
- **Exhibit 14 to Declaration of Qifan Huang In Support of Defendants' Sealing Request [Unredacted/Filed Under Seal]**

☑   by **E-MAIL VIA PDF FILE**, by transmitting on this date via e-mail a true and correct copy scanned into an electronic file in Adobe "pdf" format. The transmission was reported as complete and without error below:

BSFYouTube@bsfllp.com; Ktyoutube@koreintillery.com

Executed on May 18, 2023, at San Francisco, California.

1  I declare under penalty of perjury under the laws of the State of California that the above is true
2  and correct.

*Michele Knox Thomas*
Michele Knox-Thomas