1  KEKER, VAN NEST & PETERS LLP
   ROBERT A. VAN NEST - # 84065
2  rvannest@keker.com
   DAN JACKSON - # 216091
3  djackson@keker.com
   JULIA L. ALLEN - # 286097
4  jallen@keker.com
   TRAVIS SILVA - # 295856
5  tsilva@keker.com
   ANNA PORTO - # 319903
6  aporto@keker.com
   LUKE APFELD - # 327029
7  lapfeld@keker.com
   AMOS J. B. ESPELAND - # 332895
8  aespeland@keker.com
   633 Battery Street
9  San Francisco, CA 94111-1809
   Telephone:    415 391 5400
10 Facsimile:    415 397 7188

11 Attorneys for Defendants and Counterclaimants
   YOUTUBE, LLC and GOOGLE LLC

DAVID H. KRAMER, SBN 168452
LAUREN GALLO WHITE, SBN 309075
QIFAN HUANG, SBN 339672
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email:  dkramer@wsgr.com
        lwhite@wsgr.com
        qhuang@wsgr.com

12
                    UNITED STATES DISTRICT COURT
13
                   NORTHERN DISTRICT OF CALIFORNIA
14
                     SAN FRANCISCO DIVISION
15

16 MARIA SCHNEIDER, UNIGLOBE
   ENTERTAINMENT, LLC, and AST
17 PUBLISHING, LTD., individually and on
   behalf of all others similarly situated,
18
                        Plaintiffs,
19
            v.
20
   YOUTUBE, LLC and GOOGLE LLC,
21
                        Defendants.
22
   YOUTUBE, LLC and GOOGLE LLC,
23
                        Counterclaimants,
24
            v.
25
   PIRATE MONITOR LTD., PIRATE
26 MONITOR LLC, and GÁBOR CSUPÓ,
27
                        Counterclaim Defendants.

Case No. 3:20-cv-04423-JD

**NOTICE OF LODGING OF PROPOSED JURY QUESTIONNAIRE**

Date:        May 25, 2023
Time:        1:30 p.m.
Dept.:       Courtroom 11 – 19th Floor
Judge:       Hon. James Donato

Date Filed:  July 2, 2020

Trial Date:  June 12, 2023

28

1    To streamline the jury selection process, Defendants respectfully request that the Court

2  use a jury questionnaire in advance of voir dire.  Defendants' proposed jury questionnaire is

3  Exhibit A to this Notice.  Defendants are prepared to discuss the proposed questionnaire at

4  tomorrow's pre-trial conference.

5    Defendants have asked Plaintiffs whether they would agree to file a joint request for a jury

6  questionnaire.  Plaintiffs have not provided their position.

7

8                                                    Respectfully submitted,

9  Dated:  May 24, 2023                              KEKER, VAN NEST & PETERS LLP

10

11                                  By:    /s/ *Robert A. Van Nest*
                                           ROBERT A. VAN NEST
12                                         DAN JACKSON
                                           JULIA L. ALLEN
13                                         TRAVIS SILVA
                                           ANNA PORTO
14                                         LUKE APFELD
                                           AMOS J. B. ESPELAND
15
                                           DAVID H. KRAMER
16                                         LAUREN GALLO WHITE
                                           QIFAN HUANG
17                                         WILSON SONSINI GOODRICH & ROSATI
18                                         Attorneys for Defendants and
                                           Counterclaimants
19                                         YOUTUBE, LLC and GOOGLE LLC

20

21

22

23

24

25

26

27

28

NOTICE OF LODGING OF PROPOSED JURY QUESTIONNAIRE
Case No. 3:20-cv-04423-JD
2155065