# EXHIBIT A

**NAME**: _____

**Juror No.:** _____

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING, LTD., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>Defendants.| Case No. 3:20-cv-04423-JD<br><br>**[PROPOSED] JURY SELECTION QUESTIONNAIRE** |
| YOUTUBE, LLC and GOOGLE LLC,<br><br>Counterclaimants,<br><br>v.<br><br>PIRATE MONITOR LTD., PIRATE MONITOR LLC, and GÁBOR CSUPÓ,<br><br>Counterclaim Defendants. | |

To Prospective Jurors:

Please complete the following questionnaire to assist the Court and counsel in selecting a jury to serve in the case of *Maria Schneider, Uniglobe Entertainment, LLC, and AST Publishing, Ltd. et al. v. YouTube, LLC and Google LLC*.

Please read the instructions on this page carefully and then complete the following questionnaire. Please print your answers clearly in blue or black ink. Do not leave any questions unanswered. Your answers are confidential and they will be seen only by the Judge and the attorneys for this case; your answers will not be shared with any other members of the jury panel. Complete written answers will save the Court, parties, and prospective jurors a great deal of time. If a question asks you to "explain," you must describe the circumstances or other details pertaining to your answer. You may not have enough room after the question to provide the best answer. The Court encourages you to write in the margins if you feel that you need additional space to answer a question. Complete and detailed answers may avoid further follow-up questions later in the process. <u>Please do not write on the back of any sheet.</u>

It is very important that the answers be yours and yours alone. You must fill out this questionnaire by yourself and without consulting any other person. Please do not discuss the questions or your answers with anyone.

Remember that there are no "right" or "wrong" answers, only honest answers. You must sign this questionnaire, and your answers will have the same effect as a statement made under oath to the Court. Thank you for your time and effort in completing this questionnaire.

1. NAME: _____   Dr. Mr. Mrs. Ms. Miss

2. Age _____

3.  Residence:   Address: _____

    City/Town: _____

    Which best describes your current housing situation?

    ( ) Own house   ( ) Own apartment   ( ) Rent house   ( ) Rent apartment

    ( ) Live at home with parents

    How long have you lived at this location? _____

4.  What is your current marital status:

    ( ) Single     ( ) Married    ( ) Live with Partner    ( ) Separated

    ( ) Divorced   ( ) Widowed

5.  What is the highest level of education you completed?

    ( ) Less than high school     ( ) High school diploma

    ( ) Associate's Degree        ( ) Some college           ( ) College degree

    ( ) Some post-grad            ( ) Post graduate degree

    Please describe your complete educational background, including all degrees and/or professional certifications:

    | School Name | Major areas of study | Degrees received |
    |---|---|---|
    | | | |
    | | | |
    | | | |
    | | | |

6.      What is your current employment status?

        ( ) Employed full time    ( ) Employed part time    ( ) Unemployed

        ( ) Homemaker    ( ) Retired    ( ) Disabled    ( ) Full time student

7.      If you are currently employed, please list your occupation / job position, including employer, dates of employment, and a description of your duties and responsibilities:

| Current Occupation/Job: | Employer: | Dates: | Duties and Responsibilities: |
|---|---|---|---|
|  |  |  |  |

      7a.  Do you currently manage or supervise others at this occupation / job?

        ( ) Yes  ( ) No

      7b.  If yes to 7a., how many people do you currently manage or supervise? _____

8.      Does your job require you to work on licensing and/or copyrights?

        ( ) Yes  ( ) No

If Yes, please explain:

_____

_____

_____

9. Please list the previous three occupations / job positions you have had (prior to your current occupation), including employer, dates of employment, and a description of your duties and responsibilities for each role:

| Previous Occupation/Job: | Employer: | Dates: | Duties and Responsibilities: |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

9a. Did you manage or supervise others at any of these jobs?

( ) Yes   ( ) No

9b. If yes 9a., what is the largest number of people that you managed or supervised?

_____

9c. Have any of these jobs required you to work on licensing and/or copyrights?

( ) Yes   ( ) No

10. Have you, any member of your family, or anyone close to you ever registered or attempted to register a copyright?

( ) Yes   ( ) No

If yes, please explain:

_____

_____

_____

_____

_____

11.   Are you educated, employed, trained or experienced in any of the following areas?

    a.   Copyright?                               YES _____ NO _____

    b.   Licensing?                                YES _____ NO _____

    c.   Law?                                      YES _____ NO _____

    d.   Composing music?                          YES _____ NO _____

    e.   Writing screenplays?                      YES _____ NO _____

    f.   Making movies?                            YES _____ NO _____

    g.   Social media?                             YES _____ NO _____

    h.   Internet content creation?                YES _____ NO _____

    i.   Authoring books or audio books? YES _____ NO _____

    j.   Producing videos?                         YES _____ NO _____

    k.   Transcoding?                              YES _____ NO _____

    l.   Internet operations?                      YES _____ NO _____

    m.   Engineering?                             YES _____ NO _____

    n.   Financial or business

   analysis or modeling?   YES _____ NO_____

   o. Patent?        YES _____ NO_____

   p. Trademark?      YES _____ NO_____

   q. Trade secrets?     YES _____ NO_____

   If Yes to any of the above areas, please explain your answer:

