# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Civil Minutes

Date: May 25, 2023      Judge: Hon. James Donato

Time: 1 hour & 1 Minute

Case No.     **3:20-cv-04423-JD**
Case Name    **Schneider et al v. YouTube, LLC et al**

Attorney(s) for Plaintiff(s):    Philip Korologos/Carol O'Keefe/George Zelcs/Andrew Ellis
                                         Jeffrey Waldron/Randall Ewing
Attorney(s) for Defendant(s):   Robert Van Nest/Julia Allen/Lauren White/David Kramer
                                         Amos Espeland/Luke Apfeld

Court Reporter: Marla Knox

Deputy Clerk: Lisa Clark

## PROCEEDINGS

Pretrial conference -- Held.

## NOTES AND ORDERS

The parties agree to withdraw the proposed experts Charles Cowan and Greg Halm. The motion to exclude Halm, Dkt. No. 254, is terminated as moot. The parties further agree to withdraw plaintiffs' motions in limine numbers 1 and 2. Dkt. No. 315.

The parties are directed to jointly file by 12 p.m. on May 31, 2023, revised proposed preliminary and final jury instructions, an amended verdict form, a revised list of motions in limine, and a plan for presenting plaintiffs' infringement claims within the allotted time. The proposed jury instructions should be consistent with the Ninth Circuit model jury instructions. The parties are directed to use to the fullest extent possible the preliminary and final instructions in *Avnet Inc. v. Hitachi Chem. Co. Ltd.*, No. 3:17-cv-7046-JD, Dkt. Nos. 353, 375, 376.