George A. Zelcs*
gzelcs@koreintillery.com
Randall P. Ewing, Jr.*
rewing@koreintillery.com
Ryan Z. Cortazar *
rcortazar@koreintillery.com
**KOREIN TILLERY, LLC**
205 North Michigan, Suite 1950
Chicago, IL  60601
Telephone: (312) 641-9750
Facsimile: (312) 641-9751
Stephen M. Tillery*
stillery@koreintillery.com
Steven M. Berezney, CA Bar #329923
sberezney@koreintillery.com
Carol O'Keefe*
cokeefe@koreintillery.com
**KOREIN TILLERY, LLC**
505 North 7th Street, Suite 3600
St. Louis, MO  63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

*Admitted pro hac vice

Attorneys for Plaintiffs and Counterclaim Defendants

KEKER, VAN NEST & PETERS LLP
ROBERT A. VAN NEST - # 84065
rvannest@keker.com
DAN JACKSON - # 216091
djackson@keker.com
JULIA L. ALLEN - # 286097
jallen@keker.com
TRAVIS SILVA - # 295856
tsilva@keker.com
ANNA PORTO - # 319903
aporto@keker.com
LUKE APFELD - # 327029
lapfeld@keker.com
AMOS J. B. ESPELAND - # 332895
aespeland@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188
*Attorneys for Defendants and Counterclaimants YouTube, LLC and Google LLC*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING, LTD., individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>     v.<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>            Defendants. | Case No. 3:20-cv-04423-JD<br><br>**REVISED JOINT PROPOSED JURY INSTRUCTIONS** |
| YOUTUBE, LLC and GOOGLE LLC,<br><br>            Counterclaimants,<br><br>     v.<br><br>PIRATE MONITOR LTD, et al.<br>            Counterclaim Defendants. | Judge:       Hon. James Donato<br>Trial Date:   June 12, 2023<br>Time:         9 a.m.<br>Courtroom:  11 |

*Additional Counsel*

Joshua Irwin Schiller, CA Bar #330653
*jischiller@bsfllp.com*
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293-6800
Facsimile: (415) 293-6899

Philip C. Korologos*
*pkorologos@bsfllp.com*
Jeffrey Waldron*
*jwaldron@bsfllp.com*
**BOIES SCHILLER FLEXNER LLP**
55 Hudson Yards, 20th Floor
New York, NY 10001
Telephone: (212) 446-2300
Facsimile: (212) 446-2350

*Admitted *pro hac vice*
*Attorneys for Plaintiffs and Counterclaim-Defendants*

DAVID H. KRAMER, SBN 168452
LAUREN GALLO WHITE, SBN 309075
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: dkramer@wsgr.com
lwhite@wsgr.com
*Attorneys for Defendants and Counterclaimants*

1   Pursuant to the Court's Pretrial Order No. 1, Plaintiffs and Defendants respectfully submit
2   the following Revised Joint Proposed Preliminary Jury Instructions, attached hereto as Exhibit 1,
3   and Revised Joint Proposed Final Jury Instructions, attached hereto as Exhibit 2.
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

|   |   |
|---|---|
| | Respectfully submitted, |
| Dated:  May 31, 2023 | /s/ *Philip Korologos* |

                              Philip C. Korologos*
                              *pkorologos@bsfllp.com*
                              Jeffrey Waldron*
                              *jwaldron@bsfllp.com*
                              BOIES SCHILLER FLEXNER LLP
                              55 Hudson Yards, 20th Floor
                              New York, NY 10001
                              Telephone: (212) 446-2300
                              Facsimile: (212) 446-2350

                              Joshua Irwin Schiller, CA Bar #330653
                              *jischiller@bsfllp.com*
                              BOIES SCHILLER FLEXNER LLP
                              44 Montgomery St., 41st Floor
                              San Francisco, CA 94104
                              Telephone: (415) 293-6800
                              Facsimile: (415) 293-6899

                              Carol O'Keefe*
                              *cokeefe@koreintillery.com*
                              Stephen M. Tillery*
                              *stillery@koreintillery.com*
                              Steven M. Berezney, CA Bar #329923
                              *sberezney@koreintillery.com*
                              KOREIN TILLERY, LLC
                              505 North 7th Street, Suite 3600
                              St. Louis, MO 63101
                              Telephone: (314) 241-4844
                              Facsimile: (314) 241-3525

                              George A. Zelcs*
                              *gzelcs@koreintillery.com*
                              Randall P. Ewing, Jr.*
                              *rewing@koreintillery.com*
                              Ryan Z. Cortazar*
                              *rcortazar@koreintillery.com*
                              KOREIN TILLERY, LLC
                              205 North Michigan, Suite 1950
                              Chicago, IL 60601
                              Telephone: (312) 641-9750
                              Facsimile: (312) 641-9751

*Admitted *pro hac vice*
*Attorneys for Plaintiffs*

Dated: May 31, 2023

KEKER, VAN NEST & PETERS LLP

By: /s/ *Robert A. Van Nest*
    ROBERT A. VAN NEST
    DAN JACKSON
    JULIA L. ALLEN
    TRAVIS SILVA
    ANNA PORTO
    LUKE APFELD
    AMOS J. B. ESPELAND

DAVID H. KRAMER
LAUREN GALLO WHITE
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Email:  dkramer@wsgr.com
          lwhite@wsgr.com

Attorneys for Defendants and Counterclaimants
YOUTUBE, LLC and GOOGLE LLC

**ATTESTATION**

My user ID and password are being used in the electronic filing of this document and, in compliance with N.D. Cal. Civil L.R. 5-1(h)(3), I hereby attest that concurrence in the filing of the document has been obtained from each of the other Signatories.

*/s/ Philip Korologos*

Philip C. Korologos