George A. Zelcs*
gzelcs@koreintillery.com
Randall P. Ewing, Jr.*
rewing@koreintillery.com
Ryan Z. Cortazar *
rcortazar@koreintillery.com
**KOREIN TILLERY, LLC**
205 North Michigan, Suite 1950
Chicago, IL  60601
Telephone: (312) 641-9750
Facsimile: (312) 641-9751
Stephen M. Tillery*
stillery@koreintillery.com
Steven M. Berezney, CA Bar #329923
sberezney@koreintillery.com
Carol O'Keefe*
cokeefe@koreintillery.com
**KOREIN TILLERY, LLC**
505 North 7th Street, Suite 3600
St. Louis, MO  63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

*Admitted *pro hac vice*

*Attorneys for Plaintiffs and Counterclaim Defendants*

KEKER, VAN NEST & PETERS LLP
ROBERT A. VAN NEST - # 84065
rvannest@keker.com
DAN JACKSON - # 216091
djackson@keker.com
JULIA L. ALLEN - # 286097
jallen@keker.com
TRAVIS SILVA - # 295856
tsilva@keker.com
ANNA PORTO - # 319903
aporto@keker.com
LUKE APFELD - # 327029
lapfeld@keker.com
AMOS J. B. ESPELAND - # 332895
aespeland@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188
*Attorneys for Defendants and Counterclaimants*
*YouTube, LLC and Google LLC*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING, LTD., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>Defendants. | Case No. 3:20-cv-04423-JD<br><br>**JOINT SUBMISSION RE PENDING MOTIONS THAT ARE STILL SUBJECT TO DECISION** |
| YOUTUBE, LLC and GOOGLE LLC,<br><br>Counterclaimants,<br><br>v.<br><br>PIRATE MONITOR LTD, et al.<br>Counterclaim Defendants. | Judge:      Hon. James Donato<br>Trial Date:  June 12, 2023<br>Time:        9 a.m.<br>Courtroom: 11 |

1   *Additional Counsel*

2   Joshua Irwin Schiller, CA Bar #330653
    *jischiller@bsfllp.com*

3   **BOIES SCHILLER FLEXNER LLP**

4   44 Montgomery Street, 41st Floor
    San Francisco, CA  94104

5   Telephone: (415) 293-6800
    Facsimile: (415) 293-6899

6

7   Philip C. Korologos*
    *pkorologos@bsfllp.com*

8   Jeffrey Waldron*
    *jwaldron@bsfllp.com*

9   **BOIES SCHILLER FLEXNER LLP**

10  55 Hudson Yards, 20th Floor
    New York, NY 10001

11  Telephone: (212) 446-2300
    Facsimile: (212) 446-2350

12  *Admitted pro hac vice*
    *Attorneys for Plaintiffs and Counterclaim-*

13  *Defendants*

DAVID H. KRAMER, SBN 168452
LAUREN GALLO WHITE, SBN 309075
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: dkramer@wsgr.com
lwhite@wsgr.com
*Attorneys for Defendants and Counterclaimants*

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT SUBMISSION RE PENDING MOTIONS THAT ARE STILL SUBJECT TO DECISION

The parties respectfully submit the below lists indicating the pending motions that still are subject to decision and those that are no longer necessary assuming the parties reach agreement and the Court adopts a trial plan that includes the dismissal of Plaintiffs' foreign works infringement claims and Plaintiffs' CLFN claims.

Motions subject to decision:

1. Defendants' Motion to Exclude Plaintiffs' experts Paul Jessop and Joseph Winograd

2. Plaintiffs' Motion to Exclude Defendants' expert Francois-Xavier Nuttall

3. Counterclaim Defendants' Motion for Summary Judgment

4. Plaintiffs' Motions in Limine Nos. 2,[1] 3, 4, 6, 7, 8

5. Defendants' Motions in Limine Nos. 1, 2, 3, 5, 6, 7, 8

Motions withdrawn assuming the proposed trial plan is adopted with dismissal of Plaintiffs' foreign works infringement claims and Plaintiffs' CLFN claims:

1. Defendants' Motion to Exclude Plaintiffs' experts Charles Cowan and Hal Singer

2. Plaintiffs' Motion to Exclude Defendants' expert Steven Peterson

3. Plaintiffs' Motion to Exclude Defendants' expert Greg Halm

4. Plaintiffs' Motion for Partial Summary Judgment Related to DMCA Eligibility (Search of Private and Unlisted Videos)

5. Plaintiffs' Motions in Limine Nos. 1 and 5

6. Defendants Motions in Limine No. 4

---

[1] Plaintiffs note that at the last pretrial conference, Plaintiffs initially noted that Plaintiffs' Motion in Limine No. 2 was likely no longer necessary but later during the conference indicated that there were some aspects of the motion that remain relevant following the Court's decisions on class certification and Defendants' DMCA safe harbor affirmative defense.

JOINT SUBMISSION RE PENDING MOTIONS THAT ARE STILL SUBJECT TO DECISION

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

Dated:  May 31, 2023

/s/ Philip Korologos
Philip C. Korologos*
pkorologos@bsfllp.com
Jeffrey Waldron*
jwaldron@bsfllp.com
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards, 20th Floor
New York, NY 10001
Telephone: (212) 446-2300
Facsimile: (212) 446-2350

Joshua Irwin Schiller, CA Bar #330653
jischiller@bsfllp.com
BOIES SCHILLER FLEXNER LLP
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Telephone: (415) 293-6800
Facsimile: (415) 293-6899

George A. Zelcs*
gzelcs@koreintillery.com
Randall P. Ewing, Jr.*
rewing@koreintillery.com
Ryan Z. Cortazar*
rcortazar@koreintillery.com
KOREIN TILLERY, LLC
205 North Michigan, Suite 1950
Chicago, IL 60601
Telephone: (312) 641-9750
Facsimile: (312) 641-9751

Stephen M. Tillery*
stillery@koreintillery.com
Steven M. Berezney, CA Bar #329923
sberezney@koreintillery.com
Carol O'Keefe*
cokeefe@koreintillery.com
KOREIN TILLERY, LLC
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

*Admitted pro hac vice
Attorneys for Plaintiffs

1   Dated:  May 31, 2023

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

KEKER, VAN NEST & PETERS LLP


By:   /s/ Robert Van Nest
        ROBERT A. VAN NEST
        DAN JACKSON
        JULIA L. ALLEN
        TRAVIS SILVA
        ANNA PORTO
        LUKE APFELD
        AMOS J. B. ESPELAND

        DAVID H. KRAMER
        LAUREN GALLO WHITE
        WILSON SONSINI GOODRICH &
        ROSATI
        Professional Corporation
        650 Page Mill Road
        Palo Alto, CA 94304-1050
        Telephone: (650) 493-9300
        Email:  dkramer@wsgr.com
                    lwhite@wsgr.com

        Attorneys for Defendants and
        Counterclaimants
        YOUTUBE, LLC and GOOGLE LLC

JOINT SUBMISSION RE PENDING MOTIONS THAT ARE STILL SUBJECT TO DECISION

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### ATTESTATION

My user ID and password are being used in the electronic filing of this document and, in compliance with N.D. Cal. Civil L.R. 5-1(h)(3), I hereby attest that concurrence in the filing of the document has been obtained from each of the other Signatories.

<em>/s/ Philip Korologos</em>

Philip Korologos

JOINT SUBMISSION RE PENDING MOTIONS THAT ARE STILL SUBJECT TO DECISION