George A. Zelcs*
gzelcs@koreintillery.com
Randall P. Ewing, Jr.*
rewing@koreintillery.com
Ryan Z. Cortazar *
rcortazar@koreintillery.com
**KOREIN TILLERY, LLC**
205 North Michigan, Suite 1950
Chicago, IL  60601
Telephone: (312) 641-9750
Facsimile: (312) 641-9751
Stephen M. Tillery*
stillery@koreintillery.com
Steven M. Berezney, CA Bar #329923
sberezney@koreintillery.com
Carol O'Keefe*
cokeefe@koreintillery.com
**KOREIN TILLERY, LLC**
505 North 7th Street, Suite 3600
St. Louis, MO  63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

*Admitted pro hac vice

*Attorneys for Plaintiffs and Counterclaim Defendants*

KEKER, VAN NEST & PETERS LLP
ROBERT A. VAN NEST - # 84065
rvannest@keker.com
DAN JACKSON - # 216091
djackson@keker.com
JULIA L. ALLEN - # 286097
jallen@keker.com
TRAVIS SILVA - # 295856
tsilva@keker.com
ANNA PORTO - # 319903
aporto@keker.com
LUKE APFELD - # 327029
lapfeld@keker.com
AMOS J. B. ESPELAND - # 332895
aespeland@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

*Attorneys for Defendants and Counterclaimants YouTube, LLC and Google LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING, LTD., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>Defendants. | Case No. 3:20-cv-04423-JD<br><br>**REVISED JOINT PROPOSED VERDICT FORM** |
| YOUTUBE, LLC and GOOGLE LLC,<br><br>Counterclaimants,<br><br>v.<br><br>PIRATE MONITOR LTD, et al.<br>                    Counterclaim Defendants. | Judge:       Hon. James Donato<br>Trial Date:  June 12, 2023<br>Time:         9 a.m.<br>Courtroom: 11 |

*Additional Counsel*

Joshua Irwin Schiller, CA Bar #330653
*jischiller@bsfllp.com*
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery Street, 41st Floor
San Francisco, CA  94104
Telephone: (415) 293-6800
Facsimile: (415) 293-6899

Philip C. Korologos*
*pkorologos@bsfllp.com*
Jeffrey Waldron*
*jwaldron@bsfllp.com*
**BOIES SCHILLER FLEXNER LLP**
55 Hudson Yards, 20th Floor
New York, NY 10001
Telephone: (212) 446-2300
Facsimile: (212) 446-2350
*Admitted *pro hac vice*
*Attorneys for Plaintiffs and Counterclaim-Defendants*

DAVID H. KRAMER, SBN 168452
LAUREN GALLO WHITE, SBN 309075
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: dkramer@wsgr.com
lwhite@wsgr.com
*Attorneys for Defendants and Counterclaimants*

Pursuant to the Court's Pretrial Order No. 1, Plaintiffs and Defendants respectfully submit the following Joint Proposed Verdict Form and Supporting Statements.

1. Attached hereto as Exhibit 1 is Plaintiffs and Defendants' Proposed Verdict Form.
2. Attached hereto as Exhibit 2 is Plaintiffs' Statement in Support of Plaintiffs' Proposed Verdict Form.
3. Attached hereto as Exhibit 3 is Defendants' Statement in Support of Defendants' Proposed Verdict Form.

|   |   |
|---|---|
| | Respectfully submitted, |
| Dated:  May 31, 2023 | /s/ *Philip Korologos* |

        Philip C. Korologos*
        *pkorologos@bsfllp.com*
        Jeffrey Waldron*
        *jwaldron@bsfllp.com*
        BOIES SCHILLER FLEXNER LLP
        55 Hudson Yards, 20th Floor
        New York, NY 10001
        Telephone: (212) 446-2300
        Facsimile: (212) 446-2350

        Joshua Irwin Schiller, CA Bar #330653
        *jischiller@bsfllp.com*
        BOIES SCHILLER FLEXNER LLP
        44 Montgomery St., 41st Floor
        San Francisco, CA 94104
        Telephone: (415) 293-6800
        Facsimile: (415) 293-6899

        Carol O'Keefe*
        *cokeefe@koreintillery.com*
        Stephen M. Tillery*
        *stillery@koreintillery.com*
        Steven M. Berezney, CA Bar #329923
        *sberezney@koreintillery.com*
        KOREIN TILLERY, LLC
        505 North 7th Street, Suite 3600
        St. Louis, MO 63101
        Telephone: (314) 241-4844
        Facsimile: (314) 241-3525

        George A. Zelcs*
        *gzelcs@koreintillery.com*
        Randall P. Ewing, Jr.*
        *rewing@koreintillery.com*
        Ryan Z. Cortazar*
        *rcortazar@koreintillery.com*
        KOREIN TILLERY, LLC
        205 North Michigan, Suite 1950
        Chicago, IL 60601
        Telephone: (312) 641-9750
        Facsimile: (312) 641-9751

*Admitted *pro hac vice*
*Attorneys for Plaintiffs*

Dated: May 11, 2023

KEKER, VAN NEST & PETERS LLP

By:   /s/ *Robert A. Van Nest*
    ROBERT A. VAN NEST
    DAN JACKSON
    JULIA L. ALLEN
    TRAVIS SILVA
    ANNA PORTO
    LUKE APFELD
    AMOS J. B. ESPELAND

DAVID H. KRAMER
LAUREN GALLO WHITE
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Email:  dkramer@wsgr.com
       lwhite@wsgr.com

Attorneys for Defendants and Counterclaimants
YOUTUBE, LLC and GOOGLE LLC

**ATTESTATION**

My user ID and password are being used in the electronic filing of this document and, in compliance with N.D. Cal. Civil L.R. 5-1(h)(3), I hereby attest that concurrence in the filing of the document has been obtained from each of the other Signatories.

*/s/ Philip Korologos*

Philip C. Korologos