# EXHIBIT 1

## **Verdict Form**

When answering the following questions and filling out this Verdict Form, please follow the directions provided throughout the form. Your answer to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Jury Instructions. Please refer to the Jury Instructions if you are unsure about the meaning or usage of any legal term that appears in the questions below.

[The Parties have indicated their respective positions on areas of dispute in red typeface in what follows.]

We, the jury, unanimously agree to the answers to the following questions and return them under the instructions of this Court as our verdict in this case:

**Question No. 1:**   **[Plaintiffs: "Primary"] [Defendants: "Direct"], Contributory, or Vicarious Infringement**

For each of Plaintiffs' Works listed below, has Plaintiff Maria Schneider or Plaintiff Uniglobe Entertainment, LLC ("Uniglobe") proven that it is more likely than not that Defendants YouTube, LLC and Google LLC ("YouTube") are liable for **[Plaintiffs: "primary"] [Defendants: "direct"]** copyright infringement, vicarious copyright infringement, and/or contributory copyright infringement in accordance with the instructions given to you?

*With respect to each work, please answer "Yes" (for the Plaintiff) or "No" (for YouTube) in each box in the Question 1 column in* **Table 1**.

**Table 1**[1]

| Plaintiff | Work | Question 1: Has Plaintiff Established Any Infringement Claim? |
|---|---|---|
| Maria Schneider | Alchemy | |
| Maria Schneider | Allegresse | |
| Maria Schneider | Anthem | |
| Maria Schneider | Baytrail Shuffle | |
| Maria Schneider | Bird Count | |
| Maria Schneider | Buleria, Solea y Rumba | |
| Maria Schneider | City Sunrise | |
| Maria Schneider | Coot Stew | |

---

[1] Works to be included in table subject to being narrowed based on the parties reaching agreement on a proposed trial plan.

| Plaintiff | Work | Question 1: Has Plaintiff Established Any Infringement Claim? |
|---|---|---|
| Maria Schneider | Dance You Monster to My Soft Song | |
| Maria Schneider | El Viento | |
| Maria Schneider | Evanescence | |
| Maria Schneider | Green Piece | |
| Maria Schneider | Gumba Blue | |
| Maria Schneider | Gush | |
| Maria Schneider | Hang Gliding | |
| Maria Schneider | Journey Home | |
| Maria Schneider | Last Season | |
| Maria Schneider | Lately | |
| Maria Schneider | My Lament | |
| Maria Schneider | Scenes from Childhood | |
| Maria Schneider | Sea of Tranquility | |
| Maria Schneider | Smooth Talk | |
| Maria Schneider | Sue (or In a Season of Crime) | |
| Maria Schneider | The Grail | |
| Maria Schneider | Three Romances | |
| Maria Schneider | Tork's Café | |
| Maria Schneider | Wyrgly | |
| Uniglobe | 5 Weddings (English) | |

*If you answered "Yes" for any of the boxes in **Table 1**, then continue to Question No. 2.  If you answered "No" for all of the boxes in **Table 1**, then skip Questions 2 - 3 and continue to Question 4.*

**Question No. 2:   Affirmative Defenses to Infringement Claims**

For each work listed below for which your answer was "Yes" in Question 1, has YouTube proven that it is more likely than not that it is not liable [Plaintiffs: "not liable for any infringement"] [Defendants: "not liable"] as a result of its affirmative defenses of license, contractual limitations, or fair use in accordance with the instructions given to you?

With respect to each work for which your answer was "Yes" in Question 1, please answer "Yes" (for Defendants) or "No" (for the Plaintiff) in each box in the Question 2 column in **Table 2**.

