| | |
|---|---|
| George A. Zelcs* <br> gzelcs@koreintillery.com <br> Randall P. Ewing, Jr.* <br> rewing@koreintillery.com <br> Ryan Z. Cortazar * <br> rcortazar@koreintillery.com <br> **KOREIN TILLERY, LLC** <br> 205 North Michigan, Suite 1950 <br> Chicago, IL  60601 <br> Telephone: (312) 641-9750 <br> Facsimile: (312) 641-9751 <br> Stephen M. Tillery* <br> stillery@koreintillery.com <br> Steven M. Berezney, CA Bar #329923 <br> sberezney@koreintillery.com <br> Carol O'Keefe* <br> cokeefe@koreintillery.com <br> **KOREIN TILLERY, LLC** <br> 505 North 7th Street, Suite 3600 <br> St. Louis, MO  63101 <br> Telephone: (314) 241-4844 <br> Facsimile: (314) 241-3525 <br><br> *Admitted *pro hac vice* <br><br> *Attorneys for Plaintiffs and Counterclaim Defendants* | KEKER, VAN NEST & PETERS LLP <br> ROBERT A. VAN NEST - # 84065 <br> rvannest@keker.com <br> DAN JACKSON - # 216091 <br> djackson@keker.com <br> JULIA L. ALLEN - # 286097 <br> jallen@keker.com <br> TRAVIS SILVA - # 295856 <br> tsilva@keker.com <br> ANNA PORTO - # 319903 <br> aporto@keker.com <br> LUKE APFELD - # 327029 <br> lapfeld@keker.com <br> AMOS J. B. ESPELAND - # 332895 <br> aespeland@keker.com <br> 633 Battery Street <br> San Francisco, CA 94111-1809 <br> Telephone:    415 391 5400 <br> Facsimile:     415 397 7188 <br><br> *Attorneys for Defendants and Counterclaimants YouTube, LLC and Google LLC* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING, LTD., individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> YOUTUBE, LLC and GOOGLE LLC, <br><br> Defendants. | Case No. 3:20-cv-04423-JD <br><br> **JOINT SUBMISSION RE TRIAL PRESENTATION PLAN** |
| YOUTUBE, LLC and GOOGLE LLC, <br><br> Counterclaimants, <br><br> v. <br><br> PIRATE MONITOR LTD, et al. <br> Counterclaim Defendants. | Judge:        Hon. James Donato <br> Trial Date:  June 12, 2023 <br> Time:          9 a.m. <br> Courtroom: 11 |

*Additional Counsel*

Joshua Irwin Schiller, CA Bar #330653
*jischiller@bsfllp.com*
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery Street, 41st Floor
San Francisco, CA  94104
Telephone: (415) 293-6800
Facsimile: (415) 293-6899

Philip C. Korologos*
*pkorologos@bsfllp.com*
Jeffrey Waldron*
*jwaldron@bsfllp.com*
**BOIES SCHILLER FLEXNER LLP**
55 Hudson Yards, 20th Floor
New York, NY 10001
Telephone: (212) 446-2300
Facsimile: (212) 446-2350
*Admitted pro hac vice
Attorneys for Plaintiffs and Counterclaim-Defendants*

DAVID H. KRAMER, SBN 168452
LAUREN GALLO WHITE, SBN 309075
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email:  dkramer@wsgr.com
lwhite@wsgr.com
*Attorneys for Defendants and Counterclaimants*

The parties respectfully submit the following proposed trial plan for the handling of claims at the upcoming trial.

**Infringement Claims**

1. There are 27 works at issue for Ms. Schneider's infringement claims and one work at issue for Uniglobe's infringement claims following dismissal by Plaintiffs of foreign unregistered works infringement claims by AST and by Uniglobe.

2. Ms. Schneider and Uniglobe will pursue only statutory damages for their infringement claims for their U.S. registered works. The parties agree that statutory damages for infringement are awarded on a "per work" basis rather than on a "per infringement" basis.

3. For Uniglobe's infringement claims for its sole U.S. registered work the statutory damages award, if any, for infringement of such work as determined by the jury will be the statutory damages awarded to Uniglobe.

4. For Ms. Schneider's infringement claims, the parties will try six works as bellwether representative works pursuant to the following terms.

   4.1. Each side will select three works from among the 27 works that remain at issue for Ms. Schneider's infringement claims.

      4.1.1. The works selected to be tried are: [*list of works to be supplied upon their selection by the parties*]

   4.2. Plaintiff Schneider will identify for Defendants each URL that she plans to use for the purpose of establishing infringement at trial and has agreed not to use for such purpose any other URLs. Defendants reserve the right to object to the use of URLs for purposes other than establishing infringement.

   4.3. The statutory damages awarded on a per infringement basis as determined by the jury for the six selected works to be tried for Ms. Schneider's infringement claims will be applied to all 27 of Ms. Schneider's works at issue on a *pro rata* basis. This will be accomplished by taking the statutory damages per work, if any, as determined by the jury and multiplying it by 27 (representing the total number of works at issue for Ms. Schneider's claims) times a fraction, the numerator of which

is the number of works the jury determines are entitled to statutory damages and the denominator of which is six (the number of works that are tried).

    4.3.1. For example, if the jury finds a statutory damage award of $100,000 per work and further finds that four of the six works that are tried are eligible for such an award, Ms. Schneider will receive a total statutory damages award of $100,000 times 27 times 4/6 or $1,800,000 as a statutory damages award for all of her alleged infringement claims.

