| | |
|---|---|
| KEKER, VAN NEST & PETERS LLP<br>ROBERT A. VAN NEST - # 84065<br>rvannest@keker.com<br>DAN JACKSON - # 216091<br>djackson@keker.com<br>JULIA L. ALLEN - # 286097<br>jallen@keker.com<br>TRAVIS SILVA - # 295856<br>tsilva@keker.com<br>ANNA PORTO - # 319903<br>aporto@keker.com<br>LUKE APFELD - # 327029<br>lapfeld@keker.com<br>AMOS J. B. ESPELAND - # 332895<br>aespeland@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:    415 391 5400<br>Facsimile:    415 397 7188 | DAVID H. KRAMER, SBN 168452<br>LAUREN GALLO WHITE, SBN 309075<br>QIFAN HUANG, SBN 339672<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone: (650) 493-9300<br>Facsimile: (650) 565-5100<br>Email:  dkramer@wsgr.com<br>         lwhite@wsgr.com<br>         qhuang@wsgr.com |

Attorneys for Defendants and Counterclaimants
YOUTUBE, LLC and GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING, LTD., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>Defendants. | Case No. 3:20-cv-04423-JD<br><br>**DECLARATION OF LAUREN GALLO WHITE IN SUPPORT OF DEFENDANTS' SUPPLEMENT TO MOTION IN LIMINE NO. 8** |
| YOUTUBE, LLC and GOOGLE LLC,<br><br>Counterclaimants,<br><br>v.<br><br>PIRATE MONITOR LTD., PIRATE MONITOR LLC, and GÁBOR CSUPÓ,<br><br>Counterclaim Defendants. | |

I, Lauren Gallo White, declares as follows:

1. I am an attorney at Wilson, Sonsini, Goodrich & Rosati, P.C., counsel to Defendants and Counterclaimants YouTube, LLC and Google LLC (together, "YouTube"). I am over the age of 18 and am competent to make this declaration. I make each of the following statements based on my personal knowledge and could, if necessary, testify to the truth of each of them.

2. YouTube served a document subpoena to A Side Music, LLC d.b.a. Modern Works Publishing ("MWP") on October 26, 2020, demanding MWP to produce "[a]ll agreements between Modern Works and Schneider or between Modern Works and ArtistShare," to which MWP refused. Attached as **Exhibit 1** is a true and correct copy of MWP's responses and objections to YouTube's subpoena, dated November 18, 2020.

3. After YouTube pointed out that "[a]greements between Modern Works and ArtistShare are directly relevant to the claims and defenses in this case because Schneider claims she is represented by ArtistShare in connection with her copyrighted works," and meeting and conferring, MWP agreed to produce "agreements in its possession between itself and ArtistShare Music Publishing, LLC and/or ArtistShare, Inc." Attached as **Exhibit 2** is a true and correct copy of a letter from my colleague, Maura L. Rees, to MWP's counsel, dated December 3, 2020. Attached as **Exhibit 3** is a true and correct copy of a response letter from MWP's counsel, dated December 14, 2020.

4. Despite promising to do so, MWP never produced any agreements between itself and ArtistShare Music Publishing LLC ("AMP").

5. YouTube also served document requests to Schneider in October 2020, asking for the production of all agreements that have "granted" or "authorized any other person or entity to grant" licenses to Schneiders' Works-in-Suit, and all documents "relating to Modern Works Publishing" and "relating to ArtistShare." Schneider never produced any agreements between MWP and AMP. Attached as **Exhibit 4** is a true and correct excerpt of Schneider's responses and objections to YouTube's relevant document requests.

6. On January 5, 2023, this Court issued an order granting in part and denying in part YouTube's Motion for Summary Judgment as to Maria Schneider. *See* Dkt. 222. The Court recognized that "the only evidence of the assignment [of Schneider's rights] from AMP to MWP is the declaration of Dan Coleman, the co-founder and president of MWP." Dkt. 222 at 6.

7. On May 30, 2023, Coleman called me over the phone and informed me that he had found a document indicating that MWP administers musical compositions on behalf of AMP. He subsequently sent an email to me containing the document in question. Attached as **Exhibit 5** is a true and correct copy of Coleman's email attaching a signed memorandum, dated November 2007, stating that AMP "grants [MWP] the right to issue nonexclusive licenses throughout the World . . . for all underlying musical compositions administered by [AMP] . . . in any and all media now known or hereafter devised."

8. This memorandum further supports Coleman's declaration stating that "AMP assigned all its duties under the Administration Agreement to [MWP]." Dkt. 164-6.

9. On the same day it received the memorandum from Coleman, YouTube produced it to plaintiffs.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed June 1, 2023 in San Francisco, California.

                                                     */s/ Lauren Gallo White*
                                                   Lauren Gallo White

**ATTORNEY ATTESTATION**

I, Robert A. Van Nest, am the ECF User whose ID and password are being used to file this document. In compliance with N.D. Cal. Civil L.R. 5-1(h)(3), I hereby attest that the concurrence in the filing of this document has been obtained from the signatory.

                                                   */s/ Robert A. Van Nest*
                                                   Robert A. Van Nest