# EXHIBIT 5

to the Declaration of Lauren Gallo White

| | |
|---|---|
| Subject: | Schneider v. YouTube Order MSJ |
| Date: | Tuesday, May 30, 2023 at 4:00:24 PM Pacific Daylight Time |
| From: | Dan Coleman |
| To: | White, Lauren Gallo |
| Attachments: | 20230530_MEMORANDUM_002.pdf |

EXT - dan.coleman@modernworkspub.com

Lauren,

I've attached a document scanned from my paper files.

--
Dan Coleman
President & Co-Founder
**MODERN WORKS MUSIC PUBLISHING**
Soundrights Music (ASCAP) | Grow Your Own Music (BMI) | Boplicity Music (SESAC)
212.459.2996
dan.coleman@modernworkspub.com
http://modernworksmusicpublishing.com
Like Us On Facebook
Follow Us On Twitter

Request a license to use music from our catalog

This email is confidential. If you feel you have received this
email in error, please contact us. Dan Coleman does not
give legal or tax advice.

As a formality, no rights are licensed until receipt and acknowledgement of associated fee(s). Modern Works and its affiliated persons do not give legal or tax advice.

# MEMORANDUM

**Effective Date:** October 1, 2007

**Administrator:** ArtistShare Music Publishing LLC, PO Box 609 Tucson AZ 85702, an LLC partnership between A Side Music, LLC and ArtistShare, Inc. ("Administrator")

**Affiliate:** A Side Music, LLC, PO Box 609, Tucson AZ 85702, a member of Administrator ("Affiliate").

**Publishing Administration:** For $1 and other good and valuable consideration, beginning on the date above and continuing until terminated by Administrator or Affiliate, Administrator hereby grants Affiliate the right to issue nonexclusive licenses throughout the World ("Territory") for all underlying musical compositions administered by Administrator ("Compositions") in any and all media now known or hereafter devised. The rights granted to the Affiliate hereunder are administrative in nature and do not include any rights of ownership whatsoever. Affiliate will have the right to collect, invoice and receive all moneys accrued or paid on behalf of the Compositions, and the Affiliate will cause such moneys to be paid to Administrator. All income earned or collected by Affiliate on behalf of the Compositions during the Term will be considered gross income ("Gross Income"). The share of Gross Income permitted to be retained by Administrator's contracts with third-party composers and publishers will be considered net publisher share ("NPS"). Administrator and Affiliate will share NPS in accordance with Administrator's operating agreement, as amended. Following each semi-annual period, Affiliate will furnish to Administrator a financial report ("Statement") regarding the earnings attributable to the Compositions in the Territory, along with a distribution of NPS or a portion thereof. Each Statement will be furnished to the Administrator within 120 days after the close of the semi-annual period for which such Statement was made. As an accommodation to Administrator, Affiliate will make direct payments to third-party composers and publishers who have entered into administration or other publishing agreements with Administrator. The Affiliate may assign any of its rights hereunder to any other subpublishers for any countries of the Territory, provided that the Affiliate remains primarily liable for the payment of royalties hereunder.

Accepted by an authorized signatory on behalf of ArtistShare Music Publishing, LLC
& A Side Music, LLC

_[signature]_  11/27/07
By: Dan Coleman    Date
Chief Operating Officer, Artistshare Music Publishing LLC
Managing Partner, A Side Music LLC