| | |
|---|---|
| KEKER, VAN NEST & PETERS LLP<br>ROBERT A. VAN NEST - # 84065<br>rvannest@keker.com<br>DAN JACKSON - # 216091<br>djackson@keker.com<br>JULIA L. ALLEN - # 286097<br>jallen@keker.com<br>TRAVIS SILVA - # 295856<br>tsilva@keker.com<br>ANNA PORTO - # 319903<br>aporto@keker.com<br>LUKE APFELD - # 327029<br>lapfeld@keker.com<br>AMOS J. B. ESPELAND - # 332895<br>aespeland@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:     415 391 5400<br>Facsimile:      415 397 7188 | DAVID H. KRAMER, SBN 168452<br>LAUREN GALLO WHITE, SBN 309075<br>QIFAN HUANG, SBN 339672<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone: (650) 493-9300<br>Facsimile: (650) 565-5100<br>Email:   dkramer@wsgr.com<br>          lwhite@wsgr.com<br>          qhuang@wsgr.com |

Attorneys for Defendants and Counterclaimants
YOUTUBE, LLC and GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING, LTD., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>Defendants.<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>Counterclaimants,<br><br>v.<br><br>PIRATE MONITOR LTD., PIRATE MONITOR LLC, and GÁBOR CSUPÓ,<br><br>Counterclaim Defendants. | Case No. 3:20-cv-04423-JD<br><br>**YOUTUBE, LLC AND GOOGLE LLC'S NOTICE OF AMENDED ANSWER**<br><br>Dept.:     Courtroom 11 – 19th Floor<br>Judge:    Hon. James Donato<br><br>Date Filed: July 2, 2020<br><br>Trial Date: June 12, 2023 |

Pursuant to the Court's denial of Plaintiffs' class certification motion, *see* ECF No. 330, and its oral permission during the pretrial conference for Defendants to withdraw their defense under the DMCA safe harbor, Defendants file the attached Amended Answer.

Respectfully submitted,

Dated: June 2, 2023                         KEKER, VAN NEST & PETERS LLP

By:   /s/ *Robert A. Van Nest*
ROBERT A. VAN NEST
DAN JACKSON
JULIA L. ALLEN
TRAVIS SILVA
ANNA PORTO
LUKE APFELD
AMOS J. B. ESPELAND

DAVID H. KRAMER
LAUREN GALLO WHITE
QIFAN HUANG
WILSON SONSINI GOODRICH & ROSATI

Attorneys for Defendants and Counterclaimants
YOUTUBE, LLC and GOOGLE LLC