1  KEKER, VAN NEST & PETERS LLP
   ROBERT A. VAN NEST - # 84065
2  rvannest@keker.com
   DAN JACKSON - # 216091
3  djackson@keker.com
   JULIA L. ALLEN - # 286097
4  jallen@keker.com
   TRAVIS SILVA - # 295856
5  tsilva@keker.com
   ANNA PORTO - # 319903
6  aporto@keker.com
   LUKE APFELD - # 327029
7  lapfeld@keker.com
   AMOS J. B. ESPELAND - # 332895
8  aespeland@keker.com
   633 Battery Street
9  San Francisco, CA 94111-1809
   Telephone:    415 391 5400
10 Facsimile:    415 397 7188

   DAVID H. KRAMER, SBN 168452
   LAUREN GALLO WHITE, SBN 309075
   QIFAN HUANG, SBN 339672
   WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
   650 Page Mill Road
   Palo Alto, CA 94304-1050
   Telephone: (650) 493-9300
   Facsimile: (650) 565-5100
   Email:  dkramer@wsgr.com
           lwhite@wsgr.com
           qhuang@wsgr.com

11 Attorneys for Defendants and Counterclaimants
   YOUTUBE, LLC and GOOGLE LLC

12

13              UNITED STATES DISTRICT COURT

14              NORTHERN DISTRICT OF CALIFORNIA

15                 SAN FRANCISCO DIVISION

16 MARIA SCHNEIDER, UNIGLOBE
   ENTERTAINMENT, LLC, and AST
17 PUBLISHING, LTD., individually and on
   behalf of all others similarly situated,
18
                Plaintiffs,
19
        v.
20
   YOUTUBE, LLC and GOOGLE LLC,
21
                Defendants.

22 YOUTUBE, LLC and GOOGLE LLC,

23              Counterclaimants,

24      v.

25 PIRATE MONITOR LTD., PIRATE
   MONITOR LLC, and GÁBOR CSUPÓ,
26
                Counterclaim Defendants.
27

28

Case No. 3:20-cv-04423-JD

**DEFENDANTS' ADMINISTRATIVE
MOTION FOR LEAVE TO BRING
ELECTRONIC AND OTHER
EQUIPMENT INTO THE COURTROOM
FOR USE DURING TRIAL**

Dept.:     Courtroom 11 – 19th Floor
Judge:     Hon. James Donato

Trial Date: June 12, 2023

---

DEFS' MFL TO BRING ELECTRONIC AND OTHER EQUIPMENT INTO THE COURTROOM DURING TRIAL
Case No. 3:20-cv-04423-JD

2159205

1    In accordance with Civil L.R. 7-11, Defendants YouTube, LLC and Google LLC

2  ("Defendants") request Court leave to bring electronic equipment for an upcoming trial starting

3  Monday, June 12, 2023, at 9:00 a.m., and for testing on Thursday, June 8, 2023, at 11:00 a.m. in

4  Courtroom 19. Defendants seek to bring the following equipment into the Courtroom: laptops, display

5  monitors, power and audio/video cables, VGA DA /VGA video splitter, speakers, laser pointers, WiFi

6  hotspots, portable inkjet printer, a tech table, and an easel. The requested equipment will facilitate

7  efficient presentation of evidence and argument to the jury and the Court during the trial. As such, and

8  for the convenience of the Court, the parties, witnesses, and in the interest of justice, Defendants

9  should be granted leave to bring the aforementioned computer equipment and electronic devices into

10  the Courtroom.

11                                          Respectfully submitted,

12  Dated:  June 5, 2023                     KEKER, VAN NEST & PETERS LLP

13

14                              By:    /s/ Robert A. Van Nest
                                       ROBERT A. VAN NEST
15                                     DAN JACKSON
                                       JULIA L. ALLEN
16                                     TRAVIS SILVA
                                       ANNA PORTO
17                                     LUKE APFELD
                                       AMOS J. B. ESPELAND
18
                                       DAVID H. KRAMER
19                                     LAUREN GALLO WHITE
                                       QIFAN HUANG
20                                     WILSON SONSINI GOODRICH & ROSATI

21                                     Attorneys for Defendants and
                                       Counterclaimants
22                                     YOUTUBE, LLC and GOOGLE LLC

23

24

25

26

27

28

DEFS' MFL TO BRING ELECTRONIC AND OTHER EQUIPMENT INTO THE COURTROOM DURING TRIAL
Case No. 3:20-cv-04423-JD

2159205