UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date: June 5, 2023                                              Judge: Hon. James Donato

Time: 45 Minutes

Case No.     **3:20-cv-04423-JD**
Case Name    **Schneider et al v. YouTube, LLC et al**

Attorney(s) for Plaintiff(s):   Philip Korologos/Carol O'Keefe/George Zelcs/Andrew Ellis
                                Jeffrey Waldron/Joshua Schiller
Attorney(s) for Defendant(s):   Robert Van Nest/Julia Allen/Lauren White/David Kramer
                                Amos Espeland/Luke Apfeld/Travis Silva/Qifan Huang

Court Reporter: Marla Knox

Deputy Clerk: Tracey Geiger

## PROCEEDINGS

Second pretrial conference -- Held.

## NOTES AND ORDERS

The Court rules on the parties' motions in limine and discusses other issues for the trial. A Pretrial Order No. 2 will issue.

A conference is set for June 8, 2023, at 1:00 p.m., to discuss the jury questionnaire responses and the proposed preliminary jury instructions. The parties are directed to email the Court's courtroom deputy, Ms. Lisa Clark, to designate one person from each side who will receive the questionnaire responses.

For Dkt. No. 346, the parties should contact Ms. Clark to arrange a joint time and date to bring equipment into the courtroom for use during trial. The parties are directed to file a joint proposed order when a time and date have been set.