George A. Zelcs*
gzelcs@koreintillery.com
Randall P. Ewing, Jr.*
rewing@koreintillery.com
Ryan Z. Cortazar *
rcortazar@koreintillery.com
**KOREIN TILLERY, LLC**
205 North Michigan, Suite 1950
Chicago, IL  60601
Telephone: (312) 641-9750
Facsimile: (312) 641-9751

Stephen M. Tillery*
stillery@koreintillery.com
Steven M. Berezney, CA Bar #329923
sberezney@koreintillery.com
Carol O'Keefe*
cokeefe@koreintillery.com
**KOREIN TILLERY, LLC**
505 North 7th Street, Suite 3600
St. Louis, MO  63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

*Admitted *pro hac vice*

*Attorneys for Plaintiffs and Counterclaim Defendants*

KEKER, VAN NEST & PETERS LLP
ROBERT A. VAN NEST - # 84065
rvannest@keker.com
DAN JACKSON - # 216091
djackson@keker.com
JULIA L. ALLEN - # 286097
jallen@keker.com
TRAVIS SILVA - # 295856
tsilva@keker.com
ANNA PORTO - # 319903
aporto@keker.com
LUKE APFELD - # 327029
lapfeld@keker.com
AMOS J. B. ESPELAND - # 332895
aespeland@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

A*ttorneys for Defendants and Counterclaimants YouTube, LLC and Google LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| MARIA SCHNEIDER and UNIGLOBE ENTERTAINMENT, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>Defendants.<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>Counterclaimants,<br><br>v.<br><br>PIRATE MONITOR LTD., et al.,<br>Counterclaim-Defendants. | Case No. 3:20-cv-04423-JD<br><br>**JOINT ADMINISTRATIVE MOTION FOR LEAVE TO BRING ELECTRONIC EQUIPMENT INTO THE COURTROOM**<br><br>Judge: Hon. James Donato<br><br>Trial Date: June 12, 2023<br>Time: 9:00 a.m |

*Additional Counsel*

Joshua Irwin Schiller, CA Bar #330653
*jischiller@bsfllp.com*
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery Street, 41st Floor
San Francisco, CA  94104
Telephone: (415) 293-6800
Facsimile: (415) 293-6899

Philip C. Korologos*
*pkorologos@bsfllp.com*
Jeffrey Waldron*
*jwaldron@bsfllp.com*
**BOIES SCHILLER FLEXNER LLP**
55 Hudson Yards, 20th Floor
New York, NY 10001
Telephone: (212) 446-2300
Facsimile: (212) 446-2350

 *Admitted *pro hac vice*

*Attorneys for Plaintiffs and Counterclaim-Defendants*

DAVID H. KRAMER, SBN 168452
LAUREN GALLO WHITE, SBN 309075
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email:   dkramer@wsgr.com
             lwhite@wsgr.com

*Attorneys for Defendants and Counterclaimants*

Pursuant to Civil L.R. 7-11, Plaintiffs Maria Schneider and Uniglobe Entertainment, LLC and Defendants YouTube, LLC and Google LLC jointly request leave to bring electronic equipment into the Courtroom for an upcoming trial starting Monday, June 12, 2023, at 9:00 a.m., and for testing on Thursday, June 8, 2023, at 11:00 a.m. in Courtroom 19.  The parties seek leave to bring the following equipment into the Courtroom: laptops, display monitors, power and audio/video cables, VGA DA /VGA video splitter, speakers, laser pointers, WiFi hotspots, portable inkjet printer, a tech table, and an easel.  The requested equipment will facilitate efficient presentation of evidence and argument to the jury and the Court during the trial. As such, and for the convenience of the Court and witnesses, and in the interest of justice, the parties should be granted leave to bring the aforementioned computer equipment and electronic devices into the Courtroom.

Respectfully submitted,

Dated:  June 7, 2023

/s/  *Philip Korologos*
Philip C. Korologos*
Jeffrey Waldron*
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards, 20th Floor
New York, NY 10001
Phone: (212) 446-2300
Fax: (212) 446-2350

Joshua Irwin Schiller, CA Bar #330653
BOIES SCHILLER FLEXNER LLP
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Phone: (415) 293-6800
Fax: (415) 293-6899

George A. Zelcs*
Randall P. Ewing, Jr.*
Ryan Z. Cortazar*
KOREIN TILLERY, LLC
205 North Michigan, Suite 1950
Chicago, IL 60601

Telephone: (312) 641-9750
Facsimile: (312) 641-9751
Stephen M. Tillery*
Steven M. Berezney, CA Bar #329923
Carol O'Keefe*
KOREIN TILLERY, LLC
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

*Admitted pro hac vice

*Attorneys for Plaintiffs Schneider and Uniglobe and for Counterclaim Defendants Pirate Monitor Ltd. and Csupo*

KEKER, VAN NEST & PETERS LLP

By: /s/ *Robert A. Van Nest*
    ROBERT A. VAN NEST
    DAN JACKSON
    JULIA L. ALLEN
    TRAVIS SILVA
    ANNA PORTO
    LUKE APFELD
    AMOS J. B. ESPELAND

    DAVID H. KRAMER
    LAUREN GALLO WHITE
    WILSON SONSINI GOODRICH & ROSATI
    Professional Corporation
    650 Page Mill Road
    Palo Alto, CA 94304-1050
    Telephone: (650) 493-9300
    Email:  dkramer@wsgr.com
           lwhite@wsgr.com

    Attorneys for Defendants and Counterclaimants
    YOUTUBE, LLC and GOOGLE LLC

**ATTESTATION**

My user ID and password are being used in the electronic filing of this document and, in compliance with N.D. Cal. Civil L.R. 5-1(h)(3), I hereby attest that concurrence in the filing of the document has been obtained from each of the other Signatories.

        */s/ Philip Korologos*

        Philip Korologos