UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA SCHNEIDER and UNIGLOBE ENTERTAINMENT, LLC,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>　　　　　Defendants. | Case No. 3:20-cv-04423-JD<br><br>**[PROPOSED] ORDER GRANTING JOINT ADMINISTRATIVE MOTION FOR LEAVE TO BRING ELECTRONIC EQUIPMENT INTO THE COURTROOM**<br><br>Judge: Hon. James Donato<br><br>Trial Date: June 12, 2023<br>Time: 9:00 a.m |
| YOUTUBE, LLC and GOOGLE LLC,<br><br>　　　　　Counterclaimants,<br><br>　v.<br><br>PIRATE MONITOR LTD., et al.,<br>　　　　　Counterclaim-Defendants. | |

In connection with the upcoming trial before the Court in the above-captioned matter, starting Monday, June 12, 2023, at 9:00 a.m., and for testing on Thursday, June 8, 2023, at 11:00 a.m., the parties are hereby permitted to bring the following equipment into this Court:

1. Laptops
2. Display monitors
3. Power and audio/video cables
4. VGA DA / VGA video splitter
5. Speakers 6. Laser pointers
7. WiFi hotspots
8. Portable inkjet printer
9. Tech table
10. Easel

IT IS SO ORDERED.

Dated:

_____

Honorable James Donato United States District Judge