UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA SCHNEIDER and UNIGLOBE ENTERTAINMENT, LLC,<br><br>             Plaintiffs,<br><br>      v.<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>             Defendants. | Case No. 3:20-cv-04423-JD<br><br>[PROPOSED] ORDER GRANTING JOINT ADMINISTRATIVE MOTION FOR LEAVE TO BRING ELECTRONIC EQUIPMENT INTO THE COURTROOM<br><br>Judge: Hon. James Donato<br><br>Trial Date: June 12, 2023<br>Time: 9:00 a.m |
| YOUTUBE, LLC and GOOGLE LLC,<br><br>             Counterclaimants,<br><br>      v.<br><br>PIRATE MONITOR LTD., et al.,<br>             Counterclaim-Defendants. | |

1   In connection with the upcoming trial before the Court in the above-captioned matter,
2   starting Monday, June 12, 2023, at 9:00 a.m., and for testing on Thursday, June 8, 2023, at 11:00
3   a.m., the parties are hereby permitted to bring the following equipment into this Court:

    1. Laptops

    2. Display monitors

    3. Power and audio/video cables

    4. VGA DA / VGA video splitter

    5. Speakers 6. Laser pointers

    7. WiFi hotspots

    8. Portable inkjet printer

    9. Tech table

    10. Easel

IT IS SO ORDERED.

Dated:  June 7, 2023

_____

Honorable James Donato United States District Judge

[PROPOSED] ORDER GRANTING JOINT ADMINISTRATIVE MOTION
FOR LEAVE TO BRING ELECTRONIC EQUIPMENT INTO THE COURTROOM