| | |
|---|---|
| George A. Zelcs* | Joshua Irwin Schiller, CA Bar #330653 |
| *gzelcs@koreintillery.com* | *jischiller@bsfllp.com* |
| Randall P. Ewing, Jr.* | **BOIES SCHILLER FLEXNER LLP** |
| *rewing@koreintillery.com* | 44 Montgomery St., 41st Floor |
| Ryan Z. Cortazar* | San Francisco, CA 94104 |
| *rcortazar@koreintillery.com* | Telephone: (415) 293-6800 |
| **KOREIN TILLERY, LLC** | Facsimile: (415) 293-6899 |
| 205 North Michigan, Suite 1950 | |
| Chicago, IL 60601 | Philip C. Korologos* |
| Telephone: (312) 641-9750 | *pkorologos@bsfllp.com* |
| Facsimile: (312) 641-9751 | Jeffrey Waldron* |
| | *jwaldron@bsfllp.com* |
| Stephen M. Tillery* | **BOIES SCHILLER FLEXNER LLP** |
| *stillery@koreintillery.com* | 55 Hudson Yards, 20th Floor |
| Steven M. Berezney, CA Bar #329923 | New York, NY 10001 |
| *sberezney@koreintillery.com* | Telephone: (212) 446-2300 |
| Carol O'Keefe* | Facsimile: (212) 446-2350 |
| *cokeefe@koreintillery.com* | |
| **KOREIN TILLERY, LLC** | |
| 505 North 7th Street, Suite 3600 | |
| St. Louis, MO 63101 | |
| Telephone: (314) 241-4844 | |
| Facsimile: (314) 241-3525 | |

*Admitted *pro hac vice*

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING LTD., individually and on behalf of all others similarly situated, | CASE NO.: 3:20-cv-04423-JD |
| Plaintiffs, | **PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |
| v. | |
| YOUTUBE, LLC and GOOGLE LLC, | Judge: Hon. James Donato |
| Defendants. | DATE: June 12, 2023<br>TIME: 9:00 a.m. |

Pursuant to Civil Local Rules 7-11 and 79-5(f), and this Court's Standing Order for Civil Cases before Honorable Judge James Donato ¶¶ 25-31, Plaintiffs respectfully submit this administrative motion to consider whether certain of Defendants' materials attached to the parties' Joint Notice of Discovery Designations should be filed under seal. Plaintiffs do not seek to file any of their own materials under seal.

Pursuant to the Stipulated Protective Order entered in this case (ECF No. 45), Defendants designated as "Confidential" or "Highly Confidential - Attorney's Eyes Only" portions of the following that are attached to the Joint Notice of Discovery Designations: (1) the transcript of the deposition of Fabio Magagna, attached as Exhibit A-3, (2) the transcript of the deposition of Pierce Stacy, attached as Exhibit A-4, and (3) discovery identified in Plaintiffs' Discovery Designations, attached as Exhibit B.

For the foregoing reasons, Plaintiffs respectfully request that the Court grant their Administrative Motion to Consider Whether Another Party's Material Should Be Sealed.

Respectfully submitted,

Dated: June 7, 2023

/s/ Andrew M. Ellis
Andrew M. Ellis (*pro hac vice*)
Carol O'Keefe (*pro hac vice*)
Stephen M. Tillery (*pro hac vice*)
Steven M. Berezney, CA Bar #329923
KOREIN TILLERY, LLC
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

George A. Zelcs (*pro hac vice*)
Randall P. Ewing, Jr. (*pro hac vice*)
Ryan Z. Cortazar (*pro hac vice*)
KOREIN TILLERY, LLC
205 North Michigan, Suite 1950
Chicago, IL 60601
Telephone: (312) 641-9750
Facsimile: (312) 641-9751

Philip C. Korologos (*pro hac vice*)
Jeffrey Waldron (*pro hac vice*)
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards, 20th Floor
New York, NY 10001

2

Plaintiffs' Administrative Motion                                                                 3:20-cv-4423-JD

Telephone: (212) 446-2300
Facsimile: (212) 446-2350

Joshua Irwin Schiller, CA Bar #330653
BOIES SCHILLER FLEXNER LLP
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Telephone: (415) 293-6800
Facsimile: (415) 293-6899

*Attorneys for Plaintiffs*

3

Plaintiffs' Administrative Motion                                                          3:20-cv-4423-JD