1  George A. Zelcs*
   gzelcs@koreintillery.com
2  Randall P. Ewing, Jr.*
   rewing@koreintillery.com
3  Ryan Z. Cortazar *
   rcortazar@koreintillery.com
4  **KOREIN TILLERY, LLC**
   205 North Michigan, Suite 1950
5  Chicago, IL  60601
   Telephone: (312) 641-9750
6  Facsimile: (312) 641-9751

7  Stephen M. Tillery*
   stillery@koreintillery.com
8  Steven M. Berezney, CA Bar #329923
   sberezney@koreintillery.com
9  Carol O'Keefe*
   cokeefe@koreintillery.com
10 **KOREIN TILLERY, LLC**
   505 North 7th Street, Suite 3600
11 St. Louis, MO  63101
   Telephone: (314) 241-4844
12 Facsimile: (314) 241-3525

13 *Admitted *pro hac vice*

14 *Attorneys for Plaintiffs and Counterclaim Defendants*

KEKER, VAN NEST & PETERS LLP
ROBERT A. VAN NEST - # 84065
rvannest@keker.com
DAN JACKSON - # 216091
djackson@keker.com
JULIA L. ALLEN - # 286097
jallen@keker.com
TRAVIS SILVA - # 295856
tsilva@keker.com
ANNA PORTO - # 319903
aporto@keker.com
LUKE APFELD - # 327029
lapfeld@keker.com
AMOS J. B. ESPELAND - # 332895
aespeland@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

*Attorneys for Defendants and Counterclaimants YouTube, LLC and Google LLC*

15

## UNITED STATES DISTRICT COURT

16

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

17

| | |
|---|---|
| 18 MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING, LTD., individually and on behalf of all others similarly situated, | Case No. 3:20-cv-04423-JD |
| 19 | **JOINT NOTICE OF FILING DISCOVERY DESIGNATIONS** |
| 20 Plaintiffs, | |
| 21 v. | Judge: Hon. James Donato |
| 22 YOUTUBE, LLC and GOOGLE LLC, | |
| 23 Defendants. | Trial Date:  June 12, 2023 Time: 9:00 a.m |
| 24 YOUTUBE, LLC and GOOGLE LLC, | |
| 25 Counterclaimants, | |
| 26 v. | |
| 27 PIRATE MONITOR LTD., et al., Counterclaim-Defendants. | |

28

JOINT NOTICE OF FILING DISCOVERY DESIGNATIONS

1    *Additional Counsel*

2    Joshua Irwin Schiller, CA Bar #330653
     *jischiller@bsfllp.com*
3    **BOIES SCHILLER FLEXNER LLP**
     44 Montgomery Street, 41st Floor
4    San Francisco, CA  94104
     Telephone: (415) 293-6800
5    Facsimile: (415) 293-6899

6    Philip C. Korologos*
     *pkorologos@bsfllp.com*
7    Jeffrey Waldron*
     *jwaldron@bsfllp.com*
8    **BOIES SCHILLER FLEXNER LLP**
     55 Hudson Yards, 20th Floor
9    New York, NY 10001
     Telephone: (212) 446-2300
10   Facsimile: (212) 446-2350

11    *Admitted pro hac vice*

12   *Attorneys for Plaintiffs and Counterclaim-Defendants*

13

DAVID H. KRAMER, SBN 168452
LAUREN GALLO WHITE, SBN 309075
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email:   dkramer@wsgr.com
         lwhite@wsgr.com

*Attorneys for Defendants and Counterclaimants*

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT NOTICE OF FILING DISCOVERY DESIGNATIONS

1    Pursuant to the Court's Standing Order, the parties submit discovery designations.

2  Exhibit A hereto contains a chart of Plaintiffs' designated deposition testimony, Defendants'

3  objections and counter-designations, and Plaintiffs' objections to Defendants' counter-

4  designations.  Exhibit A also includes the relevant deposition transcripts with the designations

5  indicated;[1] Plaintiffs' designations are marked in green and Defendants' counter-designations are

6  marked in orange.  Exhibit B hereto includes a chart of Plaintiffs' discovery designations.

7  Exhibit B also notes Defendants' objections to Plaintiffs' discovery designations and Plaintiffs'

8  responses to Defendants' objections.  Exhibit C hereto includes a chart of Defendants' discovery

9  designations.  Exhibit C also notes Plaintiffs' objections to Defendants' discovery designations

10  and Defendants' responses to Plaintiffs' objections.

11

12                                                          Respectfully submitted,

13

14
Dated:  June 7, 2023                        /s/  Philip C. Korologos
15                                                         Philip C. Korologos*
                                                            Jeffrey Waldron*
16                                                         BOIES SCHILLER FLEXNER LLP
                                                            55 Hudson Yards, 20th Floor
17                                                         New York, NY 10001
                                                            Phone: (212) 446-2300
18                                                         Fax: (212) 446-2350

19
                                                            Joshua Irwin Schiller, CA Bar #330653
20                                                         BOIES SCHILLER FLEXNER LLP
                                                            44 Montgomery St., 41st Floor
21                                                         San Francisco, CA 94104
                                                            Phone: (415) 293-6800
22                                                         Fax: (415) 293-6899

23
                                                            George A. Zelcs*
24                                                         Randall P. Ewing, Jr.*
                                                            Ryan Z. Cortazar*
25                                                         KOREIN TILLERY, LLC
                                                            205 North Michigan, Suite 1950
26                                                         Chicago, IL 60601

27
_____
28  [1] Excerpts of the transcripts of the Bornheimer, Le Claire, Magagna, and Stacy 30(b)(6) depositions are
attached as Exhibits A-1, A-2, A-3, and A-4, respectively.

JOINT NOTICE OF FILING DISCOVERY DESIGNATIONS

Telephone: (312) 641-9750
Facsimile: (312) 641-9751
Stephen M. Tillery*
Steven M. Berezney, CA Bar #329923
Carol O'Keefe*
KOREIN TILLERY, LLC
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

*Admitted pro hac vice

Attorneys for Plaintiffs Schneider and
Uniglobe and for Counterclaim Defendants
Pirate Monitor Ltd. and Csupo


KEKER, VAN NEST & PETERS LLP


By:   /s/ Robert A. Van Nest
       ROBERT A. VAN NEST
       DAN JACKSON
       JULIA L. ALLEN
       TRAVIS SILVA
       ANNA PORTO
       LUKE APFELD
       AMOS J. B. ESPELAND

       DAVID H. KRAMER
       LAUREN GALLO WHITE
       WILSON SONSINI GOODRICH &
       ROSATI
       Professional Corporation
       650 Page Mill Road
       Palo Alto, CA 94304-1050
       Telephone: (650) 493-9300
       Email:  dkramer@wsgr.com
                    lwhite@wsgr.com

       Attorneys for Defendants and
       Counterclaimants
       YOUTUBE, LLC and GOOGLE LLC

1

2                                **ATTESTATION**

3          My user ID and password are being used in the electronic filing of this document and, in

4   compliance with N.D. Cal. Civil L.R. 5-1(h)(3), I hereby attest that concurrence in the filing of the

5   document has been obtained from each of the other Signatories.

6

7                                                    */s/ Andrew M. Ellis*

8                                                    Andrew M. Ellis

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28