KEKER, VAN NEST & PETERS LLP
ROBERT A. VAN NEST - # 84065
rvannest@keker.com
DAN JACKSON - # 216091
djackson@keker.com
JULIA L. ALLEN - # 286097
jallen@keker.com
TRAVIS SILVA - # 295856
tsilva@keker.com
ANNA PORTO - # 319903
aporto@keker.com
LUKE APFELD - # 327029
lapfeld@keker.com
AMOS J. B. ESPELAND - # 332895
aespeland@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

DAVID H. KRAMER, SBN 168452
LAUREN GALLO WHITE, SBN 309075
QIFAN HUANG, SBN 339672
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email:  dkramer@wsgr.com
         lwhite@wsgr.com
         qhuang@wsgr.com

Attorneys for Defendants and Counterclaimants
YOUTUBE, LLC and GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC, and AST PUBLISHING, LTD., individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> YOUTUBE, LLC and GOOGLE LLC, <br><br> Defendants. | Case No. 3:20-cv-04423-JD <br><br> **DEFENDANTS AND COUNTERCLAIMANTS' DISCOVERY DESIGNATIONS FOR TRIAL** <br><br> Dept.:    Courtroom 11 – 19th Floor <br> Judge:    Hon. James Donato <br><br> Date Filed: July 2, 2020 <br><br> Trial Date:  June 12, 2023 |
| YOUTUBE, LLC and GOOGLE LLC, <br><br> Counterclaimants, <br><br> v. <br><br> PIRATE MONITOR LTD., PIRATE MONITOR LLC, and GÁBOR CSUPÓ, <br><br> Counterclaim Defendants. | |

**I.**

| Schneider Amended R&O to ROG 6 (dated 9/9/2022) | | |
|---|---|---|
| Excerpts | Objection | Response |
| **OBJECTIONS AND RESPONSE:**<br><br>Schneider objects that this Interrogatory is unduly burdensome, seeks irrelevant information, and calls for information protected by privileges. Subject to and without waiving those objections, Schneider responds that she became aware of the following videos identified in her list of infringements on or shortly before the following dates: | 1. Defendants include Plaintiff's objections to interrogatory no. 6 in their designation. Plaintiff's objections to interrogatory no. 6 are irrelevant and would confuse the jury (FRE 401, 402, 403)<br><br>2. Irrelevant as to works that will not be presented to the jury pursuant to the parties' Joint Submission re Trial Presentation Plan (FRE 402)<br><br>3. Prejudicial and risk of confusing the issues as to works that will not be presented to the jury pursuant to the parties' Joint Submission re Trial Presentation Plan (FRE 403) | Defendants withdraw the following portion of their designation: "Schneider objects that this Interrogatory is unduly burdensome, seeks irrelevant information, and calls for information protected by privileges. Subject to and without waiving those objections."<br><br>Defendants intend to rely only on the dates related to the videos upon which Plaintiffs will rely. |

| Video ID | Date |
|---|---|
| jxg8bkMVs80 | May 14, 2019 |
| 0GijvVT8E44 | December 9, 2015 |
| wVD3i_Mz50Q | October 3, 2018 |
| KCT92cxPINM | March 6, 2018 |
| 0UgcuTp_6jI | November 12, 2008 |
| CsFd-3Ug-70 | April 5, 2018 |
| gvGoetSAdvM | October 3, 2018 |
| iLUjozjowyA | April 5, 2018 |
| 6H1EI2ivOQY | November 20, 2017 |
| mYC8eqZl4pY | April 5, 2018 |
| s34Oj_za7ZU | September 21, 2012 |
| 7H1Yddt2gbU | April 5, 2018 |
| GmCPHZiqZ_4 | November 16, 2009 |
| o51Yk6n6aIw | June 7, 2012 |
| bj34mMJKXNE | April 5, 2018 |
| h53bJkTiEAk | March 6, 2018 |
| i8qDiJpnYLk | March 18, 2010 |
| 2jKJNdGJpOA | April 5, 2018 |
| dhxeIKZqskg | October 14, 2020 |
| iduI_77k25Y | November 21, 2017 |
| JNbjrkRcWfU | February 4, 2014 |
| njbsZ2sevIs | March 10, 2013 |
| ZXlaXbI0Eqg | December 15, 2016 |
| UDbfm95WcUk | January 24, 2013 |
| J84Rqbebgv8 | November 21, 2017 |
| uapafgmFBvg | April 5, 2018 |
| qlhJWE0Okgs | October 7, 2016 |
| xU3h-zYCLkU | October 7, 2016 |
| uia54xZZSJY | October 12, 2014 |
| tYPU7t-hfKo | February 5, 2017 |
| dSFaHPfONcI | September 8, 2015 |
| Z9N68OSIqps | March 4, 2016 |

