UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA SCHNEIDER, et al.,<br><br>    Plaintiffs,<br><br>   v.<br><br>YOUTUBE, LLC, et al.,<br><br>    Defendants. | Case No. 20-cv-04423-JD<br><br>**VOIR DIRE** |

The Court will ask these questions at the in-court voir dire. Neither side has objected to the questions.

**IT IS SO ORDERED.**

Dated: June 8, 2023

_____
JAMES DONATO
United States District Judge

**VOIR DIRE QUESTIONS**

1. Counsel for the plaintiffs will introduce themselves and their clients.
    a. Do you know any of the attorneys?
    b. Do you know Maria Schneider or Nayomi Cooper (also known as Namrata Singh Gurjal)?
    c. Are you personally acquainted with an officer, director, or employee of Uniglobe Entertainment?
    d. Have you or anyone close to you had any financial or business dealings with Uniglobe Entertainment, including stock ownership, or the individual plaintiffs?
2. Counsel for YouTube will introduce themselves and their clients.
    a. Do you know any of the attorneys?
    b. Are you personally acquainted with an officer, director, or employee of Google or YouTube?
    c. Have you or anyone close to you had any financial or business dealings with Google or YouTube, including stock ownership?
3. Here is a list of potential witnesses who may testify at trial. Do you know any of these people?
4. Are you or anyone close to you an internet content creator, such as a podcaster, social media influencer, musician, or video producer?
5. Do you or anyone close to you have education, training, or experience, with licensing content or products to others?
6. Do you or anyone close to you regularly upload music, videos, or other content, to YouTube?
7. Do you have any strong positive or negative feelings about copyright or intellectual property laws?
8. Have you or anyone close to you registered a copyright?
9. Have you or anyone close to you been involved in a dispute over ownership of an idea or creative work?

10. Do you or anyone close to you have education, training, or experience, with copyright management information?

11. Do you have any strong positive or negative feelings about large technology companies?

12. Have you read or heard anything about this case other than what you've heard here today?

13. Do you have any difficulty understanding English, or reading documents in English?

14. Is there anything I have not asked you about that you believe could affect your ability to serve as a fair and impartial juror for this trial?