UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date: June 8, 2023     Judge: Hon. James Donato

Time: 22 Minutes

Case No.     **3:20-cv-04423-JD**
Case Name     **Schneider et al v. YouTube, LLC et al**

Attorney(s) for Plaintiff(s):     Philip Korologos /Josh Schiller
Attorney(s) for Defendant(s):     Julia Allen/Lauren Gallo White/Robert Van Nest

Court Reporter: Marla Knox

Deputy Clerk: Lisa Clark

### PROCEEDINGS

Pretrial conference -- Held.

### NOTES AND ORDERS

The Court and parties review the jury written questionnaire responses.

YouTube is directed to file by June 12, 2023, a dismissal of the counterclaim against Pirate Monitor Ltd. and Gabor Csupo.

The parties are directed to file jointly by 5 p.m. on June 9, 2023, a second revised set of proposed preliminary jury instructions. A Word version should be sent by the same deadline to JDPO@cand.uscourts.gov.