George A. Zelcs*
*gzelcs@koreintillery.com*
Randall P. Ewing, Jr.*
*rewing@koreintillery.com*
Ryan Z. Cortazar *
*rcortazar@koreintillery.com*
**KOREIN TILLERY, LLC**
205 North Michigan, Suite 1950
Chicago, IL  60601
Telephone: (312) 641-9750
Facsimile: (312) 641-9751
Stephen M. Tillery*
*stillery@koreintillery.com*
Steven M. Berezney, CA Bar #329923
*sberezney@koreintillery.com*
Carol O'Keefe*
*cokeefe@koreintillery.com*
**KOREIN TILLERY, LLC**
505 North 7th Street, Suite 3600
St. Louis, MO  63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

*Admitted *pro hac vice*

*Attorneys for Plaintiffs*

KEKER, VAN NEST & PETERS LLP
ROBERT A. VAN NEST - # 84065
rvannest@keker.com
DAN JACKSON - # 216091
djackson@keker.com
JULIA L. ALLEN - # 286097
jallen@keker.com
TRAVIS SILVA - # 295856
tsilva@keker.com
ANNA PORTO - # 319903
aporto@keker.com
LUKE APFELD - # 327029
lapfeld@keker.com
AMOS J. B. ESPELAND - # 332895
aespeland@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:       415 397 7188
*Attorneys for Defendants and Counterclaimants
YouTube, LLC and Google LLC*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA SCHNEIDER and UNIGLOBE ENTERTAINMENT, LLC,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>　　　　　Defendants. | Case No. 3:20-cv-04423-JD<br><br>**SECOND REVISED JOINT PROPOSED PRELIMINARY JURY INSTRUCTIONS**<br><br>Judge:　　　Hon. James Donato<br>Trial Date: June 12, 2023<br>Time:　　　9 a.m.<br>Courtroom: 11 |

*Additional Counsel*

Joshua Irwin Schiller, CA Bar #330653
*jischiller@bsfllp.com*
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery Street, 41st Floor
San Francisco, CA  94104
Telephone: (415) 293-6800
Facsimile: (415) 293-6899

Philip C. Korologos*
*pkorologos@bsfllp.com*
Jeffrey Waldron*
*jwaldron@bsfllp.com*
**BOIES SCHILLER FLEXNER LLP**
55 Hudson Yards, 20th Floor
New York, NY 10001
Telephone: (212) 446-2300
Facsimile: (212) 446-2350

*Admitted *pro hac vice*

*Attorneys for Plaintiffs*

DAVID H. KRAMER, SBN 168452
LAUREN GALLO WHITE, SBN 309075
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email:  dkramer@wsgr.com
lwhite@wsgr.com

*Attorneys for Defendants*

Plaintiffs and Defendants respectfully submit the following Second Revised Joint Proposed Preliminary Jury Instructions, attached hereto as Exhibit 1.

|   |   |   |
|---|---|---|
| 1 |   | Respectfully submitted, |
| 3 | Dated:  June 9, 2023 | /s/  *Philip Korologos* |
|   |   | Philip C. Korologos* |
|   |   | Jeffrey Waldron* |
|   |   | BOIES SCHILLER FLEXNER LLP |
|   |   | 55 Hudson Yards, 20th Floor |
|   |   | New York, NY 10001 |
|   |   | Phone: (212) 446-2300 |
|   |   | Fax: (212) 446-2350 |
|   |   |   |
|   |   | Joshua Irwin Schiller, CA Bar #330653 |
|   |   | BOIES SCHILLER FLEXNER LLP |
|   |   | 44 Montgomery St., 41st Floor |
|   |   | San Francisco, CA 94104 |
|   |   | Phone: (415) 293-6800 |
|   |   | Fax: (415) 293-6899 |
|   |   |   |
|   |   | George A. Zelcs* |
|   |   | Randall P. Ewing, Jr.* |
|   |   | Ryan Z. Cortazar* |
|   |   | KOREIN TILLERY, LLC |
|   |   | 205 North Michigan, Suite 1950 |
|   |   | Chicago, IL 60601 |
|   |   | Telephone: (312) 641-9750 |
|   |   | Facsimile: (312) 641-9751 |
|   |   |   |
|   |   | Stephen M. Tillery* |
|   |   | Steven M. Berezney, CA Bar #329923 |
|   |   | Carol O'Keefe* |
|   |   | KOREIN TILLERY, LLC |
|   |   | 505 North 7th Street, Suite 3600 |
|   |   | St. Louis, MO 63101 |
|   |   | Telephone: (314) 241-4844 |
|   |   | Facsimile: (314) 241-3525 |
|   |   |   |
|   |   | *Admitted pro hac vice* |
|   |   |   |
|   |   | *Attorneys for Plaintiffs* |

KEKER, VAN NEST & PETERS LLP

By: /s/ *Robert A. Van Nest*
ROBERT A. VAN NEST
DAN JACKSON
JULIA L. ALLEN
TRAVIS SILVA
ANNA PORTO
LUKE APFELD
AMOS J. B. ESPELAND

DAVID H. KRAMER
LAUREN GALLO WHITE
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Email: dkramer@wsgr.com
        lwhite@wsgr.com

Attorneys for Defendants
YOUTUBE, LLC and GOOGLE LLC

**ATTESTATION**

My user ID and password are being used in the electronic filing of this document and, in compliance with N.D. Cal. Civil L.R. 5-1(h)(3), I hereby attest that concurrence in the filing of the document has been obtained from each of the other Signatories.

                                                                */s/ Philip Korologos*

                                                                Philip C. Korologos