| | |
|---|---|
| George A. Zelcs* | **KEKER, VAN NEST & PETERS LLP** |
| *gzelcs@koreintillery.com* | Robert A. Van Nest - # 84065 |
| Randall P. Ewing, Jr.* | *rvannest@keker.com* |
| *rewing@koreintillery.com* | Dan Jackson - # 216091 |
| Ryan Z. Cortazar * | *djackson@keker.com* |
| *rcortazar@koreintillery.com* | Julia L. Allen - # 286097 |
| **KOREIN TILLERY, LLC** | *jallen@keker.com* |
| 205 North Michigan, Suite 1950 | Travis Silva - # 295856 |
| Chicago, IL 60601 | *tsilva@keker.com* |
| Telephone:   (312) 641-9750 | Anna Porto - # 319903 |
| Facsimile:    (312) 641-9751 | *aporto@keker.com* |
| | Luke Apfeld - # 327029 |
| Stephen M. Tillery* | *lapfeld@keker.com* |
| *stillery@koreintillery.com* | Amos J. B. Espeland - # 332895 |
| Steven M. Berezney, CA Bar #329923 | *aespeland@keker.com* |
| *sberezney@koreintillery.com* | 633 Battery Street |
| Carol O'Keefe* | San Francisco, CA 94111-1809 |
| *cokeefe@koreintillery.com* | Telephone:    415 391 5400 |
| **KOREIN TILLERY, LLC** | Facsimile:     415 397 7188 |
| 505 North 7th Street, Suite 3600 | |
| St. Louis, MO 63101 | *Attorneys for Defendants and Counterclaimants* |
| Telephone:   (314) 241-4844 | |
| Facsimile:    (314) 241-3525 | |

*Admitted *pro hac vice*

*Attorneys for Plaintiffs and Counterclaim Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| YOUTUBE, LLC and GOOGLE LLC, | Case No. 3:20-cv-04423-JD |
| Counterclaimants, | **STIPULATION OF DISMISSAL** |
| v. | |
| PIRATE MONITOR LTD., PIRATE MONITOR LLC, and GÁBOR CSUPÓ, | |
| Counterclaim Defendants. | |

1  *Additional Counsel*

2  Joshua Irwin Schiller, CA Bar #330653
   *jischiller@bsfllp.com*
3  **BOIES SCHILLER FLEXNER LLP**
   44 Montgomery Street, 41st Floor
4  San Francisco, CA 94104
   Telephone:   (415) 293-6800
5  Facsimile:   (415) 293-6899

6  Philip C. Korologos*
   *pkorologos@bsfllp.com*
7  Jeffrey Waldron*
   *jwaldron@bsfllp.com*
8  **BOIES SCHILLER FLEXNER LLP**
   55 Hudson Yards, 20th Floor
9  New York, NY 10001
   Telephone:   (212) 446-2300
10 Facsimile:   (212) 446-2350

11   *Admitted *pro hac vice*

12 *Attorneys for Plaintiffs and
   Counterclaim-Defendants*
13

David H. Kramer, SBN 168452
*dkramer@wsgr.com*
Lauren Gallo White, SBN 309075
*lwhite@wsgr.com*
Qifan Huang, SBN 339672
*qhuang@wsgr.com*
**WILSON SONSINI GOODRICH & ROSATI**
**Professional Corporation**
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:       (650) 493-9300
Facsimile:       (650) 565-5100

*Attorneys for Defendants and
Counterclaimants*

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Counterclaimants YouTube, LLC and Google LLC, and Counterclaim Defendants, Pirate Monitor LTD and Gábor Csupó, hereby stipulate to the dismissal of the counterclaims in this action. All claims that Counterclaimants raised or could have raised in this action are dismissed WITH PREJUDICE. Each Party will bear its own costs, expenses, and attorneys' fees.

Respectfully submitted,

Dated: June 9, 2023                    By:        /s/ Philip C. Korologos
                                              Philip C. Korologos*
                                              Jeffrey Waldron*
                                              BOIES SCHILLER FLEXNER LLP
                                              55 Hudson Yards, 20th Floor
                                              New York, NY 10001
                                              Telephone:   (212) 446-2300
                                              Facsimile:   (212) 446-2350

                                              Joshua Irwin Schiller, CA Bar #330653
                                              BOIES SCHILLER FLEXNER LLP
                                              44 Montgomery Street, 41st Floor
                                              San Francisco, CA 94104
                                              Telephone:   (415) 293-6800
                                              Facsimile:   (415) 293-6899

                                              George A. Zelcs*
                                              Randall P. Ewing, Jr.*
                                              Ryan Z. Cortazar*
                                              KOREIN TILLERY, LLC
                                              205 North Michigan, Suite 1950
                                              Chicago, IL 60601
                                              Telephone:   (312) 641-9750
                                              Facsimile:   (312) 641-9751

                                              Stephen M. Tillery*
                                              Steven M. Berezney, CA Bar #329923
                                              Carol O'Keefe*
                                              KOREIN TILLERY, LLC
                                              505 North 7th Street, Suite 3600
                                              St. Louis, MO 63101
                                              Telephone:   (314) 241-4844
                                              Facsimile:   (314) 241-3525

                                              *Admitted pro hac vice

|   |   |
|---|---|
|   | *Attorneys for Plaintiffs Schneider, Uniglobe and AST and for Counterclaim Defendants Pirate Monitor Ltd. and Csupo* |
| Dated:  June 9, 2023 | By:     */s/ Lauren Gallo White* <br> Lauren Gallo White <br> David H. Kramer <br> Qifan Huang <br> WILSON SONSINI GOODRICH & ROSATI <br> Professional Corporation <br> 650 Page Mill Road <br> Palo Alto, CA 94304-1050 <br> Telephone:     (650) 493-9300 |
|   | Robert A. Van Nest <br> Dan Jackson <br> Julia L. Allen <br> Travis Silva <br> Anna Porto <br> Luke Apfeld <br> Amos J. B. Espeland <br> KEKER, VAN NEST & PETERS LLP <br> 633 Battery Street <br> San Francisco, CA 94111-1809 <br> Telephone:     (415) 391 5400 <br> Facsimile:      (415) 397 7188 |
|   | *Attorneys for Defendants and Counterclaimants* <br> *YouTube, LLC and Google LLC* |

**ATTORNEY ATTESTATION**

I, Lauren Gallo White, am the ECF User whose ID and password are being used to file this document. In compliance with N.D. Cal. Civil L.R. 5-1(h)(3), I hereby attest that the concurrence in the filing of this document has been obtained from the signatory.

             */s/ Lauren Gallo White*
                 Lauren Gallo White