# EXHIBIT 8

| | |
|---|---|
| **Subject:** | Re: Schneider, et al. v. YouTube, LLC, et al. - Stipulation of Dismissal |
| **Date:** | Friday, June 9, 2023 at 5:07:45 PM Pacific Daylight Time |
| **From:** | Julia L. Allen |
| **To:** | Jeffrey Waldron, Jazz, WSGR - schneidervyoutube |
| **CC:** | BSFYouTube, KTYouTube |

**CAUTION:** External email. Please do not respond to or click on links/attachments unless you recognize the sender.

Counsel,

Defendants do not agree to this stipulation and you do not have Defendants' authorization to submit this notice under Rule 41(a)(1). Defendants do not agree that dismissal of these claims should be without prejudice, nor do Defendants agree to waive their costs, expenses, or fees attributable to these claims.

Get Outlook for iOS

**From:** Jeffrey Waldron <jwaldron@bsfllp.com>
**Sent:** Friday, June 9, 2023 3:52:04 PM
**To:** Jazz <Jazz@keker.com>; WSGR - schneidervyoutube <schneidervyoutube@wsgr.com>
**Cc:** BSFYouTube <BSFYouTube@bsfllp.com>; KTYouTube <KTYouTube@KoreinTillery.com>
**Subject:** Schneider, et al. v. YouTube, LLC, et al. - Stipulation of Dismissal

**[EXTERNAL]**

Counsel,

Attached is a stipulation of dismissal that would dismiss the following claims from this action without prejudice:

1. All of AST's claims against Defendants.
2. All of Ms. Schneiders claims arising under 17 U.S.C. § 1202 and related to the removal of copyright management information located in the clip filename metadata field, which the parties have referred to as the "CLFN claims."
3. All of Uniglobe's claims of copyright infringement related to works that do not meet the definition of a "United States work" as that term is defined in 17 U.S.C. § 101.

Please let us know if Defendants approve of this version for filing and if we have authorization to sign on behalf of Defendants. Judge Donato's Pretrial Order No. 2 requires that this stipulation be filed today.

**Jeffrey Waldron** (he/him/his)
Associate

**BOIES SCHILLER FLEXNER** LLP

55 Hudson Yards
New York, NY 10001
(t) +1 212 446 2300
(c) +1 610 256 3521
jwaldron@bsfllp.com
www.bsfllp.com

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]