| | |
|---|---|
| George A. Zelcs* <br> *gzelcs@koreintillery.com* <br> Randall P. Ewing, Jr.* <br> *rewing@koreintillery.com* <br> Ryan Z. Cortazar * <br> *rcortazar@koreintillery.com* <br> **KOREIN TILLERY, LLC** <br> 205 North Michigan, Suite 1950 <br> Chicago, IL 60601 <br> Telephone:   (312) 641-9750 <br> Facsimile:    (312) 641-9751 <br><br> Stephen M. Tillery* <br> *stillery@koreintillery.com* <br> Steven M. Berezney, CA Bar #329923 <br> *sberezney@koreintillery.com* <br> Carol O'Keefe* <br> *cokeefe@koreintillery.com* <br> **KOREIN TILLERY, LLC** <br> 505 North 7th Street, Suite 3600 <br> St. Louis, MO 63101 <br> Telephone:   (314) 241-4844 <br> Facsimile:    (314) 241-3525 <br><br> *Admitted pro hac vice <br><br> *Attorneys for Plaintiffs* | **KEKER, VAN NEST & PETERS LLP** <br> Robert A. Van Nest - # 84065 <br> *rvannest@keker.com* <br> Dan Jackson - # 216091 <br> *djackson@keker.com* <br> Julia L. Allen - # 286097 <br> *jallen@keker.com* <br> Travis Silva - # 295856 <br> *tsilva@keker.com* <br> Anna Porto - # 319903 <br> *aporto@keker.com* <br> Luke Apfeld - # 327029 <br> *lapfeld@keker.com* <br> Amos J. B. Espeland - # 332895 <br> *aespeland@keker.com* <br> 633 Battery Street <br> San Francisco, CA 94111-1809 <br> Telephone:    415 391 5400 <br> Facsimile:     415 397 7188 <br><br> *Attorneys for Defendants* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA SCHNEIDER, UNIGLOBE ENTERTAINMENT, LLC and AST PUBLISHING, LTD, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> YOUTUBE, LLC and GOOGLE LLC, <br><br> Defendants. | Case No. 3:20-cv-04423-JD <br><br> **STIPULATION OF DISMISSAL** |

*Additional Counsel*

| | |
|---|---|
| Joshua Irwin Schiller, CA Bar #330653<br>*jischiller@bsfllp.com*<br>**BOIES SCHILLER FLEXNER LLP**<br>44 Montgomery Street, 41st Floor<br>San Francisco, CA 94104<br>Telephone:   (415) 293-6800<br>Facsimile:    (415) 293-6899<br><br>Philip C. Korologos*<br>*pkorologos@bsfllp.com*<br>Jeffrey Waldron*<br>*jwaldron@bsfllp.com*<br>**BOIES SCHILLER FLEXNER LLP**<br>55 Hudson Yards, 20th Floor<br>New York, NY 10001<br>Telephone:   (212) 446-2300<br>Facsimile:    (212) 446-2350<br><br> *Admitted *pro hac vice*<br><br>*Attorneys for Plaintiffs* | David H. Kramer, SBN 168452<br>*dkramer@wsgr.com*<br>Lauren Gallo White, SBN 309075<br>*lwhite@wsgr.com*<br>Qifan Huang, SBN 339672<br>*qhuang@wsgr.com*<br>**WILSON SONSINI GOODRICH & ROSATI**<br>**Professional Corporation**<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone:     (650) 493-9300<br>Facsimile:      (650) 565-5100<br><br>*Attorneys for Defendants* |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Maria Schneider, Uniglobe Entertainment, LLC, and AST Publishing, LTD, and Defendants YouTube, LLC and Google LLC, hereby stipulate to the dismissal of the action. All claims that Plaintiffs raised or could have raised in this action are dismissed WITH PREJUDICE. Each Party will bear its own costs, expenses, and attorneys' fees.

Respectfully submitted,

Dated: June 11, 2023    By:   /s/ Philip C. Korologos
Philip C. Korologos*
Jeffrey Waldron*
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards, 20th Floor
New York, NY 10001
Telephone:   (212) 446-2300
Facsimile:   (212) 446-2350

Joshua Irwin Schiller, CA Bar #330653
BOIES SCHILLER FLEXNER LLP
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone:   (415) 293-6800
Facsimile:   (415) 293-6899

George A. Zelcs*
Randall P. Ewing, Jr.*
Ryan Z. Cortazar*
KOREIN TILLERY, LLC
205 North Michigan, Suite 1950
Chicago, IL 60601
Telephone:   (312) 641-9750
Facsimile:   (312) 641-9751

Stephen M. Tillery*
Steven M. Berezney, CA Bar #329923
Carol O'Keefe*
KOREIN TILLERY, LLC
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone:   (314) 241-4844
Facsimile:   (314) 241-3525

*Admitted pro hac vice

*Attorneys for Plaintiffs Schneider, Uniglobe and AST*

| | | |
|---|---|---|
| Dated: June 11, 2023 | By: | */s/ Lauren Gallo White* |
| | | Lauren Gallo White |
| | | David H. Kramer |
| | | Qifan Huang |
| | | WILSON SONSINI GOODRICH & ROSATI |
| | | Professional Corporation |
| | | 650 Page Mill Road |
| | | Palo Alto, CA 94304-1050 |
| | | Telephone:    (650) 493-9300 |
| | | |
| | | Robert A. Van Nest |
| | | Dan Jackson |
| | | Julia L. Allen |
| | | Travis Silva |
| | | Anna Porto |
| | | Luke Apfeld |
| | | Amos J. B. Espeland |
| | | KEKER, VAN NEST & PETERS LLP |
| | | 633 Battery Street |
| | | San Francisco, CA 94111-1809 |
| | | Telephone:    (415) 391 5400 |
| | | Facsimile:    (415) 397 7188 |
| | | |
| | | *Attorneys for Defendants YouTube, LLC and Google LLC* |

## ATTORNEY ATTESTATION

I, Philip Korologos, am the ECF User whose ID and password are being used to file this document. In compliance with N.D. Cal. Civil L.R. 5-1(h)(3), I hereby attest that the concurrence in the filing of this document has been obtained from the signatory.

                          */s/ Philip Korologos*
                            Philip Korologos