

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 9 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MARIA SCHNEIDER; et al., | No.   23-80049 |
| Plaintiffs-Petitioners, | D.C. No. 3:20-cv-04423-JD<br>Northern District of California,<br>San Francisco |
| v. | |
| YOUTUBE, LLC; GOOGLE LLC, | ORDER |
| Defendants-Respondents. | |

Before: SILVERMAN and BUMATAY, Circuit Judges.

The court, in its discretion, denies the petition for permission to appeal the district court's May 22, 2023 order denying class action certification. *See* Fed. R. Civ. P. 23(f); *Chamberlan v. Ford Motor Co.*, 402 F.3d 952 (9th Cir. 2005).

Petitioners' emergency motion for a stay (Docket Entry No. 2) is denied as moot.

OSA145