   _____

   _____

   _____

   _____

12.  What is your spouse/partner's highest level of education and major area of study, if any:

   _____

13.  Please describe your spouse / partner's occupation, employer, job duties and responsibilities.

   _____

   _____

   _____

   _____

14.  Do your spouse / partner's job duties require close involvement with or handling licensing or copyrights?

( )Yes    ( ) No    ( ) Not Sure

If yes, please explain:

_____

_____

_____

_____

15. Please state for each of your children, if any:

    Gender    Age    Occupation

    _____  _____  _____

    _____  _____  _____

    _____  _____  _____

    _____  _____  _____

16. Do any of your children's job duties require them to be closely involved with or handle licensing or copyrights?

( )Yes    ( ) No    ( ) Not Sure

If yes, please explain:

_____

_____

_____

_____

17. Please list any clubs, associations, organizations or civic / religious groups that you belong to.

_____

_____

_____

_____

Do you hold any offices or leadership roles in the above groups / organizations?

( )Yes   ( ) No

If yes, please explain:

_____

_____

_____

_____

18. Have you previously served as a trial juror or as a grand juror?

( )Yes   ( ) No

If yes, please complete for each case on which you served:

| Civil or Criminal | Nature of Case (e.g., robbery or personal injury) | When/Where? | Verdict reached? (Yes or No) |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

    a.    Did you serve as a jury foreperson for any of these cases?

        ( )Yes   ( ) No

    b.    If yes, which cases? _____

19.    Have you ever been a party to a lawsuit, whether civil or criminal?

( )Yes   ( ) No

If yes, were you (check all that apply):

( ) Plaintiff     ( ) Defendant     ( ) Witness

Describe the nature of the case(s), including the year and location of the case(s), along with

a brief summary:

_____

_____

_____

_____

_____

20. Have you heard, read or seen anything about this case?

( ) Yes    ( ) No

If yes, please explain your answer:

_____

_____

_____

_____

_____

21. Are you familiar with Maria Schneider, who is a jazz composer and player, or her music?

( ) Yes    ( ) No

If yes, please explain your answer:

_____

_____

_____

_____

_____

22.   Are you familiar with Uniglobe Entertainment, a film studio, or the movie *5 Weddings*?

( ) Yes     ( ) No

If yes, please explain your answer:

_____

_____

_____

_____

23.   Are you familiar with AST Publishing Ltd., a Russian book publishing company, or any of its audio books?

( ) Yes     ( ) No

If yes, please explain your answer:

_____

_____

_____

_____

24.   Do you have any strong positive or negative opinions about YouTube as a company or its senior executives, products, or services?

( ) Yes     ( ) No

If yes, please explain your answer:

_____

_____

_____

_____

_____

25. Do you have any strong positive or negative opinions about Google as a company or its senior executives, products, or services?

    ( ) Yes    ( ) No

    If yes, please explain your answer:

    _____

    _____

    _____

    _____

26. Do you have any strong positive or negative opinions about large companies?

    ( ) Yes    ( ) No

    If yes, please explain your answer:

    _____

    _____

    _____

    _____

27. Have you, any member of your family, or anyone close to you or ever been employed by YouTube or Google?

    ( ) Yes    ( ) No

    If yes, please explain your answer:

    _____

    _____

    _____

    _____

28. Have you, any member of your family, or anyone close to you ever had a business relationship with YouTube or Google?

    ( ) Yes    ( ) No

    If yes, please explain your answer:

    _____

    _____

    _____

    _____

29. Have you, any member of your family, or anyone close to you ever worked as an artist or independent creator?

    ( ) Yes    ( ) No

    If yes, please explain your answer:

    _____

_____

_____

_____

_____

30. Have you, any member of your family, or anyone close to you ever been in a situation where somebody else stole an original work of authorship, or a product, process or idea that you (or your family member etc.) had developed?

    ( ) Yes    ( ) No

    If yes, please explain your answer:

    _____

    _____

    _____

    _____

31. Have you, any member of your family, or anyone close to you ever been involved in a dispute about a copyright?

    ( ) Yes    ( ) No

    If yes, please explain your answer:

    _____

    _____

    _____

    _____

32. How often, if at all, do you go onto YouTube to <u>view</u> video content?

    ( ) Never     ( ) Rarely     ( ) Sometimes     ( ) Often

33. How often, if at all, do you go onto YouTube to <u>upload</u> video content?

    ( ) Never     ( ) Rarely     ( ) Sometimes     ( ) Often

34. If you were a representative of YouTube or Google, is there any reason you would not want yourself to be a juror?

    ( ) Yes     ( ) No

    If yes, please explain your answer:

    _____

    _____

    _____

    _____

35. Are you aware of any reason(s) why you would be unable to render a verdict based solely on the evidence presented at trial or follow the law as instructed by the Judge?

    ( ) Yes     ( ) No

    If yes, please explain your answer:

    _____

    _____

    _____

_____

36.     Please list any other information you think would be important for the Court and/or the attorneys for the parties to know. If you did not understand a particular question(s), please list those question(s) below.

_____

_____

_____

_____

I declare under the penalty of perjury that the foregoing information is true and correct.

Signature: _____      Date: _____