**Table 2[2]**

| Plaintiff | Work | Question 2: [Plaintiffs: "Are all Claims Eliminated by Affirmative Defenses?"] [Defendants: "Does an affirmative defense apply?""] |
|---|---|---|
| Maria Schneider | Alchemy | |
| Maria Schneider | Allegresse | |
| Maria Schneider | Anthem | |
| Maria Schneider | Baytrail Shuffle | |
| Maria Schneider | Bird Count | |
| Maria Schneider | Buleria, Solea y Rumba | |
| Maria Schneider | City Sunrise | |
| Maria Schneider | Coot Stew | |
| Maria Schneider | Dance You Monster to My Soft Song | |

---

[2] Works to be included in table subject to being narrowed based on the parties reaching agreement on a proposed trial plan.

| Plaintiff | Work | Question 2: [Plaintiffs: "Are all Claims Eliminated by Affirmative Defenses?"] [Defendants: "Does an affirmative defense apply?""] |
|---|---|---|
| Maria Schneider | El Viento | |
| Maria Schneider | Evanescence | |
| Maria Schneider | Green Piece | |
| Maria Schneider | Gumba Blue | |
| Maria Schneider | Gush | |
| Maria Schneider | Hang Gliding | |
| Maria Schneider | Journey Home | |
| Maria Schneider | Last Season | |
| Maria Schneider | Lately | |
| Maria Schneider | My Lament | |
| Maria Schneider | Scenes from Childhood - Bombshelter Beast | |
| Maria Schneider | Scenes from Childhood - Coming About | |
| Maria Schneider | Scenes from Childhood - Night Watchman | |
| Maria Schneider | Sea of Tranquility | |
| Maria Schneider | Smooth Talk | |
| Maria Schneider | Sue (or In a Season of Crime) | |
| Maria Schneider | The Grail | |
| Maria Schneider | Three Romances - Danca Ilusoria | |

| Plaintiff | Work | Question 2: [Plaintiffs: "Are all Claims Eliminated by Affirmative Defenses?"] [Defendants: "Does an affirmative defense apply?""] |
|---|---|---|
| Maria Schneider | Three Romances - Pas de Deux | |
| Maria Schneider | Three Romances – Choro Dancado | |
| Maria Schneider | Tork's Café | |
| Maria Schneider | Wyrgly | |
| Uniglobe | 5 Weddings (English) | |
| Uniglobe | 5 Weddings (Hindi) | |

*If you answered "No" for any of the boxes in* **Table 2**, *then continue to Question No. 3. If you answered "Yes" for all the boxes in* **Table 2**, *then skip Question 3 and continue to Question 4.*

**Question No. 3:   Infringement Damages**

If you found for Maria Schneider or Uniglobe on their copyright infringement claims as to any work, and if you found that YouTube is not entitled to an affirmative defense as to that work, then you must determine what statutory damagesif any, are appropriate for infringement of that work.

The amount you may award as statutory damages is not less than $750, nor more than $30,000, for each work that you determine was infringed.  However, if you find the infringement was willful in accordance with the instructions given to you, you may award as much as $150,000 for each work willfully infringed.  If you find the infringement was innocent in accordance with the instructions given to you, you may award as little as $200 for each work innocently infringed.

*Statutory damages award for each Schneider infringed work:*   $ _____

*Statutory damages award for Uniglobe infringed work:*           $ _____

**Question No. 4:   Maria Schneider's ISRC Claims under 17 U.S.C. § 1202(b)**

For any of the videos for which Ms. Schneider alleges an ISRC claim, has Ms. Schneider proven that it is more likely than not that:

(1) [Plaintiffs: "Youtube distributed, imported for distribution, or publicly performed sound recordings of musical works or copies of such works owned by Ms. Schneider"] [Defendants: "YouTube distributed or imported for distribution copies of musical works owned by Ms. Schneider"];

(2) [Plaintiffs: "knowing that ISRC codes had been removed or altered without authority of the copyright owner or the law"] [Defendants: "knowing at the time of distribution or importation that ISRC codes had been removed and had been removed without the plaintiff's permission]; and

(3) [Plaintiffs: "knowing, or having reasonable grounds to know, that"] [Defendants: "knowing at the time of distribution or importation that"] it will induce, enable, facilitate, or conceal copyright infringement?

*Please answer "Yes" (for Ms. Schneider) or "No" (for YouTube):* _____

If you found that YouTube did violate 17 U.S.C. § 1202(b) for any of Ms. Schneider's ISRC works (*i.e.*, you entered "Yes" above), then indicate the number of videos for which YouTube committed such a violation.

*Total number of times YouTube violated 17 U.S.C. § 1202(b):* _____

**Question No. 5:   Affirmative Defense to ISRC Claim under 17 U.S.C. § 1202(b)**

Has YouTube proved that it is more likely than not that it is not liable for any violations of 17 U.S.C. § 1202(b) as a result of its affirmative defense of contractual limitations in accordance with the instructions given to you?"