**Copyright Management Information ("CMI") Claims**

5. There are ten works that remain at issue for Ms. Schneider's claims for violation of 17 U.S.C. § 1202 ("CMI Claims") for which she alleges a total of 22 violations relating to ISRC codes. She has dismissed her CMI Claims that relate to CLFN metadata.

6. Ms. Schneider will pursue only statutory damages for her CMI Claims. The parties agree that statutory damages for violation of 17 U.S.C. § 1202 are awarded on a "per violation" basis, not on a "per work" basis.

7. For Ms. Schneider's CMI Claims, the parties will try alleged violations of 17 U.S.C. § 1202(b)(3) for six alleged violations as bellwether representative claims pursuant to the following terms.

    7.1. Each side will select three alleged violations from among the 22 that remain at issue for Ms. Schneider's ISRC Claims.

        7.1.1. The alleged violations selected to be tried are: [*list of works and alleged violations to be provided upon selection by the parties*]

    7.2. The statutory damages awarded on a per violation basis as determined by the jury or the Court for the selected alleged violations to be tried for Ms. Schneider's CMI Claims will be applied to all 22 alleged violations on a *pro rata* basis. This will be accomplished by taking the statutory damages per violation, if any, as determined by the jury and multiplying it by 22 (representing the total number of violations alleged for Ms. Schneider's CMI Claims) times a fraction, the numerator of which is the number of violations the jury determines are entitled to a statutory damage

award and the denominator of which is the number of alleged § 1202 violations that are presented to the jury for trial.

    7.2.1. For example, if the jury finds a statutory damage award of $20,000 per violation and further finds that four of the six alleged violations that are presented to the jury for trial are eligible for such an award, Ms. Schneider will receive a total statutory damages award of $20,000 times 22 times 4/6 or $293,333.33 as a statutory damages award for all of her alleged violations of § 1202.

| | | |
|---|---|---|
| 1 | | Respectfully submitted, |
| 2 | Dated: May 31, 2023 | /s/ *Philip Korologos* |
| 3 | | Philip C. Korologos* |
| | | *pkorologos@bsfllp.com* |
| 4 | | Jeffrey Waldron* |
| | | *jwaldron@bsfllp.com* |
| 5 | | BOIES SCHILLER FLEXNER LLP |
| 6 | | 55 Hudson Yards, 20th Floor |
| | | New York, NY 10001 |
| 7 | | Telephone: (212) 446-2300 |
| | | Facsimile: (212) 446-2350 |
| 8 | | |
| 9 | | Joshua Irwin Schiller, CA Bar #330653 |
| | | *jischiller@bsfllp.com* |
| 10 | | BOIES SCHILLER FLEXNER LLP |
| | | 44 Montgomery St., 41st Floor |
| 11 | | San Francisco, CA 94104 |
| | | Telephone: (415) 293-6800 |
| 12 | | Facsimile: (415) 293-6899 |
| 13 | | |
| | | George A. Zelcs* |
| 14 | | *gzelcs@koreintillery.com* |
| | | Randall P. Ewing, Jr.* |
| 15 | | *rewing@koreintillery.com* |
| | | Ryan Z. Cortazar* |
| 16 | | *rcortazar@koreintillery.com* |
| | | KOREIN TILLERY, LLC |
| 17 | | 205 North Michigan, Suite 1950 |
| 18 | | Chicago, IL 60601 |
| | | Telephone: (312) 641-9750 |
| 19 | | Facsimile: (312) 641-9751 |
| 20 | | Stephen M. Tillery* |
| | | *stillery@koreintillery.com* |
| 21 | | Steven M. Berezney, CA Bar #329923 |
| 22 | | *sberezney@koreintillery.com* |
| | | Carol O'Keefe* |
| 23 | | *cokeefe@koreintillery.com* |
| | | KOREIN TILLERY, LLC |
| 24 | | 505 North 7th Street, Suite 3600 |
| 25 | | St. Louis, MO 63101 |
| | | Telephone: (314) 241-4844 |
| 26 | | Facsimile: (314) 241-3525 |
| 27 | | *Admitted *pro hac vice* |
| | | *Attorneys for Plaintiffs* |
| 28 | | |

| | | |
|---|---|---|
| 1 | Dated: May 31, 2023 | KEKER, VAN NEST & PETERS LLP |
| 2 | | |
| 3 | | By: /s/ *Robert A. Van Nest* |
| | | ROBERT A. VAN NEST |
| 4 | | DAN JACKSON |
| | | JULIA L. ALLEN |
| 5 | | TRAVIS SILVA |
| | | ANNA PORTO |
| 6 | | LUKE APFELD |
| | | AMOS J. B. ESPELAND |
| 7 | | |
| | | DAVID H. KRAMER |
| 8 | | LAUREN GALLO WHITE |
| | | WILSON SONSINI GOODRICH & |
| 9 | | ROSATI |
| | | Professional Corporation |
| 10 | | 650 Page Mill Road |
| | | Palo Alto, CA 94304-1050 |
| 11 | | Telephone: (650) 493-9300 |
| | | Email: dkramer@wsgr.com |
| 12 | | lwhite@wsgr.com |
| 13 | | |
| | | Attorneys for Defendants and |
| 14 | | Counterclaimants |
| | | YOUTUBE, LLC and GOOGLE LLC |

## ATTESTATION

My user ID and password are being used in the electronic filing of this document and, in compliance with N.D. Cal. Civil L.R. 5-1(h)(3), I hereby attest that concurrence in the filing of the document has been obtained from each of the other Signatories.

                                                */s/ Philip Korologos*
                                                 Philip Korologos