| | | | |
|---|---|---|---|
| 2_YT4SvCPeo | February 26, 2016 | | |
| wdIW_AoTi_4 | March 4, 2016 | | |
| AlJ6K1x9WIw | July 28, 2015 | | |
| bjuli8HHcYo | June 2, 2014 | | |
| RiGKxmxq3Qk | May 6, 2015 | | |
| nSk8IMTU5TE | January 26, 2016 | | |
| C3FD5pG3RMc | January 13, 2016 | | |
| Z8cdqri2-r8 | January 11, 2016 | | |
| EaY_KMBoJ3g | September 8, 2015 | | |
| jPEFzfWrXHg | March 24, 2017 | | |
| P470eEhealc | November 13, 2015 | | |
| k7BWXiMYJdE | February 27, 2017 | | |
| MZM5ekpurvA | March 11, 2014 | | |
| s486ogPgw8w | November 16, 2009 | | |
| WGOgXhqUOv0 | April 5, 2018 | | |
| 0h32JZX-6mM | April 5, 2018 | | |
| 33vXhTXfNEs | August 17, 2018 | | |
| XrKR5T8MPQQ | April 5, 2018 | | |
| ZfNjWC-J9dQ | October 3, 2018 | | |
| jUmxA2x8V_E | October 3, 2018 | | |
| 6_meisQfQRM | March 10, 2013 | | |
| F_pBEtaI1c0 | April 5, 2018 | | |
| z0J0PKKBWGI | July 5, 2017 | | |
| 2_6R2_ym0lU | April 5, 2018 | | |
| 2qhVGVAEkRk | April 5, 2018 | | |
| XiMEiJihyFg | October 3, 2018 | | |
| 67_ah73gu5w | October 5, 2017 | | |
| jD-vgLXihXE | October 20, 2015 | | |
| SaygoLgAe4Y | October 11, 2016 | | |
| QeuWiDIDEC8 | April 5, 2018 | | |
| 2GcpEgKR7pk | April 26, 2017 | | |
| 38cSEMHyIWM | April 26, 2017 | | |
| o7is3iGyF8Q | November 15, 2010 | | |
| unu5RGsToeI | March 10, 2013 | | |
| 4jQEbX0PJ0E | October 6, 2017 | | |
| 4tzCZ5jHMtA | April 5, 2018 | | |
| gOi2s3gX584 | November 21, 2017 | | |
| OjovWaymKk0 | October 6, 2017 | | |
| OQbUmCasz2s | February 16, 2012 | | |
| ZffGvuvWwBk | September 19, 2016 | | |
| JnvZ5YqCmkA | December 11, 2007 | | |
| 1EEkdOrB_Ko | February 18, 2016 | | |
| w4LrrKTMfN0 | June 22, 2020 | | |
| EtA6n9JpzLA | September 11, 2012 | | |
| G12e3KguIM8 | March 6, 2018 | | |
| JEHlGQrBoQk | October 6, 2017 | | |
| OvJO2dyroow | August 15, 2018 | | |

2

| | | | |
|---|---|---|---|
| pFnVIQVf5rA | April 5, 2018 | | |
| sP_RyLdK2uE | April 5, 2018 | | |
| -VV3QuF8Ajw | May 9, 2020 | | |
| Hcc054DjdLY | November 15, 2010 | | |
| O28Y6pwbA-Q | June 16, 2019 | | |
| OSab1Crbf_U | October 14, 2020 | | |
| yH7JUS8TY1M | November 21, 2016 | | |
| 3eA2lvKjIxw | November 15, 2010 | | |
| La9ElPIumhQ | December 12, 2013 | | |
| 8KKwsPvf1rE | December 12, 2013 | | |
| qDg8ZmbESmE | April 11, 2011 | | |
| 2wUkhTsAC0M | November 15, 2010 | | |
| VX3G65NVu1g | June 18, 2019 | | |
| e04yCOqalv8 | March 1, 2013 | | |
| mRlj6wqzW74 | March 1, 2013 | | |
| FQq7XkFC0Do | March 1, 2013 | | |
| ASN9OqlqIXU | March 10, 2014 | | |
| YIwyHj2Cn_Q | March 10, 2014 | | |
| NML2WgRpVRc | March 10, 2014 | | |
| I9jiYSUhcPQ | March 10, 2014 | | |
| i8UlsGKsZM4 | March 10, 2014 | | |
| 5oYGhrUETFc | March 10, 2014 | | |
| fc8kek2xGUc | March 10, 2014 | | |
| i8BC-LH-IMg | December 7, 2010 | | |
| 7jfjtKRDFQI | March 1, 2013 | | |
| htmgVKwSpMg | March 10, 2013 | | |
| L0cMR-x8ufo | May 5, 2013 | | |
| RX6OLGPCsFc | August 18, 2007 | | |
| 2tJegYsmlqU | August 18, 2007 | | |
| Ft3wa0bMAmE | March 11, 2014 | | |
| oZgAVwfcUY0 | March 31, 2017 | | |
| NJy_RXOgsts | March 1, 2013 | | |
| AH3obBV5sEw | AH3obBV5sEw | | |
| EAJPUC0mgJ8 | March 11, 2014 | | |
| n6U7zQLKe04 | March 1, 2013 | | |
| JERfM3g0FnM | March 1, 2013 | | |
| wmAzXaz_UaY | January 24, 2019 | | |
| CVelapFHlP0 | March 1, 2013 | | |
| o4rYUveHBZM | August 19, 2013 | | |
| lICbkKWrf-I | January 3, 2018 | | |
| mp3jyAIpXQM | December 12, 2013 | | |
| Fc7KMjwkILU | April 5, 2018 | | |
| FYyKploAjGA | February 26, 2018 | | |
| noOCWwfe44E | February 26, 2018 | | |
| 6UZdlk5mIwc | February 26, 2018 | | |
| 2Rl1MhhpbyM | February 26, 2018 | | |
| M-DlDYGAExs | March 1, 2013 | | |

DEFENDANTS AND COUNTERCLAIMANTS' DISCOVERY DESIGNATIONS FOR TRIAL
Case No. 3:20-cv-04423-JD

2165688

| | |
|---|---|
| TIUAdc1ksYM | February 28, 2020 |
| BRv4M84WFCo | February 28, 2020 |
| VWxY2Suh5QY | February 28, 2020 |
| dxv5uH1i1A4 | February 28, 2020 |
| qNtRvI8aeas | February 28, 2020 |
| HrJjJukZoRU | February 28, 2020 |
| aMwhevPdpoM | February 28, 2020 |
| 1HOXysb3Qis | February 28, 2020 |
| bWzNqEHLww8 | February 28, 2020 |
| Hxe1Km0vo5g | February 28, 2020 |
| yiu1NcalCMs | February 28, 2020 |
| 5z3qs6qNAg4 | February 28, 2020 |
| f7XoyThF9cs | February 28, 2020 |
| 9ZZf2_XX4Lk | February 28, 2020 |
| gxabL31wWCw | February 28, 2020 |
| V1km88MConA | February 28, 2020 |

For all videos that Schneider became aware of prior to February 28, 2020, Schneider or her agents identified the above videos by conducting searches for unauthorized copies of her work on YouTube and/or Google using her name and/or the titles of the Works in Suit or by being alerted to the video by a third party. In those instances in which Schneider sent a takedown notice, Schneider became aware of the video on or shortly before the day the takedown notices were sent.