*Please answer "Yes" (for YouTube) or "No" (for Ms. Schneider):*  _____

[Plaintiffs: Plaintiffs Propose Question No. 6 be a jury question to determine statutory damages for violation of § 1202 as identified below] [Defendants propose that the Court award any statutory damages for violations of § 1202 and would not pose Question No. 5 to the Jury.]

**Question No. 6:  Damages for violations of 17 U.S.C. § 1202**

If you found for Maria Schneider on any of her ISRC claims, then you must determine what statutory damages, established by Congress, she is entitled to per violation.

The statutory damages per violation that you may award is not less than $2,500 or more than $25,000 for each violation.  If you find that YouTube innocently violated 17 U.S.C. § 1202(b) with respect to ISRC codes in accordance with the instructions provided to you, then you may, but are not required to, reduce the statutory damages award below the $2,500 minimum per violation.

*Statutory damages award per violation with respect to ISRC Codes:*  $ _____

**Question No. 6/7:**     **Counterclaim Liability**

Has YouTube proven that it is more likely than not that [Counterclaim Plaintiffs: "Gabor Csupó, or Pirate Monitor Ltd., or both,"] [Counterclaim Defendants: "Pirate Monitor Ltd. or Gabor Csupó"] violated 17 U.S.C. § 512(f) in accordance with the instructions given to you?

*With respect to each counterclaim defendant, please answer "Yes" (for YouTube) or "No" (for the Counterclaim Defendant).*

[Counterclaim Plaintiffs:

"(a)  Mr. Csupó                                    _____

"(b)    Pirate Monitor Ltd.              _____"

[Counterclaim Defendants:

"(a)  Is Pirate Monitor Ltd. liable for violating 17 U.S.C. § 512(f)?   _____

"(b)  Is Mr. Csupó liable for violating 17 U.S.C. § 512(f)?        _____"

*If you answered "Yes" to either of the subparts above, proceed to Question 7/8. If you answered "No" to both subparts above, proceed to the last page.*

**Question No. 7/8: Counterclaim Affirmative Defenses**

Has Pirate Monitor Ltd. or Mr. Csupó proven that it is more likely than not that they are not liable for violation of 17 U.S.C. § 512(f) as a result of their affirmative defenses that (a) YouTube's conduct was inequitable or (b) YouTube was equally responsible, in accordance with the instructions given to you?

*With respect to each Counterclaim Defendant, please answer "Yes" (for Counterclaim Defendant) or "No" (for YouTube) whether they are entitled to one or more affirmative defenses:*

[Counterclaim Plaintifs:

"(a) Mr. Csupó            _____

"(b) Pirate Monitor Ltd.     _____"]

[Counterclaim Defendants:

"(a) Pirate Monitor Ltd. affirmative defense:    _____

"(b) Mr. Csupó affirmative defense?           _____

*If you answered "No" in response to either Questions 7/8(a) or 7/8(b), proceed for such Counterclaim Defendant to Question 8/9. If you answered "Yes" in response to both Questions 8/9(a) and 8/9(b), proceed to the last page.*

**Question No. 8/9:**    **Counterclaim Damages**

If you found for YouTube on its claim against either Pirate Monitor Ltd. or Mr. Csupó on its 17 U.S.C. § 512(f) claim, and if you found that either Pirate Monitor Ltd. or Mr. Csupó is not entitled to an affirmative defense, then you must determine the amount of YouTube's damages for its counterclaim.  [Counterclaim Plaintiffs: would end this Question with nothing further.] [Counterclaim Defendants: "YouTube must prove damages by a preponderance of the evidence and in accordance with the instructions given to you."]

*Amount of damages: $*_____

You have now reached the end of the verdict form and should review it to ensure it accurately reflects your unanimous determinations. The Presiding Juror should then sign and date the verdict form in the spaces below and notify the Security Guard that you have reached a verdict. The Presiding Juror should retain possession of the verdict form and bring it when the jury is brought back into the courtroom.

DATED: _____, 2023                    BY:_____
                                                                    PRESIDING JURORw