Schneider further responds that information about the circumstances in which she became aware of infringements identified in response to Interrogatory No. 2 on or after February 2020 are to at least some extent protected by the work-product doctrine and attorney-client privilege. Subject to and without waiving this objection, Schneider responds that her litigation counsel used services provided by Pex on a few of her works in February 2020. Schneider reviewed the results and identified some potential infringements on February 28, 2020, as set forth above.

Schneider further responds that her litigation counsel used YouTube's search function to identify potential infringements based on her name and/or the titles of the Works in Suit from February 16, 2021, to August 12, 2021. Schneider's litigation

DEFENDANTS AND COUNTERCLAIMANTS' DISCOVERY DESIGNATIONS FOR TRIAL
Case No. 3:20-cv-04423-JD

| | | |
|---|---|---|
| counsel spent approximately 28 hours searching YouTube and compiling the list of potential infringements from February 16, 2021, to August 12, 2021.  Schneider's litigation counsel sent those results to her on August 18, 2021. To the extent Schneider was not previously aware of a video as set forth above, Schneider became aware of the remaining infringements included on her November 29, 2021 list of preliminary infringements on or shortly after August 18, 2021.<br><br>    Schneider further responds that for infringements identified on the list of infringements for the first time on February 25, 2022, Schneider's litigation counsel spent approximately 4 hours using YouTube's search function to search for Schneider's name and/or the titles of the Works in Suit. For these searches, Schneider's litigation counsel filtered results by upload date. Schneider became aware of any infringements she was not previously aware of on or shortly after February 23, 2022.<br><br>    For videos on Schneider's July 5, 2022 supplemental list of infringements, Schneider discovered those videos as a result of Content ID matches provided by Defendants. Schneider's counsel viewed each Content ID result provided by Defendants and determined that the videos on Schneider's July 5, 2022 supplemental list of infringements contained Schneider's copyrighted works without authorization. | | |

## II.

| Uniglobe Amended R&O to ROG 12 (dated 6/28/22) | | |
|---|---|---|
| Excerpts | Objection | Response |
| **OBJECTIONS AND RESPONSE TO INTERROGATORY NO. 12:**<br><br>    Uniglobe objects that this interrogatory is overbroad, unduly burdensome, vague, and seeks information irrelevant to the claims and defenses in this lawsuit, unlikely to lead to admissible evidence, and subject to the attorney-client and work product privileges. Subject to and without waiving those | 1. Defendants include Plaintiff's objections to interrogatory no. 12 in their designation. Plaintiff's objections to interrogatory no. 12 are irrelevant and would confuse the | Defendants withdraw the following portion of their designation: "Uniglobe objects that this interrogatory is overbroad, unduly burdensome, vague, and seeks information |

| | | |
|---|---|---|
| objections, Uniglobe responds that it became aware of the following videos identified in its list of infringements on or shortly before the following dates: | jury (FRE 401, 402, 403)<br><br>2. Irrelevant as to works that will not be presented to the jury pursuant to the parties' Joint Submission re Trial Presentation Plan (FRE 402)<br><br>3. Prejudicial and risk of confusing the issues as to works that will not be presented to the jury pursuant to the parties' Joint Submission re Trial Presentation Plan (FRE 403) | irrelevant to the claims and defenses in this lawsuit, unlikely to lead to admissible evidence, and subject to the attorney-client and work product privileges. Subject to and without waiving those objections,"<br><br>Defendants intend to rely only on the dates related to the videos upon which Plaintiffs will rely. |

| Video ID | Date |
|---|---|
| MdvKsrhUZjk | 11/23/2019 |
| vtMuFUvZIKQ | 1/13/2019 |
| zxlXKaZIOXc | 11/29/2021 |
| 2khBi6eF_Ug | 2/17/2021 |
| eE_zrpIc7KY | 10/18/2020 |
| nYAitmKpI-0 | 4/1/2021 |
| s72M75ERAsw | 12/8/2018 |
| 32ndTa1ayjM | 1/2/2019 |
| 9a6CVS_E4g4 | 12/8/2018 |
| pzrf9aKkt4c | 10/23/2019 |
| y528NN6C3eg | 7/24/2020 |
| CHk7CXt18Qk | 3/28/2019 |
| rQ30pij0aTI | 10/18/2020 |
| P-LG7yQvJgw | 11/29/2021 |
| xQeQIAOmljI | 11/30/2018 |
| Da5pche-VRU | 12/15/2019 |
| YXWFYPk11GM | 10/18/2020 |
| ndnf4uazkMc | 6/5/2018 |
| XYmVVIRAexE | 12/7/2018 |
| 1QKR4BAnryw | 11/6/2018 |
| MWhApYbq-Ws | 11/6/2018 |
| Z6uHMoQDBUY | 11/6/2018 |
| EbdBkfVWoyQ | 12/7/2018 |
| tTuz9adnJnc | 12/7/2018 |
| 4VDRBBaAHBA | 3/28/2019 |
| MN5sdy2-9gw | 12/7/2018 |
| GcQXh2Vitj4 | 11/12/2018 |
| 6YRVFCgkO4Q | 11/12/2018 |
| LhbV4q_7rZc | 11/6/2018 |
| TcyRstsn4Yc | 11/12/2018 |
| qqLkprJAbS0 | 11/8/2018 |
| lTjsYzthw2w | 11/6/2018 |
| j_d8aMfGLpU | 7/5/2019 |
| gIMD4lDOqZo | 11/8/2018 |
| WueYfxt7pyE | 11/8/2018 |
| 6sxpn9Fkask | 11/8/2018 |
| Q8GtDJHRrT0 | 11/8/2018 |
| 93k3t0ucRcc | 11/6/2018 |
| XWS_9m1Q9zs | 10/18/2020 |
| uzJmxe5-JLM | 11/12/2018 |
| eZsFcEZKFnY | 3/28/2019 |
| I4zDTeVAFhQ | 11/12/2018 |

| | | | |
|---|---|---|---|
| 0WsA_bFZLO4 | 12/7/2018 | | |
| tUXokpUDowo | 7/25/2020 | | |
| tAd9eNlofow | 8/22/2019 | | |
| oALeGrzzWyM | 11/6/2018 | | |
| gYoO4kvPXb8 | 3/28/2019 | | |
| JXPnx9ecRB8 | 3/28/2019 | | |
| GZGFjHFasm0 | 12/7/2018 | | |
| 9rlTLrrs45I | 12/26/2019 | | |
| v7DimtzJJfU | 2/17/2021 | | |
| T4EVgNJPzSs | 2/10/2020 | | |
| BXxcVepqpB4 | 11/26/2018 | | |
| syOC1jb4Zkg | 5/28/2019 | | |
| oMCD2RHLiBE | 1/3/2019 | | |
| TSZYjt13aK0 | 5/2/2019 | | |
| qG7SWm3fkbY | 1/2/2019 | | |
| Bp0uDowHfeU | 11/12/2018 | | |
| fdV22iNAuec | 11/12/2018 | | |
| kSqyW1id1BY | 4/25/2019 | | |
| dWA5YLpPWps | 4/25/2019 | | |
| XDQW9NJbsBY | 4/9/2019 | | |
| e0qH3HheDOQ | 4/25/2019 | | |
| Oy5pIXGaCqA | 12/23/2018 | | |
| ytexvuWvepg | 11/12/2018 | | |
| Lp0x4_i5D9E | 11/26/2018 | | |
| oIqgCz27Uj8 | 11/26/2018 | | |
| jfWXu8M4LN4 | 12/24/2018 | | |
| LnFeC79Bj1s | 1/2/2019 | | |
| hwlagGDDpRM | 1/3/2019 | | |
| 0gftIOVKlJ0 | 1/2/2019 | | |
| RDClE8d7syc | 11/26/2018 | | |
| U5SM5EVUuRA | 1/3/2019 | | |
| Tbo_ehNC8Dc | 12/19/2018 | | |
| aik4jM9eaY4 | 1/13/2019 | | |
| wuhLfQMg73E | 5/21/2019 | | |
| hJrud5AzEFc | 1/2/2019 | | |
| M08Luko8qOY | 8/1/2019 | | |
| 94eQcOGqoNM | 1/19/2019 | | |
| kcwfoLeT7ew | 1/19/2019 | | |
| ACGcIKzs7ug | 1/13/2019 | | |
| rHRl1KwFD-U | 8/1/2019 | | |
| jtx2h_n6190 | 7/28/2019 | | |
| 5jo856X3xrc | 1/31/2020 | | |
| BLtb2l_8AcU | 1/19/2019 | | |
| 0kp4-jQ-eAI | 2/26/2020 | | |
| neTjKw5I5NY | 11/5/2019 | | |
| rhCUB4_uYPE | 1/19/2019 | | |
| cD7Viy3-CEY | 1/13/2019 | | |
| PTTZnwpVfz4 | 1/19/2019 | | |
| eCypwSPjTTM | 10/23/2019 | | |

DEFENDANTS AND COUNTERCLAIMANTS' DISCOVERY DESIGNATIONS FOR TRIAL
Case No. 3:20-cv-04423-JD

2165688

| | |
|---|---|
| nU1Uiuou8YU | 8/1/2019 |
| dPPAqTXNCxc | 1/19/2019 |
| cqk6blF2BbQ | 10/23/2019 |
| XOa49qklHxg | 4/19/2020 |
| F5lwMz1UidI | 1/13/2019 |
| 6AAFWzIG-bU | 8/21/2019 |
| g5tiRP4bNFM | 1/19/2019 |
| Wgl8JS78KeA | 7/28/2019 |
| IFIbUFI_vGc | 1/13/2019 |
| nmVqnyfatDc | 8/20/2019 |
| avTTfVjSmnc | 1/19/2019 |
| GcKMGxPNuTQ | 1/19/2019 |
| PESDkngpq28 | 11/3/2019 |
| EMxlJuW6dps | 8/4/2020 |
| WOKr8T11loM | 7/3/2019 |
| jqIvOZbNdLg | 7/9/2019 |
| LwwzyKYsUvg | 3/9/2020 |
| PtKuQ97e1BA | 6/13/2020 |
| dX3XtRaJaeQ | 6/28/2019 |
| 3UqGmLF0EK4 | 4/14/2020 |
| GahnH3SEL4Y | 12/26/2019 |
| SKfFmNLjs5E | 11/29/2021 |
| g7TeGRwEhts | 2/15/2016 |
| wsFG-0Vty_w | 2/15/2016 |
| O61nlXAOJRU | 2/15/2016 |
| n8u_eLJJEVw | 2/15/2016 |
| NAN9enJCRTs | 2/15/2016 |
| gEjglbGEvEE | 10/19/2020 |
| MkTiKEZyZ-U | 11/29/2021 |
| RypcZRESN6g | 11/29/2021 |
| duZfOBQzqqE | 10/18/2020 |
| 7Oy7RKzE0TU | 10/18/2020 |
| CRVl4Yk43Uc | 11/22/2020 |
| COLhvHjwfN8 | 9/11/2011 |
| izsB0IiaQVo | 5/18/2012 |
| nJNtX4Eqlag | 4/27/2012 |
| MU4tQVkwdDU | 8/8/2011 |
| mmDB9mr1-wU | 12/23/2011 |
| xOKNzP2JJoc | 10/6/2011 |
| GSd3sKrJCOQ | 4/27/2012 |
| WZU80Qj_k8M | 10/6/2011 |
| oZ_DXytqCZE | 8/8/2011 |
| 2_C8fwdKXqQ | 9/11/2011 |
| o4PslasNv2E | 4/27/2012 |
| fyE8bEuPuNE | 6/24/2011 |
| fkgMNRVQEWw | 4/27/2012 |
| 4zaSWbAwQMM | 8/8/2011 |
| K0RRxi5ZJQE | 6/24/2011 |
| WXcYtHMwLew | 10/6/2011 |

8

| | |
|---|---|
| qVLSBBp9tB4 | 10/6/2011 |
| tm18PPB81OQ | 12/23/2011 |
| lC27DRmEmYQ | 5/15/2012 |
| tmdVYldVMZc | 11/12/2011 |
| JjjhGdSb7d4 | 5/15/2012 |
| eooKBn0EMws | 12/23/2011 |
| XkQq0x34eLQ | 3/1/2012 |
| NUr3Q8QdaLI | 6/24/2011 |
| W2cXzhv-Wh4 | 6/24/2011 |
| 2DTS5uv_CLU | 6/21/2011 |
| TvkuMoq--SI | 7/11/2011 |
| ovox4DeaA3U | 5/21/2011 |
| c4zBodI5mxQ | 5/15/2012 |
| O-aLmGtd8BA | 9/11/2011 |
| r3zyzvYiJ-A | 5/15/2012 |
| dj2PeRb2jF4 | 6/24/2011 |
| 0u6G71bAEUQ | 2/25/2022 |
| 7i0yRcLv-yM | 11/21/2011 |
| N1YOJWSLuRg | 9/11/2011 |
| u2zf7r4JqCc | 5/18/2012 |
| UD3F6wpkhZg | 8/8/2011 |
| 2b5BTAQNZ3E | 9/2/2015 |
| LaXZyIjfcFU | 2/25/2022 |
| bYBW5wzLvC0 | 9/2/2015 |
| KyalEm3AfQM | 2/25/2022 |
| _btX7GfWj1s | 6/24/2011 |
| _MFM4O1mVhI | 8/1/2019 |
| 0DJ_kmmTsak | 4/27/2020 |
| 1z_NE2e0Z7s | 9/11/2011 |
| 2243Pm_38F4 | 9/2/2015 |
| 2jabc9ScwC8 | 9/2/2015 |
| 3f0IUEEsf8M | 5/15/2012 |
| 3ZxmoYJNuhU | 11/26/2018 |
| 4O4HbOk67ew | 11/23/2019 |
| 5BwcXqK59T4 | 11/5/2019 |
| 6m-k-jnYb9A | 6/24/2011 |
| 7o5UhhW_2XM | 9/17/2020 |
| AqYVJVtBEmE | 11/6/2018 |
| A-rlPjn9pUk | 11/26/2018 |
| asESv2lu7yU | 2012 |
| b-cBFyifxyc | 1/3/2019 |
| B-rXUIOvqGQ | 11/12/2018 |
| buIdiBm9D4g | 5/15/2012 |
| c6g7dDRfPNg | 3/14/2021 |
| Cb1v7EkCFEc | 1/3/2019 |
| co0rhNhuM9A | 7/30/2020 |
| CTsgYx5jzLE | 3/28/2019 |
| Cwn4BYB3chw | 9/2/2015 |
| dU-4xOm08oI | 9/2/2015 |

| | | | |
|---|---|---|---|
| d-WLjvFFsmc | 11/26/2018 | | |
| dXYCzInmOeY | 9/2/2015 | | |
| Et9pCK3Kw9c | 8/8/2011 | | |
| F6wkWO0q_8Q | 2012 | | |
| FaEjyb7lGok | 5/16/2012 | | |
| FOA0B1HZSbM | 11/26/2018 | | |
| G4pdGR8_Wak | 12/7/2018 | | |
| g7fsmXEwNCk | 9/2/2015 | | |
| gJkR4bMBusQ | 1/2/2019 | | |
| hBw1CZuhaI8 | 3/28/2019 | | |
| hcx_L3c6nGs | 8/8/2011 | | |
| Hrr0rwe9G3w | 1/3/2019 | | |
| J2C52oL0_VQ | 5/22/2019 | | |
| jqsD2iI-iVU | 2012 | | |
| K43Q4uCh1jE | 3/16/2012 | | |
| kACIRWOWyos | 11/12/2018 | | |
| kMYGXoz-nqM | 5/21/2019 | | |
| KS9N7SBksGo | 1/13/2019 | | |
| l7jmPPl4qyA | 1/5/2019 | | |
| LGxUeTMR34U | 1/3/2019 | | |
| LYaqRxoTnCU | 3/18/2019 | | |
| mg3okGoy2X4 | 6/24/2011 | | |
| MxuGM1VIb78 | 11/26/2018 | | |
| O4pf5XO12v0 | 9/2/2015 | | |
| o7Djt_6Bn9U | 10/18/2020 | | |
| oDPRNnKOvMU | 3/28/2019 | | |
| p19Ae3hwAec | 1/13/2019 | | |
| PrsUssh1rpI | 2012 | | |
| q9Ga2g0DZ5c | 9/2/2015 | | |
| Q9i_M85aq8o | 2/19/2020 | | |
| qcNHbiu9Mu8 | 2012 | | |
| QCzUyIny0x0 | 5/15/2012 | | |
| qnH5Yhv2eF8 | 1/2/2019 | | |
| r7M0RmCdduY | 1/19/2019 | | |
| rvc_Wgtrlqw | 12/24/2018 | | |
| --S0kaee5wo | 2012 | | |
| sAafKlSWhms | 10/18/2020 | | |
| S-hj8jdzN4c | 10/18/2020 | | |
| shkrzacGaDs | 1/13/2019 | | |
| SOdfCcN7Dq0 | 1/2/2019 | | |
| sqxaZV3eRN8 | 9/2/2015 | | |
| SZ3RrZ8ajzs | 10/18/2020 | | |
| txCC4NZxk8g | 3/16/2012 | | |
| TYZp3Yoa1BM | 8/8/2011 | | |
| u9ZpxEu9Dk0 | 2012 | | |
| uKFfxB28Bnk | 9/2/2015 | | |
| uwi20PJCSKQ | 4/27/2012 | | |
| UySr1ParwZQ | 8/1/2019 | | |
| v220SddNuZk | 11/29/2021 | | |

DEFENDANTS AND COUNTERCLAIMANTS' DISCOVERY DESIGNATIONS FOR TRIAL
Case No. 3:20-cv-04423-JD

2165688

| | |
|---|---|
| VHeQVjyW_I | 1/13/2019 |
| vrR1SHFuaCU | 3/28/2019 |
| VvjTJn5f6rw | 4/27/2012 |
| w-HJMv_Rq9A | 11/26/2018 |
| wXVW0aRrQb0 | 1/2/2019 |
| x1v6lDWe1vM | 1/3/2019 |
| xLPjBYEPXL8 | 4/1/2021 |
| xVBYSZbghh0 | 10/18/2020 |
| XyyyyhlPtD0 | 2012 |
| yKnahbi8V2U | 2011 |
| z1ZRXMhdiso | 3/8/2019 |
| zG9vvXtlCzg | 2012 |
| ZSMIRn6GRD0 | 1/3/2019 |

For all videos that Uniglobe became aware of prior to September 14, 2021, Uniglobe identified the above videos by conducting searches for unauthorized copies of its works on YouTube using the titles of the Works in Suit, by being alerted to the video by a third party, or by being alerted to the video through its YouTube Studio page under the Copyright tab and "Matches." In those instances in which Uniglobe sent a takedown notice, Uniglobe became aware of the video on or shortly before the takedown notices were sent.

Uniglobe further responds that its litigation counsel used YouTube's search function to identify potential infringements based on the titles of the Works in Suit from September 7, 2021, to October 5, 2021. Uniglobe's litigation counsel spent approximately 9 hours searching YouTube and compiling the list of potential infringements. Uniglobe's litigation counsel sent those results to it on September 27, 2021. To the extent Uniglobe was not previously aware of a video as set forth above, it became aware of the remaining infringements included on its November 29, 2021 list of preliminary infringements on or shortly after September 27, 2021.

Uniglobe further responds that for infringements identified for the first time on the list of infringements dated February 25, 2022, its litigation counsel spent approximately 3 hours using YouTube's search function to search for the titles of the

DEFENDANTS AND COUNTERCLAIMANTS' DISCOVERY DESIGNATIONS FOR TRIAL
Case No. 3:20-cv-04423-JD

2165688

works at issue. For these searches, Uniglobe's litigation counsel filtered results by upload date. Uniglobe became aware of any infringements it was not previously aware of on or shortly after February 23, 2022.

       The means that Uniglobe used to tie each of these alleged infringement to the relevant work at issue involved Uniglobe playing the video and listening and watching for a match between the video and the relevant work at issue and/or by observing a link provided in connection with the video to a third-party website where the work at issue could be found without authorization.

## III.

AST Amended R&O to ROG 12 (dated 8/16/22)

| Excerpts | Objection | Response |
|---|---|---|
| **OBJECTIONS AND RESPONSE TO INTERROGATORY NO. 12:**<br><br>       AST objects on the basis that this interrogatory is overbroad, unduly burdensome, vague, and seeks information irrelevant to the claims and defenses in this lawsuit, is unlikely to lead to admissible evidence, and seeks information subject to the attorney-client and work product privileges. Subject to and without waiving these objections, AST answers that for infringements for which it submitted takedown notices to YouTube it and/ or its agents became aware of the infringements on or shortly before the date on which they filed the takedown notices with YouTube. Without waiving the attorney-client or work product privileges, AST responds that the process it and/ or its agents used to identify these infringements involved conducting searches using the titles of the copyrighted works at issue using software and/ or YouTube's search function. The means by which AST and/ or its agents tied each of these alleged infringements to the relevant copyrighted works at issue involved using software designed to tie alleged infringements to specific copyrighted works at issue and AST | 1. Defendants include Plaintiff's objections to interrogatory no. 12 in their designation. Plaintiff's objections to interrogatory no. 12 are irrelevant and would confuse the jury (FRE 401, 402, 403)<br><br>2. Irrelevant as to works that will not be presented to the jury pursuant to the parties' Joint Submission re Trial Presentation Plan (FRE 402)<br><br>3. Prejudicial and risk of confusing the issues as to works that will not be presented to the jury pursuant to the | Withdrawn in light of Plaintiffs' representation that they are dismissing AST's claims. |

| | | |
|---|---|---|
| and/ or its agents playing the videos and listening and watching for matches between the video and the relevant copyrighted works at issue. | parties' Joint Submission re Trial Presentation Plan (FRE 403) | |
| For videos alleged to be infringing that AST did not send takedown notices for on its November 29, 2021 list, AST discovered those videos as a result of searches of the YouTube website performed by its litigation counsel using the website's search function and the titles of the works at issue. AST's counsel spent approximately 14 hours searching YouTube and reviewing videos between September 9, 2021, and September 13, 2021. Those results were transmitted to AST on September 22, 2021. The means by which AST and/ or its agents tied the alleged infringements to specific copyrighted works at issue included AST and/ or its agents playing the videos and listening and watching for matches between the videos and the relevant copyrighted works at issue.

For videos alleged to be infringing that AST did not send takedown notices for on its February 25, 2022 list that were not previously included on its November 29, 2021 list, AST discovered those videos as a result of searches of the YouTube website performed by its litigation counsel using the website's search function and the titles of the works at issue. For these searches, AST's counsel filtered the search results by upload date to focus only on videos uploaded after its prior searches. AST's counsel spent approximately 6 hours searching YouTube and reviewing videos on February 22-23, 2022. Those results were transmitted to AST on February 23, 2022. The means by which AST and/ or its agents tied the alleged infringements to specific copyrighted works at issue included AST and/ or its agents playing the videos and listening and watching for matches between the videos and the relevant copyrighted works at issue.

For videos on AST's July 5, 2022 supplemental list of infringements, AST | | |

DEFENDANTS AND COUNTERCLAIMANTS' DISCOVERY DESIGNATIONS FOR TRIAL
Case No. 3:20-cv-04423-JD

2165688

discovered those videos as a result of Content ID matches provided by Defendants. AST's counsel filtered the Content ID results by percentage of the reference file matched and percentage of the uploaded video matched. The means by which AST tied the alleged infringements on its supplemental list of infringements to the works at issue involved AST's counsel playing the videos and watching for matches between the videos and the relevant copyrighted works at issue.

AST further responds that it became aware of the following video ids, which correspond to videos alleged to be infringing, no later than the dates on the following chart:

| Video ID | Date |
| --- | --- |
| F8JnyUM3rTA | Nov. 2019 |
| Dkk3im7Adug | Nov. 2019 |
| LCeliHSPNtI | June 2019 |
| o878yndaHq_Y | June 2019 |
| EtpGEiQfZwU | June 2019 |
| l_P6wB-11S8 | June 2020 |
| BLmihMyUFig | May 2020 |
| CVTbPBUNNbY | May 2020 |
| f2Ren3Rvm2k | June 2020 |
| fICXqknsmLw | May 2020 |
| FyQsS7DOPio | May 2020 |
| G2ohmx4-fn8 | May 2020 |
| j0Iz8lgckOA | May 2020 |
| JdJtCI43Niw | May 2020 |
| nIWBdlaWkO8 | May 2020 |
| pXOhkAvCz3w | May 2020 |
| Qz1TS_N_D0E | June 2020 |
| RRb2KSZoxp0 | May 2020 |
| vjNSpmpBblg | June 2020 |
| ZbIuMr3n8oM | May 2020 |
| 2XJl1AP_vg8 | Apr. 2020 |
| 7LFHLHjyt4w | Apr. 2020 |
| hjl3Wd_nslg | Apr. 2020 |
| iOQzgWY8ye4 | Apr. 2020 |
| TMJ_clsphe9U | Apr. 2020 |
| uC8BMU40sjg | Apr. 2020 |
| x7Rb2H3Ow8w | Apr. 2020 |
| msJslyYoqIc | 11/16/2020 |
| OeCBn65F0LM | 11/16/2020 |
| FubxlOZE59s | Mar. 2020 |

2165688

| | |
|---|---|
| LAE9A2mEgjQ | Mar. 2020 |
| NzJ1hnFbWV8 | Mar. 2020 |
| T-rm0HawLU4 | Mar. 2020 |
| eYz51G2fwD8 | Mar. 2020 |
| 0s2YAGC9QfE | Mar. 2020 |
| 6sXPe9H9B6Q | Mar. 2020 |
| o-2VuEzq3mE | Mar. 2020 |
| 5GhwQLkWeEk | Mar. 2020 |
| B-ofBbFd1dA | Mar. 2020 |
| dLfMtSQaOA | Mar. 2020 |
| 7niKMT8Ebzo | Mar. 2020 |
| PVR_h183YQ | Mar. 2020 |
| 31RE4aCalqk | Mar. 2020 |
| NVrwV0lv-Ao | Mar. 2020 |
| dVJBnoMsaFU | Mar. 2020 |
| Rsy_Nt_RIA4 | Mar. 2020 |
| ij-Sig0gLvM | Mar. 2020 |
| zqUY-1EPoHQ | Mar. 2020 |
| lskMLDPaSW8 | 2/12/2021 |
| 1msrqAnySo0 | 2/12/2021 |
| LoE42Fiyj_k | 2/12/2021 |
| b64kzcWDyMQ | 2/12/2021 |
| XADInsjCzoA | 2/12/2021 |
| XZi7xGavCQM | 2/26/2021 |
| 2p0XwoMhD8w | 2/26/2021 |
| qTY7kZ8IJr8 | 2/26/2021 |
| 33XpsthqLh4 | Aug. 2020 |
| 35smRhWalRw | Aug. 2020 |
| 6lobmEWKguY | Aug. 2020 |
| d8Kz7XgcnCE | Aug. 2020 |
| gkYeLPuyGDo | Aug. 2020 |
| GoKF13r7qmE | Aug. 2020 |
| kao2UyhpoFM | Aug. 2020 |
| KdJKA9fgypo | Aug. 2020 |
| KU6DnOzl-Wg | Aug. 2020 |
| KWxEjYfxoAM | Aug. 2020 |
| mFLyGEC-ngs | Aug. 2020 |
| pq_Hqvo4Axo | Aug. 2020 |
| rC601GLgrz8 | Aug. 2020 |
| SJMcZCMqVHk | Aug. 2020 |
| TqEjXl073e8 | Aug. 2020 |
| tvLepq93Ark | Aug. 2020 |
| Wm69143Kbks | Aug. 2020 |
| XXH7Q8WC5mI | Aug. 2020 |
| sIAqpHuMGC8 | 2/26/2021 |
| bL28DPwwRMw | 2/26/2021 |
| UyqFMGjejp8 | 2/26/2021 |

| | |
|---|---|
| xnq-0HWxOGg | 2/26/2021 |
| gDKB4WxsZRA | 2/26/2021 |
| vd5i2vGhnT8 | 2/26/2021 |
| DQMpI47Ghaw | 2/26/2021 |
| Nb4vt4vL8f0 | 2/27/2021 |
| E1kvzMGZkIw | 2/27/2021 |
| d5nyF8vIAsk | 9/22/2021 |
| Ds4NAqcB1cY | 9/22/2021 |
| ZX78_3Ye44 | 9/22/2021 |
| TaCVz7wGwQY | 9/22/2021 |
| M1tNkX-4HMM | 9/22/2021 |
| QUB6h8S8GTw | 9/22/2021 |
| cbONp7eg1s0 | 9/22/2021 |
| t8ViX9BHntI | 9/22/2021 |
| T4QgipiiMac | 9/22/2021 |
| 6CLQ5jNxask | 9/22/2021 |
| bKJ7-GCuq10 | 9/22/2021 |
| XCdu4m6rS0Y | 8/26/2021 |
| IbmXmZcMJa4 | 8/26/2021 |
| sXtnmw6N7AI | 8/26/2021 |
| nuTEfCbTamk | 8/26/2021 |
| L8TbuZZAEs4 | 8/26/2021 |
| KKkVxct5Vv0 | 8/26/2021 |
| Au7rAzGko-4 | 8/26/2021 |
| Q10PDhVM3FE | 8/26/2021 |
| 1AiGZTrbFO8 | 8/26/2021 |
| TmKHoVN2Uqo | 8/26/2021 |
| YvJA7Vehyok | 8/26/2021 |
| o4fiwAVZyYk | 9/22/2021 |
| dX5V3juiUek | 2/23/2022 |
| L-CW28GJLcU | 2/23/2022 |
| FxH3A8SwtYc | 4/26/2022 |
| N9X8MF2L19M | 4/26/2022 |
| b_6AGIfUSsc | 4/26/2022 |
| WCWXmdD7pe4 | 4/26/2022 |
| Oev5rjzA3nA | 4/26/2022 |
| A6H48sc9KY0 | 6/8/2022 |
| HJwbMjULWL8 | 4/26/2022 |
| cbf8bbDYG_c | 4/26/2022 |
| cidr2l51Cqw | 4/26/2022 |
| uUbyAGVO4w | 5/27/2022 |
| Z8wZiO9BI7Y | 5/27/2022 |
| NfbsA6wgagk | 5/27/2022 |
| raQIwgABdmg | 4/26/2022 |
| 8vZAIOrpCog | 5/27/2022 |
| p9Mtf68sxmw | 4/26/2022 |
| P-2at-vRJPA | 4/26/2022 |

| | |
|---|---|
| WehNG7SmOxU | 5/27/2022 |
| LQyzm99UsCo | 4/28/2022 |
| 4E7byWg2XAE | 5/27/2022 |
| EGaA79rYosM | 4/26/2022 |
| Zepquy64Rtc | 4/28/2022 |
| TuWQZ-_HZBY | 5/6/2022 |
| n6EcjV4vYAs | 9/22/2021 |
| NJkX5JeESqQ | 5/6/2022 |
| qqGvr_8Qf7I | 9/22/2021 |
| 9-QkoQgV84s | 9/22/2021 |
| RmnySFXhCp0 | 9/22/2021 |
| 5JVujLta4nc | 6/8/2022 |
| MjB6EvFZm1Q | 5/27/2022 |
| 3Lu9akouAPU | 4/26/2022 |
| QusToj_FoT0 | 5/27/2022 |
| Ha7nASeWTgs | 6/8/2022 |
| Hw0bLqmpNgQ | 4/26/2022 |
| vEN7CWVAYxk | 6/8/2022 |
| Wvo8I137sqA | 4/28/2022 |
| XXXvB-5TxcU | 5/27/2022 |
| 4YPvt6uGnlw | 5/6/2022 |
| uldL2iG2xs4 | 4/26/2022 |
| pnZIlpNKBD0 | 5/27/2022 |
| MVxbFnwQnBs | 4/26/2022 |
| P1ik6LiQrQU | 4/26/2022 |
| e0x_SiMRBNw | 6/8/2022 |
| NPFnjaxBWuM | 9/22/2021 |
| sBv7Y0kOW4c | 9/22/2021 |
| fou6zOpbPa0 | 9/22/2021 |
| uRwrncPVNJ4 | 9/22/2021 |
| U-uVAtFktoY | 5/27/2022 |
| kpR8vQYdfnk | 4/26/2022 |
| 01niFuC9alU | 5/6/2022 |
| AvFGf2A7b3w | 9/22/2021 |
| VFpMMYTpE3w | 5/6/2022 |
| JL83Ovh-Y0c | 4/26/2022 |
| 2hzKU0XtMMc | 4/26/2022 |
| s7YGJ6TdRZI | 4/26/2022 |
| ocs3fQwOJnA | 4/26/2022 |
| LdOur-FVg80 | 5/27/2022 |
| zx6lmkKmnDA | 9/22/2021 |
| AjVzJVlv0Uk | 4/28/2022 |
| QHBe48tT2B0 | 4/26/2022 |
| FokEg0SgHXY | 9/22/2021 |
| GTW8TCJsT94 | 9/22/2021 |
| pABugqKqk_4 | 6/8/2022 |
| yR1fCaGgxAw | 4/28/2022 |

| AJEC-fP515U | 5/27/2022 | | |
|---|---|---|---|

Respectfully submitted,

Dated:  June 7, 2023                      KEKER, VAN NEST & PETERS LLP

By:   /s/ *Robert A. Van Nest*
ROBERT A. VAN NEST
DAN JACKSON
JULIA L. ALLEN
TRAVIS SILVA
ANNA PORTO
LUKE APFELD
AMOS J. B. ESPELAND

DAVID H. KRAMER
LAUREN GALLO WHITE
QIFAN HUANG
WILSON SONSINI GOODRICH & ROSATI

Attorneys for Defendants and
Counterclaimants
YOUTUBE, LLC and GOOGLE LLC

DEFENDANTS AND COUNTERCLAIMANTS' DISCOVERY DESIGNATIONS FOR TRIAL
Case No. 3:20-cv-04423-JD
2165688